UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |
| DAVID THOMAS (16-5127) AND ROBERT MINNIGAN (16-5403)<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NOS.:<br>2:16-cv-5127(THOMAS)<br>2:16-cv-5403 (MINNIGAN)<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

**RESPONSE OF DAVID THOMAS AND ROBERT MINNIGAN TO
COURT ORDER OF JUNE 8, 2020 (DOC. NO. 26524)**

  Defendants in Intervention David Thomas and Robert Minnigan respectfully submit this response to the Court's order of June 8, 2020 (Doc. No. 26524). In that order, the Court ordered Thomas and Minnigan to "explain their grounds for opposing" the proposed intervention of J.L. Evans, Inc. d/b/a BP Claims Group, and to "state whether any settlement has been completed, including whether any settlement funds have been paid." *See* Doc. No. 26524. In addition, the Court ordered Thomas and Minnigan to address why they have hired, fired, and rehired counsel in this action.

1

I. STATUS OF THOMAS AND MINNIGAN LITIGATION AGAINST BP

Thomas and Minnigan have reached an agreement in principal to settle their opt-out claims against BP. Additionally, Thomas and Minnigan have signed releases and submitted them to counsel for BP. BP is scheduled to disburse settlement funds to Thomas and Minnigan on or before July 15, 2020. Counsel for BP has agreed to "hold back" (10%) of the settlement funds until all issues between Evans and the claimants have been resolved.

II. WITHDRAWAL OF PROCEDURAL OBJECTION TO INTERVENTION OF J.L. EVANS, INC.

Charles Wilson, co-counsel for Thomas and Minnigan, conveyed to counsel for J.L. Evans, Inc. ("Evans"), that he objected to the proposed intervention by Evans. Upon reconsideration, Thomas and Minnigan withdraw their procedural objection to the filing of Evans's intervention.

Thomas and Minnigan firmly believe that Evans has no substantive claim on the merits for 10% of any settlement of this matter. Thomas and Minnigan contest Evans's claim on the merits for two reasons to be proved at the trial of Evans's intervention.

First, Evans is a nonlawyer who seeks to recover as a "case runner." who simply referred the cases in question to the predecessor lawyers for Thomas and Minnigan. As a matter of legal ethics and public policy, a lawyer cannot share a percentage-based contingent fee with a nonlawyer such as Evans. *See, e.g.,* La. Rules of Prof'l Conduct 5.4(a) ("A lawyer or law firm shall not share legal fees with a nonlawyer . . . .").

Second, Thomas and Minnigan discharged Evans for cause. Evans failed to do any meaningful work on their matters. Worse, Evans worked against their interests. Because Evans was discharged prior to final completion of the case, at best he is entitled to a *quantum meruit* award rather than the 10% contingent fee set forth in his agreement.

2

Thomas and Minnigan will, however, reserve these substantive arguments for the trial on the merits of Evans's intervention. For that reason, they do not oppose the filing of Evan's interventions into the record. Once Evans files those intervention petitions, Thomas and Minnigan will answer them and, eventually, request that the Evans interventions be set for trial.

III. REASONS FOR HIRING, FIRING, AND REHIRING COUNSEL

Thomas and Minnigan admit that they have hired, fired, and rehired counsel. The root cause of these hirings, firings, and rehirings was Evans. More particularly, Evans persistently persuaded the claimants to change counsel for the sole purpose of trying to protect his claimed 10% fee.

Respectfully submitted,

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr., MS Bar No. 10582
WILSON LAW FIRM, P.C.
3586 Sangani Blvd., Ste. L-316 D'Iberville, MS 39540
(228) 436-6391
Charles@wilsonattorney.com

Dane S. Ciolino, LA Bar No. 19311
DANE S. CIOLINO, LLC
18 Farnham Place
Metairie, LA 70005
(504) 975-3263
dane@daneciolino.com

Frank W. Trapp
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Frank.Trapp@phelps.com

Counsel of Record for Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2020, the above and foregoing was served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179.

/s/ Charles P. Wilson, Jr.
Charles P. Wilson, Jr.
