## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| AMT, LLC, | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Halliburton Energy Services, Inc., and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., | |
| Defendants | |
| Docket Number | |
| 2:13-cv-00974-CJB-JCW | |

## <u>MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE</u>

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel,

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release,

Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order

below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of

action, and short-form joinders against all Defendants, including but not limited to the action(s)

and short- form joinders listed below, and withdrawal from any class (whether putative or

certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

AMT, LLC v. BP p.l.c., *et al.*

Case No. 2:13-cv-00974

Respectfully submitted this 22nd day of June, 2020.

**Matt Conn**

*/s/ Matt Conn*
Matt Conn
Friedman Dazzio Zulanas &
Bowling, PC
3800 Corporate Woods Drive
Birmingham, AL 35242
Telephone:  205-278-7000
Facsimile:  205-278-7001
E-Mail:  mconn@friedman-
lawyers.com

*Counsel for AMT, LLC*