UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2020 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al | * * * | Mag. Judge Currault |

******************************************

## ORDER

**IT IS HEREBY ORDERED** that Craig M. Robinson and Alexis A. Butler be and are hereby substituted as counsel of record for Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow in lieu and in place of Jason L. Melancon and Marx D. Sterbcow, and that the names of Craig M. Robinson of Robinson Law Offices, LLC and Alexis A. Butler of the Whitaker Law Firm, APC be entered on the record and docket hereof.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2020.

_____
JUDGE