UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2020 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al | * * * | Judge Barbier Mag. Judge Currault |

*********************************************

## MOTION AND ORDER TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who heretofore have been represented by Jason L. Melancon and Marx D. Sterbcow and who now move this Honorable Court for an Order to withdraw Jason L. Melancon and Marx D. Sterbcow and substitute Craig M. Robinson of Robinson Law Offices, LLC and Alexis A. Butler of the Whitaker Law Firm, APC as counsel of record for said Plaintiffs.

Respectfully submitted,

/s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

/s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

/s/ Jason L. Melancon
JASON L. MELANCON (Bar No. 28152)
*Melancon │ Rimes*
6700 Jefferson Hwy., Building 6
Baton Rouge, LA 70809
T: (225) 303-0455
F: (225) 303-0459
jason@melanconrimes.com

/s/ Marx D. Sterbcow
MARX D. STERBCOW (Bar No. 28425)
*Sterbcow Law Group, LLC*
1734 Prytania Street
New Orleans, LA 70130
T: (504) 523-4930
F: (888) 241-6248
E: marx@yourrealestatelawyer.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing MOTION AND ORDER TO SUBSTITUTE COUNSEL has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of June , 2020.

                                                    /s/ Craig M. Robinson
                                                    Craig M. Robinson