UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: | * * | MAG. JUDGE CURRAULT |
| *Nos. 17-03347; 17-03387* | * | |

## ORDER

Before the Court is the Joint Motion to Extend Stay of Proceedings in Two Remaining "Contract-Only" Cases filed by Defendants BP America Production Company and BP Exploration & Production Inc. and Plaintiffs Machelle Steiner and John L. Howard. Having considered the briefs, the applicable law, and the record,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that, absent further order of the Court, the stay of the above captioned cases shall terminate 60 days from the issuance of this Order. During the pendency of the stay, all proceedings in the two above-captioned cases, as well as the parties' submission of a Joint Supplement to the Suggestion of Remand (*see* Rec. Doc. 25951), shall be STAYED.

New Orleans, Louisiana this 23rd day of June, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and each of the referenced member cases.**