**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          **MDL NO. 2179**
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010            **SECTION: J**

                                          **JUDGE BARBIER**

Applies to: 12-cv-968:  BELO

                                          **MAGISTRATE**
                                          **JUDGE WILKINSON**

Relates to:

| 20-cv-00693 | 20-cv-00781 | 20-cv-00890 | 20-cv-01036 |
| --- | --- | --- | --- |

**THE BP PARTIES' JULY 1, 2020 STATUS REPORT PURSUANT TO**
**FIRST AMENDED BELO CASES INITIAL PROCEEDINGS**
**CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case

Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc.

25738), Defendants BP Exploration & Production Inc. and BP America Production Company

(collectively, the "BP Parties") respectfully submit the foregoing Status Report.  The BP Parties

served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this

Status Report on June 25, 2020.  This report includes plaintiffs whose initial disclosures were

due through June 25, 2020, and reflects the status of initial disclosures received as of 5 PM

Eastern time on June 30, 2020.

This Status Report contains a list of cases in which plaintiffs (a) provided no disclosures,

or (b) provided deficient or incomplete disclosures.  Pursuant to the First Amended CMO No. 2,

the BP Parties on July 10, 2020 will submit a Status Report listing plaintiffs who failed to

provide full and complete disclosures after having been ordered to do so by July 3, 2020,

pursuant to the Court's June 3, 2020 Order (Rec. Doc. 26520) (i.e., "Category II" plaintiffs).

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Downs Law Group | 4 | 3 | 1 |
| **Total** | **4** | **3** | **1** |

## I.      Category I

### A.      Plaintiffs With Missing Initial Disclosures

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 20-cv-00693 | Reyes-Rios, Angel Raul | Downs Law Group |
| 2. | 20-cv-00781 | Cabacungan, Rubin | Downs Law Group |
| 3. | 20-cv-00890 | Garcia, Cesar | Downs Law Group |

### B.      Plaintiffs With Deficient Initial Disclosures

Pursuant to Section 2(C) of First Amended CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

|  | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 20-cv-01036 | Williams, Kendric Nigel | Downs Law Group | Signatures and initials unreadable |

July 1, 2020                          Respectfully submitted,


                                      ___/s/ Scott C. Seiler_____
                                      Scott C. Seiler (Bar #19784)
                                      Devin C. Reid (Bar #32645)
                                      LISKOW & LEWIS
                                      701 Poydras Street, Suite 5000
                                      New Orleans, LA 70139
                                      Telephone:  (504) 581-7979
                                      Telefax:  (504) 556-4108


                                      ___/s/ Kevin M. Hodges_____
                                      Kevin M. Hodges
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone:  (202) 434-5000
                                      Telefax:  (202) 434-5029


                                      ___/s/ Catherine Pyune McEldowney__
                                      Catherine Pyune McEldowney
                                      MARON MARVEL BRADLEY ANDERSON
                                      & TARDY LLC
                                      1201 North Market Street, Suite 900
                                      Wilmington, DE 19801
                                      Telephone:  (302) 425-5177
                                      Telefax:  (302) 425-0180


                                      ___/s/ Georgia L. Lucier_____
                                      Georgia L. Lucier
                                      HUNTON ANDREWS KURTH LLP
                                      600 Travis Street, Suite 4200
                                      Houston, TX 77002
                                      Telephone: (713) 220-4200
                                      Telefax:  (713) 220-4285


**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.**
**AND BP AMERICA PRODUCTION COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of July 2020.  This pleading also has been served on counsel for all plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler