UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> No. 11-01987, *Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.* <br> No. 11-02533, *Salvesen v. Feinberg, et al.* <br> No. 13-06014, *Ditch v. Feinberg, et al.* | * * * | JUDGE BARBIER <br> MAG. JUDGE CURRAULT |

## <u>ORDER</u>

Before the Court are the Donovan Plaintiffs'[1] Motions to Remand the referenced member cases to state court (Rec. Docs. 4574, 4575, 12708[2]), Defendants'[3] oppositions (Rec. Docs. 26427-26429), and the Donovan Plaintiffs' reply (Rec. Doc. 26442). These motions were submitted on the briefs and without oral argument.

The Court notes that the Donovan Plaintiffs' reply brief does not respond to Defendants' arguments that these cases were properly removed from state to federal court. Instead, the reply brief raises the now-familiar[4] argument by this attorney concerning *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), the MDL statute, and his belief that these cases should not be consolidated with this MDL—arguments that are not only irrelevant to removal but which also have been

---

[1] The "Donovan Plaintiffs" are Pinellas Marine Salvage, Inc., John Mavrogiannis, Selmer M. Salvesen, and Andrew J. Ditch—all of whom are represented by attorney Brian J. Donovan.

[2] The Court previously denied or denied as moot the motion at Rec. Doc. 12708 to the extent it requested anything other than remand of case No. 13-06014 to state court. (*See* Rec. Doc. 26213 at 4).

[3] As used herein, "Defendants" are Kenneth R. Feinberg, Feinberg Rozen, LLP d/b/a Gulf Coast Claims Facility, and William G. Green, Jr.

[4] *See* Motion to Vacate Order and Reasons of August 26, 2011 (Rec. Doc. 6186); Motion to Recuse, Exhibit B (Rec. Doc. 25908-3); Motion to Remand (Rec. Doc. 26330).

rejected by this Court.[5] The reply brief does attempt to incorporate by reference other arguments presented in earlier briefs from the Donovan Plaintiffs. The Court views this as an improper attempt to expand upon the 10-page limit for reply briefs (*see* E.D. La. Local Rule 7.7). Consequently, the Court has disregarded entirely the Donovan Plaintiffs' reply brief.

Moreover, after considering the arguments that were properly presented in the Donovan Plaintiffs' motions to remand and Defendants' oppositions, along with the relevant record and the applicable law, the Court will deny the motions for essentially the reasons argued by Defendants. Accordingly,

IT IS ORDERED that the Motions to Remand (Rec. Docs. 4574, 4575, 12708) are DENIED.

New Orleans, Louisiana, this 2nd day of July, 2020.

_____
United States District Judge

---

[5] *See* Order of Jan. 17, 2020 at 4-7 (Rec. Doc. 26213) (denying requests to sever Donovan Plaintiffs' cases from the MDL and Motion to Vacate Order and Reasons of August 26, 2011 (Rec. Doc. 6186)); Order of Feb. 20, 2020 (Rec. Doc. 26337) (denying Motion to Remand (Rec. Doc. 26330)).