## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 11-01987, Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.* *No. 11-02533, Salvesen v. Feinberg, et al.* *No. 13-06014, Ditch v. Feinberg, et al.* *No. 19-12014, Donovan v. Herman* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Before the Court are two "Motions for Clarification" filed by plaintiffs represented by attorney Brian J. Donovan ("Donovan"). (Rec. Docs. 26395, 26454). These motions are similar to a Motion to Remand that Donovan filed on February 19, 2020. (Rec. Doc. 26330). The Court treated that motion as requesting issuance of a suggestion of remand to the Judicial Panel on Multidistrict Litigation ("JPML"), which the Court denied. (Rec. Doc. 26337). The instant motions seek "an order clarifying whether the Honorable MDL 2179 Court shall ensure each action transferred to it under 28 U.S.C. § 1407 is remanded by the JPML at or before the conclusion of pretrial proceedings to the district from which it was transferred."

In this MDL, the Court has issued a suggestion of remand to the JPML when it found the circumstances appropriate under the applicable law and considering the relevant facts. (*See, e.g.*, 12-2715, Rec. Doc. 11). The Court will continue to do so.

The Court further finds that the circumstances do not warrant a suggestion of remand regarding the referenced member cases. For one thing, the Court has

dismissed these cases under FED. R. CIV. P. 12(b)(6). (Rec. Docs. 26425, 26571); *see*

JPML Rule 10.1 ("Where the transferee district court terminates an action by valid

order . . . [t]he terminated action shall not be remanded to the transferor court . . . .").

SO ORDERED.

The Clerk shall terminate the Motions at Rec. Docs. 26395 and 26454.

New Orleans, Louisiana, this 6th day of July, 2020.

_____

United States District Judge