UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: 12-cv-968: BELO AND 20-cv-693, 20-cv-781, 20-cv-890 & 20-cv-1036 | JUDGE BARBIER MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiffs in four (4) BELO case(s)[1] have failed to provide initial disclosures or have provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1. R. Doc. 26569 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED THAT**, no later than **AUGUST 3, 2020**, plaintiffs Angel Raul Reyes-Rios, Rubin Cabacungan, Cesar Garcia, and Kendric Nigel Williams must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which the above-listed plaintiffs must submit their venue filings is extended to no later than **SEPTEMBER 2, 2020.**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in 20-cv-693, 20-cv-781, 20-cv-890, and 20-cv-1036.

New Orleans, Louisiana, this 6th day of July, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**