IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL 2179 § § SECTION: J § § JUDGE BARBIER |
| THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | § § MAGISTRATE JUDGE CURRAULT § |

| | |
|---|---|
| KAY EUBANKS | § CIVIL ACTION NO. § 2:16-cv-05093-CJB-JCW |
| VS. | § § SECTION: J |
| BP EXPLORATION AND PRODUCTION, INC., ET AL. | § § JUDGE BARBIER § § MAGISTRATE JUDGE CURRAULT |

**COMPLAINT OF INTERVENTION**

NOW INTO COURT, through undersigned counsel, comes J.L. Evans, Inc. d/b/a BP Claims Group ("BP Claims Group"), which appears herein as an Intervenor and respectfully represents as follows:

1.

Plaintiff in the above-captioned matter and Defendant-in-Intervention herein is Kay Eubanks ("Ms. Eubanks").

2.

Jurisdiction and venue exist before this Court. Specific allegations of jurisdiction and venue, as set forth in the Master Complaint, including any subsequent supplemental or amending complaints thereto, are adopted and plead herein.

{N4017800.5}

3.

BP Claims Group is a corporation, incorporated in Florida. BP Claims Group provides consulting services for various claims relating to the BP Deepwater Horizon oil spill.

4.

On August 9, 2013, Ms. Eubanks and BP Claims Group entered an Agreement for Consultant Services (the "Consultant Services Agreement"), wherein BP Claims Group agreed to provide Ms. Eubanks and/or her attorneys consulting services relating to her claims arising out of the BP Deepwater Horizon oil spill.

5.

The Consultant Services Agreement expressly provides that: (1) BP Claims Group is entitled to 10% of any settlement, award, and/or judgment received by Ms. Eubanks for her claims in the above-captioned matter as reasonable fees for consulting services rendered, plus any pre-approved additional costs; and (2) this amount is to be paid directly from any such settlement, award, and/or judgment.

6.

Pursuant to the Consultant Services Agreement, BP Claims Group provided, among other things, assistance to Ms. Eubanks and her attorneys in the preparation of file documentation to document her claims related to the BP Deep Water Horizon oil spill. In rendering these services, BP Claims Group also incurred advanced costs and expenses on Ms. Eubanks' behalf.

7.

Subsequent to entering the Consultant Services Agreement, BP Claims Group agreed to loan money to Ms. Eubanks. On May 5, 2020, Ms. Eubanks signed a promissory note payable to

BP Claims Group (the "Promissory Note"). As of May 5, 2020, the amount owed by Ms. Eubanks under the Promissory Note totaled $76,659.40 plus interest.

8.

The Promissory Note expressly provides that all sums due under the Promissory Note are payable from any settlement, award, and/or judgement received by Ms. Eubanks or her counsel for her claims in the above-captioned matter.

9.

Upon information and belief, Ms. Eubanks and BP have entered into a settlement agreement to settle Ms. Eubanks' claims against BP in the above-captioned matter, but no proceeds have been distributed.

10.

Pursuant to the Consultant Services Agreement, BP Claims Group is entitled to 10% of any settlement, award, and/or judgment, plus costs advanced on Ms. Eubanks' behalf, which is to be paid directly from any settlement, award, and/or judgment.

11.

In addition, pursuant to the Promissory Note, BP Claims Group is entitled to $76,659.40, plus interest at the rate of 5% per year, which is to be paid directly from any settlement, award, and/or judgment.

WHEREFORE, Intervenor J.L. Evans, Inc. d/b/a BP Claims Group's ("BP Claims Group") prays that the Complaint of Intervention be served upon Kay Eubanks, and that after due proceedings be had, the Court enter the following:

(A)     A judgment in favor of BP Claims Group in the amount of 10% of any settlement, award, and/or judgment to be received by Ms. Eubanks in the above-captioned matter, plus costs

advanced on Ms. Eubanks' behalf, and that such amounts shall be paid to BP Claims Group directly from any settlement, award, and/or judgment;

  (B) A judgment in favor of BP Claims Group in the amount of $76,659.40, plus interest at the rate of 5% per year, and that such amounts shall be paid to BP Claims Group directly from any settlement, award, and/or judgment received by Ms. Eubanks for her claims in the above-captioned matter; and

  (C) A judgment in favor of BP Claims Group for any and all other general and equitable relief to which it is otherwise entitled by law.

            Respectfully submitted,

            */s/ Edward D. Wegmann*
            EDWARD D. WEGMANN (#13315)
            THOMAS MCCALL (#35234)
            ALLISON B. KINGSMILL (#36532)
            Jones Walker LLP
            201 St. Charles Avenue, Floor 49
            New Orleans, LA 70170
            Telephone: 504-582-8226
            Facsimile: 504-589-8011
            Email:  dwegmann@joneswalker.com
                 tmccall@joneswalker.com
                 akingsmill@joneswalker.com

            **Attorneys for Intervenor, J.L. Evans, Inc. d/b/a BP Claims Group**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of July 2020, the above and foregoing document has been served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                               */s/ Edward D. Wegmann*
                                                Edward D. Wegmann