# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL 2179 § § SECTION: J § § § JUDGE BARBIER § |
| THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | § MAGISTRATE JUDGE CURRAULT § |

| | |
|---|---|
| KAY EUBANKS | § CIVIL ACTION NO. § 2:16-cv-05093-CJB-JCW |
| VS. | § § § SECTION: J |
| BP EXPLORATION AND PRODUCTION, INC., ET AL. | § § JUDGE BARBIER § § MAGISTRATE JUDGE CURRAULT |

## ORDER

Considering J.L. Evans, Inc. d/b/a BP Claims Group's ("BP Claims Group") Motion for Leave to Intervene;

**IT IS HEREBY ORDERED** that the Motion for Leave to Intervene is **GRANTED** and BP Claims Group is permitted to intervene in the above-captioned matter.

**IT IS FURTHER HEREBY ORDERED** that that the Clerk of Court shall take all steps necessary to ensure that BP Claims Group's Complaint of Intervention is entered in the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of July, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**

{N4017799.6}