IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § § § § § § | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | § § | MAGISTRATE JUDGE CURRAULT |

| | | |
|---|---|---|
| JUSTICE GROUP, LLC<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | § § § § § § § § § | CIVIL ACTION NO.<br>2:16-cv-5041-CJB-JCW<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## ORDER

Considering J.L. Evans, Inc. d/b/a BP Claims Group's ("BP Claims Group") Motion for Leave to Intervene;

**IT IS HEREBY ORDERED** that the Motion for Leave to Intervene is **GRANTED** and BP Claims Group is permitted to intervene in the above-captioned matter.

**IT IS FURTHER HEREBY ORDERED** that that the Clerk of Court shall take all steps necessary to ensure that BP Claims Group's Complaint of Intervention is entered in the record of the above-captioned matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of July, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**

{N4020333.4}