# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | § MDL 2179 <br> § <br> § SECTION: J <br> § <br> § JUDGE BARBIER <br> § |
| THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | § MAGISTRATE JUDGE CURRAULT <br> § |

| | |
|---|---|
| WILLIAM RICHARDSON <br><br> VS. <br><br> BP EXPLORATION AND PRODUCTION, INC., ET AL. | § CIVIL ACTION NO. <br> § 2:16-cv-5454-CJB-JCW <br> § <br> § SECTION: J <br> § <br> § JUDGE BARBIER <br> § <br> § MAGISTRATE JUDGE CURRAULT |

## COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes J.L. Evans, Inc. d/b/a BP Claims Group ("BP Claims Group"), which appears herein as an Intervenor and respectfully represents as follows:

1.

Plaintiff in the above-captioned matter and Defendant-in-Intervention herein is William Richardson ("Mr. Richardson").

{N4018067.1}

2.

Jurisdiction and venue exist before this Court. Specific allegations of jurisdiction and venue, as set forth in the Master Complaint, including any subsequent supplemental or amending complaints thereto, are adopted and plead herein.

3.

BP Claims Group is a corporation, incorporated in Florida. BP Claims Group provides consulting services for various claims relating to the BP Deepwater Horizon oil spill.

4.

Mr. Richardson and BP Claims Group entered an Agreement for Consultant Services (the "Consultant Services Agreement"), wherein BP Claims Group agreed to provide Mr. Richardson and/or his attorneys consulting services relating to his claims arising out of the BP Deepwater Horizon oil spill.

5.

The Consultant Services Agreement expressly provides that: (1) BP Claims Group is entitled to 10% of any settlement, award, and/or judgment received by Mr. Richardson for his claims in the above-captioned matter as reasonable fees for consulting services rendered, plus any pre-approved additional costs; and (2) this amount is to be paid directly from any such settlement, award, and/or judgment.

6.

Pursuant to the Consultant Services Agreement, BP Claims Group provided, among other things, assistance to Mr. Richardson and his attorneys in the preparation of file documentation to document his claims related to the BP Deep Water Horizon oil spill. In rendering these services, BP Claims Group also incurred advanced costs and expenses on Mr. Richardson's behalf.

7.

On information and belief, Mr. Richardson and BP have entered into a settlement agreement to settle Mr. Richardson's claims against BP in the above-captioned matter, but no proceeds have been distributed.

8.

Pursuant to the Consultant Services Agreement, BP Claims Group is entitled to 10% of any settlement, award, and/or judgment, plus costs advanced on Mr. Richardson's behalf, which is to be paid directly from any settlement, award, and/or judgment.

WHEREFORE, Intervenor J.L. Evans, Inc. d/b/a BP Claims Group's ("BP Claims Group") prays that the Complaint of Intervention be served upon William Richardson and that after due proceedings be had, the Court enter the following:

(A) A judgment in favor of BP Claims Group in the amount of 10% of any settlement, award, and/or judgment be received by Mr. Richardson in the above-captioned matter, plus costs advanced on Mr. Richardson's behalf, and that such amounts shall be paid to BP Claims Group directly from any settlement, award, and/or judgment; and

(B) A judgment in favor of BP Claims Group for any and all other general and equitable relief to which it is otherwise entitled by law.

Respectfully submitted,

/s/ Edward D. Wegmann
EDWARD D. WEGMANN (#13315)
THOMAS MCCALL (#35234)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Floor 49
New Orleans, LA 70170
Telephone:     504-582-8226
Facsimile:     504-589-8011
Email:          dwegmann@joneswalker.com
                tmccall@joneswalker.com
                akingsmill@joneswalker.com

**Attorneys for Intervenor, J.L. Evans, Inc. d/b/a BP Claims Group**

CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of July 2020, the above and foregoing document has been served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Edward D. Wegmann
Edward D. Wegmann