# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
     No. 18-31292    In re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:13-CV-2862
Consolidated with 19-30001 In re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:13-CV-1091
                     USDC No. 2:13-CV-2420
                     USDC No. 2:13-CV-834
```

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

cc:
    Mr. Wesley A. Bowden
    Mr. Tucker H. Byrd
    Mr. Daniel John Dysart
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Mr. Kerry J. Miller
    Mr. Aaron Lloyd Nielson
    Mr. Matthew Regan
    Mr. Devin Chase Reid
    Mr. Robert L. Sirianni Jr.
    Mr. Marc S. Tabolsky

Mr. Robert Alan York