# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2020

Lyle W. Cayce
Clerk

———————————————

No. 19-30001

———————————————

Certified as a true copy and issued
as the mandate on **Mar 06, 2020**

**Attest:** *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

D.C. Docket No. 2:10-MD-2179
D.C. Docket No. 2:13-CV-1091
D.C. Docket No. 2:13-CV-2420
D.C. Docket No. 2:13-CV-834

In re:  DEEPWATER HORIZON

---------------------------------------------------------------

DESTIN DEVELOPMENT, L.L.C.,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY
DRILLING SERVICES, a division of Halliburton Energy Services,
Incorporated, formerly known as Sperry Sun Drilling Services,

       Defendants - Appellees

-----------------------------------------------------------------

RODERIC WRIGHT,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN OFFSHORE

DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY
DRILLING SERVICES, Halliburton division, formerly known as Sperry Sun
Drilling Services,

       Defendants - Appellees

-------------------------------------------------------------------

BARBARA WRIGHT,

       Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN
DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY
DRILLING SERVICES, a division of Halliburton Energy Services,
Incorporated,

       Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana

Before DAVIS, HAYNES, and OLDHAM, Circuit Judges.

## J U D G M E N T

     This cause was considered on the record on appeal and was argued by
counsel.

     It is ordered and adjudged that the judgment of the District Court is
affirmed.

     IT IS FURTHER ORDERED that appellants pay to appellees the costs
on appeal to be taxed by the Clerk of this Court.