# Exhibit 1

1. YOUNG, CHRISTOPHER v. BP
   **E.D. La. Case No.** 19-11818
   **Condition**: Pityriasis Rosea and Dermatitis
   **First Report of Symptoms**: Approximately July 2016

2. ODOM, MARIE v. BP
   **E.D. La. Case No.** 3:19cv60-MCR-HTC
   **Condition**: Chronic eczema (chronic atopic dermatitis) due to chemical exposure
   **First Report of Symptoms**: 6/14/2010

3. AMMAR, GARRY v. BP
   **N.D. Fl. Case No.** 3:19cv963
   **Condition**: Allergic Contact Dermatitis
   **First Report of Symptoms**: 6/22/2010

4. COLLINS, DEXTER v. BP
   **N.D. Fl. Case No.** 3:19cv60-MCR-HTC
   **Condition:** Dermatitis
   **First Report of Symptoms**: 6/12/2010

5. ADAMS, Debora A. obo KURTZ, David v. BP
   **N.D. Fl. Case No.** 3:19cv963
   **Condition:** Contact Dermatitis & Other eczema
   **First Report of Symptoms**: 7/12/2010