UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| Applies to: All BELO lawsuits | JUDGE BARBIER |
| | MAG. JUDGE CURRAULT |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come the BELO Plaintiffs, whose cases are identified in the attached Exhibit "A", who respectfully request oral argument on the Motion for Protective Order [Rec. Doc. 26547] filed by Defendants, BP Exploration & Production Inc., and BP America Production Company (collectively "the BP entities").

Plaintiffs request oral argument so that the parties can better frame the issues associated with BP Defendants' Motion for Protective Order.

Accordingly, Plaintiffs respectfully request that the Court grant this Request for Oral Argument.

                                                                                                         Respectfully submitted,

                                                                                                         */s/ Charles D. Durkee*
                                                                                                          Charles D. Durkee
                                                                                                          Florida Bar No.: 998435
                                                                                                          THE DOWNS LAW GROUP, P.A.
                                                                                                           3250 Mary Street, Suite 307
                                                                                                           Coconut Grove, Florida 33133
                                                                                                           (305) 444-8226 Telephone
                                                                                                           ddurkee@downslawgroup.com
                                                                                                           *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that on the 8th day of July, 2020, I electronically filed a copy of the above and foregoing Request for Oral Argument for service to all counsel with the Clerk of Court through use of the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive email notices for this case. I further certify that I uploaded the foregoing Request for Oral Argument for service to all counsel to File & Serve Xpress in accordance with Pretrial Order 12.

*/s/ Charles D. Durkee*