# EXHIBIT "A"

1. James Noel v. BP, Case No. 19-cv-00694 (S.D. Al.);
    a. chronic sinusitis

2. Stanley Payne v. BP, Case No. 19-cv-00987 (S.D. Al.);
    a. chronic sinusitis

3. Maria Rubi v. BP., Case No. 19-cv-00455 (S.D. Al.);
    a. chronic conjunctivas

4. James Lyons v. BP, Case No. 19-cv-00156 (S.D. Al.).
    a. chronic ethmoid sinusitis
    b. chronic conditions related to exposure such as chronic frontal sinusitis and chronic maxillary sinusitis