UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**THIS DOCUMENT RELATES TO:**<br>18-cv-13926 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER |

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Considering the foregoing Ex Parte Motion by Plaintiff to Withdraw and Substitute Counsel

**IT IS HEREBY ORDERED** that Craig T. Downs be withdrawn as counsel for Plaintiff, William Enfinger, in this proceeding, and it is further ordered that David Durkee be permitted to substituted in place of Craig T. Downs as additional counsel of record for Plaintiff, William Enfinger, with Mr. Durkee designated as Trial Attorney.

**THUS DONE AND SIGNED** this _____ day of _____, 2020, at New Orleans, Louisiana.

_____
CARL JOSEPH BARBIER
UNITED STATES DISTRICT COURT JUDGE
