UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: All BELO Lawsuits | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

Before the Court are BP's Motion for Protective Order (Rec. Doc. 26547), responses by the Downs Law Group ("Downs") and the Falcon Law Firm ("Falcon") (Rec. Docs. 26580, 26581), and BP's reply (Rec. Doc. 26586).

After reviewing the parties' briefs, the Court invites Downs and Falcon to file jointly a single sur-reply that responds to BP's reply, particularly the arguments appearing in Part I ("Rule 26 Does Not Permit the Deposition of an Expert Who Was Not Designated to Testify In Any BELO Lawsuit"). The joint sur-reply shall not exceed 5 pages, double-spaced, and must be filed by no later than Wednesday, July 22, 2020.

Accordingly,

IT IS ORDERED that the Downs Law Firm and Falcon Law Firm are hereby granted leave to file a joint sur-reply as set forth above.

New Orleans, Louisiana, this 17th day of July, 2020.

United States District Judge