UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>18-cv-13928 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER |

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

COMES NOW, through the undersigned counsel, Plaintiff, Emmet Collier, pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully moves this Court for an order withdrawing, as attorney of record, Craig T. Downs (Bar # 801089) of the Downs Law Group and substituting in his place David Durkee Esq (Bar # 998435) of the Downs Law group., and as grounds thereof states as follows:

1. Plaintiff has been given notice of the relief sought in this Motion and consents to said relief.

2. Plaintiff will continue to be represented by Mr. Nathan Nelson and Mr. David Durkee of the Downs Law Group.

3. Mr. David Durkee will also serve as Trial Attorney pursuant to Local Rule 11.2 of the Eastern District of Louisiana.

4. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines as this case is in the B3 bundle which is currently stayed.

WHEREFORE, the Plaintiff prays that this Honorable Court issue an Order granting his Motion to withdraw Craig T. Downs as counsel and substitute David Durkee as additional counsel of record.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
  */s/ Nathan L. Nelson*
  NATHAN L. NELSON, ESQ.
  Bar No.: 1002523
  3250 Mary Street, Suite 307
  Coconut Grove, FL 33133
  Telephone: (305) 444-8226
  Facsimile: (305)-444-6773
  Email: nnelson@downslawgroup.com

  By: */s/ David Durkee*
  DAVID DURKEE, ESQ.
  Bar No.: 998435
  Telephone: (305) 444-8226
  Email: ddurkee@downslawgroup.com

  By: */s/ Craig T. Downs*
  CRAIG T. DOWNS, ESQ.
  Bar No.: 801089
  Telephone: (305) 444-8226
  Email: cdowns@downslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 20th day of July 2020

*/s/ Nathan L. Nelson*
Nathan L. Nelson, Esq.