# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>18-cv-13928 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARBIER |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Ex Parte Motion by Plaintiff to Withdraw and Substitute Counsel

**IT IS HEREBY ORDERED** that Craig T. Downs be withdrawn as counsel for Plaintiff, Emmet Collier, in this proceeding, and it is further ordered that David Durkee be permitted to substituted in place of Craig T. Downs as additional counsel of record for Plaintiff, Emmet Collier, with Mr. Durkee designated as Trial Attorney.

New Orleans, Louisiana this 21st day of July, 2020.

_____
United States District Judge