UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |
| KAY EUBANKS (16-5093),<br><br>SAMUEL D. JUSTICE & JUSTICE GROUP, LLC (16-5041),<br><br>SAMUEL D. JUSTICE & JUSTICE DESIGN STUDIO, PC (16-5050);<br><br>AND<br><br>WILLIAM RICHARDSON & BILLY RICHARDSON, P.A. (16-5454)<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NOS.:<br><br>2:16-cv-5093 (EUBANKS)<br><br>2:16-cv-5041 (SAMUEL D. JUSTICE & JUSTICE GROUP, LLC)<br><br>2:16-cv-5050 (SAMUEL D. JUSTICE & JUSTICE DESIGN STUDIO, PC)<br><br>2:16-cv-5454 (WILLIAM RICHARDSON & BILLY RICHARDSON, P.A.<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

**MOTION TO DISMISS COMPLAINTS IN INTERVENTION WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law (collectively "Wilson"), who seek to dismiss with prejudice their complaints of intervention filed pursuant to Federal Rule of Civil Procedure 24 in the above-captioned matters. Wilson represents to the Court that their fee claims

1

have been settled against the defendants in intervention and that, as a result, their interventions should be dismissed with prejudice.

        Respectfully submitted,

        /s/ Charles P. Wilson, Jr.
        Charles P. Wilson, Jr., MS Bar No. 10582
        WILSON LAW FIRM, P.C.
        3586 Sangani Blvd., Ste. L-316 D'Iberville, MS 39540
        (228) 436-6391
        Charles@wilsonattorney.com

        Dane S. Ciolino, LA Bar No. 19311
        DANE S. CIOLINO, LLC
        18 Farnham Place
        Metairie, LA 70005
        (504) 975-3263
        dane@daneciolino.com

        Frank W. Trapp
        PHELPS DUNBAR, LLP
        4270 I-55 North
        Jackson, Mississippi 39211-6391
        Frank.Trapp@phelps.com

        Counsel of Record for Wilson

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2020, the above and foregoing was served on all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179.

                                                            /s/ Charles P. Wilson, Jr.
                                                            Charles P. Wilson, Jr.