UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO PLEADINGS BUNDLE B1 | MDL 2179<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |
| KAY EUBANKS (16-5093),<br><br>SAMUEL D. JUSTICE & JUSTICE GROUP, LLC (16-5041),<br><br>SAMUEL D. JUSTICE & JUSTICE DESIGN STUDIO, PC (16-5050);<br><br>AND<br><br>WILLIAM RICHARDSON & BILLY RICHARDSON, P.A. (16-5454)<br><br>VS.<br><br>BP EXPLORATION AND PRODUCTION, INC., ET AL. | CIVIL ACTION NOS.:<br><br>2:16-cv-5093 (EUBANKS)<br><br>2:16-cv-5041 (SAMUEL D. JUSTICE & JUSTICE GROUP, LLC)<br><br>2:16-cv-5050 (SAMUEL D. JUSTICE & JUSTICE DESIGN STUDIO, PC)<br><br>2:16-cv-5454 (WILLIAM RICHARDSON & BILLY RICHARDSON, P.A.<br><br>SECTION J<br><br>DISTRICT JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

**ORDER DISMISSING COMPLAINTS IN INTERVENTION WITH PREJUDICE**

Considering the motion to dismiss with prejudice filed by Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law (collectively "Wilson"),

IT IS HEREBY ORDERED that all claims in intervention filed by Wilson are hereby dismissed with prejudice.

1

Signed in New Orleans, Louisiana, on this _____ day of July, 2020.

_____
UNITED STATE DISTRICT JUDGE