UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **19-cv-12694** | Civil Action No. 2:10-MD-02179 <br><br> SECTION: J <br><br> JUDGE: BARBIER <br><br> MAG JUDGE: CURRAULT |

## EX-PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

Plaintiff, DARNETTA EATON, appearing through undersigned counsel, moves the Court to enroll attorney David Durkee Esq (Bar # 998435) as additional counsel of record. Mr. Durkee will also serve as Trial Attorney pursuant to Local Rule 11.2 of the Eastern District of Louisiana. Mr. Durkee provides the following emails as a method of communication; ddurkee@downslawgroup.com and kmortega@downlawgroup.com.

Respectfully Submitted,

                                   **THE DOWNS LAW GROUP, P.A.**

                              *Attorneys for Plaintiff*

                                   */s/ Nathan L. Nelson*
                                NATHAN L. NELSON, ESQ.
                                Bar No.: 1002523
                                3250 Mary Street, Suite 307
                                Coconut Grove, FL 33133
                                Telephone: (305) 444-8226
                                Facsimile: (305)-444-6773
                                 Email: nnelson@downslawgroup.com

                                By: */s/ David Durkee*
                                DAVID DURKEE, ESQ.
                                Bar No.: 998435
                                Telephone: (305) 444-8226
                                 Email: ddurkee@downslawgroup.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 27th day of July 2020

                                                                */s/ Nathan L. Nelson*
                                                                 Nathan L. Nelson, Esq.

.