UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J |
| **THIS DOCUMENT RELATES TO:**<br><br>19-cv-12694 | **JUDGE: BARBIER**<br><br>**MAG JUDGE: CURRAULT** |

### ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

Upon considering Plaintiff's Ex-Parte Motion to Enroll as Additional Counsel and after having reviewed all relevant pleadings, responses, and having considered all arguments by the Parties:

**IT IS HEREBY ORDERED** that Plaintiff's Ex-Parte Motion to Enroll David Durkee as Additional Counsel and serve as Trial Attorney is **GRANTED.**

New Orleans, Louisiana, this _____ day of_____, 2020

_____
CARL JOSEPH BARBIER
UNITED STATES DISTRICT COURT JUDGE
