UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** | * | **JUDGE BARBIER** |
| *No. 16-5041 (Justice Group, LLC)* | | |
| *No. 16-5050 (Justice Design Studio, PC)* | * | **MAG. JUDGE CURRAULT** |
| *No. 16-5093 (Eubanks)* | * | |
| *No. 16-5454 (Richardson)* | | |
| | * | |

## ORDER

Considering the motion to dismiss with prejudice (Rec. Doc. 26597) filed by Intervenors, Wilson Law Firm, P.C. and Charles P. Wilson, Jr., Attorney at Law (collectively "Wilson"),

IT IS HEREBY ORDERED that all claims in intervention filed by Wilson are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 27th day of July, 2020.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and in the referenced member cases.**