UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER |
| THIS DOCUMENT RELATES TO:<br><br>18-cv-13924, 18-cv-09900 | MAG JUDGE: CURRAULT |

## EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

COMES NOW, through the undersigned counsel, Plaintiffs, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully move this Court for an order withdrawing, as attorney of record, Craig T. Downs (Bar # 801089) of the Downs Law Group and substituting in his place David Durkee Esq (Bar # 998435) of the Downs Law group., and as grounds thereof state as follows:

1. The aforementioned Plaintiffs have been given notice of the relief sought in this Motion and consent to said relief.

2. Plaintiffs will continue to be represented by Mr. Nathan Nelson and Mr. David Durkee of the Downs Law Group.

3. Mr. David Durkee will also serve as Trial Attorney pursuant to Local Rule 11.2 of the Eastern District of Louisiana.

4. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines as these cases are in the B3 bundle which is currently stayed.

WHEREFORE, the Plaintiffs pray that this Honorable Court issue an Order granting this

Motion to withdraw Craig T. Downs as counsel and substitute David Durkee as additional counsel of record.

                                Respectfully Submitted,

                           **THE DOWNS LAW GROUP, P.A.**
                  *Attorneys for Plaintiff*
                    */s/ Nathan L. Nelson*
                  NATHAN L. NELSON, ESQ.
                  Bar No.: 1002523
                  3250 Mary Street, Suite 307
                  Coconut Grove, FL 33133
                  Telephone: (305) 444-8226
                  Facsimile: (305)-444-6773
                  Email: nnelson@downslawgroup.com

                  By: */s/ David Durkee*
                  DAVID DURKEE, ESQ.
                  Bar No.: 998435
                  Telephone: (305) 444-8226
                  Email: ddurkee@downslawgroup.com

                  By: */s/ Craig T. Downs*
                  CRAIG T. DOWNS, ESQ.
                  Bar No.: 801089
                  Telephone: (305) 444-8226
                  Email: cdowns@downslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 30 day of July 2020

*/s/ Nathan L. Nelson*
Nathan L. Nelson, Esq.