# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**  **THIS DOCUMENT RELATES TO:** 18-cv-13924, 18-cv-09900 | Civil Action No. 2:10-MD-02179  SECTION: J  JUDGE: CARL BARRBIER |

## ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Ex Parte Motion by Plaintiffs, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray to Withdraw and Substitute Counsel

**IT IS HEREBY ORDERED** that Craig T. Downs be withdrawn as counsel for Plaintiffs, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray in this proceeding, and it is further ordered that David Durkee be permitted to substituted in place of Craig T. Downs as additional counsel of record with Mr. Durkee designated as Trial Attorney.

**THUS DONE AND SIGNED** this _____ day of _____, 2020, at New Orleans, Louisiana.

                                                                                   _____
                                                                              CARL JOSEPH BARBIER
                                       UNITED STATES DISTRICT COURT JUDGE