UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: | JUDGE BARBIER |
| 12-cv-968: BELO AND | |
| 20-cv-693, 20-cv-781, 20-cv-890 & 20-cv-1036 | MAG. JUDGE CURRAULT |

### ORDER

Defense counsel has advised that plaintiffs in two (2) BELO case(s)[1] have failed to provide initial disclosures as required by BELO Case Management Order ("CMO") No. 1. *See* ECF No. 26605 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED** that, no later than **SEPTEMBER 2, 2020,** plaintiffs Trevin Rawls and Jose Montenegro-Quinteros must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which the above-listed plaintiffs must submit their venue filings is extended to no later than **OCTOBER 8, 2020.**

New Orleans, Louisiana, this 4th day of August, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in 20-cv-1276 and 20-cv-1280.

1