# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates  To 2:18-cv-11111 | ) | JUDGE BARBIER |
| | ) | MAG. WILKINSON |
| | ) | |

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS
## SECOND AMENDED COMPLAINT

Comes now Plaintiff MMR Group, Inc. d/b/a MMR Constructors, Inc. ("Plaintiff"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and moves the Court for leave to file its Second Amended Complaint.  The Plaintiff does not seek to add any parties or causes of action.  Instead, the Plaintiff only seeks to add more facts and allegations in support of its existing causes of action.

The Plaintiff does not believe that the Court's pretrial order no. 38 precludes the Plaintiff from publicly filing its proposed Second Amended Complaint.  However, out of an abundance of caution, the Plaintiff has contemporaneously filed a motion to file its proposed Second Amended Complaint under seal.  The Plaintiff will file its Second Amended Complaint under seal if the Court grants this motion, unless instructed otherwise by the Court.

Pursuant to Local Rule 7.6, the Plaintiff informed BP and the Claims Administrator of its intent to file its Second Amended Complaint.  However, neither BP nor the Claims Administrator consented to this motion.[1]

_s/ WILLIAM G. CHASON_
RICHARD M. GAAL
State Bar No. ASB-3999-A58R
rgaal@mcdowellknight.com
WILLIAM G. CHASON
State Bar No. ASB-5462-151C
wchason@mcdowellknight.com
MORGAN S. HOFFERBER
State Bar No. ASB-1334-542X
mhofferber@mcdowellknight.com

OF COUNSEL:
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water Street; Suite 13290
Mobile, Alabama  36602
Tel. (251) 432-5300
Fax (251) 432-5303

---

[1] The Plaintiff understands that Local Rule 7.6 requires it to notify all interested parties of its intent to file an amended complaint. Although Halliburton Energy Services, Inc. and Sperry Drilling Services (collectively, "HESI"), Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc. Transocean Ltd., and Triton Asset Leasing GmbH (collectively, "Transocean ") are all named as defendants in the Plaintiff's complaint, defense counsel has not appeared for those parties. The Plaintiff's counsel is unclear about who to contact on behalf of HESI and Transocean at this point.  In any event, the proposed Second Amended Complaint is limited to modifying the facts and allegations in support of the declaratory judgment action (Count V) against BP and the Claims Administrator, and the breach of contract claim (Count VI) against BP.  The Second Amended Complaint does not change or modify any of the allegations against HESI or Transocean.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this pleading has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 7th day of August, 2020.

*/s/ WILLIAM G. CHASON*