UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig**   "Deepwater Horizon" in the Gulf   Of Mexico, on April 20, 2010  **This Document Relates To 2:18-cv-11111** | ) ) ) ) ) ) ) | **MDL 2179**  **SECTION: J**  **JUDGE BARBIER**  **MAG. WILKINSON** |

### [PROPOSED] ORDER

Before the Court is the Plaintiff's Motion for Leave to File its Second Amended Complaint and Plaintiff's Motion to File its Second Amended Complaint Under Seal, pertaining to member case no. 18-11111.

IT IS **ORDERED** that the Plaintiff's Motion for Leave to File its Second Amended Complaint and its Motion to File its Second Amended Complaint Under Seal are **GRANTED**.

Done this \_\_\_\_ day of _____, 2020.

_____
United States District Judge