UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179<br><br>SECTION: J |
| This Document Relates To 2:18-cv-11111 | ) ) ) ) | JUDGE BARBIER<br>MAG. WILKINSON |

**PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT UNDER SEAL**

Comes now Plaintiff MMR Group, Inc. d/b/a MMR Constructors, Inc. ("Plaintiff") and submits its motion to file its proposed Second Amended Complaint under seal.  As grounds, the Plaintiff states as follows:

1. Contemporaneous with this motion, the Plaintiff has filed a motion and supporting memorandum seeking leave to file its Second Amended Complaint.

2. In its proposed Second Amended Complaint, Plaintiff has referred to, quoted, and attached prior pleadings and documents that were previously filed under seal in this Court. Some of the documents are communications between BP, Class Counsel, and the Claims Administrator regarding the interpretation and implementation of the Settlement Agreement.  Based upon information and belief, BP takes the position that pretrial order no. 38 precludes the Plaintiff from publicly filing these types of documents.

3. While the Plaintiff disagrees with BP's position, out of an abundance of caution, the Plaintiff did not attach the proposed Second Amended Complaint to its motion for leave to file

its Second Amended Complaint and, instead, is seeking permission to file its proposed Second Amended Complaint under seal.

4. As instructed by the clerk of this Court, the Plaintiff will contemporaneously submit its proposed Second Amended Complaint and associated exhibits to the Court via email for consideration rather than attaching it to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff to file its proposed Second Amended Complaint under seal.

> *s/ WILLIAM G. CHASON*
> RICHARD M. GAAL
> State Bar No. ASB-3999-A58R
> rgaal@mcdowellknight.com
> WILLIAM G. CHASON
> State Bar No. ASB-5462-151C
> wchason@mcdowellknight.com
> MORGAN S. HOFFERBER
> State Bar No. ASB-1334-542X
> mhofferber@mcdowellknight.com

OF COUNSEL:
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water Street; Suite 13290
Mobile, Alabama  36602
Tel. (251) 432-5300
Fax (251) 432-5303

## CERTIFICATE OF SERVICE

      I hereby certify that this pleading has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 7th day of August, 2020.

      */s/ WILLIAM G. CHASON*