UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | ) | |
| **Of Mexico, on April 20, 2010** | ) | **SECTION: J** |
| | ) | |
| **This Document Relates To 2:18-cv-11111** | ) | **JUDGE BARBIER** |
| | ) | **MAG. WILKINSON** |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

Before the Court is the Plaintiff's Motion for Leave to File its Second Amended Complaint and Plaintiff's Motion to File its Second Amended Complaint Under Seal, pertaining to member case no. 18-11111.

IT IS **ORDERED** that the Plaintiff's Motion for Leave to File its Second Amended Complaint and its Motion to File its Second Amended Complaint Under Seal are **GRANTED**.

Done this _____ day of _____, 2020.

_____
United States District Judge