UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | ) | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | **SECTION: J** |
| | ) | |
| **This Document Relates  To 2:18-cv-11111** | ) | **JUDGE BARBIER** |
| | ) | **MAG. WILKINSON** |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO AMEND AND/OR CLARIFY PTO 38**

Comes now Plaintiff MMR Group, Inc. d/b/a MMR Constructors, Inc. ("Plaintiff") and moves the Court to amend and/or clarify pretrial order no. 38 ("PTO 38").  The Plaintiff seeks an order from the Court making it clear that Lead Class Counsel and Class Counsel may freely and voluntarily provide documents and information to the Plaintiff, regardless if such materials may qualify as "Settlement Communications" according to PTO 38.

*s/ WILLIAM G. CHASON*
RICHARD M. GAAL
State Bar No. ASB-3999-A58R
rgaal@mcdowellknight.com
WILLIAM G. CHASON
State Bar No. ASB-5462-151C
wchason@mcdowellknight.com
MORGAN S. HOFFERBER
State Bar No. ASB-1334-542X
mhofferber@mcdowellknight.com

OF COUNSEL:
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water Street; Suite 13290
Mobile, Alabama  36602
Tel. (251) 432-5300
Fax (251) 432-5303

## CERTIFICATE OF SERVICE

      I hereby certify that this pleading has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 10th day of August, 2020.

                                                      */s/ WILLIAM G. CHASON*