UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. WILKINSON |
| This Document Relates To 2:18-cv-11111 | | |

**[PROPOSED] ORDER**

Before the Court is the Plaintiff's Motion to Amend or Clarify Pretrial Order No. 38, pertaining to member case no. 18-11111.

IT IS **ORDERED** that the Plaintiff's Motion to Amend or Clarify Pretrial Order No. 38 is **GRANTED**. Lead Class Counsel and Class Counsel may freely and voluntarily provide documents and information to the Plaintiff, even if such materials qualify as "Settlement Communications" according to Pretrial Order No. 38.

Done this ____ day of _____, 2020.

_____
United States District Judge