August 4, 2020

Magistrate Currault
U.S. District Court
500 Poydras Street
New Orleans, LA 70130

Re: Larkin et al, v. Juneau et al, 2:19-CV-10295

Dear Magistrate,

Since the inception of the above-style complaint, the Plaintiff, Pro Se, has failed to be advised as to the reason and status of the stay imposed by the court. The record show the numerous motion filed in an attempt to gain access to the courts website for jail information, but to no avail, thus the Plaintiff pray assistant from your office regarding the court-imposed stay.

Thank you for your usual, kind cooperation.

Billy F. Larkin
Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 278
Norlina, NC 27563

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

Please Affix Postage
Raleigh Regional
Research Triangle Region
05 AUG 2020 PM 2 L

**Mailed From**
**Warren Correctional Institution**

Magistrate D.P. Currault
U.S. District Court
500 Poydras Street
New Orleans, LA 70130

7018 3090 0000 3080 0025

Legal Mail