UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL No. 2179 "Deepwater Horizon" in the Gulf** |
| | * | **SECTION: J** |
| **This Document Relates to:** | * * | **JUDGE BARBIER** |
| *No. 12-1713, Andry, et al., v. BP Products North America, Inc., et al.* | * * | **MAG. JUDGE CURRAULT** |

**Joint Status Report**

Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company (collectively, "BP")[1] and Plaintiffs Albert Andry, III, Dustin King, and Ryan Chaisson (collectively, "Plaintiffs," and, together with BP, the "Parties") hereby provide this report on the status of their settlement negotiations, pursuant to the *Stipulation and Order* (Rec. Doc. 26501).

The Parties have reached an agreement-in-principle regarding Plaintiffs' claims and are in the process of executing the necessary papers and implementing their agreement.

*[Remainder of page intentionally left blank.]*

---

[1]  Plaintiffs also named BP p.l.c. as a defendant in this case, but that entity has not been served.

**Respectfully submitted**,

| | |
|---|---|
| */s/ R. Keith Jarrett* | */s/ Joseph M. Bruno* |
| R. Keith Jarrett (Bar # 16984) | Joseph M. Bruno (LA Bar No. 3604) |
| LISKOW & LEWIS | Markita Hawkins (LA Bar No. 35812) |
| One Shell Square | BRUNO & BRUNO, LLP |
| 701 Poydras Street, Suite 5000 | 855 Baronne Street |
| New Orleans, Louisiana 70139-5099 | New Orleans, Louisiana 70113 |
| Telephone:  (504) 581-7979 | Telephone:   (504) 525-1335 |
| Fax No.       (504) 556-4108 | Facsimile:    (504) 561-6775 |
| | jbruno@brunobrunolaw.com |

*Attorneys for Plaintiffs*

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP America Production Company*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Joint Status Report has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of August, 2020.

                                                  */s/ R. Keith Jarrett*
                                                  R. Keith Jarrett