# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| CASE NO. 2:10-CV-02771-CJB-JCW AND ALL CASES IN PLEADING BUNDLE B3 | * * * | MAG. JUDGE CURRAULT |
| * * * * * * * * * * * * | * | |

## JOINT MOTION OF TRANSOCEAN ENTITIES AND O'BRIEN'S RESPONSE MANAGEMENT LLC AND NATIONAL RESPONSE CORPORATION FOR VOLUNTARY DISMISSAL

Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively "Transocean"), and O'Brien's Response Management LLC ("ORM") and National Response Corporation ("NRC"), hereby move pursuant to Fed R. Civ. P. 41(a) to voluntarily dismiss the claims asserted by and between themselves with prejudice, with each party to bear its own costs.

The claims presently existing between the parties include the following, filed in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-md-02179-CJB-DPC, pending before the Eastern District of Louisiana:

1. Transocean's Rule 14(c) Third-Party Complaint Against BP, Halliburton, ORM, NRC, et al., filed February 18, 2011, Rec. Doc. 1320.

2. Transocean's Rule 13 Cross-Claims/Counter-Claims Against BP, Halliburton, ORM, NRC, et al., filed April 20, 2011, Rec. Doc. 2068.

3. Transocean's Answer to NRC's Claim/Counter-Claim, filed May 20, 2011, Rec. Doc. 2495.

4. Transocean's Answer to ORM's Claim/Counter-Claim, filed May 20, 2011, Rec. Doc. 2496.

4

The claims between the parties also include the following, filed in *In Re: Triton Asset Leasing GmbH*, 2:10-cv-02771-CJB-JCW, in the Eastern District of Louisiana:

1. Transocean's Complaint and Petition for Exoneration from or Limitation of Liability, filed May 13, 2010, Rec. Doc. 1.

2. ORM's Answer, Claim/Counterclaim, and Contingent Cross-Claim to Transocean's Complaint and Third-Party Complaint, filed April 20, 2011, Rec. Doc. 396.

3. NRC's Answer, Claim/Counterclaim, and Contingent Cross-Claim to Transocean's Complaint and Third-Party Complaint, filed April 20, 2011, Rec. Doc. 398.

4. ORM's Amended Answer and Claim/Counterclaim to Transocean's Complaint and Third-Party Complaint, filed October 13, 2011, Rec. Doc. 463.

5. NRC's Amended Answer and Claim/Counterclaim to Transocean's Complaint and Third-Party Complaint, filed October 13, 2011, Rec. Doc. 464.

On June 11, 2020, the Court dismissed Transocean's action, *In Re: Triton Asset Leasing GmbH*, based on prior rulings, including those regarding Transocean's liability in the *Deepwater Horizon* incident, its indemnification from BP, and its release from most of the settlement class members' claims. *See* Case No. 2:10-cv-02771, Rec. Doc. 645.[1]  Accordingly, Transocean and ORM and NRC voluntarily agree to dismiss with prejudice all the above claims they brought, or any claims they could have brought, against one another in the litigation arising out of the *Deepwater Horizon* incident.

---

[1] The Court also previously granted Transocean's, BP's, and Halliburton's motions to voluntarily dismiss their claims against one another. *See* Case No. 2:10-md-02179, Rec. Docs. 15887-88.

Dated: August 13, 2020                                  Respectfully submitted,

/s/ *Jeremy T. Grabill*

| | |
|---|---|
| Ivan M. Rodriguez (LA #22574) | Michael J. Lyle (DC #475078) (trial attorney) |
| Gary A. Hemphill (LA #6768) | Eric C. Lyttle (DC #482856) |
| Jeremy T. Grabill (LA #34924) | David H. Needham (DC #1017372) |
| PHELPS DUNBAR LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 365 Canal Street, Suite 2000 | 1300 I Street NW, Suite 900 |
| New Orleans, LA 70130-6534 | Washington, DC 20005 |
| Telephone: 504-566-1311 | Telephone: (202) 538-8000 |
| Facsimile: 504-568-9130 | Facsimile: (202) 538-8100 |
| ivan.rodriguez@phelps.com | mikelyle@quinnemanuel.com |
| gary.hemphill@phelps.com | ericlyttle@quinnemanuel.com |
| jeremy.grabill@phelps.com | davidneedham@quinnemanuel.com |

Attorneys for O'Brien's Response Management LLC and National Response Corporation

/s/ *Kerry J. Miller*

Kerry J. Miller
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170-4600
Tel: (504) 586-5252
Fax: (504) 310-0275
kmiller@fishmanhaygood.com

Attorney for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH

3

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Joint Motion of Transocean Entities and O'Brien's Response Management LLC and National Response Corporation for Voluntary Dismissal has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 13, 2020.

                                                              /s/ *Jeremy T. Grabill*
                                                              Jeremy T. Grabill