**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| CASE NO. 2:10-CV-02771-CJB-JCW | * | |
| AND | * | MAG. JUDGE CURRAULT |
| ALL CASES IN PLEADING BUNDLE B3 | * | |
| * * * * * * * * * * * * | * | |

**ORDER GRANTING JOINT MOTION OF TRANSOCEAN ENTITIES AND O'BRIEN'S**
**RESPONSE MANAGEMENT LLC AND NATIONAL RESPONSE CORPORATION**
**FOR VOLUNTARY DISMISSAL**

The Court has considered the joint motion of Transocean, ORM, and NRC to voluntarily

dismiss with prejudice the claims asserted by and between themselves. Accordingly, the Court

ORDERS that the Motion is GRANTED. All claims brought, or that could have been brought, by

and between Transocean, ORM, and NRC in the litigation arising out of the *Deepwater Horizon*

incident are dismissed and withdrawn with prejudice, including the following claims filed in *In Re:*

*Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-md-

02179-CJB-DPC, pending before the Eastern District of Louisiana:

1. Transocean's Rule 14(c) Third-Party Complaint Against BP, Halliburton, ORM, NRC, et al., filed February 18, 2011, Rec. Doc. 1320.

2. Transocean's Rule 13 Cross-Claims/Counter-Claims Against BP, Halliburton, ORM, NRC, et al., filed April 20, 2011, Rec. Doc. 2068.

3. Transocean's Answer to NRC's Claim/Counter-Claim, filed May 20, 2011, Rec. Doc. 2495.

4. Transocean's Answer to ORM's Claim/Counter-Claim, filed May 20, 2011, Rec. Doc. 2496.

In addition, all claims brought, or that could have been brought, by and between Transocean, ORM, and NRC filed in *In Re: Triton Asset Leasing GmbH*, 2:10-cv-02771-CJB-JCW, in the Eastern District of Louisiana, are dismissed and withdrawn with prejudice, including:

1. Transocean's Complaint and Petition for Exoneration from or Limitation of Liability, filed May 13, 2010, Rec. Doc. 1.

2. ORM's Answer, Claim/Counterclaim, and Contingent Cross-Claim to Transocean's Complaint and Third-Party Complaint, filed April 20, 2011, Rec. Doc. 396.

3. NRC's Answer, Claim/Counterclaim, and Contingent Cross-Claim to Transocean's Complaint and Third-Party Complaint, filed April 20, 2011, Rec. Doc. 398.

4. ORM's Amended Answer and Claim/Counterclaim to Transocean's Complaint and Third-Party Complaint, filed October 13, 2011, Rec. Doc. 463.

5. NRC's Amended Answer and Claim/Counterclaim to Transocean's Complaint and Third-Party Complaint, filed October 13, 2011, Rec. Doc. 464.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE