UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER |
| THIS DOCUMENT RELATES TO:<br><br>15-cv-06131 | MAG JUDGE: CURRAULT |

**EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

COMES NOW, through the undersigned counsel, Plaintiff, Adam Robinson, Individually, as Guardian of the Minor Surviving Children of the Decedent Crystal Robinson and as a Qualifying Representative of the Estate of Crystal A. Robinson, deceased, pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully moves this Court for an order withdrawing, as attorney of record, Ramon Guillen (FL Bar # 99789) and substituting in his place Charles David Durkee Esq (FL Bar # 998435) of the Downs Law group., and as grounds thereof states as follows:

1. Mr. Ramon Guillen is no longer a member of the Downs Law Group and consents to this motion to withdraw himself as counsel.

2. The Plaintiff has been given notice of the relief sought in this Motion and consents to said relief.

3. Mr. Charles David Durkee will file in substitution for Mr. Ramon Guillen and will also serve as Trial Attorney pursuant to Local Rule 11.2 of the Eastern District of Louisiana.

4. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines. as this case is in the B3 bundle which are currently stayed.

WHEREFORE, the Plaintiff prays that this Honorable Court issue an Order granting his Motion to withdraw Mr. Ramon Guillen and substitute Mr. Charles David Durkee as counsel of record.

        Respectfully Submitted,

*/s/ Ramon Guillen*
**Ramon Guillen, Jr., Esq.**
Florida. Bar. No. 99789
ramon@guillenhidalgo.com

**THE DOWNS LAW GROUP, P.A.**

*/s/ Charles David Durkee*
**CHARLES DAVID DURKEE,**
**Florida Bar No. 998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct going of the foregoing was served to all counsel of record registered to receive electronic as attorneys of record in the Court's electronic filing system.

Dated this 14th day of August 2020

_/s/ Charles David Durkee_
**Charles David Durkee, Esq.**