UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J(2) |
| **Applies to:** *No. 18-11111* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |
| | * | |

## ORDER

Three motions by MMR Group, Inc. d/b/a MMR Constructors, Inc. are before the Court: (1) Motion for Leave to File Second Amended Complaint (Rec. Doc. 26607), (2) Motion to File Second Amended Complaint Under Seal (Rec. Doc. 26609), and (3) Motion to Amend and/or Clarify PTO 38 (Rec. Doc. 26611).

IT IS ORDERED that each of the above motions is DENIED.

New Orleans, Louisiana, this 14th day of August, 2020.

_____
United States District Judge