**BOGGS, LOEHN & RODRIGUE**
ATTORNEYS AND COUNSELLORS AT LAW
2324 SEVERN AVENUE
SUITE 100
METAIRIE, LOUISIANA 70001

THOMAS E. LOEHN
tloehn@yahoo.com

TELEPHONE
(504) 828-1202 EXT. 224
TELECOPIER
(504) 828-1208

June 26, 2020

**VIA U.S. MAIL ONLY**
J. Andrew Langan, (jlangan@kirkland.com)
Kirkland & Ellis, L.L.P.
300 N. LaSalle
Chicago, IL 60654

Devin C. Reid, (dcreid@liskow.com)
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Re:  Charles A. Boggs v. BP Exploration & Production, et al.
     No. 2:16-cv-13476, USDC EDLA
     MC MDL-2179 - Charles A. Boggs

Dear Mr. Langan and Mr. Reid:

In accordance with Judge Carl Barbier's Order of June 17, 2020, my client, Charles A. Boggs, proposes that the following be included in the Case Management Order for Pretrial Order 69:

1. B3 bundle cases with provable past medical special damages exceeding $50,000 and, with medical treatment completed for the foreseeable future, be submitted to a Court Appointed Neutral for resolution.

2. All original materials filed by any Claimant with the Gulf Coast Claims Facility (GCCF) be returned to the Claimant. If the originals were destroyed, BP shall supply an Affidavit so stating and stating that the copies returned to Claimant may be used at trial in lieu of the originals.

If the foregoing is acceptable to your client, or if you have any modifications/suggestions, please let me know within 10 days of the date above.

Very truly yours,

*Thomas E. Loehn*
Thomas E. Loehn

TEL/smf
cc:  Charles A. Boggs

**EXHIBIT 1**