# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Vanessa Barsanti
To Call Writer Directly:
+1 312 862 2205
vanessa.barsanti@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

June 30, 2020

Thomas E. Loehn
Boggs, Loehn & Rodriguez
2324 Severn Avenue, Suite 100
Metairie, LA 70001
tloehn@yahoo.com

Re:    Charles A. Boggs v. BP Exploration & Production, et al.
       No. 2:16-cv-13476, USDC EDLA

Mr. Loehn,

Thank you for your letter. Consistent with the Court's June 17, 2020 Order (Rec. Doc. 26551), BP will be working with counsel for the B3 plaintiffs in the coming weeks on a proposed case management order for submission to the Court by September 2, 2020. We will reach out to meet and confer with you on a proposal as part of that process.

Sincerely,

/s/ Vanessa Barsanti

Vanessa Barsanti

cc: A. Katrine Jakola, P.C.
    Christina L. Briesacher
    Devin C. Reid

Beijing  Boston  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  New York  Palo Alto  Paris  San Francisco  Shanghai  Washington,

EXHIBIT 2