**BOGGS, LOEHN & RODRIGUE**
ATTORNEYS AND COUNSELLORS AT LAW
2324 SEVERN AVENUE
SUITE 100
METAIRIE, LOUISIANA 70001

THOMAS E. LOEHN
tloehn@yahoo.com

TELEPHONE
(504) 828-1202 EXT. 224
TELECOPIER
(504) 828-1208

July 1, 2020

**VIA U.S. MAIL ONLY**
J. Andrew Langan (jlangan@kirkland.com)
Kirkland & Ellis
300 N. LaSalle
Chicago, IL 60654

Vanessa Barsanti (vanessa.barsanti@kirkland.com)
Kirkland & Ellis
300 N. LaSalle
Chicago, IL 60654

Devin C. Reid (dcreid@liskow.com)
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, La. 70139-5099

       RE: In Re:  Oil Spill by the Oil Rig
          "Deepwater Horizon" in the Gulf of Mexico,
          On April 20, 2010; No. 2:10-md-02179 (E.D. La.)

Gentlemen and Ms. Baranti:

  Thank you for your letter of June 30, 2020. We previously asked if BP would include, within the CMO for PT0 69, either one or both of the requirements compelling return of GCCF materials to the claimant and/or referral to Court Appointed Neutrals for resolution where past medical specials exceed $ 50,000. We again ask and await your answer.

  If PB does not agree to these requests, Charles A. Boggs, my client, will make his case directly to the Court urging the Court to so order.

  If BP does agree to these requests, my client and BP will then bring our joint proposal to the other plaintiffs.

  Again, we solicit any modifications/suggestions regarding the proposed language for the CMO for PTO 69 if either one of these two proposals is acceptable to BP. (See the exact



language proposed in my previous letter of June 26, 2020, a convenience copy of which is enclosed herewith.)

    Please let us have BP's answer within 10 days of this letter.

                              Very truly yours,

                              Thomas E. Loehn

TEL/smf