**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| | **JUDGE: CARL BARRBIER** |
| **THIS DOCUMENT RELATES TO:** | |
| **17-cv-03231, 17-cv-00346** | **MAG JUDGE: CURRAULT** |

**EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

COMES NOW, through the undersigned counsel, Plaintiffs,, Wilbert Pritchett, and Henry Perdomo pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully move this Court for an Order withdrawing  as attorneys of record, Craig T. Downs ( FL Bar # 801089)  of the Downs Law Group, Vanessa E. Diaz ( FL Bar # 120087) and Jose E. Aguirre ( FL Bar #  92675) and substituting in their place Charles David Durkee Esq  (FL Bar # 998435) of the Downs Law group and as grounds thereof state as follows:

1. Vanessa E. Diaz and Jose E. Aguirre are no longer members of the Downs Law Group and consent to this motion to withdraw themselves as counsel

2. The Plaintiffs have been given notice of the relief sought in this Motion and consent to said relief.

3. Mr. Charles David Durkee will file in substitution for Mr. Downs, Ms. Diaz and Mr. Aguirre. Additionally, Mr. Durkee will also serve as Trial Attorney pursuant to Local Rule 11.2 of the Eastern District of Louisiana.

4. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines as these cases are in the B3 bundle which are currently stayed.

WHEREFORE, the Plaintiff prays that this Honorable Court issue an Order granting their

Motion to withdraw Craig T. Downs, Vanessa E. Diaz, and Jose E. Aguirre and to substitute

Charles David Durkee as counsel of record.

Respectfully Submitted,

*/s/ Vanessa E. Diaz*
**Vanessa E. Diaz, Esq.**
Florida. Bar. No. 120087
vdiaz@diazlawfl.com

*/s/ Jose E. Aguirre*
**Jose E. Aguiree Esq.**
Florida. Bar. No. 92675
jose@lowercaselaw.com

**THE DOWNS LAW GROUP, P.A.**
*Attorneys for Plaintiff*

*/s/ Charles David Durkee*
**CHARLES DAVID DURKEE,**
**Florida Bar No. 998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

By: /s/ Craig T. Downs
CRAIG T. DOWNS, ESQ.
Florida Bar No.: 801089
Telephone: (305) 444-8226
Email: cdowns@downslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 18th day of August 2020

_/s/ Craig T. Downs_
**Craig T. Downs, Esq.**