UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** "**DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** **THIS DOCUMENT RELATES TO:** 17-cv-03231, 17-cv-00346 | Civil Action No. 2:10-MD-02179 SECTION: J JUDGE: CARL BARRBIER |

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Considering the foregoing Ex Parte Motion by Plaintiffs to Withdraw and Substitute Counsel,

**IT IS HEREBY ORDERED** that Craig T. Downs, Vanessa E. Diaz and Jose E. Aguirre be withdrawn as counsel for Plaintiffs, Henry Perdomo and Wilbert Pritchett in this proceeding, and it is further ordered that Charles David Durkee to be permitted to substituted as counsel of record, with Mr. Durkee designated as Trial Attorney.

New Orleans, Louisiana this ____ day of 2020

_____
UNITED STATES DISTRICT JUDGE