# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE** | Civil Action No. 2:10-MD-02179<br><br>SECTION: J |
| **THIS DOCUMENT RELATES TO:** | **JUDGE: CARL BARRBIER** |
| 15-cv-06131 | **MAG JUDGE: CURRAULT** |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Ex Parte Motion by Plaintiff to Withdraw and Substitute Counsel,

**IT IS HEREBY ORDERED** that Ramon Guillen be withdrawn as counsel for Plaintiff, Adam Robinson, Individually, as Guardian of the Minor Surviving Children of the Decedent Crystal Robinson and as a Qualifying Representative of the Estate of Crystal A. Robinson, deceased, in this proceeding, and it is further ordered that Charles David Durkee be permitted to substituted as counsel of record with Mr. Durkee designated as Trial Attorney.

New Orleans, Louisiana this 19th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE