UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LARKIN ET AL,

PLAINTIFF,

V.

JUNEAU ET AL,

DEFENDANTS.

CASE # 2:19-CV-10295

MOTION FOR INDIGENT RECIEPT OF FREE COPIES

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 17 2020
CAROL L. MICHEL
CLERK

TENDERED FOR FILING
AUG 17 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

COMES NOW THE PLAINTIFF, BILLY F. LARKIN, INDIGENT, AND FILE THIS MOTION FOR INDIGENT RECIEPT OF FREE COPIES, AND SHOW THE COURT THE FOLLOWING:

1. PLAINTIFF FILED THE ABOVE-STYLED COMPLAINT 5-7-19, WITHOUT PRIOR KNOWLEDGE OF THE CONSOLIDATION ORDER DATED 8-10-2010.

2. PLAINTIFF IS CURRENTLY INCARCERATED WITHOUT ACCESS TO THE MDL 2179 WEBSITE FOR ACCESS TO FORMS, COURT ORDERS, MINUTE ENTRIES, CALENDAR OF UPCOMING EVENTS, AND OTHER RELEVANT INFORMATION.

3. To date, Plaintiff filed a Motion to Access (Rec. Doc. 26227) the Court denied 2-6-2020.

4. Plaintiff has been denied by the Court such documents as Deepwater Horizon Economic and Property Damages Settlement Program to prove Defendant Juneau violated the Claim Center's standard procedures for notifying claimants, as well as notices regarding the Halliburton (HESI) and Transocean Punitive Damages and Assigned Claims Settlements.

Wherefore, due to Plaintiff's exceptional circumstances, Plaintiff pray the Court directs the Clerk to provide requested documents from the Master File, without cost, due to Plaintiff's Forma-Pauperis status.

This the 17th day of August, 2020.

*/s/ Billy F. Larkin*

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563



RALEIGH NC 275
Research Triangle Region
12 AUG 2020 PM 6 L

**Mailed From**
Warren Correctional Institution

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 278
NORLINA, NC 27563

CLERK, U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

70130-336731

Legal Mail