# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * |
| | * MDL NO. 2179 |
| | * SECTION: J |
| THIS DOCUMENT RELATES TO: | * |
| | * JUDGE BARBIER |
| CASE NO. 2:10-CV-02771-CJB-JCW | * |
| AND | * MAG. JUDGE CURRAULT |
| ALL CASES IN PLEADING BUNDLE B3 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION OF HALLIBURTON ENERGY SERVICES INC. AND O'BRIEN'S RESPONSE MANAGEMENT LLC AND NATIONAL RESPONSE CORPORATION FOR VOLUNTARY DISMISSAL

Halliburton Energy Services Inc. ("Halliburton"), and O'Brien's Response Management LLC ("ORM") and National Response Corporation ("NRC"), hereby move pursuant to Fed R. Civ. P. 41(a) to voluntarily dismiss the claims asserted by and between themselves with prejudice, with each party to bear its own costs.

The claims presently existing between the parties include the following, filed in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-md-02179-CJB-DPC, pending before the Eastern District of Louisiana:

1. Halliburton's Original Cross-Claims Against BP, Transocean, ORM, NRC, et al., filed April 21, 2011, Rec. Doc. 2086.

2. ORM's Counterclaim to Halliburton's First Amended Cross-Claims, filed June 20, 2011, Rec. Doc. 2839.

3. NRC's Counterclaim to Halliburton's First Amended Cross-Claims, filed June 20, 2011, Rec. Doc. 2843.

4. Halliburton's Answer to ORM's Counterclaim, filed July 15, 2011, Rec. Doc. 3339.

5. Halliburton's Answer to NRC's Counterclaim, filed July 15, 2011, Rec. Doc. 3340.

The claims between the parties also include the following, filed in *In Re: Triton Asset Leasing GmbH*, 2:10-cv-02771-CJB-JCW, in the Eastern District of Louisiana ("Transocean Action"):

1. Halliburton's First Amended Cross-Claims Against BP, Transocean, ORM, NRC, et al., filed May 20, 2011, Rec. Doc. 445.

Halliburton filed its cross-claims in response to the Transocean Action, which the Court dismissed on June 11, 2020.  *See* Case No. 2:10-cv-02771, Rec. Doc. 645.[1]  Accordingly, Halliburton and ORM and NRC voluntarily agree to dismiss with prejudice all the above claims they brought, or any claims they could have brought, against one another in the litigation arising out of the *Deepwater Horizon* incident.

---

[1]  The Court also previously granted Halliburton's, BP's, and Transocean's motions to voluntarily dismiss their claims against one another.  *See* Case No. 2:10-md-02179, Rec. Docs. 15887-88.

Dated: August 20, 2020                    Respectfully submitted,

/s/ *Jeremy T. Grabill*

Ivan M. Rodriguez (LA #22574)            Michael J. Lyle (DC #475078) (trial attorney)
Gary A. Hemphill (LA #6768)              Eric C. Lyttle (DC #482856)
Jeremy T. Grabill (LA #34924)            David H. Needham (DC #1017372)
PHELPS DUNBAR LLP                        QUINN EMANUEL URQUHART &
365 Canal Street, Suite 2000             SULLIVAN, LLP
New Orleans, LA 70130-6534               1300 I Street NW, Suite 900
Telephone: 504-566-1311                  Washington, DC 20005
Facsimile: 504-568-9130                  Telephone: (202) 538-8000
ivan.rodriguez@phelps.com                Facsimile: (202) 538-8100
gary.hemphill@phelps.com                 mikelyle@quinnemanuel.com
jeremy.grabill@phelps.com                ericlyttle@quinnemanuel.com
                                         davidneedham@quinnemanuel.com

                                         Attorneys for O'Brien's Response
                                         Management LLC and National Response
                                         Corporation


                                         /s/ *Alan York*

                                         Alan York
                                         REED SMITH LLP
                                         811 Main Street, Suite 1700
                                         Houston, TX 77002-6110
                                         Telephone: 713.469.3824
                                         Facsimile: 713.469.3899
                                         ayork@reedsmith.com

                                         Attorney for Defendant Halliburton Energy
                                         Services, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Joint Motion of Halliburton Energy Services Inc. and O'Brien's Response Management LLC and National Response Corporation for Voluntary Dismissal has been served on all counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 20, 2020.

/s/ *Jeremy T. Grabill*
Jeremy T. Grabill