UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to:<br>*All Cases* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |
| | * | |

**ORDER**
**[Regarding the Sept. 9, 2020 Status Conference/Hearing]**

The Court previously scheduled a hearing and status conference for Wednesday, September 9, 2020 at 9:30 a.m. where it would address certain matters pertaining to the B1 and B3 Bundles. (Order of June 17, 2020, Rec. Doc. 26551). This Order changes the time, topics, and format of the September 9th conference, and schedules a separate conference for September 16th. Accordingly,

**IT IS ORDERED THAT:**

1. The time of the September 9th conference is changed from 9:30 a.m. to **9:00 a.m.**[1]

2. **Only** matters pertaining to the **B1 Bundle** will be addressed at the September 9th conference. Specifically:

    a. 9:00 a.m.: Case Management for the 20 cases that were not resolved by the PTO 67 mediation process. (*See* BP's Jan. 17, 2020 Status Report, Rec. Doc. 26214)

    b. 10:00 a.m.: Oral argument on BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477).

---

[1] All times are central daylight time.

Parties and attorneys with claims only in the B3 bundle shall not participate in the September 9th conference.

3. A status conference is scheduled for **Wednesday, September 16, 2020 at 9:30 a.m** where the Court will address **future case management of the B3 Bundle**. Parties and attorneys with claims only in the B1 bundle shall not participate in the September 16th conference.

4. The September 9th conference and the September 16th conference will **NOT** be in-person. The conferences will be conducted virtually via Zoom. **Only attorneys who will be speaking/arguing at the conference shall appear via Zoom**.[2] Non-speaking attorneys, parties, and the public may attend the conferences by calling a "listen only" dial-in number. The link for the Zoom meeting and the dial-in number will be provided at a later date.

5. Attorneys who will be speaking/arguing at a conference shall log on to Zoom 10 minutes before the start time of the conference. As to the September 9th conference, attorneys who will be presenting argument **only** on BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs shall wait until 9:50 to log on to the Zoom conference.

6. Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

7. Recording these proceedings is prohibited.

---

[2]

8. The deadline for the parties in the B3 bundle to file case management proposals (*see* Rec. Doc. 26551) is extended to **Wednesday, September 9, 2020**.[3] Prior to submitting any case management proposals, attorneys representing parties in the B3 bundle shall meet and confer and attempt to reach resolution on their case management proposals.

New Orleans, Louisiana, this 25th day of August, 2020.

_____
United States District Judge

---

[3] Before September 9, the Court will issue rulings regarding compliance with PTO 68 (*see* Show Cause Order, Rec. Doc. 26453) and BP's Motion for Summary Judgment on B3 Claims Released under the Medical Settlement (Rec. Doc. 25914).