UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: Case No. 2:13-cv-01286 | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |

_____

MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD
_____

**NOW INTO COURT**, come plaintiffs, Gulf Marine Institute of Technology and BioMarine Technologies, Inc., who respectfully request that this Court enter an order enrolling Stephen Skelly Kreller and Katie M. Cusimano of The Kreller Law Firm as co-counsel of record for plaintiffs in this matter.

Date: August 26, 2020                              Respectfully submitted,

                                           **THE KRELLER LAW FIRM**

                                           */s/ Stephen Skelly Kreller*
                                           Stephen Skelly Kreller (Bar No. 28440)
                                           Katie M. Cusimano (Bar No. 28545)
                                           757 Saint Charles Avenue, Suite 301
                                           New Orleans, Louisiana 70130
                                           T: (504) 484-3488
                                           F: (888) 294-6091
                                           E: ssk@krellerlaw.com

                                           And

1

**GARCIA DE LA GARZA, LLP**

*/s/ Mario de la Garza*
Mario de la Garza
1616 S. Voss Road, Suite 870
Houston, Texas 77057
T: (713) 784-1010
F: (713) 784-1011
E: mdelagarza@dlgtriallaw.com

***Attorneys for plaintiffs, Gulf Marine Institute of Technology and BioMarine Technologies, Inc.***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record for Gulf Marine Institute of Technology and BioMarine Technologies, Inc. in Case No. 2:13-cv-01286 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2020.

                              */s/ Stephen Skelly Kreller*
                              Stephen Skelly Kreller