UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:13-cv-01286 | MDL 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Stephen Skelly Kreller and Katie M. Cusimano of The Kreller Law Firm are hereby enrolled as additional counsel of record for plaintiffs, Gulf Marine Institute of Technology and BioMarine Technologies, Inc., in the above entitled matter.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Honorable Carl J. Barbier