UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | |
| | * | MDL NO. 2179 |
| | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| CASE NO. 2:10-CV-02771-CJB-JCW AND ALL CASES IN PLEADING BUNDLE B3 | * | |
| | * | MAG. JUDGE CURRAULT |
| | * | |

* * * * * * * * * * * * *

**ORDER GRANTING JOINT MOTION OF HALLIBURTON ENERGY SERVICES INC. AND O'BRIEN'S RESPONSE MANAGEMENT LLC AND NATIONAL RESPONSE CORPORATION FOR VOLUNTARY DISMISSAL**

The Court has considered the joint motion of Halliburton, ORM, and NRC to voluntarily dismiss with prejudice the claims asserted by and between themselves. Accordingly, the Court ORDERS that the Motion is GRANTED. All claims brought, or that could have been brought, by and between Halliburton, ORM, and NRC in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the following claims filed in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-md-02179-CJB-DPC, pending before the Eastern District of Louisiana:

1. Halliburton's Original Cross-Claims Against BP, Transocean, ORM, NRC, et al., filed April 21, 2011, Rec. Doc. 2086.

2. ORM's Counterclaim to Halliburton's First Amended Cross-Claims, filed June 20, 2011, Rec. Doc. 2839.

3. NRC's Counterclaim to Halliburton's First Amended Cross-Claims, filed June 20, 2011, Rec. Doc. 2843.

4. Halliburton's Answer to ORM's Counterclaim, filed July 15, 2011, Rec. Doc. 3339.

5. Halliburton's Answer to NRC's Counterclaim, filed July 15, 2011, Rec. Doc. 3340.

In addition, all claims brought, or that could have been brought, by and between Halliburton, ORM, and NRC filed in *In Re: Triton Asset Leasing GmbH*, 2:10-cv-02771-CJB-JCW, in the Eastern District of Louisiana, are dismissed and withdrawn with prejudice, including:

1. Halliburton's First Amended Cross-Claims Against BP, Transocean, ORM, NRC, et al., filed May 20, 2011, Rec. Doc. 445.

IT IS SO ORDERED.

New Orleans, Louisiana this 26th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE