# United States Court of Appeals
## for the Fifth Circuit

_____

No. 18-31177
_____

A True Copy
Certified order issued Aug 26, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: DEEPWATER HORIZON

-----------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL

*Plaintiffs*,

*versus*

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

*Defendants—Appellees*,

*versus*

CLAIMANT ID 100118552,

*Claimant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of August 26, 2020, pursuant to appellant's unopposed motion.

18-31177

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT