# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-31177   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Mr. William Gray Chason
    Ms. Kristina Morgan Sanders Hofferber
    Mr. R. Stanton Jones
    Mr. James Andrew Langan
    Mr. Matthew Regan
    Mr. Devin Chase Reid