

August 20, 2020

Patrick Juneau, Claims Administrator
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

Dear Mr. Juneau:

Attached please find the quarterly invoice for Old and New Class administration work completed by Epiq, inclusive of pass-through invoices received from GCR, Brown Greer, and Stanley Reuter, during the period May 1, 2020 – July 31, 2020.

The breakdown of fees and expenses between the Old and New Classes is as follows:

| | |
|---|---|
| HESI and Transocean Old Class | $    50,000.00* |
| HESI and Transocean New Class | $ 1,015,430.20* |
| Total Due | $1,065,430.20 |

\* Escrow and investment fees not previously billed by UBS were identified after the New Class Distribution B Order was entered; $50,000.00 was attributable to the Old Class and $224,972.60 is attributable to the New Class. These amounts were not included in the estimated Administrative Costs reserve presented to the Court in May 2020, but per our discussion, additional funds were held back from New Class Distribution B to cover these invoices pending Court approval.

Upon receiving Court approval, we will transfer funds in accordance with the Court Order from the Old and New Class distribution accounts that hold the Administrative Fee Reserve Funds to satisfy the invoice.

As always, it has been a pleasure serving your needs. Please advise if you have any questions or concerns.

Best regards,

Michelle M. La Count

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/19/2020 | 27629 |
| PERIOD START | THROUGH DATE |
| 5/1/2020 | 7/31/2020 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Additional Printing | 119 | $0.0615 | $7.32 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 134.7 Hrs. | | $7,741.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 645,759 | $0.002 | $1,291.52 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 2,833.3 Hrs. | | $324,515.50 |
| **Contact Services** | | | |
| IVR (per minute) | 11,381.2 | $0.32 | $3,641.98 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 1,128 | $0.8333 | $940.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 337.8 Hrs. | | $16,890.00 |
| Handling of class member communications | 907.6 Hrs. | | $104,374.00 |
| **Website Services** | | | |
| Design and Maintain Website | 4.4 Hrs. | | $550.00 |
| **Distribution Services** | | | |
| Printing of checks | 26,746 | $0.79 | $21,129.34 |
| Records Paid by Wire | 21,525 | $0.79 | $17,004.75 |
| Check reissues | 619 | $0.79 | $489.01 |
| IRS Form 1099 Printing | 12 | $1.50 | $18.00 |
| **Reporting** | 3.4 Hrs. | | $374.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 1,157.4 Hrs. | | $164,974.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Systems Support** | | 91.0 Hrs. | | $14,271.50 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 387.8 Hrs. | | $66,475.00 |
| **Total Fees** | | | | $745,703.92 |
| **Total Project Expenses (See Exhibit A)** | | | | $286,804.40 |
| **Sub Total** | | | | $1,032,508.32 |
| Sales Tax | | | | $32,921.88 |
| **Grand Total** | | | | $1,065,430.20 |



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: May 01, 2020 through Jul 31, 2020 | | |
| GCR, Inc. Invoice | | $4,725.00 |
| Old Class Escrow Account Fees | | $50,000.00 |
| New Class Escrow Account Fees | | $224,972.60 |
| Postage | | $7,106.80 |
| **Total** | | **$286,804.40** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

-Or-

Payment by Wire:


# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

August 5, 2020

|  |  |
|---|---|
| Invoice #: | 34142 |
| Billed Through: | July 31, 2020 |
| Account #: | 001300    01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | July 31, 2020 | $18,850.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2020 | $67.00 |
| TOTAL CHARGES FOR THIS BILL | | $18,917.00 |
| TOTAL NOW DUE | | $18,917.00 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

August 5, 2020

|  |  |
|---|---|
| Invoice #: | 34142 |
| Billed through: | July 31, 2020 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $9,462.70 |
| Less payments received since previous invoice | $9,462.70 |

