UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **S&K MACHINEWORKS & FABRICATION, INC.,** | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| vs. | | CIVIL ACTION NO. 2:16-CV-05804 |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.; et al.,** | * | |
| | | |
| Defendants. | * | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now Plaintiff S&K Machineworks & Fabrication, Inc., by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, costs to be taxed as paid.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NICHS2021)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031
sln@cunninghambounds.com

Attorneys for Plaintiff S&K Machineworks & Fabrication, Inc.