UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL 2179 SECTION: J JUDGE BARBIER MAG. WILKINSON |
| This Document Relates  To 2:18-cv-11111 | | |

## PLAINTIFF'S MOTION FOR DISMISSAL

COMES NOW Plaintiff MMR Group, Inc. d/b/a MMR Constructors, Inc. ("MMR") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and respectfully moves the Court to dismiss this case as MMR, BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. have agreed to settle their dispute. Therefore, MMR respectfully requests that the Court enter an order dismissing the case with prejudice, and requiring each party to bear their own costs.

Respectfully submitted,

*/s/ Rodi F. Rispone (with permission)*
Rodi Rispone, Esq.
LA Bar Roll No. 23554
Attorney at Law
19322 S. Lakeway Ave.
Baton Rouge, LA 70810
Tel. (225) 937-5986
Fax (225) 612-8134
rrispone@gmail.com

                                               */s/ WILLIAM G. CHASON*
RICHARD M. GAAL
State Bar No. ASB-3999-A58R
rgaal@mcdowellknight.com
WILLIAM G. CHASON
State Bar No. ASB-5462-151C
wchason@mcdowellknght.com
MORGAN S. HOFFERBER
State Bar No. ASB-1334-542X
mhofferber@mcdowellknight.com

OF COUNSEL:

McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
11 N. Water Street; Suite 13290
Mobile, Alabama  36602
Tel. (251) 432-5300
Fax (251) 432-5303

## CERTIFICATE OF SERVICE

      I hereby certify that this motion has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 2nd day of September, 2020.

                                               */s/ WILLIAM G. CHASON*