UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *17-03383, 16-13874, 17-03681,* | * | MAG. JUDGE CURRAULT |
| *17-03191* | * | |

**J U D G M E N T**

For the reasons stated in the Order & Reasons of September 2, 2020, granting in part BP's Motion for Summary Judgment on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 26650);

IT IS ORDERED, ADJUDGED, and DECREED that the claims by the following plaintiffs are DISMISSED WITH PREJUDICE:

| Plaintiff | Case No. |
|---|---|
| Ricky Robin, Jr. | 17-03383 |
| Tiffany Monicque Lee | 16-13874 |
| Craig M. Burkett | 17-03681 |
| Christopher Green | 17-03191 |

New Orleans, Louisiana, this 2nd day of September, 2020.

_____
United States District Judge

**Note to Clerk:** File in 10-md-2179 and in the four cases dismissed by this Judgment. Mail a copy to Craig M. Burkett, who is pro se.