UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179  SECTION: J(2) |
| Applies to: No. 16-5041 (Justice Group, LLC) No. 16-5050 (Justice Design Studio, PC) No. 16-5093 (Eubanks) No. 16-5127 (Thomas) No. 16-5403 (Minnigan) No. 16-5454 (Richardson) | * * * * | JUDGE BARBIER  MAG. JUDGE CURRAULT |

## ORDER

The Court understands that the parties in the six referenced member cases have settled their claims. (*See* Rec. Docs. 26214 (omitting these cases from a list of cases that were not resolved via the PTO 67 mediation process), 26114 (stating plaintiffs Justice Group, Justice Design Studio, and Richardson accepted BP's settlement offer); 26119 (stating plaintiff Eubanks accepted BP's settlement offer); 26562 (stating plaintiffs Thomas and Minnigan reached an agreement in principal to settle their opt-out claims against BP). Although attorneys that previously represented these plaintiffs had intervened in these cases, the record reflects that all complaints of intervention have been voluntarily dismissed.[1] In short, it appears these cases are resolved and there is nothing for the Court to adjudicate.

Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED that the following cases are DISMISSED and CLOSED:

No. 16-5041, Justice Group, LLC v. BP Expl. & Prod., et al.

---

[1] The Court also denied motions to intervene by a non-attorney. (Rec. Doc. 26585).

No. 16-5050, Justice Design Studio, PC v. BP Expl. & Prod., et al.
No. 16-5093, Eubanks v. BP Expl. & Prod., et al.
No. 16-5127, Thomas v. BP Expl. & Prod., et al.
No. 16-5403, Minnigan v. BP Expl. & Prod., et al.
No. 16-5454, Richardson v. BP Expl. & Prod., et al.

New Orleans, Louisiana, this 2nd day of September, 2020.

                                            United States District Judge

**Note to Clerk: Enter in 10-md-2179 and each of the member cases closed by this Order.**