UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>16-cv-13201 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER<br><br>MAG JUDGE: CURRAULT |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Ex Parte Motion by Plaintiffs, Tiffany Odoms, Individually as Guardian of the Minor Surviving Children of the Decedent Alonzo Odoms Jr. and Taja Odoms as the Qualifying Representative of the Estate of Alonzo Odoms Jr to Withdraw and Substitute Counsel,

**IT IS HEREBY ORDERED** that Craig T. Downs, Vanessa E. Diaz, Jose E. Aguirre and Louis R. Koerner, Jr. be withdrawn as counsel in this proceeding, and it is further ordered that Charles David Durkee to be permitted to substituted as counsel of record, with Mr. Durkee designated as Trial Attorney.

New Orleans, Louisiana this _____ day of 2020

_____
UNITED STATES DISTRICT JUDGE