UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to:** | * | |
| No. 17-03347 | | **JUDGE BARBIER** |
| | * | |
| | | **MAG. JUDGE CURRAULT** |
| | * | |

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice filed by the plaintiff in the referenced member case. (Rec. Doc. 26644).

IT IS ORDERED that the Motion is GRANTED, and all claims in No. 17-03347, *John L. Howard v. BP America Production Co., et al.* are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of September, 2020.

United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**