UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *All Cases* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |
| | * | |

**NOTICE**
**[Dial-In Information for the Upcoming Status Conferences/Hearings]**

The Court has scheduled the following status conferences/hearings:

Wed., Sept. 9 at 9:00 a.m.[1]: Case management for B1 bundle cases that were not resolved by the PTO 67 mediation process. (*See* BP's Jan. 17, 2020 Status Report, Rec. Doc. 26214)

Wed., Sept. 9 at 10:00 a.m.: Oral argument on BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477).

Wed., Sept. 16 at 9:30 a.m.: Future case management of the B3 Bundle (case management proposals due by Wed., Sept. 9). (Rec. Doc. 26632).

The conferences will be conducted remotely via Zoom. Only attorneys who will be speaking at the conference shall appear via Zoom (details below). All others, including the public, may listen to the proceedings by dialing **1-650-479-3207 (Access Code: 160 383 5704)**. Be advised that this number is "listen only."

---

[1] All times are central daylight.

ADDITIONAL NOTES:

1. For the Sept. 9th, 9:00 a.m. conference, the Court will email the Zoom link to the attorneys of record in the unresolved cases listed in BP's 1/17/20 Status Report on the Result of the PTO 67 Mediation Process (Rec. Doc. 26214). For the Sept. 9th, 10:00 a.m conference, the Court will email the Zoom link to the attorneys who filed briefs concerning BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs. For the Sept. 16th conference, the Court will email the Zoom link to attorneys who submit or are listed as counsel on case management proposals for the B3 bundle.

2. The fact that an attorney receives a Zoom link does **not** mean that that attorney must appear at the Zoom conference. Again, **only attorneys who will speak at a conference may appear via Zoom.** All others should use the dial-in number provided above.

3. Attorneys who will be speaking at a conference shall log on to Zoom ten minutes before the start time of the conference. As to the Sept. 9th conference, attorneys who will be arguing **only** BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs shall wait until 9:50 to log on to the Zoom conference.

4. Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

5. Recording these proceedings is prohibited.

New Orleans, Louisiana, this 4th day of September, 2020.

_____
United States District Judge