IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE WILKINSON |

**CERTAIN PLAINTIFFS' NOTICE OF SUBMITTAL OF ADDITIONAL MEDICAL RECORDS PURSUANT TO THE REQUIREMENTS OF PTO 68**

Please take notice that the Plaintiffs listed on Exhibit A attached hereto have provided to BP additional medical records, pursuant to Plaintiffs' duties under the Federal Rules of Civil Procedure Rule 26 and Pretrial Order 68, Section I.B., and as noted in their Supplemental Medical Disclosures.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119

1

PHONE:  504-482-5711  
FACSIMILE:  504-482-5755  
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

September 8, 2020

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CERTAIN PLAINTIFFS' NOTICE OF SUBMITTAL OF ADDITIONAL MEDICAL RECORDS PURSUANT TO THE REQUIREMENTS OF PTO 68 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of September, 2020.

/s/ Paul A. Dominick
Paul A. Dominick