# Exhibit A - List of Plaintiffs With Supplemental Medical Records

| Exhibit A ||
|---|---|
| **Plaintiff** | **Case Number** |
| Alexander, James | 17-cv-03017 |
| Arrington, Rico | 17-cv-03025 |
| Aubert, Teandra | 17-cv-03628 |
| Bachi, Christian | 17-cv-04129 |
| Bachi, Sabrina | 17-cv-04129 |
| Baggett, Vernon | 17-cv-03030 |
| Banks, Christopher | 17-cv-03033 |
| Barksdale, Donald | 17-cv-03034 |
| Barlow, Torrey | 12-cv-02248 |
| Barnes, Susan | 17-cv-03630 |
| Basil, Allan | 17-cv-03447 |
| Bean, John | 17-cv-03634 |
| Berry, Justin | 17-cv-03044 |
| Beverly, Joy | 17-cv-03045 |
| Bivins, Clarance | 17-cv-04130 |
| Black, Jamarcus | 17-cv-03483 |
| Black, Lesia | 17-cv-03047 |
| Bosarge, Lorinda | 17-cv-03639 |
| Bradley, Eric | 17-cv-03887 |
| Bradley, Ervin | 17-cv-03055 |
| Branch, McKinley | 17-cv-03056 |
| Brewer, John | 17-cv-03079 |
| Briggs, Jimmy | 17-cv-03083 |
| Broughton, Dewayne | 17-cv-03090 |
| Brown, Bryan | 17-cv-04140 |
| Brown, Rennell | 17-cv-03101 |
| Buckingham, Kathy | 17-cv-04649 |
| Bunch, John | 17-cv-04144 |
| Byrd, George | 17-cv-03070 |
| Byrd, Jennifer | 17-cv-03642 |
| Cambre, Andoche | 17-cv-03643 |
| Card, Lora | 17-cv-03121 |
| Cargill, Markeelin | 17-cv-03644 |

| | |
|---|---|
| Casey, Willie | 17-cv-03525 |
| Causey, Roy | 17-cv-03888 |
| Chapman, Tabokka | 17-cv-04155 |
| Chapman, Tatyana | 17-cv-04155 |
| Chatman, Vonshea | 17-cv-03646 |
| Cheramie, Gabrielle | 17-cv-04502 |
| Colbert, Edward | 17-cv-03647 |
| Cole, Willie | 17-cv-03649 |
| Corey, Charles | 17-cv-03125 |
| Cuevas, Dean | 17-cv-03137 |
| Daniels, Jr., Robert | 17-cv-04394 |
| Davis-Sherrod, Myesha | 17-cv-04314 |
| Dean, Michael | 17-cv-06800 |
| Dinkins, Michael | 17-cv-04319 |
| Do, Yen | 17-cv-03903 |
| Dobbs, Terresa | 17-cv-03152 |
| Dorris, Daphne | 17-cv-04565 |
| Edwards, Junior | 17-cv-03928 |
| English, Elizabeth | 17-cv-03182 |
| Francisco, Mark | 17-cv-03212 |
| Franichevich, Andrew | 17-cv-03992 |
| Franklin, Charles | 17-cv-03215 |
| Franks, Robert | 17-cv-03216 |
| Garlow, Clarence | 17-cv-04330 |
| Gentry, Brandon | 17-cv-03995 |
| Gilmore, Arthur | 17-cv-03236 |
| Giusti, Ernest | 17-cv-03996 |
| Gray, Michael | 17-cv-04336 |
| Halsell, Edwin | 17-cv-03262 |
| Harris, Derry | 17-cv-04343 |
| Hawthorne, Ayana | 17-cv-03270 |
| Hayes, Rodney | 17-cv-04349 |
| Haynes, Alexander | 17-cv-03271 |
| Hicks, Keundra | 17-cv-04356 |
| Hinton, Arlene | 17-cv-04357 |

