UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| This Document Applies to: | : | DISTRICT JUDGE |
| | : | CARL J. BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | |
| *al. v. BP Exploration & Production Inc., et al* | : | MAGISTRATE JUDGE |
| | : | DONNA PHILLIPS CURRAULT |

### SATISFACTION OF JUDGMENT [Rec. Doc.18459]

NOW INTO COURT, through its undersigned counsel, comes the Deepwater Horizon Economic Claims Center (the "DHECC"), which declares that the judgment entered by this Court on May 24, 2016 in favor of the DHECC against (a) Crystal Seafood Company, Inc., Christopher Tran and Loc Chanh "Victor" Tran in the amount of $1,034,228.42, plus post-judgment interest, and (b) Faegre, Baker, Daniels LLP in the amount of $258,527.21 thereof, plus post-judgment Interest (the "Judgment", Rec. Doc. 18459) has been **SATISFIED,** and accordingly, the Clerk of this Court is authorized and directed to make an entry of the full satisfaction of the Judgment on the docket of this proceeding.

DATED this 8th day of September, 2020.

Respectfully submitted,

   */s/ J. David Forsyth*_____
J. David Forsyth (LA Bar No. 5719)
Sessions, Fishman, Nathan & Israel, LLC
400 Poydras Street, Suite 2550
New Orleans, LA 70130
Tel.:  (504) 582-1521
Email: dforsyth@sessions-law.com
*Attorneys for the Deepwater Horizon*
*Economic Claims Center*

{00586833-1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of September, 2020.

                                                      */s/ J. David Forsyth*
                                                     J. David Forsyth