UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All Cases in the B3 Pleading Bundle* | * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

**ORDER**
**[PTO 68 Compliance Order]**

On October 21, 2019, the Court entered Pretrial Order No. 68 ("PTO 68"), which identified specific categories of documents that B3 plaintiffs[1] and BP were required to provide to one another. (Rec. Doc. 26070, *amended by* Rec. Docs. 26077, 26088, 26113, 26200, 26400, 26414). Specifically, plaintiffs were required to produce:

(a) All medical records, bills, and any other documents from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to the B3 Plaintiff in the past fifteen (15) years or that the B3 Plaintiff otherwise identified in his or her Particularized Statement of Claim ("PSOC"), or other submission made pursuant to PTO 63 or PTO 66, including all medical records that support causation, that are in the possession of the B3 Plaintiffs or their counsel;

(b) All documents constituting, reporting, summarizing, or referring to any medical test, psychological test, psychiatric test, intelligence test, mental health test, or standardized test of any kind ever taken by or administered to the B3 Plaintiff in the past fifteen (15) years that are in the possession of the B3 Plaintiffs or their counsel;

---

[1] "B3 plaintiffs" refers to the plaintiffs in the B3 pleading bundle, which includes all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010. (Pretrial Order No. 25, Rec. Doc. 983 at 2).

1

    (c)    The completed and verified Supplemental Medical Disclosure Form, [Exhibit A to PTO 68, Rec. Doc. 26070-1] . . .; and

    (d)    The completed and signed Authorization for Release of Medical Records Information, for every health care professional identified in the Supplemental Medical Disclosure Form, [Exhibit B to the First Amendment to PTO 68, Rec. Doc. 26077-1] . . . .

(Rec. Doc. 26070 at 4). Plaintiffs had 90 days, or until January 21, 2020, to comply with PTO 68. Many B3 plaintiffs requested and received an extension up to February 20, 2020 to comply. (Rec. Docs. 26199, 26206 & 26211).

In accordance with the Court's instructions, On April 13, 2020, BP filed a status report on the parties' compliance with PTO 68. (Rec. Doc. 26449). The report stated that 99 B3 plaintiffs did not comply with PTO 68. After reviewing BP's status report, the Court, on April 20, 2020, issued an Order to Show Cause Re: Compliance with PTO 68. ("Show Cause Order," Rec. Doc. 26453). That order deemed 8 of the plaintiffs listed in BP's status report to be compliant with PTO 68. However, the Court ordered the other 91 plaintiffs to show cause in writing by May 18, 2020 why their claims should not be dismissed for failing to comply with PTO 68. The Court received several responses to the Show Cause Order, [2] to which BP replied. (Rec. Doc. 26506). Nexsen Pruett, a law firm that represents the bulk of the B3 plaintiffs, moved for leave to file a sur-reply. (Rec. Doc. 26522). The Court will grant that motion and has considered Nexsen Pruett's sur-reply brief along with the other briefing.

Below the Court rules on 48 of the 91 plaintiffs listed in the Show Cause Order.

---

[2] Fetterhoffs (Rec. Doc. 26475); Helmholtz (Rec. Doc. 26481); Nexsen Plaintiffs (Rec. Doc. 26487); Becnel Plaintiffs, Rec. Doc. 26490); LWCC (Rec. Doc. 26494); D'Amico Plaintiffs (Rec. Doc. 26495); Beachem (Rec. Doc. 26496).

The Court defers ruling on 43 plaintiffs. Those plaintiffs will be addressed at the status conference scheduled for Wednesday, September 16, 2020 at 9:30 a.m. (*See* Rec. Doc. 26659).

## I.

The Court recently dismissed the claims of Ricky Robin, Jr. (No. 17-cv-03383). Accordingly, the Show Cause Order is moot with respect to this plaintiff.

## II.

BP concedes six plaintiffs "sufficiently amended their original timely PTO 68 disclosures such that the prior deficiencies are resolved." (Rec. Doc. 26506 at 3). Accordingly, the following plaintiffs are deemed compliant with PTO 68, and their claims are NOT dismissed:

| 19-cv-11667 | Burrus, John Mark |
| 17-cv-03152 | Dobbs, Terresa |
| 17-cv-02932 | Helmholtz, Michael Benjamin |
| 17-cv-03302 | Jaouhari, Hilal |
| 17-cv-04383 | Jones, Sammie |
| 17-cv-04583 | Simmons, Tony |

## III.

Two plaintiffs failed to respond to Show Cause Order despite being ordered to do so. These claims will be dismissed with prejudice:

| 17-cv-03681 | Burkett, Craig Michael |
| 16-cv-15259 | Watson, Esther Marie |

## IV.

Plaintiffs' counsel concedes that the following three plaintiffs failed to comply with PTO 68. (*See* Rec. Doc. 26487 at 7 & n.1). These claims will be dismissed with

