UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| **Applies to: 12-cv-968: BELO** | |
| | MAGISTRATE JUDGE CURRAULT |

### THE BP PARTIES' SEPTEMBER 9, 2020 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. There were two plaintiffs previously listed on the August 3, 2020 Status Report (Rec. Doc. 26605) who were ordered to provide full and complete initial disclosures by September 2, 2020 (Rec. Doc. 26606). Both plaintiffs provided full and complete initial disclosures by the September 2, 2020 deadline. There are therefore no plaintiffs eligible for this Status Report who failed to provide full and complete initial disclosures after being ordered to do so.

September 9, 2020                              Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2020.

*/s/ Scott C. Seiler*
Scott C. Seiler