Minute Entry
Barbier, J.
September 9, 2020
JS-10:  47 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : |  |
|     "DEEPWATER HORIZON" in the | : |  |
|     GULF OF MEXICO, on | : |  |
|     APRIL 20, 2010 | : | SECTION: J (2) |
|  | : |  |
|  | : |  |
| Related to: | : | JUDGE BARBIER |
| 13-1658, 13-1286, 16-5923, 16-5941, 16-5952, | : |  |
| 18-11120, 16-3966, 16-6126, 16-6131, 16-6118, | : |  |
| 16-6585,16-4149, 16-7488, 16-5277, 18-11122, | : | MAG. JUDGE CURRAULT |
| 13-948 (certain cases in the B1 bundle) | : |  |
|  | : |  |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

CASE MANAGER:                                         COURT REPORTER:
GAIL CHAUVIN                                          CATHY PEPPER


WEDNESDAY, SEPTEMBER 9, 2020, 9:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

<u>STATUS CONFERENCE (via Video Conference)</u>

The conference began at 9:04 a.m.

The Court held a status conference to address case management regarding B1 cases that were not resolved by the PTO 67 mediation process and remain pending.

The parties informed the Court that two of the referenced cases have tentatively settled: 16-5941 (Coastal Land Development Group, LLC) and 18-11122 (Donald Thibodeaux).

ORDERED: Within 7 days (by Sept. 16, 2020), BP to prepare and circulate a case management proposal with the other parties. Parties to confer regarding BP's proposal. Within 21 days (by Sept. 30, 2020), BP to file proposed case management order with the Court and state whether all parties agree. Any parties that do not agree may file an alternative case management proposal on Sept. 30, 2020.

The status conference ended at 9:51 a.m.

Participating:
Matt Regan, Chris Keegan, and Kristopher Ritter for BP
Jason Joy for Allstar Pipe Services
Stephen Kreller for Gulf Marine Institute of Tech., BioMarine Tech., Fin & Feather entities
Caroline Adams for Classy Cycles, Inc., Coastal Land Development, Loggerhead Holdings
Eugene Hoffman for Enviro Tech Systems
Brent Coon for Global Disaster Recovery & Rebuilding Servcies
Ronnie Penton for Bird of Pardise/John DeSilva