Minute Entry
Barbier, J.
September 9, 2020
JS-10: 49 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : | MDL NO. 2179  SECTION: J (2) |
| Related to: Certain cases in the B1 Bundle by Mexican Plaintiffs | : : | JUDGE BARBIER MAG. JUDGE CURRAULT |

CASE MANAGER:
GAIL CHAUVIN

COURT REPORTER:
CATHY PEPPER

WEDNESDAY, SEPTEMBER 9, 2020, 10:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

MOTION HEARING (via Video Conference)

The hearing began at 10:06 a.m.

Oral argument on BP's Dispositive Motion as to the B1 Claims of Mexican Plaintiffs (Rec. Doc. 25477).

The Court took the Motion UNDER ADVISEMENT.

The hearing ended at 10:55 a.m..

Participating:
Matt Regan and Kristopher Ritter for BP
Caroline Adams for Plaintiffs
Grant Amy for Plaintiffs
Mitchell Toups for Plaintiffs

