UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 SECTION: "J" |
| | * * * | JUDGE BARBIER |
| | * * | MAG. JUDGE PHILLIPS CURRAULT |
| THIS DOCUMENT RELATES TO: All cases in Pleading Bundle 3, specifically civil action No. 11-cv-02766;11-cv-02908; 11-cv-02501;11-cv-2549;11-02909;11-cv-02319; 12-cv-01295;12-cv-2279; 11-cv-02766; 17-cv-03370;17-cv-03382;17-cv-03388; AND 11-cv-02515; | * * * * * * * * | |

**PROPOSAL FOR FUTURE HANDLING IN
RESPONSE TO ORDER SCHEDULING STATUS CONFERENCE**

**NOW INTO COURT**, through undersigned counsel, come Defendants/Cross-Claimants/Third-Party Plaintiffs and Plaintiffs, United States Environmental Services, LLC; United States Maritime Services, Inc.; and United States Maritime Services, Inc. doing business as United States Maritime Services, LLC (collectively "USES"), who respectfully submit the following proposal in response to this Court's Order Scheduling Status Conference for September 16, 2020. Rec. Doc. No. 26632. On August 25, 2020, this Court instructed the parties to submit proposals regarding future case management and/or procedures for the B3 bundle. *Id.* The Court also indicated that "[p]rior to submitting any case management proposals, attorneys representing parties in the B3 bundle shall meet and confer and attempt to reach resolution on their case management proposals." USES and BP have conferred via telephone

and e-mail multiple times, and are working well to determine a course of action to deal with these matters. Unfortunately, they have been unable to agree on a firm course of action. USES is in the process of putting together a list of cases for which it is seeking defense and indemnity. Once that list is completed, it will be provided to BP and hopefully discussions will continue. For present purposes, BP has represented that it would like to sever the three referenced cases from the MDL for reallocation for disposition. USES, at least for the time being, would like to maintain the status quo of the stay that was entered last July. Rec. Doc. No. 25858.

As previously represented to this Court, USES is a bit player in this multi-district litigation. The BP entities utilized USES' services in its response to the Deepwater Horizon incident and clean-up efforts. During BP's response, BP directed the USES entities to manage what has become commonly known as the Vessels of Opportunity ("VoO") Program in St. Bernard Parish among other activities. As a result of these efforts, USES has faced claims. USES in turn sought contractual defense and indemnity for these claims from the BP entities. USES has dutifully complied with the various pretrial orders that the Court has utilized to control its docket and whittle down the universe of potential cases.

USES would propose that its civil actions to the extent that they seek contractual defense and indemnity for claims arising from its participation in the Deepwater Horizon cleanup efforts should remain stayed. USES is prepared to provide this Court with a status report in 60 days regarding its ongoing discussions with BP.

We look forward to speaking with the Court further during the Status Conference.

Respectfully submitted:

*/s/ Allen J. Krouse, III*
Allen J. Krouse, III (#14426)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

ATTORNEYS FOR UNITED STATES ENVIRONMENTAL SERVICES, LLC; UNITED STATES MARITIME SERVICES, INC.; AND UNITED STATES MARITIME SERVICES, INC. D/B/A UNITED STATES MARITIME SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2020.

*s/ Allen J. Krouse, III*