IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>All Civil Actions of the Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC; The Falcon Law Firm; Downs Law Group, PA; The Law Offices of Frank D'Amico, Jr., APLC; Lindsay & Lindsay, PA; Stag Liuzza, LLC; The Kreller Law firm; Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; Joseph F. Gaar, Jr., APLC; The Panagiotis Firm; Jacobs Manuel Kain & Aamodt; Cossich Sumich Parsiola & Taylor, LLC; Motley Rice LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, P.A. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. DONNA CURRAULT |

**PLAINTIFFS' PROPOSAL FOR FUTURE CASE MANAGEMENT
AND PROCEDURES FOR ULTIMATE RESOLUTION OF THE
OPT-OUT CASES IN THE B3 BUNDLE**

There are approximately 900 individual B3 opt-out cases before the Court that need to be resolved. After several meet and confer sessions with counsel for BP, it was determined that Plaintiffs and BP differ on how to proceed. While Plaintiffs believe additional assistance from the Court would advance the docket, BP disagrees and has indicated it favors distribution of the cases for individual handling. If the cases were distributed for pre-trial proceedings and trials, it is our understanding that most would remain in the Eastern District of Louisiana. For this reason, and for those set forth below, Plaintiffs believe a process to resolve issues common to all cases would advance the docket in an efficient and fair manner. This proposal is submitted on behalf of the majority of these remaining Plaintiffs via their respective attorneys, as listed above.

## A Court Supervised Process Will Efficiently And Fairly Resolve Common Issues In The B-3 Opt-Out Cases

The most efficient and expeditious process to move these cases toward ultimate resolution is, as it would be in any other type of case, a court scheduling order setting pre-trial deadlines and, ultimately, trial dates. Prior to the entry of PTO-68, Plaintiffs suggested trial "flights," as an improvement on the *Bellwether* model, to determine case values. Plaintiffs' post-PTO-68 proposal, attached as Exhibit 'A", focuses on resolving legal issues common to the B-3 cases and allowing common issues discovery. Such a process will avoid duplication of legal arguments that could lead to inconsistent rulings. Also, common issues discovery would avoid duplication of such costly discovery in each pending individual case. Plaintiffs' proposal is similar to the pre-trial process Plaintiffs and BP suggested prior to PTO-68. Once these common issues are addressed, the Court could then consider proposals for pre-trial resolution of individual case issues, including dispositive motions, and proposals for trials.

It should be noted that Plaintiffs are not challenging the class action settlement. To the contrary, the cases before the Court were filed in recognition that the settlement specifically excluded certain categories of claims and did not include the claims of non-class members. Also, the attorneys representing the Plaintiffs have had hundreds of clients participate in the class action settlements.

Since the approval of the class settlements, Plaintiffs have diligently responded to and met all requirements established by the Court for the cases to be decided on the merits. The requirements included:

(1) Plaintiff Profile Forms (PTO-11, October 19, 2010);

(2) Short Form Joinders (PTO-24, January 12, 2011, and PTO-42, September 16, 2011);

(3) Individual Complaints required to be filed by those opting out of the settlements with attached sworn statements and other individual plaintiff information (PTO-63, February 22, 2017);

(4) Particularized Statements of Claim to be signed, filed and served by all opt out plaintiffs (PTO-66, April 9, 2018); and

(5) Supplemental Medical Disclosure Form and signed medical releases (PTO-68, October 21, 2019).

Through these numerous disclosures, Plaintiffs have provided BP with a substantial amount of individual information. The provision of additional individual plaintiff information, assuming such information would even exist, would not advance the cases as a whole; in fact, it would serve only to delay ultimate resolution. The consideration and resolution of legal issues and discovery common to all the cases, however, would be an efficient and consistent process that would serve the ends of justice and provide due process to these Plaintiffs.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
Telephone: 843.577.9440
Facsimile:  843.720.1777
pdominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Facsimile:  504-482-5755
dglsschmdt@yahoo.com

