# Exhibit A – Proposed Case Management Order

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>All Civil Actions in the B3 Pleading Bundle | Civil Action No. 2:10-MD-02179<br><br>SECTION: "J"<br><br>JUDGE CARL BARBIER<br><br>MAG. DONNA CURRAULT |

## PLAINTIFFS' PROPOSED CASE MANAGEMENT ORDER

Pursuant to the Court's August 25, 2020 Order (Rec. Doc. 26632), the Plaintiffs represented by the counsel signing below ("Plaintiffs") respectfully submit this Proposed Case Management Order ("CMO") as described below.

**A.     IDENTIFICATION AND RESOLUTION OF GLOBAL LEGAL ISSUES**

1.     Within thirty (30) days from the entry of a case management order, the parties will meet and confer on the identification of common legal issues and determine if there is agreement on the resolution of such issues.

2.     Within sixty (60) days from the entry of a case management order, the parties will file a report with the Court indicating areas of agreement on common legal issues, and identifying any areas requiring resolution by the Court.

3.     The Court will set a briefing schedule for any unresolved issues identified above, contemporaneous with the other ongoing deadlines of this case management order.

B.     **GENERAL CAUSATION PROCEDURES**

1.     Pursuant to PTO-68, Plaintiffs disclosed to Defendants (collectively "BP") injuries and disease Plaintiffs assert resulted from exposure to the Oil.

2.     By no later than sixty (60) days from the date of the case management order, in a status report to the Court, BP will identify any acute or chronic injuries or disease asserted by Plaintiffs that BP acknowledges are capable of being caused by the (a) oil, (b) the dispersants or (c) a combination of both. In its response, BP shall specify the Oil related source, or sources, (i.e. the oil, the dispersants, or a combination of both) that are capable of causing the identified injuries or disease, relevant exposure pathways and any required concentrations or duration of exposure to produce the injuries or disease.

3.     After receipt of the status report, the Court will establish a process to determine contested general causation issues.

C.     **Common Issue Discovery**

1.     Pursuant to PTO-68, the parties exchanged substantial information including the Plaintiffs providing individualized liability and damages information and medical release authorizations to BP. Although BP produced information that was produced in the BELO litigation, there are common issues that relate to the clean-up response. Discovery on these common issues would advance the B-3 cases.

2.     For a period of one hundred-twenty (120) days from the date of the case management order, Plaintiffs are authorized to pursue written and deposition discovery from BP and third-parties related to: policies and procedures for the collection of environmental samples

and the resulting data; policies and procedures for clean-up worker safety including hiring procedures, training and the provision of personal protective equipment.

      3.      Any discovery disputes shall be submitted to the Court for resolution either by the Court or a designated United States Magistrate.