# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill | * | MDL No. 2179 |
| by the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE CURRAULT |
| This Document Relates to: | * | |
| *All Claims In Pleading Bundle B3* | * | |

## EX PARTE MOTION BY BP FOR LEAVE TO FILE UNDER SEAL APPENDIX A OF BP'S PROPOSAL FOR FUTURE CASE MANAGEMENT OF THE B3 BUNDLE

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") respectfully request leave to file under seal Appendix A of BP's Proposal For Future Case Management of the B3 Bundle, which is being filed contemporaneously with this motion.  Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.  Appendix A contains confidential personal health information of individual B3 plaintiffs that may be protected by Health Information Portability and Accountability Act ("HIPAA") or otherwise deemed sensitive or confidential health information relating to the particular individuals referenced.

WHEREFORE, BP respectfully prays that the Court enter an Order that Appendix A of BP's Proposal For Future Case Management of the B3 Bundle be filed under seal.

September 9, 2020                     Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone: (504) 581-7979
Fax: (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(martin.roth@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

*Counsel for BP America Production Company*
*and BP Exploration & Production Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2020.

/s/ R. Keith Jarrett
R. Keith Jarrett