**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill | * | MDL No. 2179 |
| by the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE CURRAULT |
| This Document Relates to: | * | |
| *All Claims In Pleading Bundle B3* | * | |

## ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") for Leave to File **Appendix A** of BP's Proposal For Future Case Management Of the B3 Bundle under seal:

IT IS HEREBY ORDERED THAT BP's Motion is GRANTED; and it is further ORDERED that **Appendix A** is filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of September, 2020.

_____

**UNITED STATES DISTRICT JUDGE**