UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | MDL 2179 |
| **of Mexico, on April 20, 2010** | * | |
| | | SECTION: J(2) |
| **This Document Relates To:** | * | |
| | | JUDGE BARBIER |
| **CIVIL ACTION No. 2:16-cv-13874** | * | |
| *Lee vs. BP Exploration & Production,* | | MAG. JUDGE WILKINSON |
| *Inc., et al.* | * | |

**MOTION OF PLAINTIFF TIFFANY LEE PURSUANT TO RULE 59(e) TO AMEND THE COURT'S ORDER GRANTING BP'S MOTION FOR SUMMARY JUDGEMENT**

Pursuant to the Court's September 2, 2020 Order (Rec. Doc. 26651), Plaintiff Tiffany Lee hereby moves for the Court to amend the order granting BP's Motion for Summary Judgement pursuant to Federal Rule of Civil Procedure 59(e). In further support of this motion, Ms. Lee submits the accompanying Memorandum in Support of Its Motion Pursuant to Rule 59(e) to Amend the Court's Order Granting BP's Motion for Summary Judgement.

Respectfully submitted,

By: /s/ Robin L. Greenwald
Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend the Court's Order has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September, 2020.



/s/ Robin L. Greenwald