UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** * | |
| **"Deepwater Horizon" in the Gulf** | MDL 2179 |
| **of Mexico, on April 20, 2010** * | |
| | SECTION: J(2) |
| **This Document Relates To:** * | |
| | JUDGE BARBIER |
| **CIVIL ACTION No. 2:16-cv-13874** * | |
| *Lee vs. BP Exploration & Production,* | MAG. JUDGE WILKINSON |
| *Inc., et al.* * | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the Motion to Amend the Court's Order Granting BP's Motion for Summary Judgement filed by Plaintiff Tiffany Lee has been filed for submission before the Honorable Judge Barbier at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, or remotely via Zoom per the Court's Coronavirus response policy, on October 21, 2020, or as soon thereafter as this matter can be heard.

Filed: September 11, 2020

By: /s/ Robin L. Greenwald
Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 11th day of September 2020.

                                          _____/s/ Robin L. Greenwald_____