# EXHIBIT A



# DEEPWATER HORIZON
## MEDICAL BENEFITS
### CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Robin L Greenwald
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

9/6/2012

**Re: Request for Information: Tiffany Lee**

Dear Tiffany Lee,

You submitted a request for information relating to you that may be included in the databases, records, or other documentary evidence provided to the CLAIMS ADMINISTRATOR by BP. We have performed a search of the materials provided by BP pursuant to Section XXI.B.2 of the MEDICAL SETTLEMENT AGREEMENT. Please be advised that we were unable to locate any information in the materials provided by BP that matches the information you provided in your DATA DISCLOSURE FORM. Please contact us if you have any further questions.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR