EXHIBIT B



**DEEPWATER HORIZON**
**MEDICAL BENEFITS**
C L A I M S   A D M I N I S T R A T O R

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Robin L Greenwald
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

<u>**MEDICAL BENEFITS CLASS ACTION SETTLEMENT**</u>

**1/4/2013**

**Re: Request for Information**

Dear Tiffany Lee :

    We previously received your request for information relating to you that is included in the databases, records, or other documentary evidence provided to the CLAIMS ADMINISTRATOR by BP. We performed a search of the databases, records, and other documentary evidence provided by BP pursuant to Section XXI.B.2 of the MEDICAL SETTLEMENT AGREEMENT, and previously sent you the results of that search.

    It is possible that there is additional information relating to you in the databases, records, or other documentary evidence provided by BP, but we need additional information from you to determine if that is the case. The following information, or copies thereof, may help us determine whether there is additional information relating to you in the databases, records, or other documentary evidence provided by BP:

- Full middle name
- Social Security number
- Badge ID number
- Training ID number
- Employer name
- Dates of employment
- Job title/type
- Other telephone numbers that may have been used during the Response
- Other addresses that may have been used during the Response
- Email addresses that may have been used during the Response
- Emergency contact name and telephone
- If you filed a GCCF Claim, your GCCF Claim Number
- If you used a personal monitoring device, the approximate dates and locations
- If you reported an injury, illness or incident, the approximate dates and location
- If you were on a boat or vessel, the name of the boat or vessel

    If you have this information, or any other information that you think may be helpful to us in determining whether there is any additional information relating to you in the databases, records, or other documentary



evidence provided by BP, you may choose to provide that information to us, but it is not required that you do so. Upon receiving any such information you choose to provide, we will perform another search of the databases, records, or other documentary evidence provided by BP and let you know the results of this search.

Please contact us if you have any further questions.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR