EXHIBIT C



Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112


Robin L. Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003


## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

2/12/2013

**Re:  Result of Search of BP Databases Pursuant to Submission of Additional Information**

Dear Tiffany Lee ,

    At your request, previously we performed a search for information relating to you that is included in the databases, records, and other documentary evidence provided by BP pursuant to Section XXI.B.2 of the MEDICAL SETTLEMENT AGREEMENT.  When we sent you the results of that search, we indicated that it is possible that there is additional information relating to you in the databases, records, or other documentary evidence provided by BP, but we needed additional information from you to determine if that is the case.

    We received your submission of additional information, and we have again searched the databases, records, or other documentary evidence provided by BP.  We were unable to locate any additional data relating to you based on the additional information you provided.

    If you have any other information that you think may be helpful to us in determining whether there is any additional information relating to you in the databases, records, or other documentary evidence provided by BP, you may choose to provide that information to us, but it is not required that you do so.  If you do submit any additional information, we will perform another search of the databases, records, or other documentary evidence provided by BP and let you know the results of this search.

    Please contact us if you have any further questions.

Sincerely,


DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR