EXHIBIT D

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANY MONICQUE LEE** | **CIVIL ACTION No. 2:16-cv-13874** |
| **VERSUS** | **SECTION: J** |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY and BP P.L.C.** | **JUDGE BARBIER** |
| | **MAG. JUDGE WILKINSON** |

## FILING OF SWORN STATEMENT FOR DISCLOSURE OF B3 CLAIMS

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of March 2017, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. Further, I hereby certify that the above and foregoing document has been served on Counsel for BP and MDL 2179 Plaintiffs' Steering Committee by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended.


_____/s/ Robin L. Greenwald_____


**EXHIBIT A**

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* |
|---|
| Civil Action No. 10-MD-2179-CJB-SS |

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Lee | Tiffany | Monicque | |

| Phone Number | E-Mail Address |
|---|---|
| 928-242-7786 | arizonas_lees@msn.com |

| Current Mailing Address | City / State / Zip |
|---|---|
| PO Box 441 | Taylor, AZ 85939 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Hypack, Inc. | XX-XX-1976 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Robin L. Greenwald, Esq. Weitz & Luxenberg, PC | rgreenwald@weitzlux.com |

| All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address? |
|---|
| 3081 Old Shumway Rd. Show Low, AZ 85901 - Aug. 2016 - present    Cottonwood Ln., Taylor, AZ 85939 - November 2013 - April 2014<br>3307 Papermill Rd., Taylor, AZ 85939 - June - July 2016    1031 Morriston Rd., Petal, MS 39465 - September 2011 - November 2014<br>2650 CR 128, Hesperus, CO 81326 - April 2014 - April 2016    359 Chamberlain Rd., Unit A, Middletown, CT 06457 - August 2009 - November 2010 |

| Any prior name used by Plaintiff from April 2010 to present? |
|---|
| |

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 0167 | |

Please indicate your status:

Properly opted out of the Medical Benefits Settlement*

✓ Not a member of the Medical Benefits Settlement Class

Member of the Medical Benefits Settlement Class

Other:_____

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

---

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

Workers employed to perform the decontamination of vessels involved in Response Activities.

Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

Onshore personnel employed to perform Response Activities.

Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

---

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

✓ A Previously-Filed Individual Action, Eastern District of Louisiana Case No. 2:16-cv-13874_____.

A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. _____.

A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

Other:_____

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

   Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

     If so, describe the alleged injury and identify the location and approximate date of the alleged

     injury: _____

     _____

✓ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

     If so, identify the location and approximate date of the alleged exposure:

     Plaintiff was exposed to crude oil/dispersants on and between May 11, 2010 through May 14, 2010 in the Vermilion Bay while training BP contractors on Hypack, a hydrographic software program used for surveying.

     If so, describe the alleged injury and identify the location and approximate date of the alleged

     injury: Beginning on or around May 14, 2010, Plaintiff began experiencing physical symptoms including, but not limited to, headaches, vomiting, rash, redness, skin lesions, dizziness, faintness, nausea, memory loss, diminished mental capacity, and weakened immune system after her work in the Vermilion Bay.

   Vessels of Opportunity Contract Claim.

   Non-Vessels-of-Opportunity Contract Claim Related to the Response.

   Other.  Please specify: _____.

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

     Yes _____.    No <u>x</u>_____.

If Yes, please identify:

1.  The claim number(s) (if available)._____.

2.  Did you execute a release of your claims upon receiving payment through the GCCF:

     Yes _____.    No _____.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: __2/25__, 2017

Location (City and State): __Show Low, AZ__

Signature of Plaintiff (*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf*)


Tiffany Monicque Lee
Print Name


**This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC on or before <u>April 12, 2017</u>. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |


**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").**