EXHIBIT E

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Tiffany Monicque Lee

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: PO Box 441, Taylor, AZ 85939
   Address Line 2: 3200 Papermill Road
   City: Taylor     State: AZ     Zip: 85939
2. Telephone number: 928-242-7786
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Tiffany Monicque Smail, 1976 - 1998
   Tiffany Monicque Christiansen, 1998-2001
4. Date and Place of Birth: 07-22-1976, Winter Haven, Florida
5. Male_____   Female__x__

6.  Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| Please see amendment for full address history. | |
| | |
| | |

7.  Employment Information:

    A.  Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Western Reflections Custom Homes, Inc. | 13200 Northstar Rd., Flagstaff, AZ 86004 | 2004 - 2008 | Self-employed - construction company, managed administrative side of the company |
| Hypack, Inc. | 56 Bradley St., Middletown, CT 06457 | December 2008 - August 2010 | Support engineer; provided training for hydrographic software program used for surveying. |
| Riki Ott, The ALERT Project | PO Box 1174, Bayfield, CO 81122 | May 2014 - January 2015 | Research and Technology Specialist; grant research and proposal writing, social media. |
| Workhorse Custom Homes, LLC | PO Box 441, Taylor, AZ 85939 | 2016 - present | Self-employed - construction company, managed administrative side of the company |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __x__ No_____ If *"Yes,"* when were you out of work and why?

    Mrs. Lee began working from home in June of 2010 due to her injuries from the oil spill, and was eventually terminated by Hypack in approximately August of 2010. She was unable to return to traditional employment for years due to her injuries.

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____   No__x__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____   Offshore_____   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____   No_____

13. Please set forth the following information about your cleanup work:

   A.   Your employer(s):_____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

        _____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____

        _____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

        _____

  E.  The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

  F.  Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

  **2.**  **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes_____  No__x__

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes_____  No__x__

16. List all address(es) at which you resided in 2010:
  359 Chamberlain Road, Unit A, Middletown, CT 06457;
  1139 Macedonia Road, Petal, MS 39465

**C.**  **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  __x__ Bodily injury from exposure to oil and/or dispersants

  __x__ Bodily injury other than from exposure to oil and/or dispersants

  _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____          Dispersants_____          Both __x__

19. How were you exposed? (*Check all that apply*)

    A.   Inhalation              Yes __x__     No_____

    B.   Dermal (skin) contact   Yes __x__     No_____

    C.   Ingestion               Yes_____     No __x__

    D.   Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: 12, 13     Month: May                Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Mrs. Lee was exposed to both oil and dispersants on May 12 and May 13, 2010.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Mrs. Lee was exposed to both oil and dispersants on May 12 and May 13, 2010 on boats that traveled through Vermilion Bay, including but not limited to the areas in the vicinity of the entrance/exit to the Gulf Intracoastal Waterway on the eastern reaches of Vermilion Bay.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Mrs. Lee was exposed to both oil and dispersants for part of the workday on Wednesday, May 12 while working on the water, and for the full workday on Thursday, May 13.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:
Please see amendment for exposure circumstances.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
    N/A

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: MRSA infection

    B. The date(s) of your injury: May 12 and 13, 2010

    C. The location(s) of your injury: Legs, back, and chest

    D. The work that you were performing when you sustained your injury:
    Mrs. Lee was training BP contractors on Hypack, a hydrographic survey program.

    E. Identify any individual(s) who witnessed your injury:
    The crew of the Fugro John Chance witnessed Mrs. Lee's contact with the water. Mrs. Lee's husband, J. R. Lee, witnessed the manifestation of her injuries.

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    Mrs. Lee was sent to the Gulf in order to train hydrographics crews who were mobilized by the president to perform response activities. Mrs. Lee was exposed to the waters of Vermilion Bay and adjacent waters and developed severe rashes and lesions on her body. These lesions tested positive for MRSA.

