UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to:** *All Cases in the B3 Pleading Bundle* | * * * | **JUDGE BARBIER** |
| | | **MAG. JUDGE CURRAULT** |

## ORDER

The Court previously scheduled a status conference for Wednesday, September 16, 2020, at 9:30 a.m. to address (1) the 43 plaintiffs that were not addressed in the PTO 68 Compliance Order (Rec. Doc. 26663 at 7-8) and (2) future case management of the B3 Bundle (Rec. Doc. 26659). In light of Tropical Storm Sally (predicted to become Hurricane Sally),

**IT IS ORDERED** that the status conference is **CONTINUED** for one week and will occur on <u>**Wednesday, September 23 at 9:30 a.m. CDT**</u>.[1]

New Orleans, Louisiana, this 14th day of September, 2020.

_____
United States District Judge

---

[1] The conference will be conducted remotely via Zoom video conference. Only attorneys who will be speaking at the conference shall appear via Zoom. All others, including the public, may listen to the proceedings by dialing **1-650-479-3207 (Access Code: 160 383 5704)**. Be advised that this number is "listen only."

Attorneys who will be speaking at a conference shall log on to Zoom ten minutes before the start time of the conference. Attorneys shall dress and conduct themselves appropriately, as if they were physically present in the courtroom. Recording these proceedings is prohibited.