UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | Civil Action No.<br><br>SECTION: J |
| **THIS DOCUMENT RELATES TO:** | **JUDGE: CARL BARRBIER** |
| 18-cv-13926, 18-cv-13928, 19-cv-12694, 18-cv-09900, 18-cv-13924 | **MAG JUDGE: CURRAULT** |

### EXPARTE CONSENT MOTION TO WITHDRAW ATTORNEY

COMES NOW, through the undersigned counsel, Plaintiffs Williams Enfinger, Emmet Collier, Darnetta Eaton, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully move this Court for an order withdrawing, as attorney of record Nathan Lee. Nelson (Bar #1002523 ) and as grounds thereof state as follows:

1. Mr. Nathan Lee Nelson no longer works with the Downs Law Group and consents to this motion to withdraw himself as counsel.

2. The aforementioned Plaintiffs have been given notice of the relief sought in this Motion and consent to said relief.

3. The Plaintiffs will continue to be represented by Mr. David Durkee of the Downs Law Group.

4. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines as these cases are in the B3 bundle which is currently stayed.

WHEREFORE, the aforesaid Plaintiffs pray that this Honorable Court issue an Order granting this Motion to withdraw Nathan Lee. Nelson as counsel of record.

Respectfully Submitted,

   */s/ Nathan L. Nelson*
NATHAN L. NELSON, ESQ.
Florida Bar No.: 1002523
Telephone: (561)-603-1077
Email: nathannelson52@gmail.com

**THE DOWNS LAW GROUP, P.A.**

*/s/ Charles David Durkee*
**CHARLES DAVID DURKEE,**
**Florida Bar No. 998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 21st day of September 2020

*/s/ Charles D. Durkee*

Charles D. Durkee