UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | Civil Action No. 2:10-MD-02179<br><br>**SECTION: J** |
| **THIS DOCUMENT RELATES TO:**<br>18-cv-13926, 18-cv-13928, 19-cv-12694,<br>18-cv-09900, 18-cv-13924 | **JUDGE: CARL BARRBIER**<br><br>**MAG JUDGE: CURRAULT** |

**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD**

Considering the foregoing Ex Parte Motion by Plaintiffs, Williams Enfinger, Emmet Collier, Darnetta Eaton, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray to Withdraw Counsel

**IT IS HEREBY ORDERED** that Nathan Lee Nelson be withdrawn as counsel for Plaintiffs, Williams Enfinger, Emmet Collier, Darnetta Eaton, Edward Mock and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray in this proceeding and it is further ordered that the aforementioned Plaintiffs will continue to be represented by Charles David Durkee of the Downs Law Group.

New Orleans, Louisiana this _____ day of 2020

_____
UNITED STATES DISTRICT JUDGE