Minute Entry
Barbier, J.
September 23, 2020
JS-10: 90 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J (2) : : |
| Related to: All Cases in the B3 Bundle | : JUDGE BARBIER : MAG. JUDGE CURRAULT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CASE MANAGER:   COURT REPORTER:
GAIL CHAUVIN    TONI TUSA

WEDNESDAY, SEPTEMBER 23, 2020, 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE (via Video Conference)

The status conference began at 9:41 a.m.

The Court held a status conference where the following matters were addressed.

1. Whether 43 plaintiffs in the B3 bundle complied with PTO 68. (*See* Rec. Doc. 26663 at 7-8; Rec. Doc. 26676).

   ORDERED that Louisiana Workers' Compensation Corporation ("LWCC," No. 17-3199) has sufficiently complied with PTO 68 given its unique circumstances. LWCC's case is not dismissed. LWCC will be SEVERED from the MDL.

   ORDERED that plaintiffs who should have, but failed to, disclose a condition or illness in their PTO 66 (Rec. Doc. 24282) response are PRECLUDED from asserting that undisclosed condition or illness. This ruling does not preclude a plaintiff from asserting a condition or illness that arose or manifested after the plaintiff submitted his or her PTO 66 response.

The Court took the rest of the compliance issues UNDER ADVISEMENT.

2. Future case management for the B3 bundle.

    ORDERED that the parties shall meet and confer regarding what issues need to be tried in individual B3 cases, then file a report with the Court within 30 days (October 23, 2020).

The hearing ended at 11:11 a.m..

Participating:
Katie Jakola, Matt Regan, and Keith Jarret for BP

Paul Dominick, Tim Falcon, Frank D'Amico, David Johnson, Thomas Loehn, Soren Gisleson, David Durkee, Brandon Thibodeaux for various plaintittfs