UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| Of Mexico, on April 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates  To 2:18-cv-11122 | ) | JUDGE BARBIER |
| | ) | MAG. WILKINSON |
| | ) | |

## PLAINTIFF'S MOTION FOR DISMISSAL

COMES NOW  Plaintiff Donald M. Thibodeaux ("Mr. Thibodeaux") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and respectfully moves the Court to dismiss this case as Mr. Thibodeaux, BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. have agreed to settle their dispute. Therefore, Mr. Thibodeaux respectfully requests that the Court enter an order dismissing the case with prejudice, and requiring each party to bear their own costs.

Respectfully submitted,

*/s/ Rodi F. Rispone*
Rodi Rispone, Esq.
LA Bar Roll No. 23554
Attorney at Law
19322 S. Lakeway Ave.
Baton Rouge, LA 70810
Tel. (225) 937-5986
Fax (225) 612-8134
rrispone@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that this motion has been served on All Counsel by electronically uploading same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 10th day of September, 2020.

*/s/ Rodi F. Rispone*