UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** <br> **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 17-03199* | * * | **MAG. DONNA CURRAULT** |

## ORDER

In accordance with the ruling in open court on September 23, 2020,

**IT IS ORDERED** that *Louisiana Workers' Compensation Corporation v. BP, PLC, et al.* (No. 17-03199) is hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

All future filings for this case shall be made in the individual docket, not in the MDL 2179 master docket (No. 10-md-2179), and will use the caption for the individual case, not the MDL 2179 caption.

**IT IS FURTHER ORDERED** that any stay imposed in this case by an order in MDL 2179 is hereby **LIFTED**.

If the plaintiff has not already served the defendants with a summons and a copy of the complaint as contemplated in Federal Rule of Civil Procedure 4, the plaintiffs shall promptly do so. If service under Rule 4 has already occurred, then the time for defendants to respond to the complaint shall commence to run anew from the date of this Order.  *See* Fed. R. Civ. P. 12.

The Case Manager is instructed to conduct a scheduling conference once all parties are joined.

**IT IS FURTHER ORDERED** that the parties shall jointly designate the parts of the MDL master docket or any other docket associated with MDL 2179 (e.g., No. 10-8888) that are relevant to the severed case. The joint designation shall be filed within 60 days of the date the last defendant is served or, if all defendants have already been served, within 60 days of this Order.

The Court further notes that Louisiana Workers' Compensation Corporation stated on the record during the September 23, 2020 status conference that it does not seek reimbursement for any chemical exposure claims.

New Orleans, Louisiana, this 23rd day of September, 2020.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 17-3199**