# EXHIBIT A TO PRETRIAL ORDER NO. 68 (B3 Bundle)

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SUPPLEMENTAL MEDICAL DISCLOSURE FORM**

PLAINTIFF'S FULL NAME: Carol Fetterhoff

CASE NO.:

## A. INFORMATION ABOUT THE B3 PLAINTIFF'S MEDICAL CONDITION

1. Please complete the table below by identifying:

   i. the specific medical condition(s) that the B3 Plaintiff contends resulted from exposure to oil and/or chemical dispersants during the *Deepwater Horizon* spill;

   ii. for each such condition, the date the B3 Plaintiff first experienced symptoms relating to the condition;

   iii. the date on which the B3 Plaintiff first sought medical treatment for each condition;

   iv. the date on which each condition was first diagnosed; and

   v. the doctor(s) or other healthcare providers who first diagnosed the condition.

| Medical Condition | Date of First Symptoms | Date First Sought Treatment | Date of First Diagnosis | Diagnosing Doctor / Health Care Provider |
|---|---|---|---|---|
| severe headaches, several allergies | many weeks | 6/22/10 | 6/22/10 | Kvatts |
| breathing / asthma | | | 7/6/10 | Norris |
| food allergies | | | 9/20/10 | Stubler |
| | | | 10/21/10 | Peterson |
| | | | | |
| | | | | |

* If the space provided above does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

2. Does the medical condition and/or injury persist today?

Yes ✓ No ___

*If "Yes"*:

i. Does the B3 Plaintiff still receive treatment? Yes ✓ No ___
ii. *If "Yes"*: From whom? Severe allergy flare ups. Carry epi pen

## ATTORNEY CERTIFICATION

By signing below, I declare and attest that I am fully authorized to submit this Supplemental Medical Information Form on behalf of the B3 Plaintiff identified above, and that the answers provided to the above questions are true, correct, and complete. I acknowledge and agree that the responses and information provided herein are binding on the B3 Plaintiff and shall be treated as the equivalent of interrogatory answers under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and other applicable rules and orders of this Court.

I acknowledge and agree that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Date: __10/20__, 20_20_

Location (City and State): __Robertsdale, Al__

_____
Signature of B3 Plaintiff's Counsel or B3 Plaintiff

3/20/20
3