Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464

| | |
|---|---|
| Re: Oil Spill by the Oil Rig "Deepwater Horizon" | MDL2179 |
| In the Gulf of Mexico, on April 20, 2010 | Section: J(2) |
| | |
| Applies to: | Judge Barbier |
| All cases in the B3 pleading bundle | Mag. Judge Wilkinson |

### Response to Order on status conference

Above plaintiffs have discussed with Eric White representing BP that they apparently want to break up the suit into individual cases after 10 years. Separating 900 cases into 900 different court houses which are mostly closed, in the middle of a pandemic will serve only to cause additional delays, potentially intentionally. Mr. White apparently has no intention of discussing settlement at this time and is not predicted to do so in the future.

Plaintiffs were not given an option of the court this matter would be heard in 10 years ago and would prefer this court orders defendants to stop causing additional unnecessary delays and make appropriate settlements. If that is not to be, the matter should be sent to Holmes County Florida court which is in defendants area. Although plaintiff again disagrees with defendants stall tactics.

TENDERED FOR FILING



SEP 23 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

As plaintiffs have yet to receive response on motion regarding medical release, plaintiff has attached an appropriate release form from the state of Alabama which is where treatment received

Also as stated previously in answer to show cause order, all questions answered to best of plaintiffs ability. See previous response to order.

8/26/20