Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

21133 Oak Ridge Drive

Robertsdale, Al. 36567

| | |
|---|---|
| Re: Oil Spill by the Oil Ridge "Deepwater Horizon" | MDL 2179 |
| in the Gulf of Mexico, on April 20, 2010 | SECTION: J(2) |
| | JUDGE BARBIER |
| All cases in the B3 pleading bundle | MAG.JUDGE WILKINSON |

## Objection to Authorization for release of medical records

Plaintiffs object to the use of overly intrusive authorization for release of medicals records form relinquishing all rights to federal privacy laws. Information requested should be limited to medical related to this case and plaintiffs see no reason for private medical information regarding private female issues and unrelated matters to be provided.

11/6/19

TENDERED FOR FILING

SEP 23 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk