# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION IN ALABAMA

I, **Chayton Fetterhoff**, authorize
(Name of patient)

_____
(Name or general designation of program making disclosure)

to disclose to **Kirkland and Ellis** the
(Name of person or organization to which disclosure is to be made)

following information: **medical bills related to bp oil spill.**
(Specific nature of the information, as limited as possible)

**allergy, sinus, rash, headaches, testing, prescriptions**

The purpose of the disclosure authorized herein is to: **obtain medical**
(Specific purpose of disclosure)

**bill payment and settlement**

I understand that my records are currently protected under the Federal privacy regulations within the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. Parts 160 & 164. I further understand that the information specified above will be disclosed pursuant to this authorization, and that the recipient of the information may re-disclose the information and it may no longer be protected by the HIPAA privacy law.

*[Signature: Chayton Fetterhoff]*

1

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION IN ALABAMA

I, **Carol Fetterhoff**, authorize
(Name of patient)

(Name or general designation of program making disclosure)

to disclose to **Kirkland and Ellis** the
(Name of person or organization to which disclosure is to be made)

following information: **medical bills related to bp oil spill.**
(Specific nature of the information, as limited as possible)

**allergy, sinus, rash, headaches, testing, prescriptions**

The purpose of the disclosure authorized herein is to: **obtain medical**
(Specific purpose of disclosure)

**bill payment and settlement**

I understand that my records are currently protected under the Federal privacy regulations within the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. Parts 160 & 164. I further understand that the information specified above will be disclosed pursuant to this authorization, and that the recipient of the information may re-disclose the information and it may no longer be protected by the HIPAA privacy law.

1

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION IN ALABAMA

I, **Chelsea Fetterhoff**, authorize
(Name of patient)

_____
(Name or general designation of program making disclosure)

to disclose to **Kirkland and Ellis** the
(Name of person or organization to which disclosure is to be made)

following information: **medical bills related to bp oil spill.**
(Specific nature of the information, as limited as possible)
**allergy, sinus, rash, headaches, testing, prescriptions**

The purpose of the disclosure authorized herein is to: **obtain medical**
(Specific purpose of disclosure)
**bill payment and settlement**

I understand that my records are currently protected under the Federal privacy regulations within the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. Parts 160 & 164. I further understand that the information specified above will be disclosed pursuant to this authorization, and that the recipient of the information may re-disclose the information and it may no longer be protected by the HIPAA privacy law.

1

*Chelsea Fetterhoff*   8/25/2020

**PRIORITY MAIL 2-DAY®**

0 Lb 4.40 Oz
1004

EXPECTED DELIVERY DAY: 08/24/20

C026

SHIP
TO:
500 POYDRAS ST
New Orleans LA 70130-3319

USPS TRACKING® NUMBER

9505 5123 3486 0265 2233 55

FROM:
1661 Scott Rd
Westville, Fl. 32464

TO:
US District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

- Date of delivery specified*
- USPS TRACKING™ included to
  international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs
  declaration label may be required.

* Domestic only

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved

