

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF DEFICIENT FILING

TO:  Carol, Chelsea And         9/25/20
     Chayton Fetterhoff
     1661 Scott Road
     Westville, FL 32464

SUBJECT:   <u>Fetterhoff vs. BP Oil, et al, MDL 2179, J (2)</u>

Your <u>Motion For Reconsideration</u> has been received <u>but it is deficient</u>
as noted below:

_____ 1.  The Clerk's Office is unable to provide you with the
          information you are requesting.
          Therefore, your document is being returned to you.

_____ 2.  The Court is unable to act on the subject matter of your
          letter except in the context of a formal lawsuit.
          Therefore, your document is being returned to you.

_____ 3.  The Clerk's Office is unable to provide legal advice to
          individuals on how to proceed with a lawsuit.
          Therefore, your document is being returned to you.

_____ 4.  The records of this Court do not show that there is any
          pending case related to you at this time.
          Therefore, your document is being returned to you.

_____ 5.  Your document appears intended for a different court.
          Therefore, your document is being returned to you.

_____ 6.  You should not correspond directly with the Magistrate Judge
          or District Judge about your lawsuit. All pleadings and
          correspondence should be addressed to the Clerk of Court.
          Therefore, your document is being returned to you. You must
          adhere to this rule in any future filings.

_____ 7.  All pleadings and other papers filed must be on 8½" x 11"
          paper, double spaced, and legibly handwritten or typed.  If
          the document consists of more than two (2) pages, each page
          of the document must bear a sequential number, beginning
          with "2" for the second page.  Standard font must be used.
          The Court may refuse to consider text presented in less than
          standard font, such as small or fine typeface.  All margins
          must be no less on 1".  No print or writing may appear in the
          margins. See Local Rule 10.1.
          You must adhere to this rule in any future filings.

_____ 8. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.

> If you are incarcerated and are apply for pauper status <u>you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint</u>, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.

_____ 9. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
Please submit the filing fee or return the completed form within <u>21 calendar days</u> from the date of this letter.

_____ 10. A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a 2255 motion to vacate, and <u>a request for pauper status</u> all <u>should be submitted on an approved form</u>. This form has been enclosed for your convenience.
If you are incarcerated and are apply for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined. Please return the completed form within <u>21 calendar days</u> from the date of this letter.

_____ 11. The cost of filing an appeal is $505.00. If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee. This form has been enclosed for your convenience.
Please return the completed form within <u>21 calendar days</u> from the date of this letter.

\_\_\_\_\_12.   Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number.  See Local Rule 10.1.
Please provide the requested information and return the document within **21 calendar days** of the date of this letter.

__X__ 13.   A complaint, affidavit or <u>other pleading submitted to the Clerk for filing</u> must bear an <u>original signature</u>.  A copy is not sufficient.  See Local Rule 11.1.
<u>Please have all parties sign the document and return the document within 21 calendar days</u> of the date of this letter.

\_\_\_\_\_14.   The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
Please provide the requested information and return the document within **21 calendar days** of the date of this letter.

\_\_\_\_\_15.   The complaint and any other pleading must be signed by the filer personally unless filer is represented by a member of the bar of this Court.  If the filer is represented, pleadings must be signed and submitted by counsel.  See Local Rule 11.1. Please sign the document and return the document within **21 calendar days** of the date of this letter.

\_\_\_\_\_16.   The names of all parties must be listed on the front of your complaint.  Do not use "ET AL." Please provide the names of all parties and return the document within **21 calendar days** of the date of this letter.

\_\_\_\_\_17.   Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail.  See Local Rule 5.4. You must adhere to this rule in any future filings.

__X__ 18.   Parties filing a motion shall, at the time of filing, <u>notice it for submission.</u>  See Local Rule 7.2.

<u>Enclosed is a copy of Judge Barbier's Submission Dates.</u> Please complete the Notice of Submission setting your Motion before Judge Barbier and <u>return</u> within **21 calendar days** from the date printed at the top of this letter.

