UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 21 2020

CAROL L. MICHEL
CLERK

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTfON J |
| This Document Relates to: | JUDGE BARBIER |
| Patrick J. Murphy | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| Blitish Petroleum Corporation | |
| Defendants | |
| Docket Number(s) 2:16-cv-11769-CJB-JCW | |

TENDERED FOR FILING
SEP 21 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release. Settlement. and Covenant Not to Sue entered into by the parties and attached to the proposed order below. and hereby moves for voluntary dismissal with prejlldice of all actions. claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaint iff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore

-1-

___ Fee _____
___ Process_____
X   Dktd_____
___ CtRmDep___
___ Doc. No.____

Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Hallibmton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Patrick J. Murphy v. Btitish Petroleum Corporation

Case No. 2:16-cv-11769-CJB-JCW Respectfully submitted this 21st day of    September   ,2020

*/s/ Patrick J Murphy*
Pro Se

**LAEDdb_ProSeDocs**

---

**From:** Patrick Murphy <pmurphy825@yahoo.com>
**Sent:** Monday, September 21, 2020 10:05 AM
**To:** LAEDdb_ProSeDocs
**Subject:** Case No. 2:16-cv-11769-CJB-JCW
**Attachments:** Patrick Murphy Signed Release BP.pdf

Please process my attached motion for dismissal of the subject case.

Regards,

Patrick Murphy
504-975-9395

1