UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 16-11769 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice filed by the plaintiff in the referenced member case. (Rec. Doc. 26693).

IT IS ORDERED that the Motion is GRANTED, and all claims in No. 16-11769, *Patrick J. Murphy v. British Petroleum Corporation*, are DISMISSED WITH PREJUDICE, each party to bear their own costs. This dismissal does not affect any claim plaintiff timely filed with the Transocean and Halliburton Punitive Damages and Assigned Claims Settlements.

The Clerk is instructed to CLOSE the referenced member case.

New Orleans, Louisiana, this 28th day of September, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case. Mail a copy to the plaintiff, who is pro se.**