UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| Applies to: No. 17-04305 | * * * | SECTION: J(2) JUDGE BARBIER MAG. JUDGE CURRAULT |

### ORDER

On January 31, 2019, the Court issued the PTO 66 Compliance Order, which dismissed B3 claims by plaintiffs who were found to be non-compliant with Pretrial Order No. 66. (Rec. Doc. 25356). Shunna Phillips was one of the plaintiffs whose claims were dismissed by the PTO 66 Compliance Order. (*Id.* at 15, 21). However, the Compliance Order incorrectly identified Phillips's case as 17-043**9**5, when it is actually 17-043**0**5. As a result of this error, Phillips' case was not formally closed on the Court's docket.[1] Accordingly,

IT IS ORDERED that the PTO 66 Compliance Order (Rec. Doc. 25356) is, by effect of this order, hereby corrected to reflect Shunna Phillips' correct case number, 17-04305.

Furthermore, and to avoid any doubt, IT IS ORDERED that the Clerk shall CLOSE case no. 17-04305, *Shunna Phillips v. BP Exploration & Production, Inc.*, as

---

[1] In addition to dismissing non-compliant plaintiffs' B3 claims, the PTO 66 Compliance Order also instructed the Clerk of Court to close those cases with no remaining claims. Because case no. 17-043**9**5 contains multiple plaintiffs whose claims had not been dismissed, the PTO 66 Compliance Order instructed the Clerk to *not* close that case, which, again, was incorrectly identified as Shunna Phillips's case. However, 17-043**0**5—Phillips's actual case—asserted only B3 claims by only Shunna Phillips. Therefore, the PTO 66 Compliance Order should have instructed the Clerk of Court to close case no. 17-04305.

all claims therein were dismissed by the PTO 66 Compliance Order.

New Orleans, Louisiana, this 29th day of September, 2020.

_____
United States District Judge

**Note to Clerk: Enter in 10-md-2179 and 17-4305.**