# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010   * | MDL NO.   2179 |
| * | SECTION J |
| * | JUDGE BARBIER |
| * | MAG. JUDGE CURRAULT |

******************************************

**CHRISTOPHER GREEN**

      PLAINTIFF,

VS.

BP AMERICA PRODUCTION COMPANY,
BP EXPLORATION & PRODUCTION INC.,
BP, P.L.C., TRANSOCEAN LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMHB,
HALLIBURTON ENERGY SERVICES, INC.
_____

CIVIL ACTION No. 17-03191

SECTION J

JUDGE BARBIER
MAG. JUDGE CURRAULT

## NOTICE OF APPEAL

Notice is hereby given that Christopher Green, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment dismissing Plaintiff's claims with prejudice entered in this action on the 2nd day of September, 2020.

Dated: September 30, 2020　　　　　　　　Respectfully submitted,

By: /s/   Michael G. Stag

STAG LIUZZA, L.L.C.

Michael G. Stag, Esquire
　　Louisiana Bar Number:  23314
　　mstag@smithstag.com
Merritt E. Cunningham
　　Louisiana Bar Number:  32843
　　mcunningham@smithstag.com
Ashley M. Liuzza, Esquire
　　Louisiana Bar Number: 34645
　　aliuzza@smithstag.com
Matthew D. Rogenes, Esquire
　　Louisiana Bar Number: 36652
　　mrogenes@smithstag.com
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

And

By: /s/   Kelley B. Stewart

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK, P.A.

Kelley B. Stewart, Esquire
　　Florida Bar Number:  492132
　　kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
　　Florida Bar Number:  975990
　　mryan@krupnicklaw.com
Joseph J. Slama, Esquire
　　Florida Bar Number:  476171
　　jslama@krupnicklaw.com
Kevin A. Malone, Esquire
　　Florida Bar Number:  224499
　　kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
　　Florida Bar Number:   0097771
　　cacevedo@krupnicklaw.com

2

12 S.E. 7th Street, Suite 801
Ft. Lauderdale, Florida  33301-3434
(954) 763-8181 telephone
(954) 763-8292 facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures  established in MDL 2179, on this 30th day of September 2020.

Respectfully submitted,

Michael G. Stag, Esquire
     Louisiana Bar Number:  23314
     mstag@smithstag.com
Merritt E. Cunningham
     Louisiana Bar Number:  32843
     mcunningham@smithstag.com
 Ashley M. Liuzza, Esquire
     Louisiana Bar Number: 34645
     aliuzza@smithstag.com
 Matthew D. Rogenes, Esquire
 Louisiana Bar Number: 36652
 mrogenes@smithstag.com
 STAG LIUZZA, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

And
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK, P.A.

By: */s/   Kelley B. Stewart*
Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
Michael J. Ryan, Esquire
    Florida Bar Number:  975990
    mryan@krupnicklaw.com
Joseph J. Slama, Esquire
    Florida Bar Number:  476171
    jslama@krupnicklaw.com
Kevin A. Malone, Esquire
    Florida Bar Number:  224499
    kmalone@krupnicklaw.com
Carlos A. Acevedo, Esquire
    Florida Bar Number:   0097771
    cacevedo@krupnicklaw.com
12 S.E. 7th Street, Suite 801
Ft. Lauderdale, Florida  33301-3434
(954) 763-8181 telephone
(954) 763-8292 facsimile

*Attorneys for Plaintiff*