# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| This Document Relates To:<br>*All Cases in Pleading Bundle "B1"* | *<br>*<br>* | MAGISTRATE JUDGE CURRAULT |

## BP'S MOTION TO ENTER A CASE MANAGEMENT ORDER REGARDING THE REMAINING B1 CLAIMS

Pursuant to the Court's minute order regarding the status conference held on September 9, 2020 [Dkt. No. 26666] ("Minute Order"), BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully submit this motion ("Motion") to enter a case management order regarding the claims of the Remaining B1 Plaintiffs,[1] substantially in the form attached hereto as **Exhibit A** ("Proposed CMO").  In support of its Motion, BP states as follows:

On September 9, 2020, the Court held a status conference (the "Status Conference") to address case management regarding the Remaining B1 Plaintiffs' cases.  At the Status Conference, the Court ordered that BP prepare and circulate a case management proposal to the other parties by September 16, 2020.  *See* Minute Order, 1.  The Court also ordered BP to file a proposed case management order with the Court and state whether all parties agree with that proposed order by September 30, 2020.  *Id.*

In response to the Court's order, BP circulated a draft case management proposal to all counsel for the Remaining B1 Plaintiffs on September 16, 2020.  To aid in the further

---

[1]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Proposed CMO.

administration of the Remaining B1 Plaintiffs' cases, the Proposed CMO sets forth procedures to address two distinct groups of Remaining B1 Plaintiffs—the Exhibit 1 Plaintiffs and the Exhibit 2 Plaintiffs. With respect to the Exhibit 1 Plaintiffs, the Proposed CMO sets forth a show-cause process, requiring the Exhibit 1 Plaintiffs to show cause in writing why their claims should not be dismissed with prejudice. As BP's counsel stated at the Status Conference, BP believes that each of the five Exhibit 1 Plaintiffs' claims is barred because of this Court's prior rulings, those plaintiffs' prior releases, and/or a failure to meet the Court's prior deadlines or prosecute their case.

With respect to the Exhibit 2 Plaintiffs, the Proposed CMO sets forth deadlines and procedures for fact and expert discovery, as well as briefing of dispositive motions, from October 2020 through July 2021. Counsel for BP and for the Exhibit 2 Plaintiffs have met and conferred to discuss the draft case management order. Following those discussions, BP incorporated comments from counsel for the Exhibit 2 Plaintiffs and circulated a revised draft case management order to them on September 29, 2020.

The Proposed CMO allows for the efficient management, and potential resolution, of the Remaining B1 Plaintiffs' cases. And, to BP's knowledge, there are no outstanding objections to the schedule and procedures set forth in the Proposed CMO. Accordingly, BP respectfully requests that the Court enter an order substantially in the form of the Proposed CMO, attached hereto as **Exhibit A**.

Dated: September 30, 2020 	Respectfully submitted,

*/s/ R. Keith Jarrett*

R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley E. Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Motion to Enter a Case Management Order Regarding the Remaining B1 Claims** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of September, 2020.

*/s/ R. Keith Jarrett*
R. Keith Jarrett