| | | |
|---|---|---|
| 1 | Your Name: | ROBERT EVANS |
| 2 | Address: | 333 BAKER STREET |
| 3 | Phone Number: | (415) 235-6863 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | efcug@hotmail.com |
| 6 | Pro Se | |

**FILED** Oct 01 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CAROL L. MICHEL
CLERK

**TENDERED FOR FILING**

Oct 01 2020

U.S. DISTRICT COURT
Eastern District Of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| 12 | ROBERT EVANS | ) | Case Number: 2:16-cv-03966 |
| 13 | | ) | |
| 14 | Plaintiff, | ) | |
| 15 | vs. | ) | ☑ Plaintiff's    ☐ Defendant's |
| 16 | | ) | CASE MANAGEMENT STATEMENT |
| 17 | MDL NO. 2179 | ) | DATE: SEPTEMBER 30, 2020 |
| 18 | IN RE: OIL SPILL by the OIL RIG | ) | TIME: |
| 19 | " DEEPWATER HORIZON" in the | ) | JUDGE: Hon. CARL BARBIER |
| 20 | GULF OF MEXICO | ) | |
| 21 | Defendant. | ) | |

CASE MANAGEMENT STATEMENT; CASE NO.: 2:16-cv-03966
PAGE NO. 1 OF ____   *[JDC TEMPLATE – Rev. 05/17]*

## 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* Defend Trade Secrets Act

☐ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. SERVICE

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
|  |  | ☐ Yes    ☐ No | ☐ Yes    ☐ No |
|  |  | ☐ Yes    ☐ No | ☐ Yes    ☐ No |

☐ *Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.*

## 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Plaintiff did not "circulate a case management proposal" as ORDERED pursuant to

Document 26666 Filed 09/09/2, Plaintiff's case number was listed in this ORDER,

16-3966, but nonetheless Plaintiff received no communications from Defendant.

I am limited to the amount of information that I can disclose here because my case

involves trade secrets and I need a mechanism to discuss issues without publicly

disclosing the trade secrets.

CASE MANAGEMENT STATEMENT; CASE NO.: 2:16-cv-03966
PAGE NO. 2   OF ____     *[JDC TEMPLATE – Rev. 05/17]*

### 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

Defend Trade Secrets Act, Louisiana Trade Secrets Act, The Louisiana Unfair Trade Practices and Consumer Protection Law,

### 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
|  |  |  |
|  |  |  |

☐ *Check box if there are more motions and add a page at the end with additional information.*

### 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

- The submitting party *[name]* Plaintiff

    ☐ does not plan to amend the Complaint.

    ☑ plans to amend the Complaint by *[date]* March 15, 2021

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

\\

\\

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* __PLAINTIFF__ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☐ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☑ plans to do the above by *[date]* __March 15, 2021__

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☐ Parties have not yet sent each other Initial Disclosures, but agree to exchange them by *[date]* _____

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

The source(s) that disclosed the trade secrets. The first impressions of key persons that was exposed to Plaintiff's trade secrets. The conduct of key persons and documents that will prove the value, uniqueness, confidentiality, and largeness of the trade secrets.

Plaintiff must conduct extensive Discovery under great financial restraint.

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is not aware of any related cases.

☑ is aware of related cases *[list cases]*: United States District Court, Northern District of California, Case Number 4:19-cv-08025-HSG

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Pro se Plaintiff is not prepared to provide "relief sought" determination at this time, but will work deligently to be able to do so within a reasonable time.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☑ Mediation

☐ Other

Information needed: Plaintiff hereby RESERVE the opportunity to consider this issue for another time.

CASE MANAGEMENT STATEMENT; CASE NO.: 2:16-cv-03966
PAGE NO. 5 OF 6   [JDC TEMPLATE – Rev. 05/17]

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* __PLAINTIFF__

☐ does consent to a magistrate judge.

☑ does <u>not</u> consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐ Not applicable.

☑ Issues that can be resolved by agreement: The validity of the trade secrets' value, uniqueness, and confidentiality, based on "first impressions".

☐ Issues that can be resolved by motion: _____

CASE MANAGEMENT STATEMENT; CASE NO.: 2:16-cv-03966
PAGE NO. 6   OF  6      *[JDC TEMPLATE – Rev. 05/17]*