## **EXHIBIT 1**

| Plaintiff Name | Case No. | Bar to Claim |
|---|---|---|
| Allstar Pipe Services, Inc. | 13-cv-01658 | Economic & Property Damages Class member; did not opt out |
| Enviro Tech Systems, LLC | 18-cv-11120 | Failure to meet PTO 67 deadlines |
| Lucky Lady Fishing Enters., Inc. (John V. Hanks, Jr.) | 16-cv-04149 | Settled and executed release through Neutrals process |
| Nabaa Gas Montgomery Village, LLC | 16-cv-07488 | BP Dealer Claim subject to Order & Reasons [As to the Motions to Dismiss the Pure Stigma, BP Dealer, and Recreation Claims] (Rec. Doc. 7526) |
| Williams, Kirk | 13-cv-00948 | Failure to prosecute case |