**EXHIBIT 2**

| Plaintiff Name | Case No. |
|---|---|
| BioMarine Technologies, Inc.; Gulf Marine Institute of Technology | 13-cv-01286 |
| Classy Cycles, Inc. | 16-cv-05923 |
| Evans, Robert | 16-cv-03966 |
| Fin & Feather Adventures, LLC | 16-cv-06126 |
| Fin & Feather Cabins, LLC | 16-cv-06131 |
| Fin & Feather, LLC | 16-cv-06118 |
| Global Disaster Recovery & Rebuilding Services | 16-cv-06585 |
| Loggerhead Holdings, Inc. | 16-cv-05952 |
| The Bird of Paradise, LLC | 16-cv-05277 |