Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464



Re: Oil Spill by the Oil Rig "Deepwater Horizon"      MDL2179

In the Gulf of Mexico, on April 20, 2010     Section: J(2)

Applies to:     Judge Barbier

All cases in the B3 pleading bundle     Mag. Judge Wilkinson

TENDERED FOR FILING

OCT 05 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION FOR RECONSIDERATION OF ORDER DATED 9/8/20

Plaintiffs have complied with the medical disclosure form and sent to court and Kirkland on 3/20/20. Questions were answered to the best ability 10 years later. Copies attached. All medical bills available have been sent to court and Kirkland and were sent on 11/6/19 along with answer to pretrial order and full explanation of treatments. Copy attached. The court and Kirkland and Ellis received all certified/return receipt.

As stated in the PTO 68, an objection could be filed on the release of medical records on the specific form and was filed on 11/6/19 objecting to the overly intrusive authorization form provided. Attached is a copy of the Alabama medical release previously provided. As previously stated, medical release should be related to this incident and not relinquish all rights to federal privacy laws. An answer to BPs pretrial order status report was filed with the court on 5/3/20 addressing the fact the supplement medical disclosure form had been previously sent and that a motion on medical release was requested on 11/6/19. Copy attached.

Please reconsider order dated 9/8/20 which plaintiff located online. Please note new address.

Thank you for your consideration.

Sent regular mail 9/18/20

Carol Fetterhoff     Chelsea Fetterhoff     Chayton Fetterhoff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_Chelsea Fettechoff_
**PLAINTIFF(S)**

**VERSUS**

_Oil spill by the Oil Rig "Deepwater Horizon"_
**DEFENDANT(S)**

**CIVIL ACTION**

No. _MDL 2179_

SECTION: _J(2)_

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _for reconsideration of order 9/8/20_ is hereby set for submission before District Judge/Magistrate Judge _Barbier_ on _10/21/20_ at _9:30_ A.m.

_Chelsea Fettechoff_
(Signature)

_Chelsea Fettechoff_
(Name)

_1661 Scott Rd_
(Address)

_Westville, Fl. 32464_
(City)   (State)   (Zip)

_251-504-7393_
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___2___ day of ___Oct___, 20_20_.

_Chelsea Fettechoff_
(SIGNATURE)

TENDERED FOR FILING

OCT 05 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_Carol Fettcehoff_
**PLAINTIFF(S)**

**VERSUS**

_Oil Spill by the Oil Rig "Deepwater Horizon"_
**DEFENDANT(S)**

**CIVIL ACTION**

No. _MDL 2179_

SECTION: _J(2)_

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _Motion for Reconsideration_ is hereby set for submission before District Judge/Magistrate Judge _Barbier_ on _10/21/20_ at _9:30_ a.m.

_____
(Signature)

_Carol Fettcehoff_
(Name)

_1661 Scott Rd_
(Address)

_Westville, FL    32464_
(City)         (State)    (Zip)

_251-504-7393_
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___2___ day of ___Oct___, 20_20_.

_____
(SIGNATURE)

TENDERED FOR FILING

OCT 05 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_Chayton Fetterhoff_
**PLAINTIFF(S)**

**CIVIL ACTION**

**VERSUS**

No. _MDL 2179_

_Oil spill by the Oil Rig "Deepwater Horizon"_
**DEFENDANT(S)**

SECTION: _J(2)_

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _for reconsideration of order 9/3/20_ is hereby set for submission before District Judge/Magistrate Judge _Barbier_ on _10/21/20_ at _9:30_ A.m.

_Chayton Fetterhoff_
(Signature)

_Chayton Fetterhoff_
(Name)

_1661 Scott Rd_
(Address)

_Livestville, Fl. 32464_
(City)        (State)    (Zip)

_251-504-7293_
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___2___ day of _Oct._, 20 _20_.

_Chayton Fetterhoff_
(SIGNATURE)

TENDERED FOR FILING

OCT 05 2020
85

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1661 Scott Rd.
Westville, Fl. 32464

US District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

PRIORITY® MAIL★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
PM 2-Day
GENEVA, AL
36340
OCT 02, 20
AMOUNT
$7.75
R2305E125596-07

70130
1004

EXPECTED DELIVERY DAY: 10/05/20
USPS TRACKING® NUMBER

EP14H July 2013 Outer Dimension: 10 x 5

✱ For international shipments, the maximum weight is 4


