UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PLAINTIFF(S)** _Chelsea Fetterhoff_

**VERSUS**

**DEFENDANT(S)** _Oil spill by the Oil Rig "Deepwater Horizon"_

CIVIL ACTION

No. _MDL 2179_

SECTION: _J(2)_

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _for reconsideration of order 9/8/20_ is hereby set for submission before District Judge/Magistrate Judge _Barbier_ on _10/21/20_ at _9:30_ A.m.

_(Signature)_ Chelsea Fetterhoff

(Name) _Chelsea Fetterhoff_

(Address) _1661 Scott Rd_

(City) _Westville_ (State) _FL_ (Zip) _32464_

(Telephone) _251-504-7393_

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _2_ day of _Oct_, 20 _20_.

_(SIGNATURE)_

TENDERED FOR FILING

OCT 05 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk