Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  SEP 23 2020

CAROL L. MICHEL
CLERK

Re: Oil Spill by the Oil Rig "Deepwater Horizon"         MDL2179

In the Gulf of Mexico, on April 20, 2010                    Section: J(2)

Applies to:                                                                    Judge Barbier

All cases in the B3 pleading bundle                           Mag. Judge Wilkinson

### MOTION FOR RECONSIDERATION OF ORDER DATED 9/8/20

Plaintiffs have complied with the medical disclosure form and sent to court and Kirkland on 3/20/20. Questions were answered to the best ability 10 years later. Copies attached. All medical bills available have been sent to court and Kirkland and were sent on 11/6/19 along with answer to pretrial order and full explanation of treatments. Copy attached. The court and Kirkland and Ellis received all certified/return receipt.

As stated in the PTO 68, an objection could be filed on the release of medical records on the specific form and was filed on 11/6/19 objecting to the overly intrusive authorization form provided. Attached is a copy of the Alabama medical release previously provided. As previously stated, medical release should be related to this incident and not relinquish all rights to federal privacy laws. An answer to BPs pretrial order status report was filed with the court on 5/3/20 addressing the fact the supplement medical disclosure form had been previously sent and that a motion on medical release was requested on 11/6/19. Copy attached.

Please reconsider order dated 9/8/20 which plaintiff located online. Please note new address.

Thank you for your consideration.

Sent regular mail 9/18/20

TENDERED FOR FILING

SEP 23 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk