# United States Court of Appeals
# for the Fifth Circuit

No. 20-30239

A True Copy
Certified order issued Oct 05, 2020

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

In re: Deepwater Horizon,

---------------------------------------------------------------------------

Claimant ID 100243047,

*Plaintiff—Appellant*,

*versus*

BP Exploration & Production, Incorporated; BP
America Production Company; BP, P.L.C.,

*Defendants—Appellees*.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeals are dismissed as of
October 05, 2020, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT