UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Albert Andry, III, Ryan Chaisson, and Dustin King | MAGISTRATE JUDGE CURRAULT |
| Plaintiffs | |
| vs. | |
| BP Products North America Inc.; BP p.l.c; BP Exploration & Production, Inc.; BP America Production Company; Transocean Ltd.; Transocean Offshore Deepwater Drilling Inc.; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Triton Asset Leasing GmbH; Cameron International Corporation D/B/A Cameron Systems Corporation; and Halliburton Energy Services, Inc. | |
| Defendants | |
| Docket Number(s) | |
| 2:12-cv-01713-CJB-DPC | |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the below-listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s)

and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

*Andry III et al. v. BP Products North America, Inc. et al.*

Case No. 2:12-cv-01713-CJB-DPC

Respectfully submitted this **7th** day of **October**, 2020.

/s/ *Joseph M. Bruno*
Joseph M. Bruno (#3604)
Markita Hawkins (#35812)
**BRUNO & BRUNO, LLP**
855 Baronne St.
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
E-Mail: jbruno@brunobrunolaw.com

*Attorneys for Plaintiffs Andry, Chaisson, and King*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on All Counsel by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th **day of October, 2020.**

/s/ *Joseph M. Bruno*