UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-13874* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Tiffany Lee's Rule 59(e) Motion to Amend the Court's Order Granting BP's Motion for Summary Judgment. (Rec. Doc. 26675).

IT IS ORDERED that any response to the motion shall be filed by no later than <u>Wednesday, October 28, 2020</u>. Any reply by Lee shall be filed by <u>Monday, November 2, 2020</u>.

New Orleans, Louisiana this 7th day of October, 2020.

_____
United States District Judge