UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 17-03350* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Plaintiffs Carol, Chelsea, and Chayton Fetterhoff, all of whom are pro se, filed a Motion for Reconsideration (Rec. Doc. 26711) of the PTO 68 Compliance Order that issued on September 8, 2020. Plaintiffs included notices of submission with their motion and selected October 21, 2020 as the submission date. It appears plaintiffs did this at the Clerk of Court's direction. (*See* Notice of Deficient Filing, No. 18, Rec. Doc. 26692).

Under Pretrial Order No. 15 (Rec. Doc. 676), motions filed in MDL 2179 do not require a notice of submission, as all motions in the MDL are automatically stayed and no responses are due until the Court orders otherwise. Thus, the Clerk should not have directed plaintiffs to provide a notice of submission.

Accordingly, and to avoid any doubt regarding the response deadline,

IT IS ORDERED that plaintiffs' Notices of Submission are STRUCK. The Motion for Reconsideration (Rec. Doc. 26711) will **not** be submitted Oct. 21, 2020. No responses to the Motion are due at this time. If the Court determines responses are necessary, it will issue a separate order setting a response deadline.

New Orleans, Louisiana, this 8th day of October, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Carol, Chelsea, and Chayton Fetterhoff at 1661 Scott Road, Westville, FL 32464.**

**Note to the Fetterhoffs: No further action is required by you at this time. Your Motion for Reconsideration has been filed in the Court's docket (No. 10-md-2179, Rec. Doc. 26711) and will be ruled upon in due course.**