UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 12-01713 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

### ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice by the plaintiffs in the referenced member case. (Rec. Doc. 26714).

IT IS ORDERED that the motion is GRANTED, and all claims in No. 12-01713, *Albert Andy, III, et al. v. BP Products North America Inc., et al.*, are DISMISSED WITH PREJUDICE, each party to bear their own costs.

This dismissal does not affect any claim plaintiffs timely filed with the Halliburton/Transocean Punitive Damages & Assigned Claims Settlement Program.

The Clerk is instructed to CLOSE the referenced member case.

New Orleans, Louisiana, this 8th day of October, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member case.**