

October 9, 2020

**VIA ECF**
Carol L. Michel, Clerk of Court
US District Court, ED of LA
500 Poydras Street
Room C151
New Orleans, LA 70130

      **Re:** *Green vs BP Exploration & Production Inc et al.*
           **Civil Case No.: 2:17-cv-3191; MDL Case No.: 2:10-md-2179**
           **Our File No.: 205240**

Dear Ms. Michel:

    I write to request a refund in the amount of $505.00 for a Notice of Appeal that was filed in MDL 2179 regarding the civil case 2:17-cv-3191 on September 30, 2020.

    A legal assistant was filing the Notice of Appeal on my behalf. After she submitted payment and arrived at the final screen, she hit the back button in order to correct an error. She subsequently completed the filing and paid another $505.00 fee.

    I respectfully request a refund for duplicate receipt number ALAEDC-8524402 in the amount of $505.00. I remain,

                                              Sincerely yours,

                                              **STAG LIUZZA, L.L.C.**

                                              Michael G. Stag

/bdw