```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     *      MDL No. 2179
"Deepwater Horizon"                 *
in the Gulf of Mexico,              *
on April 20, 2010                   *      Section: J
                                    *
This document relates to:           *      Judge Barbier
No.:2:13-cv-00456-CJB-SS            *
Michael Brandon Vickers v.          *      Mag. Judge Shushan
Knight's Marine & Industrial        *
Services, Inc.                      *
******************************************************************
```

## MOTION FOR SEVERANCE AND DECONSOLIDATION

COMES NOW the Defendant, Knight's Marine and Industrial Services, Inc., by and through its counsel of record, and files this its Motion for Severance and Deconsolidation from MDL 2179 and as grounds therefore, would show the Court the following:

1. The Plaintiff filed suit against Knight's Marine and Industrial Services, Inc. (hereinafter "Knight's Marine") for alleged exposure to oil, oil dispersing chemicals, and decontaminates during his brief employment with Knight's Marine as a cleanup and response worker in the wake of the Deepwater Horizon Spill during July and early August 2010. The Plaintiff's Complaint was filed March 8, 2013, in the Eastern District of Louisiana, Cause No. 2:13-cv-00456-CJB-DPC.

2. At all relevant times the Plaintiff was a resident of the State of Alabama.

3. Knight's Marine is a Mississippi corporation with its primary place of business located at 2900 Colmer Road, Moss Point, Mississippi. The Plaintiff was hired by Knight's Marine in

Mississippi and performed all duties of his employment in Mississippi.

4. Knight's Marine did not perform any oil spill cleanup and response work in the State of Louisiana, or in and around the navigable waters of Louisiana.

5. This matter was consolidated into the Multi District Litigation, MDL No. 2179, and all activity was stayed by previous Orders in the MDL.

6. The Plaintiff also filed an individual lawsuit in the Eastern District of Louisiana on February 20, 2013, against BP Exploration and Production, Inc., BP P.L.C., and BP America Production Company alleging that he sustained personal injuries from exposure to oil and dispersants while working for Knight's Marine. That lawsuit is Civil Action No. 2:13-cv-304-CJB-SS.

7. The Plaintiff's claims fall into the B3 category of cases as Mr. Vickers opted out of the applicable settlements in the MDL.

8. Recently significant steps have been taken to begin to address the B3 cases. This has included orders from the Court requiring the parties to submit case management plan proposals governing their respective claims.

9. Counsel for this Defendant attempted to coordinate the development of a proposed case management order with the other parties but had significant difficulty as the claims against Knight's Marine stand on their own and are separate from those

claims against BP. The parties to this specific case were eventually able to develop a case management proposal which was filed with the Court on September 9, 2020 [Doc. 26668].

10. As directed, the undersigned counsel for this Defendant listened in to the Case Status Conference conducted September 23, 2020. Understandably, the focus of the discussions during that conference were on the claims asserted against the BP entities and did not address any of the claims against other entities.

11. From the perspective of Knight's Marine, the issues related to BP's liability exposure have nothing to do with this Defendant or the issues involved in the claims against Knight's Marine.

12. Based upon the discussions had during the September 23, 2020 status conference it seems apparent that the issues that would relate to Knight's Marine will not receive attention in the immediate future. Therefore, Knight's Marine respectfully requests that the case against it be severed and deconsolidated from MDL 2179 in order that the case may move forward.

13. Knight's Marine does not have substantial, systemic and continuous contacts with the State of Louisiana and, apart from the MDL referral, does not have sufficient minimal contacts with the State of Louisiana for this Court to exercise *in personam* jurisdiction over this Defendant. Furthermore this is the only case in which Knight's Marine has been named as a Defendant. Once

this Defendant is allowed to proceed, it intends to file a Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). At this point in this litigation, this Defendant has not yet been given the opportunity to file such a motion.

WHEREFORE, for the reasons set forth above and set forth in the Memorandum in Support of this Motion, Knight's Marine and Industrial Services, Inc., respectfully requests that the single claim against it be severed and deconsolidated from MDL 2179, that all future filings shall be made in the individual docket of case No. 2:13-cv-00456-CJB-SS and that any stay imposed in this case by any Order of this Court be lifted.

Respectfully submitted this the 9th day of October, 2020.

                              RESPECTFULLY SUBMITTED,

                              KNIGHT'S MARINE AND INDUSTRIAL SERVICES

                              BY:   FRANKE & SALLOUM, PLLC

                              BY:   /s/ Fredrick B. Feeney
                                       FREDRICK B. FEENEY, II
                                       STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
Email: fbf@frslaw.com

**CERTIFICATE OF SERVICE**

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day uploaded the Motion for Severance and Deconsolidation to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179.

THIS, the 9th day of October, 2020.

                                           /s/ Fredrick B. Feeney
                                           FREDRICK B. FEENEY, II
                                           STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
ATTORNEYS AT LAW
POST OFFICE DRAWER 460
GULFPORT, MS  39502
TEL:  (228) 868-7070
FAX:  (228) 868-7090
fbf@frslaw.com