```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig     * | | MDL No. 2179 |
| "Deepwater Horizon"                  * | | |
| in the Gulf of Mexico,               * | | |
| on April 20, 2010                    * | | Section: J |
|                                      * | | |
| This document relates to:            * | | Judge Barbier |
| No.:2:13-cv-00456-CJB-SS             * | | |
| Michael Brandon Vickers v.           * | | Mag. Judge Shushan |
| Knight's Marine & Industrial         * | | |
| Services, Inc.                       * | | |

*******************************************************************

**MEMORANDUM BRIEF IN SUPPORT OF
MOTION FOR SEVERANCE AND DECONSOLIDATION
BY DEFENDANT KNIGHT'S MARINE**

COMES NOW the Defendant, Knight's Marine and Industrial Services, Inc., by and through its counsel of record, and files its Memorandum Brief in Support of Motion for Severance and Deconsolidation from MDL 2179 and in support thereof would show the Court the following:

**FACTS AND PROCEDURAL HISTORY**

On March 8, 2013, Plaintiff Michael Brandon Vickers (hereinafter "Plaintiff") filed the subject lawsuit against Knight's Marine & Industrial Services, Inc. (hereinafter "Knight's Marine") alleging that he was a Jones Act Seaman and that he sustained personal injuries due to exposure to crude oil and oil dispersants during his brief employment with Knight's Marine as a cleanup and response worker in the wake of the Deepwater Horizon Spill during July and August 2010.  The Plaintiff had been hired to assist in the erection of protective fencing in a bayou.  He was not assigned to a vessel or fleet of vessels.  The Plaintiff's

Complaint was filed in the Eastern District of Louisiana, Cause No. 2:13-cv-00456-CJB-DPC.[1]

This matter was consolidated into the Multi District Litigation, MDL No. 2179 and all activity was stayed by previous Orders in the MDL. Mr. Vickers opted out of the applicable settlements in the MDL and his claims fall into the B3 category of cases established by Pretrial Order nos. 11 and 25.

At all relevant times, the Plaintiff was a resident of the State of Alabama. Knight's Marine is a Mississippi corporation with its primary place of business located at 2900 Colmer Road, Moss Point, Mississippi. The Plaintiff was hired by Knight's Marine in Mississippi and performed all duties of his employment in Mississippi. Knight's Marine did not perform any oil spill cleanup and response work in the State of Louisiana, or in and around the navigable waters of Louisiana.

Recently significant steps have been taken to begin to address the B3 cases. This has included orders from the Court requiring the parties to submit case management plan proposals governing their respective claims. The parties to this specific case developed a case management proposal which was filed with the Court on September 9, 2020 [Doc. 26668]. The Court conducted a Case

---

[1] The Plaintiff also filed an individual lawsuit in the Eastern District of Louisiana on February 20, 2013, against BP Exploration and Production, Inc., BP P.L.C., and BP America Production Company alleging that he sustained personal injuries from exposure to oil and dispersants while working for Knight's Marine. That lawsuit is Civil Action No. 2:13-cv-304-CJB-SS.

Status Conference for the B3 cases on September 23, 2020.

As directed, undersigned counsel for this Defendant listened in to the Case Status Conference conducted September 23, 2020. The focus of the discussions during that conference was on the claims asserted against the BP entities and did not address any of the claims against other entities.

**ARGUMENT**

The claims against Knight's Marine stand on their own and are separate from those claims against BP. The issues related to BP's liability exposure have nothing to do with this Defendant or the issues involved in the claims against Knight's Marine. However, following the status conference on September 23, 2020, it appears that the opportunity for this non-BP defendant to raise the issues related to its defenses could continue to be delayed.

Knight's Marine does not have substantial, systemic and continuous contacts with the State of Louisiana and, apart from the MDL referral, does not have sufficient minimal contacts with the State of Louisiana for this Court to exercise *in personam* jurisdiction over this Defendant. Furthermore this is the only case in which Knight's Marine has been named as a Defendant.

In the interests of efficiency and fairness, Knight's Marine should be allowed to proceed and assert its Rule 12(b) defenses, including filing a Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). However, at this point in this litigation,

3

this Defendant has not yet been given the opportunity to file such a motion. Therefore, Knight's Marine respectfully requests that the stay be lifted, and that the case against it be severed and deconsolidated from MDL 2179 in order that this case may move forward.

**CONCLUSION**

For the foregoing reasons, Knight's Marine prays that the Court will grant the Motion of Defendant Knight's Marine and the Plaintiff's claim against it be severed and deconsolidated from MDL 2179, and that all future filings shall be made in the individual docket of case No. 2:13-cv-00456-CJB-SS and that any stay imposed in this case by any Order of this Court be lifted to this extent.

Respectfully submitted this the 9th day of October, 2020.

        RESPECTFULLY SUBMITTED,

        KNIGHT'S MARINE AND INDUSTRIAL SERVICES

        BY:   FRANKE & SALLOUM, PLLC

        BY: /s/ Fredrick B. Feeney, II
            FREDRICK B. FEENEY, II
            STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
Email: fbf@frslaw.com

**CERTIFICATE OF SERVICE**

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day uploaded the Memorandum in Support Motion for Severance and Deconsolidation to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179.

THIS, the 9th day of October, 2020.

                                         /s/ Fredrick B. Feeney
                                        FREDRICK B. FEENEY, II
                                        STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
ATTORNEYS AT LAW
POST OFFICE DRAWER 460
GULFPORT, MS  39502
TEL:  (228) 868-7070
FAX:  (228) 868-7090
fbf@frslaw.com