**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to: 12-cv-968:  BELO | MAGISTRATE<br>JUDGE CURRAULT |

Relates to:

| 20-cv-01332 | | | |
|---|---|---|---|

**THE BP PARTIES' OCTOBER 12, 2020 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2**

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  There were three plaintiffs previously listed on the September 1, 2020 Status Report (Rec. Doc. 26647) who were ordered to provide full and complete initial disclosures by October 5, 2020 (Rec. Doc. 26655).  One plaintiff provided full and complete initial disclosures by the October 5, 2020 deadline, and another voluntarily dismissed his case.  The following plaintiff failed to provide full and complete initial disclosures after having been ordered to do so by October 5, 2020:

| Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|
| 20-cv-01332 | Garcia, Jorge Luis | Pro Se |

As noted in the September 1, 2020 Status Report, the BP Parties were unsuccessful in attempting to serve a draft of the September 1, 2020 Status Report on pro se plaintiff Jorge Luis

Garcia.  Counsel for the BP Parties attempted to serve Mr. Garcia by FedEx overnight delivery at the address provided in his Notice of Intent to Sue.  His prior counsel identified this same address as Plaintiff's last known address in their Motion to Withdraw as his counsel.  *See Garcia v. BP Expl. & Prod., Inc. et al.*, No. 2:20-cv-01332, Rec. Doc. 8, ¶ 8.  The Motion to Withdraw represented that Mr. Garcia's prior counsel had not been able to contact plaintiff.  *See id.* ¶ 2 ("Plaintiff's counsel has attempted to reach Plaintiff numerous times either via telephone, correspondence, both electronic and regular mail, and through private investigator, yet no successful contact has been made with Plaintiff."); ¶ 5 ("Plaintiff has been notified of the aforementioned pending deadlines in accordance with the Scheduling Order . . . .").  Counsel for the BP Parties also attempted to reach Mr. Garcia through his last known phone number identified by his prior counsel, *see id.* ¶ 9, but the number is out of service.  The BP Parties do not know of any other contact information for Mr. Garcia and do not know how to reach him for purposes of service.

October 12, 2020                              Respectfully submitted,


                                                 */s/ Scott C. Seiler*
                                              Scott C. Seiler (Bar #19784)
                                              Devin C. Reid (Bar #32645)
                                              LISKOW & LEWIS
                                              701 Poydras Street, Suite 5000
                                              New Orleans, LA 70139
                                              Telephone:  (504) 581-7979
                                              Telefax:  (504) 556-4108


                                                 */s/ Kevin M. Hodges*
                                              Kevin M. Hodges
                                              WILLIAMS & CONNOLLY LLP
                                              725 Twelfth Street, N.W.
                                              Washington, D.C. 20005
                                              Telephone:  (202) 434-5000
                                              Telefax:  (202) 434-5029


                                                 */s/ Catherine Pyune McEldowney*
                                              Catherine Pyune McEldowney
                                              MARON MARVEL BRADLEY ANDERSON &
                                              TARDY LLC
                                              1201 North Market Street, Suite 900
                                              Wilmington, DE 19801
                                              Telephone:  (302) 425-5177
                                              Telefax:  (302) 425-0180


                                                 */s/ Georgia L. Lucier*
                                              Georgia L. Lucier
                                              HUNTON ANDREWS KURTH LLP
                                              600 Travis Street, Suite 4200
                                              Houston, TX 77002
                                              Telephone: (713) 220-4200
                                              Telefax:  (713) 220-4285


**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.**
**AND BP AMERICA PRODUCTION COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of October, 2020.

*/s/ Scott C. Seiler*
Scott C. Seiler