UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE CURRAULT |
| BELO Cases identified below | * | |

# ORDER
**[Order to Show Cause re: BP's October 12, 2020 Status Report Pursuant to First Amended BELO CMO No. 2]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of October 12, 2020, the 1 BELO plaintiff identified below failed to provide full and complete disclosures by the initial 90-day deadline, was granted an extension and ordered to comply by the extended deadline, and then failed to provide a full and complete disclosure by the extended deadline. (Rec. Doc. 26722). Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 1 BELO plaintiff identified below shall **SHOW CAUSE** <u>in writing</u> why his case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The plaintiff shall file a

written response to this Show Cause Order by no later than <u>Tuesday, October 27, 2020</u>. The response shall be filed in the MDL master docket, No. 10-md-2179, and reference the individual BELO case to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiff's response, then BP shall file a reply by no later than <u>Friday, October 30, 2020</u>. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|    | **Docket Number** | **Plaintiff**      | **Counsel** | **Deficiency (per BP's status report)** |
|----|-------------------|--------------------|-------------|-----------------------------------------|
| 1. | 20-01332          | Garcia, Jorge Luis | Pro Se      | No production                           |

New Orleans, Louisiana, this 13th day of October, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Jorge Luis Garcia, No. 20-1332.**