# EXHIBIT A

# <u>DECLARATION OF THOMAS WRIGHT</u>

My name is Thomas Wright.  I am above the age of eighteen (18) years and am capable of making this declaration.  The following is based upon my personal knowledge:

1.  Between May 2005 and August 2019, I was the President and co-owner of Allstar Pipe Services, Inc. ("Allstar Pipe"), the Plaintiff in this case.

2.  I am 59 years of age.

3.  I am a custodian of records for Allstar Pipe.  Attached to this Declaration as Exhibit 1 are two pages excerpted from the 2010 Federal Tax Return for Allstar Pipe – filed with the Internal Revenue Service.  The records attached hereto are the original records or a true duplicate of the original records kept in the custody of Allstar Pipe.

4.  The records attached to this Declaration were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.  Such records were kept in the course of the regularly conducted business activity of Allstar Pipe.  Such records were also made as a regular practice in the course of regularly conducted business activity of Allstar Pipe.

5.  Allstar Pipe was located in Scott, Louisiana at the time of the April 20, 2010 Deepwater Horizon explosion and massive oil spill.

6.  As stated in the 2010 Federal Tax Return, Allstar Pipe's Business Activity was Oilfield Services.  Allstar Pipe provided such Oilfield Services to workover rigs owned by third-parties.  Allstar Pipe did not engage in any drilling.

7.  Allstar Pipe engaged in the wholesale rental and sales distribution of oilwell machinery, equipment, and supplies.  More specifically, Allstar Pipe rented and sold thread protectors and pipe bolsters for shallow and midwater workover rigs in the Gulf of Mexico.  The thread protectors and pipe bolsters were used by oil companies in servicing and repairing their existing wells.  Customers included, but were not limited to, oil companies such as Newfield Exploration, Tana Exploration, Walter Oil and Gas, and Forest Oil.

8.  Allstar Pipe's thread protectors and pipe bolsters had to be transported to the shallow and midwater workover rigs by boat from rivers and docks along the

Louisiana coast to the Gulf of Mexico. The April 20, 2010 Deepwater Horizon explosion caused a massive amount of oil to spill into the Gulf of Mexico over many months. The months-long Deepwater Horizon oil spill and resulting cleanup efforts made it unsafe for transport boats – or any boats – to travel from the Louisiana coast into the Gulf of Mexico. The Deepwater Horizon oil spill and resulting cleanup caused the shutdown and closure of the rivers and tributaries leading to the Gulf of Mexico, as well as the waterways of the Gulf of Mexico itself. The Deepwater Horizon oil spill and lengthy cleanup along the Louisiana coast and in the Gulf of Mexico prevented Allstar Pipe from boating any of its products to the shallow and midwater workover rigs of its customers. The Deepwater Horizon oil spill caused Allstar Pipe's customers to stop renting and purchasing its oilfield services products for their shallow and midwater workover rigs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October _____14_____, 2020.

THOMAS WRIGHT

# EXHIBIT A-1

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return
For calendar year 2010 or tax year
beginning _____ , ending _____

OMB No. 1545-0123

**2010**

**A** Check if:
1a Consolidated return (attach Form 851)
b Life/nonlife consolidated return
2 Personal holding co. (attach Sch. PH)
3 Personal service corp (see instructions)
4 Schedule M-3 attached

