UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIAINA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | § § § § § | MDL 2179 SECTION J<br><br>Sub case No.<br>2:13-cv-01658-CJB-JCW |
| This Document Relates to | § § | JUDGE BARBIER |
| Allstar Pipe Services, Inc. | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKENSON |

**[Proposed] ORDER**

The Court has reviewed Plaintiff Allstar Pipe Services, Inc.'s Response to the Show Cause Order. The Court finds and concludes: 1) Allstar Pipe Services, Inc.'s Response is meritorious and satisfies the requirements of the Court's Show Cause Order; 2) Allstar Pipe Services, Inc. was excluded from the Economic and Property Damages Class and was not a Class Member; 3) the Amended Settlement Agreement did not require excluded non-Class Member Allstar Pipe Services, Inc. to opt out from the Economic and Property Damages Class; and 4) Allstar Pipe Services, Inc.'s action and claims shall proceed in their entirety against the BP defendants.

It is hereby ORDERED that Plaintiff Allstar Pipe Services, Inc. has satisfied in full the requirements of the Court's Show Cause Order and that Allstar Pipe Services, Inc.'s action and claims shall proceed in their entirety against the BP defendants.

Signed on this ___ day of _____, 2020. _____

CARL J. BARBIER, DISTRICT JUDGE