UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CASE NO. 2:10-md-02179 |
| | SECTION J (2) |
| | JUDGE BARBIER |
| Related to: All cases in the B3 Bundle | MAG. JUDGE CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND INCORPORATED CERTIFICATION TO WITHDRAW AS COUNSEL

ON MOTION of D. C. Panagiotis and upon suggesting to the Court that he desires to withdraw as counsel of record for **Russell Bertrand and Mitzi Bertrand**, hereinafter referred to as "clients", in the above captioned and numbered proceeding, and in individual Case No.: 2:13-cv-00248, and who further certifies to the Court:

1.

He has notified the clients in writing of the withdrawal, the status of the case and the court's docket at least ten (10) days before the filing of the motion and the clients have consented.

2.

The last known street and mailing address of the clients is 301 Rayburn St., Apt. 548, Lafayette, LA 70506.

3.

There is no scheduling order in effect in this matter.

4.

There are no conferences, hearings or trials scheduled.

5.

He certifies that he has complied with Paragraph (a) and with Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16 and has complied with LR 83.2.11.

6.

As of November 9, 2020, undersigned counsel will be ineligible to represent the client as he will be sworn into full-time appointment as United States Administrative Law Judge for the Department of Labor, Longshore Division.

7.

The clients will continue to be fully represented by Joseph F. Gaar, Jr. and Jason Welborn who will remain as counsel of record.

Respectfully Submitted:

THE PANAGIOTIS FIRM

*s/D.C. Panagiotis*

D.C. PANAGIOTIS (#15032)
1540 W. Pinhook Rd.
Lafayette, LA 70503
Telephone: (337) 264-1516
**Counsel for Russell and Mitzi Bertrand**

GAAR LAW FIRM

*s/Joseph F. Gaar, Jr.*

JOSEPH F. GAAR, JR. (#16927)
JASON M. WELBORN (#26548)
114 Representative Row
Lafayette, LA 70508
Telephone: (337) 233-3185
**Counsel for Russell and Mitzi Bertrand**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2020, a copy of the foregoing was filed electronically with the Clerk of court using the CM/ECF system.

*s/D.C. Panagiotis*

D.C. PANAGIOTIS