UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG          CASE NO. 2:10-md-02179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON                          SECTION J (2)
APRIL 20, 2010
                                           JUDGE BARBIER
Related to:
All cases in the B3 Bundle                 MAG. JUDGE CURRAULT


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

IT IS ORDERED that D.C. Panagiotis be and he is hereby allowed to withdraw as counsel of record for Russell Bertrand and Mitzi Bertrand and his name is hereby stricken as counsel of record in the above captioned and numbered matter and in the individual Case No. 2:13-cv-00248.

Signed this _____ day of _____, 2020 in _____, LA.


_____
**UNITED STATES DISTRICT JUDGE**