# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill | * | MDL No. 2179 |
| by the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE CURRAULT |
| This Document Relates to: | * | |
| *All Claims In Pleading Bundle B3* | * | |

## ORDER

Considering the Ex Parte Motion by Defendants BP Exploration & Production Inc. and BP America Production Company (together, "BP") for Leave to File **Exhibit E** of BP's Report Regarding Issues to be Tried in Individual B3 Cases under seal:

IT IS HEREBY ORDERED THAT BP's Motion is GRANTED; and it is further ORDERED that **Exhibit E** is filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of October, 2020.

_____

**UNITED STATES DISTRICT JUDGE**