UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179  <br>CIVIL ACTION NO. 2:10-CV-02771  <br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: All Cases in Pleading Bundle B3 | SECTION J  <br>MAGISTRATE JUDGE CURRAULT  <br>MAG. DIV. 1 |

**STATEMENT REGARDING FURTHER HANDLING OF B3 OPT-OUT CASES**

DRC Emergency Services, LLC and DRC Marine, LLC (collectively, "DRC") provide the following brief statement regarding the further handling of the remaining B3 opt-out cases.

DRC is a defendant in two remaining B3 personal injury claims: (1) *William J. Fitzgerald, III, et al. v. BP Exploration & Production, Inc., et al.*, No. 13-650 and (2) *Joseph G. Brown, et al. v. BP Exploration & Production, Inc., et al.*, No. 12-2333.[1]

During the previous conference addressing this issue, there was discussion about whether issues of liability would be tried in the remaining B3 cases. The issue of DRC's potential liability has never been tried and must be tried if it remains a defendant in these cases. DRC reserves, and does not waive, all of its defenses to the remaining B3 claims in which it is a party, including,

---

[1] These claims were not dismissed with the remainder of the B3 claims against the "Clean-Up Responder Defendants" in the Court's August 2, 2016 summary judgment ruling (Rec. Doc. 21406).

without limitation all defenses to liability (including those based on the government-contractor immunity defense), causation (both general and specific), and damages. DRC also reserves all rights with respect to indemnity and contribution from other defendants, as those issues may arise.

Respectfully submitted,

/s/    Sean P. Brady
Harold J. Flanagan (Bar No. 24091)
Sean P. Brady (Bar No. 30410)
Brandon C. Briscoe (Bar No. 29542)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Tel:  (504) 569-0235
Fax:  (504) 592-0251
hflanagan@flanaganpartners.com
sbrady@flanaganpartners.com
bbriscoe@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of October, 2020.

/s/    Sean P. Brady