UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*Certain Cases in the B1 Bundle (See Exhibit A)* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## J U D G M E N T

For the reasons stated in the Order & Reasons [As to the Claims of the Mexican Plaintiffs] signed on October 26, 2020 and entered in the master docket (No. 10-md-2179), which granted BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477);

IT IS ORDERED, ADJUDGED, AND DECREED that all claims by the plaintiffs identified below are DISMISSED WITH PREJUDICE. The Clerk shall CLOSE each of the below cases.

| Plaintiff | Case No. |
|---|---|
| S.C.P.P. Rincon de las Flores, S.C. de R.L. | 16-cv-04320 |
| La Sociedad Cooperativa de Produccion Pesquera Riverena Ostioneros de Saladero SCL | 16-cv-04345 |
| La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas Sc De Rl De CV | 16-cv-04349 |
| Alimentos Marinos Bagdad, S.C. De R.L. M.I. | 16-cv-04354 |
| S.C.P.P. Fco J. Mujica, S.C. de R.L. | 16-cv-04362 |
| S.C.C.P.P. Mano de Leon, S.C. de R.L. | 16-cv-04366 |
| S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 16-cv-04373 |

| | |
|---|---|
| S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L | 16-cv-04376 |
| S.C.P.P. Barra De Conchillal, S.C. de R.L. | 16-cv-04379 |
| S.C.P.P. Matamoros, S.C. de R.L. | 16-cv-04382 |
| S.C.P.P. Coperativa Caudillos S.C. de R.L. | 16-cv-04385 |
| S.C.P.P. El Chamizal, S.C. de R.L. | 16-cv-04388 |
| Ferramad Max, S.C. De R.L. De M.I. | 16-cv-04391 |
| S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 16-cv-04392 |
| S.C.P.P. Plan de Ayutla S.C. de R.L. | 16-cv-04393 |
| S.C.P.R.A. Unidos en Solidaridad, S.C. de R.L. | 16-cv-04394 |
| S.S.S. Agua Rebuelta | 16-cv-04408 |
| S.S.S. Isla del Carrizal | 16-cv-04411 |
| S.C.P.P. La Marina S.C. de R.L. de C.V. | 16-cv-04413 |
| S.S.S. Nuevo Dolores | 16-cv-04414 |
| Pescados y Mariscos Alexa | 16-cv-04415 |
| S.S.S. Revolucion Y Progreso | 16-cv-04418 |
| S.C.P.P. Punta de Piedra, S.C. de R.L. | 16-cv-04424 |
| S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 16-cv-04427 |
| S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 16-cv-04429 |
| Pescadores Libres De Isla Aguada Campeche | 16-cv-04476 |
| S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 16-cv-04487 |
| La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma Sc De Rl De CV | 16-cv-04499 |
| Mejia Duran, Jesus | 16-cv-04506 |
| La Sociedad Cooperative de Productores Acuicolas de Congregacion Anahuac SC de RL | 16-cv-04512 |
| Grupo La Esperanza Flor Idulia | 16-cv-04521 |
| Rodriguez, Ramona | 16-cv-04528 |
| Pescadores Libres Y Fileteras Claudio Cruz Flores | 16-cv-04543 |
| Perez, Martin | 16-cv-04548 |
| Libres de Cucharitas 2 Guillermina Castro | 16-cv-04550 |

| | |
|---|---|
| La Sociedad Cooperative De Production Pesquera Riverena La Aurora Barra De Cazones Scl De Cv, Et al | 16-cv-04556 |
| Cuellar, Fabian | 16-cv-04561 |
| Pescadores Libres de Chiquila Quintana Roo | 16-cv-04563 |
| Grupo La Trucha Guillermina Hernandez | 16-cv-04567 |
| Cuellar, Fernando | 16-cv-04570 |
| Pescadores Libres de Cabo Rojito Abad | 16-cv-04571 |
| Roman, Francisco | 16-cv-04573 |
| La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzan SC De RL De CV | 16-cv-04574 |
| Lopez, Enrique | 16-cv-04576 |
| Rosas, Damaso | 16-cv-04583 |
| Permisionario Joaquin Delgado Ortiz | 16-cv-04584 |
| La Sociedad Cooperative De Produccion Pesquera Denominada La Rivera De Tampico De Alto Sc De RL | 16-cv-04586 |
| Gallardo, Felipe | 16-cv-04591 |
| Gallardo, Emilio | 16-cv-04593 |
| La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo Sc De Rl De Cv, Et al | 16-cv-04594 |
| Rosas, Juan | 16-cv-04597 |
| Permisionario Rosalino Cruz y Pescadores de Camaron | 16-cv-04599 |
| Toral, Guillermina | 16-cv-04601 |
| Gallardo, Olga | 16-cv-04609 |
| S.C.P.P. Islas Unidas, S.C. de R.L. | 16-cv-04682 |
| La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar Sc De Rl De Cv, Et al | 16-cv-04684 |
| S.C.P.P. Grupo Yosigamar, S.C. de R.L. de M.I. | 16-cv-04688 |
| S.C.P.P Carvajal, S.C. de R.L. | 16-cv-04691 |
| Grupo Cacharas Juan Ortega Romero Artemio Aran | 16-cv-04692 |
| Pescadores Libres de Morales de Cabo Rojo | 16-cv-04697 |
| Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran | 16-cv-04700 |
| Compra Venta de la Sociedad Cooperativa Tamiahua | 16-cv-04706 |

