UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010

Related to:
No. 13-248

CASE NO. 2:10-md-02179

SECTION J (2)

JUDGE BARBIER

MAG. JUDGE CURRAULT

******************************************************************************

## ORDER

IT IS ORDERED that D.C. Panagiotis be and he is hereby allowed to withdraw as counsel of record for Russell Bertrand and Mitzi Bertrand and his name is hereby stricken as counsel of record in the above captioned and numbered matter and in the individual Case No. 2:13-cv-00248.

New Orleans, Louisiana this 26th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE