IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Beste Stallworth, 17-04566; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344,<br><br>      Plaintiffs,<br><br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Halliburton Energy Services, Inc.,<br><br>      Defendants. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE DONNA CURRAULT |

## PLAINTIFFS' NOTICE OF APPEAL

**NOW COMES** the above-named Plaintiffs, by and through their undersigned counsel, and hereby give their Notice of Appeal, pursuant to Fed. R. App. P. 3(a)(1), 3(b)(1), and 4(a)(1)(A), to the Fifth Circuit Court of Appeals from the September 29, 2020 Order (Rec. Doc. 26695) by the Court in the Eastern District of Louisiana, which is attached as "Exhibit A", dismissing Plaintiffs' cases with prejudice.

                Respectfully Submitted,

               /s/ Paul A. Dominick
---
Paul A. Dominick      Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

October 28, 2020

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Plaintiffs' Notice of Appeal** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of October, 2020.

/s/ Paul A. Dominick
Paul A. Dominick