# Exhibit 1

| | |
|---|---|
| **From:** | Barsanti, Vanessa |
| **Sent:** | Thursday, August 1, 2019 6:25 PM |
| **To:** | 'Greenwald, Robin' |
| **Cc:** | Jakola, Katie; *dcreid@liskow.com; Sramek, Frank J.; *dkhaycraft@liskow.com |
| **Subject:** | MDL 2179 (Lee, 16-cv-13874): BP's Motion for Summary Judgment Exhibits |
| **Attachments:** | Weitz & Luxenberg, PC.zip |

Dear Counsel:

Pursuant to the Court's August 1, 2019 Order (Rec. Doc. 25917) in the above-captioned matter, attached please find a copy of BP's Motion for Summary Judgment on B3 Claims Released Under the Medical Benefits Class Action Settlement Agreement (Rec. Doc. 25914), including a copy of the exhibits filed under seal with the Court with the portions related to the plaintiff you represent unredacted.

Sincerely,

**Vanessa Barsanti**
_____

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2205
**F** +1 312 862 2200
_____

vanessa.barsanti@kirkland.com