UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | Judge Barbier<br><br>Magistrate Judge<br>Donna Phillips Currault |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR | | | |
|---|---|---|---|
| STATUS REPORT NO. | 20 | DATE | OCTOBER 29, 2020 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | Judge Carl Barbier<br><br>Magistrate Judge<br>Donna Phillips Currault |

### STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR STATUS REPORT NO. 20 FOR OCTOBER 29, 2020

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

### I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

### A. Overview

**Old and New Classes**

At this time the Settlements Program is working to clear any remaining payment holds across all three distribution tracks (Old Class, New Class Distribution A, and New Class Distribution B) and completing research and outreach to locate Class members with uncashed or undeliverable distribution checks. Additionally, a limited number of Court Review claims remain pending all of which the Settlements Program is prepared to take action on pending receipt of the Court's determinations.

### B. <u>Distribution Processing</u>

**COVID-19 Impact**

Epiq pivoted Call Center activities, claimant correspondence, and all other claim processing/appeal activities due to the COVID-19 pandemic. Despite evolving safety restrictions, Epiq has made adjustments to ensure Class members/individual counsel for Class members are receiving timely payments and correspondence.

**Outstanding Old and New Class Distributions**

The activities of the Settlements Program are beginning to wind down at this juncture. At this point, all efforts related to the three unique distribution tracks are being recombined for efficiency purposes and include the following:

1. The Claims Administrator continues to work through payment deficiencies for a limited number of claims with third-party claims/liens, bankruptcy follow up, or decedent/dissolved business issues; and

2. Additional uncashed and undeliverable check research and outreach is being completed to allow for reissuance of these funds.

Additionally, there are 46 claimant records pending with the Court for consideration as Court Review Requests. Once decisions are entered, the Claims Administrator will send the necessary Court Review Request Determination Notices and, for those claims that are eligible, will issue distribution awards as soon as practicable.

The Old and New Class distribution payments will continue until the Claims Administrator determines that all payments that can be made have been made and escheatment of the fund balance is appropriate. At this time the Claims Administrator is looking to complete escheatment in 2021.

## II. CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

      /s/ Patrick A. Juneau  
      PATRICK A. JUNEAU  
      OLD & NEW CLASS CLAIMS ADMINISTRATOR