UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | JUDGE BARBIER |
| AND | MAG. JUDGE CURRAULT |
| BELO Cases identified below | |

## ORDER

On October 13, 2020, the Court issued an Order to Show Cause requiring 1 BELO plaintiff, Jorge Luis Garcia, to show cause in writing why his claim should not be dismissed with prejudice for repeatedly failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26723). Garcia's response to the Show Cause Order was due on Tuesday, October 27, 2020. To date, no response has been filed.

Accordingly,

IT IS ORDERED that the Order to Show Cause (Rec. Doc. 26723) is not satisfied with respect to the BELO plaintiff identified below, and his claim is DISMISSED WITH PREJUDICE:

| | Docket Number | Plaintiff |
|---|---|---|
| 1. | 20-01332 | Garcia, Jorge Luis |

The Court will issue a judgment of dismissal in the individual docket for this

case.

    New Orleans, Louisiana, this 30th day of October, 2020.

_____<br>
United States District Judge

**Note to Clerk: Mail a copy of this Order to Jorge Luis Garcia, No. 20-1332.**