# Exhibit A



JASON J. JOY, ESQ. – MANAGING MEMBER
COLIN G. WOOD – STAKEHOLDER
MICHAEL BARCUS – ASSOCIATE ATTORNEY

909 TEXAS STREET, SUITE 1801
HOUSTON, TEXAS 77002
(713) 221-6500 (P)
(713) 221-1717 (F)
WWW.JASONJOYLAW.COM

April 15, 2019

Re: *Allstar Pipe Services, Inc. v. BP Exploration & Production, Inc. et al*, case #: 2:13-cv-01658-CJB-JCW

To Whom It May Concern:

All Star Pipe Services, Inc., (the "Company" or "ASP") was located in Scott, Louisiana at the time of the April 20, 2010 Deepwater Horizon explosion and ensuing oil spill. The Company generated income by selling and renting equipment primarily to the oil and gas industry along the Gulf Coast. Specifically, most of ASP's revenues prior to the Spill were derived from, *inter alia*, renting out thread protectors, pipe slings, and specialized shipping containers (called "bolsters") that are utilized primarily on vessels to safely transport production tubing to and from work over rigs located in the Gulf of Mexico. Given the nature of these operations, ASP's business (and the livelihood of its owner) relied heavily on the offshore shipping industry in south Louisiana. The vast majority of ASP's products were utilized onboard maritime vessels in the Gulf of Mexico that were transporting oilfield equipment to and from workover rigs. ASP's products were not used for or associated with drilling operations.

On April 20, 2010, the vast majority of ASP's products were located onboard various marine vessels in the Gulf of Mexico. As a direct result of the catastrophic explosion and ensuing oil spill, vast portions of the Gulf of Mexico and numerous inland waterways were closed to maritime traffic; these closures, in turn, effectively prevented ASP from renting out its products

and equipment to its usual customers in the ordinary course of business. As a result, the Company could not generate income, nor could it afford to pay its employees and other normal expenses. But for the Deepwater Horizon/Macondo Well incident and oil spill, the Company likely would have likely continued to experience at least the same economic performance as in the pre-Spill years.

ASP claims compensatory damages of $4,836,639. These damages consist of lost profits measured from May 2010 through December 2017. The compensatory damages above consist of lost profits covering the period of post-spill 2010 through December 31, 2017. The damages were calculated by analyzing the Company's financial statements for the years of 2006 through 2009 to establish a trend to project to the post-spill damages period. The projected amount was then compared to the actual results over the same period.

ASP's average annual profit margin during the pre-spill years of 2006 – 2009 (excluding the highest and lowest years), was 79.06%, and the average annual revenue under the same methodology was $852,559. The average annual profit prior to the Spill was $674,033, or $56,169 per month. However, as a direct result of the April 2010 spill the Company was unable to ship its products and generate revenue or pay its expenses. As such, ASP's revenues and profits plunged and never recovered. In 2010, the Company's revenue dropped by nearly 50% down to $444,060, and in 2011, down to $206,750. ASP managed just over $150,000 in 2013 and in 2014, roughly $50,000 in revenue; although the legal entity still exists, the company's business operations ceased after 2014. But for the Deepwater Horizon/Macondo Well incident and oil spill, the Company would have likely enjoyed the same financial performance as in the pre-Spill years of 2006-2009.

AllstarPipe000002