# Exhibit B

# EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* <br> No. 10-MD-2179 <br><br> PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) ||||
|---|---|---|---|
| Last Name <br><br> Wright | First Name <br><br> Thomas | Middle Name/Maiden | Suffix |
| Business Name <br><br> Allstar Pipe Services, Inc. || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) <br> 20-2968124 ||
| MDL 2179 Member Case Number <br> 2:13-cv-01658-CJB-JCW || Attorney Name and Firm <br><br> Jason J. Joy, Esq. <br> Jason J. Joy & Associates, PLLC ||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's **individual lawsuit** (not the master docket for MDL 2179) by no later than **April 11, 2018**.

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

**Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

ASP claims compensatory damages of $4,836,639. These damages consist of lost profits measured from May 2010 through December 2017.

The compensatory damages above consist of lost profits covering the period of post-spill 2010 through December 31, 2017. The damages were calculated by analyzing the Company's financial statements for the years of 2006 through 2009 to establish a trend to project to the post-spill damages period. The projected amount was then compared to the actual results over the same period. ASP's average annual profit margin during the pre-spill years of 2006 – 2009 (excluding the highest and lowest years), was 79.06%, and the average annual revenue under the same methodology was $852,559. The average annual profit prior to the Spill was $674,033, or $56,169 per month. However, as a direct result of the April 2010 spill the Company was unable to ship its products and generate revenue or pay its expenses.

As such, ASP's revenues and profits plunged and never recovered. In 2010, the Company's revenue dropped by nearly 50% down to $444,060, and in 2011, down to $206,750. ASP managed just over $150,000 in 2013 and in 2014, roughly $50,000 in revenue; although the legal entity still exists, the company's business operations ceased after 2014. But for the Deepwater Horizon/Macondo Well incident and oil spill, the Company would have likely enjoyed the same financial performance as in the pre-Spill years of 2006-2009.

**Question 2:** Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.

a. Financial statements;

b. Federal and state tax returns;

c. Financial projections;

d. Government studies detailing the Spill's adverse effects on the offshore oil and gas industry, marine shipping industry, and Gulf Coast economy;

e. Rulings by the presiding District Court and Fifth Circuit Court of Appeals;

f. ~~Expert reports and studies filed by BP and the Plaintiffs' Steering Committee in MDL – 02179;~~

g. Sworn statements by All Star Pipe's owner; and

h. Expert reports prepared by multiple, independent forensic accounting firms retained in connection with this case.

3

**Question 3:** Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1.

  All Star Pipe Services, Inc., was located in Scott, Louisiana at the time of the April 20, 2010 Deepwater Horizon explosion and ensuing oil spill. The Company generated income by selling and renting equipment primarily to the oil and gas industry along the Gulf Coast. Specifically, most of ASP's revenues prior to the Spill were derived from, inter alia, renting out thread protectors, pipe slings, and specialized shipping containers (called "bolsters") that are utilized primarily on vessels to safely transport production tubing to and from work over rigs located in the Gulf of Mexico. Given the nature of this business, ASP's business (and the livelihood of its owner) relied heavily on the offshore shipping industry in south Louisiana. The vast majority of ASP's products were utilized onboard maritime vessels in the Gulf of Mexico that were transporting oilfield equipment to and from workover rigs. ASP's products were not used for or associated with drilling operations.

  On April 20, 2010, the vast majority of ASP's products were located onboard various marine vessels in the Gulf of Mexico. As a direct result of the catastrophic explosion and ensuing oil spill, vast portions of the Gulf of Mexico and numerous inland waterways were closed to maritime traffic; these closures, in turn, effectively prevented ASP from renting out its products and equipment to its usual customers in the ordinary course of business. As a result, the Company could not generate income nor could it afford to pay its employees and other normal expenses. But for the Deepwater Horizon/Macondo Well incident and oil spill, the Company likely would have likely continued to experience at least the same economic performance as in the pre-Spill years.

4

> **Question 4:** Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
>
> Yes.

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: _4-11_, 2018

Location (City and State): _Lafayette, LA_

_Thomas D. Wright Jr._
Signature of Plaintiff*

*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_Thomas D. Wright Jr._
Print Name

_President_
Title/Position (if signed on behalf of a business or other entity)

**The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018</u>.**