# Exhibit I

      Gas, natural liquefied petroleum, extraction
      Gas, natural, liquids, extraction
      Gas, residue, extraction
      Gases, petroleum, liquefied, extraction
      Gasoline, natural, production
      Isobutane recovered from oil and gas field gases
      Isopentane recovered from oil and gas field gases
      Liquefied petroleum gases (LPG), natural
      Liquid hydrocarbons recovered from oil and gas field gases
      Liquids, natural gas (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
      Natural gas liquids (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
      Natural gasoline recovered from oil and gas field gases
      Oil line drip, natural gas liquid
      Petroleum gases, liquefied, recovering from oil and gas field gases
      Propane recovered from oil and gas field gases
      Residue gas production
      Sulfur recovered from natural gas

**213111 - Drilling Oil and Gas Wells**

This U.S. industry comprises establishments primarily engaged in drilling oil and gas wells for others on a contract or fee basis. This industry includes contractors that specialize in spudding in, drilling in, redrilling, and directional drilling.

      Directional drilling of oil and gas wells on a contract basis
      Drilling directional oil and gas field wells on a contract basis
      Drilling for gas on a contract basis
      Drilling for oil on a contract basis
      Drilling gas and oil field wells on a contract basis
      Drilling oil and gas field service wells on a contract basis
      Drilling water intake wells, oil and gas field on a contract basis
      Gas well drilling on a contract basis

      Oil and gas well drilling services (redrilling, spudding, tailing) on a contract basis
      Oil well drilling on a contract basis
      Reconditioning oil and gas field wells on a contract basis
      Reworking oil and gas wells on a contract basis
      Service well drilling on a contract basis
      Spudding in oil and gas wells on a contract basis
      Tailing in oil and gas field wells on a contract basis
      Water intake well drilling, oil and gas field on a contract basis
      Well drilling (i.e., oil, gas, water intake wells) on a contract basis
      Workover of oil and gas wells on a contract basis

**213112 - Support Activities for Oil and Gas Operations**

This U.S. industry comprises establishments primarily engaged in performing support activities on a contract or fee basis for oil and gas operations (except site preparation and related construction activities). Services included are exploration (except geophysical surveying and mapping); excavating slush pits and cellars, well surveying; running, cutting, and pulling casings, tubes, and rods; cementing wells, shooting wells; perforating well casings; acidizing and chemically treating wells; and cleaning out, bailing, and swabbing wells.

026695

Acidizing oil and gas field wells on a contract basis
Building oil and gas well foundations on a contract basis
Building, erecting, repairing, and dismantling oil and gas field rigs and derricks on a contract basis
Cementing oil and gas well casings on a contract basis
Chemically treating oil and gas wells (e.g., acidizing, bailing, swabbing) on a contract basis
Cleaning oil and gas field lease tanks on a contract basis

Cleaning out (e.g., bailing out, steam cleaning, swabbing) wells on a contract basis
Cleaning wells on a contract basis

Cleaning, repairing, and dismantling oil and gas field lease tanks on a contract basis
Contract services (except site preparation and related construction contractor activities) for oil and gas fields
Core cutting in oil and gas wells, on a contract basis
Core drilling, exploration services, oil and gas field
Cutting cores in oil and gas wells on a contract basis

Derrick building, repairing, and dismantling at oil and gas fields on a contract basis
Dismantling of oil well rigs on a contract basis
Drilling rat holes and mouse holes at oil and gas fields on a contract basis
Drilling shot holes at oil and gas fields on a contract basis
Drilling site preparation at oil and gas fields on a contract basis
Drill-stem testing in oil, gas, dry, and service well drilling on a contract basis

Excavating mud pits, slush pits, and cellars at oil and gas fields on a contract basis
Exploration services for oil and gas (except geophysical surveying and mapping) on a contract basis
Fishing for tools at oil and gas fields on a contract basis
Gas well rig building, repairing, and dismantling on a contract basis
Gas, compressing natural, in the field on a contract basis
Geological exploration (except surveying) for oil and gas on a contract basis

Geophysical exploration (except surveying) for oil and gas on a contract basis
Hard banding oil and gas field service on a contract basis
Hot oil treating of oil field tanks on a contract basis
Hot shot service on a contract basis
Hydraulic fracturing wells on a contract basis
Impounding and storing salt water in connection with petroleum production
Installing production equipment at the oil or gas field on a contract basis
Lease tank cleaning and repairing on a contract basis
Logging wells on a contract basis
Mouse hole and rat hole drilling at oil and gas fields on a contract basis
Mud service for oil field drilling on a contract basis
Oil and gas field services (except contract drilling, site preparation and related construction contractor activities) on a contract basis
Oil field exploration (except surveying) on a contract basis
Oil sampling services on a contract basis
Oil well logging on a contract basis

026696

    Oil well rig building, repairing, and dismantling, on a contract basis
    Paraffin services, oil and gas field, on a contract basis
    Perforating oil and gas well casings on a contract basis
    Pipe testing services, oil and gas field, on a contract basis
    Plugging and abandoning wells on a contract basis
    Preparation of oil and gas field drilling sites (except site preparation and related construction contractor activities) on a contract basis
    Pulling oil and gas field casings, tubes, or rods on a contract basis
    Pumping oil and gas wells on a contract basis
    Rathole and mousehole drilling at oil and gas fields on a contract basis

    Removal of condensate gasoline from field gathering lines on a contract basis
    Rig skidding, oil and gas field, on a contract basis
    Roustabout mining services, on a contract basis
    Salt water disposal systems, oil and gas field, on a contract basis
    Sand blasting pipelines on lease, oil and gas field on a contract basis

    Seismograph exploration (except surveying) for oil and gas on a contract basis
    Servicing oil and gas wells on a contract basis
    Shot hole drilling, oil and gas field, on a contract basis
    Skidding of rigs, oil and gas field, on a contract basis
    Slush pits and cellars, excavation of, on a contract basis
    Steam cleaning oil and gas wells on a contract basis
    Stratigraphic drilling, oil and gas field exploration on a contract basis
    Surveying (except seismographic) oil or gas wells on a contract basis
    Swabbing oil or gas wells on a contract basis

    Well casing running, cutting and pulling, oil and gas field on a contract basis
    Well logging, oil and gas field, on a contract basis
    Well plugging, oil and gas field, on a contract basis
    Well pumping, oil and gas field, on a contract basis
    Well servicing, oil and gas field, on a contract basis
    Well surveying, oil and gas field, on a contract basis
    Wireline services, oil and gas field, on a contract basis

**221210 - Natural Gas Distribution**

This industry comprises: (1) establishments primarily engaged in operating gas distribution systems (e.g., mains, meters); (2) establishments known as gas marketers that buy gas from the well and sell it to a distribution system; (3) establishments known as gas brokers or agents that arrange the sale of gas over gas distribution systems operated by others; and (4) establishments primarily engaged in transmitting and distributing gas to final consumers.

    Blue gas, carbureted, production and distribution
    Coke oven gas, production and distribution
    Distribution of manufactured gas
    Distribution of natural gas
    Gas, manufactured, production and distribution
    Gas, mixed natural and manufactured, production and distribution
    Gas, natural, distribution
    Liquefied petroleum gas (LPG) distribution through mains
    Manufactured gas production and distribution