## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE CURRAULT |
| *No. 13-00948, Williams v. BP Expl. &* | * | |
| *Prod., Inc., et al.* | * | |
| *No. 13-01658, Allstar Pipe Servs., Inc. v.* | * | |
| *BP Expl. & Prod. Inc., et al.* | * | |
| *No. 16-04149, Hanks v. British* | * | |
| *Petroleum, et al.* | * | |
| *No. 16-07488, Nabaa Gas Montgomery,* | * | |
| *LLC v. BP Expl. & Prod., Inc., et al.* | * | |
| *No. 18-11120, Enviro Tech Sys, LLC v.* | * | |
| *BP* | * | |

---

### EX PARTE MOTION BY BP FOR LEAVE TO FILE EXHIBITS TO BP'S REPLY REGARDING THE PTO 69 SHOW CAUSE ORDER UNDER SEAL

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal Exhibits C–H and J to *BP's Reply Regarding the PTO 69 Show Cause Order*, which is being filed contemporaneously with this motion.  Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.  Pursuant to Pretrial Order No. 13, which holds that confidential information "will be filed under seal," and Pretrial Order No. 38, which states that all Settlement Communications, as defined in Pretrial Order No. 38, shall remain confidential, Exhibit J contains confidential settlement communications that shall not be disclosed.  *See Cook v. Flight Servs. & Sys., Inc.*, No. 2:16-cv-15759, 2019 WL 2462810, *2 (E.D. La. June 13, 2019) (granting a motion to seal a settlement agreement where the parties agreed to maintain confidentiality).  Moreover, Exhibits C–H

consist of documents designated confidential pursuant to Pretrial Order No. 13, and therefore those documents may not be made public.  WHEREFORE, BP respectfully prays the Court for an Order that Exhibits C–H and J be filed under seal.

*[Remainder of page intentionally left blank]*

Dated: October 30, 2020                    Respectfully submitted,

                                           */s/ R. Keith Jarrett*
                                           ─────────────────────────────────

                                           **LISKOW & LEWIS**

                                           R. Keith Jarrett (Bar # 16984)
                                           Devin C. Reid (Bar # 32645)
                                           701 Poydras Street, Suite 5000
                                           New Orleans, Louisiana 70139-5099
                                           Telephone: (504) 581-7979
                                           Fax No. (504) 556-4108

                                           **KIRKLAND & ELLIS LLP**

                                           Matthew T. Regan, P.C.
                                           (matthew.regan@kirkland.com)
                                           Kristopher S. Ritter
                                           (kristopher.ritter@kirkland.com)
                                           300 North LaSalle
                                           Chicago, IL 60654
                                           Telephone:  (312) 862-2000

                                           Christopher W. Keegan
                                           (chris.keegan@kirkland.com)
                                           Ashley E. Littlefield
                                           (ashley.littlefield@kirkland.com)
                                           Anna Terteryan
                                           (anna.terteryan@kirkland.com)
                                           555 California Street
                                           San Francisco, CA 94104
                                           Telephone: (415) 439-1400

                                           *Attorneys for BP America Production Company*
                                           *and BP Exploration & Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of October, 2020.

*/s/ R. Keith Jarrett*
R. Keith Jarrett