UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |
| Applies to: 12-cv-968:  BELO | |

**THE BP PARTIES' NOVEMBER 1, 2020[1] STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2**

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  On October 23, 2020, the BP Parties served a draft of this report by email on counsel for all plaintiffs whose initial disclosures were due through October 25, 2020.  This report reflects the status of initial disclosures received as of 5 PM Eastern time on November 1, 2020.

There are no cases eligible for this Status Report in which plaintiffs (1) provided no initial disclosures; or (2) provided deficient or incomplete disclosures.  The draft report served on plaintiffs' counsel contained one plaintiff, Mr. Yonel Saintelus, who was, at that time, represented by the Downs Law Group ("Downs").  On October 28, 2020, Downs informed the BP Parties that Downs would not be providing initial disclosures for Mr. Saintelus and requested the consent to Downs' withdrawal as counsel.  The BP Parties did not oppose, and Downs filed a

---

[1] The BP Parties are filing this Status Report on November 2, 2020, because November 1, 2020, is a Sunday.

motion to withdraw the next day.  *Saintelus v. BP Expl. & Prod., Inc.*, No. 2:20-cv-01992, Rec. Doc. 11 (Oct. 29, 2020).  The Court granted Downs' motion to withdraw and stayed the matter for 30 days.  Order, Rec. Doc. 12 (Oct. 30, 2020).  The BP Parties are therefore not including Mr. Saintelus in this Status Report.

Pursuant to the First Amended CMO No. 2, the BP Parties on November 9, 2020 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by November 2, 2020, pursuant to the Court's October 5, 2020 Order (Rec. Doc. 26710) (i.e., "Category II" plaintiffs).

November 2, 2020                                     Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of November 2020.

*/s/ Scott C. Seiler*
Scott C. Seiler