# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| | * | MAGISTRATE JUDGE CURRAULT |
| *No. 13-00948, Williams v. BP Expl. & Prod., Inc., et al.* | * * | |
| *No. 13-01658, Allstar Pipe Servs., Inc. v. BP Expl. & Prod. Inc., et al.* | * * | |
| *No. 16-04149, Hanks v. British Petroleum, et al.* | * * | |
| *No. 16-07488, Nabaa Gas Montgomery, LLC v. BP Expl. & Prod., Inc., et al.* | * * | |
| *No. 18-11120, Enviro Tech Sys, LLC v. BP* | * * | |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Exhibit to BP's Reply Regarding the PTO 69 Show Cause Order Under Seal* (the "Motion"):

IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further

**ORDERED** that Exhibits C–H and J to *BP's Reply Regarding the PTO 69 Show Cause Order* (Doc. 26755) are filed under seal pending further order of the Court.

New Orleans, Louisiana this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE