EXHIBIT A

Query    Reports    Utilities    Help    Log Out

APPEAL,CLASS_REQUESTED,FR/R,MASTER,OIL_SPILL,PROTO,REMAND

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:10-md-02179-CJB-DPC

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Donna Phillips Currault
Related Cases: 2:10-cv-08888-CJB-JCW
                2:10-cv-09999-CJB-JCW
                2:10-cv-07777-CJB-JCW
Case in other court: 5th Circuit, 11-30307
                5th Circuit, 11-30368
                USCA, Fifth Circuit, 11-31172
                USCA, Fifth Circuit, 11-31178
                USCA, Fifth Circuit, 11-31179
                USCA, Fifth Circuit, 11-31180
                USCA, Fifth Circuit, 11-31181
                USCA, Fifth Circuit, 11-31183
                USCA, Fifth Circuit, 11-31184
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012
                USCA, Fifth Circuit, 12-30012, 12-30014
                USCA, Fifth Circuit, 12-30136
                USCA, 5th Circuit, 12-30230
                USCA, Fifth Circuit, 12-30237
                USCA 5th Circuit, 12-30883
                5th Circuit COA, 12-30953
                5th Circuit COA, 12-30956
                USCA, 5th Circuit, 12-31155
                USCA, 5th Circuit, 12-31261
                USCA 5th Circuit, 13-30095
                USCA 5th Circuit, 13-30095
                USCA 5th Circuit, 13-30315
                USCA 5th Circuit, 13-30315, 13-30329

Date Filed: 08/10/2010
Jury Demand: Both
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

USCA 5th Circuit,, 13-30329
USCA 5th Circuit, 13-30596
USCA 5th Circuit, 13-30714
USCA 5th Circuit, 13-30843
USCA 5th Circuit, 13-31070
5th Circuit COA, 13-31296
5th Circuit COA, 13-31299
USCA 5th Circuit, 13-31302
USCA 5th Circuit, 13-31316
USCA 5th Circuit, 14-30269
USCA 5th Circuit, 14-30269
USCA 5th Circuit, 14-30398
USCA 5th Circuit, 14-30400
USCA 5th Circuit, 14-31374
USCA, 14-31374
EDLA, 15-01735
USCA 5th Circuit, 15-30139
USCA 5th Circuit, 15-30139
USCA 5th Circuit, 15-30139
USCA 5th Circuit, 15-30139
USCA 5th Circuit, 15-30265
USCA, 15-30377
USCA, 15-30381
USCA 5th Circuit, 15-30395
USCA 5th Circuit, 15-30507
USCA 5th Circuit, 15-30574
USCA, 15-30597
USCA 5th Circuit, 15-30598
USCA, 15-30599
USCA, 16-30245
USCA, 16-30547
USCA, 16-30717
USCA, 16-30918
USCA, 5th Circuit, 16-31091
USCA, 16-60063
USCA, 17-30042
USCA, 5th Circuit, 17-30042
USCA, 5th Circuit, 17-30042
USCA, 5th Circuit, 17-30042
USCA, 17-30233
USCA, 17-30475
USCA, 17-30505
USCA, 17-30544
USCA, 17-30544
USCA, 5th Circuit, 17-30727
USCA, 17-30727
USCA, 5th Circuit, 17-30727
USCA, 5th Circuit, 17-30727
USCA, 17-30777

USCA, 17-30912
USCA, 17-30921
USCA 5th Circuit, 17-30936
USCA, 17-30936
USCA, 5th Circuit, 17-30936
USCA, 17-30936
USCA, 18-30008
USCA, 18-30008
USCA, 18-30008
USCA, 18-30243
Fifth Circuit Court of Appeal, 18-30413
USCA, 18-30533
5th Circuit Court of Appeals, 18-31076
5th Circuit Court of Appeals, 18-31172
USCA, 18-31177
USCA, 18-31177 & 19-30267
5th Circuit Court of Appeals, 18-31289
5th Circuit Court of Appeals, 18-31292
5th Circuit Court of Appeals, 19-30001
5th Circuit Court of Appeals, 19-30267
USCA, 5th Circuit, 19-30391
USCA, 19-30440
5th Circuit Court of Appeals, 19-30440
USCA, 19-30440
5th Circuit Court of Appeals, 19-30440
5th Circuit Court of Appeals, 19-30440
5th Circuit Court of Appeals, 20-30101
USCA, 20-30239
USCA, 20-30239
USCA, 20-30300
5th Circuit Court of Appeals, 20-30617

