UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **Applies to:** *All Cases in the B3 Pleading Bundle* | * * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |

## ORDER

On September 23, 2020, the Court held a status conference where it discussed future case management for cases in the B3 pleading bundle. (Rec. Doc. 26684). The Court ordered the parties to discuss what issues need to be tried in individual B3 cases, and then report back to the Court by October 23, 2020. (*Id.*) Several reports were filed.[1] Having considered those reports,

**IT IS ORDERED** that a status conference is scheduled for <u>Tuesday, November 17, 2020 at 9:30 a.m. CST</u> to discuss future case management for the cases in the B3 pleading bundle.

The conference will be conducted remotely via Zoom video conference. Only attorneys who intend to speak at the conference shall appear via Zoom (further details below). All others, including the public, may listen to the status conference by dialing **1-650-479-3207 (Access Code: 160 383 5704)**. Be advised that the dial-in number is "listen only." Recording the status conference is prohibited.

---

[1] Rec. Docs. 26732 (HHK), 26741 (BP), 26743 (Nexsen Pruett, et al.), 26744 (DRC); *see also* Rec. Doc. 26720 (Knight's Marine motion to sever).

ADDITIONAL NOTES REGARDING THE ZOOM CONFERENCE:

- The Court will email the Zoom link to at least one attorney for each law firm listed at the end of the reports identified in footnote 1, *supra*. The fact that an attorney receives a Zoom link does not mean that that attorney must appear at the Zoom conference. Again, only attorneys who intend to speak at the conference shall appear via Zoom.

- Attorneys who intend to appear via Zoom must have read prior to the conference all reports identified in footnote 1, *supra*,.

- Attorneys participating by Zoom shall log on fifteen minutes before the start of the conference.

- Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

New Orleans, Louisiana, this 6th day of November, 2020.

_____
United States District Judge