UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HILLARD DOUCET | DOCKET NO. 2:12-CV-0067 |
| VERSUS | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| DANOS AND CUROLE STAFFING, L.L.C. | JUDGE CARL BARBIER |

**MOTION TO MODIFY/ CORRECT PURSUANT TO RULE 60**

NOW INTO COURT comes the petitioner, HILLIARD DOUCET, through undersigned counsel who files this Motion to Reinstate a Judgment pursuant to Rule 60 and as is more fully described in the Memorandum submitted in support of this Motion.

Respectfully Submitted,

/s *Andre P. LaPlace*

Andre P. LaPlace
2762 Continental Drive
Suite 103
Baton Rouge, LA 70808

PLEASE SERVE

Danos and Curole Staffing, LLC
Through its attorneys of record
Harold J. Flanagan, Stephen M. Pesce,
Sean P. Brady, Brandon Briscoe
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170

Andy Dupre
2401 Westbend Parkway
Suite 3070
New Orleans, Louisiana 70114