UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
MDL No. 2179
  "Deepwater Horizon" in the
  Gulf of Mexico, on
  April 20, 2010

Section: J

This Document Relates to: 2:12-cv-0067

Judge Barbier
Mag. Judge Shush

## MOTION TO MODIFY/CORRECT PURSUANT TO RULE 60

NOW INTO COURT comes the petitioner, HILLIARD DOUCET, through undersigned counsel who files this Motion to Reinstate a Judgment pursuant to Rule 60 and as is more fully described in the Memorandum submitted in support of this Motion.

Respectfully Submitted,

/s/ Andre' P. LaPlace
Andre P. LaPlace
2762 Continental Drive
Suite 103
Baton Rouge, LA 70808

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Modify/Correct Pursuant to Rule 60 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of November, 2020.

/s/ Andre' P. LaPlace
Andre' P. LaPlace

1