UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | § § § § § | MDL 2179 SECTION J<br><br>Sub case No.<br>2:13-cv-01658-CJB-JCW |
| This Document Relates to | § § | JUDGE BARBIER |
| Allstar Pipe Services, Inc. | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKENSON |

**ORDER**

The Court has considered Allstar Pipe Services, Inc.'s Motion for Leave to File Sur-Reply in Support of its Response to the Court's Show-Cause Order. The Court has decided to GRANT the Motion.

The Court hereby ORDERS that Allstar Pipe Services, Inc.'s Motion for Leave to File Sur-Reply in Support of its Response to the Court's Show-Cause Order be and is hereby GRANTED. The Court further deems as filed All Star Pipe Services, Inc.'s Sur-Reply in Support of its Response to the Court's Show-Cause Order.

Signed on this _____ day of _____, 2020        _____
                                                 Carl J. Barbier, United States District Judge