UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to: 12-cv-968, BELO** | * | **JUDGE BARBIER** |
| **AND** | * | **MAG. JUDGE CURRAULT** |
| **BELO Cases identified below** | * | |

## ORDER
### [Order to Show Cause re: BP's November 9, 2020 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of November 9, 2020, the 1 BELO plaintiff identified below failed to provide full and complete disclosures by the initial 90-day deadline, was granted an extension and ordered to comply by the extended deadline, and then failed to provide a full and complete disclosure by the extended deadline. (Rec. Doc. 26768). Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 1 BELO plaintiff identified below shall **SHOW CAUSE** in writing why his case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The plaintiff shall file a

written response to this Show Cause Order by no later than <u>Monday, November 23, 2020</u>. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO case to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiff's response, then BP shall file a reply by no later than <u>Tuesday, November 24, 2020</u>. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|    | **Docket Number** | **Plaintiff** | **Counsel** | **Deficiency (per BP's status report)** |
|----|-------------------|---------------|-------------|------------------------------------------|
| 1. | 20-01621          | Campbell, Joshua Wayland | Downs Law Group | No production |

New Orleans, Louisiana, this 16th day of November, 2020.

_____
United States District Judge