# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | *   MDL No. 2179 |
| | * |
| | *   Section: J |
| | * |
| This filing relates to: | * |
| *15-4143, 15-4146 & 15-4654* | *   District Judge Carl J. Barbier |
| | * |
| | *   Magistrate Judge |
| | *   Donna Phillips Currault |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The authorized representative of Claimant, JAMES ROSE, a DECEASED claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of James Rose:

On behalf of Patrick A. Juneau, Claims Administrator:

/s/ Mona Rose
Mona Rose
495 Popps Ferry Rd #80
Biloxi, MS 39531

/s/Patrick J. Hron, Esq.
Patrick J. Hron, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503