UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 12-cv-968: BELO<br>Relates to:<br>20-cv-01621 | JUDGE BARBIER<br>MAGISTRATE JUDGE CURRAULT |

**RESPONSE TO SHOW CAUSE ORDER RELATED TO BP PARTIES NOVEMBER 9, 2020 STATUS REPORT PURSUANT TO BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER 2**

**COMES NOW** Plaintiff, Joshua Campbell, by and through the undersigned counsel, file this Response to Defendants BP Exploration & Production Inc and BP America Production Company (collectively the "**BP Parties**") November 9, 2020 Status Report Pursuant to Belo Case Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2"). *See* Rec. Doc. 26768 ("**Status Report**"). On November 16, 2020, this Court entered an Order to Show Cause regarding BP's November 9 Status Report. *See* Rec. Doc. 26780 ("**Show Cause Order**").

1. The aforesaid Plaintiff is listed on Category II of the Status Report, and therefore subject to the Show Cause Order, for the deficiency of "No Production".

2. Counsel for Plaintiffs has also provided the BP Parties with a compliant Plaintiff Profile Form and Initial Disclosures for Plaintiff on November 13, 2020, after the Status Report was filed on November 9, 2020.

3. DLG and Counsel for the BP Parties have communicated and agree that the deficiency has been resolved for this Plaintiff.

**WHEREFORE**, Plaintiff, JOSHUA CAMPBELL, respectfully requests that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to this Plaintiff; (b) exempting the Plaintiff and his Counsel, the Downs Law Group, from appearing before this Honorable Court with respect to the November 16, 2020 Show Cause Order in the event the Court decides to hold a hearing; and (c) any other relief this Court deems just and proper.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Natasha N. Harrison*
**NATASHA N. HARRISON, ESQ.**
**Florida Bar No. 107509**
**SDTX ID 3436214**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: natasha@downslawgroup.com

*Attorneys for Plaintiff Joshua Campbell*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2020.

*/s/ Natasha N. Harrison*
Natasha N. Harrison, Esq.