# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION: J** |
| | |
| **Applies to: 12-cv-968: BELO** | **JUDGE BARBIER** |
| **Relates to:** | **MAGISTRATE JUDGE CURRAULT** |
| **20-cv-01621** | |

---

## ORDER

Upon considering the Response filed by Joshua Campbell ("**Plaintiff**")

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order with respect to this Plaintiff is set aside;

2. Plaintiff and his Counsel, the Downs Law Group, are exempt from appearing before this Honorable Court with respect to the November 16, 2020 Show Cause Order in the event the Court decides to hold a hearing; and

3. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**