UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | JUDGE BARBIER |
| AND | MAG. JUDGE WILKINSON |
| BELO Cases identified below | |

## ORDER

On November 16, 2020, the Court issued an Order to Show Cause that required 1 BELO plaintiff to show cause in writing by November 23 why his claims should not be dismissed with prejudice for repeatedly failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26780). Counsel for the plaintiff filed a timely response stating that BP has agreed that the plaintiff has cured his deficiency. (Rec. Doc. 26783). Accordingly,

IT IS ORDERED that the Order to Show Cause (Rec. Doc. 26783) is SATISFIED and SET ASIDE with respect to the following BELO plaintiff, whose claim is NOT dismissed:

| | Docket Number | Plaintiff |
|---|---|---|
| 1 | 20-01621 | Campbell, Joshua Waylan |

New Orleans, Louisiana, this 23rd day of November, 2020.

United States District Judge