UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 1 3 2020
CAROL L. MICHEL
CLERK
```

| | |
|---|---|
| IN RE: 0.1 spill by the Oil Rig "Deepest Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2129 2179 |
| | SECTION 'J' |
| VERSUS | JUDGE BARBIER |
| This Document Relates to No. 12-969  12-968 | MAGISTRATE SAUSHAN |
| Applies to GARY PILOT | |

## OBJECTION & NOTICE OF INTENT TO APPEAL SETTLEMENT OFFER

NOW INTO COURT, in proper person, comes **GARY PILOT**, recipient of a settlement offer made in this matter that he rejects and objects to because of his intent to appeal said offer, respectfully represents:

### I.

On April 20, 2010, a blowout, explosion, and fire occurred aboard the DEEPWATER HORIZON, a semi-submersible offshore drilling rig, as it was engaged in drilling activities on the "Macondo Well" on the Outer Continental Shelf off the coast of Louisiana. These events led to eleven deaths, dozens of injuries, and a massive discharge of oil into the Gulf of Mexico that continued for nearly three months. As a result of this catastrophe, Mr. Pilot was employed for the cleanup operation and as a result of this employment he received a severe and chronic skin disorder and is now losing sight.

### II.

Numerous lawsuits were filed of which one Mr. Pilot became a plaintiff and defined as an

TENDERED FOR FILING
NOV 13 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

individual who was injured as a result of exposure to oil and/or oil-dispersing chemicals and/or de-contaminants by virtue of his employment as a worker cleaning the spill. Unbeknown to him, a Proposed Settlement intended to resolve the personal and bodily injury claims of certain individuals related to the exposure of oil and/or chemical dispersant was made. Consequently, a settlement was made and on September 21, 2020, a document entitled, MEDICAL BENEFITS CLASS ACTION SETTLEMENT, was forwarded to Mr. Pilot along with a check for $930.25 and explanation of payment.

### III.

As of this date, Mr. Pilot has not cashed said check and it is his intent to appeal this settlement offer although he does not have the legal knowledge or professional assistance to process said appeal. Notwithstanding this, however, since courts hold pro se filings to less stringent filings than formal pleadings filed by lawyers, Mr. Pilot is filing this objection and notice of intent to appeal the settlement offer made to him in this matter.

### IV.

At no time prior to receiving the gross settlement award of $1,300.00 for his injuries and suffering and September 21, 2020 correspondence was Mr. Pilot contacted, consulted or informed of the settlement offer, nor was he given the opportunity to advise anyone of the extent or severity of his injuries.

### V.

Mr. Pilot's skin condition is affecting his entire body, in particular, which are so severe covering his face, forehead, arms, hands and legs. Both prescribed and over the counter medication are not effective and rather than healing the condition, the medicine is having a

negative effect. The condition is not only severe, but also quite visible, irritable and grotesque.

## VI.

Mr. Pilot has been treated for his condition at NOLA Dermatology on Magazine Street and Daughters of Charity (now DePaul) on Carrollton Avenue by Dr. William Taylor to no avail, and has been prescribed the medications Fougoria and Loratadine which have proven to be useless. He has also purchased over the counter numerous lotions and other items such as benadryl which also have proven to be useless.

## VII.

In sum, Mr. Pilot avers that in light of the severity of his condition, the fact that his skin disorder appears permanent, he has yet to discover treatment that can cure said condition, and the fact that his eyesight is being affected by his exposure by the blowout and explosion, the settlement offer made to him is not only insufficient, but also an insult to his intelligence.

**WHEREFORE,** in light of the foregoing premise, Mr. Pilot prays that this Honorable Court grant this objection and allow him to pursue this matter individually so that justice can be served.

Respectfully Submitted:

**GARY PILOT**
**3339 PIEDMONT DRIVE**
**NEW ORLEANS, LA 70125**
**(504) 205-6382**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection & Notice of Intent to Appeal Settlement Offer has been served to Deepwater Horizon Medical Benefits Claims Administrator, 600 Vine Street, Suite 2006, Cincinnati, Ohio 45202, on the _11_ day of November, 2020.

_____

**GARY PILOT**



Gary Pilot
3339 Piedmont Dr.
New Orleans, LA 70125

7017 3380 0000 4949 9868

U.S. POSTAGE PAID
FCM LG ENV
NEW ORLEANS, LA
70118
R2304H106729-03

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp St
New Orleans, LA 70130