UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  0.1 spill by the Oil Rig "Deepest Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.  2129 |
| | SECTION 'J' |
| VERSUS | JUDGE BARBIER |
| This Document Relates to No. 12-969 | MAGISTRATE SAUSHAN |
| Applies to GARY PILOT | |

**ORDER**

**IT IS HEREBY ORDERED** by this Honorable Court that the Objection filed in the above captioned matter by Gary Pilot is hereby granted and that he be allowed to appeal the settlement offer made to him in this matter, and that he be allowed to pursue this matter individually as prayed for in the foregoing pleading.

_____

JUDGE
