UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 12-968* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is an "Objection & Notice of Intent to Appeal Settlement Offer" filed by Gary Pilot, who is pro se. (Rec. Doc. 26789). It appears from this document that Pilot, or someone acting on Pilot's behalf, filed a claim for a Specified Physical Condition ("SPC") under the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement ("Settlement," Rec. Doc. 6427). Pilot represents that the Claims Administrator determined that Pilot was eligible for a gross payment in the amount of $1,300, which is the lump sum payment for a Clean-Up Worker at the "A1" level in the SPC matrix. (*See* Settlement, Exhibit 8). Pilot objects that "in light of the severity of his condition, . . . the settlement offer made to him is not only insufficient, but also an insult to his intelligence." (Rec. Doc. 26789 ¶ VII).

The Settlement states that "[t]he Claims Administrator's determination as to whether the Medical Benefits Class member (i) has qualified for compensation for a Specified Physical Condition under this [Settlement] and the amount of compensation for which he or she qualifies . . . ***shall be final and not appealable***, unless a one-time review is requested in accordance with Section V.M." (Settlement § V.L (capital

letters omitted; emphasis added)). Section V.M. concerns situations where the Claims Administrator denies an SPC claim. Because Pilot's SPC claim was not denied, section V.M. does not apply.[1] Under section V.L of the Settlement, then, the Claim's Administrator's determination regarding Pilot's SPC claim was "final and not appealable" and cannot be reviewed by this Court.

Accordingly,

IT IS ORDERED that Gary Pilot's Objection and Notice of Intent to Appeal Settlement Offer (Rec. Doc. 26789) is OVERRULED and DENIED.

New Orleans, Louisiana, this 25th day of November, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy to Gary Pilot at 3339 Piedmont Drive, New Orleans, LA 70125.**

---

[1] Even when section V.M. applies, it only permits a review by an employee of the Claims Administrator, not by the Court.