IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Beste Stallworth, 17-04566; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344,<br><br>      Plaintiffs,<br><br>vs.<br><br>BP Exploration & Production, Inc., BP America Production Company, BP P.L.C., Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Halliburton Energy Services, Inc.,<br><br>      Defendants. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE DONNA CURRAULT |

## PLAINTIFFS' CONSENT MOTION TO SUPPLEMENT THE RECORD UNDER SEAL FOR THE PURPOSES OF APPEAL

**NOW COME** the above-named Plaintiff, by and through their undersigned counsel, with consent from opposing counsel, and respectfully request that the Court add the attached documents, Plaintiff Scott Porter's Particularized Statements of Claim ("Exhibit A"), to the record for the purpose of completing the Record on Appeal in the above-captioned case. The information contained in the attached exhibit is recognized by both parties to have significant

personal data disclosures by the Plaintiff, and, therefore, Plaintiff respectfully request that the Court file the attached under seal. All prior similar submissions have been filed under seal by this Court.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

*Counsel for Plaintiffs*

November 27, 2020

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Plaintiffs' Consent Motion to Supplement the Record Under Seal** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of October, 2020.

/s/ Paul A. Dominick
Paul A. Dominick