IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

Civil Action No. 2:10-MD-02179

SECTION: J

JUDGE CARL BARBIER

MAG. JUDGE WILKINSON

This document relates to: Albert Moore, III,
17-03571; A'Donna Richardson, 17-03407;
Rashawn White, 17-03623; Yen Do, 17-
03903; Ellasha Galloway, for the minor
child B.S., 17-04566; Frances Roberts, 17-
04513; George Pickett, 17-04482; and Scott
Porter, 17-03344

ORDER SUPPLEMENTING RECORD UNDER SEAL

WHEREAS, this Multi-District Litigation ("MDL") was instituted on August 10, 2010; and

WHEREAS, Nexsen Pruet, LLC, and Douglas M. Schmidt, APLC have submitted an appeal in the cases of Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Ellasha Galloway, for the minor child B.S.; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344; and

WHEREAS, Defendants and Plaintiffs agree that the document being added is necessary to compile a full and complete Record on Appeal; and

WHEREAS, the information provided in the document contains private information inappropriate for public exposure;

THEREFORE, it is hereby ORDERED that the Plaintiffs' Motion to add Exhibit A to the record, under seal of the Court, is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2020, in New Orleans, Louisiana.

_____
United States District Judge