IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br><br>Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Ellasha Galloway, for the minor child B.S., 17-04566; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE DONNA CURRAULT |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO PLAINTIFFS' MOTION TO SUPPLEMENT RECORD**

**PLEASE TAKE NOTICE** that Plaintiffs, Albert Moore, III; A'Donna Richardson; Rashawn White; Yen Do; Ellasha Galloway, for the minor child B.S.; Frances Roberts; George Pickett; and Scott Porter, respectfully request leave to file under seal Exhibit A to the Plaintiffs' Consent Motion to Supplement the Record Under Seal for the Purposes of Appeal which is being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. The aforementioned exhibits contain confidential personal health information that may be protected by Health Information Portability and Accountability Act ("HIPAA") or otherwise deemed sensitive or confidential health information relating to the particular individuals referenced.

WHEREFORE, Plaintiffs respectfully prays the Court for an Order that Exhibit A to the Plaintiffs' Consent Motion to Supplement the Record Under Seal for the Purposes of Appeal thereto be filed under seal.

Respectfully Submitted,

/s/ Paul A. Dominick
Paul A. Dominick     Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440
FACSIMILE:  843.720.1777
PDominick@nexsenpruet.com

and

Douglas M. Schmidt   Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE:  504-482-5711
FACSIMILE:  504-482-5755
Dglsschmdt@yahoo.com

Attorneys for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 27th day of November, 2020.

/s/ Paul A. Dominick