**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179** |
| | **SECTION: J** |
| | **JUDGE CARL BARBIER** |
| **APPLIES TO:** | **MAG. JUDGE DONNA CURRAULT** |
| **Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Ellasha Galloway, for the minor child B.S., 17-04566; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344,** | |

<u>**ORDER**</u>

Considering the unopposed Motion by Plaintiffs, Albert Moore, III; A'Donna Richardson; Rashawn White; Yen Do; Ellasha Galloway, for the minor child B.S.; Frances Roberts; George Pickett; and Scott Porter, for leave to file Exhibit A of to the Plaintiffs' Consent Motion to Supplement the Record Under Seal for the Purposes of Appeal under seal:

IT IS HEREBY ORDERED, that Plaintiffs' motion is GRANTED; and it is further ORDERED that Exhibit A to the Plaintiffs' Consent Motion to Supplement the Record Under Seal for the Purposes of Appeal is filed under seal pending further order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE