UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| This Document Applies to: | : | DISTRICT JUDGE |
| | : | CARL J. BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | |
| *al. v. BP Exploration & Production Inc., et al* | : | MAGISTRATE JUDGE |
| | : | DONNA PHILLIPS CURRAULT |

### EX PARTE MOTION OF THE DHECC
### TO WITHDRAW MOTIONS FOR RETURN OF PAYMENTS

NOW INTO COURT, through its undersigned counsel, comes the Deepwater Horizon Economic Claims Center (the "DHECC"), through Patrick A. Juneau in his capacity as Claims Administrator, who moves, *ex parte*, for the entry of the annexed Order granting the DHECC leave to withdraw, and effecting the withdrawal of, the following Motions for the Return of Payments (collectively, the "Withdrawn Motions") with prejudice:

- 5/26/16 Motion of the DHECC for Return of Payments Made to Maxim, L.C., Briante Palazaeno and Others [ Rec. Doc. 18516];

- 8/1/16 Motion of the DHECC for Return of Payments Made to Claimant Martin Formento and Made in Reliance on Financial Data Provided by Claims Preparer William A. Becker Consulting, LLC [Rec. Doc. 21402];

- 9/1/16 Motion of the DHECC for Return of Payments Made to Keys Marine Service and Salvage, Inc. and Others [Rec. Doc. 21612]; and

- 12/07/16 Motion of the DHECC for Return of Payments Made to Claimants James Aurellio, Outpost Marine, Inc., Theodore Wheeler, Stephen Ferrara, Carol Nelson, and Their Claims Preparer William A. Becker Consulting, LLC  [Rec. Doc.  21968],

upon suggesting that:

    1.  The Withdrawn Motions had been filed by the DHECC, from time-to-time, seeking the return of certain payments that had been paid to the claimants and other parties identified therein, for the reasons set forth in the respective Withdrawn Motions.

    2.  The Withdrawn Motions are at various stages of briefing, but have otherwise remained stayed for years, and none of the Withdrawn Motions have been ruled or acted upon by this Court.

    3.  The DHECC (with the concurrence of BP) has determined that it is no longer desirable to pursue any of the Withdrawn Motions and that they should be withdrawn.

    4.  The counter parties to the Withdrawn Motions would not be prejudiced by their withdrawal and indeed would be benefitted since the DHECC would be foregoing any attempt to recover payments made to them.

    WHEREFORE, the DHECC prays that that this Motion be GRANTED, *ex parte*, and that the annexed Order be entered, granting the DHECC leave to withdraw, and effecting the withdrawal of, each of the Withdrawn Motions with prejudice.

    DATED this 30th day of November, 2020.

                                       Respectfully submitted,

                                       */s/ J. David Forsyth*
                                    J. David Forsyth (LA Bar No. 5719)
                                    Sessions, Fishman, Nathan & Israel, LLC
                                    400 Poydras Street, Suite 2550
                                    New Orleans, LA 70130
                                    Tel.:  (504) 582-1521
                                    Email: dforsyth@sessions-law.com
                                    *Attorneys for the Deepwater Horizon*
                                    *Economic Claims Center*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and by United States mail postage prepaid on the following parties, on this 30th day of November, 2020:

Briante Palazaeno
920 Poeyfarre Street
Unit #102
New Orleans, LA 70130

Raymond Landry, Esq.
Mollere, Flanagan and Landry, LLC
2341 Metairie Road
Metairie, LA 70004

Martin Formento
1200 Old Vine Blvd.
Lewes, DE 19958

Willliam A. Becker Consulting, LLC
1127 Gulf Stream Ln.
Key Largo, FL 33037

Bernadette Restivo, Esq.
Restivo & Vigil-Farinas, LLC
103400 Overseas Hwy.
Pink Plaza, Suite 237
Key Largo, FL 33037

Edwin Armistead "Armi" Easterby
Williams, Kherker, Hart, Boundas, L.L.P.
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Dennis M. Malone, Esq.
100 E. Main Street, Suite 209
Trinidad, CO 81082

Bernadette Restivo, Esq.
Restivo & Vigil-Farinas, LLC
103400 Overseas Hwy., Pink Plaza, Suite 237
Key Largo, FL 33037

Theodore Wheeler
Anima Chartres & Sailing
822 NE 16 Court
Ft. Lauderdale, FL 33305

Carol Nelson
Carol Nelson Pro Cleaning
22 Sexton Cove Road
Key Largo, FL 33037

Stephen Ferrara
622 La Paloma Road
Key Largo, FL 33037

James Aurelio
Guy's Towing
99275 Overseas Hwy.
Key Largo, FL 33037

Penny Wheeler
Registered Agent for Outpost Marine, Inc.
1119 E. Carribean Drive
Summerland Key, FL 33042

*/s/ J. David Forsyth*
   J. David Forsyth