UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: 12-cv-968: BELO | MAGISTRATE JUDGE CURRAULT |

THE BP PARTIES' DECEMBER 1, 2020 STATUS REPORT PURSUANT TO
FIRST AMENDED BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  Because there are no plaintiffs whose initial disclosures are due in the period from October 26, 2020, through November 25, 2020, there are no cases eligible for this Status Report.

The BP Parties have not received initial disclosures from Mr. Yonel Saintelus, who was previously represented by the Downs Law Group ("Downs") and had his initial disclosures due on October 12, 2020.  *Saintelus v. BP Expl. & Prod., Inc.*, No. 2:20-cv-01992 (E.D. La.).  This Court has subsequently granted Downs's motion to withdraw, ECF No. 12, and extended Mr. Saintelus's initial disclosures deadline to February 9, 2021, ECF No. 14.[1]

---

[1] Pursuant to Section 4 of the First Amended CMO No. 2, the BP Parties will not file a Category II Report in December 2020.  There were no cases eligible for the BP Parties' November 1, 2020 Status Report, *see* Rec. Doc. 26758; therefore, the Court did not issue an order under Section 3 of the First Amended CMO No. 2.

December 1, 2020  Respectfully submitted,

   */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

   */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

   */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

   */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of December 2020.

*/s/ Scott C. Seiler*
Scott C. Seiler