UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179  SECTION: J(2) |
| Applies to: Nos. 17-03571, 17-03407, 17-03623, 17-03903, 17-04566, 17-04513, 17-04482, 17-03344 | * * | JUDGE BARBIER  MAG. JUDGE CURRAULT |

## ORDER

WHEREAS, Nexsen Pruet, LLC, and Douglas M. Schmidt, APLC have submitted an appeal in the cases of Albert Moore, III, 17-03571; A'Donna Richardson, 17-03407; Rashawn White, 17-03623; Yen Do, 17-03903; Ellasha Galloway, for the minor child B.S.; Frances Roberts, 17-04513; George Pickett, 17-04482; and Scott Porter, 17-03344; and

WHEREAS, Defendants and Plaintiffs agree that the document being added is necessary to compile a full and complete Record on Appeal, and the information provided in the document contains private information inappropriate for public exposure;

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File Under Seal (Rec. Doc. 26794) is GRANTED, and Exhibit A to Plaintiffs' Consent Motion to Supplement the Record for Purposes of Appeal (Rec. Doc. 26793-1) shall be filed UNDER SEAL.

IT IS FURTHER ORDERED that the Plaintiffs' Consent Motion to Supplement the Record for Purposes of Appeal (Rec. Doc. 26793) is GRANTED, and

Exhibit A to said motion is deemed part of the record on appeal for the referenced member cases.

New Orleans, Louisiana, this 1st day of December, 2020.

_____
United States District Judge