UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| This Document Applies to: | : | DISTRICT JUDGE |
| | : | CARL J. BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | |
| *al. v. BP Exploration & Production Inc., et al* | : | MAGISTRATE JUDGE |
| | : | DONNA PHILLIPS CURRAULT |

### ORDER GRANTING EX PARTE MOTION OF
### THE DHECC TO WITHDRAW MOTIONS FOR RETURN OF PAYMENTS

Considering the *Ex Parte* Motion (the "Withdrawal Motion")  filed by the Deepwater Horizon Economic Claims Center (the "DHECC"), through Patrick A. Juneau in his capacity as Claims Administrator [Rec. Doc. 26795], seeking leave to withdraw the  following Motions for the Return of Payments (collectively, the "Withdrawn Motions") with prejudice:

- 5/26/16 Motion of the DHECC for Return of Payments Made to Maxim, L.C., Briante Palazaeno and Others [ Rec. Doc. 18516];

- 8/1/16 Motion of the DHECC for Return of Payments Made to Claimant Martin Formento and Made in Reliance on Financial Data Provided by Claims Preparer William A. Becker Consulting, LLC [Rec. Doc. 21402];

- 9/1/16 Motion of the DHECC for Return of Payments Made to Keys Marine Service and Salvage, Inc. and Others [Rec. Doc. 21612]; and

- 12/07/16 Motion of the DHECC for Return of Payments Made to Claimants James Aurellio, Outpost Marine, Inc., Theodore Wheeler, Stephen Ferrara, Carol Nelson, and Their Claims Preparer William A. Becker Consulting, LLC  [Rec. Doc.  21968],

with the Court finding that the Withdrawal Motion is meritorious and should be granted and the lack of prejudice to the counterparties to the Withdrawn Motions; accordingly:

**IT IS ORDERED** that the Withdrawal Motion be and the same is hereby **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that the DHECC be and is hereby granted leave to withdraw the Withdrawn Motions; and

**IT IS FURTHER ORDERED** that the Withdrawn Motions [Rec. Docs. 18516, 21402, 21612, 21968] are hereby deemed **WITHDRAWN** with prejudice by and upon the entry of this Order. The Clerk is instructed to terminate the Withdrawn Motions.

New Orleans, Louisiana this 1st day of December, 2020.

_____
United States District Judge