UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| | **This Document Relates To:**<br>*No. 15-4143, 15-4146 & 15-4654* | **District Judge Carl J. Barbier**<br><br>**Magistrate Judge Donna Phillips Currault** |

## MOTION FOR DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

NOW COMES the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau, who submits the following invoices and requests that the Court authorize payment as Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims Settlement Agreement and Section 8(c) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement:

New Class Expenses:

| | |
|---|---:|
| Epiq invoice dated 11/23/2020 | $475,320.45 |
| Juneau David, APLC invoice dated 11/5/2020 | $5,964.40 |

WHEREFORE, Patrick A. Juneau respectfully prays that the Court authorizes and directs Epiq Global to initiate payments from the HESI-Transocean Punitive Damages Combined Settlements Fund B account previously established with Huntington Bank as to the above New

Class Expenses pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements.

                                                Respectfully submitted,

                                                <u>/s/ Patrick A. Juneau</u>
                                                PATRICK A. JUNEAU
                                                Old Class and New Class Claims Administrator

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December, 2020

                                                          /s/ Patrick Hron
                                                          Patrick J. Hron