# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/23/2020 | 27991 |
| PERIOD START | THROUGH DATE |
| 8/1/2020 | 10/31/2020 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 93.2 Hrs. | | $4,934.50 |
| Format and load electronic files | 14 Hrs. | | $1,400.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 661,877 | $0.002 | $1,323.75 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 1,474.6 Hrs. | | $169,579.00 |
| Deficiency / Rejection Processing | 37.3 Hrs. | | $2,051.50 |
| **Contact Services** | | | |
| IVR (per minute) | 9,745.8 | $0.32 | $3,118.66 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 2,694 | $0.8333 | $2,245.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 283.2 Hrs. | | $14,160.00 |
| Handling of class member communications | 680.1 Hrs. | | $78,211.50 |
| **Website Services** | | | |
| Design and Maintain Website | 0.8 Hrs. | | $100.00 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 4.6 Hrs. | | $920.00 |
| Records Paid by Check | 953 | $0.79 | $752.87 |
| Records Paid by Wire | 1,194 | $0.79 | $943.26 |
| Check reissues | 623 | $0.79 | $492.17 |
| **Reporting** | 4.6 Hrs. | | $506.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 923.4 Hrs. | | $131,178.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| **Systems Support** | | 51.8 Hrs. | | $7,478.50 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | | |
| **Quality Assurance** | | 196.9 Hrs. | | $33,847.50 |
| **Total Fees** | | | | **$454,259.21** |
| **Total Project Expenses (See Exhibit A)** | | | | $4,780.45 |
| **Sub Total** | | | | **$459,039.66** |
| Sales Tax | | | | $16,280.79 |
| **Grand Total** | | | | **$475,320.45** |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Aug 01, 2020 through Oct 31, 2020 | | |
| Advanced Address Search | | $279.00 |
| Brown Greer Invoices | | $575.50 |
| GCR, Inc. Invoice | | $3,325.00 |
| Postage | | $600.95 |
| **Total** | | **$4,780.45** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-



Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

November 5, 2020

|  |  |
|---|---|
| Invoice #: | 34372 |
| Billed Through: | October 31, 2020 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | October 31, 2020 | $5,925.00 |
| CURRENT EXPENSES THROUGH: | October 31, 2020 | $39.40 |
| TOTAL CHARGES FOR THIS BILL | | $5,964.40 |
| TOTAL NOW DUE | | $5,964.40 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

November 5, 2020

|  |  |
|---|---|
| Invoice #: | 34372 |
| Billed through: | October 31, 2020 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $18,917.00 |
| Less payments received since previous invoice | $18,917.00 |

**PROFESSIONAL SERVICES**                                                                                                    **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/04/20 | PAJ | REVIEW EMAILS RE: APPEALS FOR DETERMINATION AND DOCUMENTATION ON SAME | 0.20 |
| 08/04/20 | PJH | REVIEW INQUIRY FROM VENDOR RE: HESI/TO APPEAL AND SUPPORTING DOCUMENTS AND CONFER, VARIOUS CORRESPONDENCES RE: DETERMINATION RE: SAME | 0.80 |
| 08/05/20 | PJH | CORRESPOND WITH VENDOR RE: DHEPDS COMPROMISES RE: HESI/TO PROGRAM | 0.10 |
| 08/06/20 | PJH | REVIEW OF DRAFT JOINT MOTIONS RE: HESI/TO DMI CLAIMANTS AND VARIOUS CORRESPONDENCES WITH VENDOR RE: SAME | 0.60 |
| 08/07/20 | PJH | COMPILE HESI/TO DMI MOTIONS AND DRAFT CORESPONDENCE TO COURT RE: SAME | 0.40 |
| 08/13/20 | PJH | CORRESPONDENCE WITH VENDOR RE: APPROVAL OF DMI JMOS | 0.10 |
| 08/17/20 | PJH | REVIEW AND RESPOND TO INQUIRY FROM VENDOR RE: HESI/TO CLAIM PAYMENT | 0.20 |
| 08/20/20 | PAJ | REVIEW EMAILS RE: JMO DOCUMENTS FOR TWO CLAIMS | 0.20 |
| 08/20/20 | PAJ | REVIEW EMAILS RE: QUARTERLY INVOICES AND BACKUP INFORMATION FOR SAME | 0.20 |
| 08/20/20 | PJH | CONFER WITH VENDOR RE: INQUIRY RE: HESI/TO ELIGIBILITY RE: NEUTRALS SETTLEMENT; PREPARE MOTION FOR HESI/TO ADMINISTRATIVE COSTS AND REVIEW INVOICES, WITH VARIOUS CORRESPONDENCES TO VENDOR RE: SAME | 1.80 |
| 08/21/20 | PJH | DMI JOINT MOTIONS FOR FILING WITH THE COURT | 0.20 |
| 08/24/20 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY COSTS | 0.20 |
| 08/24/20 | PJH | FINALIZE HESI/TO MOTION FOR ADMINISTRATIVE COSTS AND VARIOUS CORRESPONDENCES WITH PARTIES RE: SAME | 0.70 |
| 08/26/20 | PJH | REVIEW AND RESPOND TO INQUIRY FROM VENDOR RE: SUBPOENA RE: PAYMENT INFORMATION FROM HESI/TO PROGRAM | 0.30 |
| 08/27/20 | PAJ | REVIEW EMAILS RE: SUBPOENA RECEIVED | 0.20 |
| 08/28/20 | PJH | CORRESPONDENCES WITH VENDOR RE: APPROVAL OF HESI/TO DMI MOTIONS | 0.10 |
| 08/31/20 | PAJ | REVIEW FILED MOTION FOR QUARTERLY EXPENSES | 0.10 |
| 08/31/20 | PAJ | REVIEW EMAILS RE: RESPONSE TO SUBPOENA AND DOCUMENTS | 0.20 |
| 08/31/20 | PJH | VOICE-MAIL RE: HESI/TO CHECK REISSUE REQUEST AND | 2.30 |

