UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Considering that the Motion for Return of Payments Made to Maxim, LC, Briante Palazaeno, and Others (Rec. Doc. 18516) has been withdrawn (*see* Rec. Doc. 26798),

IT IS ORDERED that the following motions are DENIED AS MOOT:

1. Motion to File Sur-Reply (Rec. Doc. 21845)
2. Motion to File Response to Sur-Reply (Rec. Doc. 22043)
3. Motion to File a Supplement to Reply (Rec. Doc. 22255)

New Orleans, Louisiana, this 2nd day of December, 2020.

_____
United States District Judge