UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J(2) |
| **Applies to:** | * | JUDGE BARBIER |
| *No. 13-1658 (Allstar Pipe Servs.)* | | |
| *No. 18-11120 (Enviro Tech Sys.)* | * | MAG. JUDGE CURRAULT |
| *No. 16-4149 (Lucky Lady Fishing/John Hanks)* | * | |
| *No. 16-7488 (Nabaa Gas)* | | |
| *No. 13-0948 (Kirk Williams)* | | |

## ORDER

Pretrial Order No. 69 ("PTO 69") required, inter alia, that five plaintiffs show cause in writing by October 16, 2020 why their claims should not be dismissed with prejudice for the reasons identified in an exhibit to the PTO. (Rec. Doc. 26709). Counsel for BP has informed the Court that it has reached a settlement with one of the plaintiffs, Enviro Tech Systems, LLC ("Enviro Tech"). Accordingly, PTO 69's show cause order is moot with respect to Enviro Tech.

As to the four other plaintiffs, only one (Allstar Pipe Services) responded to the show cause order. (*See* Rec. Doc. 26729; *see also* Rec. Doc. 26779). Accordingly, the show cause order is not satisfied with respect to the three other plaintiffs (Nabaa Gas, Kirk Williams, and Lucky Lady Fishing/John Hanks), and their claims will be dismissed. The Court will decide whether Allstar Pipe Services satisfied the show cause order at a later date.

Accordingly,

IT IS ORDERED that PTO 69 (Rec. Doc. 26709) is MOOT with respect to Enviro Tech (No. 18-11120). Enviro Tech shall promptly move to dismiss its case as soon as all settlement paperwork is finalized.

IT IS FURTHER ORDERED that the claims by Nabaa Gas Montgomery Village, LLC (No. 16-07488), Kirk Williams (No. 13-00948), and Lucky Lady Fishing/John Hanks (No. 16-04149) are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of December, 2020.

_____
United States District Judge

**Notes to Clerk:**
-File in 10-md-2179 and each of the 3 member cases dismissed by this order.
-Mail copies to John Hanks, Jr. (No. 16-4149), Kirk Williams (No. 13-00948), who are pro se.