UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: | * | JUDGE BARBIER |
| No. 16-4149 (Lucky Lady Fishing/John Hanks) | * | MAG. JUDGE CURRAULT |
| No. 16-7488 (Nabaa Gas) | | |
| No. 13-0948 (Kirk Williams) | * | |

## J U D G M E N T

In accordance with the Court's order signed on December 4, 2020,

IT IS ORDERED, ADJUDGED, AND DECREED that all claims in the following cases are DISMISSED WITH PREJUDICE:

| Plaintiff | Civil Action No. |
|---|---|
| Nabaa Gas Montgomery Village, LLC | No. 16-07488 |
| Kirk Williams | No. 13-00948 |
| John Hanks/Lucky Lady Fishing | No. 16-04149 |

New Orleans, Louisiana, this 4th day of December, 2020.

_____
United States District Judge

**Notes to Clerk:**
-File in 10-md-2179 and each of the 3 member cases dismissed by this judgment.
-Mail copies to John Hanks (No. 16-4149) and Kirk Williams (No. 13-00948), who are pro se.