# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 12-970; 16-04149* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## <u>ORDER</u>

John Hanks, Jr. and his business, Lucky Lady Fishing (collectively, "Hanks"), opted out of the Economic and Property Damages Settlement Program. (*See* Rec. Docs. 16069-1 at 196; 8001-39 at 55). Hanks, who is pro se, subsequently filed a document entitled "Permission to Opt In [to] Court Supervised Settlement Program" (Rec. Doc. 14658), which the Court treats as a motion to revoke the opt-out.

IT IS ORDERED that Hanks' motion (Rec. Doc. 14658) is DENIED.[1]

New Orleans, Louisiana, this 7th day of December, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy to John Hanks, Jr.**

---

[1] The Court notes that Hanks filed a lawsuit against BP (No. 16-4149) that was recently dismissed with prejudice. (*See* Rec. Doc. 26802)