# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| **This Document Relates To:** | * * | **JUDGE BARBIER** |
| *All Cases in the B3 Pleading Bundle* | * * * | **MAGISTRATE JUDGE CURRAULT** |

## JOINT SUBMISSION OF LIST OF CASES
## REMAINING IN THE B3 PLEADING BUNDLE

Pursuant to the Court's November 20, 2020 Order (Rec. Doc. 26784), BP Exploration & Production Inc. and BP America Production Company (together, "BP") and the majority of the remaining B3 plaintiffs[1] (the "B3 Plaintiffs," and together with BP, the "Parties") respectfully make this submission providing the Court with the attached agreed list of the B3 cases[2] currently remaining in MDL 2179.[3] As ordered by the Court, the list includes:

---

[1] The B3 Plaintiffs include plaintiffs represented by Nexsen Pruet, LLC; Douglas M. Schmidt, APLC; the Downs Law Group; the Falcon Law Firm; Stag Luizza LLC; the Law Offices of Frank D'Amico Jr.; Herman Herman & Katz LLC; Boggs Loehn & Rodrigue; Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; the Gaar Law Firm; Motley Rice LLC; Jacobs Manuel Kain & Aamodt; Krupnick, Campbell, Malone, Buser, Slama, Hancock, P.A.; Weitz & Luxenberg, P.C.; and Cossich Sumich Parsiola & Taylor. Counsel for Knight's Marine & Industrial Services, Inc., a defendant in case no. 13-cv-00456, also joins this filing.

[2] Pursuant to the Court's November 20, 2020 Order (Rec. Doc. 26784), the attached list of remaining B3 cases does not include the three declaratory judgment actions filed by United States Environmental Services, LLC and its related entities (Nos. 17-03370, 17-03382, and 17-03388). As stated in the Court's November 20, 2020 Order, the Court does not intend to sever those three cases from MDL 2179 at this time, and they shall remain stayed until further order. The attached list of remaining B3 cases also does not include the case filed by *pro se* plaintiff Robert Evans (No. 16-03966), which asserts only contract claims, alleges no medical or personal injury claims, and is currently subject to the case management procedures for remaining B1 cases set out in Pretrial Order No. 69 (Rec. Doc. 26709).

[3] The following cases on the attached list were recently filed and, as of the time of this filing, have not been formally consolidated with MDL 2179 as indicated on the public docket: 20-cv-03284, 20-cv-03299, 20-cv-03303, 20-cv-03309, 20-cv-03311, 20-cv-03316, 20-cv-03319, 20-cv-03330. Because those cases were filed within this District and appear to fall within the scope of the B3 Pleading Bundle, however, they have been included on the attached list.

1. 805 cases that will remain in the Eastern District of Louisiana after they are severed from MDL 2179, because, as to each case, either (a) it was originally filed in this District; (b) it was removed to this District from a Louisiana state court; or (c) the parties to the case consent to proceeding in this District for all purposes even though the case was transferred to this District pursuant to 28 U.S.C. § 1407; and

2. 2 cases that must be remanded by the Judicial Panel on Multidistrict Litigation to a transferor district post-severance pursuant to 28 U.S.C. § 1407(a).

Dated: December 8, 2020                                             Respectfully submitted,

*/s/ Paul A. Dominick*                                                     */s/ R. Keith Jarrett*
Paul A. Dominick Fed ID No. 577                              R. Keith Jarrett (Bar # 16984)
NEXSEN PRUET, LLC                                              **LISKOW & LEWIS**
205 King Street, Suite 400 (29401)                          One Shell Square
P.O. Box 486                                                              701 Poydras Street, Suite 5000
Charleston, SC 29402                                                New Orleans, Louisiana 70139-5099
PHONE: 843.577.9440                                              Telephone: (504) 581-7979
FACSIMILE: 843.720.1777                                        Fax No. (504) 556-4108
PDominick@nexsenpruet.com

