ᵉ for filing (___) ___-___ 11-30-20

___ lerk of Court    Raymond J Merchant

J Merchant w__ ___ ___ Appeal

___ Barbier Ruling ___ ___ to Supreme

Court if need be cause, no <u>Justice</u>

Reason one - had Job, Just waiting to be
pull back. Should Have been paid as one
28% Federaly tax.    $32,000 2010 with interest

<u>Deepwater Horizon</u> didn't try to meet me
Half way. They were Just paying 8 X less
I was <u>GrandFather</u> in at Gulf Coast Claims.

Boat repair was for boat setting up 6 months
and Gas evaperated into brown partcule in
Carb, How was I to know. They _ pay

If I would Have taken <u>Subsistence</u> claim,
Couldn't File "<u>maritine Claim</u>"!

→ Send Paperwork to
606 NE 7th Street
Summerdale, Al 36580

Ray J M___

FILED DEC 04 2020 U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA CAROL L. MICHEL CLERK

Gulf Coast Claim
Deep water Horizon
Federal courthouse

300 Hour paperwork
5000 mile on truck
So far

Boss gave Gulf coast claim, Sign form I Had Job, They got so out of Hand Federal gov Shut them Down. Never asked to look for work by Unemployment, cause waiting to be pull back.

Should Have done this, done that, I did everything possible, don't put a spin on this, If they knew it, why didn't they
If they done what they should, none of this would Have Happen anyway.

Ray Smith

TENDERED FOR FILING

DEC 04 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Raymond J Merchant
606 NE 7th Street
Summerdale, Al
36580

7018 0360 0001 2051 6501

70190-336726

Clerk's Office
United State District Court
eastern District of louisiana
500 Poydras Street Room 20
New orleans, Louisiana
70130