Maritine claim 15-2510 H20

Clerk of court
15-04290(2)

FILED DEC 07 2020
CAROL L. MICHEL CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Hi, this is Raymond J Michut, I need to remind you that I have a maritine claim also, I had licence on my boat all these years and fishing license. Civil No. 15-04290 Section J2 Judge Barbier,

tell Judge Barbier I Sorry dismiss my case, this whole thing been under Handed, from all I seen.

let see what they do with my maritine, I waiting, I unemploye They disqualify me, cause boss Don't Want to pay, came up with some lies. He's my stepbrother David P Wilson also

(That money could have been Federal Taxs, was a Federal Judge there)    Ray J Michut

TENDERED FOR FILING
DEC 07 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

the Reason didn't take Deepwater

Money, it was 8 x less

I was grandfather in

If I would Have taken Sussifice

I would not be elighle for

maritine
↑

So I'm waiting


tell the Judge I put 5000 mile on

My truck Dealing will BP Claiming

process. the last 8 years