

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

PS00001000014

FROM:

Raymond J Merchant
606 NE 7th Street
Summerdale Al
36580

UNITED STATES POSTAL SERVICE — Retail

P

US POSTAGE PAID
$7.75
Origin: 36580
11/30/20
0178700392-02

PRIORITY MAIL 2-DAY®

0 Lb 3.70 Oz
1004

EXPECTED DELIVERY DAY: 12/03/20

C026

SHIP TO:
500 POYDRAS ST
New Orleans LA 70130-3319

USPS TRACKING® NUMBER

9505 5109 8481 0335 2203 07

TO:

clerk's office
united states district court
Eastern District of Louisiana
500 Poydras St
New Orleans, La 70130

* Domestic only. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.

