UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 15-4290* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Raymond Merchant, who is pro se, mailed a letter to the Court which was filed in the record at Rec. Doc. 26809. Merchant's letter included exhibits that appear to contain confidential medical information. Accordingly,

IT IS ORDERED that Exhibits 1 and 2 (Rec. Doc. 26809-1 and 26809-2) to Merchant's letter be SEALED.

New Orleans, Louisiana, this 10th day of December, 2020.

_____
United States District Judge

**Note to Clerk: Mail a copy to Raymond J. Merchant.**