UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

ORDER TO SHOW CAUSE
[Regarding the Court Supervised Settlement Program and the Economic and Property Damages Settlement Agreement]

The Deepwater Horizon Economic and Property Damages Settlement Agreement ("Settlement," Rec. Doc. 6430-1) is a class action settlement that resolved numerous claims in this multidistrict litigation. The Court Supervised Settlement Program ("CSSP") implements and administers the Settlement. This Court retains continuing and exclusive jurisdiction over the CSSP and the Settlement. (*See* Settlement § 18.1; Order and Judgment of Dec. 21, 2012 ¶ 17, Rec. Doc. 8139).

The CSSP's Claims Administrator has informed the Court that claims processing is complete, and he has provided the Court with a proposed order that would initiate the closure and winddown of the CSSP. The Court has reviewed the proposed order and, after making certain minor alterations, is inclined to enter same. A copy of the contemplated order is attached as Exhibit A.

Accordingly,

**IT IS ORDERED** that any party that opposes entry of the order attached as Exhibit A shall **SHOW CAUSE** by filing a written objection with the Court by no

later than <u>Friday, January 8, 2021</u>. Responses to any objections shall be filed by no later than <u>Friday, January 15, 2021</u>.

New Orleans, Louisiana, this 10th day of December, 2020.

_____
United States District Judge