Carol Fetterhoff

Chelsea Fetterhoff

Chayton Fetterhoff

1661 Scott Road

Westville, Fl. 32464



Re: Oil Spill by the Oil Rig "Deepwater Horizon"   MDL2179

In the Gulf of Mexico, on April 20, 2010    Section: J(2)

Applies to:    Judge Barbier

All cases in the B3 pleading bundle    Mag. Judge Wilkinson

### MOTION FOR RECONSIDERATION OF ORDER DATED 11/20/20

On 11/6/19 an objection to the authorization for release of medical records was filed by plaintiffs as stated in pretrial order. Plaintiffs ordered was not answered until dismissed on 9/8/20 even after several status requests. The last status request on 8/26/20. Plaintiff also discussed with defense on phone and in emails. Plaintiffs were never informed that all other plaintiffs were required to use the 3 page release or that the court had ruled on this issue. A ruling on this issue was never received by plaintiffs nor does it show on the courts website. Nor was a response received from defense. Original pretrial order stated if any plaintiff had an objection to the form to notify court. (The release form was provided by the defense with no input from plaintiffs or the individual states normal forms.) Such was done in the form of a motion with multiple follow ups.

As the court is 5 hours away and pro se plaintiffs have not been allowed to be included in zoom hearings as for attorneys only, the only way to respond to filings were in writing. Every filing has been responded to over the past 10 years to this court. Now that the case is being broke up and sent to plaintiffs jurisdiction where the plaintiff may receive a better opportunity to be heard, this court dismissed entire case over 1 form. A release form has been provided for all 3 plaintiffs, however it was an Alabama release form).

TENDERED FOR FILING

DEC 09 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Now that case is being broke up, would an appeal be filed in LA., location of injury Al. or plaintiffs current location?

As it is this courts intention to remove remaining cases from this jurisdiction and all requests from this court have been answered and complied with, with proper certified notice to court and defense, plaintiffs respectfully ask for reconsideration of dismissal.

12/4/20



**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

✱ For International shipments, the maximum weight is 4 lbs.

1661 Scott Rd
Westville, FL 32464

US District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130



U.S. POSTAGE PAID
PM 2-Day
DEFUNIAK SPRINGS, FL
32435
DEC 04, 20
AMOUNT
$7.75
R2304M114683-09

1006
70130

EXPECTED DELIVERY DAY: 12/07/20

USPS TRACKING® NUMBER