IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *15-4143, 15-4146 & 15-4654* | * * * * | District Judge Carl J. Barbier Magistrate Judge Donna Phillips Currault |

-----------------------------------------------------------------

## ORDER APPROVING SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

Now before the Court is the Joint Motion for Approval of a Claim Under the HESI and Transocean Assigned Claims and Punitive Damages Settlement Agreements by the representative of JOHN H MONTEABARO, a DECEASED Claimant ("Claimant") and the HESI and Transocean Punitive Damages and Assigned Claims Settlements Claims Administrator ("Claims Administrator").

The Court makes the following findings:

1. The Claimant's claim was submitted to the Claims Administrator by ROBIN MONTEABARO ("Claimant's Representative"), who has certified that he or she is fully authorized to bring the claim and to resolve it and execute a Release on behalf of the Claimant and all other persons who may claim any damages by or through any relationship with the Claimant ("Derivative Claimants").

2. The Claims Administrator has reviewed the Claimant's claim in accordance with the Court-approved Old and/or New Class Distribution Model(s) and has calculated the Award Amount ("Award Amount") as payable on such claim.

3. Authorized Representative has accepted the Award Amount as the full resolution of the Claimant's claim.

Accordingly, the foregoing Motion is **GRANTED AND IT IS HEREBY ORDERED AND DECLARED THAT:**

1. The settlement of Claimant's claim for the Award Amount is approved as fair, reasonable and adequate.

2. The Claims Administrator shall pay the Award Amount to Authorized Representative, free from any liability from making such distributions under this Order.

3. Authorized Representative shall distribute such funds in accordance with applicable state law.

4. The Release is fully binding on the Claimant and all Derivative Claimants of the Claimant.

5. Any future settlements and payments on claims on behalf of Claimant made in accordance with the Settlement Agreement are approved as fair, reasonable and adequate. The Claims Administrator shall issue payment on such claims to Authorized Representative (or such other person who has certified to the Claims Administrator that he or she has authority to act as the Authorized Representative at such time), and such representative shall distribute such funds in accordance with applicable state law.

New Orleans, Louisiana, this 14th day of December, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE