UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 17-9403 (Irvin v. Validata Computer & Research Corp.)* | * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that a status conference (via Zoom video conference) regarding *Irvin v. Validata Computer & Research Corp.* (No. 17-9403) is scheduled for <u>Wednesday, January 13, 2021 at 10:30 a.m. (CST)</u>.

At least one attorney for each of the parties in *Irvin v. Validata Computer & Research Corp.* shall participate in the status conference. Furthermore, the attorney(s) with Cunningham Bounds, LLC who represented defendant Validata's claim in the *Deepwater Horizon* Court-Supervised Settlement Program and/or in the Court-appointed Neutrals' Program shall also participate in the status conference.[1]

The Court will send counsel of record an email containing details to participate in the video conference.[2]

New Orleans, Louisiana, this 15th day of December, 2020.

_____
United States District Judge

---

[1] Counsel for Validata and the Settlement Program shall ensure that the appropriate attorneys at Cunningham Bounds receive a copy of this Order.
[2] Counsel of record shall forward this email to the appropriate attorneys at Cunningham Bounds.

**Note to Clerk: File in 10-md-2179 and 17-9403.**

**Note to Counsel: Pursuant to Pretrial Order No. 1 (Rec. Doc. 2 ¶¶ 9-10), most filings for this member case occur only in the MDL master docket, No. 10-md-2179. As a courtesy, the Court has directed the Clerk to file this order in both the master and member case dockets; future filings for this member case will likely occur only in the master docket. First Amended Pretrial Order No. 12 ("PTO 12," Rec. Doc. 18627) governs electronic service in this MDL. It requires, inter alia, that counsel register with File&ServeXpress to receive electronic service of filings in the MDL master docket. Failure to comply with PTO 12 may result in counsel not receiving documents filed in the master docket.**