**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 13-5354 & 13-5360 (Treasure Island City, Fla.)* | * * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Counsel for BP and the plaintiff in the two referenced member cases have informed the Court that they have settled all claims, except that plaintiff reserves any claim it may have under the Transocean and Halliburton Punitive Damages and Assigned Claims Settlements.

Accordingly,

**IT IS ORDERED** that all claims in Civil Action Nos. 13-5354 and 13-5360, both captioned *Treasure Island City, Florida v. BP Exploration & Production, Inc., et al*, are **DISMISSED WITH PREJUDICE**, each party to bear their own costs, and the Clerk shall **CLOSE** these cases.

This dismissal does not extend to any claim plaintiff timely filed with the Transocean and Halliburton Punitive Damages and Assigned Claims Settlements.[1]

---

[1] *See, e.g.*, Order of July 11, 2019 at p.2 ¶ 1, Rec. Doc. 25814 ("When the Court granted final approval of the Halliburton and Transocean . . . Settlement Agreements . . . on February 15, 2017, the Settlement Agreements . . . became the exclusive remedy for claims covered by those settlements; class members could no longer pursue *through litigation* claims for punitive damages against Halliburton or Transocean. (Rec. Doc. 22253 ¶¶ 10-15). The closure of the Johnsons' lawsuit will not affect any of their claims in the Settlement Program—such claims will continue to be processed, determined, and paid (or not paid) by the Settlement Program pursuant to the terms of the Settlement Agreements.").

New Orleans, Louisiana, this 15th day of December, 2020.

_____
United States District Judge

**Note to Clerk: File in the master docket and in the referenced member cases.**