UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 13-1658* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that Allstar Pipe Services, Inc.'s Motion for Leave to File Sur-Reply (**Rec. Doc. 26779**) in Support of its Response (Rec. Doc. 26729) to the Court's Show Cause Order (Rec. Doc. 26709) is GRANTED.

New Orleans, Louisiana, this 16th day of December, 2020.

_____
United States District Judge