UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 13-1658* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

The Court invites BP to respond to Allstar Pipe Services's sur-reply (Rec. Doc. 26825), particularly the argument that if Allstar Pipe's correct NAICS code is 532412 (as BP contends) and Allstar Pipe had filed a claim in the Economic and Property Damages Settlement, then its claim ultimately would have been excluded from the Settlement pursuant to the Court's October 3, 2018 Order (Rec. Doc. 24945). Any response by BP shall be filed by no later than Tuesday, December 22, 2020, and shall not exceed 5 pages, double-spaced. If BP does not file a response, the Court will assume BP concedes this argument.

Accordingly,

IT IS ORDERED that BP is GRANTED leave to file a response to Allstar Pipe's sur-reply (Rec. Doc. 26825) as set forth above.

New Orleans, Louisiana, this 18th day of December, 2020.

_____
United States District Judge