UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>     "Deepwater Horizon" in the Gulf<br>       of Mexico, on April 20, 2010 | MDL. NO. 2179<br><br>SECTION: J |
| This Document Relates To: | JUDGE BARBIER |
| **Rufino's Painting & Construction, Inc.** | MAG. JUDGE CURRAULT |
| **Docket No. 2:19-cv-11614** | |

## NOTICE OF VOLUNTARY DISMISSAL(S) WITH PREJUDICE

COMES NOW, Plaintiff, Rufino's Painting & Construction, Inc. ("Rufino's"), by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by Rufino's and BP Exploration and Production, Inc., and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims and causes of action, against Defendants: (i) the Deepwater Horizon Court Supervised Settlement Program; and (ii) Patrick A. Juneau, in both his official capacity as Claims Administrator administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic Property Damages Settlement Trust.  Costs taxed as paid.

Respectfully submitted this 30th day of December, 2020.

**GAUDRY, RANSON, HIGGINS &  GREMILLION, L.L.C.**

*/s/ Ryan C. Higgins*
**DANIEL A. RANSON (# 11114)**
**RYAN C. HIGGINS (#33181)**
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
E-mail: dranson@grhg.net
E-mail: rhiggins@grhg.net
*Counsel for Rufino's Painting & Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of December, 2020.

*/s/ Ryan C. Higgins*
  RYAN C. HIGGINS