## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: 12-cv-968:  BELO | MAGISTRATE JUDGE CURRAULT |

Relates to:

| 20-cv-02611 | 20-cv-02613 | | |
|---|---|---|---|

### THE BP PARTIES' JANUARY 1, 2021[1] STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on December 25, 2020.  This report includes plaintiffs whose initial disclosures were due through December 25, 2020, and reflects the status of initial disclosures received as of 5 PM Eastern time on January 3, 2021.

---

[1] The BP Parties are filing this Status Report on January 4, 2021, because January 1, 2021, is a legal holiday.

This Status Report contains two cases in which plaintiffs provided no disclosures. There are no cases eligible for this Status Report in which plaintiffs provided deficient or incomplete disclosures.[2]

The BP Parties have not received initial disclosures from Mr. Yonel Saintelus, who was previously represented by the Downs Law Group ("Downs") and had his initial disclosures due on October 12, 2020. *Saintelus v. BP Expl. & Prod., Inc.*, No. 2:20-cv-01992 (E.D. La.). This Court has subsequently granted Downs's motion to withdraw, ECF No. 12, and extended Mr. Saintelus's initial disclosures deadline to February 9, 2021, ECF No. 14.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Downs Law Group | 2 | 2 | 0 |
| **Total** | **2** | **2** | **0** |

## I. Category I

### A. Plaintiffs With Missing Initial Disclosures

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided no initial disclosures.

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 20-cv-02611 | Gibson-Hensley, Pamela | Downs Law Group |
| 2. | 20-cv-02613 | Battiste, John | Downs Law Group |

---

[2] Pursuant to Section 4 of the First Amended CMO No. 2, the BP Parties will not file a Category II Report in January 2021. There were no cases eligible for the BP Parties' December 1, 2020 Status Report, *see* Rec. Doc. 26796; therefore, the Court did not issue an order under Section 3 of the First Amended CMO No. 2.

**B.**     **Plaintiffs With Deficient Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have provided deficient or incomplete initial disclosures.

January 4, 2021                              Respectfully submitted,


                                            ___/s/ Scott C. Seiler_____
                                            Scott C. Seiler (Bar #19784)
                                            Devin C. Reid (Bar #32645)
                                            LISKOW & LEWIS
                                            701 Poydras Street, Suite 5000
                                            New Orleans, LA 70139
                                            Telephone:  (504) 581-7979
                                            Telefax:  (504) 556-4108


                                            ___/s/ Kevin M. Hodges_____
                                            Kevin M. Hodges
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone:  (202) 434-5000
                                            Telefax:  (202) 434-5029


                                            ___/s/ Catherine Pyune McEldowney___
                                            Catherine Pyune McEldowney
                                            MARON MARVEL BRADLEY
                                            ANDERSON & TARDY LLC
                                            1201 North Market Street, Suite 900
                                            Wilmington, DE 19801
                                            Telephone:  (302) 425-5177
                                            Telefax:  (302) 425-0180


                                            ___/s/ Georgia L. Lucier_____
                                            Georgia L. Lucier
                                            HUNTON ANDREWS KURTH LLP
                                            600 Travis Street, Suite 4200
                                            Houston, TX 77002
                                            Telephone: (713) 220-4200
                                            Telefax:  (713) 220-4285


**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.**
**AND BP AMERICA PRODUCTION COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January 2021.  This pleading also has been served on counsel for all plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler