

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA



In re: Oil Spill by the Oil Rig          *     MDL NO. 2179 /B3 Cases
"Deepwater Horizon" in the Gulf of       *
Mexico, on April 20, 2010                *
                                         *     SECTION J(2)
This Document Relates To:                *
                                         *     JUDGE BARBIER
No 17-cv-02932                           *
                                         *     MAGISTRATE JUDGE CURRAULT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 0 4 2020

CAROL L. MICHEL
CLERK

### Motion to change jurisdiction/venue

Comes now one of the plaintiffs Michael B Helmholtz case 17-cv-02932 (Helmholtz pro-se)   in the above case and moves this court for its Order transferring his part of this case from The US District Court of Eastern Louisiana to the US District Court of Northern Florida and for cause, is as follows,

1. Whereas, the Court and the Defendant allowed plaintiffs of the B3 Bundle to fracture off and allow their cases to be heard separate, rather than part of a bundle.

2. Whereas, the Plaintiff's original harm by Defendants actions occurred on the Florida central coast Gulf waters and not in Louisiana Gulf waters

3. Whereas, Venue transfer statue 28 US Sect c1404 allows for the Court to offer change of venue

4. Whereas, the proximity of the Eastern Louisiana US district Court is far from the Plaintiffs residence, and these physical and financial challenges will make it near impossible for the Plaintiff to attend any of the Courts in person requests

The Plaintiff respectfully requests the Court allow a change of venue for reasons stated above.

Thank you for your time and consideration,

Michael Helmholtz (No 17-cv-02932 pro se) Dec 21,2020



U.S. POSTAGE PAID
U.S. POSTMASTER LETTER
LOOMIS, FL
GROVELAND, FL
DEC 22 20
AMOUNT
**$4.10**
R2304F11917518

JACKSONVIL
22 DEC 2020 PM
5818

7019 2280 0001 0147 5818

US District Court
Eastern District of Louisiana
500 Poydras ST
New Orleans LA 70130

Attention Judge Barbier
70130-331999

Helmholtz
250 NE 6607 St
Old Town FL 32680

