UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179<br>*<br>*SECTION J<br>*<br>*JUDGE BARBIER<br>*MAG. JUDGE CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*City of Treasure Island, Florida v.*
*BP Exploration & Production, Inc., et al*
*Civil Action Number 2:13-cv-05360-CJB-DPC*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come Ronnie G. Penton and Christa L. Collins, co-counsel for Plaintiff, CITY OF TREASURE ISLAND, FLORIDA, who do respectfully represent:

**I.**

That they are currently enrolled as co-counsel of record for Plaintiff, but for the reasons more specifically outlined in the attached Memorandum in Support of Motion to Withdraw as Counsel of Record, do now desire to withdraw as co-counsel of record.

WHEREFORE, Ronnie G. Penton and Christa L. Collins pray that they be allowed to withdraw as co-counsel of record for the Plaintiff, CITY OF TREASURE ISLAND, FLORIDA, all as more fully set forth in the attached Memorandum in Support of Motion to Withdraw as Counsel of Record.

1

Respectfully Submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:	985-732-5651
EMAIL:	fedcourtmail@thepentonlawfirm.com

/s/ Ronnie G. Penton
Ronnie G. Penton
Co-Counsel for Plaintiff
Louisiana Bar Roll Number 10462

COLLINS LAW PL
433 CENTRAL AVENUE
4TH FLOOR
ST. PETERSBURG, FLORIDA  33701
PHONE:	727-421-9589
EMAIL:	Christa@clcclassactionlaw.com

/s/ Christa L. Collins
Christa L. Collins
Co-Counsel for Plaintiff
Florida Bar Roll Number 381829

## CERTIFICATION

Mover hereby certifies that he has complied with Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16 by notifying the representative for the City of Treasure Island that he and Christa L. Collins' desire to withdraw as counsel of record on their behalf.

/s/Ronnie G. Penton
Ronnie G. Penton

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Withdraw as Counsel of Record* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179,

on this date.

  January 5, 2021.

            s/Ronnie G. Penton
            Ronnie G. Penton