UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179<br>*<br>*SECTION J<br>*<br>*JUDGE BARBIER<br>*MAG. JUDGE CURRAULT |

**THIS DOCUMENT RELATES TO:**
*City of Treasure Island, Florida v.*
*BP Exploration & Production, Inc., et al*
*Civil Action Number 2:13-cv-05360-CJB-DPC*

### MEMORANDUM IN SUPPORT OF
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**MAY IT PLEASE THE COURT:**

Ronnie G. Penton and Christa L. Collins are currently enrolled as co-counsel of record for Plaintiff, CITY OF TREASURE ISLAND, FLORIDA.

Pursuant to Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16, Movers have made contact with the representative for the City of Treasure Island advising that they should seek new counsel.

The only claims still pending on behalf of the City of Treasure Island, Florida are the punitive damage claims against the Halliburton and Transocean Defendants.

The withdrawal of Ronnie G. Penton and Christa L. Collins will not prejudice the Plaintiff, nor will it unduly delay these proceedings.

Therefore, Ronnie G. Penton and Christa L. Collins pray that they be allowed to withdraw as co-counsel of record for the Plaintiff, CITY OF TREASURE ISLAND, FLORIDA.

Respectfully Submitted,


THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:          985-732-5651
EMAIL:          fedcourtmail@thepentonlawfirm.com



/s/ Ronnie G. Penton
Ronnie G. Penton
Co-Counsel for Plaintiff
Louisiana Bar Roll Number 10462

COLLINS LAW PL
433 CENTRAL AVENUE
4TH FLOOR
ST. PETERSBURG, FLORIDA  33701
PHONE:          727-421-9589
EMAIL:          Christa@clcclassactionlaw.com



/s/ Christa L. Collins
Christa L. Collins
Co-Counsel for Plaintiff
Florida Bar Roll Number 381829