UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *MDL NO. 2179 * *SECTION J * *JUDGE BARBIER *MAG. JUDGE CURRAULT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*City of Treasure Island, Florida v.*
*BP Exploration & Production, Inc., et al*
*Civil Action Number 2:13-cv-05360-CJB-DPC*

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton and Christa L. Collins be and are hereby withdrawn as co-counsel of record for the Plaintiff, CITY OF TREASURE ISLAND, FLORIDA.

Signed in New Orleans, Louisiana, this the _____ day of January, 2021.

_____
J U D G E

1