UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 19-11614* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## **ORDER**

In accordance with the Notice of Voluntary Dismissal(s) with Prejudice filed by plaintiff Rufino's Painting & Construction, Inc. (Rec. Doc. 26829 in No. 10-md-2179),

IT IS ORDERED that all claims by Rufino's Painting & Construction, Inc. in member case no. 19-11614 are DISMISSED WITH PREJUDICE. The Clerk shall CLOSE member case no. 19-11614.

New Orleans, Louisiana, this 4th day of January, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 19-11614.**