# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 19-11614* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the Notice of Voluntary Dismissal with Prejudice by Rufino's Painting & Construction, Inc. (Rec. Docs. 26829, 26834);

IT IS ORDERED that Rufino's Painting & Construction, Inc.'s Motion to Lift Stay (Rec. Doc. 26109) is MOOT.

New Orleans, Louisiana, this 7th day of January, 2021.

_____
United States District Judge