UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 14-1026* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Angela Thibodeaux's case was dismissed on July 18, 2017 by the PTO 63 Compliance Order. (Rec. Doc. 23047), and it was formally closed by the Order [Directing the Clerk to Close Certain Cases Previously Dismissed for Noncompliance with PTO 60 and PTO 63] signed on September 6, 2018 (Rec. Doc. 24814). On November 21, 2018, Thibodeaux filed a "Rule 60(b)(1) and 60(b)(6) Motion for Relief from Order of Dismissal," which requested that her case be re-opened. (Rec. Doc. 25193). The Court denied that motion on March 15, 2019. (Rec. Doc. 25495).[1] One year and one day later, on March 16, 2020, Thibodeaux filed a second Rule 60 motion, this time requesting relief from the March 15, 2019 order and that her case be re-opened. (Rec. Doc. 26392). On April 30, 2020, Thibodeaux filed a third Rule 60 motion, which appears to be identical to her second motion. (Rec. Doc. 26461).

IT IS ORDERED that Angela Thibodeaux's second and third Rule 60 motions (Rec. Docs. 26392, 26461) are DENIED.

Furthermore, the Court notes that all three of Thibodeaux's motions were filed

---

[1] The March 15, 2019 order noted that Thibodeaux's motion had been marked deficient by the Clerk's office, but the Court considered the motion anyway. To be clear, the Court's denial was not due to the deficiency.

by the same attorney. If this attorney files another Rule 60 or similar type motion with this Court regarding this plaintiff, the Court will be inclined to impose sanctions on the attorney.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
United States District Judge