UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 10-2975* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

### ORDER

Wayne Ricky Elson Rudder (a/k/a Antolin Andrew Marks), the pro se plaintiff in the referenced member case, filed a motion entitled "Request that the Court Reconsider the Order and Ultimately Reissue the Order of Dismissal for Failure to Provide Notice to the Plaintiff." (Rec. Doc. 25990, hereinafter "the Motion"). The Court denies the Motion and notes:

1. As explained in the "Closure Order" of September 6, 2018 (Rec. Doc. 24814, which is also filed in the member case docket at Rec. Doc. 4), Rudder's case was dismissed with prejudice on July 14, 2016 for failing to comply with Pretrial Order No. 60 ("PTO 60").

2. PTO 60 contained an extensive notice provision, which the Court "deemed sufficient to satisfy notice requirements for all Claimants with 'B1' claims." (Rec. Doc. 16050 ¶ 11).

3. The Closure Order, which directed the Clerk to formally close Rudder's case, was mailed to the address the Court had on file for Rudder at the time. (*See* attached Exhibit).

4. Rudder filed the instant Motion on August 23, 2019, three years after his case was dismissed and nearly a year after the Closure Order issued.

Accordingly,

IT IS ORDERED that the Motion (Rec. Doc. 25990) is DENIED.

New Orleans, Louisiana, this 8th day of January, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy to Wayne Ricky Elson Rudder (a/k/a Antolin Andrew Marks).**

U.S. District Court - Eastern District of Louisiana

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 25 2018
WILLIAM W. BLEVINS
CLERK
```

----------------------------------------------

```
Antolin Andrew Marks
P.O. Box 7102
Covington, WA 98042
US
```

----------------------------------------------

```
Case: 2:10-cv-02975  #4
31 pages.
Mon Sep 10 10:01:28 2018
```

```
___Fee _____
___Process_____
 X_ Dktd _____
___CtRmDep_____
___Doc. No._____
```

EXHIBIT "A"

CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



NIXIE    980    4C 1         0109/18/18
      RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
      UNABLE TO FORWARD

BC: 70130
0127N261200-00651

