**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * | MDL 2179 <br><br> SECTION: J(2) |
| Applies to: <br> *No. 12-0067* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

<u>ORDER</u>

Before the Court is Hilliard Doucet's Motion to Modify/Correct Pursuant to Rule 60. (Rec. Doc. 26769).

As explained in the Court's Order of September 6, 2018 ("Closure Order"), Doucet's case, which asserts claims in the B3 pleading bundle, was dismissed on July 18, 2017 for failing to comply with Pretrial Order No. 63. (*See* Rec. Doc. 24814 at 4-5). Final judgment was deemed entered on December 15, 2017, at the latest. (*See id.* at 5-6). Doucet's case was formally closed on September 12, 2018, when the Clerk filed the Closure Order in the individual docket for his case. (No. 12-0067, Rec. Doc. 6). Hilliard filed the instant motion, which requests that his case be re-opened, on November 9, 2020—three years after his case was dismissed and two years after it was formally closed. The motion is incredibly untimely. It lacks merit as well.

IT IS ORDERED that the Hilliard Doucet's Motion to Modify/Correct Pursuant to Rule 60 (Rec. Doc. 26769) is DENIED.

New Orleans, Louisiana, this 8th day of January, 2021.

United States District Judge