## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig      MDL 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010      SECTION: J(2)

Applies to:      JUDGE BARBIER
*No. 17-9403 (Irvin v. Validata*
*Computer & Research Corp.)*      MAG. JUDGE CURRAULT

### N O T I C E
### [Dial-In Information for Status Conference]

The Court has scheduled a Status Conference for Wednesday, January 13, 2021 at 10:30 a.m.

This hearing will be conducted remotely via Zoom.  Only attorneys who will be speaking shall appear via Zoom (details below). All others, including the public, may listen to the proceedings by dialing **1-650-479-3207 (Access Code: 172 392 6917).** Be advised that this number is "listen only."

ADDITIONAL NOTES:

1. The Court has emailed the Zoom link to the attorneys of record in case 17-9403.

2. The fact that an attorney receives a Zoom link does not mean that that attorney must appear at the Zoom conference.  Again, **only attorneys who will speak at the conference may appear via Zoom.**  All others should use the dial-in number provided above.

3. Attorneys who will be speaking shall log onto Zoom fifteen minutes before the start time.

4. Attorneys participating via Zoom shall dress and conduct themselves

appropriately, as if they were physically present in the courtroom.

5. Recording these proceedings is prohibited.

New Orleans, Louisiana, this 12th day of January 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE