UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Coastal Land Development Group, LLC, | MAG. JUDGE CURRAULT |
| Plaintiff | |
| vs. | |
| BP P.L.C.; BP America, Inc.; BP Products North America, Inc.; BP America Production Company; and BP Exploration & Production, Inc., | |
| Defendants | |
| Docket Number | |
| 2:16-cv-05941-CJB-DPC | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd.,

-1-

Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name and docket number:

*Coastal Land Development Group, LLC v. BP p.l.c.* et al.

Case No. 2:16-cv-05941-CJB-DPC

Respectfully submitted this **11th** day of **January**, 2021.

                         Anthony G. Buzbee

                         */s/ Caroline Adams*
                         Anthony G. Buzbee
                         Caroline E. Adams
                         The Buzbee Law Firm
                         600 Travis, Suite 7300
                         Houston, TX 77002
                         Telephone: 713-223-5393
                         tbuzbee@txattorneys.com
                         cadams@txattorneys.com

                         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 12, 2021.

                         /s/ Caroline Adams
                         **CAROLINE E. ADAMS**