# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Spanish Bluffs Apartments Limited Partnership, | MAGISTRATE JUDGE WILKINSON |
| Plaintiff | |
| vs. | |
| BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC f/k/a Anadardo E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Co., Ltd., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., Airborne Support International, Inc., and Airborne Support Inc., | |
| Defendants | |
| Docket Number(s) | |
| 2:16-cv-05558-CJB-JCW | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release,

-1-

Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any).  Costs taxed as paid.

Case name(s) and docket number(s):

Spanish Bluffs Apartments Limited Partnership v. BP Exploration & Production Inc., et al.

Case No. 2:16-cv-05558-CJB-JCW

Respectfully submitted this 13th day of January 2021.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK, P.A.

By: /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile
kstewart@krupnicklaw.com
cray@krupnicklaw.com

*Counsel for Plaintiff*