UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 20 I 0 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Spanish Bluffs Apartments Limited Partnership, | MAGISTRATE JUDGE WILKINSON |
|     Plaintiff | |
| vs. | |
| BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Anadarko Petroleum Corporation, Anadarko E&P Onshore LLC f/k/a Anadardo E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsu i Oil Exploration Co., Ltd., Transocean Ltd., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., Airborne Support International, Inc., and Airborne Support Inc., | |
|     Defendants | |
| Docket Nurnber(s) | |
| 2:l 6-cv-05558-CJB-JCW _____/ | |

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE came on before the Court upon Plaintiff's Motion for Voluntary Dismissal with Prejudice as to the Claim of Plaintiff, Spanish Bluffs Apartments Limited Partnership, and the Court being advised in the premises, it is thereupon;

ORDERED AND ADJUSGED that Plaintiff's Motion for Voluntary Dismissal with Prejudice as to action 2:16-cv-05558-CJB-JCW is hereby granted and that this action is dismissed with prejudice except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any), with all parties to bear their own fees and costs.

DONE AND ORDERED this _____ day of _____, 2021, in Chambers, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE