

| NOTICE OF WITHDRAWN CLAIM<br>DATE OF NOTICE:  December 27, 2016 | | | |
|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** | | | |
| **Claimant Name** | Last/Name of Business<br>Validata Computer and Research Corporation | First | Middle |
| **Claimant ID** | 100219527 | **Claim ID** | 199514 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Cunningham Bounds, LLC | | |
| **II. EXPLANATION** | | | |
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  You submitted the claim identified in Section I but have decided to withdraw it.   This Notice confirms your withdrawal of this claim.  We have closed the claim as you requested and will not process it.  Your claim is now closed, and you cannot resubmit it with the Settlement Program because the deadline to submit Claim Forms expired on June 8, 2015.  We cannot accept any new Claim Forms after that deadline. | | | |
| **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** | | | |
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**.  If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. | | | |

EXHIBIT "A'