The Honorable Carl J. Barbier

United States District Cour Eastern District of Louisiana

MDL-2179 Oil Spill by Oil Rig "Deepwater Horizon"

500 Poydras Street, Room C-256

New Orleans, La 70130



RECEIVED
DEC 22 2020
Judge Carl J. Barbier
Section J

Dear Judge Carl J. Barbier

    I am filing a motion on behalf of my deceased husband Karl W Rhodes and myself Shelley Ardoin. The factual basis for this motion arises from the Law Firm of Richard R Kenney continuing to handle ongoing cases without my knowledge or consent to do so, through your court, United States District Court Eastern District of Louisiana, Honorable Carl J Barbier, 500 Poydras street, Room C-26 New Orleans La. 70130.

    The Law Firm of Richard R Kennedy no longer represents my deceased husband Karl W Rhodes. The Firms term ended at death. Mr. Rhodes was employed by Transocean in Houston Texas, and he was aboard the Deepwater Horizon Drilling Platform on April 20,2010 during the time of the Explosion. He was Blessed to have survive the Catastrophic Explosion, but unfortunately suffered serious mental and medical injuries following the

EXHIBIT "A"

explosion which later caused his death. Mr. Rhodes was diagnosed with Small Cell Lung Cancer in April of 2014 and passed away 7 months later.

On May 10, 2010 Mr. Karl W Rhodes and I employed the Law Firm of Richard R Kennedy, Personal Injury Maritime Law, 309 Polk St. Lafayette La. 70501. The law firm was given the responsibility of obtaining compensation on Mr. Rhodes behalf concerning the Deepwater Horizon Oil Rig explosion. Subsequently Richard R Kennedy and Richard Kennedy III have violated their code of Ethics as an attorney and is guilty of committing several acts of malpractice, misconduct, negligence, charging an excessive amount for legal fees, violating privacy laws, fraud, and countless amounts of criminal activity violating their duties as an attorney.

I am pleading with the Fifth District Court, Judge Carl Barbier, for aid in the matter of my family's safety, the mismanagement, misconduct, altered documentation, money misappropriation, failure to keep the descendent informed of all matters filed on Mr. Rhodes behalf concerning the descendent informed of all matters filed on his behalf concerning the settlements filed relating to MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon". My deceased husband Karl W Rhodes is no longer represented by The Law Firm of Richard R Kennedy.