UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 13-1476* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice by the plaintiff in the referenced member case. (Rec. Doc. 26855).

**IT IS ORDERED** that the Motion is GRANTED and all claims in Civil Action No. 13-1476, *Biloxi Gaming Partners I, LLC v. BP Expl. & Prod. Inc., et al.*, are **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The Clerk shall **CLOSE** this case.

This dismissal does not extend to any claim either plaintiff timely filed with the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements.[1]

New Orleans, Louisiana, this 14th day of January, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-1476**

---

[1] Plaintiffs' claims *in litigation*, however, are dismissed. (*See* Order of July 11, 2019 at p.2 ¶ 1, Rec. Doc. 25814 ("When the Court granted final approval of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements . . . , the Settlement Agreements . . . became the exclusive remedy for claims covered by those settlements; class members could no longer pursue *through litigation* claims for punitive damages against Halliburton or Transocean. (Rec. Doc. 22253 ¶¶ 10-15). The closure of [the plaintiffs'] lawsuit will not affect any of their claims in the Settlement Program—such claims will continue to be processed, determined, and paid (or not paid) by the Settlement Program pursuant to the terms of the Settlement Agreements.")).