IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * |
| This Document relates to: <br> *No. 12-970* | *  JUDGE BARBIER <br> * <br> *  MAGISTRATE JUDGE CURRAULT <br> * |

**BP'S RESPONSE TO DONOVAN OBJECTION TO PROPOSED ORDER REGARDING THE COURT SUPERVISED SETTLEMENT PROGRAM**

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully submit this response to the objection filed by Brian J. Donovan (Rec. Doc. 26838) to the Court's Proposed Order regarding the Court Supervised Settlement Program ("CSSP") [1]. (Rec. Doc. 26811, 26811-1). Mr. Donovan submits his objection on behalf of his unnamed business, himself, and alleged unnamed "parties who are not able to assert their rights because they have been denied access to the courts." (Rec. Doc. 26838). Mr. Donovan served his objection in case 2:19cv12014, his prior suit that was dismissed with prejudice. (Rec Doc. 26425). Similar complaints that Mr. Donovan filed on behalf of other entities have also been dismissed with prejudice. (Rec Doc. 26571).[2] No appeals of those dismissals were filed. Yet, with this most recent filing, Mr. Donovan has cut and paste allegations from his prior dismissed complaints, that put forth meritless claims for which he has no standing and which have no bearing on the Court's proposed Order. Mr. Donovan's objection should be overruled.

---

[1] Rec. Doc 26838 is the only objection filed on or before January 8, 2021.

[2] Mr. Donovan's most recent repetitive case was filed in Florida federal court, and Donovan's motion to vacate the JPML's conditional transfer order is now being briefed. *Donovan v. Barbier, et al.*, FLM/8:20-cv-02598.

***First***, there is no evidence that Mr. Donovan or his unnamed parties actually participated in the Economic Settlement at issue.  Indeed, in his prior actions, there was no evidence of any participation. As this Court found:

> Donovan contends that the Settlement was unfair and collusive. Yet he admits that his clients lacked standing to challenge the Settlement because they opted out and/or were excluded from the class because they signed a GCCF release. (Rec. Doc. 26331 at 10). As this Court has repeatedly explained, "Plaintiffs falling outside the settlement class are entirely unaffected by the Settlement, and thus lack standing to challenge it." See In Re: Oil Spill, 910 F. Supp. 2d at 941. Donovan does not argue that he himself had standing to object to the Settlement, but even if he did, the time for objections was in 2012… Any attack on the Settlement now (again, assuming Donovan has standing to make such an attack) is barred by waiver, estoppel, res judicata, and/or collateral estoppel.  (Rec. Doc. 26425 at 6)

Given the prior dismissals with prejudice, the Court's bases for those dismissals, and the lack of appeals by Mr. Donovan, it is unclear what standing Mr. Donovan now claims for his "objection," much less any valid claim for relief from the CSSP should it remain operating.

***Second,*** on its face, the objection has no bearing on the matter before the Court.  Indeed, only one paragraph of the 25 page filing purports to address the Court's proposed Order, and it simply repeats the same conclusory, unsubstantiated and counter-factual claims that have previously been dismissed with prejudice.  On page 24, Mr. Donovan asserts:

> Reason for the Honorable MDL 2179 Court not to enter the proposed order applies with particular force here, (a) where victims of the BP oil well blowout have not been "fully compensated;" (b) where the parties' use of our federal justice system as a sanctuary for the purpose of carrying out their own massive, nefarious scheme in the name of "judicially-efficient" multidistrict litigation is ongoing; and (c) where the potential harm to the public's perception of the judicial process is especially acute because of the large number of plaintiffs in MDL 2179.

These "reasons" have neither merit nor any bearing on the issue before the Court.  They are also made by a plaintiff who wholly ignores both the prior dismissals of these baseless claims, and the record, and instead persists in making repetitive filings that require responses.

2

For these reasons and the reasons set forth in the Court's prior Orders dismissing Mr. Donovan's claims, BP submits that Mr. Donovan's objection is not well taken and should be overruled, and the proposed Order regarding the Court Supervised Settlement Program and the Economic and Property Damages Settlement Agreement should be entered.

January 15, 2021                                    Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar # 16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Response to Allstar Pipe Services, Inc.'s Sur-Reply to the Court's Show Cause Order** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of January, 2021.

                                                  */s/ R. Keith Jarrett*