UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Jamie Gaspard, | MAGISTRATE JUDGE WILKINSON |
|           Plaintiff, | |
| vs. | |
| BP America Production Company; BP Exploration & Production Inc.; BP p.l.c.; BP Products North America Inc.; BP America Inc.; Transocean, Ltd.; Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc., | |
|           Defendants. | |
| Docket Number | |
| 13-cv-04437 | |

## MOTION FOR VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below-listed Plaintiff(s), each by and through the undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and attached to the proposed order below, and hereby moves for voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short- form joinders listed below, and withdrawal from any class (whether putative or

-1-

certified), except that this dismissal does not extend to claims by Plaintiff(s) for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case name(s) and docket number(s):

Jamie Gaspard v. BP America Production Company, et al.

Case No. 13-cv-04437

Respectfully submitted this **15th** day of **January**, 2021.

**HMS LAW FIRM**

*/s/ Preston L. Hayes*
Preston L. Hayes (#29898)
HMS LAW FIRM
3850 N. Causeway Blvd.,
Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
E-Mail: plh@hmsfirm.com

*Counsel for Plaintiff Jamie Gaspard*