TENDERED FOR FILING
JAN 11 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED
JAN 11 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CAROL L. MICHEL
CLERK

1 OF 2

10-MD-2179
2(2)

letter concerning,

I'm writeing another letter to maybe help what Happen to my maritime case. I'm a class member in class Action lawsuits, with special Rights, Alot of Issuce you don't Have opt out on, Maybe that what Happen. I Have opt out papers you sent along with Document 22295-5, 22297-1, the opt out Document is 22390-1, on Page two of three, It clearly Saids word for word

It is ordered that any claimant who has received a notice from the settlement program that his, her or its claim is subject to a "Moratoria Hold" and that claim has not been resolved by March 25 2017, Shall have the option to exclude "opt out" that claim from the settlement Progam and proceed in litigation.

I never receive a notice

Also I quailfly, never Sign Fishing Subsistance Send yall Document 22295-5, 22297-1, Signed Case 2:10-md-02179-CJB-JCW

Mr. Raymond Merchant
606 N.E. 7th St.
Summerdale, AL 36580-3602

Might Have to put brake on this case I don't Know.

Maybe → Also let it be known, Just only property owner and commercial Fishing quailfy

not so, retain Fishing license over the year, Keeping boat license over the years I can even produce Sell ticket of My Fish at FishHouse Receational Fisherman, Had Commerial at time.

So what are yall going to Do About this now it going into Appellant court 5th circut

there About to tranFred everything to 5th circut, and yall Havn't acted on case, of maritine, Medical Injury

I Hope this Help with what Happen
My Side is Still in Bounds

Raymond Merchant

Civil case No 15-CV-04290 No 2179
Sure is Funny, they chase me Down with Hound Dog to Sign Fishing subsister, send Sign Maritine, nothing

Raymond Melchant
606 NE 7th Street
Summerdale, Al
36580

MOBILE AL 366
7 JAN 2021 PM 2 L



United States District court
Eastern District of louisiana
500 Poydras Street
Room 20
New orleans louisiana 70130

7013 0-3073 64