UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179    SECT. J(2) |
| VERSUS | MAGISTRATE CURRAULT |
| Applies to: No. 12-0067 | JUDGE BARBIER |

**Notice of Intent to Appeal**

NOW INTO COURT comes HILLIARD DOUCET, through undersigned counsel who files this Notice of Intent to Appeal pursuant to Rule 4 of the Appellate Rules of Procedure the Order of this Honorable Court denying Hilliard Doucet's Motion to Modify/Correct Pursuant to Rule 60 (Rec. Doc. 26769) dated January 8, 2021 (Rec. Doc. 26843).

Hilliard Doucet also requests a transcription of any and all hearings in this matter and that the Record be prepared and filed with the Appellate Court.

Respectfully Submitted,

/s *Andre P. LaPlace*

Andre P. LaPlace
2762 Continental Drive
Suite 103
Baton Rouge, LA 70808

A copy of this Notice of Intent has been filed in the Record and served upon all parties and counsel of record through the CMF/EC electronic filing of this Honorable Court on this 20th day of January, 2021.

1