UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179   SECT. J(2) |
| VERSUS | MAGISTRATE CURRAULT |
| Applies to: No. 12-0067 | JUDGE BARBIER |

ORDER

Considering the Notice of Intent to Appeal filed by Hilliard Doucet,

IT IS HEREBY ORDERED that the transcript of any and all hearings be prepared and filed in the Record of this matter.

IT IS ORDERED that after all transcripts prepared the Record of this matter be filed with the United States Fifth Circuit Clerk of Court in preparation for appellate review and for filing an appeal.

_____
JUDGE

Signed this _____ day of _____,2021.

2