UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| | MAG. JUDGE PHILLIPS CURRAULT |

| | |
|---|---|
| Pensacola Stevedore Co., Inc. and William Matthew Pate | Case No.: 2:20-cv-0092 |
| vs. | SECTION: J |
| BP Exploration & Production Inc., BP America Production Company, Peter J. Snyder, the Law Offices of Peter J. Snyder, P.A., Henry Sienema aka Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC dba Claim Strategies, Case Strategies Group, LLC, IT Strategies Group, Inc. | JUDGE BARBIER |
| | MAG. JUDGE PHILLIPS CURRAULT |

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Pensacola Stevedore Co., Inc. and William Matthew Pate ("Plaintiffs"), who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully move for voluntary dismissal with prejudice of all their claims and this lawsuit, as Plaintiffs and BP Exploration & Production Inc., BP America Production Company, Peter J. Snyder, the Law Offices of Peter J. Snyder, P.A., Henry Sienema aka Hendrik Sienema, Craig Sienema, Claims Strategies Group, LLC dba Claim Strategies, Case Strategies Group, LLC, IT Strategies Group, Inc. have agreed to settle their dispute. Therefore,

Plaintiffs respectfully request that the Court enter an order dismissing this case with prejudice, each party to bear its own costs.

Dated: January 21, 2021

          Respectfully submitted,

          */s/ H. Minor Pipes, III*
          H. Minor Pipes, III, 24603
          Kelsey L. Meeks, 33107
          **PIPES | MILES | BECKMAN,** LLC
          1100 Poydras Street, Suite 1800
          New Orleans, Louisiana 70163
          Telephone: (504) 322-7070
          Facsimile: (504) 322-7520
          Email: mpipes@pipesmiles.com
                    kmeeks@pipesmiles.com

          *Attorneys for Plaintiffs, Pensacola Stevedore Co., Inc. and William Matthew Pate*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of January, 2021.

          */s/ H. Minor Pipes, III*
          H. Minor Pipes, III