UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179   SECT. J(2) |
| VERSUS | MAGISTRATE CURRAULT |
| Applies to: No. 12-0067 | JUDGE BARBIER |

## Notice of Intent to Appeal

NOW INTO COURT comes HILLIARD DOUCET, through undersigned counsel who files this Notice of Intent to Appeal pursuant to Rule 4 of the Appellate Rules of Procedure the Order of this Honorable Court denying Hilliard Doucet's Motion to Modify/Correct Pursuant to Rule 60 (Rec. Doc. 26769) dated January 8, 2021 (Rec. Doc. 26843).

Hilliard Doucet also requests a transcription of any and all hearings in this matter and that the Record be prepared and filed with the Appellate Court.

Respectfully Submitted,

/s *Andre P. LaPlace*

Andre P. LaPlace
2762 Continental Drive
Suite 103
Baton Rouge, LA 70808

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Intent to Appeal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of January, 2021.

/s Andre P. LaPlace