UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 20-0092* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice by the plaintiffs in the referenced member case. (Rec. Doc. 26868).

**IT IS ORDERED** that the Motion is GRANTED and all claims in Civil Action No. 20-0092, *Pensacola Stevedore Co., Inc. and William Matthew Pate v. BP Expl. & Prod. Inc., et al.*, are **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The Clerk shall **CLOSE** this case.

New Orleans, Louisiana, this 21st day of January, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 20-0092**