# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30689
_____

In re: Deepwater Horizon

Albert B. Moore, III; A'Donna Richardson; Rashawn White; Yen Do; Ellasha Galloway, for the minor child B.S.; Frances Roberts; George Pickett; Scott Porter,

*Plaintiffs—Appellants*,

*versus*

BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C.; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Offshore Deepwater Drilling, Incorporated; Halliburton Energy Services, Incorporated,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:17-CV-3344
USDC No. 2:17-CV-3407
USDC No. 2:17-CV-3571
USDC No. 2:17-CV-3623
USDC No. 2:17-CV-3903
USDC No. 2:17-CV-4482
USDC No. 2:17-CV-4513

USDC No. 2:17-CV-4566

_____

ORDER:

    IT IS ORDERED that appellees' unopposed motion of BP Exploration & Production, Incorporated, BP America Production Company and BP, P.L.C. to view and obtain sealed documents is GRANTED.

*/s/ Edith H. Jones*
EDITH H. JONES
*United States Circuit Judge*