# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30689    Moore v. BP Expl & Prod
                USDC No. 2:10-MD-2179
                USDC No. 2:17-CV-3344
                USDC No. 2:17-CV-3407
                USDC No. 2:17-CV-3571
                USDC No. 2:17-CV-3623
                USDC No. 2:17-CV-3903
                USDC No. 2:17-CV-4482
                USDC No. 2:17-CV-4513
                USDC No. 2:17-CV-4566
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Blane H. Crutchfield
Mr. Paul Allen Dominick
Mr. George W. Hicks Jr.
Ms. Carol L. Michel
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid
Mr. Robert Alan York