UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>Nos. 12-970, 15-4143, 15-4146, 15-4654 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlements]

**Re:   Town of Grand Isle**
**Claim No. 42A\*\*\*\*\*\*\*, Transaction Nos. 19 - 62**

The Town of Grand Isle appeals the Claims Administrator's denial of its 44 Coastal Real Property claims in the Halliburton and Transocean Settlements.[1] Claimant has submitted additional supporting documentation that was not previously provided to the Claims Administrator and which may change the outcome of its claim.

IT IS ORDERED that the Town of Grand Isle's claims are REMANDED to the Claims Administrator so it may consider the additional evidence provided in the Court Review Request.

New Orleans, Louisiana, this 25th day of January, 2021.

_____
United States District Judge

---

[1] *See* Settlements § 8(e) (Rec. Docs. 14644, 153221); *see also* Order of 6/01/20 (Rec. Doc. 26512).