UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlements]

**Re:   William Welch, Claim No. 7F9\*\*\*\*\*\*\*, Transaction Nos. 6, 7, 8
Hawkins-Cobb, Inc., Claim No. D3B\*\*\*\*\*\*\*, Transaction Nos. 7, 8**

Claimants William Welch and Hawkins-Cobb, Inc. appeal from the Claims Administrator's eligibility determinations regarding their Wetlands Real Property claims in the Halliburton and Transocean Settlements.[1] The Court has reviewed the record supplied by the Claims Administrator.

The Claims Administrator determined that each Claimant owned a 30% interest in the subject parcels and used this amount to calculate their awards. Claimants contend that they each owned 50% of the subject parcels; therefore, their award amounts should be increased accordingly. It appears Claimants' position may be supported by evidence provided to the Claims Administrator after it ruled on Claimants' administrative appeal. The Court will remand these claims so the Claims Administrator may consider this evidence.

Claimants also assert that the Claims Administrator awarded different

---

[1] *See* Settlements § 8(e) (Rec. Docs. 14644, 153221); *see also* Order of 6/01/20 (Rec. Doc. 26512).

amounts to the Claimants, even though their claims are identical. Claimants appear to be mistaken. Using Transaction No. 7 as an example (which concerns parcel 68-04-19-0-000-001.000), the Claims Administrator initially determined that Hawkins-Cobb was eligible for an amount that was greater than the amount awarded to Welch, but the Claims Administrator subsequently issued an amended determination that was the same amount as Welch's. Claimants' Request for Court Review, however, uses the amount from the original determination.

Accordingly,

IT IS ORDERED that William Welch's and Hawkins-Cobb, Inc.'s claims are REMANDED to the Claims Administrator to review the additional evidence pertaining to ownership interests and make any necessary adjustments to the award calculations.

New Orleans, Louisiana, this 25th day of January, 2021.

_____
United States District Judge