AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Raymond J Merchant
_____
Plaintiff/Petitioner

v.

BP, D.W.H.C.Center
_____
Defendant/Respondent

) 10 MD 2179 J (2)
)
) Civil Action No. 15-CV-4290
)
)

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

TENDERED FOR FILING
JAN 22 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: totaly unemployed as of 6,20,20, boss David P Wilson is now General Contractor, I'm on my own with Covid 19 in the air, wanting to find another Job. 512 w Shriver St Summedale AL 36580

My gross pay or wages are: $ $21 HR , and my take-home pay or wages are: $ $200 to $800 per
(specify pay period) weekly, stop at 6,20,20

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

   (a) Business, profession, or other self-employment      ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends               ☑ Yes   ☐ No
   (c) Pension, annuity, or life insurance payments        ☐ Yes   ☑ No
   (d) Disability, or worker's compensation payments       ☐ Yes   ☑ No
   (e) Gifts, or inheritances                              ☐ Yes   ☑ No
   (f) Any other sources                                   ☐ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

(B) CD's Interest deposited in checking Account, $2,616.69 every 19 months or $169.79 a month

(F) unemployement Dept Labor 270.00 → until July 2021
              PPD          247.00 → 2 month promise

1/4/21  XX TaxeIP2 IRS Treas 310 → 600.00
I Hard to find Job with Covid 19

I Have to hold on to my money for Job search. I can pay yall anytime you demand with CD's

4. Amount of money that I have in cash or in a checking or savings account: $ 5,000.00, Must Maintain $25,000.00 for CD

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):
2007 Ranger $5000.00  2001 Ranger $2000.00  1997 Ranger XLT $4000.00
272.5 x 250 lot with House, State Appraised $125,300.00 (2018)
boat $5,000.00, motorcyle $2000.00, lawn movers $1500.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):
House insurance $1000.00 6 month, trying to re just charging to much, Alfa truck insurance $750.00 all three motorcyle too.
utilities up to 200.00 month, Garbage $96.00 6 months
Just get finish paying South Baldwin Hospital $6000.00 Emergency for heat beating me up, High blood pressure, try to Itary in turn pipe, Spanish Metry

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:




8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):
I buy my own Food $1000.00 month "cash"
Doctors $200.00 who knows, what Future Hold
Dentist $1200.00 caps, 6 months ago, who knows what next
upkeep on House, Fixed blow out screen $200, Generator $750.00
American Garage, Month ago 500.00 to fix Springs, Ph 943-7222

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/16/21

_Ray J Merchant_
Applicant's signature

_Raymond J Merchant_
Printed name

Clerk of court

Dear, Ms. Carol L. Michel

enclosed find, what you senth and Application to Proceed in District court without PrePaying Fees or costs Filk out.

10 md 2179 J(2)
CV15-4290 J(2)
Merchant V. BP. D.HCC

TENDERED FOR FILING

JAN 22 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Raymond J Merchant

Raymond J Merchant
606 NE 7th Street
Summerdale, Al 36580

Ph 1-251-989-2897

PS. Also found 3 Attemt at law Firm, One File, bail when they come out with caps 2012: Guess focus on larger claims. boss Drop too!
for case 20-30791 APPeals

10 md 2179 J (2)

CV 15-4290 J (2)

Merchant v. BP, DHCC.

Forma Pauperis Application
 for
Case No. 20-30791
 In Appeal
 Court

TENDERED FOR FILING

JAN 22 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES POSTAGE
$ 001.60
JAN 06 2021
02 1P
0000874799
MAILED FROM ZIP CODE 70130



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

7020 2450 0002 0697 3076

**FROM:**
Raymond S Merchant
606 NE 7th Street
Summerdale, Al 36580

**TO:**
Clerk U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA
70130

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



