BEN-11
REV. (10/2017)
NOMO-0305





156275166

ALABAMA DEPARTMENT OF LABOR
UNEMPLOYMENT COMPENSATION DIVISION

STATE OF ALABAMA

KAY IVEY • GOVERNOR
FITZGERALD WASHINGTON • SECRETARY

## Notice of Determination

RAYMOND J MERCHANT
606 NE 7TH ST
SUMMERDALE, AL 36580-3602

Mailed Date: 08/04/2020

**You have been disqualified or determined *ineligible* for benefits as determined below.**

| Determination Details |||| 
|---|---|---|---|
| Issue: | Qualifying Requirements | Issue ID: | 857910898 |
| Section of Law: | 25-4-77(a)(6) | Claimant ID: | 1125620 |
| Effective Date: | 07/19/2020 | Claim Date: | 7/19/2020 |
| End date: | Indefinite | Program: | Regular UI |
| *Status:* | **Denied** | Claims Inquiry Line: | 1 (800) 361-4524 |

Although you may have received a notice of potential monetary eligibility for benefits on the most recent claim you filed, the law requires work in insured employment and earnings of at least 8 times the weekly benefit amount to be eligible on a second benefit year. You have not worked in insured employment and earned wages for such work equal to at least 8 times the weekly benefit amount established on your prior benefit year effective 7/19/2020.

However, if you have a balance of funds remaining on an extended benefits account during an extended benefits period, you may be eligible to continue receiving the extended benefits. If you are still unemployed, continue to file a weekly certification.

*On "unemployment", saids disqualify but after 4 month addressing the issue of successive and by luck got appeal phone number, they said they made a erro, and paid on spot*

Page 1 of 2

649 Monroe Street • Montgomery, AL 36131 • labor.alabama.gov

*Equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. Dial 711 for TTY accessibility.*



**DRIVER LICENSE**

# ALABAMA

NO. **5597105**    CLASS **DMV**
D.O.B. ███-1959    EXP **10-15-2023**
**RAYMOND JOSEPH**
**MERCHANT**
606 NE 7TH ST
SUMMERDALE AL 36580-3602
ENDORSEMENTS    ·REST
ISS **10-16-2019**    SEX M    HT 5-██   EYES GRN
   WT 180   HAIR BRO

Secretary Hal Taylor
Secretary of Law Enforcement

under oath | Gulf Coast Claim
File Oct 10, 2010

Gulf Coast Claim:
- Oct 29, 2010 denied
- Dec 7, 2010 denied
- Jan 24, 2011 denied
- July 30, 2011 denied
- Oct 28, 2011 denied
- Jan 13, 2012 denied

Grand Fatherd amount $32,000.00 "Figured" Have proof with boss signature, Had Job, Still no pay Government Shut them Down

Law Firm:
File Suite with "craven" law frim, Oct 10, 2011
Motion court to withdraw, Dec 27, 2012 (caps)
claim one, follow Jellie bean, bread crumb, different Rooms
Beasley Allen, asked, Kile

Deepwater Horizon CC:
2013 Deepwater Horizon Claim Center open
After Extensive research 20 Hr of back in Forth, 2, 90 Days, No laps in pay, they would pay 3,833.10 September 16 2013, No Deal!
4,458.20 June 3, 2014 No Deal! trying to Get Grand Fatherd $32,000.00, That was Figured 2010, Staying in system, 4 time back n Forth

Mobile, Everthing move to Federal court. June 8, 2015. Apparteuly It's going to take the Action of a Federal Judge, "I prove Everything" But they didn't Honor what they said. I didn't take the $5000.00 No question Asked. There offer was less than the $5000.00 It was $4,458.20. So I need a Federal Judge to Rule.

$32,000.00

Have sum amount other employees on File, 2010 Ph-numbers

Pain and Suffering. Interest, could be more cause they didn't Honor what they said.

In there claiming system, If they would Have said tax paying Job, this would Have never Happen.

Raymond J Merchant

(Possibly Exempt from Appeal too! Grand Fatherd)

Raymond J Merchant
606 NE 7th Street
Summerdale, Al 36580
Ph 1-251-989-2897