District court clerk

Case NO. 20-30791
Deepwater Horizon
USDC No 2:10 MD 2179
USDC No 2:15CV4291

Dec 23, 2020   $505.00

Appellant wishes to Proceed Appeal in Forma Pauperis Prescribed in Rule 24(A) 1.

Also

Request that the Appeal be heard on original record without reproducing any Part. USDC NO 2:15-CV-4290

I have a Few paper, I'm Sure the Judge before, overlook in this case. I will Persent, concerning the Matter at Hand.

Documental Facts

and

Judicial laws

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 30 2020
CAROL L. MICHEL
CLERK

TENDERED FOR FILING
DEC 30 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
DEC 30 2020
FIFTH CIRCUIT

Fifth Circuit
Office of the Clerk

Raymond J Merchant
606 NE 7th Street
Summerdale Al, 36580

Case No. 20-30791
Deepwater Horizon
USDC No 2:10-MD-2179
USDC No 2:15-CV-4292

Appellant is Filing a complaint on the Grounds the Judge before, Didn't consider there was only a Small window to deal with Payment amount in a claiming System, and when is, a Job, not a Job, Is a Job. Everybody on my Job got Paid in 2010. I had a Job too, But waiting to be call back on Hold, But still Had Job, Somthing Feinberg didn't put into account in the claiming Program They can paint it with camouflage, paint it the way you want it, "But the paint coming off Folks." I been drag in the oily Sand and tar Mat for 10 years about this.

Seeking $32,000.00, The IRS May Figure Interest from 2010

with pain and Suffering trying to hang on.

I Have Spent 100's of Hours with this, Havn't miss one Deadline. Gulf coast claims, Deep Water Horizon, 5 years with Federal court Jumping all Hurdle.

Keep this Filing Paper with the Ruling Judge

So that He's a ware of the facts, Grand Fatherd right of due process, Had Job will be used in case

iy boat
epair
vas added
n there
ismissed
etter
they
ent

P.S. boat repair cost me 800.00, boat set up 6 month kick out of fishing Hole, drain carberator drie into brown particle, "How was I to know" They no pay, B.P. but I could Have Appeal with $100.00 up north, was Deal. also Reason didn't take Fishing Susistence money was you couldo't File a Maritine claim, If qualify which I do, I'm a class member with special Right!!
I have a maritine claim with Federal civil court I told them they overlook, It in My Documents I told them 2 week ago, Havn't Heard back yet.

PRESS FIRMLY TO SEAL

POSTAL SERVICE®

PRIORITY MAIL®

CERTIFIED MAIL

7020 2450 0002 0697 2966

U.S. POSTAGE PAID
PM 2-Day
SUMMERDALE, AL
36580
DEC 23, 20
AMOUNT
$14.15
R2305K131411-19

1004
70130

FROM:
Raymond J Merchant
606 NE 7th Street
Summerdale, Al
36580

TO:
United States Court of Appeals
Fifth Circuit
Office of the clerk
F Edward Herbert Building
600 S Maestri Place
New Orleans, Louisiana

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited International insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.



This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments... use may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

Case No. 20-30791
Deepwater Horizon
USDC NO 2:10 MD 2179
USDC NO 2:15CV4290

Dec 23, 2020        $505.00

Appellant wishes to Proceed Appeal in Forma Pauperis Prescribed in Rule 24(A)1:

Also

Request that the Appeal be heard on original record without reproducing any Part. USDC NO 2:15-CV-4290

I have a Few Paper, I'm Sure the Judge before overlook in this case. I will Persent, concerning the Matter at Hand.

Documental Facts

and

Judicial laws

U.S. COURT OF APPEALS
RECEIVED
DEC 30 2020
FIFTH CIRCUIT

with pain and Suffering trying to hang on.

I Have Spent 100's of Hours with this, Havn't miss one Deadline, Gulf Coast Claims, Deep Water Horizon, 5 years with Federal court Jumping all Hurdle.

Keep this Filing Paper with the Ruling Judge

So that He's aware of the facts, Grand Fatherd right of due process, Had Job will be Used in case

My boat repair was added in there dismissal letter they Sent

P.S. boat repair cost Mr 800.00, boat sit up 6 month Kick out of fishing Hole, drain carberator drie into brown particle, "How was I to Know" They no pay, B.P. but I could Have Appeal with $100.00 up north was Deal also Reason didn't take Fishing Susistence money was you couldn't File a Maritine claim, If qualify which I do, I'm a class Member with special Right! I have a maritine claim with Federal civil court I told them they overlook, It in My Documents I told them 2 week ago, Havn't Heard back yet.

Dec 732.028  United States Court of Appeals
Fifth Circuit
Office of the Clerk

| | |
|---|---|
| Raymond J Merchant | Case No. 20-30791 |
| 606 NE 7th Street | Deepwater Horizon |
| Summerdale AL, 36580 | USDC No 2:10-MD-2179 |
| | USDC NO 2:15.CV.4290 |

Appellant is Filing a Complaint on the Grounds the Judge before, Didn't consider there was only a small window to deal with Payment amount in a claiming System. and when is a Job, not a Job, Is a Job. Everybody on my Job got Paid in 2010. I had a Job too, But waiting to be call back. on Hold, But Still Had Job, Somthing Feinberg didn't put into account in the claiming Program They can paint it with camouflage, paint it the way you want it, "But the paint coming off Folks". I been drag in the oily Sand and tar Mat for 10 years about this.

Seeking $32,000.00, The IRS may figure Interest from 2010

TRANSCRIPT ORDER FORM (DKT-13) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court _____ District Court Docket No. _____
Short Case Title _____
**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court __12,23,20__ Court of Appeals No. __20-30791__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made. instructions on page 2.)
**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☑ Transcript is already on file in the Clerk's Office
**OR**
Check all of the following that apply, include date of the proceeding. At civil court, Judge trial, no Jury Requested This case

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire
☑ Opening Statement of Plaintiff __Had Job__ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing
Other proceedings not listed above:

U.S. COURT OF APPEALS RECEIVED DEC 30 2020 FIFTH CIRCUIT

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | Had Job, when Claim was made, BP US RJM 2010, Can't See the Forest cause of the tree | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.
**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds; ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☑ U.S. Government Funds
☑ Other __Pro Se, Forma Pauperis, Prescribed in Rule 24 (A' 1:__

Signature __Raymond J Merchant__ Date Transcript Ordered _____
Print Name __Raymond J Merchant__ Phone __1-251-989-2897__
Counsel for __Pro Se__
Address __606 NE 7th Street Summerdale, Al 36580__
Email of Attorney: __Do not Have Computer "Amish" no cell, land line, Mail Box only__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____







Case No. 20-30791

In re: Deepwater Horizon
USDC No. 2:10-MD 2179
USDC No. 2:15-CV-4290

Raymond J Merchant,
     Plaintiff

V

BP Deepwater Horizon
Claim Center
     Defendant

---

Clerk of court

Filing motion with district court requesting transcript at government expense

notify the court
Please
12,23,20



U.S. COURT OF APPEALS
RECEIVED
DEC 30 2020
FIFTH CIRCUIT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 30, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 20-30791   Merchant v. BP Deepwater Horizon Claim Ctr
                USDC No. 2:10-MD-2179
                USDC No. 2:15-CV-4290

Dear Ms. Michel,

Enclosed please find pro se's motion for leave to proceed in forma pauperis which was sent to this court. Please notify us when you have acted on the motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
    Mr. Raymond J. Merchant