UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlements]

**Re:  City of St. Petersburg
Claim No. 180\*\*\*\*\*\*\*, Transaction Nos. 29, 130, 132, 135, 139, 142, 143, 148, 153, 159, 161, 170, 216, 219, 223, 225, 257, 258, 277, 280, 281, 282, 283, 284, 293, 297, 302, 303, 309, 310**

The City of St. Petersburg appeals the denial of 30 Coastal Real Property claims in the Halliburton and Transocean Settlements.[1]

The Claims Administrator's Appeal Determination Notices explain that these claims were denied because the subject parcels are outside the Coastal Real Property compensation zone as detailed in the New Class Distribution Model (*see* Rec. Doc. 18797) and there was not sufficient specific evidence to warrant a departure from the Distribution Model's geographic definitions. Claimant argues each parcel is within the "Gulf Coast Areas" as defined in the Settlements and each parcel is adjacent to and contiguous with the Gulf of Mexico. Claimant also relies on a University of South Florida study that the Claims Administrator has found to establish eligibility for parcels located near the subject parcels.

---

[1] *See* Settlements § 8(e) (Rec. Docs. 14644, 153221); Order of 6/01/20 (Rec. Doc. 26512).

The Court has reviewed Claimant's Court Review Requests, as well as the rest of the record supplied by the Claims Administrator. Much of the analysis by Magistrate Judge Wilkinson (ret.) in his December 5, 2018 decision applies here. (*See* Rec. Doc. 25204). The Court notes that these parcels are many miles outside the Coastal Real Property zone. Moreover, while nearby parcels were determined eligible for compensation, those parcels were located on or in Tampa Bay, Boca Ciega Bay, etc. The parcels at issue, by contrast, are separated from these water bodies by roads, other parcels, etc. A few of the parcels are located on an inland, freshwater lake or pond.

Accordingly,

IT IS ORDERED that the Claims Administrator's decisions are AFFIRMED, and the City of St. Petersburg's claims referenced at the top of this opinion shall remain DENIED.

New Orleans, Louisiana, this 26th day of January, 2021.

_____
United States District Judge