UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | **Judge Barbier**<br><br>**Magistrate Judge**<br>**Donna Phillips Currault** |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR | | | | |
|---|---|---|---|---|
| STATUS REPORT NO. | 21 | DATE | FEBRUARY 1, 2021 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**    **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** <br><br> **SECTION "J"** |
| **This Document Relates To:** <br> *No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier** <br><br> **Magistrate Judge Donna Phillips Currault** |

**STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS'**
**OLD AND NEW CLASS CLAIMS ADMINISTRATOR**
**STATUS REPORT NO. 21 FOR FEBRUARY 1, 2021**

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

    **I.**      **STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS**

    **A. Overview**

**Old and New Classes**

A limited population of claimants with active payment holds are in the final stages of outreach for final resolution across the three distribution tracks for the Old Class, New Class Distribution A, and New Class Distribution B. Postcards to potential new addresses for those claimants with uncashed or undeliverable distribution checks yielded a substantial number of verified address changes and reissue requests that have been fulfilled. The final outstanding group of claims require resolution of the remaining Court Review requests, which the Court is making steady progress in reviewing.

### B. Distribution Processing

**COVID-19 Impact**

At this point Epiq has made adjustments such that COVID-19 and the associated state and local mandates do not hamper the efficient handling of calls, emails, and other correspondence. Certain processes were amended to include sending emails in addition to hard copy mailed notices or making follow up phone calls to ensure businesses/law firms/trustees were still receiving timely notice of any issues requiring resolution.

**Outstanding Old and New Class Distributions**

The activities of the Settlements Program have started to wind down with the last significant push to clear complex payment hold issues and contact claimants to update addresses and reissue checks being nearly complete. Efforts related to the three unique distribution tracks were combined for efficiency purposes and continue include the following:

1. Working through payment deficiencies for the last 323 claimants with active issues outstanding related to third-party claims/liens, bankruptcy follow up, or decedent/dissolved businesses; and

2. Updates to addresses and processing reissue requests for uncashed and undeliverable checks.

After forwarding the final group of Court Review Requests, a total of 86 claims were in queue for review by the Court as of November 5, 2020. The Court has resolved 83 records since that time and is in the process of reviewing the remaining three. As orders are entered, the Claims Administrator prepared and mails the necessary Court Review Request Determination Notices and, for those claims that are eligible, will issue distribution awards as soon as practicable.

The Old and New Class distribution payments will continue for the near term, but the Claims Administrator is looking to wrap up outreach on the complex payment hold claims and complete escheatment in the last half of 2021.

**2020 IRS Forms 1099**

Consistent with the Court's distribution Orders to date, the Claims Administrator has caused IRS Forms 1099 to be sent to all claimants that were issued payments equal to or exceeding the IRS reporting threshold for reportable claim types during calendar year 2020. All Forms 1099 for claimants

were issued on January 28, 2021, and the attorney Forms 1099 will be issued by the February 15, 2021, IRS-imposed deadline.

## II. CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

      /s/ Patrick A. Juneau
PATRICK A. JUNEAU
OLD & NEW CLASS CLAIMS ADMINISTRATOR