# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| **Applies to: 12-cv-968: BELO** | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE CURRAULT** |

**Relates to:**

| 20-cv-02806 | 20-cv-02862 | 20-cv-02863 | |
|---|---|---|---|

## THE BP PARTIES' FEBRUARY 1, 2021 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on counsel for all plaintiffs whose cases are listed in this Status Report on January 25, 2021. This report includes plaintiffs whose initial disclosures were due through January 25, 2021, and reflects the status of initial disclosures received as of 7 PM Eastern time on January 31, 2021.

This Status Report contains one case in which plaintiff provided no disclosures, and two cases in which plaintiffs provided deficient or incomplete disclosures. Pursuant to the First Amended CMO No. 2, the BP Parties on February 11, 2021 will submit a Status Report listing plaintiffs who failed to provide full and complete disclosures after having been ordered to do so

by February 4, 2021, pursuant to the Court's January 5, 2021, Order (Rec. Doc. 26837) (i.e., "Category II" plaintiffs).

The BP Parties have not received initial disclosures from Mr. Yonel Saintelus, who was previously represented by the Downs Law Group ("Downs") and had his initial disclosures due on October 12, 2020. *Saintelus v. BP Expl. & Prod., Inc.*, No. 2:20-cv-01992 (E.D. La.). This Court has subsequently granted Downs's motion to withdraw, ECF No. 12, and extended Mr. Saintelus's initial disclosures deadline to February 9, 2021, ECF No. 14.

**Summary Chart**

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Downs Law Group | 3 | 1 | 2 |
| Total | 3 | 1 | 2 |

**I.     Category I**

   **A.     Plaintiff With Missing Initial Disclosures**

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following case in which plaintiff has provided no initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 1. | 20-cv-02806 | Dufour, Richard Allen, Jr. | Downs Law Group |

   **B.     Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of First Amended CMO No. 2, the BP Parties have identified the following cases in which plaintiffs have provided deficient or incomplete initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 20-cv-02862 | Drake, John | Downs Law Group | Failure to provide wet ink signatures and/or initials; signatures copied and pasted; initials typed. Missing dated authorization for release of |

2

3

|   | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** | **Deficiency** |
|---|---|---|---|---|
|   |   |   |   | records from the Deepwater Horizon Claims Administrator. |
| 2. | 20-cv-02863 | Smith, Michael | Downs Law Group | Authorization form(s) missing, incomplete, and/or undated. |

February 1, 2021                                             Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of February 2021.  This pleading also has been served on counsel for all plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                               */s/ Scott C. Seiler*
                                               Scott C. Seiler