UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to:<br>12-cv-968: BELO<br>AND<br>20-cv-02806; 20-cv-02862; 20-cv-02863 | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiffs in three (3) BELO cases[1] have failed to provide initial disclosures or have provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 26569 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED** that, no later than **MARCH 6, 2021**, plaintiffs Richard Allen Dufour, Jr., John Drake and Michael Smith must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which Richard Allen Dufour, Jr., John Drake and Michael Smith must submit a venue filing is extended to no later than **APRIL 5, 2021**.

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 20-02806; 20-02862; 20-02863.

New Orleans, Louisiana, this 2nd day of February, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**