IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br><br> HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: ALL CASES | * * | MAGISTRATE JUDGE CURRAULT |

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO BE RELIEVED FROM REMAINING EVIDENCE PRESERVATION OBLIGATIONS**

Halliburton Energy Services, Inc. and Halliburton Company (collectively "HESI") respectfully request that the Court enter an order relieving HESI from any preservation obligations relating to remaining physical items, documents, electronic files, and evidence ("Remaining Items") relating to the *Deepwater Horizon* Litigation. Because preserving and storing the Remaining Items is burdensome and expensive, HESI requests an Order permitting HESI to initiate disposal and/or destruction of all items relating to the *Deepwater Horizon* Litigation including, but not limited to, the Remaining Items in a manner that may be determined by HESI.

Prior to this Motion, HESI agreed to maintain two categories of documents/evidence: first, the documents and data that were Bates numbered and produced to the parties by HESI in MDL No. 2179 ("HESI's MDL Production"); and second, the Cement Evidence previously maintained by Captain Englebert at Michoud, but released to HESI by Court Order dated June 6, 2016 (ECF 18693). A list of the Cement Evidence is attached hereto as Exhibit A.

HESI has incurred and continues to incur costs related to its storage of the Cement Evidence. Given the current state of these MDL proceedings, in which the Court is finalizing

1

applicable settlement administrations and continuing to process remaining individual claims, given that HESI believes that HESI's MDL Production is maintained in a Plaintiff database, and given the 10+ year window that has passed since the Incident, HESI requests that the Court release HESI from any further retention and preservation obligations relating to any items related to the *Deepwater Horizon* litigation including, but not limited to, the Remaining Items (the Cement Evidence and HESI's MDL Production), and allow HESI to destroy or dispose of these items.

WHEREFORE, HESI respectfully requests entry of an Order by this Honorable Court relieving HESI of any and all obligations to further preserve or retain any items related to the *Deepwater Horizon* litigation including, but not limited to, the Remaining Items (the Cement Evidence and HESI's MDL Production) and allowing HESI to initiate disposal and/or destruction of these items in a manner that may be determined by HESI.

Respectfully submitted,

**REED SMITH LLP**

*/s/ R. Alan York*
R. Alan York
Texas State Bar No. 22167500
ayork@reedsmith.com
811 Main Street, Suite 1700
Houston, Texas 77002-6110
713-469-3800
713-469-3899 (fax)

**ATTORNEYS FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to be Relieved from Remaining Evidence Preservation Obligations by HESI will be served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 2nd day of February, 2021.

/s/ R. Alan York