IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br><br> HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: ALL CASES | * * | MAGISTRATE JUDGE CURRAULT |

### ORDER RELIEVING HALLIBURTON ENERGY SERVICES, INC. FROM REMAINING EVIDENCE PRESERVATION OBLIGATIONS

This Court has reviewed Halliburton Energy Services, Inc.'s Motion to be Relieved From Remaining Evidence Preservation Obligations, and finds that the Motion is meritorious. Therefore, it is

ORDERED that Halliburton Energy Services, Inc. and Halliburton Company are relieved of any and all obligations to further preserve or retain any items related to the *Deepwater Horizon* litigation including, but not limited to, the Remaining Items (defined in the Motion as the Cement Evidence and HESI's MDL Production). It is, further,

ORDERED that Halliburton Energy Services, Inc. and Halliburton Company are allowed to initiate disposal and/or destruction of these items in a manner they may determine.

Signed this _____ day of _____, 2021.

_____
Honorable Carl J. Barbier