UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIAINA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | § § § § | MDL 2179 SECTION J<br><br>Sub case No.<br>2:13-cv-01658-CJB-JCW |
| This Document Relates to | § § | JUDGE BARBIER |
| Allstar Pipe Services, Inc. | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKENSON |

**ALLSTAR PIPE SERVICES, INC.'S MOTION FOR RECONSIDERATION AND TO VACATE THE COURT'S JANUARY 7, 2021 ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 59, Allstar Pipe Services, Inc. ("Allstar Pipe") files this Motion for Reconsideration and to Vacate the Court's January 7, 2021 Order of Dismissal ("Order"). Allstar Pipe has met all of the requirements of the Court's Show Cause Order. Because the Court has determined that Allstar Pipe's NAICS Code is 532412, the Federal District Court for the Eastern District of Louisiana is the proper forum for Allstar Pipe to litigate its claims. Therefore, Allstar Pipe respectfully moves to have the Court reconsider and set aside its Order, and to allow Allstar Pipe to proceed with its lawsuit in the Eastern District of Louisiana.

Respectfully submitted,

**JASON J. JOY & ASSOCIATES, PLLC**

/s/ Jason J. Joy
By: _____
*Electronically Signed*
Jason J. Joy
TX Bar No. 24058932
Colin G. Wood
TX Bar No. 24082535
909 Texas St., Suite 1801
Houston, TX 77002
jason@jasonjoylaw.com
colin@jasonjoylaw.com
Phone: (713) 221-6500
Facsimile No.: (713) 221-1717
Counsel on behalf of Plaintiff,
Allstar Pipe Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Reconsideration and Rehearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of February, 2021.

*/s/ Jason J. Joy*

_____

Jason J. Joy
*Electronically Signed*

2