UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIAINA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | § § § § | MDL 2179 SECTION J<br><br>Sub case No.<br>2:13-cv-01658-CJB-JCW |
| This Document Relates to | § § | JUDGE BARBIER |
| Allstar Pipe Services, Inc. | § § | |
| v. | § § | |
| BP Production & Production Inc., et al. | § | MAG. JUDGE WILKENSON |

**[PROPOSED] ORDER**

The Court has considered Allstar Pipe Services, Inc.'s ("Allstar Pipe") Motion for Reconsideration and to Vacate the January 7, 2021 Order of Dismissal. The Court has decided to GRANT the Motion.

It is hereby ORDERED that Allstar Pipe's Motion for Reconsideration and to Vacate the January 7, 2021 Order of Dismissal be and is GRANTED. It is further ORDERED that Allstar Pipe has satisfied the mandates of the Court's Show Cause Order, and that Allstar Pipe shall be permitted to proceed with its litigation claims in this Court.

SIGNED on this ____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE