UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 13-1658* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is Allstar Pipe Services, Inc.'s Motion for Reconsideration and to Vacate the Court's January 7, 2021 Order of Dismissal. (Rec. Doc. 26892).

IT IS ORDERED that any response to this motion shall be filed by <u>Thursday, February 11, 2021</u>, and shall not exceed 5 pages.

New Orleans, Louisiana, this 3rd day of February, 2021.

_____
United States District Judge