UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

**CLAIMS APPEAL DETERMINATION AND REASONS**
[Halliburton and Transocean Settlements]

**Re:   Claude Perry Enterprises, LLC**
**Claim No. 862\*\*\*\*\*\*\*, Transaction No. 1**

Claude Perry Enterprises, LLC ("CPE") appeals the determination of its Coastal Real Property claim in the Halliburton and Transocean Settlements.[1]

**I.**

CPE filed claims for three parcels: 00-2S-22-0701-000M-0010, 00-2S-22-0630-0000-07D0, and 00-2S-22-0630-0000-07D1. For ease of reference, the Court will refer to each parcel by its last four digits. The Settlement Program categorized parcel 0010 as "Claim Line 1," parcel 07D0 as "Claim Line 5," and parcel 07D1 as "Claim Line 3."

**Parcel 07D0 (Claim Line 5):** In April 2018, the Settlement Program denied this claim because the parcel was outside a compensable zone. CPE did not appeal this determination, and the time for doing so has long passed.

**Parcel 07D1 (Claim Line 3):** In July 2019, the Settlement Program issued a determination notice that found parcel 07D1 (Claim Line 3) eligible for an award.

---

[1] *See* Settlements § 8(e) (Rec. Docs. 14644, 153221); Order of 6/01/20 (Rec. Doc. 26512).

CPE did not appeal this determination, and the time for doing so has long passed.

**Parcel 0010 (Claim Line 1):** Things become somewhat convoluted with this parcel. In September 2018, CPE submitted a Claims Reconciliation Appeal Form that states parcel 0010 (Claim Line 1) belongs to another claimant. CPE further stated that "The correct parcel # is . . . 07D0." Of course, CPE had already filed a claim for 07D0 (Claim Line 5), which the Settlement Program had denied.

In June 2019, the Settlement Program denied the claim for parcel 0010 (Claim Line 1) because—consistent with CPE's statement in the Claims Reconciliation Appeal Form—CPE did not own the property. On June 18, 2019, CPE's attorney emailed a response to the Settlement Program attached to which was the September 2018 Claims Reconciliation Appeal Form. In other words, CPE appears to have argued that the Program should consider parcel 07D0, not parcel 0010, as Claim Line 1. Again, CPE apparently failed to realize that the Settlement Program had already determined that parcel 07D0 was ineligible.

The Settlement Program treated CPE's attorney's email as an appeal to the Claims Administrator. In August 2019, the Claims Administrator issued an Appeal Determination Notice. The Notice contains a box for "Claim Identifying Information." "Parcel ID: . . . 0010" and "Claim Line: 1" are typed in this box. The substance of the notice states, in pertinent:

> Appeal Denied. Determination Stands.
>
> This property lies outside of the Coastal Real Property compensation zone . . . . Furthermore, this updated parcel ID was previously reviewed as Claim Line 5 and determined to be outside of the Coastal Real Property zone.

2

Given the context, it seems the Notice was referring to parcel 07D0 when it said "[t]his property" lies outside of the compensation zone, even though the "Claim Identifying Information" box references parcel 0010.

CPE subsequently submitted a Court Review Request that is nearly identical to its response to/appeal from the June 2019 determination, except in one respect. Whereas CPE previously argued that the "correct" parcel for Claim Line 1 was 07D*0*, it now asserts that the "correct" parcel is 07D*1*.[2] Of course, the Settlement Program already determined that 07D1 is eligible for an award.

To summarize, CPE concedes that parcel 0010 is owned by another claimant. CPE does not appear to contest the Settlement Program's determination that parcel 07D*0* is outside the compensation zone, but to the extent it does, that argument is untimely and waived as it did not appeal the Settlement Program's April 2018 determination. Finally, CPE's argument that the Settlement Program should have considered parcel 07D*1* is moot in light of the fact that the Program found that parcel eligible in July 2019. Therefore, the Court affirms the Appeal Determination Notice dated August 30, 2019.

