# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30034
_____

Hillard Doucet,

                      *Plaintiff—Appellant*,

versus

Danos and Curole Staffing, L.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

                      *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-67

_____

ORDER:

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should

be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

                LYLE W. CAYCE, CLERK
                United States Court of Appeals
                  for the Fifth Circuit
                <u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 01, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30034   Doucet v. Danos and Curole
                  USDC No. 2:10-MD-2179
                  USDC No. 2:12-CV-67

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Harold J. Flanagan
Mr. George W. Hicks Jr.
Mr. Andre P. LaPlace I
Ms. Carol L. Michel
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid