# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2021
Lyle W. Cayce
Clerk

No. 20-30300

In re: Deepwater Horizon,

Bradley Shivers; Mark Mead; Scott Russell,

*Plaintiffs—Appellants*,

*versus*

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America, Incorporated; BP Products North America, Incorporated; Triton Asset Leasing GMBH; Transocean Holdings, L.L.C.; Transocean Offshore Deepwater Drilling, Incorporated; Transocean Deepwater, Incorporated; Transocean, Limited; Halliburton Energy Services, Incorporated; Cameron International Corporation, *formerly known as* Cooper Cameron Corporation; Anadarko Petroleum Corporation,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:10-CV-3261

_____

Before Haynes, Higginson, and Oldham, *Circuit Judges*.

Certified as a true copy and issued
as the mandate on Feb 02, 2021
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Case: 20-30300      Document: 00515728719      Page: 2      Date Filed: 02/02/2021

20-30300

# J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.