# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 02, 2021

Ms. Carol L. Michel  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 20-30300   Shivers v. BP  
                            USDC No. 2:10-MD-2179  
                            USDC No. 2:10-CV-3261

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Allison G. Lopez, Deputy Clerk  
                                        504-310-7702

cc:   Mr. Bruce Wayne Bowman Jr.  
      Mr. Blane H. Crutchfield  
      Mr. James Joseph Dragna  
      Mr. Albert Danner Frazer Jr.  
      Mr. George W. Hicks Jr.  
      Mr. James Andrew Langan  
      Mr. Aaron Lloyd Nielson  
      Mr. Devin Chase Reid  
      Mr. William Sutton  
      Mr. Robert Alan York