UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*All Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Halliburton's Motion to Be Relieved from Remaining Evidence Preservations Obligations, which requests that Halliburton be relieved of preserving remaining physical items, documents, electronic files, and evidence relating to this MDL. (Rec. Doc. 26891).

IT IS ORDERED that any party that opposes Halliburton's motion (Rec. Doc. 26891) shall file an opposition by no later than <u>Wednesday, February 24, 2021</u>.

New Orleans, Louisiana, this 3rd day of February, 2021.

_____
United States District Judge