UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA THIBODAUX, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, CAROLINE NICOLE THIBODAUX AND TY JOSEPH THIBODAUX AND ON BEHALF OF THE ESTATE OF GLENN CLARENCE THIBODAUX | CIVIL ACTION NO: 2:14-CV-01026<br><br>MDL 2179<br><br>JUDGE: CARL J. BARBIER |
| VERSUS | MAG. JUDGE CURRAULT |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., BP, P.L.C., BP AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Angela Thibodaux, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on January 8, 2021[1] denying the Plaintiff's Second and Third Rule 60(b)(1) and 60(b)(6) Motions for Relief from Order of Dismissal.

Respectfully Submitted:

**SMITH LAW FIRM**

*/s/ J. Arthur Smith, III*_____
J. ARTHUR SMITH, III (#07730)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
*Counsel for Plaintiff, Angela Thibodaux*

---

[1] R.Doc. 26841

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing was this day electronically filed with the Clerk of Court for the Eastern District of Louisiana, and that a copy of same has been served upon all counsel of record and interested parties via the Court's File & ServeXpress service.

Baton Rouge, Louisiana this 8th day of February, 2021.

                                 */s/ J. Arthur Smith, III*
                                 J. Arthur Smith, III