## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *Robert Evans v. BP Expl. & Prod. Inc., et al.*, Case No. 16-cv-3966 | * * | MAGISTRATE JUDGE CURRAULT |

## BP'S MOTION TO DISMISS PLAINTIFF ROBERT EVANS'S COMPLAINT FOR FAILURE TO STATE A CLAIM

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") move pursuant to Pretrial Order No. 69 (MDL No. 2179, Rec. Doc. 26709) and Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint (Case No. 16-cv-3966, Rec. Doc. 1) of Plaintiff Robert Evans for failure to state a claim upon which relief can be granted.[1]

---

[1] Plaintiff names "BP Pipe Line Company" as a defendant as well. There is no such entity and therefore BP Pipe Line Company does not respond to the complaint in either case No. 16-cv-3966 or MDL No. 2179 because it is a non-existent entity and therefore has not been served. To the extent Plaintiff attempted to name "BP p.l.c." as a defendant, BP p.l.c. does not respond to the complaint in either case No. 16-cv-3966 or MDL No. 2179 because it has not been served.

February 9, 2021                              Respectfully submitted,

                                              */s/ R. Keith Jarrett*
                                              R. Keith Jarrett (Bar #16984)
                                              Devin C. Reid (Bar #32645)
                                              **LISKOW & LEWIS**
                                              One Shell Square
                                              701 Poydras Street, Suite 5000
                                              New Orleans, Louisiana 70139-5099
                                              Telephone: (504) 581-7979
                                              Fax No. (504) 556-4108

                                              Matthew T. Regan, P.C.
                                              (matthew.regan@kirkland.com)
                                              Kristopher S. Ritter
                                              (kristopher.ritter@kirkland.com)
                                              **KIRKLAND & ELLIS LLP**
                                              300 North LaSalle
                                              Chicago, IL 60654
                                              Telephone:  (312) 862-2000

                                              Christopher W. Keegan
                                              (chris.keegan@kirkland.com)
                                              Ashley Littlefield
                                              (ashley.littlefield@kirkland.com)
                                              Anna Terteryan
                                              (anna.terteryan@kirkland.com)
                                              **KIRKLAND & ELLIS LLP**
                                              555 California Street
                                              San Francisco, CA 94104
                                              Telephone: (415) 439-1400

                                              *Attorneys for BP America Production Company
                                              and BP Exploration & Production Inc.*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Motion to Dismiss Plaintiff Robert Evans's Complaint for Failure to State a Claim** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of February, 2021.

*/s/ R. Keith Jarrett*
R. Keith Jarrett