UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-3966, Robert Evans v. BP Expl. & Prod. Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

BP has filed a Motion to Dismiss *pro se* plaintiff Robert Evans's complaint for failure to state a claim. (Rec. Doc. 26902).

It is unclear from the certificate of service whether BP has served Evans with a copy of its motion. If it has not already done so, BP shall immediately mail or email a copy of its motion to Robert Evans.

Furthermore,

**IT IS ORDERED** that Robert Evans shall file a written opposition (not to exceed 25 pages, double-spaced) to BP's motion (Rec. Doc. 26902) by no later than Thursday, March 11, 2021. If Evans does not file an opposition by this deadline, the Court will consider the motion to be unopposed. If Evans files a timely opposition, BP may file a reply (not to exceed 10 pages, double-spaced) by no later than Thursday, March 18, 2021.

New Orleans, Louisiana, this 9th day of February, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Robert Evans, No. 16-3966.**