UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 15-4290* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Raymond Merchant's Motion to Appeal *in forma pauperis* ("IFP"). (Rec. Doc. 26877).[1]

Merchant states he has been unemployed since June 2020. He currently receives $270.00 per week (or $1,080 per month) in federal unemployment benefits.[2] Merchant also states that he currently has $5,000 in savings and a $25,000 certificate of deposit. Merchant also owns a house (appraised at $125,300), three Ford pickup trucks (estimated total value: $11,000), a boat (estimated value: $5,000), a motorcycle (estimated value: $2,000), and a lawn mower (estimated value: $1,500.00).[3] He lists no dependents. His expenses appear to be around $1,500 per month.[4]

A party does not need to be completely destitute in order to proceed IFP. *Adkins*

---

[1] The Court dismissed Merchant's case on November 24, 2020. (Rec. Doc. 26790). He filed a notice of appeal on Dec. 4, 2020. (Rec. Doc. 26808).
[2] Merchant may also receive another $247.00/week in state unemployment benefits, but this is not entirely clear from his application.
[3] The estimated values/appraisal are amounts Merchant stated in his motion to appeal IFP.
[4] Merchant lists the following recurring expenses:
    home insurance        $167/month
    vehicle insurance     $125/month
    utilities                  $200/month
    food                     $1000/month.
He mentions other expenses, but these appear to be past expenses.

*v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 339 (1948). The question is whether paying the filing fee would require the plaintiff to sacrifice the necessities of life. *See Dunn v. Yeager*, No. 16-cv-0707, 2016 WL 4005431, at *2 (W.D. La. June 16, 2016) (Mag. Rep. & Rec.); *see also Perez v. Pacheo*, No. 16-cv-00937, 2016 WL 10827463, at *1 (E.D. Tex. Dec. 12, 2016) (IFP status "is allowed only when plaintiff cannot give such costs and remain able to provide for himself and his dependents."). The Court finds that Merchant could pay the $505 fee to take an appeal without having to sacrifice a necessity of life. *Cf. Buckhaulter v. Bank of Am. Corp.*, No. 14-cv-545, 2014 WL 4370619 (S.D. Miss. Aug. 29, 2014) (denying IFP status where plaintiffs' monthly income was $3600, monthly expenses were $3846, owned two vehicles (valued at $40,000 and $3000) and had $400 in liquid assets). For example, if Merchant sold just one of his three trucks, or his motorcycle, or his boat, he would have more than enough to pay the fee.

Accordingly,

**IT IS ORDERED** that Merchant's Motion to Appeal IFP (Rec. Doc. 26877) is **DENIED**.

New Orleans, Louisianan, this 9th day of February, 2021.

_____
United States District Judge

**Note to Clerk:**
**(1) Mail a copy of this Order to Raymond Merchant.**
**(2) Send a copy to Fifth Circuit (re: 5th Cir. Dkt. 20-30791).** *See* **Fed. R. App. P. 24(a)(4)(A).**