UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 17-2932* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Michael Helmholtz is a *pro se* plaintiff in the B3 bundle. Helmholtz's lawsuit was originally filed in the Eastern District of Louisiana; therefore, his case would typically remain in this district following deconsolidation from the MDL. Helmholtz filed a motion requesting that his case be transferred to the Northern District of Florida after it is severed from the MDL. (Rec. Doc. 26831). Helmholtz states that he resides in Florida and was injured there.

IT IS ORDERED that, if BP opposes Helmholtz's motion (Rec. Doc. 26831), BP shall file an opposition by <u>Friday, February 12, 2021</u>. If BP does not file an opposition by this date, the Court will assume BP consents to the motion.

New Orleans, Louisiana, this 9th day of February, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy of this Order to Michael Helmholtz, No. 17-2932.**