UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | *<br>*<br>*<br>* | **MDL No. 2179**<br>**SECTION: J**<br>**JUDGE BARBIER** |
| **This Document Relates to:** | *<br>* | **MAG. JUDGE CURRAULT** |
| *No. 16-cv-05277, John DeSilva, Individually, and as Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod. Inc., et al.* | *<br>*<br>*<br>* | |

### BP'S CONSENT MOTION TO STAY PTO 69 DISCOVERY AND MOTION DEADLINES AS TO PLAINTIFF JOHN DESILVA, INDIVIDUALLY, AND AS SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully file this Consent Motion to Stay PTO 69 Discovery and Motion Deadlines as to the above-captioned action. BP requests that the Court enter the proposed order attached hereto as Exhibit A suspending the discovery and motion deadlines contained in the Court's Pretrial Order No. 69 ("PTO 69") in the above-referenced case, *John DeSilva, Individually, and as Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* (Case No. 16-cv-05277) (the "Action"), until after the Court's ruling on BP's forthcoming motion addressing the threshold legal issue of Plaintiff's ability to prosecute the Action as discussed with the Court at the September 9, 2020 status conference.

### BACKGROUND

On September 9, 2020, this Court held a status conference to address how to proceed with the remaining claims in the B1 bundle. At that status conference, the Parties discussed with the Court the issue of whether the Plaintiff John DeSilva continues to own The Bird of Paradise, LLC's

("the LLC") claim against BP.  (*See* Exhibit B, Transcript of Status Conference Proceedings, 25:17-29:22, Sept. 9, 2020 ("Transcript").)  Specifically, the Parties discussed with the Court whether Mr. DeSilva—who has been pursuing this claim on behalf of the LLC—retained the LLC's claim against BP when he sold the business in 2017.  (*See* Transcript at 26:16-17, 26:22-23, 28:21-25.)  The Parties agreed that ownership of the claim is a threshold legal issue (Tr. at 25:22-25, 27:13-28:1), and discussed whether the issue was purely legal or whether very limited discovery on the issue was appropriate (Tr. at 25:22-25, 29:4-13).  Following the September 9, 2020 status conference, this Court entered PTO 69, setting forth a discovery and briefing schedule for nine remaining B1 plaintiffs, including Mr. DeSilva's claim on behalf of The Bird of Paradise, LLC.  (Rec. Doc. 26709 at Exhibit 2.)

Since the September 2020 conference, counsel for BP and counsel for Plaintiff have been unable to resolve this threshold legal issue through discovery or meet-and-confer conferences. Counsel for BP has conferred with counsel for Plaintiff, and BP and Plaintiff agree that, rather than continue with further discovery, BP will file a dispositive motion on the threshold legal issue so that it may be adjudicated by the Court.  BP and Plaintiff have agreed to stay the PTO 69 deadlines as to the Action until after the Court rules on this issue.  BP intends to file its dispositive motion on this issue within the next two weeks.

## ARGUMENT

The Parties request that the Court suspend PTO 69 discovery and motion deadlines in the Action pending briefing and a ruling on BP's forthcoming motion resolving the threshold legal issue of claim ownership.  Under Supreme Court, Fifth Circuit, and Eastern District of Louisiana precedent, courts have the inherent authority to control their dockets, which includes the power to stay proceedings: "the power to stay proceedings is incidental to the power inherent in every court

2

to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 255-56 (1936); *accord. Clinton v. Jones,* 520 U.S. 681, 683, 706 (1997); *Ambraco, Inc. v. Bossclip, B.V.,* 570 F.3d 233, 243 (5th Cir. 2009); *see also Avila v. BP Expl. & Prod., Inc.,* No. 18-6081, 2019 WL 530041, at *4 (E.D. La. Feb. 11, 2019) (citing *In re Ramu Corp.,* 903 F.2d 312, 318 (5th Cir. 1990) (finding that the Court's inherent power to control its docket includes "the district court's wide discretion to grant a stay in a pending matter")).

The Court's ruling on the threshold issue to be addressed by BP's motion would clarify whether or not Plaintiff is entitled to continue to maintain the claims asserted in the Action. Suspending PTO 69 discovery and motion deadlines in the Action for only so long as needed for the Court to rule on that issue would permit the parties to brief and receive a ruling on that threshold legal issue without diverting their time and resources toward discovery on separate issues that may become moot in view of the Court's ruling. A temporary stay would therefore advance the resolution of the Action with economy of time and effort.

Counsel for BP has consulted with counsel for Plaintiff, who consents to the relief sought in this motion.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court enter the proposed order attached hereto as **Exhibit A**, staying PTO 69 discovery and motion deadlines in the Action until after the Court's ruling on BP's forthcoming motion regarding the threshold legal issue of claim ownership.

**Respectfully submitted**,

*/s/ Devin C. Reid*
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Fax No.:     (504) 556-4108

-and-

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

-and-

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Motion to Suspend PTO 69 Discovery and Motion Deadlines has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2021.

                                          */s/ Devin C. Reid*