# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * * | **MAG. JUDGE CURRAULT** |
| *No. 16-cv-05277, John DeSilva, Individually, and as Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod. Inc., et al.* | * * * | |

## ORDER

Upon consideration of BP's Consent Motion to Stay PTO 69 Discovery and Motion Deadlines as to Plaintiff John DeSilva, Individually, and as Sole Member, Owner, and Operator of The Bird of Paradise, LLC, **IT IS ORDERED** that the PTO 69 discovery and motion deadlines shall be stayed as to Civil Action No. 16-cv-05277 pending the resolution of BP's dispositive motion regarding the ownership of claims at issue in that action. BP shall file its dispositive motion by February 22, 2021.

New Orleans, Louisiana this 11th day of February, 2021.

_____
United States District Judge