# Y UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| Applies to: 12-cv-968: BELO | |
| | MAGISTRATE JUDGE CURRAULT |
| Relates to: | |

| 20-cv-01992 | | | | | |
|---|---|---|---|---|---|

## THE BP PARTIES' FEBRUARY 11, 2021 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.

There is one BELO plaintiff who has not submitted initial disclosures and who should be ordered to show cause as to why his case should not be dismissed. Yonel Saintelus (20-cv-01992), was previously represented by the Downs Law Group ("Downs"), and had initial disclosures due on October 12, 2020. On October 30, 2020, the Court granted Downs's motion to withdraw, ECF No. 12, and extended Mr. Saintelus's initial disclosures deadline to February 9, 2021, ECF No. 14. As of 9:00 a.m. CT on Thursday, February 11, 2021, the BP Parties had not received initial disclosures from Mr. Saintelus. The BP Parties therefore respectfully request the Court to order Mr. Saintelus to show cause why he has failed to comply with the Court's orders and why his case should not be dismissed.

2

In addition, there were two plaintiffs previously listed on the January 1, 2021 Status Report (Rec. Doc. 26830) who were ordered to provide full and complete initial disclosures by February 4, 2021 (Rec. Doc. 26837).  Both plaintiffs (John Battiste, 20-cv-0263, and Pamela Gibson-Hensley, 20-cv-02611) provided full and complete initial disclosures by the February 4, 2021 deadline.

February 11, 2021

                                                Respectfully submitted,

                                                */s/ Scott C. Seiler*
                                          Scott C. Seiler (Bar #19784)
                                          Devin C. Reid (Bar #32645)
                                          LISKOW & LEWIS
                                          701 Poydras Street, Suite 5000
                                          New Orleans, LA 70139
                                          Telephone:  (504) 581-7979
                                          Telefax:  (504) 556-4108

                                                */s/ Kevin M. Hodges*
                                          Kevin M. Hodges
                                          WILLIAMS & CONNOLLY LLP
                                          725 Twelfth Street, N.W.
                                          Washington, D.C. 20005
                                          Telephone:  (202) 434-5000
                                          Telefax:  (202) 434-5029

                                                */s/ Catherine Pyune McEldowney*
                                          Catherine Pyune McEldowney
                                          MARON MARVEL BRADLEY ANDERSON & TARDY LLC
                                          1201 North Market Street, Suite 900
                                          Wilmington, DE 19801
                                          Telephone:  (302) 425-5177
                                          Telefax:  (302) 425-0180

                                                */s/ Georgia L. Lucier*
                                          Georgia L. Lucier
                                          HUNTON ANDREWS KURTH LLP
                                          600 Travis Street, Suite 4200
                                          Houston, TX 77002
                                          Telephone: (713) 220-4200
                                          Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2021. This pleading also has been served on *pro se* Plaintiff Mr. Yonel Saintelus via Federal Express overnight delivery at the address provided to the Court, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ Scott C. Seiler*
Scott C. Seiler