**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Deepwater Horizon** | * | **MDL NO. 2179** |
| | * | |
| | * | |
| | * | **SECTION J** |
| | * | |
| | * | |
| **This document relates to: 12-cv-0067** | * | |
| | * | |
| | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | **Magistrate Judge CURRAULT** |
| | * | |

---

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 21-30034**

*Counsel Listed on the Final Page*

| No. | Docket Text | Date Filed |
|---|---|---|
| | **In Re Deepwater Horizon**<br>**2:10-md-2179-CJB-DPC** | |
| 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 77 actions to the Eastern District of LA and becoming part of MDL 2179. by Clerk MDL Panel. (sek,) (Entered: 12/10/2009) (sek,) (Entered: 08/10/2010) | 8/10/2010 |
| 2 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. (Attachments: # 1 Schedule A, # 2 Schedule B) (Reference: All Cases) (mmm,) (Entered: 08/10/2010) | 8/10/2010 |
| 569 | PRETRIAL ORDER No. 11 (Case Management Order No. I): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. (Attachments: # I Exhibit A) (Reference: all cases) (sek,) (Entered: 10/19/2010) | 10/19/2010 |
| 881 | MASTER COMPLAINT B3 Bundle against All Defendants (Filing fee $350 receipt number 053L-2739307) filed by Plaintiffs. (Reference: All Cases in B3 Bundle) (Herman, Stephen) Modified text on 1/26/2011 (sek,). (Entered: 12/15/2010) | 12/15/2010 |
| 982 | PTO 24 - Deeming Short-Form Joinders to be filed within MDL | 1/12/11 |
| 983 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1 - Bundle A Cases, # 2 Exhibit 2 - Bundle C Cases, # 3 Exhibit 3 - Short-Form Joinder, # 4 Exhibit 4- Amended PPF) (Reference: all cases) (ijg,) (Entered: 01/12/2011) | 1/12/2011 |
| 1406 | MOTION to Dismiss Pleading Bundle B3 by BP Exploration & Production, Inc.; BP America Production Company; BP PLC. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission) (Reference: Pleading Bundle B3) (Haycraft, Don) Modified filer on 3/1/2011 (mmm,). (Entered: 02/28/2011) | 2/28/2011 |
| 1812 | FIRST AMENDED MASTER COMPLAINT B3 Bundle against All Defendants filed by Plaintiffs. (Reference: All Cases in B3 Bundle and 10-2771) (blg) (Entered: 03/30/2011) | 3/30/2011 |
| 2210 | REPLY in Support filed by BP Defendants re 1406 MOTION to Dismiss Pleading Bundle B3 PURSUANT TO FED. R. CIV. P. 12(B)(1) & 12(B)(6. (Reference: All Cases in Pleading Bundle Section III.B(3)) (Haycraft, Don) Modified text on 5/2/2011 | 4/29/2011 |

| | | |
|---|---|---|
| | (sek,). (Entered: 04/29/2011) | |
| 4159 | ORDER AND REASONS granting in part and denying in part Motions to Dismiss the B3 Master Complaint 1388, 1397, 1399, 1404, 1406, 1409, 1416, 1436, 2466. Signed by Judge Carl Barbier. (Reference: B3 Master Complaint) (ecm,) Modified on 10/3/2011 (blg). (Entered: 09/30/2011) | 9/30/2011 |
| 4209 | AMENDED 4159 ORDER AND REASONS (As to Motions to Dismiss the B3 Master Complaint). ORDERED that Defendants' Motions to Dismiss the B3 Master Complaint (Rec. Docs. 1388, 1397, 1399, 1404, 1406, 1409, 1416, 1436, 2108, and 2466) are GRANTED IN PART AND DENIED IN PART. Signed by Judge Carl Barbier. (Reference: B3 Master Complaint) (gec,) Modified on 10/5/2011 (blg). (Entered: 10/04/2011) | 10/04/2011 |
| 5718 | EXPARTE/CONSENT MOTION to Amend/Correct Master B3 Complaint by Plaintiff. (Attachments: # 1 Proposed Pleading Second Amended B3 Master Complaint, # 2 Proposed Order) (Reference: B3 Bundle Cases) (Herman, Stephen) (Entered: 02/16/2012) | 2/26/2012 |
| 5828 | RESPONSE/MEMORANDUM in Opposition filed by Clean-Up Responder Defendants re 5718 MOTION to Amend Master B3 Complaint. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order) (Reference: All Cases in Pleading Bundle B3) (Lyle, Michael) Modified on 2/27/2012 (blg). (Entered: 02/24/2012) | 2/24/2012 |
| 5846 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 5718 MOTION to Amend Master B3 Complaint. (Attachments: # 1 Exhibit A) (Reference: All Cases) (Haycraft, Don) Modified on 2/27/2012 (blg). (Entered: 02/24/2012) | 2/24/2012 |
| 6192 | RESPONSE by Plaintiffs' Steering Committee re 6143 Order re dismissal of claims asserted in the B3 Master Complaint/Clean Up Defendants and 5718 Plaintiffs Steering Committee's Motion for Leave to Amend Master Complaint, and 6185 Amended Order. (Reference: All B3 Cases) (Herman, Stephen) Modified on 4/9/2012 (blg). (Entered: 04/09/2012) | 4/09/2012 |
| 6267 | Joint MOTION for Settlement /Medical Preliminary Approval by Plaintiffs and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A (Azari Declaration), # 3 Exhibit B (Garretson Declaration), # 4 Exhibit C (Kinsella Declaration), # 5 Exhibit D (Wheatman Declaration), # 6 Proposed Order)(Reference: ALL CASES, 12-968)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) | 4/18/2012 |

| 6399 | EXPARTE/CONSENT Joint MOTION Preliminary Approval of the Medical Benefits Class Action Settlement by Plaintiffs, Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support of Plaintiffs' and BP's Joint Supplemental Motion Related to Preliminary Approval of the Medical Benefits Class Action Settlement, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Reference: MDL 2179, 12-968)(Haycraft, Don) Modified on 5/2/2012 (blg). (Entered: 05/01/2012) | 5/01/2012 |
| --- | --- | --- |
| 6419 | ORDER re Rec. Doc. 6267, 6272, 6273, and 6399, preliminarily and conditionally certifying the Medical Benefits Settlement Class and preliminarily approving the proposed Medical Benefits Class Settlement. Signed by Judge Carl Barbier on 5/2/2012. (Reference: Actions within B3 Pleading Bundle, 12-968) (blg) (Entered: 05/02/2012) | 05/02/2012 |
| 6427 | NOTICE of Filing of the Medical Benefits Class Action Settlement Agreement as Amended on 5/1/2012, and as Preliminary Approved by the Court on 5/2/2012 by Medical Benefits Class Representatives, and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Deepwater Horizon Medical Benefits Class Action Settlement Agreement, as Amended on May 1, 2012, # 2 Index of Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19)(Reference: 10-2179; 12-968) (Haycraft, Don) Modified on 5/4/2012 (blg). (Entered: 05/03/2012) | 05/03/2012 |
| 7176 | ORDER Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement. The Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval Order regarding the Medical Benefits Class Action Settlement 6419 to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970) (gec,) (Entered: 08/27/2012) | 8/27/2012 |
| 8217 | ORDER & REASONS Granting Final Approval of the Medical Benefits Class Action Settlement as set forth in document re re 7112, 7116. Signed by Judge Carl Barbier. (Reference: No. 12-968, Plaisance, et al. v. BP Exploration & Production Inc., et al | 1/11/2013 |

