# EXHIBIT "A"

## AFFIDAVIT OF JESSE S. FULTON, ESQ.

I, Jesse S. Fulton, hereby knowingly swear and certify that the following statements are true based on my personal knowledge.

1.      I am over 18 years of age and of sound mind and I understand that I am swearing or affirming under oath to the truthfulness of the statements made in this affidavit.

2.      I was formerly an associate attorney at the law firm of Krupnick Campbell Malone Buser Slama Hancock P.A. ("KCM").

3.      During my time at KCM, I was responsible for the handling of hundreds of clients' claims related to the 2010 BP Oil Spill.

4.      One of the Settlement Claim Programs that was established was the Halliburton Energy Services, Inc./Transocean Punitive Damages & Assigned Claims Program ("HESI").

5.      With respect to the HESI claims program, KCM and I represented over 150 claimants including the following claimants: Claude Perry Enterprises LLC ("CPE") and Perry Family Properties LLC ("PFP")

6.      CPE and PFP were operated by the same individual, Claude Perry, and in addition to the HESI claims, CPE and PFP filed claims for real property-related losses in the Deepwater Horizon Claims Center and later in this Court

7.      During our representation of Mr. Perry and his related entities, we often had differing information from him regarding the ownership of the various parcels that he owned and for which claims were made.

8.      On February 3, 2021, I was made aware of this Court's Order of that same date related to documentation that was filed on behalf of one of the Perry entities, where there was an alleged alteration to a previous filing.

9.     Due to the volume of claimants I was handling at the time and the time that has elapsed since my handling of the CPE and PFP claims, I cannot say with certainty as to why one reconciliation form was submitted with the information for parcel ending in D0 and another form submitted for parcel ending in D1.

10.     I have reviewed Claim Form filed in 2016 on behalf of PFP which made a claim for 00-2S-0701-000M-0010 ("0010"). *See Exhibit "1" attached hereto.*

11.     Beginning in September 2018, I was under the impression that there was a misunderstanding by HESI claims administrator as to whether 0010 was owned by CPE as opposed to PFP.

12.     In looking at Exhibit "A" to the Court's Order and comparing it with the spreadsheet provided to us in September 2018, I cannot now say why I was under the impression that the HESI claims administrator had erred with regard to the ownership of parcel 0010. I also cannot say why we believed that 00-2S-22-0630-0000-07D0 ("07D0") was the "correct" parcel number, however, CPE did own 07D0. But I do know that at the time, we believed that the HESI Claims Administrator believed that 0010 was owned by CPE when it was actually owned by PFP. I That is why we filed the September 21, 2018 Claims Reconciliation Appeal Form.

13.     I have also reviewed a January 31, 2019 Deficiency Notice which was directed to CPE rather PFP stating the claim for 0010 was deficient because property records showed that CPE did not own that property. No Appeal Form was filed because we knew that CPE did not own the 0010 parcel. Instead, I sent a letter dated of February 5, 2019 to the HESI Claims Administrator which was not intended to appeal that finding but instead was intended to inform the HESI Claims Administrator that it was wrong if it believed that CPE was claiming to own parcel 0010. Again, I cannot recall why we thought the "correct" parcel identifier was 07D0.

14.     I have also reviewed the June 13, 2019 Deficiency Notice directed to CPE again stating that CPE's claim was deficient because CPE did not own the property. I have also reviewed the June 18, 2018 responsive e-mail to the HESI Claims Administrator. *See Exhibit "2" hereto.* As with our February letter, we were again intending to reiterate that CPE did not own and did not claim to own 0010. Again, I cannot recall why we thought the "correct" parcel identifier was 07D0, except that CPE did own that property. I also do not understand or recall why a reference was made to the Revised Page 7 to the original claim for parcel 0010.

15.     I have also reviewed the August 30, 2018 Deficiency Notice that appears to have accepted our previous filings' contention that the correct parcel number was 07D0 and that property, owned by CPE, was outside the Coastal Real Property compensation zone.

16.     In addition to 07D0, CPE also owned several other properties/parcels that for which we had been making HESI claims, including 00-2S-22-0630-0000-07D1 ("07D1").

17.     I have reviewed our September 4, 2019 response to the August 30, 2019 Deficiency Notice including Exhibit "C" to this Court's Order. I do not now specifically recall why Exhibit "C" was included in our Response except that we believed there was confusion with regard to which properties CPE owned and we wanted to make sure that the HESI Claims Administrator was aware that CPE had a HESI claim for 07D1, as well as 07D0. We were NOT intending to be stating that this form was the form filed on September 18, 2018. Instead, rather than filling out a new form, we submitted this altered form indicating 07D1 because, we were concerned that the HESI Claims Administrator might have overlooked the fact that CPE had also made a claim for 07D1. We were not trying to get a second bite of the apple by using the 07D1 parcel number rather the 07D0 parcel number.

18.     In looking at the forms now, it appears we submitted the "altered" claim form in error in response to the Claim Reconciliation form due to my mistake and/or inadvertence on my part.

19.     There was absolutely no intent to purposefully make a misrepresentation to the claims program with the goal of trying to deceive it into paying on a claim that was not entitled to payment.

