EXHIBIT "B"

| Claimant Name | Street Address 1 | City | State | Zip 5 | Claims Reconciliation Reference Number | HESI Transocean New Class Claimant Number | Law Firm | Representative | W 9 Needed | Subclaim Identifier | Claim Type | Claim Identifying Information | Recognized Loss or Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46195 | CRP | PIN: 00-2S-22-1915-0000-0030 | Ineligible |
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46190 | CRP | PIN: 00-2S-22-1915-0000-0010 | Ineligible |
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46200 | CRP | PIN: 00-2S-22-1915-0000-0050 | Ineligible |
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46192 | CRP | PIN: 00-2S-22-1915-0000-0020 | Ineligible |
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46199 | CRP | PIN: 00-2S-22-1915-0000-0040 | Ineligible |
| 1900 SCENIC 98, LLC | 154 NORTH RYAN STREET | SANTA ROSA BEACH | FL | 32459 | 212201 | 845B5DBEDE | Krupnick Campbell Malone et al. | ROOKIS RICKY | No | 46201 | CRP | PIN: 00-2S-22-2300-000C-0030 | Ineligible |
| 654 LIMO, INC. | 221 MAIN STREET | DESTIN | FL | 32541 | 100015279 | 100015279 | Krupnick Campbell Malone et al. | Haim David | No | 40973 | CRP | PIN: 00-2S-22-1350-000A-0100 | Ineligible |
| AARON SUTCLIFFE | 5115 HAROLD AVE | SARASOTA | FL | 34235 | 100170922 | 100170922 | Krupnick Campbell Malone et al. | AARON SUTCLIFFE | No | 135126 | CF | Vessel Owner Finfish FL1484GH | Ineligible |
| AARON SUTCLIFFE | 5115 HAROLD AVE | SARASOTA | FL | 34235 | 100170922 | 100170922 | Krupnick Campbell Malone et al. | AARON SUTCLIFFE | No | 135208 | CF | Boat Captain Finfish FL1484GH | Ineligible |
| ALFRED MERCIER | 28586 ARICA ROAD | LITTLE TORCH KEY | FL | 33042 | 100015488 | 100015488 | Krupnick Campbell Malone et al. | Al Mercier | No | 198571 | CF | Boat Captain Finfish | Ineligible |
| ALL ABOARD MEGABITE LLC | 932 LAKE DR. | NICEVILLE | FL | 32578 | 232389 | B1AA4D3798 | Krupnick Campbell Malone et al. | TAYLOR, MARY | No | 19276 | CBO | N/A | Ineligible |
| ANTHONY BEAVER | 304 PRIMROSE CIR | DESTIN | FL | 32541 | 298655 | F31CE57C27 | Krupnick Campbell Malone et al. | N/A | No | 37049 | CRP | PIN: 00-2S-24-4559-0002-005C | Ineligible |
| ANTHONY SAKALARIOS | 49 TIDEWATER RD. | HATTIESBURG | MS | 39402 | 69668 | 9C64599B7A | Krupnick Campbell Malone et al. | N/A | Yes | 3 | PPD>$500 | N/A | Ineligible |
| AUSTIN NORWOOD | 131 RIVER CREST CIRCLE | SANTA ROSA BEACH | FL | 32459 | 100015949 | 100015949 | Krupnick Campbell Malone et al. | Austin Norwood | No | 136446 | CF | Boat Captain Finfish | Ineligible |
| BARNACLE BAY PARTNERS, LTD. | 7622 MCELVEY ROAD | PANAMA CITY BEACH | FL | 32408 | 100015300 | 100015300 | Krupnick Campbell Malone et al. | Gary Wakstein | No | 41163 | CRP | PIN: 27883-710-000 | Ineligible |
| BARRY B KATZ | 3164 CLUB DRIVE | DESTIN | FL | 32550 | 298713 | D6EA028A3B | Krupnick Campbell Malone et al. | N/A | No | 40578 | CRP | PIN: | Ineligible |
| BARRY B KATZ | 3164 CLUB DRIVE | DESTIN | FL | 32550 | 298713 | D6EA028A3B | Krupnick Campbell Malone et al. | N/A | No | 40540 | CRP | PIN: | Ineligible |
| BARRY B KATZ | 3164 CLUB DRIVE | DESTIN | FL | 32550 | 298713 | D6EA028A3B | Krupnick Campbell Malone et al. | N/A | No | 40553 | CRP | PIN: | Ineligible |
| BARRY B KATZ | 3164 CLUB DRIVE | DESTIN | FL | 32550 | 298713 | D6EA028A3B | Krupnick Campbell Malone et al. | N/A | No | 40550 | CRP | PIN: | Ineligible |
| BARRY B KATZ | 3164 CLUB DRIVE | DESTIN | FL | 32550 | 298713 | D6EA028A3B | Krupnick Campbell Malone et al. | N/A | No | 40543 | CRP | PIN: | Ineligible |
