# EXHIBIT "C"

## HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS DEFICIENCY NOTICE
### DATE OF NOTICE: JANUARY 30, 2019
### POSTMARK DEADLINE TO SUBMIT RESPONSE: FEBRUARY 19, 2019

### CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| Name: | CLAUDE PERRY ENTERPRISES, LLC |
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 |

| Address: | Street<br>732 HARBOR BLVD | | |
|---|---|---|---|
| | City<br>DESTIN | State<br>FL | Zip<br>32541 |
| Representative: | Yes | | |

### I. DEFICIENCY EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claims indicated in Section V below. We cannot complete processing of the claims identified below until the additional information and/or documentation requested is provided.

If you do not submit the documentation requested by the response deadline noted above, your claim will be denied for failure to cure deficiencies; extensions are not available. That said, if your claim is denied for failure to cure deficiencies you may still provide additional documentation through the Appeal process, again, subject to a deadline. If you submit a timely request for Appeal review and you receive an Appeal Determination affirming the denial for failure to cure deficiencies, you will have a final opportunity to provide the requested documentation along with a timely request for Court Review.

### II. HOW TO RESPOND TO THIS NOTICE

<u>ALL RESPONSES</u> must include your Claimant ID above or your taxpayer identification number on every page. Please include the first page of this Notice along with your response as this will ensure your response is immediately added to your claim file and reduce processing time.

Mailed Responses: You must submit a written response postmarked on or before the response deadlines indicated on any/all Notices. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Emailed Responses: For responses by email, the response must be received by the New Class Claims Administrator on or before the response deadline date. You will receive an auto-reply email message as evidence of receipt of emailed submissions. If you do not receive an auto-reply email message, your email was not received.

### IV. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help understanding what the New Class Claims Administrator needs in order to complete processing your claim(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.

| | | |
|---|---|---|
| DEF-1<br>v.1 | WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM | Claimant Number:<br>8629A845D8 |





*8629A845D8*

## V. DEFICIENCY REASONS

For deficiencies referencing an issue with a Sworn Written Statement (SWS), please download the necessary SWS form from the case website, GulfSpillPunitiveDamagesSettlement.com. All SWS forms are located on the Claim Form tab.

For missing signature deficiencies, please download a copy of the Claim Form from the case website noted above; you do not need to complete the entire form, just return the signature page with an original, wet ink signature of the claimant or the claimant's authorized business representative. Attorneys may not sign for clients and the original form must be submitted via mail to clear this deficiency.

You may have previously received a deficiency letter; if that is the case, the deficiency reasons below reflect the current, outstanding deficiencies that have not yet been cured for the claims listed.

ClaimType: Coastal Real Property

IdentifyingInfo: Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida | Line No 1

Reasons: The ownership interest you asserted is not supported by the deed and/or tax bill you provided. The claimant must be listed on the deed and tax bill as the owner of the property and, for jointly owned properties, must identify the portion of the parcel owned, e.g. ¼, 50%, as tenants in common, etc., to meet the requirements complete claim documentation for the program. Please provide the deed and 2010 tax bill to confirm your fee simple ownership interest in this parcel. If your tax bill lists other co-owners, but not you, please contact the program for assistance with documenting your claim.

## VI. HOW TO SUBMIT THIS FORM

Submit your Deficiency Response, along with any accompanying documents:

By Email:   Questions@GulfSpillPunitiveDamagesSettlement.com

By US Mail:  HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier
Service:    HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760