EXHIBIT "E"



# HESI/Transocean Punitive Damages & Assigned Claims Settlements
# FAILURE TO CURE DEFICIENCY DENIAL DETERMINATION NOTICE
## DATE OF NOTICE: JUNE 13, 2019
## POSTMARK DEADLINE TO SUBMIT RESPONSE: JULY 3, 2019

## I. CLAIMANT AND CLAIM INFORMATION

| Name: | CLAUDE PERRY ENTERPRISES LLC. | | |
|---|---|---|---|
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 | | |
| Address: | Street 732 HARBOR BLVD | | |
| | City DESTIN | State FL | Zip Code 32541 |
| Representative: | | | |

## II. FAILURE TO CURE DEFICIENCY DENIAL EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in Section V below.

You previously received a Deficiency Notice regarding the claim(s) listed below. You have not successfully cured all deficiencies or did not respond to the Deficiency Notice. The claim(s) listed are denied as a result. **You may still provide additional documentation through the Appeal process to cure the deficiency(ies) listed.**

If you have additional documentation that will cure the deficiency(ies) listed below, please submit the attached Appeal Form on or before the response deadline. If you submit a timely request for Appeal review and you receive an Appeal Determination affirming the original denial determination, you will have an opportunity to request Court Review and provide additional documentation. Late Appeal Forms and/or Court Review requests will not be reviewed and there are no extensions of time for compliance; however, if you file a timely Appeal request, the Claims Administrator may consider extenuating circumstances and allow additional time for supporting documentation to be provided.

## III. HOW TO SUBMIT AN APPEAL

**ALL APPEALS** must include the official Appeal Form and the Claim Line Number for which appeal is being requested. Any additional documentation must include your Claimant ID above or your taxpayer identification number on every page.

You must submit the Appeal Form along with any supporting documentation postmarked on or before the response deadline indicated above. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Submit your Appeal Form, along with any accompanying documents:

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier Service: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760

## IV. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help filing an appeal of your determination(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.



## V. FAILURE TO CURE DEFICIENCY DENIAL REASONS

| Claim Type | Identifying Info | Reasons |
|---|---|---|
| Coastal Real Property | Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida \| Line 1 | The ownership interest you asserted is not supported by the deed and/or tax bill you provided. The claimant must be listed on the deed and tax bill as the owner of the property and, for jointly owned properties, must identify the portion of the parcel owned, e.g. ¼, 50%, as tenants in common, etc., to meet the requirements complete claim documentation for the program. Please provide the deed and 2010 tax bill to confirm your fee simple ownership interest in this parcel. If your tax bill lists other co-owners, but not you, please contact the program for assistance with documenting your claim. |