EXHIBIT "F"

# KELLEY STEWART

| | |
|---|---|
| **From:** | Camille Ray |
| **Sent:** | Tuesday, June 18, 2019 11:51 AM |
| **To:** | questions@GulfSpillPunitiveDamagesSettlement.com |
| **Cc:** | JESSE S. FULTON; Michelle LaCount (michelle.lacount@choosegcg.com) |
| **Subject:** | Claude Perry Enterprises LLC (8629A845D8) |
| **Attachments:** | HESI Not. 6.13.19.PDF; CLAUDE PERRY - APPEAL.PDF; Ans.HESINot.1.30.19.PDF; HESI/Transocean - Claude Perry Enterprises (8629A845D8) |

Good morning –

We received the attached Notice for Claude Perry Enterprises "CPE" on June 17, 2019. On May 7, 2018, we sent the attached Revised Page 7 for the above claimant. On September 20, 2018 we received a Claims Reconciliation Appeal Form for CPE. We provided the attached response to that Notice on Sept. 20, 2018 and responded again on Feb. 5, 2019 to another Notice.

Please let us know if we are missing anything as we have provided all the necessary responses to correct this error.

Thank you and have a good day

*Camille T. Ray*
Legal Assistant to Jesse S. Fulton, Esq.
Krupnick, Campbell, Malone, Buser
Slama Hancock, P.A.
12 SE 7th Street, Suite 801
Ft. Lauderdale, FL, 33301
cray@krupnicklaw.com
954-712-8628 (direct)
954-763-8181
877-763-8181 (toll free)
954-763-8292 (fax)

1



## HESI/Transocean Punitive Damages & Assigned Claims Settlements
## APPEAL FORM
### DATE OF ELIGIBILITY NOTICE: JUNE 13, 2019
### DEADLINE TO SUBMIT FORM: JULY 3, 2019

### I. CLAIMANT AND CLAIM INFORMATION

| Name: | CLAUDE PERRY ENTERPRISES LLC. |
|---|---|

| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 |
|---|---|

| Address: | Street: 732 HARBOR BLVD | | |
|---|---|---|---|
| | City: DESTIN | State: FL | Zip Code: 32541 |

| Representative: | |
|---|---|

### II. APPEAL REQUEST

After receiving your Determination Letter, you have the option to appeal, which will result in a new review of your claim based on the additional documents you submit or the new information you provide on this form.

You may select all appeal options within a section that are applicable to you. By appealing you certify that you understand the outcome could change the eligibility of your claim and/or that the base compensation value used to determine your pro rata share of the Settlements could increase, decrease or stay the same.

**NOTICE FOR EXISTING DHEPDS CLAIMANTS:** This form **CANNOT BE USED** to appeal an underlying DHEPDS determination(s); your rights to request re-review, reconsideration, or appeal in the DHEPDS Program were governed by the deadlines set forth in your DHEPDS Notices; all of those deadlines have expired making your DHEPDS determination(s) final and binding. Your right of appeal is limited to disputes regarding the accuracy of the DHEPDS claim determination information reviewed by the New Class Claims Administrator or similar issues arising from the transfer of your underlying claim data.

Please note that not all claims deemed payable by the Court-appointed Neutrals or recipients of compensatory damages are automatically eligible under the New Class Distribution Model. Before filing an appeal please review the Court-approved Distribution Model.

My HESI/Transocean claim has been denied for failure to comply with PTO-60, have a pending lawsuit, or have settled with the Court-appointed Neutrals, but

☐ ☐ I settled with the Court-Appointed Neutrals and received a payment for compensatory damages
   **(Include a copy of the executed settlement agreement)**

☐ I have a pending lawsuit demanding compensatory damages naming Halliburton and/or Transocean as defendants **(Include a copy of the complaint):**

Case No.: _____

Court Name/Responsible Official: _____

☐ I settled a lawsuit with Halliburton and/or Transocean for compensatory damages ONLY and did not release my rights to punitive damages **(Include a copy of the executed settlement agreement):**

Case No.: _____

Court Name/Responsible Official: _____



☐ I have included documentation to resolve the Incompleteness Issue noted in my Determination Letter for Claim Line Number: _____

