EXHIBIT "G"



# HESI/Transocean Punitive Damages & Assigned Claims Settlements
# DETERMINATION NOTICE
### DATE OF NOTICE: JULY 25, 2019
### POSTMARK DEADLINE TO SUBMIT RESPONSE: AUGUST 14, 2019

## I. CLAIMANT AND CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **Name:** | PERRY FAMILY PROPERTIES | | | |
| **Notice Reference ID:** | 232418 | | | |
| **HESI/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** | 7E84788B14 | | | |
| **Address:** | Street | 732 HARBOR BOULEVARD | | |
| | City | DESTIN | State FL | Zip Code 32541 |
| **Representative:** | N/A | | | |

## II. DETERMINATION(S) EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in Section V below.

**THIS NOTICE DOES NOT CONTAIN YOUR DISTRIBUTION AMOUNT.**

The determination(s) provided represent a Recognized Loss amount that will be used to compare your claim against all other eligible claims of the same type and will later be used to determine your pro rata distribution amount once all DHEPDS claims are final. Your ACTUAL DISTRIBUTION will likely be significantly less than this amount. Additional details on the pro rata percentage for each claim type will be posted on the case website as we approach the distribution date.

If you believe there has been an error in calculating the Recognized Loss amount determined for your claim(s) listed below you may submit the attached Appeal Form detailing the reason for your appeal and attaching documentation to support your appeal on or before the response deadline noted above. If you submit a timely request for Appeal review and you receive an Appeal Determination affirming the original determination, you will have an opportunity to request Court Review. Late Appeal Forms and/or Court Review requests will not be reviewed.

**NOTE: This letter may not contain determinations for all New Class claims you have filed with the HESI/Transocean Settlements Program and will not include any DHEPDS claims.** The New Class Claims Reconciliation Notice sent in August 2018 included a list of all New Class claims made with the HESI/Transocean Settlements Program and any New Class-relevant DHEPDS claims. Please note, the New Class Claims Reconciliation Recognized Losses for Coastal and Wetlands Real Property <u>did not</u> include the increase for the 2.5 multiplier Risk Transfer Premium (RTP), and the Recognized Loss in this notice also does not include the RTP. Your New Class claims listed below and any DHEPDS-paid claims identified on the New Class Claims Reconciliation Notice will have the appropriate 2.5 multiplier applied at final calculation.

## III. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help filing an appeal of your determination(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.



## IV. HOW TO SUBMIT AN APPEAL

**ALL APPEALS** must include the official Appeal Form.

Additional documentation must include your Claimant ID above or your taxpayer identification number on <u>every</u> page.

You must include the Subclaim Identifier where indicated on the Appeal Form in order for the Claims Administrator to identify the specific claim you wish to have reviewed – failing to do so will result in delays and/or denial of your appeal.

**You must submit the Appeal Form <u>along with supporting documentation</u> postmarked or emailed on or before the response deadline indicated above.** If you do not include supporting documentation for your appeal, it will be summarily denied.

The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information. If emailing appeals for more than one claimant, please include only one claimant's appeal and documentation per email to ensure proper handling. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Submit your Appeal Form, along with any accompanying documents:
By Email:   Questions@GulfSpillPunitiveDamagesSettlement.com

**NOTE:** Please send a separate email for each claimant; sending one email with documentation for multiple claimants will result in processing delays.

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier Service:   HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760



## V. DETERMINATIONS(S)

The following chart provides additional information on the relevant Claim Type abbreviations used below:

| | | | |
|---|---|---|---|
| CRP | Coastal Real Property | VPD | Vessel Physical Damage |
| WRP | Wetlands Real Property | SUB | Subsistence |
| RPS | Real Property Sales | CBO | Charterboat Operator |
| OL | Oyster Leaseholder | CBC | Charterboat Crew |
| CRP-PPD | CRP - Personal Property Damage | CFC | Commercial Fishing Crew |
| WRP-PPD | WRP - Personal Property Damage | CF | Commercial Fishing - Non Menhaden |
| PPD>$500 | Personal Property Damage > $500 | MEN | Commercial Fishing - Menhaden |

| Subclaim Identifier | Claim Type | Identifying Information | Recognized Loss |
|---|---|---|---|
| 1 | CRP | PIN: 00-2S-22-0701-000M-0010 | $1,312.03 |





## HESI/Transocean Punitive Damages & Assigned Claims Settlements
## ELIGIBILITY NOTICE APPEAL FORM
## DATE OF ELIGIBILITY NOTICE: JULY 25, 2019
## DEADLINE TO SUBMIT FORM: AUGUST 14, 2019
### I. CLAIMANT AND CLAIM INFORMATION

| Name: | PERRY FAMILY PROPERTIES |
|---|---|
| **Notice Reference ID:** | 232418 |
| **HESI/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number:** | 7E84788B14 |

### II. APPEAL REQUEST

After receiving your Determination Letter, you have the option to appeal, which will result in a new review of your claim based on the additional documents you submit or the new information you provide on this form.

You may select all appeal options within a section that are applicable to you. By appealing you certify that you understand the outcome could change the eligibility of your claim and/or that the base compensation value used to determine your pro rata share of the Settlements could increase, decrease or stay the same.

### APPEAL OF CLAIM CALCULATION

☐ I disagree with the calculation of my eligible claim under the New Class Distribution Model. Attach additional sheets if necessary including your name, taxpayer ID, and claimant number on each page.

Claim Type: _____ Line Number: _____

**State the specific basis for appeal and attach documentation or a brief to support your appeal, unsupported appeals will be summarily denied:**

Provide any additional information you would like the New Class Claims Administrator to have in relation to your appeal. You may attach additional sheets if necessary as well as documentation to support your claim(s):

### SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

_____         _____
Signature                                                  Name (Printed or Typed)

_____         _____
Title (If Business Claimant only)                   Date

