EXHIBIT "H"

# HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS
## APPEAL DETERMINATION NOTICE
### DATE OF NOTICE: 8/30/2019
### POSTMARK DEADLINE TO SUBMIT RESPONSE: 9/19/2019

## I. CLAIMANT AND CLAIM INFORMATION

| Name: | CLAUDE PERRY ENTERPRISES, LLC | | |
|---|---|---|---|
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 | | |
| Address: | Street: 732 HARBOR BLVD | | |
| | City: DESTIN | State: FL | Zip: 32541 |
| Representative: | Yes | | |

## II. DETERMINATION(S) EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in Section III below.

Below please find the Claims Administrator's determination regarding your appeal.

## III. DETERMINATION(S)

| Claim Type: | Coastal Real Property |
|---|---|
| Claim Identifying Information: | Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida Claim Line: 1 |
| Determination: | Appeal Denied. Determination Stands.<br><br>This property lies outside of the Coastal Real Property compensation zone as detailed in the New Class Distribution Model approved by the District Court, and the Claims Administrator finds that there is not sufficient specific evidence to warrant a departure from the Distribution Model's geographic definitions. As such, the underlying determination of the Settlements Program is affirmed, and the claim will not be eligible for a payment from the New Class Punitive Damages Combined Settlements Fund. Furthermore, this updated parcel ID was previously reviewed as Claim Line 5 and determined to be outside of the Coastal Real Property zone. |

## IV. HOW TO SUBMIT A REQUEST FOR COURT REVIEW

**ALL REQUESTS FOR COURT REVIEW** must include the official Court Review Request Form and indicate the Claim Line Numbers for which review is being requested. Any additional documentation must include your Claimant ID above or your taxpayer identification number on every page.

You must submit the Court Review Request Form along with any supporting documentation postmarked on or before the response deadline indicated above; there will be no grace period for late responses requesting Court Review. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information and be sure to confirm receipt and save this information for your records. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Submit your Court Review Request Form, along with any accompanying documents:

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier
Service: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760

## V. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help filing a Court Review Request of your determination(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.

APP-1
v.1
WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM
Page 2
Claimant Number:
8629A845D8