EXHIBIT "I"

LAW OFFICES

# KRUPNICK CAMPBELL MALONE
# BUSER SLAMA HANCOCK LIBERMAN

A PROFESSIONAL ASSOCIATION



JON E. KRUPNICK *
WALTER G. CAMPBELL, JR *†***
KEVIN A. MALONE
THOMAS E. BUSER *
JOSEPH J. SLAMA *
KELLY D. HANCOCK ***†♦
SCOTT S. LIBERMAN
IVAN F. CABRERA ***†
KELLEY B. STEWART ††
MICHAEL J. RYAN
CARLOS A. ACEVEDO ***†
NICK S. DAVITIAN†
SEAN F. THOMPSON

12 Southeast 7th Street
Suite 801
Fort Lauderdale, Florida 33301
Telephone (954) 763-8181
Toll Free (877) 763-8181
Fax (954) 763-8292
www.krupnicklaw.com

BLAKE V. DOLMAN
CHRIS W. ROYER ♦♦
BRENT M. REITMAN
JESSE S. FULTON

OF COUNSEL
HOLLY D. KRULIK

* BOARD CERTIFIED CIVIL TRIAL LAWYER
*** ADMITTED IN NY
† ADMITTED IN DISTRICT OF COLUMBIA
†† ADMITTED IN NORTH CAROLINA
♦ ADMITTED IN WASHINGTON
♦♦ ADMITTED IN VIRGINIA

September 4, 2019

**Via Federal Express**

HESI/Transocean Punitive Damages &
Assigned Claims Settlements
5151 Blazer Parkway, Ste. A
Dublin, OH 43017-5760

      Re:     HESI/Transocean Claimant – Claude Perry Enterprises, LLC
                HESI/Transocean Claim No.: 8629A845D8

To Whom It May Concern:

     Enclosed please find our response to HESI/Transocean Appeal Determination Notice dated August 30, 2019 for the following claimant:

1.    Claude Perry Enterprises, LLC

                                          Very Truly Yours,

                                          Jesse S. Fulton

JSF/ctr
Enclosures (as noted)

8629A845D8

# HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS
## APPEAL DETERMINATION NOTICE
### DATE OF NOTICE: 8/30/2019
### POSTMARK DEADLINE TO SUBMIT RESPONSE: 9/19/2019

## I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| Name: | CLAUDE PERRY ENTERPRISES, LLC |
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 |
| Address: | Street: 732 HARBOR BLVD |
| | City: DESTIN  State: FL  Zip: 32541 |
| Representative: | Yes |

## II. DETERMINATION(S) EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in Section III below.

Below please find the Claims Administrator's determination regarding your appeal.

## III. DETERMINATION(S)

| | |
|---|---|
| Claim Type: | Coastal Real Property |
| Claim Identifying Information: | Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida Claim Line: 1 |
| Determination: | Appeal Denied. Determination Stands.<br><br>This property lies outside of the Coastal Real Property compensation zone as detailed in the New Class Distribution Model approved by the District Court, and the Claims Administrator finds that there is not sufficient specific evidence to warrant a departure from the Distribution Model's geographic definitions. As such, the underlying determination of the Settlements Program is affirmed, and the claim will not be eligible for a payment from the New Class Punitive Damages Combined Settlements Fund. Furthermore, this updated parcel ID was previously reviewed as Claim Line 5 and determined to be outside of the Coastal Real Property zone. |

## IV. HOW TO SUBMIT A REQUEST FOR COURT REVIEW

**ALL REQUESTS FOR COURT REVIEW** must include the official Court Review Request Form and indicate the Claim Line Numbers for which review is being requested. Any additional documentation must include your Claimant ID above or your taxpayer identification number on every page.

You must submit the Court Review Request Form along with any supporting documentation postmarked on or before the response deadline indicated above; there will be no grace period for late responses requesting Court Review. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information and be sure to confirm receipt and save this information for your records. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Submit your Court Review Request Form, along with any accompanying documents:

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier
Service: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760

## V. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help filing a Court Review Request of your determination(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.

