UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 13-1658* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

### ORDER

Before the Court is Allstar Pipe Services, Inc.'s Motion for Reconsideration and to Vacate (Rec. Doc. 26892) the Court's January 7, 2021 Order of Dismissal (Rec. Doc. 26839), which is opposed by BP (Rec. Doc. 26910). Having considered the parties' arguments, the relevant record, and the applicable law,

IT IS ORDERED that Allstar Pipe Services, Inc.'s Motion (Rec. Doc. 26892) is DENIED for the reasons advanced by BP.

New Orleans, Louisiana, this 17th day of February, 2021.

_____
United States District Judge