*Per Jan/Sucy*

CIVIL ACTION: 10 mD 2179  Section: J  Mag: 2

Raymond Merchant

Instructions – this form must be completed by **BOTH** the cashier and a pro se writ clerk before forwarding to the case administrator for the assigned section.

## CASHIER:

This is a pauper denied or deficient IFP case in which the plaintiff is now paying the filing fee.

The fee was paid on  2/19/2021  $505.00
Entered in CR by _____.   LAE066246

## PRO SE WRIT CLERK:

This is a pauper denied or deficient IFP case in which the plaintiff is now paying the filing fee.

Is there a deficiency?  NO .    $505.00 Appeal fee Paid 2/19/2021  CB

If NO, initial and forward this document.
If YES, complete the following:

      PARTIAL COMPLIANCE or
      DEFICIENCY FULLY RESOLVED.

Pro Se Writ Clerk _C.B._

---

## CASE ADMINISTRATOR:

The filing fee is now paid!
Docket the event "Fee Paid" and take the necessary additional steps.

o:\4Operations\YELLOW NOTE to cashier and pro se for fee paid.docx