Clerk of court          Merchant vs BP, DHCC
MS. Carol L. Michel    USDC NO. 2:10-MD 2179
(for)                        USDC No. 2:15-CV 4290
Clerk of court
Lyle W. Cayce
   Fifth Circuit
Court of Appeals

Dear MS. Michel

Here is the $505.00 dollars for the Appeal at 5th Circut. Be sure to Dig up what you can on my <u>maritime</u> claim, plus <u>medical</u>. It was overlook but Valid, Tell me if I have to pay to Run it thru court. or it goes into appeals also.

TENDERED FOR FILING
EB
FEB 19 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Raymond J Merchant
Ray J Merchant
606 NE 7th Street
Summerdale Al
Ph 1-251-989-2897 36580

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 10, 2021

Mr. Raymond J. Merchant
606 N.E. 7th Street
Summerdale, AL 36580

      No. 20-30791    Merchant v. BP Deepwater Horizon Claim Ctr
                          USDC No. 2:10-MD-2179
                          USDC No. 2:15-CV-4290

Dear Mr. Merchant,

We have docketed the appeal as shown above and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5TH Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

If you applied to the district court for in forma pauperis status and were denied, you have 30 days from the date of this letter to pay the $505.00 appellate filing fee to the clerk of the district court, or to apply for in forma pauperis status with this Court and include the financial affidavit required by Fed. R. App. P. 24. If you do not pay the filing fee, file a motion with this court for leave to proceed in forma pauperis, or receive an extension of time to do so from this court within the time provided, we will dismiss your appeal without further notice, see 5TH Cir. R. 42.3.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see Fed. R. App. P. 12(b) and 5TH Cir. R. 12. This form is available on our website www.ca5.uscourts.gov. Failure to electronically file this form will result in removing your name from our docket. Pro se parties are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov.

Clerk of court
Ms. Carol L. Michel
(for)
Clerk of court
Lyle W. Cayce
 Fifth Circuit
Court of Appeals

Merchant vs BP, DHCC
USDC NO. 2:10-MD 2179
USDC NO. 2:13-CV 4290

Dear Ms. Michel

Here is the $505.00 dollars for the Appeal at 5th Circut. Be sure to dig up what you can on my <u>maritime</u> claim, plus <u>medical</u>. It was overlook but Valid, Tell me if I have to pay to Run it thru court. or it goes into appeals also.

Raymond J Merchant
Ray J Merchant
606 NE 7th street
Summerdale Al
Ph 1-251-989-2897   36580

Raymond J Merchant
606 NE 7th Street
Summerdale, Al
36580

7020 2450 0002 0697 3861

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SUMMERDALE, AL
36580
FEB 16, 21
AMOUNT
$3.60
R2305K131411-19

70130

U.S District Court
Eastern District of Louisana
500 Poydras Street
New-orleans, LA 70130

FEB 16 2021
FOREVER / USA

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE