IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | * * * | MAGISTRATE JUDGE CURRAULT |

## BP'S MOTION TO DISMISS FOR LACK OF STANDING TO PROSECUTE THE CLAIM

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") move pursuant to Pretrial Order No. 69 (MDL No. 2179, Rec. Doc. 26709) and Federal Rule of Civil Procedure 12(b)(1) to dismiss the Complaint (Case No. 16-cv-05277, Rec. Doc. 1) of Plaintiff John DeSilva for a lack of standing to prosecute the claim.[1]

---

[1] Plaintiff names BP p.l.c. as a defendant as well. BP p.l.c. does not respond to the complaint because it has not been served.

February 22, 2021                                   Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2021.

*/s/ Devin C. Reid*
Devin C. Reid
