# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | * * | MAGISTRATE JUDGE CURRAULT |

<u>DECLARATION OF KRISTOPHER S. RITTER IN SUPPORT OF BP'S MOTION TO DISMISS FOR LACK OF STANDING TO PROSECUTE THE CLAIM</u>

I, Kristopher S. Ritter, declare as follows:

1.     I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action.  I am a member of good standing of the Bar of the State of Illinois.

2.     I respectfully submit this Declaration in Support of BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim.  The statements in this declaration are based on my personal knowledge.  If called upon to testify as a witness, I could provide testimony competently under oath.

3.     Attached hereto as Exhibit A is a true and correct copy of the Residential Contract for Sale and Purchase produced to BP by Plaintiff on September 30, 2020.

4.     Attached hereto as Exhibit B is a true and correct copy of the 2018 Florida Limited Liability Company Amended Annual Report of the Bird of Paradise, LLC (Document # L04000092603) filed with the Florida Department of State on April 18, 2018, available at http://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=flal-

l04000092603-96255687-7536-45fa-bd65-9e486fe3f7ee&transactionId=l04000092603-

941e86ba-7cb8-4ca7-a80e-24e65e22dd96&formatType=PDF.

5.      Attached hereto as Exhibit C is a true and correct rendering of the Florida Department of State Detail by Document Number lookup for The Bird of Paradise, LLC (Document # L04000092603), exactly as it appeared as of February 22, 2021.  Exhibit C is publicly                                available                                at http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquiryType=Document Number&aggregateId=flal-l04000092603-96255687-7536-45fa-bd65-9e486fe3f7ee&directionType=Initial&searchNameOrder=BIRDPARADISE%20L04000092603 0&searchTerm=L04000092603.

6.      Attached hereto as Exhibit D is a true and correct copy of the official Transcript of Status Conference Proceedings heard before this Court on September 9, 2020.

7.      Attached hereto as Exhibit E is a true and correct copy of the Affidavit of Steven MacDonald produced to BP by Plaintiff on September 30, 2020.

8.      Attached hereto as Exhibit F is a true and correct copy of the BP Claims Program Claim Form for Individuals and Businesses submitted by Plaintiff on December 18, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Chicago, Illinois on this 22nd day of February, 2021.

Kristopher S. Ritter

2