# Exhibit A to Declaration of K. Ritter

# [FILED UNDER SEAL]