# Exhibit B to Declaration of K. Ritter

**2018 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT**

DOCUMENT# L04000092603

Entity Name: THE BIRD OF PARADISE, LLC

**FILED**
**Apr 18, 2018**
**Secretary of State**
**CC9584339932**

**Current Principal Place of Business:**

1311 N. WESTSHORE BLVD.
 SUITE 101A
TAMPA, FL 33607

**Current Mailing Address:**

1311 N. WESTSHORE BLVD.
 SUITE 101A
TAMPA, FL 33607 US

FEI Number: NOT APPLICABLE

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

KELESKE, JOSHUA T
3333 W. KENNEDY BLVD.
 SUITE 204
TAMPA, FL 33609 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   JOSHUA T. KELESKE                                                                04/18/2018
                       Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | MACDONALD, STEVEN A |
| Address | 1311 N. WESTSHORE BLVD. SUITE 101A |
| City-State-Zip: | TAMPA FL 33607 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN A. MACDONALD                          MANAGER                       04/18/2018
                 Electronic Signature of Signing Authorized Person(s) Detail                                Date