# Exhibit C to Declaration of K. Ritter



Department of State / Division of Corporations / Search Records / Search by Document Number /

# Detail by Document Number

Florida Limited Liability Company
THE BIRD OF PARADISE, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000092603 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/22/2004 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

1311 N. Westshore Blvd.
Suite 101A
Tampa, FL 33607

Changed: 04/18/2018

**Mailing Address**

1311 N. Westshore Blvd.
Suite 101A
Tampa, FL 33607

Changed: 04/18/2018

**Registered Agent Name & Address**

Keleske, Joshua T
3333 W. Kennedy Blvd.
Suite 204
Tampa, FL 33609

Name Changed: 04/18/2018

Address Changed: 04/18/2018

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

MACDONALD, STEVEN A
1311 N. Westshore Blvd.
Suite 101A
Tampa, FL 33607

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 02/10/2018 |
| 2018 | 04/18/2018 |
| 2019 | 04/29/2019 |

**Document Images**

| | |
|---|---|
| 04/29/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/10/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2006 -- ANNUAL REPORT | View image in PDF format |
| 08/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 12/22/2004 -- Florida Limited Liabilites | View image in PDF format |

Florida Department of State, Division of Corporations