# Exhibit E to Declaration of K. Ritter

## Affidavit of Steven MacDonald

ON THIS DAY personally appeared before me Steven MacDonald, and after first being duly sworn, she deposes and says:

1. Affiant's name is Steven MacDonald

2. Affiant has executed this Affidavit and made the statements contained herein with the knowledge and understanding that the Affidavit will be used in conjunction with the litigation known as *In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*. Specifically, the Affidavit will be used in Plaintiff, John R. DeSilva's matter.

3. Affiant is the beneficial owner of 2707 Pass A Grille Way Land Trust, the grantee in the Warranty Deed recorded at Office Records Book 19670, Page 559 of the Office Records of Pinellas County, Florida.

4. Affiant did not purchase, nor acquire any interest in the Litigation and claims related thereto, and has no interest in and to those rights known as *In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*, pending before the United States District Court for the Eastern District of Louisiana, and the underlying suite filed in the Middle District of Florida known as *The Bird of Paradise, LLC and John DeSilva v. BP Exploration & Production, Inc., et al.*, 8:13 CV 960.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Steven MacDonald

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, this 18 day of September, 2020 by Stven MacDonald who is personally known to me or who has produced _____ as identification.

NOTARY PUBLIC:

_____
Printed name: Brigitte Stephens
State of Florida at Large (Seal)
Commission No.: GG215823
My Commission Expires:

Notary Public State of Florida
Brigitte Stephens
My Commission GG 215823
Expires 05/13/2022