# Exhibit F to Declaration of K. Ritter

Claimant Name: _The Bird, of Paradise, LLC_
Claimant SSN, TIN or EIN: _XXX   0 Xx   8841_





## BP Claims Program  - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
| --- | --- |

### INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity - Individuals
- Lost Profits or Impairment of Earning Capacity - Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179.  The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories.  For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill.  This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA).  Please complete the sections corresponding to the claims you are asserting.  Please complete all of the questions in the relevant section(s) for your claim(s).  Certain questions marked with an asterisk (*) must be completed in order to process your claim(s).  Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form.  Should you require

BOP000033

Claimant Name: _The Bird of Paradise, LLC_

Claimant SSN, TIN or EIN: _XXX   XX   8841_

additional space to answer questions, you may attach extra pages to this form. Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

Full and Final Payment/ Settlement ?  [X]

Interim Payment/Settlement ?  [ ]

Check below which Claim Type(s) you are submitting and follow the instructions contained within each corresponding section:

**1. Claimant Information (Mandatory for all Claimants)** - All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

**2.** [ ] **Property Damage** - Complete Section II only if you are asserting a claim for damage to real or personal property.

**3.** [ ] **Loss of Profits or Impairment of Earning Capacity (Individuals)** - Complete Section III only if you are an individual asserting a claim for lost profits or impairment of earning capacity.

**4.** [X] **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

**5.** [ ] **Removal Costs** - Complete Section V only if you are asserting a claim for removal costs.

**6.** [ ] **Subsistence Use** - Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com, or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

I.   **Claimant Information**

Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.

A.   **Opt Out Claimants** [You must complete this Section if you are a member of the Settlement Class.]

BOP000034

Claimant Name: _The Bird of Paradise, LLC_

Claimant SSN, TIN or EIN: _X X X   X X   8841_

1. If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?   ☒ Yes   ○ No

Please attach a copy of the written request to opt out from the Settlement Class.  If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, stop.  You are not eligible to file a claim with the BP Claims Program.  Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

### B.   Attorney Representation

Are you represented by an attorney?   ☒ Yes   ○ No

[You must *complete this Section if you are represented by an Attorney.  If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise.  An attorney consent form allowing us to communicate directly with you is available at* www.bp.com/claims.

| 1. *Attorney Name: | Penton | Ronnie | G |
|---|---|---|---|
| | Last | First | Middle Initial |
| 2. Law Firm Name: | The Penton Law Firm | | |

| 3. *Law Firm Address: | 209 Hoppen Place | | |
|---|---|---|---|
| | Street | | |

| Bogalusa | LA | 70427 |
|---|---|---|
| City | State | Zip Code |

| Washington | USA |
|---|---|
| Parish or County | Country |

4. *Attorney Phone:  985-732-5651
   Numbers Only

5. Attorney Email Address:  rgp@rgplaw.com

### C.   Individual Claimants [Complete this Section only if you are an individual.  If you are a business claimant, skip this Subsection C and proceed to Subsection D below.  However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].



BOP000035

Claimant Name: _The Bird of Paradise, LhC_

Claimant SSN, TIN or EIN: _XXX   XX   8841_

1. *Name: _____
   Last                                First                        Middle Initial

2. *Current Address: _____
   Street

   _____          _____   _____
   City                                   State      Zip Code

   _____          _____
   Parish or County                       Country

3. *Home Phone: _____

4. Cell Phone: _____

5. Email Address: _____

6. *Date of Birth: _____
   MM/DD/YYYY

7. *Social Security Number: _____
   OR
   Individual Taxpayer Identification Number: _____

8. Other Name Used
   (Maiden Name, Previous Married Name(s), Aliases): _____

9. *Current Employer: _____
   Employer Name

   _____
   Street

   _____          _____   _____
   City                                   State      Zip Code

   _____          _____
   Parish or County                       Country

   _____
   Employer Identification Number (EIN) (from your W-2 or 1099 Form)

Other/Previous Employer: _____
   Employer Name

   _____
   Street

   _____          _____   _____
   City                                   State      Zip Code

   _____          _____
   Parish or County                       Country

Page 4 of 20

BOP000036

Claimant Name: The Bird Of Paradise, LLC

Claimant SSN, TIN or EIN: XXX XX 8841

Employer Identification Number (EIN) (from your W-2 or 1099 Form)

10. * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?  ○ Yes    ○ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC?    ○ Yes    ○ No

If yes, please provide the amount(s) and source(s) of each payment you received:

D.    **Business Claimants**  [*Complete this Section only if you are a business.*]

1. * Name of Business: The Bird of Paradise, LLC

2. * Type of Business:  Luxury Resort

3. * Business Address:  2817 Pass-A-Grille Way

    Street

    Pass-A-Grille Beach                                FL        33706

    City                                              State     Zip Code

    Pinellas                                          USA

    Parish or County                                 Country

4. * Business Phone:  727-822-0781

5. Website Address: www.birdsofparadisellc.com

6. * Other Business Name:  NONE

7. * Name of Business on Federal Income Tax Return: John R. DeSilva

8. * Employer Identification Number (EIN):
         OR

    If EIN is also Your Social Security Number: xxx-xx-8841



BOP000037

Claimant Name: _The Bird of Paradise, LLC_
Claimant SSN, TIN or EIN: _XXX XX 8841_

