## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This Document relates to: | *<br>* | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | *<br>*<br>* | MAGISTRATE JUDGE CURRAULT |

---

### EX PARTE MOTION BY BP FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF KRISTOPHER S. RITTER IN SUPPORT OF BP'S MOTION TO DISMISS FOR LACK OF STANDING TO PROSECUTE THE CLAIM UNDER SEAL

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal Exhibits A, E, and F to the *Declaration of Kristopher S. Ritter In Support of BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim*, which is being filed contemporaneously with this motion.   Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.   Pursuant to Pretrial Order No. 13 (MDL No. 2179, Rec. Doc. 641), which holds that confidential information "will be filed under seal," the Court's Order (MDL No. 2179, Rec. Doc. 6822) entered on June 12, 2012, and the Court's Confidentiality Order (MDL No. 2179, Rec. Doc. 15718) entered on January 13, 2016, Exhibits A, E, and F contain confidential information that shall not be disclosed.

WHEREFORE, BP respectfully prays the Court for an Order that Exhibits A, E, and F be filed under seal.

February 22, 2021

Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **Ex Parte Motion by BP for Leave to File Exhibits to Declaration of Kristopher S. Ritter In Support of BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim Under Seal** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2021.

*/s/ Devin C. Reid*
Devin C. Reid