# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179**<br><br>**SECTION J** |
| **This Document relates to:** | * * | **JUDGE BARBIER** |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* **Case No. 16-cv-05277** | * * * | **MAGISTRATE JUDGE CURRAULT** |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Exhibits to Declaration of Kristopher S. Ritter In Support of BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim Under Seal* (the "Motion"):

IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further **ORDERED** that Exhibits A, E, and F to the *Declaration of Kristopher S. Ritter In Support of BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim* are filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of _____ 2021.

 

**UNITED STATES DISTRICT JUDGE**