UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is BP's Motion for Leave to File Exhibits Under Seal. (Rec. Doc. 26923). The Court has reviewed the documents at issue—Exhibits A, E, and F to BP's Motion to Dismiss for Lack of Standing (Rec. Doc. 26922)—and finds that documents should not be filed under seal. Accordingly,

IT IS ORDERED that BP's Motion for Leave to File Exhibits Under Seal (Rec. Doc. 26923) is DENIED. Within seven days BP shall either inform the Court that the documents at issue may be filed publicly or request that the documents be withdrawn.

New Orleans, Louisiana, this 23rd day of February, 2021.

_____
United States District Judge