**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

---

## ORDER

Before the Court is BP's Motion to Dismiss the complaint filed by John DeSilva. (Rec. Doc. 26922)

IT IS ORDERED that any opposition to BP's Motion to Dismiss (Rec. Doc. 26922) shall be filed by no later than <u>Tuesday, March 23, 2021</u>. Any reply by BP shall be filed by <u>Tuesday, March 30, 2021</u>.

New Orleans, Louisiana, this 23rd day of February, 2021.

_____
United States District Judge