# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/19/2021 | 28335 |
| PERIOD START | THROUGH DATE |
| 11/1/2020 | 1/31/2021 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of Class Member Notifications and Correspondence | 18,004 | $0.0615 | $1,107.25 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 151.2 Hrs. | | $8,010.00 |
| Format and load electronic files | 7.5 Hrs. | | $750.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 687,943 | $0.002 | $1,375.89 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 994.8 Hrs. | | $114,402.00 |
| Deficiency / Rejection Processing | 58.3 Hrs. | | $3,206.50 |
| **Contact Services** | | | |
| IVR (per minute) | 46,398.7 | $0.32 | $14,847.58 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 2,082 | $0.8333 | $1,735.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 623.2 Hrs. | | $26,139.60 |
| Handling of class member communications | 790.3 Hrs. | | $90,884.50 |
| **Website Services** | | | |
| Design and Maintain Website | 2.1 Hrs. | | $262.50 |
| **Distribution Services** | | | |
| Old Class Distribution Preparation | 0.4 Hrs. | | $80.00 |
| Records Paid by Check | 65 | $0.79 | $51.35 |
| Records Paid by Wire | 19 | $0.79 | $15.01 |
| Check reissues | 1,621 | $0.79 | $1,280.59 |
| IRS Form 1099 Printing | 25,380 | $1.50 | $38,070.00 |
| **Reporting** | 5.2 Hrs. | | $572.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Project Management**<br>Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | 849.3 Hrs. | | $121,433.00 |
| **Systems Support**<br>The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | 25.5 Hrs. | | $2,633.50 |
| **Quality Assurance** | 253.2 Hrs. | | $44,310.00 |
| **Total Fees** | | | **$472,183.27** |
| **Total Project Expenses (See Exhibit A)** | | | **$18,001.17** |
| **Sub Total** | | | **$490,184.44** |
| Sales Tax | | | $14,678.32 |
| **Grand Total** | | | **$504,862.76** |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Nov 01, 2020 through Jan 31, 2021 | | |
| GCR, Inc. Oct 2020 Invoice | | $350.00 |
| Postage | | $16,953.97 |
| PACER Charges | | $2.20 |
| P. O. Box Rental/Renewal | | $695.00 |
| **Total** | | **$18,001.17** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com



# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268



February 4, 2021

| | |
|---|---|
| Invoice #: | 34585 |
| Billed Through: | January 31, 2021 |
| Account #: | 001300    01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 31, 2021 | $4,525.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2021 | $19.10 |
| TOTAL CHARGES FOR THIS BILL | | $4,544.10 |
| TOTAL NOW DUE | | $4,544.10 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

February 4, 2021

| | |
|---|---|
| Invoice #: | 34585 |
| Billed through: | January 31, 2021 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $5,964.40 |
| Less payments received since previous invoice | $5,964.40 |

## PROFESSIONAL SERVICES                                                                 Hours

| Date | Init. | Description | Hours |
|---|---|---|---|
| 11/02/20 | PJH | CORRESPONDENCES WITH VENDOR RE: UBS ACCOUNT CLOSURE AND HESI/TO DMI JMOs | 0.30 |
| 11/05/20 | PJH | CORRESPONDENCES WITH VENDOR RE: UPCOMING HESI/TO SCHEDULE | 0.20 |
| 11/06/20 | PJH | REVIEW AND SUBMIT HESI/TO DMI JMOs AND VARIOUS CORRESPONDENCES RE: SAME | 0.70 |
| 11/09/20 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO DMI JMO ORDERS AND CONFIRMATION RE: SAME | 0.40 |
| 11/11/20 | PJH | CORRESPONDENCES RE: HESI/TO TAX RETURN CHANGE OF ADDRESS | 0.20 |
| 11/19/20 | PJH | NUMEROUS CORRESPONDENCES RE: RECENT DHEPDS CLAIM NEUTRALS SETTLEMENTS AND WITHDRAWAL OF SAME, AND VARIOUS LIEN HOLDER ISSUES FOR RESOLUTION IN HESI/TO PROGRAM, HESI/TO DMI JMOs FOR FILING WITH THE COURT | 1.30 |
| 11/20/20 | PJH | FILING OF HESI/TO DMI JMOs AND CORRESPONDENCES RE: GRANTING OF SAME | 0.40 |
| 11/24/20 | PAJ | REVIEW EMAILS RE: VENDOR INVOICES | 0.20 |
| 11/24/20 | PJH | VARIOUS CORRESPONDENCES WITH NEUTRAL, VENDOR RE: SETTLEMENT OF DHEPDS CLAIM AND NEUTRALS INVOLVEMENT FOR HESI/TO PURPOSES | 0.60 |
| 11/25/20 | PJH | SEVERAL CORRESPONDENCES WITH VENDOR RE: HESI/TO ADMINISTRATIVE EXPENSES AND PREPARATION OF MOTION, EXHIBITS RE: SAME | 1.10 |
| 11/30/20 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | 0.20 |
| 11/30/20 | PJH | FURTHER REVISIONS TO MOTION FOR HESI/TO ADMINISTRATIVE EXPENSE DISBURSEMENT AND VARIOUS CORRESPONDENCES RE: SAME AND APPROVAL OF SAME | 0.60 |
| 12/02/20 | PJH | FINALIZATION AND FILING OF HESI/TO ADMINISTRATIVE EXPENSE MOTION AND VARIOUS CORRESPONDENCES RE: SAME | 0.70 |
| 12/02/20 | PAJ | REVIEW FILED MOTION AND ORDER TO PAY QUARTERLY INVOICES | 0.10 |
| 12/03/20 | PJH | REVIEW AND CORRESPOND RE: ORDER GRANTING APPROVAL OF HESI/TO ADMINISTRATIVE EXPENSES | 0.20 |
| 12/04/20 | PAJ | REVIEW ORDER APPROVING DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |

