**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | * * * | **MDL 2179** **SECTION: J(2)** |
| **THIS DOCUMENT RELATES TO:** 18-cv-08694, 18-cv-13926, 18-cv-13924, 20-cv-03303, 20-cv-03311, 18-cv-09900 | * * | **JUDGE BARBIER** **MAG. JUDGE CURRAULT** |

## MOTION FOR TRANSFER OF VENUE

COMES NOW, through the undersigned counsel, Plaintiffs John Adams, William Enfinger, Edward Mock, Linda Frassetti, Charles Edward Turner, and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray, pursuant to 28 U.S.C. 1404, respectfully move this Court for an order to transfer their respective cases to the Northern District of Florida

The grounds supporting this request are set forth in the accompanying Memorandum filed in support of this Motion. Plaintiffs' counsel has made a good faith effort to meet and confer with Opposing Counsel on this issue prior to filing this Motion but has been unsuccessful.
.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Charles David Durkee*
**CHARLES DAVID DURKEE,**
**Florida Bar No. 998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Reconsideration has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June 2019.

Dated this 24th day of February 2021

                                                                                         */s/ Charles D. Durkee*

                                                                                            Charles D. Durkee