# **EXHIBIT A**

| Plaintiff(s) | Defendant(s) | Plaintiff Law Firm | JPML Transfer Order | Consent to Trial in EDLA | To Remain in E.D. La. or Subject to Remand by JPML | Transferor District and Case No. |
|---|---|---|---|---|---|---|
| Adam Robinson (individually and obo minor children Jane Doe, John Doe, Jack Doe, and Jim Doe and representative of the Estate of Robinson, Crystal A.) | BP; Halliburton; Transocean | The Downs Law Group | CTO-131 | TBD- | TBD [subject to remand by JPML absent consent of the parties]. Transfer back to NDFL | N.D. Florida (No. 15-00455) |
| Odoms, Tiffany (individually and obo minor children John Doe, Jane Doe, Jill Doe, Jack Doe, Jim Doe, James Doe, Joan Doe) Taja Odoms (representative of the Estate of Odoms, Jr., Alonzo) | Ameri-Force Craft Services, Inc.; BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Remain in E.D. La. | N/A |
| Pritchett Jr., Wilbert Devon | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL | N/A |
| Perdomo, Henry Giovanni | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | No | Remain in E.D. La. | N/A |
| Adams, John Lindsey | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to NDFL. | N/A |
| Young, Kayla (individually and representative of the Estate of Ray, David L.) | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to NDFL. | N/A |
| Mock, Edward Lee | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to NDFL. | N/A |
| Enfinger, William | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to NDFL. | N/A |
| Collier, Emmett Earl | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL | N/A |
| Eaton, Darnetta | BP; Cameron; Ecolab; Halliburton; Nalco; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL. | N/A |
| Rivers, Bobby Lee | BP; Cameron; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDTX | N/A |
| Costello, Alice Marie | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDMS | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Smith, Richard Arthur | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL. | N/A |
| Cayce, Kylie | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to Western District of Lousiana | N/A |
| Langley, Leah Megan (individually and representative of the Estate of Langley, Chara) | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL. | N/A |
| Wilson, Lucy | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL. | N/A |
| Hoffman, Anthony M. (representative of the Estate of Marshall, Delois Jean and obo the Wrongful Death Befeficiaries of Marshall, Delois Jean) | BP; Halliburton; Transocean | The Downs Law Group | N/A | N/A | Transfer to SDAL. | N/A |
| Pamela McDaniel | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDAL | N/A |
| Billy McFadden | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDAL | N/A |
| Willam Siedow | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to NDFL | N/A |
| Linda Frassetti | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to NDFL | N/A |
| William Stedman Benton Jr. | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDAL | N/A |
| Charles Edward Turner | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to NDFL | N/A |
| Rethella Bradford | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDMS | N/A |
| Scott Weaver | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDAL | N/A |
| Kamila Crosby | BP; Halliburton; Transocean | The Downs Law Group | N/A | No | Transfer to SDMS | N/A |