# **EXHIBIT B**

# Sheeba Ajwani

| | |
|---|---|
| **From:** | Ritter, Kristopher <ritterk@kirkland.com> |
| **Sent:** | Monday, December 7, 2020 6:47 AM |
| **To:** | Gustavo J. Losa |
| **Cc:** | Sheeba Ajwani; Craig Downs; David Durkee, Esq; Jakola, Katie; Roth, Martin L.; Sramek, Frank J. |
| **Subject:** | RE: B3 cases to cases to comply with Court's order |
| **Attachments:** | DRAFT Omnibus Severance and Reallotment Order_GL revised.doc; REVISED DRAFT B3 Case List (The Downs Law Group) (2).xlsx |

Gustavo,

Thanks for your response.  On the spreadsheet, you've revised column H for all but two cases to indicate that the case should be transferred to another district.  With the exception of the Robinson case that was transferred in to the ED LA from the ND FL, however, I do not believe that any of the cases are subject to remand to another district court under 28 USC 1407.  Are you proposing that those cases be transferred out of the ED LA under 28 USC 1404?  If so, BP does not consent as it would like these cases to remain in the ED LA.  Accordingly, with the exception of the Robinson case the chart should indicate that those cases will remain in the ED LA after severance from the MDL.

I'm available to discuss this further today if you would like.,

Best,
Kris


**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

**From:** Gustavo J. Losa <glosa@downslawgroup.com>
**Sent:** Sunday, December 6, 2020 8:57 PM
**To:** Ritter, Kristopher <ritterk@kirkland.com>
**Cc:** Sheeba Ajwani <sajwani@downslawgroup.com>; Craig Downs <cdowns@downslawgroup.com>; David Durkee, Esq <ddurkee@downslawgroup.com>
**Subject:** B3 cases to cases to comply with Court's order

Dear Mr. Ritter,

Attached please find our updated list of the B3 cases to comply with the Court's order on December 8, 2020. In addition to the case list. please find the attached order with our revision which includes a foot note #8 regarding the additional B3 case which are ready or soon to be ready to file.

Please review and feel to contact our office to discuss. I can be reached at the extension below or you can reach me on my cell.   We look forward to hearing from you.

Best regards,

**Gustavo J. Losa**
Attorney



| | | |
|---|---|---|
| **Miami-Dade - Main Office** | **Broward – Office** | **Duval – Office** |
| 3250 Mary Street, Suite 307 | 707 N.E. 3rd Avenue, Suite 201 | 6620 Southpoint Drive South |
| Coconut Grove, Florida 33133 | Fort Lauderdale, Florida 33304 | Suite 450-E |
| T. 305-444-8226, Ext. 217 | T. 954-447-3556 | Jacksonville, Florida 32216 |
| F. 305-444-6773 | F. 305-444-6773 | T. 904-296-3233 |
| E-mail: glosa@downslawgroup.com | | F. 305-444-6773 |
| Website: www.downslawgroup.com | | |

**\*\*Confidentiality and Privilege Notice\*\***
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.