UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>18-cv-08694, 18-cv-13926, 18-cv-13924, 20-cv-03303, 20-cv-03311, 18-cv-09900. | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br>JUDGE: CARL BARRBIER<br><br>MAG JUDGE: CURRAULT |

## ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER

Upon consideration of all filings, including the foregoing Motion to Transfer Venue by Plaintiffs John Adams, William Enfinger, Edward Mock, Linda Frassetti, Charles Edward Turner, and Kayla Young Individually and as Personal Representative of the Estate of David L. Ray

**IT IS HEREBY ORDERED** that the Motion to Transfer Venue is granted and these cases are transferred to the United States District Court for the Northern District of Florida.

New Orleans, Louisiana this _____ day of 2021

_____
UNITED STATES DISTRICT JUDGE