UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>20-cv-01092 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE: CARL BARRBIER<br><br>MAG JUDGE: CURRAULT |

## ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER

Upon consideration of all filings, including the foregoing Motion to Transfer Venue by Plaintiff Bobby Lee Rivers, case law, and being otherwise fully advised:

**IT IS HEREBY ORDERED** that the Motion to Transfer Venue is **GRANTED** and this case is ordered to be transferred to the United States District Court for the Southern District of Texas.

New Orleans, Louisiana this _____ day of 2021

_____
UNITED STATES DISTRICT JUDGE