UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:<br>All Civil Actions of the all BELO Plaintiffs and all Opt-Out Plaintiffs | Civil Action No. 2:10-MD-02179<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAG. JUDGE CURRAULT |

### STIPULATION BETWEEN HALLIBURTON ENERGY SERVICE'S INC. AND BELO PLAINTIFF'S TO PRESERVE EVIDENCE

Downs Law Group, PA as counsel for Back End Litigation Option ("BELO") Plaintiffs as well as any and all Opt Out Plaintiffs (collectively "Downs Plaintiffs") as well as Counsel for Halliburton Energy Services, Inc. and Halliburton Company (collectively "HESI") stipulate that HESI will continue to preserve specified items of evidence as listed in Exhibit A of Halliburton Energy Services, Inc.'s Motion to Be Relieved from Remaining Evidence Preservation Obligations (Rec. Doc. 26891) subject to any further Court order releasing HESI from the obligation to preserve such items of evidence:

  i.  HP Laptop, serial number 00144-051-759-203 with Halliburton #ENAUS00061348.

  ii.  WD Hard Drive, serial number WMAZA2716867M with Halliburton #271.

  iii.  External Hard Drive (Western Digital) serial number WXW1EB1FWSU1.

  iv.  USB thumb drive from Halliburton dated June 5, 2012.

  v.  USB thumb drive from Halliburton dated May 18, 2012.

  vi.  USB thumb drive from Halliburton dated May 30, 2012.

  vii.  Seagate Barracuda 7200.12 Hard Drive serial number 5VPQPPH1.

  viii.  Seagate Barracuda 7200.12 Hard Drive serial number 6VPGETZR.

ix. Seagate Barracuda 7200.12 Hard Drive serial number 5VP95157.

x. TDK CD-R80 (1) disc.

Downs Plaintiffs take no position as to HESI's requests to be relieved from their Evidence Preservation Obligations concerning any item listed in Rec. Doc. 26891 that has not been enumerated in this stipulation. HESI reserves the right to seek future relief from any continuing obligation hereunder.

Dated: February, 24, 2021

Respectfully submitted,

/s/ C. David Durkee_____
CHARLES D. DURKEE
Florida Bar No.: 998435
E-mail: ddurkee@downslawgroup.com
ALLAN ZULLINGER
Florida Bar No.: 124573
Email: azullinger@downslawgroup.com
*Attorneys for Plaintiffs*
The Downs Law Group, P.A.
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
(305) 444-8826
(305) 444-6773 (fax)

/s/_____
R. Alan York
REED SMITH LLP
Tx. State Bar No. 22167500
ayork@reedsmith.com
811 Main Street, Suite 1700
Houston, Texas 77002-6110
713-469-3800
713-469-3899 (fax)
**ATTORNEY FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC.**