UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *All Cases in the B3 Bundle* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

### ORDER
### [Regarding Motions to Transfer Venue in Certain B3 Cases]

The Court previously indicated that contested issues regarding venue transfer in the remaining B3 cases would not be ruled upon prior to severing those cases from the MDL. (*See* 11/17/20 Minute Entry at 2 n.5, Rec. Doc. 26784). Instead, where the appropriate venue for a case was in dispute, the parties should state in the joint list of B3 cases that the case will remain in this district post severance, and later raise the issue with the newly-assigned judge after the case is severed from the MDL and re-allotted within this district. (*Id.*)

Since that time, the Court has granted a pro se plaintiff's motion to transfer venue (Rec. Doc. 26921). Also, the Downs Law Group recently filed four motions to transfer venue on behalf of multiple plaintiffs, which are pending. (Rec. Docs. 26929-26932). In light of these events and after giving the matter further consideration, the Court hereby modifies its prior minute entry (Rec. Doc. 26784) as follows:

**IT IS ORDERED** that, for cases listed in the December 8, 2020 List of B3 Cases with the "Remain in E.D. La." venue designation (*see* Rec. Doc. 26807-1), any party that wishes to file a motion to transfer venue shall do so by no later than <u>Friday, March 12, 2021</u>, otherwise the parties to these cases will be deemed to have waived

any objection they may have to venue in this district. Any opposition to a motion to transfer, including the existing motions by the Downs Law Group (Rec. Doc. 26929-26932), shall be filed by no later than <u>Wednesday, March 24, 2021</u>.[1] The Court encourages the parties to file consolidated or omnibus motions and oppositions where practical.

**IT IS FURTHER ORDERED** that the above deadlines for filing and opposing a motion to transfer venue (as well as the consequences for not filing a motion to transfer venue) shall also apply to the parties in *Cummins v. BP Expl. & Prod., Inc.* (No. 20-03467) and *Edwards v. BP Expl. & Prod., Inc.* (No. 20-03475)—two B3 cases that were filed after December 8, 2020 (and thus were not included on the List of B3 Cases) and before February 23, 2021 (when the Case Management Order for the B3 Bundle (Rec. Doc. 26924) issued).[2]

New Orleans, Louisiana, this 25th day of February, 2021.

_____
United States District Judge

---

[1] The Court will not sever any cases from the MDL before March 24, 2021.
[2] Cases filed on or after February 23, 2021 will follow the procedure set out on page 8, paragraph 5 of the Case Management Order for the B3 Bundle. (Rec. Doc. 26924).

2