UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*All Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

On February 2, 2021, Halliburton Energy Services, Inc. and Halliburton Company (collectively "HESI") filed a Motion to Be Relieved from Remaining Evidence Preservations. (Rec. Doc. 26891). HESI and the Downs Law Group ("DLG") subsequently filed a stipulation wherein HESI agreed to continue to preserve certain evidence. (Rec. Doc. 26933). Aside from this stipulation, no party has filed an opposition to HESI's motion, and the deadline for doing so (February 24, 2021) has passed. (Rec. Doc. 26900). The Court has reviewed HESI's motion and finds that, subject to the stipulation, the motion is meritorious. Accordingly,

IT IS ORDERED that HESI's Motion to Be Relieved from Remaining Evidence Preservations (Rec. Doc. 26891) is GRANTED, subject to the stipulation between HESI and DLG (Rec. Doc. 26933).

IT IS FURTHER ORDERED that HESI is relieved of any and all obligations to further preserve or retain any items related to the *Deepwater Horizon* litigation, except that HESI shall continue to preserve the evidence identified in the stipulation between HESI and DLG (Rec. Doc. 26933).

New Orleans, Louisiana, this 25th day of February, 2021.

                                                                                         _____
                                                                                         United States District Judge