UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:| * | JUDGE BARBIER |
| No. 13-00456, Vickers v. Knight's Marine & Indus. Servs., Inc. No. 13-00304, Vickers v. BP | * | MAG. JUDGE CURRAULT |

# ORDER

Knight's Marine and Industrial Services, Inc. ("Knight's Marine") filed a motion requesting that member case no. 13-00456 be severed from MDL 2179. (Rec. Doc. 26720).

**IT IS ORDERED** that Knight's Marine's Motion for Severance and Deconsolidation (Rec. Doc. 26720) is **MOOT** in light of the Court's plan to sever all of the existing B3 cases from the MDL. (*See* Rec. Docs. 26784, 26924, 26934). Severance will occur in due course. (*See* Rec. Doc. 26934 at 2 n.1).

♦  ♦  ♦

Knight's Marine stated in its motion to sever that it intended to file a motion to dismiss for lack of personal jurisdiction or, alternatively, to transfer venue once the case is severed and the MDL stay lifted (Rec. Doc. 26720 at 4). As required in the Order [Regarding Motions to Transfer Venue in Certain B3 Cases] (Rec. Doc. 26934), Knight's Marine should file any motion to transfer venue by March 12, 2021, and any opposition should be filed by March 24, 2021, Furthermore, if Knight's Marine files a motion to transfer venue, the Court hereby gives notice to Knight's Marine, Michael Vickers, and BP that the Court will consider whether Vickers's companion case, no.

13-00304, should be consolidated with 13-00456 and transferred as well.

New Orleans, Louisiana, this 26th day of February, 2021.

_____
United States District Judge