UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | * * * | MAGISTRATE JUDGE CURRAULT |

## RESPONSE BY BP TO COURT'S ORDER ENTERED FEBRUARY 23, 2021

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully submit this response to the Court's February 23, 2021 Order (Rec. Doc. 26925), which found that certain exhibits to BP's motion filed in the above-captioned case should not be filed under seal. (*See* Declaration of Kristopher S. Ritter In Support of BP's Motion to Dismiss for Lack of Standing, Exhibits A, E, and F (Rec. Doc. 26922).) BP hereby informs the Court those documents may be filed publicly. Counsel for BP has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to the exhibits being filed publicly.

March 2, 2021

Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Response by BP to Court's Order Entered February 23, 2021** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of March, 2021.

                                                */s/ Devin C. Reid*
                                                Devin C. Reid