UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-968: BELO** | |
| | **MAGISTRATE JUDGE CURRAULT** |

**Relates to:**

| 20-cv-01992 | | | |
|---|---|---|---|

**THE BP PARTIES' RESPONSE TO ORDER TO SHOW CAUSE RE: BP'S FEBRUARY 11, 2021 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CMO NO. 2**

On February 12, 2021, the Court ordered *pro se* Plaintiff Yonel Saintelus to show cause why his BELO lawsuit should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). Case 2:10-md-02179, Rec. Doc. 26911. The Court's show cause order was based on Plaintiff's failure to provide full and complete disclosures after being ordered to do so. Case 2:20-cv-01992, Rec. Doc. 14. The Court's show cause order required Plaintiff to file a written response no later than February 26, 2021 explaining why his lawsuit should not be dismissed with prejudice. Case 2:10-md-02179, Rec. Doc. 26911.

As of March 2, 2021, Plaintiff has not filed a written response. Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") therefore respectfully request the Court to dismiss Plaintiff's case with prejudice.

March 2, 2021                                         Respectfully submitted,

    */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

    */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

    */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

    */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2021, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  The above and foregoing pleading was also served by Federal Express dated March 2, 2021 upon Plaintiff Yonel Saintelus at the below address:

 Yonel Saintelus
 805 Hunt Avenue NW #3
 Roanoke, VA 24012

             */s/ Scott C. Seiler*
             Scott C. Seiler