United States Court of Appeals

Fifth Circuit

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 01 2021

CAROL L. MICHEL
CLERK

Billy F. Larkin,

Plaintiff,

File No: 19-10295

10md2179 2(2)

Writ of Mandamus

Patrick Juneau, et al.,

Defendants.

Comes Now The Plaintiff, Billy F. Larkin and Respectfully Request This Court's Leniency When Interpeting This Writ of Mandamus. Plaintiff Is Pro Se With No Legal Training In Multi-District Litigation. Thus, Any Procedural Defaults or Deficiences Are To Be Construed Liberally And Held To Less Stringent Standards Than Those Of An Attorney Practicing MDL.

The Essential Purpose For This Writ Of Mandamus Is To Demonstrate The District Court Can Not Undertake To Adjudicate A Controversy Of Its Own Making And Therefore Without Jurisdiction To Deny Plaintiff's Request For IFP Status To Appeal No. 20-30101. Plaintiff Request This Court's Curative Orders And Show The Following:

1. The District Court's Created Controversy Is Its Approval

OF A HARMFUL AND FLAWED NOTIFICATION PROCEDURE FOR THE DEEPWATER HORIZON SETTLEMENT AGREEMENT THAT LED TO THE FILING OF No: 19-10295 THE COURT DEEMED FRIVOLOUS AND TAKEN IN BAD FAITH (SEE ATTACHED ORDER).

2. THE ORDER DATED 12-16-20 MAKES IT CLEAR THE COURTS POLITICAL FORTUNES MAY BE TIED TO AN EXPEDITED CONCLUSION TO THE MDL-2179 SETTLEMENT AGREEMENT. THE COURT'S "FLOODGATE" STATEMENT ON PAGE 9 LENDS ITSELF TO EXCESSIVE USE OF UNCHECKED DISCRETION AND PRIMA FACIE PROOF No: 19-10295 MUST BE DECLARED A CLASS-ACTION WITHIN A CLASS-ACTION, GROUNDED IN THE THEORY THE COURT CREATED CONTROVERSY CAUSED DUE PROCESS ABUSES AFFECTING A LITANY OF LIKE DENIED CLAIMANTS. THE LANGUAGE OF THE ORDER GIVES CREDENCE TO SUCH ABUSES INCLUDING MOST PROMINENTLY THE COURT'S FAILURE TO ORDER CORRECTIVE NOTIFICATION PROTOCOLS PRIOR TO ITS APPROVAL OF THE SETTLEMENT AGREEMENT RESULTED TO PLAINTIFF'S NON-NOTIFICATION AS TO THE STATUS OF PLAINTIFF'S FAILED BUSINESS ECONOMIC LOSS CLAIM FOR 2,479 DAYS FROM ITS FILING IN 2014. THE CORRECT PROTOCOLS WOULD HAVE INFORMED CSSP PLAINTIFF WAS INCARCERATED IN NORTH CAROLINA, THE STATE OF FILING AS THE CURRENT HOLDER OF RIGHTS FOR A DISSOLVED BUSINESS, AND NO INCARCERATED IN THE STATE OF GEORGIA (SEE ATTACHED ORDER).

3. THE COURT PERNICIOUSLY FAILED TO ADDRESS THE OMISSIONS TO NOTIFICATION PROTOCOLS AND DEMONSTRATE THE EXTREMES TO WHICH THE COURT HAVE GONE TO ABUSE THE POWER OF ITS DISCRETIONARY NATURE THAT FORMALIZE AND STANDARDIZE ITS ABUSE OF DUE-PROCESS RIGHTS.

4. ALSO AVAILABLE FACIALLY FROM ITS 12-16-20 ORDER, IS THE COURT'S

racial animus with the use of racist code language suggesting mendacity on the part of the plaintiff and demonstrates a prima facie showing that delimit plaintiff's 14th Amendment rights.

5. Such acts by the court has plaintiff as defenseless as the medieval prisoner and the victim of the lynch mob and it is no speculation to believe minority claimants have suffered from racism and this court must take steps to eliminate disparate impact found in the statistical data of the settlement agreement.

Wherefore, plaintiff respectfully request this court to action sub sponte and order the district court can not adjudicate a controversy of its making by the approval of a flawed notification procedure and allow plaintiff's IFP status to timely appeal No. 20-30101

Respectfully Submitted

_Billy F. Larkin_
Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FORGOING WRIT OF MANDAMUS WAS DULY SERVED UPON THE FOLLOWING, BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL, POSTAGE-PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

UNITED STATES DISTRICT COURT
CARL J. BARBIER, JUDGE
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

THIS THE 12TH DAY OF FEBRUARY, 2021.

*Billy F Larkin*

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

Larken, Billy F. #0440512
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

Legal Document

Please Affix Indigent Postage

Mailed From
Warren Correctional Institution

7018 0360 0000 9226 3887

Office of the Clerk
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

