# United States Court of Appeals for the Fifth Circuit

No. 19-30440

United States Court of Appeals
Fifth Circuit
**FILED**
February 9, 2021
Lyle W. Cayce
Clerk

In re: Deepwater Horizon

_____

Sergio Alvarado,

*Plaintiff—Appellant*,

versus

BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C,

*Defendants—Appellees*,

_____

Sandra A. Iames,

*Plaintiff—Appellant*,

versus

BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C.; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Offshore Deepwater Drilling, Incorporated; Transocea, Limited; Ttiton Asset Leasing GMBH; Anadarko Petroleum Corporation Company; Anadarko E&P Company, L.P.; Halliburton Energy Services, Incorporated,

*Defendants—Appellees*,

19-30440

_____

Sheri Allen Dorgan,

*Plaintiff—Appellant*,

versus

BP, P.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

*Defendants—Appellees*,

_____

Brian Gortney,

*Plaintiff—Appellant*,

versus

BP Products North America, Incorporated; BP America Incorporated; BP, P.L.C,

*Defendants—Appellees*,

_____

Sergio Valdivieso,

*Plaintiff—Appellant*,

versus

BP, P.L.C.; BP Products North America, Incorporated; BP America, Incorporated,

*Defendants—Appellees.*

2

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:13-CV-1778

_____

Before HIGGINBOTHAM, ELROD, and HAYNES, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

HAYNES, *Circuit Judge*, concurring in part, dissenting in part.



Certified as a true copy and issued
as the mandate on Mar 03, 2021

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

3