# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 03, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30440    Alvarado v. BP Expl & Prod
                           USDC No. 2:10-MD-2179
                           USDC No. 2:13-CV-1778

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           /s/ Shea E. Pertuit
                         By: _____
                         Shea E. Pertuit, Deputy Clerk
                         504-310-7666

cc:
    Mr. Harvey Grannis Brown Jr.
    Ms. Miriam Michelle Carreras
    Mr. George W. Hicks Jr.
    Mr. James Andrew Langan
    Mr. James Alistair McKenzie
    Mr. Aaron Lloyd Nielson
    Mr. Kevin Philip Parker
    Mr. Devin Chase Reid
    Mr. David Bruce Salmons
    Mr. Douglas M. Schmidt
    Mr. Robert Alan York