## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 12-970, 15-4143, 15-4146, 15-4654* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## CLAIMS APPEAL DETERMINATION AND REASONS
[Halliburton and Transocean Settlements]

**Re:    HBR Development II, Ltd.**
**Claim No. D45******, Transaction No. 1**

Claimant HBR Development II, Ltd. ("HBR") appeals the denial of its Coastal Real Property ("CRP") claims in the Halliburton and Transocean Settlements.[1]

HBR contends that it owned a 1/52 interest in several timeshare units in a beach condominium. HBR's argument is based primarily on twelve "partial assignments of lease." After reviewing these and other documents in HBR's claim file, along with the terms of the Halliburton and Transocean Settlements, the New Class Distribution Model, the CRP framework, and certain DHEPDS policy statements, the Court finds that eight of the twelve assignments conveyed to HBR a compensable interest (albeit a small one) in an Eligible Parcel under the CRP framework. The other four assignments are not eligible because they conveyed an interest in odd-numbered years only,[2] and the CRP framework requires that the claimant own or

---

[1] *See* Settlements § 8(e) (Rec. Docs. 14644, 153221); Order of 6/01/20 (Rec. Doc. 26512).
[2] These assignments concern Unit 202, week 16; Unit 205, week, 19; Unit 205, week 37; and Unit 302, week 39.

lease the parcel in 2010, an even numbered year.

Accordingly,

IT IS ORDERED that the Claims Administrator is AFFIRMED IN PART with respect to the four odd-year assignments.

IT IS FURTHER ORDERED that the Claims Administrator is REVERSED IN PART with respect to the eight other assignments, and those claims are REMANDED to the Settlement Program for further processing consistent with this decision.

New Orleans, Louisiana, this 5th day of March, 2021.

_____
United States District Judge