UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J(2) |
| **Applies to:** | * | JUDGE BARBIER |
| *Nos. 10-3168, 10-4427, 11-0348, 11-1317, 11-2529, 11-2526, 12-0988, 12-1295, 12-2155, 13-189, 11-2526, 13-6650* | * | MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT, as they pertain to cases that have been closed:

1. Motion to Remand re: No. 10-3168 (Rec. Doc. 562)
2. Motion to Remand re: No. 10-4427 (Rec. Doc. 914)
3. Motion to Remand re: No. 11-0348 (Rec. Doc. 1504)
4. Motion for Hearing re: No. 11-0348 (Rec. Doc. 1505)
5. Motion to Remand re: No. 11-1317 (Rec. Doc. 3084)
6. Motion to Remand re: No. 11-2529 (Rec. Doc. 4391)
7. Motion to Remand re: No. 11-2526 (Rec. Doc. 4676)
8. Motion to Remand re: No. 12-0988 (Rec. Doc. 6533)
9. Motion to Remand re: No. 12-1295 (Rec. Doc. 6729)
10. Motion to Remand re: No. 12-2155 (Rec. Doc. 7460)
11. Motion to Remand re: No. 13-189 (Rec. Doc. 8763)
12. Motion to Remand re: No. 11-2526 (Rec. Doc. 12360)
13. Motion to Remand re: No. 13-6650 (Rec. Doc. 13078)

New Orleans, Louisiana, this 8th day of March, 2021.

_____
United States District Judge