Your name: ROBERT EVANS

Address: 333 BAKER STREET

SAN FRANCISCO, CALIFORNIA

Phone Number: 415-235-6863

E-mail Address: efcug@hotmail.com

Pro se

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 09 2021

CAROL L. MICHEL
CLERK

MDL 2179 J

UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF LOUISIANA

| ROBERT EVANS | Case Number: 16-cv-3966 |
|---|---|
| | **DECLARATION OF** *[name of person signing]* |
| Plaintiff, | ROBERT EVANS |
| vs. | **IN OPPOSITION TO MOTION** *[motion title]* |
| BP Expl. & Prod. Inc., et al., | BP's MOTION TO DISMISS PLAINTIFF |
| | ROBERT EVANS COMPLAINT |
| | DATE: |
| | TIME: |
| Defendant. | JUDGE: |
| | Hon. CARL J. BARBIER |

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are connected to the party or events in this case.]*

1. I am PLAINTIFF

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF *[name]* ROBERT EVANS
CASE NO.: 16-cv-3966                                    ; PAGE 1    OF 3    *[JDC TEMPLATE - rev. 2017]*

*[Write each fact in a separate, numbered paragraph, starting with 3. You may only write about facts that you know personally, such as events you witnessed. Explain how you know each fact. If you want to include documents, see the Instructions. Make copies of this page if you need more space.]*

3.  I have taken "scorch the earth" approaches and strategies to meet procedural and factual requirements, which I would not have taken if I have had the same access to the electronic filing system that attorneys had.

4.  I am unable to establish and maintain the type of relationships that would have make it easier to obtain nonparties to serve documents on my behalf. This have otherwise discouraged me from diligently pursuing my claims.

5.  In addition to this litigation I had to, and/or continue to, engage in pre-filing preparation, and post-filing activity in the MDL-2179 litigation, and complex Misappropriation of Trade Secrets, etc. litigation in another Federal district and an appellate court.

**6.**  The fact that the court's MDL-2179 website inadequately updated me with court activity and filings, have caused me to take "scorch the earth" approaches and strategies to meet procedural and factual requirements, which I would not have taken if I have had the same access to the electronic filing system that attorneys had.

7.  No previous extension of time to oppose Defendants' Motion To Dismiss have been requested by Plaintiff.

8.  My mental disability; inability to establish and maintain the type of relationships needed to make it easier to obtain nonparties to serve documents on my behalf; and the likelihood that I would that I will continue to take "scorch the earth" approaches and strategies to meet procedural and factual requirements, will continue unless I am given the same access to the

DECLARATION OF *[name]* ROBERT EVANS
CASE NO.: 16-cv-3966 _____; PAGE 2___ OF 3___ *[JDC TEMPLATE - rev. 2017]*

1    _____. electronic filing system that attorneys have.

2

3

4

5    **9**    _____. I need to file a "Motion To File Under Seal" in order to protect trade secrets, before I

6    can file an Amended Complaint to satisfy all, or most, of Defendants' legitimate points in their

7    Motion To Dismiss.

8

9    _____.

10

11

12

13

14    I declare under penalty of perjury under the laws of the United States that the foregoing is true

15    and correct.

16

17    Date:  03/08/2021            Sign Name:  /S  Robert Evans

18                                 Print Name:  ROBERT EVANS

19

20

21

22

23

24

25

26

27

28

DECLARATION OF *[name]* ROBERT EVANS
CASE NO.:  16-cv-3966                    ; PAGE 3    OF 3    *[JDC TEMPLATE - rev. 2017]*