1 | Your name: ROBERT EVANS
2 | Address: 333 BAKER STREET
3 | SAN FRANCISCO, CALIFORNIA
4 | Phone Number: 415-235-6863
5 | E-mail Address: efcug@hotmail.com
6 | Pro se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT EVANS

    Plaintiff,

vs.

BP Expl. & Prod. Inc., et al.,

ROBERT EVANS COMPLAINT

    Defendant.

Case Number: 16-cv-3966

**MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION** *[type of motion]*
ROBERT EVANS

BP's MOTION TO DISMISS PLAINTIFF

DATE: _____
TIME: _____
JUDGE: _____
Hon. CARL J. BARBIER

## I. FACTUAL BACKGROUND

*[Write the facts relevant to the motion. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detailed information.]*

Stating a claim on which relief may be granted can not be made at this time because of the explanation below. Plaintiff believes that he deserve an additional nine months to formally oppose this Motion To Dismiss; and after that, an additional nine months for a new Discovery schedule, pursuant to (1) The Due Process Clause, of the United States Constitution, (2) The Federal Rules of Civil Procedure Rule 1, and (3) the additional reasons below:

### F.R.C.P. Rule 1. Scope and Purpose

"These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action on and proceeding."

This district court does not allow for pro se litigants to file and serve documents through the electronic filing system. This have had a negative effect on Plaintiff's strategic management of his claims from the start, such as his inadvisably taking "scorch the earth" approaches to meet procedural and factual requirements. Also, the challenges prosed by his mental disability, such as, but not limited to, his inability to establish the type of relationships that would make it easier to obtain nonparties to serve documents on his behalf. All of this have given opposing parties an unfair advantage. And discouraged Plaintiff to otherwise diligently pursue his claims.

The court's MDL-2179 website inadequately update pro se litigant with court activity and filings.

Plaintiff had to spend enormous amounts of time litigating his related trade secrets

OPPOSITION TO MOTION BP'S MOTION TO DISMISS COMPLAINT
CASE NO.: 16-cv-3966                          ; PAGE 2 OF 3   *[JDC TEMPLATE – rev. 2017]*

ural and factual requirements, which I would not have taken if I have had the same access to the electronic filing system that attorneys had.

Plaintiff need to file a "Motion To File Under Seal" in order to protect trade secrets, before Plaintiff can file an Amended Complaint to satisfy all or most of Defendants' legitimate points in their Motion To Dismiss.

## II. ARGUMENT

Plaintiff should not be required to serve documents upon opposing parties until he is allowed to use the electronic filing system.

Plaintiff believes that he deserve, and hereby requests, an additional nine months to formally oppose this Motion To Dismiss; and after that, Plaintiff believes that he deserve, and hereby requests an additional nine months for a new Discovery schedule.

*[You must sign and date.]*

Respectfully submitted,

Date: 03/08/2021     Sign Name: /S Robert Evans

Print Name: ROBERT EVANS

OPPOSITION TO MOTION  BP'S MOTION TO DISMISS COMPLAINT
CASE NO.: 16-cv-3966     ; PAGE 3 OF 3   *[JDC TEMPLATE – rev. 2017]*

## LAEDdb_ProSeDocs

| | |
|---|---|
| **From:** | Robert Evans <efcug@hotmail.com> |
| **Sent:** | Tuesday, March 9, 2021 2:00 AM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | OPPOSITION TO DEFENDANTS' MOTION TO DISMISS and DECLARATION IN OPPOSITION TO MOTION TO DISMISS |
| **Attachments:** | E BP Opp-to-Motion- copy.pdf; E Declaration to Opp-to-Motion to dismiss pages 1, 2, and 3 copy.pdf |

**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1