UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Cases identified below* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT, as they pertain to cases that have been closed or otherwise concern matters that are no longer at issue:

1. Halliburton's Motion to Dismiss re: No. 10-4427 (Rec. Doc. 1183)
2. Halliburton's Motion to Dismiss re: No. 10-4360 (Rec. Doc. 1186)
3. Halliburton's Rule Motion to Dismiss re: No. 10-3168 (Rec. Doc. 1189)
4. Transocean's Rule 12(b)(2) Motion to Dismiss re: various cases (Rec. Doc. 1649)
5. PSC's Motion to Strike Jury Demand re: various cases (Rec. Doc. 1704)
6. Anadarko's Rule Motion to Dismiss re: No. 10-4536 (Rec. Doc. 1861).
7. 30 Degree Blue, LLC, et al.'s Motion for Order on Objections to Jurisdiction and Venue re: 10-2771 (Rec. Doc. 2105)
8. 30 Degree Blue, LLC, et al.'s Motion to Extend Time for Filing Claims re: No. 10-2771 (Rec. Doc. 2106)
9. M-I's Motion to Dismiss re: No. 10-3168 (Rec. Doc. 2676)
10. M-I's Motion to Dismiss re: Carnival Corp.'s claim in No. 10-2771 (Rec. Doc. 2814)
11. MOEX Offshore's Motion to Dismiss Carnival Corp.'s claim in No. 10-2771 (Rec. Doc. 3818)

12. MOEX USA Corp.'s Motion to Dismiss Carnival Corp.'s claim in No. 10-2771 (Rec. Doc. 3823)

13. Mitsui Oil Exploration Co.'s Motion to Dismiss Carnival Corp.'s claim in No. 10-2771 (Rec. Doc. 3825)

14. Anadarko's Conditional Motion to Substitute BP as Cross-Claim Plaintiff in No. 10-2771 (Rec. Doc. 5670)

15. Louverdia Dardar's Motion to Regulate Direct Communications with Private Party, Short-Form Claimants (Rec. Doc. 6216)

16. Daniel Becnel, Jr.'s Motion to Appoint a Plaintiffs Steering Committee for Persons and Entities Excluded from the Proposed Economic Settlement (Rec. Doc. 6576)

17. Triton Diving Services, LLC's Motion for Status Conference and Expedited Trial Date (Rec. Doc. 6687)

18. Seahawk Drilling Inc.'s Motion for Status Conference and Expedited Trial Date (Rec. Doc. 6688)

19. Transocean's Motion to Strike and Motion for Costs Related to the PSC's Examination of Robert Turlak (Rec. Doc. 8040)

20. J. Patrick Connick's Motion to Intervene re: No. 10-2771 (Rec. Doc. 8073)

21. J. Patrick Connick's Motion to Intervene re: No. 10-2771 (Rec. Doc. 8074)

22. Darleen Jacobs Levy, et al.'s Motion for Class Certification re: No. 13-737 (Rec. Doc. 9619)

23. John Bennett's Motion for Appointment of Counsel re: No. 13-2441 (Rec. Doc. 10257)

24. Tommy J. Meyer, et al.'s Motion for Class Certification re: No. 13-1373 (Rec. Doc. 10769)

25. BP's Moiton for Injunction Against Tribal-Court Proceedings re: No. 13-1557 (Rec. Doc. 10839)

26. Lee Tran, et al.'s Motion to Amend Mass Joinder Complaint re: No. 13-2038 (Rec. Doc. 11458)

27. John Bennett's Motion for Appointment of Counsel re: No. 13-2441 (Rec. Doc. 11916)

28. Patrick M. Cotter's Motion for Enforcement of Lien re: Nos. 10-2771 and 10-4536 (Rec. Doc. 12167)

29. John Bennett's Motion for Appointment of Counsel re: No. 13-2441 (Rec. Doc. 12275)

30. Brent Coon & Associates, et al.'s Motion for Reimbursement of Hold-Back Fees (Rec. Doc. 12669)

31. Brent Coon & Associates, et al.'s Motion to Seal (Rec. Doc. 12670)

32. Brent Coon & Associates, et al.'s Motion to Expedite Resolution of Remaining GCCF Final Offers (Rec. Doc. 12671)

33. Bistro Coquette, LLC's Motion to Reopen Claim and for Sanctions (Rec. Doc. 13199)

34. Brent Coon & Associates's Motion to Compel Reconciliation of Certain Opt-Out, Revoked Opt-Out, and Excluded Clients re: 12-2953, 12-964, 10-2771 (Rec. Doc. 14263)

35. Brent Coon & Associates's Motion for an Amended Class Action Settlement Notice re: Nos 13-2701, 13-6009, 13-6010, 13-5367, 14-1106, 14-357, 14-358, 14-359, 14-1321, 15-6651 (Rec. Doc. 14429)

36. Trustee of ATP Oil & Gas Corp.'s Motion to Lift Stay and Provide for Direction of Limited Reference to Bankruptcy Court re: No. 13-1962 (Rec. Doc. 14485)

37. Plaintiffs' Motion to Amend Complaints re: Nos. 13-1070, 13-1072, 13-1073, 13-1074, 13-1075, 13-1076, 13-1077, 13-1078, 13-1775, 13-4698 (Rec. Doc. 14696)

38. Brent Coon & Associates's First Amended Motion to Remand or Take Other Affirmative Action on Opt-Out and Excluded Claims re: 13-6008, 13-6009, 13-5367, 14-1106, 14-357, 14-358, 14-359, 14-1321, 13-6651 (Rec. Doc. 14927)

39. City of Mobile, Alabama's Motion to Amend Short Form Joinder (Rec. Doc. 14975)

40. Dr. Teodoro K. Ortega, et al.'s Motion for Case Management Conference re: No. 10-3093 (Rec. Doc. 14976)

41. Father Dan, Inc., et al.'s Motion for Status Conference re: two short form joinders (Rec. Doc. 15001)

42. Parish of Plaquemines's Motion to Amend Complaint re: Nos. 10-2771, 13-316, 11-916 (Rec. Doc. 15409)

43. Town of Grand Isle's Motion to Amend Complaint re: Nos. 10-2771, 13-1556, 11-893 (Rec. Doc. 15415)

44. Notice and Limited Joinder in Brent Coon & Associates's Motion to Remand or Take Other Affirmative Action on Opt-Out and Excluded Claims (Rec. Doc. 15463)

45. RBC Real Estate Finance, Inc.'s Motion to File Amended Complaint re: NO. 13-2544 (Rec. Doc. 15601)

New Orleans, Louisiana, this 9th day of March, 2021.

_____
United States District Judge

**Note to Clerk: Mail copies to pro se plaintiffs John Bennett and Patrick M. Cotter.**