UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO<br>2:20-CV-03467; 2:20-CV-03475 | Civil Action No. 2:10-MD-02179<br><br>SECTION: J(2)<br><br>JUDGE: CARL BARRBIER<br><br>MAG JUDGE: CURRAULT |

### ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER

Upon consideration of all filings, including the foregoing Motion to Transfer Venue by Plaintiffs Walter Cummings and Hosea Edwards, case law, and being otherwise fully advised:

**IT IS HEREBY ORDERED** that the Motion to Transfer Venue is **GRANTED** and these cases are ordered to be transferred to the United States District Court for the Southern District of Alabama.

New Orleans, Louisiana this _____ day of 2021

_____
UNITED STATES DISTRICT JUDGE