UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 14-2922* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

There are three pending motions in the MDL master docket by George May, who is pro se: (1) a motion for summary judgment (Rec. Doc. 8420), (2) a motion for default judgment (Rec. Docs. 10422), (3) and a document titled "Request for an Order in Aid of Execution of Default Judgment, Default, Default Judgment of Summary Judgment, Sua Sponte, Forthwith." (Rec. Doc. 10258).

May filed a lawsuit (No. 14-2922) that has been dismissed and closed for failure to comply with PTO 60 and/or PTO 63. (Rec. Doc. 24814). Consequently, these motions are moot. Furthermore, the Court has reviewed these motions and would deny them on their merits as well. For these reasons,

IT IS ORDERED that George May's motions (Rec. Docs. 8420, 10258, 10422) are DENIED.

New Orleans, Louisiana, this 11th day of March, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy to George May.**