UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 14-2606* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Pro se plaintiff Daniel Levitan filed three motions in the MDL that are pending. (Rec. Docs. 8518, 8519, 13946). Levitan's lawsuit has been dismissed and closed. Accordingly,

IT IS ORDERED that Levitan's motions (Rec. Docs. 8518, 8519, 13946) are DENIED AS MOOT.

New Orleans, Louisiana, this 11th day of March, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy to Daniel Levitan**