UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Cases identified below* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT, as they pertain to cases that have been closed or otherwise concern matters that are no longer at issue:

1. Montrose Ecor Rouge, LLC, et al.'s Motion to Intervene re: No. 13-2548 (Rec. Doc. 16468)

2. City of Treasure Island's Motion to Amend Complaint re: Nos. 10-2771, 13-5354, 13-5360 (Rec. Doc. 17838)

3. St. Pete Beach City's Motion to Amend Complaint re: Nos. 10-2771, 13-5355, 13-5359 (Rec. Doc. 17842)

4. Gary Sellno, et al.'s Motion for Joinder re: No. 11-0295 (Rec. Doc. 18068)

5. City of Biloxi's Motion for Clarification re: HESI and Transocean Settlements (Rec. Doc. 21752)

6. Brent Coon & Associates Motion to Seal re: Nos. 13-6009, 13-6010, 13-5367, 14-1106, 14-357, 14-358, 14-359, 14-1321, 15-6651, 13-1717 (Rec. Doc. 22387)

7. Biloxi Gaming Partner I, LLC's Motion for Status Conference and Setting Trial Date re: No. 13-1476 (Rec. Doc. 24676)

New Orleans, Louisiana, this 11th day of March, 2021.

_____
United States District Judge