UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION J |
| This Documents Relates to: *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sergio Valdivieso** *Plaintiff* | § § | CIVIL ACTION NO. 2:12-cv-02004 |
| vs. | § § | SECTION: J |
| BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c *Defendants* | § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

**PLAINTIFF SERGIO VALDIVIESO'S JOINT MOTION
TO SUBSTITUTE COUNSEL**

COMES NOW, Plaintiff, SERGIO VALDIVIESO, and files this his Joint Motion to Substitute Counsel., pursuant to Local Rule 83.2.11. Plaintiff requests the substitution of Charles F. Herd, Jr., *Herd Law Firm, PLLC*, 19500 Tomball Parkway, Suite 250, Houston, Texas 77070, to represent him in this case, in place of *The Lanier Law Firm*, 10940 W. Sam Houston Pkwy N, Suite 100, Houston, Texas 77064. With the substitution, the Lanier Law Firm will be discharged and have no further responsibilities or obligations related to the future handling of this case.

Respectfully Submitted,

**HERD LAW FIRM, PLLC.**

By: _____
CHARLES F. HERD, JR.
TBA # 09504480
BRANDON C. FRANCIS

        TBA # 24107074
        19500 Tomball Parkway,
        Suite 250
        Houston, Texas 77070
        Tel: 713-955-3699
        Fax: 281-462-5180
        Charles.Herd@HerdLawFirm.com
        Brandon.Francis@HerdLawFirm.com
**ATTORNEYS FOR PLAINTIFF**

**THE LANIER LAW FIRM**

By: __/s/ Mark Lanier_____
    W. Mark Lanier
    Lawrence Paul Wilson
    10940 W. Sam Houston Pwky N.
    Suite 100
    Houston, Texas 77069
    Telephone: 713.659.5200
    Facsimile: 713.659.2204
    Email: wml@lanierlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Joint Motion to Substitute Counsel**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2021.

By: _____
    Charles F. Herd, Jr.