UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>   *All Claims In Pleading Bundle B3* | § § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sergio Valdivieso**<br>   *Plaintiff* | § § | CIVIL ACTION NO. 2:12-cv-02004 |
| vs. | § § | SECTION: J |
| **BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c**<br>   *Defendants* | § § § | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING PLAINTIFF'S
## JOINT MOTION TO SUBSTITUTE COUNSEL

CAME ON for consideration, Plaintiff Sergio Valdivieso's Joint Motion to Substitute Counsel ("Motion"), to replace The Lanier Law Firm, 10940 W. Sam Houston Pkwy N, Suite 100, Houston, Texas 77064, with Charles F. Herd, Jr., Herd Law Firm, PLLC, 19500 Tomball Parkway, Suite 250, Houston, Texas 77070, as Attorney of Record for Plaintiff.

The court GRANTS the Motion.

It is ORDERED that Charles F. Herd, Jr. of Herd Law Firm, PLLC is hereby substituted as Attorney of Record for Plaintiff Sergio Valdivieso.

It is further ORDERED THAT the Lanier Law Firm is hereby discharged and will have no further responsibilities or obligations related to the future handling of Plaintiff Sergio Valdivieso's case.

So ORDERED this _____day of _____, 2021.

_____
The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE