# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>*All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sergio Valdivieso**<br>    *Plaintiff*<br>vs.<br><br>**BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c**<br>    *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:12-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF'S DISCLOSURES PURSUANT TO PTO 68

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and Pretrial Order 68 (Rec. Doc. 26070), Plaintiff, Sergio Valdivieso, through his undersigned counsel, makes the following Initial Disclosures in the above-referenced lawsuits. These disclosures are based on information presently known and reasonably available to Sergio Valdivieso and which he believes he may use in support of his claim.

Continuing investigation and discovery may cause the Plaintiff to amend these initial disclosures, including by identifying other potential witnesses and documents and by disclosing other pertinent information. Plaintiff therefore reserves the right to supplement and/or amend these Initial Disclosures.

By providing these Initial Disclosures, Plaintiff does not represent that he is

identifying every document, tangible thing or witness possibly relevant to this action. In addition, these disclosures are made without Plaintiff in any way waiving his rights to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

## I.
## RESPONSES TO DISCLOSURES PURSUANT RULE 26

Plaintiff, Sergio Valdivieso, hereby submits his Disclosures, pursuant to Rule 26(a)(l) and 26(e) of the Federal Rules of Civil Procedure.

**(A)(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information-along with the subjects of that information-that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment.**

<u>ANSWER:</u>
Sergio Valdivieso
6708 36th Avenue West
Bradenton, Florida 34209
941-896-1345
    Plaintiff

Sara Weaver Valdivieso
6708 36th Avenue West
Bradenton, Florida 34209
941-896-1345
    Plaintiff's Spouse

Benjamin Valdivieso Weaver
6708 36th Avenue West
Bradenton, Florida 34209
941-896-1345
    Plaintiff's Son, with Plaintiff during subject incident and injury on June 10, 2010

Jeff Ellis
Cortez, Florida
941-779-4272
    Captain of Vessel and Supervisor during BP Oil Spill response work

**MEDICAL PROVIDERS:**
The following have knowledge regarding Plaintiff's injuries, medical conditions and/or illnesses made the basis of this case:

Lady of the Sea General Hospital
200 West 134th Place
Cut Off, Louisiana 70345
985-632-8312

Sajeev Nair, M.D.
International Center for Advanced Spine and Orthopaedic Surgery
1922 53rd Avenue East
Bradenton, Florida 34203
941-753-1756

Sajeev Nair, M.D.
Paul Correa, M.D.
Manatee Memorial Hospital
206 Second Street East
Bradenton, Florida 34208
941-745-7550

Harish Patel, M.D.
West Coast Neurology and Imaging Centers
5649 49th Street North
St. Petersburg, Florida 33709
727-528-2272

Bowes Imaging Center
6207 Cortez Rd.
Bradenton, Florida 34210
941-782-0490

Melissa M. Boyette, M.D.
Andres O'Daly, M.D.
Coastal Orthopedics
6015 Pointe West Blvd.
Bradenton, Florida 34209
941-792-1404

Derek J. Cuff, M.D.
Suncoast Orthopaedic Surgery and Sports Medicine
836 Sunset Lake Blvd
Venice, Florida 34292
941-485-1505

Alfred Aucar, M.D.
Michael Van Vliet, MD FACS
Blake Medical Center
2020 59th St West
Bradenton, Florida 34209
941-792-6611

**(A)(ii) a copy-or a description by category and location-of all documents, electronically-stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

**ANSWER:**
Attached, please find the following medical records from the following medical providers:

Lady of the Sea General Hospital
200 West 134th Place
Cut Off, Louisiana 70345
985-632-8312

Sajeev Nair, M.D.
International Center for Advanced Spine and Orthopaedic Surgery
1922 53rd Avenue East
Bradenton, Florida 34203
941-753-1756

Sajeev Nair, M.D.
Paul Correa, M.D.
Manatee Memorial Hospital
206 Second Street East
Bradenton, Florida 34208
941-745-7550

Harish Patel, M.D.
West Coast Neurology and Imaging Centers
5649 49th Street North
St. Petersburg, Florida 33709
727-528-2272

Bowes Imaging Center
6207 Cortez Rd.
Bradenton, Florida 34210
941-782-0490

Melissa M. Boyette, M.D.
Andres O'Daly, M.D.
Coastal Orthopedics
6015 Pointe West Blvd.
Bradenton, Florida 34209
941-792-1404

Derek J. Cuff, M.D.
Suncoast Orthopaedic Surgery and Sports Medicine
836 Sunset Lake Blvd
Venice, Florida 34292
941-485-1505

Alfred Aucar, M.D.
Michael Van Vliet, MD FACS
Blake Medical Center
2020 59th St West
Bradenton, Florida 34209
941-792-6611

**(A)(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**ANSWER:**
The method of calculation for past damages will be wages and benefits not provided to Plaintiff, and will include Plaintiffs' medical bills to date, plus estimates from the physicians of expected ongoing and future medical case and related expenses, as well as all Maintenance and Cure benefits that Plaintiff is and was due as a Jones Act Seaman, from the date of injury, to date, and ongoing until the date of Maximum Medical Improvement ("MMI") has been or will be reached. Plaintiff will use generally accepted economic methods to reduce future damages to present value, as consistent with *Culver II*. For additional information, see generally the economic damage calculations, and the summary and conclusions of Plaintiff's expert witnesses (including those of his treating doctors and medical treatment providers, as provided above and attached hereto), vocational rehab experts, and economists, along with their findings, conclusions, reports and opinions, as and when provided.

