UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

Before the Court are multiple motions that concern the Deepwater Horizon Economic and Property Damages Settlement. The Court has reviewed these motions and finds they lack merit. Furthermore, the motions are moot in light of the Court's Order of Jan. 22, 2021, which initiated the closure and winddown of the Settlement Program. (Rec. Doc. 26873). Accordingly,

IT IS ORDERED that the following motions are DENIED:

1. Dana Fox's Motion to Instruct Claims Center to Handle Claim in a Different Manner (Rec. Doc. 10276)

2. H. Freddie Boothe, Jr.'s Motion for Leave to File Motions to Enjoin (Rec. Doc. 10350)

3. Square 4 Oil Remediation, LLC's Motion for a Hearing (Rec. Doc. 10758)

4. Stanley Price's Motion for Special Proceeding of Declaratory Judgment, Injunction, Order of Contempt of Court, and Punitive Damages (Rec. Doc. 13680)

5. Claimant 100124796's Motion to Enforce Settlement (Rec. Doc. 13705)

6. Dana Fox's Motion for Court Response (Rec. Doc. 13746)

7. Booker T. Woodard's Motion for Claim (Rec. Doc. 14407)

8. Booker T. Woodard's Motion for Claim (Rec. Doc. 14659)

9. Marcus O. Tate-El-Ray-Tey-Washington Motion (Rec. Doc. 14797)

10. Marcus O. Tate-El-Ray-Tey-Washington Motion (Rec. Doc. 14823)

11. Derrick Robinson's Motion to Compel Administrator (Rec. Doc. 15558)

12. H. Freddie Boothe, Jr.'s Motion to Ascertain Validity of Exhibit 4E (Rec. Doc. 15970)

13. Booker T. Woodard's Motion for Review of Policy 495 (Rec. Doc. 16191)

14. Hume Coleman's Motion to Amend Business Economic Loss Claim (Rec. Doc. 16203)

15. Robert Perez's Motion Regarding Economic Settlement [styled as "Complaint for Interpleader"] (Rec. Doc. 16512)

16. Shannon Ferguson's Motion for Summary Judgment (Rec. Doc. 21814)

17. Dana H. Fox's Motion for Payment (Rec. Doc. 24942)

18. Claimant 100256029 Motion to Enforce Settlement Agreement (Rec. Doc. 25118)

New Orleans, Louisiana, this 12th day of March, 2021.

_____
United States District Judge

**Note to Clerk:**
**Mail copies to the pro se movants: Dana Fox, H. Freedie Boothe, Jr., Square 4 Oil Remediation, LLC, Stanley Price, Booker T. Woodard, Marcus O. Tate-El-Ray-Tey-Washington, Derrick Robinson, Robert Perez, and Shannon Ferguson.**