UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION J |
| This Documents Relates to: *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| Brian Gortney *Plaintiff* vs. BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047 SECTION: J JUDGE BARBIER MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SET SCHEDULE FOR BRIAN GORTNEY'S COMPLIANCE WITH PTO 68

Plaintiff Brian Gortney files this unopposed motion to set a schedule for his compliance with PTO 68 in this case, which was recently remanded by the Fifth circuit back to this court.

The Fifth Circuit on March 3, 2021 issued its mandate returning Gortney's claims to this court. While his appeal was pending, the court issued a number of orders, including PTO 68. PTO 68 requires both parties to provide some discovery to the opposing party. Because Gortney's case was on appeal at the time, there is no current schedule for Gortney's PTO 68 responses in this case. The parties have agreed that Gortney's responses should be provided on March 30, 2021.

ACCORDINGLY, Plaintiff Brian Gortney request that the court set March 30, 2021 as the deadline for Gortney to provide his PTO 68 responses.

THE LANIER LAW FIRM

By: \_\_/s/ W. Mark Lanier
    W. Mark Lanier
    State Bar No: 11934600
    Harvey G Brown, Jr.
    State Bar No: 03130500
    10940 W. Sam Houston Pwky N.
    Suite 100
    Houston, Texas 77069
    Telephone:  713.659.5200
    Facsimile:  713.659.2204
    Email: wml@lanierlawfirm.com
    Email: Harvey.brown@lanierlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Agreed Motion to Set Schedule for Plaintiff Brian Gortney's Compliance With PTO 68**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2021.

                                                  */s/ W. Mark Lanier*