UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that Claimant 100256029's Motion for Leave to File Under Seal Unredacted and Amended Motion to Enforce Settlement Agreement (Rec. Doc. 25121) is DENIED.[1]

New Orleans, Louisiana, this 12th day of March, 2021.

_____
United States District Judge

---

[1] The Court denied the underlying motion to enforce. (Rec. Doc. 26968, denying Rec. Doc. 25118).