UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 11-3180* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is pro se plaintiff David Jackson's Motion for Reconsideration (Rec. Doc. 25911) of the Court's Order [Closing 1,835 Cases] (Rec. Doc. 25814). The Court has reviewed the motion and finds it lacks merit. Accordingly,

IT IS ORDERED that the Motion (Rec. Doc. 25911) is DENIED.

New Orleans, Louisiana, this 12th day of March, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy to David Jackson at the address listed in his motion.**