# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENTS RELATES TO: B3 PLEADING BUNDLE-<br>    CAUSE NO. 17-CV-03367 | § § § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **SHERI ALLEN DORGAN**<br>    *Plaintiff* | § § | CIVIL ACTION NO. 17-CV-03367 |
| vs. | § § | SECTION: J |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY AND BP, P.L.C**<br>    *Defendants* | § § § § § | JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING AMENDED MOTION TO WITHDRAW

The Court grants the Amended Motion to Withdraw as Counsel for Sheri Dorgan ("Motion") filed by HERD LAW FIRM and THE LANIER LAW FIRM.

It is ORDERED that Charles F. Herd, Jr. of Herd Law Firm, PLLC and The Lanier Law Firm are hereby discharged and will have no further responsibilities or obligations related to the future handling of Plaintiff Sheri Dorgan's case.

It is further ORDERED THAT the all deadlines as to Sheri Dorgan are stayed for 90 days.

So ORDERED this _____ day of _____, 2021.

_____
The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE