**Subject:** Letter of Termination
**Date:** Wednesday, March 6, 2019 at 5:12:45 PM Central Standard Time
**From:** Sheri Allen
**To:** Mark Lanier, Charles Herd, Dara Hegar, Brandon, Brandon Francis

Mr. Charles Herd & Mr. Mark Lanier,

After all that we have been through with this/these cases, I thought the mistakes were behind us, obviously not. I was loading documents in my Box Drop a few days ago. While in the process I noticed that Brandon had loaded some files as well. After further review, I realized that the documents was not pertaining to my case. The files that he loaded was demand letters to other law firms, invoices, draw request, clerk notes, King-Swape, orders resetting trial dates, settlement check copies, Pacer invoices, photos and settlement breakdown.

It was not that the files were placed in the Drop Box that bothered me. It was the fact that he disclosed to an unauthorized party confidential material. As this is not the first time this has happen (Terry Odom) I can't help but wonder if I get other people's documents, who has my personal information been disclosed to?

When I looked at the Pacer Invoice, I recognized some of the names from the MDL case on line. I accessed my Pacer account and quickly realized my case was not the only one that had been dismissed. Three possibly four others handled by this firm(s).Brandon did not notify me of the mistake, he attempted to cover it up. Although he deleted the files, he didn't have access to the trash bin to permanently delete them. So the files remained.

Only yesterday did I finally have time to complete the time line that lead to the case being dismissed. I did this to understand the full scope of why my case was dismissed. Since no one took responsibility or attempted to explain what actually happened. Even after me asking repeatedly. Two appeals had been filed to correct the problem before I knew there was a problem. It was mid-October when I knew of the issue.

January 31, 2019 I found the court order dismissing my case. When I addressed the issue with the firm. Their reply was "Imagine our surprise". I later found out, two appeals/request for reconsideration had already been filed.

This type of oversight, is what the B.P. lawyers dream of. I have suffered for 8 years and 11 months waiting for my day in court. And now yet another motion has been filed effective 2/22/2019. So what if after three or four more months the court decides to deny it again? Then what? Looking back over the court's track record. I don't expect that they will become compassionate all of a sudden and rescind the termination of the case.

That aside, I should not have ever been put in this situation. As you are fully aware "My plate runneth over"!

My life was devastated by the death of my husband October 16th, 2018. The additional stress from this mishap is unnecessary and at the worst possible time in my life!

I have spoken to a law firm in Texas regarding the events of this case. It was brought to my attention that legal malpractice has occurred. I have not retained council yet, pending this letter. I do not want the Lanier Law Firm and/or Herd Law Firm to represent me in any legal matters effective today 3/6/2019. As, I will retain council Friday. Whether it be through arbitration and/or trial, I plan to seek a resolution to the forgoing matter as expeditiously as possible. The firm that will be handing this case will be made aware of the existing fees and advanced money owed to your firm.

Immediately following my husband's death I asked for a compilation of my case(s) value. In an effort to discourage me, the letter I received was filled with uncertainties and $100,000 vale, but that was uncertain too. My medical bills since 5/8/2010 are over $300,000, so I can't in good faith understand how such a low figure could be quoted. After considerably thought, I realized the discernment, in the letter, was because there was <u>NOT A CASE</u> to support a third party lender. One appeal had been denied and the second was still under review when I asked for the valuation. So using the case(s) I thought I had was not an option at all.

In closing, this letter of termination is to include pending and potential cases for myself and my late husband, Richard j. Allen. It is my intent to hire council, to pursue legal malpractice against both firms. I am fully aware the issued at hand, occurred before the Herd Law Firm began. If you have any suggestions as to how we can otherwise resolve this before Friday, you may email me at: gulfstream2012@outlook.com

**EXHIBIT 2**