**From:** Lance Kassab <lance@kassab.law>
**Sent:** Tuesday, May 7, 2019 11:24 AM
**To:** Charles Herd <cfh@herdlawfirm.law>
**Cc:** Legal Asst <legal@herdlawfirm.law>; David Kassab <david@kassab.law>; Andrea Mendez <andrea@kassab.law>
**Subject:** RE: Sheri Allen v. BP (B3 claim)

Mr. Herd:

Please explain how the court committed error in its rulings.  I believe an appeal would be frivolous.  However, if you wish to file an appeal, go ahead.  You have mine and my client's permission to file an appeal as long as you agree to pay any fees and sanctions for filing the appeal.

Thanks

**EXHIBIT 5**



**Lance Christopher Kassab**
**The Kassab Law Firm**
p:  713-522-7400
f:  713-522-7410
a:  1214 Elgin Street | Houston | Texas | 77004
w:  www.texaslegalmalpractice.com   e: lance@kassab.law




**From:** Charles Herd <cfh@herdlawfirm.law>
**Sent:** Monday, May 6, 2019 11:39 AM
**To:** Lance Kassab <lance@kassab.law>
**Cc:** Legal Asst <legal@herdlawfirm.law>
**Subject:** RE: Sheri Allen v. BP (B3 claim)

Mr. Kassab:

As we think through appeals issues in this matter, one item to address and resolve early is whether Ms. Allen and you want us to file an appeal on her behalf, or whether you or she will be retaining separate counsel to do so.

Please advise.

Thank you.
CFH

**Charles F. Herd, Jr.**
Herd Law Firm, PLLC.
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
713-955-3699
Fax: 281-462-5180
cfh@herdlawfirm.law (.law NOT .com)

   

CONFIDENTIALITY NOTICE:  The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 713-955-3699. Thank you.

**From:** Charles Herd
**Sent:** Thursday, May 2, 2019 3:56 PM
**To:** Lance Kassab <lance@kassab.law>

**Cc:** Legal Asst <legal@herdlawfirm.law>
**Subject:** Sheri Allen v. BP (B3 claim)

Mr. Kassab:

I'm sorry to report that the court has denied our Motion to Reconsider.

I will analyze a potential appeal and provide a recommendation within the week.

 Please let me know if you have any questions in the meantime.

Thank you.

CFH


**Charles F. Herd, Jr.**
Herd Law Firm, PLLC.
19500 Tomball Parkway, Suite 250
Houston, Texas 77070
713-955-3699
Fax: 281-462-5180
cfh@herdlawfirm.law (.law NOT .com)




CONFIDENTIALITY NOTICE:  The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 713-955-3699. Thank you.