UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>     *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sergio Valdivieso**<br>     *Plaintiff*<br>vs.<br><br>**BP Exploration & Production, Inc., BP America Production Company, and BP, P.LC.**<br>     *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:12-cv-02004<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF'S OPPOSED MOTION TO SEVER AND FOR SUGGESTION OF REMAND AND/OR MOTION TO TRANSFER VENUE**

Plaintiff, Sergio Valdivieso, hereby moves the Court for a severance and suggestion of remand and/or moves to transfer his case back to the United States District Court for the Southern District of Texas, Houston Division. The grounds supporting this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion to Sever and for Suggestion of Remand and/or Motion to Transfer Venue.

Respectfully Submitted,

**HERD LAW FIRM, PLLC.**

By: _____
CHARLES F. HERD, JR.
TBA # 09504480
BRANDON C. FRANCIS
TBA # 24107074
19500 Tomball Parkway,
Suite 250
Houston, Texas 77070

Tel: 713-955-3699  
Fax: 281-462-5180  
Charles.Herd@HerdLawFirm.com  
Brandon.Francis@HerdLawFirm.com  
***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF CONFERENCE**

Plaintiff's counsel conferred with opposing counsel before filing this motion and at this time opposing counsel is opposed. However, opposing counsel indicated that its position may change after time to meet and confer.

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion to Sever and for Suggestion of Remand and/or Motion to Transfer Venue was electronically served on all counsel of record in accordance with Pretrial Order No. 12, and was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 12th day of March, 2021.

_____  
Charles F. Herd, Jr.