UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br><br> SECTION J |
| This Documents Relates to: *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Sergio Valdivieso** *Plaintiff* | § § | CIVIL ACTION NO. 2:12-cv-02004 |
| vs. | § § | SECTION: J |
| **BP Exploration & Production, Inc., BP America Production Company, and BP, P.LC.** *Defendants* | § § § | JUDGE BARBIER <br><br> MAG. JUDGE WILKINSON |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEVER AND FOR SUGGESTION OF REMAND AND/OR MOTION TO TRANSFER VENUE

Came on for consideration Plaintiff's Motion to Sever and for Suggestion of Remand and/or Motion to Transfer Venue ("Motion") by Plaintiff Sergio Valdivieso, and the Court, having considered same, the PTO 63, 66 and 68 Responses and related pleadings filed by Plaintiff/Claimant Sergio Valdivieso, and including related pleadings and controlling case law, and having considered the responses of any other interested parties, is of the opinion that the Motion is well-founded.

IT IS HEREBY ORDERED that the Motion is GRANTED, and this case is ordered to be:

1) Severed from the MDL; and

2) Suggestion to the Judicial Panel on Multidistrict Litigation that it then be transferred or remanded to the United States District Court for the Southern District of Texas, Houston Division, from whence it came.

So ORDERED this \_\_\_\_ day of _____, 2021.

_____
The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE