UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION J |
| This Documents Relates to:  *All Claims In Pleading Bundle B3* | § § § § | JUDGE BARBIER  MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Brian Gortney**  *Plaintiff*  vs.  BP Exploration & Production, Inc., BP America Production Company, and BP, p.l.c  *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047  SECTION: J  JUDGE BARBIER  MAG. JUDGE WILKINSON |

## UNOPPOSED PLAINTIFF BRIAN GORTNEY'S JOINT MOTION TO SUBSTITUTE COUNSEL

Plaintiff BRIAN GORTNEY files this his Unopposed Joint Motion to Substitute Counsel, pursuant to Local Rule 83.2.11. Plaintiff requests the substitution of W. Mark Lanier and Harvey G. Brown of *The Lanier Law Firm*, 10940 W. Sam Houston Pkwy N, Suite 100, Houston, Texas 77064 to represent him in this case in place of Charles F. Herd, Jr., *Herd Law Firm, PLLC*, 19500 Tomball Parkway, Suite 250, Houston, Texas 77070. With the substitution, the *Herd Law Firm* will be discharged and have no further responsibilities or obligations related to the future handling of this case.

Herd began his representation of Gortney while Herd was employed at the Lanier Law Firm. After the separated from the Lanier Law Firm, Herd filed other pleadings for Gortney, and Gortney's case was dismissed. Gortney terminated Herd's representation.

The Lanier Law Firm wishes to appear as Gortney's counsel for a limited amount of time: 45 days until he locates new counsel. It has advised Gortney that it plans to withdraw at that time and that he needs to locate new counsel. When Mr. Herd left the firm, no trial attorneys at the firm had ever worked on Mr. Gortney's case or on the BP MDL explosion after the Plaintiffs' Steering Committee (PSC) was selected. After Mr. Gortney's case was dismissed, appellate counsel at the Lanier Firm filed two motions for reconsideration (Doc. 25626 and 25658) in this Court and an appellate brief on Gortney's behalf. But the appellate lawyers have not been involved in the underlying case. The Lanier Law Firm has agreed to file (and has filed) a motion for extension of time in order for Gortney to engage counsel and to file motion to sever, and for suggestion of remand and/or to transfer venue and has requested that any deadlines (other than the agreed deadline for his PTO 68 response) be stayed or delayed for 60 days. It has also ordered medical records for Gortney and will assist him with preparing the PTO 68 response. It plans to file a motion to withdraw on April 26 if Gortney has not located new counsel by that date.

BP does not object to the substitution of counsel.

Respectfully Submitted,

**THE LANIER LAW FIRM**

By: __/s/  Harvey G Brown__
  W. Mark Lanier
  State Bar No.: 11934600
  Harvey G. Brown
  State Bar No.: 03130500
  10940 W. Sam Houston Pwky N.
  Suite 100
  Houston, Texas 77069
  Telephone:  713.659.5200
  Facsimile:  713.659.2204
  Email: wml@lanierlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**HERD LAW FIRM, PLLC.**

By: /s/ Charles F. Herd
    CHARLES F. HERD, JR.
    TBA # 09504480
    BRANDON C. FRANCIS
    TBA # 24107074
    19500 Tomball Parkway,
    Suite 250
    Houston, Texas 77070
    Tel: 713-955-3699
    Fax: 281-462-5180
    Charles.Herd@HerdLawFirm.com
    Brandon.Francis@HerdLawFirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Joint Motion to Substitute Counsel**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2021.

By: /s/ Harvey G. Brown
    Harvey G. Brown