UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **Applies to: 12-cv-968:  BELO** | MAGISTRATE JUDGE CURRAULT |

### THE BP PARTIES' MARCH 15, 2021 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS <u>CASE MANAGEMENT ORDER NO. 2</u>

Pursuant to Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report.  There were three plaintiffs previously listed on the February 1, 2021 Status Report (Rec. Doc. 26887) who were ordered to provide full and complete initial disclosures by March 6, 2021 (Rec. Doc. 26890).[1]  All three plaintiffs provided full and complete initial disclosures by the March 6, 2021 deadline.  There are therefore no plaintiffs eligible for this Status Report who failed to provide full and complete initial disclosures after being ordered to do so.

---

[1] First Amended CMO No. 2 instructs defense counsel to file a status report seven days after the deadline to provide complete disclosures.  Because the deadline to provide complete disclosures, March 6, and the deadline to submit a status report, March 13, fell on Saturdays, the BP Parties submit this report on the next business day, Monday, March 15.

March 15, 2021                                         Respectfully submitted,

                                      */s/ Scott C. Seiler*  
Scott C. Seiler (Bar #19784)  
Devin C. Reid (Bar #32645)  
LISKOW & LEWIS  
701 Poydras Street, Suite 5000  
New Orleans, LA 70139  
Telephone:  (504) 581-7979  
Telefax:  (504) 556-4108  

                                      */s/ Kevin M. Hodges*  
Kevin M. Hodges  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Telephone:  (202) 434-5000  
Telefax:  (202) 434-5029  

                                */s/ Catherine Pyune McEldowney*  
Catherine Pyune McEldowney  
MARON MARVEL BRADLEY ANDERSON & TARDY LLC  
1201 North Market Street, Suite 900  
Wilmington, DE 19801  
Telephone:  (302) 425-5177  
Telefax:  (302) 425-0180  

                                   */s/ Georgia L. Lucier*  
Georgia L. Lucier  
HUNTON ANDREWS KURTH LLP  
600 Travis Street, Suite 4200  
Houston, TX 77002  
Telephone: (713) 220-4200  
Telefax:  (713) 220-4285  

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.  
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March 2021.

/s/ Scott C. Seiler
Scott C. Seiler