# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>    *All Claims In Pleading Bundle B3* | § § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Brian Gortney**<br>    *Plaintiff*<br>vs.<br><br>**BP Exploration & Production, Inc., BP America Production Company, and BP, P.L.C.**<br>    *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## UNOPPOSED AMENDED MOTION FOR EXTENSION OF TIME IN ORDER TO ENGAGE COUNSEL AND TO FILE MOTION TO SEVER, AND FOR SUGGESTION OF REMAND AND/OR TO TRANSFER VENUE

Plaintiff Brian Gortney requests an extension of time to obtain new counsel and determine whether he wants to file a motion to sever and for suggestion of remand or alternatively to transfer venue to the Northern District of Florida, where the case was pending after BP removed it from state court and for a stay of the deadlines involving his case for 60 days (other than his PTO 68 response which the parties are addressing by a separate motion and which will be provided by March 30, 2021).

The Fifth Circuit on March 3, 2021 issued its mandate returning Gortney's claims to this court. While his appeal was pending, the court issued a number of orders in anticipation of returning the B3 cases to individual courts. The Court's November 20, 2020 order ordered BP and the B3 plaintiffs to provide the court with a list of the B3 cases that

1

are still pending in this court. The jointly submitted list does not include Gortney. (Doc. 26807). He should be part of a future severance order.

That same order also directs the parties to list the "B3 cases that will be severed." Gortney's case should be severed.

On February 25, 2021, the court issued an order regarding motions to transfer venue. (Doc. 26934). The order directs the parties in the list of cases (Doc. 26807-1), which does *not* include Gortney, to file motions to transfer by March 12, 2021. While the order technically does not apply to Gortney, out of an abundance of caution, Gortney hereby requests a 60-day extension so he can locate new counsel who can determine whether a motion to remand or transfer should be filed so the case can be returned to Florida. Gortney's original lawsuit was filed in the Walton County Circuit Court, Florida.

Gortney wishes to preserve his right to request a remand and/or transfer but that decision should be reached after consulting with his new attorney. To be clear, by not opposing this request for an extension, BP does not consent or agree to a severance, remand or transfer and states that it needs to review Gortney's PTO 68 response before determining its position. The parties will be filing a separate motion setting forth a proposed schedule for his PTO 68 response.

Gortney's claims were previously handled by Charles Herd, who at the time was at the Lanier Law Firm. When Mr. Herd left the firm, he continued to handle Gortney's case with the consent of the Lanier Law Firm. Mr. Herd has extensive background in admiralty law. After Gortney's case was dismissed in January 2019, Gortney terminated Herd. The

appellate lawyers at The Lanier Law Firm offered to handle his appeal, but Gortney is now looking for new counsel.

Gortney has begun the process of communicating with prospective counsel but needs additional time because he has not located an attorney as of this date. By agreement of the parties, Gortney will provide his PTO 68 responses by March 30, 2021. Gortney requests that all other deadlines and proceedings involving his claims be stayed and extended for 60 days.

ACCORDINGLY, Gortney requests that he be granted until May 12 to locate new counsel and decide whether to file a motion to sever, remand, or transfer venue, should his new counsel deem it appropriate. Other than his PTO 68 response, Gortney further requests that all other deadlines and proceedings involving his claims be stayed and extended for 60 days.

    Respectfully Submitted,

    **THE LANIER LAW FIRM**

    By:   /s/ Mark Lanier
        W. Mark Lanier
        State Bar No: 11934600
        Harvey G Brown, Jr.
        State Bar No: 03130500
        10940 W. Sam Houston Pwky N.
        Suite 100
        Houston, Texas 77069
        Telephone: 713.659.5200
        Facsimile: 713.659.2204
        Email: wml@lanierlawfirm.com
        Email: Harvey.brown@lanierlawfirm.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Unopposed Amended Motion For Extension of Time in order to to Engage Counsel and to File Motion to Sever, and For Suggestion of Remand and/or to Transfer Venue**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2021.

*/s/ Mark Lanier*