UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>    *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Brian Gortney**<br>    *Plaintiff*<br>vs.<br><br>**BP Exploration & Production, Inc., BP America Production Company, and BP, P.L.C.**<br>    *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING BRIAN GORTNEY'S AMENDED MOTION FOR EXTENSION OF TIME IN ORDER TO ENGAGE COUNSEL

Plaintiff Brian Gortney's Motion for Extension of Time in order to Engage Counsel and to File Motion to Sever, and for Suggestion of Remand and/or to Transfer Venue ("Motion") is GRANTED as set forth below. This is not a ruling on his draft Motion to Sever, and for Suggestion of Remand and/or to Transfer Venue.

It is ORDERED that Gortney's case is stayed until May 12, 2021 to locate new counsel and the deadline for Gortney to file any motion to transfer venue is May 12, 2021.

It is further ORDERED that that all other deadlines and proceedings involving Gortney's case are stayed and extended for 60 days except his deadline for responding to PTO 68 which will be addressed in a separate order.

So ORDERED this _____day of _____, 2021.

_____
The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE