## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | § | |
| OF MEXICO, on APRIL 20, 2010 | § | SECTION J |
| | § | |
| | § | |
| This Documents Relates to: | § | |
| *All Claims In Pleading Bundle B3* | § | JUDGE BARBIER |
| | § | MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Brian Gortney** | § | CIVIL ACTION NO. 2:15-cv-01047 |
| *Plaintiff* | § | |
| vs. | § | SECTION: J |
| | § | |
| BP Exploration & Production, Inc., BP | § | JUDGE BARBIER |
| America Production Company, and BP, P.L.C. | § | |
| *Defendants* | § | MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SET SCHEDULE FOR BRIAN GORTNEY'S COMPLIANCE WITH PTO 68

Plaintiff Brian Gortney files this unopposed motion to set a schedule for his compliance with PTO 68 in this case, which was recently remanded by the Fifth circuit back to this court.

The Fifth Circuit on March 3, 2021 issued its mandate returning Gortney's claims to this court. While his appeal was pending, the court issued a number of orders, including PTO 68. PTO 68 requires both parties to provide some discovery to the opposing party. Because Gortney's case was on appeal at the time, there is no current schedule for Gortney's PTO 68 responses in this case. The parties have agreed that Gortney's responses should be provided on March 30, 2021.

ACCORDINGLY, Plaintiff Brian Gortney request that the court set March 30, 2021 as the deadline for Gortney to provide his PTO 68 responses.

**THE LANIER LAW FIRM**

By:    /s/  Harvey Brown
       W. Mark Lanier
       State Bar No: 11934600
       Harvey G Brown, Jr.
       State Bar No: 03130500
       10940 W. Sam Houston Pwky N.
       Suite 100
       Houston, Texas 77069
       Telephone: 713.659.5200
       Facsimile: 713.659.2204
       Email: wml@lanierlawfirm.com
       Email: Harvey.brown@lanierlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Agreed Motion to Set Schedule for Plaintiff Brian Gortney's Compliance With PTO 68**, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2021.

*/s/  Harvey Brown*