UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>   *All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

| | | |
|---|---|---|
| **Brian Gortney**<br>   *Plaintiff*<br>vs.<br><br>**BP Exploration & Production, Inc., BP America Production Company, and BP, P.L.C.**<br>   *Defendants* | § § § § § § § § | CIVIL ACTION NO. 2:15-cv-01047<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING AGREED MOTION TO SET SCHEDULE FOR PLAINTIFF BRIAN GORTNEY'S COMPLIANCE WITH PTO 68

Plaintiff Brian Gortney's Agreed Motion to Set Scheduled for Compliance with PTO 68 is GRANTED.

It is ORDERED the deadline for Gortney to provide his PTO 68 responses is March 30, 2021.

So ORDERED this _____ day of _____, 2021.

_____
The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:
*/s/ Harvey Brown*
Harvey Brown
The Lanier Law Firm