UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*Nos. 14-600, 10-8888* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT, as they concern matters that have been closed for several years:

1. Motion to Change Address Information (styled as Motion to Substitute Counsel of Record) re: No. 14-600 (Rec. Doc. 14457)

2. Motion to Withdraw as Counsel re: certain short form joinders in No. 10-8888 (Rec. Doc. 14506)

New Orleans, Louisiana, this 15th day of March, 2021.

_____
United States District Judge