UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*Nos. 13-1802, 13-1439, 13-97* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court are three "Notices of Joinder," which appear as pending motions on the docket. (Rec. Docs. 16582, 16744, 16745). The Notices purported to join in a motion for reconsideration of Pretrial Order No. 60 filed by Waltzer Wiygul & Garside, LLC. (Rec. Doc. 16443). The Court denied this motion on December 16, 2016. (Doc. 22003 at 36). Accordingly,

IT IS ORDERED that the Notices of Joinder (Rec. Docs. 16582, 16744, 16745) are DENIED AS MOOT.

New Orleans, Louisiana, this 15th day of March, 2021.

_____
United States District Judge