UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 12-970* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

IT IS ORDERED that is the Joint Motion to Substitute Counsel of Record (Rec. Doc. 14264) pertaining to all clients of Andry Lerner, LLC in the Economic and Property Damages Settlement is MOOT in light of the Order initiating closure and winddown of that Settlement (Rec. Doc. 26873).

New Orleans, Louisiana, this 15th day of March, 2021.

_____
United States District Judge