UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL BRANDON VICKERS | * |
| | * |
| versus | *  CIVIL ACTION NO.: 2:13-cv-00456-CJB-SS |
| | * |
| KNIGHT'S MARINE & INDUSTRIAL | * |
| SERVICES, INC. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ** CORRECTED** AFFIDAVIT OF DAVID E. KNIGHT

BEFORE ME, the undersigned authority, on this day personally appeared David E. Knight of Knight's Marine & Industrial Services, Inc. (hereinafter "Knight's Marine"), who being by me duly sworn upon his oath, testified as follows:

1. I am the President of Knight's Marine. I have been employed with Knight's Marine since 1999. I am familiar with the corporate structure of Knight's Marine, the business activities of Knight's Marine, and the locations in which Knight's Marine transacts business. I am also familiar with Knight's Marine personnel records and employment records. I am fully authorized by Knight's Marine and duly competent to make this Affidavit.

2. Knight's Marine is a Mississippi corporation with its principal place of business in Moss Point, Mississippi.

3. Knight's Marine is not incorporated in Louisiana, and does not maintain a place of business in Louisiana.

4. In my prior affidavit, I said Knight's Marine is not registered to do business, conducts no business, and has no agent for service of process, in Louisiana. Unfortunately, I completely forgot Knight's Marine had registered in 2017 with the Secretary of State to do business in Louisiana. This registration was completed by Knight's Marine staff, yet nonetheless signed by me on behalf of the



corporation. For reasons still not certain to me, Knights Marine maintained that Louisiana registration, even though it never performed any work in Louisiana from 2017 to present.

5. Knight's Marine has no officers or directors in Louisiana, and no Knight's Marine employees work in Louisiana.

6. Knight's Marine does not manufacture, distribute or market any products in Louisiana.

7. Knight's Marine does not lease or own any real estate in Louisiana.

8. In 2010, Knight's Marine contracted with United States Environmental Services to install protective fencing along the Mississippi coastline as part of the oil spill cleanup effort.

9. The Plaintiff, Michael Brandon Vickers, was hired by Knight's Marine to install protective fencing along the shores of Graveline Bayou near Gautier, Mississippi.

10. The Plaintiff was neither hired by Knight's Marine in Louisiana nor did he perform any work for Knight's Marine in Louisiana.

11. All Knight's Marine employment and personnel records are located in Moss Point, Mississippi, including any and all records pertaining to the Plaintiff, Michael Brandon Vickers, and his employment with Knight's Marine in July and August of 2010.

12. The last known addresses of the fencing installers that worked alongside the Plaintiff are in Mississippi or Alabama.

13. The last known address of the Plaintiff's supervisor is in Mississippi.

14. All of Knight's Marine's corporate officers reside in Mississippi.

Further Affiant sayeth not.

Signed this the 19th day of March, 2021.

_____
David E. Knight

STATE OF MISSISSIPPI

COUNTY OF JACKSON

APPEARED BEFORE me the undersigned authority in and for the above jursidiction, DAVID E. KNIGHT, who upon oath states that the matters set forth in the above affidavit are true and correct to the best of his knowledge and recollection.

SUBSCRIBED and sworn to before me on this, the 19th of March, 2021.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 99159, STEPHEN W. BURROW, Commission Expires May 18, 2023, JACKSON COUNTY]