# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| THIS DOCUMENT RELATES TO: 20-cv-03299 | JUDGE BARBIER |
| | MAG. JUDGE CURRAULT |

## RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Siedow[1] and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties. Each party agrees to bear their own costs, expenses, and attorney's fees.

By signature of counsel below, Defendants agree to this stipulation of dismissal.

Respectfully Submitted,

| **THE DOWNS LAW GROUP, P.A.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| */s/ Charles David Durkee* | /s/_____ |
| CHARLES DAVID DURKEE, | A. Katrine Jakola, P.C. |
| Florida Bar No. 998435 | (katie.jakola@kirkland.com) |
| 3250 Mary Street. Suite 307 | Martin L. Roth, P.C. |
| Coconut Grove, FL 33133 | (rothm@kirkland.com) |
| Telephone: (305) 444-8226 | Kristopher Ritter |
| Facsimile: (305)-444-6773 | (ritterk@kirkland.com) |
| Email: ddurkee@downslawgroup.com | 300 North LaSalle |
| *Counsel for Plaintiff* | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | *Counsel for Defendants* |

---

[1] Mr. William Siedow passed on December 23, 2020 after filing of this action and his legal representative Ms. Holly Nakleh has authorized the Downs Law Group to file a voluntary dismissal. See Exhibit A.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16 th day of March 2021.

Dated this 16th day of March 2021.

*/s/ Charles D. Durkee*

Charles D. Durkee