# **EXHIBIT A**

## AFFIDAVIT OF HOLLY NAKLEH

STATE OF NEW YORK        )
                         ) ss
COUNTY OF  KINGS         )

I, HOLLY NAKLEH, being sworn, depose and state:
1. I am a resident of Brooklyn, NY
2. I am over the age of twenty-one.
3. This affidavit is based on personal knowledge.
4. My father, William Siedow, passed away on December 23, 2020, in Okaloosa County, Florida.
5. I am William Siedow's successor and executor of his will.
6. I have been duly apprised by the Downs Law Group of the status of my late father's lawsuit: *William Siedow v. BP Exploration & Production et al*, 20-cv-03299, which was filed in the United States District Court for the Eastern District of Louisiana prior to his death.
7. I agree that the best course of action is to voluntarily dismiss the action.
8. I understand that once the action is dismissed, I may not be able to re-file a complaint on my late-father's behalf.

FURTHER AFFIANT SAYETH NAUGHT.

_____
HOLLY NAKLEH

Sworn to and subscribed before me this 12 day of March, 2021.

_____
Name:
Notary Public
My Commission Expires:

ROBERT PAUL RICH
Notary Public, State of New York
No. 02RI4746994
Qualified in Kings County
Commission Expires April 30, 2023