IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig  * | MDL No. 2179 |
| "Deepwater Horizon"  * | |
| in the Gulf of Mexico,  * | |
| on April 20, 2010  * | SECTION: J(2) |
|   * | |
| This document relates to:  * | JUDGE BARBIER |
| No.: 2:13-cv-00456  * | |
| Michael Brandon Vickers v  * | MAG. JUDGE CURRAULT |
| Knight's Marine & Industrial  * | |
| Services, Inc.  * | |

**KNIGHT'S MARINE & INDUSTRIAL SERVICES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE *MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)***

Please take notice that Defendant, Knight's Marine & Industrial Services, Inc., respectfully requests leave to file its *Motion to Dismiss for Lack of Personal Jurisdiction Or, In The Alternative, To Transfer Venue Pursuant to 28 U. S. C. §1404(a)* [Rec. Doc. No. 26987] out of time, which Motion and Memorandum was served on the parties through File and Serve on March 12, 2021 but was inadvertently not filed with the Court until this day, March 16, 2021, when the error came to counsel's attention. Counsel on behalf of both the Plaintiff Vickers and the BP Defendants have advised there is no objection to Knight's Marine being allowed to file its procedural Motion out of time from the Court's March 12, 2021 deadline.

Wherefore, Knight's Marine respectfully prays the Court for an

1

Order allowing the filing of its *Motion to Dismiss for Lack of Personal Jurisdiction Or, In The Alternative, To Transfer Venue Pursuant to 28 U. S. C. §1404(a)* and its supporting memorandum brief.

Respectfully submitted, this the 16th day of March, 2021.

**KNIGHT'S MARINE & INDUSTRIAL SERVICES, INC., DEFENDANT**

BY: FRANKE & SALLOUM, PLLC

BY: s/ Fredrick B. Feeney, II

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
fbf@frslaw.com

CERTIFICATE OF SERVICE

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day electronically filed the foregoing Motion for leave to file *Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* with the Clerk of the Court using the ECF system, and served the same by using LexisNexis File & Serve in accordance with Pretrial Order No. 12, which sent notice of filing to all counsel of record.

THIS, the 16th day of March, 2021.

s/Fredrick B. Feeney, II
FREDRICK B. FEENEY, II
MS STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
EMAIL: fbf@frslaw.com