UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*Nos. 13-00456 & 13-00304* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Having considered Knight's Marine & Industrial Services, Inc.'s ("Knight's Marine") Unopposed Motion for Leave to File (Rec. Doc. 26990), which requests permission to file its Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Rec. Doc. 26987) out of time;

IT IS ORDERED that the Unopposed Motion for Leave to File (Rec. Doc. 26990) is GRANTED.

IT IS FURTHER ORDERED that any opposition to Knight's Marine's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Rec. Doc. 26987) must be filed by March 24, 2021. "Furthermore . . . the Court hereby gives notice to Knight's Marine, Michael Vickers, and BP that the Court will consider whether Vickers's companion case, no. 13-00304, should be consolidated with 13-00456 and transferred as well." (Rec. Doc. 26938 at 1-2).

New Orleans, Louisiana, this 17th day of March, 2021.

United States District Judge