UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 15-1047, Brian Gortney v. BP, et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Plaintiff Brian Gortney's Joint Unopposed Motion to Substitute Counsel (Rec. Doc. 26978), which seeks to replace Charles F. Herd, Jr., Herd Law Firm, PLLC, 19500 Tomball Parkway, Suite 250, Houston, Texas 77070 with The Lanier Law Firm, 10940 W. Sam Houston Pkwy N, Suite 100, Houston, Texas 77064 as counsel of record for plaintiff Brian Gortney.

IT IS ORDERED that the Motion (Rec. Doc. 26978) is GRANTED. The Lanier Law Firm is hereby enrolled as counsel of record for plaintiff Brian Gortney. The Herd Law Firm is hereby discharged and withdrawn as counsel of record for plaintiff Brian Gortney.

New Orleans, Louisiana, this 17th day of March, 2021.

_____
United States District Judge