IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *Robert Evans v. BP Expl. & Prod. Inc., et al.*, Case No. 16-cv-3966 | * * | MAGISTRATE JUDGE CURRAULT |

## DECLARATION OF DEVIN C. REID IN SUPPORT OF BP'S REPLY IN SUPPORT OF BP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

I, Devin C. Reid, declare as follows:

1. I am a Shareholder at Liskow & Lewis, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member of good standing of the Bar of the State of Louisiana.

2. I respectfully submit this Declaration in Support of BP's Reply In Support of BP's Motion to Dismiss Plaintiff Robert Evans's Complaint for Failure to State a Claim. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of the transmission email that counsel for BP sent to Mr. Evans on February 9, 2021, attaching BP's Motion to Dismiss papers.

4. Attached hereto as Exhibit B is a true and correct copy of the Certified Mail Domestic Return Receipt counsel for BP received from the United States Postal Service, indicating that a physical copy of BP's Motion to Dismiss papers was delivered to Mr. Evans at his residence on February 12, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in New Orleans, Louisiana on this 18th day of March, 2021.

_____
Devin C. Reid