# Exhibit A to Declaration of Devin C. Reid

| | |
|---|---|
| **From:** | *dcreid@liskow.com |
| **Sent:** | Tuesday, February 9, 2021 4:07 PM |
| **To:** | efcug@hotmail.com |
| **Subject:** | Robert Evans v. BP Expl. & Prod. Inc., et al. No. 16-cv-3966 |
| **Attachments:** | 2021-02-09 BP's Motion to Dismiss for Failure to State a Claim (file & serve).pdf; Ltr to Robert Evans re Motion to Dismiss.pdf |

> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Dear Mr. Evans:

Please find attached a letter sending you a copy of a motion the BP defendants filed in court today.

Regards

Devin C. Reid
Liskow & Lewis