# Exhibit B to Declaration of Devin C. Reid

**USPS TRACKING #**



9590 9402 5452 9189 1659 77

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



- Sender: Please print your name, address, and ZIP+4® in this box•

Mr. Devin C. Reid, Esq.
**Liskow & Lewis**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Robert Evans
333 Baker Street
Apt. 213
San Francisco, CA 94117

9590 9402 5452 9189 1659 77

2. Article Number (Transfer from service label)
7019 2280 0000 5566 6867

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Covid-19 1776  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)
Robert Evans

C. Date of Delivery
11/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt