IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 |
| | | SECTION: J |
| This document relates to: *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | § § § § | JUDGE BARBIER |
| | | MAGISTRATE JUDGE CURRAULT |

## ORDER

Considering Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim of Plaintiffs John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC (Rec. Doc. 26922), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

New Orleans, Louisiana this 18th day of March, 2021.

_____
United States District Judge