UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION  J |
| | JUDGE CARL J. BARBIER |
| This Document Relates to:<br>*Donovan v. Barbier; et al*<br>2:21:cv-00237 | MAGISTRATE<br>DONNA PHILLIPS CURRAULT |

## MOTION FOR SANCTIONS AND TO
## ENJOIN FURTHER FRIVOLOUS FILINGS

**NOW INTO COURT**, through undersigned counsel, come defendants, Stephen J. Herman and James P. Roy to Move this Honorable Court to enter an Order imposing all available sanctions against Donovan, including but not limited to those provided under 28 U.S.C. § 1927, 28 U.S.C. § 1651, and this Court's inherent authority.  Specifically, Mr. Herman and Mr. Roy seek all of their attorneys' fees and costs incurred in defending Donovan's multiple frivolous, harassing, and defamatory *per se* actions.  They further request that this Court enjoin Donovan from filing any lawsuits in state or federal court against them or any person previously sued for claims arising from or in any way related to the BP Oil Spill and claims process without prior express Court approval.  The requested relief is justified, proportional, and warranted by existing law and should be granted.

**WHEREFORE**, Stephen J. Herman and James P. Roy pray that, after due proceedings are had, this Court will grant this Motion and enter an order imposing any and all available penalties and sanctions against Brian J. Donovan, including awarding all of their attorneys' fees

and costs incurred in responding to his numerous frivolous lawsuits and enjoining him from filing any other actions against them or any other person who was in any way involved in or related to the BP Oil Spill and the claims process without prior express Court approval.

                Respectfully submitted,

        */s/ Edward W. Trapolin*
        Edward W. Trapolin, Esq. (Bar No. 27667)
        Gus A. Fritchie, III (Bar No. 5751), T.A.
        IRWIN FRITCHIE URQUHART & MOORE LLC
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana 70130
        Phone:  (504) 310-2100
        FAX:  (504) 310-2101

        *Attorneys for Stephen J. Herman and James P. Roy*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Sanctions and to Enjoin Further Frivolous Filings* has been served on All Counsel by electronically uploading the same to File and ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of March 2021.

        */s/ Edward W. Trapolin*