FILED

2020 OCT 26 AM 8:44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* BRIAN J. DONOVAN

    Plaintiff,

v.

CARL J. BARBIER, *et al.*

    Defendants.

_____/

Case: 8:20-cv-418-T-60CPT

FILED IN CAMERA AND
UNDER SEAL PURSUANT
TO 31 U.S.C. § 3730(b)(2)

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL
### AND MEMORANDUM OF LAW

Plaintiff/*qui tam* Relator Brian J. Donovan voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and 31 U.S.C. § 3730(b)(1) without prejudice to any rights of the United States.

### INTRODUCTION

On February 24, 2020, Plaintiff/*qui tam* Relator Brian J. Donovan, on behalf of the United States of America (the "United States") and himself, filed this action under seal against Defendants. On February 27, 2020, a copy of the Complaint and written disclosure of substantially all material evidence and information Relator possessed was served on the United States as provided in FRCP 4 as follows. By United States Mail, Certified Delivery, Return Receipt Requested to: Ms. Maria Chapa Lopez, U.S. Attorney for the Middle District of Florida and Mr. William P. Barr, Attorney General of the United States.

Exhibit 2

On April 22, 2020, the United States, pursuant to 31 U.S.C. § 3730(b)(3), filed its first unopposed application for an extension of time through October 27, 2020, to determine whether to intervene and for additional time for investigation in the above-captioned *qui tam* case and for the Complaint and other filings to remain under seal until further order of this Court.

On May 14, 2020, the Court granted the "United States' First Unopposed Application for an Extension of the Intervention Period and Seal" which provides "The United States shall have up to and including October 27, 2020, within which to notify the Court of its decision to intervene or act otherwise in this action." The Court further granted the "United States' Consented Ex parte Application for Partial Lift of the Seal" which proves "The seal in this case shall be partially lifted to allow the United States to disclose, in its discretion, in whole or in part, the complaint in this case, any other sealed filings or documents in this case, this Order, and/or the nature of the claims asserted therein, to Defendants, any counsel hired by Defendants, and the Administrative Office of the U.S. Courts."

Plaintiff/*qui tam* Relator Brian J. Donovan is voluntarily dismissing this case without prejudice because the United States has decided not to intervene in this action.

Plaintiff/*qui tam* Relator Brian J. Donovan requests that all contents of the Court's file, other than the Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal Without Prejudice, and the Court's Order dismissing this action remain under seal.

## MEMORANDUM OF LAW

Rule 41(a)(1) provides that a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for

summary judgment." 31 U.S.C. § 3730(b)(1) provides that a relator's *qui tam* action may be dismissed if the Court and the Department of Justice given written consent to the dismissal and their reasons for consenting.

Accordingly, for the foregoing reasons, the Court is requested to enter the dismissal of this action without prejudice. Attached to this Notice is a proposed order.

## LOCAL RULE CERTIFICATION

The undersigned certifies, pursuant to Middle District Rule 3.01(g), that he has conferred with AUSA Kelley Howard-Allen, who stated that: (a) the United States does not object to dismissal of this case without prejudice, provided that this dismissal is without prejudice to the rights of United States, and that the United States will file its written consent; and (b) the United States has not disclosed this complaint or the nature of the claims asserted therein to Defendants.

DATED: October 26, 2020

Respectfully submitted,

Brian J. Donovan
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net
Plaintiff/*qui tam* Relator and Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2020, a true and correct copy of the foregoing was sent via email and United States mail to the following:

Ms. Kelley Howard-Allen
Assistant United States Attorney
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Email: Kelley.Howard@usdoj.gov

Brian J. Donovan
Plaintiff/*qui tam* Relator and Attorney

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* BRIAN J. DONOVAN

    Plaintiff,

v.

CARL J. BARBIER, *et al.*

    Defendants.

_____/

Case: 8:20-cv-418-T-60CPT

FILED IN CAMERA AND
UNDER SEAL PURSUANT
TO 31 U.S.C. § 3730(b)(2)

## ORDER

Upon consideration of the Relator's Notice of Voluntary Dismissal and the United States' Notice of Consent to Dismissal Without Prejudice, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. All contents of the Court's file, other than the Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal Without Prejudice, and this Order, shall remain under seal. The Clerk is directed to terminate any pending motions and close this case.

**DONE and ORDERED** in Tampa, Florida this _____ day of October, 2020.

 

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE



Copies furnished to:

    Kelley C. Howard-Allen
    Assistant U.S. Attorney
    United States Attorney's Office
    Middle District of Florida
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602

    Brian J. Donovan
    Plaintiff/*qui tam* Relator and Attorney
    3102 Seaway Court, Suite 304
    Tampa, FL 33629