# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DANIEL CABELLOS and**
**INDEPENDENCE SHIPPING LINES,**
**LTD., INC.,**

    **Plaintiffs,**

v.                                    Case No. 8:03-cv-138-T-30TBM

**GREAT WHITE FLEET (US) LTD.,**
**PORT-TO-PORT INTERNATIONAL**
**CORP., et al,**

    **Defendants.**
_____

## ORDER

THIS CAUSE comes before the Court upon the Motion to Reopen Case for the Purpose of Entry of a Judgment After Appeal (Dkt. 81). Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. The Motion to Reopen Case for the Purpose of Entry of a Judgment After Appeal (Dkt. 81) is **GRANTED in part and DENIED in part**.

2. In accordance with this Court's Order dated December 5, 2003 (Dkt. 71), the Clerk is directed to enter judgment against Brian J. Donovan, Esq., and in favor of Casey & Barnett, LLC, in the total amount of **$18,082.00**.

3. The Clerk is directed to enter judgment against Brian J. Donovan, Esq., and in favor Gregory G. Barnett and Casey & Barnett, LLC, in the total amount of **$2,030.00**.

**Exhibit 5**

4. The Clerk is directed to enter judgment as referenced herein without reopening this case.

**DONE** and **ORDERED** in Tampa, Florida on November 14, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-138.mt judgment.frm

Page 2 of 2