UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010<br><br>This Document Relates to:<br>*Donovan v. Barbier; et al*<br>2:21:cv-00237 | MDL 2179<br><br>SECTION  J<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE<br>DONNA PHILLIPS CURRAULT |

## ORDER

**THIS CAUSE** comes before the Court upon the Motion for Sanctions and to Enjoin Further Frivolous Filings filed by Defendants Stephen J. Herman and James P. Roy seeking to impose all available sanctions against attorney Brian J. Donovan for filing the instant action and to enjoin him from filing any further actions in state or federal court against them or any person previously sued for claims arising from or in any way related to the BP Oil Spill and claims process without prior express Court approval.

The Court, having reviewed the motion, supporting memorandum and evidence, any opposition on file, and the law does hereby GRANT the Motion as prayed.  It is, therefore, HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Herman and Mr. Roy shall within thirty (30) days of this Order file a motion to fix attorneys' fees and costs with all appropriate supporting documentation in accordance with this Court's rules and controlling jurisprudence.

It is, further, HEREBY ORDERED, ADJUDGED, and DECREED that a pre-litigation

injunction be and hereby is entered against Brian J. Donovan enjoining him and anyone acting on his behalf from filing any action in federal or state court against Mr. Herman, Mr. Roy, or any other person or entity that was in any way involved in or related to the BP Oil Spill, MDL 2179, and the resulting claims process without prior express approval of this Court.

  DONE and ORDERED in New Orleans, Louisiana, this ____ day of _____, 2021.

                     _____
                     HON. CARL J. BARBIER, JUDGE