UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIAINA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 1 8 2021
CAROL L. MICHEL
CLERK

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | § | MDL 2179 SECTION J |
| "Deepwater Horizon" in the Gulf | § | |
| of Mexico, On April 20, 2010 | § | Sub case No. |
| | § | 2:13-cv-01658-CJB-JCW |
| | § | |
| This Document Relates to | § | JUDGE BARBIER |
| | § | |
| Allstar Pipe Services, Inc. | § | |
| | § | |
| v. | § | |
| | § | |
| BP Exploration & Production Inc., et al. | § | MAG. JUDGE WILKENSON |

## ALLSTAR PIPE SERVICES, INC.'S NOTICE OF APPEAL

Notice is hereby given that Allstar Pipe Services, Inc. ("Allstar Pipe"), Plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fifth Circuit. This Appeal is from the Order of Dismissal entered and filed in this action on January 7, 2021 (Rec. Doc. 26839), and the Order Denying Allstar Pipe's Motion for Reconsideration entered and filed on February 17, 2021 (Rec. Doc. 26918) – along with all rulings, findings, and determinations embodied therein.  The February 17, 2021 Order Denying Allstar Pipe's Motion for Reconsideration is the final appealable order.

Date:  3/10/2021

Respectfully Submitted,

Thomas Wright

Thomas Wright *(pro se)*
Co-Owner Allstar Pipe Services, Inc.
322 Toulouse Road
Opelousas, LA 70570
(337) 257-9550
twright1887@gmail.com

TENDERED FOR FILING

MAR 1 8 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

Fee _____
Process _____
X  Dktd _____
CtRmDep _____
Doc. No. _____

## CERTIFICATE OF SERVICE

I certify that I have served this Notice of Appeal on the counsel for BP Exploration and Production Inc., et al. via regular U.S. Mail on this _10_ day of March 2021.

_Thomas Wright_
Thomas Wright

R. Keith Jarrett
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan
Kristopher S. Ritter
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP Exploration & Production Inc. and*

*BP America Production Company*



Allstar Pipe Services Inc.
PO Box 60722
Lafayette, La. 70596

U.S. POSTAGE PAID
FCM LETTER
LAFAYETTE, LA
70500
MAR 11, 21
AMOUNT

$4.15

R2304M115458-06

1000

70130

7019 2280 0000 2380 0262

Clerks Office
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, La. 70130



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

BATON ROUGE LA 707
11 MAR 2021PM 3 L