IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | | MDL No. 2179 |
| "Deepwater Horizon" * | | |
| in the Gulf of Mexico, * | | |
| on April 20, 2010 * | | SECTION: J(2) |
| * | | |
| This document relates to: * | | JUDGE BARBIER |
| No.: 2:13-cv-00456 * | | |
| Michael Brandon Vickers v * | | MAG. JUDGE CURRAULT |
| Knight's Marine & Industrial * | | |
| Services, Inc. * | | |

**EX-PARTE MOTION OF KNIGHT'S MARINE & INDUSTRIAL SERVICES, INC. TO VOLUNTARILY WITHDRAW ITS *MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION* AND TO AMEND ITS *MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* IN ORDER TO SUBMIT A CORRECTED EXHIBIT**

Comes now, Defendant, Knight's Marine & Industrial Services, Inc. (Knight's Marine), and moves the Court to allow the Defendant Knight's Marine, Inc. to voluntarily withdraw its previously filed *Motion To Dismiss for Lack of Personal Jurisdiction* and to amend the alternative relief sought in its *Motion To Transfer Venue Pursuant to 28 U. S. C. § 1404(a)* [Rec. Doc. No. 26987] in order to withdraw its Exhibit "B" [Rec. Doc. No. 26987-2] to its original motion and substitute the attached Corrected Affidavit of David E. Knight, attached hereto as Exhibit "1", and as grounds therefore would state as follows:

1. Based upon new information and after conferring with counsel for the Plaintiff, the Defendant seeks to withdraw that part of its Motion requesting dismissal based upon lack of jurisdiction over the Defendant. The Plaintiff has no objection to Knight's Marine being allowed to voluntarily withdraw its Motion to

Dismiss.

    2.    The Defendant further requests leave of Court to amend its *Motion To Transfer Venue Pursuant to 28 U. S. C. § 1404(a)* in order to substitute the Corrected Affidavit of David E. Knight, Exhibit "1" hereto in place of Exhibit "B" to the original Motion. The Plaintiff Brandon Vickers has no objection to this request.

    3. Further, the Plaintiff has no objection to the Defendant Knight's Marine's *Motion To Transfer Venue Pursuant to 28 U. S. C. § 1404(a)*.

Wherefore, Knight's Marine respectfully prays the Court for an Order allowing the voluntary withdrawal of its *Motion to Dismiss for Lack of Personal Jurisdiction* and further allowing it to amend the alternative relief sought in its *Motion To Transfer Venue Pursuant to 28 U. S. C. § 1404(a)* to substitute the attached Corrected Affidavit of David E. Knight for Exhibit "B" [Rec. Doc. No. 26987-2].

Respectfully submitted, this the 22nd day of March, 2021.

                    **KNIGHT'S MARINE & INDUSTRIAL SERVICES, INC., DEFENDANT**

                    BY:   FRANKE & SALLOUM, PLLC

                    BY:   <u>s/ Fredrick B. Feeney, II</u>
                          FREDRICK B. FEENEY, II
                          MS STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
fbf@frslaw.com

CERTIFICATE OF SERVICE

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day electronically filed the foregoing *Motion for Voluntary Dismissal of its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)to Substitute a Corrected Exhibit* with the Clerk of the Court using the ECF system, and served the same by using LexisNexis File & Serve in accordance with Pretrial Order No. 12, which sent notice of filing to all counsel of record.

THIS, the 22nd day of March, 2021.

                                                s/Fredrick B. Feeney, II
                                                FREDRICK B. FEENEY, II
                                                MS STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
EMAIL: fbf@frslaw.com

3