## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon"** | * | |
| **in the Gulf of Mexico,** | * | |
| **on April 20, 2010** | * | **SECTION: J(2)** |
| | * | |
| **This document relates to:** | * | **JUDGE BARBIER** |
| **No.: 2:13-cv-00456** | * | |
| **Michael Brandon Vickers v** | * | **MAG. JUDGE CURRAULT** |
| **Knight's Marine & Industrial** | * | |
| **Services, Inc.** | * | |

## **ORDER**

Having considered Knight's Marine & Industrial Services, Inc.'s (Knight's Marine) Unopposed Ex-Parte Motion To Voluntarily Withdraw Its Motion To Dismiss for Lack of Personal Jurisdiction And To Amend Its Motion To Transfer Venue (Rec. Doc. No. 26987);

IT IS ORDERED that the Unopposed Motion To Voluntarily Withdraw Its Motion To Dismiss for Lack of Personal Jurisdiction is GRANTED.

IT IS FURTHER ORDERED that Knight's Marine's Unopposed Motion To Amend Its Motion To Transfer Venue (Rec. Doc. No. 26987) in order to withdraw its Exhibit "B" (Rec. Doc. No. 26987-2) to its original motion and substitute the Corrected Affidavit of David E. Knight, (Rec. Doc. No. _____ ) is GRANTED.

IT IS FURTHER ORDERED that Exhibit "B" (Rec. Doc. No. 26987-2) is withdrawn and the Corrected Affidavit of David E. Knight (Rec. Doc. No. _____ ) is hereby substituted in its place.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
United States District Judge