UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J(2) |
| **Applies to:** 2:21-cv-237, Brian J. Donovan v. Carl J. Barbier; Stephen J. Herman; James P. Roy; Kenneth R. Feinberg; and Patrick A. Juneau | JUDGE CARL J. BARBIER<br><br>MAG. JUDGE CURRAULT |

## MOTION FOR INJUNCTIVE RELIEF AND CONSIDERATION OF SANCTIONS

Defendant Patrick A. Juneau ("Mr. Juneau"), the Court-Appointed Claims Administrator of the Deepwater Horizon Court-Supervised Settlement Program (the "CSSP"), through undersigned counsel, hereby submits this motion for injunctive relief and consideration of sanctions in the above-referenced proceeding. For the reasons more fully set forth in the accompanying memorandum, Mr. Juneau requests that the Court enjoin the Plaintiff in the above-referenced action Brian J. Donovan from filing any lawsuits in state or federal court against Mr. Juneau in any capacity arising from or in any way related to the BP Oil Spill or the CSSP without pre-litigation approval from this Court, and that the Court consider exercising its inherent authority to impose sanctions under 28 U.S.C. § 1927 should it deem them to be appropriate.

1

Respectfully submitted,

/s/ Richard C. Stanley
Richard C. Stanley, 8487
Kathryn W. Munson, 35933
STANLEY, REUTER, ROSS, THORNTON &
ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com
kwm@stanleyreuter.com

*Attorneys for Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of March, 2021.

/s/ Kathryn W. Munson