# Exhibit A

# Ronnie G. Penton Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * |
| | | MDL NO. 2179 SECTION J |
| | | JUDGE BARBIER |
| | | MAGISTRATE JUDGE CURRAULT |
| This Document Relates To: *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al* Case No. 16-cv-05277 | | * * * * * |

## DECLARATION OF RONNIE G. PENTON IN SUPPORT OF PLAINTIFF-DeSILVA'S MEMORANDUM IN OPPOSITION TO BP'S MOTION TO DISMISS FOR LACK OF STANDING

I, Ronnie G. Penton, declare as follows:

1. I am the President and Director of The Penton Law Firm, LLC, and counsel of record for Plaintiff, John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC.

2. I respectfully submit this Declaration in Support of Plaintiff-DeSilva's *Memorandum in Opposition to BP's Motion to Dismiss for Lack of Standing.* The statements in this Declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath.

3. Attached hereto as Exhibit 1 is a true and correct copy of the HUD Settlement Statement dated June 16, 2017.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Warranty Deed executed by John DeSilva on June 16, 2017, bearing Book Number 19702, Page Number 236, filed on July 13, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Tom Limroth, dated November 12, 2019.

6. Attached hereto as Exhibit 4 is a true and correct copy of an October 31, 2012 cover letter enclosing an October 29, 2012 Opt Out Exclusion Election, executed by John R. DeSilva on October 29, 2012 (personal information redacted).

7. Attached hereto as Exhibit 5 is a true and correct copy of an Affidavit of Steven MacDonald executed on September 18, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Bogalusa, Louisiana, on this the 23rd day of March, 2021.

_____
Ronnie G. Penton