# Declaration Exhibit 1

# HUD Settlement Statement

| HUD-1 | | | | U.S. Department of Housing | | |
|---|---|---|---|---|---|---|
| A. Settlement Statement | | | | and Urban Development | | OMB No. 2502-0265 |
| B. Type of Loan | | | | | | |
| ☐ 1. FHA ☐ 2. FmHA ☐ 3. Conv. Unins. ☐ 4. V.A. ☐ 5. Conv. Ins. | | | 6. File Number 17-228 | 7. Loan Number ID: | | 8. Mortg. Ins. Case Num. |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | | |
|---|---|---|---|
| D. NAME OF BORROWER: | Joshua T. Kelesko, as Trustee of the 2707 Pass A Grille Way Land Trust u/t/d 6/12/2017 | | |
| Address of Borrower: | 3333 W. Kennedy Boulevard, , Suite 204, Tampa, Florida 33609 | | |
| E. NAME OF SELLER: | John R. DeSilva, a single man | | |
| Address of Seller: | P.O. Box 7569, St. Petersburg, Florida 33734 | | TIN: |
| F. NAME OF LENDER: | | | |
| Address of Lender: | | | |
| G. PROPERTY LOCATION: | 2707 Pass A Grille Way, St. Pete Beach, Florida 33706 | | |
| H. SETTLEMENT AGENT: | A Heritage Title - Pinellas, Inc. | | TIN: 65-0344636 |
| Place of Settlement | 5200 Central Avenue, St. Petersburg, Florida 33707 | | Phone: 727-321-2600 |
| I. SETTLEMENT DATE: | 6/16/17 | DISBURSEMENT DATE: 6/16/17 | |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| 100. Gross amount due from borrower: | | 400. Gross amount due to seller: | |
| 101. Contract sales price | 5,395,000.00 | 401. Contract sales price | 5,395,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 2,067.02 | 403. | |
| 104. | | 404. Title Discount | 4,137.02 |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid by seller in advance: | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 5,397,067.02 | 420. Gross amount due to seller: | 5,399,137.02 |
| 200. Amounts paid or in behalf of borrower: | | 500. Reductions in amount due to seller: | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 399,091.04 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 4,230,000.00 |
| 205. Credit 1 day of Tax Proration form Title Co | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. | |
| 209. Credit Repairs/Termite Treatment | 10,000.00 | 509. Credit Repairs/Termite Treatment | 10,000.00 |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/17 to 06/16/17 | 22,745.65 | 511. County taxes from 01/01/17 to 06/16/17 | 22,745.65 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 132,745.65 | 520. Total reductions in amount due seller: | 4,661,836.69 |
| 300. Cash at settlement from/to borrower: | | 600. Cash at settlement to/from seller: | |
| 301. Gross amount due from borrower (line 120) | 5,397,067.02 | 601. Gross amount due to seller (line 420) | 5,399,137.02 |
| 302. Less amount paid by/for the borrower (line 220) | (132,745.65) | 602. Less total reductions in amount due seller (line 620) | (4,661,836.69) |
| 303. Cash ( ☑ From ☐ To ) Borrower: | 5,264,321.37 | 603. Cash ( ☑ To ☐ From ) Seller: | 737,300.33 |

Substitute Form 1099 Seller Statement:   The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions:   If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

