# Declaration Exhibit 2

# Warranty Deed

I#: 2017188430 BK: 19670 PG: 559, 06/19/2017 at 08:54 AM, RECORDING 1 PAGES
$10.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK101736

Prepared by and return to:
A Heritage Title - Pinellas, Inc.
5200 Central Avenue
St. Petersburg, FL 33707
727-321-2600
File Number: 17-228

Parcel Identification No. 18/32/16/61002/004/0130

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 16th day of June, 2017 between John R. DeSilva a/k/a John R. DaSilva, a single man whose post office address is P.O. Box 7569, St. Petersburg, FL 33734 County of Pinellas, State of Florida, grantor*, and Joshua T. Keleske, as Trustee of the 2707 Pass A Grille Way Land Trust u/t/d 6/12/2017 whose post office address is 3333 W. Kennedy Boulevard, , Suite 204, Tampa, FL 33609 of the County of Hillsborough, State of Florida, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of Five Million Three Hundred Ninety-Five Thousand and 00/100 Dollars ($5,395,000.00 ) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Pinellas County, Florida**, to-wit:

> Lots 13, 14, 15 and 16 , Block D, SECTION "A" NORTH PASS A GRILLE, according to the Plat thereof, recorded in Plat Book 5, Page 18, of the Public Records of Pinellas County, Florida.

Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.

This deed hereby confers on the Grantee/Trustee the power and authority to either protect, conserve and to sell, or to lease, or to mortgage, or to encumber, or otherwise to manage and dispose of the real property described herein in accordance with Section 689.073, Florida Statutes. A duly appointed Successor Trustee shall have the same aforementioned powers.

Subject to taxes for the year 2017 and thereafter; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: PETER D GRAHAM

Witness Name: Rafal Wazio

_____(Seal)
John R. DeSilva a/k/a John R. DaSilva

State of Florida
County of Pinellas

The foregoing instrument was acknowledged before me this 16th day of June, 2017 by John R. DeSilva a/k/a John R. DaSilva, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

PETER D GRAHAM
MY COMMISSION #FF098439
EXPIRES: MAR 4, 2018
Bonded through 1st State Insurance

Notary Public

Printed Name: _____

My Commission Expires: _____

THIS DEED IS BEING RECORDED TO CORRECT E-RECORD ERROR TO PAY DOC STAMPS.

DoubleTime