Declaration Exhibit 4

Opt Out Exclusion Letter

(Personal Information Redacted)

| | | | |
|---|---|---|---|
| Ronnie G. Penton<br>Trial Attorney<br>rgp@rgplaw.com<br>Licensed in LA, TX | MaryAnna Penton<br>Trial Attorney<br>mpenton@rgplaw.com<br>Licensed in LA, MS | Daniel Snellings<br>Trial Attorney<br>dsnellings@rgplaw.com<br>Licensed in LA, MS, FL | THE PENTON LAW FIRM<br>Trial Lawyers<br>Since 1981 |

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

October 31, 2012

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**7009 1680 0002 0523 6126**
Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, Louisiana 70404-0222

      RE:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010; MDL No. 2179

Dear Sir:

    Please find enclosed an original "Opt Out Exclusion Election" on behalf of our client, John DeSilva and The Bird of Paradise, LLC, which is being sent pursuant to page sixteen (16) of the Economic and Property Damage class notice.

    Should you have any questions, please contact me at (985) 732-5651.

Sincerely,

MaryAnna Penton

/mp

enclosure

209 HOPPEN PLACE   |   BOGALUSA, LA 70427   |   TEL: 985.732.5651   |   TOLL FREE: 888.665.6760   |   FAX: 985.735.5579



| Ronnie G. Penton | MaryAnna Penton | Daniel Snellings |
|---|---|---|
| Trial Attorney | Trial Attorney | Trial Attorney |
| rgp@rgplaw.com | mpenton@rgplaw.com | dsnellings@rgplaw.com |
| Licensed in LA, TX | Licensed in LA, MS | Licensed in LA, MS, FL |

THE PENTON LAW FIRM

Trial Lawyers Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

## OPT OUT EXCLUSION ELECTION

Claimant Name: The Bird of Paradise, LLC by John De Silva

BP Claim No: _____

GCCF Claim No.: _____

Federal Tax I. D.: ███-██-8841

Driver's License/State: D███-███-48-057-0

Telephone No.: 727-822-0781

Address: 2817 Pass-A-Grille Way
St. Pete Beach, FL 33706

"I wish to be excluded from the Economic & Property Damage Class."

*John R. DeSilva*
The Bird of Paradise, LLC
by John De Silva

10/29/12
Date

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 888.665.6760 | FAX: 985.735.5579