UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-3966, Robert Evans v. BP Expl. & Prod. Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

### J U D G M E N T

In accordance with the Order & Reasons signed on March 23, 2021,

IT IS ORDERED, ADJUDGED, AND DECREED that all claims by plaintiff Robert Evans in Civil Action No. 16-03966, *Robert Evans v. BP Expl. & Prod. Inc., et al.*, are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of March, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 16-3966. Mail a copy to Robert Evans.**