UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: | * | JUDGE BARBIER |
| No. 13-00456, Vickers v. Knight's Marine & Indus. Servs., Inc. | * | MAG. JUDGE CURRAULT |
| No. 13-00304, Vickers v. BP | | |

## ORDER

Having considered Knight's Marine & Industrial Services, Inc.'s (Knight's Marine) Ex Parte Motion To Voluntarily Withdraw Its Motion To Dismiss for Lack of Personal Jurisdiction And To Amend Its Motion To Transfer Venue (Rec. Doc. No. 27002);

IT IS ORDERED that the Motion (Rec. Doc. 27002) is GRANTED.

IT IS FURTHER ORDERED that Knight's Marine's previously-filed Motion To Dismiss for Lack of Personal Jurisdiction (Rec. Doc 26987) is hereby WITHDRAWN. Knight's Marine's Alternative Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Rec. Doc. 26987) remains PENDING.

IT IS FURTHER ORDERED that Exhibit "B" to Knight's Marine's previously-filed Motion (Rec. Doc. No. 26987-2) is hereby withdrawn and the Corrected Affidavit of David E. Knight (Rec. Doc. 27002-1) is hereby substituted in its place.

New Orleans, Louisiana, this 23rd day of March, 2021.

_____
United States District Judge