U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 1 8 2021
CAROL L. MICHEL
CLERK

RECEIVED MAR 18 2021
Judge Carl J. Barbier
Section J

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010 | 2:18-cv-02626-CJB-JCW<br>MDL 2179 (Severed) |
| Shane Maddox Bruce<br>V<br>Great Britain, BP plc | Remain in E.D. La<br><br>Jury Demand |

## Plaintiff's Medical Proofs and Objection to Form of Order

Plaintiff Pro welcomes the severance of his suit from the MDL and maintains the jurisdiction[1] of the Eastern District of Louisiana and Objects to the Form of Order of the Case Management Order for the B3 Bundle filed the 23rd of February 2021.

### I.   Objection to Form of Case Management Order for the B3 Bundle

Plaintiff objects to the Form of Order in that Shane Bruce's exposure are caused as the request for the draft stated, to "chemicals from the oil spill or response legally caused"[2] his injuries as with the hundred thousand plus Plaintiffs the MDL parameters have evolved during the last decade, whereas the pending order was objected to during the time of the drafting as it wrongly limited it to "chemicals or other substances used in the response efforts".

Plaintiff welcomes divergence from MDL if need to specifically address the matter as Shane Bruce has maintained that a major causal factor in heavy metal contaminations there is a "petroleum bacteria" designed and used as a bio-chemical reaction with the ocean floor. This is a substantial factor, and the use of "substances used" was too limited in scope, but that the interaction of those substances used including the 'petroleum microbe' in the oil reservoir and more substantially with the Ocean Floor and the preponderance of heavy metal ores on the floor.

While it is widely known the oil from the spill in question contained several heavy metal elements, to express that those heavy metal contaminants were and are present due to the use of "petroleum microbes" used in fracking, wording should include those living organisms used but the 'chemical resulting from spill and response" as further

---

[1] 28 U.S.C. § 1407(a) and 28 U.S.C. § 1404(a) that the case it was severed from has failed to keep attentions of the transferor court which is not longer a post-severance issue nor pending and it is convenience of parties and subject matter experts to keep the case in EDLA were the focus of such matters are maintained. And Petitioner refused consent to transfer by 28 U.S.C. § 1407(b).

[2] 2:10-md-02179-CJB-DPC Document requesting Omnibus Severance and Reallotment Order

bio-chemical heavy metal exposures have been a widespread occurrence as a result of BP's response.

## II.   Facts in the matter:

While the heavy-metal eating bugs and atomizing of the heavy metals into the rain is the brunt of this Petitioners complaint, it cannot be overstressed the 'genetic shift' and mutations of numerous, even multitudinous bacteria and viruses worldwide that widely noted in science journals that is associated with these particular microbes.

Also widely known those same genetically modified petroleum microbes were introduced by the oil company and measured to be prolific during the spill, as well as at least 27 "new" bacteria strains[3] as it has been recorded by microbiologists during that spill and that those genetically modified man-made microbes are then capable to spawning new species by transferring genetic elements to other bacteria and viruses, a multitude of cascades of some extremely negligent practices.

Undoubtably the science involved is well beyond anyone's ability to estimate world-wide damages, the microbiological equivalent of Pandora's Box.  That there are a multitude new species and likely plagues which defy immunity from the causal spill is horrific, beyond comparison to even the idea of the damages to human life and the environment thus catalogued.  Those genetic elements can be proved.

The nascent technology of "petroleum microbes" as used as a superior method of fracking to be introduced to eat away at rocks, ores and sediment to swiftly repressure oil wells whose pressure has been depleted has been used since the 1980's. Deepwater Horizon was still pressurized in the introduction of MEOR (Microbial Enhanced Oil Recovery) is otherwise inexplicable as it would surely blow the well.

Plaintiff Shane Bruce Complaint as filed focuses on a subset of the many effects of that GMO bacteria as a particular cause damages from the response of BP plc as the ocean floor has an incredibly high content of heavy metals considered extremely toxic to humans and fauna on Earth.  These heavy metals have for hundreds of thousands of years been washed into the ocean and accumulated into heavy metal ore nodules[4]

---

[3] Kube, M. et al. Genome sequence and functional genomic analysis of the oil-degrading bacterium Oleispira antarctica. Nat. Commun. 4:2156 doi: 10.1038/ncomms3156 (2013). [Taken from samples of the DeepWater Horizon Blowout] show 27 mutated "new" species within weeks after the explosion of the BP well, formed of 165 libraries all having those bioaugmentation to be heavy metal resistant.  A massive plume of bacteria carrying elemental poisons. Complete Article in MEMORANDUM SUPPORTING PLAINTIFFS SECOND MOTION TO AMEND PTO 68 TO INCLUDE ADDITIONAL DOCUMENTS IN DEFENDANT BRITISH PETROLEUM PLC DISCLOSURE filed in Dec 2019

[4] Ecosystem function and services provided by the deep sea Biogeosciences, 11 3941-3963, 2014 Thurber, Sweetman, et al."over timescales of millions of years has produced extensive [Rare Earth elements] deposits of fist-sized polymetallic nodules (reaching densities of hundreds per square meter) and crust of 20 cm.

which dominate on the ocean floor in magnitudes of density greater than those surrounding geology of the typical oil reserve.

