## Attachment #1 Email objecting to proposed Form of Order

From: Shane Bruce Black Eagle Analytics and Data LLC
Sent: Monday, December 7, 2020 12:41 AM
To: Ritter, Kristopher; Jakola, Katie; Roth, Martin L.; Sramek, Frank J.
Cc: PDominick@nexsenpruet.com; Dglsschmdt@yahoo.com; awl@lal-law.com; cdowns@downslawgroup.com; ddurkee@downslawgroup.com; tim@falconlaw.com; Mike Stag; Steve Herman; tloehn@yahoo.com; cdunbar@pivachlaw.com; joseph@gaarlaw.com; jason@gaarlaw.com; ssk@krellerlaw.com; jrice@motleyrice.com; Jmk_jodi@bellsouth.net; kstewart@krupnicklaw.com; mryan@krupnicklaw.com; jslama@krupnicklaw.com; kmalone@krupnicklaw.com; cacevedo@krupnicklaw.com; ajr@ajrobert.com; rgreenwald@weitzlux.com; 'Class Counsel Office'
Subject: Re: MDL 2179 - Draft B3 Submissions Due December 8

I would have to object to the Form of Order in that the meeting requested "chemicals from the oil spill or response legally caused" as is suited to my damages. Since the addition of the hundred thousand plus Plaintiffs the MDL parameters have evolved during the last decade, whereas the pending order has wrongly limited it to "chemicals or other substances used in the response efforts".

My case maintains that there has been "petroleum bacteria" as a bio-chemical reaction with the ocean floor is a substantial factor, and the use of "substances used" was too limited in scope. While it is widely known the oil from the spill in question contained several heavy metal elements, to express that those heavy metal contaminants were and are present due to the use of "petroleum microbes" used in fracking, wording should include those living organisms used by saying 'chemicals resulting from spill and response" as further bio-chemical heavy metal exposures have been a widespread occurrence as a result of BP's "response" of a GMO bacteria which not only atomizes but eats heavy metals and has been genetically modified to do so which created substantial multitudes more damage than the oil did alone, bacteria plumes laden with heavy metals while possible not in same quantities in the oil but matching prevalent compositions of top layers of ocean sediments, and those bacteria being unknowingly consumed after the bio-chemical reaction, but matching that signature of the composition of chemicals or ores on the ocean floor as a signature or fingerprint of chemicals of that bio-chemical reaction directly caused by the response using a precipitant of Corexit.

So, "chemicals resulting from spill and response" is warranted on page 3, without limiting to those used. As the billions BP plc spent in researching and developing those rock-eating microbes to replace chemical and physical fracking, the event was predictable and must have been an expectation by such off-shore fracking leaders and a direct cause of chemical exposures.

Secondly, there was a stay on MDL Cases, I don't recognize where the request for the order specified all cases being stayed, but only those solely seeking punitive damages on page 16. If someone could point that out from the request from the Federal Court, else I'd object to form of order and say that the Court only wants to stay those of 'punitive only' suits and these with medical and other compensatory damages are open, they certainly aren't staying transferred suits, and not reasonable that they want every case stayed.

Shane M. Bruce

https://twitter.com/BEAD_LLC

and KINDLE

From: Ritter, Kristopher <ritterk@kirkland.com>
Sent: Friday, December 4, 2020 4:43 PM
To: goldensage@live.com <goldensage@live.com>
Cc: Jakola, Katie <kjakola@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Sramek, Frank J. <fsramek@kirkland.com>
Subject: MDL 2179 - Draft B3 Submissions Due December 8

Dear Mr. Bruce,

Judge Barbier has ordered the B3 parties to submit three documents on December 8 relating to the B3 bundle of cases. (See the attached order.)

1. List of B3 Cases. A copy of this list was circulated to you on November 25 that included your case, and we received your response. In addition, because the Court ordered that the case list be filed into the MDL master docket, attached is a proposed cover pleading for that filing.

2. Omnibus Suggestion of Remand. By December 8, the parties are to email to the Court an agreed-upon proposed omnibus suggestion of remand in MS Word format. Attached is a draft of that submission that tracks closely the prior suggestions of remand that the Court has issued in MDL 2179.

3. Omnibus Severance and Reallotment Order. By December 8, the parties are to email to the Court an agreed-upon proposed omnibus severance and reallotment order in MS Word format. Attached is a draft of that submission that is consistent with what Judge Barbier has done in the past in his severance orders and suggestions of remand from MDL 2179.

