# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig**  "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| **This Document Relates to:** *All Cases in the B3 Bundle* | * * | MAG. JUDGE CURRAULT |

## BP'S RESPONSE TO MOTIONS TO TRANSFER

Pursuant to the Court's Orders of February 25, 2021 (Rec. Doc. 26934) and March 17, 2021 (Rec. Doc. 26992), BP Exploration & Production Inc. and BP America Production Company (collectively, "BP"), hereby respond to the motions to transfer venue that were timely filed pursuant to the Court's February 25 order.  Specifically, twenty-three plaintiffs represented by the Downs Law Group filed motions to transfer (Rec. Docs. 26929-26932, 26961) in response to the February 25 order, as did Knight's Marine & Industrial Services, Inc. (Rec. Doc. 26987).  Except for one *pro se* plaintiff whose transfer motion the Court previously granted (Rec. Doc. 26921), no other parties to the 807 B3 cases subject to the February 25 order filed timely motions to transfer.

BP respectfully submits that it would be beneficial for judicial economy and the parties for remaining B3 cases to be resolved in the Eastern District of Louisiana.  BP also appreciates, however, that the number of parties who timely sought transfer is limited and that each of the proposed transferee courts has at least some familiarity with the *Deepwater Horizon* litigation in the form of Back-End Litigation Option cases that are pending there.  Accordingly, in light of the Court's order that any B3 party subject to the February 25 order who failed to move for transfer by March 12, 2021 "will be deemed to have waived any objection they may have to venue in this district," February 25, 2021 Order at 1-2, BP respectfully takes no position on the requests for transfer in the Downs and Knight's Marine motions but instead defers to the Court's discretion.

Dated: March 24, 2021            Respectfully submitted,

*/s/ Devin C. Reid*_____
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher S. Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing BP'S RESPONSE TO MOTIONS TO TRANSFER has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of March, 2021.

                                                                */s/ Devin C. Reid*