UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J/2 |
| This Document Relates to: 2:13-456 | * * * | Judge Barbier Mag. Judge Currault |

**************************************************************************

### PLAINTIFF'S RESPONSE TO THE KNIGHT'S MARINE MOTION TO TRANSFER VENUE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Michael Vickers, who appears herein to advise the Court that he does not oppose Knight's Marine & Industrial Services, Inc.'s motion to transfer venue to the United States District Court for the Southern District of Mississippi pursuant to 28 U.S.C. § 1404(a), as prayed for by Knight's Marine in Rec. Doc. 27002.[1] Plaintiff understands that Knight's Marine has amended its Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively Transfer Venue Pursuant to 28 U. S. C. § 1404(a) [Rec. Doc. No. 26987] to withdraw its request for dismissal and that it now only seeks a § 1404(a) transfer to the Southern District of Mississippi. As such, Plaintiff does not oppose the transfer of this matter to the Southern District of Mississippi.

---

[1] Ex-Parte Motion of Knight's Marine & Industrial Services Inc. to Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion To Transfer Venue Pursuant To 28 U.S.C. § 1404(a) in Order to Submit A Corrected Exhibit.

Respectfully submitted:

*/s/ Jeremiah A. Sprague*
Timothy J. Falcon, #16909
Email: tim@falconlaw.com
Jeremiah A. Sprague, #24885
Email: jerry@falconlaw.com
Jarrett S. Falcon, #34539
Email: jarrett@falconlaw.com
**FALCON LAW FIRM, PLC**
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this 24th day of March, 2021, I electronically filed the foregoing Plaintiff's Statement of No Opposition to Defendant's Venue Transfer with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Jeremiah A. Sprague*