UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | CASE NO. 10-md-2179<br><br>SECTION: J |
| These Pleadings apply to:<br>*All Cases in Pleading Bundle B3* | * * | JUDGE BARBIER |
| | * | MAGISTRATE WILKINSON |
| (**Also Applies to: No. 10-2771**) | * * | |

* * * * * * * * * * * * * * * * * *

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO STOP ELECTRONIC NOTICE**

Defendants Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc. (incorrectly named as The Modern Group GP-SUB in the First Amended Master Complaint), and The Modern Group, Ltd. (collectively, "Modern Entities") were dismissed from this matter pursuant to the Courts' Order & Reasons executed on August 2, 2016 (Rec. Doc. 21406). Therefore, undersigned counsel for the Modern Entities files this notice of withdrawal of appearance and requests to be removed from the Court's Electronic Service List and Master Mailing Matrix in this case.

Respectfully submitted,

/s/ Frederick W. Swaim III
JOHN E. GALLOWAY (#5892)
FRERERICK W. SWAIM III (#28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
fswaim@gallowaylawfirm.com
*Counsel for Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*