UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> No. 12-2004 (Sergio Valdivieso) <br> No. 15-1047 (Brian Gortney) <br> No. 17-3367 (Sheri Allen Dorgan) | * * | JUDGE BARBIER <br> MAG. JUDGE CURRAULT |

## ORDER

### I.

The Court previously dismissed the three referenced member cases for failing to comply with Pretrial Order No 66. (Rec. Doc. 25356). The Court of Appeals recently reversed that decision and remanded the cases for further proceedings. (Rec. Doc. 26951). Accordingly,

**IT IS ORDERED** that case nos. 12-2004 (Sergio Valdivieso), 15-1047 (Brian Gortney), and 17-3367 (Sheri Allen Dorgan) are hereby **RE-OPENED**.

### II.

**IT IS ORDERED** that a status conference (via Zoom) pertaining to the three referenced member cases is scheduled for **Thursday, April 8, 2021 at 10:00 a.m. (CDT)**.

The purpose of the status conference is to (1) set deadlines for the parties to comply with Pretrial Order No. 68 (Rec. Docs. 26070 & 26077); (2) set deadlines for filing any motions to transfer, suggestion remand, venue stipulation, etc.; and (3) set any other deadlines that may be appropriate for this stage of the proceedings (i.e.,

prior to severance from the MDL). Counsel for the three plaintiffs (if represented) and counsel for BP are required to attend the status conference. If a plaintiff is not represented by counsel, then that plaintiff must attend the status conference. Counsel for any other defendants may attend the status conference but are not required to do so.

The status conference will be conducted remotely via Zoom. The Court's case manager will send an email to counsel of record (or for unrepresented plaintiffs, to the plaintiff) containing information about how to participate in the Zoom status conference.

### III.

**IT IS ORDERED** that the Amended Motion to Withdrawn as Counsel for Sheri Allen Dorgan (Rec. Doc. 26974) is **GRANTED**, and Charles F. Herd, Jr. of the Herd Law Firm, PLLC and The Lanier Law Firm are hereby **WITHDRAWN** as counsel for plaintiff Sheri Allen Dorgan (No. 17-3367). Dorgan is presently unrepresented.[1]

**IT IS FURTHER ORDERED** that, if Sheri Allen Dorgan will be represented by new counsel, her new counsel shall (1) file a motion to enroll as counsel of record by Wednesday, April 7, 2021, and (2) appear at the status conference scheduled for Thursday, April 8, 2021 at 10:00 a.m. (CDT). If new counsel has not enrolled by this deadline, then Sheri Allen Dorgan shall attend the status conference.

---

[1] Dorgan's contact information is provided on page 3 of the Amended Motion to Withdraw.

### IV.

Plaintiff Brian Gortney is presently represented by Mark Lanier. However, a motion filed on Gortney's behalf indicates that Gortney is seeking alternative counsel. (Rec. Doc. 26980)

**IT IS ORDERED** that if new counsel will be representing Brian Gortney, then (1) a motion to substitute counsel shall be filed by Wednesday, April 7, 2021 and (2) the newly substituted counsel shall attend the status conference scheduled for Thursday, April 8, 2021 at 10:00 a.m. (CDT). If a motion to substitute counsel is not filed by this deadline, then both Brian Gortney and Mark Lanier shall attend the status conference.

### V.

**IT IS ORDERED** that (1) Brian Gortney's Unopposed Amended Motion for Extension of Time in Order to Engage Counsel and to File Motion to Sever, and for Suggestion of Remand and/or to Transfer Venue (Rec. Doc. 26980) and (2) Brian Gortney's Unopposed Motion to Set Schedule for Brian Gortney's Compliance with PTO 68 (Rec. Doc. 26981) are **DENIED AS MOOT** in light of this order.

New Orleans, Louisiana, this 26th day of March, 2021.

_____
United States District Judge

**Notes to Clerk:**
1. File a copy of this Order in 10-md-2179 and in the referenced member cases.
2. Mail a copy of this order to Sheri Allen Dorgan (17-3367).

**Notes to Counsel:**
1. All filings pertaining to these cases must be filed electronically in the MDL master docket (10-md-2179) using CM/ECF *and* served on opposing counsel using File & ServeXpress in accordance with Pretrial Order No. 1 ¶¶ 9-10 (Rec. Doc. 2) and Amended Pretrial Order No. 12 (Rec. Doc. 18627).
2. Attorneys who fail to register for service with File & ServeXpress will not receive documents filed in the MDL master docket.
3. Mark Lanier shall provide a copy of this order to Brian Gortney.