# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | * * | MAGISTRATE JUDGE CURRAULT |

---

### DECLARATION OF KRISTOPHER S. RITTER IN SUPPORT OF BP'S REPLY

I, Kristopher S. Ritter, declare as follows:

1.    I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action.  I am a member of good standing of the Bar of the State of Illinois.

2.    I respectfully submit this Declaration in Support of BP's Reply in Support of Its Motion to Dismiss for Lack of Standing to Prosecute the Claim (MDL No. 2179, Rec. Doc. 26922).  The statements in this declaration are based on my personal knowledge.  If called upon to testify as a witness, I could provide testimony competently under oath.

3.    Attached hereto as Exhibit A is a true and correct copy of the email communication that counsel for BP sent to counsel for DeSilva on October 13 and 15, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Chicago, Illinois on this 30th day of March, 2021.

Kristopher S. Ritter

# Exhibit A to Reply Declaration of K. Ritter

| | |
|---|---|
| **From:** | Ritter, Kristopher |
| **Sent:** | Tuesday, October 15, 2019 1:28 PM |
| **To:** | Ronnie Penton |
| **Cc:** | Keegan, Christopher W.; Dianne Schilling |
| **Subject:** | FW: BP PTO 67 Mediation - The Bird of Paradise, LLC -- time-sensitive |
| **Attachments:** | The Bird of Paradise LLC Amended Annual Report 2018.pdf; The Bird of Paradise LLC Annual Report 2018.pdf; The Bird of Paradise LLC Detail by Entity Name.pdf; BOP001714-25.pdf; Case No. 16-cv-05277 - The Bird of Paradise Complaint.pdf |

Ronnie,

I have not received a response from you to my email below regarding the Bird of Paradise claim. I ask that you please respond as soon as possible because in order to have a productive mediation on Thursday BP will need to know that you have authority to settle the claim of The Bird of Paradise, LLC.

Best,
Kris


**Kristopher S. Ritter**
------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118
------------------------------

kristopher.ritter@kirkland.com

---

**From:** Ritter, Kristopher
**Sent:** Sunday, October 13, 2019 8:41 PM
**To:** 'Ronnie Penton'
**Cc:** Keegan, Christopher W.
**Subject:** BP PTO 67 Mediation - The Bird of Paradise, LLC

Dear Ronnie,

I am writing with regard to the claim of The Bird of Paradise, LLC, which is scheduled for mediation in New Orleans this coming Thursday. As part of BP's diligence of this matter, we have recently determined that there is reason to question whether the individual pursuing the claim on behalf of The Bird of Paradise, LLC currently has authority to do so, and we are requesting your prompt clarification on the issue.

As you know, the Bird of Paradise, LLC's operative complaint (Case No. 2:16-cv-05277, Dkt. No. 1) identifies Mr. John R. DeSilva as "the sole member, owner, and operator of The Bird of Paradise, LLC," and Mr. DeSilva signed the sworn statements for The Bird of Paradise, LLC that were required under the Court's Pretrial Orders 60, 64, and 65. Based on recent filings with the Florida Secretary of State, however, it is not clear that Mr. DeSilva retains an ownership interest in The Bird of Paradise, LLC.

In its annual reports filed with the Florida Secretary of State from 2005 to February 2018, The Bird of Paradise, LLC identified Mr. DeSilva as its Manager. In 2017, Mr. DeSilva sold the 2707 Pass-a-Grille Way property pursuant to a Residential Contact for Sale and Purchase (BOP001714-25) with Stephen A. McDonald as Buyer. On April 18, 2018, The Bird of Paradise, LLC filed an Amended Annual Report with the Florida Secretary of State identifying Stephen A.

1

McDonald as Manager. Accordingly, it appears that Mr. DeSilva may have sold the plaintiff The Bird of Paradise, LLC to Mr. McDonald along with the Pass-a-Grille real property.

In view of the above, BP requests that you please inform BP whether Mr. DeSilva still owns the plaintiff The Bird of Paradise, LLC, and, if not, whether and how the lawsuit on behalf of The Bird of Paradise, LLC is currently authorized. Because this issue may affect the parties' ability to have productive discussions at the scheduled mediation, we request your response no later than 3 p.m. central time on Tuesday, October 15.

Best regards,

Kris Ritter
Chris Keegan

**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118

kristopher.ritter@kirkland.com