# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-30030

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 31, 2021

Lyle W. Cayce
Clerk

In re: Deepwater Horizon

---

Billy F. Larkin,

*Plaintiff—Appellant*,

*versus*

Patrick Juneau, Claims Administrator; BP Exploration
& Production, Incorporated; BP America Production
Company,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:19-CV-10295

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of March 31, 2021, for want of prosecution. The appellant failed to timely pay fee.

No. 21-30030

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT