# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** | * | **JUDGE BARBIER** |
| *No. 12-2004* | | |
| *No. 15-1047* | * | **MAG. JUDGE CURRAULT** |
| *No. 17-3367* | | |

## NOTICE

A status conference regarding the referenced member cases is scheduled for Thursday, April 8, 2021 at 10:00 a.m. (CDT). (Rec. Doc. 27012). The public may listen to the status conference by dialing 1-650-479-3207 and entering 160 466 5655 when prompted for an access code. Note that this number is "listen only."

New Orleans, Louisiana, this 5th day of April, 2021.

_____
United States District Judge