UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to:<br>12-cv-968: BELO<br>AND<br>20-cv-3257 and 20-cv-3272 | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiff(s) in two BELO case(s)[1] has/have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 27019 in 10-md-2179. Accordingly, pursuant to BELO CMO #2,

**IT IS ORDERED THAT**, no later than **MAY 5, 2021**, plaintiff(s) **DAVID DIXON and JAMES DIXON** must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff(s) and his/their counsel must appear in person before Judge Barbier to show cause why his/their case(s) should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which plaintiff(s) must submit his/their venue filing(s) is/are extended to no later than **JUNE 4, 2021.**

New Orleans, Louisiana, this  5th  day of April, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in 20-cv-3257 and 20-cv-3272.

1

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**