IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *15-4143, 15-4146 & 15-4654* | * * * * | District Judge Carl J. Barbier Magistrate Judge Donna Phillips Currault |

-------------------------------------------------------------------

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF HESI AND TRANSOCEAN ASSIGNED CLAIMS AND/OR PUNITIVE DAMAGES CLAIM(S)

The authorized representative of Claimant, Joey Faison, a DECEASED claimant, and the HESI and Transocean Assigned Claims and Punitive Damages Settlements Claims Administrator respectfully move this Court to (1) approve the settlement(s) of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the HESI and Transocean Punitive Damages and Assigned Claims Settlements as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

On behalf of Joey Faison:                           On behalf of Patrick A. Juneau, Claims Administrator:

/s/ Cindy R Clements                                /s/Patrick J. Hron, Esq.

Cindy R Clements                                    Patrick J. Hron, Esq.
1161 Green Road                                     Juneau David, APLC
Dothan, AL 36303                                    1200 Camellia Blvd Suite 202
                                                    Lafayette, LA 70508