UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 15-6130 (City of Daphne)* AND *All Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

The Court issued an Order to Show Cause that required the City of Daphne to file a written response by April 5, 2021. (Rec. Doc. 26985). While the City *served* its response on opposing counsel by the April 5th deadline, it did not *file* its response with the Court until a day later. (Rec. Doc. 27023). The Court will accept the City's response as timely filed. Any response to the City's filing must be filed by April 19; any reply by the City must be filed by April 23. (Rec. Doc. 26985).

All counsel in this MDL are reminded that they must both *file* a document using CM/ECF and *serve* that document on counsel using File & ServeXpress. Merely serving a document via File & ServeXpress does not accomplish filing it with the Court.[1]

---

[1] *See* First Am. PTO 12 ¶ 9, Rec. Doc. 18627 ("When serving pleadings or other documents filed into the record, all counsel must use the following uniform Certificate of Service: . . . 'I hereby certify that the above and foregoing [DOCUMENT] has been served on All Counsel by electronically uploading the same to File & ServeXpress . . . ***and that the foregoing was electronically filed with the Clerk of Court . . . for [E.D. La.] by using the CM/ECF System*** . . . .'"); *see also id.* ¶ 3 ("[O]n the same day that any document is filed with the Clerk of Court for . . . [E.D. La.] in this matter, the counsel of record . . . shall upload the document, including all exhibits and attachments to File & ServeXpress."); PTO 1 ¶ 10, Rec. Doc. 2 ("All documents filed in this Court must be filed electronically pursuant to Local Rule 5.7E [now 5.1] and this Court's Administrative Procedures for Electronic Filing. . . . All documents shall be filed in the master file.").

New Orleans, Louisiana, this 6th day of April, 2021.

                                                                                       _____
                                                                                       United States District Judge