IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO 2179 |
| DEEPWATER HORIZON, IN THE | § | |
| GULF OF MEXICO | § | SECTION J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | |
| CLAIMANT 100256029 ELIZABETH | § | |
| BARRETT V. | § | |
| BP EXPLORATION & PRODUCTION | § | MAG. JUDGE WILKINSON |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### ON BEHALF OF CLAIMANT 100256029

COMES NOW the below-listed Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, and hereby gives notice of the voluntary dismissal with prejudice of all actions, claims, causes of action, and short-form joinders against all Defendants, including but not limited to the action(s) and short-form joinders listed below, and withdrawal from any class (whether putative or certified), except that this dismissal does not extend to claims by Plaintiff for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. (if any). Costs taxed as paid.

Case Name and Docket Number: **Barrett Beach Bungalows and Lizard Property v. Bp Exploration & Production Case No. 18-11773**

1

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
TBUZBEE@TXATTORNEYS.COM
State Bar No. 24001820
Caroline E. Adams
CADAMS@TXATTORNEYS.COM
State Bar No. 24011198
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909
www.txattorneys.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of April 2021.

*/s/ Caroline E. Adams*
Caroline E. Adams