# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J |
| This Documents Relates to:<br>*All Claims In Pleading Bundle B3* | § § § | JUDGE BARBIER<br>MAG. JUDGE CURRAULT |

| | | |
|---|---|---|
| **Brian Gortney**<br>    *Plaintiff* | § § | CIVIL ACTION NO. 2:15-cv-01047 |
| vs. | § § | SECTION: J |
| BP Exploration & Production, Inc., BP America Production Company, and BP, P.L.C.<br>    *Defendants* | § § § | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## STIPULATION OF DISMISSAL

Plaintiff, Brian Gortney, appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses with prejudice all claims that he has asserted or could have asserted in this action. Each party agrees to bear its own costs, expenses, and attorneys' fees. By signature of counsel below, Defendants agree to this stipulated dismissal.

Respectfully Submitted,

**THE LANIER LAW FIRM**

By:   /s/ W. Mark Lanier
       W. Mark Lanier
       State Bar No: 11934600
       Harvey G Brown, Jr.
       State Bar No: 03130500
       Larry P. Wilson
       State Bar No: 21704100
       10940 W. Sam Houston Pwky N.
       Suite 100
       Houston, Texas 77069

Telephone: 713.659.5200
Facsimile: 713.659.2204
Email: wml@lanierlawfirm.com
Email: Harvey.brown@lanierlawfirm.com
Email: larry.wilson@lanierlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**SO AGREED BY DEFENDANTS**

Dated: April 6, 2021

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Devin Reid (Bar #32645)
**LISKOW *&* LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher S. Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of April, 2021.

/s/ W. Mark Lanier