IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**Cases 2:16-cv-06461-CJB-JCW; 2:16-cv-06463-CJB-JCW; 2:16-cv-06468-CJB-JCW** | **MDL No. 2179**<br><br>**Section: J(2)**<br><br>**Judge Barbier**<br><br>**Magistrate Judge Currault** |

### NOTICE OF APPEARANCE OF ATTORNEY RICHARD M. GAAL AS ATTORNEY OF RECORD FOR SE PROPERTY HOLDINGS, LLC

**PLEASE TAKE NOTICE THAT** the undersigned attorney files this appearance of attorney of record for SE Property Holdings, LLC, in the above-captioned case. Richard M. Gaal has been admitted *pro hac vice* in accordance with paragraph 12 of Judge Barbier's Pretrial Order #1 in MDL 2179 and dated August 10, 2010, as amended by the "Third Amendment to Pretrial Order No. 1" dated November 1, 2012. In addition, Richard M. Gaal is registered to e-file in the Eastern District of Louisiana and has registered with "File & ServeXpress" and should receive all further papers and pleadings in Cases: 2:16-cv-06461-CJB-JCW; 2:16-cv-06463-CJB-JCW; 2:16-cv-06468-CJB-JCW.

Respectfully submitted,

*/s/ Richard M. Gaal*
RICHARD M. GAAL
Alabama State Bar: #ASB-3999-A58R
Florida Bar No. 64827
Email: rgaal@mcdowellknight.com

OF COUNSEL:

McDOWELL KNIGHT ROEDDER
& SLEDGE, L.L.C.
Post Office Box 350
Mobile, AL 36601
Phone: 251-432-5300
Fax: 251-432-5303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on All Counsel by electronically uploading the same to "File & ServeXpress" in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of April, 2021.

By:   /s/ Richard M. Gaal
   RICHARD M. GAAL