# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

SE PROPERTY HOLDINGS, LLC, )
)
    Plaintiff, )
)
v. ) Case No. 19-00852-PRW
)
RUSTON C. WELCH, and )
WELCH LAW FIRM, P.C., )
)
    Defendants. )

## ORDER

Plaintiff, SE Property Holdings, LLC, filed a "Motion to Compel Welch Defendants to Respond to Interrogatories and Produce Documents and Brief in Support" (Dkt. 44) (the "Motion") asking the Court to compel responses to certain interrogatories and the production of certain materials withheld by Defendants. On March 22, 2021, the Court held a hearing on the subject.

In its briefing and at that hearing, Plaintiff argued that the discovery sought is relevant, proportional to the needs of the case, and, by virtue of the crime-fraud exception, not privileged. The Court agreed.

In response to that determination, Defendants argued that they are nonetheless prohibited from responding to the interrogatories and producing the materials at issue by a confidentiality order entered by United States Magistrate Judge Sally Shushan of the Eastern District of Louisiana in connection with another matter (the "Confidentiality

1

**EXHIBIT A**

Order"). So, to evaluate that claim, the Court ordered Defendants to submit the materials at issue for *in camera* review no later than March 26, 2021. Defendants timely complied.

Upon review of the submitted materials, the Court has identified emails, documents, and other materials that are relevant and otherwise discoverable but may fall within the scope of the Confidentiality Order. The Court therefore **ADVISES** Plaintiff to seek relief from the Confidentiality Order from Magistrate Judge Shusha within fourteen days if it wishes to obtain the documents noted above. If Plaintiff does intend to pursue the matter with Magistrate Judge Shushan, the Court **INSTRUCTS** Plaintiff to promptly inform the Court of its intention and to file a status report thirty days after requesting the aforementioned relief from Magistrate Judge Shushan advising the Court of the status of its request before the same.

**IT IS SO ORDERED** this 31st day of March 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE