IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

DAVID A. STEWART and
TERRY P. STEWART,

Debtors.

Case No. 15-12215-JDL
(Chapter 7)

COMES NOW, Shimmering Sands Development Company, LLC and objects to the documents requested in SE Property Holdings, LLC's *Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)*, notice of which was filed January 8, 2021 [Doc. 480]. The documents and information requested are privileged attorney/client communication described in the below Privilege Log.

## PRIVILEGE LOG

| No. | Date | From | To | description | privilege |
|---|---|---|---|---|---|
| 1 | 4/19/2016 | Ed Rowan | Rusty Welch, Kelsey Banker, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 2 | 4/19/2016 | Rusty Welch | Ed Rowan | Email regarding BP claims and related issues | Attorney/client communication |
| 3 | 4/27/2016 | | Ed Rowan, Steve Martino, Drake Martin, Mike L | Email regarding BP claims and related issues | Attorney/client communication |
| 4 | 5/3/2016 | Ed Rowan | | Email regarding BP claims and related issues | Attorney/client communication |
| 5 | 5/3/2016 | Mike L | Ed Rowan, Drake Martin | Email regarding BP claims and related issues | Attorney/client communication |
| 6 | 5/5/2016 | Ed Rowan | David Stewart, Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |

**EXHIBIT I**

| 7 | 5/5/2016 | Ed Rowan | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
|---|---|---|---|---|---|
| 8 | 5/5/2016 | David Stewart | Ed Rowan | Email regarding BP claims and related issues | Attorney/client communication |
| 10 | 5/5/2016 | David Stewart | Ed Rowan | Email regarding BP claims and related issues | Attorney/client communication |
| 11 | 5/13/2016 | Ed Rowan | Mike L, Drake Martin | Email regarding BP claims and related issues | Attorney/client communication |
| 12 | 5/16/2016 | Rusty Welch | Ed Rowan, Steven Martino, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 13 | 5/18/2016 | Ed Rowan | Rusty Welch, David Stewart, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 14 | 6/3/2016 | Ed Rowan | David Stewart, Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 15 | 6/4/2016 | Ed Rowan | | Email regarding BP claims and related issues | Attorney/client communication |
| 16 | 6/4/2016 | David Stewart | | Email regarding BP claims and related issues | Attorney/client communication |
| 17 | 6/4/2016 | Ed Rowan | David Stewart, Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 18 | 6/4/2016 | Ed Rowan | David Stewart, Rusty Welch, Broox Holmes, Christina Trott, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 19 | 6/6/2016 | David Stewart | Ed Rowen, Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 20 | 6/6/2016 | Christina Trott | Ed Rowan, David Stewart, Rusty Welch, Broox Holmes, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 21 | 6/6/2016 | Rusty Welch | Christina Trott, Ed Rowan, | Email regarding BP claims and related | Attorney/client communication |

| | | | David Stewart, Broox Holmes, Steve Martino | issues | |
|---|---|---|---|---|---|
| 22 | 6/6/2016 | Ed Rowan | Rusty Welch, Christina Trott, Ed Rowan, David Stewart, Broox Holmes, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 23 | 6/8/2016 | Rusty Welch | Broox Holmes, David Stewart, Steve Martino, Christina Trott, Ed Rowan | Email regarding BP claims and related issues | Attorney/client communication |
| 24 | 8/2/2016 | David Stewart | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 25 | 12/14/2016 | Ed Rowan | David Stewart, Rusty Welch, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 26 | 12/14/2016 | Ed Rowan | Rusty Welch, David Stewart, Broox Holmes, Christina Trott, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 27 | 12/14/2016 | Rusty Welch | Ed Rowan, David Stewart, Broox Holmes, Christina Trott, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 28 | 12/14/2016 | Meredith Landry | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 29 | 12/14/2016 | Meredith Landry | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 30 | 12/14/2016 | Rusty Welch | Meredith Landry, David Stewart, Ed Rowan | Email regarding BP claims and related issues | Attorney/client communication |
| 31 | 12/14/2016 | David Stewart | Ed Rowen | Email regarding BP claims and related issues | Attorney/client communication |

| | | | | | |
|---|---|---|---|---|---|
| 32 | 12/14/2016 | Ed Rowan | David Stewart, Rusty Welch, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 33 | 12/14/2016 | David Stewart | Ed Rowan, Rusty Welch, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 34 | 12/15/2016 | Ed Rowan | David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 35 | 12/15/2016 | David Stewart | Ed Rowan, Meredith Landry, Rusty Welch, Linda McGuire | Email regarding BP claims and related issues | Attorney/client communication |
| 36 | 12/15/2016 | Ed Rowan | David Stewart, Meredith Landry, Rusty Welch, Linda McGuire | Email regarding BP claims and related issues | Attorney/client communication |
| 37 | 12/15/2016 | Ed Rowan | David Stewart, Rusty Welch, Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 38 | 9/14/2017 | Ed Rowan | Rusty Welch, Meredith Landry, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 39 | 9/14/2017 | Rusty Welch | Ed Rowan, Meredith Landry, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 40 | 9/14/2017 | Meredith Landry | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 41 | 9/14/2017 | Rusty Welch | Meredith Landry | Email regarding BP claims and related issues | Attorney/client communication |
| 42 | 9/14/2017 | Rusty Welch | Meredith Landry, Ed Rowan, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 43 | 9/14/2017 | Meredith Landry | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |

| 44 | 9/14/2017 | David Stewart | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 45 | 4/23/2018 | David Stewart | Ed Rowan, Rusty Welch, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 46 | 4/24/2018 | Ed Rowan | David Stewart, Rusty Welch, Steve Martino | Email regarding BP claims and related issues | Attorney/client communication |
| 47 | 8/18/2018 | David Stewart | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 48 | 8/19/2018 | David Stewart | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 49 | 8/19/2018 | David Stewart | Rusty Welch | Email regarding BP claims and related issues | Attorney/client communication |
| 50 | 5/1/2019 | Rusty Welch | David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 51 | 5/16/2019 | Rusty Welch | Ed Rowan, Steven Martino, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 52 | 1/30/2020 | Ed Rowan | Rusty Welch, Steve Martino, David Stewart | Email regarding BP claims and related issues | Attorney/client communication |
| 53 | 9/25/2010 | | | Shimmering Sands, LLC's Client Retainer Agreement with Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Attorney/client communication |

                    Respectfully submitted,

                    /s/Gary D. Hammond
                    GARY D. HAMMOND, #013825

OF COUNSEL:

MITCHELL& HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, Oklahoma  73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com  Email
**ATTORNEYS FOR DAVID STEWART**
**AND TERRY STEWART**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2021, a true and correct copy of this document was emailed and mailed, postage prepaid to:

    Richard M. Gaal
    McDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
    PO Box 350
    Mobile, AL 36601
    rgaal@mcdowellknight.com