Privilege Log

| Date | To/from | Type | Subject | Privilege Asserted |
|---|---|---|---|---|
| 1/22/2021 | George Drew; B. Boren; K. Phansalkar | Email correspondence | Calculation error | Attorney/Client |
| 1/14/2016 | Bart Boren; Donald Stewart (Bank's counsel in Alabama); George Drew | Email correspondence | Strategy for protecting bank's position | Attorney/Client |
| 1/8/2016 | Ruston Welch / David Stewart | Email correspondence | Strategy re Order for Relief From Stay and BP Claims | Subject to Confidentiality Order |
| 4/29/2016 | Ed Rowan (attorney with Taylor Martino); Ruston Welch; additional Taylor Martino attorneys; David Stewart | Email correspondence | BP settlement strategy | Subject to Confidentiality Order |
| 6/6/2016 | Taylor Martino attorneys; Ruston Welch and David Stewart | Email correspondence | BP settlement strategy, opt outs | Subject to Confidentiality Order |
| 5/19/2016 | Taylor Martino attorneys; David Stewart; Ruston Welch | Email correspondence and attachment | BP settlement and claims | Subject to Confidentiality Order |
| 10/8/2015 | Bart Boren/client | Email correspondence | Demand letter, dispute strategy | Attorney Client Privilege |

EXHIBIT J



EXHIBIT B