B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__Western__ District Of __Oklahoma__

**In re**
David A Stewart and Terry P.

Case No. __15-12215__

Chapter __7__ __Jointly Administered__

**Debtor**

AMENDED **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................. $ __300 per hour__

   Prior to the filing of this statement I have received ..................... $__348,404.41__ (see Sch. 1)

   Balance Due .................................................. $__~54,306.30__ > 7-31-2017

2. The source of the compensation paid to me was:

   ☐ Debtor     ☒ Other (specify)  See Schedule 2

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☒ Other (specify)  See Exhibit "A" attached.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

EXHIBIT L

EXHIBIT H

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        Representation of numerous other defendants in adversary proceedings.

        Representation of affiliated LLCs in business operations, transactions,

        pursuit of claims, management of litigation, coordination of litigation counsel,

        litigation, banking and financial transactions, retention of experts to obtain valuations,

        tax advice and delinquent tax returns.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__9-20-2017__         __/s/ Ruston C. Welch__
*Date*         *Signature of Attorney*

        __Welch Law Firm, P.C.__
        *Name of law firm*

## Welch Law Firm, P.C.
### 1223-6000 - Stewart David & Terry
Case No. 15-12215-JDL

Calandar Breakdown of Fees / Expenses **Paid**

| 2015 | 2016 | 2017 |
|---|---|---|
| $0.00 | $ 178,943.38 | $ 169,461.03 |

| Invoice Date | Amount |
|---|---|
| 6/30/2015 | 5,940.00 |
| 7/31/2015 | 14,010.00 |
| 8/31/2015 | 17,910.00 |
| 9/30/2015 | 25,005.00 |
| 10/31/2015 | 16,570.32 |
| 11/30/2015 | 13,787.96 |
| 12/31/2015 | 15,720.00 |
| 1/31/2016 | 13,450.30 |
| 2/29/2016 | 5,501.40 |
| 3/31/2016 | 12,443.30 |
| 4/15/2016 | 510.00 |
| 4/30/2016 | 14,371.30 |
| 5/31/2016 | 13,669.38 |
| 6/30/2016 | 9,036.80 |
| 7/31/2016 | 1,500.00 |
| 8/31/2016 | 7,051.10 |
| 9/30/2016 | 2,625.70 |
| 10/31/2016 | 750.00 |
| 11/30/2016 | 3,558.27 |
| 12/31/2016 | 30,115.96 |
| 1/31/2017 | 28,510.50 |
| 2/28/2017 | 8,340.00 |
| 3/31/2017 | 9,392.00 |
| 4/30/2017 | 17,108.00 |
| 5/31/2017 | 20,130.46 |
| 6/30/2017 | 24,870.00 |
| 7/31/2017 | 16,526.66 |
| Total | $ 348,404.41 |

Calandar Breakdown of Fees / Expenses **Incurred**

|  | 2015 | 2016 | 7/31/2017 |
|---|---|---|---|
| Fees | 108,195.00 | 110,445.00 | 122,077.50 |
| Expenses | 748.28 | 4,138.51 | 2,800.12 |
|  | $ 108,943.28 | $ 114,583.51 | $ 124,877.62 |

SCHEDULE 2
to Amended Disclosure of Compensation of Attorney for Debtor

In re David A Stewart and Terry P. Stewart  Case No. 15-12215-JDL
                 (Jointly Administered)

2. The Source of the compensation paid to me was:

 2.1 Wire transfer from Taylor Martino, PC to Welch Law Firm, P.C. IOLTA Trust Account on August 3, 2016 in the amount of $144,591.85. Funds were paid by Taylor Martino, PC to Welch Law Firm, P.C. pursuant to an attorney fee sharing arrangement dated April 19, 2016 for the contingency fee co-representation of David Stewart related entities. The $144,591.85 amount included shared contingency fees from the confidential settlement proceeds for Neverve, LLC ($73,638.45), Shimmering Sands Development Company, LLC ($46,500.00), S&S, LLC ($19,551.90), and Zeke's Lady, LLC ($4,936.50), less a $35,00 wire transfer fee deducted before wired. These sums were applied to the then outstanding hourly rate fees and expenses incurred in the representation of Debtors, other defendants in related adversary proceedings and debtor related entities.

