Minute Entry
Barbier, J.
April 8, 2021
JS-10: 35 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J (2) |
| Applies to:<br>No.12-2004 (Sergio Valdivieso)<br>No.17-3367 (Sheri Allen Dorgan) | : : : | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CASE MANAGER:                                        COURT REPORTER:
GAIL CHAUVIN                                          TONI TUSA

THURSDAY, APRIL 8, 2021
JUDGE CARL J. BARBIER PRESIDING

<u>STATUS CONFERENCE (via Video Conference)</u>

Proceedings began at 10:07 a.m.

Participating:
-Sheri Allen Dorgan (plaintiff in No. 17-3367) (pro se)
-Lance Kassab, counsel for Dorgan in a separate proceeding outside this Court; does not represent Dorgan in this Court
-Charles Herd, counsel for Sergio Valdivieso (plaintiff in No. 12-2004)
-Matt Regan and Kris Ritter, counsel for BP (defendant in 17-3367 and 12-2004)
-Joseph Guilbeau, counsel for SWS Environmental Services (defendant in No. 12-2004)

The Court held a status conference to address two cases in the MDL—Nos. 17-3367 and 12-2004—that were recently remanded from the Fifth Circuit Court of Appeals.

Re: No. 17-3367

The Court **ORDERED** that by Wed., July 7, 2021, Sheri Allen Dorgan shall produce to BP the documents identified in section I(A)(2)(a)-(d) of Pretrial Order No. 68 (Rec. Doc. 26070).[1] By Wed., July 7, 2021, BP shall produce to Dorgan the documents identified in section I(A)(1)(a)-(p) of Pretrial Order No. 68 (Rec. Doc. 26070).

Re: No. 12-2004

As discussed on the record, the Court **ORDERED** that BP shall file its contemplated motion by no later than Thurs., April 29, 2021. Sergio Valdivieso shall file his response to BP's motion by no later than Thurs., May 13, 2021. Any reply by BP shall be filed by no later than Thurs., May 20, 2021.

After the status conference concluded, the Court **ORDERED** that BP shall produce to Valdivieso the documents identified in section I(A)(1)(a)-(p) of Pretrial Order No. 68 (Rec. Doc. 26070) by no later than Thurs., April 22, 2021, if BP has not already done so.

The status conference ended at 10:42 a.m.

---

[1] Notes:
- Section I(A)(2)(d) requires the plaintiff to submit an "Authorization for Release of Medical Records Information." That document is not included with the original Pretrial Order No. 68 (Rec. Doc. 26070). It can be found as an attachment to the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077).
- Dorgan shall follow the instructions for providing and receiving documents contained in the First Amendment to Pretrial Order No. 68, section 2 (Rec. Doc. 26077).
- In addition to being filed in the Court's MDL master docket, 10-md-2179, Pretrial Order No. 68 (Rec. Doc. 26070) and the First Amendment to Pretrial Order No. 68 (Rec. Doc. 26077) can be found on the Court's public website for this MDL, http://www.laed.uscourts.gov/OilSpill/OilSpill.htm , under the entries for Oct. 21, 2019 and Oct. 28, 2019.

**Additional Notes to Clerk:**
After the status conference, Sheri Allen Dorgan (No. 17-03367) informed chambers staff that her correct mailing address is: **4455 Clipper Cove**
**Destin, FL 3254**
1. The Clerk shall update Dorgan's contact information in No. 17-03367 to reflect this address.
2. The Clerk shall mail a copy of this Minute Entry to Sheri Allen Dorgan.