UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| ***This Document Applies To:*** *Nos. 11-1432, 13-0456, 14-1155, 11-1200, 18-2626, 14-2211* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

The motions below pertain to cases that were recently severed from the MDL (*See* Rec. Docs. 27018, 27028). Accordingly, the following motions are MOOT and/or DENIED WITHOUT PREJUDICE:

1. Grand Isle Shipyard, Inc.'s Motion for Miscellaneous Relief re: No. 11-1432 (Rec. Doc. 6501)

2. Michael Vickers's Motion to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits re: No. 13-0456 (Rec. Doc. 10065)

3. Michael Vickers's Motion to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits re: No. 13-00456 (Rec. Doc. 10406)

4. Arthur Bice, et al.'s Motion for Leave to File First Amended Complaint re: No. 14-1155 (Rec. Doc. 14363)

5. Jamie Simon's Motion for Leave to File Amended Complaint re: No. 11-1432 (Rec. Doc. 22618)

6. Paul Hebert's Motion for Leave to File Amended Complaint re: No. 11-1200 (Rec. Doc. 22620)

7. Shane Bruce's Motion to Join Defendants re: No. 18-2626 (Rec. Doc. 24201)

8. Shane Bruce's Motion for Change of Venue re: No. 18-2626 (Rec. Doc. 24202)

9. Shane Bruce's Motion to Amend Complaint re: No. 18-2626 (Rec. Doc. 24203)

10. Shane Bruce's Motion for Telephonic Hearing re: No. 18-2626 (Rec. Doc. 24572)

11. Shane Bruce's Motion to Sever from MDL re: No. 18-2626 (Rec. Doc. 24573)

12. Shane Bruce's Motion to Amend Amount Claimed re: No. 18-2626 (Rec. Doc. 25056)

13. Ellis Keyes's Motion to Proceed to Settlement or Jury Trial re: No. 14-2211 (Rec. Doc. 25655).

New Orleans, Louisiana, this 9th day of April, 2021.

_____
United States District Judge

**Note to Clerk: Mail copies to Shane Bruce (No. 18-2626) and Ellis Keyes (No. 14-2211), who are pro se.**