CONFIDENTIAL ATTORNEY WORK PRODUCT
MDL NO. 2179

**<u>MEMO</u>**

DATE:        November 14, 2011

FROM:        Steve Herman and James P. Roy
             Liaison Counsel for Plaintiffs
             On behalf of the MDL 2179 Plaintiff Steering Committee

TO:          Brian Donovan

RE:          GCCF Outreach Workgroup
             GCCF Jurisdiction and Court Oversight Workgroup

You have been invited by the PSC to serve as a member of the above described workgroup of the PSC. As a work group member, your work will be under the supervision and direction of the work group Coordinators who are reporting directly to the PSC/EC and Liaison. Your common benefit time and expenses will be submitted with those of PSC members, workgroup coordinators, and work group members, for consideration by the Court in the event of recovery by settlement or judgment in connection with the MDL proceedings, in accordance with PRE-TRIAL ORDER NO. 9. You will have access to the common work product that is developed, and will be invited to participate in various meetings from time to time.

By acceptance of your appointment as a member of the above-named workgroup, your personal time and financial obligations will be potentially significant. Work Group Member Assessments have been set by the PSC at 10% of PSC member assessments (which currently total $330,000); a work group member firm's assessments to date total $33,000. (Non-PSC) Coordinators' Firms were assessed 50% of the PSC member firms. A Coordinator or Work Group Member whose firm includes a PSC member and puts up the PSC assessment is not required to put up separate or additional assessments for coordinators, members, or their firms. Likewise, a non-PSC firm who puts up a Coordinator's assessment is not further required to put up a work group member assessment. Finally, a non-PSC, non-Coordinator Firm that pays an assessment for one Work Group Member is not required to pay multiple assessments if multiple workers from one firm are authorized to work on one or more workgroups. (Or, stated another way: Only one single assessment per firm.) If your firm, due to financial hardship or other issues, may not be able to pay the initial or other assessments, please contact Plaintiffs' Liaison Counsel or a member of the Plaintiffs' Executive Committee, so that we can discuss potential accommodations that may be made.

CONFIDENTIAL ATTORNEY WORK PRODUCT
MDL NO. 2179

Your appointment is at the discretion of the Executive Committee/PSC, subject to the requirements of PTO No. 9 and other Orders of the Court, and requires your payment of an initial assessment of at least $10,000 by December 1, 2011;  staying current on future assessments;  and continued contribution of PSC authorized common benefit work in furtherance of the workgroup for MDL 2179.  **Common benefit work and expenses will be done only upon written authorization and oversight of the PSC/EC/Liaison and/or upon direction of Workgroup Coordinators**.

Please refer to MDL 2179 PTO No. 9 for the time and cost record keeping/submission requirements and deadlines. Strict compliance is mandated by the Court. Failure to comply may result in disqualification of your common benefit time and expenses.  The Court will ultimately determine what return of costs and/or common benefit fee you may be entitled to.[1]  There are no guarantees that you (or the PSC or any work group coordinator or member) will receive any remuneration;  such is dependent upon success of the litigation and determination by the Court of entitlement to common benefit cost reimbursement and/or fees.

**Accordingly, if you accept this appointment, PLEASE SIGN WHERE INDICATED BELOW and FEDEX this form and your $10,000 (to $33,000) assessment (payable to MDL 2179 PSC ACCOUNT) to:**

**PLAINTIFFS STEERING COMMITTEE**
**C/O James P. Roy & Steve Herman**
**Plaintiffs Liaison Counsel**
**820 O'Keefe Ave.**
**New Orleans, LA. 70113**

**Delivery Phone: (504) 581-4892**

If you have any questions, call or e-mail Steve (Cell (504) 453-7462 sherman@hhkc.com) or Jim (Cell (337) 278-7892 jimr@wrightroy.com).

---

[1] As you are likely aware, the common benefit doctrine enables those who contribute time, labor and resources for the common benefit of plaintiffs to be reimbursed out of recovery to which those efforts contribute.  This reimbursement (which is awarded at the discretion of the Court) is contingent upon a successful recovery and the production of a benefit to that recovery.  At the outset, an investment of both time and money, without any guaranty of recovery, is required.

CONFIDENTIAL ATTORNEY WORK PRODUCT
MDL NO. 2179

With warmest regards, we remain,

Sincerely,

/s/ Jim & Steve

JAMES PARKERSON ROY
STEPHEN J. HERMAN

**ACCEPTED:**

**BY:**_____
       **PRINT NAME OF INDIVIDUAL WORKGROUP WORKER**

**SIGNATURE:**_____

FIRM:_____

OFFICE PH:_____ CELL:_____

E-MAIL:_____

**PS:** Upon your written acceptance and timely payment of the Initial Assessment due, your workgroup co-coordinators for this workgroup will develop a plan of action to recommend to the PSC through Liaison Counsel, subject to EC/PSC approval. The coordinators should contact Regina at (504) 581-4892 for a list of the Coordinators and Members of each subject workgroup. We would like to foster openness, diversity and participation. In many cases, people will fade off, or move to other cases. In the event that work group members lose interest, stop making contributions, have quality issues, engage in unauthorized tasks, or submit unauthorized time or expenses, the coordinators/co-coordinators, in conjunction with the EC/PSC/Liaison can address at that time. NO CONTRACT LAWYERS without express written permission of Liaison Counsel, and only upon special circumstance expressly authorized in advance . **No worker will be considered to work on a workgroup without advance submittal of that person's individual resume, photograpgh, firm resume and copy of firm letterhead to Liaison with a signed copy of this form.**

CONFIDENTIAL ATTORNEY WORK PRODUCT
MDL NO. 2179

# INVOICE

November 14, 2011

FROM :      MDL 2179 PSC
                C/O Jim Roy & Steve Herman,
                 Liaison Counsel for Plaintiffs
                820 O'Keefe
                New Orleans, LA. 70113

TO:         Brian Donovan ("WORK GROUP MEMBER")
                GCCF Outreach Workgroup
                GCCF Jurisdiction and Court Oversight Workgroup

**ASSESSMENTS**
**DUE UPON RECEIPT**
BEFORE DECEMBER 1, 2011
AS MEMBER OF A WORKGROUP   -------                  **$10,000.000**

MAY CONTRIBUTE UP TO ADDITIONAL $23,000 AT YOUR OPTION

MAKE CHECK PAYABLE TO: **MDL2179 PSC ACCOUNT**

                       MDL 2179 PSC
                       C/O Jim Roy & Steve Herman,
                        Liaison Counsel for Plaintiffs
                       820 O'Keefe
                       New Orleans, LA. 70113   (Delivery Phone 504-581-4892)

Contact REGINA at (504) 581-4892 for wiring instructions if you prefer wire transfer.