## LIMITED JOINT-PROSECUTION AND CONFIDENTIALITY AGREEMENT

### *BP Oil Spill Litigation*

**WHEREAS** the undersigned and the clients they represent, including, but not limited to, oil workers, seamen, shrimpers, oystermen, commercial fishermen, charter boat owners, seafood processors, coastal property owners, and/or others who may have been and/or may be adversely affected by the explosion, fire and subsequent oil spill emanating from the Deepwater Horizon commencing on or around April 20, 2010, have a joint and common interest in establishing liability against parties, vessels and/or other entities who may be legally responsible for the causes and/or effects of the explosion and/or spill, including, but not limited to, BP Oil, Transocean, Halliburton, and/or any of its/their joint venturers, subcontractors, designers, manufacturers, suppliers, et al.;

**AND WHEREAS** the undersigned and their clients have a joint and common interest in gathering, exchanging, or otherwise sharing information, strategy, experts, legal theory and/or other work product;

**AND WHEREAS** the undersigned and their clients have a joint and common interest in maintaining any and all attorney work product, expert or consultant work product, attorney-client, joint-prosecution, common-interest and/or any other privileges, immunities or protections against disclosure or discovery.

**THEREFORE** the undersigned understand and agree that:

1. Any and all documents, communications, information, strategy, experts, legal theory and/or other work product that is shared or exchanged by and through this Agreement shall be kept and remain confidential. <u>Execution of this agreement is a pre-requisite for access to any group listserve access.</u>

**2.** The understanding and intent of the undersigned that the sharing or exchange of documents or other information pursuant to this Agreement shall not waive or forfeit any evidentiary or other privileges, immunities or protections against disclosure or discovery.

**3.** This agreement is **not** a co-counsel agreement **nor** an agreement, whether express or implied, to share, claim, shift, or consent to an award of any type of client contingency, statutory and/or common-benefit attorney's fee. The signatories may hereafter be referred to herein as the "**BP GULF SPILL LITIGATION JOINT PROSECUTION GROUP**" ["GROUP"].

**4.** The undersigned and their respective firms are not representing and will not represent any defendants or insurers in connection with the spill. Signatories shall obtain signatures of associates and clerical staff working on these matters to assure their compliance with this agreement. **Materials subject to this agreement will not be shown to non-group experts or non-group members without compliance with procedures to be established by Group.**

**5.** Members have a community of interest for the coordinated prosecution of the liability issues relating to the fault of BP, Transocean and other current or potential defendants. Each of the parties hereto have done some investigation independently, including taking of statements and/or having other discussions and/or collecting information and it's the objective of the group to share that information for the collective purpose of defeating the exoneration and/or limitation proceedings and to the extent otherwise not creating any conflict amongst us proceeding against

responsible parties liable for the accident and/or explosion.  This coordination and joint prosecution agreement will continue until further notice; however, any party hereto can withdraw at any time.  If a member withdraws, he is still subject to this agreement's confidentiality.

**6. CONFIDENTIALITY:** This Agreement itself shall be confidential, and no counsel or party shall reference, cite or otherwise use the drafting, circulating, existence or use of this Agreement in any motion, petition or other application to be appointed, designated or otherwise recognized by any Court for any leadership position. The members agree that except as may be ordered by Court this agreement and its terms and conditions and the work product of the Group and/or its members will be kept strictly confidential and shall not be disclosed to any third party for any reason.

**7. ETHICS AND CONFLICTS COMPLIANCE:** Each member firm is responsible for doing its own conflict and individual ethics checks on an ongoing basis and otherwise in complying with all applicable Rules of Professional Responsibility.

**8 . Execution and Communication**: This agreement may be executed separately by the signatories and the signature pages (whether facsimile or actual originals) shall be combined and shall still constitute full execution of this agreement and shall be fully binding as if it were executed as one single document. For all purposes of this agreement, communication notices to members may be given by email or fax as identified below for each signatory.

**THUS EXECUTED AND AGREED THIS _____ DAY OF 2010 AND AGREED WITH AN EFFECTIVE DATE OF 20th DAY OF April, 2010.**

**BY:**_____
   **(Signature of lawyer authorized to sign for member firm listed below)**
**FOR:**

_____
   **(NAME OF LAW FIRM)**

PHYSICAL ADDRESS:_____
CITY:_____STATE:_____ZIP:_____
OFFICE TEL.:_____ FAX:_____

PRIMARY FIRM CONTACT LAWYER:_____
                              EMAIL:_____
                              DIRECT DIAL:_____
                              CEL:_____

OTHER: NUMBER _____

ASSISTANT:_____

EMAIL:_____

PHONE:_____

ALTERNATE FIRM CONTACT LAWYER:_____

EMAIL:_____

DIRECT DIAL:_____

CEL:_____

OTHER: NUMBER _____

EMAIL:_____

PHONE:_____