UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER
**[Regarding the Court Supervised Settlement Program and the Economic and Property Damages Settlement Agreement]**

On December 10, 2020, the Court issued an Order to Show Cause that provided notice of a proposed order that would initiate the closure and winddown of the Court Supervised Settlement Program. (Rec. Doc. 26811). Any party that opposed entry of the proposed order was required to file a written objection by January 8, 2021. Any response to an objection was due by January 15, 2021. Only one person filed a timely objection, Brian J. Donovan. (Rec. Doc. 26838). BP then filed a timely response. (Rec. Doc. 26861). The Court has reviewed these filings and concludes, for essentially the reasons set forth by BP, that Donovan's objection is completely frivolous. Accordingly,

IT IS ORDERED that Brian J. Donovan's objection (Rec. Doc. 26838) to the entry of the proposed order is OVERRULED.

The Court will sign the proposed order and issue it as a separate order in the MDL master docket.

New Orleans, Louisiana, this 21st day of January, 2021.

_____
United States District Judge