UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 07 2021
CAROL L. MICHEL
CLERK

(Rec. Doc. 14797)
(Rec. Doc. 14823)

Pursuant 28 USC § 1654
of U.S. Const Art I § 9)
In, Re: Marcus O. Tate-El-Bey-Tey-Washitaw
Ex Rel., U.N. IPO 215/93
PLAINTIFF,
V.
In, Re: Oil spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

Applies to:
No. 12-970
10-MDL 2179
SECTION: J(2)

AFFIDAVIT TRUTH

WRIT OF CORRECTION OF JUDGMENT 3/12/2021 UNDER U.S. SCT AUTHORITY:; MARBURY V. MADISON, (1803) 2 LEd 60 [1 CRANCH 180], 28 USC § 453, of U.S. CONST ART VI, Cl. 2) of Fed. R Civ. P. RULE 56 (g) at Fed. R Civ. P. RULE 60(b)(4), of U.S. GOV ETHICS CONDUCT TITLE 5-APPENDIX 4 § 104, Subsection Provision of Fed. Rule of Evidence Rule 201. (a)(b)(c)(d)(e)(f)(g), U.S. Const[ART I], ie., Fed. R of Evidence Rule 404(3)(b)..., See Good Cause TENDERED FOR FILING
U.S. SCT AUTHORITY::

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___
APR 07 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1 OF 8

MARBURY V. MADISON, (1803) 2 LEd 60 [1 CRANCH 138 - THROUGH 1797], of CLERK of U.S. COURT DUTIES: 28 USC § 1691, § 1738, and § 1734, of Fed. R. Civ. P. Rule 44. (a)(1)(A)(B)(i)(ii), No CERTIFIED U.S. GOVERNMENT SEALS AFFIXED TO WRITS AND PROCESS.

Good CAUSE NEWLY Recognized Discovery Evidence 28 USC § 1653:

1). Pursuant to: 28 USC 1354, Allodial Titler Spanish Land Grant Mandate of 400 B.C. U.S. SUPREME COURT AUTHORITY: Signed and SEAL BY U.S. Judge THEO. H. McCALEB JUNE 29th 1848 U.S. COURT OF LOUISIANA (ORDERED) Appeals MAY term, 1848 - Thursday, 22d June

See U.S. SUPREME COURT AUTHORITIES JUNE 22d, 1948 A.D. Judgments No.: 32 and No. 191 of 1848 A.D. TREATY of CAMP HOLMES 1835 A.D. ANCESTORY HENRY TURNER'S HEIRS V. U.S. CORPORATION, ETAL., XYZ
(Rec. Doc. 14797)
(Rec. Doc. 14823)

## CONCLUSION

Pursuant to 28 USC §§ 652, et seq., 653 SETTLEMENT ALTERNATIVE DISPUTE RESOLUTION

I believe We are the Direct Heirs of The Allodial Titlers of The Whole STATE of LOUISIANA by Judgments No. 32 and Judgment No. 191 by U.S. Supreme Court of Washington D.C. 20543, And Affixed by U.S. COURT SEAL 28 USC § 1691, § 1738, and § 1739 Fed. R. CIV. P. Rule 44. (a)(1)(A)(B)(i)(ii) of The U.S. COURT of LOUISIANA GOVERNMENT SEAL U- Honorable Judge THEO. H. McCALEB,

## CITATION OF Appeals

The United States of AMERICA, to the Heirs of Henry TURNER, greeting: You are hereby cited and admonished to be and appear at a Supreme court of the United States, to be holden at the city of Washington, D.C. on the 1st Monday of December next, Pursuant to an order.

of appeal filed in the clerk's office of the district court of the United States for the district of Louisiana, wherein the United States of AMERICA are Appellant's and we are the Appellee's, of Henry Turner to show cause, if any there be, why the Judgment rendered against the said appellants, and in our favor, should not be corrected, and why speedy JUSTICE should not be done to the parties in that behalf.

