UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

On March 12, 2021, the Court issued an order denying several motions, including two filed by Marcus O. Tate-El-Bey-Tey-Washitaw, who is pro se. (Rec. Doc. 26968). This prompted Marcus O. Tate-El-Bey-Tey-Washitaw to file what appears to be a motion to vacate, alter, or amend the March 12, 2021 order. (Rec. Doc. 27037). The Court has considered this motion and finds it lacks merit. Accordingly,

IT IS ORDERED that Marcus O. Tate-El-Bey-Tey-Washitaw's Motion to Vacate, Alter, or Amend (Rec. Doc. 27037) is DENIED.

New Orleans, Louisiana, this 12th day of April, 2021.

_____
United States District Judge

Note to Clerk: Mail a copy to Marcus O. Tate-El-Bey-Tey-Washitaw, 565 Bibb Lane, Brent, AL 35034.