NEW ORLEANS, LA [70130]   1 of 4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Marcus O. Tate-El-Bey-Tex-Washitaw,
PLAINTIFF,

V.

In Re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Respondents.

No. 12-970
10 MDL 2179 J(2)

| Her Majesty Empress | SECTION: J(2) |
| APPOINTMENT OF RIGHTFUL | (Rec. Doc. 26873) |
| CONSUL COURT COUNSEL | (Rec. Doc. 14797) |
| 28 USC § 1654 | (Rec. Doc. 14823) |

MOTION TO Appoint Washitaw De-Dugdahmoundyah Sovereignty Nationalist Consul Empress, Her Majesty Pursuant 28 USC § 1654 to bring this matter before U.S. Court of NEW ORLEANS, LA 70130 And before U.S. Supreme Court of Washington, D.C. 20543 And Division of International Protection UNHCH CASE POSTALE 2500, 1211 GENEVE 2 DEPOT SWITZER

FAX # + 41-22-739-7396,
Email: Reworld@UNCH.cr.org
I PO# 2421 via UN # 215/93

U.N. NGO U.M.A.A.R. (Unifield Mu'urish American Aboriginal Republic Number 37801 of CASE No. 32 and No. 191 From 6/16/1948 A.D. the U.S. Supreme Court Decisions 1848 A.D. by U.S. court Judge Theo H. McCaleb of U.S. court of NEW ORLEANS, LA 70130 SPANISH LAND GRANT ALLODIAL TITLER TREAT OF CAMP HOLMES 1835 A.D. TURNER's HEIRS purchased the land

## CONCLUSION

Enter Judgment Decree Order Appoint Washitaw Empress Consul Court Attorneys under 28 USC§ 1654 To dispute Spanish Land Grant Allodial Titler 28 USC§ 1354 In MDL 2179 SECTION: J(2) No. 12-970 of (Rec. Doc. 26873), (Rec. Doc. 14797) and (Rec. Doc. 14823) or; Alternative Dispute Resolution Settlement Resolution 28 USC§§ 652, and 653 Enter Judgment Decree Order $100 BILLION DOLLARS

under U.S. Const ART I § 8, Section 10 of U.S. Const ART I § 8, Cl 3, of U.S. Const ART III, Sections 1, and 2 of U.S. Const ART IV § 2 Cl. 1, 28 USC § 1332 of U.S. Const ART VI, Cl, 2) of 28 USC § 453 of U.S. SCT AUTHORITY: : MARBURY v. MADISON, (1803) 2 LEd 60 [ 1 CRANCH 180]

"INDEED" AFFIDAVIT TRUTH JURIST

We SOVEREIGN Inhabitants Sovereignty NATIONALIST NATION Employer Business TAX ID # 37-1880026, Email: EACO30506616S@gmail.com, Facebook: Washitaw Tribe Seeks Washitaw Empress As Consul ATTORNEY of Record to dispute In Re: Oil spill by the oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 In MDL 2179, No. 12-970, SECTION: J(2) (Rec. Doc. 26873), (Rec. Doc. 14797) of (Rec. Doc. 14823) We certify under penalty of perjury 28 USC § 1748 All Rights Reserved under 28 USC § 453 Day 6th month April A.D. 2021

/s/ Marcus O. Tate-El-Bey-Tey-Washitaw
Marcus O. Tate- El-Bey-Tey-Washitaw

## CERTIFICATE OF SERVICE

I Plaintiff certify These Parties of Interest have been SERVED And Properly Notified by U.S. Mail Pre-paid postages Affixed.

cc: In Re: Oil Spill by the oil Rig "Deepwater Horizon" In the Gulf of Mexico ATTORNEYS AT LAW PRATOCES FIRMS OFFICES

cc: ROYAL BENCH OFFICE HER MAjesty De-Duydahmoundyah Empress of Washitaw and Olmecs Tribes NATION

Day 6th month April A.D. 2021
All Rights Reserved under 28 USC § 453
/s/ Marcus O. Tate-El-Bey-Tey-Washitaw
Marcus O. Tate-El-Bey-Tey-Washitaw
Ex Rel., U.N. IPO # 215/93
Employer ID # 37-1880026
c/o 565 Bibb Ln, Brent, ALABAMA [35034]

c/o Marcus O. Tate, 120664
565 Bibb Lane
Brent, AL 35034

BIRMINGHAM AL 350
9 APR 2021 PM 5 L

"...ndence is forwarded
... Alabama State Prison. The contents have
not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of this enclosure
... ..ication."

U.S. COURT CLERKS OFFICE
U.S. EASTERN DIVISION
500 POYDRAS STREET
NEW ORLEANS, LA 70130

70130-331599

Legal