UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

IT IS ORDERED that a hearing (via Zoom) on BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim by John DeSilva (Rec. Doc. 26922)[1] is scheduled for <u>Wednesday, April, 21, 2021 at 9:30 a.m. CDT</u>.

Counsel for BP and John DeSilva shall attend the Zoom hearing. The Court's case manager will send an email to counsel with further details regarding the Zoom hearing.

New Orleans, Louisiana, this 13th day of April, 2021.

_____
United States District Judge

---

[1] *See also* Pl.'s Opp'n, Rec. Doc. 27005; BP Reply, Rec. Doc. 27013.