UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## NOTICE

A hearing (via Zoom) on BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim by John DeSilva (Rec. Doc. 26922) is scheduled for Wednesday, April 21, 2021 at 9:30 a.m. CDT. (Rec. Doc. 27041). The public may listen to the hearing by dialing **1-855-244-8681** and entering **172 392 6917** when prompted for an access code. Note that this dial-in number is "listen only."

Recording the proceeding is prohibited.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
United States District Judge