# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Applies To:**<br>**Nos. 16-cv-06461; 16-cv-06463; 16-cv-06468** | **MDL No. 2179**<br><br>**Section: J(2)**<br><br>**District Judge Barbier**<br><br>**Magistrate Judge Currault** |

## ORDER

Before the Court is SE Property Holdings, LLC's ("SEPH") "Motion for Permission to Receive Documents in Discovery." (Rec. Doc. 27032). SEPH seeks an order permitting certain "Compelled Parties"[1] to disclose to SEPH in litigation pending in federal courts in Oklahoma and Florida documents that are otherwise relevant and discoverable but which the Compelled Parties may not be permitted to disclose without advance permission of this Court pursuant to the "Confidentiality Order" entered on January 13, 2016 (Rec. Doc. 15718). SEPH also seeks permission to use any such documents in connection with the litigation at issue.

Having reviewed the Motion and exhibits thereto, IT IS ORDERED that:

1. The Motion is GRANTED, and the Court grants SEPH permission pursuant to the Confidentiality Order to receive documents that have been produced *in camera* to the United States District Court for the Western District of Oklahoma and the United States Bankruptcy Court for the Western District of Oklahoma;

---

[1] As defined in the Motion, the "Compelled Parties" are Ruston C. Welch; Welch Law Firm, P.C; Neverve, LLC; Shimmering Sands Development Company, LLC; David Stewart; and Terry Stewart.

2. The Court also hereby grants the Compelled Parties permission to produce any other relevant and discoverable documents that may not have been produced *in camera* to the United States District Court for the Western District of Oklahoma and the United States Bankruptcy Court for the Western District of Oklahoma;

3. The Court intends by this Order to grant permission to the Compelled Parties to produce documents they contend may be covered by the Confidentiality Order, and the Compelled Parties may not object to the production of or admission into evidence of any documents on the basis that the Confidentiality Order protects such information from disclosure;

4. To reasonably protect the confidentiality of such documents while also allowing SEPH and the Compelled Parties to use such documents in other pending litigation, including showing such documents to juries in those pending actions referenced in the Motion, the Court further orders that any documents that are produced to SEPH subsequent to the entry of this order be labeled "Confidential" and not disclosed to anyone except in connection with the pending litigation referenced in the Motion.

5. Nothing in this Order shall be construed as permitting anyone to subpoena, depose, seek discovery from, call as a witness, etc., the Court-Appointed Neutrals, Mike Moore and Drake Martin.

New Orleans, Louisiana, this 14th day of April, 2021.

_____
United States District Judge