UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION J |
| | JUDGE CARL J. BARBIER |
| This Document Relates to:<br>*Donovan v. Barbier; et al*<br>2:21:cv-00237 | MAGISTRATE<br>DONNA PHILLIPS CURRAULT |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Stephen J. Herman, who respectfully moves this Honorable Court for an Order enrolling Edward W. Trapolin, (La. Bar No. 27667), and Gus A. Fritchie, III (Bar No. 5751) of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 as additional counsel of record in this action.

**WHEREFORE,** defendant, Stephen J. Herman, requests that Edward W. Trapolin (La. Bar No. 27667), and Gus A. Fritchie, III (Bar No. 5751) of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 be and is hereby allowed to enter as additional counsel of record in this action.

Respectfully submitted,

*/s/ Stephen J. Herman*
**Stephen J. Herman**, La. Bar No. 23129
HERMAN HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892 (main)
Fax No. (504) 561-6024
sherman@hhklawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing ***Motion to Enroll Additional Counsel of Record*** has been served on All Counsel by electronically uploading the same to File and ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of April, 2021.

_____/s/ Stephen J. Herman_____