UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010<br><br>This Document Relates to:<br>*Donovan v. Barbier; et al*<br>2:21:cv-00237 | MDL 2179<br><br>SECTION J<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE<br>DONNA PHILLIPS CURRAULT |

### ORDER

Considering the foregoing, *Motion to Enroll Additional Counsel of Record:*

IT IS HEREBY ORDERED that said Motion be and is hereby GRANTED, and that Edward W. Trapolin (Bar No. 27667), and Gus A. Fritchie, III (Bar No. 5751) of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 be enrolled as additional counsel of record on behalf of James Parkerson Roy in the above captioned matter; and

IT IS FURTHER ORDERED that Edward W. Trapolin and Gus A. Fritchie, III be registered to receive notification of all filings in the above captioned matter through the CM/ECF system.

NEW ORLEANS, Louisiana, this _____ day of April, 2021.

_____
United States District Judge