UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION  J |
| | JUDGE CARL J. BARBIER |
| This Document Relates to: *Donovan v. Barbier; et al* 2:21:cv-00237 | MAGISTRATE DONNA PHILLIPS CURRAULT |

**ORDER**

Considering the foregoing, *Motion to Enroll Additional Counsel of Record:*

IT IS HEREBY ORDERED  that said Motion be and is hereby GRANTED, and that Edward W. Trapolin (Bar No. 27667),  and Gus A. Fritchie, III (Bar No. 5751) of Irwin Fritchie Urquhart & Moore LLC, 400 Poydras Street, Suite 2700, New Orleans, LA 70130 be enrolled as additional counsel of record on behalf of Stephen J. Herman in the above captioned matter; and

IT IS FURTHER ORDERED that Edward W. Trapolin and Gus A. Fritchie, III be registered to receive notification of all filings in the above captioned matter through the CM/ECF system.

New Orleans, Louisiana this 15th day of April, 2021.

_____
United States District Judge