UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON DALE DARK,** * <br> * <br> **Plaintiff,** * <br> * <br> **VERSUS** * <br> * <br> **BP EXPLORATION & PRODUCTION** * <br> **INC. and BP AMERICA PRODUCTION** * <br> **COMPANY,** * <br> * <br> **Defendants.** * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | **CIVIL ACTION NO. 18-12557** <br><br> **JUDGE ZAINEY** <br><br> **MAG. JUDGE ROBY** |

### RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Preston Dale Dark, appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses with prejudice all claims that he has asserted or could have asserted in this action. Plaintiff specifically reserves all remaining rights that he may have under the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement ("MSA").[1] Each party agrees to bear his/its own costs, expenses, and attorneys' fees.

By signature of counsel below, Defendants BP Exploration & Production Inc. and BP America Production Company agree to this stipulated dismissal.

---

[1] The MSA is a class-wide settlement agreement entered into by BP Exploration & Production Inc. and by BP America Production Company in the *Deepwater Horizon* litigation to address the claims of response workers and resident citizens who allege exposure-related injuries as a result of the oil spill and its clean-up. *See In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010,* No. 10-md-2179, Doc. No. 8217 (E.D. La., January 11, 2013) (Order and Reasons Approving the MSA) at 6 ("Reason Order"). The complete MSA can be found in the record for MDL 2179, C.A. No. 10-md-2179, at Rec. Doc. No. 6427-1.

        Respectfully Submitted,

        */s/      Allan Zullinger*
        Thomas Allan Zullinger
        THE DOWNS LAW GROUP, P.A.
        Florida Bar No.: 124573
        3250 Mary Street, Suite 307
        Coconut Grove, Florida 33133
        Telephone: (305) 444-8226
        E-mail: azullinger@downslawgroup.com
        ***Attorney for Plaintiff***

        */s/      Lance C. Bullock*
        P. Matthew Jones, T.A. (Bar #19641)
        R. Keith Jarrett (Bar #16984)
        Charles Wilmore (Bar #28812)
        Devin C. Reid (Bar #32645)
        Lauren R. Bridges (Bar #34460)
        Lance C. Bullock (Bar #38519)
        **LISKOW & LEWIS**
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139-5099
        Telephone: (504) 581-7979
        Facsimile: (504) 556-4108

        **ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of April 2021, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.