## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * <br> * <br> * <br> * | **MDL NO. 2179** <br><br> **SECTION J(2)** |
| | * <br> * | **JUDGE BARBIER** |
| **This Document relates to:** | * <br> * | **MAGISTRATE JUDGE CURRAULT** |
| *Global Disaster Recovery & Rebuilding Services LLC, et al. v. BP Expl. & Prod., Inc., et al.*, **Case No. 16-cv-06585** | * <br> * | |

### BP'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Pretrial Order No. 69 (MDL No. 2179, Rec. Doc. 26709) and Rule 56 of the Federal Rules of Civil Procedure, Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") hereby respectfully move (the  "Motion") for summary judgment on all claims asserted in the complaint (Case No. 16-cv-06585, Rec. Doc. 1) of Global Disaster Recovery & Rebuilding Services, LLC.  In further support of this Motion, BP submits the accompanying Memorandum of Law in Support of Its Motion for Summary Judgment, which is fully incorporated by reference herein.

April 16, 2021

Respectfully submitted,

/s/ Devin C. Reid

R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company
and BP Exploration & Production, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing **BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of April, 2021.

*/s/ Devin C. Reid*

Devin C. Reid
