# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J(2) |
| | * * | JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Global Disaster Recovery & Rebuilding Services LLC, et al. v. BP Expl. & Prod., Inc., et al.*, Case No. 16-cv-06585 | * * | |

**DECLARATION OF AUSTIN L. KLAR
IN SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT**

I, Austin L. Klar, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member of good standing of the Bar of the State of California.

2. I respectfully submit this Declaration in Support of BP's Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of Billy Burkette's deposition on February 2, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of Global Disaster Recovery & Rebuilding Services, LLC's deposition on February 3, 2021.

5. Attached hereto as Exhibit C is a true and correct copy of the United States Environmental Protection Agency's ("EPA") Technical Product Bulletin #M-25 for Oil Solutions

Powder (aka Aqua N-Cap Polymer) (listing date: November 9, 2006), available at https://www.epa.gov/emergency-response/oil-solutions-powder.

6. Attached hereto as Exhibit D is a true and correct copy of a Corporate Summary of RTA Systems, Inc., as it appeared on December 20, 2009, available at https://web.archive.org/web/20091220072946/http://www.tepcoproducts.com/RTA_Corporate_Brochure.cfm.

7. Attached hereto as Exhibit E is a true and correct copy of RTASCo's Product Information webpage for Aqua N-Cap Polymer as it appeared on June 30, 2010, available at https://web.archive.org/web/20100630185224/http://www.tepcoproducts.com/public/productInfo.cfm?prodid=4.

8. Attached hereto as Exhibit F is a true and correct copy of the EPA's National Contingency Plan Product Schedule dated March 29, 2010, available at http://static1.1.sqspcdn.com/static/f/593465/7074517/1274823985137/epa+ncp+product+schedule+mar+2010.pdf?token=4KBytAsF4cCuPGWiUvCRRdZpKRc%3D (last accessed April 7, 2021).

9. Attached hereto as Exhibit G is a true and correct copy of Jacqueline Michel's resume, available at https://www.researchplanning.com/wp-content/uploads/2012/10/Michel_RPI_2020.pdf (last accessed April 7, 2021).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Francisco, California on this 16th day of April, 2021.

Austin L. Klar