# Exhibit B

Page 1

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
3

GLOBAL DISASTER RECOVERY      )
4  & REBUILDING SERVICES,      )
   LLC, ET AL.,                )
5                              )
           Plaintiffs,         )
6                              )          Case No.:
   VS.                         )    2:16-cv-6585
7                              )
   BP EXPLORATION &            )
8  PRODUCTION, INC., ET AL,    )
                               )
9          Defendants          )

10 ------------------------------------------------------------

11
           ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
12   GLOBAL DISASTER RECOVERY & REBUILDING SERVICES, LLC,
            through its designated representative,
13                      BILLY BURKETTE
                    FEBRUARY 3, 2021
14             (REPORTED REMOTELY VIA ZOOM)
   ------------------------------------------------------------

15

16         ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

17 GLOBAL DISASTER RECOVERY & REBUILDING SERVICES, LLC,

18 through its designated representative, produced as a

19 witness at the instance of the Defendant and duly sworn,

20 was taken in the above-styled and numbered cause on

21 Wednesday, February 3, 2021, from 10:09 a.m. to 2:44 p.m.,

22 before Kari J. Behan, CCR, RPR, CRR, in and for the State

23 of Louisiana, reported by computerized stenotype machine,

24 with the witness participating remotely, via Zoom, pursuant

25 to the Federal Rules of Civil Procedure.  JOB NO: 189256

```
 1           30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2    Coast, Alabama, lots of -- lots of little bitty small
 3    towns along the coastline.
 4         Q.  Understood.  And I just want to --
 5         A.  Grand Isle.
 6         Q.  Understood.
 7              So I'm clear, the locations that Global
 8    Disaster did work at that we just went over, you didn't
 9    have, like, office locations there; that's just some of
10    the locations that Global Disaster did perform services
11    for other folks, correct?
12         A.  Yes.
13         Q.  Okay.  You mentioned at -- at these locations
14    that Global Disaster was in the business of providing
15    recovery services.
16              Can you just give me an overview of, kind
17    of, Global Disaster's business and how it generated
18    revenue?
19         A.  When?
20         Q.  When -- when it launched operation.
21         A.  When it launched operation, it was to crush the
22    concrete at the Port of St. Bernard.
23         Q.  Okay.  So nothing relating to spill recovery or
24    disaster recovery at that time it launched operation?
25         A.  Well, I'm not -- I don't -- I don't agree with
```

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   generate?

3        A.   I don't recall, sir.

4        Q.   Other than the concrete-crushing arrangement --

5   strike that.

6             Other than the concrete-crushing activity in

7   the Port of St. Bernard, between the period of Global

8   Disaster's formation in early 2009, leading up to the

9   spill, was Global Disaster performing any other services?

10       A.   Not that I can remember.

11       Q.   Okay.  How much -- so you don't recall whether

12  Global Disaster generated any profits in 2009?

13       A.   I do not recall.

14       Q.   Did Global Disaster -- has Global Disaster ever

15  generated a profit?

16       A.   I don't -- I don't recall, sir, because in 2016,

17  we did a little over half a million dollars worth of work

18  related to the floods of '16, and we took on another

19  contract in the -- for the City of Opelousas for an

20  additional 480,000 that they did not pay the invoice, and

21  that is -- I don't know how much profit or how much loss,

22  so I don't know.

23       Q.   Okay.  So before 2016, before those contracts

24  that you just talked about and the work that you just

25  mentioned, fair to say Global Disaster had not generated

Page 19

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   State -- when we contracted with the State, the purpose or

3   intent is to assist applicants through the recovery phase

4   of all disasters.

5       Q.   Okay.  So even if the disasters occurred before,

6   there was still work being done later on, to recover from

7   the disasters that Global Disaster was working on.   Is

8   that fair?

9       A.   Correct.

10      Q.   Okay.  And that work that you just talked about

11  with regard to Katrina, Rita, Gustav, and Ike, I think you

12  said was between 2013 to 2015, right?

13      A.   Yes, sir.

14      Q.   Okay.  So before 2013, Global Disaster hadn't

15  generated any profits, correct?

16      A.   Correct.

17      Q.   Okay.

18      A.   It took me that long to recover from all the

19  losses from BP.

20      Q.   So earlier, you mentioned a couple of contracts

21  in 2016, one for over 500,000 in work in response to the

22  floods, and then another for the City for about 480,000

23  that you said the City didn't pay for.

24              Besides those two contracts in 2016, were

25  there any other contracts that Global Disaster had, either

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    profit on that would not be larger than $100,000?

3          A.  I -- I don't really know, sir.

4          Q.  Based on your testimony, though, it is likely

5    that the total profit earned for Global Disaster's work

6    since 2016 is not likely greater than a hundred thousand?

7          A.  Yes, sir.  I'm not a tax expert, so I don't know

8    how much of my losses are -- I don't -- I don't know.

9          Q.  Has Global Disaster ever filed a tax return?

10         A.  Yes, sir.  The 2013, '14, '15, and '16.  We filed

11   '15's and we had the flood in 2016.  So '13, '14, '15, I

12   filed them, but not since the flood of '16 because we lost

13   everything.

14         Q.  Okay.  So no -- Global Disaster didn't file any

15   tax returns before 2013, correct?

16         A.  No, sir.

17         Q.  Global Disaster had no taxable income to report

18   before 2013, right?

19         A.  Correct.

20         Q.  Who at Global Disaster was responsible for

21   preparing and filing Global Disaster's tax returns?

22         A.  Me.

23         Q.  Do you keep copies of the tax returns that Global

24   Disaster filed?

25         A.  I did until the flood took them all.

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

 2        Q.   Okay.  So since the flood, Global Disaster hasn't

 3   filed any tax returns?

 4        A.   No, sir, we have not.

 5        Q.   Since the flood in -- and this was in 2016,

 6   correct?

 7        A.   Correct.

 8        Q.   Okay.  So since 2016, Global Disaster hasn't

 9   earned any taxable income to report, correct?

10        A.   Correct.

11        Q.   Do you recall how many employees Global Disaster

12   had when the company launched in 2009?

13        A.   I do not.

14        Q.   Do you recall, was it more than ten?

15        A.   I do not recall.

16        Q.   Was it more than 50?

17        A.   When you say employees, are you including

18   subcontractors?

