# Exhibit C

An official website of the United States government.



# OIL SOLUTIONS POWDER

TECHNICAL PRODUCT BULLETIN #M-25
USEPA, OEM REGULATIONS IMPLEMENTATION DIVISION
LISTING DATE: NOVEMBER 9, 2006
"OIL SOLUTIONS POWDER"
(aka, AQUA N-CAP™ POLYMER)

---

**I. NAME, BRAND, OR TRADEMARK**

---

OIL SOLUTIONS POWDER
(aka, AQUA N-CAP™ POLYMER)

---

**II. NAME, ADDRESS, AND TELEPHONE NUMBER OF MANUFACTURER/CONTACT**

---

Oil Solutions International
35 Mill Street
Amityville, NY 11701
Phone: (631) 608-8889
Fax: (631) 789-1676
E-mail: 4oilgreen@gmail.com

Website: www.cleaningupoil.com    EXIT

(Mr. Dennis J. Traina, President)

---

**III. NAME, ADDRESS, AND TELEPHONE NUMBER OF PRIMARY DISTRIBUTORS**

---

Oil Solutions International
35 Mill Street
Amityville, NY 11701
Phone: (631) 608-8889
Fax: (631) 789-1676
E-mail: 4oilgreen@gmail.com

Website: www.cleaningupoil.com    EXIT

(Mr. Dennis J. Traina, President)

## IV. SPECIAL HANDLING AND WORKER PRECAUTIONS FOR STORAGE AND FIELD APPLICATION

1. Flammability:
Non-flammable
2. Ventilation:
Work in a well ventilated area. Avoid excessive inhalation of dust.
3. Skin and eye contact; protective covering; treatment in case of contact:
Skin contact – No recommendation is made specifying the need for personal protective clothing to prevent skin contact. Person(s) should wash daily at the end of each work shift. Exposed areas should be thoroughly washed with water.
Eye contact – Product may cause irritation as any normal dust. Wear appropriate eye protection, compliant with ANSI Standard Z87.1, to prevent eye contact. If eye irritation or redness is experienced, promptly wash eyes with large amounts of water, for at least 15 minutes, occasionally lifting the lower and upper lids. Should eye irritation persist, seek medical attention immediately. Contact lenses should not be worn when working with this product.
Inhalation – Wear appropriate respiratory protection, compliant with OSHA standard 29 CFR 1910.134, to prevent inhalation. If a respiratory disorder is observed, remove person(s) from the work area immediately. Should respiratory disorder persist, seek medical attention immediately.
Ingestion – Rinse mouth with water and seek medical attention immediately.
4.a. Maximum storage temperature: 185ºF
4.b. Minimum storage temperature: NA
4.c. Optimum storage temperature range: 185ºF
4.d. Temperatures of phase separations and chemical changes: None.
Polymer may accumulate static charge during transport, handling, and processing. Static charge can be a potential fire hazard in the presence of volatile or flammable materials or in high airborne dust conditions.

## V. SHELF LIFE

Not limited.

## VI. RECOMMENDED APPLICATION PROCEDURE

## VI. RECOMMENDED APPLICATION PROCEDURE

1. Application Method:
Apply OIL SOLUTIONS POWDER along the outer edges of spill area to prevent spill migration. Proceed by applying product onto remaining spill area, until a light white excess of product is observed. OIL SOLUTIONS POWDER may be broadcast onto the spill by hand or with a mechanical blower. Lighter hydrocarbons and synthetic oils will clump into a soft cluster like material easily recoverable with a net or other means as appropriate.
2. Concentration/Application Rate:
Apply OIL SOLUTIONS POWDER at a rate of 0.5 to 2 lbs per gallon of spilled hydrocarbon. Depending on the type of hydrocarbon and recovery operations employed, more or less product may be used to achieve recoverable solid mat/residue. Allow approximately 30 – 60 minutes of contact time, product will form an elastic or rubber-like mat material. Mat like material may be removed whole or segmented as appropriate.
3. Conditions for Use:
OIL SOLUTIONS POWDER differs from traditional sorbents in that it initially behaves like a synthetic sorbent, then as a solidifier as the molecular microencapsulating process occurs. Once encapsulated, the spilled oil is captured within the polymer matrix. OIL SOLUTIONS POWDER is designed to cleanup a wide variety of crude oil, refined hydrocarbon products (i.e., fuels, oils, hydraulic fluids), and synthetic fluids spilled on water and surfaces.

## VII. TOXICITY AND EFFECTIVENESS

## VII. TOXICITY AND EFFECTIVENESS

a. Toxicity:

| Material Tested | Species | LC50 (ppm) |
|---|---|---|
| OIL SOLUTIONS POWDER | Menidia beryllina Mysidopsis bahia | 484,000 96-hr<br><br>104,000 48-hr |
| No. 2 Fuel Oil | Menidia beryllina Mysidopsis bahia | 15.80 96-hr<br>1.45 48-hr |
| OIL SOLUTIONS POWDER | Menidia beryllina Mysidopsis bahia | 22.50 96-hr<br>2.13 48-hr |
| Reference Toxicant (DSS) | Menidia beryllina Mysidopsis bahia | 3.65 96-hr<br>9.55 48-hr |

b. Effectiveness:
NA

## VIII. MICROBIOLOGICAL ANALYSIS

NA

## IX. PHYSICAL PROPERTIES

### IX. PHYSICAL PROPERTIES

1. Flash Point: 230ºF
2. Pour Point: NA
3. Viscosity: NA
4. Specific Gravity: 0.92
5. pH: NA
6. Surface Active Agents: NA
7. Solvents: NA
8. Additives: None
9. Solubility in Water: Negligible

### X. ANALYSIS FOR HEAVY METALS, CYANIDE, AND CHLORINATED HYDROCARBONS

| Compound | Concentration (ppm) |
| --- | --- |
| Arsenic | <1.0 |
| Cadmium | <0.05 |
| Chromium | <0.325 |
| Copper | 17.25 |
| Lead | <0.08 |
| Mercury | 0.02 |
| Nickel | <0.225 |
| Zinc | <0.45 |
| Cyanide | <0.1 |
| Chlorinated Hydrocarbons | ND |

LAST UPDATED ON DECEMBER 31, 2014