# Exhibit D




# Corporate Summary

8120 Mid America Blvd.
Suite 200
Oklahoma City, OK 73135

ph 405-397-9108
fax 405-610-2620
support@tepcoproducts.com

## *Developing Solutions that Reduce Mankind's Impact on Our Planet*

*At RTA Systems, Inc., our focus is on developing solutions that help reduce mankind's impact on our planet. Our environmentally friendly products and other specialty products provide support to environmental service companies, government agencies, and other industrial customers involved in clean-up efforts resulting from transportation accidents, industrial incidents, and oil/gas/mining operations. Specifically, our advanced technology products are formulated to provide superior performance, reduce costs, improve safety, protect water quality, and reduce the burden on land-fills. It is our corporate vision that each product we produce will allow our customers to achieve a bottom-line that is good for business growth and good for the planet.*

## Solving Spill Problems with Advanced Chemistry

Using one of nature's most common substances, RTA Systems harnesses the power of silicates to achieve superior results in absorption and microencapsulation of organic hydrocarbons.

Based on patented technology originally developed by TEPCO, a leader in microencapsulation technology, the TERRACAP™ 3000/4000 additives combine the best of what nature gives us with advanced chemistry to achieve an ability to trap fuels, oils, and other organic hydrocarbons into a permanent silicate matrix with low leachability and excellent environmental stability.

Contaminants such as crude oil or diesel can easily be remediated from hard surfaces resulting in a non-hazardous, environmentally friendly, solid residue that can be simply and easily recovered for proper disposal.

TERRACAP 3000/4000 additives can also be mixed with contaminated soils to achieve excellent stabilization with low leachability. RTA Systems works with environmental engineering and service firms to provide recommendations on how our products' application can be tailored for any particular remediation problem.



## Unique Polymer Solidifies Oils for Fast, Easy Recovery

At RTA Systems, protecting our water resources and quality is a key concern. So if a spill occurs on water, near water, or on a street where storm water is potentially impacted, our Aqua N-Cap™ polymer can provide benefits where all other products fall short.

This unique polymer reacts with fuels, oils, and other hydrocarbons to quickly transform the spill into a solid mat or clusters suitable for easy recovery. Aqua N-Cap polymer has undergone extensive testing and has received appropriate environmental regulatory listings, approvals for use in oil recovery, and approvals for use on DOD installations.



### Environmental Products that Solve Real World Problems

- *Mitigating Risks of Hazardous Waste Handling*
- *Improving Worker and Site Safety*
- *Reducing Cost of Remediation and Waste Disposal*

# RTA Systems, Inc.

## Taming Industrial and Laboratory Acids

Acids are commonly used in many applications including car batteries and can be extremely dangerous when spilled creating significant safety issues and environmental hazards. Our TERRACAP™ AN additive revolutionizes acid neutralization through the use of a non-hazardous silica technology.

When added to the acid, TERRACAP AN additive does its job quickly, but creates significantly less heat and fumes with no spatter when compared to traditional methods. A built-in color indicator enables customers to have confidence that the solid residue is safe for easy recovery and disposal.



*2007 Grace & Franklin Bernsen Foundation Most Promising New Business Award Runner-Up Selection*

Oklahoma Venture Forum
September 2007



## Research and Development

RTA Systems is continually developing new products and systems. As opportunities arise, we apply our knowledge of silica and polymer technologies to tackle problems such as eliminating the need for chromium-based gel treatment products used in oil production, reduction of oil field salt water production, or finding better ways to clean up transportation spills.

We work independently or in teaming arrangements to develop products to solve customers' problems. RTA Systems' management is absolutely dedicated to the development of technologies that are distinguished by superior product performance combined with environmental stewardship.

As a Veteran-Owned Small Business (VOSB), we provide the benefits of world class technology products, services and solutions that help industry, government, and academic markets achieve their small business goals.

## Made in the USA

RTA Systems, Inc., is the manufacturer and primary distributor of the Terra Environmental Products Company (TEPCO) products for use in the environmental and oil industry. TEPCO, an RTA Systems-owned business, is a pioneer in the development of microencapsulation technologies for remediation and treatment of hydrocarbons, chemicals, and heavy metals.

RTA Systems, Inc., is based in Oklahoma City and Bartlesville, Oklahoma, and all of our products are made in the U.S.A.

## On the Web

More information regarding RTA Systems, Inc., and our TEPCO products can be found on the web at WWW.TEPCOPRODUCTS.COM.

If you have any questions concerning TEPCO products, need help determining which TEPCO product is right for your application, or need help with a custom application please feel free to contact RTA Systems



Copyright © RTA Systems, Inc. All rights reserved. TERRACAP™ 3000/TERRACAP™ 4000 additives, Aqua N-Cap™ polymer, and TERRACAP™ AN additives and other names of RTA Systems or TEPCO Products and/or services referenced herein are trademarks or registered trademarks of RTA Systems or TEPCO.