# Exhibit E

http://www.tepcoproducts.com/public/productInfo.cfm?prodid=4   Go    MAY  JUN  AUG
                                                                      ◀  30   ▶
13 captures                                                          2009 2010 2011
26 Mar 2009 - 23 Sep 2013                                            ▼ About this capture

$4,291,886

**Send me an email reminder**

Email address (required)

First name

Last name

Submit

By submitting, you agree to receive donor-related emails from the Internet Archive. Your privacy is





Request a Quote                                                      printable

# Aqua N-Cap™ Polymer

Aqua N-Cap polymer (pat. pending) is a unique super-absorbent technology offering advanced solutions to remediate and clean-up a wide variety of fuel, oil, and other hydrocarbon spills on water or solid surfaces. The technology is flexible and can be used to treat a large variety of contaminants ranging from heavy oils to light fuels, chemicals, and solvents including:

- Gasoline          - Diesel
- Crude Oil         - Automotive Fluids
- Kerosene          - Jet Fuel
- Motor Oils        - Hydraulic Fluids

**EPA NCP Listed**

Aqua N-Cap Polymer is listed with the U.S. Environmental Protection Agency under the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), Subpart J Product Schedule (40 Code of Federal Regulations Part 300.900) and may be authorized for use by Federal On-Scene Coordinators and Regional Response Teams in accordance with 40 CFR Section 300.920. Follow this link to view a copy of the EPA's letter.

**California Approved**

Aqua N-Cap Polymer can be used for spill response in the waters of California. Government Code (State of California) section 8670.13.1(b) states that sorbents and other cleanup devices that do not employ the use of active chemical cleanup agents, or otherwise determined not to cause aquatic toxicity for purposes of oil spill response, are not subject to the licensing provisions. According to the State of California, review indicates that Aqua N-Cap meets the exemption requirements outlined in this subsection. The Department of Fish and Game, State of California, Office of Spill Prevention and Response has issued an exemption to RTA Systems for the Aqua N-Cap Polymer as of July 24, 2007.

**Fast and Effective Process**

Simply broadcast the Aqua N-Cap polymer over the spill area to rapidly absorb and

**HOME**

**PRODUCT INFORMATION**
TERRACAP™ 3000/4000
Aqua N-Cap™ Polymer
TERRACAP™ AN

**ADDITIONAL INFORMATION**
Corporate Summary
TERRACAP Technology
Application Examples
EPA Listed
TPH Analysis
ANC Bulk Available!

**DISTRIBUTORS**




Login

**CONTACT US**

EPA NCP Letter

First Aid

MSDS ANC 8-1-2009

Product Brochure

Case Studies

http://www.tepcoproducts.com/public/productInfo.cfm?prodid=4   Go   MAY JUN AUG
13 captures                                                         ◀ 30 ▶
26 Mar 2009 - 23 Sep 2013                                         2009 2010 2011   About this capture

The new replacement for clay absorbents. Aqua N-Cap polymer is non-carcinogenic and takes 75% less product to absorb a spill than the major leading brand clay absorbent.

Beware of "biodegradable" absorbents! If the absorbent biodegrades, it will free the hydrocarbon back into the environment. Aqua N-Cap microencapsulated hydrocarbons are non-biodegradable, non-leachable, and non-reactive.

**For Spills or Releases on Water**

Aqua N-Cap can be used on any body of water and will deliver excellent remediation results resulting in low TPH (typically less than 10 ppm) in the affected water depending on conditions. Aqua N-Cap polymer is environmentally safe and superior to other existing technologies in that it:

- Will not absorb water.
- Floats indefinitely before and after use, or until recovered.
- Effectively absorbs more than ten times its weight.
- Will not adhere to shorelines or other materials.
- Non-toxic and non-hazardous.
- Can be recycled or used as a bulk energy source.

Aqua N-Cap polymer requires less product per spill compared to traditional sorbent products. Aqua N-Cap remains afloat while other products may float for only a limited time. These attributes, combined with rapid, effective spill control performance, makes Aqua N-Cap polymer extremely cost effective. Depending on the application, Aqua N-Cap is typically applied at a rate of 0.5 - 2 lbs. per gallon of spilled hydrocarbon.

*Aqua N-Cap can be ordered in 2 lb., 3.5 lb. shaker bottle, 10 lb., and 30 lb. packages.* Bulk or volume pricing is also available.

Request a Quote

Home | Contact Us | Privacy Policy | About | Terms of Use | Shipping and Returns Policy | Disclaimer

© 2010 RTASCo All Rights Reserved