# Exhibit 3

**From:** Billy Burkette <billyburkette@gmail.com>
**Subject:** Fwd: Oil spill
**Date:** May 17, 2010 at 11:21:23 PM CDT
**To:** All Sales <allsalescomputers@gmail.com>

---------- Forwarded message ----------
**From: Christopher Ott** <chriso@protechgcs.com>
Date: Thu, Apr 29, 2010 at 10:56 AM
Subject: Oil spill
To: Billy Burkette <billyburkette@gmail.com>, JOHN GIUDICE <sonlightcom@msn.com>



ProTech GCS, Inc.
Global Model for Environmental Solutions

Every decision you make has an impact **economically and environmentally. ProTech provides *Environmental Solutions*™ in a manner that protects and preserves natural resources along with sound business practices beneficial to clients and communities.**

## Water Treatment

ProTech offers complete comprehensive environmental solutions for construction, environmental mitigation, and agricultural industries throughout the world. We utilize proprietary technology, as well as equipment and expertise from our partner firms, to offer innovative solutions to your site problems. All our environmental solutions offer substantial cost saving with a high quality of services and product.

ProTech is an environmental solutions ™ company specializing in mobile treatment systems designed especially for groundwater, stormwater, and surface water. Our Systems are used worldwide during DOT construction, commercial construction, residential construction, SWPPP, and environmental compliance.

ProTech's modular, flow-through water treatment system can be configured for any flow rate and provided as a complete turn-key system.

Water Filtration and Treatment Systems:

- Sediment Removal/Filtration
- Oil & Petroleum Removal and Filtration
- Iron and Manganese Treatment
- Removal of Heavy Metals, Arsenic, Organics and Other Contaminants

Water Treatment Solutions:

- Consulting and Engineering Solutions
- Operation and Maintenance Solutions
- Training Services

Water Filtration and Treatment Systems

Sediment Removal and Filtration

ProTech's Sediment Removal System (SRS) is a passive flow-through water filtration system for the removal of sediment and suspended particulates from construction site and stormwater runoff, dewatering operations, or virtually any project requiring water filtration. The SRS is a high efficiency flow-through system that replaces low-efficiency conventional sediment filtering techniques, resulting in large cost and time savings. Optional sand or cartridge filters and coagulation/flocculation systems are readily added if required to increase removal efficiency.

The ProTech SRS is a mobile system that is quick and easy to install, simple to operate and maintain, and is very cost-effective. The flow-through system, operating 24 hours a day, maximizes water filtration capacity in a minimum of space. Retention basins and holding tanks are eliminated for most projects. The SRS can meet all discharge requirements while saving the project both time and money.

Oil & Petroleum Removal and Filtration

**GLOBAL DISASTER 000150**

ProTech's water filtration systems include options for oil or other petroleum hydrocarbon removal, either in conjunction with the ProTech SRS or as a stand-alone system. Depending on the type and levels of hydrocarbons, various types of oil water separators may be used, or carbon or other filtration may be required. Protech's SRS may be barge mounted and will work in conjunction with an oil skimming process for emergency response in oil spill recovery applications. The SRS unique ability to adapt to onsite conditions and ability to incorporate a wide variety of environmentally friendly hydrocarbon removal products allows for efficient clean up of the environment.

Billy, this is the product we will incorporate into our SRS. It can also be hand applied and recovered.

http://www.tepcoproducts.com/public/productInfo.cfm?prodid=4

## Aqua N-Cap™ Polymer

Aqua N-Cap polymer (pat. pending) is a unique super-absorbent technology offering advanced solutions to remediate and clean-up a wide variety of fuel, oil, and other hydrocarbon spills on water or solid surfaces. The technology is flexible and can be used to treat a large variety of contaminants ranging from heavy oils to light fuels, chemicals, and solvents including:

- Gasoline
- Crude Oil
- Kerosene
- Motor Oils

- Diesel
- Automotive Fluids
- Jet Fuel
- Hydraulic Fluids



### EPA NCP Listed

Aqua N-Cap Polymer is listed with the U.S. Environmental Protection Agency under the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), Subpart J Product Schedule (40 Code of Federal Regulations Part 300.900) and may be authorized for use by Federal On-Scene Coordinators and Regional Response Teams in accordance with 40 CFR Section 300.920. Follow this link to view a copy of the EPA's letter.

