# Exhibit 4

From: BillyBurkette <billyburkette@gmail.com>
Date: Thu, May 27, 2010 at 1:54 PM
Subject: EPA POC
To: Chris Ott <chriso@protechgcs.com>

Lynn DeHaven.   202-260-2342    According to BP this person is the team lead that has to approve Aqua-N-Cap for their use.

Best,

Billy Burkette

Sent from my iPad

Global Disaster Recovery & Rebuilding Services LLC

############################################################################
##

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is confidential, privileged, copy written and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual(s) or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail.  Thank You for your cooperation and understanding.

Sincerely Yours,

Global Disaster Recovery & Rebuilding Services LLC

1

GLOBAL DISASTER 000111


Exhibit 10

Billy Burkette

Office   225-923-1185

Fax   225-282-2500

Cell   225-244-2323

Cell   225-268-1199

##############################################################################
##

--
##############################################################################
##

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written, exempt from disclosure under applicable law and/or a matter of National Security. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Fax   225-282-2500

Cell   225-244-2323

##############################################################################
##

2

GLOBAL DISASTER 000112