# Exhibit 5



# BP
## GULF OF MEXICO REGIONAL OIL SPILL RESPONSE PLAN



*BP*
*200 Westlake Park Blvd.*
*Houston, TX 77079*

*Developed by:*

*The Response Group*
*Emergency Response | Pre-Planning & Support*

*Houston, TX - Anchorage, AK - Boston, MA - Chicago, IL*
*www.responsegroupinc.com*
*281.880.5000*



Exhibit 3

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## OSRP QUICK GUIDE TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| Spill Assessment & Volume Estimation | Spill Assessment & Volume Estimation | 2 |
| Pollution Report Form | Spill Report Form | 10 |
| Notification Flow Charts | Notification Flow Charts | 17 |
| Internal Notifications | Internal Notifications | 22 |
| External Notifications | External Notifications<br>Agency Notifications<br>Emergency Support<br>Spill Response Support<br>OSRO & SRT | 23 |
| Organizational Chart & Roles/Responsibilities | Organizational Chart & Roles/Responsibilities | 39 |
| Dispersant Approval Process | Dispersant Approval Process | 58 |
| OSRO Locations & Equipment Inventories | OSRO Locations & Equipment Inventory | 71 |
| Facility Locations | Facility Locations | 75 |
| ICS Forms | ICS Forms<br>Weather Report<br>Notification Report<br>ICS 201-1 through 201-4<br>ICS 202<br>ICS 205<br>ICS 206<br>ICS 208<br>ICS 214 | 90 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 1 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

## BP OSRP QUICK GUIDE

The BP OSRP Quick Guide is a concise set of easy–to–follow instructions and related information regarding actions to be performed by the person in charge, as well as other on duty personnel, in the event of a release of product in the region covered by the plan. Additional information and detail may be found in the corresponding sections and appendices of the Oil Spill Response Plan itself.

## A. Safety

### I. Introduction

Site Safety Planning is an essential element of emergency preparedness and response. BP is dedicated to ensuring the safety of company personnel and the public. In the event of an oil spill, or other emergency, BP will manage a coordinated response to minimize impacts to the environment while keeping safety issues in the forefront. The Site Safety Plan (with the ICS Forms at the end of this section) is a general plan intended to address initial safety criteria during the early stages of the response effort.

### II. Roles and Responsibilities

*A list of responsibilities of response personnel in the Command Section, and other ICS positions, is detailed in **Section 4** of the OSRP.*

## B. Spill Assessment

Upon receiving indication of an oil spill, or other chemical release that may threaten the Waters of the United States, the following actions are critical to initiating and sustaining an effective response:

| |
|---|
| • Locate the spill |
| • Determine size and volume of the spill |
| • Predict spill movement |
| • Monitor and track spill movement |

Specific directions and strategies for performing the above actions are detailed in **Section 10** of the OSRP. Additionally, **Figure 1-1a** and **Figure 1-1b** provide information related to spill estimation and trajectory requests respectively. **Figures 1-25 – 1-28** are a list of facilities covered by this quick guide and the associated oil spill response plan. *For detailed information regarding spill assessment, see **Section 10** of the OSRP.*

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 2 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

- Initiate surveillance overflights of spill area at first light or as soon as possible with fixed wing or rotary wing aircraft to determine:
  a) Size and description of oil slick
  b) Direction of movement
  c) Coordinates of leading and trailing edge of oil slick
  d) Sensitivities endangered
  e) Population areas threatened
- Video and photograph spill area daily during surveillance over flights for documentation and operational purposes, dependent upon weather conditions.
- Activate the BP Incident Management Team (SMT) along with the Unified Command ICS dependent upon the severity of the emergency event.
- Notify MSRC and other OSRO'S to respond to the emergency dependent upon spill response requirements.
- Obligate all funds required to maintain the coordinated and integrated response activities that are required and/or directed.
- Conduct tactical and planning meetings at predetermined time periods along with incident briefings and special purpose meeting which may include:
  a) Unified Command Meetings
  b) Command Staff Meetings
  c) Business Management Meetings
  d) Agency Representative Meetings
  e) Press Conferences

## C. Locating a Spill

In the event of a significant release of oil, an accurate estimation of the spill's total volume along with the spill location and movement is essential in providing preliminary data to plan and initiate cleanup operations. Generating the estimation as soon as possible will aid in determining:

- Equipment and personnel required;
- Potential threat to shorelines and/or sensitive areas as well as ecological impact; and
- Requirements for storage and disposal of recovered materials.

As part of the initial response, BP will initiate a systematic search with aircraft, primarily helicopters, to locate a spill and determine the coordinates of the release. In the event weather prohibits use of aircraft, (both fixed wing and rotor) field boats may be utilized to conduct search operations.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 3 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

Aircraft will also be utilized to photograph the spill on a daily basis, or more frequently if required, for operational purposes. The overflight information will assist with estimating the spill size and movement based upon existing reference points (i.e., oil rigs, islands, familiar shoreline features, etc.).

## D.   Determining the Size and Volume of a Spill

When a spill has been verified and located, the priority issue will be to estimate and report the volume and measurements of the spill as soon as possible. Spill measurements will primarily be estimated by using coordinates, pictures, drawings, and other information received from helicopter or fixed wing overflights.

Oil spill volume estimations may be determined by direct measurements or by calculations based upon visual assessment of the color of the slick and information related to length and width that can be calculated on existing charts. The appearance of oil on water varies with the oil's type and thickness as well as ambient light conditions. Oil slick thicknesses greater than approximately 0.25 mm cannot be determined by appearance alone.

Direct measurements are the preferred method for determining the volume of a spill. Measurements can be obtained by:

| |
|---|
| • Gauging the tank or container to determine volume lost |
| • Measuring pressure lost over time |
| • Determining the pump or spill rate (GPM) and elapsed time |

Visual assessment for determining the volume of oil based on slick information begins with understanding the terminology listed below:

| |
|---|
| • Sheen – oil visible on the water as a silvery <u>sheen</u> or with <u>tints of rainbow colors</u>. This is the smallest thickness of oil. |
| • Dark colors – visible with dark colors (i.e., <u>yellowish brown</u>, <u>light brown</u>) with a <u>trace of rainbow color</u> but is not black or dark brown. |
| • Black/Dark Brown – fresh oil after initial spreading will have a <u>black</u> or very <u>dark brown</u> color. This is the largest thickness of non emulsified oil. |
| • Mousse – water-in-oil emulsion which is often <u>orange</u> to <u>rust colored</u>. It is thick and viscous and may contain 30% oil. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 4 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



Several nat ural w eathering p rocesses occur w hich di minish t he se verity of the sp ill depending upon the composition of the oil. Natural weathering processes include the following:

| | |
|---|---|
| • | Dispersion |
| • | Dissolution |
| • | Emulsification |
| • | Evaporation |

Factors listed in **Figure 1-1a and Figure 1-1b** will be used to estimate the volume of oil in a spill unless an accurate amount is known by other means. Estimated spill volumes should be rounded off to avoid the misconception of a precise determination.

## E.   Predicting Spill Movement

Real t ime oi l sp ill t rajectory m odels predict the m ovement o f sp illed oi l on w ater as well as identifying potential shoreline impact areas and other environmentally and ecologically sensitive areas.

The R esponse Group in H ouston, TX, is the primary r esource p roviding BP with predictions of both the movement of oil on water and potential impact areas. The Response Group is available on a 24 hour/day basis at (281) 880-5000 (Office) or (713) 906-9866 (Cellular). The Response Group r elies on a num ber o f so urces that pr ovide r eal t ime da ta i n co njunction w ith co ndition variables in order to t rack and predict spill m ovement throughout the duration of an incident. Trajectory m odel r esults will be t ransferred t o BP personnel vi a f ax or by m odem di rectly i nto BP's computer system. Weather forecasts, buoy data, and National Weather Bureau satellite imagery may be collected from internet services or by contacting the National Weather Service as listed below:

| | |
|---|---|
| • | Gulf of Mexico<br>website: http://www.nws.noaa.gov/om/marine/zone/gulf/gulfmz.htm<br>Slidell, LA (504) 589-2808 |
| • | Houston/Galveston, TX Area (281) 337-5074 |
| • | Brownsville, TX (956) 504-1432<br>Austin/San Antonio, TX (830) 606-3617 |
| • | Miami, FL (305) 229-4550 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 5 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

The National Oceanic and Atmospheric Administration (NOAA) is another available resource that can provide oil trajectories.  GNOME (General NOAA Operational Modeling Environment) is the oil spill trajectory model used by OR&R Emergency Response Division (ERD) responders during an oil spill. ERD trajectory modelers use GNOME in Diagnostic Mode to set up custom scenarios quickly. In Standard Mode, anyone can use GNOME (with a Location File) to:

- Predict how wind, currents, and other processes might move and spread oil spilled on the water.
- Learn how predicted oil trajectories are affected by inexactness ("uncertainty") in current and wind observations and forecasts.
- See how spilled oil is predicted to change chemically and physically ("weather") during the time that it remains on the water surface.

For more information, contact Charlie Henry, the NOAA Scientific Support Coordinator for Texas, Louisiana, Mississippi, Alabama and the Florida Panhandle at (504) 589-4414.

Trajectory models can be run with predicted weather information used as input over a several hour period. The Response Group offers the following services from the office and remote locations:

- ✓ Oilmap Trajectory Modeling program
- ✓ General NOAA Oil Modeling Environment
- ✓ Scripps/MMS Oceanographic Data
- ✓ Scripps SEA Current Information
- ✓ MMS Buoy Information
- ✓ NOAA Ship Drift Information
- ✓ Overflight GPS Positioning Data
- ✓ ETA's to Shoreline
- ✓ Offshore Response Plans
- ✓ Biological Resources in the path of the slick

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 6 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

BP personnel can initiate the trajectory mapping process by calling or submitting a trajectory request form, **Figure 1-3**, as soon as the following information is available:

- wind speed & direction
- current speed & direction
- sea state
- spill volume
- continuous or instantaneous release
- type of oil (API gravity)
- latitude & longitude (spill site)
- duration of spill
- direction of spill movement
- date & time of incident
- air & water temperature
- source of spill
- high tide & low tide

Trajectory model results may be updated periodically depending upon revised surveillance information and the latest weather updates.

## F.   Monitoring and Tracking the Spill Movement

Surveillance of the spill movement throughout the incident is essential to bringing response operations to a successful conclusion. BP will maintain the over flight and trajectory modeling programs to monitor and predict the movement of oil until spill response operations are completed.

Surveillance operations can be continued both day and night, and in inclement weather, through the use of infrared sensing cameras capable of detecting oil on water. Information from the infrared cameras can be downloaded to a computer and printed out on a chart and/or recorded on videotape.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 7 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

### Oil Thickness Estimations

| Standard Term | Approx. Film Thickness | | Approx. Quantity of Oil in Film | |
| --- | --- | --- | --- | --- |
| | Inches | Mm | | |
| Barely Visible | 0.0000015 | 0.00004 | 25 gals/mile² | 44 liters/km² |
| Silvery | 0.000003 | 0.00008 | 50 gals/mile² | 88 liters/km² |
| Slight Color | 0.000006 | 0.00015 | 100 gals/mile² | 176 liters/km² |
| Bright Color | 0.000012 | 0.0003 | 200 gals/mile² | 351 liters/km² |
| Dull | 0.00004 | 0.001 | 666 gals/mile² | 1,168 liters/km² |
| Dark | 0.00008 | 0.002 | 1,332 gals/mile² | 2,237 liters/km² |

Thickness of light oils: 0.0010 inches to 0.00010 inches.
Thickness of heavy oils: 0.10 inches to 0.010 inches.

### Spill Volume Estimation Procedure

1. Estimate dimensions (length x width) of the spill in miles. Multiply length times width to calculate area covered by oil in square miles
2. Multiply each area calculated in (1) by the appropriate factor from the thickness estimation table (above) and add the parts together

### Oil Coverage Estimation Chart                    Figure 1-1a

**



From Office of Response & Restriction, National Ocean Service, National Ocean & Atmospheric Administration

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 8 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019253



## Oil Volume Estimation Chart — Figure 1-1b

1. To establish the area affected by pollution.
- Determine spill size (use aircraft if possible).
- Draw an imaginary box around the oil.
- Measure the length and width of the box (5,280 feet = 1 mile).
- Multiply the length x width = (a) $m^2$

2.) Extent of Oil Coverage
- Envision the oil pushed together into one part of the box.
- Estimate % of box containing oil = (b) % coverage.

3.) Multiply estimated area (a) x estimated coverage (b) = (c) total $m^2$

____$mi^2$ x ____% coverage = ___ total $mi^2$
(a) (b) (c)

4.) Appearance of Oil:
- Estimate the percent of the oil matching each color under appearance. Enter that number in the percentage blank (e.g. 50% dull, 30% brightly colored, 20% slightly colored).
- Enter total $mi^2$ (Item c).
- Multiply % appearance x gal/$mi^2$ x $mi^2$ for each appearance.
- Enter sum for total gallons.

ESTIMATION TABLE

| Appearance | % | x | Gal/ $mi^2$ | x | $mi^2$ (c) | = | Gal. |
|---|---|---|---|---|---|---|---|
| Barely Visible | | X | 25 | X | | = | |
| Silvery | | X | 50 | X | | = | |
| Slightly Colored | | X | 100 | X | | = | |
| Brightly Colored | | X | 200 | X | | = | |
| Dull | | X | 666 | X | | = | |
| Dark | | X | 1332 | x | | = | |
| Total Gallons | | | | | | | |

5). Final Calculation (divide gallons by 42):

____Total gal/42 = ____bbls

© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## BP Spill Reporting Form                                    Figure 1-2

**PLEASE FILL OUT HIGHLIGHTED FIELDS IMMEDIATELY AND REPORT TO THE ENVIRONMENTAL PAGER (713)-612-4106**

Date/Time of Spill: _____          Date of Report: _____

Date/Time Spill was Discovered: _____          Time of Report: _____

Sighted By: _____          Reported By: _____

Facility (Lat/Long) Location: _____          County/Parish: _____   State: _____

Area/Block: _____          OCS-G _____   Well #: _____

Description of incident: _____

Spill Source: _____

Type of material released: _____

Quantity Discharged: _____          Discharge Rate: _____

Description of spill: (i.e., slick – colored film or layer of oil, sheen – thin clear film or thin layer of oil; rainbow – reflect on type film, size)

_____

Length of Time Discharge Occurred: _____   Quantity: _____   Recovered: _____

Weather:   Clear _____   Cloudy _____   Fog _____   Rain _____

Wind:   Velocity _____   Dir. (from) _____   Current Dir. (to) _____   Velocity _____

Visibility: _____   Ceiling: _____

Temperature: _____   Wave: Height _____

Did spill affect any water? _____   If yes, describe and name: _____

Size of Oil:  Width _____   Length _____

Percent Coverage: _____

Approximate Location of Oil: Lat. _____   Long. _____

Direction of Movement: _____

Potential Hazard to Life and Property: _____

Description of effects of spill (on fish, wildlife, vegetation, etc.): _____

Damage: _____   Injuries: _____

Corrective Action Taken: _____

Cause: _____

Explain containment and cleanup measures taken (including equipment and material used): _____

How successful were these efforts (amount recovered): _____

Did representative of outside agency visit the scene? _____

If so, which agencies? _____

Additional remarks and recommendations (include any pertinent comments on public relations observation):

_____

_____
Supervisor In Charge

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 10 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| | BP | Section 1 |
|---|---|---|
| **bp** | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Quick Guide |

## Report To Regulatory Agencies

| Agency | Report By: | Report To: | Time and Date |
|---|---|---|---|
| MMS | | | |
| NRC | | | |
| EPA | | | |
| USCG | | | |
| LSP | | | |
| LOSCO | | | |
| TGLO | | | |
| TRRC | | | |
| | | | |
| | | | |

NRC Phone # - 1-800-424-8802          NRC Case Number (assigned by the NRC): _____

NOTES:

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 11 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                                                    **BP-HZN-CEC 019256**

# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

## The Response Group Spill Trajectory Request Form — Figure 1-3

### The Response Group — SPILL TRAJECTORY REQUEST FORM

| THE RESPONSE GROUP | OFFICE: (281) 880-5000 | 24-HOUR: (800) 651-3942 |
|---|---|---|
| FAX: (281) 880-5005 | EFAX: (281) 596-6976 | EMAIL: trajectory@responsegroupinc.com |
| ROY BARRETT | MOBILE: (713) 906-9866 | |
| JEFF HILL | MOBILE: (832) 493-3153 | |

**COMPANY INFORMATION**

Company Name: _____

Company Contact Name: _____

Phone #: _____

Alternate # (ie: Mobile, Pager): _____

Fax #: _____

Email Address: _____

**SPILL SITE INFORMATION**

Source Type (Circle):    Platform/Well    Pipeline    Vessel    Facility

Source Name & Location (Name/Area/Block):

Latitude: _____° _____' _____"          Longitude: _____° _____' _____"

Date & Time of Incident (mm/dd/yy):    _____/_____/_____    _____:_____ (Military)

Type of Product (ie: Medium Crude): _____    API Gravity _____

Estimated Volume of Release: _____ Barrels or Gallons

Continues Release Rate: _____ bbls/hr    How Long: _____ hrs.

**WEATHER CONDITIONS**

Wind Direction (From the): _____    Wind Speed: _____ MPH or Knots

Current Direction (Toward): _____    Current Speed: _____ MPH or Knots

Air Temperature: _____° C or F    Water Temperature: _____° C or F

High Tide: _____    Low Tide: _____

Weather Forecast:

**OVERFLIGHT INFORMATION**

Date & Time of Overflight (mm/dd/yy):    _____/_____/_____    _____:_____ (Military)

Leading Edge Location:

Latitude: _____° _____' _____"          Latitude: _____° _____' _____"

Trailing Edge Location:

Latitude: _____° _____' _____"          Latitude: _____° _____' _____"

Length: _____ Feet / Yards / Miles    Width: _____ Feet / Yards / Miles

Slick Appearance (Percent & Estimated Length & Width)

Barely Visible: _____% L x W: _____    Silvery: _____% L x W: _____

Slight Color: _____% L x W: _____    Bright Color: _____% L x W: _____

Dull: _____% L x W: _____    Dark: _____% L x W: _____

THE RESPONSE GROUP    13231 CHAMPION FOREST DRIVE, SUITE 310    HOUSTON, TX  77069

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2   - GoM Region
Section  1, Page 12  of 116 Pages
© The Response Group 06/20   09

Confidential Treatment Requested

BP-HZN-CEC 019257



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

| | |
|---|---|
| **Initial Response Actions/Mitigation Procedures** | |
| **Description** | BP co mpany em ployees, co ntractors, and su bcontractors are responsible f or maintaining a vigilant watch for oil spill discharges of any magnitude and reporting all discharges to management personnel. In the event the discharge is determined to be from a BP facility or operation, the person in charge as well as on duty field personnel will take immediate action which may include but is not limited to the following: |

- As quickly as possible, sa fely sh ut dow n t he oper ation r esponsible f or the discharge.
- Conduct H azard A ssessment t o det ermine the p otential for fire, ex plosion, and hazardous/toxic vapors as well as to def ine P ersonal P rotection E quipment (PPE) needed by responders.
- Identify and ev acuate ex clusion zone in vicinity of sp ill si te unt il co mpletion of Hazard Assessment.
- Initiate no tification o f m anagement per sonnel a s well as required government agencies as promptly as possible. N ote: The O perations Section C hief i s responsible for initial regulatory notifications.
- The Person in Charge will assu me the duties of Incident Commander until help arrives.
- Use ex plosion pr oof equipment ( i.e., ai r m onitoring e quipment) i n hi gh concentration vapor areas and monitor for flammable vapors until the response operation is completed.
- Adopt a "Safety Fi rst" attitude throughout the duration of the emergency response, and continually ensure the safety of all personnel.
- Notify B P oper ations personnel ( i.e., pl atform oper ators) as well as other company operations that may be impacted by the spill incident.
- Person discovering spill will:
  a) Sound alarm and notify Person in Charge immediately
  b) Shut off ignition points and restrict access to spill area;
  c) Isolate discharge source pending approval by Person in Charge.
- The P erson i n C harge will initiate ev acuation pr ocedures i n t he ev ent unsafe conditions persist to ensure personnel safety.
- Sample discharged m aterial as requested by the Incident Commander by using accepted procedures to prevent sa mple co ntamination and to p rotect the l egal validity of the sample.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 13 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| |
|---|
| • Initiate surveillance overflights of spill area at first light or as soon as possible with fixed wing or rotary wing aircraft to determine:<br>　a) Size and description of oil slick<br>　b) Direction of movement<br>　c) Coordinates of leading and trailing edge of oil slick<br>　d) Sensitivities endangered<br>e) Population areas threatened |
| • Video and photograph spill area daily during surveillance over flights for documentation and operational purposes, dependent upon weather conditions. |
| • Activate the BP Incident Management Team (IMT) along with the Unified Command ICS dependent upon the severity of the emergency event. |
| • Notify Marine Spill Response Corporation, National Response Corporation, and other OSRO'S to respond to the emergency dependent upon spill response requirements. |
| • Obligate all funds required to maintain the coordinated and integrated response activities that are required and/or directed. |
| • Conduct tactical and planning meetings at predetermined time periods along with incident briefings and special purpose meeting which may include:<br>　a) Unified Command Meetings<br>　b) Command Staff Meetings<br>　c) Tactics Meetings<br>　d) Planning Meetings<br>　e) Press Conferences |

## Notifications

Internal and external notifications are a critical part of initiating a response to an oil spill or other emergency. **Figure 1-5** and **Figure 1-6** display internal and external notification procedures for releases of less than 1 barrel greater than 1 barrel respectively. **Figure 1-4** contains flowcharts for notifications. **Figure 1-6 – Figure 1-11** details regulatory notification requirements and contact information for Federal and State Agencies. Additional notification information for Local Agencies can be found in Section 8 of the OSRP. Contact information for Oil Spill Response Organizations (OSROs) and the Spill Response Operating Team (SROT) can be found in **Section 7** of the OSRP. Finally, **Figure 1-10** is the BP Spill Reporting Form. *For detailed information regarding notifications, see **Section 7** and **Section 8** of the OSRP.*

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 14 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**IMT Organization Chart**                    **Figure 1-4a**

**CM/ER Advisor Houston Crisis Center/ICS Specialist**
Apodaca, Al – HCC
Bush, Earnest – HCC
Scott, Cheryl – HCC
Tomme, Pamela - HCC

**(2) Incident Commander (Qualified Individual)**
Hohle, Jeff
Holt,Charlie/ Imm, Gary
Jackson, Curtis / Leary, Mick
McDaniel, Sammy
Oneto, Rick / Replogle, Dan
Seilhan, Keith
Shero, Winston / Mick, Will

**(3) Safety Officer**
TBD

**(4) Liaison Officer**
TBD

**(5) Public Information Officer**
TBD

**(6) Operations Section Chief**
Al Monthiry, Wissam / Black, Jim / Frazelle, Andy / Kirton, Bill / Little, Ian / Littlefield, Burt / Lowe, Jon / O'Donnell, Bill / Rohloff, James / Sanders, Robert
Stead, Damian

**(7) Source Control**
Bednar, John - D
Broman, Bill
Emmerson, Tony - D
Guide, John - P
Hill, Perry - P
Marshall, Rob
Miglicco, Terry - D
Naeger, Robert - X
Nohavitza, Glen-GOMX
Sims, David - X
Skelton, Jake - X
Sprague, Jon - D

**(8) Recovery & Protection Branch Director**
TBD

**(9) Staging Area Manager**
TBD

**(10) Disposal Group**
TBD

**(11) Wildlife Branch Director**
TBD

**(12) Planning Section Chief**
Bartlett, Rick
Handyside, Doug
Hurliman, Joe
Jackson, Victor
Johnson, Dennis P
Loveland, Richard
Rich, Dave
Singh, Pramod
Steel, Bill
Vinson, Graham
Waligura, Starlee
Williamson, Dawn

**(13) Situation Unit Leader**
TBD

**(14) Resource Unit Leader**
TBD

**(15) Document Unit Leader**
TBD

**Land / Survey / GIS Specialist**
Autio, Brian
Baker, Richard

**(16) Technical Specialist**
The Response Group

**(17) Logistics Section Chief**
Hensley, Larry B. - P
Hollier, Jaime - P
Huston, John
Rougeau, John - P
Russell, Virgil - P
Smith, James C. - P
Wheeler, Johnny - P

**(18) Service Branch Director**
TBD

**(19) Support Branch Director**
TBD

**(20) Communications Unit Leader**
TBD

**Business Support Team Contacts**
Addison, Fergus
Lacy, Kevin
Morrison, Richard
Rainey, Dave
Replogle, Dan
Shaw, Neil
Todd, Simon
Zwart, Peter

**(21) Finance Section Chief**
Dewberry, Phil
Dowell, Sandra
Hammer, Cynthia
Henry, Stacey
Hood, Daphne
Kraus, Malcolm - X
Linder, Dave - D
Robbins, Katherine
Russell, Lenny
Song, Diana
Williams, Vicki
Wright, Al

**(22) Procurement Unit Leader**
TBD

**(23) Comp. / Claims Unit Leader**
TBD

**(24) Cost Unit Leader**
TBD

**(25) Time Unit Leader**
TBD

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 15 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019260



Confidential Treatment Requested



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico
Section 1
Quick Guide

### GoM PLBD – Incident Notification Flow Chart        Figure 1-4c

**Houston Crisis Center**
**1-800-321-8642**
**or**
**1-630-961-6200**

Any employee (Company-Contractor) Observing Incident SHOULD NOTIFY

Operator on Duty

Is it safe to remain on the facility? — NO → Activate your Emergency Evacuation Plan (EEP) / Contact USCG Captain of the Port for the appropriate Marine Safety Office

YES

Operations Supervisor / Team Leader

Conduct Initial Assessment / Do you need to activate IMT or Response Resources? Should the Incident Management/Business Crisis Team be activated? — NO → Is the incident a Security Threat or increase to MARSEC Level III'? — NO → * MARSEC Level III is defined by USCG as the probable or imminent threat of an unlawful act against a port, facility or terminal.

YES → Contact USCG District Commander, Verify COMs and Request Assistance. / Contact Group Security or HCC

YES

Operations Supervisor contacts Qualified Individual (QI) and ensures completion of appropriate reports. (Incident Notification, Accident Report, Spill Report, Incident Command System Form 201)

Do additional notifications need to be initiated by Operations Supervisor? / Incident Investigation – MIA, HiPO, LTA) / Regulatory Notifications – Applicable Agencies — NO → Operations Supervisor ensures completion of appropriate internal reports, Incident Notification, Accident Report, Spill Report, Tr@ction

Qualified Individual (QI)
Ensure Notification to BPEnvironmental, Regulatory, Safety Contacts, and Houston Crisis Center if needed. Assess Incident Potential, Ensure notification of Houston Crisis Center to activate IMT/BCT if needed

YES

Houston Crisis Center contacts appropriate Incident Management Team Incident Commander (IC)

Houston Crisis Center contacts Houston Region Business Support Team Crisis Manager as appropriate

BUL / Crisis Manager
notifies
Group Vice President (GVP) / Group Crisis Manager as appropriate

GVP / Regional President
notifies
Group Contacts as appropriate

**Contact BP HSSE District Coordinator**
For The Following Incidents:
- Spills to water (oil, chemical, drilling fluid, etc, including "non-sheening" oil products) at water surface or subsea
- Discharge permit violations (including produced water and deck drain sheens)
- Sheen sighting (unknown origin)
- Objects dropped into water, debris sighting (potential hazard to vessels; unknown origin)
- NOx reportable quantity accidental release (flared gas)
- Observation of gas bubbles in the water at water surface or subsea)
- Dead/injured protected species sighting
- Fire, Explosion

**Contact HSSE BU**
For The Following Incidents:
Injury, Vehicle Incident, Property Damage, Dropped Object (Safety Concern), Security Incident/Threat, Fire, Explosion.
*Do not need to contact HSSE BU for these incidents: Safety Near Miss, First Aid*
**IF IN DOUBT AS TO WHETHER TO NOTIFY THE PAGER/ SAFETY CONTACTS, JUST CALL IT /THEM..**

For PLBD Incidents
COBL Leader will be the liaison between Houston Region BST and Pipeline BST → Pipeline Business Support Team (BST)

• GoM PLBD pipelines supported by Houston Crisis Center: Destin, MPOG,and Mardi Gras

**\* Concerns not adequately addressed?  Call anonymous (confidential) Hotline 1.800.225.6141**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 17 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019262

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**Production Assets (Non-D&C Related) Incident Notification**     **Figure 1-4d**



**Note:** See GoM <u>Incident Notification, Reporting, and Investigation Procedure</u> for instructions on verbal notification timeframes, investigation team make-up, documentation, report distribution and regulatory reporting requirements.

The **Responsible Individual**\* will immediately contact the BP Notification Center at 1-800-321-8692 or 1-630-961-6200 to report an emergency requiring notification of the GoM Incident Management Team.
Emergencies that could require notification of the IMT include:
- Well control incident – uncontrolled blow out
- Stability issue of facility
- Emergency requiring any evacuation of facility
- Or any other issues where the **Responsible Individual**\* needs assistance

**Responsible Individual**\* - OIM, WSL, Vessel PIC

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 18 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019263**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**BP Owned Facilities – D&C Incident Notification**                    **Figure 1-4e**

The **Responsible Individual®** will immediately contact the BP Notification Center at 1-800-321-8692 or 1-630-961-6200 to report an emergency requiring notification of the GoM Incident Management Team.
Emergencies that could require notification of the IMT include:
- Well control incident – uncontrolled blow out
- Stability issue of facility
- Emergency requiring any evacuation of facility
- Or any other issues where the **Responsible Individual®** needs assistance

**Responsible Individual®** - OIM, WSL, Vessel PIC

HSSE Incident

Verbally Notifies

Field Production HSSE Advisor
Field D&C HSSE Advisor
Wellsite Leader

Asset HSSE Advisor
Houston D&C HSSE Advisor
Asset OIM
D&C Team Leader

D&C HSSE Manager
Asset / Ops Manager
D&C Operations Manager

Asset HSSE Manager
D&C Director

VP Affected Asset
VP D&C

GoM SPUL

**Note:** See GoM Incident Notification, Reporting, and Investigation Procedure for instructions on verbal notification timeframes, investigation team make-up, documentation, report distribution and regulatory reporting requirements.

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 19 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## MODU Incident Notification

**Figure 1-4f**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 20 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

## Vessels – Incident Notification

**Figure 1-4g**



The **Responsible Individual** will immediately contact the BP Notification Center at 1-800-321-8692 or 1-630-961-6200 to report an emergency requiring notification of the GoM Incident Management Team.
Emergencies that could require notification of the IMT include:
- Well control incident – uncontrolled blow out
- Stability issue of facility
- Emergency requiring any evacuation of facility
- Or any other issues where the **Responsible Individual** needs assistance

**Responsible Individual** - OIM, WSL, Vessel PIC

**Note:** See GoM <u>Incident Notification, Reporting, and Investigation Procedure</u> for instructions on verbal notification timeframes, investigation team make-up, documentation, report distribution and regulatory reporting requirements.

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 21 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019266**

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**Incident Management Team and Internal Notifications**          **Figure 1-5**

**Please see the BP Quick Guide Organizational Supplement, found in the front pocket.**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 22 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                          **BP-HZN-CEC 019267**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Federal Agency Regulatory Notifications                    Figure 1-6

| National Response Center | Phone Number |
|---|---|
| NRC – Hotline | 800-424-8802 |

Contact NRC **immediately** if any of the following conditions occur:
• A sheen, slick, or spill is observed or discovered.
• A reportable quantity or more of a hazardous substance is released.
• A DOT gas pipeline release causes injury, death, fire, or damage of more than $50,000, including the value of lost product, and the cost of cleanup and recovery.
• A DOT oil or condensate pipeline spill exceeds 5 gallons or causes injury, death, fire, or damage of more than $50,000, including the value of lost product, and the cost of cleanup and recovery.