**PROFESSIONAL SERVICES**                                                                                                               **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/20 | PJH | REVIEW AND RESPOND TO VARIOUS INQUIRIES FROM VENDOR RE: HESI/TO JMOS AND RE: REVIEW, EDIT, AND FILING OF STATUS REPORT | 1.00 |
| 05/04/20 | PAJ | REVIEW EMAILS RE: APPEALS | 0.20 |
| 05/04/20 | PJH | VARIOUS CORRESPONDENCES AND CONFERS RE: REAPPOINTMENT OF NEUTRALS AND POTENTIAL EFFECT ON HESI/TO PROGRAMS | 0.60 |
| 05/05/20 | PAJ | REVIEW EMAILS RE: APPEALS | 0.10 |
| 05/05/20 | PAJ | CONFER WITH HRON RE: NEW CLASS APPEALS | 0.20 |
| 05/05/20 | PJH | CONFER PAJ AND VARIOUS CORRESPONDENCES WITH VENDOR RE: PENDING HESI/TO NEW CLASS CLAIMS AND APPEALS AND RESOLUTION AND DETERMINATION OF SAME IN ANTICIPATION OF FILING FOR DISTRIBUTION MOTION, AND CONFER PAJ RE: SAME | 0.60 |
| 05/07/20 | PAJ | REVIEW EMAILS RE: APPEALS AND COURT REVIEW | 0.30 |
| 05/07/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES FROM VENDOR RE: OUTSTANDING CLAIMS ON COURT REVIEW RE: HESI/TO NEW CLASS PROGRAM | 0.40 |
| 05/08/20 | PJH | CONFER VENDOR RE: VARIOUS ISSUES RE: NEW CLASS DISTRIBUTION | 0.20 |
| 05/11/20 | PAJ | REVIEW EMAILS RE: NEW CLASS B RESERVE CLAIM | 0.20 |
| 05/11/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES AND CONFER PAJ RE: VARIOUS ISSUES RE: RESERVE RE: NEW CLASS DISTRIBUTION AND ADMINISTRATIVE COSTS, AND CONFER VENDOR RE: SAME | 1.30 |
| 05/12/20 | PAJ | REVIEW EMAILS RE: NEW CLASS DISTRIBUTION B RESERVES AND CONTINGENCY FUNDS | 0.20 |
| 05/12/20 | PJH | VARIOUS CORRESPONDENCES RE: NEW CLASS ADMINISTRATIVE EXPENSES AND ISSUES RE: FILING OF DISTRIBUTION MOTION, AND CONFER VENDOR RE: SAME | 1.60 |
| 05/13/20 | PAJ | REVIEW EMAILS RE: FUNDS BEING REDISTRIBUTED TO NEW CLASS B DISTRIBUTION, APPEALS, APPEAL NOTICES AND ADMINISTRATIVE RESERVES | 0.30 |
| 05/13/20 | PJH | CONFER PAJ AND VARIOUS CORRESPONDENCES TO VENDOR RE: NEW CLASS ADMINISTRATIVE EXPENSES AND ALLOCATION OF FUNDS TO NEW CLASS REAL PROPERTY CLAIMANTS UNDER DISTRIBUTION MODEL, AND CONFER VENDOR RE: SAME | 1.10 |