| | |
|---|---|
| Hohnadell, Gale | 17-cv-03999 |
| Howell, Patricia | 17-cv-03287 |
| Howze, Alfonso | 17-cv-03288 |
| Hudson, Mark | 17-cv-04361 |
| Hurd, Shikiah | 17-cv-04364 |
| Hurd, Steven | 17-cv-04000 |
| Hye, Terry | 17-cv-03293 |
| Isom, Cedric | 17-cv-04365 |
| Jackson, Tarus | 17-cv-04366 |
| Jacobs, Euweeka | 17-cv-03300 |
| Johnson, Grady | 17-cv-03308 |
| Johnson, Rabell Wells | 17-cv-04224 |
| Johnson, Reginald | 17-cv-04647 |
| Jones, Charlene | 17-cv-03312 |
| Jones, Cynthia | 17-cv-04377 |
| Keys, Ernestine | 17-cv-04389 |
| LaForce, Allen | 17-cv-04402 |
| Lawson, Telly | 17-cv-04404 |
| Lawton, Diana | 17-cv-03320 |
| Learn, Cherry | 17-cv-03321 |
| Lee, Terrance | 17-cv-04558 |
| Liddell, Kendrick | 17-cv-03332 |
| Lucky, Ethel | 17-cv-03340 |
| Magee, Andrea | 17-cv-04399 |
| Martin, Clifton | 17-cv-04004 |
| May, Derrick | 17-cv-04068 |
| McClendon, Dorothy | 17-cv-03379 |
| Meeks, Betsy Wensel | 17-cv-04629 |
| Millender, Raymond | 17-cv-04439 |
| Miller, Timothy | 17-cv-03398 |
| Milsap, Dennis | 17-cv-04451 |
| Oneal, Richard | 17-cv-04076 |
| Pace, Linda | 17-cv-04471 |
| Perkins, Isaac | 17-cv-04476 |
| Powell, Donald | 17-cv-04489 |

| | |
|---|---|
| Price, James | 17-cv-04572 |
| Quiroz, Robert | 17-cv-04166 |
| Ranson, Ronald | 17-cv-04168 |
| Rawls, Derrick | 17-cv-04509 |
| Reech, Riley | 17-cv-04564 |
| Richardson, Adonna | 17-cv-03407 |
| Roberts, Frances | 17-cv-04513 |
| Rooks, Darla | 17-cv-04400 |
| Rounds, Gregory | 17-cv-04576 |
| Saxton, Latoya | 17-cv-04577 |
| Schmidt, Rachel | 17-cv-04179 |
| Scott, Katrina | 17-cv-04579 |
| Sebastian, Herbert | 17-cv-04355 |
| Sellers, Terrance | 17-cv-03610 |
| Smith, Cindy | 17-cv-04180 |
| Smith, Lajoy | 17-cv-04250 |
| Spurlock, Deedra | 17-cv-04256 |
| Stapleton, Charles | 17-cv-04588 |
| Stephens, Thomas | 17-cv-04592 |
| Stockstill, Damien | 17-cv-04400 |
| Stockstill, Daniel | 17-cv-04400 |
| Sunseri, Anthony | 17-cv-04263 |
| Swaney, Julie | 17-cv-04186 |
| Tebbs, Michael | 17-cv-04605 |
| Tebbs, Sheila | 17-cv-04606 |
| Terrebonne, Gary Jr. | 17-cv-04192 |
| Terrebonne, Gary Sr. | 17-cv-04549 |
| Thomas, Carlos | 17-cv-04608 |
| Tolliver, Michael | 17-cv-04268 |
| Townser, Frank Jr | 17-cv-04205 |
| Turner, Judy | 17-cv-04614 |
| Turner, Tonie | 17-cv-04214 |
| Villere, Jane | 17-cv-04217 |
| Walker, Glynn | 17-cv-04645 |
| Walker, Rodney | 17-cv-04219 |

| | |
|---|---|
| Walter, Shanavia | 17-cv-04273 |
| Watts, Derek | 17-cv-04627 |
| Weathersby, Terry | 17-cv-04275 |
| Wensel, April | 17-cv-04225 |
| Wheaton, Don | 17-cv-04226 |
| White, Alexis | 17-cv-04227 |
| Whitfield, Chelsea | 17-cv-04230 |
| Whittiker, Timothy | 17-cv-04231 |
| Williams, Charetta | 17-cv-04233 |
| Williams, Clarence | 17-cv-04277 |
| Williams, James | 17-cv-04235 |
| Williams, Pricilla | 17-cv-04660 |
| Williams, Viola | 17-cv-04237 |
| Wilson, Mark | 17-cv-04278 |
| Zayzay, Freddie | 17-cv-04637 |