3

prejudice.

| 17-cv-03551 | McCall, Verda Mae |
| 17-cv-04181 | Sketteno, Jr., Samuel |
| 17-cv-04236 | Williams, Randy |

## V.

As mentioned above, PTO 68 required B3 plaintiffs to provide, among other things, (1) the "completed and verified Supplemental Medical Disclosure Form," ("Medical Disclosure Form"), and (2) the "completed and signed Authorization for Release of Medical Records Information," ("Medical Authorization"). The following 24 plaintiffs have never provided a signed Medical Disclosure Form and/or a Medical Authorization. The Court will dismiss these plaintiffs' claims for failing to comply with PTO 68:

| 17-cv-03019 | Allen, Chavis |
| 17-cv-03640 | Brimage, Iesha |
| 17-cv-04437 | Britney, Micheln |
| 17-cv-03134 | Craig, Anthony |
| 17-cv-04160 | Daniel, Dana |
| 17-cv-03957 | Edwards, Natasha Late |
| 17-cv-03195 | Fleming, James |
| 17-cv-03317 | Landry, Cy M. |
| 17-cv-04422 | Manning, Anthony D. |
| 17-cv-04429 | Martin, Tatasha |
| 17-cv-04070 | McElroy, Alexis |
| 17-cv-04475 | Pejic, Nenad |
| 17-cv-04266 | Timmons, Frances |
| 17-cv-04296 | Washington, Janet |
| 17-cv-04632 | Williams, Angelinia |
| 17-cv-04516 | Williams, Roy L. |
| 17-cv-04561 | Magee, Virdee |
| 17-cv-04561 | Magee, Whitney Burroughs |
| 17-cv-04561 | Magee, Xavier |
| 17-cv-04310 | Davis, III, Luke |
| 17-cv-03270 | Hawthorne, Ayana F. |

| 17-cv-03350 | Fetterhoff, Carol Lynn |
| 17-cv-03350 | Fetterhoff, Chayton Lee |
| 17-cv-03350 | Fetterhoff, Chelsea Lynn |

## VI.

Twelve plaintiffs provided responses to PTO 68 that were significantly late. These plaintiffs did not produce any of the documents required by PTO 68 until May 13, 2020—nearly four months after the original PTO 68 deadline and three months after the extended deadline.[3] Consistent with prior decisions in this MDL,[4] these claims will be dismissed:

| 17-cv-03368 | Baldo, Lisa Marie |
| 17-cv-03372 | Bank, Ryan Clayton |
| 17-cv-03323 | Benoit, Bernice Ann |
| 17-cv-03328 | Benoit, Roy Paul |
| 17-cv-03366 | Brown, Michael Todd |
| 17-cv-03393 | Coco, III, Malcolm Alphonse |
| 17-cv-03373 | Couture, Jr., Raymond |
| 17-cv-03334 | Elrod, Aiden Connor |
| 17-cv-03331 | Elrod, Jarod Shane |
| 17-cv-03376 | Nehlig, Chris Emile (Decedent) |
| 17-cv-03381 | Robin, III, Charles Raymond |
| 17-cv-03389 | Robin, Ricky Raymond |

## VI.

The Court defers ruling at this time on the following plaintiffs: Louisiana Workers' Compensation Corp. (No. 17-cv-03199), the 35 plaintiffs listed in Appendix 6 to BP's reply brief (Rec. Doc. 26506-1), and the 7 plaintiffs listed in Appendix 7 to BP's reply brief (Rec. Doc. 26506-1). The Court will address whether these 43

---

[3] None of these twelve plaintiffs requested an extension, however.
[4] *See, e.g.*, PTO 66 Compliance Order at 14-15, Rec. Doc. 25356 (dismissing claims by plaintiffs who submitted PTO 66 responses over a month after the extended deadline); *see also In re Deepwater Horizon*, 805 F. App'x 262, 265-66 (5th Cir. 2020) (unpublished) (affirming dismissal of claim by plaintiff that did not respond to PTO 65 until two months after the deadline).

plaintiffs have complied with PTO 68 during the status conference scheduled for Wednesday, September 16, 2020 at 9:30 a.m. (*See* Rec. Doc. 26659).

## VII.

Accordingly,

IT IS ORDERED that Nexsen Pruet, LLC's Motion for Leave to File a Sur-reply (Rec. Doc. 26522) is GRANTED.

IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 26453) is MOOT with respect to Ricky Robin, Jr. (No. 17-cv-03383), whose claim was previously dismissed.