/s/ Timothy J. Falcon
Timothy J. Falcon (Bar No. 16909)
Jeremiah A. Sprague (Bar No. 24885)
Jarrett S. Falcon (Bar No. 34539)
Falcon Law Firm
5044 Lapalco Boulevard
Marrero, LA  70072
 (504) 341-1234
tim@falconlaw.com
jerry@falconlaw.com
jarrett@falconlaw.com

s/Frank J. D'Amico Jr.
Frank J. D'Amico, Jr. (Bar No. 17519)
Frank D'Amico, Jr., APLC
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
frank@damicolaw.net

/s/ Allen W. Lindsay, Jr.
Allen W. Lindsay, Jr.
Florida Bar No. 104956
Lindsay & Lindsay, P.A.
5218 Willing Street
Milton, FL 32570
Telephone: 850-623-3200
awl@lal-law.com

/s/ Corey E. Dunbar
Corey E. Dunbar
Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870 x153
cdunbar@pivachlaw.com

/s/ Craig Downs
Craig Downs
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
(305) 444-8226
cdowns@downslawgroup.com

/s/ C. David Durkee
C. David Durkee
The Downs Law Group
3250 Mary Street
Suite 307
Coconut Grove, Florida 33133
ddurkee@downslawgroup.com

/s/ Jodi Jacobs Aamodt
Stanley Jacobs
Jodi Jacobs Aamodt
Jacobs Manuel Kain & Aamodt
500 St. Louis Street, Ste. 200
New Orleans, LA  70130
504-523-1444 (Office)
Jmk_jodi@bellsouth.net

/s/ Michael G. Stag
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
Stag Luizza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

/s/ Joseph F. Gaar, Jr.
Joseph F. Gaar, Jr. # 16927
Jason M. Welborn # 26548
Joseph F. Gaar, Jr., APLC
Attorneys at Law
114 Representative Row
Lafayette, Louisiana 70508
(337) 233-3185
joseph@gaarlaw.com
jason@gaarlaw.com

/s/ D. C. Panagiotis
D.C. Panagiotis (#15032)
The Panagiotis Firm
1540 W. Pinhook Rd.
Lafayette, LA 70503
(337) 264-1516
Dan@panalaw.com

/s/ Stephen S. Kreller
Stephen S. Kreller (Bar No. 28440)
The Kreller Law Firm
757 St. Charles Avenue, Suite 301
New Orleans, LA 70130
T: (504) 484-3488
ssk@krellerlaw.com

/s/ Joseph F. Rice
Joseph F. Rice (S.C. Bar No. 4710)
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
 (843) 216-9159
jrice@motleyrice.com

<table>
<tr><td>

/s/ Brandon J. Taylor  
Philip F. Cossich, Jr., (LA No. 1788 (T.A.))  
Brandon J. Taylor (LA No. 27662)  
David A. Parsiola (LA No. 21005)  
Darren D. Sumich (LA No. 23321)  
Cossich Sumich Parsiola & Taylor, LLC  
8397 Highway 23, Suite 100  
Belle Chasse, LA 70037-2648  
Telephone: (504) 394-9000  

</td><td>

/s/ Michael J. Ryan  
Kelley B. Stewart (FL No. 492132)  
Michael J. Ryan (FL No. 975990)  
Joseph J. Slama (FL No. 476171)  
Kevin A. Malone (FL No. 224499)  
Carlos A. Acevedo (FL No. 0097771)  
Krupnick, Campbell, Malone, Buser,  
Slama, Hancock, P.A.  
12 Southeast Seventh Street,  
Suite 801  
Fort Lauderdale, FL  33301-3434  
954-763-8181  
kstewart@krupnicklaw.com  
mryan@krupnicklaw.com  
jslama@krupnicklaw.com  
kmalone@krupnicklaw.com  
cacevedo@krupnicklaw.com  

</td></tr>
</table>

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFFS' PROPOSAL FOR FUTURE CASE MANAGEMENT AND PROCEDURES FOR ULTIMATE RESOLUTION OF THE OPT-OUT PLAINTIFFS IN THE B3 BUNDLE** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2020.

/s/ Paul A. Dominick
Paul A. Dominick