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:
    Please see amendment for injury details.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Mrs. Lee was sent to the Gulf in order to train hydrographics crews who were mobilized by the president to perform response activities. While operating and handling the hydrographic survey equipment on the boat, Mrs. Lee was exposed to oil and dispersants carried from the explosion site, and to contaminated waters. The water splashed directly onto Mrs. Lee's skin, and spray misted her as the Fugro John Chance crew operated the boat around the waters. Mrs. Lee also had respiratory exposure to the chemicals in the air.

31. On what date did you first report or seek treatment for your injury or illness:
    June 1, 2010

32. On what date was your injury first diagnosed:

    Mrs. Lee first presented to the doctor on June 1, 2010, but still has not received a diagnosis for her medical condition.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Family Practice Associates | 652 Boston Post Rd., Guilford, CT 06437 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Please see amendment for full treatment history. | |
| | |
| | |
| | |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes _____ No ___x___. If "*Yes*,"

    A.   When? _____

    B.   Who diagnosed the injury (or condition) at that time? _____
         _____
         _____

    C.   Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes _____ No__x__. If "*Yes*,"

    A.   What date did you first experience such injury or condition?_____
    B.   What injury (or condition) was made worse?_____
         _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Family Practice Associates | 652 Boston Post Rd., Guilford, CT 06437 |
| Hattiesburg Clinic | 415 South 28th Ave., Hattiesburg, MS 39401 |
| Petal Family Clinic | 50 Parkway Lane, Petal, MS 39465 |
| La Plata Family Medicine | 316 Sawyer Dr., Durango, CO 81301 |
| Cottonwood Holistic Family Health | 3600 Main Ave C, Durango, CO 81301 |
| Summit Healthcare Family Medicine, Snowflake-Taylor | 1121 S Main St, Snowflake, AZ 85937 |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __x__   No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    Please see amendment for compensatory damages.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes __x__   No _____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____
       Hypack, Inc., through worker's compensation lawsuit
       _____

      B.      When did you receive this compensation or reimbursement?_____
2013.

      C.      What was the amount of the compensation or reimbursement?_____
Approx. $7,500.00.

**G.**     **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

      Yes_____     No\_\_x\_\_

42.    Was the contract that you claim was breached made as part of the VoO Program?

      Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44.    Describe how the contract was breached:_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

Amendment – Expanded Answers

6. Address History:

| Address | Dates of residence |
| --- | --- |
| 3200 Papermill Rd., Taylor, AZ 85939 | June 2017 - present |
| 3081 Old Shumway Rd., Show Low, AZ 85901 | August 2016 – June 2017 |
| 3307 Papermill Rd., Taylor, AZ 85939 | June - July 2016 |
| 2650 CR 128, Hesperus, CO 81326 | April 2014 - April 2016 |
| Cottonwood Lane, Taylor, AZ 85939 | November 2013 - April 2014 |
| 1031 Morriston Rd., Petal, MS 39465 | September 2011 - November 2013 |
| 1139 Macedonia Rd., Petal, MS 39465 | November 2010 - September 2011 |
| 359 Chamberlain Rd., Unit A, Middletown, CT 06457 | August 2009 - November 2010 |
| Guilford, CT | December 2008 - August 2009 |