\_\_\_\_\_19.   Except as noted in Local Rule 7.3, all motions shall be accompanied by a <u>memorandum in support</u>.  See Local Rule 7.4. Please provide the memorandum in support and return the document within **21 calendar days** of the date of this letter.

\_\_\_\_\_20.   Your <u>Reply</u> may not be filed without permission of the Court. See Local Rule 7.4. Please provide the <u>Motion & Order For Leave To File Reply</u> and return the document within **21 calendar days** of the date of this letter.

\_\_\_\_\_21.   Consent or ex parte motions, which need not be noticed for submission, shall be accompanied by a <u>proposed order</u>. See Local Rule 7.3. <u>Please provide the proposed order for BOTH Motions</u> and return the document within <u>21 calendar days</u> of the dat of this letter.

\_\_\_\_\_22.   Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6. Please provide the motion for leave to amend or supplement the complaint and return the document within <u>21 calendar days</u> of the date of this letter.

\_\_\_\_\_23.   Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document. Federal Rule of Civil Procedure 5(d). Therefore, your document is being returned to you.

\_\_\_\_\_24.   28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court. Therefore, your document is being returned to you.

\_\_\_\_\_25.   The record of this matter reflects you are represented by counsel. All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record. You must adhere to this rule in any future filings.

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

                                                CAROL L. MICHEL
                                                CLERK OF COURT

                                        By: _____
                                                Deputy Clerk

Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 5/20/14



DEFICIENT

Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 23 2020

CAROL L. MICHEL
CLERK

Re: Oil Spill by the Oil Rig "Deepwater Horizon"         MDL2179

In the Gulf of Mexico, on April 20, 2010                 Section: J(2)

Applies to:                                              Judge Barbier

All cases in the B3 pleading bundle                      Mag. Judge Wilkinson

### MOTION FOR RECONSIDERATION OF ORDER DATED 9/8/20

Plaintiffs have complied with the medical disclosure form and sent to court and Kirkland on 3/20/20. Questions were answered to the best ability 10 years later. Copies attached. All medical bills available have been sent to court and Kirkland and were sent on 11/6/19 along with answer to pretrial order and full explanation of treatments. Copy attached. The court and Kirkland and Ellis received all certified/return receipt.

As stated in the PTO 68, an objection could be filed on the release of medical records on the specific form and was filed on 11/6/19 objecting to the overly intrusive authorization form provided. Attached is a copy of the Alabama medical release previously provided. As previously stated, medical release should be related to this incident and not relinquish all rights to federal privacy laws. An answer to BPs pretrial order status report was filed with the court on 5/3/20 addressing the fact the supplement medical disclosure form had been previously sent and that a motion on medical release was requested on 11/6/19. Copy attached.

Please reconsider order dated 9/8/20 which plaintiff located online. Please note new address.

Thank you for your consideration.

Sent regular mail 9/18/20

TENDERED FOR FILING

SEP 23 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____         CIVIL ACTION
**PLAINTIFF(S)**
                                                                     No. _____
**VERSUS**
                                                                     SECTION: \_\_\_\_\_
_____
**DEFENDANT(S)**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _____ is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ \_\_\_.m.

_____
(Signature)

_____
(Name)

_____
(Address)

_____
(City)          (State)     (Zip)

_____
(Telephone)

**CeRTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20_____.

_____
(SIGNATURE)

# The Honorable Carl J. Barbier

**500 Poydras Street**
**Courtroom C268**
**New Orleans, LA**

## Motion Submission and Oral Argument Dates

*These dates are subject to change up to the time the motion is filed.*

| Civil<br>Wednesdays - 9:30 AM | Criminal<br>Thursdays - 9:30 AM |
|---|---|
|  | October 15, 2020 |
| October 21, 2020 | October 29, 2020 |
| November 4, 2020 | November 12, 2020 |
| November 18, 2020 |  |
| December 2, 2020 | December 3, 2020 |
| December 16, 2020 | December 17, 2020 |

Last update: 24-Sep-20, 12:01 AM