Print or type

**Name**
ALL STAR PIPE SERVICES, INC.

**Number, street, and room or suite no. If a P.O. box, see instructions.**
PO BOX 60722

**City or town, state, and ZIP code**
LAFAYETTE, LA 70596

**B** Employer identification number
20-2968124

**C** Date incorporated
06/09/2005

**D** Total assets (see instructions)
$

**E** Check if: (1) □ Initial return (2) □ Final return (3) □ Name change (4) □ Address change

| | | | | |
|---|---|---|---|---|
| Income | 1 a Gross receipts or sales | b Less returns and allowances | c Bal ▶ | 1c |
| | 2 Cost of goods sold (Schedule A, line 8) | | | 2 |
| | 3 Gross profit. Subtract line 2 from line 1c | | | 3 |
| | 4 Dividends (Schedule C, line 19) | | | 4 |
| | 5 Interest | | | 5 |
| | 6 Gross rents | | | 6 |
| | 7 Gross royalties | | | 7 |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | | 8 |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 |
| | 10 Other income (attach schedule) | | | 10 |
| | 11 Total income. Add lines 3 through 10 | | ▶ | 11 |
| Deductions (See instructions for limitations on deductions.) | 12 Compensation of officers (Schedule E, line 4) | | ▶ | 12 |
| | 13 Salaries and wages (less employment credits) | | | 13 |
| | 14 Repairs and maintenance | | | 14 |
| | 15 Bad debts | | | 15 |
| | 16 Rents | | | 16 |
| | 17 Taxes and licenses | SEE STATEMENT 1 | | 17 |
| | 18 Interest | | | 18 |
| | 19 Charitable contributions | | | 19 |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | | | 20 |
| | 21 Depletion | | | 21 |
| | 22 Advertising | | | 22 |
| | 23 Pension, profit-sharing, etc., plans | | | 23 |
| | 24 Employee benefit programs | | | 24 |
| | 25 Domestic production activities deduction (attach Form 8903) | | | 25 |
| | 26 Other deductions (attach schedule) | SEE STATEMENT 2 | | 26 |
| | 27 Total deductions. Add lines 12 through 26 | | ▶ | 27 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 |
| | 29 Less: a Net operating loss deduction | 29a | | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c |
| Tax, Refundable Credits, and Payments | 30 Taxable income. Subtract line 29c from line 28 (see instructions) | | | 30 |
| | 31 Total tax (Schedule J, line 10) | | | 31 |
| | 32 a 2009 overpayment credited to 2010 | 32a | | |
| | b 2010 estimated tax payments | 32b | | |
| | c 2010 refund applied for on Form 4466 | 32c ( ) | d Bal ▶ | 32d |
| | e Tax deposited with Form 7004 | | | 32e |
| | f Credits: (1) Form 2439 (2) Form 4136 | | | 32f |
| | g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | | | 32g |
| | | | | 32h |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached | | ▶ □ | 33 |
| | 34 Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 |
| | 36 Enter amount from line 35 you want: Credited to 2011 estimated tax ▶ Refunded ▶ | | | 36 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer

Date

▶ _____
Title

May the IRS discuss this return with the preparer shown below?
[X] Yes □ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check □ if self-employed | PTIN |
|---|---|---|---|---|
| HERBERT LEMOINE, II | | | | |

Firm's name ▶ BROUSSARD, POCHE, LEWIS & BREAUX, LLP    Firm's EIN ▶ 72-0538016

Firm's address ▶ P.O. BOX 61400
LAFAYETTE, LA 70596    Phone no. (337) 988-4930

011601
01-25-11   JWA   **For Paperwork Reduction Act Notice, see instructions.**

Form **1120** (2010)

Form 1120 (2010)   ALL STAR PIPE SERVICES, INC.                    20-2968124   Page **3**

## Schedule J | Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation   STMT 3 | | |
| | (see instructions) ▶ ☐ | **2** | |
| 3 | Alternative minimum tax (attach Form 4626) | **3** | |
| 4 | Add lines 2 and 3 | **4** | |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | |
| b | Credit from Form 8834, line 29 | **5b** | |
| c | General business credit (attach Form 3800) | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| e | Bond credits from Form 8912 | **5e** | |
| 6 | Total credits. Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697 | | | |
| | ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | | **9** | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | | **10** | |

## Schedule K | Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 213110 | | |
| b | Business activity ▶ OILFIELD SERVICE | | |
| c | Product or service ▶ | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JWA                                                            Form **1120** (2010)

011621
01-19-11