| | |
|---|---|
| La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 16-cv-04712 |
| Grupo Libre la Chavelita Jose Luis Perez Cruz | 16-cv-04717 |
| La Sociedad Cooperativa de Produccion Pesquera Pescadores de Tamiahua S.C. de R.L. de C.V. | 16-cv-04724 |
| La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servisios Scl De CV | 16-cv-04730 |
| Trabajadores De Tampico | 16-cv-04762 |
| Pescadores Libres de la Mata Norberto Hernandez | 16-cv-04769 |
| Restaurante Veracruzano Tamiahua | 16-cv-04775 |
| La Socieded Cooperativa de Produccion Pesquera Riverena Ostioneros Del Sur SC de RL | 16-cv-04777 |
| Pescadores Libres De Tonala Agua Dulce Veracruz, Et al | 16-cv-04783 |
| Fileteras de Mamey De Artemio Aran | 16-cv-04786 |
| La Sociedad Cooperativa de Productores y Pescadores de Saladero Veracruz SC de RL | 16-cv-04788 |
| Despicadoras De La Isla De San Juan A Ramirez | 16-cv-04797 |
| Permisionario Horacio Morales de la Isla De San Juan | 16-cv-04802 |
| Union de Fileteros de Cucharas Jose Luis Palacios Medina | 16-cv-04806 |
| Compra Venta del Mercado de Tuxpan | 16-cv-04866 |
| Permisionario Maria Esther Castillo | 16-cv-04873 |
| Lopez, Miriam | 16-cv-04999 |
| Pescadores de Ilusion, S.C. de R.L. | 16-cv-05235 |
| Ramos Capitaine, Jose Luis | 16-cv-05289 |
| Santisbon Herrera, Gilberto | 16-cv-05294 |
| Pescadores Y Cooperativas de Ciudad Del Carmen Campeche | 16-cv-05310 |
| Vela Gomez, Mario | 16-cv-05313 |
| Libres de Congregacion La Reforma Artemio Aran | 16-cv-05315 |
| S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 16-cv-05376 |
| S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 16-cv-05380 |

4

| | |
|---|---|
| S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 16-cv-05387 |
| S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 16-cv-05473 |
| S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabanuy S.C. de R.L | 16-cv-05566 |
| S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 16-cv-05585 |
| Despicadoras de Jaiva Los Higueros Artemio Aran | 16-cv-05710 |
| Soc. De Sol. Social Jesus Maria DeCarbajal CNC | 16-cv-05829 |
| Soc. De Sol. Social Pescadores De La Libertad CNC | 16-cv-05832 |
| Soc. De Sol. Social Mobilisacion Social, CNC | 16-cv-05835 |
| Sociedad Cooperativa Ensueno del Caribe | 16-cv-05979 |
| Sociedad Cooperativa Isla Morena | 16-cv-05980 |
| Sociedad Cooperativa Isla Pasion | 16-cv-05981 |
| Sociedad Cooperativa Vanguardia del Mar | 16-cv-05982 |
| Sociedad Cooperativa Bajo de Corsario | 16-cv-05983 |
| Sociedad Cooperativa Cabo Catoche | 16-cv-05984 |
| Sociedad Cooperativa 9 Hermanos | 16-cv-05993 |
| Sociedad Cooperativa Lancheros Turisticos Damero | 16-cv-05995 |
| Sociedad Cooperativa Fraternidad Ambiental | 16-cv-06002 |
| Sociedad Cooperativa Lancheros Turisticos Laguna de Yalahau | 16-cv-06007 |
| Sociedad Cooperativa Pulperos del Caribe | 16-cv-06011 |
| Sociedad Cooperative Isla Holbox | 16-cv-06018 |
| Sociedad Cooperativa Cholenco Tours | 16-cv-06025 |
| Sociedad Cooperative El Meco Tours | 16-cv-06294 |
| Sociedad Cooperativa Ensenada de Celestun | 16-cv-06297 |
| Sociedad Cooperativa La Pobre de Dios | 16-cv-06300 |
| Sociedad Cooperativa Laguna Rosada | 16-cv-06304 |
| Garcia, Juan Manuel | 16-cv-06305 |
| Sociedad Cooperativa Nohuch Cuch | 16-cv-06306 |
| Hinojosa, Hernina | 16-cv-06311 |

New Orleans, Louisiana, this 26th day of October, 2020.

                                                                                      _____

                                                                                      United States District Judge

**Note to Clerk: Enter in 10-md-2179 and in each of the cases closed by this Judgment**