Cause: 43:1333 Outer Continental Shelf Lands Act

**Special Master**
**Francis E McGovern**

**Special Master**
**Louis J. Freeh**

**Special Master**
**Michael J. Juneau**

**Plaintiff**

**Plaintiff**          represented by   **James P. Roy**
Domengeaux, Wright, Roy & Edwards
P. O. Box 3668
556 Jefferson St.
Lafayette, LA 70502-3668
337-233-3033
Email: jimr@wrightroy.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Herman**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: Sherman@hhklawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marine Spill Response Corporation**        represented by    **Alan Mark Weigel**
*Dispersant defendant (doc #881)*                               Blank Rome LLP (New York)
                                                                The Chrysler Building
                                                                405 Lexington Avenue
                                                                New York, NY 10174-0208
                                                                212-885-5350
                                                                Fax: 917-332-3836
                                                                Email: aweigel@blankrome.com
                                                                *LEAD ATTORNEY*

**Defendant**

**Airborne Support, Inc.**        represented by    **Francis Xavier Neuner , Jr.**
*Dispersant defendant (doc #881)*                   NeunerPate (Lafayette)
                                                    One Petroleum Center
                                                    P. O. Drawer 52828
                                                    1001 W. Pinhook Rd.
                                                    Suite 200
                                                    Lafayette, LA 70503
                                                    337-237-7000
                                                    Email: fneuner@neunerpate.com
                                                    *LEAD ATTORNEY*

                                                    **Ben Louis Mayeaux**
                                                    NeunerPate (Lafayette)
                                                    One Petroleum Center
                                                    P. O. Drawer 52828
                                                    1001 W. Pinhook Rd.
                                                    Suite 200
                                                    Lafayette, LA 70503
                                                    337-237-7000
                                                    Fax: 337-233-9450
                                                    Email: bmayeaux@neunerpate.com

                                                    **Jed M. Mestayer**
                                                    NeunerPate (Lafayette)
                                                    One Petroleum Center
                                                    P. O. Drawer 52828
                                                    1001 W. Pinhook Rd.

Suite 200
Lafayette, LA 70503
337-237-7000
Email: jmestayer@neunerpate.com

**Defendant**

**Airborne Support International Inc**     represented by    **Francis Xavier Neuner , Jr.**
*Dispersant defendant (doc #881)*                       (See above for address)
                                                *LEAD ATTORNEY*

                                                  **Ben Louis Mayeaux**
                                                  (See above for address)

                                                  **Jed M. Mestayer**
                                                  (See above for address)

**Defendant**

**Dynamic Aviation Group Inc**     represented by    **Leo Raymond McAloon , III**
*Dispersant defendant (doc #881)*                       Gieger, Laborde & Laperouse, LLC (New Orleans)
                                                  One Shell Square
                                                  701 Poydras St.
                                                  Suite 4800
                                                  New Orleans, LA 70139-4800
                                                  504-561-0400
                                                  Email: lmcaloon@glllaw.com
                                                  *LEAD ATTORNEY*

                                                  **Michael D. Cangelosi**
                                                  Gieger, Laborde & Laperouse, LLC (New Orleans)
                                                  One Shell Square
                                                  701 Poydras St.
                                                  Suite 4800
                                                  New Orleans, LA 70139-4800
                                                  504-561-0400
                                                  Email: mcangelosi@glllaw.com

**Defendant**

**International Air Response Inc**     represented by    **Kevin Richard Tully**
*Dispersant defendant (doc #881)*                       Christovich & Kearney, LLP
                                                  Pan American Life Center
                                                  601 Poydras St.
                                                  Suite 2300
                                                  New Orleans, LA 70130-6078
                                                  (504) 561-5700
                                                  Email: krtully@christovich.com
                                                  *LEAD ATTORNEY*