| | | | Invoice # 34372 | Page | 2 |
|---|---|---|---|---|---|
| 001300 | 01580 | | | | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | CORRESPONDENCES WITH VENDOR RE: SAME, REVIEW AND EDIT SUBPOENA RESPONSE WITH CONFER, CORRESPONDENCES WITH VENDOR RE: SAME; FINAL REVIEW AND EDIT AND FILING OF MOTION FOR ADMINISTRATIVE EXPENSES WITH VARIOUS CORRESPONDENCES RE: SAME | |
| 09/01/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO LIEN INQUIRY, COMPROMISES IN DHEPDS, RESPONSE TO SUBPOENA | 0.50 |
| 09/02/20 | PJH | VARIOUS CORRESPONDENCES RE: NEUTRALS SETTLEMENTS IN DHEPDS AND EFFECT ON HESI/TO PROGRAM AND APPROVAL OF ADMINSTRATIVE EXPENSE MOTION, AND VARIOUS CONFERS RE: SAME | 0.90 |
| 09/03/20 | PAJ | REVIEW EMAILS RE: APPEAL FOR DETERMINATION | 0.10 |
| 09/03/20 | PJH | VARIOUS CORRESPONDENCES RE: NEUTRALS SETTLEMENT RE: MORATORIA CLAIM AND EFFECT ON HESI/TO PROGRAM AND REVIEW OF DETERMINATION OF APPEAL AND LANGUAGE RE: SAME | 0.50 |
| 09/14/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCE FROM VENDOR RE: HESI/TO QUARTERLY TAXES | 0.20 |
| 09/17/20 | PJH | REVIEW AND RESPOND TO VENDOR RE: DRAFT HESI/TO DMI JMOS | 0.30 |
| 09/22/20 | PAJ | REVIEW EMAILS RE: NOTICES FROM IRS PERTAINING TO WRONG INFORMATION | 0.10 |
| 09/22/20 | PAJ | VARIOUS CORRESPONDENCES WITH VENDOR RE: CORRESPONDENCE FROM IRS RE: HESI/TO FORM 1099S | 0.30 |
| 09/22/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: CORRESPONDENCE FROM IRS RE: HESI/TO FORM 1099S | 0.30 |
| 09/24/20 | PJH | REVIEW HESI/TO DMI JMOS AND DRAFT CORRESPONDENCE RE: FILING OF SAME | 0.50 |
| 09/25/20 | PJH | CORRESPONDENCE RE: FILING OF HESI/TO DMI JMOS | 0.20 |
| 09/29/20 | PJH | CORRESPONDENCES WITH VENDOR RE: APPROVAL OF HESI/TO DMI JMOS; INQUIRY FROM VENDOR RE: RECENT COMPROMISES AND PENDING DHEPDS CLAIMS AND STATUSES; INQUIRY FROM COUNSEL RE: STATUS OF RESERVE CLAIM | 0.70 |
| 09/30/20 | PJH | CONFER WITH COUNSEL RE: INQUIRY RE: HESI/TO PAYMENT TIMING | 0.20 |
| 10/01/20 | PJH | REVIEW AND RESPOND RE: HESI/TO DMI JMO FOR FILING | 0.20 |
| 10/02/20 | PJH | CORRESPOND WITH COURT RE: FILING OF HESI/TO DMI JMO AND CORRESPOND WITH VENDOR RE: ORDER APPROVING SAME | 0.30 |
| 10/05/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO INQUIRIES RE: STATUS OF CLAIM AND APPROVAL OF PAYMENT RE: SAME | 1.00 |
| 10/08/20 | PJH | REVIEW HESI/TO DMI JMO AND CORRESPOND WITH COURT RE: SAME | 0.40 |
| 10/12/20 | PAJ | REVIEW EMAILS RE: UNDELIVERABLE AND UNCASHED CHECKS | 0.20 |
| 10/12/20 | PJH | CONFER WITH VENDOR RE: INQUIRY RE: DATA FROM DHEPDS SYSTEM RE: HESI/TO PROGRAM; REVIEW AND EDIT UNCASHED AND UNDELIVERABLE CHECK NOTICES; VARIOUS CORRESPONDENCES RE: HESI/TO TAX RETURNS | 1.00 |
| 10/13/20 | PJH | ADDITIONAL CORRESPONDENCES RE: ADDRESS ON HESI/TO TAX RETURNS | 0.20 |
| 10/15/20 | PJH | VARIOUS CORRESPONDENCES RE: REVIEW AND APPROVAL OF HESI/TO DMI JMO | 0.40 |
| 10/22/20 | PAJ | REVIEW OF EMAIL RE: DRAFT QUARTERLY REPORT NO. 20 TO BE FILED SOON | 0.10 |
| 10/22/20 | PJH | REVIEW AND CORRESPOND WITH VENDOR RE: RECEIPT OF HESI/TO B NOTICE INFORMATION AND RE: STATUS REPORT | 0.30 |