                                                                                  Matthew T. Regan, P.C.
*s/ Douglas M. Schmidt*                                              (matthew.regan@kirkland.com)
Douglas M. Schmidt Fed ID No. 11789                   A. Katrine Jakola, P.C.
Douglas M. Schmidt, APLC                                       (katie.jakola@kirkland.com)
335 City Park Avenue                                                  Martin L. Roth, P.C.
New Orleans, LA 70119                                             (martin.roth@kirkland.com)
PHONE: 504-482-5711                                               Kristopher S. Ritter
FACSIMILE: 504-482-5755                                         (kristopher.ritter@kirkland.com)
Dglsschmdt@yahoo.com                                           **KIRKLAND & ELLIS LLP**
                                                                                  300 North LaSalle
*s/ Craig Downs, Esq.*                                                  Chicago, IL 60654
Craig Downs, Esq.                                                        Telephone:  (312) 862-2000
The Downs Law Group
3250 Mary Street                                                         *Counsel for BP America Production Company*
Suite 307                                                                       *and BP Exploration & Production Inc.*
Coconut Grove, Florida 33133
(305) 444-8226
cdowns@downslawgroup.com

*/s/ C. David Durkee, Esq.*
C. David Durkee, Esq.
The Downs Law Group
3250 Mary Street
Suite 307

Coconut Grove, Florida 33133
ddurkee@downslawgroup.com

*/s/ Timothy J. Falcon, Esq.*
Timothy J. Falcon, Esq.
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072
(504)-341-1234
tim@falconlaw.com

*s/ Michael G. Stag, Esq.*
Michael G. Stag (LA No. 23314)
Ashley M. Liuzza (LA No. 34645)
Merritt E. Cunningham (LA No. 32843)
Matthew D. Rogenes (LA No. 36652)
STAG LUIZZA, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600

*/s/ Frank J. D'Amico, Esq.*
Frank J. D'Amico, Jr.
Louisiana Bar Number 17519
4608 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 525-7272
Fax: (504) 525-9522

*/s/ Soren E. Gisleson*
Soren E. Gisleson, La. Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
E-Mail: sherman@hhklawfirm.com

*/s/ Thomas E. Loehn*
Thomas E. Loehn (LA 8663)
BOGGS, LOEHN & RODRIGUE
2324 Severn Avenue, Suite 100
Metairie, Louisiana 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
E-mail: tloehn@yahoo.com

*/s/ Fred Feeney*
Fred Feeney
fbf@frslaw.com
Franke & Salloum, PLLC
P.O. Drawer 460
Gulfport, Mississippi 39502
228.868.7070 Phone
228.868.7090 Fax

*Counsel for Knight's Marine & Industrial Services, Inc.*

3

*/s/ Corey E. Dunbar*
Corey E. Dunbar
Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870 x153
cdunbar@pivachlaw.com

*/s/ Joseph F. Gaar, Jr.*
Joseph F. Gaar, Jr. # 16927
Jason M. Welborn # 26548
Joseph F. Gaar, Jr., APLC
Attorneys at Law
114 Representative Row
Lafayette, Louisiana 70508
(337) 233-3185
joseph@gaarlaw.com
jason@gaarlaw.com

*/s/ Joseph F. Rice*
Joseph F. Rice (S.C. Bar No. 4710)
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9159
jrice@motleyrice.com

*/s/ Jodi Jacobs Aamodt*
Stanley Jacobs
Jodi Jacobs Aamodt
Jacobs Manuel Kain & Aamodt
500 St. Louis Street, Ste. 200
New Orleans, LA 70130
504-523-1444 (Office)
Jmk_jodi@bellsouth.net

*/s/ Kelly B. Stewart*
Kelley B. Stewart (FL No. 492132)
Michael J. Ryan (FL No. 975990)
Joseph J. Slama (FL No. 476171)
Kevin A. Malone (FL No. 224499)
Carlos A. Acevedo (FL No. 0097771)
Krupnick, Campbell, Malone, Buser, Slama, Hancock, P.A.
12 Southeast Seventh Street,

4

Suite 801
Fort Lauderdale, FL 33301-3434
954-763-8181
kstewart@krupnicklaw.com
mryan@krupnicklaw.com
jslama@krupnicklaw.com
kmalone@krupnicklaw.com
cacevedo@krupnicklaw.com

*/s/ Philip F. Cossich, Jr.*
Philip F. Cossich, Jr. #1788
Brandon Taylor #27662
Cossich Sumich Parsiola & Taylor
8397 LA-23
Belle Chasse LA  70037
504-394-9000
btaylor@cossichlaw.com

*/s/ Robin L. Greenwald*
Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Submission of List of Cases Remaining in the B3 Pleading Bundle has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of December, 2020.

*/s/ R. Keith Jarrett*
R. Keith Jarrett