## II.

Three exhibits are attached to this Order. Exhibit "A" is the Claims Reconciliation Appeal Form that the Settlement Program received from CPE's attorney on September 21, 2018. Exhibit "B" is the Claims Reconciliation Appeal

---

[2] *Compare* Appeal Form (i.e., email dated June 18, 2019 with attachments) at pp.7, 9, 14 (indicating the "correct" parcel is 07D0) *with* Court Review Request at 11 (indicating the "correct" parcel is 07D1).

3

Form that CPE's attorney submitted as an attachment to its June 18, 2019 email to the Settlement Program (i.e., CPE's "appeal" from the Settlement Program's June 2019 determination notice). Exhibit "C" is the Claims Reconciliation Appeal Form that was submitted with CPE's Court Review Request.[3]

Exhibit B appears to be a photocopy of Exhibit A, which is what one would expect given that the June 18, 2019 email describes the attachment as the Claims Reconciliation Appeal Form submitted in September 2018. CPE's attorney also describes Exhibit C as the Claims Reconciliation Appeal Form from September 2018.[4] One would expect, then, that Exhibit C would be identical to Exhibits A and B. It is not. The last digit of the parcel number written at the bottom of Exhibit C p.1 is a "1," whereas the corresponding digit in Exhibits A and B is "0." As a result, Exhibit C references an entirely different parcel (07D1) than Exhibits A and B (07D0). Aside from this difference, Exhibit C appears to be a photocopy of A.

It appears that Exhibit C is not what CPE's attorney represents it to be. More to the point, it appears that CPE's attorney submitted an altered version of the September 2018 Claims Reconciliation Appeal Form with the Court Review Request. CPE's attorney has not explained how this occurred.

---

[3] The Claims Reconciliation Appeal Form is two pages long. However, CPE's Court Review Request is somewhat disorganized such that there are several pages between page 1 and page 2 of the Claims Reconciliation Appeal Form. The Court has omitted the intervening pages so that Exhibit C consists solely of the Claims Reconciliation Appeal Form's two pages.
[4] *See* Letter dated Feb. 5, 2019, included with CPE's Court Review Request.

### III.

IT IS ORDERED that the Settlement Program is AFFIRMED. CPE's claims respecting parcel 0010 (Claim Line 1) and parcel 07D0 (Claim Line 5) remain denied. CPE's claim respecting parcel 07D1 (Claim Line 3) remains eligible.

IT IS FURTHER ORDERED that CPE's counsel, Jesse S. Fulton and the law firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock, shall each file a written response explaining why an altered version of the September 2018 Claims Reconciliation Appeal Form was submitted with CPE's Court Review Request. The responses shall be filed in the MDL 2179 master docket, 10-md-2179, by no later than Wednesday, February 17, 2021.

The Settlement Program shall immediately send a copy of this Order to Jesse S. Fulton and the law firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock.

New Orleans, Louisiana, this 3rd day of February, 2021.

_____
United States District Judge



## HESI/Transocean Punitive Damages & Assigned Claims Settlements
### CLAIMS RECONCILIATION APPEAL FORM
### DEADLINE TO SUBMIT FORM: SEPTEMBER 20, 2018

### I. CLAIMANT AND CLAIM INFORMATION

**Name:** Claude Perry dba Claude Perry Enterprises

**Claims Reconciliation Reference Number:** 232442

**HESI/Transocean New Class Claimant Number:** 8629A845D8

**Address:**
- Street: 732 HARBOR BLVD.
- City: DESTIN
- State: FL
- Zip Code: 32541

**Law Firm:** Krupnick Campbell Malone et al

**Representative:**

### BASIS OF APPEAL

☐ Not all of my New Class-relevant claims are listed on the Claims Appendix.

**REMINDER**: Not all DHEPDS claims are relevant; **please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types** - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim information for further consideration:

Claim ID: _____ Claim Type: _____

Additional Identifying Information: _____

☐ **My final DHEPDS Eligibility Notice for the claim below indicates a different base Compensation than the value included in the Claims Appendix.** You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____ Claim Type: _____

☒ Other: The claim identifying information related to this specific claim is incorrect. The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000A-0010, but this is incorrect. The correct parcel # is: 00-2S-22-0630-0000-07D0.