| | | |
|---|---|---|
| | and All Actions) (gec,) Modified on 1/11/2013 (gec,). (Entered: 01/11/2013) | |
| 8218 | ORDER AND JUDGMENT Granting Final Approval of Medical Benefits Class Action Settlement and Confirming Certification of the Medical Benefits Settlement Class re 7112, 7116 as set forth in document. Signed by Judge Carl Barbier.(Reference: 12-968, Plaisance, et al. v. BP Exploration & Production Inc., et al., and All Cases) (gec,) (Entered: 01/11/2013) | 1/11/2013 |
| 15820 | ORDERED that 15812 Motion for Status Conference is DENIED. Signed by Magistrate Judge Sally Shushan. (Reference: 12-970, cases within Pleading Bundle B1, and All Civil Actions, including 13-2701; 12-6008; 13-6009; 13-5367; 14-1106; 14-357; 14-358; 14-359; 14-1321 and 12-6651)(gec) (Entered: 02/01/2016) | 02/01/2016 |
| 16050 | PRETRIAL ORDER NO.60 (PTO #60): As to All Remaining Claims in Pleading Bundle B1; Requiring B1 Plaintiffs to File a Complaint and/or Sworn Statement on or before May 2, 2016 as set forth in document. (Service instructions are also included in this order.) By May 20, 2016, the PSC and BP shall provide to the Court a list of all Plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal. For all other Plaintiffs, the Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court. The Court hereby DISMISSES the Amended B1 Master Complaint and orders the designated plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice. Signed by Judge Carl Barbier on 3/29/16. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: All Cases in Pleading Bundle B1)(sek) (Main Document 16050 replaced on 3/29/2016) (gec). (Entered: 03/29/2016) | 03/29/2016 |
| 18659 | ORDER granting 18657 Joint Motion to Amend Pre-Trial Order No. 60; ORDERED that: 1.Paragraph 10 of PTO 60 is amended to provide that on June 3, 2016, BP will submit in camera to the Court and to the PSC: a) a list of Plaintiffs that BP in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60, and b) a list of Plaintiffs that made some form of submission in response to PTO 60, but whose submissions BP in good faith believes are materially deficient for one or more identified reasons. 2. Under Paragraph 10 of PTO 60, there is no longer a requirement that the lists provided on June 3 represent a joint list from BP and the PSC. Signed by | 06/03/2016 |

| | | |
|---|---|---|
| | Judge Carl Barbier on 6/3/16. (Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 06/03/2016) | |
| 18724 | ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 60; [Regarding All Remaining Claims in Pleading Bundle B1]: ORDERED that Certain plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not dismiss their B1 claim(s) with prejudice for failing to comply with the requirements of PTO 60. All short-form joinders filed in this MDL are hereby DISMISSED AS UNNECESSARY to the extent they asserted a B1 claim. Counsel for BP shall mail this Order to each unrepresented individual and business to which it previously mailed PTO 60 at the Courts direction (See PTO 60, paragraph 11), except for those individuals and businesses whose mailing was returned to counsel for BP as undeliverable. For purposes of this mailing, BP is only required to attach EXHIBIT 1A, EXHIBIT 2, and EXHIBIT 3 to the mailing. BP does not need to include EXHIBIT 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this Order to known counsel of record for Plaintiffs who joined the Amended B1 Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2, # 4 Exhibit 3)(Reference: All Cases in Pleading Bundle "B1")(sek) (Entered: 06/07/2016) | 06/07/2016 |
| 20996 | ORDER RE: COMPLIANCE WITH PTO 60; Regarding All Remaining Claims in Pleading Bundle B1. ORDERED as follows: 1. The Plaintiffs listed on EXHIBITS 1A and 1B to this Order are deemed compliant with PTO 60 and are subject to further proceedings in this Court solely on their claims as pled in their individual complaints. (See PTO 60, at paragraph 8.) To the extent any of these Plaintiffs is relying upon a previously-filed complaint that, in addition to individual claims, also contains class allegations, any embedded class allegations in those complaints are deemed stricken and only the individual Plaintiff claims are compliant with PTO 60 and can continue. 2. BP also filed with the Court an updated list of the remainder of those Plaintiffs on BP's good faith non-compliant list attached to the Court's June 7, 2016 Order, who have made timely show cause filings but as to whom BP still has an objection to that Plaintiff's compliance with PTO 60. (Rec. Doc. 20992-3.) This list is attached to this Order as EXHIBIT 2. By July 21, 2016, BP shall | 07/14/2016 |

| | | |
|---|---|---|
| | file its objections to those Plaintiffs' responses to the Show Cause Order (i.e., those pertaining to any Plaintiff listed in EXHIBIT 2 to this Order) that were timely filed with the Court in response to the June 7, 2016 Show Cause Order. BP's objections shall be filed as a single brief organized, to the extent practical, by issue (rather than by plaintiff or claim), with a page limit of 5 pages per issue. By July 28, 2016, any Plaintiff listed in EXHIBIT 2 may file a reply, not exceeding 3 pages, to BP's objections. 3. All remaining Plaintiffs in the B1 bundle, other than those that are either (1) identified in paragraph 1 above as compliant with PTO 60 or (2) have filed a timely response to the Show Cause Order as indicated in paragraph 2 above, are deemed noncompliant with PTO 60, and their B1 claims are hereby DISMISSED WITH PREJUDICE. 4. As to all Plaintiffs in the B1 bundle, only those Plaintiffs who have not previously released their claims, have made timely presentment as required by OPA, have previously filed an individual lawsuit, and have otherwise complied with the requirements of PTO 60 have preserved their individual claims. All other B1 bundle claims are time-barred. Signed by Judge Carl Barbier on 7/14/16. (Attachments: # 1 Exhibits)(Reference: All Cases in Pleading Bundle B1)(sek) (Entered: 07/14/2016) | |
| 22003 | ORDER & REASONS: PTO 60 Reconciliation Order regarding all remaining claims in Pleading Bundle B1; further orders set forth herein. Signed by Judge Carl Barbier.(Reference: All Cases in Pleading Bundle "B1")(bbc) Modified on 1/11/2017 (gec). (cc: Batiste, Ladner, Haney, Sanderson Enterprises, Shepherd, Ashley) (Entered: 12/16/2016) | 12/16/2016 |
| 22295 | PRETRIAL ORDER NO. 63 (PTO 63): Regarding All Claims in the "B3" Pleading Bundle; Requiring B3 Plaintiffs to File a Complaint and/or Sworn Statement on or before April 12, 2017 as set forth in document. (Service instructions are also included in this order.) By May 10, 2017, BP shall provide in camera to the Court and PSC a list of all Plaintiffs who did not comply with this Order and whose claims are therefore subject to dismissal. For those B3 Plaintiffs deemed to be compliant with this Order, the Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court. The Court hereby DISMISSES the Amended Master B3 Complaint and ORDERS the designated plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Reference: All Claims in Pleading Bundle B3) (sek) (Entered: 02/22/2017) | 2/22/2017 |