20.     I take responsibility for this error as I should have been more mindful and detail oriented, but this was an inadvertent rather than intentional error that I failed to catch at the time the forms were sent.

21.     I handled hundreds of claims on behalf of other KCM clients in the HESI settlement program, as well as, the DHCC and GCCF settlement programs and not once was there any indication from the claims administrators that they had a concern about the trustworthiness of those claims.

22.     Individually and as a member of the Bar, I would never knowingly do anything to cause this Court to question my honesty or ethics.

23.     I take this matter very seriously and I sincerely apologize to the Court for the misimpression my lack of detail has caused regarding the claims filed on behalf of CPE and PFP.

FURTHER AFFIANT SAYETH NAUGHT

_____
Witness

_____
Jesse S. Fulton

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 16th DAY OF February , 20 21 .

NOTARY PUBLIC

STATE OF FLORIDA AT LARGE

My commission expires: 1/26/24

AFFIANT IS PERSONALLY KNOWN TO THE NOTARY PUBLIC, OR HAS PRESENTED THE FOLLOWING PIECE OF IDENTIFICATION PRIOR TO EXECUTING THIS DOCUMENT: _____

AMY RIVERO
MY COMMISSION # GG 938898
EXPIRES: January 26, 2024
Bonded Thru Notary Public Underwriters

# EXHIBIT "1"

| Must be Postmarked No Later Than December 15, 2016 | **HESI/Transocean Punitive Damages & Assigned Claims Settlements** PO Box 10260 Dublin, OH 43017-5760 1-877-940-7792 GulfSpillPunitiveDamagesSettlement.com | HSI  |
|---|---|---|

---

## PART I - GENERAL INSTRUCTIONS

1. **IN MOST CASES YOU DO NOT NEED TO FILE A CLAIM FORM; IF YOU WERE A DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT (DHEPDS) CLAIMANT YOUR DHEPDS CLAIM WILL BE TRANSFERRED AUTOMATICALLY FOR REVIEW.** You are urged to carefully read the Distribution Model available for review or download from GulfSpillPunitiveDamagesSettlement.com.

   Old Class Assigned Claims also settled under the HESI and Transocean Settlements will not be allocated by the New Class Claims Administrator. **DO NOT FILE A NEW CLASS CLAIM** if your only potential eligibility is as an Old Class Assigned Claims class member.

   All capitalized terms used in the Claim Form shall have the same meaning as defined in the Distribution Model or Settlement Agreements; all are available for download at GulfSpillPunitiveDamagesSettlement.com or you may request mailed copies by calling 1-877-940-7792.

2. If you are **NOT** a member of the New Class OR the questions in Part II - "Should I File a Claim?" indicate you do not need to file a New Class claim, **DO NOT** submit a Claim Form.

   The value of the Settlement Fund will be reduced by the amount of administrative costs and expenses used to determine claims and notify claimants; filing unnecessary claims will reduce the amount of funds available for distribution to the New Class.

3. If after completing Part II - "Should I File a Claim?" you are not sure if you need to file a New Class claim, please contact the Claims Administrator at 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com.

4. **All Claim Forms must be postmarked no later than December 15, 2016.** Do not email Claim Forms. Mail your completed and signed Claim Form addressed to the Claims Administrator at:

   HESI/Transocean Punitive Damages & Assigned Claims Settlements c/o Garden City Group, LLC PO Box 10260 Dublin, OH 43017-5760

5. All claims must be made by the individual(s) or entity that incurred the loss at the time of the Spill unless documentation can be provided demonstrating a transfer of that interest; this documentation may include, but is not limited to the following:

   **For Individuals** - In the event of death or incapacity, executors/administrators, guardians/conservators, and trustees may complete and sign the Claim Form, but they must provide proof of their authority (e.g., court appointment, power of attorney, letters testamentary/domiciliary/administration, copy of trust instrument, proof of succession, etc.).

   **For Entities** – Proof of transfer would include purchase agreement signed by all parties, dissolution documentation showing who received final disposition of assets.

---

*Important - This form should be completed IN CAPITAL LETTERS using BLACK or DARK BLUE ballpoint/fountain pen. Characters and marks used should be similar in the style to the following:*

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 0

---



2

## PART I - GENERAL INSTRUCTIONS (CONTINUED)

6. Claims will be delineated by taxpayer identification number for the claiming individual or entity in similar fashion to the handling by the Deepwater Horizon Economic & Property Damages Settlement (DHEPDS).

   The prior exception for Real Property held jointly by a married couple will continue; for this claim type only one claim by one spouse will encompass 100% of the interest in the real property owned by the married couple.

   **Please remember to consult Part II - "Should I File a Claim?" to determine if a Claim Form is actually required in order to evaluate your claim for a HESI/Transocean punitive damages award.**

7. If you are *eligible to file* a Claim Form this is not a guarantee that your claim will yield a punitive damages award value.

8. If Part II - "Should I File a Claim?" instructs you to file a Claim Form, you must fully complete the Claim Form and provide the required documentation. Additional documentation may be required. Failure to timely provide documentation as requested may result in rejection of your New Class claim.

## PART II - SHOULD I FILE A CLAIM?

1. Are you a DHEPDS Class member that filed a "relevant claim type"[1] in the DHEPDS Program (also known as the Deepwater Horizon Economic Claims Center or "DHECC" or Court Supervised Settlement Program ("CSSP") from June 4, 2012 – June 8, 2015?