| BERNARD JEFFREY KOSSE DBA MOONSPINNER CONDOS; UNIT 403C | 1410 SOMERHILL WAY | LOUISVILLE | KY | 40223 | 298660 | 0C39CF5F8F | Krupnick Campbell Malone et al. | N/A | No | 49156 | CRP | PIN: 31425-234-000 | Ineligible |
| BETTY L FRIER BYRD | 1041 GENEVA CIRCLE | GREENSBORO | GA | 30642 | 401504 | 91DD2CDFEB | Krupnick Campbell Malone et al. | N/A | No | 56592 | CRP | PIN: 143S3321028001001 | Ineligible |
| BIKINI BEACH MOTEL INC | 11001 FRONT BEACH RD | PANAMA CITY BEACH | FL | 32407 | 100015321 | 100015321 | Krupnick Campbell Malone et al. | John Gheesling | No | 41188 | CRP | PIN: 34914-000-000 | Ineligible |
| BLUE HORIZON LODGE, INC. | 19016 FRONT BEACH ROAD | PANAMA CITY BEACH | FL | 32413 | 100015256 | 100015256 | Krupnick Campbell Malone et al. | Dirk Langlotz | No | 41199 | CRP | PIN: 37263-000-000 | Ineligible |
| BRIAN BARFIELD | 7232 WAVERLY ST. | YOUNGSTOWN | FL | 32466 | 380723 | 25D34D8E38 | Krupnick Campbell Malone et al. | N/A | Yes | 136879 | CF | Boat Captain Shrimp | Ineligible |
| BRIAN HARRISON | PO BOX 800 | SHALIMAR | FL | 32579 | 100061882 | 100061882 | Krupnick Campbell Malone et al. | BRIAN HARRISON | No | 201758 | CBO | N/A | Ineligible |
| BRIAN HARRISON | PO BOX 800 | SHALIMAR | FL | 32579 | 100061882 | 100061882 | Krupnick Campbell Malone et al. | BRIAN HARRISON | No | 117027 | CBC | N/A | Ineligible |
| BRIAN OATSVALL | 2306 JEFFERSON ST | MANDEVILLE | LA | 70448 | 334615 | 4E8DEA656B | Krupnick Campbell Malone et al. | N/A | No | 38322 | CRP | PIN: 6605212000162000940A | Ineligible |
| BRIDGET BABIN | 7245 HGWY 44 | GONZALES | LA | 70737 | 298825 | DA2E3FF27D | Krupnick Campbell Malone et al. | N/A | Yes | 35831 | CRP | PIN: 143S321028007002 | Ineligible |
| BRUCE BELSER | 25 BOB BO LANE | SANTA ROSA BEACH | FL | 32459 | 100015376 | 100015376 | Krupnick Campbell Malone et al. | Bruce Belser | No | 40889 | CRP | PIN: 04-3S-20-34050-003-0010 | Ineligible |
| BRYAN KELLEY | 103 PLANTATION WAY | SANTA ROSA BEACH | FL | 32459 | 68253 | F34EE6BE8C | Krupnick Campbell Malone et al. | N/A | No | 26812 | CFC | N/A | Ineligible |
| BRYAN KELLEY | 103 PLANTATION WAY | SANTA ROSA BEACH | FL | 32459 | 68253 | F34EE6BE8C | Krupnick Campbell Malone et al. | N/A | No | 0 | N/A | N/A | Ineligible |
| C & C HOLDINGS, LLC | PO BOX 611191 | ROSEMARY BEACH | FL | 32461 | 100015746 | 100015746 | Krupnick Campbell Malone et al. | Blake Cody | No | 74214 | RPS | PIN: | Ineligible |
| CHANPAUL, INC | 2851 NE 8TH STREET | POMPANO BEACH | FL | 33062 | 298694 | 6ED4C12370 | Krupnick Campbell Malone et al. | BRADLEY PETE | No | 13268 | CF | Vessel Owner Finfish Outlaw | Ineligible |
| CHANPAUL, INC | 2851 NE 8TH STREET | POMPANO BEACH | FL | 33062 | 298694 | 6ED4C12370 | Krupnick Campbell Malone et al. | BRADLEY PETE | No | 199131 | CF | Boat Captain Finfish | Ineligible |
| CHOKOLOSKEE ISLAND OUTFITTERS, INC. | PO BOX 172 | CHOKOLOSKEE | FL | 34138 | 100116036 | 100116036 | Krupnick Campbell Malone et al. | David Prickett | No | 65843 | CBO | N/A | Ineligible |
| CHRISTOPHER DECEMBER | 2421 88TH AVE NE | CLYDE HILL | WA | 98004 | 232526 | 1D07F9A765 | Krupnick Campbell Malone et al. | N/A | No | 35981 | CRP | PIN: 30-2S-21-42400-000-0040 | Ineligible |
| CLAUDE COMTOIS | 205 HICKORY STREET | FREEPORT | FL | 32439 | 100085066 | 100085066 | Krupnick Campbell Malone et al. | COMTOIS | No | 38463 | CRP | PIN: 28-1S-21-41120-006-0070 | Ineligible |