☐ **Other (state basis for appeal and Claim Line Number being appealed):**

Provide any additional information you would like the New Class Claims Administrator to have in relation to your appeal. You may attach additional sheets if necessary as well as documentation to support your claim(s):

### III. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

**Date Signed:** ____/____/____
(Month/Day/Year)

_____
Signature

_____
Name (Printed or Typed)

_____
Title (If Business Claimant only)

### IV. HOW TO SUBMIT THIS FORM

Submit your completed **Appeal Form**, along with any accompanying documents, by email to Questions@GulfSpillPunitiveDamagesSettlement.com or by mail to: HESI/Transocean Punitive Damages & Assigned Claims Settlements, c/o Garden City Group, LLC, PO Box 10260, Dublin, OH 43017-5760.

# HESI/Transocean Punitive Damages & Assigned Claims Settlements
## CLAIMS RECONCILIATION APPEAL FORM
### DEADLINE TO SUBMIT FORM: SEPTEMBER 20, 2018

## I. CLAIMANT AND CLAIM INFORMATION

**Name:** Claude Perry dba Claude Perry Enterprises

**Claims Reconciliation Reference Number:** 232442

**HESI/Transocean New Class Claimant Number:** 8629A845D8

**Address:**
Street: 732 HARBOR BLVD.
City: DESTIN
State: FL
Zip Code: 32541

**Law Firm:** Krupnick Campbell Malone et al

**Representative:**

## BASIS OF APPEAL

☐ **Not all of my New Class-relevant claims are listed on the Claims Appendix.**

**REMINDER:** Not all DHEPDS claims are relevant; **please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types** - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying Information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim Information for further consideration:

Claim ID: _____ Claim Type: _____

Additional Identifying Information: _____

☐ **My final DHEPDS Eligibility Notice for the claim below indicates a different base Compensation than the value included in the Claims Appendix.** You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____ Claim Type: _____

☒ Other: The claim identifying information related to this specific claim is incorrect. The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000A-0010, but this is incorrect.

The correct parcel # is: 00-2S-22-0630-0000-07D0.



Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); Include your name and taxpayer ID or claim number on all attachments:

The parcel # that was recorded as belonging to the claimant, sub claim identifier 1, belongs to a related claimant, Perry Family Properties.

**SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Signature

Name (Printed or Typed) Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises LLC.

Title (If Business Claimant only)

Date 9/19/18

# Okaloosa County Property Appraiser

| Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Okaloosa Home |

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | MARLER HARBOR PROPERTY LLC | Today's Date | September 19, 2018 |
| Mailing Address | 732 HWY 98 E | Parcel Number | 00-2S-22-0630-0000-07D0 |
| | DESTIN, FL 32541 | Tax District | DESTIN (District 10) |
| Location Address | 300 HARBOR BLVD DESTIN | 2017 Millage Rates | 13.0691 |
| Property Usage | STORES, 1 (001100) | Acreage | 0 |
| Section Township Range | 00-2S-22 | Homestead | N |
| Business Name | | | |

Show Parcel Maps

## Value Information

| | 2017 Certified Values | 2018 Preliminary Values |
|---|---|---|
| Building Value | $133,310 | $148,631 |
| Extra Feature Value | $1,302 | $1,221 |
| Land Value | $192,597 | $202,227 |
| Land Agricultural Value | $0 | $0 |
| Agricultural (Market) Value | $0 | $0 |
| Just (Market) Value* | $327,209 | $352,079 |
| Assessed Value | $327,209 | $352,079 |
| Exempt Value | $0 | $0 |
| Taxable Value | $327,209 | $352,079 |

"Just (Market) Value" description - This is the value established by the Property Appraiser for ad valorem purposes. This value does not represent anticipated selling price.

Tax Information

## Legal Information

DESTIN M/P NLY 103 FT OF LOT 7D

The legal description shown here may be condensed for assessment purposes. Exact description should be obtained from the recorded deed.