APP-1
v.1
WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM
Page 2
Claimant Number:
8629A845D8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL 2179
"Deepwater Horizon" in the Gulf     SECTION "J"
of Mexico, on April 20, 2010

This Document Relates To:     Judge Barbier
*No. 15-4143, 15-4146 & 15-4654*     Chief Magistrate Judge
Joseph C. Wilkinson, Jr.

## COURT REVIEW REQUEST

Date of Claims Administrator Appeal Determination: August 30, 2019

Deadline to Request Court Review: September 19, 2019

### Section I: Instructions

By submitting this form, you are requesting the United States District Court for the Eastern District of Louisiana review the New Class Claims Administrator's determination(s) and make a final ruling on your eligibility and/or base compensation determination(s). Complete Section II below identifying only those Claim Categories/Claim Types you wish to have the Court review.

Furthermore, you are certifying that you understand that the outcome of this Court Review could change the eligibility of your claim and/or that the base compensation value used to determine your pro rata share of the Settlements could increase, decrease or stay the same.

PLEASE NOTE: All New Class members with relevant DHEPDS Program claims are barred from requesting review of underlying DHEPDS determinations as stated in the New Class Distribution Model approved by the Court on February 15, 2017. Requests for such review will be summarily denied.

1. The grounds for appeal/argument should be typed and must be limited to no more than three double-spaced pages, plus any exhibits.

2. You may submit your request by mail to:

HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760.

Do not submit any documents to the Court, Class Counsel, or any other party.

CR-1
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM
Page 1

Claimant Number:
8629A845D8

## Section II: Request for Court Review

☐ I hereby request Court Review of the New Class Claims Administrator's determination(s) for the Claim Categories/Types selected below related to Halliburton/Transocean Claimant Number indicated; only those Claim Categories/Types identified below will be reviewed by the Court.

**Claim Line Number(s):** 8629A845D8

**Claim Categories/Types:**

| Real Property: | | Personal Property: | |
|---|---|---|---|
| ☒ | Coastal Real Property | ☐ | Vessel Physical Damage |
| ☐ | Wetlands Real Property | ☐ | Personal Property Damage in Excess of $500 |
| ☐ | Real Property Sales | | |
| ☐ | Oyster Leaseholder | | |
| **Charterboat:** | | **Subsistence:** | |
| ☐ | Charterboat Operator | ☐ | Loss of Subsistence |
| ☐ | Charterboat Crew | | |

**Commercial Fishermen:**

| Seafood Claim Type: | Operator Type(s) claimed: | | |
|---|---|---|---|
| | Non-Menhaden: | Menhaden: | |
| ☐ Menhaden | ☐ Vessel Owner | ☐ Vessel Owner/Lessee | ☐ Fisherman |
| ☐ Shrimp | ☐ Vessel Lessee | | ☐ Aerial Spotter |
| ☐ Finfish | ☐ Boat Captain | ☐ Boat Captain | ☐ Mate |
| ☐ Finfish Individual Fishing Quota | ☐ Seafood Crew | ☐ Chief Engineer | ☐ Cook |
| ☐ Blue Crab | ☐ Leaseholder/Harvester Lost Interest | ☐ 2nd Engineer | |
| ☐ Oyster | | ☐ Boat Pilot | |
| ☐ Other Seafood | | | |

## Section III: Certification and Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Court Review Request, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this Court Review Request and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Court Review Request may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

_____
Signature of Claimant or Attorney (as applicable)

**Phone Number:** 954 763-8181

**Street Address:** 12 SE 7th STREET #801

**Email:** JFULTON@KRUPNICKLAW.COM

**City/State/Zip:** FORT LAUDERDALE FL 33301

CR-1
v.1

WWW.GULFSPILLPUNITIVEDAMAGESSETTLEMENT.COM
Page 2

Claimant Number:
8629A845D8

8629A845D8

## LAW OFFICES
## KRUPNICK CAMPBELL MALONE
## BUSER SLAMA HANCOCK
A PROFESSIONAL ASSOCIATION



JON E. KRUPNICK*
KEVIN A. MALONE
THOMAS E. BUSER*
JOSEPH J. SLAMA*
KELLY D. HANCOCK***†·
KELLEY B. STEWART††
MICHAEL J. RYAN
CARLOS A. ACEVEDO***†
CHRIS W. ROYER··

SCOTT L. HENRATTY#

WALTER G. CAMPBELL, JR.
1948-2018

12 SOUTHEAST 7TH STREET
SUITE 801
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 763-8181
TOLL FREE (877) 763-8181
FACSIMILE (954) 763-8292
WWW.KRUPNICKLAW.COM

BLAKE V. DOLMAN
JESSE S. FULTON
RANDALL A. DIEZ, JR.