9. Date and Place Founded/Incorporated:   12/22/2004 Pinellas County FL

10. Person Authorized
    To Act on Behalf
    The Business:

    DeSilva _____    John _____
    Last                        First

    R. _____

    Middle _____

11. Title of Authorized Representative:   Managing Member

12. Home Address of Authorized Representative:

    (If Different        SAME _____
    From Business         Street
    Address)
                          _____        _____
                          City                 State   Zip Code

                          _____        _____
                          Parish or County        Country

13. Authorized Representative's Phone:   727-822-0781

14. Authorized Representative's Cell Phone: _____

15. Authorized Representative's Email Address :  jdesilva@tampabay.rr.com

16. Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
    Pollution Funds Center (NPFC)?   ◯ Yes      ⊠ No

    If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
    Number(s): _____

    Did you receive a payment from BP, the GCCF, or the NPFC?   ◯ Yes      ⊠ No

    If yes, please provide the amount(s) and source(s) of each payment you received:



BOP000038

Claimant Name: _The Bird Of Paradise, LLC_

Claimant SSN, TIN or EIN: _XXX   XX   8841_

## II.   **Property Damage Claims**

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. ˟Address Where
   Property Damage
   Took Place:   Street
   _____

   _____    ____   _____
   City                             State   Zip Code

   _____
   Parish or County

2. ˟Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

   _____

3. ˟Explain your interest in the real or personal property:   Owner ☐ ;   Lease ☐ ;   Other ☐

4. ˟If you answered "Other" to question 3, please explain:

   _____

5. ˟How much are you claiming for the damage to real property? $ _____

6. ˟How did you arrive at this figure?

   _____

7. ˟How much are you claiming for the damage to personal property? $ _____

8. ˟How did you arrive at this figure?

   _____

9. Please list witnesses who have personal knowledge of the damage that occurred:
   Witness
   Name:   _____    _____
           Last                             First

           _____
           Middle Initial

BOP000039

Claimant Name: _The Bird Of Paradise, LLC_

Claimant SSN, TIN or EIN: _XXX  VX  8841_

Address: _____

Street

_____    State _____ Zip Code _____

City

_____    Country _____

Parish or County

Home Phone: _____    Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

Witness
Name: _____    First _____

Last

_____

Middle Initial

Address: _____

Street

_____    State _____ Zip Code _____

City

_____    Country _____

Parish or County

Home Phone: _____    Cell Phone: _____

Email Address: _____

Relationship of Witness to you or your business: _____

10. ˅Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

_____

11. ˅Please provide the following documentation in support of your claim for damage to the real or personal property (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Photographs of the property before and after the alleged damage

· Your calculations and methods for assessing the claim amount

· Receipts, invoices, estimates or contracts for the work needed or repairs performed

BOP000040

Name: The Bird of Paradise, LLC.

nt SSN, TIN or EIN: XXX   XX   8841

- · Deed, lease, license, rental agreement or other documentation evidencing interest in property
- · Maps or other documents illustrating location of property in relation to Spill
- · Proof of expenses related to substitute equipment or property used
- · Documents establishing that the damage claimed was caused by the Spill

## III.   Loss of Income or Impairment of Earning Capacity (Individuals)

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. ˟ Were you employed at the time of the Spill?

Yes, by an employer ☐     Yes, self-employed ☐     No ☐

2. ˟ If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

_____
Employer Name or Self-Employed Business Name

_____
Street

_____   _____   _____
City                                State   Zip Code

_____        _____
Parish or County                          Country

_____
Employer Identification Number (EIN) (*from your W-2 or 1099 Form*)

Dates of Employment: _____

Name of Supervisor(s) BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

_____

3. ˟ Describe your occupation (including job title, if applicable) at the time of the Spill:

_____

4. ˟ Provide a description of how the Spill affected your profits or impaired your earning capacity:

_____



BOP000041

Claimant Name: _The Bird Of Paradise, LLC._

Claimant SSN, TIN or EIN: _XXX XX 8841_

5. ˟ How much are you claiming for lost profits or impairment of earning capacity? $ _____

6. How did you arrive at this figure?

_____

7. Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

_____

8. ˟ Did you receive any payments from the VoO program or from participation in any other response or removal activity?    ◯ Yes    ◯ No

If yes, list each month you received such payment, the amount received each month, and the unreimbursed expenses you incurred each month

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|------------|-------------------|-------------------|-------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9. ˟ Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):



BOP000042

Claimant Name: **The Bird Of Paradise**

Claimant SSN, TIN or EIN: **XXX XX 8841**

· Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
· Driver's license or other personal identifying (photographic) documentation
· Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
· Replacement contracts or reservation documents
· Cancelled loans, credit agreements, leases, if applicable to the claim
· Receipts for expenses incurred as a result of loss (such as job training or job search costs)
· Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
· Licenses that may be applicable to claim
· Your vessel charter agreement (MVCA) if you participated in the VoO program
· Other documents establishing that your claimed loss was caused by the Spill

IV.    **Loss of Profits or Impairments of Earning Capacity (Businesses)**

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1. * Name of Business:    The Bird of Paradise, LLC

2. * Describe the nature of business as of April 20, 2010:

Luxury resort on the historic former Anhueser-Busch Estate.