| 001300 | 01580 | | Invoice # 34585 | Page | 2 |
|---|---|---|---|---|---|

| 12/04/20 | PJH | REVIEW, FINALIZE, AND FILE WITH COURT FOUR MORE HESI/TO DMI JMOs | 0.60 |
|---|---|---|---|
| 12/07/20 | PJH | REVIEW AND CORRESPONDENCES RE: HESI/TO ADMINISTRATIVE EXPENSE APPROVAL, ORDER GRANTING DMI JMO | 0.30 |
| 12/11/20 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO DMI JMOs, PROCESSING AND PAYMENT OF CLAIM RE: NEUTRALS SETTLEMENT | 0.70 |
| 12/14/20 | PJH | CORRESPONDENCES WITH VENDOR RE: HESI/TO DMI JMOs AND WIRING INSTRUCTIONS | 0.30 |
| 12/15/20 | PJH | CORRESPONDENCES WITH VENDOR RE: CLAIMANT INQUIRY RE: HESI/TO PAYMENT | 0.20 |
| 12/15/20 | PJH | CORRESPONDENCES WITH VENDOR RE: CLAIMANT INQUIRY RE: HESI/TO PAYMENT | 0.20 |
| 12/18/20 | PJH | REVIEW INQUIRY FROM VENDOR RE: HESI/TO CLAIMANT LAWSUIT THREAT AND RESEARCH RE: SAME INCLUDING HISTORY OF SIMILAR THREATS IN DHEPDS AND VARIOUS CORRESPONDENCES RE: SAME; VARIOUS CORRESPONDENCES RE: INQUIRY FROM CLAIMANT RE: PAYMENT | 1.20 |
| 01/07/21 | PJH | REVIEW HESI/TO DMI JMOs, PREPARE FOR FILING, AND VARIOUS CORRESPONDENCES RE: SAME | 0.60 |
| 01/08/21 | PJH | CORRESPOND WITH COURT RE: HESI/TO DMI JMOs | 0.20 |
| 01/12/21 | PJH | CORRESPONDENCES RE: ORDERS RE: HESI/TO DMI JMO ORDERS AND RE: LAST DHEPDS PAYMENTS | 0.50 |
| 01/15/21 | PJH | REVIEW AND APPROVE HESI/TO DMI JMOs AND CORRESPONDENCE TO THE COURT RE: SAME | 0.50 |
| 01/19/21 | PJH | VARIOUS CORRESPONDENCES RE: SCHEDULING CALL TO DISCUSS HESI/TO APPEALS | 0.30 |
| 01/22/21 | PAJ | REVIEW EMAILS RE: DRAFT QUARTERLY REPORT NO. 21 | 0.30 |
| 01/22/21 | PJH | REVIEW AND CORRESPOND WITH COURT RE: HESI/TO DMI JMOs FOR FILING; REVIEW COURT REPORT AND VARIOUS CORRESPONDENCES RE: SAME, COURT REVIEWS OF DISCRETIONARY REVIEW REQUESTS | 1.10 |
| 01/25/21 | PJH | REVIEW AND VARIOUS CORRESPONDENCES RE: COURT ORDERS ON DISCRETIONARY REVIEW OF HESI/TO CLAIMS | 0.50 |
| 01/26/21 | PJH | REVIEW AND VARIOUS CORRESPONDENCES RE: COURT ORDERS ON DISCRETIONARY REVIEW OF HESI/TO CLAIMS; VARIOUS CORRESPONDENCES RE: NEUTRALS SETTLEMENTS AND PAYMENTS IN HESI/TO | 0.60 |
| 01/27/21 | PJH | REVIEW AND VARIOUS CORRESPONDENCES RE: COURT ORDERS ON DISCRETIONARY REVIEW OF HESI/TO CLAIMS | 0.30 |
| 01/28/21 | PJH | CORRESPONDENCES AND CONFERS RE: REVIEW OF HESI/TO CLAIMS ON REMAND FROM COURT | 0.70 |
| 01/29/21 | PJH | VARIOUS CORRESPONDENCES RE: FILING OF HESI/TO QUARTERLY COURT REPORT, COURT RULINGS ON DISCRETIONARY REVIEW; REVIEW AND FILING OF DMI JMOs WITH COURT | 0.80 |
| | | 17.20 | $4,525.00 |

| PAJ | JUNEAU, PATRICK A. | 0.90 hrs @ | $500.00 /hr | $450.00 |
|---|---|---|---|---|
| PJH | HRON, PATRICK J | 16.30 hrs @ | $250.00 /hr | $4,075.00 |
| | Fee Recap Totals | 17.20 | | $4,525.00 |

**EXPENSES**                                                                                     **Amount**

001300      01580                                    Invoice # 34585      Page      3

| 12/28/20 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/15/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/31/21 | COPYING | 9.10 |
| | | $19.10 |

## BILLING SUMMARY:

| TOTAL FEES | $4,525.00 |
| TOTAL EXPENSES | $19.10 |
| TOTAL FEES & EXPENSES | $4,544.10 |
| **TOTAL NOW DUE** | **$4,544.10** |