**(A)(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the**

action or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**
None in Plaintiff's possession.

## II.
## RESPONSES TO ADDITIONAL DISCLOSURES PURSUANT PTO 68
(Rec. Doc. 26070, *amended by* Rec. Docs. 26077, 26088, 26113, 26200, 26400, 26414)

**2. (a)  All medical records, bills, and any other documents from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to the B3 Plaintiff in the past fifteen (15) years or that the B3 Plaintiff otherwise identified in his or her Particularized Statement of Claim ("PSOC"), or other submission made pursuant to PTO 63 or PTO 66, including all medical records that support causation, that are in the possession of the B3 Plaintiffs or their counsel.**

**ANSWER:**
Plaintiff intends to produce all responsive documents that he has in his possession currently (see enclosed documents) and will supplement if and when more relevant and responsive documents are obtained.

**2. (b)  All documents constituting, reporting, summarizing, or referring to any medical test, psychological test, psychiatric test, intelligence test, mental health test, or standardized test of any kind ever taken by or administered to the B3 Plaintiff in the past fifteen (15) years that are in the possession of the B3 Plaintiffs or their counsel.**

**ANSWER:**
Plaintiff intends to produce all responsive documents that he has in his possession currently (see enclosed documents) and will supplement if and when more relevant and responsive documents are obtained.

**2. (c)   The completed and verified Supplemental Medical Disclosure Form.**

**ANSWER:**
See enclosed documents.

**2. (d)   The completed and signed Authorization for Release of Medical Records Information, for every health care professional identified in the Supplemental Medical Disclosure Form, in a form to be provided by BP (Rec. Doc. 26077-1), subject to agreement of the plaintiffs or approval of the Court.**

**ANSWER:**
See enclosed documents.

*Responsive documents referenced above (including sensitive medical records), that are not attached hereto, can be downloaded at:*
https://www.dropbox.com/sh/2o51p6fw0q6di8n/AACPk6iTBjN_SCu5JYWd8Ki9a?dl=0

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiff's Disclosures Pursuant to PTO 68 was on this date accomplished on all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 12th day of March, 2021.

Dated this 12th day of March, 2021.    Respectfully submitted,

**HERD LAW FIRM, PLLC.**

By: _____
CHARLES F. HERD, JR.
TBA # 09504480
Charles.Herd@HerdLawFirm.com
BRANDON C. FRANCIS
TBA # 24107074
Brandon.Francis@HerdLawFirm.com
19500 Tomball Parkway,
Suite 250
Houston, Texas 77070
Tel: 713-955-3699
Fax: 281-462-5180
*ATTORNEYS FOR PLAINTIFF*

# EXHIBIT A TO PRETRIAL ORDER NO. 68 (B3 Bundle)

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**SUPPLEMENTAL MEDICAL DISCLOSURE FORM**

**PLAINTIFF'S FULL NAME:** _____SERGIO VALDIVIESO_____
**CASE NO.:**_____2:12-CV-02004_____

A.  INFORMATION ABOUT THE B3 PLAINTIFF'S MEDICAL CONDITION

1.  Please complete the table below by identifying:
    i. the specific medical condition(s) that the B3 Plaintiff contends resulted from exposure to oil and/or chemical dispersants during the *Deepwater Horizon* spill;
    ii. for each such condition, the date the B3 Plaintiff first experienced symptoms relating to the condition;
    iii. the date on which the B3 Plaintiff first sought medical treatment for each condition;
    iv. the date on which each condition was first diagnosed; and
    v. the doctor(s) or other healthcare providers who first diagnosed the condition