DoubleTime®

| HUD-1 | | U.S. Department of Housing and Urban Development | | | | Page 2 |
|---|---|---|---|---|---|---|
| L. Settlement charges | | | | Borrower POC Seller POC | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| 700. Total Sales/Brokers Com. based on price | | $5,395,000.00 @ | % = 274,045.00 | | | |
| 701. | 112,145.00 | % to Sand Key Realty (3% +295 MLS -$50,000 to Seller) | | | | |
| 702. | 161,900.00 | % to Coldwell Banker (3%-$285 MLS)(incl Broker $345 Cor | | | | |
| 703. Commission paid at settlement | | | | | 345.00 | 273,700.00 |
| 704. | | to | | | | |
| 800. Items payable in connection with loan: | | | | Borrower POC Seller POC | | |
| 801. Loan origination fee | | % to | | | | |
| 802. Loan discount | | % to | | | | |
| 803. Appraisal fee | | to | | | | |
| 804. Credit report | | to | | | | |
| 805. Lender's inspection fee | | to | | | | |
| 806. Mortgage Insurance application fee | | to | | | | |
| 807. Assumption Fee | | to | | | | |
| 808. | | to | | | | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| 900. Items required by lender to be paid in advance: | | | | Borrower POC Seller POC | | |
| 901. Interest from | | to | @ | /day | | |
| 902. Mortgage Insurance premium for | | months to | | | | |
| 903. Hazard Insurance premium for | | years to | | | | |
| 904. Flood Insurance premium for | | years to | | | | |
| 905. | | years to | | | | |
| 1000. Reserves deposited with lender: | | | | Borrower POC Seller POC | | |
| 1001. Hazard Insurance | | months @ | | per month | | |
| 1002. Mortgage Insurance | | months @ | | per month | | |
| 1003. City property taxes | | months @ | | per month | | |
| 1004. County property taxes | | months @ | | per month | | |
| 1005. Annual assessments | | months @ | | per month | | |
| 1006. Flood Insurance | | months @ | | per month | | |
| 1007. | | months @ | | per month | | |
| 1008. | | months @ | | per month | | |
| 1009. Aggregate accounting adjustment | | | | | | |
| 1100. Title charges: | | | | Borrower POC Seller POC | | |
| 1101. Settlement or closing fee | | to A Heritage Title - Pinellas, Inc. | | | 100.00 | 100.00 |
| 1102. Abstract or title search | | to A Heritage Title - Pinellas, Inc. | | | | 250.00 |
| 1103. Title examination | | to | | | | |
| 1104. Title Insurance binder | | to | | | | |
| 1105. Document preparation | | to | | | | |
| 1106. Notary fees | | to | | | | |
| 1107. Attorney's Fees | | to Zacur, Graham & Costis, P.A. | | | | 12,090.00 |
| (Includes above item numbers: Paradigm and McDonald | | | | ) | | |
| 1108. Title Insurance | | to First American Title Insurance Company/A Heritage | | | | 15,963.75 |
| (includes above item numbers: | | | | ) | | |
| 1109. Lender's coverage (Premium): | | | | | | |
| 1110. Owner's coverage (Premium): | $5,395,000.00 ($15,963.75) | | | | | |
| 1111. Endorse: | | | | | | |
| 1112. | | to | | | | |
| 1113. | | to | | | | |
| 1200. Government recording and transfer charges: | | | | | | |
| 1201. Recording fees | Deed | $10.00 Mortgage(s) | Releases | | 10.00 | |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | | |
| 1203. State tax/stamps | Deed | $37,765.00 Mortgage(s) | | | | 37,765.00 |
| 1204. Record Satisfaction | | to Clerk of the Circuit Court | | | | 27.00 |
| 1205. | | to | | | | |
| 1300. Additional settlement charges: | | | | Borrower POC Seller POC | | |
| 1301. Survey | | to Surveying St. Pete | | | 1,425.00 | |
| 1302. Pest Inspection | | to | | | | |
| 1303. 2016 R.E. Taxes | | to Pinellas County Tax Collector | | | | 59,189.29 |
| 1304. E-Recording | | to CSC/Heritage Title | | | 6.00 | 6.00 |
| 1305. Refund 1 day tax Credit/Recording | | to 2707 Pass A Grille Way Land Trust u/t/d 6/12/2017 | | | 181.02 | |
| 1306. | | to | | | | |
| 1307. | | to | | | | |
| 1308. | | to | | | | |
| 1309. | | | | | | |
| 1400. Total settlement charges: | | | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | | 2,067.02 | 399,091.04 |

have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Borrower          _____ Seller
Joshua T. Keluske, Trustee                    John R. DeSilva

_____ Borrower          _____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

A Heritage Title - Pinellas, Inc.
By: _____        6/16/17
As Its Authorized Representative        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®