Corexit was falsely labeled a 'dispersant', when it is a 'precipitant' which causes oil to precipitate and fall to the ocean floor. Those 'tar balls' are still present[5] in the ocean floor and even wash up with sediment during storms even today. Thus, the highly reactive bacteria which atomizes and even eats extremely hazardous toxic heavy metals was put in the place where it would maximize threats to human life and Public Health.

As the damage has been unprecedented on Earth, it is beyond any experience besides possible the rain after a Nuclear WMD of Hiroshima or Nagasaki, but on a much larger scale. But damage of heavy metals are often slow to cause illness or death. That Plaintiff Shane Bruce survived such levels of toxins as to cause sores to appear in a three-day event with long delayed medical treatment could be called a miracle.

Usually damages of exposure over a long period of time is only appear long term and symptoms widely varied and not always the same symptoms, a chimera of symptoms is the only consistency when attempting to diagnoses multiple heavy metal poisons and only shown when using spectroscopic battery testing for elements on the hair of those chronically poisoned.

---

[5] *Deadly Bacteria Found in Gulf Coast Tar Balls* by Farron Cousins March 30,2012 DESMOG

III. **Proof that the BP plc Spill and Response as Cause of Individuals Medical, Loss of Income, and Punitive Damages can be definitively Proved by Rare Earth Metals only found on the Ocean floor in the S/S.E. United States.**

Comparison of the heavy metal's poisonings and the matching percentages of heavy metals ores that proliferate the Ocean floor is the 'chemical fingerprint' of 'rare elements' are indisputable evidentiary proof that BP petroleum microbes in contact with ores the ocean floor, and within the oil reservoir are the cause of the poisonings within any individual that matches that 'chemical fingerprint'.

The simplest indisputable indicator that 'chemical fingerprint' is 'rarest of elements' Thorium which only appears as the top levels of the sediment of the ocean floor. Thorium, a radioactive element' within hundreds of miles of the Gulf of Mexico only occurs on the ocean floor. This is a result of soluble Uranium which has washed into the ocean over several thousands of years and fissioned to produce Thorium, which is not as soluble and then aggregates and accumulates on the ocean floor in poly-metal deposits.

Any significant presence of Thorium indicates the metals are not from the oil or surrounding metals of the oil reservoir which the rig had drilled into but only from the ocean floor.

Then the presence of somewhat rare and controlled substances of Arsenic which also washes into the alkaline ocean then undergoes self-aggregation to form the ores predominate, as in literally littering and composing most of the ocean floor along with huge amounts of Manganese. The astoundingly heavy concentrations of such metals have never appeared in water naturally before, and could only be caused by a huge chemical, or in this case, biochemical reaction of hundreds of millions of gallons to still be dangerously present when diluted by the whole ocean. That staggeringly enormous unprecedented in the history of a human populated earth could only be that gigantic chemical experiment performed by BP using the entire Gulf of Mexico as a bio-chemical vat. Those reactions still continue today in tar balls[5] on the bottom of the ocean floor in contact with those heavy metal ores.

While it is a certainty[6] that heavy metal ladened bacteria on the surface of the ocean to be carried up into clouds during the evaporation process., it is also believed such chemical reactions not only caused the heavy metal reactions to become massive gaseous clouds as the bacteria, oil and ores continued to react also adding to the rainclouds which come inland.

---

[6] Bacterial diversity and composition during rain events with and without Saharan dust influence reaching a high mountain lake in the Alps Envrion Microbiol Rep. 2014 December; 6(6): 618-624 where rain carries Gammaproteobacterial (same as our Petroleum Microbes) from diverse oceans over 7000 meter altitudes.

The proof, while technical, is overwhelming as to the source of the poisoning and only possible by BP's Petroleum Microbe and the billion gallons of fully cultured[7] petroleum-microbe oil gushing forth from the well which was later precipitated to the ocean floor by so-called remediation of the Corexit which was a unfathomably catastrophic series of actions engaged in by BP Oil, beginning with the introduction of the petroleum microbes into an already well pressurized oil well and the disengaging or sabotage of safety and warning devices.

Exposure came when the Plaintiff was camping and imbibing rainwater during a three-day storm one hundred miles inland, and within days developed dozens of open sores and lesions which had been misdiagnosed as anything from staph infections to spider bites. Misdiagnosed for years, those sores and lesions were caused by a severe heavy metal poisoning and those same symptoms appeared in dozens of other campers in the middle of the Apalachicola National Forest is Florida, being an hour drive from the closest tap water and rainwater normally considered safe. We were all poisoned by the rainwater.

There is has been over the decade many alarms raised by many factions all saying the same thing, whether it's called the "Gulf Blue Plague" because of the sores or University finding of contaminations of children of Alabama or people trying to explain water sources being occasionally contaminated and thinking they are caused by contrails, it's all shown to be from contaminated rainfall full of toxic heavy metals.