Please review the attached proposed documents and let us know if they are acceptable or whether you have comments. We request your responses by 5 pm central time on December 7 so the documents can be finalized for submission to the Court on December 8.

Best regards,
Kris

Kristopher S. Ritter
--------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118
--------------------------------------------------
kristopher.ritter@kirkland.com

*Attachement #2, chelation before amalgamated fillings were removed*

**DOCTOR'S DATA INC**

LAB #: H170911-2330-1
PATIENT: Shane Maddox Bruce
ID: BRUCE-S-00178
SEX: Male
AGE: 46

CLIENT #: 35843
DOCTOR: Rajy Abulhosn, MD
Testcountry.Com
10123 Carroll Canyon Rd
San Diego, CA 92131 U.S.A.

## Toxic & Essential Elements; Hair

### TOXIC METALS

| Element | Symbol | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE (68th, 95th) |
|---|---|---|---|---|
| Aluminum | (Al) | 18 | < 7.0 | |
| Antimony | (Sb) | 0.097 | < 0.066 | |
| Arsenic | (As) | 0.24 | < 0.080 | |
| Barium | (Ba) | 0.85 | < 1.0 | |
| Beryllium | (Be) | < 0.01 | < 0.020 | |
| Bismuth | (Bi) | < 0.002 | < 2.0 | |
| Cadmium | (Cd) | 0.10 | < 0.065 | |
| Lead | (Pb) | 0.83 | < 0.80 | |
| Mercury | (Hg) | 0.23 | < 0.80 | |
| Platinum | (Pt) | < 0.003 | < 0.005 | |
| Thallium | (Tl) | 0.001 | < 0.002 | |
| Thorium | (Th) | 0.004 | < 0.002 | |
| Uranium | (U) | 0.003 | < 0.060 | |
| Nickel | (Ni) | 0.77 | < 0.20 | |
| Silver | (Ag) | 0.31 | < 0.08 | |
| Tin | (Sn) | 0.21 | < 0.30 | |
| Titanium | (Ti) | 0.48 | < 0.60 | |
| Total Toxic Representation | | | | |

### ESSENTIAL AND OTHER ELEMENTS

| Element | Symbol | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE (2.5th, 16th, 50th, 84th, 97.5th) |
|---|---|---|---|---|
| Calcium | (Ca) | 654 | 200 – 750 | |
| Magnesium | (Mg) | 86 | 25 – 75 | |
| Sodium | (Na) | 460 | 20 – 180 | |
| Potassium | (K) | 220 | 9 – 80 | |
| Copper | (Cu) | 16 | 11 – 30 | |
| Zinc | (Zn) | 130 | 130 – 200 | |
| Manganese | (Mn) | 21 | 0.08 – 0.50 | |
| Chromium | (Cr) | 0.44 | 0.40 – 0.70 | |
| Vanadium | (V) | 0.094 | 0.018 – 0.065 | |
| Molybdenum | (Mo) | 0.032 | 0.025 – 0.060 | |
| Boron | (B) | 1.7 | 0.40 – 3.0 | |
| Iodine | (I) | 2.0 | 0.25 – 1.8 | |
| Lithium | (Li) | 0.020 | 0.007 – 0.020 | |
| Phosphorus | (P) | 146 | 150 – 220 | |
| Selenium | (Se) | 1.1 | 0.70 – 1.2 | |
| Strontium | (Sr) | 1.0 | 0.30 – 3.5 | |
| Sulfur | (S) | 47200 | 44000 – 50000 | |
| Cobalt | (Co) | 0.091 | 0.004 – 0.020 | |
| Iron | (Fe) | 40 | 7.0 – 16 | |
| Germanium | (Ge) | 0.039 | 0.030 – 0.040 | |
| Rubidium | (Rb) | 0.19 | 0.011 – 0.12 | |
| Zirconium | (Zr) | 0.031 | 0.020 – 0.44 | |

### SPECIMEN DATA

COMMENTS:

Date Collected: 09/08/2017
Date Received: 09/11/2017
Date Completed: 09/13/2017
Methodology: ICP/MS

Sample Size: 0.195 g
Sample Type: Head
Hair Color:
Treatment:
Shampoo:

### RATIOS

| ELEMENTS | RATIOS | RANGE |
|---|---|---|
| Ca/Mg | 7.6 | 4 – 30 |
| Ca/P | 4.48 | 0.8 – 8 |
| Na/K | 2.09 | 0.5 – 10 |
| Zn/Cu | 8.13 | 4 – 20 |
| Zn/Cd | > 999 | > 800 |