 2.2 Wire transfer from Taylor Martino, PC to Welch Law Firm, P.C. IOLTA Trust Account on August 3, 2016 in the amount of $528,394.39 for net settlement proceeds for the benefit of Neverve, LLC ($275,572.27), Shimmering Sands Development Company, LLC ($173,939.44), S&S, LLC ($68,979.64), and Zeke's Lady, LLC ($9,380.04) less a $35,00 wire transfer fee deducted before wired. The net settlement proceeds of Neverve, LLC in the amount of $203,812.56 have been used to pay hourly fees and expenses incurred in the representation of Debtors, other defendants in related adversary proceedings and debtor related entities.

 2.3 At the request and direction of Kirkpatrick Bank, Welch Law Firm, P.C. transmitted 100% of the net proceeds of Shimmering Sands Development Company, LLC ($173,939.44) to Kirkpatrick Bank on August 11, 2016.

 2.4 At the request and direction of Terrie Owens on September 15, 2017, Welch Law Firm, P.C. transmitted 100% of the net proceeds of Zeke's Lady, LLC in the amount of $9,938.04 and 50% of net proceeds of S&S, LLC in the amount of $34,489.82 to Ms. Terrie Owens, Chapter 11 Trustee for the bankruptcy estates of ZLM Acquisitions, LLC and Zeke's Landing Marina, LLC, USBC SD AL Case No. 14-495-WSS.

2.5 As of September 20, 2017, Welch Law Firm, P.C. holds in its IOLTA trust account net proceeds of S&S, LLC in the amount of $34,489.82 and of Neverve in the amount of $71,724.71 (after deduction of $35.00 wire fee).

2.6 Welch Law Firm, P.C. has not received any other compensation from any other source. No other funds or proceeds relating to the Debtors or any related entities are held in trust or by Welch Law Firm, P.C. or Ruston Welch. Welch Law Firm, P.C. has not received any compensation or shared fees from any other entity including, without limitation, ZLM Acquisitions, LLC or Zeke's Landing Marina, LLC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed through the Court's CM/ECF System and a "Notice of Electronic Filing," will be generated and transmitted to all parties entitled to receive a copy of this document, as follows:

U.S. Trustee, Ustpregion20.oc.ecf@usdoj.gov

Bart A. Boren, bboren1@cox.net
Counsel for Kirkpatrick Bank

Michael D Colvin      Michael.colvin@fnf.com, Eileen.parzyck@fnf.com

Gretchen Crawford, grecra@oklahomacounty.org
Counsel for Oklahoma County Treasurer

Richard M. Gaal, rgaal@mcdowellknight.com
Counsel for SE Property Holdings, LLC

O. Clifton Gooding     cgooding@goodingfirm.com, bstubblefield@goodingfirm.com; ocgood@aol.com; notices@goodingfirm.com; astuteville@goodingfirm.com; angelanotices@gmail.com
Counsel for Specialized Loan Servicing

Douglas N. Gould dg@dgouldlaw.com, dgould@ecf.epiqsystems.com; brook@dgouldlaw.com
Chapter 7 Trustee

William H. Hoch      hochw@crowedunlevy.com, karen.martin@crowedunlevy.com; kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com; marlena.mendez@crowedunlevy.com
Counsel for SE Property Holdings, LLC

Jackie L Hill     filings@jhilllaw.com, jhilllawfilings@gmail.com
Counsel for Leading Edges

Matthew J. Hudspeth
bmyers@baer-timberlake.com;kjones@baer-timberlake.com
Counsel for Bank of America

Clayton D Ketter     cdketter@phillipsmurrah.com, mdmills@phillipsmurrah.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com, ECF@crowedunlevy.com; marlena.mendez@crowedunlevy.com; karol.brown@crowedunlevy.com
Counsel for SE Property Holdings, LLC

Kiran A. Phansalkar     kphansalkar@cwlaw.com, lskinner@cwlaw.com; OKC_ECF@cwlaw.com

5

Ross A. Plourde     ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com

Christopher M. Staine     christopher.staine@crowedunlevy.com, cmstaine@gmail.com; kerryann.wagoner@crowedunlevy.com
Counsel for SE Property Holdings, LLC

Angela N. Stuteville     astuteville@goodingfirm.com, cgooding@goodingfirm.com; ocgood@aol.com; nnoakes@goodingfirm.com; angelanotices@gmail.com
Counsel for Specialized Loan Servicing

Ruston C. Welch     RWelch@WMclf.com, WLFECF@gmail.com
Counsel for Debtors

Meredith W. Wolfe     Mwalck@gmail.com

                                                  /s/ Ruston C. Welch