Witness the honorable Roger B. Taney, Chief JUSTICE of the Supreme Court of the United States, at New Orleans, this twelfth day of sept, in year of our Lord one ~~hundred~~ Thousand eight hundred and forty-eight.
U- Honorable Judge THEO H. Mc CALEB
U.S. Judge

Returned into Court Oct 20, 1848
ROBERT M. LUSHER, Deputy CLERK

I believe I am Entitled too $2, Billion Dollars under U.S. Const ART I §8 Section 10, under U.S. Const ART III Sections 1, and 2  28 USC§1354, of 28 USC§1332, of U.S. Const ART IV, §2 Cl., 1) of U.S. Const ART I §8 Cl. 3), (Rec. DOC. 14797) and Rec. DOC. 14823).

We are The direct Heirs of The Allodial Titler of The Whole STATE of LOUSIAIANA.

We Suffered GREAT Injury Lost, and DAmages by Oil rig E.I.P.

We Move This U- Honorable Judge To Amend Judgment Fed. R CIV. P. Rule 60(a) of 28 USC§1653, Pursuant to U.S. SCT AUTHORITY :: Marbury v. Madison (1803) 2 LEd 60 [1 CRANCH 180]  28 USC §453, U.S. Const ART VI, Cl. 2) U- Honorable Judge Shall discharge his duties and OATH of Office.

We Move Fed. R CIV. P. Rule 59(E) VACATE Alter and Amend judgment 3/12/2021 A.D.

5 of 8

We Move U.S. Clerk to Affix Government Seals to Writs and Process of 28 USC § 1691, §1738, § 1739 of Fed. R Civ. P. Rule 44. (a)(1)(A)(B)(i)(ii) of U.S. SCT AUTHORITY:: MARBURY V. MADISON, (1803) 2 Led 60 [1 CRANCH 138 - Through - 179] Lawful Judgment of 28 USC § 1653 of Fed. R of Civ. P. Rule 60(a) of U.S. Supreme Court Authorities:: Cases No.: 32 and Case No.: 191, of June 22n 1948 A.D. Decisions of 1848 A.D. TREATY of Camp Holmes 1835 A.D. HENRY TURNER'S HEIRS V. U.S. Corporation of AMERICA

The Allodial Titler Land Grant 28 USC § 1354 is OURS

I Seek 28 USC §§ 652, et seq, 653 Alternative dispute Resolution Settlement $2, Billion Dollars U.S. Const ART I §8 Section 10, under U.S. Const ART III Sections 1, and 2 of U.S. Const ART IV §2, cl.1) of 28 USC§ 1332

6 of 8

I Certify In Good Faith this AFFIDAVIT Was Done In Good Faith Not to Mislead under 28 USC § 1746

All Rights reserved under 28 USC § 453 of U.S. Const ART VI, Cl, 2) of U.S. SCt AUTHORITY :: MARBURY V. MADISON, (1803) 2 LEd 60 [1 CRANCH 180]

Day 1st month April A.D. 2021

s/ Marcus O. Tate-El-Bey-Tey-Washitaw
MARCUS O. TATE-EL-BEY-TEY-WASHITAW
c/o 568 Bibb Lane
BRENT, AL [NEAR 35034]

CERTIFICATE OF SERVICE
No. 12-970

I Certify UNDER penalty of Perjury of Fed. R Civ. P. Rules 3 & 4 The Defendants: In Re: OIL SPILL by The OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico

DAY 1st month April A.D. 2021
All Rights Reserved under 28 USC§ 453
~~Marcus O. Tate-El-Bey-Tey-Washitaw~~
Marcus O. Tate-El-Bey-Tey-Washitaw
565 Bibb Lane
Brent, AL [35034]



c/o Marcus O. Tate
565 Bibb LANE
Brent, AL 35034

BIRMINGHAM AL 350
[postmark] MAR 2021 PM 3 L

"This correspondence is from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of this enclosed communication."

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

LEGAL MAIL