19        Q.   No.  I'm talking about actual employees of Global

20   Disaster.

21        A.   Oh, no, sir.  It was less than ten.

22        Q.   Less than ten?

23        A.   Just me, I believe.

24        Q.   So you were the sole owner and sole employee of

25   Global Disaster when it started in 2009?
```

1           30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2      A.   Correct, other than subcontractors.

3      Q.   At the time of the spill in April of 2010, were

4  you still the only employee, setting aside subcontractors?

5      A.   Yes.

6      Q.   When Global Disaster shut down its operations in

7  2010, or paused its operations in 2010, were you still the

8  only employee?

9      A.   I think so, yes.

10      Q.   Has Global Disaster ever paid you, Billy

11  Burkette, a salary?

12      A.   Not a salary, no, sir.

13      Q.   Okay.  What has it paid you?

14      A.   I guess you would call it expenses.

15      Q.   So Global Disaster reimbursed you for expenses

16  that you incurred in connection with business activities?

17      A.   For the oil spill?

18      Q.   So let's start in -- in -- in between 2009 and

19  2010.

20           What -- what money did Global Disaster

21  provide you?

22      A.   None.  I was constantly putting money into it.

23      Q.   So Global Disaster -- you never earned any money

24  from Global Disaster in 2009 or 2010?

25      A.   No, sir, because of the spill.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     Q.   Just to confirm, Global Disaster never operated

3  as a commercial fisher, right -- a commercial fisherman?

4     A.   No, sir.

5     Q.   Not in the business of catching fish, right?

6     A.   No, sir.

7     Q.   Okay.  And Global Disaster, in this litigation,

8  isn't alleging that the spill itself physically damaged

9  any of Global Disaster's property, right?

10     A.   Repeat the question.

11     Q.   So setting aside anything that happened in

12  response to the clean-up efforts, Global Disaster is not

13  contending that the spill itself damaged any of Global

14  Disaster's property, right?

15     A.   I don't recall, sir.

16     Q.   Global Disaster isn't contending that, you know,

17  for example, oil, you know, came onto its property and

18  damaged its property, right?

19     A.   No, sir.

20     Q.   Just to clarify, is that -- I'm correct that

21  Global Disaster is not alleging any oiling, right?

22     A.   Physical oil on Global Disaster's property?

23     Q.   Right.  Global Disaster is not alleging physical

24  oil on Global Disaster's property?

25     A.   That is correct.

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2      Q.  And the extent of Global Disaster's damages

3  sought in this case relates specifically to BP's efforts

4  to clean up the spill, right?

5      A.  I'm not sure I understand that question.

6      Q.  I'll break it down.  I'll come back to that.

7           At the time of the spill, how did Global

8  Disaster maintain its business records?

9      A.  I'm -- again, sir, can you explain a little?

10     Q.  Sure.  Yeah, sure.

11          So, for example, how did Global Disaster

12 keep track of, for example, a request for products from

13 Global Disaster or services from Global Disaster?  Was

14 there, like, a computer system that it was all tracked in?

15 Was it by hand?

16     A.  By hand.

17     Q.  Okay.  Was there a calendar, some sort of planner

18 or document that -- that you would write in to track all

19 that?

20     A.  Yes, sir.  I have or did have a daily notebook.

21 It's called the red book.  And every day I would write in

22 it what we did for that day.  I also would convert over to

23 a larger notebook, like a five-subject notebook, the

24 needs, prioritize list, and the people that I spoke with

25 on a daily basis, the information that was requested of me

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   by BP, by other subcontractors, and by -- just mostly

3   either in-person or phone call communication.

4       Q.  And you don't have a copy of the red book or the

5   five-subject notebook that you referred to anymore, right?

6       A.  I don't have the physical books.  I think -- and

7   that's what -- part of the stuff that I looked for last

8   night -- that there are some scanned or -- or pictures

9   that I took that I have sent in some e-mails, which I am

10  continuing to look for.

11      Q.  Other than what you might have taken a picture of

12  or scanned via e-mail, you -- you don't have copies of

13  those books anymore, right?

14      A.  Not -- not that I have found thus far.

15      Q.  Do you know whether those were lost in the flood?

16      A.  I think so, but I'm not positive.  I have a crate

17  like -- it's on wheels, you roll it around, like a file

18  crate -- that I took to Full Scope, or to Brent's office

19  and Brent took it to Full Scope.  It may be in there.  I'm

20  not -- I'm not sure.

21      Q.  Okay.  I think -- do you mind checking with Full

22  Scope to see if they have any of the documents that you're

23  referring to?

24             MR. NEWELL:  I believe we have, but, well,

25  we can check again.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     A.  I don't recall, sir.

3     Q.  So there might be documents that you hadn't

4  provided to your attorneys relating to your claims in

5  2016, that were lost due to the flood?

6     A.  Yes, sir.

7     Q.  Other than providing documents to your attorney,

8  did you take any steps to make sure that nothing got

9  thrown away or deleted or destroyed?

10     A.  Did I have, like, a plan to keep that from

11  happening?

12     Q.  No.  I'm asking:  Other than providing documents

13  to your attorney, did you do anything to make sure that

14  nothing got destroyed or thrown away?

15     A.  No, sir, I didn't -- I didn't know that I needed

16  to.  Like I said, the flood was -- you know, the floods of

17  2016 were thousand-year floods.  Nobody could anticipate

18  that.

19     Q.  So earlier, we talked about the red book and the

20  five-subject notebook where you would record, you know,

21  products or services that were requested of you, or

22  conversations that you had with folks.

23          Is that the same place that you would keep

24  track of, you know -- of an oral agreement that you

25  entered into?

```
 1            30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

 2       A.   Yes, sir.

 3       Q.   If you had a physical contract with a

 4  counterparty, where would you keep that?

 5       A.   I would have given that to my attorneys.

 6       Q.   If you had a physical purchase order, or request

 7  for products or services, where would you have kept that?

 8       A.   I probably would have put it in a manila folder

 9  and put it in that file box that I was telling you about

10  that I carried with me.

11       Q.   Before giving contracts to your attorney, is

12  where you -- is that file box where you would keep

13  contracts as well?

14       A.   I believe so, yes, sir.

15       Q.   How did Global Disaster keep track of its

16  financials?

17       A.   I had a -- what I do is I put -- like all of my

18  receipts, and like hotel receipts, fuel receipts,

19  whatever, meals, and I kept daily log on my mileage, on my

20  vehicle.

21       Q.   Would all those records -- where did you store

22  all of those records?