### California Approved

Aqua N-Cap Polymer can be used for spill response in the waters of California. Government Code (State of California) section 8670.13.1(b) states that sorbents and other cleanup devices that do not employ the use of active chemical cleanup agents, or otherwise determined not to cause aquatic toxicity for purposes of oil spill response, are not subject to the licensing provisions. According to the State of California, review indicates that Aqua N-Cap meets the exemption requirements outlined in this subsection. The Department of Fish and Game, State of California, Office of Spill Prevention and Response has issued an exemption to RTA Systems for the Aqua N-Cap Polymer as of July 24, 2007.

### Fast and Effective Process

3

GLOBAL DISASTER 000151

Simply broadcast the Aqua N-Cap polymer over the spill area to rapidly absorb and transform the spill into solid clusters, suitable for easy recovery. Heavier hydrocarbons such as crude oil will form a solid mat.

**For Spills or Releases on Concrete; Pooled Spills.**

The new replacement for clay absorbents. Aqua N-Cap polymer is non-carcinogenic and takes 75% less product to absorb a spill than the major leading brand clay absorbent.

Beware of "biodegradable" absorbents! If the absorbent biodegrades, it will free the hydrocarbon back into the environment. Aqua N-Cap microencapsulated hydrocarbons are non-biodegradable, non-leachable, and non-reactive.

**For Spills or Releases on Water**

Aqua N-Cap can be used on any body of water and will deliver excellent remediation results resulting in low TPH (typically less than 10 ppm) in the affected water depending on conditions. Aqua N-Cap polymer is environmentally safe and superior to other existing technologies in that it:

- Will not absorb water.
- Floats indefinitely before and after use, or until recovered.
- Effectively absorbs more than ten times its weight.
- Will not adhere to shorelines or other materials.
- Non-toxic and non-hazardous.
- Can be recycled or used as a bulk energy source.

Aqua N-Cap polymer requires less product per spill compared to traditional sorbent products. Aqua N-Cap remains afloat while other products may float for only a limited time. These attributes, combined with rapid, effective spill control performance, makes Aqua N-Cap polymer extremely cost effective. Depending on the application, Aqua N-Cap is typically applied at a rate of 0.5 - 2 lbs. per gallon of spilled hydrocarbon.

**Billy we will use this product for any oil that hits the land.**

## TERRACAP™ 3000/4000 Additive



### For Hard Surfaces and Soils

TERRACAP 3000 & 4000 additives are unique absorbents offering advanced solutions to remediate and clean-up a wide variety of fuel, oil, and other hydrocarbon spills from hard surfaces and soils. Through a novel microencapsulation process, the hazardous characteristics of the waste such as ignitability, corrosivity, reactivity and toxicity are quickly eliminated. This two-part solution rapidly desorbs, emulsifies, and binds spilled materials into a solid, inert, stable residue resistant to water leaching. The resultant silica (sand) matrix effectively locks the hazardous components into a stable, environmentally-safe residue. The technology is flexible and can be used to treat a large variety of contaminants ranging from heavy oils and sludges to light fuels and solvents including:

- Gasoline
- Crude Oil
- Kerosene
- Diesel
- Automotive Fluids
- Jet Fuel
- Motor Oils
- Hydraulic Fluids
- Paints & Solvents

4

**GLOBAL DISASTER 000152**

Compared to existing methods, greater savings can be realized in hazardous waste handling and disposal due to the non-hazardous nature of the resulting microencapsulated residue.

## A Fast and Effective Two-Step Process

- STEP 1: The TERRACAP 3000 Additive is a non-hazardous liquid formulated with a strong affinity for hydrocarbons and reacts within seconds when applied to a spill.

- STEP 2: The TERRACAP 4000 Additive is also a non-hazardous liquid that is applied as a curing agent immediately following application of TERRACAP 3000 creating a solid residue.