Verbal reports to the NRC should not et hat a DOT pipeline was involved whenever applicable. A RSPA F7000-1 Form (*Accident Report – Hazardous Liquid Pipeline Systems*) should be completed and submitted to the DOT within 30 days to:

Information Resources Manager
Office of Pipeline Safety, RSPA
U. S. Dept. of Transportation – Room 2335
400 Seventh Street SW
Washington D. C. 20590

| USCG SECTOR / MSU | Phone Number |
|---|---|
| Sector Corpus Christi<br>8930 Ocean Dr.<br>Corpus Christi, TX 78419 | (361) 939-6393  (24 hrs)<br>(361) 939-6349  (24 hrs)<br>(361) 939-6240  Fax |
| Sector Houston – Galveston<br>9640 Clinton Drive<br>Houston, TX 77029 | (713) 671-5100  Office<br>(713) 671-5113  (24 hrs)<br>(713) 671-5147  Fax |
| MSU Port Arthur<br>2901 Turtle Creek Drive<br>Port Arthur, TX 77642 | (409) 723-6500  Office<br>(409) 719-5000  (24 hrs)<br>(409) 723-6534  Fax |
| Sector New Orleans<br>1615 Poydras, 7th Floor<br>New Orleans, LA 70112 | (504) 846-5923  Office<br>(504) 589-6196  (24 hrs)<br>(504) 846-5919  Fax |
| MSU Morgan City<br>800 David Drive RM 232<br>Morgan City, LA 70380 | (985) 380-5320  (24 hrs)<br>(985) 385-1687  Fax |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 23 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Federal Agency Regulatory Notifications (Cont'd)          Figure 1-6

| USCG SECTOR / MSU (continued) | Phone Number |
|---|---|
| Sector Mobile<br>Building 101, Brookley Complex<br>Mobile, AL 36615 | (251) 441-5720  Office<br>(251) 441-5121  (24 hrs)<br>(251) 441-6168  Fax |
| Sector Jacksonville<br>4200 Ocean Street<br>Atlantic Beach, FL 32233 | (904) 564-7500  Office<br>(904) 564-7511/7512  (24 hrs)<br>(904) 564-7519  Fax |
| Sector Miami<br>100 Macarthur Causeway<br>Miami Beach, FL 33139 | (305) 535-8700  Office<br>(305) 535-4472/4473  (24 hrs)<br>(305) 535-8761  Fax |
| MSU St. Petersburg: Prevention<br>Department Tampa<br>155 Columbia Drive<br>Tampa, FL 33606 | (813) 228-2191  Office<br>(727) 824-7506  (24 hrs)<br>(813) 228-2050  Fax |

**Reporting Updates**
Report significant changes or new information to the appropriate USCG Marine Safety Office instead of the NRC. Include the NRC number assigned to the initial spill. Update other agencies as appropriate.

| MMS | Phone Number |
|---|---|
| New Orleans<br>990 North Corporate Drive, Suite 100<br>New Orleans, LA 70123 | (504) 734-6740 Office<br>(504) 734-6742 Office<br>(504) 734-6741 Fax<br>(504) 615-0114 Cell Phone |
| Houma<br>3804 Country Drive<br>P.O. Box 760<br>Bourg, LA 70343-0760 | (985) 853-5884 Office<br>(985) 879-2738 Fax<br>(985) 688-6050 Cell Phone |
| Lafayette<br>201 Energy Parkway, Suite 410<br>Lafayette, LA 70508 | (337) 289-5100 Office<br>(337) 354-0008 Fax<br>(337) 280-0227 Cell Phone |
| Lake Charles<br>620 Esplanade Street, Suite 200<br>Lake Charles, LA 70607-2984 | (337) 480-4600 Office<br>(337) 477-9889 Fax<br>(337) 370-2419 Cell Phone |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 24 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Federal Agency Regulatory Notifications (Cont'd)   Figure 1-6

| MMS | Phone Number |
|---|---|
| Lake Jackson<br>Oak Park Center<br>102 Oak Park Drive, Suite 200<br>Clute, TX 77531 | (979) 238-8121 Office<br>(979) 238-8122 Fax<br>(979) 292-9334 Cell Phone |
| Pipeline Section<br>1201 Elmwood Park Boulevard, MS 5232<br>New Orleans, LA 70123-2394 | (504) 736-2814 Office<br>(504) 736-2408 Fax<br>(504) 452-3562 Cell Phone |

**Spill Reporting**
You must report all spills of *1 barrel or more* to the appropriate MMS district office without delay.
For spills related to drilling or production operations:
• Fax the appropriate district office to report spills of 10 barrels or less.
• Phone the appropriate district office **immediately** to report spills in excess of 10 barrels.
• You must also immediately notify the appropriate MMS District Office and the responsible party, if known, if you observe a spill resulting from operations at another offshore facility.

Within 15 days, confirm all spills of 1 barrel or more in a written follow-up report to the appropriate MMS district office. For any spill of 1 barrel or more, your follow-up report must include the cause, location, volume, and remedial action taken. In addition, for spills of more than 50 barrels, the report must include information on the sea state, meteorological conditions, and size and appearance of the slick.

**Pipeline Reporting**
You must **immediately** notify the Pipeline Section of any serious accident, serious injury or fatality, fire, explosion, oil spills of *1 barrel or more* or gas leaks related to lease term or right-of-way grant pipelines. Phone the Pipeline Section **immediately** to report all pipeline spills of 1 barrel or more.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 25 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan        – Gulf of Mexico

Section 1
Quick Guide

## Federal Agency Regulatory Notifications (Cont'd)        Figure 1-6

| Flower Garden Banks | Phone Number |
|---|---|
| Office: Galveston, Texas | (409) 621 -5151 Office<br>(409) 621 -5151 x102 (George Schmahl) |
| George Schmahl | ██████████████ |
| Marine Sanctuary Division<br>Lisa Symons | (800) 715 -3271 Pager<br>(800) 218 -1232 Pager |
| **Spill Reporting**<br>You must report all spills from leases & ROW located near the Flower Garden Banks. | |

| Department of Transportation<br>Office of Pipeline Safety | Phone Number |
|---|---|
| Notify NATIONAL RESPONSE CENTER | See  Section 8, Page 3 |
| **Spill Reporting**<br>You must report any discharge from DOT Pipeline immediately. | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle     ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,  Page 26  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019271**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Federal Agency Regulatory Notifications (Cont'd)          Figure 1-6

| Environmental Protection Agency | Phone Number |
|---|---|
| REGION IV<br>Superfund/ERRB<br>61 Forsyth Street<br>Atlanta, GA 30303 | |
| Oil Spill | (404) 562-8700 |
| NPDES Permit Violations | (404) 562-9279<br>(Issuances only) |
| REGION VI<br>6SF-R<br>1445 Ross Avenue<br>Dallas, TX 75202 | |
| Oil Spill | (866) EPASPILL<br>(866) 372-7745 |
|   Alternate Number | (214) 665-6444 |
| NPDES Permit Violations | (214) 665-7180 (Dina Granado) |

**Spill Reporting**
Contact EPA within 24 hours if any of the following conditions occur:
• Any unanticipated bypass exceeding limitation in permit.
• Any upset condition which exceeds any effluent limitation in permit.
• Violation of maximum daily discharge limitation or daily minimum toxicity limitation.
• Chemical spills of a reportable quantity.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 27 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019272



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## State Of Texas Regulatory Notifications
Figure 1-7

| Agency | Phone Number |
|---|---|
| General Land Office (TGLO)<br>Stephen F. Austin Building<br>1700 Congress Avenue, # 340<br>Austin, TX 78701 | (800) 832-8224 (Emergency Hotline)<br>(800) 998-4GLO (Toll-Free)<br>(512) 463-5001 |
| Railroad Commission of Texas (TRRC)<br>Main Office<br>1701 North Congress<br>P.O. Box 12967<br>Austin, TX 78711-2967 | (877) 228-5740 (Office)<br>(512) 463-6788 (Emergency, 24 hrs)<br>(512) 463-7288 |
| RRC District 2 Office<br>115 Travis, Suite 1610<br>San Antonio, TX 78205 | (210) 227-1313 (24 hrs) |
| RRC District 3 Office<br>1706 Seamist Drive Ste 501<br>Houston, TX 77008-3135 | (713) 869-5001 (24 hrs) |
| RRC District 4 Office<br>10320 IH 37<br>Corpus Christi, TX 78410 | (361) 242-3113 (24 hrs) |
| Texas Parks and Wildlife | 800-792-1112 |

**TRRC/TGLO**
When a sheen, slick, or spill is observed or discovered, or a chemical release occurs, call the TRC Oil & Gas Division and the Texas General Land Office's 24-hour hotline immediately.

**Parks and Wildlife**
When a spill impacts or has potential to impact a state wildlife management area, call the Texas Parks and Wildlife Department immediately.

| Texas LEPC/Sheriff's Department | Phone Number |
|---|---|
| Aransas County | (361) 729-2222 (24 hrs) |
| Brazoria County | (979) 849-2441 (24 hrs) |
| Calhoun County | (361) 553-4646 (24 hrs) |
| Chambers County | (409) 267-8322 (24 hrs) |
| Galveston County | (409) 766-2322 (24 hrs) |
| Kleberg County | (361) 595-8500 (24 hrs) |
| Matagorda County | (979) 245-5526 (24 hrs) |
| Nueces County | (361) 887-2222 (24 hrs) |
| Willacy County | (956) 689-5576 (24 hrs) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 28 of 116 Pages
© The Response Group 06/2009

BP-HZN-CEC 019273



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**State Of Louisiana Regulatory Notifications**                    **Figure 1-8**

| Agency | Phone Number |
|---|---|
| Emergency Response Commission C/O Office of State Police | (877) 925-6595 (225) 925-6595 (24 hrs, Louisiana one-call emergency number) |
| Department of Environmental Quality Single Point of Contact | (225) 342-1234 (24 hrs) (225) 925-6595 (Emergency) |
| Oil Spill Response Coordinator, Louisiana 625 North Fourth St   Ste 800 Baton Rouge, LA 70802 | (225) 219-5800 |
| Louisiana Department of Environmental Quality (LDEQ) P.O. Box 4312 Baton Rouge, LA 70821-4312 | (225) 219-3953 (225) 342-1234 (24 Hour Hotline) (225) 219-3640 (SPOC) |
| Louisiana Department of Natural Resources (LDNR) | (225) 342-4500 (Business Hours) (225) 342-5505 (After Hours) |
| State or Federal Wildlife Management Pass à Loutre Wildlife Refuge | (337) 373-0032 (New Iberia Office) |
| Rockefeller Wildlife Refuge US Fish and Wildlife Service Delta Wildlife Refuge McFadden National Refuge Sabine National Refuge Breton Sound National Wildlife Refuge | (337) 538-2276 (800) 344-WILD (985) 882-2000 (409) 971-2909 (337) 762-3816 (985) 882-2000 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 29 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019274**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## State Of Louisiana Regulatory Notifications (Cont'd)     Figure 1-8

In the circumstances shown below, call the State Police 24-hour Louisiana Emergency Hazardous Materials hotline. In addition, call the LEPC that has jurisdiction over the facility and the LEPCs for the affected parish. Calls should be made no later than one hour after becoming aware of the emergency.

• W hen an *emergency condition* exists which co uld r easonably be  expected t o endanger t he publ ic, ca use si gnificant env ironmental dam age, or  ca use se vere property  damage.  The hot line  will i n t urn not ify t he Loui siana D epartment  of Environmental Quality (LDEQ).
• When one of the following occurs and the spill or release escapes to water, air, or ground outside the facility boundaries:
• *Ten gallons or more (100 lbs.)* of crude oil is spilled.
• *Twenty MCFD or more* of sweet natural gas are released.
• A release of sour gas occurs with a hydrogen sulfide (H2S) component of *more than 100 pounds.*
• A hazardous substance release meets or exceeds its *Reportable Quantity.*
• Facilities must make follow-up written reports within 5 days after the release occurs to the LEPC with jurisdiction over the facility, and to the:
Emergency Response Commission
c/o Department of Public Safety and Correction
Office of State Police
Transportation and Environmental Safety Section, Mail Slip 21
P. O. Box 66614
Baton Rouge, LA 70896

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 30 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## State Of Louisiana Regulatory Notifications (Cont'd)                    Figure 1-8

Notify the LDEQ under these conditions:
• W hen an *emergency condition* exists which co uld r easonably be expected t o
endanger t he publ ic, ca use si gnificant en vironmental dam age, or ca use se vere
property dam age. A se parate ca ll i s not needed; as stated abov e, t he State P olice
hotline will notify the LDEQ. *Written follow-up to the DEQ is required within seven
days. Written reports should be mailed to:*

**LA Department of Environmental Quality**
**Attention Surveillance Division – SPOC**
**"Unauthorized Discharge Notification Report"**
**P. O. Box 4312**
**Baton Rouge, LA 70821-4312**

• When one of the following occurs *and* the spill or release is *not totally contained:*
• *More than one barrel* of crude oil is spilled.
• A release of sweet natural gas exceeds *1 MMCFD.*
• A release of sour gas occurs with an H2S component of *more than 100 pounds.*
• A hazardous substance release exceeds its *RQ.*

Call the LDNR immediately, but no later than two hours after discovery, for any of the
following:
• A D OT *gas* pipeline r elease ca uses injury, d eath, fire, or dam age o f m ore than
$50,000, including the value of lost product, and the cost of cleanup and recovery.
• A DOT *oil or condensate* pipeline spill exceeds 5 gallons or causes injury, death, fire,
or damage of more than $50,000, including the value of lost product, and the cost of
cleanup and recovery.
Verbal reports to the DNR should note that a DOT pipeline was involved.

If a spill impacts or has potential to impact a state or federal wildlife refuge, notify the
appropriate refuge staff.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 31 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

### State Of Louisiana Regulatory Notifications (Cont'd)          Figure 1-8

| LA Parish Sheriff's Department | Phone Number |
|---|---|
| Cameron Parish (Cameron) | (337) 775-5111 (24 hrs) |
| Vermilion Parish (Abbeville) | (337) 893-0871 (24 hrs) |
| Iberia Parish (New Iberia) | (337) 369-3714 (24 hrs) |
| St. Mary Parish (Franklin) | (337) 828-1960 (24 hrs) |
| Terrebone Parish (Houma) | (985) 876-2500 (24 hrs) |
| LaFourche Parish (Thibodeaux) | (985) 449-2255 (24 hrs) |
| Jefferson Parish (Gretna) | (504) 363-5500 (24 hrs) |
| Plaquemines Parish (Pointe A La Hache) | (504) 564-2525 (24 hrs) |
| St. Bernard Parish (Chalmette) | (504) 271-2501 (24 hrs) |
| Orleans Parish (New Orleans) | (504) 822-8000 (24 hrs) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 32 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                          **BP-HZN-CEC 019277**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## State Of Mississippi Regulatory Notifications          Figure 1-9

| Agency | Phone Number |
|---|---|
| Mississippi Emergency Management Agency (MEMA) P.O. Box 4501 Jackson, MS 39296-4501 | (601) 933-6362 (24 hrs) (800) 222-6362 (24 hrs) |
| Mississippi DEQ Bureau of Pollution Control (MDEQ) P.O. Box 10385 Jackson, MS 39289-0385 Oil and Hazardous Coordinator – Eric Deare | (601) 352-9100 (24 hrs) (800) 222-6362 (24 hrs) |
| Mississippi Department of Marine Resources (MDMR) 1141 Bayview Avenue, Suite 111 Biloxi, MS 39530 Lieutenant Frank Wescovich | (228) 374-5000 (228) 523-4134 (24 hrs) (Marine Patrol) |
| Mississippi State Oil and Gas Board (MS&GB) 500 Greymont Avenue, Suite E Jackson, MS 39202 Kent Ford | (601) 354-7142 (24 hrs) |
| When a sh een, slick, or spill is observed or discovered, or a non-permitted chemical release occurs, call the Mississippi state agencies listed in the table. | |

| Mississippi EMA & Sheriff's Offices | Phone Number |
|---|---|
| Hancock County     EMA     Sheriff's Office | (228) 466-8320 (228) 466-6900 |
| Harrison County     EMA     Sheriff's Office | (228) 865-4002 (228) 896-3000 |
| Jackson County     EMA     Sheriff's Office | (228) 769-3111 (228) 769-3063 |
| When five barrels or more of crude oil or condensate are spilled, call the appropriate Mississippi CCD agency or sheriff's office immediately. | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 33 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## State Of Alabama Regulatory Notifications          Figure 1-10

| Agency | Phone Number |
|---|---|
| AL Department of Environmental Management (ADEM) Mobile Field Office 2204 Perimeter Road Mobile, AL 36615 Chief of Mobile Branch (John Carlton) | (251) 450-3400 (24 hrs) (251) 242-4378 (24 hrs) (800) 424-8802 (State Warning Point) |
| AL Department of Environmental Management (ADEM) P.O. Box 301463 Montgomery, AL 36130-1463 | (800) 843-0699 (24 hrs) |
| AL Oil and Gas Board (AO&GB) 4173 Commander Drive Mobile, AL 36615 | (251) 438-4848 (251) 943-4326 (24 hrs) |
| AL Oil and Gas Board (AO&GB) Tuscaloosa, AL P.O. Box "O" Tuscaloosa, AL 35486-0004 | (205) 349-2852 |
| AL Civil Defense Mobile, AL | (251) 460-8000 (24 hrs) |
| AL Dept. of Conservation & Natural Resources (ADCNR) State Lands Division 64 North Union Street, Room 464 Montgomery, AL 36130 Nancy Cone | (334) 242-3467 |

When a sheen, slick, or spill is observed or discovered, or a non-permitted chemical release occurs, call the ADEM immediately. In addition, call the appropriate office of the AO&GB.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 34 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**State Of Florida Regulatory Notifications**      **Figure 1-11**

| Agency | Phone Number |
|---|---|
| State Warning Point (24-hour) | (800) 320-0519 or (850) 413-9911 |
|  | (850) 413-9900 Emergency Response |
| Florida DEP District Emergency Response Offices (8am – 5pm) |  |
| Tallahassee | (850) 245-2010 |
| Pensacola | (850) 595-8300 |
| Jacksonville | (904) 807-3300 x3246 |
| Orlando | (407) 894-7555 |
| Tampa | (813) 632-7600 |
| Ft. Myers | (239) 332-6975 |
| Ft. Lauderdale | (561) 681-6600 |
|  |  |
| Florida Marine Patrol (24-hour) | (888) 404-3922 |

When a sheen, slick, or spill is observed or discovered, or a non-permitted chemical release occurs, call the State Warning Point, Florida Bureau of Emergency Response, and the Florida Marine Patrol.

The following information should be provided upon notification to Florida authorities:

1. Name, address, and telephone number of person reporting
2. Name, address, and telephone number of person responsible for the discharge or release, if known
3. Date and time of the discharge or release
4. Type or name of substance discharged or released
5. Estimated amount of the discharge or release
6. Location or address of discharge or release
7. Source and cause of the discharge or release
8. Size and characteristics of area affected by the discharge or release
9. Containment and cleanup actions taken to date
10. Other persons or agencies contacted

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 35 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

### Alabama & Florida Local Notifications                    Figure 1-11

| Contact Information | Phone Number |
|---|---|
| **Mobile, AL** | |
| Sheriff's Department | (251) 574-2423 |
| Police Department | (251) 208-7211 |
| Fire Department | (251) 208-7351 |
| Port Authority Security Department | (251) 441-7777 (24 hrs) |
| Emergency Management Agency | (251) 460-8000 (24 hrs) |
| **Pensacola, FL** | |
| Florida Highway Patrol | (850) 484-5000 |
| Police Department | (850) 435-1900 |
| Fire Department | (850) 436-5200 |

### National Response Corporation Contact Information          Figure 1-12a

| International Operations Center | |
|---|---|
| Toll Free Hotline – Spills Only | (800) 899-4672 |
| Telephone | (631) 224-9141 |
| Facsimile | (631) 224-9086 |
| Telex | 496 173 80 |
| Email | iocdo@nrcc.com |
| | |
| **Gulf of Mexico Operations Center** | |
| Toll Free Hotline | (877) 334-4466 |
| Telephone | (985) 380-3166 |
| Facsimile | (985) 380-3163 |
| Email | iocdo@nrcxchange.nrcc.com |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 36 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                              **BP-HZN-CEC 019281**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Response Organization and Structure

BP's emergency response organization is designed to manage the response to any emergency involving BP's operations. The organizational structure of the IMT is based on NIMS ICS and operates within a tiered response framework, which allows for the mobilization of resources at varying levels as dictated by incident circumstances. **Figure 1-13** display a general and a detailed representation of the Incident Management Team Organizational structure within BP.

The Unified Command structure allows all agencies with responsibility for the incident, whether geographical or functional, to manage an incident by establishing a common set of incident objectives and strategies. The Unified Command is responsible for the overall management of the incident and directs incident activities including the development and implementation of strategic decisions as well as approving the ordering and releasing of resources. **Figure 1-13** displays the Unified Command structure within the BP response organization. *For detailed information regarding the response organization and structure, please see* **Section 4** *of the OSRP.*

### Multi-Tiered Response Organization – Tactical Response Team

BP's emergency response organization is designed to manage the response to any emergency involving BP's operations. It consists of three interfunctional tiers, each with its own response team, roles, and responsibilities. The first tier is the Tactical Response Team (TRT). The TRT is comprised of the highly trained personnel who initially respond to the incident and conduct the at-the-scene, hands-on tactical response operations. This team may include BP personnel (BP Strike Team), response contractors (OSROs), and government agency personnel (police and/or fire departments). Upon activation of an IMT, the TRT is integrated into and forms the bulk of the Operations Section of the IMT.

### Multi-Tiered Response Organization – Incident Management Team

BP's Incident Management Teams are primarily comprised of BP personnel; however, the IMT may include BP Americas Response Team members, government agency personnel, and/or contractors. The primary roles of the IMT are:

- to provide strategic direction to incident response operations
- support the TRT
- address issues best handled at the IMT level
- interface with/provide information to external parties.

The organizational structure of the IMT is based on NIMS ICS and operates within a tiered response framework, which allows for the mobilization of resources at varying levels as dictated by incident circumstances. IMT duties and responsibilities are illustrated in **Figure 4-2**.

Refer to **Figure 4-1** for the BP IMT Organization Chart. The IMT Organization Chart is illustrated in **Figure 7-1** while the names and phone numbers for IMT members are listed in **Figure 7-6a**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 37 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Multi-Tiered Response Organization – Business Support Team**

The third tier of BP's emergency response organization is the Business Support Team (BST). The BST has two basic responsibilities – to provide support to the IMT and to address ancillary issues that are related to the incident but fall outside the IMT's responsibility to manage the immediate incident. Examples of BST responsibilities include:

| |
|---|
| ● Identify potential resources for use by the IMT |
| ● Liaise with local government representatives to mitigate potential ramifications of the incident on current or future legislation |
| ● Serve as communication conduit between the IMT and the Group Crisis Team |
| ● Assist in any matters or issues as requested by the IMT, e.g. media inquiries, HR, press releases |
| ● Provide assistance and support to the Group Crisis Team in the development of the strategic response to the incident |
| ● IP Worksheet assessment or further assessment of incident potential |

The BST is small in comparison to a typical IMT, consisting of up to nine advisors who work in support of the BST Business Support Manager. It is important to note that the BST does not give response directions to the IMT. However, it is the responsibility of the BST Business Support Manager to confirm the qualifications of the Incident Commander for leading the IMT and, if appropriate, to designate a new Incident Commander to lead the IMT.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 38 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**Incident Management Team Organizational Chart**                    **Figure 1-13**

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Appendix A, Page 39 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019284



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## G.    Initial ICS Responsibilities

**BP Incident Management Team
Duties and Responsibilities Checklist**

**INCIDENT COMMANDER (IC) (QUALIFIED INDIVIDUAL) (QI)**

*Responsible for overall command and control of emergency response effort*

| ✳ | Response Actions |
|---|---|
| | Review common responsibilities. |
| | Review Incident Commander responsibilities and serve in such capacity until IMT is activated and in place. |
| | Serve as initial point of contact for RP personnel in initial response. |
| | Assess incident situation and ensure appropriate response steps are being taken. |
| | Ensure adequate safety measures are in place. |
| | Ensure regulatory notifications have been completed. |
| | Establish appropriate communications with FOSC, SOSC and other federal and state officials, as appropriate. |
| | Oversee initial response actions. |
| | Notify and activate Oil Spill Removal Organizations as is appropriate. |
| | Obligate funds, as is appropriate, to support the conduct of incident response activities. |
| | Ensure activation of Incident Management Team and The Response Group is completed. |
| | Request maps and trajectories from The Response Group. |
| | Perform additional responsibilities as designated by BP. |
| | Review general ICS procedures and common responsibilities. |
| | Obtain a briefing from the prior IC (201 Briefing), if applicable. |
| | Determine Incident Objectives & general direction for managing the incident. |
| | Establish the immediate priorities. |
| | Establish an ICP. |
| | Brief Command Staff and General Staff. |
| | Establish an appropriate organization. |
| | Ensure planning meetings are scheduled as required. |
| | Approve and authorize the implementation of an IAP. |
| | Ensure that adequate safety measures are in place. |
| | Coordinate activity for all Command and General Staff. |
| | Coordinate and serve as primary on-site contact with key people and officials. |
| | Approve requests for additional resources or for the release of resources. |
| | Keep agency administrator informed of incident status. |
| | Approve the use of trainees, volunteers, and auxiliary personnel. |
| | Serve as primary spokesperson and authorize release of information to the news media. |
| | Ensure ICS 209 is completed and forwarded to appropriate higher authority. |
| | Order the demobilization of the incident when appropriate. |
| | Supervise incident response operations and ensure that they are carried out in a manner consistent with BP's policy, appropriate government directives, and the needs and concerns of impacted areas. |
| | Analyze incident potential. |
| | Serve as primary on-site contact person for BP senior management, government representatives, and BP partners. |
| | Ensure that source control and response operations are carried out safely and closely coordinated. |
| | Monitor and evaluate effectiveness of source control and response operations. |
| | Approve and authorize implementation of General Plan. |
| | Consider need for an alternate or backup person for extended (24 hour) coverage. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 40 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

#### SAFETY OFFICER

*Responsible for the overall safety of emergency response operations*

| ✳ | Response Actions |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Participate in tactics and planning meetings, and other meetings and briefings as required. |
| | Identify hazardous situations associated with the incident. |
| | Review the IAP for safety implications. |
| | Provide safety advice in the IAP for assigned responders. |
| | Exercise emergency authority to stop and prevent unsafe acts. |
| | Investigate accidents that have occurred within the incident area. |
| | Assign assistants, as needed. |
| | Review and approve the medical plan (ICS Form 206). |
| | Develop the Site Safety Plan and publish a summary (ICS Form 208) as necessary. |

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

#### LIAISON OFFICER

*Responsible for assuming main point of contact role for regulatory agency involvement*

| ✳ | Response Actions |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Be a contact point for Agency Representatives. |
| | Maintain a list of assisting and cooperating agencies and Agency Representatives, including name and contact information. Monitor check-in sheets daily to ensure that all Agency Representatives are identified. |
| | Assist in establishing and coordinating interagency contacts. |
| | Keep agencies supporting the incident aware of incident status. |
| | Monitor incident operations to identify current or potential inter-organizational problems. |
| | Participate in planning meetings, providing current resource status, including limitations and capability of assisting agency resources. |
| | Coordinate response resource needs for Natural Resource Damage Assessment and Restoration (NRDAR) activities with the OSC during oil and HAZMAT responses. |
| | Coordinate response resource needs for incident investigation activities with the OSC. |
| | Ensure that all required agency forms, reports and documents are completed prior to demobilization. |
| | Brief Command on agency issues and concerns. |
| | Have debriefing session with the IC prior to departure. |
| | Coordinate activities of visiting dignitaries. |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 41 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019286**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

#### PUBLIC INFORMATION OFFICER

*Responsible for developing and releasing information about the incident and managing personnel issues due to accidents/injuries*

| ✳ | Response Actions |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Determine from the IC if there are any limits on information release. |
| | Develop material for use in media briefings. |
| | Obtain IC approval of media releases. |
| | Inform media and conduct media briefings. |
| | Arrange for tours and other interviews or briefings that may be required. |
| | Manage a Joint Information Center (JIC) if established. |
| | Obtain media information that may be useful to incident planning. |
| | Maintain current information summaries and/or displays on the incident and provide information on the status of the incident to assigned personnel. |

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

#### LEGAL OFFICER

*The Legal Officer will act in an advisory capacity during an oil spill response*

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Obtain briefing from the Incident Commander. |
| | Advise the Incident Commander (IC) and the Unified Command (UC), as appropriate, on all legal issues associated with response operations. |
| | Establish documentation guidelines for & provide advise regarding response activity documentation to the response team. |
| | Provide legal input to the Documentation Unit, the Compensation/Claims Unit, and other appropriate Units as requested. |
| | Review press releases, documentation, contracts & other matters that have legal implications for the Comp. |
| | Participate in Incident Command System (ICS) meetings and other meetings, as requested. |
| | Participate in incident investigations and the assessment of damages (including natural resource damage assessments). |
| | Maintain Individual/Activity Log (ICS Form 214a). |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 42 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019287**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **HUMAN RESOURCES SPECIALIST** |
| *The Human Resources specialist is responsible for providing direct human resources services to the response organization, including ensuring compliance with all labor-related laws and regulations* |

| ✳ | Response Actions |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Provide a Point Of Contact (POC) for incident personnel to discuss human resource issues. |
| | Participate in daily briefings and planning meetings to provide appropriate human resource information. |
| | Post human resource information, as appropriate. |
| | Receive and address reports of inappropriate behavior, acts, or conditions through appropriate lines of authority. |
| | Maintain Unit Log (ICS 214). |

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **SOURCE CONTROL BRANCH** |
| *Source Branch Group is responsible for coordinating and directing all salvage/source control activities related to the incident* |

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Division/Group Supervisor Responsibilities. |
| | Coordinate the development of Salvage/Source Control Plan. |
| | Determine Salvage/Source Control resource needs. |
| | Direct and coordinate implementation of the Salvage/Source Control Plan. |
| | Manage dedicated salvage/Source Control resources. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 43 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**

Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **OPERATIONS SECTION CHIEF** |
| *Responsible for management of all operations directly applicable to the response effort* |

| ✱ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Obtain briefing from IC. |
| | Request sufficient Section supervisory staffing for both ops & planning activities. |
| | Convert operational incident objectives into strategic and tactical options through a work analysis matrix. |
| | Coordinate and consult with the PSC, SOFR technical specialists, modeling scenarios, trajectories, etc., on selection of appropriate strategies and tactics to accomplish objectives. |
| | Identify kind and number of resources required to support selected strategies. |
| | Subdivide work areas into manageable units. |
| | Develop work assignments and allocate tactical resources based on strategy requirements. |
| | Coordinate planned activities with the SOFR to ensure compliance with safety practices. |
| | Prepare ICS 234 Work Analysis Matrix with PSC to ensure Strategies & Tactics and tasks are in line with ICS 202 Response Objectives to develop ICS 215. |
| | Participate in the planning process and the development of the tactical portions (ICS 204 and ICS 220) of the IAP. |
| | Assist with development of long-range strategic, contingency, and demobilization plans. |
| | Supervise Operations Section personnel. |
| | Monitor need for and request additional resources to support operations as necessary. |
| | Coordinate with the LOFR and AREPs to ensure compliance with approved safety practices. |
| | Evaluate and monitor current situation for use in next operational period planning. |
| | Interact and coordinate with Command on achievements, issues, problems, significant changes special activities, events, and occurrences. |
| | Troubleshoot operational problems with other IMT members. |
| | Supervise and adjust operations organization and tactics as necessary. |
| | Participate in operational briefings to IMT members as well as briefings to media, and visiting dignitaries. |
| | Develop recommended list of Section resources to be demobilized and initiate recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Establish Command Network and communications protocol. |
| | Review and ensure the appropriateness of strategy and tactics being employed by On-scene Commander; provide necessary strategic direction. |
| | Provide Planning Section Chief or Situation Unit up-to-date information on nature and status of tactical response operations. |
| | Assist Planning Section Chief or Plan Development Unit preparing Incident Action Plan in Preparation of General Plan. |
| | Assist Planning Section Chief or Plan Development Unit preparing General Plan in preparation of General Plan. |
| | Ensure that Operations Section Personnel are aware of & follow BP safety polices, appropriate government agency directives, & Site Safety Plan. |
| | Ensure that concerns of government agencies & impacted citizens are adequately considered in formulation & execution of response strategies. |
| | Receive information from Planning Section Chief on location & movement of spilled or emitted materials. |
| | Work with Environmental Unit Leader Officers to develop an overall Shoreline Protection/Cleanup Strategy. |
| | Provide Information & Liaison Officers Updates on nature & status of tactical response operations. |
| | Ensure that appropriate documentation is compiled by On-scene Commander and forwarded to Planning Section Chief of Documentation Unit. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 44 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019289**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
| --- |
| **RECOVERY AND PROTECTION BRANCH DIRECTOR** |
| *The Recovery and Protection Branch Director is responsible for overseeing and implementing the protection, containment and cleanup activities established in the IAP* |

| ✱ | **Response Actions** |
| --- | --- |
| | Review common responsibilities |
| | Receive briefing from OSC/DOSC. |
| | Identify Divisions, Groups, and resources assigned to the Branch. |
| | Obtain briefing from person you are relieving. |
| | Ensure that Division Supervisors (DIVS) have a copy of the IAP. |
| | Implement IAP for Branch. |
| | Develop with subordinates alternatives for Branch control operations. |
| | Review Division/Group Assignment Lists (ICS 204) for Divisions/Groups within the Branch. Modify lists based on effectiveness of current operations. |
| | Assign specific work tasks to DIVS. |
| | Supervise Branch operations. |
| | Resolve logistic problems reported by subordinates. |
| | Attend planning meetings at the request of the OSC/DOSC. |
| | Ensure through chain of command that Resources Unit is advised of changes in the status of resources assigned to the Branch. |
| | Report to OSC/DOSC when: the IAP is to be modified; additional resources are needed; surplus resources are available; or hazardous situations or significant events occur. |
| | Approve accident and medical reports (home agency forms) originating within the Branch. |
| | Consider demobilization well in advance. |
| | Debrief with OSC/DOSC and/or as directed at the end of each shift. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 45 of 116 Pages
© The Response Group 06/2009

BP-HZN-CEC 019290



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **STAGING AREA MANAGER** |
| *Responsible for managing all aspects of Staging Area(s) including safety and security* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Proceed to Staging Area. |
| | Establish Staging Area layout. |
| | Obtain briefing from person you are relieving, if applicable. |
| | Determine any support needs for equipment, feeding, sanitation and security. |
| | Establish check-in function as appropriate. |
| | Ensure security of staged resources. |
| | Post areas for identification and traffic control. |
| | Request maintenance service for equipment at Staging Area as appropriate. |
| | Respond to request for resource assignments. (Note: This may be direct from the OSC/DOSC or via the Incident Communications Center.) |
| | Obtain and issue receipts for radio equipment and other supplies distributed and received at Staging Area. |
| | Determine required resource levels from the OSC/DOSC. |
| | Advise the OSC/DOSC when reserve levels reach minimums. |
| | Maintain and provide status to Resource Unit of all resources in Staging Area. |
| | Maintain Staging Area in orderly condition. |
| | Demobilize Staging Area in accordance with the Incident Demobilization Plan. |
| | Debrief with OSC/DOSC or as directed at the end of each shift. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 46 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **DISPOSAL GROUP** |
| *The Disposal Group Supervisor is responsible for coordinating the on-site activities of personnel engaged in collecting, storing, transporting, and disposing of waste materials* |

| ✳ | Response Actions |
|---|---|
| | Review Division/Group Supervisor Responsibilities. |
| | Implement the Disposal Portion of the IAP. |
| | Ensure compliance with all hazardous waste laws and regulations. |
| | Maintain accurate records of recovered material. |
| | Maintain Unit/Activity Log (ICS Form 214). |