| 001300 | 01580 | | Invoice # 34142    Page    2 |
|---|---|---|---|
| 05/14/20 | PAJ | REVIEW EMAILS RE: APPEALS AND CONTINGENCY RESERVES | 0.10 |
| 05/14/20 | PJH | REVIEW CORRESPONDENCES FROM VENDOR AND CONFER RE: SAME RE: INQUIRIES AND STATUS RE: NEW CLASS DISTRIBUTION MOTION | 0.60 |
| 05/15/20 | PAJ | REVIEW EMAILS RE: STATUS OF APPEALS | 0.20 |
| 05/15/20 | PAJ | REVIEW EMAILS RE: CONTINGENCY RESERVE | 0.10 |
| 05/15/20 | PAJ | REVIEW EMAIL RE: NEW CLASS B DECLARATION | 0.20 |
| 05/15/20 | PJH | CONFER PAJ RE: NEW CLASS HOLDBACK RESERVE AMOUNT AND DETERMINATIONS BY COURT ON REVIEW AND VARIOUS CORRESPONDENCES TO VENDOR RE: SAME AND RE: BALANCE OF INSURANCE PROCEEDS | 1.00 |
| 05/17/20 | PJH | FIRST REVIEW OF DRAFT HESI/TO NEW CLASS REAL PROPERTY DISTRIBUTION DECLARATION, WITH VARIOUS EDITS, COMMENTS, QUESTIONS RE: SAME TO VENDOR | 2.60 |
| 05/18/20 | PAJ | REVIEW EMAILS RE: NEW CLASS B DECLARATION | 0.20 |
| 05/18/20 | PJH | REVIEW DRAFT MEMORANDUM RE: HESI/TO REAL PROPERTY DISTRIBUTION, AND VARIOUS CORRESPONDENCES, CONFERS WITH VENDOR, PAJ RE: QUESTIONS, ISSUES RE: SAME; BEGIN DRAFTING MOTION AND PROPOSED ORDER AND VARIOUS CORRESPONDENCES RE: SAME | 2.70 |
| 05/19/20 | PAJ | REVIEW DRAFT MOTION FOR FINAL DISTRIBUTION, MEMORANDUM IN SUPPORT, DECLARATION, EXHIBIT AND PROPOSED ORDER | 0.80 |
| 05/19/20 | PJH | VARIOUS CORRESPONDENCES, CONFERS WITH COUNSEL, VENDOR RE: INQUIRY RE: HESI/TO CLAIM PAYMENT STATUS FOLLOWING COURT RULING; FURTHER REVIEW AND EDITING OF HESI/TO REAL PROPERTY DISTRIBUTION DECLARATION AND MEMORANDUM AND VARIOUS CORRESPONDENCES, CONFERS WITH PAJ, VENDOR RE: SAME | 3.60 |
| 05/20/20 | PAJ | MULTIPLE REVIEWS, INPUT AND FINAL APPROVAL OF MOTION FOR APPROVAL OF FINAL DISTRIBUTION OF PUNITIVE DAMAGES PORTION OF SETTLEMENT AGREEMENTS; MEMORANDUM IN SUPPORT OF MOTION (INCLUDING NECESSARY CALCULATIONS); DETAILED DECLARATION OF MICHELLE LACOUNT REGARDING THE PUNITIVE DAMAGE SETTLEMENTS ALLOCATION AND DISTRIBUTION B; AND ORDER IMPLEMENTING NECESSARY PROCESSES AND DIRECTIVES OUTLINED IN MOTION | 4.50 |
| 05/20/20 | PAJ | REVIEW FILED MOTION FOR FINAL DISTRIBUTION, MEMORANDUM IN SUPPORT, DECLARATION, EXHIBIT AND PROPOSED ORDER | 0.10 |
| 05/20/20 | PJH | VARIOUS CORRESPONDENCES WITH COUNSEL, VENDOR RE: INQUIRY RE: HESI/TO CLAIM PAYMENT STATUS FOLLOWING COURT RULING, FINAL REVIEW OF MOTION, MEMORANDUM, DECLARATION, EXHIBIT, AND PROPOSED ORDER RE: HESI/TO REAL PROPERTY DISTRIBUTION AND DETAILED WALKTHROUGH WITH PAJ AND VARIOUS CORRESPONDENCES, CONFERS RE: SAME AND RE: MOTION FILING AND ORDER GRANTING RE: SAME | 4.10 |
| 05/21/20 | PAJ | REVIEW EMAILS RE: VENDOR INVOICES | 0.30 |
| 05/21/20 | PJH | INQUIRY AND RESPONSE FROM COUNSEL RE: FILING OF NEW CLASS REAL PROPERTY DISTRIBUTION MOTION | 0.20 |
| 05/22/20 | PAJ | REVIEW EMAILS RE: THIRD PARTY LIENS | 0.20 |
| 05/22/20 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | 0.20 |
| 05/22/20 | PJH | PRELIMINARY REVIEW OF INVOICES RECEIVED FROM VENDORS AND BEGIN PREPARATION OF HESI/TO MOTION AND PROPOSED ORDER | 1.70 |

001300    01580                                                        Invoice # 34142    Page    3