IT IS FURTHER ORDERED that the following plaintiffs are deemed COMPLIANT with PTO 68, and their claims are NOT dismissed:

| 19-cv-11667 | Burrus, John Mark |
| 17-cv-03152 | Dobbs, Terresa |
| 17-cv-02932 | Helmholtz, Michael Benjamin |
| 17-cv-03302 | Jaouhari, Hilal |
| 17-cv-04383 | Jones, Sammie |
| 17-cv-04583 | Simmons, Tony |

IT IS FURTHER ORDERED that the claims by the following plaintiffs are DISMISSED with prejudice:

| 17-cv-03681 | Burkett, Craig Michael |
| 16-cv-15259 | Watson, Esther Marie |
| 17-cv-03551 | McCall, Verda Mae |
| 17-cv-04181 | Sketteno, Jr., Samuel |
| 17-cv-04236 | Williams, Randy |
| 17-cv-03019 | Allen, Chavis |
| 17-cv-03640 | Brimage, Iesha |
| 17-cv-04437 | Britney, Micheln |
| 17-cv-03134 | Craig, Anthony |
| 17-cv-04160 | Daniel, Dana |

| | |
|---|---|
| 17-cv-03957 | Edwards, Natasha Late |
| 17-cv-03195 | Fleming, James |
| 17-cv-03317 | Landry, Cy M. |
| 17-cv-04422 | Manning, Anthony D. |
| 17-cv-04429 | Martin, Tatasha |
| 17-cv-04070 | McElroy, Alexis |
| 17-cv-04475 | Pejic, Nenad |
| 17-cv-04266 | Timmons, Frances |
| 17-cv-04296 | Washington, Janet |
| 17-cv-04632 | Williams, Angelinia |
| 17-cv-04516 | Williams, Roy L. |
| 17-cv-04561 | Magee, Virdee |
| 17-cv-04561 | Magee, Whitney Burroughs |
| 17-cv-04561 | Magee, Xavier |
| 17-cv-04310 | Davis, III, Luke |
| 17-cv-03270 | Hawthorne, Ayana F. |
| 17-cv-03350 | Fetterhoff, Carol Lynn |
| 17-cv-03350 | Fetterhoff, Chayton Lee |
| 17-cv-03350 | Fetterhoff, Chelsea Lynn |
| 17-cv-03368 | Baldo, Lisa Marie |
| 17-cv-03372 | Bank, Ryan Clayton |
| 17-cv-03323 | Benoit, Bernice Ann |
| 17-cv-03328 | Benoit, Roy Paul |
| 17-cv-03366 | Brown, Michael Todd |
| 17-cv-03393 | Coco, III, Malcolm Alphonse |
| 17-cv-03373 | Couture, Jr., Raymond |
| 17-cv-03334 | Elrod, Aiden Connor |
| 17-cv-03331 | Elrod, Jarod Shane |
| 17-cv-03376 | Nehlig, Chris Emile (Decedent) |
| 17-cv-03381 | Robin, III, Charles Raymond |
| 17-cv-03389 | Robin, Ricky Raymond |

IT IS FURTHER ORDERED that the Court DEFERS ruling with respect to the following plaintiffs: Louisiana Workers' Compensation Corp. (No. 17-cv-03199), the 35 plaintiffs listed in Appendix 6 to BP's reply brief (Rec. Doc. 26506-1), and the 7 plaintiffs listed in Appendix 7 to BP's reply brief (Rec. Doc. 26506-1). The Court will address whether these 43 plaintiffs have complied with PTO 68 during the status

7

conference scheduled for Wednesday, September 16, 2020 at 9:30 a.m. (See Rec. Doc. 26659).

New Orleans, Louisiana, this 8th day of September, 2020.

_____
United States District Judge

**Note to Clerk:**
**Docket in 10-md-2179 and in each of the cases dismissed by this order.**
**Mail a copy of this Order to the following pro se plaintiffs:**

| Name | Case No. |
| --- | --- |
| Bruce, Shane Maddox | 18-02626 |
| Burkett, Craig Michael | 17-03681 |
| DeBose, Jimmy Raymond | 17-03675 |
| DeBose, Karen Ann | 17-03670 |
| Evans, Robert (Engineers & Filmmakers Computer Users Group) | 16-03966 |
| Fetterhoff, Carol Lynn | 17-03350 |
| Fetterhoff, Chayton Lee | 17-03350 |
| Fetterhoff, Chelsea Lynn | 17-03350 |
| Helmholtz, Michael Benjamin | 17-02932 |
| Keyes, Ellis (Estate of Christine C. Keyes) | 14-02211 |
| Merchant, Raymond Joe | 15-04290 |
| Watson, Esther Marie | 16-15259 |

8