34. Medical Providers:

| Name | Address |
| --- | --- |
| University of Connecticut Health Center Occupational and Environmental Medicine | 270 Farmington Ave. Suite #262, Farmington, CT 06032 |
| Family Practice Associates | 652 Boston Post Rd., Guilford, CT 06437 |
| Middlesex Hospital Infectious Disease | 28 Crescent St., Middletown, CT 06457 |
| Middlesex Multispecialty Group Neurology | 21 Pleasant St., Middletown, CT 06457 |
| Middlesex Multispecialty Group Infectious Disease | 80 South Main St., 2nd and 3rd floor, Middletown, CT 06457 |
| Middlesex Eye Physicians | 400 Saybrook Rd. Ste 100, Middletown, CT 06457 |
| The Eye Care Group | 1201 W Main St #100, Waterbury, CT 06708 |
| Hattiesburg Clinic | 415 South 28th Ave., Hattiesburg, MS 39401 |
| Petal Family Clinic | 50 Parkway Lane, Petal, MS 39465 |
| Family Practice After Hours Clinic | 110 Millsaps Dr., Hattiesburg, MS 39402 |
| ENT | 107 Millsaps Dr., Hattiesburg, MS 39402 |
| Wesley Women's Pavilion, Hattiesburg Office | 39 Franklin Rd., Suite 300, Hattiesburg, MS 39402 |
| Mercy Regional Medical Center | 1010 Three Springs Blvd., Durango, CO 81301 |
| La Plata Family Medicine | 316 Sawyer Dr., Durango, CO 81301 |
| Cottonwood Holistic Family Health | 3600 Main Ave C, Durango, CO 81301 |
| Four Corners Eye Clinic | 575 Rivergate Lane #212, Durango, CO 81301 |
| Summit Healthcare Family Medicine Snowflake-Taylor | 1121 S. Main St., Snowflake, AZ 85937 |
| Summit Healthcare Regional Medical Center | 2200 E. Show Low Lake Rd., Show Low, AZ 85901 |
| Summit Healthcare OBGYN | 5171 Cub Lake Rd., Suite B210, Show Low, AZ 85901 |
| Arizona Digestive Health Specialist | 1300 N. 12th St., Suite 603, Phoenix, AZ 85006 |
| Banner University Medical Center | 1111 E. McDowell Rd., Phoenix, AZ 85006 |

24. Mrs. Lee was employed by Hypack, Inc. as a support engineer. Mrs. Lee was sent to Louisiana from May 9, 2010 through May 14, 2010 to train hydrographic crews on Hypack, her employer's hydrographic survey equipment. She worked with John Chance Land Surveys, Inc., f/k/a Fugro John Chance, a BP contractor. On May 12 and May 13, 2010, Mrs. Lee trained the crew of the Fugro John Chance on the water. On both days, the Fugro John Chance traveled throughout Vermilion Bay and adjacent waters, where the crew was exposed to oil and dispersants carried from the explosion site. Mrs. Lee was constantly sprayed by the oily and Corexit-contaminated water while operating and handling hydrographic survey equipment and training the crew of the Fugro John Chance to use said equipment.

29. As a result of the oil spill, Mrs. Lee developed a number of long-term health conditions. On May 13, after her first day of working on the water, Mrs. Lee began to experience a rash over her body, photosensitivity, headaches, body aches, fatigue, and nausea. These symptoms continued after her second day of work in Louisiana and worsened once she returned home. Within two weeks of her exposure, Mrs. Lee developed severe blisters and skin lesions over her entire body, but particularly her legs, back, stomach, and chest, which lasted for months. Her blisters tested positive for MRSA. By July of 2010, Mrs. Lee began experiencing memory loss and vision problems, while continuing to experience dermatology issues, gastrointestinal issues, headaches/migraines, and fatigue and body aches. Mrs. Lee also experiences a weakening of her immune system that caused her to get sick more easily. Although Mrs. Lee's health has generally improved since the oil spill, she still experiences related health issues, particularly due to her weakened immune system. In 2013, she developed a number of OB/GYN issues and severe problems with her tonsils that led to a tonsillectomy. In 2014, Mrs. Lee developed problems with her parasympathetic nervous system (vagus nerve), where she was instructed that her nervous system was malfunctioning for an unknown reason. In 2015, she experienced a recurrence of her vision problems, similar to a blinding migraine, for several weeks. In March of 2017, she experienced severe gastrointestinal issues that were later partially diagnosed as sclerosing mesentery, leading to severe weight loss, fatigue, vomiting, diarrhea, abdominal pain, and bleeding. Most recently, in August of 2018, doctors found a number of tumors, cysts, and growths in Mrs. Lee's abdomen, leading them to schedule a total hysterectomy for October 17, 2018 with possible intestinal surgery. She was also diagnosed with Exocrine Pancreatic Insufficiency in September of 2018, placing her on pancreatic enzyme replacement therapy most likely for the rest of her life.