                                                  **Gregory Scott LaCour**
                                                  Blue Williams, LLP (Metairie)
                                                  3421 N. Causeway Blvd.
                                                  Suite 900

Metairie, LA 70002
(504) 831-4091
Fax: 504-818-0408
Email: glacour@bluewilliams.com
*TERMINATED: 05/29/2013*

**Howard Carter Marshall**
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras St.
Suite 2300
New Orleans, LA 70130-6078
(504) 561-5700
Email: hcmarshall@christovich.com

**Defendant**

**Lane Aviation**                                   represented by   **George Edmond Crow**
*Dispersant defendant (doc #881)*                                    Law Office of George E. Crow
                                                                     P.O. Box 30
                                                                     Katy, TX 77492-0146
                                                                     281-391-9275
                                                                     Email: georgecrow@earthlink.net
                                                                     *LEAD ATTORNEY*

**Defendant**

**National Response Corporation**                   represented by   **Michael J. Lyle**
*Dispersant defendant (#881)*                                        Quinn Emanuel Urquhart & Sullivan, LLP
                                                                     (Washington)
                                                                     777 6th Street NW
                                                                     11th Floor
                                                                     Washington, DC 20001-3706
                                                                     202-538-8166
                                                                     Fax: 202-538-8100
                                                                     Email: mikelyle@quinnemanuel.com
                                                                     *LEAD ATTORNEY*

                                                                     **Eric C. Lyttle**
                                                                     Quinn Emanuel Urquhart & Sullivan, LLP
                                                                     (Washington)
                                                                     777 6th Street NW
                                                                     11th Floor
                                                                     Washington, DC 20001-3706
                                                                     202-538-8162
                                                                     Email: ericlyttle@quinnemanuel.com

                                                                     **Jeremy T. Grabill**
                                                                     Phelps Dunbar, LLP (New Orleans)
                                                                     Canal Place
                                                                     365 Canal St.
                                                                     Suite 2000
                                                                     New Orleans, LA 70130-6534
                                                                     504-566-1311
                                                                     Fax: 504-568-9130
                                                                     Email: jeremy.grabill@phelps.com

*TERMINATED: 05/29/2013*

**Patrick Edward O'Keefe**
Couhig Partners, LLC (New Orleans)
1100 Poydras Street
Suite 3250
New Orleans, LA 70163
504-588-1288
Email: pokeefe@couhigpartners.com

**Philip S. Brooks , Jr.**
Brooks Gelpi Haase, L.L.C.
909 Poydras Street
Suite 2325
New Orleans, LA 70112
504-224-6723
Fax: 504-534-3170
Email: pbrooks@brooksgelpi.com

**Sylvia Ester Simson**
Greenberg Traurig, LLP (New York)
MetLife Building
200 Park Avenue
New York, NY 10166
212-801-9275
Email: simsons@gtlaw.com

**Theodore E. Tsekerides**
Weil, Gotshal & Manges LLP (New York)
767 Fifth Ave.
New York, NY 10153
212-310-8218
Email: theodore.tsekerides@weil.com
*TERMINATED: 06/28/2013*

**Defendant**

**O'Brien Response Management Inc**       represented by    **Michael J. Lyle**
*Dispersant defendant (#881)*                                    (See above for address)
*TERMINATED: 01/16/2013*                                     *LEAD ATTORNEY*

                                                **Eric C. Lyttle**
                                                (See above for address)

                                                **Jeremy T. Grabill**
                                                (See above for address)
                                                *TERMINATED: 05/29/2013*

                                                **Patrick Edward O'Keefe**
                                                (See above for address)

                                                **Philip S. Brooks , Jr.**
                                                (See above for address)

                                                **Sylvia Ester Simson**

(See above for address)