| 001300 | 01580 | | | Invoice # 34372 | Page | 3 |
|---|---|---|---|---|---|---|
| 10/23/20 | PJH | REVIEW AND APPROVE AND CORREPOND RE: HESI/TO DMI JMOS AND APPROVAL OF SAME, INQUIRIES FROM VENDOR RE: COMPROMISED CLAIMS | | | | 0.90 |
| 10/26/20 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 20 | | | | 0.20 |
| 10/26/20 | PAJ | CONFER WITH HRON RE: STATUS REPORT | | | | 0.20 |
| 10/26/20 | PJH | REVIEW AND EDIT HESI/TO STATUS REPORT AND CONFER PAJ AND CORRESPOND WITH VENDOR RE: SAME; CORRESPONDENCES WITH TAX PREPARER RE: CHANGE OF ADDRESS | | | | 0.80 |
| 10/29/20 | PAJ | REVIEW EMAILS RE: CLOSING OF BANK ACCOUNTS, PAYMENT OF FEES INVOICE AND PREPARATION OF FINAL TAX RETURNS | | | | 0.20 |
| 10/29/20 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES RE: HESI/TO STATUS REPORT, DMI JMOS, AND CLOSURE OF UBS ACCOUNT RE: TAX FILINGS | | | | 0.60 |
| 10/30/20 | PJH | REVIEW HESI/TO DMI JMOS AND CORRESPOND WITH COURT RE: SAME; CORRESPONDENCE RE: APPROACH RE: CLOSURE OF UBS ACCOUNT RE: TAX RETURN FILING | | | | 0.30 |
| | | | | 21.00 | | $5,925.00 |

| PAJ | JUNEAU, PATRICK A. | 2.70 hrs @ | $500.00 /hr | $1,350.00 |
|---|---|---|---|---|
| PJH | HRON, PATRICK J | 18.30 hrs @ | $250.00 /hr | $4,575.00 |
| | Fee Recap Totals | 21.00 | | $5,925.00 |

**EXPENSES**                                                                                              **Amount**

| 08/07/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 10/16/20 | FILE & SERVEXPRESS; RESPOSITORY FEE | 5.00 |
| 10/31/20 | COPYING | 29.40 |
| | | $39.40 |

**BILLING SUMMARY:**

| TOTAL FEES | $5,925.00 |
|---|---|
| TOTAL EXPENSES | $39.40 |
| TOTAL FEES & EXPENSES | $5,964.40 |
| **TOTAL NOW DUE** | **$5,964.40** |