**EXHIBIT A**



Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); include your name and taxpayer ID or claim number on all attachments:

The parcel # that was recorded as belonging to the claimant, sub claim identifier 1, belongs to a related claimant, Perry Family Properties.

### SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Signature

Name (Printed or Typed): Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises LLC.

Title (If Business Claimant only)

Date: 9/19/18

| HESI/Transocean Punitive Damages & Assigned Claims Settlements |
|---|
| **CLAIMS RECONCILIATION APPEAL FORM** |
| **DEADLINE TO SUBMIT FORM: SEPTEMBER 20, 2018** |
| **I. CLAIMANT AND CLAIM INFORMATION** |

| Name: | Claude Perry dba Claude Perry Enterprises |
|---|---|
| Claims Reconciliation Reference Number: | 232442 |
| HESI/Transocean New Class Claimant Number: | 8629A845D8 |
| Address: | Street: 732 Harbor Blvd. |
| | City: Destin   State: FL   Zip Code: 32541 |
| Law Firm: | Krupnick Campbell Malone et al |
| Representative: | |

**BASIS OF APPEAL**

☐ Not all of my New Class-relevant claims are listed on the Claims Appendix.

**REMINDER**: Not all DHEPDS claims are relevant; **please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types** - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim information for further consideration:

Claim ID: _____  Claim Type: _____

Additional Identifying Information: _____

☐ My final DHEPDS Eligibility Notice for the claim below indicates a different base Compensation than the value included in the Claims Appendix. You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____  Claim Type: _____

☒ Other: The claim identifying information related to this specific claim is incorrect. The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000A-0010, but this is incorrect.

The correct parcel # is: 00-2S-22-0630-0000-07D0.

REC-1  
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM

1

EXHIBIT B

Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); include your name and taxpayer ID or claim number on all attachments:

The parcel # that was recorded as belonging to the claimant, Subclaim identifier 1, belongs to a related claimant, Perry Family Properties.

**SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

_____  
Signature

Name (Printed or Typed): Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises LLC.

Date: 9/19/18

Title (If Business Claimant only): _____

8629A845D8

COPY

**HESI/Transocean Punitive Damages & Assigned Claims Settlements**
**CLAIMS RECONCILIATION APPEAL FORM**
**DEADLINE TO SUBMIT FORM: SEPTEMBER 20, 2018**

**I. CLAIMANT AND CLAIM INFORMATION**

Name: Claude Perry dba Claude Perry Enterprises
Claims Reconciliation Reference Number: 232442
HESI/Transocean New Class Claimant Number: 8629A845D8
Address: Street: 732 Harbor Blvd.
City: Destin   State: FL   Zip Code: 32541
Law Firm: Krupnick Campbell Malone et al
Representative:

**BASIS OF APPEAL**

☐ Not all of my New Class-relevant claims are listed on the Claims Appendix.

REMINDER: Not all DHEPDS claims are relevant; please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and Identifying Information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim Information for further consideration:

Claim ID: _____ Claim Type: _____

Additional Identifying Information: _____

☐ My final DHEPDS Eligibility Notice for the claim below indicates a different base Compensation than the value included in the Claims Appendix. You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____ Claim Type: _____

☒ Other: The claim identifying information related to this specific claim is incorrect. The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000A-0010, but this is incorrect.

The correct parcel # is: 00-2S-22-0630-0000-07D1

REC-1
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM
1

EXHIBIT C

8629A84508

 

Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); include your name and taxpayer ID or claim number on all attachments:

The parcel # that was recorded as belonging to the claimant, Subclaim identifier 1, belongs to a related claimant, Perry Family Properties.

**SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Signature

Name (Printed or Typed): Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises LLC.

Date: 9/19/18

Title (If Business Claimant only):

REC-1
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM

2