| 22297 | PRETRIAL ORDER #64 (PTO 64): CASE MANAGEMENT ORDER NO. 6 - Re various pleading bundles within MDL 2179 as well as CA 12-987. Parties are required to respond as forth in document. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A)(Reference: all cases and 12-987)(sek) (Entered: 02/22/2017) | 02/22/2017 |
|---|---|---|
| 22784 | STATUS REPORT from the Deepwater Horizon Medical Benefits Settlement Claims Administrator by Garretson Resolution Group .(Reference: 12-968)(Bruemmer, Joseph) Modified on 5/9/2017 (gec). (Entered: 05/08/2017) | 5/8/2017 |
| 23047 | ORDER as to Compliance with Pretrial Order No. 63 22295. It is ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court. It is FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 2 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that B3 claims that are not listed in EXHIBIT 1 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall mail or e-mail a copy of this Order and EXHIBITS 1 and 2 to any plaintiff listed in those exhibits who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Reference: All Claims In Pleading Bundle B3) (gec) (Entered: 07/18/2017) | 7/18/2017 |
| 23051 | ORDER as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64 22297 , and the Moratorium Hold Opt-Out Order 22390 . It is ORDERED that the 215 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 60 and PTO 64. To the extent a plaintiff listed in EXHIBIT 1 asserted in his/her/its individual complaint a B1 claim under the Oil Pollution Act of 1990, 33 U.S.C. 2701 et seq., and/or general maritime law, which has not been otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 419 plaintiffs listed in EXHIBIT 2 to this Order are deemed to be compliant with PTO 60, but are not compliant with PTO 64. To the extent a plaintiff in EXHIBIT 2 asserted or could have asserted a B1 claim under general maritime law, that claim is DISMISSED WITH PREJUDICE. To the extent a plaintiff in EXHIBIT 2 asserted in its individual complaint a B1 claim under OPA which was not otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 344 individuals and entities listed in EXHIBIT 3 are not compliant with PTO 60 | 07/19/2017 |

| | | |
|---|---|---|
| | or PTO 64. The B1 claims of the individuals and entities listed in EXHIBIT 3 previously were dismissed with prejudice in the Compliance Order (Rec. Doc. 20996 ) or, in select instances, the PTO 60 Reconciliation Order (Rec. Doc. 22003 ). It is FURTHER ORDERED that the cases listed in EXHIBIT 4 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall, to the extent practicable, mail or e-mail a copy of this Order and the attached Exhibits to all parties who indicated on their PTO 64 Sworn Statement or PTO 60 Sworn Statement that they are not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Reference: All Cases in the B1 Pleading Bundle)(gec) (Entered: 07/19/2017) | |
| 23649 | ORDER As to the Motions for Reconsideration, Etc. of the PTO 64 Compliance Order (Rec. Doc. 23051 ). It is ORDERED that the Motion for Leave to File Reply (Rec. Doc. 23454 ) is GRANTED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with both PTO 60 and PTO 64: Union de Fileteros de Cucharas Jose Luis Palacios Medina (No. 16-4806), S.C.C.P.P. Mano de Leon, S.C. de R.L. (No. 16-4366), S.C.P.P. Barra de Santa Maria, S.C. de R.L. (No. 16-4487), S.C.P.P. Barra de Boca Ciega, S.C. de R.L. (No. 16-4392), S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. (No. 16-4373), Leoutha Batiste (No. 16-4154). It is FURTHER ORDERED that the Motion for Reconsideration by Union de Fileteros de Cucharas Jose Luis Palacios Medina (Rec. Doc. 23085 ) is GRANTED, the Motion for Reconsideration by Leoutha Batiste (Rec. Doc. 23395 ) is GRANTED, and the Motion for Reconsideration by the Buzbee Law Firm (Rec. Doc. 23254 ) is GRANTED IN PART. It is FURTHER ORDERED that, except as stated above, the Buzbee Law Firm's Motion for Reconsideration (Rec. Doc. 23254 ) is DENIED. It is FURTHER ORDERED that the following plaintiffs are deemed to be COMPLIANT with PTO 60 and NON-compliant with PTO 64: Tommys Gulf Seafood (No. 16-6610), C-IV Ventures, Inc. (No. 16-6335), Jacob Glick (No. 16-6303), Loren Glick (No. 16-6303), Thien Thi Hoang (No. 16-6175). It is FURTHER ORDERED that the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278 ) is GRANTED IN PART. It is FURTHER ORDERED that, except as provided above, the Motion for Reconsideration by Brent Coon (Rec. Doc. 23278 ) is DENIED. It is FURTHER ORDERED that the following Motions for Reconsideration are DENIED: Kern Martin Services, Inc.'s Motion for Reconsideration (Rec. Doc. 23060 ), Waltzer Wiygul & Garside LLC's Motion for Reconsideration (Rec. Docs. 23091 ), Ultra Wireline Services, LLC, Mark Rodgers, and Romy F. Berel III's Motions for Reconsideration (Rec. Docs. | 11/08/2017 |

| | | |
|---|---|---|
| | 23263 , 23264 , 23265 ); Richard McBride, Power House Church of God Holy Ghost Power, Joe L. Thompson, Jr., Ricky Liddell, Ester Watson, Martha Caradine, Blondine McBride, Ashley Thompson, and Lisa McBride's Motions for Reconsideration (Rec. Docs. 23370 , 23371 , 23392 , 23393 , 23394 , 23396 , 23397 , 23398 , 23399 ), Raoul A. Galan, Jr., et al.'s Motion for Reconsideration (Rec. Doc. 23372 ), Nagan Srinivasan's Motion for Reconsideration (Rec. Doc. 23379-4), as stated within document. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Reference: Cases in the B1 Pleading Bundle)(gec) (Entered: 11/08/2017) | |
| 23825 | PRETRIAL ORDER NO. 65 (PTO 65): Requiring Remaining B1 Plaintiffs to File Verified Statements Regarding Causation and Damages by April 11, 2018, as stated within document. The provisions of PTO 1 and PTO 25 staying responsive pleadings in all MDL 2179 matters and staying individual petitions or complaints that fall within pleading bundles B1 and B3 remain in effect until further order of the Court. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: All Cases in Pleading Bundle B1) (cc: 8 pro se plaintiffs listed)(gec) Modified on 1/19/2018 (cc: John V. Hanks, Jr. d/b/a Lucky Lady Fishing)(gec). (Entered: 01/11/2018) | 1/11/2018 |
| 24268 | UPDATED PTO 63 COMPLIANCE LIST. The attached list is an updated version of Exhibit 1 to the Court's Order of December 6, 2017 (Rec. Doc. 23735). The "B3 bundle" claims of the plaintiffs on the attached list are not dismissed and remain subject to further proceedings of this Court. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 63 Compliant Plaintiffs) (Reference: Cases in the B3 Pleading Bundle) (gec) (Entered: 04/06/2018) | 4/6/2018 |
| 24282 | PRETRIAL ORDER NO. 66: Requiring Remaining B3 Plaintiffs to Submit Particularized Statements of Claim and Requiring Additional Information about Potential Medical Settlement Class Members. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A) (Reference: Remaining Cases in the B3 Pleading Bundle) (copies mailed to listed plaintiffs) (gec) (Entered: 04/09/2018) | 4/9/2018 |
| 24282 | PRETRIAL ORDER NO. 66: Requiring Remaining B3 Plaintiffs to Submit Particularized Statements of Claim and Requiring Additional Information about Potential Medical Settlement Class Members. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: Remaining Cases in the B3 Pleading Bundle) (copies mailed to listed plaintiffs)(gec) (Entered: 04/09/2018) | 04/09/2018 |