   ☐ Yes - Go to Question 1a          ☑ No - Go to Question 2

   1a. Did you receive a payment from the DHEPDS Program?

   ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.     ☐ No - Go to Question 1b
   Your DHEPDS claim will transfer for consideration
   automatically.

   1b. Are you still waiting for a determination on your DHEPDS claim?

   ☐ Yes - Go to Question 4          ☐ No - Go to Question 1c

   1c. Was your DHEPDS Program claim denied because you had a valid DHEPDS Opt Out?

   ☐ Yes - Go to Question 8          ☐ No - Go to Question 1d

   1d. Was your DHEPDS Program claim denied for another reason or withdrawn after issuance of an FWA Investigation Notice?

   ☐ Yes - STOP; DO NOT FILE A NEW CLASS CLAIM.     ☐ No - STOP; REQUEST ADDITIONAL ASSISTANCE.

   New Class claim determinations/eligibility will be based solely on the submissions already made to the DHEPDS and upon the determination(s) by the DHEPDS.

   Filing an additional claim cannot change your DHEPDS determination or award amount and will unnecessarily delay processing and payment of all claims in addition to increasing administrative costs, which must be paid from the Settlement Funds[2] before the pro rata distribution to New Class eligible claimants will occur.

   Call the HESI/Transocean Helpline at 1-877-940-7792 or email Questions@ GulfSpillPunitiveDamagesSettlement.com to request assistance in determining if you need to file a Claim Form. Please contact the Claims Administrator at least two weeks in advance of the Claims Filing Deadline, December 15, 2016, if you require assistance.

---

[1] A "relevant claim type" as used herein means claims for Coastal Real Property (CRP), Real Property Sales (RPS), Wetlands Real Property (WRP), Vessel Physical Damage, Seafood Compensation, Business Economic Loss (BEL) for Charterboat Operators (as identified by assigned NAICS code), Individual Economic Loss (IEL) for Charterboat crew members (as identified by assigned NAICS code), and/or Loss of Subsistence.

Claims for other categories such as Vessels of Opportunity Charter Payment, BEL claims for any business other than a Charterboat Operation (including Start-Up, Failed, Individual Periodic Vendor, and Festival Vendor), IEL for any profession except a Charterboat Crew member are not eligible for punitive damages under general maritime law and will not be considered for New Class inclusion; all eligible, payable DHEPDS claims will remain part of the Old Class Assigned Claims portion of the Settlements. The Old Class Assigned Claims allocation will be administered by the DHEPDS Claims Administrator, which is unrelated to the New Class claims process.

3

## PART II - SHOULD I FILE A CLAIM? (CONTINUED)

2. Are you a person or entity that could have filed a claim with the DHEPDS (you were a DHEPDS Class member), but elected not to file a "relevant claim type" in the DHEPDS?

   ☑ Yes - Go to Question 4                    ☐ No - Go to Question 3

3. Are you a person or entity who received payment from BP pursuant to a voluntary settlement with BP, other than a settlement through the Gulf Coast Claims Facility ("GCCF"), and which settlement did not include a release of claims for punitive damages against Halliburton and Transocean?

   ☐ Yes - COMPLETE THE CLAIM FORM BELOW.        ☐ No - Go to Question 4

   All New Class claims will be subject to eligibility and
   documentation requirements for each specific claim
   type indicated by the claimant (CRP, WRP, RPS, Oyster
   Leaseholder, Vessel Physical Damage, Personal
   Property Damage >$500, Seafood Compensation,
   Charterboat Operator, Charterboat Crew, or Loss of
   Subsistence).

4. Are you a person or entity that filed a valid opt-out for the DHEPDS?

   ☑ Yes - Go to Question 8                    ☐ No - Go to Question 5

5. Are you a person or entity that executed a GCCF Release and Covenant Not to Sue (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue that gave up your rights to pursue claims for punitive damages from HESI and Transocean pursuant to your signed release?

   ☐ Yes - STOP; DO NOT FILE A CLAIM FORM.      ☐ No - Go to Question 6

   If you gave up your right to pursue punitive damages
   from HESI and Transocean, you cannot be compensated
   from these settlements and your claim will be rejected.

6. Are you a person or entity that was "excluded" from participating in the DHEPDS (local governments, oil & gas industry, etc.)?

   ☐ Yes - Go to Question 8                    ☐ No - Go to Question 7

7. Are you a person or entity that sustained personal property physical damage in excess of $500 as a result of the Deepwater Horizon Incident, but whose claim circumstance was not recognized under the DHEPDS Claim Types?

   ☐ Yes - Go to Question 8                    ☐ No - STOP; DO NOT FILE A CLAIM FORM.

                                                Such persons and entities have received no
                                                compensatory damages and are barred from
                                                asserting claims for compensatory damages in the
                                                future as a result of the DHEPDS class-wide release.
                                                Consequently, no punitive damages may be awarded
                                                under the Distribution Model.

---

[2] The "Settlement Funds" refer to the combined values of the Settlement Agreements available for the benefit of the New Class.