| CLAUDE PERRY ENTERPRISES LLC. | 732 HARBOR BLVD | DESTIN | FL | 32541 | 232442 | 8629A845D8 | Krupnick Campbell Malone et al. | PERRY CLAUDE | | 41740 | CRP | PIN: 00-2S-22-0630-0000-07E2 | Ineligible |
| CLAUDE PERRY ENTERPRISES LLC. | 732 HARBOR BLVD | DESTIN | FL | 32541 | 232442 | 8629A845D8 | Krupnick Campbell Malone et al. | PERRY CLAUDE | | 41003 | CRP | PIN: 00-2S-22-0630-0000-07D0 | Ineligible |
| CLAUDE PERRY ENTERPRISES LLC. | 732 HARBOR BLVD | DESTIN | FL | 32541 | 232442 | 8629A845D8 | Krupnick Campbell Malone et al. | PERRY CLAUDE | | 41889 | CRP | PIN: 00-2S-22-0630-0000-07D1 | Ineligible |
| CLAUDE PERRY ENTERPRISES LLC. | 732 HARBOR BLVD | DESTIN | FL | 32541 | 232442 | 8629A845D8 | Krupnick Campbell Malone et al. | PERRY CLAUDE | | 40975 | CRP | PIN: | Ineligible |
| CLEARWATER MARINE ENTERPRISES, INC | 836 ISLAND WAY | CLEARWATER BEACH | FL | 33767 | 298737 | E7815960AF | Krupnick Campbell Malone et al. | SPAULDING DAVID | Yes | 16471 | CBO | N/A | Ineligible |
| DANIEL ROY HARTMAN | 22976 BLUEGILL LN. | CUDJOE KEY | FL | 33042 | 299066 | 19F39CD9D5 | Krupnick Campbell Malone et al. | N/A | Yes | 33087 | CF | Vessel Owner Other Seafood FL3332KF | Ineligible |
| DANIEL ROY HARTMAN | 22976 BLUEGILL LN. | CUDJOE KEY | FL | 33042 | 299066 | 19F39CD9D5 | Krupnick Campbell Malone et al. | N/A | Yes | 33148 | VPD | N/A | Ineligible |
| DANIEL ROY HARTMAN | 22976 BLUEGILL LN. | CUDJOE KEY | FL | 33042 | 299066 | 19F39CD9D5 | Krupnick Campbell Malone et al. | N/A | Yes | 135711 | CF | Boat Captain Other Seafood FL3332KF | Ineligible |
| DAVID D RICHARDSON III & CLAUDIA VETTELL | 402 ANDALUSIA DR | OXFORD | MS | 38655 | 298914 | 5B0E6A6BDF | Krupnick Campbell Malone et al. | N/A | No | 40139 | CRP | PIN: 143S321023000007 | Ineligible |

| Name | Address | City | State | Zip | Num1 | Num2 | Firm | Contact | Flag | Num3 | Code | PIN | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID M. BOGGS | P.O. BOX 1531 | TAMPA | FL | 33601 | 130354 | 84FF546A52 | Krupnick Campbell Malone et al. | N/A | Yes | 61287 | WRP | N/A | Ineligible |
| DUFAULT, ARTHUR AND ANN | 5811 SANDVIEW DR | PENSACOLA | FL | 32507 | 298826 | CF206ECF95 | Krupnick Campbell Malone et al. | N/A | No | 36142 | CRP | PIN: 143S321027000008 | Ineligible |
| DWAYNE CARTER ANDERSON DBA XTREME KUSTOM | 501 CROSSLAND STREET | CRESTVIEW | FL | 32539 | 100015940 | 100015940 | Krupnick Campbell Malone et al. | Dwayne Anderson | No | 309308 | CRP | PIN: 21-3N-23-1670-0009-001A | Ineligible |
| DWAYNE CARTER ANDERSON DBA XTREME KUSTOM | 501 CROSSLAND STREET | CRESTVIEW | FL | 32539 | 100015940 | 100015940 | Krupnick Campbell Malone et al. | Dwayne Anderson | No | 41006 | CRP | PIN: 21-3N-23-1670-0009-001A | Ineligible |
| FRANK AND ELEONORE SLUSSER | 2547 PINE FOREST ROAD | CANTONMENT | FL | 32533 | 232528 | E099C3A6D4 | Krupnick Campbell Malone et al. | N/A | No | 40091 | CRP | PIN: 153S321100004004 | Ineligible |
| FRED DONHAM | 837 BRESSLYN ROAD | NASHVILLE | TN | 37205 | 298829 | A437C14DA2 | Krupnick Campbell Malone et al. | N/A | No | 62347 | CRP | PIN: 143S321027000001 | Ineligible |
| GARY SMITH | 620 GENERAL BRAGG DRIVE | BEECH GROVE | TN | 37018 | 211126 | E04EFA7D6C | Krupnick Campbell Malone et al. | N/A | Yes | 40481 | CRP | PIN: 32-2S-21-42600-011-0300 | Ineligible |
| GEORGE J GILLIGAN | 145 TWIN LAKES DR. | DOUBLE OAK | TX | 75077 | 334380 | 7131BD2F6F | Krupnick Campbell Malone et al. | N/A | No | 36528 | CRP | PIN: 143S321013005001 | Ineligible |