## Building Information

| Type | Total Area | Heated Area | Exterior Wall | Roof Cover | Interior Wall | Flooring |
|---|---|---|---|---|---|---|
| RETAIL STR | 10,181 | 8,100 | ABOVE AVE | BUILT-UP | DRYWL/PLAS | CONC FINSH |
| Heating Type | A/C Type | Baths | Bedrooms | Stories | Actual Year Built | Effective Year Built |
| AIR DUCTED | CENTRAL | 0 | 0 | 1 | 1956 | 1965 |

Show Building Sketch

## Extra Features Data

| Description | Number of Items | Unit Length x Width x Height | Units | Effective Year Built |
|---|---|---|---|---|
| FIREPLACE C | 1 | 0 x 0 x 0 | 1 UT | 2008 |

## Land Information

| LAND USE | NUMBER OF UNITS | UNIT TYPE | Frontage | Depth |
|---|---|---|---|---|
| STORE 1FLR | 150 | FF | 150 | 103 |

## Sale Information

| Multi-Parcel Sale | Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| No | 01-12-2018 | $100 | SPECIAL WARANTY | 3335 | 3668 | Unqualified | Improved | PERRY CLAUDE F SR | MARLER HARBOR PROPERTY LLC |
| No | 09-02-2004 | $700,000 | Warranty Deed | 2560 | 3651 | Unqualified | Improved | HANSHAW CONSTANCE TRUST | PERRY CLAUDE F SR |
| No | 11-19-1999 | $100 | PERSONAL REP | 2231 | 1949 | Unqualified | Improved | MARLER MRS BEN | HANSHAW CONSTANCE JOY TRUST |
| No | 02-05-1999 | $100 | PERSONAL REP | 2207 | 2623 | Unqualified | Improved | MARLER MRS BEN | HANSHAW ROBERT & KAREN |
| No | 01-01-1977 | $103,833 | PREVIOUS VALUE | 0 | 0 | Unqualified | Improved | | MARLER MRS BEN |

| Sales In Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Okaloosa Home |

The Okaloosa County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The Senior Exemption Does Not Apply to All Taxing Authorities. Just (Market) Value is established by the

# HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS
# DEFICIENCY NOTICE
## DATE OF NOTICE: JANUARY 30, 2019
## POSTMARK DEADLINE TO SUBMIT RESPONSE: FEBRUARY 19, 2019

## I. CLAIMANT AND CLAIM INFORMATION

| Name: | CLAUDE PERRY ENTERPRISES, LLC | | |
|---|---|---|---|
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 | | |
| Address: | Street: 732 HARBOR BLVD | | |
| | City: DESTIN | State: FL | Zip: 32541 |
| Representative: | Yes | | |

## II. DEFICIENCY EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claims indicated in Section V below. We cannot complete processing of the claims identified below until the additional information and/or documentation requested is provided.

If you do not submit the documentation requested by the response deadline noted above, your claim will be denied for failure to cure deficiencies; extensions are not available. That said, if your claim is denied for failure to cure deficiencies you may still provide additional documentation through the Appeal process, again, subject to a deadline. If you submit a timely request for Appeal review and you receive an Appeal Determination affirming the denial for failure to cure deficiencies, you will have a final opportunity to provide the requested documentation along with a timely request for Court Review.

## III. HOW TO RESPOND TO THIS NOTICE

**ALL RESPONSES** must include your Claimant ID above or your taxpayer identification number on every page. Please include the first page of this Notice along with your response as this will ensure your response is immediately added to your claim file and reduce processing time.

**Mailed Responses:** You must submit a written response postmarked on or before the response deadlines indicated on any/all Notices. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

**Emailed Responses:** For responses by email, the response must be received by the New Class Claims Administrator on or before the response deadline date. You will receive an auto-reply email message as evidence of receipt of emailed submissions. If you do not receive an auto-reply email message, your email was not received.

## IV. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help understanding what the New Class Claims Administrator needs in order to complete processing your claim(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.

DEF-1
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM

Claimant Number:
8629A845D8

8629A845D8



## V. DEFICIENCY REASONS

For deficiencies referencing an issue with a Sworn Written Statement (SWS), please download the necessary SWS form from the case website, GulfSpillPunitiveDamagesSettlement.com. All SWS forms are located on the Claim Form tab.