* BOARD CERTIFIED CIVIL TRIAL LAWYER
*** ADMITTED IN NY
† ADMITTED IN DISTRICT OF COLUMBIA
†† ADMITTED IN NORTH CAROLINA
· ADMITTED IN WASHINGTON
·· ADMITTED IN VIRGINIA

February 5, 2019

HESI/Transocean
Via E-mail Only: questions@GulfSpillPunitiveDamagesSettlement.com

Re: Perry Family Properties
HESI/Transocean Claim No.: 7E84788B14

To Whom It May Concern:

The claimant, Claude Perry Enterprises LLC, Claimant #8629A845D8, received a Deficiency Notice requesting documentation establishing the ownership interest in the specified property. The property in question was identified by its parcel #: 00-2S-22-0701-000M-0010.

Back in September 2018, the claimant had submitted a claims reconciliation appeal form, wherein the claimant informed the Settlement Program that the aforementioned parcel number did not belong to the claimant, but to one of the claimant's other businesses. The corrected parcel number was provided. A copy of the appeal form has been included.

The aforementioned parcel number belongs to the claimant, Perry Family Properties LLC, Claimant #7E84788B14.

If anything else is needed, please let us know. Thank you.

Very Truly Yours,

Jesse S. Fulton

JSF/ctr
Enclosures (as noted)

# HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS
## DEFICIENCY NOTICE
### DATE OF NOTICE: JANUARY 30, 2019
### POSTMARK DEADLINE TO SUBMIT RESPONSE: FEBRUARY 19, 2019

## I. CLAIMANT AND CLAIM INFORMATION

| Name: | CLAUDE PERRY ENTERPRISES, LLC | | |
|---|---|---|---|
| Halliburton/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 8629A845D8 | | |
| Address: | Street: 732 HARBOR BLVD | | |
| | City: DESTIN | State: FL | Zip: 32541 |
| Representative: | Yes | | |

## II. DEFICIENCY EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claims indicated in Section V below. We cannot complete processing of the claims identified below until the additional information and/or documentation requested is provided.

If you do not submit the documentation requested by the response deadline noted above, your claim will be denied for failure to cure deficiencies; extensions are not available. That said, if your claim is denied for failure to cure deficiencies you may still provide additional documentation through the Appeal process, again, subject to a deadline. If you submit a timely request for Appeal review and you receive an Appeal Determination affirming the denial for failure to cure deficiencies, you will have a final opportunity to provide the requested documentation along with a timely request for Court Review.

## III. HOW TO RESPOND TO THIS NOTICE

ALL RESPONSES must include your Claimant ID above or your taxpayer identification number on every page. Please include the first page of this Notice along with your response as this will ensure your response is immediately added to your claim file and reduce processing time.

Mailed Responses: You must submit a written response postmarked on or before the response deadlines indicated on any/ all Notices. The New Class Claims Administrator will not provide a receipt for any mailed responses; if you wish to have a receipt provided, please use USPS Certified Mail or a courier service that will provide tracking information. Please do not contact the New Class Claims Administrator to confirm receipt of documents.

Emailed Responses: For responses by email, the response must be received by the New Class Claims Administrator on or before the response deadline date. You will receive an auto-reply email message as evidence of receipt of emailed submissions. If you do not receive an auto-reply email message, your email was not received.

## IV. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice or need help understanding what the New Class Claims Administrator needs in order to complete processing your claim(s), please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.

8629A845D8

 

## V. DEFICIENCY REASONS

For deficiencies referencing an issue with a Sworn Written Statement (SWS), please download the necessary SWS form from the case website, GulfSpillPunitiveDamagesSettlement.com. All SWS forms are located on the Claim Form tab.