3. * State the sources of income or types of customers for the business as of April 20, 2010:

Reservations were being taken in anticipation of the expansion which would have allowed guests to spend the weekend with a celebrity.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

Attempt to complete project and secure reservations.

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

The operating costs were essentially the same, however; the financiers of the renovations for the Celebrity Guest Venue backed out of the project.

6. * How much are you claiming for lost profits or impairment of earning capacity?

$ 30,000,000



BOP000043

Claimant Name: _The Bird  Of Paradise, LLC_

Claimant SSN, TIN or EIN: _X X V   V V    8841_

7. How did you arrive at this amount?

Based on projections of events per year.

8. * Provide a description of the alleged loss the business has sustained:

The financiers of the renovations, planned to expand the rooms from 9 to 14, backed out of the project and scheduled bookings were cancelled after the Spill.  See attache documentation for specific facts.

9. * Describe how you believe the losses were caused by the Spill:

The anticipated interest in the Celebrity Guest Charity Events became nonexistent and reservations were continually being cancelled.

10. * Did the business cease operations, declare bankruptcy or liquidate substantially all of its assets since the Spill?  ◯ Yes   ⊗ No

11. * Did the business receive any payments from the VoO program or from participation in any other response or removal activity?   ◯ Yes   ⊗ No

If "Yes", list each month it received such payments, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



BOP000044

Claimant Name: *The Bird OfParadise, LLC*
Claimant SSN, TIN or EIN: *XXX XX 8841*

12. Provide the business address where the loss occurred:

2817 Pass-A-Grille Way
_____
Street

Pass-A-Grille Beach                    FL        33706
_____    _____   _____
City                                   State     Zip Code

Pinellas                               USA
_____    _____
Parish or County                       Country

13. Provide the North American Industry Classification System (NAICS) Code of this business:   722110
                                                                                              _____

14. Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program



BOP000045

Claimant Name: The Bird Of Paradise, LLC.

Claimant SSN, TIN or EIN: XXX - XX - 8841

## V.   Removal and Cleanup Costs Claims

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1. * Address Where
Removal or
Cleanup Took
Place:

Street

City                                      State   Zip Code

Parish or County

2. * Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐   Date of Approval _____   No ☐

3. * Provide a description of the Removal and Cleanup Action taken.  If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs? $ _____

5.  How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Evidence of approval by the FOSC
· Your calculations and methods for assessing the claim amount
· Receipts, invoices and contracts for the work performed



BOP000046

Claimant Name: The Bird Of Paradise, LLC
Claimant SSN, TIN or EIN: XXX XX 8841

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI.   Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even if the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?   Hunting ☐        Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption:

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :



BOP000047

Claimant Name: The Bird Of Paradise, LLC.

Claimant SSN, TIN or EIN: XXX XX 8841

5. Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill? List each family member along with their relationship to you:

7. * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use? $ _____

11. * How did you arrive at this figure?



BOP000048

12/18/2012 14:47 FAX                                                    ☑002

Claimant Name:  *The Bird of Paradise, LLC*
Claimant SSN, TIN or FIN: *XXX   DX   8841*

**12.**ᐧ Please provide the following documentation in support of the Subsistence Use claim (*a representative of the BP Claims Program will contact you if additional documentation is needed*):

· Map identifying specific locations for Subsistence Use hunting and/or fishing
· Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
· Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
· Your calculations and methods for assessing the claim amount
· Other documentation establishing that the losses claimed were caused by the Spill

**VII.**   **Signature**

*I certify under penalty of law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: *John R. DeSilva*            Date: *12/18/2012*
                                                   ᴹᵒⁿᵗʰ/Day/Year
Print Name: *JOHN R. DESILVA*

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or Incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.



**BOP000049**

Claimant Name: The Bird Of Paradise

Claimant SSN, TIN or EIN: XXX XX 8841





Page2



Page3



Page4a

Page4b



Page5a



Page5b



Page6



Page6b

BOP000050

Claimant Name: The Bird Of Paradise, LLC.

Claimant SSN, TIN or EIN: XXX XX 8841



Page7a



Page7b

Page8a



Page9

Page8b



Page10a

Field10b



Page11b

Page11a



Page12a



BOP000051

Claimant Name: The Bird Of Paradise, Inc.

Claimant SSN, TIN or EIN: XXX XX 8841


Page12b


Page13


Page14a


Page14b


Page15

Page16a


Page16b

Pg17

BOP000052