| Medical Condition | Date of First Symptoms | Date First Sought Treatment | Date of First Diagnosis | Diagnosing Doctor/Health Care Provider |
|---|---|---|---|---|
| **Note: These are injuries sustained on June 10, 2010 while working as a Jones Act Seaman (deckhand) on a Clean-up Response Vessel. These are not "Specified Physical Conditions" as described in the Medical Benefits Settlement Agreement.** | | | | |
| Myofascial Strain in left shoulder, arm | 6/9/2010 | 6/10/2010 | 6/10/2010 | Lady of the Sea General Hospital |
| 1. Pain in Limb<br>2. Pain in Limb<br>3. Brachial Neuritis NOS | 6/9/2010 | 6/10/2010 | 10/17/2011 | Blake Medical Center / Alfred Aucar, M.D. |
| 1. Degenerative cervical disc disease with radiculitis;<br>2. Bilateral carpal tunnel syndrome (left worse than right);<br>3. Lateral epicondylitis, left elbow. | 6/9/2010 | 6/10/2010 | 12/13/2011 | International Center for Advanced Spine and Orthopedic Surgery |
| **MRI of C-Spine Findings:**<br>1. Mild degenerative spondylosis, all levels, C3 to C7.<br>2. C3-4 central herniated disc protrusion, which touches the cord in the midline. Bone spurs mildly narrow the neural foramina bilaterally. Mild facet arthropathy; no central canal stenosis.<br>3. C4-5 bone spurs mildly narrowing the neural foramina bilaterally. No herniated disc. Mild | 6/9/2010 | 6/10/2010 | 12/15/2011 | Bowes Imaging Center |

| Condition | | | | Provider |
|---|---|---|---|---|
| facet arthropathy contributes to the foraminal stenosis. No central canal stenosis.<br>4. C5-6 left paracentral and left lateral bone spur, which touches the cord and extends into and narrow the left neural foramen. Small bone spur narrows the right neural foramen. Mild facet arthropathy contributing to mild foraminal narrowing. No Central canal stenosis; no focal herniated disc.<br>5. C6-7 central herniated disc protrusion, which touches the cord in the midline. No spinal stenosis. Bone spurs mildly narrow the neural foramina bilaterally along with facet arthropathy contributing to foraminal stenosis. | | | | |
| 1. Cervical Radiculitis<br>2. Left wrist stiffness | 6/9/2010 | 6/10/2010 | 12/13/2011 | Manatee Memorial Hospital / Sajeev Nair, M.D. |
| Left Carpal Tunnel Release Surgery | 6/9/2010 | 6/10/2010 | 12/16/2011 | Manatee Memorial Hospital / Sajeev Nair, M.D. |
| Cervicalgia | 6/9/2010 | 6/10/2010 | 2/1/2012 | Manatee Memorial Hospital / Sajeev Nair, M.D. |
| 1. Left Carpal Tunnel Syndrome<br>2. Left ulnar neuropathy<br>3. Neck pain, which radiates to hands, with weakness and numbness in fingers, with cervical radiculopathy: rule out disc herniation<br>4. Most likely etiology(s): inflammatory disc disease, supported by exam, findings, reports, and clinical presentation. | 6/9/2010 | 6/10/2010 | 12/13/2011 | West Coast Neurology, P.A. / Harish Patel, M.D. |
| Polymyalgia Rheumatica | 6/9/2010 | 6/10/2010 | 9/16/2019 | Manatee Memorial Hospital / Paul Correa, M.D. |
| | | | | |

2.   Does the medical condition and/or injury persist today?
     Yes __XX__ No _____ **Please see the table below**

   *If "Yes"*:
   i. Does the B3 Plaintiff still receive treatment? Yes __XX__ No _____ **Please see the table below**
   ii. *If "Yes"*: From whom? _____

| Medical Condition and/or Injury | Persist today? Yes/No | Receiving Treatment | If Yes, from Whom? |
|---|---|---|---|
| Myofascial Strain in left shoulder, arm | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Pain in Limb | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Brachial Neuritis NOS | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Degenerative cervical disc disease with radiculitis | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Bilateral Carpal Tunnel Syndrome (left worse than right) | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Lateral Epicondylitis, left elbow | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Cervical Radiculitis | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Left wrist stiffness | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Cervicalgia | Yes | Yes | Suncoast Orthopaedic Surgery and Sports Medicine / Derek Cuff, M.D. |
| Left Carpal Tunnel Syndrome | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Left Ulnar Neuropathy | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Neck pain which radiates to hands, with weakness and numbness in fingers, with cervical radiculopathy | Yes | Yes | Coastal Orthopedics / Melissa Boyette, M.D. |
| Inflammatory disc disease | Yes | Yes | Manatee Memorial Hospital / Paul Correa, M.D. |

*Responsive documents referenced above (including sensitive medical records), can be downloaded at:*
https://www.dropbox.com/sh/2o51p6fw0q6di8n/AACPk6iTBjN_SCu5JYWd8Ki9a?dl=0

## ATTORNEY CERTIFICATION

      By signing below, I declare and attest that I am fully authorized to submit this Supplemental Medical Information Form on behalf of the B3 Plaintiff identified above, and that the answers provided to the above questions are true, correct, and complete. I acknowledge and agree that the responses and information provided herein are binding on the B3 Plaintiff and shall be treated as the equivalent of interrogatory answers under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and other applicable rules and orders of this Court.

I acknowledge and agree that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Date: March 12, 2021

Location (City and State):  __Houston, Texas__

_____

Charles F. Herd, Jr.
HERD LAW FIRM, PLLC.
Counsel for B3 Plaintiff, Sergio Valdivieso