The link to YouTube video as well as filing in other Courts are at:

http://bead.llc/BvB/.index.php   remember the (period)index.

The **proof**[8] if an individual has been poisoned by the BP plc spill and response actions can be specific to that composition of the heavy metals on the ocean floor, a quantifiable measurement by medical hair tissue testing. Those with the same elements matching areas of the ocean floor have been stricken with same.

Some heavy metals are purged more quickly than others, but Arsenic does not purge itself by normal means, and accumulate and pool in parts of the body. Chronic Arsenic poisoning takes years to purge with daily regiments of treatments required.

The ongoing costs for treatment for chronic multiple heavy metal poisons with individual items notes has been filed in response to PTO 68 in excess of $252,857.08

---

[7] Oleispira Antarctica (the petroleum microbe found present at the initial Deepwater Horizon event) takes two months to culture. Wikipedia "Oleispira antarctica"
[8] Attachment 2: "Toxic & Essential Elements; Hair for Shane Maddox Bruce" one of a long series of hair tissue samples analyzed by spectroscope.

per year including out-of-pocket costs from over-the-counter minerals required in the process, which have to be individually sources to avoid further Manganese found in multivitamins, vitamins vital to the chelation and recovery.

Besides the out-of-pocket expenses the medical insurances have covered has been Hundreds of Thousands of Dollars with a Prescription medical costs of $40,483.52 every three months. Hundreds of pages of supporting Medical Records for Shane Bruce have been sent to the Defendants and copied to the MDL Court pursuant Order 68. So actual medical costs, before punitive or JASTA multipliers, will be between One Million and Five Hundred Thousand to 2 Million and Five Hundred Thousand in direct costs in treating severe and chronic heavy metal poisoning required 4 to 6 years since the diagnoses was delayed a decade by the failure to warn.

The facts of bio-chemical reactions, composition of the oceans floors and the individual processes are very well known in the petroleum industry, oceanography, marine biology, ocean or even health enthusiast, and so well known among those seeking resources from ocean and marine industries it is unbelievable that those making decision in BP plc and those put in charge of the response did not understand the large amounts of poisons would be released.

Punitive considerations should include the fact that the earlier the heavy metal poisoning is diagnosed the more effective the chelation treatment is, and that years of being misinformed causes years more of treatment as while the only treatment, it is less effective. Where if it had been announced publicly as soon as claims of water sources and land suddenly becoming polluted by heavy metals on the scale of a post-nuclear attack treatment would be much more effective, therefore not as expensive and the years of illness prevented with health renewed. Failure to Warn as a Machiavellian scheme as legal defense is heinous act, compounding what was already deemed criminal.

Such guidelines for damages' calculation as JASTA (Justice Against Sponsors of Terrorism) in similar instances is the 10 years extension of limitation and seven-fold compensatory damages. Long term effects are still surfacing, adding to extreme physical pain and suffering, and loss of night vision, chronic hypertension which at times requires emergency room treatments, cardiovascular effects or being unable to walk for any period of time due to Plantar fasciitis and a multitude of ailments ranging from anaphylactic shock to hair loss. Manganese overdose alone is chemically hypertension chemically induces terror, rage and a strange tendency that I repeat myself while writing, combined with others such as arsenic adds further complications.

Further damages such as Shane Bruce has a Physics Degree and has been a government contractor to the Executive Office, various branches of the DoD and tech transfer to the Judicial System and shortly before becoming ill from the multiple poisons was pursing graduate degrees in Naval Architecture and Marine Engineering from University of New Orleans. Once, now years ago, a very noted software developer and data scientist Mr. Bruce could easily expect a six-figure salary during the decade stricken for at least One Million Dollars in lost income.

## IV. Summary

Plaintiff Objects to Form of Order in that chemicals include the results of those chemical and biological agents used by BP and the resulting chemical/bio-chemical interactions, Provides Proof of Cause of Medical and other Damages and asked his post-severance case to be before a Jury in the Eastern District of Louisiana United States Court.

*Shane Bruce*
Shane Maddox Bruce
313 W. Prospect St.
Lafollette, TN 37766

*Certificate of Sending:* I certify that on or by the 5th of March 2020, a true and exact copy of the Above Document has been sent by First Class Mail to 2 parties indicated:

| The Honorable Carl J. Barbier<br>Ben Allums, Law Clerk<br>500 Poydras Street, Room C-256<br>New Orleans, LA 70130 | Langan, Regan & Ritter<br>Kirkland & Ellis LLP<br>300 North LaSalle St<br>Chicago, IL 60654 |
|---|---|

Shane Bruce
313 W. Prospect St
LaFollette TN 37766

Hon. Carl Barbier
Ben Allums, Law Clerk
500 Poydras St. C-256
New Orleans LA 70130

U.S. Marshals

CERTIFIED MAIL
7020 1290 0000 4686 5220

U.S. POSTAGE PAID
FCM LG ENV
LAFOLLETTE, TN
37766
MAR 05, 21
AMOUNT
$5.00
R2305M144812-07



RECEIVED
MAR 18 2021
Judge Carl J. Barbier
Section J