©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 • CLIA ID NO: 14D0646470 • LAB DIR: Erlo Roth, MD

10

*Attachment #3: After Amalgamated Dental filling removed, IV chelation w DMSA*

Test requistion # 581006  Physician : JILL WALLNER

**The Great Plains Laboratory, Inc.**

LAB#: H180515-2183-1
PATIENT: Shane Bruce
SEX: Male
AGE: 47
CLIENT#: 24510

## Toxic & Essential Elements; Hair

### TOXIC METALS

| Element | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE (68th, 95th) |
|---|---|---|---|---|
| Aluminum | (Al) | 11 | < 7.0 | |
| Antimony | (Sb) | 0.028 | < 0.066 | |
| Arsenic | (As) | 0.96 | < 0.080 | |
| Barium | (Ba) | 0.55 | < 1.0 | |
| Beryllium | (Be) | < 0.01 | < 0.020 | |
| Bismuth | (Bi) | 0.005 | < 2.0 | |
| Cadmium | (Cd) | 0.057 | < 0.065 | |
| Lead | (Pb) | 0.45 | < 0.80 | |
| Mercury | (Hg) | 0.09 | < 0.80 | |
| Platinum | (Pt) | < 0.003 | < 0.005 | |
| Thallium | (Tl) | < 0.001 | < 0.002 | |
| Thorium | (Th) | 0.003 | < 0.002 | |
| Uranium | (U) | 0.005 | < 0.060 | |
| Nickel | (Ni) | 0.19 | < 0.20 | |
| Silver | (Ag) | 0.05 | < 0.08 | |
| Tin | (Sn) | 0.09 | < 0.30 | |
| Titanium | (Ti) | 0.22 | < 0.60 | |

Total Toxic Representation

### ESSENTIAL AND OTHER ELEMENTS

| Element | | RESULT µg/g | REFERENCE INTERVAL | PERCENTILE (2.5th, 16th, 50th, 84th, 97.5th) |
|---|---|---|---|---|
| Calcium | (Ca) | 264 | 200 – 750 | |
| Magnesium | (Mg) | 50 | 25 – 75 | |
| Sodium | (Na) | 150 | 20 – 180 | |
| Potassium | (K) | 33 | 9 – 80 | |
| Copper | (Cu) | 11 | 11 – 30 | |
| Zinc | (Zn) | 110 | 130 – 200 | |
| Manganese | (Mn) | 14 | 0.08 – 0.50 | |
| Chromium | (Cr) | 0.51 | 0.40 – 0.70 | |
| Vanadium | (V) | 0.068 | 0.018 – 0.065 | |
| Molybdenum | (Mo) | 0.035 | 0.025 – 0.060 | |
| Boron | (B) | 1.2 | 0.40 – 3.0 | |
| Iodine | (I) | 0.79 | 0.25 – 1.8 | |
| Lithium | (Li) | 0.012 | 0.007 – 0.020 | |
| Phosphorus | (P) | 136 | 150 – 220 | |
| Selenium | (Se) | 0.72 | 0.70 – 1.2 | |
| Strontium | (Sr) | 0.95 | 0.30 – 3.5 | |
| Sulfur | (S) | 45900 | 44000 – 50000 | |
| Cobalt | (Co) | 0.039 | 0.004 – 0.020 | |
| Iron | (Fe) | 19 | 7.0 – 16 | |
| Germanium | (Ge) | 0.040 | 0.030 – 0.040 | |
| Rubidium | (Rb) | 0.032 | 0.011 – 0.12 | |
| Zirconium | (Zr) | 0.025 | 0.020 – 0.44 | |

### SPECIMEN DATA

**COMMENTS:**

Date Collected: 05/10/2018
Date Received: 05/15/2018
Date Completed: 05/18/2018
Methodology: ICP/MS

Sample Size: 0.199 g
Sample Type: Head
Hair Color:
Treatment:
Shampoo:

*cont EDTA DMPS  cucumber DMSA alexa*

### RATIOS

| ELEMENTS | RATIOS | RANGE |
|---|---|---|
| Ca/Mg | 5.28 | 4 – 30 |
| Ca/P | 1.94 | 0.8 – 8 |
| Na/K | 4.55 | 0.5 – 10 |
| Zn/Cu | 10 | 4 – 20 |
| Zn/Cd | > 999 | > 800 |

Analyzed by ©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 • CLIA ID NO: 14D0646470 • LAB DIR: Erlo Roth, MD

0001628   581006