23       A.   In that file box that I'm telling you, until --

24  until it got full, and then I put it in -- I don't know --

25  you buy them at Home Depot or -- not Home Depot, Office
```

Page 32

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   Depot.  They are like cardboard boxes that you fold out

3   and make a box out of it.

4        Q.  Before 2016, when you believe that those

5   documents were destroyed in the flood, did you provide

6   those documents to your attorneys?

7        A.  I -- I don't think I gave them the actual fuel

8   expenses and hotel receipts.  I don't -- I don't think I

9   gave those to them, because I don't think that they asked

10  for that.

11       Q.  Before the flood in 2016, did you give them any

12  materials that were in that -- in the file box, the file

13  crate that you mentioned or the other box that you bought

14  after that first box got full?

15       A.  Yes, but I don't recall which ones.

16       Q.  Sitting here today, you don't know which

17  documents you had in your possession, that you provided to

18  your attorney, and which ones were destroyed in the flood

19  and never provided to your attorney?

20       A.  Correct.

21       Q.  Did you ever -- other than the -- the e-mails or

22  the pictures that you took and the documents you scanned,

23  did you -- was there ever any digitization or saving on a

24  computer of the -- of the documents in those -- those

25  boxes that you referenced?

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   of Louisiana to purchase Aqua N-Cap?

3       A.   I'm -- I'm not sure that my understanding of --

4   of disaster-response plan -- in other words, I think you

5   and I are on two different pages as far as a understanding

6   of the definitions of BP's disaster-response plan.

7       Q.   Let me -- let me ask it a different way.

8              The inclusion of Aqua N-Cap in the

9   disaster-response plan, it's Global Disaster's contention

10  that that is an agreement by BP to use Aqua N-Cap in

11  response to a spill; is that right?

12      A.   Correct.  That is my understanding.

13      Q.   Okay.  Other than the inclusion of Aqua N-Cap in

14  a hazard-response plan document, is Global Disaster

15  claiming that it had an agreement with BP to buy

16  Aqua N-Cap from Global Disaster?

17      A.   Yes.

18      Q.   Okay.  And that agreement was an oral agreement,

19  right?

20      A.   Correct.

21      Q.   Did you ever expect that an agreement with BP

22  regarding the sale of Aqua N-Cap would ever be put in

23  writing?

24      A.   It was my understanding through the communication

25  with the purchasers, the procurement department of BP,

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   that they would send a purchase order for indefinite

3   delivery, indefinite quantity originally, until we had the

4   face-to-face meeting with Jackie Michelle and Captain

5   Edwin Stanton.

6          Q.  Okay.  At the time that you believed -- strike

7   that.

8                Before speaking to Jackie Michelle when

9   she -- when you say she told you that "We're not using

10  Aqua N-Cap," it was your expectation that BP would

11  eventually send a purchase order or some other writing,

12  memorializing an agreement that you -- or laying out the

13  agreement that Global Disaster had with it regarding the

14  sale of Aqua N-Cap, correct?

15         A.  Correct.

16         Q.  How long did you expect that contract or that --

17  that order to run for?

18         A.  Through fruition of the spill clean-up.

19         Q.  So more than a year?

20         A.  Yes.

21         Q.  The agreement that -- that Global Disaster claims

22  it had with BP, what was the volume of Aqua N-Cap that BP

23  was agreeing to purchase from Global Disaster?

24         A.  All they had and all that they could make.

25         Q.  Okay.  So there was no -- there was no definitive

1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   quantity agreed on?

3        A.  It was indefinite delivery/indefinite quantity.

4        Q.  Okay.  Is there any -- did BP ever agree on a

5   specific price?

6        A.  It was never a negotiated price.  It was just a

7   we will take whatever it is at whatever cost, you know, as

8   long as it's not an inflated cost.  It was whatever the

9   retail value is.

10       Q.  So BP never told you:  We will pay a specific

11  price?

12       A.  I'm not sure I agree with that.

13       Q.  The -- that price that BP would ultimately pay,

14  that was something that would be put in writing later,

15  right?

16       A.  I don't know.

17       Q.  As part of your oral agreement, or alleged oral

18  agreement with BP, BP never said:  We will pay a certain

19  price, correct?

20       A.  The -- the representatives that I spoke with in

21  procurement asked how much the Aqua N-Cap is, and then

22  when I told them how much it cost, they said:  Okay,

23  that's not a problem.

24       Q.  That price -- you recall what price that was?

25       A.  No, sir, I don't recall off the top of my head.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2      A.  It was my understanding that the procurement

3  officers on the floor in Gray, Louisiana, were to take all

4  that I could produce.

5      Q.  Understood.  But they -- but it was your

6  expectation that they were going to send you a purchase

7  order saying that, right?

8      A.  I don't -- I don't think that it was a -- I'm not

9  going to say I had an expectation of anything.  I -- I had

10  an agreement with procurement people.  I was -- had the

11  agreement with Jon Fowler at RTASCo.  I had multiple

12  people engaged in that with me.  It was -- it was not just

13  a -- a verbal agreement with just myself.

14              I mean, like I said, there were multiple

15  people involved in this.  It wasn't just me, in other

16  words.

17      Q.  Understood.  Just talking about your agreement

18  with BP, setting aside RTASCo, the folks in procurement,

19  who -- who Global Disaster is saying had an agreement with

20  to purchase Aqua N-Cap told you:  We will send you a

21  purchase order for the sale of Aqua N-Cap, correct?

22      A.  Correct.

23      Q.  And they didn't send that purchase order,

24  correct?

25      A.  It is my understanding that they bought the

1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  company.

3      Q.  Right.  And so they did not send you a purchase

4  order for Aqua N-Cap, correct?

5      A.  I took that as BP would use that in the response

6  to the spill.

7      Q.  But BP, procurement or otherwise, did not send

8  Global Disaster a purchase order for Aqua N-Cap from

9  Global Disaster, correct?

10     A.  I -- a physical purchase order, I would say no.

11 Communication via e-mails and phones.  I would say the

12 purchase of the company was the use or purchase through or

13 via Global Disaster.

14     Q.  Your -- are you -- is -- I just want to

15 understand.

16          It's your contention that BP ultimately

17 bought RTASCo, correct?

18     A.  That is my understanding, yes.

19     Q.  Okay.  Before BP allegedly bought RTASCo, BP

20 never sent Global Disaster a physical purchase order or

21 other written contract agreeing to purchase Aqua N-Cap

22 from Global Disaster?

23     A.  I don't see it that way, no, sir.

24     Q.  Did Global Disaster ever receive a physical

25 purchase order or written contract signed by BP for the

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    purchase it.  Then they said they would follow up with a

3    purchase order.

4          Q.  Okay.  They never followed up with a purchase

5    order, correct?

6          A.  Correct.

7          Q.  Where was the -- did the parties agree on where

8    delivery of this Aqua N-Cap would take place?

9          A.  Yes, sir.  The conversations that I had with

10   procurement, along with Jon Fowler and several others,

11   they put me in touch with three different places.  One was

12   in Grand Isle at Port Fourchon, one was in Lafitte, and

13   another one was in -- St. Bernard.

14              The conversations that we had was dependent

15   upon the physical BP employees in the -- that were

16   dispatched in the field whether they had adequate space

17   and whether they had adequate equipment to disperse the --

18   or to -- to deliver the Aqua N-Cap.  So it was my

19   understanding that the reason, originally, that they chose

20   multiple sites were dependent upon them -- the

21   availability of delivery to those sites as well as the

22   availability of equipment and personnel to, you know, use

23   that product.

24              And I don't think that, when the -- and this

25   is -- you know, I hate to guess, but I don't -- you know,

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    the necessary equipment to disperse Aqua N-Cap as needed,

3    correct?

4          A.  Incorrect.

5          Q.  Okay.  What -- okay.  Let's start with Port

6    Fourchon.

7                What were you calling Port Fourchon about

8    with respect to Aqua N-Cap?

9          A.  I didn't -- my -- my job was to call the

10   procurement office in headquarters in Gray.