## Proven Results

- The hydrocarbon is trapped (microencapsulated) into a solid silica matrix.
- By-products are 40-45% (by volume) solid silica residue and 55-60% water.
- Both the solid residue and the water achieve neutral pH.
- Residue is non-leachable, non-extractable and does not retain any of the encapsulated hydrocarbon characteristics.
- TPH Analysis Results

## Eliminate the Risk of Hazardous Waste Handling with a True On-Site Remediation Solution

The TERRACAP 3000/4000 Additives are superior to solid absorbent solutions such as clay (Fuller's Earth), silica, cellulose, corncobs, and polypropylene that require additional handling and add to the volume of hazardous materials. TERRACAP additives reduce the total amount of solid wastes and treat the hazards at the scene instead of just mopping it up, packaging it up, and passing on a risk for someone else to deal with. Compared to existing methods, significant cost savings can be realized and risks reduced in waste handling and disposal due to the non-hazardous nature of the resulting microencapsulated residue. Depending on the application, TERRACAP 3000/4000 is typically applied at a ratio of 1:1:1 (3000:4000:Contaminate) on a volume basis.

## TERRACAP™ Additives Technology Profile

TEPCO, a pioneer in this area, has a patent on a revolutionary microencapsulation technology for hydrocarbons, chemicals or heavy metals. The process is a two-step microencapsulation system that encloses contaminants on a molecular level in an inert amorphous silica matrix as envisioned in Figure 1. The first step in this unique approach is to surround small quantities of the organic contaminant with an aqueous, silica-surfactant system to form a micelle with the TERRACAP silica additive (3000 series). The surfactant orients itself with the hydrophobic portion toward the hydrocarbon and the hydrophilic portion toward the polar sites of the hydrophilic silica (Figure 1). The second additive is a curing agent. TERRACAP curing additives (4000 series) are slightly acidic, aqueous, polymeric materials that react with the alkaline TERRACAP silica to speed up the microencapsulation process. Within minutes, microencapsulation is observed to occur in the form of precipitated agglomerates of wet silica containing the contaminant species in the micelle trapped inside the silica matrix. The pH of the microencapsulated material is approximately neutral.



Figure 1. Schematic Illustration of Putative Mechanism for Silica Entrapment of Micelles and Consequent Adsorption and Solubilization of Organics.

Characterization results suggest the resulting silica matrix is not very permeable or leachable and is resistant to environmental or chemical reactions. Examples of supportive research experiments with the TERRACAP additive process are described below:

**Bulk Oil Samples** - A sample of used 10W-30 motor oil was microencapsulated with the TERRACAP additives and allowed to dry. A TCLP extraction (EPA 1311) followed by analysis for TPH (EPA 8015m) indicated less than 1 ppm extractable TPH from the microencapsulated sample. A similar experiment was conducted with standard Type F hydraulic oil. The TPH leachable portion of the microencapsulated hydraulic oil was 7 ppm using the same EPA test procedures. The concentrations of the neat oils were 20 percent by volume.

5

GLOBAL DISASTER 000153

**Oil Contaminated Soil** - Soil contaminated with 4015 ppm of crude oil was microencapsulated using the TERRACAP additives. A TCLP extraction (EPA 1311) of the treated product, followed by analysis for TPH using EPA 8015m indicated the leachable TPH was reduced to 1.23 ppm. This suggests a high level of success is possible in remediating crude oil contaminated soil with TEPCO's microencapsulation technology.

**Oil/Halocarbon/Lead Contaminated Soil** - Soil contaminated with 1590 ppm crude oil, 115 ppm lead and 32 ppm 1,1,1-trichloroethane was treated with TERRACAP additives. TCLP extraction (EPA 1311) of the treated product, followed by analysis for TPH using EPA 8015m, SW846-8010 for halocarbons and SW846-6010 for lead indicated leachable TPH was reduced to 154 ppm, 1,1,1-trichloroethane was reduced to <10 ppm and lead was reduced to <0.10 ppm.

These three examples support the conceptual use of the TERRACAP microencapsulation technology to remediate hazardous waste to within most regulatory guidelines. Morphological results from Optical Microscopy, Scanning Electron Microscopy (SEM), Energy Dispersive X-Ray Analysis (EDXA), X-Ray Diffraction and Mass Spectroscopy provide evidence that suggests microencapsulation has long-term stability associated with the micro silica cell matrix.