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **WILDLIFE BRANCH DIRECTOR** |
| *Responsible for minimizing wildlife losses during spill response operations* |

| ✳ | Response Actions |
|---|---|
| | Review Branch Director Responsibilities. |
| | Develop the Wildlife Branch portion of the IAP. |
| | Supervise Wildlife Branch operations. |
| | Determine resource needs. |
| | Review the suggested list of resources to be released and initiate recommendation for release of resources. |
| | Assemble and disassemble teams/task forces assigned to the Wildlife Branch. |
| | Report information about special activities, events, and occurrences to the OPS. |
| | Assist the Volunteer Coordinator in determining training needs of wildlife recovery volunteers. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 47 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| BP Incident Management Team Duties and Responsibilities Checklist | |
|---|---|
| **PLANNING SECTION CHIEF** | |
| *Responsible for collection, evaluation of information about development of incident* | |
| ✱ | **Response Actions** |
| | Review Common Responsibilities. |
| | Collect, process, and display incident information. |
| | Assist OSC in the development of response strategies. |
| | Supervise preparation of the IAP. |
| | Facilitate planning meetings and briefings. |
| | Assign personnel already on-site to ICS organizational positions as appropriate. |
| | Establish information requirements and reporting schedules for Planning Section Units (e.g., Resources, Situation). |
| | Determine the need for any specialized resources in support of the incident. |
| | Establish special information collection activities as necessary (e.g., weather, environmental, toxics, etc.). |
| | Assemble information on alternative strategies. |
| | Provide periodic predictions on incident potential. |
| | Keep IMT apprised of any significant changes in incident status. |
| | Compile and display incident status information. |
| | Oversee preparation and implementation of the Incident Demobilization Plan. |
| | Incorporate plans (e.g., Traffic, Medical, Communications, and Site Safety) into the IAP. |
| | Develop other incident supporting plans (e.g., salvage, transition, security). |
| | Assist Operations with development of the ICS 234 Work Analysis Matrix. |
| | Maintain Unit Log (ICS 214). |
| | Advise Incident Commander on all environmental aspects of source control & response operations, & ensure compliance with environmental laws, regulations, &/or government directives. |
| | Facilitate collection & retention of appropriate documentation. |
| | Ensure technical specialists are checked in & assigned to appropriate Units within IMT/TRT |
| | Environmentally sensitive areas, wildlife affected by incident, &/or status of protection efforts. |
| | Assist Information & Liaison Officers in responding to requests for information from media, government agencies, & other external parties. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 48 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019293**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** | |
|---|---|
| **SITUATION UNIT LEADER** | |
| *Responsible for collection and analysis of incident data to determine current status of unit activities (i.e., trajectory modeling, GIS information)* | |
| ✳ | **Response Actions** |
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Begin collection and analysis of incident data as soon as possible. |
| | Prepare, post, or disseminate resource and situation status information as required, including special requests. |
| | Prepare periodic predictions or as requested by the PSC. |
| | Prepare the Incident Status Summary Form (ICS Form 209). |
| | Provide photographic services and maps if required. |
| | Conduct situation briefings at the Command and General Staff Meetings, Tactics Meeting, Planning Meeting and Operations Briefing. |
| | Conduct situation briefings at other meetings/ briefings as required. |
| | Develop and maintain master chart(s)/map(s) of the incident. |
| | Maintain chart/map of incident in the common area of the ICP for all responders to view. |
| | Maintain Unit Log (ICS 214). |

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** | |
|---|---|
| **RESOURCE UNIT LEADER** | |
| *Responsible for maintaining an accounting system indicating location and status of all resources* | |
| ✳ | **Response Actions** |
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Establish the check-in function at incident locations. |
| | Prepare Organization Assignment List (ICS Form 203) and Organization Chart (ICS Form 207). |
| | Prepare appropriate parts of Division Assignment Lists (ICS Form 204). |
| | Maintain and post the current status and location of all resources. |
| | Maintain master roster of all resources checked in at the incident. |
| | Review Resource Unit Leader Job Aid. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 49 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019294**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **DOCUMENTATION UNIT LEADER** |
| *Responsible for providing incident documentation, reviewing records for accuracy and storing documentation files* |

| ✻ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Set up work area; begin organization of incident files. |
| | Establish duplication service; respond to requests. |
| | File all official forms and reports. |
| | Review records for accuracy and completeness; inform appropriate units of errors or omissions. |
| | Provide incident documentation as requested. |
| | Organize files for submitting final incident documentation package. |
| | Prepare ICS 231 Meeting Summary & ICS 233 Action Item Tracker. |
| | Maintain Unit/Activity Log (ICS Form 214). |

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **TECHNICAL SPECIALISTS** |
| *Responsible for coordinating activities with appropriate consultants and contractors (i.e., NRDA reps, Scientific Support Coordinator, etc.)* |

| ✻ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Provide technical expertise and advice to Command and General Staff as needed. |
| | Attend meetings and briefings to clarify and help to resolve technical issues. |
| | Provide expertise during the development of the IAP and other support plans. |
| | Work with the Safety Officer to mitigate unsafe practices. |
| | Work closely with Liaison Officer to help facilitate understanding among stakeholders and special interest groups. |
| | Be available to attend press briefings to clarify technical issues. |
| | Work with Operations Section to monitor compliance with planned actions. |
| | Research technical issues and provide findings to decision makers. |
| | Provide appropriate modeling and predictions as needed. |
| | Trouble shoot technical problems and provide advice on resolution. |
| | Review specialized plans and clarify meaning. |
| | Review THSP Job Aid. |
| | Maintain Unit Log (ICS 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 50 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019295**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist | |
|---|---|
| **LOGISTICS SECTION CHIEF** | |
| *Responsible for managing all incident logistics* | |
| ✳ | **Response Actions** |
| | Review Common Responsibilities. |
| | Plan the organization of the Logistics Section. |
| | Assign work locations and preliminary work tasks to Section personnel. |
| | Notify the Resources Unit of the Logistics Section units activated including names and locations of assigned personnel. |
| | Assemble and brief Branch Directors and Unit Leaders. |
| | Determine and supply immediate incident resource and facility needs. |
| | In conjunction with Command, develop and advise all Sections of the IMT resource approval and requesting process. |
| | Review proposed tactics for upcoming operational period for ability to provide resources and logistical support. |
| | Identify long-term service and support requirements for planned and expected operations. |
| | Advise Command and other Section Chiefs on resource availability to support incident needs. |
| | Provide input to and review the Communications Plan, Medical Plan and Traffic Plan. |
| | Identify resource needs for incident contingencies. |
| | Coordinate and process requests for additional resources. |
| | Track resource effectiveness and make necessary adjustments. |
| | Advise on current service and support capabilities. |
| | Develop recommended list of Section resources to be demobilized and initiate recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Ensure the general welfare and safety of Logistics Section personnel. |
| | Maintain Unit Log (ICS 214). |
| | Work with Finance Section Chief to institute requisition procedure and provide the Finance Section Chief with copies of all Purchase Orders. |
| | Ensure that an overall inventory and inventory management system is maintained of all equipment system is maintained of all equipment, materials, and supplies purchased, rented, borrowed, or otherwise obtained during incident response operations. |
| | Ensure that records are maintained on equipment and services provided and contracts executed during incident response operations. |
| | Provide Planning Section Chief or Resource Unit with up-to-date information on destination and ETA of all equipment and personnel resources obtained for incident response operations. |
| | Assist Planning Section Chief or Plan Development Units in preparation of Incident Action Plans and General Plan. |
| | Provide Operations Section Chief with recommendations on timing of release of logistics services and support personnel and equipment. |

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 51 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
| --- |
| **SERVICE BRANCH DIRECTOR** |
| *The Service Branch Director, when activated, is under the supervision of the LSC, and is responsible for the management of all service activities at the incident* |

| ✴ | Response Actions |
| --- | --- |
| | Review Common Responsibilities. |
| | Obtain working materials. |
| | Determine the level of service required to support operations. |
| | Confirm dispatch of branch personnel. |
| | Participate in planning meetings of Logistics Section personnel. |
| | Review the IAP. |
| | Organize and prepare assignments for Service Branch personnel. |
| | Coordinate activities of Branch Units. |
| | Inform the LSC of branch activities. |
| | Resolve Service Branch problems. |
| | Maintain Unit/Activity Log (ICS Form 214). |

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
| --- |
| **SUPPORT BRANCH DIRECTOR** |
| *Responsible for development of logistic plans in support of IAP for supply, facilities and transportation* |

| ✴ | Response Actions |
| --- | --- |
| | Review Common Responsibilities. |
| | Obtain work materials. |
| | Identify Support Branch personnel dispatched to the incident. |
| | Determine initial support operations in coordination with the LSC and Service Branch Director. |
| | Prepare initial organization and assignments for support operations. |
| | Assemble and brief Support Branch personnel. |
| | Determine if assigned branch resources are sufficient. |
| | Maintain surveillance of assigned units work progress and inform the LSC of their activities. |
| | Resolve problems associated with requests from the Operations Section. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 52 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019297



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **COMMUNICATIONS UNIT LEADER** |
| *Responsible for distribution, installation, maintenance, technical advice and overall Communication Plan for incident response operation* |

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Determine Unit personnel needs. |
| | Prepare and implement the Incident Radio Communications Plan (ICS Form 205). |
| | Ensure the Incident Communications Center and the Message Center is established. |
| | Establish appropriate communications distribution/maintenance locations within the Base. |
| | Ensure communications systems are installed and tested. |
| | Ensure an equipment accountability system is established. |
| | Ensure personal portable radio equipment from cache is distributed per Incident Radio Communications Plan. |
| | Provide technical information as required on:<br>- Adequacy of communications systems currently in operation.<br>- Geographic limitation on communications systems.<br>- Equipment capabilities/limitations.<br>- Amount and types of equipment available.<br>- Anticipated problems in the use of communications equipment. |
| | Supervise Communications Unit activities. |
| | Maintain records on all communications equipment as appropriate. |
| | Ensure equipment is tested and repaired. |
| | Recover equipment from units being demobilized. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 53 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019298**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **FINANCE SECTION CHIEF** |
| *Responsible for managing and supervising financial aspects of emergency response operations* |

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Participate in incident planning meetings and briefings as required. |
| | Review operational plans and provide alternatives where financially appropriate. |
| | Manage all financial aspects of an incident. |
| | Provide financial and cost analysis information as requested. |
| | Gather pertinent information from briefings with responsible agencies. |
| | Develop an operating plan for the Finance/Admin Section; fill supply and support needs. |
| | Determine the need to set up and operate an incident commissary. |
| | Meet with Assisting and Cooperating Agency Representatives, as needed. |
| | Maintain daily contact with agency(s) administrative headquarters on Finance/Admin matters. |
| | Ensure that all personnel time records are accurately completed and transmitted to home agencies, according to policy. |
| | Provide financial input to demobilization planning. |
| | Ensure that all obligation documents initiated at the incident are properly prepared and completed. |
| | Brief agency administrative personnel on all incident-related financial issues needing attention or follow-up prior to leaving incident. |
| | Develop recommended list of Section resources to be demobilized and initial recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Maintain Unit Log (ICS 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 54 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP** | Section 1 |
| Regional Oil Spill Response Plan – Gulf of Mexico | Quick Guide |

| **BP Incident Management Team** **Duties and Responsibilities Checklist** |
|---|
| **PROCUREMENT UNIT LEADER** |
| *Responsible for managing all financial matters pertaining to vendors, contracts, leases and fiscal agreements* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Review incident needs and any special procedures with Unit Leaders, as needed. |
| | Coordinate with local jurisdiction on plans and supply sources. |
| | Obtain the Incident Procurement Plan. |
| | Prepare and authorize contracts and land-use agreements. |
| | Draft memoranda of understanding as necessary. |
| | Establish contracts and agreements with supply vendors. |
| | Provide for coordination between the Ordering Manager and all other procurement organizations supporting the incident. |
| | Ensure that a system is in place that meets agency property management requirements. Ensure proper accounting for all new property. |
| | Interpret contracts and agreements; resolve disputes within delegated authority. |
| | Coordinate with the Compensation/Claims Unit for processing claims. |
| | Complete final processing of contracts and send documents for payment. |
| | Coordinate cost data in contracts with the Cost Unit Leader. |
| | Brief the Finance Section Chief on current problems and recommendations, outstanding issues, and follow-up requirements. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 55 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **COMPENSATION / CLAIMS UNIT LEADER** |
| *The Compensation/Claims Unit Leader is responsible for the overall management and direction of all administrative matters pertaining to compensation for injury and claims related activities (other than injury) for an incident* |

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Obtain a briefing from the Finance Section Chief. |
| | Establish contact with the incident MEDL, SOFR and NLO (or Agency Representatives if no NLO is assigned). |
| | Determine the need for Compensation for Injury and Claims Specialists and order personnel as needed. |
| | Establish a Compensation for Injury work area within or as close as possible to the Medical Unit. |
| | Review Incident Medical Plan. (ICS Form 206). |
| | Ensure that Compensation/Claims Specialists have adequate workspace and supplies. |
| | Review and coordinate procedures for handling claims with the Procurement Unit. |
| | Brief the Compensation/Claims Specialists on incident activity. |
| | Periodically review logs and forms produced by the Compensation/Claims Specialists to ensure that they are complete, entries are timely and accurate and that they are in compliance with agency requirements and policies. |
| | Ensure that all Compensation for Injury and Claims logs and forms are complete and routed to the appropriate agency for post-incident processing prior to demobilization. |
| | Keep the Finance Section Chief briefed on Unit status and activity. |
| | Demobilize unit in accordance with the Incident Demobilization Plan. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 56 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **COST UNIT LEADER** |
| *Responsible for providing incident cost analysis* |

| ✱ | Response Actions |
|---|---|
| | Review Unit Leader Responsibilities. |
| | Obtain a briefing from the Finance Section Chief. |
| | Coordinate with agency headquarters on cost reporting procedures. |
| | Collect and record all cost data. |
| | Develop incident cost summaries. |
| | Prepare resources-use cost estimates for the Planning Section. |
| | Make cost-saving recommendations to the Finance Section Chief. |
| | Ensure all cost documents are accurately prepared. |
| | Maintain cumulative incident cost records. |
| | Complete all records prior to demobilization. |
| | Provide reports to the Finance Section Chief. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 57 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Dispersant Approval Process

Dispersants are chemicals used to remove floating oil from the water surface and disperse it into the water column in order to reduce impact to sensitive shoreline habitats and animals that are present on the water surface. Specially formulated products containing surface-active agents are sprayed onto the slicks by aircraft or boat and are applied undiluted or mixed with water. The dispersants reduce the oil/water surface tension and decrease the energy needed for the slick to break into small particles and mix into the water column. Some turbulence is needed to mix the dispersant into the oil and the treated oil into the water.

**Figure 1-14** represents a Dispersant Use Decision Tree to aid in determining whether or not to pursue dispersants as a response option. **Figure 1-15** is the Dispersant Application form for Pre-Approval by the Regional Response

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 58 of 116 Pages
© The Response Group 06/2009



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

**Dispersant Use Decision Tree**  **Figure 1-14**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 59 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

## Dispersant Pre-Approval Initial Call Checklist          Figure 1-15

Boxes denote essential information

CALLER

Time of Initial Call:  Date: _____ / _____ / _____          Time: _____ CT
                             Month  Day  Year                    (24 hour clock)

Name of Caller:_____
        Telephone #:_____
Name of Alternate Contact:_____
        Telephone #:_____
Company Name:_____BP_____
        Address:
             Street:  _200 Westlake Park Blvd_____
             City:   _Houston_____
State:  _TX_____          Zip Code: _77079_____

SPILL

Initial Time of Spill: Date: _____ / _____ / _____          Time: _____ CT
                              Month  Day  Year                     (24 hour clock)

Location of Spill:  LAT:_____°_____'_____" N     LON: _____°_____'_____" W
        Block Name:_____Block Number:_____
        Type of Release:   [Instantaneous (☐) or Continuous Flow (☐)]
Oil:    Name: _____
        API:  _____°        Pour Point: _____ °C ☐ or °F ☐

Amount Spilled: _____     [GAL ☐ or BBLS ☐(42 Gal/BBL)]

Flow Rate if Continuous Flow (Estimate): _____

ON-SCENE WEATHER (Note:  If not available contact SSC for Weather)

Wind Direction From (Degrees):_____ Wind Speed:_____ Knots
Surface Current (Direction toward, Degrees): _____
        (Speed): _____ Knots
Visibility: _____ Nautical Miles
Ceiling:  _____ Feet
Sea State (Wave height):_____ Feet

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 60 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    BP-HZN-CEC 019305

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

## DISPERSANT SPRAY OPERATION

Dispersant Spray Contractor
Name: _____
Address:
    *Street:* _____
    *City:* _____
    *State:* _____  *Zip Code:* _____
    *Telephone:* _____
Dispersant:   Name: _____
             Quantity Available: _____
Platform:    Aircraft Type: _____
              Multi-Engine (☐) or Single-Engine (☐)
        Boat Type: _____
        Other: _____
        Dispersant Load Capability (Gal): _____
Time to First Drop on the oil (Hours): _____

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 61 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019306



**BP**
Regional Oil Spill Response Plan       – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Texas                    Figure 1-16

| Name | Address | Telephone |
|------|---------|-----------|
| Texas Marine Mammal Stranding Network | 5001 Ave. U, Suite 105C Galveston, TX 78741 | (800) 9MAMMAL* |
| Texas Parks & Wildlife Wildlife Rescue & Rehab Dave Buzan Kills & Spills Team | 4200 Smith School Road Building D Austin, TX 78741 | (512) 389 -4848* (800) 299 -4099 (Pg) |
| *Trajectories/Sensitivities* | | |
| The Response Group | 13231 Champion Forest, Ste. 3 10 Houston, TX 77069 | (281) 880 -5000 (O ) (713) 906 -9866* (C) (281) 861 -6880 (F) |
| *Wildlife Rehab & Education* | | |
| US Fish & Wildlife Service Wildlife Rescue & Rehab John Hu man – Containment Specialist | 17629 El Camino Real Suite 211 Houston, TX 77058 | (281) 28 6-8282 (O ) (281) 282 -9344 (Fax) |
| Wildlife Rehab and Education Sharon Schmalz Michele Johnson | Houston, TX | ███████████ (713) 279 -1417 (P) (281) 418 -8100 (Pg) |
| Texas General Land O ce | | (800) 832 -8224 |
| US Fish & Wildlife Service Eco System Corpus C hristi State University | Corpus Christi, TX | (361) 994 -9005 |
| East Matagorda Bay South Clara Lee – Env. Contaminant Specialist | | (361) 994 -9005 ext 247 |
| Houston Audubon Society | Houston, TX | (713) 932 -1639 (713) 932 -1392* |
| Institute of Marine Life Sciences Texas A&M University Dr. Wursid | Galveston, T X | (409) 740 -4413 |
| Marine Mammal Research Pgrm Texas A&M University | Galveston, TX | (409) 740 -4413 (409) 740 -4421 |
| NOAA National Maritime Fishery Service -Sea Turtles Sibyl Bodamer – Permitted Ind. | Galveston, TX Houston, TX | (409) 766 -3500 (281) 379 -7961* |
| *Environmental Assessments* | | |
| ENTRIX | Houston, TX | (713) 666 -6223 (O ) |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 62 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019307**



**BP**

Regional Oil Spill Response Plan       – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Texas (continued)             Figure 1-16

| Name | Address | Telephone |
|------|---------|-----------|
| *United States Coast Guard* | | |
| MSO Port Arthur | Port Arthur, TX | (409) 723 -6509<br>(409) 723 -6501 * |
| MSO Houston -Galveston | Houston, TX | (713) 671 -5100 * |
| MSO Corpus Christi | Corpus Christi, TX | (800) 434 -9486 *<br>(361) 939 -6227<br>(361) 888 -3162 * |
| *Wildlife Management Areas & Refuges** * | | |
| **(1)** Lower Rio Grande Valley NWR | Alamo, TX | (956) 784 -7500 |
| **(2)** Bentsen SP | Mission, TX | (956) 585 -1107 |
| **(3)** La guna Atascosa NWR | Rio Hondo, TX | (956) 748 -3607 |
| **(4)** Padre Island National Seashore National Park Service (at PINS) | Corpus Christi, TX | (361) 949 -7275*<br>(361) 949 -8173 |
| **(5)** Mustang Island State Park | Port Aransas, TX | (361) 749 -5246 |
| **(6)** Goose Island State Park | Rockport, TX | (361) 729 -2858 |
| **(7)** Aransas Wildlife Refuge<br>    Tom Stehn  – Biologist | Austwell, TX | (361) 286 -3533<br>(361) 286 -3559 ext. 221 |
| **(9)** Welder Flats WMA | Bay City, TX | (979) 244 -7697 |
| **(10)** Big Boggy NWR | Angleton, TX | (979) 849 -6062 |
| **(11)** San Bernard NWR | Angleton, TX | (409) 849 -6062 |
| **(12)** Peach Point WMA | Freeport, TX | (979) 244 -7697 |
| **(13)** Brazoria NWR | Angleton, TX | (979) 849 -6062 |
| **(14)** Galveston Island SP | Galveston, TX | (409) 737 -1222 |
| **(15)** Moody NWR | Anahuac, TX | (409) 267 -3337 |
| **(16)** Anahuac NWR | Anahuac, TX | (409)  267 -3337 |
| **(17)** McFaddin NWR | Sabine Pass, TX | (409) 971 -2909 |
| **(18)** Sea Rim State Park | Sabine Pass, TX | (409) 971 -2559 |
| **(19)** Texas Point NWR | Sabine Pass, TX | (409) 971 -2909 |
| **(20)** Flower Garden Banks National Marine Sanctuary | Bryan, TX | (979) 693 -6018 O<br><br>(409) 621 1316 F |

** See reference numbers for WMA, NWR, SP locations on Texas area map

* Indicates 24 hour number

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,  Page 63  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019308**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Louisiana                Figure 1-17

| Name | Address | Telephone |
|---|---|---|
| Dept of Wildlife and Fisheries<br>    Jim Hanifen – Oil Spill Coordinator | 2000 Quail Drive<br>Baton Rouge, LA | (225) 765-2801<br>(225) 765-2379 |
| LA. Dept of Environmental Quality (Water Resources) | 7290 Bluebonnet<br>Baton Rouge, LA | (225) 342-1234* |
| LOSCO – Roland Guidry | Baton Rouge, LA | (225) 219-5800* |
| US Fish & Wildlife Service<br>Ecological Services<br>    Warren Lorenty – Field Response Coordinator<br>    Buddy Goatcher – Field Response Coordinator<br>    Russel Watson – Alternate<br>    Gerald Bodin – Alternate | 825 Kaliste Saloom,<br>Bldg II<br>Lafayette, LA | (337) 291-3100<br><br>(337) 291-3126<br>(337) 280-1157 (after hrs)<br>(337) 291-3125<br>(337) 886-0893 (after hrs)<br>(337) 291-3116<br>(337) 988-6311 (after hrs)<br>(337) 291-3118 |
| *Minerals Management Services* | | |
| New Orleans District<br>Tim Lannigan<br>Main Switchboard<br>Alex Alvarado | New Orleans, LA | (504) 423-2505 (Office)<br>(504) 423-5340*<br>(504) 736-2544<br>(504) 736-2861<br>(504) 736-2547 |
| Louisiana State Police | Baton Rouge, LA | (225) 925-6595* |
| United States Coast Guard<br>    MSO New Orleans<br>    Search & Rescue Team | New Orleans, LA<br>New Orleans, LA | (504) 589-4218<br>(504) 589-6216*<br>(504) 589-6225 |
| *Weather Service* | | |
| Alert Weather Service | Lafayette, LA | (337) 233-5565 |
| A.H. Glenn & Assoc. | New Orleans, LA | (504) 241-2222 |
| Ed Roy LTD. | Lafayette, LA | (337) 233-3816 |
| *Environmental Assessments* | | |
| Coastal Environments, Inc. | Baton, Rouge, LA | (225) 383-7451 |
| LA Marine Mammal Stranding Network | | (800) 442-2511 |
| Marine Mammal Stranding Network | Baton Rouge, LA | (225) 765-2821 |
| *Oil Analysis* | | |
| Analysis Laboratories, Inc. | Metairie, LA | (504) 889-0710 (Off) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 64 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Louisiana (Cont'd)          Figure 1-17

| Name | Address | Telephone |
|---|---|---|
| *Wildlife Management Areas & Refuges*** | | |
| **(1)** Cameron Prairie NWR | Bell City, LA | (337) 598-2216 |
| **(2)** Lacassine NWR | Lake Arthur, LA | (337) 774-5923 |
| **(3)** Rockefeller SWR | Grand Chenier, LA | (337) 538-2165 |
| **(4)** Marsh Island WMA | New Iberia, LA | (337) 373-0032 |
| **(5)** Atchafalaya Delta WMA | New Iberia, LA | (337) 373-0174 |
| **(6)** Isle Dernieres – USGS Wetlands Research Center | Terrebonne, LA | (337) 266-8550 |
| **(7)** Point e AuChien WMA | Montigut, LA | (985) 594-5494 |
| **(8)** Wisner WMA | Baton Rouge, LA | (225) 765-2811 |
| **(9)** Biloxi WMA | Baton Rouge, LA | (225) 765-2360 |
| **(10)** Pearl River WMA | Baton Rouge, LA | (504) 765-2360 |
| Louisiana SWM | New Iberia, LA | (337) 373-0032 |

** See reference numbers for WMA, NWR, SP locations on Louisiana area map

* Indicates 24 hour number

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 65 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

### Available Technical Expertise – Mississippi                    Figure 1-18

| Name | Address | Telephone |
|------|---------|-----------|
| *Wildlife Management Areas & Refuges*** | | |
| **(1)** Buccaneer | Waveland, MS | 228-467-3822 |
| **(2)** Gulf Island National Seashore | Ocean Springs, MS | (228) 875-9057 |
| **(3)** Mississippi Sandhill Crane NWR | Gautier, MS | (228) 497-6322 |
| **(4)** Shepard State Park | Gautier, MS | (228) 497-2244 |
| **(5)** Grand Bay NWR | Moss Point, MS | (228) 475-0765 |
| Management Agency | | (800) 222-6362* |

** See reference numbers for WMA, NWR, SP locations on MS / AL area map

\* Indicates 24 hour number

### Available Technical Expertise – Alabama                    Figure 1-19

| Name | Address | Telephone |
|------|---------|-----------|
| Alabama Dept. of Conservation Marine Resources Division | 21055 Mildred Casey Dr Gulf Shores, AL | (251) 968-7575 |
| Alabama Oil & Gas Board Headquarters Office Douglas Hall – So. AL Geologist | 420 Hackberry Lane Tuscaloosa, AL | (205) 349-2852 |
| Mobile Office Ralph Hellmich – Chief Geologist | 4173 Commanders Drive Mobile, AL | (251) 438-4848 (251) 943-4326* |
| US Fish & Wildlife Service Ecological Services | 1208 B Main St. Daphne, AL | (251) 441-5181 |
| **(6)** Bon Secour NWR | Gulf Shores, AL | (251) 540-7720 |
| Gulf State Park | Gulf Shores, AL | (251) 948-7275 |
| Alabama Dept. of Environmental Management | | (251) 450-3400 |
| Alabama Emergency Management Agency | | (800) 843-0699* |

** See reference numbers for WMA, NWR, SP locations on MS / AL area map

\* Indicates 24 hour number

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 66 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Florida — Figure 1-20

| Name | Address | Telephone |
|------|---------|-----------|
| Big Lagoon State Recreation Area | 12301 Gulf Beach Hwy Pensacola, FL | (850) 492-1595 |
| Florida Dept of Environmental Protection (Bureau of Emergency Response) | 3900 Commonwealth Blvd. Tallahassee, FL 32399 | (850) 245-2010* |
| ***Florida Fish & Wildlife Conservation Commission (FWCC)*** | | |
| Southwest Florida | 3900 Drane Field Road Lakeland, FL | (863) 648-3200* |
| North Central Florida | Route 7, Box 440 Lake City, FL | (386) 758-0529* |
| ***National Park Service*** | | |
| Gulf Island National Seashore Dispatch | Gulf Breeze, FL | (850) 916-3010* |
| Escambia County Sheriff Dept. | | (850) 436-9620* |
| ***US Fish & Wildlife Service*** | | |
| Ecological Services John Hemming – Contaminate Assessment Specialist | 1612 June Ave. Panama City, FL | (850) 769-0552 (850) 215-1435* |
| ***Mammal Stranding Services*** | | |
| Marine Mammal Stranding Network NMFS SE Fisheries Science Center | | (305) 862-2850 |
| Florida State Warning Point | | (800) 320-0519* (850) 413-9911* |
| ***United States Coast Guard*** | | |
| Detached Duty Office | Panama City, FL | (850) 233-0366 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 67 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| Available Technical Expertise – Florida (Cont'd) | Figure 1-20 |
| --- | --- |

| Name | Address | Telephone |
| --- | --- | --- |
| *Wildlife Management Areas & Refuges*** | | |
| **(1)** Gulf Island National Seashore | Gulf Breeze, FL | (850) 934-2600 |
| **(2)** Saint Vincent NWR, Apalachicola Bay Aquatic Preserve & Apalachicola River & Bay National Estuarine | 479 Market St. Apalachicola, FL | (850) 653-8808 |
| **(3)** Saint Marks NWR | 1255 Lighthouse Road St. Marks, FL | (850) 925-6930 |
| **(4)** Lower Suwannee NWR | 16450 NW 31st Place Chiefland, FL | (352) 493-0238 |
| **(5)** Cedar Keys NWR | 16450 NW 31st Place Chiefland, FL | (352) 493-0238 |
| **(6)** Chassahowitski NWR | 1502 SE Kings Bay Drive Crystal River, FL | (352) 563-2088 |
| **(7)** Egmont Key NWR | Crystal River, FL | (352) 563-2088 |
| **(8)** Pine Island NWR | Sanibel, FL | (239) 472-1100 |
| **(9)** J.N. "Ding" Darling Wilderness | Sanibel, FL | (239) 472-1100 |
| **(10)** Matlacha Pass NWR | Sanibel, FL | (239) 472-1100 |
| **(11)** Ten Thousand Island NWR | Naples, FL | (239) 353-8442 |
| **(12)** Majory Stoneman Douglas Wilderness | Homestead, FL | (305) 242-7700 |
| **(13)** Great White Heron NWR | Big Pine Key, FL | (305) 872-2239 |
| **(14)** National Key Deer Refuge | Big Pine Key, FL | (305) 872-2239 |
| **(15)** Key West NWR | Big Pine Key, FL | (305) 872-2239 |
| **(16)** Dry Tortugas National Park | Key West, FL | (305) 242-7717 |
| **(17)** Crocodile Lake NWR | Key Largo, FL | (305) 451-4223 |
| **(18)** Biscayne National Park | Homestead, FL | (305) 230-7275 |
| Saint Andrew State Recreation Area & State Park Aquatic Preserve | 7255 Hwy 90 East Milton, FL | (850) 983-5359 |
| Crystal River NWR | 1502 SE Kings Bay Drive Crystal River, FL | (352) 563-2088 |
| Saint Martins Marsh Aquatic Preserve | 3266 N. Sailboat Ave Crystal River, FL | (352) 563-0246 |
| Steinhatchee WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Fort Pickens State Aquatic Preserve | 7255 Hwy 90 E Milton, FL | (850) 983-5359 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 68 of 116 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019313**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Florida (Cont'd)   Figure 1-20

| Name | Address | Telephone |
|------|---------|-----------|
| *Wildlife Management Areas & Refuges (cont.)* | | |
| Alligator Harbor Aquatic Preserve | 350 Carroll St. Eastpoint, FL | (850) 670-4783 |
| Saint Joseph Bay Aquatic Preserve | 350 Carroll St. Eastpoint, FL | (850) 670-4783 |
| Saint Joseph Peninsula State Park | 8899 Cape San Blas Road Port St. Joe, FL | (850) 227-1327 |
| Aucilla WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Gulf Hammock WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Tide Swamp WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Big Bend Segrasses Aquatic Preserve | 3266 N. Sailboat Ave. Crystal River, FL | (352) 563-0450 |
| Point Washington WMA | 3911 Hwy 2321 Panama City, FL | (850) 265-3676 |

** See reference numbers for WMA, NWR, SP locations on Florida area map

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 69 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan          – Gulf of Mexico

Section 1
Quick Guide

## Available Technical Expertise – Gulf Coast                     Figure 1-21

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| International Bird Rescue & Research Center<br>    Jay Holcomb  – Executive Dir<br>    Home<br>    Mobile<br>    James Lewis  – Admin Mgr. | 4369 Cordelia Road<br>Fair eld, CA | (707) 207 -0380*<br>▮▮▮▮▮▮▮<br>(707) 249 -4870* |
| National Park Service | Atlanta, GA | (404) 562 -3123 |
| NOAA M arine Mammal Stranding Network  – SE Region Hotline | | (305) 862 -2850 |
| Tri – State Bird Rescue<br>Oil Spill Alert  - Dr. Heidi Stout<br><br>Oil Spill Alert  – Sarah Tegtmeier | 110 Possum Hollow Road<br>Newark, DE | (302) 737 -7241<br>(800) 710 -0696* Pager<br>(800) 710 -0695* Pager |
| *US Dept of The Interior* | | |
| O ce of Env. Policy & Compliance<br>Gregory Hogue  – Regional Environmental<br>O cer | 75 Spring St., Suite 345<br>Atlanta, GA | (404) 331 -4524<br>▮▮▮▮▮▮▮ |
| O ce of En vironmental Policy & Compliance<br>Steve Spencer  - Regional Environmental<br>O cer | PO Box 26567 (MC  -9)<br>Albuquerque, NM | (505) 563 -3572<br>(505) 249 -2462* |
| *US Fish & Wildlife Service* | | |
| Region IV Ecological Services<br>Diane Beeman  – Spill Response Coordinator | 1875 Cent ury Blvd. Ste 200<br>Atlanta, GA | (404) 679 -7140<br>(404) 679 -7094<br>(404) 895 -7093* Pager |

\* Indicates 24 hour number

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle  ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2  - GoM Region
Section 1,  Page 70  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019315**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## External / OSRO Contact Information List                    Figure 1-22

☐ - BP Approved Contractor

| Company | Full Range Response | Other | Locations | Super-visor | Technical/ Operator | Support/ General Laborer |
|---|---|---|---|---|---|---|
| Eagle Construction 800-336-0909 www.ecesi.com | | | Eastland, TX Ft. Worth, TX San Antonio, TX La Porte, TX Gonzales, LA | - | - | - |
| ES & H/Cenac Environmental Services 877-437-2634* 888-422-3622 www.esandh.com trey@esandh.com | ✳ | Emergency response, industrial cleaning, waste transportation and disposal and remediation consulting | Houma, LA Fourchon, LA New Iberia, LA Morgan City, LA Belle Chasse, LA Venice, LA Port Allen, LA Port Arthur, TX | 12 | 25 | 14 |
| Garner Environmental Services 800-424-1716* www.garner-es.com reese@garner-es.com | ✳ | Emergency response, remediation, and disaster response | Deer Park, TX Palacios, TX LaMarque, TX Port Arthur, TX New Orleans, LA | 11 | 19 | |
| C-Mac Environmental Group 251-580-9400 | | | Bay Manette, AL | | | |
| Industrial Cleanup, Inc. 800-436-0883 www.industrialcleanup.net info@industrialcleanup.net | ✳ | Emergency response and oil spill clean up | Garyville, LA Baton Rouge, LA Scott, LA | 5 1 | 10 2 | 56 |
| Shaw Environmental & Infrastructure Inc. 800-537-9540 | ✳ | Environmental clean up | Houston, TX Port Allen, TX | 5 | 13 | 32 |
| Miller Environmental Services, Inc. 800-537-9540 www.miller-env.com info@miller-env.com | ✳ | Environmental clean up | Corpus Christi, TX Port Arthur, TX Sulphur, LA | 11 4 | 27 14 | 25 6 |
| American Pollution Control Inc (AMPOL) 800-48-AMPOL/337-365-7847 www.ampol.net | | Emergency Spill Response, remediation, environmental cleanup | New Iberia, LA | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 71 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## External / OSRO Contact Information List (Cont'd)          Figure 1-22

| Company | Full Range Response | Other | Locations | Super-visor | Technical/ Operator | Support/ General Laborer |
|---------|---------------------|-------|-----------|-------------|---------------------|--------------------------|
| Oil Mop, Inc. 800-OIL MOP1 800-645-6671 | ✳ | Emergency response and clean up | Galveston, TX Lake Charles, LA Cameron, LA Baton Rouge, LA Belle Chasse, LA Intercoastal City, LA New Iberia, LA Fourchon, LA Houma, LA Lafayette, LA Morgan City, LA Venice, LA | 3  2  1 | 10  6  2 | |
| Oil Recovery Company, Inc. 800-350-0443 251-690-9010 www.oilrecoveryco.com Oilrecoveryco@aol.com | ✳ | Oil spill clean up | Mobile, AL Baton Rouge, LA | | | |
| Pneumatic Industrial Services 888-279-9930 www.usesgroup.com/pneumatic /industrial.php larry@pneumaticindustrial.com | | Vacuum work and plant services | La Porte, TX Orangefield, TX | | 4 | |
| Southern Waste Services, Inc. 800-852-8878 www.swsefr.com | ✳ | Emergency spill response, hazardous materials and waste disposal | Panama City, FL Pensacola, FL Tampa, FL Pinellas Park, FL Ft. Meyers, FL Mobile, AL Galveston, TX | 3 | 10  2 | |
| T & T Marine Salvage, Inc. 409-744-1222 www.tandtmarine.com donnat@tandtmarine.com | ✳ | Marine salvage and oil spill clean up | Meraux, LA Galveston, TX | 6 | 11 | 6 |
| The Response Group, Inc. 281-880-5000 713-906-9866* www.responsegroupinc.com information@responsegroupinc .com | | Spill Trajectories IAP/ICS Support | Houston, TX | | | |
| United States Environmental Services 888-279-9930* www.usesgroup.com uses@usesgroup.com | ✳ | Emergency response remediation, site restoration, plant services | Saraland, AL Port Allen, LA Mereaux, LA Venice, LA Channelview, TX | 3  3 | 4 Personnel available based on need | 4 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 72 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                                  BP-HZN-CEC 019317

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 73 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019318**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Response Equipment

**a.  Equipment Inventory**

The National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) are the primary equipment providers for BP in the Gulf of Mexico Region, and maintain a dedicated fleet of vessels and other equipment permanently located at designated ports.  NRC & MSRC have the capability to plan the mobilization and rapid deployment of spill response resources on a 24 hour, 7 days a week basis.