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | FOR ADMINISTRATIVE EXPENSES, CONFER PAJ RE: SAME AND CORRESPONDENCES TO PARTIES, VENDOR RE: SAME; REVIEW OF VARIOUS INQUIRIES FROM COURT RE: OLD AND NEW CLASSES; VARIOUS RESPONSES TO INQUIRIES FROM VENDOR RE: NEW CLASS LIEN DETERMINATIONS, RECENT COMPROMISES IN DHEPDS | |
| 05/26/20 | PAJ | REVIEW EMAILS RE: REINVESTMENT OF FUNDS WITH UBS | 0.10 |
| 05/26/20 | PAJ | REVIEW FILED MOTION FOR DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 05/26/20 | PJH | FINAL REVIEW OF HESI/TO MOTION FOR ADMINISTRATIVE EXPENSES AND FILING OF SAME, CONFER PAJ RE: SAME AND CORRESPONDENCES TO PARTIES, VENDOR, COURT RE: SAME; CONFER PAJ RE: NEW CLASS FUNDS AT UBS AND REINVESTMENT, AND CORRESPONDENCE RE: SAME | 1.30 |
| 05/27/20 | PAJ | REVIEW ORDER AUTHORIZING DISBURSEMENT OF ADMINISTRATIVE COST | 0.10 |
| 05/27/20 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO FUND AND REINVESTMENT WITH UBS; VARIOUS CORRESPONDENCES RE: ORDER RE: HESI/TO ADMINISTRATIVE EXPENSE APPROVAL | 0.50 |
| 05/28/20 | PAJ | REVIEW EMAILS RE: DRAFT CHECK STUBS FOR NEW CLASS DISTRIBUTION B | 0.20 |
| 05/28/20 | PJH | REVIEW NEW CLASS DISTRIBUTION CHECK STUBS WITH COMMENTS AND VARIOUS CORRESPONDENCES RE: SAME | 0.60 |
| 05/29/20 | PJH | CORRESPONDENCES WITH VENDOR RE: INQUIRY RE: NEW CLASS PAYMENT REISSUE; VARIOUS CONFERS AND CORRESPONDENCES RE: NEW CLASS CLAIMS PENDING ON DISCRETIONARY REVIEW | 0.80 |
| 06/01/20 | PJH | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCES RE: PROCESS FOR NEW CLASS COURT REVIEW AND REVIEW ORDER RE: SAME | 0.50 |
| 06/02/20 | PJH | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCES RE: PROCESS FOR NEW CLASS COURT REVIEW AND TO SET UP CALL RE: SAME | 0.20 |
| 06/03/20 | PAJ | CONFER WITH HRON RE: APPEAL | 0.20 |
| 06/03/20 | PAJ | REVIEW EMAILS RE: APPEAL | 0.10 |
| 06/03/20 | PAJ | REVIEW EMAILS RE: EXECUTED RELEASES, WITHDRAWAL OF CLAIMS AND NEUTRALS SETTLEMENTS | 0.20 |
| 06/03/20 | PJH | REVIEW INQUIRY FROM VENDOR RE: APPEAL OF GROUP OF HESI/TO CLAIMS, CONFER PAJ RE: SAME, AND EDIT LANGUAGE AND CORRESPOND WITH VENDOR RE: DETERMINATION RE: SAME; CORRESPOND WITH VENDOR RE: NEUTRALS SETTLEMENTS RE: HESI/TO PROGRAM, INQUIRY RE: DISCRETIONARY REVIEW CLAIMS AND SCHEDULING CALL RE: PROCESS RE: SAME | 1.30 |
| 06/04/20 | PAJ | REVIEW EMAIL RE: NEUTRAL RESOLUTION CLAIMS AND LIENS | 0.10 |
| 06/04/20 | PJH | CORRESPOND WITH VENDOR RE: NEUTRALS PROCESS AND EFFECT ON HESI/TO PROGRAM | 0.10 |
| 06/05/20 | PJH | CONFER COURT, VENDOR RE: PROCESS FOR COURT REVIEWING HESI/TO DISCRETIONARY REVIEW REQUESTS | 0.80 |
| 06/08/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: INQUIRY RE: RECENTLY PAID DHEPDS CLAIMS AND RESULTING EFFECT IN HESI/TO PROGRAM | 0.40 |
| 06/09/20 | PAJ | REVIEW EMAILS RE: TRANSFER OF FUNDS, ACCOUNTING INVOICES, AND Q2 TAXES | 0.30 |