39. **Compensatory damages:**

Between in or around September of 2010 and September of 2015, Mrs. Lee did not have health insurance. While Mrs. Lee does not have all her medical records showing her out of pocket costs for medical treatment and is still awaiting that information, Mrs. Lee does have partial records for the period August of 2010 through November of 2014.  These records reflect a total of $28,285.85 in billed medical expenses.  These expenses represent charges from 11 separate medical service providers: Middlesex Hospital, Quest Diagnostics, Clinical Laboratory Partners, Middlesex Eye Physicians, University of Connecticut Health Center, Eye Care Group, Hattiesburg Clinic, Petal Family Clinic, Wesley Women's Pavilion of South Mississippi, Mercy Regional Medical Center, and La Plata Family Medicine.

As stated above, Mrs. Lee is still waiting to receive additional billing records from this time period from these providers, and she estimates that the out of pocket expenses identified above represent approximately 70% of her total medical expenses for medical treatment related to her injuries from

exposure to the BP oil spill. Thus, Mrs. Lee estimates that her total out of pocket medical expenses from the time period during which she was uninsured is between $35,000.00 to $45,000.00.

In addition, based on medical and billing records from October of 2016 to the present, a period of time during which Mrs. Lee had medical insurance, her medical expenses total $139,938.10.

In addition to past medical expenses, it is anticipated that Mrs. Lee will require ongoing medical treatment from a specialist for her Exocrine Pancreatic Insufficiency. The current annual expenses for this treatment is approximately $39,860 in annual prescription refills and specialist visits. Based on predicted life expectancy, Mrs. Lee is expected to need this treatment for the next 35 years, for a total cost of $1,395,100.

Additionally, Mrs. Lee also seeks pain and suffering damages in the amount of $450,000.00, which is approximately 2.5 times the amount of her medical expenses.

Finally, as explained above, Mrs. Lee was unable to work from August 2010 through May 2014. Before she lost her job in August 2010, she was being paid $84,000 a year, plus bonuses. In or around May 2014, Mrs. Lee was able to secure part time employment which paid $18,700 from May 2014 through January 2015. Thus, Mrs. Lee is seeking lost wages for the period August 2010 to May 2014 in the amount of $315,000 for 3 years and 9 months out of work and from the period May 2014 to January 2015 in the amount of $43,433.33, the difference between her former salary for 8 months of work and what she was paid for her part time work. Since the fall of 2015, Mrs. Lee has not been able to return to her prior profession and enrolled in a full time graduate program. At present, Mrs. Lee has ongoing lost income of $84,000 per year and while she expects to complete her graduate degree in December of 2018, it is not currently known when she will obtain income in her new profession, if at all.

Below is a chart that summarizes Mrs. Lee's damages as a result of her physical injuries from the BP oil spill:

| Medical expenses out of pocket, per billing records, Sept. 2010 – Sept. 2015 | $28,285.85 |
|---|---|
| Approximate medical expenses out of pocket in pending billing records from this time period | $7,000.00-$17,000.00 |
| Medical expenses billed to current insurance provider, Oct. 2016 – present | $139,938.10 |
| Future medical expenses | $1,395,100.00 |
| Lost wages, Aug. 2010 – May 2014 | $336,000.00 |
| Lost wages, May 2014 – January 2015 | $43,533.33 |
| Lost wages, February 2015 – retirement[1] | $2,100,000.00 |
| Pain and suffering | $450,000.00 |

---

[1] Calculated under the assumption that Mrs. Lee does not obtain additional income after her graduate program and would retire at 65, the expected retirement age in the United States.