**Theodore E. Tsekerides**
(See above for address)
*TERMINATED: 06/28/2013*

**Defendant**

**Tiger Safety, LLC**
*Dispersant defendant (#881)*

**Defendant**

**DRC Emergency Services, LLC**                represented by  **Harold J. Flanagan**
*Dispersant defendant (#881)*                                                   Flanagan Partners LLP
                                                                                                       201 St. Charles Avenue
                                                                                                       Suite 3300
                                                                                                       New Orleans, LA 70170
                                                                                                       504-569-0235
                                                                                                       Fax: 504-592-0251
                                                                                                       Email: hflanagan@flanaganpartners.com
                                                                                                       *LEAD ATTORNEY*

                                                                                                       **Andy Joseph Dupre**
                                                                                                       Carter Dupre LLP
                                                                                                       2401 Westbend Parkway
                                                                                                       Ste Suyite 3070
                                                                                                       New Orleans
                                                                                                       New Orleans, LA 70114
                                                                                                       504-459-2309
                                                                                                       Fax: 504-459-2312
                                                                                                       Email: adupre@carterdupre.com

                                                                                                       **Sean Patrick Brady**
                                                                                                       Flanagan Partners LLP
                                                                                                       201 St. Charles Avenue
                                                                                                       Ste 3300
                                                                                                       New Orleans, LA 70170
                                                                                                       504-569-0235
                                                                                                       Fax: 504-592-0251
                                                                                                       Email: sbrady@flanaganpartners.com

                                                                                                       **Stephen M. Pesce**
                                                                                                       Chevron USA, Inc. (Covington)
                                                                                                       100 Northpark Blvd.
                                                                                                       Covington, LA 70433
                                                                                                       985-773-7619
                                                                                                       Email: spesce@chevron.com
                                                                                                       *TERMINATED: 09/09/2016*

**Defendant**

**Lynden Inc.**                                                  represented by  **Paul R Taylor**
*Dispersant defendant (doc #881)*                                          Byrnes Keller Cromwell, LLP
                                                                                                       1000 Second Avenue, 38th Floor
                                                                                                       Seattle, WA 98104

206-622-2000
Fax: 206-622-2522
Email: ptaylor@byrneskeller.com
*TERMINATED: 10/13/2011*
*LEAD ATTORNEY*

**Gregory Scott LaCour**
(See above for address)
*TERMINATED: 05/29/2013*

**Howard Carter Marshall**
(See above for address)

**Jofrey M McWilliam**
Byrnes Keller Cromwell, LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
206-622-2000
Fax: 206-622-2522
Email: jmcwilliam@byrneskeller.com
*TERMINATED: 10/13/2011*

**Kevin Richard Tully**
(See above for address)

**Defendant**

**Tiger Rentals Ltd.**
*doc #2515*

represented by    **Frederick William Swaim , III**
Galloway, Johnson, Tompkins, Burr &
Smith (New Orleans)
One Shell Square
701 Poydras St. Suite 4040
40th Floor
New Orleans, LA 70139
(504) 525-6802
Email: fswaim@gallowayjohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Emerson Galloway**
Galloway, Johnson, Tompkins, Burr &
Smith (Mandeville)
#3 Sanctuary Blvd.
Suite 301
Mandeville, LA 70471
985-674-6680
Email: jgalloway@gjtbs.com
*TERMINATED: 04/06/2020*
*LEAD ATTORNEY*

**Cherrell Simms Taplin**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000

New Orleans, LA 70139-5099
504-556-4025
Email: cstaplin@liskow.com

**Defendant**

**Modern Group GP-SUB Inc.**
*doc #2515*

represented by **Frederick William Swaim , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Emerson Galloway**
(See above for address)
*TERMINATED: 04/06/2020*
*LEAD ATTORNEY*

**Cherrell Simms Taplin**
(See above for address)

**Defendant**

**Modern Group, Ltd.**
*doc #2515*

represented by **Frederick William Swaim , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Emerson Galloway**
(See above for address)
*TERMINATED: 04/06/2020*
*LEAD ATTORNEY*