| 24558 | ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65 23825 . IT IS ORDERED that (1) The Plaintiffs appearing on EXHIBIT 1 are not required to respond to this Order. The Plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court. (2) Any Plaintiff appearing on EXHIBIT 2 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (3) Any Plaintiff appearing on EXHIBIT 3 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (4) EXHIBIT 4 is a list of 25 individuals who made PTO 65 submissions but are not Remaining B1 Plaintiffs. As indicated on the Exhibit, many of these plaintiffs B1 claims were previously dismissed. Some of the plaintiffs on Exhibit 4 do not assert B1 claims and so were not required to comply with PTO 65. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaintiffs listed) (gec) (Entered: 05/25/2018) | 05/25/2018 |
|---|---|---|
| 24686 | ORDER - PTO 65 Compliance Order. It is ORDERED that the plaintiffs listed on EXHIBIT 1 to this Order are COMPLIANT with PTO 65 and their B1 claims are NOT dismissed by this Order. It is ORDERED that the plaintiffs listed on EXHIBIT 2 and EXHIBIT 3 to this Order are NON-COMPLIANT with PTO 65 and their B1 claims are DISMISSED WITH PREJUDICE, as stated within document. Additionally, it is ORDERED that Motions for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24560 , 24612 ) are granted, as stated within document. Signed by Judge Carl Barbier. (Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaiintiffs listed) (gec) (Main Document 24686 replaced on 7/10/2018) (gec). (Additional attachment(s) added on 7/10/2018: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (gec). (Entered: 07/10/2018) | 07/10/2018 |
| 24717 | STATUS REPORT # 59 by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: All cases)(Stanley, Richard) (Entered: 07/31/2018) | 07/31/2018 |

| 24814 | ORDER closing certain cases previously dismissed for noncompliance with PTO 60 and PTO 63. IT IS ORDERED that the Clerk is directed to CLOSE the cases listed on Exhibit A to this Order. Nothing in this Order shall be construed as a judgment under Fed. R. Civ. P. 54 or Fed. R. Civ. P. 58, nor shall this Order be construed as re-opening the time for seeking post-judgment relief or filing an appeal. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A) (Reference: All Cases in the "B1" and "B3" Pleading Bundles) (gec) Modified on 9/7/2018 (gec) (Entered: 09/06/2018) | 9/6/2018 |
|---|---|---|
| 24875 | ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH PTO 66. It is ORDERED that any plaintiff appearing on EXHIBIT 2 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 66. It is ORDERED that any plaintiff appearing on EXHIBIT 3 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 63 and/or find that his/her/its B3 claims(s) were previously dismissed for failing to comply with PTO 63. It is ORDERED that any plaintiff appearing on EXHIBIT 4 must show cause in writing on or before October 11, 2018 why this Court should not dismiss his/her/its B3 claim(s) with prejudice for failing to comply with the requirements of PTO 66. It is FURTHER ORDERED that any response by BP to the show cause responses shall be filed by October 25, 2018. [Note to plaintiffs required to show cause on or before October 11, 2018: Because PTO 66 did not require plaintiffs to file their Particularized Statement of Claim in the Court's record, the Court will not in most instances be able to examine the docket to determine if a plaintiff responded to PTO 66 or what they submitted. Therefore, plaintiffs may need to attach proof of what they submitted with their show cause responses. Show cause responses should be filed in the MDL master docket, 10-md-2179, not in the docket for the individual case.] Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Reference: Remaining Cases in the B3 Pleading Bundle) (cc: Pro Se Plaintiffs) (gec) (Entered: 09/20/2018) | 9/20/2018 |
| 25110 | OBJECTIONS by Defendants BP Exploration & Production Inc., BP America Production Company re 24875 Order to Show Cause regarding PTO 66 Show Cause Submissions. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4, # 5 Appendix 5, # 6 Appendix 6)(Reference: All Claims In Pleading Bundle B3)(Haycraft, Don) (Additional attachment(s) added on 10/29/2018: # 7 Sealed, # 8 Sealed) (cg). Modified on 10/30/2018 (gec) (Entered: 10/25/2018) | 10/25/2018 |

| 25356 | PTO 66 COMPLIANCE ORDER: IT IS ORDERED that the following plaintiffs are deemed COMPLIANT with PTO 66 and their B3 claims are not dismissed by this Order. IT IS FURTHER ORDERED that the B3 claims of the plaintiffs identified below are DISMISSED WITH PREJUDICE because they are non-compliant with PTO 66 and/or their claims were released as stated herein. Signed by Judge Carl Barbier on 1/31/2019. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Reference: 102179) (cg) (Entered: 01/31/2019) | 1/31/2019 |
|---|---|---|
| 25370 | PRETRIAL ORDER 67 (Case Management Order, Regarding Remaining B1 Claims) as stated herein. Signed by Judge Carl Barbier on 2/5/2019. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Exhibit 1, # 4 Exhibit 2)(Reference: Remaining Cases in the B1 Bundle)(cg) Modified text on 2/12/2019 (cg). (Entered: 02/05/2019) | 02/05/2019 |
| 25509 | FIRST AMENDMENT TO PRETRIAL ORDER NO. 67 (Rec. Doc. 25370 ). Signed by Judge Carl Barbier.(Reference: Remaining Cases in the B1 Bundle) (cc: mailed to Evans, Murphy, Hanks)(gec) (Entered: 03/22/2019) | 03/22/2019 |
| 25611 | STATUS REPORT by Garretson Resolution Group (Reference: 12-cv-968)(Hosty, Katharine) (Entered: 05/06/2019) | 05/06/2019 |
| 25748 | UPDATE PTO 66 COMPLIANCE LIST - On January 31, 2019, the Court issued a list of B3 Plaintiffs who were deemed materially compliant with Pretrial Order No. 66. (Exhibit 8 to Order, Rec. Doc. 25356-8). The Court hereby issues an updated version of that list, which incorporates the following changes herein. Signed by Judge Carl Barbier on 6/26/2019. (Attachments: # 1 Attached List) (Reference: Remaining Cases in the B3 Bundle) (cg) (Entered: 06/26/2019) | 6/26/2019 |
| 25749 | ORDER SETTING STATUS CONFERENCE - IT IS ORDERED that an in-court status conference is scheduled for Wednesday, July 17, 2019 at 9:30 a.m. The primary purpose of the status conference is to discuss the remaining cases in the B3 pleading bundle. The Court ORDERS that by no later than Wednesday, July 10, 2019, BP's counsel and Nexsen Pruet, LLC shall meet and confer (via telephone conference) regarding Nexsen Pruet's B3 cases. The Court instructs the parties to submit proposals regarding future case management and/or procedures for the B3 bundle. These should include suggestions for moving these cases toward ultimate resolution. Any proposals shall be filed with the Court by no later than Friday, July 12, 2019. Any party in the MDL may propose additional topics for the status conference agenda. Such proposed additional topics shall be filed with the Court by no later than Friday, July 12, 2019. Signed by | 6/26/19 |

| | | |
|---|---|---|
| | Judge Carl Barbier on 6/26/2019. (Reference: All Cases, Including All Cases in the B3 Pleading Bundle) (cg) (Entered: 06/26/2019) | |
| 25835 | NOTICE by Defendants BP America Production Inc., BP Exploration & Production Inc. Regarding BP's Proposal For Future Case Management of the B3 Bundle. (Reference: All Claims In Pleading Bundle B3) (Haycraft, Don) Modified on 7/15/2019 (gec). (Entered: 07/12/2019) | 7/12/19 |
| 25858 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 7/18/2019. The Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle as stated herein. Regarding the approximately 31 plaintiffs that BP believes are members of the Medical Benefits Settlement Class and have released their claims under the Medical Benefits Class Action Settlement Agreement, IT IS ORDERED that BP shall file a motion for summary judgment against these plaintiffs by no later than Wednesday, July 24, 2019. Plaintiffs shall file a response by no later than Wednesday, August 7, 2019. Regarding all cases in the B3 bundle other than those mentioned above, IT IS ORDERED that the parties shall meet and confer regarding a proposed joint case management order as stated on the record. The parties shall file a proposed joint case management order by no later than Wednesday, August 7, 2019. Regarding the 22 plaintiffs who were required to comply with PTO 63 and PTO 66 by July 16, 2019 (see Rec. Docs. 25750, 25751, 25771), IT IS ORDERED that by no later than Wednesday, July 24, 2019 BP shall file a status report stating whether these plaintiffs have complied with PTO 63 and PTO 66. (Court Reporter Karen Ibos.) (Reference: B3 Claims) (cg) | 7/18/19 |
| 25901 | STATUS REPORT Regarding Certain B3 Plaintiffs' Compliance with PTO 63 and PTO 66 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Reference: All Claims in Pleading Bundle B3)(Haycraft, Don) (Entered: 07/24/2019) | 07/24/2019 |
| 25907 | ORDER as to Certain B3 Plaintiffs' Compliance with PTO 63 and PTO 66. Before the Court is BP's Status Report regarding 22 plaintiffs in the B3 bundle who were ordered to comply with PTO 63 and PTO 66 by July 16, 2019. (Rec. Doc. 25901). BP reports that 4 plaintiffs materially complied by the July 16, 2019 deadline, and 22 did not. The Court's orders requiring compliance stated that failure to comply "may result in dismissal with prejudice." (Rec. Docs. 25750, 25751, 25771). Accordingly, IT IS ORDERED that the following 4 plaintiffs | 07/26/2019 |

| | | |
|---|---|---|
| | herein are deemed COMPLIANT with PTO 63 and PTO 64 and their claims are subject to further proceedings in this Court. IT IS FURTHER ORDERED that by no later than August 2, 2019, the 22 plaintiffs identified herein shall SHOW CAUSE in writing why their cases should not be dismissed with prejudice for failure to comply with the Court's directives. BP may file a reply by no later than August 6, 2019. Signed by Judge Carl Barbier on 7/26/2019.(Reference: All cases in Pleading Bundle B3) (cg) (Entered: 07/26/2019) | |
| 25936 | ORDER - The Court previously ordered the parties to submit a proposed joint case management order regarding the B3 bundle by August 7, 2019. (Rec. Doc. 25858). At the parties' request, IT IS ORDERED that the deadline for submitting a proposed joint case management order is extended up to and including August 13, 2019. Signed by Judge Carl Barbier on 8/8/2019. (Reference: All cases in the B3 Bundle)(cg) (Entered: 08/08/2019) | 08/08/2019 |
| 25947 | NOTICE by BP Exploration & Production, Inc., BP America Production Company and the majority of the remaining B3 plaintiffs of Joint Submission Regarding Proposed Case Management Order for the B3 Bundle. (Attachments: # 1 Exhibit A - Plaintiffs' Proposed CMO, # 2 Exhibit B - BP's Proposed CMO) (Reference: All Claims in Pleading Bundle B3) (Haycraft, Don) (Entered: 08/13/2019) | 08/13/2019 |
| 25965 | ORDER - IT IS ORDERED that an in-court status conference is scheduled for Wednesday, August 28 at 9:30 a.m. The purpose of the status conference is to discuss the parties' case management proposals for the B3 pleading bundle. (See Rec. Docs. 25928, 25932, 25933, 25934, 25937, 25945, 25947/25948, 25953,). Signed by Judge Carl Barbier on 8/19/2019.(Reference: All Cases in the B3 Pleading Bundle)(cg) (Entered: 08/20/2019) | 08/20/2019 |
| 25969 | TRANSCRIPT of Show Cause Hearing held on August 16, 2019 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 11/18/2019. (Reference: 12-968 and all Belo cases) (rsg) (Entered: 08/20/2019) | 08/20/2019 |
| 25994 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 8/28/2019. The Court held a status conference to address future case management of the remaining cases in the B3 pleading bundle. The Court instructed the parties to submit by September 9, 2019 revised proposals that, at a minimum, requires: Plaintiffs to identify the particular injuries | 08/28/2019 |

| | | |
|---|---|---|
| | they are alleging. Plaintiffs to produce medical records. BP to produce information it has produced for BELO cases. Prior to filing any revised proposals with the Court, BP and plaintiffs' counsel shall meet and confer regarding their revised proposals. (Court Reporter Cathy Pepper.) (Attachments: # 1 Attachment) (Reference: All Cases in the B3 Pleading Bundle) (cg) (Entered: 08/28/2019) | |
| 25998 | TRANSCRIPT of Status Conference held on August 28, 2019 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 11/29/2019. (Reference: All Cases in the B3 Pleading Bundle) (rsg) (Entered: 08/30/2019) | 08/30/2019 |
| 26003 | ORDER re 25994 Minute Entry. It is ORDERED that the deadline for all parties to submit a revised case management proposal for the B3 bundle is extended up to and including September 16, 2019. Signed by Judge Carl Barbier on 9/4/2019. (Reference: All Cases in the B3 Bundle)(cg) (Entered: 09/04/2019) | 09/04/2019 |
| 26017 | STATUS REPORT - Joint Statement regarding Status report Filed September 11, 2019 by Plaintiff Southern Smith and by Defendants BP Exploration & Production Inc., BP American Production Company. (Reference: 19-09583) (Haycraft, Don) (Entered: 09/12/2019) | 09/12/2019 |
| 26020 | Proposed Case Management Order for the B3 Bundle by Defendants BP America Production Company, BP Exploration & Production Inc and Plaintiffs represented by Nexsen Pruet, LLC, Douglas M. Schmidt, APLC, The Lambert Firm, PLC, Lindsay & Lindsay, P.A., The Downs Law Group, Falcon Law Firm, Stag Luizza, LLC, Frank J. DAmico, Jr., The Toce Firm, Jacobs, Manuel Kain & Aamodt, Cossich, Sumich Parsiola & Taylor L.L.C., Irpino, Avin & Hawkins, Joseph F. Gaar, Jr., APLC, The Panagiotis Firm, Motley Rice LLC, Corey E. Dunbar. . (Attachments: # 1__Supplemental Medical Disclosure)(Reference: All Claims in Pleading Bundle B3) (Haycraft, Don) Modified text on 9/17/2019 (cg). (Entered: 09/16/2019) | 09/16/2019 |
| 26070 | PRETRIAL ORDER No. 68. Signed by Judge Carl Barbier on 10/21/2019. (Attachments: # 1 Exhibit A)(Reference: All Cases in the B3 Pleading Bundle)(cg) (Entered: 10/21/2019) | 10/21/2019 |

| 26077 | FIRST AMENDMENT TO PRETRIAL ORDER No. 68. Signed by Judge Carl Barbier 10/21/2019. (Attachments: # 1 Exhibit B, # 2 Exhibit C) (Reference: All Cases in the B3 Pleading Bundle) (copies mailed to pro se plaintiffs) (gec) (Entered: 10/28/2019) | 10/28/2019 |
|---|---|---|
| 26088 | SECOND AMENDMENT TO PRETRIAL ORDER NO. 68 - IT IS ORDERED that the Joint Motion for Adjournment of the Deadline for Submission of Position Statements (Rec. Doc. 26086) is GRANTED. IT IS FURTHER ORDERED that Pretrial Order No. 68 (Rec. Doc. 26070, amended by Rec. Doc. 26077) is further AMENDED as follows: The deadline for the submission of any position statements pursuant to section II of PTO 68 (Rec. Doc. 26070 at 6) is ADJOURNED. Signed by Judge Carl Barbier on 11/7/2019. (Reference: All Cases in the B3 Pleading Bundle)(cg) (Entered: 11/07/2019) | 11/07/2019 |
| 26113 | THIRD AMENDMENT TO PRETRIAL ORDER NO. 68 - IT IS ORDERED that the status conference on Friday, December 6, 2019 at 9:30 a.m. (see PTO 68 § III.A, Rec. Doc. 26070) is CANCELLED. IT IS FURTHER ORDERED that the status conference contemplated in PTO 68 § III. A and the show cause hearing contemplated in PTO 68 § I.C.3 is scheduled for Friday, March 6th, 2020 at 9:30 a.m. At this hearing, the Court will address any parties who have failed to comply with PTO 68 § I.A and future management of the B3 bundle. Signed by Judge Carl Barbier on 11/26/2019. (Reference: All Cases in the B3 Bundle)(cg)(Mailed   to   Pro-Se   Defendants)   (Entered: 11/26/2019) | 11/26/2019 |
| 26200 | FOURTH AMENDMENT TO PRETRIAL ORDER NO. 68. The deadline for filing the report required under PTO 68 § I.C is extended from February 20, 2020, up to and including Monday, March 23, 2020. The date/time of the status conference and show cause hearing contemplated in PTO 68 §§ III.A and I.C.3 is rescheduled from March 6, 2020 at 9:30 a.m. to Tuesday, April 7, 2020 at 9:30 a.m. Signed by Judge Carl Barbier. (Reference: All Cases in the B3 Pleading Bundle) (cc: 12 pro se plaintiffs) (gec) (Entered: 01/14/2020) | 01/14/2020 |
| 26400 | FIFTH AMENDMENT TO PRETRIAL ORDER NO. 68 - In light of the Coronavirus (COVID-19) outbreak, Pretrial Order No. 68 ("PTO 68," Rec. Doc. 26070, amended by Rec. Docs. 26077, 26088, 26113, 26200) is further amended as follows: 1. The status conference and show cause hearing previously scheduled for Tuesday, April 7, 2020 (Rec. Doc. 26200) is CANCELLED. 2. The deadline for filing the report required under PTO 68 § I.C (regarding each side's compliance with the initial disclosure requirements) remains Monday, March 23, 2020.1 (See Rec. Doc. 26200). Signed by Judge Carl Barbier on | 03/17/2020 |

| | | |
|---|---|---|
| | 3/16/20. (Reference: All Cases in the B3 Bundle) (cg) (Entered: 03/17/2020) | |
| 26414 | FIFTH AMENDMENT TO PRETRIAL ORDER NO. 68 - In light of the Coronavirus (COVID-19) outbreak, Pretrial Order No. 68 ("PTO 68," Rec. Doc. 26070, amended by Rec. Docs. 26077, 26088, 26113, 26200) is further amended as follows: 1. The status conference and show cause hearing previously scheduled for Tuesday, April 7, 2020 (Rec. Doc. 26200) is CANCELLED. 2. The deadline for filing the report required under PTO 68 § I.C (regarding each side's compliance with the initial disclosure requirements) remains Monday, March 23, 2020.1 (See Rec. Doc. 26200). Signed by Judge Carl Barbier on 3/16/20.(Reference: All Cases in the B3 Bundle)(cg) (Entered: 03/17/2020) | 03/23/2020 |
| 26449 | STATUS REPORT by Defendants BP Exploration & Production Inc., BP America Production Company ( (Reference: All Claims in Pleading Bundle B3)(Reid, Devin) (Entered: 04/13/2020) | 04/13/2020 |
| 26453 | ORDER TO SHOW CAUSE. It is ORDERED that the 91 plaintiffs identified in EXHIBIT 1 to this Order shall SHOW CAUSE in writing by Monday, May 18, 2020 why their claims should not be dismissed for failing to comply with PTO 68. Any reply by BP shall be filed by Monday, May 25, 2020. Plaintiffs who are not listed in EXHIBIT 1 are not required to respond to this Order. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1) (Reference: All Cases in the B3 Pleading Bundle) (copies mailed to pro se plaintiffs) (gec) Modified on 4/23/2020 (gec). (Entered: 04/20/2020) | 04/20/2020 |
| 26506 | Response/Reply to Plaintiff's Reply by Defendants BP Exploration & Production Inc. and BP America Production Company to 26453 Order to Show Cause (Attachments: # 1 Appendix, # 2 Exhibit A)(Reference: All cases in the B3 Bundle)(cg) (Additional attachment(s) added on 5/27/2020: # 3 Sealed, # 4 Sealed, # 5 Sealed, # 6 Sealed, # 7 Sealed, #8 Sealed, # 9 Sealed, # 10 Sealed) (cg). (Entered: 05/26/2020) | 05/26/2020 |
| 26551 | ORDER - IT IS ORDERED that a hearing and status conference is scheduled for Wednesday, September 9, 2020 at 9:30 a.m. in courtroom C-268. The following matters herein will be addressed. IT IS FURTHER ORDERED that by no later than Wednesday, September 2, 2020, the parties in the B3 bundle shall file case management proposals. Prior to submitting any case management proposals, attorneys representing parties in the B3 bundle shall meet and confer and attempt to reach resolution on their case management proposals. Signed by Judge Carl | 06/17/2020 |

| | | |
|---|---|---|
| | Barbier on 6/17/20. (Reference: ALL CASES)(cg) (Entered: 06/17/2020) | |
| 26632 | ORDER Regarding the Sept. 9, 2020 Status Conference/Hearing - The Court previously scheduled a hearing and status conference for Wednesday, September 9, 2020 at 9:30 a.m. where it would address certain matters pertaining to the B1 and B3 Bundles. (Order of June 17, 2020, Rec. Doc. 26551). This Order changes the time, topics, and format of the September 9th conference, and schedules a separate conference for September 16th as stated herein. Signed by Judge Carl Barbier on 8/25/20. (Reference: All cases)(cg) (Entered: 08/25/2020) | 08/25/2020 |
| 26650 | ORDER AND REASONS granting in part and denying in part 25914 Motion for Summary Judgment. IT IS FURTHER ORDERED that the claims by Rick Robin, Jr., Tiffany Monicque Lee, Craig M. Burkett, and Christopher Green are RELEASED by the Medical Benefits Class Action Settlement Agreement and, therefore, DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 9/2/20. (Reference: Remaining Cases in the B3 Pleading Bundle) (cg)(cc: Individual cases and Mr. Burkett via US mail) (Entered: 09/02/2020) Modified on 9/3/2020 (cg). (Entered: 09/02/2020) | 09/02/2020 |
| 26663 | ORDER regarding Pretrial Order No. 68 Compliance Order. On October 21, 2019, the Court entered Pretrial Order No. 68 ("PTO 68"), which identified specific categories of documents that B3 plaintiffs and BP were required to provide to one another. Below the Court rules on 48 of the 91 plaintiffs listed in the Show Cause Order. The Court defers ruling on 43 plaintiffs. Those plaintiffs will be addressed at the status conference scheduled for Wednesday, September 16, 2020 at 9:30 a.m. (See Rec. Doc. 26659). IT IS ORDERED that Nexsen Pruet, LLC's Motion for Leave to File a Sur-reply (Rec. Doc. 26522) is GRANTED. IT IS FURTHER ORDERED that the Show Cause Order (Rec. Doc. 26453) is MOOT with respect to Ricky Robin, Jr. (No. 17-cv-03383). IT IS FURTHER ORDERED that the following plaintiffs herein are deemed COMPLIANT with PTO 68, and their claims are NOT dismissed. IT IS FURTHER ORDERED that the claims by the following plaintiffs herein are DISMISSED with prejudice. Signed by Judge Carl Barbier on 9/8/20. (Reference: All Cases in the B3 Pleading Bundle) (cg) (cc: Pro-se Plaintiffs) (Entered: 09/08/2020) | 09/08/2020 |
| 26666 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 9/9/2020. ORDERED: Within 7 days (by Sept. 16, 2020), BP to prepare and circulate a case management proposal with the other parties. Parties to confer regarding BPs proposal. Within 21 days (by Sept. 30, 2020), BP to file proposed case management order with the Court and state | 09/09/2020 |

| | | |
|---|---|---|
| | whether all parties agree. Any parties that do not agree may file an alternative case management proposal on Sept. 30, 2020. (Court Reporter Cathy Pepper.) (Reference: 13-1658, 13-1286, 16-5923, 16-5941, 16-5952, 18-11120, 16-3966, 16-6126, 16-6131, 16-6118, 16-6585,16-4149, 16-7488, 16-5277, 18-11122, 13-948 (certain cases in the B1 bundle)) (cg) (Entered: 09/09/2020) | |
| 26671 | Proposal for Future Case Management and Procedures by Certain Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC; The Falcon Law Firm; Downs Law Group, PA; The Law Offices of Frank Damico, Jr., APLC; Lindsay & Lindsay, PA; Stag Liuzza, LLC; The Kreller Law firm; Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; Joseph F. Gaar, Jr., APLC; The Panagiotis Firm; Jacobs Manuel Kain & Aamodt; Cossich Sumich Parsiola & Taylor, LLC; Motley Rice LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, P.A. re 26632 Order. (Attachments: # 1 Exhibit A - Proposed Case Management Order)(Reference: B3 Opt-Out Cases )(Dominick, Paul) Modified text on 9/10/2020 (cg). (Entered: 09/09/2020) | 09/09/2020 |
| 26672 | Proposal for Future Case Management regarding 26551 and 26632 by Defendants BP American Production Company, BP Exploration and Production, Inc. (Attachments: # 1 Appendix A) (Reference: All Claims in Pleading Bundle B3) (Jarrett, Russell) Modified text on 9/10/2020 (cg). (Additional attachment(s) added on 9/10/2020: # 2 Sealed) (cg). (Entered: 09/09/2020) | 09/09/2020 |
| 26676 | ORDER - The Court previously scheduled a status conference for Wednesday, September 16, 2020, at 9:30 a.m. to address (1) the 43 plaintiffs that were not addressed in the PTO 68 Compliance Order (Rec. Doc. 26663 at 7-8) and (2) future case management of the B3 Bundle (Rec. Doc. 26659). In light of Tropical Storm Sally (predicted to become Hurricane Sally), IT IS ORDERED that the status conference is CONTINUED for one week and will occur on Wednesday, September 23 at 9:30 a.m. CDT. Signed by Judge Carl Barbier on 9/14/20. (Reference: All Cases in the B3 Pleading Bundle)(cg) (Entered: 09/14/2020) | 09/14/2020 |
| 26684 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 9/23/2020. (Court Reporter Toni Tusa.) (Reference: All Cases in the B3 Bundle) (cg) (Entered: 09/23/2020) | 09/23/2020 |
| 26695 | ORDER - PTO 68 Compliance Order, Part 2. This Order is a follow-up to the PTO 68 Compliance Order that issued on September 8, 2020. (Rec. Doc. 2663). Signed by Judge Carl | 09/29/2020 |

| | | |
|---|---|---|
| | Barbier on 9/28/20.(Reference: Cases in the B3 Pleading Bundle)(cg) (Entered: 09/29/2020) | |
| 26700 | TRANSCRIPT of Status Conference held on September 9, 2020 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/28/2020. (Reference: THIS DOCUMENT RELATES TO 13-1658, 13-1286, 16-5923, 16-5941, 16-5952, 18-11120, 16-3966, 16-6126, 16-6131, 16-6118, 16-6585, 16-4149, 16-7488, 16-5277, 18-11122, 13-948; Certain cases in the B1 bundle) (rsg) (Entered: 09/29/2020) | 09/29/2020 |
| 26701 | TRANSCRIPT of Motion Hearing held on September 9, 2020 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/28/2020. (Reference: Certain Cases in the B1 bundle by Mexican plaintiffs) (rsg) (Entered: 09/29/2020) | 09/29/2020 |
| 26713 | TRANSCRIPT of Status Conference held on September 23, 2020 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 1/5/2021. (Reference: All Cases in the B3 Bundle) (rsg) (Entered: 10/07/2020) | 10/07/2020 |
| 26741 | STATUS REPORT by Defendants BP America Production Company, BP Exploration & Production Inc. (Attachments: #1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Reference: All Claims in Pleading Bundle B3)(Jarrett, Russell) (Additional attachment(s) added on 11/2/2020: # 8 SEALED) (cg). (Entered: 10/23/2020) | 10/23/2020 |

| 26743 | STATUS REPORT Proposal of Common Issues in B3 Bundle by Plaintiffs Represented by Nexsen Pruet, LLC and Douglas M. Schmidt, APLC; The Falcon Law Firm; Downs Law Group, PA; The Law Offices of Frank DAmico, Jr., APLC; Lindsay & Lindsay, PA; Stag Liuzza, LLC; The Kreller Law firm; Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC; Joseph F. Gaar, Jr., APLC; The Panagiotis Firm; Jacobs Manuel Kain & Aamodt; Cossich Sumich Parsiola & Taylor, LLC; Motley Rice LLC; Krupnick, Campbell, Malone, Buser, Slama, Hancock, P.A. (Reference: B3 Bundle)(Dominick, Paul) (Entered: 10/23/2020) | 10/23/2020 |
|---|---|---|
| 26755 | Response/Reply by Defendants BP Exploration & Production Inc., BP America Production Company to 26729 Response to Order to Show Cause, 26709 Order Regarding the PTO 69 Show Cause Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Reference: 13-00948; 13-01658; 16-04149; 16-07488; 18-11120)(Jarrett, Russell) (Additional attachment(s) added on 11/2/2020: # 11 Sealed, # 12 SEALED, # 13 Sealed, # 14 Sealed, # 15 Sealed, # 16 Sealed, # 17 Sealed) (cg). (Entered: 10/30/2020) | 10/30/2020 |
| 26765 | ORDERED that a status conference is scheduled for Tuesday, November 17, 2020 at 9:30 a.m. CST to discuss future case management for the cases in the B3 pleading bundle. The conference will be conducted remotely via Zoom video conference. Signed by Judge Carl Barbier. (Reference: All Cases in the B3 Pleading Bundle)(gec) (Entered: 11/06/2020) | 11/06/2020 |
| 26766 | DEFICIENT: MOTION to Amend/Correct by Plaintiff Hilliard Doucet. Motion(s) referred to Donna Phillips Currault. (Attachments: # 1 Memorandum in Support)(Reference: 2:12-cv-0067)(LaPlace, Andre) Modified on 11/6/2020 (cg). (Entered: 11/06/2020) | 11/06/2020 |
| 26769 | MOTION to Amend/Correct by Plaintiff Hilliard Doucet. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B)(Reference: 2:12-cv-0067)(LaPlace, Andre) (Entered: 11/09/2020) | 11/09/2020 |
| 26784 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 11/17/2020. (Court Reporter Toni Tusa.) (Reference: All Cases in the B3 Bundle)(cg) (Entered: 11/20/2020) | 11/20/2020 |
| 26788 | TRANSCRIPT of Status Conference held on November 17, 2020 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through | 11/24/2020 |

| | | |
|---|---|---|
| | PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/22/2021. (Reference: All Cases in the B3 Bundle)(rsg) | |
| 26807 | Response/Reply by Defendant to 26784 Status Conference Joint Submission of List of Cases Remaining in the B3 Pleading Bundle (Attachments: # 1 Exhibit 1)(Reference: All the Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/08/2020) | 12/08/2020 |
| 26843 | ORDERED that the Hilliard Doucet's 26769 Motion to Modify/Correct Pursuant to Rule 60 is DENIED. Signed by Judge Carl Barbier on 1/8/2021. (Reference: 12-0067)(gec) (Entered: 01/11/2021) | 01/11/2021 |
| 26867 | DEFICIENT: NOTICE OF APPEAL by Plaintiff Hilliard Doucet as to 26843 Order on Motion to Amend/Correct. (Filing fee $ 505, receipt number ALAEDC-8696361.) (Attachments: # 1 Proposed Order)(Reference: 12-0067)(LaPlace, Andre) Modified on 1/21/2021 (cg). (Entered: 01/21/2021) | 01/21/2021 |
| 26869 | NOTICE OF APPEAL by Plaintiff Hilliard Doucet. (Fee previously paid) (Reference: 12-0067)(LaPlace, Andre) (Entered: 01/21/2021) | 01/21/2021 |

**Index of Relevant CIVIL ACTION NO.  12-CV-0067**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 12-CV-00067 | 1 | 1/10/2012 | NOTICE OF REMOVAL from Parish of 17th JDC - Parish of Lafourche, Case Number 11-9140 (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) filed by BP Exploration & Production Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F,  # 7 Exhibit  G,  # 8 Exhibit  H,  # 9 Exhibit  I, # 10 Exhibit  J,  # 11 Exhibit  K,  # 12 Exhibit  L, # 13 Exhibit  M,  # 14 Exhibit  N,  # 15 Exhibit  O, # 16 Exhibit  P, # 17 Exhibit Q,  # 18 Civil  Cover Sheet)(Hinnigan, Emma) Modified text on 1/12/2012 (clm, ). (Entered: 01/10/2012) |
| 12-CV-00067 | 4 | 1/19/2012 | PRETRIAL ORDERS # 1, # 11, # 12, # 25, # 31 & # 32. Signed by Judge Carl Barbier. (Attachments: # 1 PTO # 11, # 2 PTO # 12, # 3 PTO # 25, # 4 PTO # 31, # 5 PTO # 32)(blg) (Entered: 01/19/2012) |
| 12-CV-00067 | 6 | 9/06/2018 | ORDERED that the Clerk is directed to CLOSE the cases listed on Exhibit A to this Order. Nothing in this Order shall be construed as a judgment under Fed. R. Civ. P. 54 or Fed. R. Civ. P. 58, nor shall this Order be construed as re-opening the time for seeking post-judgment relief or filing an appeal. Signed by Judge Carl Barbier on 09/06/2018. (originally filed in 10md2179 # 24814)(am) (Entered: 09/12/2018) |

**Index of Relevant CIVIL ACTION NO.  11-CV-02487**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 11-CV-02487 | 1 | 10/4/2011 | COMPLAINT with jury demand against BP Exploration & Production, Inc. (Filing fee $ 350 receipt number 053L-3217535) filed by Shawn Polkey, Hillard Doucet, Rory Degeyter. (Attachments: # 1 Civil Cover Sheet)(LaPlace, Andre) (Main Document 1 replaced on 10/6/2011) (car, ). (Attachment 1 replaced on 10/6/2011) (car, ). (Entered: 10/04/2011) |
| 11-CV-02487 | 7 | 10/17/2011 | PRETRIAL ORDERS #1, #11, #12, #25, #31 & #32. Signed by Judge Carl Barbier. (Attachments: # 1 PTO #11, # 2 PTO #12, # 3 PTO #25, # 4 PTO #31, # 5 PTO #32)(blg) (Entered: 10/17/2011) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 11-CV-02487 | 8 | 12/9/2011 | NOTICE of Voluntary Dismissal without prejudice by Rory Degeyter, Hillard Doucet, Shawn Polkey. (filed in master case 10md2179, doc #4848) (blg) (Entered: 12/12/2011) |

Respectfully Submitted,

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
matthew.regan@kirkland.com
katie.jakola@kirkland.com
kristopher.ritter@kirkland.com

George W. Hicks, Jr.
Aaron L. Nielson
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
george.hicks@kirkland.com
aaron.nielson@kirkland.com

s/ Devin C. Reid
R. Keith Jarrett
Devin C. Reid
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
rkjarrett@liskow.com
dcreid@liskow.com

*Attorneys-in-Charge for Defendants Exploration & Production Inc. and BP America Production Company*

s/ Sean P. Brady
Harold J. Flanagan (#24091)
Sean P. Brady (#30410)
Brandon C. Briscoe (#29542)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
hflanagan@flanaganpartners.com
sbrady@flanaganpartners.com
bbriscoe@flanaganpartners.com

***Attorneys for Danos & Curole Staffing, LLC***


s/ Andre P. LaPlace
Andre P. LaPlace
2762 Continental Drive, Suite 103
Baton Rouge, LA 70808

***Attorney for Hilliard Doucet***



### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 15th day of February, 2021.

s/      *Devin C. Reid*