 

4

| PART II - SHOULD I FILE A CLAIM? (CONTINUED) |
|---|

8. Based on your prior answers, you are either (a) an individual or entity who was not a DHEPDS Class member by virtue of the type of claim; (b) an individual or entity that was a DHEPDS "excluded" party;[3] or (c) validly Opted Out of the DHEPDS Class.

Have you preserved your rights in compliance with PTO 60?[4]

☑ **Yes - COMPLETE THE CLAIM FORM BELOW.**

Required documentation for such claimants shall include proof of claimant's timely preservation of its rights to a claim for damages by compliance with MDL-2179 Pretrial Order 60, or, if you settled your claim with Court-appointed Neutrals, provide a copy of your settlement agreement.

All New Class claims will be subject to eligibility and documentation requirements for each specific claim type indicated by the claimant (CRP, WRP, RPS, Oyster Leaseholder, Vessel Physical Damage, Personal Property Damage >$500, Seafood Compensation, Charterboat Operator, Charterboat Crew, or Loss of Subsistence).

☐ **No - STOP; IF FILED, YOUR NEW CLASS CLAIM WILL BE VALUED AT $0.**

Claims from claimants who were not included within the DHEPDS and are otherwise allowed to file a New Class claim will be assigned no value unless they adequately preserved their right to pursue damages by complying with PTO 60.

---

[3] Certain industries noted as "excluded" in the DHEPDS Agreement were allowed to file CRP and WRP claims; if you were among those exceptions, you will be barred from filing a New Class claim for any "relevant claim type" for which you had the right to file in the DHEPDS.

[4] MDL-2179 issued Pretrial Order 60 ("PTO 60") on March 29, 2016, requiring individuals and entities to preserve their rights to pursue a claim for damages by filing an individual law suit no later than May 2, 2016, unless an extension was granted by the Court for that party. PTO 60 is available on the "Court Documents" tab of the website, GulfSpillPunitiveDamagesSettlement.com.

| PART III - CLAIMANT INFORMATION |
|---|

**Claimant Information:**

Claimant Name (if filing on behalf of a business, enter the Business Name here):

P E R R Y   F A M I L Y   P R O P E R T I E S

Claimant Taxpayer Identification Number (Social Security/Individual Taxpayer Identification Number for individuals or employer identification number for entities):

5 8 - 2 1 8 6 7 7 6

Address Line 1:

7 3 2   H A R B O R   B O U L E V A R D

Address Line 2:

| City: | | State: | Zip Code: |
|---|---|---|---|
| D E S T I N | | F L | 3 2 5 4 1 |

| Country: | Phone Number: |
|---|---|
| U S A | 8 5 0 - 8 3 7 - 6 3 7 6 |

Email Address:



5

| PART III - CLAIMANT INFORMATION (CONTINUED) |
| --- |

**Claimant/Business Representative Information (not attorney, not claims preparer):**

Representative Name (if applicable):

P E R R Y   C L A U D E

Representative Title:

Address Line 1:

7 3 2   H A R B O R   B O U L E V A R D

Address Line 2:

| City: | State: | Zip Code: |
| --- | --- | --- |
| D E S T I N | F L | 3 2 5 4 1 |

| Country: | Phone Number: |
| --- | --- |
| U S A | 8 5 0 - 8 3 7 - 6 3 7 6 |

Email Address:

---

**Attorney Information:**

Attorney Firm Name (if applicable):

K R U P N I C K   C A M P B E L L   M A L O N E   E T   A L

Attorney Name:

J E S S E   F U L T O N

Firm Contact:

C A M I L L E   R A Y

Address Line 1:

1 2   S E   7   S T R E E T

Address Line 2:

S U I T E   8 0 1

| City: | State: | Zip Code: |
| --- | --- | --- |
| F T   L A U D E R D A L E | F L | 3 3 3 0 1 |

| Country: | Phone Number: |
| --- | --- |
| U S A | 9 5 4 - 7 6 3 - 8 1 8 1 |

Email Address:

J F U L T O N @ K R U P N I C K L A W . C O M



6

---

## PART III – CLAIMANT INFORMATION (CONTINUED)

### Claims Preparer Information:

**Claims Preparer Firm Name (if applicable):**

KRUPNICK CAMPBELL MALONE ET AL

**Claims Preparer Contact Party:**

JESSE FULTON

**Address Line 1:**

12 SE 7 STREET

**Address Line 2:**

SUITE 801

**City:**                                                     **State:**     **Zip Code:**

FT LAUDERDALE

**Country:**                                          **Phone Number:**

USA                                                   954-763-8181

**Email Address:**

JFULTON@KRUPNICKLAW.COM

---

## PART IV – CLAIM FORM

Select the applicable claim types within each of the five Claim Categories by checking the appropriate boxes and completing the required information fields. At the end of each section is a Required Documentation Matrix; provide all required documentation with your completed, signed Claim Form. All of the Sworn Written Statements (SWS) listed in the matrix at the end of each Claim Category section are available for download on the Claim Form page of the settlement website, GulfSpillPunitiveDamagesSettlement.com.

Failing to fully complete the applicable sections of the Claim Form or provide documentation as requested will delay processing and may result in rejection of your claim; if you have questions, please contact the Claims Administrator for assistance at 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com for assistance.

### ATTENTION: ALL NEW CLASS CLAIMANTS – REQUIRED DOCUMENTATION

**Required Documentation**

In addition to selecting any/all Claim Types by checking the appropriate boxes in the Claim Category sections below, all claimants must provide the required documentation listed in the matrix at the end of each Claim Category section. All of the Sworn Written Statements (SWS) listed in the matrix at the end of each Claim Category section are available for download on the Claim Form page of the settlement website, GulfSpillPunitiveDamagesSettlement.com. If you have questions about what documentation is required, please call 1-877-940-7792 or email Questions@GulfSpillPunitiveDamagesSettlement.com. Claims received without the required documentation may be rejected.

**Pretrial Order 60 Compliance**

New Class claims must be accompanied by documentation demonstrating compliance with PTO 60, which typically will be a copy of a timely-filed individual lawsuit bearing a Docket Number assigned to the MDL-2179 Court UNLESS you entered into a settlement directly with BP facilitated by the Court-appointed Neutrals; then you may wish to provide a copy of your settlement agreement to avoid any processing delays.

New Class claims received from claimants who have not complied with the requirements of PTO 60 will receive a value of $0.

Parties who settled with the GCCF or BP Claims Center have released their rights to punitive damages against HESI and Transocean and will not be eligible to participate. Do not file a claim if you have signed a GCCF Release and Covenant Not to Sue (other than those for bodily injury only) or BP Claims Process Full and Final Release, Settlement, and Covenant Not to Sue.

 

7

| PART IV - CLAIM FORM (CONTINUED) |
|---|

| CLAIM CATEGORY I: REAL PROPERTY |
|---|

☑ **COASTAL REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

**Property Street Address:**

7 3 2    H A R B O R    B L V D .

| City: | | State: | Zip Code: |
|---|---|---|---|
| D E S T I N | | F L | 3 2 5 4 1 |

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

| Name: | Percentage: |
|---|---|
| C L A U D E    P E R R Y | |

| Name: | Percentage: |
|---|---|

Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):

| Item/Description: | Purchase Price: |
|---|---|
| | $ |
| Damage Description: | Repair/Replacement Cost: |
| | $ |

☐ **WETLANDS REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

**Parcel Identification Number:**

**County/Parish:**

Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):

| Name: | Percentage: |
|---|---|

| Name: | Percentage: |
|---|---|

Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):

| Item/Description: | Purchase Price: |
|---|---|
| | $ |
| Damage Description: | Repair/Replacement Cost: |
| | $ |

8

## ☐ REAL PROPERTY SALES
**Property Street Address:**

**City:**                                                        **State:**    **Zip Code:**

**2010 Property Tax Parcel Identification Number:**         **County/Parish:**

**Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):**

**Name:**                                                                 **Percentage:**

**Name:**                                                                  **Percentage:**

**Date of Purchase Contract:**         **Date of Purchase Contract Amendment** (if applicable, add additional sheet if needed)

     /     / 2 0 1 0       /     / 2 0 1 0

**Date of Closing:**         **Closing Price:**

     /     / 2 0 1 0   $

## ☐ OYSTER LEASEHOLDER
**Oyster Lease Numbers (attach an additional sheet if needed):**

**Lease Details/Geographic Boundaries:**

**Lease Issued By:**

**Sublease:**  ☐ **Yes**   ☐ **No**     **Co-Lessor:**  ☐ **Yes**   ☐ **No**

**Real Property Required Documentation Matrix:**

| Documentation Required | Coastal Real Property | Wetlands Real Property | Real Property Sales | Oyster Leaseholder |
|---|---|---|---|---|
| 2010 Property Tax Bill | X | X | | |
| Deed showing ownership on 4/20/2010 | X[4] | X | X | |
| Lease w/ Proof of Payment | X[5] | | | |
| Purchase contract and any amendments | | | X | |
| Proof of transaction closing: HUD statement, closing statement, deed of transfer | | | X | |
| 2010 Oyster Lease(s) | | | | X |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) | | | | X |
| For claims including damage to Personal Property at the real property location, include: Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | X | | |

[4] Required if you owned the Parcel or Deeded Boat Slip.
[5] Required if you owned the Parcel or Deeded Boat Slip and leased it to someone else for 60 days or longer or if you leased the Parcel from someone else for 60 days or longer at any time between April 20, 2010 and December 31, 2010.

9

| PART IV - CLAIM FORM (CONTINUED) |
|---|

| CLAIM CATEGORY II: PERSONAL PROPERTY DAMAGE |
|---|

## ☐ VESSEL PHYSICAL DAMAGE

## ☐ PERSONAL PROPERTY DAMAGE IN EXCESS OF $500

**Personal Property Required Documentation Matrix:**

| Documentation Required | Personal Property Damages >$500 unrelated to Real Property | Vessel Physical Damage |
|---|---|---|
| Personal Property Damage Claimant Sworn Written Statement (SWS-1) and supporting documentation | X | |
| Vessel Physical Damage Claimant Sworn Written Statement (SWS-9) and supporting documentation | | X |
| 2010 Vessel Registration | | X |
| Vessel Title | | X |

| CLAIM CATEGORY III: COMMERCIAL FISHERMEN |
|---|

| Compensable Seafood Claim Types fished in 2010: | Operator Type(s) claimed: | | |
|---|---|---|---|
| | Non-Menhaden: | Menhaden: | |
| ☐ Menhaden<br>☐ Shrimp<br>☐ Oyster<br>☐ Finfish<br>☐ Finfish Individual Fishing Quota<br>☐ Blue Crab<br>☐ Other Seafood | ☐ Vessel Owner<br>☐ Vessel Lessee<br>☐ Boat Captain<br>☐ Seafood Crew<br>   (Non-Menhaden)<br>☐ Leaseholder Lost Interest<br>   (Includes Harvester If Applicable) | ☐ Vessel Owner/Lessee<br>☐ Boat Captain<br>☐ Boat Pilot<br>☐ Mate<br>☐ Fisherman | ☐ Chief Engineer<br>☐ 2nd Engineer<br>☐ Aerial Spotter<br>☐ Cook |

**All Seafood Claim/Operator Types:**

2010 Vessel Name(s):

2010 Vessel Owner Name(s):

2010 Boat Captain(s) Name(s):

2010 Home Port:

Vessel Registration Number (State & Federal, if known):

10

| PART IV - CLAIM FORM (CONTINUED) |
|---|

**Shrimp Seafood Claim Type ONLY:**
Vessel Length:

Cooling Mechanism: ☐ Ice ☐ Freezer

Seafood Compensation Required Documentation Matrices:

| Documentation Required | Menhaden Vessel Owner/ Lessee | Menhaden - All Other Operator Types |
|---|---|---|
| Proof of vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Vessel Commercial Fishing Licenses 2009/2010 (one per vessel claimed) | X | |
| Vessel Name/Registration Number (state & federal, all vessels claimed) | X | |
| Gulf Coast Area Home Port Proof 4/20/2010-12/31/2010 | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | |
| 2010 Boat Captain's license, if applicable | | X |
| 2010 W-2 related to Menhaden Fishing | | X |
| 2010 Tax Returns | X | X |
| Employment Contract/Catch Share Contract for 2010 (if available) | | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, as available | X | |

| Documentation Required | Shrimp Vessel Owner | Shrimp Vessel Lessee | Shrimp Boat Captain |
|---|---|---|---|
| Proof of vessel ownership 4/20/2010 - 12/31/2010[6] | X | | |
| Vessel Commercial Fishing License 2009/2010 | X | X | |
| Vessel Name/Registration Number (state & fed) | X | X | |
| Gulf Coast Area Home Port or Landings Proof 4/20/2010-4/16/2012 | X | X | |
| Vessel Ownership-Lease Status Claimant Sworn Written Statement (SWS-7) and supporting documentation | X | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | X | X | |
| Boat Captain's license 2009/2010 | | | X |
| Proof of Boat Captain employment 4/20/2010-4/16/2012 on vessel(s) home ported or with landings in the Gulf Coast Areas | | | X |
| 2010 Tax Returns | X | X | X |
| Proof of vessel size & cooling mechanism (ice or freezer) | X | X | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/Production reports, if available | X | X | X |

[6] Options include: vessel registration, trip tickets with vessel registration information, federal registration information on federal fisheries permits, state/federal registration database information, saltwater products license showing vessel registration numbers, vessel registration receipts or vessel title. In all instances the documentation must be for the proper time period.



| PART IV - CLAIM FORM (CONTINUED) | | |
|---|---|---|
| **Documentation Required** | **Seafood Crew** | **Individual Fishing Quotas (IFQ)** |
| Seafood Crew Compensation Plan Claimant Sworn Written Statement (SWS-2) and supporting documentation | X | |
| Individual Fishing Quota Claimant Sworn Written Statement (SWS-5) and supporting documentation | | X |

| Documentation Required | Oyster | | | | Finfish, Blue Crab, and Other Seafood | | |
|---|---|---|---|---|---|---|---|
| | Leaseholder Lost Interest[7] | Vessel Owner | Vessel Lessee | Boat Captain | Vessel Owner | Vessel Lessee | Boat Captain |
| Proof of vessel ownership 4/20/2010 - 12/31/2010 | | X | | | X | | |
| Proof of oyster bed leasehold 4/20/2010 – 12/31/2010 | X | | | | | | |
| Vessel Commercial Fishing License 2009/2010 | | X | X | | X | X | |
| Vessel Name/Registration Number (state & federal) | | | X | | X | X | |
| Gulf Coast Area Home Port Proof 4/20/2010-12/31/2010 | | | | | X | X | |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) and supporting documentation | | X | X | | X | X | |
| Vessel Boat Captain Status Claimant Sworn Written Statement (SWS-6) and supporting documentation | | X | X | | X | X | |
| Boat Captain's license 2009/2010 (issued before 4/20/2010 for Oyster claims) | | | | X | | | X |
| Proof of Boat Captain employment 4/20/2010-4/16/2012 on vessel(s) home ported or with landings in the Gulf Coast Areas | | | | X | | | X |
| 2010 Tax Returns | X | X | X | X | X | X | X |
| Vessel Log, Captain's Log, Share Sheets, Sales/ Production reports, if available | | X | X | X | X | X | X |
| Proof of Gulf Coast Area landings 2010 | | X | X | X | | | |
| Contract/agreement for harvesting for Zone A, B, or C leases | X | | | | | | |
| Oyster Leaseholder Claimant Sworn Written Statement (SWS-4) and supporting documentation | X | | | | | | |

| CLAIM CATEGORY IV: CHARTERBOAT |
|---|

| ❑ **CHARTERBOAT OPERATOR** |
|---|

| ❑ **CHARTERBOAT CREW** |
|---|

---

[7] Oyster Leaseholder Lost Interest and Vessel Lessee/Operator claims will be combined and will use the Oyster Combined Harvester and Leaseholder median; documentation for both of the appropriate categories should be provided by the claimant.

12

## PART IV - CLAIM FORM (CONTINUED)

**Charterboat Required Documentation Matrix:**

| Documentation Required | Charterboat Operator | Charterboat Crew |
|---|---|---|
| 2010 Charterboat License | X | |
| Proof of vessel ownership/lease 4/20/2010 - 12/31/2010 | X | |
| Vessel Name/Registration Number (state & federal, all vessels claimed) | X | |
| Gulf Coast Area Home Port Proof 4/20/2010 - 12/31/2010 | X | |
| Charterboat Operator/Crew Claimant Sworn Written Statement (SWS-3) (sections A and B only) and supporting documentation | X | |
| Charterboat Operator/Crew Claimant Sworn Written Statement (SWS-3) (sections A and C only) and supporting documentation | | X |

## CLAIM CATEGORY V: LOSS OF SUBSISTENCE

☐ LOSS OF SUBSISTENCE

**Loss of Subsistence Required Documentation Matrix:**

| Documentation Required | Loss of Subsistence |
|---|---|
| Loss of Subsistence Claimant Sworn Written Statement (SWS-3) | X |

## PART V - CERTIFICATION RELEASE & SIGNATURE

### Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

Signature: _____   Title (if applicable): Owner

Printed Name: Claude F. Perry Sr   Date: 11/28/16



# BEN ANDERSON
Okaloosa County Tax Collector

2010 Paid Real Estate
Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

MAIL PAYMENTS TO: P.O. BOX 1390, NICEVILLE, FL 32588

| ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE | ALTERNATE KEY | PROPERTY ADDRESS |
|---|---|---|---|---|
| 002S220701000M0010 | | DEDF | 1004134 | 732 HARBOR BLVD, DESTIN |

PERRY FAMILY PROP LLC
732 HARBOR BLVD
DESTIN, FL  32541

732 HARBOR BLVD

EAST PASS 2ND ADD REVISED, LOT
1 BLK M,782-90

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| OKALOOSA COUNTY BD OF CO COMMS | | | | | |
| GENERAL REVENUE | 1.4546 | 370,630 | 0 | 370,630 | 539.12 |
| FINE AND FORFEITURE | 1.6724 | 370,630 | 0 | 370,630 | 619.85 |
| PUBLIC HEALTH | 0.0578 | 370,630 | 0 | 370,630 | 21.42 |
| EMERGENCY MEDICAL | 0.1051 | 370,630 | 0 | 370,630 | 38.95 |
| SCHOOL LOCAL | 2.2480 | 370,630 | 0 | 370,630 | 833.18 |
| SCHOOL STATE | 5.2860 | 370,630 | 0 | 370,630 | 1,959.15 |
| NORTHWEST WATER DISTRICT | 0.0450 | 370,630 | 0 | 370,630 | 16.68 |
| CITY OF DESTIN | 1.4550 | 370,630 | 0 | 370,630 | 539.27 |
| DESTIN FIRE DISTRICT | 1.0000 | 370,630 | 0 | 370,630 | 370.63 |

EXEMPTIONS APPLIED:

| TOTAL MILLAGE | 13.3239 | | AD VALOREM TAXES | $4,938.25 |
|---|---|---|---|---|

WANT TO RECEIVE YOUR BILL ELECTRONICALLY NEXT YEAR? VISIT www.OkaloosaTax.com AND SIGN UP FOR E-BILLS!

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

PAY ONLINE WITH CREDIT/DEBIT CARD AT www.OkaloosaTax.com - BANK CARD USER FEE WILL APPLY

| NON-AD VALOREM ASSESSMENTS | $0.00 |
|---|---|

| COMBINED TAXES AND ASSESSMENTS | $4,938.25 |
|---|---|

PAYING ONLINE VIA E-CHECK IS FREE
Visit www.OkaloosaTax.com

PAY ONLINE, NOT IN LINE!

If Postmarked By: Mar 31, 2011
Please Pay: $0.00

---

# BEN ANDERSON
Okaloosa County Tax Collector

MAIL PAYMENTS TO: P.O. BOX 1390, NICEVILLE, FL 32588

2010  Paid Real Estate
Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

| ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE | ALTERNATE KEY | PROPERTY ADDRESS |
|---|---|---|---|---|
| 002S220701000M0010 | | DEDF | 1004134 | 732 HARBOR BLVD, DESTIN |

PRIOR TO MARCH 31ST TAXES CAN BE PAID USING CASH, CHECK, CREDIT/DEBIT CARDS OR E-CHECK

If Postmarked By: Mar 31, 2011
Please Pay: $0.00

PERRY FAMILY PROP LLC
732 HARBOR BLVD
DESTIN, FL  32541

732 HARBOR BLVD

EAST PASS 2ND ADD REVISED, LOT
1 BLK M,782-90

| Paid | PERRY FAMILY PROP LLC | 03/10/2011 | Receipt # | 313-10001586 | Check | $4,938.25 |
|---|---|---|---|---|---|---|

Okaloosa County Property Appraiser's Web Site                                          Page 1 of 1

## Okaloosa County Property Appraiser

| Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Okaloosa Home |

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | PERRY FAMILY PROP LLC | Today's Date | March 28, 2016 |
| Mailing Address | 732 HARBOR BLVD | Parcel Number | 00-2S-22-0701-000M-0010 |
| | DESTIN, FL 32541 | Tax District | DESTIN (District 10) |
| Location Address | 732 HARBOR BLVD DESTIN | 2014 Millage Rates | 13.4108 |
| Property Usage | SINGLE FAM (000100) | Acreage | 0 |
| Section Township Range | 00-2S-22 | Homestead | N |
| Business Name | | | |

### Show Parcel Map

| Value Information | 2014 Certified Values | 2015 Certified Values | Legal Information |
|---|---|---|---|
| Building Value | $36,125 | $39,906 | |
| Extra Feature Value | $6,780 | $7,140 | |
| Land Value | $294,690 | $293,953 | |
| Land Agricultural Value | $0 | $0 | EAST PASS 2ND ADD REVISED LOT 1 BLK M 782-90 |
| Agricultural (Market) Value | $0 | $0 | |
| Just (Market) Value* | $337,595 | $340,999 | The legal description shown here may be condensed for assessment purposes. Exact description should be obtained from the recorded deed. |
| Assessed Value | $337,595 | $340,999 | |
| Exempt Value | $0 | $0 | |
| Taxable Value | $337,595 | $340,999 | |

*"Just (Market) Value" description - This is the value established by the Property Appraiser for ad valorem purposes. This value does not represent anticipated selling price.

### More Information

### Building Information

| Type | Total Area | Heated Area | Exterior Wall | Roof Cover | Interior Wall | Flooring |
|---|---|---|---|---|---|---|
| SINGLE FAM | 2,586 | 1,236 | CONC BLOCK | BUILT-UP | MINIMUM | CARPET |
| Heating Type | A/C Type | Baths | Bedrooms | Stories | Actual Year Built | Effective Year Built |
| FORCED AIR | WINDOW | 1 | 2 | 1 | 1939 | 1939 |

### Show Building Design

### Extra Features Data

| Description | Number of Items | Unit Length x Width x Height | Units | Effective Year Built |
|---|---|---|---|---|
| BOAT HOUSE | 1 | 0 X 0 X 0 | 1 UT | 1980 |

### Land Information

| LAND USE | NUMBER OF UNITS | UNIT TYPE | Frontage | Depth |
|---|---|---|---|---|
| SFR HARBOR | 50 | FF | 50 | 210 |

### Sale Information

| Multi-Parcel Sale | Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| No | 10-01-1995 | $ 100 | TRUSTEE DEED | 1957 | 1162 | Qualified | Improved | | PERRY FAMILY PROP LLC |
| No | 01-01-1977 | $ 18,790 | PREVIOUS VALUE | 0 | 0 | Unqualified | Improved | | |

| Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Okaloosa Home |

The Okaloosa County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The Senior Exemption Does Not Apply to All Taxing Authorities. Just (Market) Value is established by the Property Appraiser for ad valorem tax purposes. It does not represent anticipated selling price. Working values are subject to change.
Website Updated: March 23, 2016

© 2011 by the County of Okaloosa, FL | Website design by qpublic.net

http://qpublic6.qpublic.net/fl_display_dw.php?county=fl_okaloosa&KEY=00-2S-22-0701-...   3/28/2016

JS 44 (Rev. 11/15)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**60959067**
**May 05 2016**
**10:49AM**

### I. (a) PLAINTIFFS
CLAUDE PERRY ENTERPRISES, LLC, PERRY FAMILY PROPERTIES, L.L.C., and CLAUDE F. PERRY, SR.

### DEFENDANTS
BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., et al.

**(b)** County of Residence of First Listed Plaintiff ____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kelley B. Stewart, Esquire, of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., 12 Southeast Seventh Street, Suite 801, Fort Lauderdale, FL 33301-3434.  Tel:  954-763-8181

Attorneys *(If Known)*
Kirkland & Ellis LLP
300 North LaSalle Street, Suite 2400
Chicago, IL 60654

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product | | ☐ 840 Trademark | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability / Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | Product Liability / ☐ 371 Truth in Lending | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal / ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | Exchange |
| ☐ 196 Franchise | Injury / Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - / ☐ 385 Property Damage | Leave Act | | ☐ 891 Agricultural Acts |
| | Medical Malpractice / Product Liability | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☒ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | Employment / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | Other / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☒ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
OPA - 33 U.S.C. 2717(b) and 43 U.S.C. 1331(f)(1) and 1333(a)(2)
Brief description of cause:
Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ ____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Barbier          DOCKET NUMBER  2:10-md-2179

DATE
04/25/2016

SIGNATURE OF ATTORNEY OF RECORD
/s/ Kelley B. Stewart

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____