| GLORIA MORGAN | 267 TEQUESTA DR | DESTIN | FL | 32541 | 76805 | A614771F11 | Krupnick Campbell Malone et al. | N/A | No | 45679 | CRP | PIN: | Ineligible |
| GLORIA MORGAN | 267 TEQUESTA DR | DESTIN | FL | 32541 | 76805 | A614771F11 | Krupnick Campbell Malone et al. | N/A | No | 45687 | CRP | PIN: | Ineligible |
| GLORIA MORGAN | 267 TEQUESTA DR | DESTIN | FL | 32541 | 76805 | A614771F11 | Krupnick Campbell Malone et al. | N/A | No | 297969 | CRP | PIN: | Ineligible |
| GLORIA MORGAN | 662 HARBOR BLVD UNIT 330 | DESTIN | FL | 32541 | 232350 | 04497D619E | Krupnick Campbell Malone et al. | N/A | No | 45687 | CRP | PIN: | Ineligible |
| GLORIA MORGAN | 662 HARBOR BLVD UNIT 330 | DESTIN | FL | 32541 | 232350 | 04497D619E | Krupnick Campbell Malone et al. | N/A | No | 297969 | CRP | PIN: | Ineligible |
| GLORIA MORGAN | 662 HARBOR BLVD UNIT 330 | DESTIN | FL | 32541 | 232350 | 04497D619E | Krupnick Campbell Malone et al. | N/A | No | 45679 | CRP | PIN: | Ineligible |
| GREEN ACRES DEVELOPMENT, LLC | 82 DRIFTOAK CIRCLE | THE WOODLANDS | TX | 77381 | 298734 | 16BBA8AFF4 | Krupnick Campbell Malone et al. | FRANCK VICTOR | No | 417556 | CRP | PIN: | Ineligible |
| GREEN ACRES DEVELOPMENT, LLC | 82 DRIFTOAK CIRCLE | THE WOODLANDS | TX | 77381 | 298734 | 16BBA8AFF4 | Krupnick Campbell Malone et al. | FRANCK VICTOR | No | 403045 | CRP | PIN: | Ineligible |
| GREEN ACRES DEVELOPMENT, LLC | 82 DRIFTOAK CIRCLE | THE WOODLANDS | TX | 77381 | 298734 | 16BBA8AFF4 | Krupnick Campbell Malone et al. | FRANCK VICTOR | No | 399237 | RPS | PIN: | Ineligible |
| GREGORY CARLOS TOOLE | 3908 NORTHFIELD CT | MIDLAND | TX | 79707 | 232559 | 7DDEA72621 | Krupnick Campbell Malone et al. | N/A | Yes | 54985 | CRP | PIN: 36719-000-000 | Ineligible |
| GREGORY CARLOS TOOLE | 3908 NORTHFIELD CT | MIDLAND | TX | 79707 | 232559 | 7DDEA72621 | Krupnick Campbell Malone et al. | N/A | Yes | 54986 | CRP | PIN: 38468-136-000 | Ineligible |
| GREGORY LAPLANTE | 202 FAN CORAL DR | PANAMA CITY BEACH | FL | 32408 | 232543 | E4AAC93626 | Krupnick Campbell Malone et al. | N/A | No | 64263 | CRP | PIN: 40000-650-326 | Ineligible |
| INSTITUTE OF DIVING INCORPORATED | 17314 PANAMA CITY BEACH PARKWAY | PANAMA CITY BEACH | FL | 32413 | 100015287 | 100015287 | Krupnick Campbell Malone et al. | MICHAEL ZINSZER | No | 40947 | CRP | PIN: 33248-000-000 | Ineligible |
| JAMES AND SUSAN JOHNSTONE | 138 WEST OXFORD STREET | PONTOTOC | MS | 38863 | 298900 | 1561F82BBE | Krupnick Campbell Malone et al. | N/A | Yes | 38692 | CRP | PIN: 143S321023000005 | Ineligible |
| JAMES CULOTTA | 1751 GOLDENROD AVENUE | BATON ROUGE | LA | 70808 | 298909 | 373B6D41B2 | Krupnick Campbell Malone et al. | N/A | No | 72648 | CRP | PIN: 143S32-1028-005-002 | Ineligible |
| JAMES R KILGORE | 1593 COLUMBINE DR | TUPELO | MS | 38801 | 298854 | 81CC13D933 | Krupnick Campbell Malone et al. | THERESA KILGORE | Yes | 40101 | CRP | PIN: | Ineligible |
| JANICE ANN, INC. | 4580 BRIARCLIFF LANE | COCONUT CREEK | FL | 33066 | 232416 | 14640E82BB | Krupnick Campbell Malone et al. | KANE, ROBERT | Yes | 14189 | CF | Vessel Owner Finfish | Ineligible |
| JEFFREY B. FREEMAN | 5040 ROSEDOWN PLACE | ROSWELL | GA | 30076 | 232515 | A30E65BF9F | Krupnick Campbell Malone et al. | N/A | Yes | 36518 | CRP | PIN: 31425-242-000 | Ineligible |
| JIMMY JOHNSON | 1416 MCARTHUR DR | GRIFFIN | GA | 30224 | 298917 | 157E0B85DE | Krupnick Campbell Malone et al. | N/A | No | 38730 | CRP | PIN: 143S32-102-3000-004 | Ineligible |
| JON PLOWDEN | 22000 JOY ST | LAFAYETTE | LA | 70501 | 232309 | 4D03D636D9 | Krupnick Campbell Malone et al. | N/A | No | 90387 | CFC | N/A | Ineligible |
| JOSEPH BUSATO | 909 E NORTH ST | ITASCA | IL | 60143 | 100064112 | 100064112 | Krupnick Campbell Malone et al. | JOSEPH BUSATO | No | 35943 | CRP | PIN: | Ineligible |
| JUDY BELLENFANT | 1511 MISSISSIPPI AVENUE | CHATTANOOGA | TN | 37405 | 232536 | A2145D7EB6 | Krupnick Campbell Malone et al. | N/A | No | 59281 | CRP | PIN: | Ineligible |
| KAREN ANDREWS | 701 N 68TH AVE | PENSACOLA | FL | 32506 | 155196 | 829F446FFE | Krupnick Campbell Malone et al. | N/A | No | 1 | CRP | PIN: 323S321100000015 | Ineligible |
| KAREN ANDREWS | 701 N 68TH AVE | PENSACOLA | FL | 32506 | 155196 | 829F446FFE | Krupnick Campbell Malone et al. | N/A | No | 35733 | CRP | PIN: 143S321028006003 | Ineligible |
| KAREN WICHERT | 12563 WHITE OSPREY DRIVE SOUTH | LILLIAN | AL | 36549 | 298906 | B6449844FC | Krupnick Campbell Malone et al. | N/A | Yes | 64362 | CRP | PIN: 143S321028005003 | Ineligible |
| KAYCE GRIFFITH | 7232 WAVERLY STREET | YOUNGSTOWN | FL | 32466 | 137475 | C4049E584B | Krupnick Campbell Malone et al. | N/A | Yes | 77268 | CF | Vessel Owner Shrimp | Ineligible |
| KILGORE JAMES | 1593 COLUMBINE DRIVE | TUPELO | MS | 38801 | 53722 | 31121ADEA1 | Krupnick Campbell Malone et al. | THERSA KILGORE | Yes | 40101 | CRP | PIN: | Ineligible |
| KIM BALLARD | 509 E SILVEROAK DRIVE | ENTERPRISE | AL | 36330 | 100015584 | 100015584 | Krupnick Campbell Malone et al. | Kim Ballard | No | 41439 | CRP | PIN: 34797-000-007 | Ineligible |
| KRISTIN LEE, INC. | 2751 N.E. 8TH STREET | POMPANO BEACH | FL | 33062 | 232541 | 937B6EB2DC | Krupnick Campbell Malone et al. | MERCIER ALFRED | Yes | 13424 | CF | Vessel Owner Finfish | Ineligible |
| LARRY KEITH EVANS | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 232376 | FC64D4EDA7 | Krupnick Campbell Malone et al. | N/A | No | 36227 | CRP | PIN: 353S321201332003 | Ineligible |
| LARRY KEITH EVANS | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 232376 | FC64D4EDA7 | Krupnick Campbell Malone et al. | N/A | No | 36221 | CRP | PIN: 143S321023000009 | Ineligible |
| LARRY KEITH EVANS | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 232376 | FC64D4EDA7 | Krupnick Campbell Malone et al. | N/A | No | 36213 | CRP | PIN: 143S321023000003 | Ineligible |
| LARRY KEITH EVANS | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 232376 | FC64D4EDA7 | Krupnick Campbell Malone et al. | N/A | No | 36225 | CRP | PIN: 064S321000001022 | Ineligible |
| LARRY KEITH EVANS | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 232376 | FC64D4EDA7 | Krupnick Campbell Malone et al. | N/A | No | 36217 | CRP | PIN: 143S321023000006 | Ineligible |
| LAURA GUZMAN-OAXACA | 829 SIMMONS RD. | RUSTON | LA | 71270 | 100170965 | 100170965 | Krupnick Campbell Malone et al. | Laura Guzman-Oaxaca | No | 135111 | CF | Vessel Owner Finfish | Ineligible |
| LAURA GUZMAN-OAXACA | 829 SIMMONS RD. | RUSTON | LA | 71270 | 100170965 | 100170965 | Krupnick Campbell Malone et al. | Laura Guzman-Oaxaca | No | 135119 | CF | Boat Captain Finfish | Ineligible |
| LEO & CHERYL PIETRCOLLO | 775 GULF SHORE DR, #9118 | DESTIN | FL | 32541 | 232356 | 39A8318921 | Krupnick Campbell Malone et al. | N/A | No | 40017 | CRP | PIN: 00-2S-22-214M-0001-9118 | Ineligible |
| LEO & CHERYL PIETRCOLLO | 775 GULF SHORE DR, #9118 | DESTIN | FL | 32541 | 232356 | 39A8318921 | Krupnick Campbell Malone et al. | N/A | No | 40019 | CRP | PIN: 11-2S-21-42010-00G-0130 | Ineligible |
| MARK MEYER | 212 HARBOR BLVD #303 | DESTIN | FL | 32541 | 100015980 | 100015980 | Krupnick Campbell Malone et al. | Mark Meyer | No | 46175 | CBO | N/A | Ineligible |
| MARK VAUGHAN | 4046 COUNTY ROAD #364 | ELBA | AL | 36323 | 100087120 | 100087120 | Krupnick Campbell Malone et al. | VAUGHAN | No | 40467 | CRP | PIN: 36476-005-000 | Ineligible |
| MATTHEW ADEN | 1321 S 199 ST | OMAHA | NE | 68130 | 298672 | 8C02785E0F | Krupnick Campbell Malone et al. | N/A | No | 0 | N/A | N/A | Ineligible |
| MATTHEW ADEN | 1321 S 199 ST | OMAHA | NE | 68130 | 298672 | 8C02785E0F | Krupnick Campbell Malone et al. | N/A | No | 36670 | CRP | PIN: 322s21426000090100 | Ineligible |

| Name | Address | City | State | Zip | Col6 | Col7 | Firm | Col9 | Col10 | Col11 | Type | PIN | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATTHEW ADEN | 1321 S 199 ST | OMAHA | NE | 68130 | 298672 | 8C02785E0F | Krupnick Campbell Malone et al. | N/A | No | 284775 | CRP | PIN: 322S21426000090100 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198073 | CRP | PIN: 31425-376-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198223 | CRP | PIN: 31430-557-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 197873 | CRP | PIN: 31430-563-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198587 | CRP | PIN: 31430-567-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198304 | CRP | PIN: 31430-547-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198209 | CRP | PIN: 31430-564-000 | Ineligible |
| MERRILL WOODFIN | 3506 WINDSOR CIRCLE | CLEVELAND | TN | 37311 | 100015549 | 100015549 | Krupnick Campbell Malone et al. | MERRILL WOODFIN | No | 198251 | CRP | PIN: 31430-557-000 | Ineligible |
| MICHAEL RAFFIELD | 608 SPARROW STREET | LYNN HAVEN | FL | 32444 | 269707 | 9C44DC97D2 | Krupnick Campbell Malone et al. | N/A | Yes | 20530 | CF | Boat Captain Finfish Marlin Four | Ineligible |
| MICHAEL RAFFIELD | 608 SPARROW STREET | LYNN HAVEN | FL | 32444 | 269707 | 9C44DC97D2 | Krupnick Campbell Malone et al. | N/A | Yes | 137469 | CFC | N/A | Ineligible |
| MITCHELL POLLAK | 8100 ROYAL PALM BLVD. #105 | CORAL SPRINGS | FL | 33065 | 100086746 | 100086746 | Krupnick Campbell Malone et al. | POLLAK | No | 391977 | CRP | PIN: | Ineligible |
| MONICA R GRIFFIN-BATA | 27902 COUNTY ROAD 26 | ELBERTA | AL | 36530 | 298823 | 95CB043654 | Krupnick Campbell Malone et al. | N/A | No | 36612 | CRP | PIN: 143S321027000004 | Ineligible |
| MOON BROTHERS AND SPINNERS | 1410 SOMERHILL WAY | LOUISVILLE | KY | 40223 | 298675 | 50C7093B42 | Krupnick Campbell Malone et al. | KOSSE JEFF | No | 39294 | CRP | PIN: 31425-414-000 | Ineligible |
| MORGAN GLORIA | 662 HARBOR BLVD #330 | DESTIN | FL | 32541 | 38064 | D75C8F6C03 | Krupnick Campbell Malone et al. | N/A | No | 297969 | CRP | PIN: | Ineligible |
| MORGAN GLORIA | 662 HARBOR BLVD #330 | DESTIN | FL | 32541 | 38064 | D75C8F6C03 | Krupnick Campbell Malone et al. | N/A | No | 45679 | CRP | PIN: | Ineligible |
| MORGAN GLORIA | 662 HARBOR BLVD #330 | DESTIN | FL | 32541 | 38064 | D75C8F6C03 | Krupnick Campbell Malone et al. | N/A | No | 45687 | CRP | PIN: | Ineligible |
| NATHAN PETERS JR. | 404 PETERS STREET | PORT ST JOE | FL | 32456 | 100015878 | 100015878 | Krupnick Campbell Malone et al. | NATHAN PETERS JR. | No | 40403 | CRP | PIN: 06310-000R | Ineligible |
| OCEANSCOUT, INC. | 31255 AVENUE G | BIG PINE KEY | FL | 33043 | 100016073 | 100016073 | Krupnick Campbell Malone et al. | Leonard Quasney | No | 304161 | CF | Boat Captain Finfish Unknown | Ineligible |
| OCEANSCOUT, INC. | 31255 AVENUE G | BIG PINE KEY | FL | 33043 | 100016073 | 100016073 | Krupnick Campbell Malone et al. | Leonard Quasney | No | 304157 | CF | Boat Captain Shrimp Unknown | Ineligible |
| PATRICIA LAW | 14401 FRONT BEACH RD | PANAMA CITY BEACH | FL | 32413 | 100015388 | 100015388 | Krupnick Campbell Malone et al. | Patricia Law | No | 65284 | RPS | PIN: | Ineligible |
| PERRY FAMILY PROPERTIES, LLC | 732 HARBOR BLVD. | DESTIN | FL | 32541 | 232418 | 7E84788B14 | Krupnick Campbell Malone et al. | PERRY CLAUDE |  | 336045 | CRP | PIN: 00-2S-22-0701-000M-0010 | Ineligible |
| PERRY FAMILY PROPERTIES, LLC | 732 HARBOR BLVD. | DESTIN | FL | 32541 | 232418 | 7E84788B14 | Krupnick Campbell Malone et al. | PERRY CLAUDE |  | 40945 | CRP | PIN: 00-2S-22-0701-000M-0010 | Ineligible |
| PETER BRADLEY | 2851 NE 8 ST | POMPANO BEACH | FL | 33062 | 100219138 | 100219138 | Krupnick Campbell Malone et al. | Peter Bradley | No | 199163 | CF | Boat Captain Finfish | Ineligible |
| PHILLIP BLACKBURN | 16 RUE DE ETRETAT | DESTIN | FL | 32541 | 100015286 | 100015286 | Krupnick Campbell Malone et al. | PHILLIP BLACKBURN | No | 391323 | CBC | N/A | Ineligible |
| PHILLIP BLACKBURN | 16 RUE DE ETRETAT | DESTIN | FL | 32541 | 100015286 | 100015286 | Krupnick Campbell Malone et al. | PHILLIP BLACKBURN | No | 168536 | CBC | N/A | Ineligible |
| PIKE PARTNERSHIP | 9357 ANSLEY LN | BRENTWOOD | TN | 37027 | 298732 | CF2BB09F51 | Krupnick Campbell Malone et al. | ANTHONY RANDALL | Yes | 36913 | CRP | PIN: 40000-650-297 | Ineligible |
| RANDALL H ANTHONY | 9357 ANSLEY LANE | BRENTWOOD | TN | 37027 | 100015504 | 100015504 | Krupnick Campbell Malone et al. | Randall Anthony | No | 41027 | CRP | PIN: 40001-000-659 | Ineligible |
| REEL STRIKE, INC | 2751 NE 8TH STREET | POMPANO BEACH | FL | 33062 | 232535 | 091E412291 | Krupnick Campbell Malone et al. | MERCIER ALFRED | Yes | 13825 | CF | Vessel Owner Finfish | Ineligible |
| REES 673 | 255 BROADMOOR DR | FAYETTEVILLE | GA | 30215 | 332430 | 89908F0966 | Krupnick Campbell Malone et al. | EVANS LARRY | No | 41165 | CRP | PIN: 064S32-1000-000-020 | Ineligible |
| ROBERT W LEWIS | 100 GULF SHORE DRIVE | DESTIN | FL | 32541 | 232317 | 846E8F2C5B | Krupnick Campbell Malone et al. | N/A | No | 60876 | CRP | PIN: 002S24070800006060 | Ineligible |
| RONALD CHICOLA | 829 SIMMONS RD | RUSTON | LA | 71270 | 232313 | 146F93614F | Krupnick Campbell Malone et al. | N/A | Yes | 14272 | CF | Boat Captain Finfish | Ineligible |
| RUSSELL M KELSON | 4441 SO. HIGHWAY 99 | WALNUT HILL | FL | 32568 | 298923 | EC1DAA2BD6 | Krupnick Campbell Malone et al. | N/A | Yes | 39214 | CRP | PIN: 143S321028006002 | Ineligible |
| SAMUIL FARBMAN | 1096 SCENIC GULF DRIVE | MIRAMAR BEACH | FL | 32550 | 232439 | B50B1A90A1 | Krupnick Campbell Malone et al. | N/A | Yes | 61012 | CRP | PIN: 32-2S-21-42600-012-0900 | Ineligible |
| SHARON L ROWLEY | 1028 BONITA DR | PENSACOLA | FL | 32507 | 100015784 | 100015784 | Krupnick Campbell Malone et al. | ROWLEY | No | 40127 | CRP | PIN: 143S321028002001 | Ineligible |
| SHERI ANDREWS | 721 LEGION DRIVE | DESTIN | FL | 32541 | 232314 | 59A8D64347 | Krupnick Campbell Malone et al. | N/A | Yes | 0 | N/A | N/A | Ineligible |
| SIDNEY FLOYD | P. O. BOX 437 | INTERLACHEN | FL | 32148 | 100015929 | 100015929 | Krupnick Campbell Malone et al. | SIDNEY FLOYD | No | 32470 | CF | Vessel Owner Shrimp Unknown | Ineligible |
| STEVEN C SANCHEZ | 5413 3RD AVENUE | KEY WEST | FL | 33040 | 232522 | D46A553BFC | Krupnick Campbell Malone et al. | N/A | Yes | 31380 | CBO | N/A | Ineligible |
| SUSAN MOLSTAD | 544 COLLINGWOOD DRIVE | EAST LANSING | MI | 48823 | 298924 | DA3EB4679C | Krupnick Campbell Malone et al. | N/A | Yes | 38351 | CRP | PIN: 14-3S-32102-8004-002 | Ineligible |
| TERRIE HUGHES-KIMBALL | 2835 LAKESHORE DRIVE | MANDEVILLE | LA |  | 76849 | 420F0CEFD0 | Krupnick Campbell Malone et al. | N/A | Yes | 39397 | CRP | PIN: 143S321028003003 | Ineligible |
| THOMAS LEROY KLOSTERMAN | 724 VINTAGE CIRCLE | DESTIN | FL | 32541 | 232320 | 0FE21FE1F3 | Krupnick Campbell Malone et al. | N/A | Yes | 38042 | CBO | N/A | Ineligible |
| TOMMY RICE | 6422 W HIGHWAY 98 UNIT 405 | PANAMA CITY BEACH | FL | 32407 | 100015478 | 100015478 | Krupnick Campbell Malone et al. | Tommy Rice | No | 65281 | CBO | N/A | Ineligible |
| TUNACIOUS INC | 4580 BRIARCLIFF LANE | COCONUT CREEK | FL | 33066 | 550610 | 06E2337C64 | Krupnick Campbell Malone et al. | KANE ROBERT | Yes | 0 | N/A | N/A | Ineligible |
| VICKI DUNLAP | 1120 PEPERIDGE DRIVE | PENSACOLA | FL | 32504 | 162951 | 81252492EF | Krupnick Campbell Malone et al. | N/A | No | 60991 | CRP | PIN: 143S321028001003 | Ineligible |
| WALTER SPRAGGINS | 33 SARAH ST | FREEPORT | FL | 32439 | 100080606 | 100080606 | Krupnick Campbell Malone et al. | Walter Spraggins | No | 84548 | CRP | PIN: | Ineligible |
| WILDLIFE PRESERVATION, LLC | 7940 FRONT BEACH ROAD #199 | PANAMA CITY BEACH | FL | 32407 | 100081123 | 100081123 | Krupnick Campbell Malone et al. | Joanie Ritteman | No | 40230 | CRP | PIN: 26-2S-19-24030-000-0310 | Ineligible |
| WILDLIFE PRESERVATION, LLC | 7940 FRONT BEACH ROAD #199 | PANAMA CITY BEACH | FL | 32407 | 100081123 | 100081123 | Krupnick Campbell Malone et al. | Joanie Ritteman | No | 40229 | CRP | PIN: 26-2S-19-24030-000-0240 | Ineligible |
| WILDLIFE PRESERVATION, LLC | 7940 FRONT BEACH ROAD #199 | PANAMA CITY BEACH | FL | 32407 | 100081123 | 100081123 | Krupnick Campbell Malone et al. | Joanie Ritteman | No | 40223 | CRP | PIN: 262S19240300000240 | Ineligible |
| WILDLIFE PRESERVATION, LLC | 7940 FRONT BEACH ROAD #199 | PANAMA CITY BEACH | FL | 32407 | 100081123 | 100081123 | Krupnick Campbell Malone et al. | Joanie Ritteman | No | 40222 | CRP | PIN: 27338-042-000 | Ineligible |
| WILDLIFE PRESERVATION, LLC | 7940 FRONT BEACH ROAD #199 | PANAMA CITY BEACH | FL | 32407 | 100081123 | 100081123 | Krupnick Campbell Malone et al. | Joanie Ritteman | No | 40227 | CRP | PIN: 26-2S-19-24000-001-0011 | Ineligible |
| WILLIAM CASEY JR | 136 N. FAIRGROUND ST | MARIETTA | GA | 30060 | 298679 | 50490294F9 | Krupnick Campbell Malone et al. | N/A | No | 0 | N/A | N/A | Ineligible |

| Name | Address | City | State | Zip | | | Firm | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLIAM LANG | 2108 PEBBLE BEACH PLACE | PANAMA CITY | FL | 32408 | 100084598 | 100084598 | Krupnick Campbell Malone et al. | LANG | No | 38529 | CBC | N/A | Ineligible |
| WILLIAM LANG | 2108 PEBBLE BEACH PLACE | PANAMA CITY | FL | 32408 | 100084598 | 100084598 | Krupnick Campbell Malone et al. | LANG | No | 272450 | CBC | N/A | Ineligible |
| WILLIAM SMITH | 42 BUSINESS CENTRE DR UNIT 106 | MIRAMAR BEACH | FL | 32550 | 232539 | 2F4A087A6B | Krupnick Campbell Malone et al. | N/A | No | 80810 | CRP | PIN: 24-3S19-25050-000-0060 | Ineligible |
| WILLIAM SMITH | 42 BUSINESS CENTRE DR UNIT 106 | MIRAMAR BEACH | FL | 32550 | 232539 | 2F4A087A6B | Krupnick Campbell Malone et al. | N/A | No | 281738 | CRP | PIN: 24-3S-19-25050-000-0060 | Ineligible |