For missing signature deficiencies, please download a copy of the Claim Form from the case website noted above; you do not need to complete the entire form, just return the signature page with an original, wet ink signature of the claimant or the claimant's authorized business representative. Attorneys may not sign for clients and the original form must be submitted via mail to clear this deficiency.

You may have previously received a deficiency letter; if that is the case, the deficiency reasons below reflect the current, outstanding deficiencies that have not yet been cured for the claims listed.

ClaimType: Coastal Real Property

IdentifyingInfo: Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida | Line No 1

Reasons: The ownership interest you asserted is not supported by the deed and/or tax bill you provided. The claimant must be listed on the deed and tax bill as the owner of the property and, for jointly owned properties, must identify the portion of the parcel owned, e.g. ¼, 50%, as tenants in common, etc., to meet the requirements complete claim documentation for the program. Please provide the deed and 2010 tax bill to confirm your fee simple ownership interest in this parcel. If your tax bill lists other co-owners, but not you, please contact the program for assistance with documenting your claim.

## VI. HOW TO SUBMIT THIS FORM

Submit your Deficiency Response, along with any accompanying documents:

By Email: Questions@GulfSpillPunitiveDamagesSettlement.com

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier Service: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760

8629A845-D8

LAW OFFICES
## KRUPNICK CAMPBELL MALONE
## BUSER SLAMA HANCOCK
A PROFESSIONAL ASSOCIATION



JON E. KRUPNICK*
KEVIN A. MALONE
THOMAS E. BUSER*
JOSEPH J. SLAMA*
KELLY D. HANCOCK***†
KELLEY B. STEWART††
MICHAEL J. RYAN
CARLOS A. ACEVEDO***†
CHRIS W. ROYER**

SCOTT L. HENRATTY*

WALTER G. CAMPBELL, JR.
1948-2018

12 SOUTHEAST 7TH STREET
SUITE 801
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 763-8181
TOLL FREE (877) 763-8181
FACSIMILIE (954) 763-8292
WWW.KRUPNICKLAW.COM

BLAKE V. DOLMAN
JESSE S. FULTON
RANDALL A. DIEZ, JR.

* BOARD CERTIFIED CIVIL TRIAL LAWYER
*** ADMITTED IN NY
† ADMITTED IN DISTRICT OF COLUMBIA
†† ADMITTED IN NORTH CAROLINA
' ADMITTED IN WASHINGTON
** ADMITTED IN VIRGINIA

February 5, 2019

HESI/Transocean
Via E-mail Only: questions@GulfSpillPunitiveDamagesSettlement.com

Re: Perry Family Properties
HESI/Transocean Claim No.: 7E84788B14

To Whom It May Concern:

The claimant, Claude Perry Enterprises LLC, Claimant #8629A845D8, received a Deficiency Notice requesting documentation establishing the ownership interest in the specified property. The property in question was identified by its parcel #: 00-2S-22-0701-000M-0010.

Back in September 2018, the claimant had submitted a claims reconciliation appeal form, wherein the claimant informed the Settlement Program that the aforementioned parcel number did not belong to the claimant, but to one of the claimant's other businesses. The corrected parcel number was provided. A copy of the appeal form has been included.

The aforementioned parcel number belongs to the claimant, Perry Family Properties LLC, Claimant #7E84788B14.

If anything else is needed, please let us know. Thank you.

Very Truly Yours,

Jesse S. Fulton

JSF/ctr
Enclosures (as noted)

8629A845D8



## HESI/Transocean Punitive Damages & Assigned Claims Settlements
## CLAIMS RECONCILIATION APPEAL FORM
## DEADLINE TO SUBMIT FORM: SEPTEMBER 20, 2018

### I. CLAIMANT AND CLAIM INFORMATION

**Name:** Claude Perry dba Claude Perry Enterprises

**Claims Reconciliation Reference Number:** 232442

**HESI/Transocean New Class Claimant Number:** 8629A845D8

**Address:**
Street: 732 Harbor Blvd.
City: Destin
State: FL
Zip Code: 32541

**Law Firm:** Krupnick Campbell Malone et al

**Representative:**

### BASIS OF APPEAL

☐ Not all of my New Class-relevant claims are listed on the Claims Appendix.

REMINDER: Not all DHEPDS claims are relevant; please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types - these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim Information for further consideration:

Claim ID: _____ Claim Type: _____

Additional Identifying Information: _____

☐ My final DHEPDS Eligibility Notice for the claim below Indicates a different base Compensation than the value included in the Claims Appendix. You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____ Claim Type: _____

☒ Other: The claim identifying information related to this specific claim is incorrect. The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000M-0010, but this is incorrect.

The correct parcel # is: 00-2S-22-0630-0000-0700.



8629A84508

**BEN ANDERSON** — Okaloosa County Tax Collector
2010 Paid Real Estate
Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
MAIL PAYMENTS TO: P.O. BOX 1390, NICEVILLE, FL 32588

| ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE | ALTERNATE KEY | PROPERTY ADDRESS |
|---|---|---|---|---|
| 002S220701000M0010 | | DEDF | 1004134 | 732 HARBOR BLVD, DESTIN |

PERRY FAMILY PROP LLC
732 HARBOR BLVD
DESTIN, FL 32541

732 HARBOR BLVD
EAST PASS 2ND ADD REVISED, LOT 1 BLK M, 782-90

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| OKALOOSA COUNTY BD OF CO COMMS | | | | | |
| GENERAL REVENUE | 1.4546 | 370,630 | 0 | 370,630 | 539.12 |
| FINE AND FORFEITURE | 1.6724 | 370,630 | 0 | 370,630 | 619.85 |
| PUBLIC HEALTH | 0.0578 | 370,630 | 0 | 370,630 | 21.42 |
| EMERGENCY MEDICAL | 0.1051 | 370,630 | 0 | 370,630 | 38.95 |
| SCHOOL LOCAL | 2.2480 | 370,630 | 0 | 370,630 | 833.18 |
| SCHOOL STATE | 5.2860 | 370,630 | 0 | 370,630 | 1,959.15 |
| NORTHWEST WATER DISTRICT | 0.0450 | 370,630 | 0 | 370,630 | 16.68 |
| CITY OF DESTIN | 1.4550 | 370,630 | 0 | 370,630 | 539.27 |
| DESTIN FIRE DISTRICT | 1.0000 | 370,630 | 0 | 370,630 | 370.63 |

EXEMPTIONS APPLIED:

TOTAL MILLAGE 13.3239 — AD VALOREM TAXES $4,938.25

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS $0.00

COMBINED TAXES AND ASSESSMENTS $4,938.25

Paid    PERRY FAMILY PROP LLC    03/10/2011    Receipt # 313-10001586    Check    $4,938.25

8629A84508




| Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); Include your name and taxpayer ID or claim number on all attachments: |
|---|
| The parcel # that was recorded as belonging to the claimant, Subclaim identifier 1, belongs to a related claimant, Perry Family Properties. |

### SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Signature

Name (Printed or Typed): Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises LLC.

Title (If Business Claimant only)

Date: 9/19/18



7

## PART IV - CLAIM FORM (CONTINUED)

### CLAIM CATEGORY I: REAL PROPERTY

**☒ COASTAL REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

**Property Street Address:** 288 HARBOR BLVD.

**City:** DESTIN     **State:** FL    **Zip Code:** 32541

**Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):**

**Name:** CLAUDE PERRY    **Percentage:**

**Name:**    **Percentage:**

**Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):**

**Item/Description:**    **Purchase Price:** $

**Damage Description:**    **Repair/Replacement Cost:** $

---

**☐ WETLANDS REAL PROPERTY** (inclusive of Personal Property loss/damage to structures on the premises due to the Spill)

**Parcel Identification Number:**

**County/Parish:**

**Owner(s) Name(s) and Percentage Ownership (attach additional sheet if more than two (2) owners):**

**Name:**    **Percentage:**

**Name:**    **Percentage:**

**Describe any Personal Property/structure damages on this property associated with the Deepwater Horizon Incident (attach additional sheet if additional space is needed):**

**Item/Description:**    **Purchase Price:** $

**Damage Description:**    **Repair/Replacement Cost:** $