For missing signature deficiencies, please download a copy of the Claim Form from the case website noted above; you do not need to complete the entire form, just return the signature page with an original, wet ink signature of the claimant or the claimant's authorized business representative. Attorneys may not sign for clients and the original form must be submitted via mail to clear this deficiency.

You may have previously received a deficiency letter; if that is the case, the deficiency reasons below reflect the current, outstanding deficiencies that have not yet been cured for the claims listed.

ClaimType: Coastal Real Property

IdentifyingInfo: Parcel ID: 00-2S-22-0701-000M-0010; OKALOOSA Parish/County; Florida | Line No 1

Reasons: The ownership interest you asserted is not supported by the deed and/or tax bill you provided. The claimant must be listed on the deed and tax bill as the owner of the property and, for jointly owned properties, must identify the portion of the parcel owned, e.g. ¼, 50%, as tenants in common, etc., to meet the requirements complete claim documentation for the program. Please provide the deed and 2010 tax bill to confirm your fee simple ownership interest in this parcel. If your tax bill lists other co-owners, but not you, please contact the program for assistance with documenting your claim.

## VI. HOW TO SUBMIT THIS FORM

Submit your Deficiency Response, along with any accompanying documents:

By Email: Questions@GulfSpillPunitiveDamagesSettlement.com

By US Mail: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
PO Box 10260
Dublin, OH 43017-5760

By Courier Service: HESI/Transocean Punitive Damages & Assigned Claims Settlements
c/o Garden City Group, LLC
5151 Blazer Parkway, Ste A
Dublin, OH 43017-5760

8629A845D8

COPY

## HESI/Transocean Punitive Damages & Assigned Claims Settlement
## CLAIMS RECONCILIATION APPEAL FORM
## DEADLINE TO SUBMIT FORM: SEPTEMBER 29, 2020
### CLAIMANT AND CLAIM INFORMATION

**Name:** Claude Perry dba Claude Perry Enterprises

**Claims Reconciliation Reference Number:** 232442

**HESI/Transocean New Class Claimant Number:** 8629A845D8

**Address:**
Street: 732 Harbor Blvd.
City: Destin   State: FL   Zip Code: 32541

**Law Firm:** Krupnick Campbell Malone et al

**Representative:**

### BASIS OF APPEAL

☐ Not all of my New Class-relevant claims are listed on the Claims Appendix.

REMINDER: Not all DHEPDS claims are relevant; please do not submit appeals for Business Economic Loss (except Charterboat Operators), Individual Economic Loss (except Charterboat Crew), Vessel of Opportunity, or other non-relevant DHEPDS claim types – these have been omitted intentionally as they do not qualify under the Court-approved New Class Distribution Model.

You must provide either: (1) the DHEPDS Claim ID and claim type determined as eligible by DHEPDS that was paid to you previously; or (2) the HESI/Transocean Claim ID, claim type, and identifying information (e.g. Parcel ID, vessel registration/name, species and operator type, etc.) that is not listed. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

Omitted Claim Information for further consideration:

Claim ID: _____  Claim Type: _____

Additional Identifying Information: _____

☐ My final DHEPDS Eligibility Notice for the claim below indicates a different base compensation than the value included in the Claims Appendix. You must provide the DHEPDS Claim ID (included as Subclaim Identifier in the Claims Appendix) and claim type. If you fail to provide this information your appeal may not be considered. Attach an additional page with the information below if needed.

DHEPDS Claim ID: _____  Claim Type: _____

☒ Other: "The claim identifying information related to this specific claim is incorrect." The recorded parcel # on the spreadsheet is currently: 00-2S-22-0701-000A-0010, but this is incorrect.

The correct parcel # is: 00-2S-22-0080-0000-0701



8629 A84508



# BEN ANDERSON

Okaloosa County Tax Collector

2010 Paid Real Estate
Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

MAIL PAYMENTS TO: P.O. BOX 1390, NICEVILLE, FL 32586

| ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE | ALTERNATE KEY | PROPERTY ADDRESS |
|---|---|---|---|---|
| 0028220701000M0010 | | DEDF | 1004134 | 732 HARBOR BLVD, DESTIN |

PRIOR TO MARCH 31ST TAXES CAN BE PAID USING CASH, CHECK, CREDIT/DEBIT CARDS OR E-CHECK

PERRY FAMILY PROP LLC
732 HARBOR BLVD
DESTIN, FL  32541

732 HARBOR BLVD

EAST PASS 2ND ADD REVISED, LOT
1 BLK M, 782-90

| Paid | PERRY FAMILY PROP LLC | 03/10/2011 | Receipt # | 919-10001586 | Check | $4,938.25 |

8629A84508




Provide any additional information you would like the reviewer to have when reviewing your request. You may attach additional sheets if necessary as well as documentation to support your claim(s); include your name and taxpayer ID or claim number on all attachments:

The parcel # that was recorded as belonging to the claimant, Sub claim identifier 1, belongs to a related claimant, Perry Family Properties.

### SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this appeal, including separate statements I have attached, is true and accurate to the best of my knowledge, and that documents submitted in support of this appeal and the information contained therein is true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this appeal may result in denial of my claim, fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Signature

Title (If Business Claimant only)

Name (Printed or Typed): Jesse Fulton on behalf of Claude Perry dba Claude Perry Enterprises L.L.C.

Date: 9/19/18

8629A F4SD8



300 Harbor Blvd    00-2S-22-0630-0000-07C1 & 00-2S-22-0630-0000-07D0
302 Harbor Blvd    00-2S-22-0630-0000-07D1

NOTICE 15-06

86294 84508

## Boston Chemical Data Corp.
2 Summer Street, Suite 14
Natick, MA 01760
tel. 508-651-1661
www.Labs.pro

### Summary of Investigation results

**September 9, 2011**

**Client Name**
Claude Perry
302 Harbor Boulevard
Destin, FL 32541
KCM Client #21495

**Sample date(s):**

March 3, 2011

**Visible oil:**

This property has a seawall, so that there is no visible high tide line.

**Petroleum hydrocarbons analyses:**

Petroleum hydrocarbons were found in sandy soil samples at concentrations up to 63 mg/Kg. High road traffic areas were not sampled, in order to be more representative of site conditions related to marine-related exposures.

**Polynuclear aromatic hydrocarbons (PAHs) analyses:**

PAHs are persistent and toxic compounds are typically found in crude oil. These were present in petroleum residues on this property at 1.73 mg/Kg.

**Petroleum contamination status:** Confirmed

Please see accompanying laboratory reports for details.

8629A845D8

**Boston Chemical Data Corp.**
2 Summer Street, Suite 14
Natick, MA 01760
tel. 508-651-1661
www.Labs.pro

Summary of Investigation results

**October 20, 2011**

**Client Name**
Claude Perry
302C Harbor Boulevard
Destin, FL 32541

KCM Client # 21495

**Sample date(s):**

March 3, 2011

**Visible oil:**

No tar balls or buried tar / oils were found on the property on March 3, 2011.

**Petroleum hydrocarbons analyses:**

Extractable hydrocarbons were found in soil and sand samples at concentrations at or less than 56. mg/Kg. Identified petroleum hydrocarbons were 1.55 mg/Kg or lower.

**Polynuclear aromatic hydrocarbons (PAHs) analyses:**

PAHs are persistent and toxic compounds that are typically found in crude oil. These were present in petroleum residues on this property as parent PAHs and as their alkylated homologues at levels up to 85 ug/Kg.

**Petroleum contamination status:**

Not confirmed as due to oil spill contamination

Please see accompanying laboratory reports for details.

# FedEx. Shipment Receipt

## Address Information

**Ship to:**
C/O CLAIMS ADMINISTRATOR
HESI/TRANSOCEAN PUNITIVE DAMAGES
5151 BLAZER PARKWAY, STE.A

DUBLIN, OH
43017-5760
US
954/712-8628

**Ship from:**
JESSE S. FULTON, ESQ.

KRUPNICK CAMPBELL ET AL
12 SE Seventh Street
Suite 801
FORT LAUDERDALE, FL
33301
US
9547638181

## Shipment Information:
Tracking no.: 776154634115
Ship date: 09/04/2019
Estimated shipping charges: 0.00

## Package Information
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: KCM FEDEX-140
Your reference: 21497-0001
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.