11         Q.  Okay.  You did not call Port Fourchon, Lafitte,

12   or St. Bernard about the delivery of Aqua N-Cap.

13                It was the procurement office?

14         A.  That -- that called them, yes, but it was -- it

15   was my job to call them in respect to the delivery and to

16   the quantity.  In other words, if -- if BP says:  We want

17   half a million pounds in, just say, Grand Isle, then they

18   would have that person in Grand Isle that was their

19   employee contact me to schedule the delivery.

20         Q.  Did anybody at Grand Isle or Port Fourchon

21   contact Global Disaster to schedule a delivery of Aqua

22   N-Cap?

23         A.  No, sir.

24         Q.  Did anybody at Lafitte contact Global Disaster

25   regarding the schedule of delivery of Aqua N-Cap?

Page 47

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     A.  No, sir.

3     Q.  Did anybody at the Port of St. Bernard contact

4  Global Disaster to schedule delivery of Aqua N-Cap?

5     A.  No, sir.

6     Q.  Did anybody in Grand Isle, Port Fourchon,

7  Lafitte, or St. Bernard, or any other location, contact

8  Global Disaster to discuss the quantity of Aqua N-Cap that

9  would be delivered to those locations.

10    A.  No, sir, that was not my understanding.  My

11  understanding was, is that procurement would do that.

12    Q.  Okay.  You had no discussions -- strike that.

13          After learning from procurement that they

14  were going to have those discussions about how much to

15  deliver and where to deliver it, did you have any other

16  discussions with procurement about how much they were

17  going to deliver and where they were going to deliver it?

18    A.  Yes, sir.  I called -- that's what I was saying

19  earlier.  I called to request that information, and the

20  same day that we were supposed to have those discussions

21  is the same day that I had to wait out in the lobby of the

22  BP headquarters for two hours before the meeting with

23  Jackie.

24    Q.  Okay.  So the same day that you spoke to

25  procurement about what potential quantities would be

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   delivered to what potential locations, that's the same day

3   that you learned BP actually was not going to be

4   purchasing Aqua N-Cap from Global Disaster?

5        A.  I -- I don't know if it was the same day.  It was

6   within a day or two.  I don't really recall, sir.

7        Q.  So at no point did you have an agreement to

8   deliver any specific quantity to any specific location of

9   Aqua N-Cap for BP?

10       A.  That was not my understanding, no, sir.

11       Q.  To clarify, your understanding is that what

12  specific quantities would be delivered to what specific

13  locations of Aqua N-Cap -- strike that.

14            Your understanding is that with respect to

15  Aqua N-Cap, there was no agreement with BP on the specific

16  quantity and the specific location to which it would be

17  delivered, right?

18       A.  No, sir, I would not agree with that.

19       Q.  Okay.  What agreement did you have with BP

20  regarding the specific quantity and specific location to

21  deliver Aqua N-Cap?

22       A.  The specific agreement, it was my

23  understanding -- was that they would take an indefinite

24  delivery, an indefinite quantity, contingent upon what

25  their employees in those locations could facilitate the

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    storage and distribution of the product to the spill.

3         Q.   Okay.  So the agreement that you had with BP

4    about purchasing Aqua N-Cap from Global Disaster was

5    contingent on BP procurement figuring out which locations

6    could handle what quantities of Aqua N-Cap and deliver it?

7         A.   And when I say "deliver it," I mean use --

8         Q.   Disperse it.

9         A.   I'm sorry?

10        Q.   Disperse it?

11        A.   Yes.

12        Q.   So the agreement that you had with BP about BP

13   purchasing Aqua N-Cap from Global Disaster was contingent

14   on BP's procurement group determining which locations

15   could handle and disperse what quantities of Aqua N-Cap,

16   right?

17        A.   That is my understanding, yes.

18        Q.   And you never learned from BP's procurement group

19   which location could handle which quantities of

20   Aqua N-Cap, correct?

21        A.   Correct.

22        Q.   And you have no -- you don't know whether BP's

23   procurement ever found out that information, correct?

24        A.   I'm unaware of that.

25        Q.   So yesterday there was testimony that Global

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   Disaster, you were going to be the exclusive distributor

3   of Aqua N-Cap, correct?

4          A.   Correct.

5          Q.   Okay.

6          A.   In other words -- in other words, to elaborate on

7   that, if BP -- this is my understanding:  If BP was to

8   purchase Aqua N-Cap product, then that purchase, I would

9   have been paid for.

10          Q.   To be clear, RT- -- RTASCo was the owner of Aqua

11   N-Cap, right?

12          A.   That is my understanding, correct.

13          Q.   So your understanding of your agreement with

14   RTASCo is that you would get, kind of, a commission or a

15   piece of any sale that BP made of Aqua N-Cap ultimately

16   from RTASCo, right?

17          A.   That is correct.

18          Q.   The commission that you would receive, RTASCo

19   would pay you that out of the sale price, right?

20          A.   Not necessarily, no, sir.  The -- if you would

21   receive a commission, the way that I understood it was --

22   BP had a verbal commitment to me that they would purchase

23   that product, so the chain of money travel or the tracking

24   of that would have been BP utilized just say a million

25   pounds, okay, so whether they bought that product from

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    Global or whether they bought that product from RTASCo, or

3    whether they bought that product from Chris Ott or Terry

4    or any -- whomever they brought the product from, Global

5    Disaster would have been eligible for two things:  One, as

6    a -- like your -- to use your words, a commission

7    structure, but we also were -- should have been allowed to

8    help with the distribution of that to the spill because

9    that's what we do.

10         Q.  Okay.  So the commission that Global Disaster was

11   going to receive from any sale of Aqua N-Cap, that was

12   pursuant to an agreement with RTASCo that, regardless of

13   from whom BP purchased Aqua N-Cap from, Global Disaster

14   was going to get paid?

15         A.  Correct.  That's my understanding.

16         Q.  Okay.  Separately from the commission, Global

17   Disaster claims that it should have been allowed to help

18   with the distribution of that in the spill response,

19   correct?

20         A.  That was also my understanding, correct.

21         Q.  And that agreement would have been with BP,

22   right?

23         A.  I'm not -- I'm not sure that I have the authority

24   to -- to stipulate that.  It would have been through some

25   form of BP, via a prime contractor, or BP directly, or a

Page 57

1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2 subsidiary of BP, or some form or fashion, yes.

3      Q.  Okay.  Global Disaster did not have a contract

4 either through BP, a prime contractor, or a subsidiary of

5 BP for the distribution of Aqua N-Cap, correct?

6      A.  No, sir, because it was contingent upon -- in

7 other words, they wouldn't need to have a contract with me

8 until they purchased the product.  You don't put the cart

9 in front of the horse.

10      Q.  Understood.  So just to be clear, Global Disaster

11 did not have a contract with BP, the prime contractor, or

12 any subsidiary of BP for the distribution of Aqua N-Cap,

13 correct?

14      A.  I'm not -- I'm not comfortable in saying that's

15 correct.

16      Q.  Global Disaster did not have any written

17 agreement with BP, the prime contractor, or any subsidiary

18 of BP for the distribution of Aqua N-Cap, correct?

19      A.  Not written, but verbally, yes.

20      Q.  You don't know who that verbal contract was with,

21 though, correct?

22      A.  I would -- when you're -- again, when you're

23 speaking with BP employees in procurement, it lends

24 credence to the belief that it would have been with BP in

25 some form or fashion.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2      A.  That is my understanding, yes.

3      Q.  That commission structure and that agreement with

4  RTASCo, was that ever reduced to writing?

5      A.  Just via those e-mails, not -- not -- not, like,

6  in a paper form, other than -- than we had phone calls and

7  you'd follow up those phone calls with e-mails.

8      Q.  So it's your position that the extent of any

9  writing reflecting an agreement with RTASCo for

10  commissions relating to the sale of Aqua N-Cap is

11  reflected in e-mail communications that have been produced

12  to BP?

13      A.  To the best of my knowledge, yes.

14      Q.  You don't have a signed agreement with RTASCo

15  pursuant to which RTASCo is agreeing that Global Disaster

16  receives a cut of every sale of Aqua N-Cap?

17      A.  Only -- only in respect to the oil spill.

18      Q.  Okay.  You don't have a signed agreement with

19  RTASCo pursuant to which RTASCo agreed that Global

20  Disaster would receive a commission of every sale of Aqua

21  N-Cap in connection with the BP oil spill?

22      A.  In writing, other than the e-mails, no.

23      Q.  So setting aside the e-mails, there is no signed

24  contract pursuant to which RTASCo is agreeing Global

25  Disaster would receive a commission of every sale of Aqua

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   for Aqua N-Cap, for purchase, to BP?

3        A.  Well, all of it.

4        Q.  How much?

5        A.  The purchase of the company.

6        Q.  Okay.  Setting aside the purchase of RTASCo by

7   BP, what Aqua N-Cap quantity did Global Disaster deliver

8   pursuant to a sale contract or purchase order?

9        A.  I -- I don't think I understand.  If they

10  purchased the company, they purchased the product.  I'm

11  not following you.

12       Q.  Okay.  Did Global Disaster carry on any vessel or

13  ship Aqua N-Cap pursuant to a purchase order from BP -- to

14  BP?

15       A.  No.

16       Q.  Did Global Disaster ship or deliver Aqua N-Cap

17  pursuant to a purchase order of any sort from BP?

18       A.  Verbally, yes.

19       Q.  What quantity was delivered to BP, pursuant to

20  the verbal agreement that you allege?

21       A.  I don't remember how many pounds it was he sent

22  to me, but we brought pails of it -- I guess it would be

23  one-pound pails, to multiple locations and to incident

24  command and to BP headquarters and to the procurement

25  office and to all of those facilities.

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  an agreement with BP as to how much space Global Disaster

3  would lease BP at a point -- at the Port of St. Bernard,

4  correct?

5      A.  It was never an option to have an agreement.

6  They took it all.

7      Q.  Okay.  So Global Disaster never had an agreement

8  with BP as to how much space it would lease BP at the Port

9  of St. Bernard, correct?

10     A.  Like I said, it wasn't an agreement.  They just

11 seized it.

12     Q.  So there was no agreement, right?

13     A.  I would call that a forced agreement, but

14 however -- I mean --

15     Q.  Global Disaster never agreed on a price per

16 square foot for a lease with BP at the Port of St.

17 Bernard, correct?

18     A.  Correct.

19     Q.  Global Disaster never reached agreement with BP

20 on a start date for a lease of land at the Port of St.

21 Bernard, correct?

22     A.  Again, they -- they didn't ask -- it wasn't a --

23 it wasn't a start date.  It was immediately.  They -- this

24 was, like, can you do this?  And -- and, of course -- in

25 an effort to accommodate in response to the spill, I

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    there available equipment that you could get to do that

3    if -- if -- if we can help you locate that or if we could

4    help facilitate some of that?  Would that speed up this

5    process?  And I told him:  Yes, sir, it would.

6          Q.  So stepping back, how long did you estimate --

7    assuming just the equipment that you had in your

8    possession at that time, how long did you estimate it

9    would take to clear up enough space to enable BP to move

10   in?

11         A.  Well, I mean, it would be a gradual progression

12   thing every day.  We could -- we could use -- we could

13   have crushed -- I'll have -- I would have to go back and

14   look at my -- I should know that off the top of my head

15   how much we crushed in a 24-hour period.  And that was the

16   other question that they asked, was:  If we were able to

17   get some light generators and increase the -- the

18   production 24 hours a day, would that help speed it up?

19   And I agreed that, yes, that would help speed it up.

20         Q.  So at the time that you had discussions with BP

21   about potentially leasing land at the Port of St. Bernard,

22   you hadn't agreed on when BP could actually start moving

23   in, correct?

24         A.  The agreement that -- it's my understanding it

25   was just as soon as possible.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2      Q.   Okay.   But nobody -- sitting here today, you

3   can't tell me when that moment would have been, correct?

4      A.   Well, it would have been within a few days of

5   rearranging the equipment.   So within a week we could have

6   started making progress on that.

7      Q.   The intention was that BP would eventually -- it

8   would lease more -- occupy more land as Global Disaster

9   continued crushing concrete, correct?

10      A.   Yeah, that was my understanding.

11      Q.   And the price per -- the price for the lease was

12   based on the amount of area that was currently occupied by

13   BP, right?

14      A.   Well, so it was my understanding that that would

15   have been the case originally, but once they took the port

16   over, they found out that the traffic with the incoming

17   material still coming into the yard, and the crushing

18   operation and removing that crushed rock out of the yard,

19   was putting them into a conflict of being able to have

20   their equipment, you know, function and move product

21   around within the port.

22             So they basically -- like I said yesterday,

23   they shut it down until after they were, you know -- until

24   after such time as BP was able to maneuver what it needed

25   to in that port space and then, also, it -- it came in

Page 76

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   the port.  Okay?  Just before.

3            So your -- your -- Global Disaster is having

4   discussions with BP about potentially leasing land at Port

5   of St. Bernard that Global Disaster was occupying,

6   correct?

7       A.  Yes.

8       Q.  Okay.  Before -- when you were having those

9   discussions, had BP agreed with Global Disaster on a

10  pricing structure for that lease?

11      A.  I don't -- I don't think we ever even talked

12  about pricing structure.

13      Q.  Did you have any dis -- any agreement with BP

14  about how much space BP ultimately would lease from Global

15  Disaster?

16      A.  They wanted it all.

17      Q.  Did you have any discussions with BP about the

18  timeline that BP could have all of that land?

19      A.  Yes, sir.  We had the discussion of how -- that's

20  what I was just explaining -- how -- how we could increase

21  our production and --

22      Q.  What --

23      A.  -- extra equipment and/or an extra shift, another

24  12-hour shift that we could move rock faster to give them

25  access faster.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2       A.  It was -- it was -- it was over a year.

3       Q.  Okay.  So the lease with BP would have been for

4    over a year?

5       A.  Oh, by far.

6       Q.  Okay.  Do you recall who at BP you were having

7    these discussions with?

8       A.  No, sir.  I can just tell you they were in a

9    white truck and that the two gentlemen that got out both

10   had BP hats and long-sleeve brown shirts on.

11      Q.  Do you recall the dates of these discussions?

12      A.  I do not recall the date.

13      Q.  Okay.  There was never a written lease agreement

14   with BP and Global Disaster, correct?

15      A.  No, sir.

16      Q.  The land at the Port of St. Bernard that Global

17   Disaster was occupying, I believe yesterday you testified

18   that the port was the owner of that land, right?

19      A.  That's my understanding, yes.

20      Q.  At the time that you claim Global Disaster had

21   these discussions with BP about leasing the land that

22   Global Disaster was occupying at the port, you understood

23   that the port would have to consent to that, right?

24      A.  Well, that -- that was part of our discussion,

25   you know.  That's when we got into the discussion of --

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     Q.  Okay.  Your understanding that you had the right

3  to sublease, what is that based on?

4     A.  The conversations that I had with Judge Perez,

5  Terry Williams, and the port director.

6     Q.  Did you have a written lease agreement with the

7  port?

8     A.  We took over Terry Williams' lease.

9     Q.  So you did have a lease with the port?

10     A.  That's my understanding, correct.  I know we

11  paid -- I know we paid one month lease for sure.

12     Q.  Did you ever see a written lease agreement

13  between Global Disaster and the port?

14     A.  It was my understanding that -- that when we --

15  what we did was, by assuming Terry Williams' lease, that

16  the port transferred our information in lieu of Terry

17  Williams' information.

18     Q.  Did you ever see a copy of Terry Williams' lease

19  with the port?

20     A.  Yes, sir, I did, the day that we went into the

21  port and spoke with the director.

22     Q.  Do you have a copy of the lease?

23     A.  No, sir, I never asked for it.

24     Q.  The port never asked Global Disaster to sign

25  their own lease?

Page 84

```
 1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2      Q.  It's a yes-or-no question.
 3      A.  It -- the payment made to the port -- it's like a
 4  deposit.  If you give someone --
 5      Q.  I'm -- I'm not talking about the payment.  I'm
 6  not talking about the payment.
 7              I'm asking:  Did Global Disaster have a
 8  written lease agreement with the port for the land that
 9  Global Disaster was occupying at the Port of St. Bernard?
10      A.  It was my understanding that the payment -- it
11  created that document.
12      Q.  Okay.  What -- by you -- I understand your -- is
13  it your position that the payment created an agreement?
14      A.  It is my understanding that the payment created
15  the lease, yes.
16      Q.  Okay.  But there's no written document reflecting
17  a lease between Global Disaster and the Port of St.
18  Bernard, correct?
19      A.  I'm not sure.  I would -- that's a port question.
20      Q.  There's -- sitting here today, Global Disaster is
21  not aware of any written lease agreement between it and
22  the Port of St. Bernard, correct?
23      A.  Incorrect.
24      Q.  You're aware that -- so you are aware of a
25  written lease agreement?
```

Page 85

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     A.   It is my understanding that when we paid the

3   payment, there were documents that I signed creating that

4   agreement.  I just don't have a copy of it.

5     Q.   Okay.  So it's your position that Global Disaster

6   signed a written lease with the port to -- to rent from

7   the port the land at the Port of St. Bernard?

8     A.   That is my understanding, yes.

9     Q.   What was the rent under the lease?

10     A.   I don't recall.

11     Q.   What was the term of the lease?

12     A.   To crush the rock.

13     Q.   What was the term?  How long did it last for?

14     A.   I don't recall.

15     Q.   Were there any other conditions to your occupancy

16   at the Port of St. Bernard, any limits to what you could

17   or couldn't do?

18     A.   Yes.  We were confined to the main roads that

19   we -- that were already allocated in that lease, and that

20   we had to provide some rock for the traffic used -- in

21   other words, it was a limestone-based or crushed concrete

22   road, past the concrete portion of the port, and that we

23   had to maintain that road with newly crushed concrete.

24          In other words, like the traffic -- because

25   you're getting a hundred trucks a day.  If it rained, they

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  would create potholes or washouts or whatever because of

3  the weight of the 18-wheeler trucks bringing the concrete

4  in, as well the rock going out.  So we had to maintain

5  that stretch of roadway.

6      Q.  Was that lease for longer than one year?

7      A.  I do not recall.

8      Q.  Are you -- sitting here today, do you recall what

9  the terms of the lease were with respect to Global

10 Disaster's ability to sublet?

11     A.  I do not recall.

12     Q.  Okay.  I want to talk about ES&H now.

13          With respect to the products and services

14 that Global Disaster was going to provide BP through ES&H,

15 Global Disaster contends that BP breached an agreement

16 that Global Disaster would -- would provide those goods

17 and services to ES&H, right?

18     A.  I don't understand your question.

19     Q.  Let me make sure I understand the arrangement

20 with ES&H.

21          Global Disaster would pro -- would furnish

22 goods and services to ES&H, and ES&H, one of BP's primary

23 contractors, would then furnish those goods or services to

24 BP; is that accurate?

25     A.  That's my understanding, yes.

Page 89

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   minute, but it was a bunch of stuff.

3       Q.  The items you just listed, how many of those

4   things did you actually provide to BP?

5       A.  I -- I don't recall.  I'd have to go back and

6   pull that up.

7       Q.  Did BP have any written agreement with you to

8   provide skimmers?

9       A.  No, sir.  Again, you know, it was my

10  understanding that through the solicitation in the media,

11  as well as the State Emergency Operation Center in Baton

12  Rouge, that they were constantly requesting that

13  initially.  Then after they migrated to their primary

14  contractors, they stopped those solicitations.

15      Q.  So let's -- let's focus on the before the primary

16  contractors.  You -- you testified you didn't have a

17  written agreement to provide skimmers.

18              Did you have a written agreement to provide

19  portable showers?

20      A.  I'll just clear that up all at once.  I didn't

21  have a written agreement to provide anything other than

22  the e-mails and the verbal agreements.

23      Q.  Okay.  Can you tell me the identity of anyone

24  with whom -- at BP you had those verbal agreements with?

25      A.  Yes, that -- we covered that yesterday in the

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  time, that was an arrangement between A-1 and BP, correct?

3        A.  That's my understanding.

4        Q.  The rock to Robin Seafood, that was pursuant to a

5  contract between A-1 and Robin Seafood, correct?

6        A.  I would have to pull that document and look at

7  it.  I don't recall.

8        Q.  You're not aware that Global Disaster was a

9  signatory to that agreement, correct?

10       A.  I don't recall.

11       Q.  Okay.  So setting aside those three, which dealt

12  with A-1, what boats are you referring to?

13       A.  There was a equipment list that I sent to BP, or

14  multiple equipment lists from different people.  So that's

15  what I was trying to explain awhile ago, when you repeated

16  the question differently.

17            So there weren't -- in the very beginning

18  stages when BP was soliciting for all of this help that

19  they needed, very, very few people did their due diligence

20  and their homework and actually physically drove down to

21  the headquarters in Gray to put forth the time and effort

22  to go in and sit down with these procurement officers.

23  There were a handful, less than ten, that actually took --

24  made the effort to go down and assist with the disaster

25  and to present themselves to BP.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2                    Most of the -- the majority, from what I was

3    told by procurement, the majority of the people submitted

4    their company information through a website portal that

5    was set up later, which we set -- we submitted our stuff

6    via that as well, but it was the extra mile that I went to

7    go to make the effort to go down and sit with these

8    procurement officers to help and assist, because a lot of

9    these people were from Virginia and Missouri and all over

10   the place, that -- some of them were even from UK that

11   came over to -- and they were unfamiliar with Louisiana.

12   They were unfamiliar with the companies to do business

13   with.  They were unfamiliar with the landscape and the

14   topography and where the -- the fastest routes to get

15   there, the -- the contractors that had the services and

16   goods that they needed.  So I was trying in good faith to

17   help them respond to this disaster.

18                    So when you go down there and you sit with

19   these people in procurement for the hours and hours that I

20   did, you would -- you -- you would -- depending on

21   incident command's position of:  What is emergency needs,

22   what are the next-day needs, what's a five-day forecast

23   out needs, would dictate what they indicated to me that

24   their needs were so --

25   Q.  Let me stop you right there, and let me make sure

Page 99

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  I understand what you're saying.

3               You drove down to Gray without having --

4  without an understanding from incident command what their

5  specific needs were.

6               You were going there to talk about that,

7  correct?

8      A.  Correct.

9      Q.  Okay.  So with respect to the boats, when you

10  drove down there and provided an equipment list that

11  included boats, you don't have an understanding that they

12  needed boats or how much boats they would need or where

13  they would need them, correct?

14      A.  Incorrect.

15      Q.  What understanding did you have about their needs

16  for boats when you drove there to Gray?

17      A.  My understanding was they were looking for all

18  types of boats because they had a specific need.  So you

19  needed speedboats to do samples; you needed large boats to

20  carry supplies; you needed airplanes to get the COREXIT

21  out; you needed the -- shrimp vessels that needed -- the

22  -- to get products for the -- the samples; you needed

23  airboats because of the marsh; you needed people that were

24  qualified captains to do that.  They -- they didn't

25  understand all of those things.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     A.  All of them did.

3     Q.  What price did BP agree to pay Global Disaster?

4     A.  There was -- that's what I say, we never

5  discussed a price.  It was more -- they were caught up in

6  finding the -- the goods and services was -- was more

7  important than price at that particular time.

8     Q.  So...

9               THE STENOGRAPHIC REPORTER:  Please speak one

10  at a time.

11              MR. KLAR:  Sorry.

12  BY MR. KLAR:

13     Q.  So to confirm, BP and Global Disaster never

14  agreed on a price that BP would pay Global Disaster for

15  Global Disaster's work trying to locate goods and services

16  for BP in connection with the spill response?

17     A.  Incorrect.  BP had its own price structure that

18  they determined what was fair and reasonable.

19     Q.  Hold on.  So the price structure that you're

20  talking about, that's the price that it would ultimately

21  pay for the goods and services that were provided,

22  correct?

23     A.  Okay.  So let's -- let me share with you my

24  thought process.

25     Q.  Just answer my question.  Just answer my

1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  question.

3        A.  I'm trying to.

4        Q.  The price structure that BP -- that you're

5  referencing was a set price for the specific goods and

6  services that Global Disaster was attempting to locate for

7  them, right?

8        A.  Some of it, yes.

9        Q.  There was no agreement on price specifically for

10  Global Disaster's efforts trying to find those goods and

11  services?

12        A.  It was a preset price that BP had, no different

13  than the same price that they had with O'Brien or ES&H or

14  Oil Mop, or any other contractor that provided those

15  services.

16              What would be the difference, if I was the

17  first one to the -- to the -- to the headquarters and I

18  was doing the work versus somebody that they had

19  prepositioned contracts with.  The work we did was the

20  same.  The payment was the same.

21        Q.  Okay.  So it's Global Disaster's position that it

22  should be paid the same as folks that BP had actual

23  contracts with?

24        A.  Well, why would it be any different?

25        Q.  Global Disaster didn't have any contracts with

1           30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    opposed to a set price for the work someone did to locate

3    that boat for them, right?

4           A.  Well, not only to locate it, but also when they

5    located it, it was the responsibility to track the man

6    hours and the amount of vessels that were used, and that's

7    one of the things that they shifted to, after we had all

8    of this work done, that they shifted to these prime

9    contractors.  In the very beginning, it was not that way.

10          Q.  Okay.  I want to go back to the set price issue.

11              The prices that we were talking about are

12   for the actual goods and services themselves, not for the

13   efforts to locate those goods and services, correct?

14          A.  That was -- some of them, yes.

15          Q.  Okay.  Did Global Disaster and BP ever have an

16   agreement as to the price BP would pay Global Disaster for

17   its efforts to locate and track the goods and services

18   that were ultimately provided by other companies?

19          A.  Okay.  It is my understanding, through

20   procurement, that they had a 20 percent overhead and

21   profit margin that would be on top of any goods or

22   services that you would provide to them.  It was -- it was

23   preset in BP's set price list.

24              So just take that one boat.  If it's $50 an

25   hour, then you would add 20 percent and that 20 percent

1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  was what Global would have gotten.

3      Q.  So in order to figure out Global Disaster's

4  damages in this case, Global Disaster needs to prove every

5  good or service that it procured for BP and add 20 percent

6  to it, to the -- to the cost, and that 20 percent is

7  Global Disaster's damages?

8      A.  Some of it.

9      Q.  Okay.  For the portion relating to the Global

10  Disaster's efforts to procure goods and services?

11      A.  Correct.

12      Q.  Was 20 -- what is your under -- is the 20 percent

13  standard across all of BP's contracts?

14      A.  That was my understanding.  That's what

15  procurement indicated to me, yes.

16      Q.  Okay.  Who at procurement told you that?

17      A.  Like I say, a different person on different

18  shifts.

19      Q.  So you don't know who told you that?

20      A.  I don't recall their name.  If I could see them

21  in a lineup, I could tell you.

22      Q.  Do you recall when you were told that -- that

23  finders get 20 percent of all -- paid to goods and

24  services providers?

25      A.  I wouldn't -- I never heard the word "finders."

Page 121

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   disaster.

3       Q.  Other than the documents that you produced to BP,

4   do you have any records reflecting the goods and services

5   that Global Disaster helped procure to BP, for which

6   Global Disaster is claiming a 20 percent rate for?

7       A.  Could you repeat that first part again?  You

8   broke up.

9       Q.  Other than the e-mails and the documents that you

10  produced to us in this case --

11      A.  Right.

12      Q.  -- does Global Disaster have any records tracking

13  how many goods and services and the price of those goods

14  and services that it obtained for BP, such that one could

15  calculate what the 20 percent markup is that Global

16  Disaster is entitled to?

17      A.  Nobody asked me for that until just now.

18      Q.  Okay.  Do -- I'm asking:  Does Global Disaster

19  have those records?

20      A.  A portion of them through the e-mails, I believe

21  I could calculate, yes.

22      Q.  Okay.  Other -- okay.

23          My question is:  Other than the e-mails and

24  the documents you've already provided to us, does Global

25  Disaster have records tracking how many goods and services

Page 122

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    and the price for those goods and services that it

3    obtained for BP?

4          A.  At this point right now, I would have to go back

5    and look, and then I would also have to see what you have

6    and don't have, because I don't -- I don't know what you

7    have or don't have.

8          Q.  Do you know what you have or don't have?

9          A.  A complete list, no.

10         Q.  Do you have a ledger that tracks all of the goods

11   and services that you procured for BP between --

12         A.  I would have to rely on the past e-mails and

13   memory and my -- well, I don't have my notebook and my red

14   diary anymore, but I could -- I could go back and look

15   through the e-mails that I have contact information with

16   other companies that they submitted to me, for me to

17   submit to BP.  I could provide that.

18         Q.  Did BP -- did anyone at BP, procurement or

19   otherwise, tell you that -- that they would eventually

20   send you an agreement that reflects here's how much we're

21   going to get for all these boats you're getting for us?

22         A.  Well, we had a couple of conversations with

23   procurement.  Like I said, they are the ones that told me

24   that it was a preset --

25         Q.  Understood.  I'm asking, did they ever tell you

Page 123

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    that they would put this in a document so that Global

3    Disaster could have an agreement for their records?

4         A.  Repeat that first part again.

5         Q.  Did Global Disaster ever obtain a written

6    agreement from BP pursuant to which BP agreed to pay

7    Global Disaster 20 percent on top of the cost of the goods

8    and services Global Disaster was locating for BP?

9         A.  No, sir.  You know, they never focused on that

10   with me.

11        Q.  Yesterday, you testified that --

12             THE STENOGRAPHIC REPORTER:  I'm sorry, I

13   didn't hear that.  When you talk over each other, it

14   completely blanks out.

15             MR. KLAR:  Sorry.

16   BY MR. KLAR:

17        Q.  Yesterday, you talked about Port Fourchon and an

18   option to purchase land there.

19             Do you recall that?

20        A.  Yes.

21        Q.  Okay.  Am I correct that it's Global Disaster's

22   position it had an agreement with BP to locate land to

23   eventually lease to BP for BP to use for storage or other

24   uses?

25        A.  That is my understanding, correct.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     Q.   This is a copy of Pretrial Order No. 64, that the

3  judge in this case issued back -- February 22nd, 2017.

4               Can you turn to Page 3 of the order?

5     A.   Okay.

6     Q.   Paragraph 3, where it says, "Sworn Statement

7  Regarding General Maritime Claims."

8     A.   Yes, sir, I see that.

9     Q.   It says:  No later than April 5th, 2017, each

10  remaining B1 plaintiff who wishes to pursue a general

11  maritime law claim shall complete, sign, and serve the

12  attached sworn statement, Exhibit A to this Order.

13               Do you see that?

14     A.   I see it.

15     Q.   Okay.  Let's go to the attachment, Exhibit A,

16  which is on PDF Page 9.

17     A.   Okay.

18     Q.   Global Disaster -- do you recognize this exhibit?

19     A.   No, sir, I do not.

20     Q.   To the best of your knowledge, Global Disaster

21  didn't submit this form, correct?

22     A.   I don't know, sir.  I don't think I have ever

23  seen this.

24     Q.   To the best of your knowledge, you don't recall

25  seeing this; is that right?

Page 136

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    all in general, and I asked you is there something

3    specific, and you said at all in general, so that's my

4    answer.

5          Q.   Okay.  But -- sitting here today, is there any

6    specific piece of information that Global Disaster is

7    claiming BP should have told it but didn't?

8          A.   Yes.

9          Q.   Okay.  What information?

10         A.   The information that was held and communication

11   from Jackie Michelle to other executives at BP, and also

12   the amounts of oil that are still on the Gulf floor that

13   they are saying does not exist, that it does exist.

14         Q.   Is that the extent of the information that you

15   believe BP should have told you but didn't?

16         A.   Oh, I don't know.  I would have to think about

17   that.  I don't -- I'm not -- I'm not ready to say that's

18   in totality, no.

19         Q.   Okay.  So sitting here today, you can't think of

20   anything else besides those two items, correct?

21         A.   It's not that I can't think of it.  I just

22   haven't thought of them.

23         Q.   Sitting here today as of this moment, you're not

24   aware of anything else?

25         A.   That comes to mind, no.

Page 137

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     Q.  Okay.  Sitting here today, nothing else comes to

3 mind, right?

4     A.  Correct.

5     Q.  Let's start with -- you said information that was

6 held in communication from Jackie Michelle to other

7 executives at BP.

8            What information or communications between

9 Jackie Michelle and the BP executives are you referring

10 to?

11    A.  Well, obviously, there was information that the

12 environmental impact that COREXIT would have versus the

13 environmental impact that Aqua N-Cap would have were

14 concealed.

15    Q.  Okay.  How did the concealment of -- of the

16 environmental impact of COREXIT damage Global Disaster?

17    A.  Because they refused to take the -- I guess, to

18 follow their own response plan.

19    Q.  Let me ask a different way.  Global Disaster

20 understood the environmental impact of COREXIT, right?

21    A.  Correct.

22    Q.  Global Disaster didn't need BP to tell it what

23 the environmental impact of Global Disaster -- I'm

24 sorry -- what the environmental impact of COREXIT was,

25 because Global Disaster already knew it, right?

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     A.   Incorrect.

3     Q.   What's incorrect?

4     A.   Global Disaster has never used COREXIT and

5 especially in large quantities.  I don't think that BP

6 even knew the environmental impact until after it was

7 being used.

8     Q.   So at what point did Global Disaster learn about

9 the environmental impact of COREXIT?

10    A.   I believe it was -- it came out when the plane

11 dumped it on some of the vessel of opportunity boats, and

12 it caused severe chemical burns to the people on those

13 vessels.

14    Q.   Okay.  At the time that that occurred, do you

15 have any understanding as to whether BP knew of the

16 environmental impact of COREXIT?

17    A.   It was my understanding that BP knew that and

18 also knew that the alternative, Aqua N-Cap, was a much,

19 much safer, nontoxic response, and they chose to use the

20 COREXIT to disperse it and sink it to the bottom as

21 opposed to cleaning it up, like they should have.

22    Q.   And what is your understanding that BP knew of

23 the environmental impacts of COREXIT based on?

24    A.   The Environmental Protection Agency put out

25 documentation, as well as it had been used in other

Page 139

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2  portions of the world, in previous spills, that it was

3  toxic.

4      Q.  Okay.  So based on publicly available

5  information, it was understood that COREXIT was harmful

6  and toxic?

7      A.  And the partnership that BP has with the

8  manufacturer, it's on the labeling.  It's on the MSDS

9  sheets, from what I -- if I remember correctly.

10     Q.  Okay.  So if -- if Global Disaster wanted to

11 learn about the environmental impact of COREXIT, it had

12 publicly available sources to learn about that, correct,

13 from the EPA?

14     A.  In -- in a fashion, but it's -- it's kind of like

15 the efforts to suppress it, and to minimize it via the

16 media, that BP was paying for that media campaign to

17 suppress that, just shows that, you know, I have -- that's

18 how I felt.  I felt like BP was hiding and being dishonest

19 with their information being disseminated to the public.

20 I -- I believe that they disseminated that information for

21 their benefit, not for the environmental impact that it

22 realistically was.

23     Q.  But Global Disaster had information available to

24 it to understand what the true environmental impact of

25 COREXIT was, correct?

1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   BP already said it would use in its hazard mitigation

3   plan, right?

4       A.  In a -- and because it was a safer alternative to

5   the COREXIT.

6       Q.  Okay.  But setting aside COREXIT.  I'm talking

7   about before you found out COREXIT was dangerous.  Okay?

8       A.  I don't -- I don't -- I mean, COREXIT has been

9   around for years.  I don't -- I mean, I knew it was a

10  hazardous material.

11      Q.  You knew that before the spill?

12      A.  Oh, yeah.

13      Q.  You knew it had -- it potentially had serious

14  environmental impacts before the spill?

15      A.  Yes.

16      Q.  Okay.  So even if BP had told you more

17  information about how damaging COREXIT was, after the

18  spill, you wouldn't have done anything differently.

19          You still would have tried to convince them

20  to use Aqua N-Cap consistent with their hazard mitigation

21  plan, correct?

22      A.  Yes.

23      Q.  Okay.  Separately you -- oh, sorry.

24          You mentioned the -- one of the other pieces

25  of information that BP is concealing from you is the

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   amount of oil that is still on the ground in the ocean

3   today; is that right?

4        A.  That's my -- that's my understanding, yes.

5        Q.  Can you explain to me how not knowing that

6   information has impacted Global Disaster?

7        A.  Well, so if BP says that the world is flat and

8   you go to orbit, you can see that it's round.  If -- if BP

9   says that a hundred gallons is on the floor and you send

10  an ROV down and you find out it's millions of gallons on

11  the floor, then how else do you interpret that?

12       Q.  Okay.  So my question is:  If BP did a study and

13  found out exactly how much oil is still on the floor and

14  provided that information to Global Disaster --

15       A.  Uh-huh.

16       Q.  -- what does Global Disaster contend that it

17  would do with that information?

18       A.  Well, we could utilize recovery efforts and

19  response efforts to pipe down the Aqua N-Cap to attach

20  that to the hydrocarbons, and then it would float -- into

21  which you could recover that oil.

22       Q.  So sitting here today, Global Disaster doesn't

23  have any rights to Aqua N-Cap, right?

24       A.  I have.  I guess we could buy from BP just like

25  we could have bought it from RTASCo.

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2     Q.   Do you think BP would sell it to you if they

3 could just use it itself?

4     A.   Well, doesn't that lend credence to them hiding

5 and being dishonest with that amount?  If they own the

6 product and they know the oil is there, why wouldn't they

7 go get it?

8     Q.   What I'm trying to ask is:  If you knew how much

9 oil was in the ocean, is the only thing that you would do

10 differently was to try and purchase Aqua N-Cap from BP to

11 put it in the ocean?

12     A.   No, sir.

13     Q.   Okay.  What else would you do besides that?

14     A.   Depending on the depth of it, there would be a

15 multitude of things you could do to recover it.

16     Q.   I'm not asking about generally how you could

17 recover it.  I'm asking -- Global Disaster.

18               How would that impact Global Disaster?

19     A.   Well, if I went and got it, then it would impact

20 Global Disaster's financial gain.  It would impact our

21 ability to do work.  It would impact our ability to

22 improve the conditions of the environment.  It would be --

23 I mean, there's a -- like I said, there's a multitude of

24 things that would improve from that.

25     Q.   So learning about the extent of oil in the ocean

Page 146

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2   would impact Global Disaster solely to the extent somebody

3   used Global Disaster to clean that oil up, correct?

4       A.  Well, it's -- it's not Global Disaster's

5   responsibility.  It was BP's responsibility, and there

6   again it's my contention that BP is making light of or

7   hiding the fact that there is oil still in the floor of

8   the Gulf of Mexico.

9       Q.  Okay.  But that's not my question.  My question

10  is --

11      A.  Okay.

12      Q.  -- if you were to learn about the extent of oil

13  in the ocean, the only way it would, financially or

14  otherwise, impact Global Disaster is if Global Disaster

15  was retained to clean that oil up, correct?

16      A.  Incorrect.

17      Q.  Okay.  How would Global Disaster be impacted if

18  it wasn't tasked with cleaning up the oil?

19      A.  It would -- it would be -- it would be greatly

20  impacted from the improvement of the -- the estuaries,

21  the -- the environment.  There's a multitude of ways.

22      Q.  Is Global Disaster still in business?

23      A.  No.

24      Q.  So then how would it impact Global Disaster?

25      A.  I just told you, because it would improve the

Page 147

1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    environment.

3         Q.  Okay.  So the -- the sole extent to which it

4    would -- if Global Disaster isn't retained to clean up the

5    oil, the way that it would impact Global Disaster is by

6    having a cleaner environment?

7         A.  Well, I mean, you know, I guess I could reopen

8    Global Disaster and -- and -- and clean it up.  I didn't

9    even think about that.  Good point.

10        Q.  But they would have to retain you to do that,

11   right?

12        A.  Or somebody would.  There's not -- that's not to

13   say there's not a nonprofit organization that could hire

14   me to do that.

15        Q.  After all this headache that you've had to go

16   through, based on verbal agreements, you'd make sure an

17   agreement to do clean-up services was in writing, right,

18   before you did anything?

19        A.  I'm not going to agree to that.

20        Q.  So you would still work based on verbal

21   agreements with BP today?

22        A.  Absolutely, I would.  I'm in that -- that's the

23   reason that you and I are having this conversation is a

24   verbal agreement.

25        Q.  Okay.  The only way it would impact Global

30(b)(6)

1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

2    damage that it has acquired over the years in view of

3    the -- the -- not only the oil on the floor, but the use

4    of the COREXIT.

5                And then the -- from the court cases with

6    Paul, it was my understanding, the information that I was

7    able to get from those court cases that you -- that you --

8    that BP was not accurate in giving the correct amount of

9    gallons that it actually dispersed, which, again, to me,

10   was fraudulent.

11       Q.  You're not an expert in environmental impact,

12   correct?

13       A.  I'm not an expert in anything, sir.

14       Q.  Okay.  You're not -- you're not a CPA.  You don't

15   know how to conduct a financial analysis?

16       A.  No, sir, but I -- have faith that the judicial

17   system and that the judge would obviously be able to see

18   that, you know, I'm a small entrepreneur that has some

19   ability to recognize when big corporations and big money

20   get involved that they have funding to falsify and to hide

21   and to minimize and to negate their responsibilities in

22   the long run, and that the judicial system should assist

23   me in protecting not only Global Disaster's rights, but

24   everyone's rights for a clean and safe environment.

25       Q.  Okay.  Other than communications with Jackie

Page 156

1

2    or indirect, between a court reporting firm and any party

3    litigant in this matter nor is there any such relationship

4    between myself and a party litigant in this matter.  I am

5    not related to counsel or to the parties herein, nor am I

6    otherwise interested in the outcome of this matter.

7              Signed this day, the February 18, 2021.

8

9

10                  _____

11                  KARI J. BEHAN, CCR, RPR, CRR
                    Certified Court Reporter
12                  LA Certificate #97019

13

14

15

16

17

18

19

20

21

22

23

24

25