**Morphological Characterization** - Fluorescence, Optical Microscopy Photos, Scanning Electron Microscopy (SEM), Energy Dispersive X-Ray Analysis (EDXA), X-Ray Diffraction and Mass Spectroscopy Research were used to characterize the morphology of the microencapsulation silica cell matrix. Twenty volume percent of a neat crude oil sample, known to fluoresce under ultra violet (UV) light, was microencapsulated and allowed to air dry. The sample was examined using several analytical procedures. The crude oil was observed to be present in the microencapsulated sample under plane polarized light due to the presence of an oil stain on the silica cells as shown in Figure 2. The same sample was then examined under UV light as shown in Figure 3. The sample did not fluoresce as expected attributed to the crude oil in the microencapsulated sample. The oil stain was absent in the control sample without crude oil.




Figure 2. Microencapsulated Crude Oil Magnified 10X Under Plane Polarized Light

Figure 3. Microencapsulated Crude Oil Magnified 10X Under UV Light.

SEM, coupled with EDXA, shows the silica morphology has many cavernous chambers and pockets at 2,000-fold magnification as shown in Figure 4. X-Ray Diffraction indicates the silica cell is largely amorphous silicon dioxide (silica). Amorphous structures are random in nature, and are known to be very stable as opposed to a highly ordered crystalline structure. The crude oil is said to be microencapsulated, meaning it is molecularly bound by physical forces in the micelles and trapped in the fine pores of the silica matrix. The electron micrograph RS 970546 shown in Figure 5 indicates fine structure at the edge reflected by dark and light contrasting of the order of 0.05 to 1 mm or less (500 to 1000 Å or less). This suggests that the porosity and characteristics of the silica aggregates have dimensions over a very broad range (tens of Ås to $\mu$m size). The TERRACAP technologies ability to microencapsulate a high volume of oil (10 - 30 %) on a gram of encapsued material per gram of silica basis is linked to a very small pore size (ca. 50 - 100 Å) as indicated by the fine structure on the micrograph shown in Figure 5.




Figure 4. SEM Showing Silica Morphology With Cavernous Chambers at 2,000 Fold Magnification

Figure 5. SEM Showing the Fine STructure on the Order of 500-1000 Å Suggests the Porosity Characteristics of the Silica Aggregates Has Dimensions

GLOBAL DISASTER 000154

|  | Over a Very Broad Range |
|---|---|

**Mass Spectroscopic Analysis** - The mass spectroscopy (MS) procedure is a technique to study volatiles in fluid inclusions of ores and oil inclusions in rock core samples. In this example, it is used to demonstrate the stability of microencapsulated product. The MS parameters are 125C at $10^{-7}$ torr. The procedure involves crushing a rock sample in a mass spectrometer and observing all possible organic fragments between 60 and 120 atomic mass units resulting from the organic species released from the sample at these severe conditions. In the control experiment (Figure 6a), a background scan (without crushing) mass spectrum of a sample of crude oil included in rock was obtained. The spectrum shows isolated peaks of modest intensity. The sample was crushed internally in the mass spectrometer according to the procedure. Immediately, the spectra in Figure 6b shows a complete range of fragments with atomic mass units between 60 and 120 are detected, as the crude oil components are set free from inclusions in the core sample.



Figure 6: Mass Spectra of the Following: a) Core Sample, Background Scan; b) Crushed Core Sample; c) Microencapsulated Crude Sample, Background Scan; d) Crushed Microencapsulated Crude Sample

Microencapsulated crude oil was placed in the mass spectrometer in a second experiment. The background scan (Figure 6c) shows isolated peaks of modest intensity as expected similar to the results shown in Figure 6a. The microencapsulated crude oil sample was subsequently crushed. Immediately, the spectra (Figure 6d) still showed only isolated peaks of modest intensity and not the substantial increase in amu and intensity found in Figure 6b. The crude oil is present in the microencapsulated sample, but under these aggressive conditions, it does not show appreciable release of the oil for detection in the mass spectrometer. The mass spectroscopy experiment suggests the microencapsulated crude oil sample is very stable to physical force as compared to the crude oil that is not irreversibly included in a rock.

---
##################################################################################
##

Global Disaster Recovery & Rebuilding Services LLC

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Office   225-923-1185

Fax      225-282-2500

Cell     225-244-2323

Cell     225-268-1199

######################################################################
##

--

######################################################################
##

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written, exempt from disclosure under applicable law and/or a matter of National Security. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

**GLOBAL DISASTER 000156**

Billy Burkette

Fax    225-282-2500

Cell   225-244-2323

################################################################################
##

GLOBAL DISASTER 000157