The specification sheets in **Figure E-1** detail the locations and capabilities of each NRC vessel in the Gulf of Mexico area. **Figure E-2** describes the miscellaneous equipment available in the Gulf of Mexico area through NRC. **Figure E-3** describes MSRC's response equipment. For additional information about the response equipment available from NRC & MSRC, please visit their websites, listed below:

http://www.nrcc.com/equipment.html

http://www.msrc.com/Equipment.htm

**b.  Inspection and Maintenance Programs**

As certified OSRO's, BP's primary equipment providers and their affiliates have established programs for inspecting, testing, and maintaining their oil spill response equipment. Additionally, the equipment hours are logged and routine maintenance activities such as oil changes continue to occur even when the equipment is in active use.

Detailed records of maintenance, testing and inspections on NRC equipment located in the Gulf of Mexico can be obtained through the NRC's office in Houston, TX at 281-899-4848. Records for MSRC's equipment may be obtained from the MSRC's office at 703-326-5600 These records are retained by the companies for an indefinite period of time.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 74 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019319



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Section 1<br>Quick Guide |
|---|---|---|

### Rating system for potential worst case discharge:

| Rating | Volume (Barrels) |
|--------|------------------|
| A | 0 - 1,000 |
| B | 1,001 – 3,000 |
| C | 3,001 – 10,000 |
| D | 10,001 – 20,000 |
| E | 20,001+ |

| Table 1 | OCS Production Facilities |
|---------|---------------------------|
| 1 | Provide the 2-letter MMS area designation of the facility (e.g., MP, PS, WC). |
| 2 | Provide the OCS Block No. of the facility (e.g., 25, 251, A-375). |
| 3 | Provide the OCS Lease No. of the facility (e.g., 091, 0425, G 10112). |
| 4 | Provide the facility designation (e.g., No. 2, A, JA). |
| 5 | Provide the 5-digit MMS complex identification number for the facility. |
| 6 | Provide the water depth at the site of the facility in feet. |
| 7 | Provide the latitude and longitude of the facility in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 8 | Provide the distance from the facility to the nearest shoreline in miles. |
| 9 | Provide the API gravity of the densest oil being produced or stores at the facility. |
| 10 | Enter the appropriate worst-case discharge volume rating (e.g., A, B, C, D, or E). |
| 11 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the rate that oil is being produced in barrels per day from an uncontrolled flow of the highest capacity well at the facility. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 75 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019320



| BP | Section 1 |
|---|---|
| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Quick Guide |

| Table 1 | OCS Production Facilities (continued) | |
|---|---|---|
| 12 | If "Rating" in column 10 is "E" of if high rate well has a daily flow rate greater than 2,500 barrels, provide the total volume in barrels of all tanks on the facility used for the storage of oil including production (e.g., fuel oil including diesel fuel, corrosion inhibitors). | |
| 13 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the throughput volume in barrels of oil per day of the lease term pipelines that depart the facility. | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 76 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



# BP
Regional Oil Spill Response Plan    – Gulf of Mexico

Section 1
Quick Guide

## Table 1 – Production Platforms & Structures in OCS Waters

**Figure 1-25**

### Production Platforms and Structures in OCS Waters

| Oper. | Area | Block | Lease | Facility Name | Facility ID[1] | Water Depth | Latitude/ Longitude | Distance to Shore | API Gravity | Rating [2] | High Well[3] | All Storage[4] | Thru Volume[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2481 | | | | A-Holstein Spar | 1035 | 4340' | | 119 | 31.0 | E | E | E | N/A |
| 2481 | | | | A-Mad Dog Spar | 1215 | 4420' | | 111.4 | 27.2 | | E | E | N/A |
| 2481 | | | | Atlantis DC-1 | N/A | 6830' | | 122 | | | N/A | N/A | |
| 2481 | | | | A-Atlantis PQ | 1223 | 7080' | | 124 | | | E | E | N/A |
| 2481 | | | | Pompano Phase II | N/A | 1865' | | 24.4 | | | | | |
| 2481 | | | | Marlin King West | N/A | 5475' | | 55.9 | | | | | |
| 2481 | | | | Marlin King | N/A | 5235' | | 56.3 | | | | | |
| 2481 | | | | A-Horn Mtn. | 00876-1 | 5400' | | 53.0 | 35.0 | B | E | E | N/A |
| 2481 | | | | Na Kika Kepler | N/A | 5810' | | 43.0 | | | | | |
| 2481 | | | | Na Kika Ariel | N/A | 5200' | | 48.0 | | | | | |
| 2481 | | | | A-Nakika | 22088 | 6340' | | 52.2 | | | C | E | N/A |
| 2481 | | | | Na Kika Herschel | N/A | 6800' | | 58.9 | | | | | |
| 2481 | | | | Na Kika Fourier | N/A | 6930' | | 61.7 | | | | | |
| 2481 | | | | Na Kika E. Anstey | N/A | 6660' | | 59.7 | | | | | |
| 2481 | | | | | N/A | 6095 | | 33 | 26 | E | N/A | N/A | N/A |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope: G  oM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,  Page 77  of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019322



## BP
### Regional Oil Spill Response Plan     – Gulf of Mexico

**Section 1**
Quick Guide

### Production Platforms and Structures in OCS Waters (Cont'd)

| Oper. | Area | Block | Lease | Facility Name | Facility ID[1] | Water Depth | Latitude/ Longitude | Distance to Shore | API Gravity | Rating [2] | High Well[3] | All Storage[4] | Thru Volume[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2481 | | | | King | #4 | 3283' | | 60.0 | 29 | C | N/A | N/A | N/A |
| 2481 | | | | Thunder Horse DC32 | N/A | 5630' | | 55.2 | | | | | |
| 2481 | | | | Thunder Horse DC33 | N/A | 5610' | | 55.9 | | | | | |
| 2481 | | | | Thunder Horse PDQ | 1101 | 6030' | | 59.4 | 33.0 | N/A | N/A | N/A | N/A |
| 2481 | | | | Thunder Horse DC45 | N/A | 6260' | | 69.1 | | | | | |
| 2481[b] | | | | B | 27014 | 530' | | 85.1 | | | N/A | N/A | N/A |
| 2530 | | | | E | 1093 | 392' | | 15 | | E | N/A | N/A | N/A |
| 2481 | | | | A-Marlin TLP | 235-1 | 3236' | | 55.7 | 43.1 | E | N/A | N/A | 40,972 |
| 2481 | | | | A-Pompano | 24130 | 1290' | | 23.0 | 31.7 | D | 5,253 | N/A | 49,404 |

[1] Five (5) digit MMS complex identification number of facility.
[2] Worst -case discharge volume rating based on the following table:

| Rating | Volume (Barrels) | Rating | Volume (Barrels) |
|---|---|---|---|
| A | 0 -1,000 | D | 10,001 -20,000 |
| B | 1,001 -3,000 | E | >20,000 |
| C | 3,001 -10,000 | | |

[3] If Rating is E or if high rate well has a daily flow rate > 2,500 bbls, provide the rate that oil is being produced in bpd from an uncontrolled flow
[4] If Rating is E or if high rate well has a daily flow rate > 2,500 bbls, provide the total volume in bbls of all tanks on the facility used for the storage of oil including production (e.g., fuel oil including diesel fuel, corrosion inhibitors).
[5] If Rating is E or if high rate well has a daily flow rate > 2,500 bbls, provide the throughput volume in bpd of the lease term pipelines that depart the facility.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope: G oM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:    GOM SPU
Control Tier: Tier 2    - GoM Region
Section 1,  Page 78  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019323**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| Table 2 | OCS Pipelines |
|---|---|
| 1 | Provide the 2-letter MMS area designation and the OCS Block No. of the originating point of the ROW pipeline (e.g., WC 425, HI A-375). |
| 2 | Provide the latitude and longitude of the originating point of the ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 3 | Provide the 2-letter MMS area designation and the OCS Block No. of the terminus of the ROW pipeline (e.g., WC 425, HI A-375). |
| 4 | Provide the latitude and longitude of the terminus of the ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 5 | Indicate whether the ROW pipeline either terminates or originates at the Federal / State boundary (i.e., Yes, No). |
| 6 | Provide the 5-digit MMS Segment No. of the ROW pipeline (e.g., 00006, 01234, 11456). |
| 7 | Provide the OCS ROW No. of the ROW pipeline (e.g., 092, 0436, G 10992). |
| 8 | Provide the length of the ROW pipeline in feet. |
| 9 | Provide the internal diameter of the ROW pipeline in inches. |
| 10 | Provide the API Gravity of the oil being transported by the ROW pipeline. |
| 11 | Indicate whether the ROW pipeline is monitored by a leak detection system (i.e., yes, no). |
| 12 | Provide the throughput volume in barrels of oil per day of the ROW pipeline. |
| 13 | Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles. |
| 14 | Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e. Yes, No) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 79 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan     – Gulf of Mexico

Section 1
Quick Guide

## B. Table 2 – ROW Pipelines in OCS Waters                    Figure A-3

### ROW Pipelines in OCS Waters

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 00751 | | | | | No | 13677 | 23445 | 368,508 | 24-28 | 29 | Yes | 500,000 | 67.0 | YES |
| 00751 | | | | | No | 13676 | 23444 | 368,066 | 16-20 | Gas | Yes | Prop | 67.0 | YES |
| 2481 | | | | | No | 15263 | G26918 | 8259 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15264 | G26918 | 8259 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15266 | G26919 | 7985 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15267 | G26919 | 7985 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15269 | G26920 | 8406 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15270 | G26920 | 8406 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15273 | G26921 | 8675 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15274 | G26921 | 8675 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15276 | G26922 | 9231 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15277 | G26922 | 9231 | 16 | CSNG | Yes | | | |
| 00751 | | | | | No | 13674 | 23445 | 111,042 | 24 | 29 | Yes | 365,000 | 117.0 | NO |
| 00751 | | | | | No | 14007 | G24634 | 95,442 | 24 | 29 | Yes | Prop | N/A | YES |
| 00751 | | | | | No | 14008 | G24635 | 93,380 | 16 | Gas | Yes | N/A | N/A | YES |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope:  G  oM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier:  Tier 2   - GoM Region
Section 1,  Page 80  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| | BP | | Section 1 |
| Regional Oil Spill Response Plan | – Gulf of Mexico | | Quick Guide |

**ROW Pipelines in OCS Waters**

| Oper | From<br>1 | Latitude/ Longitude<br>2 | To<br>3 | Latitude<br>Longitude<br>4 | F/S<br>Boundary[1]<br>5 | Segment<br>Number<br>6 | ROW #<br>7 | Length<br>(feet)<br>8 | Size (in)<br>9 | API<br>Gravity<br>10 | Leak Detect<br>System<br>11 | Thru Volume[2]<br>(bbls)<br>12 | Distance<br>To Shore[3]<br>13 | Appurt.<br>Platform[4]<br>14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2481 | | ███████████ | | ████████ | No | 14055 | G24655 | 45 | 6 | BLKO | | | | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope: G  oM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE  -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,  Page 81  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan     – Gulf of Mexico

Section 1
Quick Guide

### ROW Pipelines in OCS Waters (Cont'd)

| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 2481 | | | | | No | 13359 | G22472 | 206,538 | 10 | Gas | Yes | Gas | 41.0 | YES |
| 2481 | | | | | No | 13360 | G22473 | 184,814 | 12 | Oil | Yes | | 41.0 | YES |
| 2481 | | | | | No | 13384 | G22475 | 85,302 | 8 | 41 | Yes | 22500 | 72.0 | YES |
| 2481 | | | | | No | 13385 | G22475 | 85,302 | 12 | Meth | Yes | N/A | 72.0 | YES |
| 2481 | | | | | No | 13386 | G22476 | 87,185 | 8 | 41 | Yes | 14500 | 72.0 | YES |
| 2481 | | | | | No | 13387 | G22476 | 87,185 | 12.75 | Glycol H2O | Yes | N/A | 72.0 | YES |
| 2481 | | | | | No | 13814 | G24240 | 53,378 | 05-10 | BLKO | | | | |
| 2481 | | | | | No | 13815 | G24240 | 53,378 | 16 | CSNG | | | | |
| 2481 | | | | | No | 13822 | G24242 | 16,032 | 16 | CSNG | | | | |
| 2481 | | | | | No | 13821 | G24242 | 16,032 | 10 | BLKO | | | | |
| 0751 | | | | | No | 13591 | G23093 | 388,023 | 20-24 | GAS | Yes | N/A | 41.0 | YES |
| 2481 | | | | | No | 13812 | G24241 | 10,084 | 5 | LIFT | | | | |
| 2481 | | | | | | 13826 | G24243 | 15,824 | 04-05 | LIFT | | | | |
| 2481 | | | | | No | 13788 | G24236 | 41,023 | 05-08 | BLKO | | | | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope: G  oM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:   GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,  Page 82  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019327**

| | | | BP | | | | Section 1 |
|---|---|---|---|---|---|---|---|
| | | | Regional Oil Spill Response Plan   – Gulf of Mexico | | | | Quick Guide |

### ROW Pipelines in OCS Waters (Cont'd)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 2481 | | | | | No | 13789 | G24236 | 41,023 | 12 | CSNG | | | | |
| 2481 | | | | | No | 13799 | G24238 | 61,287 | 08 | BLKG | | | | |
| 2481 | | | | | No | 13802 | G24239 | 61,504 | 08 | BLKG | | | | |
| 2481 | | | | | No | 13786 | G23729 | 49,415 | 05-08 | BLKG | | | | |
| 00751 | | | | | No | 13633 | G23429 | 373,166 | 24-28 | 34 | Yes | 416,000 | 17.0 | YES |
| 00751 | | | | | No | 13632 | G23428 | 130,398 | 20 | Gas | Yes | | | NO |
| 00751 | | | | | Yes | 11015 | G16048 | 317,988 | 18 | 34.8 | Yes | 72,000 | 3.0 | NO |
| 02193 Destin PL | | | | | Yes | 11273 | 0176 | 325,867 | 36 | Gas | Yes | Gas | 3 | YES |
| 00751 | | | | | No | 11928 | G20541 | 30,638 | 10 | 45.2 | Yes | 6,016 | 55.6 | NO |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope:  G  oM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:    GOM SPU
Control Tier:  Tier 2    - GoM Region
Section 1,  Page 83  of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019328**



| | BP |
|---|---|
| | Regional Oil Spill Response Plan      – Gulf of Mexico |

**Section 1**
Quick Guide

## ROW Pipelines in OCS Waters (Cont'd)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 02193 | | | | | No | 11930 | G20542 | 69,183 | 24 | Gas | Yes | Gas | 45 | YES |
| 00751 | | | | | Yes | 13534 | G23068 | 243,588 | 30 | Oil | Prop | | | |
| 00751 | | | | | No | 12255 | G21257 | 43,895 | 8 | 51.9 | Yes | 823 | 50 | NO |
| 00751 | | | | | No | 10981 | G16032 | 92,525 | 8 | 34.4 | Yes | 14,030 | 65.6 | NO |
| 02193 | | | | | No | 11935 | G20547 | 162,900 | 24 | 58-62 | Yes | 250 | 19 | YES |
| 2481 | | | | | No | 12757 | Lease term ppl | 23,059 | 6 | 51 | Yes | 2000 | 64.0 | YES |
| 2481 | | | | | No | 12758 | Lease term ppl | 23,059 | 6 | 51 | Yes | Gas | 64.0 | YES |
| 0114 | | | | | No | 11765 | G19681 | 115,063 | 10 | Oil | Yes | | | YES |
| 0114 | | | | | No | 11766 | G19682 | 98,270 | 14 | Gas | Yes | | | YES |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope:  G  oM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE  -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier:  Tier 2    - GoM Region
Section 1,  Page 84  of 116 Pages
© The Response Group 06/2009



| | **BP** | | Section 1 |
|---|---|---|---|
| | Regional Oil Spill Response Plan   – Gulf of Mexico | | Quick Guide |

### ROW Pipelines in OCS Waters (Cont'd)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 2367 | | | | | No | 13146 | Lease term ppl | 5095 | 6 | Gas | Yes | 4000 | 64.0 | YES |
| 2367 | | | | | No | 13145 | Lease term ppl | 5196 | 6 | Gas | Yes | Gas | 64 | YES |
| 2367 | | | | | No | 13147 | Lease term ppl | 94 | 6 | Serv | Yes | | 64.0 | YES |
| 2367 | | | | | No | 13146 | Lease term ppl | 5095 | 6 | Gas | Yes | Gas | 64.0 | YES |
| 2481 | | | | | No | 10269 | G14680 | 57,557 | 12 | 31.7 | Yes | 49,404 | 26.0 | YES |
| 2481 | | | | | No | 10270 | G14681 | 61,956 | 12 | Gas | Yes | Gas | 27.0 | YES |

[1] Indicate whether the ROW pipeline either terminates or originates at the Federal/State boundary (i.e., Yes or No).
[2] Provide the throughput volume in barrels of oil per day of the ROW pipeline.
[3] Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles.
[4] Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e., Yes or No).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope:  G  oM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE  -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier:  Tier 2    - GoM Region
Section 1,  Page 85  of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019330



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| Table 3 | Platforms in State Waters |
|---|---|
| 1 | Provide the 2-letter MMS area designation of the State facility (e.g., MP, PS, WC). |
| 2 | Provide the State Block No. of the State facility. |
| 3 | Provide the State Lease No. of the State facility. |
| 4 | Provide the State facility designation. |
| 5 | Provide the State-assigned identification number for the facility. |
| 6 | Provide the water depth at the site of the State facility in feet. |
| 7 | Provide the latitude and longitude of the State facility in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 8 | Provide the distance from the facility to the nearest shoreline in miles. |
| 9 | Provide the API Gravity of the densest oil being produced or stored at the State facility. |
| 10 | Enter the appropriate worst-case discharge volume rating (e.g., A, B, C, D, or E). |
| 11 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the rate that oil is being produced in barrels per day from an uncontrolled flow of the highest capacity well at the facility. |
| 12 | If "Rating" in column 10 is "E" of if high rate well has a daily flow rate greater than 2,500 barrels, provide the total volume in barrels of all tanks on the facility used for the storage of oil including production (e.g., fuel oil including diesel fuel, corrosion inhibitors). |
| 13 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the throughput volume in barrels of oil per day of the lease term pipelines that depart the facility. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 86 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019331



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**C. Table 3 – Production Platforms & Structures in State Waters**            **Figure A-4**

Not Applicable.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 87 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019332**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| Table 4 | Pipelines in State Waters |
|---|---|
| 1 | Provide the 2-letter MMS area designation and the Block No. of the originating point of the State ROW pipeline (e.g., SP 2, EI 21). |
| 2 | Provide the latitude and longitude of the originating point of the State ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 3 | Provide the 2-letter MMS area designation and the Block No. of the terminus of the State ROW pipeline or the point at which the ROW pipeline crosses the coastline (e.g., HI 96, SS 10). |
| 4 | Provide the latitude and longitude of the terminus of the State ROW pipeline (if in State waters) or the point at which the ROW crosses the coastline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 5 | Indicate whether the ROW pipeline either terminates or originates at the Federal / State boundary (i.e., yes, no). |
| 6 | Provide the State-assigned identification number of the State ROW pipeline, if assigned. |
| 7 | Provide the State-assigned ROW No. of the State ROW pipeline. |
| 8 | Provide the length of the State ROW pipeline in feet. |
| 9 | Provide the internal diameter of the State ROW pipelines in inches. |
| 10 | Provide the API Gravity of the oil being transported by the State ROW pipeline. |
| 11 | Indicate whether the State ROW pipeline is monitored by a leak detection systems (i.e., Yes, No). |
| 12 | Provide the throughput volume in barrels of oil per day of the State ROW pipeline. |
| 13 | Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles. |
| 14 | Indicate whether the ROW pipeline has an associated appurtenance platform(s) (Yes, No). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 88 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019333**



**BP**
Regional Oil Spill Response Plan      – Gulf of Mexico

Section 1
Quick Guide

## D. Table 4 – ROW Pipelines in State Waters

**Figure A-5**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 02193 | | ██████ | | ██████ | YE S | --- | --- | 6,893.2 | 16.876 | 34.8 | YES | 72,000 | 3.0 | |

[1] Indicate whether the ROW pipeline either terminates or originates at the Federal/State boundary (i.e., Yes or No).
[2] Provide the throughput volume in barrels of oil per day of the ROW pipeline.
[3] Provi de the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles.
[4] Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e., Yes or No).
[5] State identi cation numbers are not issued to faciliti   es or pipelines.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope: G  oM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier: Tier 2   - GoM Region
Section 1,   Page 89  of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019334

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Weather Report

| Incident: | Prepared By: | at |
|---|---|---|

| **Period:** _____ | Version Name: |
|---|---|

### Present Conditions

| | | | |
|---|---|---|---|
| Wind Speed: | | Wave Height: | |
| Wind Direction From The: | | Wave Direction: | |
| Air Temperature: | | Swell Height: | |
| Barometric Pressure: | | Swell Interval: | |
| Humidity: | | Current Speed: | |
| Visibility: | | Current Direction Toward: | |
| Ceiling: | | Water Temperature: | |
| Next High Tide (Time): | | Next Low Tide (Time): | |
| Next High Tide (Height): | | Next Low Tide (Height): | |
| Sunrise: | | Sunset: | |

Notes:

### 24 Hour Forecast

| | | | |
|---|---|---|---|
| Sunrise: | | Sunset: | |
| High Tide (Time): | | High Tide (Time): | |
| High Tide (Height): | | High Tide (Height): | |
| Low Tide (Time): | | Low Tide (Time): | |
| Low Tide (Height): | | Low Tide (Height): | |

Notes:

### 48 Hour Forecast

| | | | |
|---|---|---|---|
| Sunrise: | | Sunset: | |
| High Tide (Time): | | High Tide (Time): | |
| High Tide (Height): | | High Tide (Height): | |
| Low Tide (Time): | | Low Tide (Time): | |
| Low Tide (Height): | | Low Tide (Height): | |

Notes:

| **Weather Report** | | © 1997-2009 TRG/dbSoft, Inc. |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 90 of 116 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Notification Status Report

| Incident: | | | | | Prepared By: | | | | at: | |

| Period: | | | to | | | Version Name: | | | | |

| Organization Notified | Phone | Date /Time Notified | Person Contacted | Person Contacted Email | Case No. | Follow Up | ETA On Site | Notified By |
|---|---|---|---|---|---|---|---|---|
| | ( ) - | | | | | ☐ Y ☐ N | HR | |
| Notes: | | | | | | | | |
| | ( ) - | | | | | ☐ Y ☐ N | HR | |
| Notes: | | | | | | | | |
| | ( ) - | | | | | ☐ Y ☐ | HR | |
| Notes: | | | | | | | | |
| | ( ) - | | | | | ☐ Y ☐ N | HR | |
| Notes: | | | | | | | | |
| | ( ) - | | | | | ☐ Y ☐ N | HR | |
| Notes: | | | | | | | | |
| | ( ) - | | | | | ☐ Y ☐ N | HR | |

| Notification Status Report | | | © 1997-2009 TRG/dbSoft, Inc. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 91 of 116 Pages
© The Response Group 06/2009

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide

### ICS 201-1 Incident Briefing Map/Sketch

| Incident: | Prepared By: | at |
|---|---|---|
| Period: | Version Name: | |

| ICS 201-1 Incident Briefing Map/Sketch | | © 1997-2009 TRG/dbSoft, Inc. |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 92 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| ICS 201-2 – Summary of Current Actions | |
|---|---|
| Incident: | Prepared By:                              at: |
| Period:                              to | Version Name: |

### Incident Information

### Initial Incident Objectives

| |
|---|
| |
| |
| |
| |
| |
| |

### Summary of Current Actions

| Date/Time | Action/Note |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| ICS 201-2 Summary of Current Actions | | © 1997-2009 TRG/dbSoft, Inc. |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 93 of 116 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

### ICS 201-3 Current Organization

| | | |
|---|---|---|
| Incident: | Prepared By: | at: |
| Period: | Version Name: | |

Unified Command

Federal _____
State _____
Incident Commander _____
_____
_____

Safety Officer _____
Liaison Officer _____
Public Information Officer _____
_____

| OPS Section Chief | Planning Section Chief | Logistics Section Chief | Finance Section Chief |
|---|---|---|---|
| Branch/Div./Grp./TF | Situation Unit Leader | | |
| Branch/Div./Grp./TF | Resource Unit Leader | | |
| Branch/Div./Grp./TF | Documentation Unit | | |
| Branch/Div./Grp./TF | Environmental Unit | | |
| Branch/Div./Grp./TF | | | |
| Branch/Div./Grp./TF | | | |

| **ICS 201-3 – Current Organization** | | **© 1997-2009 TRG/dbSoft, Inc.** |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 94 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| BP | Section 1 |
|---|---|
| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Quick Guide |

| **ICS 201-4 – Resource Summary** |
|---|

| Incident: | Period: |
|---|---|

| <u>ID</u> | <u>Supplier</u> | Resource Type | Description | Quantiy | Size | Area of Operation | Status | Status Date/Time |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **ICS 201-4 Resource Summary** | | **© 1997-2009 TRG/dbSoft, Inc.** |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 95 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Goals – Objectives – Strategies Development Matrix          Figure 1-25

The checklist and matrix below will assist in developing goals, objectives and strategies.

| Step | Action |
|------|--------|
| 1 | Use the matrix below to assist in developing objectives and priorities.<br>Priorities are situation dependent and influenced by many factors.<br>Safety of life is always the highest priority.<br>Concerns may or may not be present.<br>Concerns should be considered in every incident. |

| | *Concerns* | *Issues* | *Criteria to Meet* |
|---|---|---|---|
| 1 | People/Public | General safety exposure | Overall objectives must be:<br><br>**A**ttainable<br>**M**easurable<br>**F**lexible |
| | | Personal Protective Equipment | |
| | | Slips, trips, falls, drowning | |
| | | Reaction/Perception | |
| | Environment | Sensitive Areas | |
| | | Special interests | |
| | | Resources at risk | |
| | Property | Fire | Operational objectives must be:<br><br>**S**pecific<br>**M**easurable<br>**A**ssignable<br>**R**easonable<br>**T**ime Specific |
| | | Contamination | |
| | | Flooding | |
| | | Source Control | |
| | Economic | Industry | |
| | | Tourism | |
| | | Stakeholders | |

| Step | Action |
|------|--------|
| 2 | Provide guidance to Command and general staff on goals, objectives and strategies |
| 3 | Develop the general objectives for the IAP |
| 4 | Approve and authorize implementation of the IAP for each operational period. |
| 5 | Approve the internal and external information dissemination strategy developed by the Information Officer (IO).<br><br>*Examples: web pages, emails to media/other agencies/supervisors/ stakeholders*<br><br>Note:  The IC should emphasize the role that the IO plays in keeping the members of the response organization informed as well as the press and stakeholders. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 96 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## Response Objectives & Strategies — Figure 1-26

### Strategic Objective VS Tactical Objective

**INCIDENT OBJECTIVES** – Statements of guidance and direction necessary for the selection of appropriate strategies, and the tactical direction of resources. Incident objectives are based on realistic expectations of what can be accomplished when all allocated resources have been effectively deployed. Incident objectives must be achievable and measurable, yet flexible enough to allow for strategic and tactical alternatives.

**STRATEGIES** – The general plan or direction selected to accomplish incident objectives.

**TACTICS** – Deploying and directing resources during an incident to accomplish the desired objective.

**OBJECTIVES (Unified Command) =** What you plan to do in priority order.

**STRATEGIES (Planning & Operations) =** How you plan to accomplish objectives.

**TACTICS (Operations) =** How you use resources during each operational period to implement strategies.

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 1. Ensure the Safety of Citizens & Response Personnel | • Identify hazard(s) of released material<br>• Establish site control (hot zone, warm zone, cold zone and security)<br>• Consider evacuations as needed<br>• Setup first aid/triage stations<br>• Establish vessel and/or aircraft restrictions<br>• Monitor air in impacted areas<br>• Setup decontamination stations<br>• Develop site safety and health plan for response personnel<br>• Ensure safety briefings are conducted |
| 2. Control the Source | • Complete emergency shutdown<br>• Conduct firefighting<br>• Initiate temporary repairs<br>• Transfer and/or lighter product<br>• Conduct salvage operations as necessary |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 97 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

**Response Objectives & Strategies (continued)**          **Figure 1-26**

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 3. Manage Coordinated Response Efforts | • Complete or confirm notifications<br>• Establish a unified command organization and facilities (command post, etc)<br>• Ensure local & tribal officials are included in response organization<br>• Initiate emergency response Incident Action Plan (IAP)<br>• Ensure mobilization and tracking of response resources<br>• Account for personnel and equipment<br>• Complete documentation<br>• Evaluate planned response objectives vs. actual response (debrief) |
| 4. Maximize Protection of Environmentally Sensitive Areas | • Implement pre-designated response strategies<br>• Identify resources at risk in impacted and potential impacted areas<br>• Track pollutant movement & develop trajectories/plume modeling<br>• Develop/implement appropriate protection tactics<br>• Prioritize sensitive areas to be protected |
| 5. Contain and Recover Spilled Material | • Deploy oil containment boom at the spill source<br>• Deploy containment boom at appropriate collection areas<br>• Conduct open water skimming with vessels<br>• Evaluate time-sensitive response strategies (i.e., dispersants, *in-situ* burning)<br>• Develop disposal plan |
| 6. Recover and Rehabilitate Injured Wildlife | • Establish oiled wildlife reporting hotline<br>• Conduct injured wildlife search and rescue operations<br>• Notify wildlife agencies and accredited wildlife rescue services<br>• Setup primary care unit for injured wildlife<br>• Operate wildlife rehabilitation center<br>• Initiate citizen volunteer effort for oiled bird rehabilitation |
| 7. Remove Oil from Impacted Areas | • Conduct appropriate shoreline cleanup efforts<br>• Clean oiled structures (piers, docks, etc.)<br>• Clean oiled vessels |
| 8. Minimize Economic Impacts | • Consider tourism, vessel movements and local economic impacts throughout response<br>• Protect public and private assets as resources permit<br>• Establish damage claims process |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 98 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| Response Objectives & Strategies (continued) | Figure 1-26 |

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 9. Keep Stakeholders Informed of Response Activities | • Provide forum to obtain stakeholder input and concerns<br>• Provide stakeholders with details of response actions<br>• Identify stakeholder concerns and issues and address as practical<br>• Provide elected officials details of response actions |
| 10. Keep the Public Informed of Response Activities | • Provide timely safety announcements<br>• Establish a Joint Information Center (JIC)<br>• Conduct regular news briefings<br>• Manage news media access to spill response activities<br>• Conduct public meetings as appropriate |
| 11. Minimize Business Interruption | • Identify business interruption and potential business interruption issues<br>• Notification of joint venture partners<br>• Assist with internal/external investigations |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 1, Page 99 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| bp | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 1**<br>Quick Guide |
|---|---|---|

### ICS 202 - General Response Objectives

| **Incident:** | **Prepared By:** | **at:** |
|---|---|---|
| **Period:** | **Version Name:** | |

#### Overall and Tactical Objectives

| | Assigned to: | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| ☐ 1a. Identify hazard(s) of spilled material | | |
| ☐ 1b. Establish site control (hot zone, warm zone, cold zone, & security) | | |
| ☐ 1c. Consider evacuations if needed | | |
| ☐ 1d. Establish vessel and/or aircraft restrictions | | |
| ☐ 1e. Monitor air in impacted areas | | |
| ☐ 1f. Develop site safety plan for personnel & ensure safety briefings are conducted | | |
| **2. Control the Source of the Spill** | | |
| ☐ 2a. Complete emergency shutdown | | |
| ☐ 2b. Conduct firefighting | | |
| ☐ 2c. Initiate temporary repairs | | |
| ☐ 2d. Transfer and/or lighter product | | |
| ☐ 2e. Conduct salvage operations, as necessary | | |
| **3. Manage a Coordinated Response Effort** | | |
| ☐ 3a. Complete or confirm notifications | | |
| ☐ 3b. Establish a unified command organization and facilities (command post, etc.) | | |
| ☐ 3c. Ensure local and tribal officials are included in response organizations | | |
| ☐ 3d. Initiate spill response Incident Action Plans (IAP) | | |
| ☐ 3e. Ensure mobilization & tracking of resources & account for personnel & equip | | |
| ☐ 3f. Complete documentation | | |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| ☐ 4a. Implement pre-designated response strategies | | |
| ☐ 4b. Identify resources at risk in spill vicinity | | |
| ☐ 4c. Track oil movement and develop spill trajectories | | |
| ☐ 4d. Conduct visual assessments (e.g., overflights) | | |
| ☐ 4e. Development/implement appropriate protection tactics | | |

| **ICS 202 General Response** | | | **© 1997-2009 TRG/dbSoft, Inc.** |
|---|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 100 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| | | Section 1 |
|---|---|---|
| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | | Quick Guide |

## ICS 202 - GENERAL RESPONSE OBJECTIVES

| Incident: | | Prepared By: | at: |
|---|---|---|---|
| Period: | | Version Name: | |

### Overall and Tactical Objectives

| | Assigned to: | Status |
|---|---|---|
| 5. Contain and Recover Spilled Material | | |
| ☐ 5a. Deploy containment boom at the spill site & conduct open-water skimming | | |
| ☐ 5b. Deploy containment boom at appropriate collection areas | | |
| ☐ 5c. Evaluate time-sensitive response technologies (e.g., dispersants, in-situ burning) | | |
| ☐ 5d. Develop disposal plan | | |
| 6. Recover and Rehabilitate Injured Wildlife | | |
| ☐ 6a. Establish oiled wildlife reporting hotline | | |
| ☐ 6b. Conduct injured wildlife search and rescue operations | | |
| ☐ 6c. Setup primary care unit for injured wildlife | | |
| ☐ 6d. Operate wildlife rehabilitation center | | |
| ☐ 6e. Initiate citizen volunteer effort for oiled bird rehabilitation | | |
| 7. Remove Oil from Impacted Areas | | |
| ☐ 7a. Conduct appropriate shoreline cleanup efforts | | |
| ☐ 7b. Clean oiled structures (piers, docks, etc.) | | |
| ☐ 7c. Clean oiled vessels | | |
| 8. Minimize Economic Impacts | | |
| ☐ 8a. Consider tourism, vessel movements, & local economic impacts | | |
| ☐ 8b. Protect public and private assets, as resources permit | | |
| ☐ 8c. Establish damage claims process | | |
| 9. Keep Stakeholders and Public Informed of Response Activities | | |
| ☐ 9a. Provide forum to obtain stakeholder input and concerns | | |
| ☐ 9b. Provide stakeholders with details of response actions | | |
| ☐ 9c. Identify stakeholder concerns and issues, and address as practical | | |
| ☐ 9d. Provide timely safety announcements | | |
| ☐ 9e. Establish a Joint Information Center (JIC) | | |
| ☐ 9f. Conduct regular news briefings | | |

| **ICS 202 General Response Objectives** | | **© 1997-2009 TRG/dbSoft, Inc.** |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 101 of 116 Pages
© The Response Group 06/2009

| **BP** | Section 1 |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Quick Guide |

### ICS 205 – Communications Plan

| Incident: | Prepared By: | at: |
|---|---|---|
| Period: | Version Name: | |

#### *Phone Listing*

| *Name* | Main Phone | Fax | Other No. – Desc. | Other No. – Desc. | Radio |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

#### *Radio Utilization*

| *System* | Channel | Function | Frequency | Assignment | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| ICS 205 Communications Plan | | © 1997-2009 TRG/dbSoft, Inc. |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 102 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019347**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

## ICS 206 – Medical Plan

| Incident: | | Prepared By: | | at: |
|---|---|---|---|---|

| Period: | | Version Name: |
|---|---|---|

### First Aid Stations

| Name | Location | EMT (On-Site) | Phone | Radio |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Transportation (Ground and/or Ambulance Services)

| Name | Location | EMT | Phone | Radio |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Air Ambulances

| | Location | | Phone | Radio |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Hospitals

| Name | Location | Helipad | Burn Center | Phone | Radio |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Special Medical Emergency Procedures

| |
|---|
| |

| **ICS 206 Medical Plan** | | **© 1997-2009 TRG/dbSoft, Inc.** |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 103 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

## ICS 208 – Site Safety Plan

| Incident: | Prepared by: | at: |
|---|---|---|

| Period: | Version Name: |
|---|---|

**Revision:**

**Applies To Site:**

**Products:** (Attach MSDS)

## SITE CHARACTERIZATION

| | | | |
|---|---|---|---|
| Water: | | | |
| Wave Height: | _____ | Wave Direction: | _____ |
| Current Speed: | _____ | Current Direction: | _____ |
| Land: | _____ | Use: | _____ |
| Weather: | _____ | Temp: | _____ |
| Wind Speed: | _____ | Wind Direction: | _____ |

**Pathways for Dispersion:**

**Site Hazards**

| | | |
|---|---|---|
| ☐ Boat Safety | ☐ Fire, explosion, in-situ burning | ☐ Pump hose |
| ☐ Chemical hazards | ☐ Heat stress | ☐ Slips, trips, and falls |
| ☐ Cold Stress | ☐ Helicopter operations | ☐ Steam and hot water |
| ☐ Confined Spaces | ☐ Lifting | ☐ Trenching/Excavation |
| ☐ Drum handling | ☐ Motor vehicles | ☐ UV Radiation |
| ☐ Equipment operations | ☐ Noise | ☐ Visibility |
| ☐ Electrical operations | ☐ Overhead/buried utilities | ☐ Weather |
| ☐ Fatigue | ☐ Plants/wildlife | ☐ Work near water |
| ☐ Other | ☐ Other | ☐ Other |

**Air Monitoring**

| %02: | %LEL: | ppm Benzene: |
|---|---|---|
| ppm H2S: | ☐ Other (Specify): | |

## CONTROL MEASURES

**Engineering Controls**

| | | |
|---|---|---|
| ☐ Source of release secured | ☐ Valve(s) closed | ☐ Energy source locked/tagged out |
| ☐ Site secured | ☐ Facility shut down | ☐ Other _____ |

**Personal Protective Equipment**

| | |
|---|---|
| ☐ Impervious suit | ☐ Respirators |
| ☐ Inner gloves | ☐ Eye protection |
| ☐ Outer gloves | ☐ Personal floatation |
| ☐ Flame resistance clothing | ☐ Boots |
| ☐ Hard hats | ☐ Other |

**Additional Control Measures**

| | |
|---|---|
| ☐ Decontamination | ☐ Stations established |
| ☐ Sanitation | ☐ Facilities provided – OSHA 29 CFR 1910.120n |
| ☐ Illumination | ☐ Facilities provided – OSHA 29 CFR 1910.120m |
| ☐ Medical Surveillance | ☐ Provided – OSHA 29 CFR 1910.120fq |

| **ICS 208 Site Safety Plan** | | **© 1997-2006 TRG/dbSoft, Inc.** |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 104 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| BP | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Section 1<br>Quick Guide |
|---|---|---|

## ICS 208 – Site Safety Plan

| Incident: | Prepared By: | at: |
|---|---|---|
| Period: | Version Name: | |

### WORK PLAN
☐ Booming ☐ Skimming ☐ Vac trucks ☐ Pumping ☐ Excavation
☐ Heavy equipment ☐ Sorbent pads ☐ Patching ☐ Hot work ☐ Appropriate permits used
☐ Other

### TRAINING
☐ Verified site workers trained per OSHA 29 CFR 1920.120

### ORGANIZATION

| Title | Name | Telephone/Radio |
|---|---|---|
| Incident Commander: | | |
| Deputy Incident Commander: | | |
| Safety Officer: | | |
| Public Affaire Officer: | | |
| Other: | | |

### EMERGENCY PLAN
☐ Alarm system:
☐ Evacuation plan:
☐ First aid location

**Notified**
☐ Hospital ___ Phone: ___
☐ Ambulance ___ Phone: ___
☐ Air ambulance ___ Phone: ___
☐ Fire ___ Phone: ___
☐ Law enforcement ___ Phone: ___
☐ Emergency response/rescue ___ Phone: ___

### PRE-ENTRY BRIEFING
☐ Initial briefing prepared for each site

### INCLUDING ATTACHMENTS/APPENDICES

| Attachments | Appendices |
|---|---|
| ☐ Site Map | ☐ Site Safety Program Evaluation Checklist |
| ☐ Hazardous Substance Information Sheets | ☐ Confined Space Entry Checklist |
| ☐ Site Hazards | ☐ Heat Stress Consideration |
| ☐ Monitoring Program | ☐ Cold Stress and Hypothermia Consideration |
| ☐ Training Program | ☐ First Aid for Bites, Stings, and Poisonous Plant Contact |
| ☐ Confined Space Entry Procedure | ☐ Safe Work Practice for Oily Bird Rehabilitation |
| ☐ Safe Work Practices for Boats | ☐ SIPI Site Pre-Entry Briefing |
| ☐ PPE Description | ☐ Personnel Tracking System |
| ☐ Decontamination | |
| ☐ Communication and Organization | |
| ☐ Site Emergency Response Plan | |

| **ICS 208 – Site Safety Plan** | **© 1997-2006 TRG/dbSoft, Inc.** |
|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 105 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                          **BP-HZN-CEC 019350**

**BP**

Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide

| ICS 214a – Individual Log | | |
|---|---|---|
| **Incident:** | **Prepared By:** | **at:** |
| **Period:** | **Version Name:** | |

| Activity Log | |
|---|---|
| **Date/Time** | **Events/Notes** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| ICS 214 Individual Log | | © 1997-2009 TRG/dbSoft, Inc. |
|---|---|---|

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 106 of 116 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019351**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## NOTES

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 107 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| NOTES |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 108 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019353**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## NOTES

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 109 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019354

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## NOTES

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 110 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019355**



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 1**<br>Quick Guide<br>Organizational<br>Supplement |
|---|---|---|

## BP Incident Management Team Organizational List

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 1 | **Incident Commander (Qualified Individual)** | | | | | |
| | Hohle, Jeff | | | | | |
| | Holt, Charlie | | | | | _____ |
| | Imm, Gary | | | | | _____ |
| | Jackson, Curtis | | | | | _____ |
| | Leary, Mick | | | | | _____ |
| | McDaniel, Sammy | | | | | _____ |
| | Oneto, Rick | | | | | _____ |
| | Replogle, Dan | | | | | _____ |
| | Seilhan, Keith | | | | | _____ |
| | Shero, Winston | | | | | _____ |
| | Mick, Will | | | | | _____ |
| 2 | **Safety Officer** | | | | | |
| | TBD | | | | | |
| 3 | **Liaison Officer** | | | | | |
| | TBD | | | | | |
| 4 | **Information Officer** | | | | | |
| | TBD | | | | | |
| 5 | **Operations Section Chief** | | | | | |
| | Al Monthiry, Wissam | | | | | _____ |
| | Black, Jim | | | | | _____ |
| | Frazelle, Andy | | | | | _____ |
| | Kirton, Bill | | | | | _____ |
| | Little, Ian | | | | | _____ |
| | Littlefield, Burt | | | | | _____ |
| | Lowe, Jon | | | | | |
| | O'Donnell, Bill | | | | | m_____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 111 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019356**



### BP
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide
Organizational
Supplement

## BP Incident Management Team Organizational List

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 5 | **Operations Section Chief** | | | | | |
| | Rohloff, James | | | | | |
| | Sanders, Robert | | | | | _____ |
| | Stead, Damian | | | | | _____ |
| 6 | **Source Control** | | | | | |
| | Bednar, John | | | | | _____ |
| | Broman, Bill | | | | | _____ |
| | Emmerson, Tony | | | | | _____ |
| | Guide, John | | | | | _____ |
| | Hill, Perry | | | | | _____ |
| | Marshall, Rob | | | | | _____ |
| | Miglicco, Terry | | | | | _____ |
| | Naeger, Robert | | | | | _____ |
| | Nohavitza, Glen- | | | | | _____ |
| | Sims, David | | | | | _____ |
| | Skelton, Jake | | | | | _____ |
| | Sprague, Jon | | | | | _____ |
| 7 | **Recovery & Prot. Branch Dir.** | | | | | |
| | TBD | | | | | |
| 8 | **Staging Area Manager** | | | | | |
| | TBD | | | | | |
| 9 | **Disposal Group** | | | | | |
| | TBD | | | | | |
| 10 | **Wildlife Branch Director** | | | | | |
| | TBD | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 112 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019357**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 1**
Quick Guide
Organizational
Supplement

## BP Incident Management Team Organizational List

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 11 | **Planning Section Chief** | | | | | |
| | Bartlett, Rick | | | | | |
| | Handyside, Doug | | | | | |
| | Jackson, Victor | | | | | |
| | Johnson, Dennis P | | | | | |
| | Loveland, Richard | | | | | |
| | Rich, Dave | | | | | |
| | Singh, Pramod | | | | | |
| | Steel, Bill | | | | | |
| | Vinson, Graham | | | | | |
| | Waligura, Starlee | | | | | |
| | Williamson, Dawn | | | | | |
| 12 | **Situation Unit Leader** | | | | | |
| | TBD | | | | | |
| 13 | **Resource Unit Leader** | | | | | |
| | TBD | | | | | |
| 14 | **Documentation Unit Leader** | | | | | |
| | TBD | | | | | |
| 15 | **Land / Survey / GIS Specialist** | | | | | |
| | Autio, Brian | | | | | |
| | Baker, Richard | | | | | |
| 16 | **Technical Specialists** | | | | | |
| | The Response Group | | | | | |
| 17 | **Logistics Section Chief** | | | | | |
| | Hensley, Larry B. - P | | | | | |
| | Hollier, Jaime - P | | | | | |
| | Huston, John | | | | | |
| | Rougeau, John  - P | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 113 of 116 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019358



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide
Organizational
Supplement

## BP Incident Management Team Organizational List

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 17 | **Logistics Section Chief (continued)** | | | | | |
| | Russell, Virgil  - P | | | | | |
| | Smith, James C. - P | | | | | ___ |
| | Wheeler, Johnny - P | | | | | ___ |
| 18 | **Service Branch Director** | | | | | |
| | TBD | | | | | |
| 19 | **Support Branch Director** | | | | | |
| | TBD | | | | | |
| 20 | **Communications Unit Leader** | | | | | |
| | TBD | | | | | |
| 21 | **Finance Section Chief** | | | | | |
| | Dewberry, Phil | | | | | |
| | Dowell, Sandra | | | | | ___ |
| | Hammer, Cynthia | | | | | ___ |
| | Henry, Stacey | | | | | ___ |
| | Hood, Daphne* | | | | | ___ |
| | Kraus, Malcolm | | | | | ___ |
| | Linder, Dave | | | | | ___ |
| | Robbins, Katherine | | | | | ___ |
| | Russell, Lenny | | | | | ___ |
| | Song, Diana | | | | | ___ |
| | Williams, Vicki* | | | | | ___ |
| | Wright, Al* | | | | | m___ |
| 22 | **Procurement Unit Leader** | | | | | |
| | TBD | | | | | |
| 23 | **Comp. / Claims Unit Leader** | | | | | |
| | TBD | | | | | |
| 24 | **Cost Unit Leader** | | | | | |
| | TBD | | | | | |
| 25 | **Time Unit Leader** | | | | | |
| | TBD | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 114 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 1
Quick Guide
Organizational
Supplement

## BP Incident Management Team Organizational List

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---------------|--------|-------|------|----------|-------|
| | **CM/ER Advisor Houston Crisis Center / ICS Specialist** | | | | | |
| | **Bush, Earnest** | | | | | _____ |
| | **Tomme, Pam** | | | | | _____ |
| | **Scott, Cheryl** | | | | | _____ |
| | **Apodaca, Al** | | | | | _____ |
| | **Business Support Team Required Contacts** | | | | | |
| | Addison, Fergus | | | | | _____ |
| | Lacy, Kevin | | | | | _____ |
| | Shaw, Neil | | | | | _____ |
| | Morrison, Richard | | | | | _____ |
| | Dave Rainey | | | | | |
| | Replogle, Dan | | | | | _____ |
| | Todd, Simon | | | | | _____ |
| | Zwart, Peter | | | | | _____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 115 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019360**



## IMT Locations

| Incident Management Team & Operations Locations | |
|---|---|
| *#1* | *#2* |
| **BP – QI Location**<br>200 Westlake Park Boulevard Room #351<br>Houston, Texas 77079<br>281-366-2000 | **The Response Group**<br>13231 Champion Forest Dr.<br>Suite #310<br>Houston, TX 77069<br>281-880-5000 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 1, Page 116 of 116 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**Confidential Treatment Requested**

**BP-HZN-CEC 019362**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## 2.   PREFACE

## TABLE OF CONTENTS

1.  **BP OSRP QUICK GUIDE** ........................................................... **1-1**

2.  **PREFACE** ................................................................................ **2-1**
    A.  Table of Contents................................................. 2-1
    B.  Record of Revision – Update Procedures ……………………........ 2-9
    FIGURES:
    2-1 Record of Revision Form..................................... 2-10
    2-2 Notebook Distribution (Hardcopy / CD)................... 2-11
    2-3 Notebook Distribution (Quick Guide) ..................... 2-13
    2-4 Abbreviations / Acronyms.................................... 2-14

3.  **INTRODUCTION** ..................................................................... **3-1**
    A.  Type of Facilities Covered…………………………….. ....... 3-1
    B.  Purpose and Use…………………………………………. 3-2
    C.  Types of Lease and ROW Pipelines…………………….. ...... 3-3
    D.  Facility Information Statement…………………………… 3-3
    E.  Contract Certification Statement…………………………. 3-3

4.  **SPILL RESPONSE ORGANIZATION** ........................................... **4-1**
    A.  Qualified Individual/Incident Commander……………………...... 4-1
    B.  Spill Management Team (SMT)……………………………… 4-1
    C.  Spill Response Operating Team (SROT)……………………...... 4-3
    D.  Oil Spill Removal Organizations (OSRO's)…………………...... 4-4
    FIGURES:
    4-1 Incident Management Team Organizational Structure................... 4-5
    4-2 IMT Duties & Responsibilities Checklist........................................ 4-6

5.  **INCIDENT COMMAND POST AND COMMUNICATIONS** ................ **5-1**
    A.  Spill Response Operations Center ..................................... 5-1
    B.  Communications ............................................................ 5-2
    FIGURES
    5-1   BP Incident Command Post Location Map ................................. 5-4
    5-2   BP Alternate Incident Command Post Location Map ................. 5-5
    5-3   GOM – Handheld Frequency Assignment for Spill Response..... 5-6
    5-4   USCG Monitored Frequencies.................................................... 5-7
    5-5   TGLO – Handheld Radio Frequency Assignments ..................... 5-8
    5-6   USCG VHF-FM High Sites ......................................................... 5-9

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 1 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019363**

**6.   SPILL DETECTION/SOURCE IDENTIFICATION & CONTROL ................. 6-1**
    A.  Spill Detection ................................................................ 6-1
    B.  Pipeline Spill Detection and Location ................................ 6-2
    C.  Source Control ............................................................... 6-3

**7.   QI, IMT, SROT AND OSRO NOTIFICATIONS ........................................ 7-1**
    A.  Reporting Procedures ..................................................... 7-1
    B.  Company Contact Information ........................................... 7-1
    C.  SROT Contact Information ............................................... 7-1
    D.  OSRO Contact Information .............................................. 7-2
    E.  Internal Spill Reporting Forms ........................................ 7-2
    FIGURES
    7-1   BP IMT Organizational Chart ...................................... 7-3
    7-2   Incident Management Team Activation Procedure ..................... 7-4
    7-3   GOM PLBD Incident Notifications Flow Chart ....................... 7-5
    7-4a  Production Assets (Non-D&C Related) Incident Notification ....... 7-6
    7-4b  BP Owned Facilities – D&C Incident Notification ................. 7-7
    7-4c  MODU Incident Notification ....................................... 7-8
    7-4d  Vessels – Incident Notification ................................. 7-9
    7-5a  Incident Management Team Organizational List ..................... 7-10
    7-5b  IMT Locations .................................................... 7-15
    7-6   External/OSRO Contact Information External ...................... 7-16
    7-7   BP Spill Reporting Form .......................................... 7-18

**8.   EXTERNAL NOTIFICATIONS ……… ...................................................... 8-1**
    A.  Reporting Procedures ..................................................... 8-1
    B.  External Contact Information ............................................ 8-1
    C.  External Spill Reporting Forms ......................................... 8-1
    FIGURES
    8-1   Notification Status Report ....................................... 8-2
    8-2   Federal Agency Regulatory Notifications .......................... 8-3
    8-3   State of Texas Regulatory Notifications .......................... 8-8
    8-4   State of Louisiana Regulatory Notifications ...................... 8-10
    8-5   State of Mississippi Regulatory Notifications .................... 8-14
    8-6   State of Alabama Regulatory Notifications ........................ 8-15
    8-7   State of Florida Regulatory Notifications ........................ 8-16
    8-8   Alabama & Florida Local Notifications ............................ 8-17
    8.9a  Minerals Management Service Areas of Responsibility ............. 8-18
    8.9b  United States Coast Guard Areas of Responsibility ............... 8-19

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 2 of 19 Pages
© The Response Group 06/2009

| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 2**<br>Preface |
|---|---|---|

**9. AVAILABLE TECHNICAL EXPERTISE** ........................................................... **9-1**
    FIGURES
      9-1 Texas ...................................................................... 9-2
      9-2 Louisiana ............................................................... 9-4
      9-3 Mississippi……. .................................................... 9-6
      9-4 Alabama……........................................................ 9-6
      9-5 Florida.................................................................. 9-7
      9-6 Gulf Coast…....................................................... 9-10

**10. SPILL ASSESMENT** ................................................................... **10-1**
    A. Locating a Spill................................................................ 10-1
    B. Determining the Size and Volume of a Spill............... 10-1
    C. Predicting Spill Movement ........................................... 10-3
    D. Monitoring and Tracking the Spill Movement............ 10-4
    FIGURES
      10-1  Oil Coverage Estimation Chart .......................... 10-5
      10-2  Oil Volume Estimation Chart............................... 10-6
      10-3  Spill Trajectory Request Form ........................... 10-7

**11. RESOURCE IDENTIFICATION** ................................................. **11-1**
    A. Tools to Pre-identify Ecological and Environmental Resources ......... 11-1
    B. Sensitive Area Identification ........................................ 11-3
    FIGURES
      11-1  Land Segment Contact Areas............................. 11-5
      11-2  ESI Shoreline Habitat Rankings......................... 11-6
      11-3  Sensitive Biological & Human Use Resources.......... 11-7
      11-4  ESI Map / Data .................................................. 11-9

**12. STRATEGIC RESPONSE PLANNING** ................................... **12-1**
    A. Incident Objectives........................................................ 12-1
    B. Typical Objectives and Response Strategies/Tactics ........ 12-1
    C. ICS Planning Cycle ...................................................... 12-1
    D. Best Response............................................................... 12-2
    FIGURES
      12-1  Response Strategy Matrix .................................. 12-3
      12-2  Response Objectives & Strategies ..................... 12-4
      12-3a Planning Cycle Matrix – Planning "P"................ 12-7
      12-3b Planning Cycle Matrix – Planning Cycle ................... 12-9
      12-3c Planning Cycle Matrix – Best Response/Planning Cycle......... 12-10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 3 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019365**

**13.** **RESOURCE PROTECTION METHODS** ................................ **13-1**
   A.  Shoreline Protection Methods - Offshore/Nearshore/Shoreline ......... 13-1
   B.  Waterfowl and Wildlife Protection ........................................................ 13-2
   FIGURES
      13-1  Offshore/Shoreline Protection Methods ..................................... 13-3
      13-2  Protection Methods Vs. Physical Setting ................................... 13-5
      13-3  Protection Methods for Waterfowl & Wildlife ............................. 13-7

**14.** **MOBILIZATION AND DEPLOYMENT METHODS** ..................... **14-1**
   A.  Overview ................................................................................................. 14-1
   B.  General Response Strategy ................................................................... 14-1
   C.  Transportation of Equipment, Personnel and Resources.................... 14-2
   D.  Staging Area List.................................................................................... 14-3
   FIGURES
      14-1  NRC Equipment Location Map ..................................................... 14-4
      14-2  Pre-Staged Equip. Time Cross Reference (water).................... 14-5
      14-3  Pre-Staged Equip. Time Cross Reference (land ..................... 14-6
      14-4  Estimated Response Time Maps ................................................ 14-8
      14-5  Pre-Identified Staging Areas ...................................................... 14-13

**15.** **OIL AND DEBRIS REMOVAL PROCEDURES** ......................... **15-1**
   A.  Offshore Procedures ............................................................................. 15-1
   B.  Shallow Water Procedures .................................................................... 15-1
   FIGURES
      15-1  Offshore Cleanup Procedures ................................................... 15-3
      15-2  Shoreline Cleanup Techniques.................................................. 15-4
      15-3  Marsh Cleanup Techniques ....................................................... 15-10

**16.** **OIL AND DEBRIS DISPOSAL PROCEDURES** ...................... **16-1**
   A.  Procedures to Store, Transfer and Dispose of Oil and Oily
   Debris  ................................................................................................... 16-1
   B.  Oil and Oily Debris Temporary Storage ............................................. 16-3
   C.  Decanting and Recycling Methods ...................................................... 16-3
   D.  Disposal Methods, Equipment and Transportation ............................ 16-4
   E.  Designated Disposal Sites ................................................................... 16-4
   F.  Disposal Regulatory Guidelines .......................................................... 16-9
   FIGURES
      16-1  Disposal Options ....................................................................... 16-11
      16-2  Marine Portable Tanks.............................................................. 16-11
      16-3  Supplemental Offshore Vessels …………………………...…..16-12

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 4 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019366**

17. **WILDLIFE REHABILITATION PROCEDURES** ........................................ **17-1**
    A. Overview ................................................................................. 17-1
    B. Authorization ........................................................................... 17-3
    C. Wildlife Rehabilitation Plan ..................................................... 17-3
    D. Agency/Contractor Notifications ............................................. 17-4
    E. Equipment/Supplies Necessary to Operate a Rehab Center ............ 17-4
    FIGURES
        17-1 Clinical Findings Associated With Oil Contamination ............ 17-6
        17-2 Primary Professional Wildlife Service ..................................... 17-7
        17-3 Federal and State Wildlife Agency Notifications ..................... 17-8
        17-4 Wildlife Rehabilitation Center Space Requirements ............... 17-9

18. **DISPERSANT USE PLAN** .................................................................... **18-1**
    A. Overview ................................................................................. 18-1
    B. Dispersants Inventory ............................................................. 18-1
    C. Toxicity Data ........................................................................... 18-1
    D. Dispersant Effectiveness ........................................................ 18-2
    E. Application Equipment ............................................................. 18-3
    F. Application Methods ................................................................. 18-4
    G. Conditions for Use .................................................................. 18-4
    H. Approval Procedures and Forms ............................................ 18-5
    FIGURES
        18-1 Dispersant Use Decision Tree ................................................ 18-6
        18-2 Dispersant Inventory – Gulf Coast ......................................... 18-7
        18-3 Dispersant Pre-Approval Initial Call Checklist ....................... 18-8
        18-4 FOSC Dispersant Use Checklist ............................................ 18-9
        18-5 FOSC Dispersant Use Flowchart ........................................... 18-14
        18-6 FOSC Dispersant Use Oil Table ............................................ 18-15
        18-7 FOSC Decision/Implementation Element Checklist ............... 18-16
        18-8 Dispersant Application Form for Region VI RRT Dispersant  18-19
        18-9 Material Safety Data Sheet – Corexit 9500 ........................... 18-21
        18-10 Material Safety Data Sheet – Corexit 9527 ........................... 18-31

19. ***IN-SITU* BURNING PLAN** ................................................................. **19-1**
    Introduction ................................................................................. 19-1
    A. *In-Situ* Burning Equipment ..................................................... 19-1
    B. *In-Situ* Burning Procedures ................................................... 19-2
    C. Environmental Effects ............................................................. 19-4
    D. Safety Provisions .................................................................... 19-5
    E. Conditions for Use .................................................................. 19-6
    F. Decision Processes ................................................................. 19-7
    G. Approval Procedure & Forms ................................................. 19-9

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 2, Page 5 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019367**

| | **BP** | Section 2 |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Preface |

FIGURES
19-1    BP In-Situ Burn Decision Flowchart ..................................... 19-10
19-2    In-Situ Burn Pre-ignition Checklist ....................................... 19-11
19-3    In-Situ Burn Plan ............................................................... 19-12

**20.  ALTERNATIVE CHEMICAL RESPONSE STRATEGIES ......................... 20-1**

**21.  DOCUMENTATION** ..................................................................... **21-1**
        A.  Documentation Overview ................................................. 21-1
        B.  Documentation Unit Leader.............................................. 21-1
        C.  Standard for Records ...................................................... 21-2
        D.  Essential Documentation.................................................. 21-2
        E.  PREP Documentation ...................................................... 21-6

**22.  PREVENTION MEASURES FOR FACILITIES IN STATE WATERS ......... 22-1**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 6 of 19 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

# APPENDICES

**A.   FACILITY INFORMATION** ........................................................**A-1**
A.  Table 1 – Production Platforms & Structures in OCS Waters ............. A-3
B.  Table 2 – ROW Pipelines in OCS Waters............................................ A-6
C.  Table 3 – Production Platforms & Structures in State Waters........... A-13
D.  Table 4 – ROW Pipelines in State Waters ........................................ A-15
FIGURES
A-1 Gulf of Mexico Facilities Overview Map ..................................... A-2

**B.   TRAINING INFORMATION** ...................................................**B-1**
A.  BP OSRC/IC, SMT, and QI Training.................................................... B-1
B.  Other SMT Members Training ............................................................ B-1
C.  SROT Training .................................................................................... B-1
D.  Training Records................................................................................ B-1
FIGURES
B-1   Training Record Location............................................................ B-2
B-2   Training History – Qualified Individual IMT ................................ B-2
B-3   Training History – MSRC SROT Hands-On Equipment Deployment Training...................................................................................... B-4
B-4   Training History – NRC 2005 Equipment Deployment Training... B-6
B-5   Training History – NRC 2006 Equipment Deployment Training... B-9
B-6   Training History – NRC 2007 Equipment Deployment Training. B-11
B-7   Training History – NRC 2008 Equipment Deployment Training. B-12

**C.   DRILL INFORMATION** ..........................................................**C-1**
A.  Response Exercise Program............................................................. C-1
FIGURES
C-1   Internal Exercise Documentation Form – Notification Exercise ... C-2
C-2   Internal Exercise Documentation Form – IMT Tabletop .............. C-3
C-3   Internal Exercise Documentation Form – Eq. Deployment.......... C-5

**D.   CONTRACTUAL AGREEMENTS** ...........................................**D-1**
A.  Contractual Agreements.................................................................... D-1
B.  Primary Equipment Providers............................................................ D-1
FIGURES
D-1   Proof of Contractual Agreements – CCA .................................. D-2
D-2   Proof of Contractual Agreements– MSRC ................................ D-4
D-3   Proof of Contractual Agreements– NRC ................................... D-5
D-4   Proof of Contractual Agreements– ASI..................................... D-6
D-5   Proof of Contractual Agreements– OSRL / EARL .................... D-7
D-6   Proof of Contractual Agreements– McCloskey Group, Inc.......... D-9
D-7   Proof of Contractual Agreements– The O'Brien's Group, Inc.... D-11

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 7 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019369**

E.   **RESPONSE EQUIPMENT** ...................................................................... **E-1**
    a.   Equipment Inventory ..................................................... E-1
    b.   Inspection and Maintenance Programs ................................ E-1

F.   **SUPPORT SERVICES & SUPPLIES** ......................................................... **F-1**

G.   **NOTIFICATION AND REPORTING FORMS** ............................................ **G-1**
    A.   BP Spill Report Form ......................................................... G-2
    B.   MMS – Oil Spill Report .................................................... G-3
    C.   TGLO Oil Spill Response Completion Report ....................... G-4
    D.   LADEQ Report for Spills of Oil or Hazardous Materials ..................... G-5
    E.   Mississippi Spill Reporting Form ...................................... G-6
    F.   MMS Initial Oral Report of Pipeline Break or Leak ............................. G-7
    G.   MMS Serious Injury Report .............................................. G-8
    H.   CG-2692 Report of Marine Accident, Injury or Death ........................ G-9
    I.    CG-2692B Report of Required Testing Following Marine Incident .... G-13

H.   **WORST CASE DISCHARGE SCENARIOS** ............................................. **H-1**
    A.   General Information ......................................................... H-1
    B.   Worst Case Discharge – Less than 10 miles .......................... H-4
    C.   Worst Case Discharge – Greater than 10 miles ................................ H-17
    D.   Worst Case Discharge – Exploratory Well ........................................ H-33

I.   **OCEANOGRAPHIC & METEOROLOGICAL INFORMATION FOR SUBREGIONAL OSRPs** ............................................................ **I-1**

J.   **BIBLIOGRAPHY** ...................................................................................... **J-1**

K.   **MEDIA** ..................................................................................................... **K-1**
    A.   Public Statements ........................................................... K-1
    B.   Joint Information Center (JIC) .......................................... K-2
    C.   USCG District 8 Public Affairs ......................................... K-4
    FIGURES
        K-1   Media Contacts ........................................................ K-5

L.   **ICS FORMS** ............................................................................................. **L-1**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 8 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**

Regional  Oil Spill Response Plan      – Gulf of Mexico

**Section 2**
Preface

## Record Of Revision – Update Procedures

BP  will control and maintain this Oil Spill Response Plan (OSRP) in the Houston, Texas o ce for the period of time prescribed by applicable regulation. All suggestions and recommendations should be submitted to the primary contact listed below.      All updates and re visions made to the plan will be recorded on the Record of Revisions Form and distributed to the appropriate plan holders listed on the Distribution List.

| | |
|---|---|
| **PRIMARY CONTACT** | Earnest Bush<br>200 Westlake Park Boulevard,<br>Houston, Texas 77079<br>281 -366 -8295 (o  ce ) <br>███████████ |
| **BIENNIAL UPDATES** | This Oil Spill Response Plan will be updated at a minimum of every two years to ensure the plan is current regarding personnel changes, contact information, contractor and available equipment changes, and other relevant information as required. |
| **SIGNIFICANT UPDATES** | Plan revisions will be submitted to the MMS for approval within 15 days as required in the event of:<br>a)  Changes occur which will impact response capabilities;<br>b)  Any change occurs with regard to the name or capabilities of the OSRO's on the approved list.<br>c)  The worst case discharge scenario changes;<br>d)  Company name changes or signi cant facility updates due to mergers and acquisitions;<br>e)  Relevant modi cations to the Area Contingency Plan (ACP) which req  uire revisions to the  BP  OSRP |
| **PLAN REVIEW** | Plan modi cations will be submitted to the MMS Regional Field Operations supervisor in a timely manner for review and approval. |
| **DOCUMENTATION & DISTRIBUTION** | All revisions will be recorded on the Record of Revisi      ons Form, **Figure  2-1**. The Notebook Distribution list is located in **Figure 2-2** and the Quick Guide Distribution list is located in **Figure 2-3**. |

Title of  Document: Regional Oil Spill Response Plan
Authority:  Dan R. Replogle        ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date:   12/01/00
Revision Date:   06/30/09
Next Review Date:   06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:   GOM SPU
Control Tier: Tier 2    - GoM Region
Section 2 , Page  9 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019371**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

**Record Of Revision Form**                                          **Figure 2-1**

| Revision Number | Date | Section | Type of Revision | Revision Made by | Description |
|---|---|---|---|---|---|
| Version 1 | 6/2007 | Entire Plan | MD | TRG | Update OSRP. QI, WCD, IC, and IMT update. Appendix A update due to sale of property. |
| Version 2 | 7/2008 | Sec 1, 2, 4, 7, 12, 18; App B, C, D, G | M | TRG | Updated plan owner, SMT list to reflect organizational changes; Updated forms to reflect company-specific forms; updated dispersant application aircraft & stockpile info; |
| Version 3 | 9/2008 | Sec. 1, 2, 4, 6, 7, App A, B, C | M | TRG | SMT list to reflect organizational changes.  Updated training dates. Administrative changes. |
| Version 3 | 11/2008 | App A & B | M | TRG | Corrections to training dates and Updated pipeline table. |
| Version 4 | 6/2009 | Entire Plan | B | TRG | Updated all internal and external contact information.  Updated Appendix A information.  Updated Exploratory WCD information, and CCA & ASI Contracts.  Updated ICP Alternate location. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

TYPE OF REVISION (*USE THE FOLLOWING CODES*):

*A* = Amendment (a change to Regional OSRP pending approval)
*B* = Biennial Update
*M* = Modification (a change to approved Regional OSRP)

Title of Document:  Regional Oil Spill Response Plan                    UPS-US-SW-GOM-HSE-DOC-00177-2
Authority:  Dan R. Replogle,                                                              Custodian:  Earnest Bush,
GoM EMS Mgmt Representative                                                       Environmental Coordinator
Scope:  GoM EMS                                               Document Administrator:  Kristy McNease,
Issue Date:  12/01/00                                            GoM HSSE Document Mgmt Administrator
Revision Date:  06/30/09                                                            Issuing Dept.:  GOM SPU
Next Review Date: 06/30/11                                       Control Tier:  Tier 2 - GoM Region
                                                                                Section 2, Page 10 of 19 Pages
                                                                                © The Response Group 06/2009

**Confidential Treatment Requested**                                              **BP-HZN-CEC 019372**

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Notebook Distribution (Hardcopy)                    Figure 2-2

| NO. | ASSIGNED TO | NO. | ASSIGNED TO |
|---|---|---|---|
| 1 | | 21 | |
| 2 | | 22 | |
| 3 | | 23 | |
| 4 | | 24 | |
| 5 | | 25 | |
| 6 | | 26 | |
| 7 | | 27 | |
| 8 | | 28 | |
| 9 | | 29 | |
| 10 | | 30 | |
| 11 | | 31 | |
| 12 | | 32 | |
| 13 | | 33 | |
| 14 | | 34 | |
| 15 | | 35 | |
| 16 | | 36 | |
| 17 | | 37 | |
| 18 | | 38 | |
| 19 | | 39 | |
| 20 | | 40 | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 11 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019373

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Notebook Distribution (CD / Electronic)                    Figure 2-2

| NO. | ASSIGNED TO | NO. | ASSIGNED TO |
|-----|-------------|-----|-------------|
| 1 | | 21 | |
| 2 | | 22 | |
| 3 | | 23 | |
| 4 | | 24 | |
| 5 | | 25 | |
| 6 | | 26 | |
| 7 | | 27 | |
| 8 | | 28 | |
| 9 | | 29 | |
| 10 | | 30 | |
| 11 | | 31 | |
| 12 | | 32 | |
| 13 | | 33 | |
| 14 | | 34 | |
| 15 | | 35 | |
| 16 | | 36 | |
| 17 | | 37 | |
| 18 | | 38 | |
| 19 | | 39 | |
| 20 | | 40 | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 12 of 19 Pages
© The Response Group 06/2009

# BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Section 2**
Preface

## Notebook Distribution (Quick Guide Only)                    Figure 2-3

| NO. | ASSIGNED TO | NO. | ASSIGNED TO |
|-----|-------------|-----|-------------|
| 1 | _____ | 21 | _____ |
| 2 | _____ | 22 | _____ |
| 3 | _____ | 23 | _____ |
| 4 | _____ | 24 | _____ |
| 5 | _____ | 25 | _____ |
| 6 | _____ | 26 | _____ |
| 7 | _____ | 27 | _____ |
| 8 | _____ | 28 | _____ |
| 9 | _____ | 29 | _____ |
| 10 | _____ | 30 | _____ |
| 11 | _____ | 31 | _____ |
| 12 | _____ | 32 | _____ |
| 13 | _____ | 33 | _____ |
| 14 | _____ | 34 | _____ |
| 15 | _____ | 35 | _____ |
| 16 | _____ | 36 | _____ |
| 17 | _____ | 37 | _____ |
| 18 | _____ | 38 | _____ |
| 19 | _____ | 39 | _____ |
| 20 | _____ | 40 | _____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 13 of 19 Pages
© The Response Group 06/2009



**BP**

Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Abbreviations / Acronyms — Figure 2-4

| | |
|---|---|
| ACP | Area Contingency Plan |
| ADP | Automatic Data Processing |
| AFFF | Aqueous Film-Forming Foam |
| ALOHA | Aerial Location of Hazardous Atmosphere |
| AMPD | Average Most Probable Discharge |
| AOC | Area Operations Coordinator |
| APHIS | Animal and Plant Health Inspection Service |
| ASTDR | Agency for Toxic Substances and Disease Registry |
| ASTM | American Society of Testing Materials |
| Bbls | Barrels |
| BLM | Bureau of Land Management (USDOI) |
| BNTM | Broadcast Notice to Mariners (USCG) |
| BOA | Basic Ordering Agreement |
| CAER | Community Awareness and Emergency Response |
| CEM | Continuous Emission Monitors |
| CEMP | Comprehensive Emergency Management Plan |
| CERCLA | Comprehensive Environmental Response, Compensation & Liability Act of 1980, as amended |
| CFR | Code of Federal Regulations |
| CGHQ | Coast Guard Headquarters(USCG) |
| CHEMTREC | Chemical Transportation Emergency Center |
| CHRIS | Chemical Hazards Response Information System |
| CMA | Chemical Manufacturers Association |
| CO | Commanding Officer (USCG) |
| COFR | Certificate of Financial Officer |
| COS | Chief of Staff |
| COTP | Captain of the Port |
| CPR | Cardiopulmonary Resuscitation |
| CR | Control Room |
| CRO | Control Room Operator |
| CWA | Clean Water Act of 1977 (Federal) |
| DCO | Discharge Clean-Up Organization |
| DCT | Damage Control Team |
| DEM | Governor's Division of Emergency Management |
| DLI | Department of Labor & Industries |
| DNR | Department of Natural Resources |
| DOC | Department of Commerce |
| DOI | Department of Interior |
| DOS | Department of State |
| DOSC | Deputy On-Scene Coordinator |
| DOT | Department of Transportation |
| DPS | Department of Public Safety |
| DRAT | District Response Advisory Team (USCG) |
| DRG | District Response Group (USCG) |
| ECC | Emergency Command Center |
| EEZ | Exclusive Economic Zone |
| ELIRT | Emergency Local Interfunctional Response Team |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 14 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019376



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Abbreviations / Acronyms (Cont'd)                     Figure 2-4

| | |
|---|---|
| EM | Emergency Management |
| EMP | Emergency Management Plan |
| EMT | Emergency Management Team |
| EOC | Emergency Operations Center |
| EOD | Explosive Ordinance Disposal |
| EPA | Environmental Protection Agency |
| EPCRA | Emergency Planning and Community Right-to-Know Act |
| ERAP | Emergency Response Action Plan |
| ERC | Emergency Response Coordinator |
| ERO | Emergency Response Organization |
| ERP | Emergency Response Plan |
| ERT | Emergency Response Team |
| ERTL | Emergency Response Team Leader |
| ESD | Emergency Shutdown |
| ES&H | Environmental Safety & Health |
| EPZ | Emergency Planning Zone |
| FAA | Federal Aviation Administration |
| FDA | Food and Drug Administration |
| FEMA | Federal Emergency Management Administration |
| FOSC | Federal on-Scene Coordinator |
| FR | Federal Register |
| FRDA | Freshwater Resource Damage Assessment |
| FRP | Facility Response Plan |
| FWPCA | Federal Water Pollution Control Act |
| G-C | Office of the Commandant (USCG) |
| G-L | Office of Chief counsel (USCG) |
| G-M | Office of Marine Safety, Security, and Environmental Protection (USCG) |
| G-MEP | Office of Marine Environmental Protection(USCG) |
| G-N | Office of Navigation Safety and Waterway Services (USCG) |
| GAL | Gallons |
| GIS | Geographic Information System |
| GOM | Gulf of Mexico |
| GPM | Gallons Per Minute |
| GRU | Group (USCG) |
| GSA | General Services Administration |
| GST | Gulf Strike Team (Mobile, AL) (USCG) |
| HACS | Hazard Assessment Computer System |
| HAZMAT | Hazardous Materials |
| HAZWOPER | Hazardous Waste Operations and Emergency Response |
| HHS | Department of Health and Human Services |
| HMIS | Hazardous Material Information System |
| HUD | Department of Housing and Urban Development |
| HWCP | Hazardous Waste Contingency Plan |
| IAP | Incident Action Plan |
| ICP | Incident Contingency Plan |
| IC/QI | Incident Commander/Qualified Individual |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 15 of 19 Pages
© The Response Group 06/2009

BP-HZN-CEC 019377

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Abbreviations / Acronyms (Cont'd)                      Figure 2-4

| | |
|---|---|
| ICS | Incident Command System |
| ICW | Intracoastal Waterway (Same as IWW) |
| I.D. BOATS | Identified Deployment Boats |
| IMO | International Marine Organization |
| INS | Immigration and Naturalization Service |
| IPIECA | International Petroleum Industry Environmental Conservation Association |
| IRT | Initial Response Team |
| IWW | Intracoastal Waterway (Same as ICW) |
| JIB | Joint Information Bureau |
| JOC | Joint Operations Center |
| JRC | Joint Response Center |
| JTC | Joint Transportation Center |
| LCP | Local Oil and Hazardous Substances Contingency Plan |
| LDEQ | Louisiana Department of Environmental Quality |
| LEL | Lower Explosive Limit |
| LEPC | Local Emergcy Planning Committee |
| LEPD | Local Emergency Planning District |
| LLEA | Local Law Enforcement Agency |
| LNG | Liquefied Natural Gas |
| LOOP | Louisiana Offshore Oil Port |
| LOSC | Local On-Scene Coordinator |
| LPG | Liquefied Petroleum Gas |
| LRT | Local Response Team |
| MIRG | Marine Industry Resource Gulf (Tankers) |
| MMPD | Maximum Most Probable Discharge |
| MMS | Minerals Management Services |
| MOA | Memorandum of Agreement |
| MOU | Memorandum of Understanding |
| M&O | Management and Operations |
| MPA | Marine Preservation Association |
| MRL | Minimum Response Levels |
| MSD | Marine Safety Detachment (USCG) |
| MSDS | Material Safety Data Sheets |
| MSIS | Marine Safety Information System (USCG) |
| MSM | Marine Safety Manual (USCG) |
| MSO | Marine Safety Office (USCG) |
| MSD | Marine Safety Detachment |
| MSDS | Material Safety Data Sheets |
| MSIS | Marine Safety Information System (USCG) |
| MSM | Marine Safety Manual (USCG) |
| MSO | Marine Safety Office |
| MSRC | Marine Spill Response Corporation |
| MSU | Marine Safety Unit |
| MTR | Marine Transportation Related |
| NCP | National Contingency Plan |
| NIC | National Incident Commander |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 16 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019378

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Abbreviations / Acronyms (Cont'd)                     Figure 2-4

| | |
|---|---|
| NICa | Alternate National Incident Commander |
| NIIMS | National Interagency Incident Management System |
| NIOSH | National Institute for Occupational Safety and Health |
| NITF | National Incident Task Force |
| NM | Nautical Miles |
| NMFS | National Marine Fisheries Service |
| NOAA | National Oceanic and Atmospheric Administration |
| NPFC | National Pollution Funds Center (USCG |
| NRC | National Response Center |
| NRC | National Response Corporation (OSRO) |
| NRDA | Natural Resources Damage Assessment |
| NRS | National Response System |
| NRT | National Response Team |
| NSFCC | National Strike Force Coordination Center (USCG) |
| NTL | Notice to Lessees and Operations |
| NVIC | Navigation and Vessel Inspection Center (USCG) |
| O&M | Operations and Maintenance |
| OCI | Office of Criminal Investigation (EPA) |
| OCS | Outer Continental Shelf |
| OPA-90 | Oil Pollution Act of 1990 |
| OSC | On-Scene Coordinator/ Commander |
| OSCP | Oil Spill Contingency Plan |
| OSRP | Oil Spill Response Plan |
| OSHA | Occupational Safety & Health Administration |
| OSLTF | Oil Spill Liability Trust Fund |
| OSPRA | Oil Spill Prevention and Response Act of 1991 (TWC) |
| OSRAM | Oil Spill Risk Analysis Model |
| OSRC | Oil Spill Response Coordinator |
| OSRL | Oil Spill Response, Ltd. |
| OSRO | Oil Spill Response Organization |
| OSRP | Oil Spill Response Plan |
| PAO | Public Affairs Officer (USCG) |
| P/F | Platform |
| PFD | Personal Flotation Device |
| PHS | Public Health Service |
| PIAT | Public Information Assist Team |
| PIC | Person in Charge |
| PIP | Pre-Incidence Planning |
| P/L | Pipeline |
| POLREP | Pollution Report Message (USCG) |
| PPE | Personal Protective Equipment |
| PREP | National Preparedness for Response Exercise Program |
| QA | Quality Assurance |
| QI | Qualified Individual |
| RA | EPA Regional Administrator |
| RAT | Rapid Assessment Team |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 17 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019379



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

## Abbreviations / Acronyms (Cont'd)                    Figure 2-4

| | |
|---|---|
| RCP | Regional Oil and Hazardous Substance Pollution Contingency Plan |
| RCRA | Resource Conservation and Recovery Act |
| ROW | Right of Way |
| RP | Responsible Party |
| RRC | Regional Response Centers |
| RRI | Regional Resource Inventory |
| RRT | Regional Response Team (Federal) |
| RSPA | Research and Special Programs Administration |
| RQ | Reportable Quantity |
| SAR | Search and Rescue |
| SARA | Superfund Amendments and Reauthorization Act |
| SARS | Safety Analysis Review System |
| SCADA | Supervisory Control & Data Acquisition |
| SCAT | Shoreline Countermeasures Assessment Team |
| SCBA | Self-Contained Breathing Apparatus |
| SDHPT | State Department of Highways and Public Transportation |
| SDWA | Safe Drinking Water Act of 1986 |
| SDWF | State Department of Wildlife and Fisheries |
| SERC | State Emergency Response Commission |
| SI | Surface Impoundment |
| SIC | Standard Industrial Classification |
| SIP | Significant Incident Plan |
| SITREP | Situation Report Message (USCG) |
| SMART | Special Monitoring of Advanced Response Technologies |
| SMT | Spill Management Team |
| SONS | Spill of National Significance |
| SOP | Standard Operating Procedures |
| SOCS | State On-Scene Coordinator |
| SPCC | Spill Prevention, Control, and Countermeasures |
| SRG | State Response Group |
| SROC | Spill Response Operations Center |
| SROT | Spill Response Operating Team |
| SSC | Scientific Support Coordinator (NOAA) |
| STRCC | Spill Team Response Containment/ Cleanup |
| SUPSALV | U.S. Navy Supervisor of Salvage |
| SWLAMA | Southwest Louisiana Mutual Aid Association |
| SWS | Shallow Water Skimmer |
| TARC | Tiered Area Response Consortium |
| TAT | Tactical Assist Team (EPA) |
| TCEQ | Texas commission on Environmental Quality |
| TEAP | Transportation Emergency Action Plan |
| TGLO | Texas General Land Office |
| TRG | The Response Group |
| ROW | Right of Way |
| RRC | Railroad Commission of Texas |
| RRT | Regional Response Team |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 18 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019380

## Abbreviations / Acronyms (continued)                    Figure 2-4



| UCS | Unified Command System |
|-----|------------------------|
| US | United States |
| USA | U.S. Army |
| USACE | U.S. Army Corps of Engineers |
| USAF | U.S. Air Force |
| USCG | U.S. Coast Guard |
| USDA | U.S. Department of Agriculture |
| USDOD | U.S. Department of Defense |
| USDL | U.S. Department of Labor |
| USDOE | U.S. Department of Energy |
| USDOI | U.S. Department of Interior |
| USDOJ | U.S. Department of Justice |
| USDOT | U.S. Department of Transportation |
| USFS | U.S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service (USDOI) |
| USGC | U.S. Coast Guard |
| USGS | U.S. Geological Survey (USDOI) |
| USHHS | U.S. Department of Health & Human Services |
| USMC | U.S. Marine Corps |
| USN | U.S. Navy |
| USPHS | U.S. Public Health Service |
| VRP | Vessel Response Plan |
| VTS | Vessel Traffic System |
| WCD | Worst Case Discharge |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 19 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019381**

**Confidential Treatment Requested**

**BP-HZN-CEC 019382**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 3
Introduction

## 3. INTRODUCTION

**A. Facilities Covered**

This Oil Spill Response Plan (OSRP) encompasses all facilities operated by BP, herein the jurisdiction of the Minerals Management Service (MMS) and the Department of Transportation. Information on Federal or State leases and/or pipelines operated by BP is included in **Appendix A**.

| Corporate Name | MMS ID Code | Type Facility | | | |
|---|---|---|---|---|---|
| | | OCS | | State | |
| | | Leases | ROW P/Ls | Leases | ROW P/Ls |
| BP America, Inc. | 21591 | | | | |
| Arco Pipeline Company | 00486 | | X | | X |
| BP America Production Company | 0114 | X | X | | X |
| BP Corporation North America, Inc. | 2367 | | X | | |
| BP Exploration & Production Inc. | 2481 | X | X | | |
| BP Pipeline (North America) Inc. | 00751 | | X | | X |
| Caesar Oil Pipeline Company * | 2554 | | | | |
| Cleopatra Gas Gathering Company, LLC * | 2553 | | | | |
| Destin Pipeline Company LLC | 02193 | | X | | |
| Mardi Gras Endymion Oil Pipeline Company, LLC | 2529 | | | | X |
| Mardi Gras Transportation System, Inc. | 2527 | | X | | X |
| Okeanos Gas Gathering Company, LLC * | 2545 | | | | |
| Proteus Oil Pipeline Company, LLC | 2530 | X | X | | |
| Vastar Pipeline, LLC | 2317 | | | | |
| Vastar Resources, Inc. | 1855 | | X | | X |

**\*** - The assets owned/operated under these companies are listed as being under the responsibility of BP Pipeline (North America), Inc. (MMS ID Code 0751).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 3, Page 1 of 3 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 3
Introduction

## B. Purpose and Use

This OSRP was developed in order to respond effectively to all emergency incidents that occur in the Gulf of Mexico, and will be utilized in the event of an oil spill occurring in Federal or State waters.

The purpose of the Plan is to establish procedures, clarify responsibilities, and provide lines of authority and the sequence of communications to be followed in the event of an emergency response. Proper execution of the procedures detailed in this manual will help to limit environmental and ecological damage to sensitive areas as well as minimizing loss or damage to BP facilities in the event of a petroleum release and/or other emergency response incidents.

Objectives of the plan are as follows:

| Plan Objectives | |
|---|---|
| • | Protect the health and safety of all company personnel, contractors, and others who may be affected by the incident. |
| • | Enable a coordinated and integrated response by industry, contractors, federal, state, and local agencies and others to protect the environment from the damaging effects of pollution discharges. |
| • | Provide a list of procedures to follow when an incident occurs in order to promote a quick and effective response. |
| • | Minimize the effect of released material on aquatic and terrestrial ecosystems. |
| • | Minimize the effect of released material on public and private property. |
| • | Detail viable mechanisms for:<br>a) Spill detection and notification<br>b) Spill assessment and initiation of action<br>c) Spill containment and countermeasures<br>d) Spill material removal and proper disposal<br>e) Spill documentation and cost recovery |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 3, Page 2 of 3 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 3
Introduction

**C.  Types of Leases and ROW Pipelines**

| Types of Leases and ROW Pipelines | Yes | No |
|---|---|---|
| OCS Leases | X | |
| OCS ROW Pipelines | X | |
| State Facilities | | X |
| State ROW Pipelines | X | |

**D.  Facility Information Statement**

All BP facilities covered under this Oil Spill Response Plan are listed in **Appendix A**, Facility Information.

**E.  Contract Certification Statement**

BP hereby certifies that contracts and/or agreements are in place with NRC and MSRC that will provide immediate access to appropriate spill response equipment and personnel to respond to an incident. See **Appendix D** for the company certification and procurement contacts to review contracts related to emergency response.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 3, Page 3 of 3 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019385**

Confidential Treatment Requested

BP-HZN-CEC 019386



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

## 4.  ORGANIZATION

**A.  Qualified Individual/Incident Commander (QI/IC)**

Identification of Qualified I ndividuals is r equired under S ection 311( j)(s)(c)(ii) o f t he Feder al Water P ollution C ontrol A ct.  The Q ualified Individual r epresenting BP will al so se rve as the Incident Commander as defined in the Oil Pollution Act of 1990 (OPA '90). In this capacity, the QI/IC has the responsibility and authority to:

| |
|---|
| • Initiate spill cleanup operations. |
| • Obligate any funds necessary t o ca rry out al l r equired and /or directed Oil Spill Response activities. |
| • Activate and co ntract w ith r equired oi l sp ill r emoval organizations. |
| • Act as a l iaison with t he Feder al O n-Scene C oordinator (FOSC). |
| • Authorize i mmediate no tification o f Feder al, S tate, and Local agencies. |

For a complete listing of Qualified Individual duties see **Figure 4-2**. Refer to **Figure 7-1** for a BP contact list o f primary and alternate Qualified I ndividuals. R efer to **Appendix B**, t raining information, for a description of required training for Qualified Individuals/ Incident Commanders. Training records for Qualified I ndividuals, as w ell as other Incident Management T eam Members, will be retained by BP for the time period specified by 30 CFR § 254.41.

**B.  Incident Management Team (Incident Management Team – IMT)**

**Multi-Tiered Response Organization – Tactical Response Team**
BP's emergency response organization is designed to manage the response to any emergency involving BP's operations. It consists of three interfunctional tiers, each with it's own response team, roles, and responsibilities. The first tier is the Tactical Response Team (TRT). The TRT is comprised of t he highly trained personnel who i nitially respond to the i ncident and conduct the at-the-scene, hands-on tactical r esponse operations. This team may include BP personnel (BP Strike Team), response contractors (OSROs), and government agency personnel (police and/or fire departments). Upon activation of an IMT, the TRT is integrated into and forms the bulk of the Operations Section of the IMT.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 1 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

**Multi-Tiered Response Organization – Incident Management Team**
BP's Incident Management Teams are primarily comprised of BP personnel; however, the IMT may include BP Americas Response Team members, government agency personnel, and/or contractors. The primary roles of the IMT are:
- to provide strategic direction to incident response operations
- support the TRT
- address issues best handled at the IMT level
- interface with/provide information to external parties.

The organizational structure of the IMT is based on NIMS ICS and operates within a tiered response framework, which allows for the mobilization of resources at varying levels as dictated by incident circumstances. IMT duties and responsibilities are illustrated in **Figure 4-2**.

Refer to **Figure 4-1** for the BP IMT Organization Chart. The IMT Organization Chart is illustrated in **Figure 7-1** while the names and phone numbers for IMT members are listed in **Figure 7-6a**.

**Multi-Tiered Response Organization – Business Support Team**
The third tier of BP's emergency response organization is the Business Support Team (BST). The BST has two basic responsibilities – to provide support to the IMT and to address ancillary issues that are related to the incident but fall outside the IMT's responsibility to manage the immediate incident. If an incident occurs that requires the activation of the GoM Incident Management Team, then Incident Commander, will contact and inform the BST Crisis Manager or alternate at the earliest opportunity, and they will determine if the BST should be activated. Examples of BST responsibilities include:

| | |
|---|---|
| ● | Identify potential resources for use by the IMT |
| ● | Liaise with local government representatives to mitigate potential ramifications of the incident on current or future legislation |
| ● | Serve as communication conduit between the IMT and the Group Crisis Team |
| ● | Assist in any matters or issues as requested by the IMT, e.g. media inquiries, HR, press releases |
| ● | Provide assistance and support to the Group Crisis Team in the development of the strategic response to the incident |
| ● | IP Worksheet assessment or further assessment of incident potential |

The BST is small in comparison to a typical IMT, consisting of up to nine advisors who work in support of the BST Business Support Manager. It is important to note that the BST does not give response directions to the IMT. However, it is the responsibility of the BST Business Support Manager to confirm the qualifications of the Incident Commander for leading the IMT and, if appropriate, to designate a new Incident Commander to lead the IMT.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 2 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

See **Appendix B**, Training Information, for a de scription of training p rovided t o IMT members responsible for spill management decision making.

**C.    Spill Response Operating Team (SROT) / Tactical Response Team (TRT)**

The BP Spill Response Operating Team (SROT) / Tactical Response Team (TRT) is comprised of a num ber of Oil Spill Removal Organizations (OSROs). The SROT duties include but are not limited to:

| |
|---|
| • Ensuring t he av ailability o f trained personnel, se rvices, and r esponse equipment on a 24 hour per day basis. |
| • Provide personnel, equipment, and m aterials of sufficient quality and r ecovery capacity to respond effectively to oil spills from the facilities and leases covered by this plan, including worst case scenarios. |
| • Respond i mmediately upon notification of an oil sp ill and begin co ntainment and recovery operations as soon as possible. Response time will be dependent upon spill location, weather conditions, and safety considerations. |
| • Comply with annual training requirements for employees. See **Appendix B** for a description of training received by SROT members. |
| • Refer to **Appendix D**, Contractual Agreements, for OSRO and SROT contract information. |
| • For a l isting of Oil Spill Removal Organizations (OSROs) that are members of the BP Spill Response Operating Team refer to **Figure 7-6a & 7-6b.** |

**D.    Oil Spill Removal Organizations**

For a listing of oil spill removal organizations refer to **Figure 7-7**.

| Primary Equipment Providers |
|---|
| • BP is a m ember o f both the National R esponse C orporation (NRC) and t he Marine S pill R esponse C orporation (MSRC) co operatives. Membership provides for the use o f NRC & M SRC equipment. Refer to **Appendix D**, Contractual Agreements, f or information concerning co ntracts and/or agreements. Refer t o **Appendix E**, R esponse Equipment, for an up -to-date inventory of NRC equipment and supplies. |
| • See **Appendix F**, S upport S ervices and S upplies, for a t elephone l ist o f support services that may be required in the event of a spill. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 3 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 4
Organization

**Incident Management Team Organizational Structure**   **Figure 4-1**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 4 of 24 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

**IMT Duties & Responsibilities Checklists**                    **Figure 4-2**

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **INCIDENT COMMANDER (IC) (QUALIFIED INDIVIDUAL) (QI)** |
| *Responsible for overall command and control of emergency response effort* |

| ✱ | **Response Actions** |
|---|---|
| | Review common responsibilities. |
| | Review Incident Commander responsibilities and serve in such capacity until IMT is activated and in place. |
| | Serve as initial point of contact for RP personnel in initial response. |
| | Assess incident situation and ensure appropriate response steps are being taken. |
| | Ensure adequate safety measures are in place. |
| | Ensure regulatory notifications have been completed. |
| | Establish appropriate communications with FOSC, SOSC and other federal and state officials, as appropriate. |
| | Oversee initial response actions. |
| | Notify and activate Oil Spill Removal Organizations as is appropriate. |
| | Obligate funds, as is appropriate, to support the conduct of incident response activities. |
| | Ensure activation of Incident Management Team and The Response Group is completed. |
| | Request maps and trajectories from The Response Group. |
| | Perform additional responsibilities as designated by BP. |
| | Review general ICS procedures and common responsibilities. |
| | Obtain a briefing from the prior IC (201 Briefing), if applicable. |
| | Determine Incident Objectives & general direction for managing the incident. |
| | Establish the immediate priorities. |
| | Establish an ICP. |
| | Brief Command Staff and General Staff. |
| | Establish an appropriate organization. |
| | Ensure planning meetings are scheduled as required. |
| | Approve and authorize the implementation of an IAP. |
| | Ensure that adequate safety measures are in place. |
| | Coordinate activity for all Command and General Staff. |
| | Coordinate and serve as primary on-site contact with key people and officials. |
| | Approve requests for additional resources or for the release of resources. |
| | Keep agency administrator informed of incident status. |
| | Approve the use of trainees, volunteers, and auxiliary personnel. |
| | Serve as primary spokesperson and authorize release of information to the news media. |
| | Ensure ICS 209 is completed and forwarded to appropriate higher authority. |
| | Order the demobilization of the incident when appropriate. |
| | Supervise incident response operations and ensure that they are carried out in a manner consistent with BP's policy, appropriate government directives, and the needs and concerns of impacted areas. |
| | Analyze incident potential. |
| | Serve as primary on-site contact person for BP senior management, government representatives, and BP partners. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 5 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| ✳ | Response Actions (Cont'd) |
|---|---|
| | Ensure that source control and response operations are carried out safely and closely coordinated. |
| | Monitor and evaluate effectiveness of source control and response operations. |
| | Approve and authorize implementation of General Plan. |
| | Consider need for an alternate or backup person for extended (24 hour) coverage. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 6 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019392



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **SAFETY OFFICER** |
| *Responsible for the overall safety of emergency response operations* |
| ✳         **Response Actions** |

| | |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Participate in tactics and planning meetings, and other meetings and briefings as required. |
| | Identify hazardous situations associated with the incident. |
| | Review the IAP for safety implications. |
| | Provide safety advice in the IAP for assigned responders. |
| | Exercise emergency authority to stop and prevent unsafe acts. |
| | Investigate accidents that have occurred within the incident area. |
| | Assign assistants, as needed. |
| | Review and approve the medical plan (ICS Form 206). |
| | Develop the Site Safety Plan and publish a summary (ICS Form 208) as necessary. |

| BP Incident Management Team Duties and Responsibilities Checklist |
|---|
| **LIAISON OFFICER** |
| *Responsible for assuming main point of contact role for regulatory agency involvement* |
| ✳         **Response Actions** |

| | |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Be a contact point for Agency Representatives. |
| | Maintain a list of assisting and cooperating agencies and Agency Representatives, including name and contact information. Monitor check-in sheets daily to ensure that all Agency Representatives are identified. |
| | Assist in establishing and coordinating interagency contacts. |
| | Keep agencies supporting the incident aware of incident status. |
| | Monitor incident operations to identify current or potential inter-organizational problems. |
| | Participate in planning meetings, providing current resource status, including limitations and capability of assisting agency resources. |
| | Coordinate response resource needs for Natural Resource Damage Assessment and Restoration (NRDAR) activities with the OSC during oil and HAZMAT responses. |
| | Coordinate response resource needs for incident investigation activities with the OSC. |
| | Ensure that all required agency forms, reports and documents are completed prior to demobilization. |
| | Brief Command on agency issues and concerns. |
| | Have debriefing session with the IC prior to departure. |
| | Coordinate activities of visiting dignitaries. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 7 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019393**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

---

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **PUBLIC INFORMATION OFFICER** |
| *Responsible for developing and releasing information about the incident and managing personnel issues due to accidents/injuries* |

| ✱ | **Response Actions** |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Determine from the IC if there are any limits on information release. |
| | Develop material for use in media briefings. |
| | Obtain IC approval of media releases. |
| | Inform media and conduct media briefings. |
| | Arrange for tours and other interviews or briefings that may be required. |
| | Manage a Joint Information Center (JIC) if established. |
| | Obtain media information that may be useful to incident planning. |
| | Maintain current information summaries and/or displays on the incident and provide information on the status of the incident to assigned personnel. |

---

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **LEGAL OFFICER** |
| *The Legal Officer will act in an advisory capacity during an oil spill response* |

| ✱ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Obtain briefing from the Incident Commander. |
| | Advise the Incident Commander (IC) and the Unified Command (UC), as appropriate, on all legal issues associated with response operations. |
| | Establish documentation guidelines for & provide advise regarding response activity documentation to the response team. |
| | Provide legal input to the Documentation Unit, the Compensation/Claims Unit, and other appropriate Units as requested. |
| | Review press releases, documentation, contracts & other matters that have legal implications for the Comp. |
| | Participate in Incident Command System (ICS) meetings and other meetings, as requested. |
| | Participate in incident investigations and the assessment of damages (including natural resource damage assessments). |
| | Maintain Individual/Activity Log (ICS Form 214a). |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 8 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019394



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

**HUMAN RESOURCES SPECIALIST**

*The Human Resources specialist is responsible for providing direct human resources services to the response organization, including ensuring compliance with all labor-related laws and regulations*

| ✳ | Response Actions |
|---|---|
| | Review general ICS procedures and common responsibilities. |
| | Provide a Point Of Contact (POC) for incident personnel to discuss human resource issues. |
| | Participate in daily briefings and planning meetings to provide appropriate human resource information. |
| | Post human resource information, as appropriate. |
| | Receive and address reports of inappropriate behavior, acts, or conditions through appropriate lines of authority. |
| | Maintain Unit Log (ICS 214). |

---

### BP Incident Management Team
### Duties and Responsibilities Checklist

**SOURCE CONTROL BRANCH**

*Source Branch Group is responsible for coordinating and directing all salvage/source control activities related to the incident*

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Division/Group Supervisor Responsibilities. |
| | Coordinate the development of Salvage/Source Control Plan. |
| | Determine Salvage/Source Control resource needs. |
| | Direct and coordinate implementation of the Salvage/Source Control Plan. |
| | Manage dedicated salvage/Source Control resources. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 9 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019395**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
| --- |
| **OPERATIONS SECTION CHIEF** |
| *Responsible for management of all operations directly applicable to the response effort* |

| ✳ | **Response Actions** |
| --- | --- |
| | Review Common Responsibilities. |
| | Obtain briefing from IC. |
| | Request sufficient Section supervisory staffing for both ops & planning activities. |
| | Convert operational incident objectives into strategic and tactical options through a work analysis matrix. |
| | Coordinate and consult with the PSC, SOFR technical specialists, modeling scenarios, trajectories, etc., on selection of appropriate strategies and tactics to accomplish objectives. |
| | Identify kind and number of resources required to support selected strategies. |
| | Subdivide work areas into manageable units. |
| | Develop work assignments and allocate tactical resources based on strategy requirements. |
| | Coordinate planned activities with the SOFR to ensure compliance with safety practices. |
| | Prepare ICS 234 Work Analysis Matrix with PSC to ensure Strategies & Tactics and tasks are in line with ICS 202 Response Objectives to develop ICS 215. |
| | Participate in the planning process and the development of the tactical portions (ICS 204 and ICS 220) of the IAP. |
| | Assist with development of long-range strategic, contingency, and demobilization plans. |
| | Supervise Operations Section personnel. |
| | Monitor need for and request additional resources to support operations as necessary. |
| | Coordinate with the LOFR and AREPs to ensure compliance with approved safety practices. |
| | Evaluate and monitor current situation for use in next operational period planning. |
| | Interact and coordinate with Command on achievements, issues, problems, significant changes special activities, events, and occurrences. |
| | Troubleshoot operational problems with other IMT members. |
| | Supervise and adjust operations organization and tactics as necessary. |
| | Participate in operational briefings to IMT members as well as briefings to media, and visiting dignitaries. |
| | Develop recommended list of Section resources to be demobilized and initiate recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Establish Command Network and communications protocol. |
| | Review and ensure the appropriateness of strategy and tactics being employed by On-scene Commander; provide necessary strategic direction. |
| | Provide Planning Section Chief or Situation Unit up-to-date information on nature and status of tactical response operations. |
| | Assist Planning Section Chief or Plan Development Unit preparing Incident Action Plan in Preparation of General Plan. |
| | Assist Planning Section Chief or Plan Development Unit preparing General Plan in preparation of General Plan. |
| | Ensure that Operations Section Personnel are aware of & follow BP safety polices, appropriate government agency directives, & Site Safety Plan. |
| | Ensure that concerns of government agencies & impacted citizens are adequately considered in formulation & execution of response strategies. |
| | Receive information from Planning Section Chief on location & movement of spilled or emitted materials. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 10 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019396



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 4
Organization

| ✳ | Response Actions (Cont'd) |
|---|---|
| | Work with Environmental Unit Leader Officers to develop an overall Shoreline Protection/Cleanup Strategy. |
| | Provide Information & Liaison Officers Updates on nature & status of tactical response operations. |
| | Ensure that appropriate documentation is compiled by On-scene Commander and forwarded to Planning Section Chief of Documentation Unit. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 11 of 24 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
| :---: |

| **RECOVERY AND PROTECTION BRANCH DIRECTOR** |
| :---: |

*The Recovery and Protection Branch Director is responsible for overseeing and implementing the protection, containment and cleanup activities established in the IAP*

| ✳ | | Response Actions |
|:--:|:--:|---|
| | | Review common responsibilities |
| | | Receive briefing from OSC/DOSC. |
| | | Identify Divisions, Groups, and resources assigned to the Branch. |
| | | Obtain briefing from person you are relieving. |
| | | Ensure that Division Supervisors (DIVS) have a copy of the IAP. |
| | | Implement IAP for Branch. |
| | | Develop with subordinates alternatives for Branch control operations. |
| | | Review Division/Group Assignment Lists (ICS 204) for Divisions/Groups within the Branch. Modify lists based on effectiveness of current operations. |
| | | Assign specific work tasks to DIVS. |
| | | Supervise Branch operations. |
| | | Resolve logistic problems reported by subordinates. |
| | | Attend planning meetings at the request of the OSC/DOSC. |
| | | Ensure through chain of command that Resources Unit is advised of changes in the status of resources assigned to the Branch. |
| | | Report to OSC/DOSC when: the IAP is to be modified; additional resources are needed; surplus resources are available; or hazardous situations or significant events occur. |
| | | Approve accident and medical reports (home agency forms) originating within the Branch. |
| | | Consider demobilization well in advance. |
| | | Debrief with OSC/DOSC and/or as directed at the end of each shift. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 12 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019398**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 4
Organization

---

## BP Incident Management Team
## Duties and Responsibilities Checklist

### STAGING AREA MANAGER

*Responsible for managing all aspects of Staging Area(s) including safety and security*

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Proceed to Staging Area. |
| | Establish Staging Area layout. |
| | Obtain briefing from person you are relieving, if applicable. |
| | Determine any support needs for equipment, feeding, sanitation and security. |
| | Establish check-in function as appropriate. |
| | Ensure security of staged resources. |
| | Post areas for identification and traffic control. |
| | Request maintenance service for equipment at Staging Area as appropriate. |
| | Respond to request for resource assignments. (Note: This may be direct from the OSC/DOSC or via the Incident Communications Center.) |
| | Obtain and issue receipts for radio equipment and other supplies distributed and received at Staging Area. |
| | Determine required resource levels from the OSC/DOSC. |
| | Advise the OSC/DOSC when reserve levels reach minimums. |
| | Maintain and provide status to Resource Unit of all resources in Staging Area. |
| | Maintain Staging Area in orderly condition. |
| | Demobilize Staging Area in accordance with the Incident Demobilization Plan. |
| | Debrief with OSC/DOSC or as directed at the end of each shift. |

---

## BP Incident Management Team
## Duties and Responsibilities Checklist

### DISPOSAL GROUP

*The Disposal Group Supervisor is responsible for coordinating the on-site activities of personnel engaged in collecting, storing, transporting, and disposing of waste materials*

| ✳ | Response Actions |
|---|---|
| | Review Division/Group Supervisor Responsibilities. |
| | Implement the Disposal Portion of the IAP. |
| | Ensure compliance with all hazardous waste laws and regulations. |
| | Maintain accurate records of recovered material. |
| | Maintain Unit/Activity Log (ICS Form 214). |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 13 of 24 Pages
© The Response Group 06/2009

BP-HZN-CEC 019399



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

---

## BP Incident Management Team
## Duties and Responsibilities Checklist

### WILDLIFE BRANCH DIRECTOR

*Responsible for minimizing wildlife losses during spill response operations*

| ✳ | Response Actions |
|---|---|
| | Review Branch Director Responsibilities. |
| | Develop the Wildlife Branch portion of the IAP. |
| | Supervise Wildlife Branch operations. |
| | Determine resource needs. |
| | Review the suggested list of resources to be released and initiate recommendation for release of resources. |
| | Assemble and disassemble teams/task forces assigned to the Wildlife Branch. |
| | Report information about special activities, events, and occurrences to the OPS. |
| | Assist the Volunteer Coordinator in determining training needs of wildlife recovery volunteers. |
| | Maintain Unit/Activity Log (ICS Form 214). |

---

## BP Incident Management Team
## Duties and Responsibilities Checklist

### PLANNING SECTION CHIEF

*Responsible for collection, evaluation of information about development of incident*

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Collect, process, and display incident information. |
| | Assist OSC in the development of response strategies. |
| | Supervise preparation of the IAP. |
| | Facilitate planning meetings and briefings. |
| | Assign personnel already on-site to ICS organizational positions as appropriate. |
| | Establish information requirements and reporting schedules for Planning Section Units (e.g., Resources, Situation). |
| | Determine the need for any specialized resources in support of the incident. |
| | Establish special information collection activities as necessary (e.g., weather, environmental, toxics, etc.). |
| | Assemble information on alternative strategies. |
| | Provide periodic predictions on incident potential. |
| | Keep IMT apprised of any significant changes in incident status. |
| | Compile and display incident status information. |
| | Oversee preparation and implementation of the Incident Demobilization Plan. |
| | Incorporate plans (e.g., Traffic, Medical, Communications, and Site Safety) into the IAP. |
| | Develop other incident supporting plans (e.g., salvage, transition, security). |
| | Assist Operations with development of the ICS 234 Work Analysis Matrix. |
| | Maintain Unit Log (ICS 214). |
| | **Advise Incident Commander on all environmental aspects of source control & response operations, & ensure compliance with environmental laws, regulations, &/or government directives.** |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 14 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 4**<br>Organization |
|---|---|

| ✳ | **Response Actions (Cont'd)** |
|---|---|
| | Facilitate collection & retention of appropriate documentation. |
| | Ensure technical specialists are checked in & assigned to appropriate Units within IMT/TRT |
| | Environmentally sensitive areas, wildlife affected by incident, &/or status of protection efforts. |
| | Assist Information & Liaison Officers in responding to requests for information from media, government agencies, & other external parties. |

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **SITUATION UNIT LEADER** |
| *Responsible for collection and analysis of incident data to determine current status of unit activities (i.e., trajectory modeling, GIS information)* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Begin collection and analysis of incident data as soon as possible. |
| | Prepare, post, or disseminate resource and situation status information as required, including special requests. |
| | Prepare periodic predictions or as requested by the PSC. |
| | Prepare the Incident Status Summary Form (ICS Form 209). |
| | Provide photographic services and maps if required. |
| | Conduct situation briefings at the Command and General Staff Meetings, Tactics Meeting, Planning Meeting and Operations Briefing. |
| | Conduct situation briefings at other meetings/ briefings as required. |
| | Develop and maintain master chart(s)/map(s) of the incident. |
| | Maintain chart/map of incident in the common area of the ICP for all responders to view. |
| | Maintain Unit Log (ICS 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 15 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019401



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| BP Incident Management Team<br>Duties and Responsibilities Checklist | |
|---|---|
| **RESOURCE UNIT LEADER** | |
| *Responsible for maintaining an accounting system indicating location and status of all resources* | |
| ✱ | **Response Actions** |
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Establish the check-in function at incident locations. |
| | Prepare Organization Assignment List (ICS Form 203) and Organization Chart (ICS Form 207). |
| | Prepare appropriate parts of Division Assignment Lists (ICS Form 204). |
| | Maintain and post the current status and location of all resources. |
| | Maintain master roster of all resources checked in at the incident. |
| | Review Resource Unit Leader Job Aid. |
| | Maintain Unit/Activity Log (ICS Form 214). |

| BP Incident Management Team<br>Duties and Responsibilities Checklist | |
|---|---|
| **DOCUMENTATION UNIT LEADER** | |
| *Responsible for providing incident documentation, reviewing records for accuracy and storing documentation files* | |
| ✱ | **Response Actions** |
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Set up work area; begin organization of incident files. |
| | Establish duplication service; respond to requests. |
| | File all official forms and reports. |
| | Review records for accuracy and completeness; inform appropriate units of errors or omissions. |
| | Provide incident documentation as requested. |
| | Organize files for submitting final incident documentation package. |
| | Prepare ICS 231 Meeting Summary & ICS 233 Action Item Tracker. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 16 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019402**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** | |
|---|---|
| **TECHNICAL SPECIALISTS** | |
| *Responsible for coordinating activities with appropriate consultants and contractors (i.e., NRDA reps, Scientific Support Coordinator, etc.)* | |
| ✳ | **Response Actions** |
| | Review Common Responsibilities. |
| | Provide technical expertise and advice to Command and General Staff as needed. |
| | Attend meetings and briefings to clarify and help to resolve technical issues. |
| | Provide expertise during the development of the IAP and other support plans. |
| | Work with the Safety Officer to mitigate unsafe practices. |
| | Work closely with Liaison Officer to help facilitate understanding among stakeholders and special interest groups. |
| | Be available to attend press briefings to clarify technical issues. |
| | Work with Operations Section to monitor compliance with planned actions. |
| | Research technical issues and provide findings to decision makers. |
| | Provide appropriate modeling and predictions as needed. |
| | Trouble shoot technical problems and provide advice on resolution. |
| | Review specialized plans and clarify meaning. |
| | Review THSP Job Aid. |
| | Maintain Unit Log (ICS 214). |

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** | |
|---|---|
| **SOURCE CONTROL/SALVAGE DIRECTOR** | |
| *Responsible for supervising at-the-scene source control operations.* | |
| ✳ | **Response Actions** |
| | Travel to incident scene; check in at Tactical Command Post (TCP); report to On-scene Commander |
| | Assist On-scene Commander in sizing up situation, and/or in developing solution(s) (i.e., a strategy) to address source control/salvage-related problem(s) |
| | Receive assignments from On-scene Commander |
| | Supervise at-the-scene source control/salvage operations |
| | Ensure health & safety of all at-the-scene source control/salvage personnel |
| | Brief personnel assigned to carry out source control/salvage-related tasks; ensure that assigned personnel have information and equipment they need to carry out tasks safely and effectively |
| | Account for all assigned personnel and equipment |
| | Maintain proper span-of-control |
| | Keep On-scene Commander informed about nature and status of source control/salvage operations |
| | Ensure that appropriate actions are taken to stop, isolate, and/or control source of incident |
| | Assess damage to affected facilities and take appropriate action(s) to minimize additional damage |
| | If necessary, identify location(s) of Branch-specific staging area(s) |
| | Provide Staging Area Manager information on resource needs |
| | Compile and maintain appropriate documentation |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 17 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| **BP Incident Management Team** **Duties and Responsibilities Checklist** |
| :---: |
| **LOGISTICS SECTION CHIEF** |
| *Responsible for managing all incident logistics* |

| ✳ | **Response Actions** |
| :---: | :--- |
| | Review Common Responsibilities. |
| | Plan the organization of the Logistics Section. |
| | Assign work locations and preliminary work tasks to Section personnel. |
| | Notify the Resources Unit of the Logistics Section units activated including names and locations of assigned personnel. |
| | Assemble and brief Branch Directors and Unit Leaders. |
| | Determine and supply immediate incident resource and facility needs. |
| | In conjunction with Command, develop and advise all Sections of the IMT resource approval and requesting process. |
| | Review proposed tactics for upcoming operational period for ability to provide resources and logistical support. |
| | Identify long-term service and support requirements for planned and expected operations. |
| | Advise Command and other Section Chiefs on resource availability to support incident needs. |
| | Provide input to and review the Communications Plan, Medical Plan and Traffic Plan. |
| | Identify resource needs for incident contingencies. |
| | Coordinate and process requests for additional resources. |
| | Track resource effectiveness and make necessary adjustments. |
| | Advise on current service and support capabilities. |
| | Develop recommended list of Section resources to be demobilized and initiate recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Ensure the general welfare and safety of Logistics Section personnel. |
| | Maintain Unit Log (ICS 214). |
| | Work with Finance Section Chief to institute requisition procedure and provide the Finance Section Chief with copies of all Purchase Orders. |
| | Ensure that an overall inventory and inventory management system is maintained of all equipment system is maintained of all equipment, materials, and supplies purchased, rented, borrowed, or otherwise obtained during incident response operations. |
| | Ensure that records are maintained on equipment and services provided and contracts executed during incident response operations. |
| | Provide Planning Section Chief or Resource Unit with up-to-date information on destination and ETA of all equipment and personnel resources obtained for incident response operations. |
| | Assist Planning Section Chief or Plan Development Units in preparation of Incident Action Plans and General Plan. |
| | Provide Operations Section Chief with recommendations on timing of release of logistics services and support personnel and equipment. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 18 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019404



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **SERVICE BRANCH DIRECTOR** |
| *The Service Branch Director, when activated, is under the supervision of the LSC, and is responsible for the management of all service activities at the incident* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Obtain working materials. |
| | Determine the level of service required to support operations. |
| | Confirm dispatch of branch personnel. |
| | Participate in planning meetings of Logistics Section personnel. |
| | Review the IAP. |
| | Organize and prepare assignments for Service Branch personnel. |
| | Coordinate activities of Branch Units. |
| | Inform the LSC of branch activities. |
| | Resolve Service Branch problems. |
| | Maintain Unit/Activity Log (ICS Form 214). |

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **SUPPORT BRANCH DIRECTOR** |
| *Responsible for development of logistic plans in support of IAP for supply, facilities and transportation* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Obtain work materials. |
| | Identify Support Branch personnel dispatched to the incident. |
| | Determine initial support operations in coordination with the LSC and Service Branch Director. |
| | Prepare initial organization and assignments for support operations. |
| | Assemble and brief Support Branch personnel. |
| | Determine if assigned branch resources are sufficient. |
| | Maintain surveillance of assigned units work progress and inform the LSC of their activities. |
| | Resolve problems associated with requests from the Operations Section. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 19 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019405**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| ✱ | **Response Actions** |
|---|---|

**BP Incident Management Team
Duties and Responsibilities Checklist**

**COMMUNICATIONS UNIT LEADER**

*Responsible for distribution, installation, maintenance, technical advice and overall Communication Plan for incident response operation*

| ✱ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Determine Unit personnel needs. |
| | Prepare and implement the Incident Radio Communications Plan (ICS Form 205). |
| | Ensure the Incident Communications Center and the Message Center is established. |
| | Establish appropriate communications distribution/maintenance locations within the Base. |
| | Ensure communications systems are installed and tested. |
| | Ensure an equipment accountability system is established. |
| | Ensure personal portable radio equipment from cache is distributed per Incident Radio Communications Plan. |
| | Provide technical information as required on:<br>- Adequacy of communications systems currently in operation.<br>- Geographic limitation on communications systems.<br>- Equipment capabilities/limitations.<br>- Amount and types of equipment available.<br>- Anticipated problems in the use of communications equipment. |
| | Supervise Communications Unit activities. |
| | Maintain records on all communications equipment as appropriate. |
| | Ensure equipment is tested and repaired. |
| | Recover equipment from units being demobilized. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 20 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019406**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **FINANCE SECTION CHIEF** |
| *Responsible for managing and supervising financial aspects of emergency response operations* |

| ✱ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Participate in incident planning meetings and briefings as required. |
| | Review operational plans and provide alternatives where financially appropriate. |
| | Manage all financial aspects of an incident. |
| | Provide financial and cost analysis information as requested. |
| | Gather pertinent information from briefings with responsible agencies. |
| | Develop an operating plan for the Finance/Admin Section; fill supply and support needs. |
| | Determine the need to set up and operate an incident commissary. |
| | Meet with Assisting and Cooperating Agency Representatives, as needed. |
| | Maintain daily contact with agency(s) administrative headquarters on Finance/Admin matters. |
| | Ensure that all personnel time records are accurately completed and transmitted to home agencies, according to policy. |
| | Provide financial input to demobilization planning. |
| | Ensure that all obligation documents initiated at the incident are properly prepared and completed. |
| | Brief agency administrative personnel on all incident-related financial issues needing attention or follow-up prior to leaving incident. |
| | Develop recommended list of Section resources to be demobilized and initial recommendation for release when appropriate. |
| | Receive and implement applicable portions of the incident Demobilization Plan. |
| | Maintain Unit Log (ICS 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 21 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019407**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| BP Incident Management Team<br>Duties and Responsibilities Checklist |
|---|
| **PROCUREMENT UNIT LEADER** |
| *Responsible for managing all financial matters pertaining to vendors, contracts, leases and fiscal agreements* |

| ✳ | Response Actions |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Review incident needs and any special procedures with Unit Leaders, as needed. |
| | Coordinate with local jurisdiction on plans and supply sources. |
| | Obtain the Incident Procurement Plan. |
| | Prepare and authorize contracts and land-use agreements. |
| | Draft memoranda of understanding as necessary. |
| | Establish contracts and agreements with supply vendors. |
| | Provide for coordination between the Ordering Manager and all other procurement organizations supporting the incident. |
| | Ensure that a system is in place that meets agency property management requirements. Ensure proper accounting for all new property. |
| | Interpret contracts and agreements; resolve disputes within delegated authority. |
| | Coordinate with the Compensation/Claims Unit for processing claims. |
| | Complete final processing of contracts and send documents for payment. |
| | Coordinate cost data in contracts with the Cost Unit Leader. |
| | Brief the Finance Section Chief on current problems and recommendations, outstanding issues, and follow-up requirements. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 22 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019408**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 4**
Organization

| **BP Incident Management Team**<br>**Duties and Responsibilities Checklist** |
|---|
| **COMPENSATION / CLAIMS UNIT LEADER** |
| *The Compensation/Claims Unit Leader is responsible for the overall management and direction of all administrative matters pertaining to compensation for injury and claims related activities (other than injury) for an incident* |

| ✳ | **Response Actions** |
|---|---|
| | Review Common Responsibilities. |
| | Review Unit Leader Responsibilities. |
| | Obtain a briefing from the Finance Section Chief. |
| | Establish contact with the incident MEDL, SOFR and NLO (or Agency Representatives if no NLO is assigned). |
| | Determine the need for Compensation for Injury and Claims Specialists and order personnel as needed. |
| | Establish a Compensation for Injury work area within or as close as possible to the Medical Unit. |
| | Review Incident Medical Plan. (ICS Form 206). |
| | Ensure that Compensation/Claims Specialists have adequate workspace and supplies. |
| | Review and coordinate procedures for handling claims with the Procurement Unit. |
| | Brief the Compensation/Claims Specialists on incident activity. |
| | Periodically review logs and forms produced by the Compensation/Claims Specialists to ensure that they are complete, entries are timely and accurate and that they are in compliance with agency requirements and policies. |
| | Ensure that all Compensation for Injury and Claims logs and forms are complete and routed to the appropriate agency for post-incident processing prior to demobilization. |
| | Keep the Finance Section Chief briefed on Unit status and activity. |
| | Demobilize unit in accordance with the Incident Demobilization Plan. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 23 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019409**



| **BP Incident Management Team** |
|:---:|
| **Duties and Responsibilities Checklist** |

| COST UNIT LEADER |
|:---:|

*Responsible for providing incident cost analysis*

| ✳ | Response Actions |
|:---:|:---|
| | Review Unit Leader Responsibilities. |
| | Obtain a briefing from the Finance Section Chief. |
| | Coordinate with agency headquarters on cost reporting procedures. |
| | Collect and record all cost data. |
| | Develop incident cost summaries. |
| | Prepare resources-use cost estimates for the Planning Section. |
| | Make cost-saving recommendations to the Finance Section Chief. |
| | Ensure all cost documents are accurately prepared. |
| | Maintain cumulative incident cost records. |
| | Complete all records prior to demobilization. |
| | Provide reports to the Finance Section Chief. |
| | Maintain Unit/Activity Log (ICS Form 214). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 4, Page 24 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

Confidential Treatment Requested

BP-HZN-CEC 019411



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 5.   INCIDENT COMMAND POST AND COMMUNICATIONS

**A.   Spill Response Operations Center**

The Spill Response Operations Center, also known as the Incident Command Post (ICP), will be maintained by BP's IMT during a spill event. The ICP is the facility f rom w hich the IMT will provide support and coordination to emergency activities. The ICP is located at:

> BP
> Houston Crisis Center
> 200 Westlake Park Blvd., Room 351
> Houston, TX  77079

Refer to **Figure 5-1** for the ICP location map. An alternate location for the ICP is located at

> BP
> Houma Operations Learning Center
> 1597 Highway 311
> Schriever, LA  70395-3237

Refer to **Figure 5-2** for a map of the alternate ICP location.

The ICP is equipped with appropriate work space, status boards, clocks, maps, communications equipment, and additional equipment for efficient operations.

Upon act ivation o f t he I ncident C ommand P ost or al ternate l ocation, the I C/QI w ill assu me control and co ordination of r esponsibilities. The ICP co mmunication systems will be act ivated and manned by trained personnel under the direction of the IC/QI.

**Driving Directions to BP**

*From Hobby Airport, TX*
Start out going east on Airport Blvd. toward Glencrest St, Make a u-turn at Glencrest St. onto Airport Blvd., Turn right onto Broadway St., Turn slight left onto Gulf Fwy., Merge onto I-45 N / US-75 N via the ramp on the left., Merge onto I-10 W / US-90 W via exit 48B on the left toward San Antonio., Take the 753A exit- exit 753A., Stay straight to go onto Katy Fwy., Turn left onto TX-6 S / FM 1960 S., Turn left onto I-10 / Katy Fwy. Continue to follow Katy Fwy.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 1 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

*From George Bush Intercontinental Airport, TX*
Start out going west on Terminal Rd. N., Turn left toward Airport Exit / Parking, Turn left onto Terminal Rd. S., Turn slight right onto JFK Blvd./ John F Kennedy Blvd., Take the Beltway 8 west ramp toward I-45, Turn slight right onto N. Sam Houston Pkwy W. via the ramp on the left toward I-45. Beltway 8 w / Sam Houston Pkwy W becomes Sam Houston Toll way W, Merge onto I-10 W / US-90 W toward San Antonio, Take the 753A exit – 753A, Stay straight to go onto Katy Fwy, Turn left onto TX-6 S / FM 1960, Turn left onto I-10 / Katy Fwy. Continue to follow Katy Fwy.

**Driving Directions to BP Houma Operations Learning Center**

*From New Orleans International Airport (MSY)*
Start out going southwest toward S. Access Road / Turn right onto West Airline Hwy/US-61 / Merge onto I-310 South toward Boutte / Merge onto US-90 West toward Houma / Merge onto LA-311 South via exit 200 toward Houma / Travel 1.8 miles to reach destination.

B.   **COMMUNICATIONS**

Land telephone lines and cellular phones will be used as the primary and secondary communication systems to direct and coordinate oil spill response. Cellular phones and portable radios will be used for communication by field operations personnel. (See **Figures 5-2 – 5-5** for frequency assignments).

The following communications systems list, includes possible systems that may be used to help direct and coordinate response operations.

- Cellular Phones / Portable Telephone (i.e. Nextel 2 Way)
- Hardline Telephone System
- VHF/UHF Radios
- Commercial Telephone System
- Motorola UHF Portable Radios with Chargers & Accessories
- Motorola VHF Portable Radios with Chargers & Accessories
- Portable Communications Trailer/Command Post

Radio communications systems provided by National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) may be used in the event of a large incident.

*Other Communications Resources*

The companies listed in **Appendix F** under the Communication section are available for support in obtaining additional repeaters, radios, batteries, and other miscellaneous communications equipment. They can also provide information on tower availability, trunk system availability, and have technicians available that are familiar with their local areas.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 2 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| BP<br>Regional Oil Spill Response Plan – Gulf of Mexico | Section 5<br>Incident Command Post and Communications |
|---|---|

## BP Incident Command Post Location Map        Figure 5-1



BP Incident Command Post
Westlake 4 - Crisis Center

BP - Westlake 4
Crisis Center
200 Westlake Park Blvd.
Houston, TX 77079

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 3 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 5**
Incident Command Post and Communications

**BP Alternate Incident Command Post Location Map**          **Figure 5-2**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 4 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019415



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 5
Incident Command
Post and
Communications

## GOM – Handheld Frequency Assignment For Spill Response                Figure 5-3

| Channel | Frequency | Use | Remarks |
|---------|-----------|-----|---------|
| 6 | 156.3 | Ship-to-Ship Safety | Use for Ship-to-Ship Safety and Search and Rescue |
| 11 | 156.55 | Vessel Traffic Service (VTS) | Use to communicate with VTS from Houston Turning Basin to Exxon Baytown |
| 12 | 156.6 | Vessel Traffic Service (VTS) | Use to communicate with VTS from Exxon Baytown to sea buoy including Texas City ship channel, Galveston ship channel and intracoastal waterway |
| 13 | 156.65 | Bridge to Bridge | Message must be about ship navigation |
| 16 | 156.8 | International Distress, Safety, and Calling | Only for hailing and distress |
| 21A | 157.5 | U.S. Coast Guard Only | |
| 22A | 157.1 | U.S. Liaison & Maritime | Use this Channel to talk to Coast Guard |
| 23A | 157.05 | U.S. Coast Guard Only | |
| 81A | 157.075 | Sector Houston-Galveston MSU Galveston | Use this Channel to talk to Unified Command at MSO Houston-Galveston |
| 83A | 157.175 | Sector Houston-Galveston MSU Galveston | Use this Channel to talk to Unified Command at MSU Galveston |

TGLO – Central Texas Coastal Geographic Response Plan

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 5 of 8 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 5
Incident Command
Post and
Communications

## USCG Monitored Frequencies — Figure 5-4

| Channel | Band | Receive | Transmit | ** TPL | Application | Description |
|---|---|---|---|---|---|---|
| 1 | VHF | 150.980 | 150.980 | 103.5 | Operations Talk Around | |
| 2 | VHF | 150.980 | 154.585 | 103.5 | Operations Network (Repeated) | Ops to Field Ops |
| 3 | VHF | 159.480 | 159.480 | 103.5 | Command Talk Around | |
| 4 | VHF | 159.480 | 158.445 | 103.5 | Command Network (Repeated) | ICP/Staff/Ops |
| 5 | VHF | Open | Open | | Shoreline Cleanup - Div I | Apply to FCC for Temporary |
| 6 | VHF | Open | Open | | Shoreline Cleanup - Div II | Frequency Authorization |
| 7 | VHF | Open | Open | | Company Specific Business Freq's | |
| 8 | VHF | Open | Open | | Company Specific Business Freq's | |
| 9 | VHF | 156.450 | 156.450 | | Marine 9 | John Boats |
| 10 | VHF | 156.500 | 156.500 | | Marine 10 | Near Shore |
| 11 | VHF | 156.900 | 156.900 | | Marine 18A—On Water Div I | Commercial |
| 12 | VHF | 156.950 | 156.950 | | Marine 19A—On Water Div II | Commercial |
| 13 | VHF | 156.975 | 156.975 | | Marine 79A—On Water Div III | Commercial |
| 14 | VHF | 157.025 | 157.025 | | Marine 80A—On Water Div IV | Commercial |
| 15 | VHF | 156.925 | 156.925 | | Marine 78A | Intership/Command Vessel |
| 16 | VHF | 156.800 | 156.800 | | Marine 16A | Distress, Safety & Calling |
| | | | | | | |
| * 1 | UHF | 454.000 | 459.000 | 103.5 | Logistics Net / Command | |
| * 2 | UHF | 454.000 | 454.000 | 103.5 | Logistics / Tactical | |
| | | | | | | |
| | Aviation | 122.85 | 122.85 | | Air to OSRV / Command | |
| * On Dual Band VHF/UHF Radios, Recommend Channels 1 - 16 VHF, 17 & 18 UHF. |||||||

TGLO – Central Texas Coastal Geographic Response Plan

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 6 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## TGLO – Handheld Radio Frequency Assignments          Figure 5-5

| Channel | Band | Receive | Transmit | TPL | Name |
|---------|------|---------|----------|-----|------|
| 1 | UHF | 454 | 459 | 103.5 | Log-net |
| 2 | UHF | 459 | 459 | 103.5 | Log T/A |
| 3 | VHF | 158.445 | 158.445 | 103.5 | OSV-1 |
| 4 | VHF | 159.48 | 159.48 | 103.5 | OSV-1T |
| 5 | VHF | 150.98 | 154.585 | 103.5 | OSV-2 |
| 6 | VHF | 150.98 | 150.98 | 103.5 | OSV-2T |
| 7 | VHF | 156.3 | 156.3 | | Marine-6 |
| 8 | VHF | 156.9 | 156.9 | | Marine-16 |
| 9 | VHF | 157.05 | 157.05 | | Marine 21A |
| 10 | VHF | 157.1 | 157.1 | | Marine 22A |
| 11 | VHF | 157.15 | 157.15 | | Marine 23A |
| 12 | VHF | 157.075 | 157.075 | | Marine 81A |
| 13 | VHF | 157.175 | 157.175 | | Marine 83A |
| 14 | VHF | 466.0625 | 466.0625 | 103.5 | GLO 1 |
| 15 | VHF | 466.0875 | 466.0875 | 103.5 | GLO 2 |
| 16 | VHF | | | | Weather 1 |
| 17 | VHF | | | | Weather 1 |
| 18 | VHF | | | | Weather 1 |
| 19 | VHF | | | | Weather 1 |

TGLO – Central Texas Coastal Geographic Response Plan

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 7 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 5**
Incident Command
Post and
Communications

## USCG VHF-FM High Sites

**Figure 5-6**

| High Site | Latitude | Longitude | Control | Height FT |
|---|---|---|---|---|
| (A) Cameron | 29-47.34N | 93-18.00W | GRU Galveston | N/A |
| (B) Freeport | 28-58.40N | 95-18.42W | GRU Galveston | 480 |
| (C) Galveston | 29-20.00N | 94-47.00W | VTS Hou-Galv | 125 |
| (D) Houston | 29-44.00N | 95-16.00W | VTS Hou-Galv | 200 |
| (E) Lake Charles | 30-14.00N | 93-04.45W | MSU Port Arthur | 500 |
| (F) Morgan's Point | 29-41.00N | 94-59.00W | GRU Galveston | 170 |
| (G) Pelican Island | 29-40.31N | 92-30.12W | VTS Hou-Galv | 520 |
| (H) Port Bolivar | 29-23.45N | 95-44.10W | MSU Galveston | 540 |
| (I) Port Neches | 29-58.45N | 93-55.50W | MSU Port Arthur | 500 |
| (J) Oyster Creek | 29-02.37N | 95-20.11W | MSU Galveston | 500 |
| (K) Sabine | 29-42.49N | 93-51.45W | GRU Galveston | 415 |
| (L) Port O' Connor | 28-25.43N | 96-28.05W | Sector Corpus Christi | N/A |
| (M) Robstown | 27-39.12N | 97-33.55W | Sector Corpus Christi | N/A |
| (N) Port Mansfield | 26-33.12N | 97-26.38W | Sector Corpus Christi | N/A |

TGLO – Central Texas Coastal Geographic Response Plan

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 5, Page 8 of 8 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019419

**Confidential Treatment Requested**

**BP-HZN-CEC 019420**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 6.  SPILL DETECTION & SOURCE IDENTIFICATION & CONTROL

### A.  Spill Detection

BP has a num ber of s afety sy stems and pr actices in pl ace t o m inimize t he occu rrence and subsequent i mpact o f a ccidental r eleases. The sy stems are desi gned to al ert oper ators with alarms in the event of a release. Platform operators are trained to respond to the various system alarms in or der t o i dentify and control r eleases i mmediately. T he r outine r esponsibilities that ensure oi l sp ills will be det ected and m itigated as soon as possible by p latform ope ration personnel may include, but are not limited to the following:

- Daily visual monitoring of all discharge points to ensure no presence of oil on the water.
- Routine w alk-through a nd m onitoring o f e quipment and v essel pr essures, temperatures, levels, etc. to ensure proper operation of all equipment at each facility.
- Immediate response to alarms and signals that may indicate a possible release of oil.
- Identify and shut off the source as soon as possible, taking safety into account.
- Notify the BP Person in Charge as soon as possible to mitigate spill event.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 6, Page 1 of 3 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| BP | Section 6 |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Spill Detection & Source Identification & Control |

**B.   Pipeline Spill Detection and Location**

All pipelines operated by BP are equipped with high and low pressure sensors. In the event of a change in pipeline pressure beyond a specified set point, the pressure sensors will trigger an alarm to the facility operator and /or shut down the pipeline. BP operators will perform the following procedures when alerted to a potential pipeline emergency:

| | |
|---|---|
| • | Ensure that the pipeline pressure sensing equipment is not malfunctioning and note operating pressure. |
| • | Visually observe the water in the direction of the pipeline ROW for an oil release. In the event oil is observed on the water, initiate emergency notification procedures as outlined in the BP Oil Spill Response Plan. |
| • | In the event oil is not observed in the vicinity of the pipeline ROW, the operator will contact the sending and/or receiving facilities to determine the source of the abnormal pressure. In the absence of pressure problems at the sending and receiving facilities, the operator will assume a loss of pipeline containment and notify his/her immediate supervisor. |
| • | The supervisor will request an in-field inspection of the pipeline ROW in question via boat or helicopter to find the source of the suspected leak. In the absence of BP boats or helicopters, assistance may be requested from other area operators. |
| • | In the event oil is discovered on the water, the BP Oil Spill Response Plan will be activated. |
| • | In the event a leak is not found, an investigation into the cause of the pressure change will continue until determined. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 6, Page 2 of 3 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019422**



| | BP | Section 6 |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Spill Detection & Source Identification & Control |

## C.  Source Control

BP operators have been trained to respond to spill events according to severity at each.  Source control will be maintained with the following systems and procedures:

- BP facilities are equipped with Emergency Support Systems (ESS) as required by 30 C FR 250 and A PI R P 14C ( i.e., su mps, gas/fire det ection, su bsurface safety co ntrol v alves, em ergency sh utdowns, e tc.). The systems operate by alarming facility oper ator(s) and aut omatically shutting dow n i ndividual processes or the entire platform.

- In the event the incident scenario does not allow automatic control, the operator has the flexibility t o co ntrol a r elease by manually engaging E SS devises or closing valves, etc. provided that the personnel are not exposed to the released substances.

- In the event the spill source cannot be controlled by the facility operator or remotely with a safety system, BP will activate the Oil Spill Response Plan and assemble a team of technical experts to respond to the situation. The team will be comprised of personnel familiar with the f acility including production superintendents, foremen, facility eng ineers, a nd pr oduction and/ or d rilling engineers. The D eputy I ncident C ommander or O perations Section Chief will be responsible for monitoring information produced by the team, as well as their progress, and reporting the results to the Incident Commander.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 6, Page 3 of 3 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019423**

Confidential Treatment Requested

BP-HZN-CEC 019424



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 7.   QI, IMT, SROT AND OSRO NOTIFICATIONS

### A.   Reporting Procedures

#### Field Personnel

BP employees, contractors, and subcontractors are responsible for maintaining a vigilant watch for oil spill discharges of any magnitude from BP facilities and operations. Any person who observes or becomes aware of an oil spill shall immediately report the incident to the person in charge of the facility. The person in charge must then immediately notify the Qualified Individual/Incident Commander. Information related to the reported incident should be captured on the appropriate spill reporting form.

#### Qualified Individual/Incident Commander

The Qualified Individual/Incident Commander is responsible for activation of the IMT Command Staff and Section Chiefs. The Section Chiefs will then activate their support personnel based on the severity of the incident. Once activated, the QI/IC or a designee will complete the regulatory notifications, including the National Response Center for spills of known and unknown sources.

### B.   Company Contact Information

The BP Incident Management Team (IMT) may be activated as a group or individually, depending upon the size, location, nature, and complexity of the incident. Refer to **Figure 7-6a** for a telephone listing of Incident Management Team personnel including, but not limited to, the following:

    1)   QI/IC and alternates
    2)   IMT Members and alternates

### C.   SROT / TRT Contact Information

The Spill Response Operating Team (SROT) / Tactical Response Team (TRT) consists of a number of independent Oil Spill Removal Organizations (OSROs) that are located across the Gulf Coast. SROT members are capable of providing trained personnel, services, and response equipment on a 24 hour per day basis. IMT personnel are commonly segregated into the following categories:

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 7, Page 1 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019425**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Supervisors |
| --- |
| Personnel capable of directing and reporting the activities of a group of personnel (Technical/Operators and/or Support/General Laborers) assigned to complete a particular work assignment. |
| **Technical/Operator** |
| Personnel trained to assemble, deploy, and/or operate response equipment. |
| **Support/General Laborer** |
| Personnel used to carry out tasks that do not require operation of complex equipment or supervising other personnel. |

Refer to **Figure 7-7** for a complete listing of participating SROT organizations.

**D.   OSRO Contact Information**

**Primary Equipment Providers**

**National Response Corporation**
**Marine Spill Response Corporation**

| Company | Toll Free – Emergency | Toll Free – Non Emergency | Main | Internet |
| --- | --- | --- | --- | --- |
| **Airborne Support, Inc.** | | | (985) 851-6391 | http://www.airbornesupport.com |
| **National Response Corporation (NRC)** | (880) 899-4672 | (631) 224-9141 | (631) 224-9082 | http://www.nrcc.com/index.html |
| **Marine Spill Response Corporation (MSRC)** | | (703) 326-5660 | (703) 326-5600 | http://www.msrc.org/ |

See **Appendix E**, Response Equipment for a listing of equipment available through the primary equipment providers. Additional equipment, services, supplies, and personnel can be found in **Appendix F**, Support Services.

**E.   Internal Spill Reporting Forms**

Personnel should complete spill reporting forms as required by the Oil Spill Response Plan and/or company policy. Copies of reporting forms can be found in **Appendix G**, Notifications and Reporting Forms.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 7, Page 2 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 7**<br>QI, SMT, SROT<br>AND OSRO<br>Notifications |
|---|---|

## BP IMT Organization Chart — Figure 7-1



**CM/ER Advisor Houston Crisis Center/ICS Specialist**
- Apodaca, Al – HCC
- Bush, Earnest – HCC
- Scott, Cheryl – HCC
- Tomme, Pamela - HCC

**(2) Incident Commander (Qualified Individual)**
- Hohle, Jeff
- Holt,Charlie/ Imm, Gary
- Jackson, Curtis / Leary, Mick
- McDaniel, Sammy
- Oneto, Rick / Replogle, Dan
- Seilhan, Keith
- Shero, Winston / Mick, Will

**(3) Safety Officer** — TBD

**(4) Liaison Officer** — TBD

**(5) Public Information Officer** — TBD

**(6) Operations Section Chief**
- Al Monthiry, Wissam / Black, Jim / Frazelle, Andy / Kirton, Bill / Little, Ian / Littlefield, Burt / Lowe, Jon / O'Donnell, Bill / Rohloff, James / Sanders, Robert
- Stead, Damian

**(7) Source Control**
- Bednar, John  - D
- Broman, Bill
- Emmerson, Tony - D
- Guide, John - P
- Hill, Perry - P
- Marshall, Rob
- Miglicco, Terry - D
- Naeger, Robert - X
- Nohavitza, Glen-GOMX
- Sims, David - X
- Skelton, Jake - X
- Sprague, Jon - D

**(8) Recovery & Protection Branch Director** — TBD

**(9) Staging Area Manager** — TBD

**(10) Disposal Group** — TBD

**(11) Wildlife Branch Director** — TBD

**(12) Planning Section Chief**
- Bartlett, Rick
- Handyside, Doug
- Hurliman, Joe
- Jackson, Victor
- Johnson, Dennis P
- Loveland, Richard
- Rich, Dave
- Singh, Pramod
- Steel, Bill
- Vinson, Graham
- Waligura, Starlee
- Williamson, Dawn

**(13) Situation Unit Leader** — TBD

**(14) Resource Unit Leader** — TBD

**(15) Document Unit Leader** — TBD

**Land / Survey / GIS Specialist**
- Autio, Brian
- Baker, Richard

**(16) Technical Specialist**
- The Response Group

**(17) Logistics Section Chief**
- Hensley, Larry B. - P
- Hollier, Jaime - P
- Huston, John
- Rougeau, John - P
- Russell, Virgil - P
- Smith, James C. - P
- Wheeler, Johnny - P

**(18) Service Branch Director** — TBD

**(19) Support Branch Director** — TBD

**(20) Communications Unit Leader** — TBD

**Business Support Team Contacts**
- Addison, Fergus
- Lacy, Kevin
- Morrison, Richard
- Rainey, Dave
- Replogle, Dan
- Shaw, Neil
- Todd, Simon
- Zwart, Peter

**(21) Finance Section Chief**
- Dewberry, Phil
- Dowell, Sandra
- Hammer, Cynthia
- Henry, Stacey
- Hood, Daphne
- Kraus, Malcolm  - X
- Linder, Dave  - D
- Robbins, Katherine
- Russell, Lenny
- Song, Diana
- Williams, Vicki
- Wright, Al

**(22) Procurement Unit Leader** — TBD

**(23) Comp. / Claims Unit Leader** — TBD

**(24) Cost Unit Leader** — TBD

**(25) Time Unit Leader** — TBD

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 3 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019427**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 7**
QI, SMT, SROT
AND OSRO
Notifications

**Incident Management Team Activation Procedure**                    **Figure 7-2**

IC contacts Incident Management Team to evaluate response level needed

↓

IC notifies Crisis Mgr. if response is initiated

↓

Teams activated as appropriate

↓

Section Chiefs and Command Staff notify necessary personnel, IMT mobilizes to ICP or → IC Briefs IMT/BST

↓

IC and Section Chiefs continually assess staffing needs ←

↓

Activate additional IMT personnel, if needed        De-activate IMT personnel, if not needed

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 4 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019428**

bp

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 7**
QI, SMT, SROT
AND OSRO
Notifications

## GoM PLBD – Incident Notification Flow Chart          Figure 7-3



**Any employee (Company-Contractor) Observing Incident SHOULD NOTIFY**

**Houston Crisis Center**
1-800-321-8642
or
1-630-961-6200

**Operator on Duty**

Is it safe to remain on the facility? — NO →
Activate your Emergency Evacuation Plan (EEP)
Contact USCG Captain of the Port for the appropriate Marine Safety Office

YES

**Operations Supervisor / Team Leader**

**Conduct Initial Assessment** — NO →
Is the incident a Security Threat or increase to MARSEC Level III*? — NO →
* MARSEC Level III is defined by USCG as the probable or imminent threat of an unlawful act against a port, facility or terminal.

Do you need to activate IMT or Response Resources? Should the Incident Management/Business Crisis Team be activated?

YES (to security) →
Contact USCG District Commander, Verify COMs and Request Assistance.
Contact Group Security or HCC

YES

**Operations Supervisor** contacts **Qualified Individual (QI)** and ensures completion of appropriate reports. (Incident Notification, Accident Report, Spill Report, Incident Command System Form 201)

Do additional notifications need to be initiated by Operations Supervisor?
Incident Investigation – *MIA, HiPO, LTA)*
Regulatory Nofications – *Applicable Agencies*

NO →
Operations Supervisor ensures completion of appropriate internal reports, Incident Notification, Accident Report, Spill Report, Tr@ction

YES

**Qualified Individual (QI)**
Ensure Notification to BP Environmental, Regulatory, Safety Contacts, and Houston Crisis Center if needed.
Assess Incident Potential, Ensure notification of Houston Crisis Center to activate IMT/BCT if needed

**Contact BP HSSE District Coordinator**
For The Following Incidents:
• Spills to water (oil, chemical, drilling fluid, etc, including "non-sheening" oil products) at water surface or subsea
• Discharge permit violations (including produced water and deck drain sheens)
• Sheen sighting (unknown origin)
• Objects dropped into water, debris sighting (potential hazard to vessels; unknown origin)
• NOx reportable quantity accidental release (flared gas)
• Observation of gas bubbles in the water at water surface or subsea)
• Dead/injured protected species sighting
• Fire, Explosion

**Contact HSSE BU**
For The Following Incidents:
Injury, Vehicle Incident, Property Damage, Dropped Object (Safety Concern), Security Incident/Threat, Fire, Explosion.
*Do not need to contact HSSE BU for these incidents: Safety Near Miss, First Aid*
*IF IN DOUBT AS TO WHETHER TO NOTIFY THE PAGER/ SAFETY CONTACTS, JUST CALL IT /THEM..*

**Houston Crisis Center** contacts appropriate **Incident Management Team Incident Commander (IC)**

**Houston Crisis Center** contacts **Houston Region Business Support Team Crisis Manager** as appropriate

**BUL / Crisis Manager**
notifies
**Group Vice President (GVP) / Group Crisis Manager** as appropriate

**GVP / Regional President**
notifies
**Group Contacts as appropriate**

**For PLBD Incidents**
**COBL Leader** will be the liaison between **Houston Region BST** and **Pipeline BST**

**Pipeline Business Support Team (BST)**

• GoM PLBD pipelines supported by **Houston Crisis Center: Destin, MPOG, and Mardi Gras**

**\* Concerns not adequately addressed?  Call anonymous (confidential) Hotline 1.800.225.6141**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 5 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – GOM

### Figure 7.4a   Production Assets (Non-D&C Related) Incident Notification



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 6 of 18 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019430



**Figure 7.4b  BP Owned Facilities- D&C Incident Notification**

The **Responsible Individual\*** will immediately contact the BP Notification Center at 1-800-321-8692 or 1-630-961-6200 to report an emergency requiring notification of the GoM Incident Management Team.
Emergencies that could require notification of the IMT include:
- Well control incident – uncontrolled blow out
- Stability issue of facility
- Emergency requiring any evacuation of facility
- Or any other issues where the **Responsible Individual\*** needs assistance

**Responsible Individual\*** - OIM, WSL, Vessel PIC

**Note:** See GoM Incident Notification, Reporting, and Investigation Procedure for instructions on verbal notification timeframes, investigation team make-up, documentation, report distribution and regulatory reporting requirements.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 7 of 18 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                             BP-HZN-CEC 019431



**Figure 7.4c  MODU Incident Notification**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 8 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019432**



**Figure 7.4d   Vessels – Incident Notification**

The **Responsible Individual**\* will immediately contact the BP Notification Center at 1-800-321-8692 or 1-630-961-6200 to report an emergency requiring notification of the GoM Incident Management Team.
Emergencies that could require notification of the IMT include:
- Well control incident – uncontrolled blow out
- Stability issue of facility
- Emergency requiring any evacuation of facility
- Or any other issues where the **Responsible Individual**\* needs assistance

**Responsible Individual**\* - OIM, WSL, Vessel PIC

**Note:** See GoM Incident Notification, Reporting, and Investigation Procedure for instructions on verbal notification timeframes, investigation team make-up, documentation, report distribution and regulatory reporting requirements.

Section 7
QI, SMT, SROT AND OSRO Notifications

**BP**
Regional Oil Spill Response Plan – GOM

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 9 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019433**



| | | Section 7 |
|---|---|---|
| | **BP** | QI, SMT, |
| | Regional Oil Spill Response Plan – GOM | SROT AND |
| | | OSRO |
| | | Notifications |

**BP Incident Management Team Organizational List**                    **Figure 7-5a**

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 1 | **Incident Commander (Qualified Individual)** | | | | | |
| | Hohle, Jeff | | | | | |
| | Holt, Charlie | | | | | _____ |
| | Imm, Gary | | | | | _____ |
| | Jackson, Curtis | | | | | _____ |
| | Leary, Mick | | | | | _____ |
| | McDaniel, Sammy | | | | | _____ |
| | Oneto, Rick | | | | | |
| | Replogle, Dan | | | | | _____ |
| | Seilhan, Keith | | | | | |
| | Shero, Winston | | | | | _____ |
| | Mick, Will | | | | | _____ |
| 2 | **Safety Officer** | | | | | |
| | TBD | | | | | |
| 3 | **Liaison Officer** | | | | | |
| | TBD | | | | | |
| 4 | **Information Officer** | | | | | |
| | TBD | | | | | |
| 5 | **Operations Section Chief** | | | | | |
| | Al Monthiry, Wissam | | | | | _____ |
| | Black, Jim | | | | | _____ |
| | Frazelle, Andy | | | | | _____ |
| | Kirton, Bill | | | | | _____ |
| | Little, Ian | | | | | _____ |
| | Littlefield, Burt | | | | | _____ |
| | Lowe, Jon | | | | | _____ |
| | O'Donnell, Bill | | | | | _____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 10 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019434



**BP**
Regional Oil Spill Response Plan – GOM

## BP Incident Management Team Organizational List          Figure 7-5a

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 5 | **Operations Section Chief** | | | | | |
| | Rohloff, James | | | | | |
| | Sanders, Robert | | | | | _____ |
| | Stead, Damian | | | | | _____ |
| 6 | **Source Control** | | | | | |
| | Bednar, John | | | | | _____ |
| | Broman, Bill | | | | | _____ |
| | Emmerson, Tony | | | | | _____ |
| | Guide, John | | | | | _____ |
| | Hill, Perry | | | | | _____ |
| | Marshall, Rob | | | | | _____ |
| | Miglicco, Terry | | | | | _____ |
| | Naeger, Robert | | | | | _____ |
| | Nohavitza, Glen- | | | | | _____ |
| | Sims, David | | | | | _____ |
| | Skelton, Jake | | | | | _____ |
| | Sprague, Jon | | | | | _____ |
| 7 | **Dir.** | | | | | |
| | TBD | | | | | |
| 8 | **Staging Area Manager** | | | | | |
| | TBD | | | | | |
| 9 | **Disposal Group** | | | | | |
| | TBD | | | | | |
| 10 | **Wildlife Branch Director** | | | | | |
| | TBD | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 11 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019435**

| | | | Section 7 |
|---|---|---|---|
| | **BP** | | QI, SMT, |
| | Regional Oil Spill Response Plan – GOM | | SROT AND OSRO |
| | | | Notifications |

## BP Incident Management Team Organizational List — Figure 7-5a

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 11 | **Planning Section Chief** | | | | | |
| | Bartlett, Rick | | | | | |
| | Handyside, Doug | | | | | _____ |
| | Jackson, Victor | | | | | |
| | Johnson, Dennis P | | | | | _____ |
| | Loveland, Richard | | | | | |
| | Rich, Dave | | | | | _____ |
| | Singh, Pramod | | | | | |
| | Steel, Bill | | | | | _____ |
| | Vinson, Graham | | | | | _____ |
| | Waligura, Starlee | | | | | |
| | Williamson, Dawn | | | | | _____ |
| 12 | **Situation Unit Leader** | | | | | |
| | TBD | | | | | |
| 13 | **Resource Unit Leader** | | | | | |
| | TBD | | | | | |
| 14 | **Documentation Unit Leader** | | | | | |
| | TBD | | | | | |
| 15 | **Land / Survey / GIS Specialist** | | | | | |
| | Autio, Brian | | | | | |
| | Baker, Richard | | | | | _____ |
| 16 | **Technical Specialists** | | | | | |
| | The Response Group | | | | | _____ |
| 17 | **Logistics Section Chief** | | | | | |
| | Hensley, Larry B. - P | | | | | _____ |
| | Hollier, Jaime - P | | | | | _____ |
| | Huston, John | | | | | |
| | Rougeau, John - P | | | | | _____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-0
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 12 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019436**

| | BP<br>Regional Oil Spill Response Plan – GOM | Section 7<br>QI, SMT,<br>SROT AND<br>OSRO<br>Notifications |
|---|---|---|

## BP Incident Management Team Organizational List                    Figure 7-5a

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| 17 | **Logistics Section Chief (continued)** | | | | | |
| | Russell, Virgil  - P | | | | | |
| | Smith, James C. - P | | | | | |
| | Wheeler, Johnny - P | | | | | _____ |
| 18 | **Service Branch Director** | | | | | |
| | TBD | | | | | |
| 19 | **Support Branch Director** | | | | | |
| | TBD | | | | | |
| 20 | **Communications Unit Leader** | | | | | |
| | TBD | | | | | |
| 21 | **Finance Section Chief** | | | | | |
| | Dewberry, Phil | | | | | _____ |
| | Dowell, Sandra | | | | | _____ |
| | Hammer, Cynthia | | | | | _____ |
| | Henry, Stacey | | | | | |
| | Hood, Daphne* | | | | | _____ |
| | Kraus, Malcolm | | | | | |
| | Linder, Dave | | | | | _____ |
| | Robbins, Katherine | | | | | |
| | Russell, Lenny | | | | | _____ |
| | Song, Diana | | | | | _____ |
| | Williams, Vicki* | | | | | _____ |
| | Wright, Al* | | | | | _____ |
| 22 | **Procurement Unit Leader** | | | | | |
| | TBD | | | | | |
| 23 | **Comp. / Claims Unit Leader** | | | | | |
| | TBD | | | | | |
| 24 | **Cost Unit Leader** | | | | | |
| | TBD | | | | | |
| 25 | **Time Unit Leader** | | | | | |
| | TBD | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 13 of 18 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019437



**BP**
Regional Oil Spill Response Plan – GOM

**BP Incident Management Team Organizational List**                    **Figure 7-5a**

| # | Name/Position | Office | Pager | Home | Cellular | Email |
|---|---|---|---|---|---|---|
| | **CM/ER Advisor Houston Crisis Center / ICS Specialist** | | | | | |
| | **Bush, Earnest** | | | | | _____ |
| | **Tomme, Pam** | | | | | _____ |
| | **Scott, Cheryl** | | | | | _____ |
| | **Apodaca, Al** | | | | | |
| | **Business Support Team Required Contacts** | | | | | |
| | Addison, Fergus | | | | | _____ |
| | Lacy, Kevin | | | | | _____ |
| | Shaw, Neil | | | | | _____ |
| | Morrison, Richard | | | | | _____ |
| | Dave Rainey | | | | | _____ |
| | Replogle, Dan | | | | | _____ |
| | Todd, Simon | | | | | _____ |
| | Zwart, Peter | | | | | _____ |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 14 of 18 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – GOM

**Section 7**
QI, SMT, SROT AND OSRO Notifications

**IMT Locations**                                                            **Figure 7-5b**

| Incident Management Team & Operations Locations | |
| --- | --- |
| **#1** | **#2** |
| **BP – QI Location**<br>200 Westlake Park Boulevard Room #351<br>Houston, Texas 77079<br>281-366-2000 | **The Response Group**<br>13231 Champion Forest Dr.<br>Suite #310<br>Houston, TX 77069<br>281-880-5000 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  Crisis Mgmt Emergency Response
Control Tier:  Tier 2 - GoM Region
Section 7, Page 15 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019439**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 7
QI, SMT, SROT
AND OSRO
Notifications

**External / OSRO Contact Information List**           **Figure 7-6**

| Company | Full Range Response | Other | Locations | Super-visor | Technical/ Operator | Support/ General Laborer |
|---|---|---|---|---|---|---|
| Eagle Construction 800-336-0909 www.ecesi.com | | | Eastland, TX Ft. Worth, TX San Antonio, TX La Porte, TX Gonzales, LA | - | - | - |
| ES & H/Cenac Environmental Services 877-437-2634* 888-422-3622 www.esandh.com trey@esandh.com | ✳ | Emergency response, industrial cleaning, waste transportation and disposal and remediation consulting | Houma, LA Fourchon, LA New Iberia, LA Morgan City, LA Belle Chasse, LA Venice, LA Port Allen, LA Port Arthur, TX | 12 | 25 | 14 |
| Garner Environmental Services 800-424-1716* www.garner-es.com reese@garner-es.com | | Emergency response, remediation, and disaster response | Deer Park, TX Palacios, TX LaMarque, TX Port Arthur, TX New Orleans, LA | 11 | 19 | |
| C-Mac Environmental Group 251-580-9400 | | | Bay Manette, AL | | | |
| Industrial Cleanup, Inc. 800-436-0883 www.industrialcleanup.net info@industrialcleanup.net | ✳ | Emergency response and oil spill clean up | Garyville, LA Baton Rouge, LA Scott, LA | 5 1 | 10 2 | 56 |
| Shaw Environmental & Infrastructure Inc. 800-537-9540 | ✳ | Environmental clean up | Houston, TX Port Allen, TX | 5 | 13 | 32 |
| Miller Environmental Services, Inc. 610-376-9162 www.miller-env.com info@miller-env.com | ✳ | Environmental clean up | Corpus Christi, TX Port Arthur, TX Sulphur, LA | 11 4 | 27 14 | 25 6 |
| American Pollution Control Inc (AMPOL) 800-48-AMPOL/337-365-7847 www.ampol.net | | Emergency Spill Response, remediation, environmental cleanup | New Iberia, LA | | | |

☐ - BP Approved Contractor

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 7, Page 16 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                        **BP-HZN-CEC 019440**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 7
QI, SMT, SROT
AND OSRO
Notifications

**External / OSRO Contact Information List (continued)** — **Figure 7-6**

| Company | Full Range Response | Other | Locations | Super-visor | Technical/Operator | Support/General Laborer |
|---|---|---|---|---|---|---|
| Oil Mop, Inc.<br>800-OIL MOP1<br>800-645-6671<br>www.oilmop.com | ✳ | Emergency response and clean up | Galveston, TX<br>Lake Charles, LA<br>Cameron, LA<br>Baton Rouge, LA<br>Belle Chasse, LA<br>Intercoastal City, LA<br>New Iberia, LA<br>Fourchon, LA<br>Houma, LA<br>Lafayette, LA<br>Morgan City, LA<br>Venice, LA | 3<br><br>2<br><br><br><br><br><br><br><br><br><br>1 | 10<br><br>6<br><br><br><br><br><br><br><br><br><br>2 | |
| Oil Recovery Company, Inc.<br>800-350-0443<br>251-690-9010<br>www.oilrecoveryco.com<br>Oilrecoveryco@aol.com | ✳ | Oil spill clean up | Mobile, AL<br>Baton Rouge, LA | | | |
| Pneumatic Industrial Services<br>888-279-9930<br>www.usesgroup.com/pneumatic/industrial.php<br>larry@pneumaticindustrial.com | | Vacuum work and plant services | La Porte, TX<br>Orangefield, TX | | 4 | |
| Southern Waste Services, Inc.<br>800-852-8878<br>www.swsefr.com | ✳ | Emergency spill response, hazardous materials and waste disposal | Panama City, FL<br>Pensacola, FL<br>Tampa, FL<br>Pinellas Park, FL<br>Ft. Meyers, FL<br>Mobile, AL<br>Galveston, TX | 3 | 10<br>2 | |
| T & T Marine Salvage, Inc.<br>409-744-1222<br>www.tandtmarine.com<br>ronnier@tandtmarine.com | ✳ | Marine salvage and oil spill clean up | Meraux, LA<br>Galveston, TX | 6 | 11 | 6 |
| The Response Group, Inc.<br>281-880-5000<br>713-906-9866*<br>www.responsegroupinc.com<br>information@responsegroupinc.com | | Spill Trajectories IAP/ICS Support | Houston, TX | | | |
| United States Environmental Services<br>888-279-9930*<br>www.usesgroup.com<br>uses@usesgroup.com | ✳ | Emergency response remediation, site restoration, plant services | Saraland, AL<br>Port Allen, LA<br>Mereaux, LA<br>Venice, LA<br>Channelview, TX | 3<br>3 | 4<br>Personnel available based on need | 4 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 7, Page 17 of 18 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| bp | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 7**<br>QI, SMT, SROT<br>AND OSRO<br>Notifications |
|---|---|---|

| **BP Spill Reporting Form** | **Figure 7-7** |
|---|---|

### BP Spill Report

**PLEASE FILL OUT HIGHLIGHTED FIELDS IMMEDIATELY AND
REPORT TO THE ENVIRONMENTAL PAGER (713)-612-4106**

Date/Time of Spill: _____        Date of Report: _____

Date/Time Spill was Discovered: _____        Time of Report: _____

Sighted By: _____        Reported By: _____

Facility (Lat/Long) Location: _____        County/Parish: _____  State: _____

Area/Block: _____        OCS-G _____  Well #: _____

Description of facility: _____

Spill Source: _____

Type of material released: _____

API Gravity: _____

Current Cumulative        Estimated Rate of

Volume Spilled: _____        Release: _____

Description of spill: (i.e., slick – colored film or layer of oil, sheen – thin clear film or thin layer of oil; rainbow – reflect on type film, size):

Length of Time Discharge Occurred: _____        Quantity: _____  Recovered: _____

Weather:   Clear _____      Cloudy _____      Fog _____      Rain _____

Wind:   Velocity _____   Dir. (from) _____        Current Dir. (to) _____   Velocity _____

Visibility: _____        Ceiling: _____

Temperature: _____        Sea State: _____

Did spill affect any water? _____        If yes, describe and name: _____

Size of Oil:  Width _____        Length _____

Percent Coverage: _____

Approximate Location of Oil:  Lat. _____        Long. _____

Direction of Movement: _____

Potential Hazard to Life and Property: _____

Description of effects of spill (on fish, wildlife, vegetation, etc.): _____

Damage: _____        Injuries: _____

Corrective Action Taken: _____

Cause: _____

Source Abatement  Status: _____

Response  Status: _____

Explain containment and cleanup measures taken (including equipment and material used): _____

How successful were these efforts (amount recovered): _____

Did representative of outside agency visit the scene? _____

If so, which agencies? _____

Additional remarks and recommendations (include any pertinent comments on public relations observation): _____

Supervisor In Charge _____

#### Report To Regulatory Agencies

| Agency | Report By: | Report To: | Time and Date |
|---|---|---|---|
| MMS | | | |
| NRC | | | |
| EPA | | | |
| USCG | | | |
| LSP | | | |
| LOSCO | | | |
| TGLO | | | |
| TRRC | | | |
| | | | |
| | | | |

NRC Phone # - 1-800-424-8802        NRC Case Number (assigned by the NRC): _____

---

Title of Document:  Regional Oil Spill Response Plan        UPS-US-SW-GOM-HSE-DOC-00177-2
Authority:  Dan R. Replogle,        Custodian:  Earnest Bush,
GoM EMS Mgmt Representative        Environmental Coordinator
Scope:  GoM EMS        Document Administrator:  Kristy McNease,
Issue Date:  12/01/00        GoM HSSE Document Mgmt Administrator
Revision Date:  06/30/09        Issuing Dept.:  GOM SPU
Next Review Date:  06/30/11        Control Tier:  Tier 2 - GoM Region
        Section 7, Page 18 of 18 Pages
        © The Response Group 06/2009

**Confidential Treatment Requested**        **BP-HZN-CEC 019442**