| 001300 | 01580 | | Invoice # 34142 | Page | 4 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/09/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES FROM VENDOR RE: VENDOR INQUIRY RE: CLOSURE OF PROGRAM AND WITHDRAWAL AND TRANSFER OF HESI/TO FUNDS FROM UBS TO HUNTINGTON AND PAYMENT OF ESTIMATED TAXES AND PREPARATION EXPENSES | 0.70 |
| 06/12/20 | PAJ | REVIEW EMAILS RE: PENDING WIRE REQUESTS | 0.20 |
| 06/12/20 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO FUND TRANSFERS FROM UBS AND PENDING ISSUES: RE: THIRD PARTY CLAIMS RE: ATTORNEYS FEES | 0.50 |
| 06/16/20 | PAJ | REVIEW EMAILS RE: BANK FEES | 0.20 |
| 06/17/20 | PAJ | REVIEW EMAILS RE: ATTORNEY LIENS | 0.20 |
| 06/17/20 | PAJ | REVIEW EMAILS RE: THIRD PARTY CLAIM DISPUTE AND DOCUMENTS PERTAINING TO SAME | 0.30 |
| 06/17/20 | PAJ | REVIEW EMAILS RE: SERVICE FEES FOR 2018-2020 | 0.20 |
| 06/17/20 | PAJ | REVIEW EMAIL RE: NET SETTLEMENT FUND CALCULATION | 0.20 |
| 06/17/20 | PJH | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCES WITH VENDOR RE: INQUIRY RE: UBS BANKING SERVICE FEES AND ALLOCATION OF SAME, AND CONFER PAJ, VENDOR RE: SAME; CONFER VENDOR, PAJ RE: THIRD PARTY CLAIMANT ISSUE RE: ATTORNEYS FEES AND ISSUES, JURISDICTION, RESPONSE RE: SAME | 1.90 |
| 06/18/20 | PAJ | REVIEW EMAILS RE: SETTLEMENT FUND CALCULATIONS | 0.20 |
| 06/18/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO SETTLEMENT FUND CALCULATION, THIRD PARTY CLAIMANT DISPUTE RE: ATTORNEYS FEES AND DRAFT RESPONSE RE: SAME AFTER CONFER WITH PAJ | 1.60 |
| 06/19/20 | PAJ | EMAIL TO COUNSEL RE: ATTORNEY FEES ASSOCIATED WITH THIRD PARTY CLAIM | 0.30 |
| 06/19/20 | PJH | CONFER WITH PAJ AND VENDOR AND DRAFT CORRESPONDENCE RE: PENDING HESI/TO THIRD PARTY CLAIM ISSUE; CORRESPONDENCES RE: DHEPDS COMPROMISES AND RELATED HESI/TO PAYMENTS | 1.10 |
| 06/25/20 | PJH | CORRESPONDENCES RE: TIMING OF HESI/TO NEW CLASS DISTRIBUTION | 0.20 |
| 06/29/20 | PJH | CONFER WITH COUNSEL RE: TIMING ON NEW CLASS DISTRIBUTION; VARIOUS CORRESPONDENCES, CONFER WITH VENDOR RE: INQUIRY FROM COUNSEL, NEUTRALS PROCESS UPDATE AND PAYMENT AMOUNT | 1.00 |
| 06/30/20 | PJH | CONFER WITH COUNSEL RE: INQUIRY RE: HESI/TO PAYMENT TIMEFRAME | 0.10 |
| 07/01/20 | PAJ | REVIEW EMAILS RE: ATTORNEYS' FEES ESCROW ACCOUNT | 0.10 |
| 07/01/20 | PJH | VARIOUS CORRESPONDENCES, CONFER PAJ RE: ATTORNEYS FEES LIEN ISSUE IN HESI/TO NEW CLASS DISTRIBUTION | 0.70 |
| 07/02/20 | PAJ | REVIEW EMAILS RE: CHANGES WITHIN UBS AND ESCROW ACCOUNTS | 0.20 |
| 07/02/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR, CONFER PAJ RE: INQUIRY FROM UBS RE: HESI/TO TRUST ACCOUNT; CORRESPONDENCES WITH VENDOR RE: DECEASED ATTORNEY RE: HESI/TO PROGRAM | 0.60 |
| 07/06/20 | PAJ | PREPARATION OF EMAILS RE: UPCOMING DISTRIBUTION RE: REAL PROPERTY FRAMEWORK | 0.20 |
| 07/06/20 | PAJ | REVIEW EMAILS RE: AGREEMENT ON ATTORNEYS' FEES PERTAINING TO THIRD PARTY CLAIM | 0.30 |
| 07/07/20 | PAJ | REVIEW EMAILS RE: ATTORNEYS' FEES IN THIRD PARTY CASE | 0.20 |
| 07/07/20 | PAJ | CONFER WITH HRON RE: ATTORNEYS' FEES IN THIRD PARTY CASE | 0.20 |

| | | | | | |
|---|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 34142 | Page | 5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/07/20 | PJH | VARIOUS CORRESPONDENCES, CONFER PAJ RE: OPTIONS FOR RESOLVING ISSUES WITH ATTORNEY FEE LIEN PAYMENT RE: HESI/TO PROGRAM | 0.60 |
| 07/08/20 | PJH | REVIEW AND RESPOND RE: CORRESPONDENCE RE: LETTER FROM IRS RE: HESI/TO TRUST | 0.20 |
| 07/10/20 | PJH | VARIOUS CORRESPONDENCES RE: INQUIRY FROM COUNSEL RE: HESI/TO REAL PROPERTY DISTRIBUTION | 0.30 |
| 07/13/20 | PAJ | REVIEW EMAILS RE: INITIATION OF NEW CLASS B DISTRIBUTION AND PROCESS FOR SAME | 0.20 |
| 07/14/20 | PJH | VARIOUS CORRESPONDENCES RE: INITIATION OF HESI/TO NEW CLASS DISTRIBUTION B AND VARIOUS ITEMS RE: SAME | 0.40 |
| 07/15/20 | PJH | CORRESPONDENCES RE: DHEPDS COMPROMISES RE: HESI/TO PROGRAM | 0.20 |
| 07/16/20 | PAJ | REVIEW EMAILS RE: APPEALS | 0.20 |
| 07/17/20 | PAJ | CONFER WITH HRON RE: APPEALS | 0.30 |
| 07/17/20 | PAJ | REVIEW EMAILS RE: APPEALS AND LANGUAGE TO BE USED | 0.20 |
| 07/17/20 | PJH | CONFER PAJ, VENDOR RE: INQUIRY FROM COURT AND RE: DETERMINATION ON PENDING APPEAL WITH VARIOUS CORRESPONDENCES RE: SAME AND LANGUAGE FOR NOTICE; VARIOUS CORRESPONDENCES AND CONFERS WITH VENDOR, COURT RE: INQUIRY RE: NEW CLASS DISTRIBUTION | 2.70 |
| 07/20/20 | PAJ | REVIEW EMAILS RE: INQUIRY WITH NEW CLASS B DISTRIBUTION REAL PROPERTY SALES | 0.10 |
| 07/20/20 | PJH | CORRESPONDENCE AND CONFER VENDOR RE: INQUIRY RE: HESI/TO REAL PROPERTY CLAIMS DISTRIBUTION | 0.30 |
| 07/21/20 | PJH | CONFER PAJ, VENDOR RE: VARIOUS INQUIRIES FROM COUNSEL RE: HESI/TO NEW CLASS DISTRIBUTION AND SEVERAL CORRESPONDENCES RE: SAME | 1.10 |
| 07/22/20 | PJH | VARIOUS CORRESPONDENCES RE: THIRD PARTY CLAIMS RE: HESI/TO CLAIMS AND INQUIRY FROM COUNSEL RE: NEW CLASS DISTRIBUTION B PAYMENT AND RELATED SPREADSHEET | 1.00 |
| 07/23/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: CLAIMANT AND ATTORNEY INQUIRIES RE: HESI/TO PROGRAM PAYMENTS | 0.40 |
| 07/24/20 | PJH | VARIOUS FOLLOW UP CORRESPONDENCES WITH VENDOR RE: CLAIMANT INQUIRY RE: HESI/TO PROGRAM PAYMENT | 0.30 |
| 07/27/20 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 19 | 0.20 |
| 07/27/20 | PAJ | REVIEW DRAFT QUARTERLY REPORT NO. 19 | 0.30 |
| 07/28/20 | PAJ | EXCHANGE EMAILS WITH VENDOR RE: DRAFT QUARTERLY REPORT NO. 19 | 0.10 |
| 07/28/20 | PJH | REVIEW AND EDIT/COMMENT RE: HESI/TO COURT STATUS REPORT, WITH VARIOUS CORRESPONDENCES WITH VENDOR, PAJ RE: SAME | 0.90 |
| | | | 61.00        $18,850.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 14.40 hrs @ | $500.00 /hr | $7,200.00 | |
| PJH | HRON, PATRICK J | 46.60 hrs @ | $250.00 /hr | $11,650.00 | |
| | Fee Recap Totals | | 61.00 | $18,850.00 | |

**EXPENSES** **Amount**

| | | |
|---|---|---|
| 05/19/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |

| | | | | |
|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 34142 | Page 6 |
| 06/09/20 | FILE & SERVEXPRESS; REPOSITORY FEE | | | 5.00 |
| 07/16/20 | FILE & SERVEXPRESS; RESPOSITORY FEE | | | 5.00 |
| 07/31/20 | COPYING | | | 52.00 |
| | | | | $67.00 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $18,850.00 |
| TOTAL EXPENSES | $67.00 |
| TOTAL FEES & EXPENSES | $18,917.00 |
| **TOTAL NOW DUE** | **$18,917.00** |