**Cherrell Simms Taplin**
(See above for address)

**Defendant**

**Defendant**

represented by **David J. Beck**
Beck, Redden & Secrest, LLP
One Houston Center
1221 McKinney
Suite 4500
Houston, TX 77010-2010
713-951-3700
Email: dbeck@brsfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah DeRoche Kuchler**
Kuchler Polk Schell Weiner & Richeson,
LLC
1615 Poydras St.
Suite 1300
New Orleans, LA 70112
504-592-0691
Email: dkuchler@kuchlerpolk.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Keller Haycraft**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139-5099
504-581-7979
Email: dkhaycraft@liskow.com
*TERMINATED: 01/09/2020*
*LEAD ATTORNEY*

**Donald E. Godwin**
Godwin Lewis PC (Dallas)
1201 Elm St.
Suite 1700
Dallas, TX 75270-2041
(214) 939-4412
Fax: 214-760-7332
Email: DGodwin@GodwinBowman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Andrew Langan**
Kirkland & Ellis, LLP (Chicago)
300 North LaSalle Street
Chicago, IL 60654
312-862-2000
Email: andrew.langan@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kerry James Miller**
Fishman Haygood, LLP (New Orleans)
201 St. Charles Ave.
Suite 4600, 46th Floor
New Orleans, LA 70170-4600
504-586-5252
Email: kmiller@fishmanhaygood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ky E. Kirby**
Bingham McCutchen, LLP (Washington)
2020 K Street, NW
Washington, DC 20006-1806
202-373-6000
Email: ky.kirby@morganlewis.com
*TERMINATED: 02/17/2017*
*LEAD ATTORNEY*

**Michael J. Lyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip A. Wittmann**
Stone, Pigman, Walther, Wittmann, LLC
(New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588
504 -581-3200
Email: pwittmann@stonepigman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lotterman**
Morgan, Lewis & Bockius (Washington)
1111 Pennsylvania Ave., NW
Washington, DC 20004
202-373-6031
Fax: 202-373-6001
Email:
thomas.lotterman@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Keith Jarrett**
Liskow & Lewis (New Orleans)
One Shell Square
701 Poydras St.
Suite 5000
New Orleans, LA 70139-5099
504-581-7979
Email: rkjarrett@liskow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**O'Brien's Response Management L.L.C.**          represented by **Michael J. Lyle**
*formerly known as*                                                   (See above for address)
O'Brien Response Management Inc                         *LEAD ATTORNEY*

**Eric C. Lyttle**
(See above for address)

**Jeremy T. Grabill**
(See above for address)
*TERMINATED: 05/29/2013*

**Patrick Edward O'Keefe**
(See above for address)

**Philip S. Brooks , Jr.**
(See above for address)

**Sylvia Ester Simson**
(See above for address)

**Theodore E. Tsekerides**
(See above for address)
*TERMINATED: 06/28/2013*

**Interested Party**

**Federal Government Interests**     represented by   **R Michael Underhill**
U. S. Department of Justice (San Francisco)
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
415-436-6648
Fax: 415-436-6632
Email: mike.underhill@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**State Interests**     represented by   **Luther J Strange , III**
Attorney General's Office (Alabama)
500 Dexter Ave.
Montgomery, AL 36130-0152
334-242-7447
Fax: 334-242-4891
Email: luther.strange@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**EPIQ Systems Inc**
*Julie Redell, Project Manager*

**Interested Party**

**Lynn C Greer**     represented by   **Lynn C Greer**
*Transition Coordinator*                       BrownGreer PLC (Richmond)
250 Rocketts Way
Richmond, VA 23231
804-521-7202
Fax: 804-521-7299
Email: lgreer@browngreer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Garretson Resolution Group**

**Interested Party**

**Patrick A Juneau**

**Interested Party**

**Robert Rodriguez**
*on behalf of LexisNexis File & Serve*

# There are proceedings for case 2:10-md-02179-CJB-DPC but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/01/2020 09:27:06 | | | |
| **PACER Login:** | nthomas20 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-md-02179-CJB-DPC Start date: 11/1/2020 End date: 11/1/2020 |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |