Confidential Treatment Requested

BP-HZN-CEC 019443



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## 8.  EXTERNAL NOTIFICATIONS

### A.  Reporting Procedures

This section of the BP Oil Spill Response Plan lists the various governmental agencies that must be notified of an oil spill release immediately (1 hour or less), as well as other agencies that may subsequently beco me i nvolved i n t he r esponse oper ation. Upon knowledge o f a sp ill, t he BP Qualified Individual/Incident Commander or his designee will notify the National Response Center and the Minerals Management Service, and other agencies as required.

### B.  External Contact Information

External notifications will be made in accordance with Federal, State, and Local regulations for all reportable di scharges. **Figure 8-1** contains a Notification S tatus Report. Refer t o **Figure 8-2** through **Figure 8-8** for information concerning regulatory agency notification requirements and contact information. The BP Spill Report Form found in **Appendix G**, Notifications and Reporting Forms, will be use d to facilitate documentation and data retrieval during an i ncident. **Figure 8-9a & b** show the MMS and USCG areas of responsibility.

### C.  External Spill Reporting Forms

In the event of an incident, notification procedures will be implemented and necessary information from f orms found in **Figure 12-4** and **Appendix G**, N otification and  Reporting For ms, w ill be completed and submitted to the appropriate agencies in a timely manner.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 1 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| Organization Notified | Phone | Date /Time Notified | Person Contacted | Person Contacted Email | Case No. | Follow Up | ETA On Site | Notified By |
|---|---|---|---|---|---|---|---|---|
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |
| | ( ) - | | | | | ☐ Y   ☐ N | HR | |
| **Notes:** | | | | | | | | |

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 8** External Notifications

**Notification Status Report**                **Figure 8-1**

**Notification Status Report**

Incident:                                        Prepared By:                        at:

Period:                  to

Version Name:

**Notification Status Report**

© 1997-2009
TRG/dbSoft, Inc.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 2 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

| Federal Agency Regulatory Notifications | Figure 8-2 |
|---|---|

| National Response Center | Phone Number |
|---|---|
| NRC – Hotline | 800-424-8802 |

Contact NRC **immediately** if any of the following conditions occur:
• A sheen, slick, or spill is observed or discovered.
• A reportable quantity or more of a hazardous substance is released.
• A DOT gas pipeline release causes injury, death, fire, or damage of more than $50,000, including the value of lost product, and the cost of cleanup and recovery.
• A DOT oil or condensate pipeline spill exceeds 5 gallons or causes injury, death, fire, or damage of more than $50,000, including the value of lost product, and the cost of cleanup and recovery.

Verbal reports to the NRC should note that a DOT pipeline was involved whenever applicable.  A R SPA  F7000-1 For m ( *Accident Report – Hazardous Liquid Pipeline Systems*) should be completed and submitted to the DOT within 30 days to:

Information Resources Manager
Office of Pipeline Safety, RSPA
U. S. Dept. of Transportation – Room 2335
400 Seventh Street SW
Washington D. C. 20590

| USCG SECTOR / MSU | Phone Number |
|---|---|
| Sector Corpus Christi<br>8930 Ocean Dr.<br>Corpus Christi, TX 78419 | (361) 939-6393  (24 hrs)<br>(361) 939-6349  (24 hrs)<br>(361) 939-6240  Fax |
| Sector Houston – Galveston<br>9640 Clinton Drive<br>Houston, TX 77029 | (713) 671-5100  Office<br>(713) 671-5113  (24 hrs)<br>(713) 671-5147  Fax |
| MSU Port Arthur<br>2901 Turtle Creek Drive<br>Port Arthur, TX 77642 | (409) 723-6500  Office<br>(409) 719-5000  (24 hrs)<br>(409) 723-6534  Fax |
| Sector New Orleans<br>1615 Poydras, 7th Floor<br>New Orleans, LA 70112 | (504) 846-5923  Office<br>(504) 589-6196  (24 hrs) |
| MSU Morgan City<br>800 David Drive RM 232<br>Morgan City, LA 70380 | (985) 380-5320  (24 hrs)<br>(985) 380-1687  Fax |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 3 of 19 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## Federal Agency Regulatory Notifications (Cont'd)                    Figure 8-2

| USCG SECTOR / MSU (Cont'd) | Phone Number |
|---|---|
| Sector Mobile<br>Building 101, Brookley Complex<br>Mobile, AL 36615 | (251) 441-5720  Office<br>(251) 441-6211  (24 hrs)<br>(251) 441-6216  Fax |
| Sector Jacksonville<br>4200 Ocean Street<br>Atlantic Beach, FL 32233 | (904) 564-7500  Office<br>(904) 564-7511/7512  (24 hrs)<br>(904) 564-7519  Fax |
| Sector Miami<br>100 Macarthur Causeway<br>Miami Beach, FL 33139 | (305) 535-8700  Office<br>(305) 535-4472/4473  (24 hrs)<br>(305) 535-8761  Fax |
| MSU St. Petersburg: Prevention<br>Department Tampa<br>155 Columbia Drive<br>Tampa, FL 33606 | (813) 228-2191  Office<br>(727) 824-7506  (24 hrs)<br>(813) 228-2050  Fax |

**Reporting Updates**
Report significant changes or new information to the appropriate USCG Marine Safety Office instead of the NRC. Include the NRC number assigned to the initial spill. Update other agencies as appropriate.

| MMS | Phone Number |
|---|---|
| New Orleans<br>990 North Corporate Drive, Suite 100<br>New Orleans, LA 70123 | (504) 734-6740 Office<br>(504) 734-6742 Office<br>(504) 734-6741 Fax<br>(504) 615-0114 Cell Phone |
| Houma<br>3804 Country Drive<br>P.O. Box 760<br>Bourg, LA 70343-0760 | (985) 853-5884 Office<br>(985) 879-2738 Fax<br>(985) 688-6050 Cell Phone |
| Lafayette<br>201 Energy Parkway, Suite 410<br>Lafayette, LA 70508 | (337) 289-5100 Office<br>(337) 354-0008 Fax<br>(337) 280-0227 Cell Phone |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 4 of 19 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

**Federal Agency Regulatory Notifications (Cont'd)**          **Figure 8-2**

| MMS (Cont'd) | Phone Number |
|---|---|
| Lake Charles<br>620 Esplanade Street, Suite 200<br>Lake Charles, LA 70607-2984 | (337) 480-4600 Office<br>(337) 477-9889 Fax<br>(337) 370-2419 Cell Phone |
| Lake Jackson<br>Oak Park Center<br>102 Oak Park Drive, Suite 200<br>Clute, TX 77531 | (979) 238-8121 Office<br>(979) 238-8122 Fax<br>(979) 292-9334 Cell Phone |
| Pipeline Section<br>1201 Elmwood Park Boulevard, MS 5232<br>New Orleans, LA 70123-2394 | (504) 736-2814 Office<br>(504) 736-2408 Fax<br>(504) 452-3562 Cell Phone |

**Spill Reporting**

You must report all spills of *1 barrel or more* to the appropriate MMS district office without delay.

For spills related to drilling or production operations:

• Fax the appropriate district office to report spills of 10 barrels or less.

• Phone the appropriate district office **immediately** to report spills in excess of 10 barrels.

• You must also immediately notify the appropriate MMS District Office and the responsible party, if known, if you observe a spill resulting from operations at another offshore facility.

Within 15 days, confirm all spills of 1 barrel or more in a written follow-up report to the appropriate MMS district office. For any spill of 1 barrel or more, your follow-up report must include the cause, location, volume, and remedial action taken. In addition, for spills of more than 50 barrels, the report must include information on the sea state, meteorological conditions, and size and appearance of the slick.

**Pipeline Reporting**

You must **immediately** notify the Pipeline Section of any serious accident, serious injury or fatality, fire, explosion, oil spills of *1 barrel or more* or gas leaks related to lease term or right-of-way grant pipelines. Phone the Pipeline Section **immediately** to report all pipeline spills of 1 barrel or more.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 5 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                          BP-HZN-CEC 019448



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

### Federal Agency Regulatory Notifications (Cont'd)   Figure 8-2

| Flower Garden Banks | Phone Number |
|---|---|
| Office:<br>Galveston, Texas<br><br>George Schmahl<br><br>Marine Sanctuary Division<br>Lisa Symons | (409) 621-5151 Office<br>(409) 621-5151 x102 (George Schmahl)<br><br>Home<br>Cell<br> Pager  Pager<br> Cell |
| **Spill Reporting**<br>You must report all spills from leases & ROW located near the Flower Garden Banks. | |

| Department of Transportation<br>Office of Pipeline Safety | Phone Number |
|---|---|
| Notify NATIONAL RESPONSE CENTER | See Page 8-3 |
| **Spill Reporting**<br>You must report any discharge from DOT Pipeline immediately. | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 6 of 19 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## Federal Agency Regulatory Notifications (Cont'd)    Figure 8-2

| Environmental Protection Agency | Phone Number |
|---|---|
| REGION IV<br>Superfund/ERRB<br>61 Forsyth Street<br>Atlanta, GA 30303<br><br>Oil Spill<br><br>NPDES Permit Violations | <br><br><br><br>(404) 562-8700<br><br>(404) 562-9279<br>(Issuances only) |
| REGION VI<br>6SF-R<br>1445 Ross Avenue<br>Dallas, TX 75202<br><br>Oil Spill<br><br>  Alternate Number<br><br>NPDES Permit Violations | <br><br><br><br>(866) EPASPILL<br>(866) 372-7745<br>(214) 665-6444<br><br>(214) 665-7180 (Dina Granado) |

**Spill Reporting**
Contact EPA within 24 hours if any of the following conditions occur:
• Any unanticipated bypass exceeding limitation in permit.
• Any upset condition which exceeds any effluent limitation in permit.
• Violation of maximum daily discharge limitation or daily minimum toxicity limitation.
• Chemical spills of a reportable quantity.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 7 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019450**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## State Of Texas Regulatory Notifications                     Figure 8-3

| Agency | Phone Number |
|---|---|
| General Land Office (TGLO)<br>Stephen F. Austin Building<br>1700 North Congress Avenue, Suite #935<br>Austin, TX 78701-1495 | (800) 832-8224 (Emergency Hotline)<br>(800) 998-4GLO (Toll-Free)<br>(512) 463-5001 |
| Railroad Commission of Texas (TRRC)<br>Main Office<br>1701 North Congress<br>P.O. Box 12967<br>Austin, TX 78711-2967 | (877) 228-5740 (Office)<br>(512) 463-6788 (Emergency, 24 hrs)<br>(512) 463-7288 |
| RRC District 2 Office<br>115 Travis, Suite #1610<br>San Antonio, TX 78205 | (210) 227-1313 (24 hrs) |
| RRC District 3 Office<br>1706 Seamist Drive, Suite #501<br>Houston, TX 77008-3135 | (713) 869-5001 (24 hrs) |
| RRC District 4 Office<br>10320 IH 37<br>Corpus Christi, TX 78410 | (361) 242-3113 (24 hrs) |
| Texas Parks and Wildlife | 800-792-1112 |

**TRRC/TGLO**
When a sheen, slick, or spill is observed or discovered, or a chemical release occurs, call the TRC Oil & Gas Division and the Texas General Land Office's 24-hour hotline immediately.

**Parks and Wildlife**
When a spill impacts or has potential to impact a state wildlife management area, call the Texas Parks and Wildlife Department immediately.

| Texas LEPC/Sheriff's Department | Phone Number |
|---|---|
| Aransas County | (361) 729-2222 (24 hrs) |
| Brazoria County | (979) 849-2441 (24 hrs) |
| Calhoun County | (361) 553-4646 (24 hrs) |
| Chambers County | (409) 267-8322 (24 hrs) |
| Galveston County | (409) 766-2322 (24 hrs) |
| Kleberg County | (361) 595-8500 (24 hrs) |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 8 of 19 Pages
© The Response Group 06/2009



| Texas LEPC/Sheriff's Department | Phone Number |
|---|---|
| Matagorda County | (979) 245-5526 (24 hrs) |
| Nueces County | (361) 887-2222 (24 hrs) |
| Willacy County | (956) 689-5576 (24 hrs) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 9 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                              BP-HZN-CEC 019452



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

**State Of Louisiana Regulatory Notifications**                    **Figure 8-4**

| Agency | Phone Number |
|---|---|
| Emergency Response Commission C/O Office of State Police | (877) 925-6595 (225) 925-6595 (24 hrs, Louisiana one-call emergency number) |
| Department of Environmental Quality Single Point of Contact | (225) 342-1234 (24 hrs) (225) 925-6595 (Emergency) |
| Oil Spill Response Coordinator, Louisiana 625 North Fourth St., Suite #800 Baton Rouge, LA 70802 | (225) 219-5800 |
| Louisiana Department of Environmental Quality (LDEQ) P.O. Box 4312 Baton Rouge, LA 70821-4312 | (225) 219-3953 (225) 342-1234 (24 Hour Hotline) (225) 219-3640 (SPOC) |
| Louisiana Department of Natural Resources (LDNR) | (225) 342-4500 (Business Hours) (225) 342-5505 (After Hours) |
| State or Federal Wildlife Management Pass à Loutre Wildlife Refuge | (337) 373-0032 (New Iberia Office) |
| Rockefeller Wildlife Refuge US Fish and Wildlife Service Delta Wildlife Refuge McFadden National Refuge Sabine National Refuge Breton Sound National Wildlife Refuge | (337) 538-2276 (800) 344-WILD (985) 882-2000 (409) 971-2909 (337) 762-3816 (985) 882-2000 |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 10 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

**State Of Louisiana Regulatory Notifications (Cont'd)**          **Figure 8-4**

In the circumstances shown below, call the State Police 24-hour Louisiana Emergency Hazardous Materials hotline. In addition, call the LEPC that has jurisdiction over the facility and the LEPCs for the affected parish. Calls should be made no later than one hour after becoming aware of the emergency.

• W hen an *emergency condition* exists which co uld r easonably be expected t o endanger t he publ ic, ca use si gnificant env ironmental dam age, or ca use se vere property dam age. The hot line will i n t urn not ify t he Loui siana D epartment of Environmental Quality (LDEQ).
• When one of the following occurs and the spill or release escapes to water, air, or ground outside the facility boundaries:
• *Ten gallons or more (100 lbs.)* of crude oil is spilled.
• *Twenty MCFD or more* of sweet natural gas are released.
A release of sour gas occurs with a hy drogen sulfide (H2S) component of *more than 100 pounds.*
• A hazardous substance release meets or exceeds its *Reportable Quantity.*
• Facilities must make follow-up written reports within 5 days after the release occurs to the LEPC with jurisdiction over the facility, and to the:
Emergency Response Commission
c/o Department of Public Safety and Correction
Office of State Police
Transportation and Environmental Safety Section, Mail Slip 21
P. O. Box 66614
Baton Rouge, LA 70896

Notify the LDEQ under these conditions:
• W hen an *emergency condition* exists which co uld r easonably be expected t o endanger t he publ ic, ca use si gnificant env ironmental dam age, or ca use se vere property dam age. A se parate ca ll i s not needed; as stated abov e, t he State P olice hotline will notify the LDEQ. *Written follow-up to the DEQ is required within seven days. Written reports should be mailed to:*

**LA Department of Environmental Quality**
**Attention Surveillance Division – SPOC**
**"Unauthorized Discharge Notification Report"**
**P. O. Box 4312**
**Baton Rouge, LA 70821-4312**

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 11 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                          **BP-HZN-CEC 019454**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 8**
External
Notifications

| State Of Louisiana Regulatory Notifications (Cont'd) | Figure 8-4 |
| --- | --- |

When one of the following occurs *and* the spill or release is *not totally contained:*
• *More than one barrel* of crude oil is spilled.
• A release of sweet natural gas exceeds *1 MMCFD*.
• A release of sour gas occurs with an H2S component of *more than 100 pounds*.
• A hazardous substance release exceeds its *RQ*.

Call the LDNR immediately, but no later than two hours after discovery, for any of the following:
• A D OT *gas* pipeline r elease ca uses injury, d eath, fire, or dam age o f m ore than $50,000, including the value of lost product, and the cost of cleanup and recovery.
• A DOT *oil or condensate* pipeline spill exceeds 5 gallons or causes injury, death, fire, or damage of more than $50,000, including the value of lost product, and the cost of cleanup and recovery.
Verbal reports to the DNR should note that a DOT pipeline was involved.

If a spill impacts or has potential to impact a state or federal wildlife refuge, notify the appropriate refuge staff.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 12 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

### State Of Louisiana Regulatory Notifications (Cont'd)          Figure 8-4

| LA Parish Sheriff's Department | Phone Number |
|---|---|
| Cameron Parish (Cameron) | (337) 775-5111 (24 hrs) |
| Vermilion Parish (Abbeville) | (337) 893-0871 (24 hrs) |
| Iberia Parish (New Iberia) | (337) 369-3714 (24 hrs) |
| St. Mary Parish (Franklin) | (337) 828-1960 (24 hrs) |
| Terrebone Parish (Houma) | (985) 876-2500 (24 hrs) |
| LaFourche Parish (Thibodeaux) | (985) 449-2255 (24 hrs) |
| Jefferson Parish (Gretna) | (504) 363-5500 (24 hrs) |
| Plaquemines Parish (Pointe A La Hache) | (504) 564-2525 (24 hrs) |
| St. Bernard Parish (Chalmette) | (504) 271-2501 (24 hrs) |
| Orleans Parish (New Orleans) | (504) 822-8000 (24 hrs) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 13 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested



| BP |
|---|
| Regional Oil Spill Response Plan – Gulf of Mexico |

Section 8
External
Notifications

## State Of Mississippi Regulatory Notifications — Figure 8-5

| Agency | Phone Number |
|---|---|
| Mississippi Emergency Management Agency (MEMA)<br>P.O. Box 4501<br>Jackson, MS 39296-4501 | (601) 933-6362 (24 hrs)<br>(800) 222-6362 (24 hrs) |
| Mississippi DEQ Bureau of Pollution Control (MDEQ)<br>P.O. Box 10385<br>Jackson, MS 39289-0385<br>Oil and Hazardous Coordinator – Eric Deare | (601) 352-9100 (24 hrs)<br>(800) 222-6362 (24 hrs)<br><br>(601) 961-5570 |
| Mississippi Department of Marine Resources (MDMR)<br>1141 Bayview Avenue, Suite 111<br>Biloxi, MS 39530<br>Lieutenant Frank Wescovich | (228) 374-5000<br>(228) 523-4134 (24 hrs) (Marine Patrol) |
| Mississippi State Oil and Gas Board (MS&GB)<br>500 Greymont Avenue, Suite E<br>Jackson, MS 39202<br>Kent Ford | (601) 354-7142 (24 hrs) |
| When a sheen, slick, or spill is observed or discovered, or a non-permitted chemical release occurs, call the Mississippi state agencies listed in the table. | |

| Mississippi EMA & Sheriff's Offices | Phone Number |
|---|---|
| Hancock County<br> EMA<br> Sheriff's Office | (228) 466-8320<br>(228) 466-6900 |
| Harrison County<br> EMA<br> Sheriff's Office | (228) 865-4002<br>(228) 896-3000 |
| Jackson County<br> EMA<br> Sheriff's Office | (228) 769-3111<br>(228) 769-3063 |
| When five barrels or more of crude oil or condensate are spilled, call the appropriate Mississippi CCD agency or sheriff's office immediately. | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 14 of 19 Pages
© The Response Group 06/2009

BP-HZN-CEC 019457



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## State Of Alabama Regulatory Notifications

**Figure 8-6**

| Agency | Phone Number |
|---|---|
| AL Department of Environmental Management (ADEM) Mobile Field Office 2204 Perimeter Road Mobile, AL 36615 Chief of Mobile Branch (John Carlton) | (251) 450-3400 (24 hrs) (251) 242-4378 (24 hrs) (800) 424-8802 (National Response Center) |
| AL Department of Environmental Management (ADEM) P.O. Box 301463 Montgomery, AL 36130-1463 | (800) 843-0699 (24 hrs) |
| AL Oil and Gas Board (AO&GB) 4173 Commander Drive Mobile, AL 36615 | (251) 438-4848 (251) 943-4326 (24 hrs) |
| AL Oil and Gas Board (AO&GB) Tuscaloosa, AL P.O. Box "O" Tuscaloosa, AL 35486-0004 | (205) 349-2852 |
| AL Civil Defense Mobile, AL | (251) 460-8000 (24 hrs) |
| AL Dept. of Conservation & Natural Resources (ADCNR) State Lands Division 64 North Union Street, Room 464 Montgomery, AL 36130 Nancy Cone | (334) 242-3467 |
| When a sheen, slick, or spill is observed or discovered, or a non-permitted chemical release occurs, call the ADEM immediately. In addition, call the appropriate office of the AO&GB. | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 15 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

**State Of Florida Regulatory Notifications**                    **Figure 8-7**

| Agency | Phone Number |
|---|---|
| State Warning Point (24-hour) | (800) 320-0519 or (850) 413-9911 |
| | (850) 413-9900 (Non Emergencies) |
| Florida DEP District Emergency Response Offices (8am – 5pm) | |
| Tallahassee | (850) 245-2010 |
| Pensacola | (850) 595-8300 |
| Jacksonville | (904) 807-3300 x3246 |
| Orlando | (407) 894-7555 |
| Tampa | (813) 632-7600 |
| Ft. Myers | (239) 332-6975 |
| Ft. Lauderdale | (561) 681-6600 |
| Florida Marine Patrol (24-hour) | (888) 404-3922 |

When a sh een, sl ick, or sp ill i s observed or d iscovered, or a non -permitted ch emical release occurs, call the State Warning Point, Florida Bureau of Emergency Response, and the Florida Marine Patrol.

The following information should be provided upon notification to Florida authorities:

1. Name, address, and telephone number of person reporting
2. Name, address, and telephone number of person responsible for the discharge or release, if known
3. Date and time of the discharge or release
4. Type or name of substance discharged or released
5. Estimated amount of the discharge or release
6. Location or address of discharge or release
7. Source and cause of the discharge or release
8. Size and characteristics of area affected by the discharge or release
9. Containment and cleanup actions taken to date
10. Other persons or agencies contacted

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 16 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    **BP-HZN-CEC 019459**



| BP | |
|---|---|
| **BP** | **Section 8** |
| Regional Oil Spill Response Plan – Gulf of Mexico | External Notifications |

## Alabama & Florida Local Notifications                    Figure 8-8

| Contact Information | Phone Number |
|---|---|
| **Mobile, AL** | |
| Sheriff's Department | (251) 574-2423 |
| Police Department | (251) 208-7211 |
| Fire Department | (251) 208-7351 |
| Port Authority Security Department | (251) 441-7777 (24 hrs) |
| Emergency Management Agency | (251) 460-8000 (24 hrs) |
| **Pensacola, FL** | |
| Florida Highway Patrol | (850) 484-5000 |
| Police Department | (850) 435-1900 |
| Fire Department | (850) 436-5200 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 17 of 19 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019460**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Minerals Management Service Areas Of Responsibility**          **Figure 8-9a**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 8, Page 18 of 19 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 8
External
Notifications

## United States Coast Guard Areas Of Responsibility

Figure 8-9b



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 8, Page 19 of 19 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019462

**Confidential Treatment Requested**

**BP-HZN-CEC 019463**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

## 9.   AVAILABLE TECHNICAL EXPERTISE

The following listing provides the names, telephone numbers, and addresses of key Federal, State, and Local agencies as well as independent contractors that may be consulted for site-specific environmental information in the event of a spill incident.

A.   Texas – **Figure 9-1**
B.   Louisiana – **Figure 9-2**
C.   Mississippi – **Figure 9-3**
D.   Alabama – **Figure 9-4**
E.   Florida – **Figure 9-5**
F.   Gulf Coast – **Figure 9-6**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 1 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019464**



**BP**
Regional Oil Spill Response Plan     – Gulf of Mexico

Section 9
Available
Technical
Expertise

| Available Technical Expertise – Texas | | Figure 9-1 |
|---|---|---|

| Name | Address | Telephone |
|---|---|---|
| Texas Marine Mammal Stranding Network | 5001 Ave. U, Suite   #105C<br>Galveston,  TX 78741 | (800) 9MAMMAL* |
| Texas Parks & Wildlife<br>Wildlife Rescue & Rehab<br>Dave Buzan Kills & Spills Team | 4200 Smith School Road<br>Building D<br>Austin, TX 78741 | (512) 389 -4848*<br>(800) 299 -4099 (Pg ) |
| *Trajectories/Sensitivities* | | |
| The Response Group | 13231 Champion Fo  rest ,<br>Suite #310<br>Houston, TX 77069 | (281) 8 80-5000 (O  )<br>▊▊▊▊▊▊▊<br>(281) 861 -6880 (F) |
| *Wildlife Rehab & Education* | | |
| US Fish & Wildlife Service<br>Wildlife Rescue & Rehab<br>John Hu  man — Coastal Program Coord. | 17629 El Camino Real<br>Suite 211<br>Houston, TX  77058 | (281) 286 -8282 (O  )<br>(281) 282 -9344* (Fax) |
| Wildlife Rehab and Education<br>Sharon Schmalz<br>Michele Johnson | Houston, TX | ▊▊▊▊▊▊▊<br>(713) 279 -1417 (Pg) |
| Texas General Land O  ce | | (800) 998 -4456 |
| US Fish & Wildlife Service Eco       System<br>Corpus Christi State University | | (361) 994 -9005 |
| East Matagorda Bay South<br>Clara Lee  – Env. Contaminant Specialist | | (361) 994 -9005 ext 247 |
| Houston Audubon Society | Houston, TX | (713) 932 -1639<br>(713) 932 -1392* |
| Institute of Marine Life Sciences<br>Texas A&M University<br>Dr. Wursid | | (409) 740 -4413 |
| Marine Mammal Research Pgrm<br>Texas A&M University | Galveston, TX | (409) 740 -4413<br>(409) 740 -4421 |
| NOAA National Maritime<br>Fishery Service  -Sea Turtles<br>Sibyl Bodamer  – Permitted Ind. | Galveston, TX<br>Houston, TX | (409) 766 -3500<br>(281) 379 -7961* |
| *Environmental Assessments* | | |
| ENTRIX | Houston, TX | (713) 666 -6223 (O  ) |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle   ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2   - GoM Region
Section 9,  Page 2 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019465



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

## Available Technical Expertise – Texas (continued)     Figure 9-1

| Name | Address | Telephone |
|---|---|---|
| *United States Coast Guard* | | |
| MSU Port Arthur | Port Arthur, TX | (409) 723-6500 (409) 719-5000* |
| Sector Houston-Galveston | Houston, TX | (713) 671-5100* |
| Sector Corpus Christi | Corpus Christi, TX | (361) 939-6393* (361) 939-6349* (361) 939-6240 (F) |
| *Wildlife Management Areas & Refuges** | | |
| **(1)** Lower Rio Grande Valley NWR | Alamo, TX | (956) 784-7500 |
| **(2)** Bentsen SP | Mission, TX | (956) 585-1107 |
| **(3)** Laguna Atascosa NWR | Rio Hondo, TX | (956) 748-3607 |
| **(4)** Padre Island National Seashore National Park Service (at PINS) | Corpus Christi, TX | (361) 949-7275* (361) 949-8173 |
| **(5)** Mustang Island State Park | Port Aransas, TX | (361) 749-5246 |
| **(6)** Goose Island State Park | Rockport, TX | (361) 729-2858 |
| **(7)** Aransas Wildlife Refuge Tom Stehn – Biologist | Austwell, TX | (361) 286-3533 (361) 286-3559 ext. 221 |
| **(9)** Welder Flats WMA | Bay City, TX | (979) 244-7697 |
| **(10)** Big Boggy NWR | Angleton, TX | (979) 849-5118 (979) 964-3639 |
| **(11)** San Bernard NWR | Angleton, TX | (929) 849-7771 (979) 964-3639 |
| **(12)** Peach Point WMA | Freeport, TX | (979) 244-7697 |
| **(13)** Brazoria NWR | Angleton, TX | (979) 233-5338 (979) 922-1037 |
| **(14)** Galveston Island SP | Galveston, TX | (409) 737-1222 |
| **(15)** Moody NWR | Anahuac, TX | (409) 267-3337 |
| **(16)** Anahuac NWR | Anahuac, TX | (409) 267-3337 |
| **(17)** McFaddin NWR | Sabine Pass, TX | (409) 971-2909 (409) 736-2371 |
| **(18)** Sea Rim State Park | Sabine Pass, TX | (409) 971-2559 |
| **(19)** Texas Point NWR | Sabine Pass, TX | (409) 971-2909 |
| **(20)** Flower Garden Banks National Marine Sanctuary | Bryan, TX | (409) 621-5151 O (409) 621 1316 F |

** See reference numbers for WMA, NWR, SP locations on Texas area map

* Indicates 24 hour number

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 9, Page 3 of 14 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 4 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019467



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

## Available Technical Expertise – Louisiana                    Figure 9-2

| Name | Address | Telephone |
|---|---|---|
| Dept of Wildlife and Fisheries<br>    Jim Hanifen – Oil Spill Coordinator | 2000 Quail Drive<br>Baton Rouge, LA | (225) 765-2800<br>(800) 442-2511 (24hr) |
| LA. Dept of Environmental<br>Quality (Water Resources) | 7290 Bluebonnet<br>Baton Rouge, LA | (225) 342-1234* |
| LOSCO – Roland Guidry | Baton Rouge, LA | (225) 219-5800* |
| US Fish & Wildlife Service<br>Ecological Services<br>    Warren Lorenty – Field Response<br>    Coordinator<br>    Buddy Goatcher – Field Response<br>    Coordinator<br>    Russel Watson –<br>    Alternate<br>    Gerald Bodin –<br>    Alternate | 825 Kaliste Saloom,<br>Bldg II<br>Lafayette, LA | (337) 291-3100<br><br>(337) 291-3126<br>(337) 280-1157 (after hrs)<br>(337) 291-3125<br>(337) 886-0893 (after hrs)<br>(337) 291-3116<br>(337) 988-6311 (after hrs)<br>(337) 291-3118 |
| *Minerals Management Services* | | |
| New Orleans District<br>Tim Lannigan<br>Main Switchboard<br>Alex Alvarado | New Orleans, LA | (504) 423-2505 (Office)<br>(504) 423-5340*<br>(504) 736-2544<br>(504) 736-2861<br>(504) 736-2547 |
| Louisiana State Police | Baton Rouge, LA | (225) 925-6424* |
| United States Coast Guard<br>    MSO New Orleans<br>    Search & Rescue Team | New Orleans, LA<br>New Orleans, LA | (504) 589-6196<br>(504) 846-5923*<br>(504) 589-6225 |
| *Weather Service* | | |
| Alert Weather Service | Lafayette, LA | (337) 233-5565 |
| A.H. Glenn & Assoc. | New Orleans, LA | (504) 241-2222 |
| Ed Roy LTD. | Lafayette, LA | (337) 233-3816 |
| *Environmental Assessments* | | |
| Coastal Environments, Inc. | Baton, Rouge, LA | (225) 383-7455 |
| LA Marine Mammal Stranding<br>Network | | (800) 442-2511 |
| Marine Mammal Stranding Network | Baton Rouge, LA | (225) 765-2821 |
| *Oil Analysis* | | |
| Analysis Laboratories, Inc. | Metairie, LA | (504) 889-0710 (Off) |
| SPL | Baton, Rouge, LA | (225) 765-2821 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 5 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019468**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 9**
Available
Technical
Expertise

## Available Technical Expertise – Louisiana (Cont'd)        Figure 9-2

| Name | Address | Telephone |
|---|---|---|
| *Wildlife Management Areas & Refuges\*\** | | |
| (1) Cameron Prairie NWR | Bell City, LA | (337) 598-2216 |
| (2) Lacassine NWR | Lake Arthur, LA | (337) 774-5923 |
| (3) Rockefeller SWR | Grand Chenier, LA | (337) 538-2276 |
| (4) Marsh Island WMA | New Iberia, LA | (337) 373-0032 |
| (5) Atchafalaya Delta WMA | New Iberia, LA | (985) 882-2000 |
| (6) Isle Dernieres – USGS Wetlands Research Center | Terrebonne, LA | (337) 266-8550 |
| (7) Point e AuChien WMA | Montigut, LA | (985) 594-5494 |
| (8) Wisner WMA | Baton Rouge, LA | (225) 765-2811 |
| (9) Biloxi WMA | Baton Rouge, LA | (225) 765-2360 |
| (10) Pearl River WMA | Baton Rouge, LA | (985) 646-6440 |
| Louisiana SWM | New Iberia, LA | (337) 373-0032 |

\*\* See reference numbers for WMA, NWR, SP locations on Louisiana area map

* Indicates 24 hour number

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 6 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019469**

# BP
## Regional Oil Spill Response Plan – Gulf of Mexico



Louisiana Coast
Parks, Wildlife Management Areas and Refuges

**Louisiana Parks & Refuges**
1. Sabine NWR
2. Cameron Prairie NWR
3. Lacassine NWR
4. Rockefeller SWR
5. Paul J. Rainey
6. Marsh Island WMA
7. Shelly Keys
8. Atchafalaya Delta WMA
9. Isles Dernieres
10. Pointe AuChien WMA
11. Wisner WMA
12. Salvador WMA
13. Pass-A-Loutre WMA
14. Delta NWR
15. Breton NWR
16. Biloxi WMA
17. Bayou Sauvage Urban
18. Pearl River WMA

**Legend**
Parks & Refuges
County Boundary

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 7 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019470



| **BP** | Section 9 |
| Regional Oil Spill Response Plan – Gulf of Mexico | Available Technical Expertise |

## Available Technical Expertise – Mississippi                    Figure 9-3

| Name | Address | Telephone |
|------|---------|-----------|
| *Wildlife Management Areas & Refuges*** | | |
| **(1)** Buccaneer | Waveland, MS | (228) 467-3822 |
| **(2)** Gulf Island National Seashore | Ocean Springs, MS | (228) 875-9057 |
| **(3)** Mississippi Sandhill Crane NWR | Gautier, MS | (228) 497-6322 |
| **(4)** Shepard State Park | Gautier, MS | (228) 497-2244 |
| **(5)** Grand Bay NWR | Moss Point, MS | (228) 475-0765 |
| Management Agency | | (800) 222-6362* |

** See reference numbers for WMA, NWR, SP locations on MS / AL area map

＊ Indicates 24 hour number

## Available Technical Expertise – Alabama                    Figure 9-4

| Name | Address | Telephone |
|------|---------|-----------|
| Alabama Dept. of Conservation  Marine Resources Division | 21055 Mildred Casey Dr  Gulf Shores, AL | (251) 968-7576 |
| Alabama Oil & Gas Board  Headquarters Office  Douglas Hall – So. AL Geologist | 420 Hackberry Lane  Tuscaloosa, AL | (205) 349-2852 |
| Mobile Office  Ralph Hellmich – Chief Geologist | 4173 Commanders Drive  Mobile, AL | (251) 438-4848  (251) 943-4326* |
| US Fish & Wildlife Service  Ecological Services | 1208 B Main St.  Daphne, AL | (251) 441-5181 |
| **(6)** Bon Secour NWR | Gulf Shores, AL | (251) 540-7720 |
| Gulf State Park | Gulf Shores, AL | (251) 948-7275 |
| Alabama Dept. of Environmental Management | | (251) 450-3400 |
| Alabama Emergency Management Agency | | (800) 843-0699* |

** See reference numbers for WMA, NWR, SP locations on MS / AL area map

＊ Indicates 24 hour number

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 8 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

# BP
## Regional Oil Spill Response Plan – Gulf of Mexico



Mississippi & Alabama Coast
Parks, Wildlife Management Areas and Refuges

**Legend**
Parks & Refuges
County Boundary

**Mississippi Parks & Refuges**
1. Buccaneer
2. Gulf Island National Seashore
3. Mississippi Sandhill Crane NWR
4. Shepard State Park
5. Grand Bay NWR

**Alabama Parks & Refuges**
6. Bon Secour NWR

---

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 9, Page 9 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019472



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

| Available Technical Expertise – Florida | | Figure 9-5 |
|---|---|---|

| Name | Address | Telephone |
|---|---|---|
| Big Lagoon State Recreation Area | 12301 Gulf Beach Hwy Pensacola, FL | (850) 492-1595 |
| Florida Dept of Environmental Protection (Bureau of Emergency Response) | 3900 Commonwealth Blvd. Tallahassee, FL 32399 | (850) 245-2010* |
| *Florida Fish & Wildlife Conservation Commission (FWCC)* | | |
| Southwest Florida | 3900 Drane Field Road Lakeland, FL | (863) 648-3200* |
| North Central Florida | Route 7, Box 440 Lake City, FL | (888) 404-3922* |
| *National Park Service* | | |
| Gulf Island National Seashore Dispatch | Gulf Breeze, FL | (850) 916-3010* |
| Escambia County Sheriff Dept. | | (850) 436-9630* |
| *US Fish & Wildlife Service* | | |
| Ecological Services John Hemming – Contaminate Assessment Specialist | 1612 June Ave. Panama City, FL | (850) 769-0552 (850) 215-1435* |
| *Mammal Stranding Services* | | |
| Marine Mammal Stranding Network NMFS SE Fisheries Science Center | | (305) 862-2850 |
| Florida State Warning Point | | (800) 320-0519* (850) 413-9911* |
| *United States Coast Guard* | | |
| Detached Duty Office | Panama City, FL | (850) 233-0366 |
| *Wildlife Management Areas & Refuges*** | | |
| **(1)** Gulf Island National Seashore | Gulf Breeze, FL | (850) 934-2600 |
| **(2)** Saint Vincent NWR, Apalachicola Bay Aquatic Preserve & Apalachicola River & Bay National Estuarine | 479 Market St. Apalachicola, FL | (850) 653-8808 |
| **(3)** Saint Marks NWR | 1255 Lighthouse Road St. Marks, FL | (850) 925-6121 |
| **(4)** Lower Suwannee NWR | 16450 NW 31st Place Chiefland, FL | (352) 493-0238 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 10 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019473



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

## Available Technical Expertise – Florida                    Figure 9-5

| Name | Address | Telephone |
|------|---------|-----------|
| *Wildlife Management Areas & Refuges (cont.)* | | |
| **(5)** Cedar Keys NWR | 16450 NW 31st Place Chiefland, FL | (352) 493-0238 |
| **(6)** Chassahowitski NWR | 1502 SE Kings Bay Drive Crystal River, FL | (352) 563-2088 |
| **(7)** Egmont Key NWR | Crystal River, FL | (352) 563-2088 |
| **(8)** Pine Island NWR | Sanibel, FL | (239) 472-1100 |
| **(9)** J.N. "Ding" Darling Wilderness | Sanibel, FL | (239) 472-1100 |
| **(10)** Matlacha Pass NWR | Sanibel, FL | (239) 472-1100 |
| **(11)** Ten Thousand Island NWR | Naples, FL | (239) 353-8442 |
| **(12)** Majory Stoneman Douglas Wilderness | Homestead, FL | (305) 242-7700 |
| **(13)** Great White Heron NWR | Big Pine Key, FL | (305) 872-0774 |
| **(14)** National Key Deer Refuge | Big Pine Key, FL | (305) 872-2239 |
| **(15)** Key West NWR | Big Pine Key, FL | (305) 872-0774 |
| **(16)** Dry Tortugas National Park | Key West, FL | (305) 242-7700 |
| **(17)** Crocodile Lake NWR | Key Largo, FL | (305) 451-4223 |
| **(18)** Biscayne National Park | Homestead, FL | (305) 230-1144 |
| Saint Andrew State Recreation Area & State Park Aquatic Preserve | 7255 Hwy 90 East Milton, FL | (850) 233-5140 |
| Crystal River NWR | 1502 SE Kings Bay Drive Crystal River, FL | (352) 563-2088 |
| Saint Martins Marsh Aquatic Preserve | 3266 N. Sailboat Ave Crystal River, FL | (352) 563-0450 |
| Steinhatchee WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Fort Pickens State Aquatic Preserve | 7255 Hwy 90 E Milton, FL | (850) 983-5359 |
| Alligator Harbor Aquatic Preserve | 350 Carroll St. Eastpoint, FL | (850) 670-4783 |
| Saint Joseph Bay Aquatic Preserve | 350 Carroll St. Eastpoint, FL | (850) 670-4783 |
| Saint Joseph Peninsula State Park | 8899 Cape San Blas Road Port St. Joe, FL | (850) 227-1327 |
| Aucilla WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |
| Gulf Hammock WMA | Route 7, Box 440 Lake City, FL | (904) 758-0525 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 11 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019474**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 9
Available
Technical
Expertise

| Available Technical Expertise – Florida (continued) | Figure 9-5 |
|---|---|

| Name | Address | Telephone |
|---|---|---|
| *Wildlife Management Areas & Refuges (cont.)* | | |
| Tide Swamp WMA | Route 7, Box 440<br>Lake City, FL | (904) 758-0525 |
| Big Bend Segrasses Aquatic Preserve | 3266 N. Sailboat Ave.<br>Crystal River, FL | (352) 563-0450 |
| Point Washington WMA | 3911 Hwy 2321<br>Panama City, FL | (850) 265-3676 |

** See reference numbers for WMA, NWR, SP locations on Florida area map

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 12 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019475**

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico



*Florida Coast*
**Parks, Wildlife Management Areas and Refuges**

The Response Group

**Florida Parks & Refuges**
1. Gulf Island National Seashore
2. Saint Vincent NWR
3. Saint Marks NWR
4. Lower Suwannee NWR
5. Cedar Keys
6. Chassahowitzka NWR
7. Egmont Key NWR
8. Pine Island NWR
9. J.N. "Ding" Darling Wilderness
10. Matlacha Pass NWR
11. Ten Thousand Islands NWR
12. Marjory Stoneman Douglas Wilderness
13. Great White Heron NWR
14. National Key Deer Refuge
15. Key West NWR
16. Dry Tortugas NWR
17. Crocodile Lake NWR
18. Biscayne National Park

**Legend**
Parks & Refuges
County Boundary

0  15  30  60  90  120  150
Miles

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 9, Page 13 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan       — Gulf of Mexico

## AVAILABLE TECHNICAL EXPERTISE – GULF COAST        Figure 9-6

| NAME | ADDRESS | TELEPHONE |
|------|---------|-----------|
| International Bird Rescue & Research Center<br>  Jay Holcomb  – Executive Dir<br>  Home<br>  Mobile<br>  James Lewis  – Admin Mgr. | 4369 Cordelia R  oad<br>Fair  eld, CA | (707) 207 -0380*<br>████████<br>(707) 249 -4870* |
| National Park Service | Atlanta, GA | (404) 562 -3123 |
| NOAA Marine Mammal Stranding Network  –<br>SE Region Hotline | | (877) 433 -8299 |
| Tri – State Bird Rescue<br>Oil Spill Alert  - Dr. Heidi Stout<br><br>Oil Spill Alert  – Sarah Tegtmeier | 110 Possum Hollow Road<br>Newark, DE | (302) 737 -7241<br>(800) 710 -0696* Pager<br>(800) 710 -0695* Pager |
| **US Dept of The Interior** | | |
| O  ce of Env. Policy & Compliance<br>Gregory Hogue  – Regional Envi ronmental<br>O  cer | 75 Spring St., Suite 345<br>Atlanta, GA | (404) 331 -4524<br>████████ |
| O  ce of Environmental Policy & Compliance<br>Steve Spencer  - Regional Environmental<br>O  cer | PO Box 26567 (MC    -9)<br>Albuquerque, NM | (505) 563 -3572<br>(505) 249 -2462* |
| **US Fish & Wildlife Service** | | |
| Region IV Ecological Services<br>Diane Beeman  – Spill Response Coordinator | 1875 Century Blvd. Ste 200<br>Atlanta, GA | (404) 679 -7140<br>(404) 679 -7094<br>(404) 895 -7093* Pager |

* Indicates 24 hour number

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy Mc  Nease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2  - GoM Region
Section 9,  Page 14  of 14 Pages
© The Response  Group  06/2009

Confidential Treatment Requested                                    **BP-HZN-CEC 019477**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 10. SPILL ASSESSMENT & VOLUME ESTIMATION

**A.  Locating a Spill**

In the event of a significant release of oil, an accurate estimation of the spill's total volume along with the spill location and movement is essential in providing preliminary data to plan and initiate cleanup operations. Generating the estimation as soon as possible will aid in determining:

| | |
|---|---|
| • | Equipment and personnel required; |
| • | Potential threat to shorelines and/or sensitive areas as well as ecological impact; and |
| • | Requirements for storage and disposal of recovered materials. |

As part of the initial response, BP will initiate a systematic search with aircraft, primarily helicopters, to locate a spill and determine the coordinates of the release. In the event weather prohibits use of aircraft, (both fixed wing and rotor) field boats may be utilized to conduct search operations.

Aircraft will also be utilized to photograph the spill on a daily basis, or more frequently if required, for operational purposes. The over flight information will assist with estimating the spill size and movement based upon existing reference points (i.e., oil rigs, islands, familiar shoreline features, etc.)

**B.  Determining the Size and Volume of a Spill**

When a spill has been verified and located, the priority issue will be to estimate and report the volume and measurements of the spill as soon as possible. Spill measurements will primarily be estimated by using coordinates, pictures, drawings, and other information received from helicopter or fixed wing over flights.

Oil spill volume estimations may be determined by direct measurements or by calculations based upon visual assessment of the color of the slick and information related to length and width that can be calculated on existing charts. The appearance of oil on water varies with the oil's type and thickness as well as ambient light conditions. Oil slick thicknesses greater than approximately 0.25 mm cannot be determined by appearance alone.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 10, Page 1 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 10**
Spill Assessment
& Volume
Estimation

Direct m easurements are t he p referred m ethod for de termining t he v olume of a sp ill. Measurements can be obtained by:

| | |
|---|---|
| • | Gauging the tank or container to determine volume lost |
| • | Measuring pressure lost over time |
| • | Determining the pump or spill rate (GPM) and elapsed time |

Visual asse ssment for determining the v olume o f oi l base d on sl ick information be gins with understanding the terminology listed below:

| | |
|---|---|
| • | Sheen – oil visible on the water as a silvery <u>sheen</u> or with <u>tints of rainbow colors</u>. This is the smallest thickness of oil. |
| • | Dark colors – visible with dark colors (i.e., <u>yellowish brown</u>, <u>light brown</u>) with a <u>trace of rainbow color</u> but is not black or dark brown. |
| • | Black/Dark B rown – fresh oi l after i nitial s preading will ha ve a <u>black</u> or v ery <u>dark brown</u> color. This is the largest thickness of non emulsified oil. |
| • | Mousse – water-in-oil em ulsion which is often <u>orange</u> to <u>rust colored</u>. It is thick and viscous and may contain 30% oil. |

Several nat ural w eathering p rocesses occur w hich di minish t he se verity o f t he sp ill depending upon the composition of the oil. Natural weathering processes include the following:

| | |
|---|---|
| • | Dispersion |
| • | Dissolution |
| • | Emulsification |
| • | Evaporation |

Factors listed in **Figure 10-1 & 10-2** will be used to estimate the volume of oil in a spill unless an accurate a mount i s known b y other m eans. Estimated sp ill v olumes should be r ounded of f to avoid the misconception of a precise determination.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 10, Page 2 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 10
Spill Assessment
& Volume
Estimation

## C.  Predicting Spill Movement

Real t ime oi l sp ill t rajectory m odels  predict  the m ovement o f sp illed oi l on w ater as  well as identifying potential shoreline impact areas and other environmentally and ecologically sensitive areas.

The Response Group, Inc. in Houston, TX, is the primary resource providing BP with predictions of bot h t he  movement  of oi l on w ater and pot ential i mpact a reas.  The R esponse G roup i s available on a 24  hour /day basi s  at  ( 281) 8 80-5000  (Office) o r ( 713) 9 06-9866 ( Cellular).  The Response G roup  relies on a nu mber of  sources that pr ovide r eal t ime data i n co njunction w ith condition v ariables  in or der t o t rack and pr edict sp ill m ovement  throughout t he dur ation of a n incident. Trajectory model results will be transferred to BP personnel via fax or by modem directly into BP's computer system. Weather forecasts, buoy data, and National Weather Bureau satellite imagery may be collected from internet services or by contacting the National Weather Service as listed below:

| | |
|---|---|
| • | Gulf of Mexico<br>website: http://www.nws.noaa.gov/om/marine/zone/gulf/gulfmz.htm<br>Slidell, LA (504) 589-2808 |
| • | Houston/Galveston, TX Area (281) 337-5074 |
| • | Brownsville, TX (956) 504-1432<br>Austin/San Antonio, TX (830) 606-3617 |
| • | Miami, FL (305) 229-4550 |

The National Oceanic and Atmospheric Administration (NOAA) is another available resource that can provide oil trajectories.  GNOME (General NOAA Operational Modeling Environment) is the oil spill trajectory model used by OR&R Emergency Response Division (ERD) responders during an oil spill. ERD trajectory modelers use GNOME in Diagnostic Mode to set up custom scenarios quickly. In Standard Mode, anyone can use GNOME (with a Location File) to:

- Predict how w ind, cu rrents, and o ther p rocesses might m ove and s pread oi l sp illed on the water.
- Learn how predicted oil trajectories are affected by inexactness ("uncertainty") in current and wind observations and forecasts.
- See how spilled oil is predicted to change chemically and physically ("weather") during the time that it remains on the water surface.

For more information, contact Charlie Henry, the NOAA Scientific Support Coordinator for Texas, Louisiana, Mississippi, Alabama and the Florida Panhandle at (504) 589-4414.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 10, Page 3 of 7 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Trajectory models can be run with predicted weather information used as input over a several hour period. The Response Group offers the following services from the office and remote locations:

- ✓ Oilmap Trajectory Modeling program
- ✓ General NOAA Oil Modeling Environment
- ✓ Scripps/MMS Oceanographic Data
- ✓ Scripps SEA Current Information
- ✓ MMS Buoy Information
- ✓ NOAA Ship Drift Information
- ✓ Overflight GPS Positioning Data
- ✓ ETA's to Shoreline
- ✓ Offshore Response Plans
- ✓ Biological Resources in the path of the slick

BP personnel can initiate the trajectory mapping process by submitting a trajectory request form, **Figure 10-3**, as soon as the following information is available:

- wind speed & direction
- current speed & direction
- sea state
- spill volume
- continuous or instantaneous release
- type of oil (API gravity)
- latitude & longitude (spill site)
- duration of spill
- direction of spill movement
- date & time of incident
- air & water temperature
- source of spill
- high tide & low tide

Trajectory model results may be updated periodically depending upon revised surveillance information and the latest weather updates.

**D.    Monitoring and Tracking the Spill Movement**

Surveillance of the spill movement throughout the incident is essential to bringing response operations to a successful conclusion. BP will maintain the overflight and trajectory modeling programs to monitor and predict the movement of oil until spill response operations are completed.

Surveillance operations can be continued both day and night, and in inclement weather, through the use of infrared sensing cameras capable of detecting oil on water. Information from the infrared cameras can be downloaded to a computer and printed out on a chart and/or recorded on videotape.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 10, Page 4 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 10
Spill Assessment
& Volume
Estimation

## Oil Thickness Estimations

| Standard Term | Approx. Film Thickness | | Approx. Quantity of Oil in Film | |
|---|---|---|---|---|
| | Inches | Mm | | |
| Barely Visible | 0.0000015 | 0.00004 | 25 gals/mile² | 44 liters/km² |
| Silvery | 0.000003 | 0.00008 | 50 gals/mile² | 88 liters/km² |
| Slight Color | 0.000006 | 0.00015 | 100 gals/mile² | 176 liters/km² |
| Bright Color | 0.000012 | 0.0003 | 200 gals/mile² | 351 liters/km² |
| Dull | 0.00004 | 0.001 | 666 gals/mile² | 1,168 liters/km² |
| Dark | 0.00008 | 0.002 | 1,332 gals/mile² | 2,237 liters/km² |

Thickness of light oils: 0.0010 inches to 0.00010 inches.
Thickness of heavy oils: 0.10 inches to 0.010 inches.

## Spill Volume Estimation Procedure

1. Estimate dimensions (length x width) of the spill in miles. Multiply length times width to calculate area covered by oil in square miles
2. Multiply each area calculated in (1) by the appropriate factor from the thickness estimation table (above) and add the parts together

## Oil Coverage Estimation Chart                              Figure 10-1



** From Office of Response & Restriction, National Ocean Service, National Ocean & Atmospheric Administration

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 10, Page 5 of 7 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                          BP-HZN-CEC 019482

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 10**
Spill Assessment
& Volume
Estimation

## Oil Volume Estimation Chart  Figure 10-2



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 10, Page 6 of 7 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019483

## BP
### Regional Oil Spill Response Plan — Gulf of Mexico

**Section 10**
Spill Assessment & Volume Estimation

## Spill Trajectory Request Form                    Figure 10-3

**The Response Group**
*Emergency Response • Pre-Planning & Support*

### SPILL TRAJECTORY REQUEST FORM

| THE RESPONSE GROUP | OFFICE: (281) 880-5000 | 24-HOUR: (800) 651-3942 |
|---|---|---|
| FAX: (281) 880-5005 | EFAX: (281) 596-6976 | EMAIL: trajectory@responsegroupinc.com |
| ROY BARRETT | ████████ | ████████ |
| JEFF HILL | ████████ | ████████ |

**COMPANY INFORMATION**

Company Name: _____

Company Contact Name: _____

Phone #: _____

Alternate # (ie: Mobile, Pager): _____

Fax #: _____

Email Address: _____

**SPILL SITE INFORMATION**

Source Type (Circle):    Platform/Well    Pipeline    Vessel    Facility

Source Name & Location (Name/Area/Block):

Latitude: ____ ° ____ ' ____ "        Longitude: ____ ° ____ ' ____ "

Date & Time of Incident (mm/dd/yy): ____ / ____ / ____        ____ : ____ (Military)

Type of Product (ie: Medium Crude): _____        API Gravity _____

Estimated Volume of Release: _____        Barrels or Gallons

Continues Release Rate: _____ bbls/hr        How Long: _____ hrs.

**WEATHER CONDITIONS**

Wind Direction (From the): _____        Wind Speed: _____ MPH or Knots

Current Direction (Toward): _____        Current Speed: _____ MPH or Knots

Air Temperature: _____ ° C or F        Water Temperature: _____ ° C or F

High Tide: _____        Low Tide: _____

Weather Forecast:

**OVERFLIGHT INFORMATION**

Date & Time of Overflight (mm/dd/yy): ____ / ____ / ____        ____ : ____ (Military)

Leading Edge Location:

Latitude: ____ ° ____ ' ____ "        Latitude: ____ ° ____ ' ____ "

Trailing Edge Location:

Latitude: ____ ° ____ ' ____ "        Latitude: ____ ° ____ ' ____ "

Length: _____ Feet / Yards / Miles        Width: _____ Feet / Yards / Miles

Slick Appearance (Percent & Estimated Length & Width)

Barely Visible: ____% L x W: _____        Silvery: ____% L x W: _____

Slight Color: ____% L x W: _____        Bright Color: ____% L x W: _____

Dull: ____% L x W: _____        Dark: ____% L x W: _____

| THE RESPONSE GROUP | 13231 CHAMPION FOREST DRIVE, SUITE 310 | HOUSTON, TX 77069 |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2   - GoM Region
Section 10,  Page  7 of 7 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**Confidential Treatment Requested**

**BP-HZN-CEC 019485**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 11. RESOURCE IDENTIFICATION

**A.   Tools to Pre-identify Ecological and Environmental Resources at Risk**

Pre-identification o f ex isting resources at risk i s a t ool w hich g reatly i mproves the ch ance o f success for i nitial r esponse e fforts. Resources at r isk may i nclude but ar e no t l imited t o the following:

- Marine sensitivities
- Beaches
- Waterfowl
- Shoreline resources
- Marshes
- Marinas/Piers
- Populated areas
- Environmental sensitivities

BP has a nu mber of reference materials available i ncluding co pies of A rea C ontingency P lans (ACP's), re ference maps, M MS/ESI bi ological and hi storical dat a, and docu ments identifying sensitive shoreline areas along the Gulf Coast shoreline.

**1)   Contacting Appropriate Resource Agencies**

Refer to **Section 9**, **Available Technical Expertise**, for i nformation co ncerning co ntacting resource agencies.

**2)   Real-Time Trajectory Modeling**

BP will act ivate T he R esponse G roup to r un trajectory m odels in t he ev ent of an oi l sp ill release in or der to det ermine shoreline areas with the highest probability of being affected. The Response G roup has developed shoreline response guides and ot her env ironmental sensitivity maps for the entire Gulf of Mexico area. Additionally, environmental sensitivity data from ACPs, US Fish & Wildlife Service, RPI, NOAA, and departments of Environmental Quality/Protection  from adj oining st ates along t he G ulf o f M exico will be co nsulted as necessary. The above data details information concerning Wildlife Management Area's, wildlife refuges, sanctuaries, and st ate pa rks i ncluding l ocation, co ntact, and access information.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 1 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 11**
Resource
Identification

3) **MMS Oil Spill Risk Analysis Model (OSRAM)**

The Minerals Management Service Oil Spill Risk Analysis Model (OSRAM) simulates oil spill trajectories based upon input of historical data for oceanic winds and currents. The OSRAM estimates the probability of shoreline impact from a spill originating from a known location within a given amount of travel time. Impact areas will be analyzed for varying degrees of environmental and ecological resource risks.

4) **State Tools Available**

- ***All Coastal States***
  - ***- Area Contingency Plans***
    One Gulf Plan
  - ***- US Fish & Wildlife Maps***
  - ***- NOAA ESI Coastal Sensitivity Atlas (Maps)***

- ***Texas***
  - ***- Texas General Land Office Maps - TOOLKIT***
    Oil Spill Planning and Response Atlas
    http://www.glo.state.tx.us/oilspill/

- ***Louisiana***
  - ***- Louisiana Oil Spill Coordinators Office – Map Atlas***
    Oil Spill Planning and Response Mapping
    http://atlas.lsu.edu/

- ***Mississippi & Alabama***
  - ***- Geographic Specific Tactical Response Plan***
    Mississippi Area GSTRP
    Mobile Area GSTRP
    http://www.uscg.mil/d8/sectmobile/gstrp/mobile/Playbook3NE.pdf

- ***Florida***
  - ***- Area Contingency Plans***
    Sector St. Petersburg ACP & Geographic Response Plans
    http://ocean.floridamarine.org/ACP/STPACP/StartHere.html

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 11, Page 2 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019487**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

B.  **Sensitive Area Identification**

1.  **Geographical Areas** (See **Figure 11-1** for Land Contact Areas)

The following shoreline and near shore geographical areas are generally areas of concern and r equire co nsideration for response act ions dependent upon w eather co nditions and other variables:

- Offshore open water areas
- Barrier islands
- Tidal inlets
- Sheltered shorelines
- Exposed shorelines
- Saltwater marshes
- Vegetated shorelines (mangrove swamps, sea grass beds, etc.)
- Sand/mud flats
- Sand beaches

Ideally, responding to an oil spill in open water is preferred to prevent oil from reaching sensitive onshore resources. A damage assessment, which is the basis for all subsequent action will be co nducted prior to initial r esponse efforts to evaluate damage and w ill include the following information:

- Type of oil spilled
- Amount of oil spilled
- Degree to which oil covers vegetation
- Season
- Degree of oil weathering before impact
- Degree to which oil penetrates the sediment surface

2.  **Sensitive Habitats and Species**

Environmental S ensitivity I ndex ( ESI) m aps identify habi tats and assi gn a pr iority classification b ased on t he phy sical and bi ological ch aracter of the di fferent coastal t ypes, which in turn controls the persistence of oil, severity of impact, and ease of cleanup.

Information r elated to the various shoreline types along with the r ankings for the highest priority habitats is shown in **Figure 11-2**. Information derived from databases compiled from case histories of fish, wildlife, and human–use resources considered the most sensitive to oil spills is presented in **Figure 11-3**.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 11, Page 3 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

The protection of waterfowl and wildlife during the course of an oil release is an essential element in every spill response operation. Federal and state natural resource trustees will be notified in the event that a wildlife habitat may be affected by a spill event. Information concerning methods to protect waterfowl and wildlife is shown in **Figure 13-2**.

For fish and wildlife resources, the emphasis is on habitats where:

- Large numbers of animals are concentrated in small areas, such as bays where waterfowl concentrate during migration or over wintering
- Animals come ashore for birthing, resting, or molting, such as marine mammal haul outs and puppying areas
- Early life stages are present in somewhat restricted areas or in shallow water, such as anadromous fish streams and turtle nesting beaches
- Habitats are very important to specific life stages or migration patterns such as foraging or over wintering
- Specific areas are known to be vital sources for seed or propagation
- The species are on Federal or state threatened or endangered lists
- A significant percentage of the population is likely to be exposed to oil.

Human-use resources of concern are listed as the final elements in **Figure 11-3**. Areas of economic importance, like waterfront hotels, should also be considered when establishing resource protection priorities. Human-use resources are most sensitive when:

- Archaeological and cultural sites are located in the intertidal zones
- Oiling can result in significant commercial losses through fouling, tainting, or avoidance because of public perception of a problem
- The resource is unique, such as a historical site
- Oiling can result in human health concerns, such as tainting of water intakes and/or subsistence fisheries

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 4 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

Land Segment Contact Areas and Offshore Launch Block Cross Reference Map       **Figure 11-1**



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 11, Page 5 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019490



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

| ESI Shoreline Habitat Rankings | Figure 11-2 |

| Ranked from least (ESI-1) to most (ESI-10) sensitive | |
|---|---|
| **ESI No.** | **Shoreline Type** |
| 1 | Exposed rocky cliffs |
| | Exposed vertical seawalls made of concrete, woods, or metal |
| 2 | Exposed wave-cut platforms in bedrock |
| | Scards in clay with associated wave-cut platforms |
| | Exposed bluffs in unconsolidated sediments with associated wave-cut platforms |
| 3 | Fine-grained sand beaches |
| 4 | Coarse-grained sand beaches |
| 5 | Mixed sand and gravel beaches |
| | Mixed sand and shell beaches |
| 6 | Gravel beaches |
| | Riprap |
| 7 | Exposed tidal flats |
| 8 | Sheltered vertical rocky shores |
| | Sheltered bedrock ledges |
| | Sheltered rubble slopes |
| | Sheltered solid man-made structures (bulkheads, etc.) |
| 9 | Sheltered tidal flats |
| | Sheltered low banks |
| 10 | Salt-water marshes |
| | Fresh-water marshes (herbaceous vegetation) |
| | Fresh-water swamps (woody vegetation) |
| | Mangroves |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 6 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

## Sensitive Biological & Human-Use Resources                    Figure 11-3

| Resource Category | Sub-Category | Comments |
|---|---|---|
| *Habitats* | *Shoreline type* | *ESI or other geomorphological class* |
| | Submerged aquatic vegetation | All types of subtidal grass beds |
| | Kelp beds | |
| | Coral reefs | |
| | Worm beds | |
| *Fish & Wildlife Resources* | | |
| Marine Mammals | Whales | Seasonal use areas; migration routes |
| | Dolphins | Populated concentration areas |
| | Sea Lions | Haul outs |
| | Seals | Haul outs |
| | Sea Otters | Population concentration areas |
| | Manatees | Population concentration areas |
| | Walruses | Haul outs |
| Terrestrial Mammals | Water-associated species (e.g., Otter, Beaver Mink) | Concentrate areas |
| | Endangered Species | Important habitats as identified by resource agency |
| Birds | Waterfowl | Nesting/concentration areas; Wintering/migration areas |
| | Seabirds | Rookeries; wintering concentration areas |
| | Shorebirds | Nesting sites; migration stopover sites; wintering concentration areas |
| | Gulls/Terns | Nesting sites |
| | Raptor | Nest sites; important forage areas |
| | Other migratory species | Nest sites; important stopover sites; wintering concentration areas; important habitants, as identified by resource agency |
| Fish | Anadromous fish | Spawning streams |
| | Beach spawners | Spawning beaches |
| | Nursery areas | Areas for all near shore species; Areas of unique concentrations |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 7 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                    **BP-HZN-CEC 019492**



| **BP** Regional Oil Spill Response Plan – Gulf of Mexico | Section 11 Resource Identification |
|---|---|

## Sensitive Biological & Human-Use Resources (continued)     Figure 11-3

| Resource Category | Sub-Category | Comments |
|---|---|---|
| Fish | Endangered species | Import habitats, as identified by resource agency |
| Shellfish | Mollusk | Seed beds; leased/abundant beds |
| Crustaceans | Shrimp | Nursery areas |
| | Crabs | Nursery areas; high concentration sites |
| | Lobster | Nursery areas; high concentration sites |
| Reptiles/Amphibians | Water-associated species (e.g., sea turtles, alligators) | Nursery areas: high concentration sites |
| Plants | Endangered species | Important habitats, as identified by resource agency |
| *Human-Use Resources* | | |
| Recreation | Beaches | High-use recreational beaches |
| | Marinas | |
| | Boat ramps | |
| | Diving areas | |
| | Boating/fishing | High-use recreational areas |
| | State parks | |
| Management Areas | Marine sanctuaries & national parks | |
| | Wildlife refuges | |
| | Preserves/reserves | Areas of biological concern |
| Resource | Subsistence | Designated subsistence harvest sites |
| Extraction | Commercial fisheries | Concentration areas |
| | Water intakes | Industrial; drinking water; irrigation |
| | Aquaculture sites | Water intakes/pens/ponds |
| | Other resource extraction sites (e.g., log storage) | |
| Cultural | Archaeological sites | |
| | Native lands | Culturally important sites/reservations |
| | Historical sites | Water-associated sites |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 8 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019493**

**bp**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

**Example ESI Map / Data**                                                 **Figure 11-4**



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 11, Page 9 of 10 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 11
Resource
Identification

## Example ESI Map / Data (continued)                                          Figure 11-4



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 11, Page 10 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019495



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 12**<br>Strategic<br>Response<br>Planning |
|---|---|---|

## 12. STRATEGIC RESPONSE PLANNING

### A. Management by Objectives – Determining Priorities & Strategies

Incident ob jectives are statements of guidance dev eloped b y t he I ncident C ommander/Unified Command t o provide t he nece ssary direction to O perations & P lanning t o de termine t he appropriate strategies and the tactical direction of resources. They are based on realistic assumptions and expectations of what can be a ccomplished when all allocated r esources have been e ffectively depl oyed. Incident ob jectives must be ach ievable and m easurable, yet f lexible enough to allow for strategic and tactical alternatives. For information concerning the development of goals, objectives, and strategies refer to **Figure 12-1**.

| |
|---|
| Incident s trategies involve t he general pl an o r di rection se lected to accomplish incident objectives. |
| Incident tactics relate to depl oying and di recting resources during a n incident to accomplish the desired objective. |
| Unified Command objectives consider the plan of action in priority order. |
| Planning and Operations strategies describe how to plan for the accomplishment of the objectives. |
| Operations tactics describes how t o use r esources during eac h operational period to implement strategies. |

### B. Typical Objectives and Response Strategies/Tactics

It i s essential t o est ablish i ncident objectives and st rategies as soon as possible i n or der t o mitigate sp ill consequences. Examples of typical response objectives and strategies may be reviewed in **Figure 12-2**.

### C. ICS Planning Cycle

The Incident Commander is responsible for setting the operational period as well as scheduling various meetings and shift sch edules. It s hould be not ed t hat sh ort t erm responses may be coordinated by using ICS 201 Forms. The Planning Cycle Matrix presented in **Figure 12-3** illustrates a typical planning cycle time period from setting objectives to IAP approval.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 1 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| | BP | Section 12 |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Strategic Response Planning |

## D. Best Response Concept

Best Response depends on the best efforts of the three components of the National Response System.

1. **Companies** - those responsible for producing, handling, storing, and transporting oil and hazardous materials, and for arranging for mitigation of an accidental discharge or release;

2. **Contractors** - those who carry out response and cleanup in the event of a discharge or release; and

3. **Government** - those Federal, state, and local agencies with oversight responsibility for the safe handling of oil and hazardous materials and for ensuring protection of the public and the environment in the event of a discharge or release.





Best Response protects our national interests. Each component must act responsibly, effectively, and co operatively to accomplish the shared goal of minimizing the consequences of pollution incidents. Finally, Best Response demands that a response community build an ability to measure its own capability to achieve success. To do this kind of self-assessment the community must be able to recognize success.

**Figure 12-3c** illustrates the relationship between the planning cycle and concepts of best response.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 2 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019497**



| BP | Section 12 |
|---|---|
| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Strategic Response Planning |

| **Response Strategy Matrix** | **Figure 12-1** |
|---|---|

The checklist and matrix below will assist in developing goals, objectives, and strategies.

| Step | Action |
|---|---|
| 1 | Use the matrix below to assist in developing objectives and priorities.<br>Priorities are situation dependent and influenced by many factors.<br>Safety of life is always the highest priority.<br>Concerns may or may not be present.<br>Concerns should be considered in every incident.<br><br>**Concerns / Issues / Criteria to Meet table below** |
| 2 | Provide guidance to Command and general staff on goals, objectives and strategies |
| 3 | Develop the general objectives for the IAP |
| 4 | Approve and authorize implementation of the IAP for each operational period. |
| 5 | Approve the internal and external information dissemination strategy developed by the Information Officer (IO).<br><br>*Examples: web pages, emails to media/other agencies/supervisors/ stakeholders*<br><br>Note:  The IC should emphasize the role that the IO plays in keeping the members of the response organization informed as well as the press and stakeholders. |

| *Concerns* | *Issues* | *Criteria to Meet* |
|---|---|---|
| People/Public | General safety exposure | Overall objectives must be:<br><br>**A**ttainable<br>**M**easurable<br>**F**lexible |
| People/Public | Personal Protective Equipment | |
| People/Public | Slips, trips, falls, drowning | |
| People/Public | Reaction/Perception | |
| Environment | Sensitive Areas | |
| Environment | Special interests | |
| Environment | Resources at risk | |
| Property | Fire | Operational objectives must be:<br><br>**S**pecific<br>**M**easurable<br>**A**ssignable<br>**R**easonable<br>**T**ime Specific |
| Property | Contamination | |
| Property | Flooding | |
| Property | Source Control | |
| Economic | Industry | |
| Economic | Tourism | |
| Economic | Stakeholders | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 3 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019498**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 12**
Strategic
Response
Planning

**Response Objectives & Strategies**  **Figure 12-2**

| Strategic Objective VS Tactical Objective |
|---|
| **INCIDENT OBJECTIVES** – Statements of guidance and direction necessary for the selection of appropriate strategies, and the tactical direction of resources. Incident objectives are based on realistic expectations of what can be accomplished when all allocated resources have been effectively deployed. Incident objectives must be achievable and measurable, yet flexible enough to allow for strategic and tactical alternatives. |
| **STRATEGIES** – The general plan or direction selected to accomplish incident objectives. |
| **TACTICS** – Deploying and directing resources during an incident to accomplish the desired objective. |
| **OBJECTIVES (Unified Command) =** What you plan to do in priority order. |
| **STRATEGIES (Planning & Operations) =** How you plan to accomplish objectives. |
| **TACTICS (Operations) =** How you use resources during each operational period to implement strategies. |

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 1.  Ensure the Safety of Citizens & Response Personnel | • Identify hazard(s) of released material<br>• Establish site control (hot zone, warm zone, cold zone and security)<br>• Consider evacuations as needed<br>• Setup first aid/triage stations<br>• Establish vessel and/or aircraft restrictions<br>• Monitor air in impacted areas<br>• Setup decontamination stations<br>• Develop site safety and health plan for response personnel<br>• Ensure safety briefings are conducted |
| 2.  Control the Source | • Complete emergency shutdown<br>• Conduct firefighting<br>• Initiate temporary repairs<br>• Transfer and/or lighter product<br>• Conduct salvage operations as necessary |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 4 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 12
Strategic
Response
Planning

## Response Objectives & Strategies (continued)          Figure 12-2

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 3. Manage Coordinated Response Efforts | • Complete or confirm notifications<br>• Establish a unified command organization and facilities (command post, etc)<br>• Ensure local & tribal officials are included in response organization<br>• Initiate emergency response Incident Action Plan (IAP)<br>• Ensure mobilization and tracking of response resources<br>• Account for personnel and equipment<br>• Complete documentation<br>• Evaluate planned response objectives vs. actual response (debrief) |
| 4. Maximize Protection of Environmentally Sensitive Areas | • Implement pre-designated response strategies<br>• Identify resources at risk in impacted and potential impacted areas<br>• Track pollutant movement & develop trajectories/plume modeling<br>• Develop/implement appropriate protection tactics<br>• Prioritize sensitive areas to be protected |
| 5. Contain and Recover Spilled Material | • Deploy oil containment boom at the spill source<br>• Deploy containment boom at appropriate collection areas<br>• Conduct open water skimming with vessels<br>• Evaluate time-sensitive response strategies (i.e., dispersants, in-situ burning)<br>• Develop disposal plan |
| 6. Recover and Rehabilitate Injured Wildlife | • Establish oiled wildlife reporting hotline<br>• Conduct injured wildlife search and rescue operations<br>• Notify wildlife agencies and accredited wildlife rescue services<br>• Setup primary care unit for injured wildlife<br>• Operate wildlife rehabilitation center<br>• Initiate citizen volunteer effort for oiled bird rehabilitation |
| 7. Remove Oil from Impacted Areas | • Conduct appropriate shoreline cleanup efforts<br>• Clean oiled structures (piers, docks, etc.)<br>• Clean oiled vessels |
| 8. Minimize Economic Impacts | • Consider tourism, vessel movements and local economic impacts throughout response<br>• Protect public and private assets as resources permit<br>• Establish damage claims process |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 5 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                    BP-HZN-CEC 019500



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 12**
Strategic
Response
Planning

## Response Objectives & Strategies (continued)          Figure 12-2

| Objectives (Strategic)<br>What you plan to do in priority order | Strategies (Tactical)<br>How do you plan to accomplish objectives |
|---|---|
| 9. Keep Stakeholders Informed of Response Activities | • Provide forum to obtain stakeholder input and concerns<br>• Provide stakeholders with details of response actions<br>• Identify stakeholder concerns and issues and address as practical<br>• Provide elected officials details of response actions |
| 10. Keep the Public Informed of Response Activities | • Provide timely safety announcements<br>• Establish a Joint Information Center (JIC)<br>• Conduct regular news briefings<br>• Manage news media access to spill response activities<br>• Conduct public meetings as appropriate |
| 11. Minimize Business Interruption | • Identify business interruption and potential business interruption issues<br>• Notification of joint venture partners<br>• Assist with internal/external investigations |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 6 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    BP-HZN-CEC 019501



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 12**<br>Strategic<br>Response<br>Planning |
|---|---|---|

**Planning Cycle Matrix – Planning "P"** — **Figure 12-3a**

This Incident Action Plan (IAP) development process should follow the planning cycle below and the ICS 201 br iefing forms will se rve as the first I AP. The P lanning S ection C hief i s responsible for ensuring the IC understands the planning cycle and the time needed to produce the IAP. The IC/UC must set objectives early in the planning cycle during the IC/UC Objectives Meeting in order for the IAP process to be successful. The meeting schedule for the first cycle may vary significantly based on incident complexity and length of operational period.

1. *Incident Brief ICS Form 201* – Documentation of the initial response using ICS 201 forms.
2. *Initial Unified Command Meeting* - Provides UC officials with an opportunity to discuss and concur on important issues prior to the Command and General Staff Meeting.
3. *IC/UC Objectives Meeting* - The UC will identify/review and prioritize incident objectives.
4. *Command & General Staff Meeting* - IC/UC will present their decisions and management direction (Objectives) to the Command and General Staff Members.
5. *Tactics Meeting* – Operations & Planning will outline work assignments (tactics) and required resources to accomplish objectives using ICS 215.
6. *Planning Meeting* - This meeting provides an overview of the tactical plan to achieve commands current direction, priorities and objectives to the Unified Command.
7. *IAP Approval Meeting* – Meeting to permit timely IC/UC review and approval of the Incident Action Plan.
8. *Operations Briefing* - Briefing to present the IAP to the Operations Section oncoming shift supervisors for implementation in the field.



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush, Environmental Coordinator
Document Administrator: Kristy McNease, GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 12, Page 7 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested** — **BP-HZN-CEC 019502**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 12**
Strategic
Response
Planning

**Planning Cycle Matrix – Planning Cycle**                                 **Figure 12-3b**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 8 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**Planning Cycle Matrix – Best Response/Planning Cycle Integration**          **Figure 12-3c**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 12, Page 9 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                **BP-HZN-CEC 019504**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 13**
Resource
Protection
Methods

## 13. RESOURCE PROTECTION METHODS

The waters of the Gulf of Mexico are ecologically rich and are used for recreation, fishing, bird migration, wildlife refuge, state parks, etc. Conversely, the same waters contain highly industrialized areas, oil transfer facilities, water intakes, and oil and chemical transfers by barge and deep-draft vessels. Plants, marine life, and animals that inhabit this environment are in a delicate state of balance under natural conditions. The introduction of oil into the environment may disrupt this balance. Therefore, it is vital to protect environmentally sensitive areas from the harmful effects of an oil release. Many of the organisms living in the Gulf have a limited ability to cope with changes in their environment. Therefore, it is important to keep spills contained in open water and minimize shoreline exposure to the extent possible.

The focus of response efforts will be to protect human life and health, sensitive environmental and ecological areas, and economic entities. Recommended practical steps to take toward achieving these efforts are:

| |
|---|
| • Stop further pollution at the source |
| • Contain the pollutant discharge released |
| • Remove the product |

**A. Shoreline Protection Methods – Offshore/ Nearshore/Shoreline**

In the event that open water techniques do not recover or remove all of the oil, plans will be developed by the Operations & Planning sections to implement shoreline protection strategies. These strategies will be used to protect marine and shoreline resources and areas of special environmental or economical importance as identified in the ACP and the Shoreline Response Guides developed by The Response Group. Offshore/Shoreline protection methods are detailed in **Figure 13-1 & 13-2**.

If shoreline/nearshore areas are to be impacted, it might be viable to take advantage of natural collection areas. These are areas where a released substance will accumulate with limited assistance from human intervention. Some such areas might include (but are not limited to): sand bars, land cuts, solid piers and debris piles. Generally, if these areas are accessible to removal equipment, they provide a convenient and economical location for recovery.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 13, Page 1 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019505**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 13
Resource
Protection
Methods

**B**. **Waterfowl and Wildlife Protection**

Anytime oi l i s spilled o n water, m ethods to pr otect w aterfowl and  wildlife w ill be co nsidered. Although  these m ethods m ay be use d i n open  waters, a co nsiderable am ount o f e ffort w ill be spent  providing  waterfowl and  wildlife  protection  in  their  living  habitats  along  shorelines  and natural nes ting ar eas.  Some o f t he m ethods  that w ill be co nsidered  for w aterfowl and w ildlife protection are detailed in **Figure 13-3**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 13, Page 2 of 7 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019506**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 13
Resource
Protection
Methods

## Offshore/Shoreline Protection Methods                              Figure 13-1

| Method | Applicability | Limitations |
|---|---|---|
| *Protection/Exclusion Booming* | Used to exclude the spill from impacting a sensitive resource. Various techniques may be used depending on the conditions at the time of the incident. | Can b e s uccessful i n excluding all t ypes of oi l i n water s ea s tates of 0 -3 f eet. Used in all sizes of spills. |
| *Containment Booming* ("V", "J", "U", & Teardrop) | Used to contain or trap oil to prevent further spreading. Various techniques may b e used d epending on t he c onditions at the time of the incident. | Can b e s uccessful i n containing all types of oil in water s ea s tates of 0 -3 f eet. Used in all sizes of spills. |
| *Diversion Booming* | Boom deployed at an angle to approaching slick to di vert oi l f rom ent ering waterways, canals, water intakes or other environmental sensitive areas. | Wave hei ghts less t han 1ft. protects s horeline r esources (i.e., tidal inlets, salt marshes, sand/mudflats, et c.). U sed i n all sizes of spills. |
| *Sorbent Booming & Padding* | Used to protect sensitive areas or collect oil in calm water. Also used in conjunction with hard boom at recovery or natural collection sites to prevent sheen and recover oil. Can also be us ed t o c ontain & r ecover o il in shallow t idal a nd m arsh ar eas ( passive recovery). | Used m ainly in c alm w aters. Can absorb all types of oil. |
| *Chemical Dispersion* | Application of chemical to disperse oil from surface i nto s uspension i n t he water column. Ma y be applied b y ai rplane or boat. Requires regulatory agency approval. | Limited by weather conditions, thickness and volatility of oil. Must be conducted within first several hours of spill. |
| *Mechanical Diversion* | Pumps can be used to spray water at spills to direct oil to desired areas for collection or away from areas to be protected. | Used mainly in c alm waters on s mall s pills. Can be u sed on all types of oils. |
| *Mechanical Recovery* | Oil s pill I .D. boats and s kimming s ystems with various c ontainment boom ing methods. Shallow water vessels and skimming systems used to recover oil collected b y various c ontainment boom ing methods. | Can b e s uccessful i n removing all t ypes of oi l f rom water i n s ea s tates of 0 -3. Used in all sizes of spills. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 13, Page 3 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                        **BP-HZN-CEC 019507**



| **BP** |
| Regional Oil Spill Response Plan – Gulf of Mexico |

**Section 13**
Resource
Protection
Methods

## Offshore/Shoreline Protection Methods (continued)          Figure 13-1

| Method | Applicability | Limitations |
|---|---|---|
| **In-Situ Burning** | Burning oil to prevent spreading | Limited by weather conditions, thickness and volatility of oil. Must be conducted within first several hours of spill. |
| **Natural Dispersion** | Allow natural elements (i.e., wave action, evaporation, etc.) to remove oil from water. | No limitations. Used in circumstances of small and large spills that pose no threat to sensitive areas. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 13, Page 4 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 13
Resource
Protection
Methods

## Protection Methods Versus Physical Setting — Figure 13-2

| Physical Resources<br><br>V = Viable Method<br>C = Conditional Method<br>- = Not Applicable | Oil Recovery | | Floating Barriers | | | | | Solid Barriers | | | | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Open-Water Skimming | Netting | Shallow water Boom | Inland Boom | Harbor Boom | Open-Water Boom | Sorbent Boom | Earthen Barrier | Underflow Dam | Overflow Dam | Trench | Flowgate | Locks | Air/Water Streams | Bubble Barriers | Improvised Barrier |
| **Open-Water** | V | C | - | - | C | V | - | - | - | - | - | - | - | - | - | - |
| **Open Exposed Shoreline** | V | C | - | - | C | V | - | C | - | - | C | - | - | - | - | - |
| **Sheltered Shoreline** | C | C | C | V | C | C | - | V | - | - | C | V | - | C | C | C |
| **Rivers and Banks** | C | - | V | V | C | - | - | C | - | - | C | - | C | - | - | C |
| **Entrances** | V | C | - | C | V | V | - | - | - | - | C | - | - | - | - | - |
| **Salt Water Marshes and Creek Mouths** | - | - | V | C | - | - | C | V | C | C | C | C | - | - | - | V |
| **Freshwater Marshes and Swamps** | - | - | V | C | - | - | C | C | C | - | C | - | - | - | - | C |
| **Tidal Inlets** | C | - | V | C | C | - | - | C | - | - | - | - | - | - | - | - |
| **Intermittent Creeks** | - | - | V | C | - | - | C | V | C | C | C | C | - | - | - | V |
| **Streams** | - | - | V | C | - | - | C | C | C | C | C | - | - | - | - | C |
| **Vegetated Shorelines** | - | - | C | V | C | - | C | - | - | - | - | - | - | - | - | - |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 13, Page 5 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019509**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 13
Resource
Protection
Methods

## Protection Methods Versus Physical Setting (continued)                    Figure 13-2

| Physical Resources<br><br>V = Viable Method<br>C = Conditional Method<br>- = Not Applicable | Oil Recovery | | Floating Barriers | | | | | Solid Barriers | | | | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Open-Water Skimming | Netting | Shallow water Boom | Inland Boom | Harbor Boom | Open-Water Boom | Sorbent Boom | Earthen Barrier | Underflow Dam | Overflow Dam | Trench | Flowgate | Locks | Air/Water Streams | Bubble Barriers | Improvised Barrier |
| **Sand/Mud Flats** | C | - | V | C | C | - | C | C | - | - | - | - | - | - | - | C |
| **Submerged Habitats and Resources** | C | - | C | C | C | C | - | - | - | - | - | - | - | - | - | C |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 13, Page 6 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                          **BP-HZN-CEC 019510**



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | Section 13<br>Resource<br>Protection<br>Methods |
|---|---|---|

## Protection-Methods for Waterfowl And Wildlife          Figure 13-3

| Method | Applicability | Limitations |
|---|---|---|
| *Noise Devices (propane cannons, guns, alarms, horns, etc.)* | Devices used to provide noise to keep birds away from impact areas may be used onboard boats or at shorelines | Long term use reduces results. Birds/wildlife may become acclimated to sound; not practical in nesting areas. |
| *Vehicles and Boats* | Noise from motors and horns may keep birds and wildlife away from impact areas. | Limited use in shoreline areas; not practical in nesting areas. |
| *Over flights* | Noise from airplanes and helicopters may keep birds and wildlife away from impact areas. | Limited by weather conditions; not practical in nesting areas. |
| *Fencing and Netting* | Fencing and netting may be placed around impact areas to keep nestlings from entering. | Limited to areas accessible for fencing and netting |
| *Remove Sea Turtle Nests* | Remove nests from impact areas within 2 days | Element of time is essential |
| *Notify spill response personnel in boats to watch for manatees* | Conduct safety meeting to discuss safety issues concerning wildlife including manatees | Poor light & inclement weather conditions |
| *Helium filled balloons stationary figures* | Place balloons & figures in impact areas | |
| *Play recorded sounds of alarmed birds* | Play recorded sounds of alarmed birds in impact areas | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 13, Page 7 of 7 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019511**

**Confidential Treatment Requested**

**BP-HZN-CEC 019512**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 14. MOBILIZATION AND DEPLOYMENT METHODS

### A. Overview

BP puts emphasis on a rapid response to releases of all sizes through a coordinated effort by company Spill Management Team members, government agencies, OSRO's, and other associated support services. Pre-planned response objectives and strategies have been developed and are used in training to ensure and effective and timely response to an oil spill of any magnitude.

### B. General Response Strategy

Upon notification of a major oil release from a BP facility or operation in the Gulf of Mexico, BP response personnel will make the initial notifications to all involved government agencies, OSRO's, and associated support services.

BP has a contract in effect with National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) as well as other OSRO's, to ensure availability of personnel, services, and equipment on a 24 hour per day basis. The OSRO's can provide personnel, equipment, and materials in sufficient quantities and recovery capacity to respond effectively to oil spills from the facilities and leases covered by this plan, including the worst case discharge scenarios. The list of Oil Spill Removal Organizations (OSRO's) may be reviewed in **Figure 7-7**. NRC has oil spill response equipment located throughout the Gulf Coast area. Much of the equipment is in road-ready condition and available to be transported on short notice to the nearest predetermined staging areas(s). The "road-ready condition" ensures the shortest possible response times for transporting equipment to the staging areas. Major equipment locations for NRC can be found in **Figure 14-1**.

Response times for NRC Vessel of Opportunity Skimming Systems (VOSS) from various locations in their area of coverage are illustrated in the following maps and schedules. The response times used to calculate the ETA of the skimming vessels include the following criteria:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 1 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019513



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 14
Mobilization and
Deployment
Methods

| | |
|---|---|
| • | **Procurement Time**<br>Time required after "Authorization to Proceed" is received to assemble response equipment and operation personnel, load the needed/ requested equipment, and prepare to get underway toward the spill event.<br><br>A two (2) hour procurement time has been factored in to the travel for the land based VOSS packages.<br>A four (4) hour procurement of Supplemental Offshore Vessels and Portable Storage Tanks will be achieved during the land transport of the VOSS units. This is seldom a limiting factor in the actual response. |
| • | **Load-out Time**<br>The time required to transfer the response equipment to a Supplemental Offshore Vessel of opportunity for carriage to the spill site.<br><br>A two (2) hour load-out time must be added to the tables as the time needed to transfer VOSS packages and Storage Tanks to the Supplemental Offshore Vessels. |
| • | **Travel Time**<br>This is the over-the-road time calculated according to the Planning standards mandated by OPA-90. It includes an average speed of 35 miles per hour in a straight line over the road. Water based travel is calculated using 8 knots for barges and 12 knots for vessels. |

The maps illustrated in **Figure 14-2** indicate travel distances from various staging areas in increments of 6 and 12 hours. **Figure 14-3** details estimated travel times between equipment locations and staging areas (For both land and water travel).

**C. Transportation of Personnel, Equipment and Resources**

The mobilization and deployment of personnel, equipment, and materials to predetermined staging areas in an expedient manner is essential to the success of the spill response operation. In the event of a substantial oil release into Gulf waters, BP, in cooperation with state police officials, will establish "protected" land routes in an effort to minimize traffic congestion during the movement of personnel, equipment, and materials to staging areas. "Protected" land routes may also be considered for transporting accumulated waste (i.e., oiled debris, sorbents, etc.) from collection areas to designated waste management, treatment, and/or disposal sites.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 2 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP** | Section 14 |
| Regional Oil Spill Response Plan – Gulf of Mexico | Mobilization and Deployment Methods |

Transportation resources will include trucking, marine vessels, and aircraft (fixed wing and rotor). Trucking types may include vacuum trucks, flatbeds, pickups, semi-tractor trailers, etc. Aircraft will include airplanes, helicopters and sea planes. Marine vessels will include I.D. boats, tug boats, utility vessels, shallow water barges, crew boats, johnboats, etc. A complete listing of transportation resources can be found in **Appendix F** to support land, air, and water transportation support during an emergency.

**D. Staging Area List**

In the event of a spill in Gulf waters, BP and the primary OSROs will identify one or more onshore staging areas based on spill location and direction of spill movement. Staging areas may be moved to alternate locations during the course of the response as conditions change (i.e., wind, current, etc.). Ideally, staging areas will have adequate parking, access to water (boat ramps, cranes, etc.), lighting, telephones, potable water, restrooms and building(s), as well as having a short route to the spill area(s).

BP has pre-identified staging areas along the Gulf Coast to expedite the process of identifying staging areas during an incident response. For a complete list, see **Figure 14-5**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 3 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019515**



**BP**
Regional Oil Spill Response Plan – GOM Operations

**Section 14**
Mobilization and Deployment Methods

**MSRC / NRC Equipment Location Map**                                   **Figure 14-1**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 4 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                   **BP-HZN-CEC 019516**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 14**
Mobilization and Deployment Methods

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Water)
**Figure 14-2**

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gulf Coast Staging Areas (With transit time in hours) | | | | | | | | | |
| Corpus Christi, TX | 1 | 7 | 6 | 7 | 8 | 10 | 13 | 15 | 16 | 19.5 |
| La Porte, TX | 7 | 2 | 4 | 3 | 4 | 5 | 8.5 | 11 | 12 | 14 |
| Orangefield, TX | 9 | 4 | 5.5 | 4 | 2.5 | 3 | 7 | 9 | 10 | 12 |
| Sulphur, LA | 12 | 7.5 | 8 | 7 | 5.5 | 4.5 | 4 | 6 | 7 | 9 |
| Morgan City, LA | 13.5 | 9 | 10 | 10 | 7 | 6 | 2 | 5 | 6 | 7 |
| O'Fallon, MO | 26 | 21 | 23 | 22 | 21 | 20 | 20 | 20 | 21 | 19 |
| Ellisville, MO | 26 | 21 | 22.5 | 22 | 20.5 | 20 | 20 | 20.5 | 20.5 | 18 |
| Memphis, TN | 31 | 26.5 | 27 | 26 | 24 | 23 | 20 | 18 | 17 | 14.5 |
| Belle Chasse, LA | 15 | 11 | 11.5 | 10 | 8 | 7.5 | 4 | 3 | 3.5 | 5.5 |
| Spanish Fort, AL | 19 | 14 | 15 | 14 | 12 | 11.5 | 8 | 6.5 | 6 | 2 |
| Paducah, KY | 25 | 20 | 21.5 | 20.5 | 19 | 18 | 17 | 18 | 17.5 | 15 |
| Pensacola, FL | 20 | 16 | 16 | 15 | 13 | 12.5 | 9 | 7 | 6.5 | 3 |
| Panama City, FL | 22 | 18 | 18.5 | 17.5 | 16 | 15 | 11 | 9 | 8 | 6 |
| Tampa, FL | 27.5 | 24 | 24.5 | 23.5 | 22 | 21 | 17.5 | 15 | 14 | 13 |
| Jacksonville, FL | 29.5 | 25.5 | 26 | 24 | 23 | 22 | 19 | 17 | 16 | 13.5 |
| Savannah, GA | 30.5 | 26 | 27 | 26 | 24 | 23 | 20 | 18 | 17 | 14 |
| Fort Lauderdale, FL | 45.5 | 44 | 41 | 40 | 36.5 | 35.5 | 31 | 31.5 | 30.5 | 24 |
| Houma, LA | 10 | 9 | 10 | 9.5 | 7.5 | 7 | 3 | 4.5 | 5 | 5.5 |
| Lake Charles, LA | 9 | 7 | 6 | 5 | 4 | 4 | 5 | 8 | 8 | 8 |
| Galveston, TX | 7 | 6.5 | 3.5 | 2 | 4.5 | 7 | 8.5 | 8.5 | 9 | 9 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 5 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 14**
Mobilization and Deployment Methods

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Land)                                Figure 14-3

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gulf Coast Staging Areas (With transit time in hours) | | | | | | | | | |
| Corpus Christi, TX | 1 (21 mi) | 3 (97.4 mi) | 6 (178 mi) | 8 (250 mi) | 10 (306 mi) | 11 (342 mi) | 16 (493 mi) | 20 (597 mi) | 21 (630 mi) | 22 (662 mi) |
| La Porte, TX | 7 (222 mi) | 6 (173 mi) | 2 (62.6 mi) | 1 (37.7 mi) | 1 (85.4) | 4 (121 mi) | 9 (272 mi) | 12.5 (376 mi) | 14 (409 mi) | 15 (442 mi) |
| Orangefield, TX | 10 (311 mi) | 9 (261 mi) | 6 (171 mi) | 5 (143 mi) | 1 (32.1 mi) | 2 (67.9 mi) | 6 (185 mi) | 10 (289 mi) | 11 (322 mi) | 12 (355 mi) |
| Sulphur, LA | 11 (335 mi) | 9.5 (286 mi) | 6.5 (196 mi) | 6 (168 mi) | 2 (64.4 mi) | 1.5 (47.8 mi) | 5 (154 mi) | 9 (258 mi) | 10 (291 mi) | 11 (324 mi) |
| Morgan City, LA | 16 (487 mi) | 14.5 (437 mi) | 11.5 (347 mi) | 11 (319 mi) | 7 (216 mi) | 5 (157 mi) | 0 | 3.5 (105 mi) | 5 (151 mi) | 7 (212 mi) |
| O'Fallon, MO | 37 (1,115 mi) | 34.5 (1,033 mi) | 34.5 (944 mi) | 31 (931 mi) | 29 (884 mi) | 28 (853 mi) | 25 (753 mi) | 26 (777 mi) | 26 (774 mi) | 23.5 (705 mi) |
| Ellisville, MO | 37 (1,098 mi) | 34 (1,015 mi) | 31 (927 mi) | 30 (913 mi) | 29 (866 mi) | 28 (836 mi) | 24.5 (735 mi) | 25.5 (760 mi) | 25 (756 mi) | 23 (687 mi) |
| Memphis, TN | 28 (851 mi) | 27 (801 mi) | 24 (711 mi) | 23 (683 mi) | 19 (580 mi) | 18 (549 mi) | 15 (449 mi) | 16 (473 mi) | 16 (470 mi) | 13.5 (401 mi) |
| Belle Chasse, LA | 19 (559 mi) | 17 (509 mi) | 14 (419 mi) | 13 (391 mi) | 10 (288 mi) | 8.5 (257 mi) | 1 (94.5 mi) | 4 (119 mi) | 2 (65.1 mi) | 5 (142 mi) |
| Spanish Fort, AL | 23 (678 mi) | 21 (629 mi) | 18 (539 mi) | 17 (510 mi) | 13.5 (407 mi) | 12.5 (377 mi) | 8 (234 mi) | 9 (258 mi) | 8 (229 mi) | 1 (23.8 mi) |
| Paducah, KY | 36 (1,069 mi) | 30 (905 mi) | 27 (815 mi) | 29 (884 mi) | 26 (781 mi) | 25 (750 mi) | 22 (650 mi) | 22.5 (674 mi) | 22.5 (671 mi) | 20 (593 mi) |
| Pensacola, FL | 24 (726 mi) | 22.5 (677 mi) | 19.5 (586 mi) | 19 (558 mi) | 15 (455 mi) | 14 (425 mi) | 9 (282 mi) | 10 (306 mi) | 9.5 (277 mi) | 2.5 (71.6 mi) |
| Panama City, FL | 28.5 (853 mi) | 27 (804 mi) | 24 (714 mi) | 23 (686 mi) | 19 (582 mi) | 18 (552 mi) | 14 (409 mi) | 14.5 (433 mi) | 13.5 (404 mi) | 7 (199 mi) |
| Tampa, FL | 39 (1,182 mi) | 38 (1,133 mi) | 35 (1,042 mi) | 34 (1,014 mi) | 30 (911 mi) | 29 (881 mi) | 25 (738 mi) | 25.5 (762 mi) | 25 (733 mi) | 18 (528 mi) |
| Jacksonville, FL | 36 (1,071 mi) | 34 (1,022 mi) | 31 (932 mi) | 30 (904 mi) | 27 (800 mi) | 26 (770 mi) | 21 (627 mi) | 22 (651 mi) | 21 (622 mi) | 14 (417 mi) |
| Savannah, GA | 40 (1,207 mi) | 39 (1,158 mi) | 36 (1,068 mi) | 35 (1,040 mi) | 31 (936 mi) | 30 (906 mi) | 25.5 (763 mi) | 26 (787 mi) | 25 (758 mi) | 18.5 (553 mi) |
| Fort Lauderdale, FL | 45.5 (1,366 mi) | 44 (1,317 mi) | 41 (1,226 mi) | 40 (1,198 mi) | 36.5 (1,095 mi) | 35.5 (1,065 mi) | 31 (922 mi) | 31.5 (946 mi) | 30.5 (917 mi) | 24 (712 mi) |
| Ingleside, TX | 1 (5 mi) | 3 (82.5 mi) | 5.5 (164 mi) | 8 (244 mi) | 10 (300 mi) | 11 (336 mi) | 16 (487 mi) | 19 (591 mi) | 20.8 (624 mi) | 22 (657 mi) |
| Galveston, TX | 7 (241 mi) | 4.75 (166 mi) | 1.5 (46 mi) | 0 | 2.75 (92 mi) | 3.75 (128 mi) | 8 (279 mi) | 11 (385 mi) | 12 (417 mi) | 13 (450 mi) |
| Port Arthur, TX | 10 (292 mi) | 8 (242 mi) | 5 (152 mi) | 4 (124 mi) | 1 (14.4 mi) | 2 (50.3 mi) | 7 (200 mi) | 10 (304 mi) | 11 (337 mi) | 12 (370 mi) |
| Lake Charles, LA | 9.75 (340 mi) | 9 (314 mi) | 5.75 (203 mi) | 4.75 (163 mi) | 2 (69 mi) | 1.5 (53 mi) | 4 (143 mi) | 7 (248 mi) | 8 (280 mi) | 9 (314 mi) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 6 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019518



| | **BP** | **Section 14** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Mobilization and Deployment Methods |

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Land) (continued)                                    Figure 14-3

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Gulf Coast Staging Areas (With transit time in hours)** | | | | | | | | | |
| Baton Rouge, LA | 16 (469 mi) | 14 (419 mi) | 11 (329 mi) | 10 (301 mi) | 7 (198 mi) | 5.5 (167 mi) | 2 (62.9 mi) | 5.5 (159 mi) | 5 (156 mi) | 6 (188 mi) |
| Pascagoula, MS | 21 (638 mi) | 20 (588 mi) | 17 (498 mi) | 16 (470 mi) | 12 (367 mi) | 11 (336 mi) | 6.5 (193 mi) | 7 (218 mi) | 6 (189 mi) | 1 (26.9 mi) |
| Houma, LA | 14.75 (517 mi) | 14 (494 mi) | 10.75 (379 mi) | 10 (354 mi) | 7 (245 mi) | 6.25 (221 mi) | 1 (35 mi) | 2 (72 mi) | 3.5 (124 mi) | 5.25 (185 mi) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 7 of 14 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – GOM Operations

**Section 14**
Mobilization and Deployment Methods

## Texas Estimated Response Time Map

**Figure 14-4**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 8 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019520**

| | **BP**<br>Regional Oil Spill Response Plan – GOM Operations | **Section 14**<br>Mobilization and<br>Deployment<br>Methods |
|---|---|---|

## East Texas/West La Estimated Response Time Map                    Figure 14-4



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 9 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019521

# BP
## Regional Oil Spill Response Plan – GOM Operations

**Central Louisiana Estimated Response Time Map**      **Figure 14-4**



Central Louisiana Estimated Response Time Map

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 10 of 14 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – GOM Operations

## Mississippi & Alabama Estimated Response Time Map

**Figure 14-4**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 11 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019523**



**BP**
Regional Oil Spill Response Plan – GOM Operations

**Section 14**
Mobilization and
Deployment
Methods

| Florida Estimated Response Time Map | Figure 14-4 |



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 12 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 14
Mobilization and
Deployment
Methods

| Pre-Identified Staging Areas – Louisiana | | | | Figure 14-5 |
|---|---|---|---|---|

| LOCATION | COMPANY NAME | PHONE | CRANE | TRAILER |
|---|---|---|---|---|
| Abbeville | AMBAR | 337-893-5267 | Yes | Yes |
| Amelia | ASCO | 985-631-0621 | Yes | Yes |
| Berwick | Baroid Drilling Fluids | 985-385-1010 | Yes | Yes |
| | Berry Brothers | 985-384-8770 | Yes | Yes |
| | Berwick Supply | 985-384-5073 | No | No |
| | L & L Oil Company, Inc. | 985-385-6202 | Yes | Yes |
| | M-I Drilling Fluids | 985-385-2660 | Yes | Yes |
| | Spirit Star | 985-384-8894 | Yes | Access |
| Cameron | AMBAR | 337-775-5995 | Yes | Yes |
| | Baker Hughes | 337-775-5125 | Yes | Yes |
| | Baroid Drilling Fluids | 337-775-5512 | Yes | Yes |
| | Halliburton Services, Inc. | 337-775-5872 | Access | Yes |
| | M-I Drilling Fluids | 337-775-5311 | Yes | Yes |
| | Midstream Fuel Service | 337-775-5226 | Yes | No |
| Chenier | Crain Brothers | 337-538-2411 | Yes | No |
| Dulac | Baker Hughes | 985-563-4537 | Yes | Yes |
| | M-I Drilling Fluids | 985-563-4413 | Yes | Yes |
| Fourchon | Newpark Environmental | 985-396-2755 | Yes | Yes |
| | ASCO | 985-396-2737 | Yes | No |
| | Martin Terminal, Inc. | 985-396-2701 | Yes | Yes |
| | ASCO | 985-396-2711 | Yes | Yes |
| | Baroid Drilling Fluids | 985-396-2681 | Yes | Yes |
| Golden Meadow | M-I Drilling Fluids | 985-396-2851 | Yes | Yes |
| Grand Isle | MSRC Clean Gulf | 985-580-0924 | Yes | Yes |
| Intracoastal City | AMBAR | 337-893-7120 | Yes | No |
| | Baker Hughes | 337-893-2772 | Yes | Yes |
| | Baroid Drilling Fluids | 337-893-3536 | Yes | Yes |
| | Broussard Brothers, Inc. | 337-893-5303 | Yes | Yes |
| | ASCO | 337-893-6084 | Yes | Yes |
| | M-I Drilling Fluids | 337-893-5852 | Yes | Yes |
| Lafayette | M-I Drilling Fluids | 337-233-1714 | Yes | Yes |
| New Orleans | Avondale Shipyard | 504-436-2121 | Yes | Yes |
| Venice | Baker Hughes | 985-534-2379 | Yes | Yes |
| | Halliburton Services, Inc. | 985-534-2386 | Yes | Yes |
| | M-I Drilling | 985-534-7422 | Yes | Yes |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 13 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019525



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 14
Mobilization and
Deployment
Methods

## Pre-Identified Staging Areas – Texas

Figure 14-5

| LOCATION | COMPANY NAME | PHONE | CRANE | TRAILER |
|---|---|---|---|---|
| Aransas Pass | Halliburton Services, Inc. | 361-758-0273 | Access | Yes |
| Corpus Christi | Halliburton Services Inc. | 361-888-8153 | Access | Yes |
| Freeport | Baker Hughes | 979-244-4180 | Yes | Yes |
| | Offshore Oil Services | 979-233-1851 | Yes | Yes |
| | Midstream Fuel Service | 979-233-0176 | Yes | Yes |
| Galveston | AMBAR | 409-744-7109 | Yes | Yes |
| | Halliburton Services, Inc. | 409-740-0866 | No | No |
| | Midstream Fuel Service | 409-744-7159 | Yes | Yes |
| | Midstream Fuel Service | 409-744-7126 | Yes | No |
| | Midstream Fuel Service | 409-744-3282 | Yes | Yes |
| Harbor Island | Baker Hughes | 361-758-0296 | Yes | Yes |
| Port Aransas | Midstream Fuel Service | 361-758-0296 | Yes | Yes |
| Port O'Connor | Midstream Fuel Service | 361-983-2631 | Yes | Yes |
| Sabine Pass | Sabine Offshore Services | 409-971-2377 | Yes | No |
| | Midstream Fuel Service | 409-971-2144 | Access | Yes |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 14 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 15. OIL AND DEBRIS REMOVAL PROCEDURES

**A.  Offshore Procedures**

Containment and r emoval of oi l and oi led debr is during t he co urse of an oi l sp ill r esponse i s essential in mitigating the impact, and subsequent liability, of the release.

Offshore removal pr ocedures are dependent up on t he l ocation of the i ncident, r esponse t ime, weather conditions, volume spilled, and other variables. Responding to an oil spill in open water is preferred so as to prevent product from reaching sensitive shoreline resources.

Offshore cleanup procedures, and the associated limitations of each, are listed in **Figure 15-1**.

If oiled debris is present at offshore locations, the material may be placed on a vessel or barge in a manner that will not allow seepage. The debris will be transferred to an appropriate location, segregated by t ypes (i.e., so rbent m aterial, t rash, sa nd, v egetation, et c.), and pl aced i nto designated r oll-off boxes or alternate containers lined with impervious material (i.e., pre-cut polyethylene sh eet l iners) t o p revent addi tional co ntamination. The r oll-off box es will be manifested and transported to designated disposal sites in accordance with applicable regulation.

BP has standing contracts with multiple Oil Spill Response Organizations who maintain dedicated offshore response vessels in the Gulf of Mexico area to mitigate offshore spills. These vessels have permanently assigned crew members and can generally respond in two hours or less. The vessels in question maintain the necessary spill containment and recovery equipment to respond effectively to spills as requested. Vessels are also equipped with communications and/or tracking systems that allow for continuous contact and location st atus updates. For a co mplete listing of spill response equipment see **Appendix E**.

**B.  Shallow Water Procedures**

The recovery and di sposal of oily debris during shallow water cleanup operations is essential in preserving se nsitive env ironmental r esources and habi tats. Response per sonnel sh ould be trained in all aspects of spill response, including the proper procedures to recover and t ransport oily debr is safely w hile minimizing damage t o s urrounding eco systems. Areas sensitive t o f oot traffic should have p lywood sh eets deployed to prevent r oot damage t o plants and v egetation. Oily debris may be collected

via sh allow dr aft boat s/barges, l ight v ehicles (where appl icable), t owable bl adders, et c. The debris will be handled in a manner which will prevent seepage to occur and will be segregated by type (i.e., sorbent material, vegetation, soil, etc.). The debris will be transferred into roll-off boxes, hauling trucks, or other suitable containers lined with polyethylene liners and will be m anifested and transported to designated disposal sites.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 1 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019527**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

In the event the above areas are contaminated, a damage assessment will be conducted prior to initial response efforts to evaluate damage and will include the following information:

| | |
|---|---|
| | Type of oil; |
| | Amount of oil spilled; |
| | Degree to which oil covers vegetation; |
| | Season; |
| | Degree of oil weathering prior to impact; and |
| | Requirements for storage and disposal of recovered materials. |

Shallow water and sh oreline cl eanup pr ocedures, and asso ciated l imitations, ar e de tailed i n **Figure 15-2** (Shallow Water Cleanup Procedures).

Marsh cleanup techniques may be reviewed in **Figure 15-3**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 2 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 15**<br>Oil and Debris<br>Removal<br>Procedures |
|---|---|

## Offshore Cleanup Procedures                                        Figure 15-1

| Method | Applicability | Limitations |
|---|---|---|
| Mechanical Recovery | Fast response units/I.D. boats and skimming systems with various containment booming methods. | Successful in removing oil in sea states of 0-4. Used in all sizes of spills. Limited by weather conditions. |
| Containment Booming ("V" booming, "J" booming, teardrop booming, boat booming, dynamic booming. | Contains oil to prevent spreading. Various booming techniques may be utilized dependent upon prevailing conditions. | Successful in containing all types of oil in sea states of 0-4. Used in all sizes of spills. Limited by weather conditions. |
| Chemical Dispersion | Application of chemical to disperse oil from surface into suspension in the water column. May be applied by airplane or boat. | Limited by weather conditions. Pre-approval areas in water depths of 20 meters or more. Regulatory approval required for depths less than 20 meters. |
| *In-Situ* Burning | Burning oil to prevent spreading. | Limited by weather conditions, thickness and volatility of oil. Must be conducted within several hours of spill. |
| Natural Dispersion | Allow natural elements (i.e., wave action, evaporation, etc.) to remove oil from water. | No limitations. Used in circumstances of small and large spills that pose no threat to sensitive areas. |
| Diversion Booming | Deployed at an angle to approaching slick to divert oil away from sensitive shoreline resources. | Wave heights less than 1 ft.; protects shoreline resources (i.e., tidal inlets, salt marshes, sand/mud flats, etc.) |
| Sorbent Booming | Backup boom to absorb entrained oil. Deployed in conjunction with containment boom across approaching oil slick. | Limited by weather conditions. Successful in quiet seas with little wind. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 3 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

**Shoreline Cleanup Techniques**                                                              **Figure 15-2**

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 1. Motor grader/ elevating scraper | Motor grader forms windrows for pickup by elevating scraper. Heavy equipment access, good trafficability. | Used primarily on sand and gravel beaches where oil penetration is 0 to 3 cm, and trafficability of beach is good. Can also be used on mudflats. | Removes only upper 3 cm of beach. Natural replenishment of substrate. |
| 2. Elevating scraper | Elevating scraper picks up contaminated material directly off beach. Heavy equipment access, good trafficability. | Used on sand and gravel beaches where oil penetration is 0 to 3 cm. Can also be used on mudflats. Also used to remove tar balls or flat patties from the surface of a beach. | Removes upper 3 to 10 cm of beach. Minor reduction of beach stability. Erosion and beach retreat. Slow restabilization of substrate. |
| 3. Motor grader/front-end loader | Motor grader forms windrows for pickup by front-end loader. Heavy equipment access, good trafficability. | Used on gravel and sand beaches where oil penetration is less that 2 to 3 cm. This method is slower than using a motor grader and elevating scraper but can be used when elevating scrapers are not available. Can also be used on mudflats. | Removes only upper 3 cm of beach. Removes shallow burrowing organisms. Natural replenishment of substrate. |
| 4. Front-end loader-rubber-tired or tracked | Front-end loader picks up materials directly off beach and hauls it to unloading area. Heavy equipment access, fair to good trafficability for rubber-tired loader. | Used on mud, sand or gravel beaches when oil penetration is moderate and oil contamination is light to moderate. Rubber-tired front-end loaders are preferred because they are faster and minimize the disturbance of the surface. Front-end loaders are the preferred choice for removing cobble sediments. If rubber-tired loader cannot operate, tracked loaders are the next choice. Can also be used to remove extensively oil-contaminated vegetation. | Removes 10 to 25 cm of beach. Reduction of beach stability. Erosion and beach retreat. Removes almost all shallow and deep burrowing organisms. Restabilization of the physical environment is slow. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 15, Page 4 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                        **BP-HZN-CEC 019530**



| BP |
|---|
| **BP** |
| Regional Oil Spill Response Plan – Gulf of Mexico |

**Section 15**
Oil and Debris Removal Procedures

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 5. Bulldozer/ rubber-tired front-end loader | Bulldozer pushes contaminated substrate into piles for pickup by front-end loader. Heavy equipment access, fair to good trafficability. | Used on coarse sand, gravel or cobble beaches where oil penetration is deep, oil contamination extensive and trafficability of the beach is poor. Can also be used to remove heavily oil contaminated vegetation. | Removes 15 to 50 cm of beach stability. Severe erosion and cliff or beach retreat. Inundation of backshores. Very slow restabilization of substrate. |
| 6. Backhoe | Operates from top of a bank or beach to remove contaminated sediments and loads into trucks. Heavy equipment access, requires stable substrate at top of bank. | Used to remove oil contaminated sediment (primarily mud or silt) on steep bank. | Removes 25 to 50 cm of beach or bank. Severe reduction of beach stability and beach retreat. Restabilization of substrate and organisms is extremely slow. |
| 7. Dragline or clamshell | Operates from top of contaminated area to remove oiled sediments. Heavy equipment access. | Used on sand, gravel or cobble beaches where trafficability is very poor (i.e., tracked equipment cannot operate) and oil contamination is extensive. | Removes 25 to 50 cm of beach. Severe reduction of beach stability. Erosion and beach retreat. Restabilization of substrate and indigenous fauna is extremely slow. |
| 8. High pressure flushing (hydro-blasting) | High pressure water streams remove oil from substrate where it is channeled to recovery area. Light vehicular access, recovery equipment. | Used to remove oil coatings from boulders, rock and man-made structures; preferred method of removing oil from these surfaces. | Can disturb surface of substrate. Oil not recovered may be toxic to organisms. Wildlife agency approval required. |
| 9. Steam cleaning | Steam removes oil from substrate where it is channeled to recovery area. Light vehicular access, recovery equipment and fresh water access. | Used to remove oil coatings from boulders, rocks and man-made structures. | Adds heat (>100˚C) to surface. Mortality of organisms due to heat is likely. Oil not recovered may be toxic to organisms. |
| 10. Sand blasting | Sand moving at high velocity removes oil from substrate. Light vehicular access, supply of clean sand. | Used to remove thin accumulations of oil residue from man-made structures. | Adds material to the environment. Potential recontamination, erosion and deeper penetration into substrate. Oil not recovered may be toxic to organisms. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 5 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019531**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 11. Manual scraping | Oil is scraped from substrate manually using hand tools. Foot or light vehicular access. | Used to remove oil from lightly contaminated boulders, rocks and man-made structures or heavy oil accumulation when other techniques are not allowed. | Selective removal of material. Labor-intensive activity can disturb sediments. Oil not recovered may be toxic to organisms |
| 12. Sump and pump/ vacuum | Oil collects in sump as it moves down the beach and is removed by pump or vacuum truck. Requires recovery equipment. | Used on firm sand or mud beaches in the event of continuing oil contamination where sufficient alongshore currents exist and on streams and rivers in conjunction with diversion booming. | Requires excavation of a sump 60 to 120 cm deep on shoreline. Some oil will probably remain on beach. Oil not recovered may be toxic to organisms. |
| 13. Manual removal of oiled materials | Oiled sediments and debris are removed by hand, shovels, rakes, wheelbarrows, etc. Foot or light vehicular traffic. | Used on mud, sand, gravel and cobble beaches when oil contamination is light or sporadic and oil penetration is slight or on beaches where access for heavy equipment is not available. | Removes 3 cm or less of beach. Selective. Sediments disturbance and erosion potential. Removes and disturbs small and burrowing organisms. |
| 14. Low pressure flushing | Low pressure water spray flushes oil from substrate where it is channeled to recovery points. Light vehicular traffic, recovery equipment. | Used to flush light oils that are not sticky from lightly contaminated mud substrates, cobbles, boulders, rocks, man-made structures and vegetation. | Does not disturb surface to any great extent. Potential for recontamination. Oil not recovered may be toxic to organism's downslope of cleanup. |
| 15. Beach cleaner | Pulled by tractor or self-propelled across beach, picking up tar balls or patties. Light vehicular traffic, recovery equipment. | Used on sand or gravel beaches, lightly contaminated with oil in the form of hard patties or tar balls. Can also remove small quantities of contaminated debris. | Disturbs upper 5 to 10 cm of beach, and shallow burrowing organisms. Wildlife agency approval required. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 6 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    BP-HZN-CEC 019532



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 16. Manual sorbent application | Sorbents are applied manually to contaminated areas to soak up oil. Disposal containers for sorbents, foot or boat access. | Used to remove pools of light, nonsticky oil from mud, boulders, rocks and manmade structures. | Selective removal of material. Labor intensive activity can disturb sediments. Possible ingestion of sorbents by birds and small animals. |
| 17. Manual cutting | Oiled vegetation is cut by hand, collected and stuffed into bags or containers for disposal. Deploy plywood sheets for foot traffic. | Used on oil contaminated vegetation. | Disturbs sediments because of extensive use of labor; can cause erosion. Foot traffic may cause root damage and slow recovery. Destroys animal habitats. |
| 18. Burning | Upwind end of contaminated area is ignited and allowed to burn to down-wind end. Light vehicular or boat access, fire control equipment. | Used on any substrate or vegetation where sufficient oil has collected to sustain ignition; if oil is a type that will support ignition and air pollution regulations so allow. | Causes heavy air pollution; adds heat to substrate, can cause erosion if root system damaged. Kills surface organisms and residual matter may be toxic. Approval of Air Pollution Agency. |
| 19. Vacuum trucks, vacuum pumps or portable skimmers | Oil collects in sumps behind booms and in natural depressions/collection points and is removed by vacuum trucks, vacuum pumps or portable skimmers. | Used to pick up oil on shorelines where pools of oil have formed in natural depressions, or in the absence of skimming equipment to recover floating oil from the water surface. Also used on firm sand or mud beaches where longshore current exists and on stream and river in construction with diversion and containment booming. | Some oil may be left on shoreline or in water increasing potential for long-term toxic effects. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 15, Page 7 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019533**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Technique (Cont'd)                         Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 20. Push contaminated substrate into surf | Bulldozer pushes contaminated substrate into surf zone to accelerate natural cleaning. Heavy equipment access, high energy shoreline. | Used on contaminated cobble and lightly contaminated gravel beaches where removal of sediments may cause erosion of the beach or backshore area. | Disruption of top layer of substrate; leaves some oil in intertidal area. Potential recontamination. Kills most organisms inhabiting the uncontaminated substrate. |
| 21. Breaking up pavement | Tractor fitted with a ripper is operated up and down beach. Heavy equipment access, high energy shoreline. | Used on low amenity cobble, gravel or sand beaches or beaches where substrate removal will cause erosion where thick layers of oil have created a pavement on the beach surface. | Disruption of sediments. Leaves oil on beach. Disturbs shallow and deep burrowing organisms. |
| 22. Disc into substrate | Tractor pulls discing equipment along contaminated area. Heavy equipment access, fair to good trafficability. | Used on nonrecreational sand or gravel beaches that are lightly contaminated. | Leaves oil buried in sand. Disrupts surface layer of substrate. Disturbs shallow burrowing organisms. Possible toxic effects from buried oil. |
| 23. Natural recovery | No action taken. Oil left to degrade naturally. Exposed high energy environment. | Used for oil contamination on high energy beaches (primarily cobble, boulder and rock) where wave action will remove most oil contamination in a short period of time. | Some oil may remain on beach and could contaminate clean areas. Potential toxic effects and smothering by the oil. Potential incorporation of oil into the food web. Potential elimination of habitat if organisms will not settle on residual oil. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 8 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                          **BP-HZN-CEC 019534**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 24. Oil Mop | Various size units to be used onshore or with shallow draft jon boats in water with little or no current. Boat or light vehicle access. | Used to recover oil from natural or artificial containment. | |
| 25. Removal by Excavation | Contaminated soil is excavated and replaced with clean soil. Heavy excavation equipment access, clean soil. | Used on contaminated soils when drinking water wells are threatened and contaminated does not exceed 20-30 feet. | Severe reduction of substrate/beach stability. Removes all shallow and seep burrowing organisms. Restabilization of the physical and biological environment is extremely slow. |
| 26. Recovery of oil from groundwater | Contaminated oil is pumped out. Heavy equipment access. | Used on contaminated ground water via recovery wills or by trenching. | Oil may remain in substrate and spread during inclement weather conditions. |
| 27. *In-Situ* Treatment | Contaminated substrate is tilled into the ground or organic fertilizers are applied. Heavy equipment access. | Used on contaminated soils where groundwater is not threatened or has been cleaned. | Leaves oil buried in substrate. Disrupts surface layer of substrate and disturbs shallow burrowing organisms. Possible toxic effects from buried oil. |
| 28. Bio-remediation | Nutrients and/or micro organisms are applies to accelerate the degradation of the oil. | May be used on rocky or sandy beaches, in marshlands or pooled oil. | Formal application for use must be obtained. Not suitable in restricted water bodies. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 9 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    **BP-HZN-CEC 019535**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

**Marsh Cleanup Techniques** — **Figure 15-3**

| Cleanup Technique | Description for Use | Equipment Required | Environmental Impact |
|---|---|---|---|
| Low Pressure Water Flushing | <u>Preferred Method:</u> Use in small channels around clumps of plants and trees and on vegetation along channel banks and the shoreline | Small jon boat and small gasoline-driven pumps; intake and discharge hoses; small floater skimmer; portable storage tank. | Minimal impact if flushing is done from land. Some marsh vegetation may be crushed. |
| <u>Sorbents:</u> Loose sorbents, pads or rolls | <u>Loose sorbents:</u> Use in small channels or pools with low currents. <u>Pads or Rolls:</u> Use in shallow pools and on shorelines without debris accumulation. | Light curtain boom; empty barrels for storing recovered sorbent. Can also be herded with water spray. | Loose sorbents are difficult to retrieve. Retrieval can crush marsh grasses. |
| Oil Mop | <u>Preferred Method:</u> Use in small channels or pools with free floating oil. Use upstream from containment boom and along marsh shorelines. | Oil Mop system; portable storage tanks for recovering oil; pulleys. | Minimal impacts. |
| Vegetation cutting and removal (***Note***: Use only when flushing fails to remove oil from plants) | Hand cutting of vegetation in small channels. Mechanical cutting along banks of channels or shoreline. | <u>Hand cutting:</u> Shears, power brush cutters or sickles; mechanical cutting; weed harvester. | Damages marsh surface. Foot traffic damages plants. |
| Burning (For use on spartina-type (grass-like) marshes only.) | Use in large contaminated areas. Can use if oil will burn. Probably suitable when marsh is on die-back stage. | Portable propane flame throwers or weed burners. | Produces considerable air pollution. Requires local approval by government agencies. Areas not contaminated by oil are subject to damage by fire. |
| Marsh burning | Use when toxic and persistent oils have deeply contaminated substrata. | Pump contaminated liquids from the marsh, using available materials, dam or divert the flow of water into the marsh area. | <u>Major impact:</u> Destroys much wildlife. Restoration may occur over several years as water returns to the marsh. |
| Soiled Vegetation Removal | Use when toxic and persistent oils have deeply contaminated substrata. | Dragline, dredge, clamshell, front-end loader, backhoe, bulldozer | <u>Major impact:</u> Destroys marsh areas. Requires complete subsequent restoration. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 10 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 16. OIL AND DEBRIS DISPOSAL PROCEDURES

**A. Procedures to Store, Transfer and Dispose of Oil and Oil Contaminated Debris**

The storage, transfer, and disposal of oil and oiled debris in a manner which meets or exceeds regulatory requirements are essential elements in mitigating the impact and subsequent liability of a spill. The following guidelines will be considered during transfer and storage operations:

| 1. | **Storage** |
|---|---|
| | Oil and oily debris collected offshore and in shallow water areas by mechanical measures (i.e., skimmers, booms, pumps, sorbents, etc.) may be transferred into vessels listed below: |
| | • Portable tanks on recovery vessels, |
| | • Containers (i.e., roll off boxes) on recovery vessels/barges, |
| | • Shallow water barges, |
| | • Tank trucks, |
| | • Towable bladders, |
| | • Frac tanks, |
| | • Barrels, and/or |
| | • Ocean going barges |
| **2.** | **Transfer** |
| | Oily debris will be segregated by types (i.e., sorbents, vegetation, sand, trash, etc.) and placed on a vessel or barge in a manner that will not allow seepage to occur. Oily debris will be transported in leak proof, sealable containers along with separate containers for recovered oil to temporary storage site(s) onshore that are convenient to the recovery operation. |
| **3.** | **Disposal** |
| | Waste generated during the course of the spill incident will be minimized to the extent possible to reduce associated manpower and expenses. Each waste stream (i.e., recovered oil, oily debris, decontamination wastes, etc.) will be treated separately for waste determination, characterization, and classification. All wastes generated will be managed as required by the BP Waste Management Plan and applicable regulation. Methods for minimizing waste generation include, but are not limited to the following: |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 16, Page 1 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019537**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 16**
Oil and Debris
Disposal
Procedures

- **Decanting** – Excessive water recovered during recovery operations may be pumped along with the recovered oil to a production platform and run through the separation process. In the event a production process is not available, the oil and water mixture will be allowed to separate and the water decanted directly from the storage container. Decanting is essential to the efficient mechanical recovery process in order to preserve maximum available storage capacity. Approval for decanting will be obtained as required from the FOSC or designated representative by the BP Liaison Officer or designated personnel.

- **Recycling** – Fresh, uncontaminated oil along with oily water may be recycled into an established production process and/or treatment systems associated with terminals, refineries, commercial re-claimers and BP facilities. Accurate records of recovered oil will be maintained and the recordkeeping process will be coordinated through the Unified Command.

- **Debris Removal** – The generation of oily debris may be minimized in the coastal intertidal zone with an accurate trajectory projection, which may allow for the removal of debris from the anticipated impact zone prior to the stranding of the spilled oil.

Criteria for disposal selection include the amount of oil, oiled debris, sorbent material, and disposal options and requirements for the area(s) in question. Disposal options are illustrated in **Figure 16-1**.

Temporary storage for oil, oily water, and debris may be erected at appropriate shore locations that are convenient to the recovery operation. Placement of temporary storage facilities requires the concurrence of the USCG and various State and local entities. The oil, oily water, and contaminated debris will be stored in containers of various types and sizes that are compatible with the waste to be stored. Additionally, oil spill response vessels and associated barges may provide short term on-water storage.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 2 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019538**



| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 16**<br>Oil and Debris<br>Disposal<br>Procedures |

**B.  Oil and Oily Debris Temporary Storage**

OSRO's such as NRC & MSRC can provide sufficient temporary storage for oil and oily debris for spills of any magnitude in order to prevent an interruption in containment and recovery operations. Temporary storage capacity for marine portable tanks and supplemental offshore vessels from NRC is listed below:

- **Marine Portable Tanks** – See **Figure 16-2** for information concerning storage capacity of available portable tankage.
- **Supplemental Offshore Vessels** – Existing tankage aboard supplemental offshore vessels may be utilized to store recovered materials on a temporary basis prior to transfer ashore. Refer to **Figure 16-3** for information concerning storage capacity for supplemental offshore vessels.

**C.  Decanting and Recycling Methods**

Attempts should be made to minimize the amount of waste generated in an oil spill response in order to maximize storage capacity and to control costs. The following waste reduction methods are essential elements in mitigating the impact and subsequent liability of a spill incident:

- **Decanting** – Product and water recovered during the mechanical recovery process will be pumped into storage containers that allow for gravity separation of the oil from the water. The separated water will be transferred into a separate container or stream forward of the recovery pump. Approval for decanting must be obtained from the FOSC or his designated representative by the BP Liaison Officer.
- **Recycling** – Fresh, uncontaminated oil along with oily water may be recycled into established production processes and/or treatment systems associated with terminals, refineries, platforms, commercial reclaimers, recyclers, and BP facilities. Oil and oily wastes will be transported to approved disposal site(s). Sand and beach material may also be separated from oiled materials and returned to the shoreline as a restorative measure.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 3 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| BP |
| Regional Oil Spill Response Plan – Gulf of Mexico |

**Section 16**
Oil and Debris Disposal Procedures

## D.  Disposal Methods, Equipment and Transportation

The transportation of oil, oily water, and oiled debris to permitted facilities via truck, tank truck, barge, etc. will be conducted in an environmentally safe manner consistent with applicable Federal and state regulations, and BP company policy. Hazardous material will be transported by permitted transporters and recycled or disposed of in permitted facilities.

## E.  Designated Disposal Sites

The facility operator or the shore base transportation coordinator must coordinate the disposal of all wastes generated from BP operated and/or contracted facilities. The following is a list of BP approved disposal companies or management contractors for each category of waste:

| Organization Name | Site Location | Phone Number |
|---|---|---|
| *Absorbent Materials, Oily Rags, Filters* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **Seimens** (Formerly US Filter Recover Services, Inc.) (Back-up) | 697 Highway 167, Opelousas, LA 70570 | (800) 960-6377 (337) 826-8001 |
| | 4415 E. Greenwood, Baytown, TX 77520 | (800) 355-2383 |
| **Cintas** (Red Rag service only) | 625 Elmwood Park Blvd, Harahan, LA 70123 | (504) 733-8555 |
| *Antifreeze (Ethylene Glycol and Triethylene Glycol)* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **Coastal Chemical** | 3520 Veterans Memorial Drive, Abbeville, LA 70510 | (337) 893-3862 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 4 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 16**
Oil and Debris
Disposal
Procedures

| Organization Name | Site Location | Phone Number |
|---|---|---|
| *Aviation Fuel* | | |
| **Seimens** (formerly US Filter Recover Services, Inc.) | 697 Highway 167, Opelousas, LA 70570 | (800) 960-6377 (337) 826-8001 |
| | 4415 E. Greenwood, Baytown, TX 77520 | (800) 355-2383 |
| *Batteries (Lead Acid, NiCad, Lithium)* | | |
| **Lamp Enviromental Industries (LEI)** | 46257 Morris Road, Hammond, LA 70401 | (800) 309-9908 |
| **Excide Technologies** | 2400 Brooklawn Drive, Baton Rouge, LA 70807 | (225) 775-3040 |
| *Cooking Oil* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **Seimens** (formerly US Filter Recover Services, Inc.) | 697 Highway 167, Opelousas, LA 70570 | (800) 960-6377 (337) 826-8001 |
| | 4415 E. Greenwood, Baytown, TX 77520 | (800) 355-2383 |
| *Crude Oil/Condensate (Volume for Salvage Reclamation)* | | |
| **PSC Industrial Outsourcing Inc.** | 9523 Highway 87 East, Jeanerette, LA 70544 | (337) 276-5163 |
| *Diesel Fuel* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **L&L** (Formerly ASCO) | 485 Jump Basin Road (# 15), Fourchon, LA | (985) 396-2711 |
| *E&P Exempt Waste* | | |
| **CCS Energy Services LLC** <br> <u>Intracoastal City, LA:</u> Site Code 5710 | 24915 Highway 333 Abbeville, LA 70510 | (337) 898-0375 |
| <u>Fourchon, LA # 3:</u> Site Code 2918 | 567 D. Bernard St, Golden Meadow, LA 70357 | (985) 396-4582 |
| <u>Morgan City, LA:</u> Site Code 5110 | 101 McClellan Road Morgan City, LA 70380 | (985) 384-7676 |
| <u>Theodore, AL</u> | 7455 Rangeline Road Theodore, AL 36582 | (251) 443-6324 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 5 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 16**
Oil and Debris
Disposal
Procedures

| Organization Name | Site Location | Phone Number |
|---|---|---|
| *E&P Exempt Waste (continued)* | | |
| **Newpark Environmental Services** | | |
| Cameron, LA: Site Code 1205 | 434 Davis Road Cameron, LA 70631 | (337) 775-5605 (373) 775-8073 |
| Intracoastal City, LA: Site Code 5703 | 12334 Offshore Road, Abbeville, LA 70510 | (337) 893-3239 |
| Morgan City, LA: Site Code 5102 | 101 Second Street Morgan City, LA 70381 | (985) 384-4460 (985) 384-4461 |
| Fourchon,LA #1: Site Code 2910 | 145 17th Street Golden Meadow, LA 70357 | (985) 396-2804 (985) 396-2805 |
| Fourchon, LA #2: Site Code 2913 | 228 16th Street Golden Meadow, LA 70357 | (985) 396-2755 (985) 396-2756 |
| Ingleside, TX: Permit Code STF001 Transfer Facility | 2725 Garrett Road Ingleside, TX 78362 | (361) 776-3523 (361) 776-3524 |
| Port Arthur, TX: Permit Code STF001 | 8300 Pleasure Inlet Port Arthur, TX 77640 | (409) 963-3503 (409) 963-3509 |
| *Electronic Waste (Computer components, Televisions, Faxes, Radios, Copiers, Printers, etc.)* | | |
| **Redemtech** (All non-computer related electronic waste, i.e. TV's VCR's, fax machines etc.) | 4089 Leap Road Hilliard, OH 43026 | (800) 743-3499 ext. 2509 or 2561 |
| **Getronics** (Desktop PC's, laptops, monitors, printers, hubs, switches etc.) | Charlotte, N.C. | (704) 649-4606 |
| *Filters (Oil, Fuel)* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **Seimens** (formerly US Filter Recover Services, Inc.) | 697 Highway 167 Opelousas, LA 70570 | (800) 960-6377 (337) 826-8001 |
| | 4415 E. Greenwood Baytown, TX 77520 | (800) 355-2383 |
| *Flares and Signal Devices* | | |
| **Clean Harbors – Colfax** | 3763 Highway 471 Colfax, LA 71417 | (318) 627-3443 |
| *Fluorescent Light Bulbs (including high pressure sodium)* | | |
| **Lamp Enviromental Industies (LEI)** | 46257 Morris Road Hammond, LA 70401 | (800) 309-9908 |
| **Safety Kleen** | 2421 Tyler Street Kenner, LA 70062 | (504) 466-5718 |
| | 21580 Industrial Road Missouri City, TX 77459 | (281) 208-6504 |
| | 3820 Bratton Road Corpus Christi, TX 75413 | (512) 854-9471 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 6 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019542**

| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 16**<br>Oil and Debris<br>Disposal<br>Procedures |
| --- | --- |

| Organization Name | Site Location | Phone Number |
| --- | --- | --- |
| *Freon TF Solvent 113 (used in IR meters)* | | |
| **Enviromental Enterprises USA Lab\** | 58485 Pearl Acres Road Ste D<br>Slidell, LA 70461 | (800) 966-2788 |
| *Grease (Lubricating)* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West,<br>Patterson, LA 70392 | (985) 399-5100<br>(888) 419-5100 |
| **Seimens** (formerly US Filter Recover Services, Inc.) | 697 Highway 167<br>Opelousas, LA 70570 | (800) 960-6377<br>(337) 826-8001 |
| | 4415 E. Greenwood<br>Baytown, TX 77520 | (800) 355-2383 |
| *Hazardous Waste Consultants* | | |
| **Coastal Enviromental** (Primary) | 111 Matrix Loop<br>Lafayette, LA 70507 | (337) 264-1112 |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West,<br>Patterson, LA 70392 | (985) 399-5100<br>(888) 419-5100 |
| *Hexane (IR meters)* | | |
| **Environmental Enterprises USA Lab** | 58485 Pearl Acres Road Ste D<br>Slidell, LA 70461 | (800) 966-2788 |
| *Industrial Waste (Liquids)* | | |
| **Newpark Environmental Services- Big hill Industrial Waste Liquids Injection Facility** | 26400 Wilber Road<br>Winnie, TX 77665 | (337) 984-4445 |
| **CCS Energy Services LLC** | 7455 Rangeline Road<br>Theodore, AL 36582 | (251) 443-6324 |
| *Industrial Waste (Solids)* | | |
| **River Birch Landfill** (Primary) | 2000 S. Kenner Road,<br>Avondale, LA 70785 | (504) 364-1140 (M)/<br>504-436-1288 (O) |
| **Waste Management – Woodside Landfill** (Back up) | 29340 Woodside Drive<br>Walker, LA 70785 | (225) 665-8225 |
| **Allied Jefferson Davis Landfill** (Back up) | 16547 Landfill Road<br>Welsh, LA 70591 | (337) 882-1477 (O)<br>(337) 734-4135 (M)<br>(337) 882-6895 (F) |
| **Allied Victoria Landfill** (Back up) | 4010 Callis<br>Victoria, TX 77901 | (800) 274-0649 |
| *Medical Waste* | | |
| **Stericycle Inc.** | 28161 Keith Drive<br>Lake Forest, IL 60045 | (800) 355-8773<br>ext. 2016 |
| *NORM (Naturally Occurring Radioactive Material)* | | |
| **Newpark Environmental Services** | 26400 Wilber Road<br>Winnie, TX 77665 | (337) 984-4445 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 7 of 12 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 16**
Oil and Debris
Disposal
Procedures

| Organization Name | Site Location | Phone Number |
|---|---|---|
| *NORM Cleaning/Companies Decontamination Facilities* | | |
| **Phillips Services Corp. (PCS)** | 756 Geraldine Road Gibson, LA | (985) 575-3434 |
| **Production Management Inc. (PMI)** | 9761 Highwasy 90 East, Morgan City, LA 70380 | (985) 631-3837 |
| **Trussco** | 12580 Offshore Road, Abbeville, LA 70510 | (337) 893-5392 (337) 893-1005 |
| **Major Equipment and Remediation (MER)** | 9591 Highway 182 Amelia, LA 70340 | (985) 385-3132 |
| *Recycle the Gulf (Recyclable Cardboard, Plastic, Metal)* | | |
| **Tech Oil Products** (Supplier for compactor and sorting units) | | (800) 737-5533 ext. 300 |
| *Sanitary Waste* | | |
| **Louisiana Environmental Monitoring (LEM)** | | (337) 289-5223 |
| *Scrap Metal* | | |
| **LaRose Scrap** (Back up) | 1669 Hwy, 24 LaRose, LA 70373 | (985) 798-7055 |
| *Scrap Metal continued* | | |
| **Southern Scrap** (Primary) | 9724 Purvis Thell Road Abbeville, LA 70510 | (337) 898-2970 |
| | 400 Dickson Road Houma, LA | |
| | 838 Hwy. 182 Houma, LA 70364 | (985) 879-1700 |
| | 4801 Florida Ave. New Orleans, LA 70117 | (504) 942-0359 (504) 942-0340 |
| **H&H Junk Iron** (Primary) | 3702 Agnes Street Corpus Christi, TX 78405 | (361) 888-5825 |
| *Thread Protectors* | | |
| **Trojan Rental** | 211 Diesel Drive Scott, LA 70583 | (337) 234-0471 |
| **Molding Specialists, Inc (MSI)** | 9901 Meadow Vista Blvd, Houston, TX 77064 | (281) 890-4595 |
| *Tires, used* | | |
| **Colt** | 1223 Delhomme Ave., Scott, LA 70583 | (337) 235-0353 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 8 of 12 Pages
© The Response Group 06/2009



| Organization Name | Site Location | Phone Number |
|---|---|---|
| *Trash* | | |
| **River Birch Landfill** (Primary) | 2000 S. Kenner Road, Avondale, LA 70785 | (504) 364-1140 (M) 504-436-1288 (O) |
| **Allied Jefferson Davis Landfill** (Back up) | 16547 Landfill Road Welsh, LA 70591 | (337) 882-1477 (O) (337) 734-4135 (M) (337) 882-6895 (F) |
| **Allied Victoria landfill** (Back up) | 4010 Callis, Victoria TX 77901 | (800) 274-0649 |
| **Waste Management (Coastal Plains)** (Back up) | 21000 E. Hwy., 6 Alvin, TX 77511 | (281) 388-1708 |
| **Newton County Landfill** (Back up) | 5 miles N. of HWY 12 on Hwy 87 Orange, TX 77630 | (409) 746-9919 |
| *Trash Transporters* | | |
| **Solid Waste Disposal, Inc (SWDI)** | 172 W. 39th Street Larose, LA 70373 | (985) 693-4866 |
| **Waste Management** | 143 Hwy., 3199 Raceland, TX 70394 | (985) 537-3281 (800) 548-8597 |
| *Used Oil* | | |
| **Omega Waste Management** (Primary) | 1900 Highway 90 West, Patterson, LA 70392 | (985) 399-5100 (888) 419-5100 |
| **L&L** (Formerly ASCO) | 485 Jump Basin Road (# 15), Fourchon, LA | (985) 396-2711 |
| **Envirosolutions** (Back-up) | 11005 e. Interstate Highway 10, Ste A, Mont Belvieu, TX 77580 | (877) 664-4645 |
| *Vertel (IR meters)* | | |
| **Environmental Enterprises USA Lab** | 58485 Pearl Acres Road Ste D Slidell, LA 70461 | (800) 966-2788 |
| *Water sample Laboratories* | | |
| **Southern Petroleum Laboratories (SPL)** | 500 Ambassador Cafferty, Scott, LA 70583 | (800) 304-5227 |
| **ARS (American Radiation Services)-NORM samples** | 2609 North River Road, Port Allen, LA 70767 | (800) 401-4277 |

**F.  Disposal Regulatory Guidelines**

Oil and oi ly waste generated during a sp ill cleanup operation will be se gregated and ea ch waste stream will be  treated separately for waste determination, characterization, and cl assification. All wastes generated will be managed as  required by the Resource Conservation and R ecovery Act (RCRA), and other applicable regulations.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 9 of 12 Pages
© The Response Group 06/2009



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 16**<br>Oil and Debris<br>Disposal<br>Procedures |
|---|---|---|

Hazardous substances will be t ransported by per mitted t ransporters to approved and per mitted disposal facilities and must be properly packaged and labeled prior to transport

in acco rdance w ith 40 CFR 262. 30. State l icensed haz ardous material haul ers are r equired t o have a US Environmental Protection Agency ID Number as well as a state transporter ID number. The w aste g enerator must be co mplete and encl ose a uni form haz ardous waste m anifest w ith each sh ipment o f w aste m aterial. The uniform haz ardous waste m anifest m ust be si gned by responsible BP personnel and include a statement to the effect that BP is disposing of the material within the framework of a spill response operation in accordance with the National Oil and hazardous Substances Pollution Contingency Plan (40 CFR § 300).

| Applicable regulations for wastes shipped offsite include, but are not limited to, the following: |
|---|
| • RCRA regulations listed in 40 CFR § 262-263 |
| • DOT hazardous materials regulations listed in 40 CFR § 171-178 |
| • Applicable state regulations; based and/or shore base location |

Responsible BP personnel will track and maintain copies of the hazardous waste manifests received f rom the desi gnated di sposal facilities for a minimum o f t hree (3) y ears i n acco rdance with 40 CFR § 262.40.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 16, Page 10 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019546**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 16**
Oil and Debris
Disposal
Procedures

## Disposal Options                                    Figure 16-1

| Waste Stream | Source | Disposal Options |
|---|---|---|
| Fresh oil w/ water | Skimmers, vacuum trucks, etc. | Recycle in production process system |
| Weathered oil w/ water | Skimmers, vacuum trucks, etc. | Refuse as fuel or asphalt, incinerate, solidify or landfill |
| Water w/ oil | Skimmers, vacuum trucks, etc. | Decant, POTW injection, incineration |
| Contaminated PPE | Workers | Landfill, incineration |
| Absorbent material w/ oil | Near shore cleanup | Landfill, incineration |
| Debris w/ oil | Pre-impact shoreline cleanup | Landfill, incineration, *in-situ* burning |
| Oiled debris | Post impact shoreline cleanup | Landfill, incineration, *in-situ* burning |
| Soil w/ oil | Beaches, shoreline cleanup | Landfill, bioremediation, *in-situ* treatment |

## Marine Portable Tanks                                Figure 16-2

| Vendor | 500 bbls | 250 bbls | 150 bbls | 100 bbls | 50 bbls | 25 bbls |
|---|---|---|---|---|---|---|
| Diamond Tank Rentals | 3 | 4 | | | | 100 |
| Magnum Mud | 21 | 25 | 4 | 12 | 2 | 600 |
| OSCA | | | | | 1 | 37 |
| AMBAR | | | | | | 80 |
| Gulfstream Services | | | | 5 | | 200 |
| Circulation Tools | 7 | | 2 | | 2 | 65 |
| Eagle Rental Company | | | | | | 7 |
| Allwaste Services | | | 2 | | | 165 |
| **Subtotal** | **15500** | **7250** | **900** | **1900** | **250** | **31350** |
| **Total** | **57150 Barrels** | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 11 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                     **BP-HZN-CEC 019547**



| | **BP** | **Section 16** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Oil and Debris Disposal Procedures |

## Supplemental Offshore Vessels                    Figure 16-3

| Vessel | Location | Draft | | Capacity | Type |
|---|---|---|---|---|---|
| | | **Min** | **Max** | | |
| **NRC** | | | | | |
| NRC Admiral | Galveston, TX | 7 ft | 9 ft | 229 bbls | OSRV |
| NRC Liberty | Tampa, FL | 7 ft | 9 ft | 322 bbls | OSRV |
| NRC Defender | Mobile, AL | 2.3 ft | 10.8 ft | 16500 bbls | OSRB |
| NRC Valiant | Corpus Christi, TX | 2 ft | 10.5 ft | 20892 bbls | OSRB |
| Seahorse IV | Morgan City, LA | | 6 ft | 100 bbls | ID Boat |
| Seahorse V | Fourchon, LA | | 10 ft | 100 bbls | ID Boat |
| Seahorse VI | Fourchon, LA | 7 ft | 9 ft | 101 bbls (bladder) | ID Boat |
| Celeste Elizabeth | Fourchon, LA | | 10 ft | 416.8 Bbls | ID Boat |
| *Shallow water barges | Operates in pairs | | | 200 bbls/unit | |
| **MSRC** | | | | | |
| Southern Responder | Ingleside, TX | | | 4,000 | OSRV |
| Texas Responder | Galveston, TX | | | 4,000 | OSRV |
| Gulf Coast Responder | Lake Charles, LA | | | 4,000 | OSRV |
| Louisiana Responder | Fort Jackson, LA | | | 4,000 | OSRV |
| Mississippi Responder | Pascagoula, MS | | | 4,000 | OSRV |
| Florida Responder | Miami, FL | | | 4,000 | OSRV |
| | | | **Total** | **44879.6 bbls** | |
| * Shallow water barges – Operates in pairs – 29 pairs (unit) @ 200 bbls/unit | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 16, Page 12 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                              **BP-HZN-CEC 019548**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 17. <u>WILDLIFE REHABILITATION PROCEDURES</u>

### A. Overview

Rehabilitation of oiled wildlife is a complex, crisis oriented process that requires an experienced staff w ith m edical, t echnical, and cr isis management s kills. Regulatory per mits and sp ecialized training for Occupational Health and Safety Administration (OSHA) compliance are also required to co nduct a co mprehensive o iled wildlife r esponse. Rehabilitation of oiled wildlife focuses primarily on the adverse physiological effects of oil on individual birds and animals. The effects, which are complex, may be counteracted through a cooperative effort of veterinarians, biologists, and r ehabilitation sp ecialists with oi l sp ill r esponse ex perience. The pr imary obj ective of w ildlife rehabilitation is to care for injured animals and return them to their natural environment.

> Wildlife r ehabilitation s erves two pur poses in an e fficient oi l sp ill response:
> - Provide a hum ane response to wild animals harmed through man-related activities, and
> - Attempts to treat and r eturn affected ani mals to heal thy br eeding populations in the wild.

Rehabilitation ef forts are par ticularly i mportant w hen endang ered or threatened sp ecies are contaminated.

> In general, the effects o f oil on birds may be characterized as environmental, external, and/or internal:
> - Environmental E ffects include, but ar e not l imited t o, i mmediate contamination of food source biomass, reduction in breeding animals and plants that provide future food sources, contamination of nes ting ha bitat, and reduction i n r eproductive su ccess through contamination and r educed hat chability of e ggs or t emporary inhibition of ovarian function.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 17, Page 1 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 17**
Wildlife
Rehabilitation
Procedures

- External Effects of oil are the most noticeable and the most immediately debilitating. Birds that are most often affected by oil spills include those that remain on the water and those that feed in the water. Oil may contaminate the entire bird or small parts of the bird dependant upon the amount of oil in the water and the bird's natural behavior pattern (i.e., swimming, wading and diving). Oil disrupts the interlocking structure of feathers, which destroys the waterproofing and insulating properties of the plumage. The oiled bird may encounter some or all of the following difficulties due to external effects:
    1) Chilling
    2) Inability to fly
    3) Inability to remain afloat
    4) Difficulty obtaining food
    5) Difficulty escaping predators
    6) Decreased foraging ability
    7) Loss of attainable food sources

- Internal Effects are not as apparent, however, they are equally life threatening and include, but are not limited to:
    1) Toxic effects on the gastrointestinal tract, pancreas, and liver
    2) Ulceration and hemorrhaging within the lining of the gastrointestinal tract
    3) Aspiration pneumonia, severe and fatal kidney damage, severe dehydration
    4) Immune system is compromised and Aspergillosis disseminates throughout the body and occludes the trachea, heart, liver, and/or kidneys.

**Only trained and certified wildlife specialists will be involved in rehabilitation efforts on behalf of BP.**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 2 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019550**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**B. Authorization**

Resident birds native to states along the Gulf Coast are the responsibility of the respective state wildlife agencies and rehabilitators must be permitted by the state agency in order to pick up oiled waterfowl. Migratory birds are the responsibility of the US Fish and Wildlife Service and rehabilitators must be permitted by the federal agency to rescue and transport oiled birds. Birds on the endangered species list are the responsibility of both federal and state wildlife authorities and permits to recover and rehabilitate oiled birds must be received from both agencies prior to collection.

Personnel from Federal and State wildlife services within the ICS/Unified Command will determine the need for wildlife rescue and rehabilitation in addition to providing the authorization to proceed. Federal and State wildlife authorities will act in an advisory capacity during major oil releases and will coordinate with industry counterparts to establish bird cleaning stations and holding pens.

The BP Planning Section Chief (PSC) is responsible for ensuring that wildlife concerns are addressed during a spill incident and will activate one or more permitted professional wildlife services in the event wildlife is threatened. Additionally, the PSC will ensure that the appropriate Federal and State wildlife agencies are notified and kept abreast of wildlife activities.

**C. BP Wildlife Rehabilitation Plan**

BP has a wildlife rehabilitation procedure in place to ensure wildlife issues related to a release of oil to the waters of the Gulf of Mexico are properly addressed. The procedure relies on Federal and State wildlife agencies as well as recognized professional wildlife experts to assist and direct wildlife recovery and rehabilitation. The procedures are as follows:

- The BP Planning Section Chief (PSC) will assess the spill incident and determine if a threat to wildlife exists or if wildlife has already been impacted.
- In the event wildlife is not threatened, the PSC will continue to monitor the spill.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 17, Page 3 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested



| |
| --- |
| • The PSC will alert a professional wildlife service and place them on standby and al so al ert appr opriate Feder al a nd S tate w ildlife personnel. |
| • In the event the spill threatens or has already impacted wildlife, the PSC will ca ll f or t he mobilization of one or m ore pr ofessional wildlife services for cleaning and rehabilitation. |
| • The PSC will contact and inform the US Fish & Wildlife Service and appropriate State wildlife agencies of the situation. |
| • The PSC will coordinate wildlife rehabilitation efforts with BP ICS Operations and Logistics Sections. |

**D.  Agency/Contractor Notifications**

Wildlife Services Notification – The primary professional wildlife services that may be utilized by BP during a spill incident are listed in **Figure 17-2**.

Federal and State Wildlife Agency Notifications – The Federal and State wildlife agencies that may be co ntacted by BP personnel dur ing an oi l spill i ncident ar e l isted i n **Figure 17-3**. Note: Other wildlife experts in the private sector or at universities can be found in **Section 9**, Available Technical Expertise.

**E.  Equipment/Supplies Necessary to Operate a Rehabilitation Center**

| |
| --- |
| Facility r equirements vary si gnificantly dependa nt upon t he sp ecific needs of various spill scenarios as well as the following factors: |
| • Anticipated number of animals |
| • Types and numbers of species |
| • Age of wildlife contaminated |
| • Type of containment |
| • Season/weather |
| • Location of spill |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 4 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 17**
Wildlife
Rehabilitation
Procedures

A suitable facility must have a large open space that can easily be reconfigured to accommodate the changing needs of the wildlife rehabilitation process. Contracted wildlife specialists and/or agency representatives should be consulted regarding facility requirements for optimum rehabilitation. The following are equipment and facility considerations:

| Equipment/facility considerations for wildlife rehabilitation activities. Consult with wildlife specialists to determine specific requirements. |
|---|
| • Hot and Cold Water Capacity |
| • Electric and Lighting |
| • HAVC Systems |
| • Communications |
| • Required Supplies Needed |

**Figure 17-1** lists some general conditions that can result from contamination of wildlife from spilled oil. Additionally, the minimum facility requirements for rehabilitating 100-150 oiled animals are illustrated in **Figure 17-4**. This information is presented for reference to assist with the assessment and initial determination of resource requirements. **Only trained and certified wildlife specialists will be involved in rehabilitation efforts on behalf of BP.**

Each wildlife rehabilitation facility must have a Site Safety Plan in place prior to start-up. The Site Safety Plan must include checklists for measures to avoid physical, chemical, and biological hazards, safe animal handling procedures, and other emergency procedures and contact numbers.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 5 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019553**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 17
Wildlife
Rehabilitation
Procedures

| Clinical Findings Associated With Oil Contamination | Figure 17-1 |
|---|---|

**Oiled birds can present any and all of the following physical and clinical signs:**

| | |
|---|---|
| – | Oil, moderate to severe, on feathers and skin |
| – | Irritation, thickening, cracking and/or bleeding of skin |
| – | Hypothermia (reduced body temperature) |
| – | Hyperthermia (increased body temperature) |
| – | Inflammation of conjunctiva and corneal surface of the eyes |
| – | Oil in mouth, nares, vent |
| – | Feather loss |
| – | Acute respiratory distress |
| – | Tarry black (bloody/oiled) or green (bile stained) droppings |
| – | Sternal recumbency (inability to stand) |
| – | Ataxia (weakness/uncoordinated) |
| – | Tremors, seizures or other signs of CNS/neuromuscular toxins |
| – | Shock |

**Further examination and diagnostic testing can reveal:**

| | |
|---|---|
| – | Dehydration |
| – | Anemia |
| – | Reduced kidney function |
| – | Pulmonary edema |
| – | Electrolyte imbalance |
| – | Acidosis |
| – | Fungal/bacterial/viral infections |
| – | Capture myopathy |
| – | Other capture-related injuries |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 6 of 9 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 17
Wildlife
Rehabilitation
Procedures

## Primary Professional Wildlife Service — Figure 17-2

| Service | Contact | Contact Numbers |
|---|---|---|
| Wildlife Rehab & Education, Inc. 951 Power St League City, TX 77573 www.wrande.org | Sharon Schmalz | (H) (713) 279-1417 (Pg) |
| Texas General Land Office La Porte, TX | Patrick Lynch | (361) 825-3004 (281) 470-6597 |
| International Bird Rescue Research Center 4369 Cordelia Road Fairfield, CA 94585 www.ibrrc.org jay@ibrrc.org | Jay Holcomb | (707) 207-0380 (24hr) (707) 207-0380 x102 (H) |
| Louisiana Marine Mammal Stranding Network | (Administered by LA Dept of Wildlife & Fisheries) | (504) 934-5337 (Pg) |
| LA Dept of Wildlife & Fisheries | | (800) 442-2511 (24hr) |
| Florida Fish & Wildlife Conservation Commission | | (239) 332-6966 |
| Texas Marine Mammal Stranding Network Galveston, TX www.gulfbase.org/organization/view.php?oid=tmmsn dcowan@utmb.edu | | (800) 962-6625 (409) 942-7034 (Pg) |
| Tri-State Bird Rescue & Research, Inc. 110 Possum Hollow Rd. Newark, DE 19711 www.tristatebird.org Oilprograms@tristatebird.org | Heidi Stout | (302) 737-9543 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 7 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 17**
Wildlife
Rehabilitation
Procedures

## Federal & State Wildlife Agency Notifications                     Figure 17-3

| No. | Agency | Contact | Contact Numbers |
|---|---|---|---|
| **US Fish & Wildlife Region II** | | | |
| 1 | Region II Office Albuquerque, NM | Stephen Robertson | (505) 248-6669 (Day) (H) |
| 2 | Texas Field Office East Matagorda Bay – North Houston, TX | John Huffman | (281) 286-8282 (Off) (281) 282-9344 (Fax) |
| 3 | Texas Field Office East Matagorda Bay – South Corpus Christi, TX | Clair Lee | (361) 994-9005 (Off) (361) 224-3432 (Pg) |
| **US Fish & Wildlife Region IV** | | | |
| 1 | Region IV Office Atlanta, GA | Diane Beeman | (404) 679-7094 (Off) (C) |
| 2 | Louisiana Field Office Lafayette, LA | Buddy Goatcher | (337) 291-3100 (Off) (C) |
| 3 | Alabama/Miss Field Office Daphne, AL | Warren Lorentz | (251) 441-5181 (Off) |
| 4 | Florida Field Office Panama City, FL | Dr. John Hemming | (850) 769-0552 (Off) (H) |
| **State Fish & Wildlife Agencies** | | | |
| 1 | Texas Parks and Wildlife Austin, TX | Dave Buzan | (512) 912-7013 (Off) (512) 389-4848 (24hr) |
| 2 | LA Dept Wildlife & Fisheries Baton Rouge, LA | Jim Hanifen | (225) 765-2379 (Off) (225) 765-2441 (24hr) (225) 765-2935 (Direct) |
| 3 | Alabama Resources Division Dauphin Island, AL | Steve Heath | (251) 861-2882 (Off) (251) 968-7576 |
| 4 | Mississippi Emergency Management Agency Jackson, MS | MS State Warning Point | (601) 352-9100 (Non-Emergency) (800) 222-6362 (24hr) |
| **Flower Garden Bank National Marine Sanctuary** | | | |
| 1 | NOAA Galveston, TX | | (409) 621-5151 (Off) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 8 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019556



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 17
Wildlife
Rehabilitation
Procedures

**Wildlife Rehabilitation Center Space Requirements**          **Figure 17-4**

| Space/Area | Square Footage |
|---|---|
| Front desk/admissions | 250 |
| Logistics Office | 200 |
| Kitchen/food storage | 250 |
| Husbandry area (Large central room) | 1200 |
| Supplies/storage | 250 |
| Wildlife cleaning area | 750 |
| Medical treatment/exam | 200 |
| Pathology/Lab/Cold storage | 100 |
| Isolation ward | 200 |
| Volunteer/Worker restroom | 150 |
| Bathrooms/Decon/Changing | 200 |
| Outside pool areas 10'x15'x2' Per 15 birds + access and maintenance space | 3300 |
| Non-hazardous & Hazardous (medical & oil) waste | |
| Indoor | 50 |
| Outdoor | 400 |
| Outside area for oily waste water | 300 |
| Loading dock/parking for 50 (opposite side of bldg from outside cages) | 5000 |
| **Total interior sq ft** | **3800 ft²** |
| **Total exterior sq ft** | **9000 ft²** |
| **Total square feet** | **12800 ft²** |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 17, Page 9 of 9 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                    BP-HZN-CEC 019557

Confidential Treatment Requested

BP-HZN-CEC 019558



| BP | Section 18 |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Dispersant Use Plan |

## 18. DISPERSANT USE PLAN

### A. Overview

Dispersants are chemicals used to remove floating oil from the water surface and disperse it into the water column in order to reduce impact to sensitive shoreline habitats and animals that are present on the water surface. Specially formulated products containing surface-active agents are sprayed onto the slicks by aircraft or boat and are applied undiluted or mixed with water. The dispersants reduce the oil/water surface tension and decrease the energy needed for the slick to break into small particles and mix into the water column. Some turbulence is needed to mix the dispersant into the oil and the treated oil into the water. The Dispersant Use Decision Tree (**Figure 18-1**) may be used to determine if dispersant operations are the optimum countermeasure during cleanup operations.

Dispersant use is strictly regulated and has very specific policies and procedures associated with it. Dispersant application requires approval of the Regional Response Team (RRT) through the Federal On-Scene Coordinator (FOSC). However, some areas in the Gulf of Mexico are designated as "pre-approved" for dispersant application. These areas require RRT notification from the FOSC. Additionally, the FOSC must approve any dispersant application by the Responsible Party.

### B. Dispersants Inventory

Sufficient inventories of dispersants available to BP are detailed in **Figure 18-2**. Acquisition of dispersant and application vehicles is guaranteed through contracts and/or agreements with OSRO's and supply companies. For contract agreements, please see **Appendix D**.

### C. Toxicity Data

Region VI pre-approval guidelines include performance of a bioassessment of potential impacts resulting from dispersant use in the Gulf of Mexico. Species present at the water surface and/or in the upper water column are most at risk of being directly impacted in a negative manner by dispersant application. The following table summarizes these types of resources:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 1 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested



| | **BP** | **Section 18** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Dispersant Use Plan |

| ORGANISM TYPE | REPRESENTATIVE SPECIES | RISK FACTOR |
|---|---|---|
| Free-swimming shellfish | Brown Shrimp | Commercial species, planktonic eggs/larvae, during migration concentrate near surface at night |
| | White Shrimp | Commercial species, planktonic larvae, juveniles occur near water surface during offshore migration |
| Water column-spawning fish | Gulf Menhaden | Large commercial fishery, potential to affect panktonic eggs/larvae |
| Diving duck | Lesser Scaup | Recreationally managed, aggregate in large rafts floating on water surface, present over 10 miles from shore. |

Toxicity values presented in the following summary represent the results of a bioassay used to determine dispersant toxicity to the species listed below (LC 50 test). The LC 50 value is the Lethal Concentration (LC in ppm) causing 50 percent mortality over a given period of time (i.e. 48-hour). The following is a summary for the dispersant COREXIT 9500/9527.

| SPECIES | LC50 – COREXIT 9500 | LC50 – COREXIT 9527 |
|---|---|---|
| Menidia beryllina (inland silverside) | 25.2 ppm @ 96-hrs | 14.57 ppm @ 96-hrs |
| Fundulus heteroclitus (mummichog) | 140 ppm @ 96-hrs | 100 ppm @ 96-hrs |
| Artemia salina (brine shrimp) | 21 ppm @ 48-hrs | 50 ppm @ 48-hrs |
| Mysidopsis bahia (mysid shrimp) | 32.23 ppm @ 48-hrs | 24.14 ppm @ 48-hrs |

A Material Safety Data Sheet for Corexit 9500 may be found in **Figure 18-9**. An MSDS for Corexit 9527 may be found in **Figure 18-10**.

**D. Dispersant Effectiveness**

Open water with sufficient depth and volume for mixing and dilution are the preferred conditions for dispersant application. Weathering of oil decreases the effectiveness of dispersants, therefore, initial application should be completed as soon as possible. Dispersants should be considered when the impact of floating oil on sensitive shoreline habitats is greater than the risk of mixing oil into the water column.

In the case of increased contact with an expanding slick after treatment, it should be noted that treated slicks may increase in size initially (10-17 hours) as the interfacial tension at the oil surface is reduced. However, by 18 hours post-treatment, the treated slick is broken up and becomes smaller in area. The net effect of dispersant application is

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 2 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested



| **BP** Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18** Dispersant Use Plan |
|---|---|

a reduction in the amount of oil on the water surface. Below are results of an effectiveness assessment of Corexit 9500 & 9527 conducted by the U.S. Environmental Protection Agency.

SWIRLING FLASK DISPERSANT EFFECTIVENESS TEST WITH SOUTH LOUISIANA (S/L) AND PRUDHOE BAY (P/B) CRUDE OIL

### VENDOR LAB REPORT

| OIL | COREXIT 9500 | COREXIT 9527 |
|---|---|---|
| Prudhoe Bay Crude | 45.3 % | 37.4% |
| South Louisiana Crude | 54.7% | 63.4% |
| Average of Prudhoe Bay and South Louisiana Crudes | 50.0% | 50.4 % |

### U.S. EPA OFFICE OF RESEARCH AND DEVELOPMENT REPORT

| OIL | COREXIT 9500 | COREXIT 9527 |
|---|---|---|
| Prudhoe Bay Crude | 49.4 | 51% |
| South Louisiana Crude | 45.4 | 31% |
| Average of Prudhoe Bay and South Louisiana Crudes | 47.4 | 41% |

**E. Application Equipment**

The following table lists providers of dispersant application equipment in the Gulf Coast area. Each of these organizations is either an approved BP OSRO (See **Figure 7-7**) or is a primary provider of MSRC & NRC, BP's primary equipment providers.

| # | Equipment | Quantity/ Type | Location | Contractor | Phone No. |
|---|---|---|---|---|---|
| 1 | Aircraft Spraying | (2) DC-3 | Houma, LA | ASI | 985-851-6391 |
| | | BE 90 King Air | Stennis, MS | MSRC | 800-645-7745 |
| | | C-130A | Coolidge, AZ | MSRC | 800-645-7745 |
| | | C-130 with ADDS Pack | Port Everglade, FL | CCA | 954-983-9880 |
| 2 | Dispersant Spotter Aircraft | Aero Commander | Houma, LA | ASI | 985-851-6391 |
| | | BE 90 King Air | Stennis, MS | MSRC | 800-645-7745 |
| 3 | Dispersant Skid System | (1) Purpose built response vessel | Houma, LA | CGA | 888-242-2007 |
| 4 | Vessel Spraying | (2) 110' Crew Boat | Fourchon, LA | Ampol | 800-482-6765 |
| 5 | Helicopter Dispersant Application System | (1) Helo Pack | Fourchon, LA | Ampol | 800-482-6765 |
| | Dispersant skid mounted units | Crew Boat | Eureka, CA Morgan City, LA Cape May, NJ St. Croix, V.I. | NRC | (800) 899-4672 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 3 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## F.  Application Methods

There are two primary methods of applying dispersants to an oil spill. These methods involve the use of airplanes and helicopters for aerial application and the use of boats for on-water application. Below is a discussion of each application and information on the rates of application.

- **Aerial Dispersant Application**

  Aerial application is one of the methods pre-approved by the Regional Response Team (RRT). This method involves the application of dispersants from an airplane, and typically involves the use of a DC-3 or C-130 which is directed by a spotter plane. The DC-3 and C-130 have payload capacities of 1000 and 3500-5000 gallons respectively. Aerial application can be hindered by poor weather (rain, fog, rough seas, etc.). Aerial application is allowed to take place only during daylight hours, and involves the use of undiluted dispersant. As a general rule, application rates are within a range of 3 to 7 gallons per acre.

- **Marine Dispersant Application**

  The second method of dispersant application is from workboats using hand held equipment or mounted spray booms. Use of a portable fire pump or fixed fire fighting system from the workboat is recommended.

  The system should operate between 40 and 80 psi, and should deliver seawater and dispersant at a rate sufficient to maintain a spray pattern capable of reaching the oil before being carried away by wind or turbulence. The ideal dispersant/sea water mixture is 3 to 10 percent dispersant. The concentration of dispersant should be calculated based on pump capacity, boom swath width, vessel speed, and estimated volume of oil to be treated over a specified area. A treatment rate of 5 gallons per acre is typical for marine applications. Approval for marine application is generally more difficult due to the additional agencies that must be consulted for approval.

## G.  Conditions for Use

The objective of the Regional Response Team (RRT VI and RRT IV) FOSC Dispersant Pre-Approval Guidelines and Checklist is to provide for a meaningful, environmentally safe, and effective dispersant operation. **Figure 18-5** provides a flowchart identifying considerations of the Federal On-Scene Coordinator for approving dispersant use. Additionally, a checklist of decision/implementation elements for dispersant use can be found in **Figure 18-7**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 4 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use<br>Plan |
|---|---|---|

### Description of Pre-Authorization Area

Three zones have been established to delineate locations and conditions under which dispersant application operations may take place in waters of Region IV and VI. They are as follows:

- **Green Zone:** Pre-authorization for dispersant application. The Green Zone is defined as any offshore waters within Region IV and VI in which all of the following conditions apply:

1) The waters are not classified within a "yellow" or "red" zone;
2) The waters are **at least three miles from any shoreline** and falling outside of any state's jurisdiction; and
3) **The water is at least ten meters deep**.

- **Yellow Zone**: Waters requiring case-by-case approval. The Yellow Zone is defined as any waters within Region IV and VI which have not been designated as a "Red" zone and in which ANY of the following conditions apply:

1) The waters fall under state or federal management jurisdiction. This includes any waters designated as marine reserves, National Marine Sanctuaries, National or State Wildlife Refugees or proposed or designated critical habitats;
2) The waters are within three miles of a shoreline and/or fall under state jurisdiction;
3) The waters are less than ten meters deep; and
4) The waters are in mangrove or coastal wetland ecosystems or directly over coral reefs which are less than ten meters of water. Coastal wetlands include submerged algal and sea grass beds.

- **Red Zone**: Exclusion zones – The Red Zone includes areas designated by the Region IV and VI Response Team in which dispersant use is prohibited. No dispersant application operations will be conducted in the Red Zone unless:

1) Dispersant application is necessary to prevent or mitigate a risk to human health and safety, and/or
2) An emergency modification of this LOA is made on an incident-specific basis.

## H. Approval Procedures and Forms

The dispersant pre-approval process is designed to provide an expedited format for the usage of dispersants during an oil spill incident of any magnitude. In addition to following through with the checklists and guidelines discussed previously, **Figures 18-4**, the party requesting permission to apply dispersants will have to complete and submit the RRT Application for Pre-Approval (**Figure 18-8**) as well as initially provide the information required by the Dispersant Pre-Approval Initial Call Checklist (**Figure 18-3**).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 5 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use Plan

**Dispersant Use Decision Tree**                    **Figure 18-1**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 6 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use Plan |
|---|---|---|

## Dispersant Inventory – Gulf Coast                    Figure 18-2

### Dispersant Stockpiles by Location (Updated 03/2009)

| Supplier & Phone | Location of Dispersants | Type | Quantity in Gallons |
|---|---|---|---|
| Airborne Support, Inc. (ASI)<br>985-851-6391 | Houma, LA | Corexit 9527 | 3,355 |
| MSRC<br>(800) OIL-SPIL | Slaughter Beach, DE - DBRC Site | Corexit 9527 | 330 |
| | Chesapeake City, MD - MSRC Site | Corexist 9527 | 9,130 |
| | Portland, ME - OSRV | Corexit 9527 | 330 |
| | Perth Amboy, NJ - OSRV | Corexit 9527 | 330 |
| | Chesapeake City, MD - OSRV | Corexit 9527 | 330 |
| | Virginia Beach, VA - OSRV | Corexit 9527 | 330 |
| | San Juan, PR - MSRC Site | Corexit 9527 | 900 |
| | Kiln, MS - Stennis Airport | Corexit 9527 | 22,260 |
| | Kiln, MS - Stennis Airport | Corexit 9500 | 3,960 |
| | Miami, FL - OSRV | Corexit 9527 | 800 |
| | Pascagoula, MS - OSRV | Corexit 9527 | 800 |
| | Fort Jackson, LA - OSRV | Corexit 9527 | 800 |
| | Lake Charles, LA - OSRV | Corexit 9527 | 800 |
| | Galveston, TX - OSRV | Corexit 9527 | 800 |
| | Corpus Christi - OSRV | Corexit 9527 | 330 |
| | Galveston, TX - MSRC Site | Corexit 9500 | 18,980 |
| | Coolidge, AZ - Coolide Airport | Corexit 9527 | 3,300 |
| | Long Beach, CA - Tesoro Terminal | Corexit 9500 | 10,890 |
| | Terminal Island, CA - OSRV | Corexit 9527 | 600 |
| | Richmond, CA - MSRC Warehouse | Corexit 9527 | 11,500 |
| | Richmond, CA - OSRV | Corexit 9527 | 605 |
| | Everett, WA - Everett Warehouse | Corexit 9527 | 6,495 |
| | Ferndale, WA - CP Refinery | Corexit 9527 | 6,430 |
| | Port Angeles, WA - OSRV | Corexit 9527 | 605 |
| | Astoria, OR - OSRV | Corexit 9527 | 605 |
| | Honolulu, HI - OSRV | Corexit 9527 | 605 |
| NRC<br>National Response Corp.<br>John Hielscher<br>631-224-9141 ext. 142 | Morgan City, LA | COREXIT 9527 | 1,320 |
| | Morgan City, LA | SPC 1000 | 220 |
| | Morgan City, LA | BIO Disperse | 1,045 |
| | Toa Baja, PR | COREXIT 9527 | 5,005 |
| | St. Croix, VI | COREXT 9527 | 1,650 |
| ONDEO Nalco | Sugarland, TX | Corexit 9500 | 11,000 |
| Clean Caribbean & Americas | Ft. Lauderdale, FL | Corexit 9500 | 30,360 |
| OSR / EARL<br>+44 (0)20 7724 0102 | Southhampton, UK | Corexit 9500 | 5,283 |
| | Bahrain, MENAS Base | Corexit 9500<br>(1 week activation) | 3,963 |
| | Singapore, SG | Corexit 9500<br>(1 week activation) | 8,440 |
| | | **TOTAL QUANTITY (GALLONS)** | **174,486** |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 7 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                          BP-HZN-CEC 019565

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

**Dispersant: Pre-Approval Initial Call Checklist**          **Figure 18-3**

Boxes denote essential information

CALLER

Time of Initial Call:  Date: ___/___/___          Time: _____CT
                              Month  Day  Year                    (24 hour clock)

Name of Caller:_____
        Telephone #:_____
Name of Alternate Contact:_____
        Telephone #:_____
Company Name:_____BP_____
        Address:
                Street:  _200 Westlake Park Blvd_____
                City:   _Houston_____
                State:  _TX_____  Zip Code: _77079_____

SPILL

Initial Time of Spill: Date: ___/___/___          Time: _____CT
                              Month Day Year                   (24 hour clock)

Location of Spill:  LAT:____°____'____" N   LON: ____°____'____" W

Block Name:_____ Block Number: _____
Type of Release:   [Instantaneous (☐) or Continuous Flow (☐)]
Oil:    Name: _____
        API: ____°          Pour Point: _____ °C ☐ or °F ☐

Amount Spilled: _____      [GAL ☐ or BBLS ☐(42 Gal/BBL)]

Flow Rate if Continuous Flow (Estimate): _____

ON-SCENE WEATHER (Note:  If not available contact SSC for Weather)

Wind Direction From (Degrees): _____ Wind Speed: _____ Knots
Surface Current (Direction toward, Degrees): _____
           (Speed): _____ Knots
Visibility: _____ Nautical Miles
Ceiling: _____ Feet
Sea State (Wave height): _____ Feet

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date: 06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 8 of 41 Pages
© The Response Group 06/2009

| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use<br>Plan |
|---|---|---|

**DISPERSANT SPRAY OPERATION**

Dispersant Spray Contractor
Name:_____
Address:
         *Street:*  _____
         *City:*    _____
         *State:*  _____   *Zip Code:*_____
         *Telephone:*_____
Dispersant:    Name:_____
             Quantity Available:_____
Platform:      Aircraft Type:_____
                Multi-Engine (☐) or Single-Engine (☐)
         Boat Type:   _____
         Other:_____
         Dispersant Load Capability (Gal):_____
         Time to First Drop on the oil (Hours):  _____

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 9 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019567**

| ![bp logo] | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use<br>Plan |
|---|---|---|

## FOSC Dispersant Use Checklist                          Figure 18-4

(Items on the far left of this checklist are keyed to letter and numbers on the top of the boxes in the <u>FOSC Dispersant Use Flowchart</u> and apply to offshore pre-approval only. INFORMATION AVAILABLE IN THE DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST AND THE TABLE ON THE OTHER SHEET ARE NECESSARY TO COMPLETE THIS CHECKLIST.)

OIL SPILLED
A. FOSC completes and evaluates DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST.
B. Ask spiller if dispersant spray operation is on alert pending completion of pre-approval use evaluation from FOSC.

**[1] DEPLOY SMART**
A. Immediately deploy USCG Strike Team SMART Team to the spill site if dispersant use is likely. Every attempt should be made to implement the on-water monitoring component of the SMART monitoring protocols in every dispersant application. At a minimum, Tier 1 (visual) monitoring must occur during any dispersant operations approved in accordance with this Dispersant Pre-Approval Guidelines and Checklist.
B. Immediately notify DOI/DOC survey specialist contact identified in Appendix A if dispersant use is likely.
C. Deploy mechanical and/or *in-situ* burn operations, weather allowing.

**[2] PRE-APPROVED DISPERSANT OPERATIONS ACTIVATION EVALUATION**
1. Do you expect the use of dispersants in this case to provide an environmental benefit? The NOAA SSC should be contacted for trajectory and environmental fate analysis.

| YES | ☐ | ⇒ | GO TO SECTION 2 BELOW |
|---|---|---|---|
| NO | ☐ | ⇒ | GO TO SECTION 11 BELOW |

2. Plot the position of the spill on the appropriate nautical chart, draw a circle about the spill source with a 10 nautical mile radius as a worst-case scenario for surface movement. Hash mark any area within the circle that is in waters less than 10 meters deep or 3 nautical miles from shore. What is left is considered the dispersant operational area. Is the dispersant operational area to be in offshore water that is no less than 10 meters deep and at least 3 nautical miles from the nearest shoreline?

| YES | ☐ | ⇒ | GO TO SECTION 3 BELOW |
|---|---|---|---|
| NO | ☐ | ⇒ | GO TO SECTION 9 BELOW |

3. Was a contractual relationship with a dispersant spray contractor established prior to the spill?

| YES | ☐ | ⇒ | GO TO SECTION 4 BELOW |
|---|---|---|---|
| NO | ☐ | ⇒ | GO TO SECTION 9 BELOW |

4. Dispersant Platform
Consider the amount of oil spilled, the location of the operational area, volume of available dispersants to be used and the timeframe in which the required equipment can be on-scene, what is the most effective application platform? More than one platform type may be considered.

| If Aerial ⇒ | GO TO SECTION 5 BELOW |
|---|---|
| If Boat ⇒ | GO TO SECTION 6 BELOW |
| If Other ⇒ | GO TO SECTION 7 BELOW |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 10 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                   **BP-HZN-CEC 019568**

## FOSC Dispersant Use Checklist (continued)                Figure 18-4

5.  Aerial Application Operational Conditions

    [A] If on-scene weather was available from spiller on initial telephone contact, use the information to complete this section and assume for planning purposes that it will remain the same during the timeframe in which this decision is operating. At the earliest opportunity, contact the SSC for detailed weather but do not delay this decision process for the SSC weather input (Note: All dispersant operations are carried out during daylight hours only).

    > Winds less than or equal to 25 knots, and
    > Visibility greater than or equal to 3 nautical miles, and
    > Ceiling greater than or equal to 1,000 feet?

    | YES | ☐ | ⇒ | GO TO SECTION 8 BELOW |
    |-----|---|---|----------------------|
    | NO  | ☐ | ⇒ | GO TO [B] IN THIS SECTION BELOW |

    [B] Notify the spiller's representative that the dispersant use decision has been delayed until the weather improves and the Dispersant Spray Operation is to be placed on standby status.

    | GO TO [C] IN THIS SECTION BELOW |
    |----------------------------------|

    [C] Consult with RRT 6 members. Contact the USCG co-chair at USCG District 8, EPA, DOI, DOC and Louisiana and/or Texas RRT representatives to notify them that dispersants are being considered but delayed due to weather. When the weather is beginning to improve:

    | BEGIN AGAIN IN SECTION 2 ABOVE |
    |---------------------------------|

6.  Boat Application Operational Conditions

    [A] If on-scene weather was available from the spiller on initial contact, use the information to complete this section and assume for planning purposes that it will remain the same during the timeframe in which this decision is operating. At the earliest opportunity, contact the SSC for detailed weather, but do not delay this decision process for SSC weather input (Note: All dispersant operations are carried out during daylight hours only).

    > Wave height such that the boats to be used for the dispersant application can conduct an effective and safe spray operation?

    | YES | ☐ | ⇒ | GO TO SECTION 8 BELOW |
    |-----|---|---|----------------------|
    | NO  | ☐ | ⇒ | GO TO [B] IN THIS SECTION BELOW |

    [B] Notify the spiller's representative that the dispersant use decision has been delayed until the sea state improves and the Dispersant Spray Operation is to be placed on standby status.

    | GO TO [C] IN THIS SECTION BELOW |
    |----------------------------------|

    [C] Consult with RRT 6 members. Contact the USCG co-chair at USCG District 8, EPA, DOI, DOC and Louisiana and/or Texas RRT representatives to notify them that dispersants are being considered but delayed due to sea state. When the sea state is beginning to improve:

    | BEGIN AGAIN IN SECTION 2 ABOVE |
    |---------------------------------|

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 11 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| bp | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use<br>Plan |
|---|---|---|

## FOSC Dispersant Use Checklist (Cont'd)   Figure 18-4

7. Immediately consult with the Scientific Support Coordinator (SSC) to evaluate potential alternatives to the Aircraft and Boat Platforms.

   [A] After a briefing on the spill response situation from the FOSC, does the SSC recommend aerial application of dispersants?

   | YES ☐ | ⇒ | GO TO SECTION 5 ABOVE |
   |---|---|---|
   | NO ☐ | ⇒ | GO TO [B] IN THIS SECTION BELOW |

   [B] After a briefing on the spill response situation from the FOSC, does the SSC recommend boat application of dispersants?

   | YES ☐ | ⇒ | GO TO SECTION 6 ABOVE |
   |---|---|---|
   | NO ☐ | ⇒ | GO TO [C] IN THIS SECTION BELOW |

   [C] After a briefing on the spill response situation from the FOSC, does the SSC recommend an alternative platform?

   | YES ☐ | ⇒ | DEVELOP A PLAN AND GO TO SECTION 8 BELOW |
   |---|---|---|
   | NO ☐ | ⇒ | GO TO SECTION 11 BELOW |

8. Is the dispersant to be used listed on the NCP Product Schedule and considered appropriate for existing environmental and physical conditions?

   | YES ☐ | ⇒ | GO TO SECTION 10 BELOW |
   |---|---|---|
   | NO ☐ | ⇒ | GO TO SECTION 9 BELOW |

9. **GO NO FURTHER** IN THIS FOSC DISPERSANT USE CHECKLIST. The request for dispersant use does not qualify under the guidelines for pre-approval use of dispersants in Region 6. Contact your SSC and begin the dispersant use approval process as specified in the RRT 6 Regional Contingency Plan Subpart H Authorization (Authorization for Use of Dispersants in Non-Life Threatening Situations)

10. Dispersability

    Refer to the Dispersant Pre-Approval Initial Call Checklist

    Does the available technical information suggest that dispersion is likely given the spilled oil, anticipated oil weathering and selected dispersant? Use the <u>FOSC Dispersant Use Oil Table</u> and any technical sources such as the SSC to make this assessment.

   | YES ☐ | ⇒ | GO TO SECTION 12 BELOW |
   |---|---|---|
   | NO ☐ | ⇒ | GO TO SECTION 11 BELOW |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 12 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested   **BP-HZN-CEC 019570**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

**FOSC Dispersant Use Checklist (Cont'd)**                     **Figure 18-4**

11. **GO NO FURTHER** IN THIS FOSC DISPERSANT USE CHECKLIST. In this case dispersant use is either inappropriate for this response or will probably not be considered to be effective relative to the effort required.
Concentrate your efforts on Mechanical and/or *in-situ* burn operations.
Note: You may want to consider dispersant pre-approval use at a later time if the field situation changes (i.e., becomes a continuous spill or has a new instantaneous release.) In such an event, make sure the Initial Call Checklist has been updated and return to the start of this checklist (OIL SPILLED ON PAGE 6.)

12. INITIATE APPLICATION OF DISPERSANTS WITHIN THESE RRT GUIDES.
   - Water depth ≥ 10 meters and no less than 3 nautical miles from nearest shoreline.
   - The SMART controller/observer should be over the spray site before the start of the operation. If possible, a DOI/DOC-approved marine mammal/turtle and pelagic/migratory birds survey specialist will accompany the SMART observer, but the operation will not be delayed for that individual (see Appendix A for contact information).
   Note: The purpose of SMART monitoring is to confirm best professional advice related to the potential success of dispersant use. Given the uncertainty involved relating to physical and environmental condition, oil weathering and dispersant and oil interaction, we must rely on positive feedback from the monitors to continue dispersant application.

   - Personal protective equipment for personnel on-site will conform to the appropriate dispersant's MSDS.
   - If dispersant platform is an aircraft, spray aircraft will maintain a minimum 1000 foot horizontal separation from <u>rafting flocks</u> of birds. Caution will be taken to avoid spraying over marine mammals and marine turtles.
   - If dispersant platform is a boat:
      - If the system involves spray arms or booms that extend out over the edge of the boat and have fan type nozzles that spray a fixed pattern of dispersant, the following ASTM standards apply:

         - **ASTM F 1413-92** Standard Guide for Oil Spill Dispersant Application Equipment: Boom and Nozzle Systems.
         - **ASTM F 1460-93** Standard Practice for Calibrating Oil Spill Dispersant Application Equipment Boom and Nozzle Systems.
         - **ASTM F 1737-96** Standard Guide for Use of Oil Spill Dispersant Application Equipment during Spill Response: Boom and Nozzle Systems.
      - If the system involves the use of a fire monitor and/or fire nozzle to apply the dispersants, a straight and narrow "firestream" flow of dispersant directly into the oil is to be avoided. At this time (May 2000), there are no applicable ASTM standards for these types of systems.
   - If an alternate dispersant platform is used, the Operation Plan should include dispersant application guidelines.
   - The FOSC is to notify the RRT as soon as practicable after the approval is given to the RP.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 13 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                     **BP-HZN-CEC 019571**



| | **BP** | **Section 18** |
| --- | --- | --- |
| | Regional Oil Spill Response Plan – Gulf of Mexico | Dispersant Use Plan |

| **FOSC Dispersant Use Checklist (Cont'd)** | **Figure 18-4** |
| --- | --- |

GO TO SECTION 13 BELOW

13. The RRT (EPA, DOI, DOC and the State of Louisiana and/or the State of Texas) must be kept informed on the status of the dispersant application throughout the operation. Provided the dispersant application is successful and operational results are positive, no RRT approval will be required for additional sorties and passes.

GO TO SECTION 14 BELOW

14. At the completion of the dispersant operation, send the following to the RRT representatives:
    1. This completed Checklist
    2. The Dispersant Pre-Approval Initial Call Checklist
    3. A one page summary of the operation to date
    4. Other information as necessary

Provide the RRT post-application information-results within 24 hours of the dispersant application. Formal convening of the RRT, however, is not necessary.

Follow-up operation by insuring that flight logs and SMART team logs are secured should RRT members request additional documentation

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 14 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**FOSC Dispersant Use Flowchart**                              **Figure 18-5**



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 15 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                              **BP-HZN-CEC 019573**



| | **BP** Regional Oil Spill Response Plan – Gulf of Mexico | Section 18 Dispersant Use Plan |
|---|---|---|

| **FOSC Dispersant Use Oil Table** | **Figure 18-6** |
|---|---|

General Dispersibility Relative to API Gravity and Pour Point

| Probability difficult or impossible to disperse | Medium weight material. Fairly persistent. Probably difficult to disperse if water temperature is below pour point of material. | Lightweight material. Relatively non-persistent. Probably difficult to disperse if water temperature is below pour point of material. | No need to disperse. Very light weight material. Oil will dissipate rapidly. |
|---|---|---|---|
| | Medium weight material. Fairly persistent. Easily dispersed if treated properly. | Lightweight material. Relatively non-persistent. Easily dispersed. | |

| **API** | **17** | **34.5** | **45** |
|---|---|---|---|
| Gravity | .953 | .852 | .802 |

This table provides general guidance only. Note that specific dispersant formulations are designed to treat heavier, more viscous oils. Consult manufacturer recommendations prior to application and recommendations from monitoring team for continued use.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 16 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

**FOSC Dispersant Decision / Implementation Element Checklist**          **Figure 18-7**

Note: Need all **"YES"** answers before dispersant use is acceptable.

| YES | NO | DECISION ELEMENT |
|-----|-----|------------------|
| | | **1.  Is the spill/oil dispersible?** |

Oil is generally dispersible if:   API Gravity is more than 17
Pour Point is less than 10°F (5.5°C) below ambient temperature
Viscosity is less than 10,000 centistokes

Note:   Some modern dispersants may be formulated to be effective on a wider range of oil properties. The choices of dispersants listed on the NCP's National Product Schedule are limited. To answer this question, you should look at which dispersant would the most effective given the type of oil.

| YES | NO | |
|-----|-----|------------------|
| | | **2.  Have environmental tradeoffs of dispersant use indicated that use should be considered?** |

Note:   This is one of the more difficult questions. Dispersant toxicity assessment information found in Appendix V of the RRT pre-approval agreement may assist in this decision.

| YES | NO | |
|-----|-----|------------------|
| | | **3.  Is the chosen dispersant likely to be effective?** |

Consider:

* effectiveness of dispersant application to the oil;
* dispersant-to-oil application ratio;
* oil slick thickness;
* distribution of oil slick on the water;
* droplet size distribution in aerial spray;
* oil viscosity;
* energy input;
* suspended particles in water (sedimentation);
* weathering of oil;
* emulsification of oil;
* oil composition;
* dispersant composition;
* water salinity; and
* temperature.
* dispersant type compatible with application means

Note:   A preliminary effectiveness test such as the standard flask swirling method is highly recommended.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 17 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP** | **Section 18** |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Dispersant Use Plan |

## FOSC Dispersant Decision / Implementation Element Checklist (cont'd) Figure 18-7

Note: Need all **"YES"** answers before dispersant use is acceptable.

| YES | NO | |
|---|---|---|
| | | 4. **Can dispersant application be conducted safely and effectively given the physical environment?** <br> Environmental parameters: <br> ⁎ wind less than or equal to 25 knots <br> ⁎ visibility greater than or equal to 3 miles <br> ⁎ ceiling greater than or equal to 1000 feet <br> ⁎ operations during daylight hours only |

| YES | NO | DECISION ELEMENT |
|---|---|---|
| | | 5. **Are sufficient equipment and personnel available to conduct aerial dispersant application operations within the window of opportunity?** <br> Note:   Refer to elements and position descriptions under the Dispersant Operations Group Supervisor in the Operations Section. Other tools are available to assess this such as the NOAA Dispersant Mission Planner. |

| YES | NO | |
|---|---|---|
| | | 6. **Has a Site Safety Plan for dispersant operations been completed?** |

| YES | NO | |
|---|---|---|
| | | 7. **Is the spill/oil to be dispersed within a Pre-Approval Zone?** <br> Refer to Section II within the RRT Dispersant Pre-Approval Agreement <br><br> **If the spill/oil is NOT in a Pre-Approved Zone, has approval been granted?** <br><br> Submit "RRT Documentation/Application Form for Dispersant Use" to the Incident Specific RRT members with request for approval. <br><br> Dispersant use in non-approved areas must be repeated by the OSC and approved by EPA and the affected state(s) after consultation with DOC and DOI. |

| YES | NO | |
|---|---|---|
| | | 8. **Are the necessary equipment and trained personnel available to conduct the recommended monitoring operations?** <br> The recommended monitoring protocol in the RRT Region IV is the Special Monitoring for Advanced Response Technologies or SMART. The Gulf Strike Team or Atlantic Strike Team is available to support and provide monitoring assistance. <br><br> It may not be appropriate to base Go/No Go or continue/discontinue decisions solely on results from the SMART monitoring team since dispersant effectiveness is often delayed or not totally and easily conclusive. <br><br> Monitoring is recommended but not strictly required (should not be a showstopper for operation). |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 18 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019576**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

## FOSC Dispersant Decision / Implementation Element Checklist (Cont'd) Figure 18-7

Note: Need all **"YES"** answers before dispersant use is acceptable.

| YES | NO | |
|---|---|---|
| | | **9.** **Has the overflight to assure that endangered species are not in the application area been conducted?** |
| | | The provisions of the Section 7 consultation in regard to the RRT Pre-Approval Agreement requires and overflight of the application area to ensure endangered species are not threatened or endangered by the operation. |

| YES | NO | |
|---|---|---|
| | | **10. Has a Dispersant Operations Plan been completed?** |
| | | Attached within this plan is a Dispersant Operations Plan template. The completion of this template should provide the OSC and Unified Command with a suitable and complete plan to support and implement the dispersant effort. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 19 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

## Dispersant Application Form For Region VI RRT Dispersant        Figure 18-8

(Use to document information in pre-approved zones and request use in non-pre-approved zones)

Name of the Spill Incident: _____

Responsible Party (if known): _____

FOSC/POC (name & phone #): _____

Date & Time of the Spill Incident: _____

### I. OIL TYPE:

1. Spilled oil/substance name (if known): _____
2. Viscosity: _____
3. API Gravity: _____
4. Pour Point: _____
5. Percent Evaporation in: 24 Hours - _____
   48 Hours - _____
6. Did oil emulsify within the operational period? _____

** Any information from visual overflights of the slick, including estimations of slick thickness, should be included here. All additional available information pertaining to physical characterization of spilled oil should be included here.

### II. ENVIRONMENTAL CONDITIONS:

1. Wind Speed: _____
2. Wind Direction: _____
3. Visibility: _____
4. Ceiling: _____

### III. DESCRIPTION OF SPILL INCIDENT AND SPILL SITE:

Note all relevant details concerning the spill incident and spill site here. Be sure to note whether the spill was a one-time or continuous release, the amount of cargo remaining aboard the vessel, the stability of the vessel and sensitive environmental conditions in the vicinity of the vessel. An estimated amount of oil on the water should be made, if possible, by using available information on the area of the slick and the estimated slick thickness (as indicated by the color of the slick). Also included should be a description of the location of the spill site, including the nearest major port.

_____
_____
_____
_____

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 20 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                        BP-HZN-CEC 019578



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

**Dispersant Application Form For Region VI RRT Dispersant (continued)**      **Figure 18-8**

### IV. DESCRIPTION OF AREA OVER WHICH DISPERSANTS WERE APPLIED:

1.  Description from Shoreline: _____
2.  Depth of Water: _____
3.  Jurisdiction (i.e., federal or state): _____
4.  Special Management Zone Area (as defined in LOAs): _____
5.  Safety Zone Established in Operational Area: _____

### V. AVAILABILITY OF PERSONNEL AND EQUIPMENT:

1.  Availability of Application and Spotter Aircraft/Vessel: _____
    Source: _____
    Point of Contact: _____
    Type: _____
    Travel Time to Spill: _____
2.  Type of Aircraft/Vessel Used: _____
3.  Aircraft/Vessel's Dispersant Load Capability: _____
4.  Availability of Qualified Personnel: _____
    Source: _____
    Point of Contact: _____
    Travel Time to Spill: _____
5.  Time Required for Delivery to the Aircraft Staging Area: _____

### VI. INFORMATION ON DISPERSANT PRODUCT:

1.  Name of Dispersant: _____
2.  Manufacturer: _____
3.  Amount Available: _____
4.  Source: _____

**\*\*  A Material Safety Data Sheet of the Product Should be Attached Here**

### VII. IMPLEMENTATION OF RECOMMENDED MONITORING PROTOCOLS:

1.  Was the Gulf Strike Team's SMART monitoring protocol deployed? _____

**\*\*  A full report documenting the activities and results of any monitoring activities should
      be attached here.**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 21 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019579**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500**          **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® 9500** |

| EMERGENCY TELEPHONE NUMBER(S) |
| --- |
| (800) 424-9300 (24 Hours)    CHEMTREC |

---

**1.    CHEMICAL PRODUCT AND COMPANY IDENTIFICATION**

PRODUCT NAME :               **COREXIT® 9500**

APPLICATION :                OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :     Nalco Energy Services, L.P.
                             P.O. Box 87
                             Sugar Land, Texas
                             77487-0087

EMERGENCY TELEPHONE NUMBER(S) :   (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :    1 / 1    FLAMMABILITY :    1 / 1    INSTABILITY :    0 / 0    OTHER :
0 = Insignificant    1 = Slight    2 = Moderate    3 = High    4 = Extreme

**2.    COMPOSITION/INFORMATION ON INGREDIENTS**

Our hazard evaluation has identified the following chemical substance(s) as hazardous.  Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
| --- | --- | --- |
| Distillates, petroleum, hydrotreated light | 64742-47-8 | 10.0 -  30.0 |
| Propylene Glycol | 57-55-6 | 1.0 -   5.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 -  30.0 |

**3.    HAZARDS IDENTIFICATION**

**\*\*EMERGENCY OVERVIEW\*\***

**WARNING**
Combustible.
Keep away from heat.  Keep away from sources of ignition - No smoking.  Keep container tightly closed.  Do not get in eyes, on skin, on clothing.  Do not take internally.  Avoid breathing vapor.  Use with adequate ventilation.  In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.  After contact with skin, wash immediately with plenty of soap and water.
Wear suitable protective clothing.
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point.  May evolve oxides of carbon (COx) under fire conditions.  May evolve oxides of sulfur (SOx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
May cause irritation with prolonged contact.

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
1 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 22 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                        **BP-HZN-CEC 019580**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)**         **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

SKIN CONTACT :
May cause irritation with prolonged contact.

INGESTION :
Not a likely route of exposure.  Can cause chemical pneumonia if aspirated into lungs following ingestion.

INHALATION :
Repeated or prolonged exposure may irritate the respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
A review of available data does not identify any symptoms from exposure not previously mentioned.
Chronic :
Frequent or prolonged contact with product may defat and dry the skin, leading to discomfort and dermatitis.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

| 4. | FIRST AID MEASURES |
|---|---|

EYE CONTACT :
Immediately flush with plenty of water for at least 15 minutes.  If symptoms develop, seek medical advice.

SKIN CONTACT :
Immediately wash with plenty of soap and water.  If symptoms develop, seek medical advice.

INGESTION :
Do not induce vomiting: contains petroleum distillates and/or aromatic solvents.  If conscious, washout mouth and give water to drink.  Get medical attention.

INHALATION :
Remove to fresh air, treat symptomatically.  Get medical attention.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

| 5. | FIRE FIGHTING MEASURES |
|---|---|

FLASH POINT :                      181.4 °F / 83 °C ( PMCC )

LOWER EXPLOSION LIMIT :            Not flammable

UPPER EXPLOSION LIMIT :            Not flammable

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
2 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 23 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019581**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)**          **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)   CHEMTREC

EXTINGUISHING MEDIA :
Alcohol foam, Carbon dioxide, Foam, Dry powder, Other extinguishing agent suitable for Class B fires, For large fires, use water spray or fog, thoroughly drenching the burning material.
Water mist may be used to cool closed containers.

UNSUITABLE EXTINGUISHING MEDIA :
Do not use water unless flooding amounts are available.

FIRE AND EXPLOSION HAZARD :
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point. May evolve oxides of carbon (COx) under fire conditions. May evolve oxides of sulfur (SOx) under fire conditions.

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

| 6. | ACCIDENTAL RELEASE MEASURES |
|---|---|

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete.  Stop or reduce any leaks if it is safe to do so.  Ventilate spill area if possible.  Do not touch spilled material.  Remove sources of ignition.  Have emergency equipment (for fires, spills, leaks, etc.) readily available.  Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection).  Notify appropriate government, occupational health and safety and environmental authorities.

METHODS FOR CLEANING UP :
SMALL SPILLS:  Soak up spill with absorbent material.  Place residues in a suitable, covered, properly labeled container.  Wash affected area.  LARGE SPILLS:  Contain liquid using absorbent material, by digging trenches or by diking.  Reclaim into recovery or salvage drums or tank truck for proper disposal.  Clean contaminated surfaces with water or aqueous cleaning agents.  Contact an approved waste hauler for disposal of contaminated recovered material.  Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

| 7. | HANDLING AND STORAGE |
|---|---|

HANDLING :
Use with adequate ventilation.  Keep the containers closed when not in use.  Do not take internally.  Do not get in eyes, on skin, on clothing.  Have emergency equipment (for fires, spills, leaks, etc.) readily available.

STORAGE CONDITIONS :
Store away from heat and sources of ignition.  Store separately from oxidizers.  Store the containers tightly closed.

SUITABLE CONSTRUCTION MATERIAL :
Compatibility with Plastic Materials can vary; we therefore recommend that compatibility is tested prior to use.

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
3 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 24 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                                    **BP-HZN-CEC 019582**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)**          **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

| 8. | EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|---|

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are shown below.

ACGIH/TLV :
Substance(s)
    Oil Mist                          TWA: 5 mg/m3
                                      STEL: 10 mg/m3

    Propylene Glycol
OSHA/PEL :
Substance(s)
    Oil Mist                          TWA: 5 mg/m3
                                      STEL: 10 mg/m3

    Propylene Glycol
AIHA/WEEL :
Substance(s)

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended.  A suitable filter material depends on the amount and type of chemicals being handled.  Consider the use of filter type: Multi-contaminant cartridge. with a Particulate pre-filter.  In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used.  If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Nitrile gloves, PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure is: Low

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
4 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 25 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

| Material Safety Data Sheet – Corexit 9500 (Cont'd) | Figure 18-9 |
|---|---|



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

---

**9.    PHYSICAL AND CHEMICAL PROPERTIES**

PHYSICAL STATE          Liquid

APPEARANCE              Clear  Hazy  Amber

ODOR                    Hydrocarbon

SPECIFIC GRAVITY        0.95  @ 60 °F / 15.6 °C
DENSITY                 7.91 lb/gal
SOLUBILITY IN WATER     Miscible
pH (100 %)              6.2
VISCOSITY               177 cps @ 32 °F / 0 °C 70 cps  @ 60 °F / 15.6 °C  @ 104 °F / 40 °C
VISCOSITY               @ 32 °F / 0 °C  @ 60 °F / 15.6 °C 22.5 cst  @ 104 °F / 40 °C
POUR POINT              < -71 °F / < -57 °C
BOILING POINT           296 °F / 147 °C
VAPOR PRESSURE          15.5 mm Hg  @ 100 °F / 37.8 °C

Note: These physical properties are typical values for this product and are subject to change.

**10.    STABILITY AND REACTIVITY**

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Heat

MATERIALS TO AVOID :
Contact with strong oxidizers (e.g. chlorine, peroxides, chromates, nitric acid, perchlorate, concentrated oxygen, permanganate) may generate heat, fires, explosions and/or toxic vapors.

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:          Oxides of carbon, Oxides of sulfur

**11.    TOXICOLOGICAL INFORMATION**

No toxicity studies have been conducted on this product.

SENSITIZATION :
This product is not expected to be a sensitizer.

---

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
5 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 26 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019584**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

## Material Safety Data Sheet – Corexit 9500 (Cont'd)  Figure 18-9



| MATERIAL SAFETY DATA SHEET |
| --- |
| PRODUCT |
| **COREXIT® 9500** |

| EMERGENCY TELEPHONE NUMBER(S) |
| --- |
| (800) 424-9300 (24 Hours)    CHEMTREC |

CARCINOGENICITY :
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP) or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION :
Based on our hazard characterization, the potential human hazard is:  Moderate

| 12. | ECOLOGICAL INFORMATION |
| --- | --- |

ECOTOXICOLOGICAL EFFECTS :

The following results are for the product.

ACUTE INVERTEBRATE RESULTS :

| Species | Exposure | LC50 | EC50 | Test Descriptor |
| --- | --- | --- | --- | --- |
| Acartia tonsa | 48 hrs | 34 mg/l | | Product |
| Artemia | 48 hrs | 20.7 mg/l | | Product |

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM , provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models. If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
| --- | --- | --- |
| <5% | 10 - 30% | 50 - 70% |

The portion in water is expected to float on the surface.

BIOACCUMULATION POTENTIAL
Component substances have a potential to bioconcentrate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Low
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

| 13. | DISPOSAL CONSIDERATIONS |
| --- | --- |

If this product becomes a waste, it could meet the criteria of a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261.  Before disposal, it should be determined if the waste meets the criteria of a hazardous waste.

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087 · (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
6 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 27 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019585**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

## Material Safety Data Sheet – Corexit 9500 (Cont'd)          Figure 18-9



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

Hazardous Waste:  D018

Hazardous wastes must be transported by a licensed hazardous waste transporter and disposed of or treated in a properly licensed hazardous waste treatment, storage, disposal or recycling facility. Consult local, state, and federal regulations for specific requirements.

| 14. | TRANSPORT INFORMATION |
|---|---|

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

For Packages Less Than Or Equal To 119 Gallons:
    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

For Packages Greater Than 119 Gallons:
    Proper Shipping Name :    COMBUSTIBLE LIQUID, N.O.S.
    Technical Name(s) :    PETROLEUM DISTILLATES
    UN/ID No :    NA 1993
    Hazard Class - Primary :    COMBUSTIBLE
    Packing Group :    III

    Flash Point :    83 °C / 181.4 °F

AIR TRANSPORT (ICAO/IATA) :

    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

| 15. | REGULATORY INFORMATION |
|---|---|

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, the following substance(s) in this product is/are hazardous and the reason(s) is/are shown below.

Distillates, petroleum, hydrotreated light :  Irritant
Propylene Glycol :  Exposure Limit, Eye irritant
Organic sulfonic acid salt :  Irritant

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
7 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 28 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                        **BP-HZN-CEC 019586**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)** | **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

CERCLA/SUPERFUND, 40 CFR 117, 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following indicated EPA hazard categories:

| | |
|---|---|
| X | Immediate (Acute) Health Hazard |
| - | Delayed (Chronic) Health Hazard |
| - | Fire Hazard |
| - | Sudden Release of Pressure Hazard |
| - | Reactive Hazard |

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product does not contain substances on the List of Toxic Chemicals.

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b)  Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
None of the substances are specifically listed in the regulation.

CLEAN AIR ACT, Sec. 111 (40 CFR 60, Volatile Organic Compounds), Sec. 112 (40 CFR 61, Hazardous Air Pollutants), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
None of the substances are specifically listed in the regulation.

| Substance(s) | Citations |
|---|---|
| • Propylene Glycol | Sec. 111 |

CALIFORNIA PROPOSITION 65 :
This product does not contain substances which require warning under California Proposition 65.

MICHIGAN CRITICAL MATERIALS :
None of the substances are specifically listed in the regulation.

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
8 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 29 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                                 **BP-HZN-CEC 019587**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)**            **Figure 18-9**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

Propylene Glycol                          57-55-6

NATIONAL REGULATIONS, CANADA :

WORKPLACE HAZARDOUS MATERIALS INFORMATION SYSTEM (WHMIS) :
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations
(CPR) and the MSDS contains all the information required by the CPR.

WHMIS CLASSIFICATION :
Not considered a WHMIS controlled product.

CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA) :
The substances in this preparation are listed on the Domestic Substances  List (DSL), are exempt, or have been
reported in accordance with the  New Substances Notification Regulations.

| 16. | OTHER INFORMATION |
|-----|-------------------|

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and
exposures of this product.  Based on our recommended use of this product, we have characterized the product's
general risk.  This information should provide assistance for your own risk management practices.  We have
evaluated our product's risk as follows:

* The human risk is:  Low

* The environmental risk is:  Low

Any use inconsistent with our recommendations may affect the risk characterization.  Our sales representative will
assist you to determine if your product application is consistent with our recommendations.  Together we can
implement an appropriate risk management process.

This product material safety data sheet provides health and safety information.  The product is to be used in
applications consistent with our product literature.  Individuals handling this product should be informed of the
recommended safety precautions and should have access to this information.  For any other uses, exposures should
be evaluated so that appropriate handling practices and training programs can be established to insure safe
workplace operations.  Please consult your local sales representative for any further information.

REFERENCES

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American
Conference of Governmental Industrial Hygienists, OH., (Ariel Insight# CD-ROM Version), Ariel Research Corp.,
Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS# CD-ROM
Version), Micromedex, Inc., Englewood, CO.

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087 · (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
9 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 30 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                                    **BP-HZN-CEC 019588**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9500 (Cont'd)**          **Figure 18-9**



MATERIAL SAFETY DATA SHEET

PRODUCT

**COREXIT® 9500**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva:  World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH, (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Ariel Insight# (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By :  Product Safety Department
Date issued :  06/14/2005
Version Number :  1.6

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087 · (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
10 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 31 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

## Material Safety Data Sheet – Corexit 9527

## Figure 18-10



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

---

### 1.    CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME :                          **COREXIT® EC9527A**

APPLICATION :                           OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :                Nalco Energy Services, L.P.
                                        P.O. Box 87
                                        Sugar Land, Texas
                                        77487-0087

EMERGENCY TELEPHONE NUMBER(S) :    (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :    2 / 2    FLAMMABILITY :    2 / 2    INSTABILITY :    0 / 0    OTHER :
0 = Insignificant    1 = Slight    2 = Moderate    3 = High    4 = Extreme

### 2.    COMPOSITION/INFORMATION ON INGREDIENTS

Our hazard evaluation has identified the following chemical substance(s) as hazardous.  Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
| --- | --- | --- |
| 2-Butoxyethanol | 111-76-2 | 30.0 - 60.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |

### 3.    HAZARDS IDENTIFICATION

**\*\*EMERGENCY OVERVIEW\*\***

**WARNING**
Eye and skin irritant. Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney, or the liver.  Combustible.
Do not get in eyes, on skin, on clothing.  Do not take internally.  Use with adequate ventilation.  Wear suitable protective clothing.  Keep container tightly closed.  Flush affected area with water.  Keep away from heat.  Keep away from sources of ignition - No smoking.
May evolve oxides of carbon (COx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
Can cause mild to moderate irritation.

---

Nalco Energy Services, L.P. P.O. Box 87 • Sugar Land, Texas 77487-0087
(281)263-7000
1 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 32 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                      **BP-HZN-CEC 019590**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**          **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

SKIN CONTACT :
Can cause mild to moderate irritation.

INGESTION :
Not a likely route of exposure.  Large quantities may cause kidney and liver damage.

INHALATION :
Not a likely route of exposure.  Aerosols or product mist may irritate the upper respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
Excessive exposure may cause central nervous system effects, nausea, vomiting, anesthetic or narcotic effects.
Chronic :
Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney or the liver.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

| 4. | FIRST AID MEASURES |
|---|---|

EYE CONTACT :
Flush affected area with water.  If symptoms develop, seek medical advice.

SKIN CONTACT :
Flush affected area with water.  If symptoms develop, seek medical advice.

INGESTION :
Do not induce vomiting without medical advice.  If conscious, washout mouth and give water to drink.  If symptoms develop, seek medical advice.

INHALATION :
Remove to fresh air, treat symptomatically.  If symptoms develop, seek medical advice.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

| 5. | FIRE FIGHTING MEASURES |
|---|---|

FLASH POINT :                163 °F / 72.7 °C ( TCC )

EXTINGUISHING MEDIA :
This product would not be expected to burn unless all the water is boiled away.  The remaining organics may be ignitable.  Use extinguishing media appropriate for surrounding fire.

FIRE AND EXPLOSION HAZARD :
May evolve oxides of carbon (COx) under fire conditions.

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
2 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 33 of 41 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**          **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

| 6. | ACCIDENTAL RELEASE MEASURES |
|---|---|

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete.  Stop or reduce any leaks if it is safe to do so.  Do not touch spilled material.  Ventilate spill area if possible.  Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection).

METHODS FOR CLEANING UP :
SMALL SPILLS:  Soak up spill with absorbent material.  Place residues in a suitable, covered, properly labeled container.  Wash affected area.  LARGE SPILLS:  Contain liquid using absorbent material, by digging trenches or by diking.  Reclaim into recovery or salvage drums or tank truck for proper disposal.  Contact an approved waste hauler for disposal of contaminated recovered material.  Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

| 7. | HANDLING AND STORAGE |
|---|---|

HANDLING :
Avoid eye and skin contact.  Do not take internally.  Ensure all containers are labelled.  Keep the containers closed when not in use.

STORAGE CONDITIONS :
Store the containers tightly closed.

SUITABLE CONSTRUCTION MATERIAL :
PVC, Stainless Steel 316L, Hastelloy C-276, MDPE (medium density polyethylene), Nitrile, Plexiglass, Kalrez, EPDM, TFE, Alfax, Teflon, HDPE (high density polyethylene), Neoprene, Aluminum, Polypropylene, Polyethylene, Carbon Steel C1018, Stainless Steel 304, Compatibility with Plastic Materials can vary; we therefore recommend that compatibility is tested prior to use.

UNSUITABLE CONSTRUCTION MATERIAL :
Copper, Mild steel, Brass, Nylon, Buna-N, Natural rubber, Polyurethane, Hypalon, Viton, Ethylene propylene

| 8. | EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|---|

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are shown below.

ACGIH/TLV :
Substance(s)
   2-Butoxyethanol          TWA: 20 ppm , 97 mg/m3

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
3 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 34 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                    **BP-HZN-CEC 019592**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**          **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

Propylene Glycol
OSHA/PEL :
Substance(s)
    2-Butoxyethanol          TWA: 25 ppm , 120 mg/m3  (Skin)

Propylene Glycol
AIHA/WEEL :
Substance(s)
For propylene glycol, an 8 hour TWA of 10 mg/m3 (aerosol) and 50 ppm (total).

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended. A suitable filter material depends on the amount and type of chemicals being handled. Consider the use of filter type: Multi-contaminant cartridge (Gold)  with a Particulate pre-filter (Purple). In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used. If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Neoprene gloves, Nitrile gloves, Butyl gloves, PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure is:  Low

| 9. | PHYSICAL AND CHEMICAL PROPERTIES |
|----|----------------------------------|

| | |
|---|---|
| PHYSICAL STATE | Liquid |
| APPEARANCE | Clear  Amber |
| ODOR | Mild |
| SPECIFIC GRAVITY | 0.98 - 1.02 |
| DENSITY | 8.2 - 8.5 lb/gal |

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
4 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 35 of 41 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                                    **BP-HZN-CEC 019593**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use
Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**　　　　　**Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)   CHEMTREC

| | |
|---|---|
| SOLUBILITY IN WATER | Complete |
| pH (100 %) | 6.1 |
| VISCOSITY | 160 cst @ 32 °F / 0 °C |
| POUR POINT | < -40 °F / < -40 °C |
| BOILING POINT | 340 °F / 171 °C |
| VAPOR PRESSURE | < 5 mm Hg @ 100 °F / 38 °C Same as water |
| EVAPORATION RATE | 0.1 |

Note: These physical properties are typical values for this product and are subject to change.

| 10. | STABILITY AND REACTIVITY |
|---|---|

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Freezing temperatures.

MATERIALS TO AVOID :
None known

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:　　　　Oxides of carbon

| 11. | TOXICOLOGICAL INFORMATION |
|---|---|

No toxicity studies have been conducted on this product.

SENSITIZATION :
This product is not expected to be a sensitizer.

CARCINOGENICITY :
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP) or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION :
Based on our hazard characterization, the potential human hazard is: High

| 12. | ECOLOGICAL INFORMATION |
|---|---|

ECOTOXICOLOGICAL EFFECTS :

No toxicity studies have been conducted on this product.

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
5 / 10

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 36 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**　　　　　　　　　　　　　　　　　　**BP-HZN-CEC 019594**



| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 18**<br>Dispersant Use<br>Plan |
|---|---|

| **Material Safety Data Sheet – Corexit 9527 (Cont'd)** | **Figure 18-10** |
|---|---|



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
|---|
| **COREXIT® EC9527A** |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)    CHEMTREC |

ACUTE FISH RESULTS :

| Species | Exposure | LC50 | Test Descriptor |
|---|---|---|---|
| Turbot | 96 hrs | 50 mg/l | |

Rating :

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM , provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models. If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
|---|---|---|
| <5% | 10 - 30% | 70 - 90% |

The portion in water is expected to be soluble or dispersible.

BIOACCUMULATION POTENTIAL
Component substances have a low potential to bioconcentrate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Moderate
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

| **13.** | **DISPOSAL CONSIDERATIONS** |
|---|---|

If this product becomes a waste, it is not a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261, since it does not have the characteristics of Subpart C, nor is it listed under Subpart D.

As a non-hazardous waste, it is not subject to federal regulation. Consult state or local regulation for any additional handling, treatment or disposal requirements.  For disposal, contact a properly licensed waste treatment, storage, disposal or recycling facility.

| **14.** | **TRANSPORT INFORMATION** |
|---|---|

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

For Packages Less Than Or Equal To 119 Gallons:
            Proper Shipping Name :                PRODUCT IS NOT REGULATED DURING
                                                                       TRANSPORTATION

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
6 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 37 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019595**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**          **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

For Packages Greater Than 119 Gallons:

| | |
|---|---|
| Proper Shipping Name : | COMBUSTIBLE LIQUID, N.O.S. |
| Technical Name(s) : | 2-BUTOXYETHANOL |
| UN/ID No : | NA 1993 |
| Hazard Class - Primary : | COMBUSTIBLE |
| Packing Group : | III |
| Flash Point : | 72.7 °C / 163 °F |

AIR TRANSPORT (ICAO/IATA) :

Proper Shipping Name :          PRODUCT IS NOT REGULATED DURING
                               TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

Proper Shipping Name :          PRODUCT IS NOT REGULATED DURING
                               TRANSPORTATION

---

**15.    REGULATORY INFORMATION**

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, none of the substances in this product are hazardous.

CERCLA/SUPERFUND, 40 CFR 117, 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following indicated EPA hazard categories:

| | |
|---|---|
| X | Immediate (Acute) Health Hazard |
| X | Delayed (Chronic) Health Hazard |
| X | Fire Hazard |
| | Sudden Release of Pressure Hazard |
| | Reactive Hazard |

---

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087
(281)263-7000
7 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 38 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                                **BP-HZN-CEC 019596**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**      **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous substances.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product contains the following substance(s), (with CAS # and % range) which appear(s) on the List of Toxic Chemicals

| Hazardous Substance(s) | CAS NO | % (w/w) |
|---|---|---|
| Glycol Ethers | | 0.0 - 0.0 |

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b) Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
None of the substances are specifically listed in the regulation.

CLEAN AIR ACT, Sec. 111 (40 CFR 60, Volatile Organic Compounds), Sec. 112 (40 CFR 61, Hazardous Air Pollutants), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
This product contains the following substances listed in the regulation:

| Substance(s) | Citations |
|---|---|
| • 2-Butoxyethanol<br>• Propylene Glycol | Sec. 111 |

CALIFORNIA PROPOSITION 65 :
This product does not contain substances which require warning under California Proposition 65.

MICHIGAN CRITICAL MATERIALS :
None of the substances are specifically listed in the regulation.

STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

| | |
|---|---|
| 2-Butoxyethanol | 111-76-2 |
| Propylene Glycol | 57-55-6 |

NATIONAL REGULATIONS, CANADA :

WORKPLACE HAZARDOUS MATERIALS INFORMATION SYSTEM (WHMIS) :
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.

WHMIS CLASSIFICATION :
D2B - Materials Causing Other Toxic Effects - Toxic Material

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087
(281)263-7000
8 / 10

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 39 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                          **BP-HZN-CEC 019597**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 18**
Dispersant Use Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**     **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA) :
The substances in this preparation are listed on the Domestic Substances List (DSL), are exempt, or have been reported in accordance with the New Substances Notification Regulations.

| 16. | OTHER INFORMATION |
|-----|-------------------|

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product. Based on our recommended use of this product, we have characterized the product's general risk. This information should provide assistance for your own risk management practices. We have evaluated our product's risk as follows:

* The human risk is: Low

* The environmental risk is: Low

Any use inconsistent with our recommendations may affect the risk characterization. Our sales representative will assist you to determine if your product application is consistent with our recommendations. Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information. The product is to be used in applications consistent with our product literature. Individuals handling this product should be informed of the recommended safety precautions and should have access to this information. For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations. Please consult your local sales representative for any further information.

REFERENCES

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva: World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH, (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

**Nalco Energy Services, L.P.** P.O. Box 87 · Sugar Land, Texas 77487-0087
(281)263-7000
9 / 10

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 18, Page 40 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 18
Dispersant Use
Plan

**Material Safety Data Sheet – Corexit 9527 (Cont'd)**          **Figure 18-10**



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

Ariel Insight# (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By :  Product Safety Department
Date issued :  02/20/2004
Version Number :  1.6

**Nalco Energy Services, L.P.** P.O. Box 87 • Sugar Land, Texas 77487-0087
(281)263-7000
10 / 10

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 18, Page 41 of 41 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**Confidential Treatment Requested**

**BP-HZN-CEC 019600**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 19
In-Situ Burning
Plane

## 19. IN-SITU BURNING PLAN

### Introduction

The primary objective of oil spill response is to remove as much oil as possible from the water as quickly as possible in order to mitigate impact to near shore and shoreline habitats. Open water in-situ burning of oil may be the most rapid response technique and must be considered as a primary alternative response technology for large incidents (Sector New Orleans ACP). *In-Situ* burning offers the potential to rapidly convert large quantities of oil into primary combustion products with a small per centage o f ot her unbur ned and residual by products. This offers the potential o f accelerating cleanup of spilled petroleum on the water surface and reducing the risk of petroleum-related impacts on environmentally sensitive areas.

The effective use of *in-situ* burning requires a specific set of operational, environmental, and oil spill (slick) conditions in addition to governmental procedures that must be adhered throughout the burning process. BP has procedures in place to provide guidance in seeking approval to implement an *in-situ* burn. The following describes specific information related to application forms and checklists that must be co mpleted and f iled with appropriate governmental a gencies prior to receiving approval.

### A. *In-Situ* Burning Equipment

The primary *in-situ* burn equipment providers that may be utilized by BP are listed below:

| Owner/Location | Equipment | Contact Number(s) |
|---|---|---|
| TX General Land Office<br>Nederland, TX<br>Corpus Christi, TX | 500' 24" Fire Boom<br>1,000' 24" Fire Boom | (800) 832-8224 (24hr)<br>(409) 727-7481 (O)<br>(361) 825-3300 (O) |
| Crucial Inc.<br>Gretna, LA | 500' 30" Fire Boom | (504) 347-9292 |
| MSRC<br>Miami, FL | 500' 30" Fire Boom | (305) 347-2200 |
| CCA<br>Clean Caribbean & Americas<br>Ft. Lauderdale, FL | 1,650' 30" Fire Boom | (954) 983-9880 |
| MSRC (Available for purchase) | 500' 43" Fire Boom<br><br>500' 43" Fire Boom<br><br>900' 43" Fire Boom | (800) OIL SPILL<br><br>(800) 259 6772 |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 19, Page 1 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 19**
In-Situ Burning
Plane

**B.** *In-Situ* **Burning Procedures**

The following procedural items should be considered during activities to initiate a potential burn operation. Regulatory authorities will be concerned with both the general actions as well as those related to actual ignition. *In-Situ* burn operations are only allowed under the direction of a trained fire ecologist/practitioner utilizing safe fire management techniques to control and contain the burn while preventing accidental ignition of adjacent areas.

| | *In-Situ* **Burn General Procedures** |
|---|---|
| a. | The PSC will initiate activities to complete required *in-situ* burn applications (refer to **Figures 19-3**). The application procedure will continue regardless of spill location or weather conditions (i.e., sea state) during the application period. |
| b. | The PSC will contact the Federal On-Scene Coordinator (FOSC) to inform them of BP's intent to seek approval to conduct *in-situ* burn operations at specified location(s). |
| c. | The PSC will submit an *In-Situ* Burn Site Safety Plan to the FOSC for approval prior to *in-situ* burn operations. |
| d. | Incident Commander will review and approve the *In-Situ* Burn application (see **Figure 19-3**). |
| e. | The PSC will submit the *In-Situ* Burn application to the FOSC as soon as possible or within the first several hours after a major spill event has been reported. |
| f. | The PSC will place professional *in-situ* burn consultants and contractors on standby during the approval decision process by appropriate governmental agencies. |
| g. | In the event the application is denied, the PSC will stand-down the consultants and contractors that were on standby alert. |
| h. | In the event the application is approved, the PSC will initiate mobilization of necessary equipment and personnel to conduct *in-situ* burn operations. |
| i. | On site visual monitoring will be coordinated with the FOSC. |
| j. | The final decision to ignite oil will be coordinated through the FOSC and will be based on a USCG Decision Flowchart (see **Figure 19-1** for modified version). |
| k. | The ability to contain, control and extinguish the *in-situ* burn fire is a pre-requisite prior to ignition. |
| l. | The PSC will coordinate and liaise with the FOSC concerning sampling the burn residue. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 2 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019602**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 19
In-Situ Burning
Plane

## In-Situ Burn General Procedures (Cont'd)

| | |
|---|---|
| m. | The PSC will initiate mobilization of mechanical recovery equipment on-scene backup and complimentary response capability |
| n. | The PSC will initiate provisions for collection and disposal of burn residue following the burn(s). |

## In-Situ Burn Ignition Procedures

| | |
|---|---|
| a. | Contractor personnel involved in *in-situ* burn operations will receive and complete required classroom and practical hand-on training that is appropriate for the level of responsibility assigned. |
| b. | Ensure adequate communication systems are in place between boom-towing and auxiliary vessels as well as between vessels and aerial support fixed wing and rotor aircraft. |
| c. | Position all involved personnel upwind or crosswind from the intended target slick prior to ignition. |
| d. | When oil is contained within fire boom, personnel and equipment will remain at a safe operating distance in the event of a premature ignition or an unexpected explosion. |
| e. | Towing lines will be substantial in order to provide an added measure of safety regarding distance from the burn and additional reaction time that may be required based on the circumstances. |
| f. | Request USCG to issue a "Notice to Mariners" at time and location of burn(s). |
| g. | Ignition systems must be released from a safe distance. |
| h. | Request FAA to issue a "No Fly Zone" for time and date of burn. |
| i. | Ignition systems include:<br>i) Floating flare type igniters released from vessels a safe distance upstream and upwind of the target;<br>ii) Helitorch with gelled fuel may be released from fixed wing or rotor aircraft at "safe" heights; and<br>iii) Flare guns fired from vessels at a "safe" distance. |
| j. | Burning agents, which are highly flammable, oil soluble liquids are considered a burning aid that may be utilized in the event of substantially weathered oil. Burning agents insulate the oil from the water and allows the oil to burn continuously. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 19, Page 3 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019603**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 19
In-Situ Burning
Plane

## C. Environmental Effects

The environmental effects of *in-situ* burn operations include, but are not limited to, the following:

| *Environmental Effects* |
|---|
| a. Burning oil produces a visible smoke plume containing smoke particulates, residue, and other products of combustion. The potential plume caused by the burn will not expose unprotected populations to more than 150 UG/m$^3$ of particulates, and the resulting plume and heat will not result in greater impact to sensitive wildlife resources than the oil itself. |
| b. A crust or residue remains after the burn which may pose a risk of exposure to wildlife resources. |
| c. Plant cover may be reduced during inshore burns resulting in the need to implement short-term erosion control measures. |
| d. Inshore burn sites may need protection from overgrazing due to herbivores attracted to new growth. |
| e. Prolonged flooding of a burned wetland may kill surviving plants in the event they are completely submerged. |
| f. Contamination at the sea surface may affect certain unique populations as well as organisms that use surface layers of the water column to spawn or feed. |
| g. Inshore burn sites increase the potential for oil penetration into the substrate when standing water is not present. |
| h. Inshore burn sites may sustain long-term impact(s) to vegetation in the event fire temperatures are too hot and/or water levels too low which may kill the root systems. |
| i. Some animal species (i.e. gastropods on clean vegetation) may not be capable of escaping the burn area. |
| j. Heavy fuel oils may produce residues that are difficult to remove from the environment. Burning of muddy substrates may alter their physical properties which will degrade their biological productivity. |
| k. Heavy accumulations of oil should be removed by mechanical methods to reduce long-term impact to vegetation and wildlife |
| l. Effects of burns conducted in wetland areas differ because of wetland types, plant species, composition, environmental parameters, and the tolerances of the system to physical and chemical disturbances. |
| m. Temperature and air quality effects will be localized and short lived. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 19, Page 4 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019604**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 19
In-Situ Burning
Plane

---

**Environmental Effects (Cont'd)**

n.  Recovery of wetland vegetation is dependent upon season of burn, type of vegetation, and marsh water level.

o.  On-water burn residues may sink while on-land residues for crude and heavy oils may require removal from the environment. These should be disposed of appropriately.

**D.  Safety Provisions**

Primary Safety issues to be considered are as follows:

| | |
|---|---|
| • | OSHA training requirements |
| • | Personnel health hazards from product (exposure limits, decontamination procedures, etc.) |
| • | Personnel physical safety hazards |

BP has identified areas of awareness and concern from a Safety perspective. The following address the major areas of concern:

| | |
|---|---|
| • | Fire hazards – maintain safe distance; ensure proper containment, etc. |
| • | Ignition hazards – maintain communication and coordination; ensure equipment is in good condition and used properly |
| • | Vessel safety – maintain communication and vessel position |
| • | Boom handling – ensure proper training and sufficient towing lines |
| • | Communications – ensure adequate communications between personnel, vessels, and aerial support |
| • | Training – prior training on procedures, and PPE, including respiratory equipment |
| • | Personnel exposure – be aware of wind direction, combustion plume, and residual oil contamination |

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 5 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## E.  Conditions for Use

*In-Situ* burning should be considered when physical removal of oil is not possible or is insufficient for protecting valuable resources, including endangered species. The method of removal must not cause or increase environmental impacts compared with damages from spilled oil. Favorable conditions for in-situ burning include, but are not limited to the following:

| | |
|---|---|
| • | Remove as much oil as possible in the shortest amount of time to limit spreading to sensitive areas or over large areas. |
| • | In the event site access is limited by shallow water, soft substrates, thick vegetation, or the remoteness of location. |
| • | Reduce the generation of oily wastes, especially where transportation and/or disposal options are limited. |
| • | When other methods lose their effectiveness or become too intrusive. |
| • | Use on land where heavy oil exists at sites neither amenable nor accessible to physical removal |
| • | Use at remote, sparsely populated sites at least 3 miles from populated areas. |
| • | Use at sites with fresh crude or light/intermediate products that promote efficient burning. |
| • | Areas void of vegetation (i.e.: dirt roads, ditches, dry stream beds, idle cropland). |
| • | Sites with herbaceous vegetation. |
| • | Wetland areas with a minimum water level of 1" cover the substrate or with soils 70% saturation. |
| • | Oil layers thick enough to support combustion. Layers thinner than 1-2 mm loses too much heat to the water and cannot support combustion. |
| • | Wind speed below 20 knots and wave height below 3 feet. |
| • | A water level in wetlands and mud habitats will minimize the impact to sediment and roots. |
| • | Water-in-oil emulsion may not contain more than 30%-50% water to ignite and support combustion. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 6 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| | | |
|---|---|---|
| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 19**<br>In-Situ Burning<br>Plane |

## F.   Decision Processes

The most important factors in the decision to pursue *in-situ* burning are the location of the spill and the current on-site weather (especially wind direction).

A minimum oil thickness of 2-3 mm is required. Once oil has spread and thickness approaches the 1-2 mm range, heat loss to the water under the oil prevents combustion. Oil on open water tends to spread rapidly to achieve its maximum pool radius or equilibrium thickness. Light crude oils will spread to approximately 0.01 to 0.1 mm, while heavy oils will spread to 0.05-0.5 mm in thickness within hours. Consequently, oil must either be burned almost immediately after a spill, or the surface thickness must be increase using fire-retardant boom.

The authority to authorize *in-situ* burning provided to the USCG FOSC may not be delegated. The following three zones have been established to specify pre-authorized locations and conditions under which burning may occur:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 7 of 16 Pages
© The Response Group 06/2009



| **BP** | **Section 19** |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | In-Situ Burning Plane |

1. **"A" Zones – Pre-Authorization for Open Water Burning**

   An "A" Zone i s defined as any ar ea i n t he R RT-6 region ex clusively under f ederal jurisdiction, and no t cl assified as a "B" or "R" Zone. The "A" Zone i s at l east **3 miles seaward** of any state coastline and seaward of any state waters, or as designated by separate "Letters of Agreements" with individual states and federal agencies. In the event that state jurisdiction extends beyond **3 miles from a state shoreline**, pre-approval for the "A" Zone applies only to areas outside state jurisdiction.

2. **"B" Zones – Waters Requiring Case by Case Approval**

   A "B" Zone is defined as any area in the RRT-6 region under state or special management jurisdiction which is not classified as an "A" or "R" Zone. "B" Zones are areas located:

   | | |
   |---|---|
   | • | Within state waters; |
   | • | Within waters less than 30 feet in depth that contain living reefs; |
   | • | Waters designated as a m arine reserve, N ational M arine Sanctuary, National or State Wildlife Refuge, unit of the National Park Service, proposed or designated critical habitats; and |
   | • | Mangrove ar eas, or coastal w etlands which i ncludes submerged algal beds and submerged sea grass beds. |

3. **"R" Zones – Exclusion Zones**

   An "R" Zone is defined as any area in the RRT-6 region falling under state or special management jurisdiction which is not classified as an "A" or "B" Zone. The "R" Zone is that area designated by the RRT-6 as an exclusion zone. No *in-situ* burning operations will be conducted in the "R" Zone unless:

   | | |
   |---|---|
   | • | *In-Situ* burning i s necessary t o pr event or m itigate a r isk t o human health and safety; and/or |
   | • | An emergency modification of this agreement is made on an incident specific basis. |

   RRT-6 currently has not designated any areas as "R" Zones. However, the right is retained to include areas for exclusion at a future point in time if warranted.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 19, Page 8 of 16 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                              BP-HZN-CEC 019608



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Once the decision has been made to pursue an *in-situ* burn, a clear procedure must be followed which leads to the decision of whether or not to initiate the burn. See **Figure 19-1**, *In-Situ* Burn Decision Flow Chart, for a description of this process. Additionally, completion of **Figure 19-2**, *In-Situ* Burn Pre-Ignition Checklist, is an important piece to ensuring that the correct and safe decision is made prior to ignition.

**G.   Approval Procedures and Forms**

Ultimate approval to initiate an in-situ burn will reside with the Federal On-Scene Commander (FOSC). In order to ensure the proper decision is made, those in the decision making process require particular information related to the incident as well as independent factors such as weather and local human and wildlife populations. Completion of **Figure 19-3**, In-Situ Burning Plan, will provide the requisite information in an approved format.

Additional information regarding in-situ burn decisions, approval, safety, associated equipment, and conditions of use is retained as part of BP's pre-planned response material housed in its licensed version of the Incident Action Planning software (©1997-2004 dbSoft, Inc.) supported by The Response Group (see **Figure 7-5**).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 9 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

bp

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 19**
In-Situ Burning
Plane

**BP *In-Situ* Burn Decision Flow Chart**                    **Figure 19-1**

**Oil Spill**

↓ **Yes**

**Oil Type/Amount & Conditions**
- Emulsification (<50% water)?
- Volume (<50bbl/Bum)?
- Thickness (At least 1/10", Prefer >½")?

→ **No**

↓ **Yes**

**Environmental Conditions**
- Wind (<20-25 mph)?
- Waves (<2-3 ft, shore period waves)?
- Debris (tolerable if booms to be used)?
- Visibility (ceiling >500': horiz – ½–1 ml)?
- Rain (none to moderate for ignition)?

→ **No**

↓ **Yes**

**Proximity Information**
- Spill source: If ignited, can accidental ignition be avoided?
- Facilities/Vessels/Shoreline: Can ignition and complete burn be conducted at a safe distance?
- Burn Plume: Is the burn plume unlikely to drift toward populated areas within 3 miles?
- On-site operations: Is the burn possible without interference with on-site workers and other response activities?
- Does on-site survey and consultations with natural resource specialists indicate no species of concern in burn area?

→ **No**

↓ **Yes**

**Personnel/Equipment Availability**
- Are adequate fire boom/tow boats and igniters available?
- Is adequate helicopter monitoring equipment available?

→ **No**

↓ **Yes**

**Timing**
- Can notices to mariners, aircraft and population be issued in time?
- Can personnel & equipment mobilize in time?
- Can authorization be secured in time?

→ **No**

↓ **Yes**

**Do any of these factors change over time?** → **Yes**

↓ **No**

## DO NOT BURN

↑ **No**

**Is this an on-going (continuing) Spill?** → **Yes**

**IGNITE OIL & BURN**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 10 of 16 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    BP-HZN-CEC 019610



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 19**
In-Situ Burning
Plane

| *In-Situ* Burn Pre-Ignition Checklist | **Figure 19-2** |
|---|---|

| Yes | No | *In-Situ* Burn Pre-Ignition Checklist |
|:---:|:---:|---|
| ☐ | ☐ | Is Fire Ecologist/Practitioner onboard? |
| ☐ | ☐ | Have all burn personnel completed required training? |
| ☐ | ☐ | Are communication systems adequate and working properly: |
| ☐ | ☐ |     Between vessels? |
| ☐ | ☐ |     Between vessels & aircraft? |
| ☐ | ☐ | Are all involved personnel upwind or crosswind of target? |
| ☐ | ☐ | Is there safe distance between fire boom and personnel on board towing boat(s)? |
| ☐ | ☐ | Are towing lines sufficient to safely separate from boat crews from burn? |
| ☐ | ☐ | Are ignition systems released from a safe distance? |
| | | Ignition system type: |
| ☐ | ☐ |     Floating flare type igniter – Boat |
| ☐ | ☐ |     Helitorch – Aircraft |
| ☐ | ☐ |     Flare guns |
| ☐ | ☐ | Are burning agents required? |
| ☐ | ☐ | Have all approvals been received from the federal, state and local entities? |
| ☐ | ☐ | Has "Notice to Mariners" been issued by the FAA? |
| ☐ | ☐ | Are all personnel briefed and familiar with the plan? |
| ☐ | ☐ | Are all vessels and aircraft aware of burn trajectory and ignition time? |
| ☐ | ☐ | Are monitoring personnel on scene or enroute? |
| ☐ | ☐ | Is the weather (sea state) acceptable? |
| ☐ | ☐ | Is the fire control vessel in place? |
| ☐ | ☐ | Are support vessels available? |
| ☐ | ☐ | Has the decision to ignite been coordinated through the FOSC? |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 11 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Section 19**<br>In-Situ Burning<br>Plane |
|---|---|

| *In-Situ* Burning Plan | **Figure 19-3** |
|---|---|

| *IN-SITU* BURNING PLAN |
|---|

This checklist is provided as a summary of important information to be considered by the Unified Command in reviewing any request to conduct *in-situ* burning in response to an oil spill in the waters of the Gulf of Mexico. This Burning Plan is divided into several sections of information about the spill, weather, oil behavior and proposed Burning Plan. It is intended that this Burning Plan be filled in to help the Unified Command determine the feasibility of *in-situ* burning for the immediate situation. This Burning Plan, in conjunction with the Monitoring Plan, will serve as the Post Burn Operations Report.

| **SPILL DATA**<br>(Responsible Party to complete and submit to Unified Command) | **DATE & TIME OF PLAN** |
|---|---|

DATE AND TIME OF THE INCIDENT:

LOCATION OF THE INCIDENT:

| LATITUDE: | LONGITUDE: |
|---|---|

DISTANCE IN MILES AND DIRECTION TO NEAREST LAND:

DISTANCE IN MILES AND DIRECTION TO THE NEAREST POPULATION CENTER(S):

TYPE AND QUANTITY/VOLUME:

RELEASE STATUS: ☐ Continuous, at estimated rate of: _____
☐ Intermittent, at estimated rate of: _____
☐ One time only, flow now stopped. Est quantity – bbls: _____

EMULSIFICATION STATUS:
Is product easily emulsified? ☐ Yes ☐ No ☐ Uncertain
Is product emulsified upon release? ☐ Yes ☐ No ☐ Uncertain
IF EMULSIFIED: ☐ Lightly (0-20%) ☐ Moderate (21-50%)
☐ Heavily (>50%) ☐ Unknown

SURFACE AREA OF SPILL (SQUARE MILES) AS OF DATE/TIME:

IS SOURCE BURNING NOW? ☐ Yes ☐ No

NATURE OF INCIDENT:
☐ Grounding ☐ Transfer Operation ☐ Collision ☐ Pipeline ☐ Explosion
☐ Other (Describe): _____

VESSEL/FACILITY/PIPELINE INVOLVED:

RESPONSIBLE PARTY:

FEASIBILITY FACTORS:
☐ Yes ☐ No   Is the oil being considered for *In-Situ* burning emulsified by less than 60%?
☐ Yes ☐ No   Is the oil thickness >1/10 inch?

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 12 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                        **BP-HZN-CEC 019612**

| BP | Section 19 |
|---|---|
| **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | In-Situ Burning Plane |

## *In-Situ* Burning Plan (Cont'd)

### WEATHER & WATER CONDITIONS

WEATHER: ☐ Sunny   ☐ Partly Cloudy   ☐ Cloudy   ☐ Overcast
☐ Mountain Showers   ☐ Offshore Rain Squalls   ☐ Heavy Rain

WINDS: Date & Time: _____
☐ Onshore Knots: _____ Direction: _____ ☐ Offshore: _____

SEA STATE:   ☐ Calm   ☐ Choppy   ☐ Swell (in feet)
☐ <1 foot   ☐ 1-3 feet   ☐ >3 feet

TIDES:   Low/High_____   Feet (+/-)_____   Date & Time_____
(Forecast)   _____

SURFACE CURRENTS: Speed / Knots _____   Direction / To _____

WATER DEPTH:   ☐ 10-60 feet   ☐ 60-120 feet   ☐ >120 feet

DAYLIGHT HOURS:   Day / Date   Sunrise   Sunset
_____   _____   _____
_____   _____   _____

### WEATHER & WATER 24 HOUR FORECAST

DATE & TIME OF PLAN DEVELOPMENT: _____
FORECASTED WIND SPEED (knots): _____
FORECASTED WIND DIRECTION:   ☐ Onshore   ☐ Offshore
FORECASTED SEA STATE:   ☐ Calm   ☐ Choppy   ☐ Swell (in ft)
☐ <1 ft   ☐ 1-3 ft   ☐ >3 ft

### ESTIMATED SMOKE TRAJECTORY

Describe expected smoke plume trajectory: _____

Is plume expected to impact concentrated human or wildlife populations? ☐ Yes ☐ No

FEASIBILITY FACTORS:
☐ Yes ☐ No   Is the wind speed <25 knots?
☐ Yes ☐ No   Is wave height <2-3 feet?
☐ Yes ☐ No   Is visibility >500 feet vertically and ½ mile horizontally?
☐ Yes ☐ No   Are rain forecasts favorable for ignition?

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush, Environmental Coordinator
Document Administrator: Kristy McNease, GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 19, Page 13 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**   **BP-HZN-CEC 019613**

## *In-Situ* Burning Plan (Cont'd)

| | |
|---|---|
| A. | Location of proposed burn relative to the spill source: |
| B. | Location of proposed burn relative to nearest uncontrolled ignitable slick(s): |
| C. | Location of proposed burn relative to nearest sizeable downwind human population: |
| D. | Location of proposed burn relative to nearest downwind concentrated wildlife population: |
| E. | Potential for reducing visibility at nearby airport(s) or freeway(s): |
| F. | Will radio notification of human populations be required?  ☐ Yes  ☐ No |

1. Proposed ignition method:

    Will burn promoters be used?  ☐ Yes  ☐ No
    Will de-emulsifiers be used?  ☐ Yes  ☐ No

2. Methods proposed for controlling the burn:

    Will fire boom be used?  ☐ Yes  ☐ No

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 14 of 16 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 19
In-Situ Burning
Plane

## *In-Situ* Burning Plan (Cont'd)

3.  PROPOSED BURNING STRATEGY
☐ Controlled burning in fire boom under tow.
☐ Controlled burning of static oil contained within fire boom.
☐ Complete burning of a derelict or hazardous vessel.
☐ Controlled burning of static oil contained in a natural collection site at or near shore.
☐ Disposal of oiled debris by controlled burning in remote areas.
Other: _____
_____

G.  Estimated amount of oil to be burned:

H.  Estimated duration of Burn Operations (hours):

I.  Method of collecting burned residue:

J.  Proposed storage and disposal of burned oil residue:

FEASIBILITY FACTORS

☐ Yes  ☐ No   Can ignition and a complete burn occur at a safe distance from other response operations and public, recreational and commercial activities?

☐ Yes  ☐ No   Is the smoke plume unlikely to impact areas of concentrated human or wildlife populations?

☐ Yes  ☐ No   Are adequate fire boom, tow boats and igniter resources available?

☐ Yes  ☐ No   Are adequate notice to be given to mariners, aircraft pilots and the general public?

☐ Yes  ☐ No   Can necessary personnel and equipment be mobilized during the *in-situ* burning window of opportunity?

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 15 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

bp

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 19**
In-Situ Burning
Plane

## *In-Situ* Burning Plan (Cont'd)

Plan Number: _____

Date: _____

Operational Period: _____

To: _____

### FEDERAL OSC

☐ APPROVED              ☐ NOT APPROVED

_____
Signature

Typed Name & Title:

_____

COMMENTS:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 19, Page 16 of 16 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019616**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 20. ALTERNATIVE CHEMICAL & BIOLOGICAL RESPONSE STRATEGIES

Oil spill cleanup agents (OSCA's) are defined as any chemical or other substance used for removing, dispersing, or cleaning up oil or residual petroleum products in or on the waters of states or shorelines. This category of substances include: surface washing agents, shoreline cleaners, dispersants, gelling agents, herding agents, emulsifiers, de mulsifiers, chemical booms, and bioremediants. The best known and primary OSCA is bioremediation which is defined as a treatment technology that enhances existing biological processes to accelerate the decomposition of petroleum hydrocarbons and some hazardous wastes.

The National Contingency Plan (NCP) authorizes the use of biological and chemical agents for the dispersion and/or abatement of oil spills. However, the product must be listed on the NCP Product Schedule.

The Responsible Party (RP), having firsthand information concerning the released material, may request FOSC approval for the use of bioremediation or the application of a bioremediation enhancing agent within the jurisdiction of RRT IV and VI. The pre-designated FOSC provided by the USCG and EPA will forward a Bioremediation Use Authorization Form (filled out by RP) to RRT IV/VI personnel as well as consulting with the impacted Natural Resource Trustees. The RP may initiate a bioremediation after approval and concurrence from RRT IV and VI.

In the event alternate chemical or biological response activities are unequivocally mandated by spill events/conditions, BP personnel will follow the application process outlined in the Region IV RRT Bioremediation Spill Response Plan. However, it should be noted that BP Company does not foresee bioremediation or other alternate chemical response strategies as a necessary response countermeasure for spills that enter or threaten the waters of RRT Region IV or Region VI.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 20, Page 1 of 1 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019617**

BP-HZN-CEC 019618



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 21
Documentation

## 21. DOCUMENTATION

**A. Documentation Overview**

Concise, detailed documentation is an integral function of the Incident Management Team (IMT) during each oil spill incident. Maintenance of complete and accurate records of all events that occur in chronological order is essential for legal requirements, response evaluation, cost minimization, and as a future training guide. Each group within the response organization is responsible for compiling and maintaining adequate records in support of the Documentation Unit Leader. Information received from well-documented spills may be utilized to protect the company's interests and critique spill cleanup and prevention programs. It may be advisable to have a retained historian to document every aspect of the spill response in a written account.

BP's primary means of maintaining written incident documentation will be the creation of an Incident Action Plan.

**B. Documentation Unit Leader (DU)**

Ideally, the Documentation Unit Leader assigned within the Incident Command System (ICS) will have experience with large scale incidents and will also have had the opportunity to follow a documentation package from inception to the point where it is challenged in court. Understanding the types of challenges a spill archive must meet in order to be considered adequate during the Department of Justice (DOJ) portion of the process is critical to the success or failure of the documentation system. Major objectives of the DU are listed below:

| |
|---|
| • Complete initial incident assessment |
| • Establish comprehensive documentation system |
| • Establish effective documentation during demobilization |
| • Establish single, central, comprehensive archive |
| • Complete CERCLA Administrative Record |

Duties of the Documentation Unit Leader may be reviewed in **Figure 4-2**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 21, Page 1 of 6 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019619**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 21**
Documentation

## C. Standard for Records

Standards for response documentation are illustrated below:

| | |
|---|---|
| • | <u>Factual</u>: Response documentation is a record of response activities associated with spill cleanup procedures and not a referendum for analysis, conclusions, speculation, opinions or comments. |
| • | <u>Accuracy</u>: Records which are not accurate are a reflection upon the documentation system and cannot be relied upon. |
| • | <u>Complete</u>: Records must be complete to tell the entire story. |
| • | <u>Clear</u>: Records must be clearly stated to support the company's attempt(s) to recover costs at a later date. |
| • | <u>Concise</u>: Eliminate irrelevant, unnecessary data. |
| • | <u>Identified</u>: Records which include meeting minutes should identify the individual reading them. |
| • | <u>Dated</u>: All entries should include a time and date in order to reconstruct sequences of events at later dates. |

### Privileged Records

In addition to the above, it may be requested that a "privileged record"—on which is not subject to subpoena or discovery in a court of law, is created. Any record of this nature must be clearly marked "Privileged Document".

### Distribution of Records

Records other than privileged records should be retained by the group that created them and a copy distributed either to the Documentation Unit (for non-cost-related documents) or to the Finance Unit (for cost-related documents).

### Destruction of Records

*NO* records whatsoever should be discarded or erased without the prior approval of the Legal Officer.

## D. Essential Documentation

### 1. Daily Log(s)

A log of daily events from each ICS group will be maintained from the time a spill is reported until cleanup operations are completed. Each entry should record the date, time, place, action and signature of any witness(s). The log must be maintained in a secure place.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 21, Page 2 of 6 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019620**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 21**
Documentation

Note:   It m ay be adv isable t o have a co mplete written or t aped r ecord of al l act ions taken during a response a ctivity.  To the de gree possi ble, t he r ecord sh ould be m ade as events occur.

| **a.  Notification Documents** |
|---|
| <ul><li>Date and Time of notification</li><li>Person reporting spill</li><li>Person reporting spill telephone number</li><li>Vessel name (if applicable)</li><li>Location of spill (detailed)</li><li>Date and time of spill</li><li>Type and quantity of material spilled</li><li>Source of spill</li><li>Spill stopped or continuous</li><li>Flow rate</li><li>Response actions in progress and impending</li><li>Areas impacted or threatened</li><li>Weather conditions (sea state, wind direction, etc.)</li><li>Summary of vessel damage</li><li>Summary of personnel/agencies notified and time of notification</li><li>Extent of spill, location and direction</li></ul> |
| **b.  Response Actions** |
| <ul><li>Equipment and manpower</li><li>Response activities, techniques, etc.</li><li>Effectiveness of cleanup activities (daily)</li></ul> |
| **c.   Responsible Party Information** |
| **d.   Conversations With Non-Company Personnel** |
| <ul><li>USCG, EPA, local authorities, etc.</li><li>Media and private sector referred to as Public Affairs</li><li>FOSC – record all orders and directions and have him/her sign to acknowledge</li></ul> |
| **e.   Damages** |
| <ul><li>Property (i.e., boats, other, etc.)</li><li>Human (i.e., injury, fatality)</li><li>Wildlife (i.e., details)</li></ul> |
| **f.   List Of All Persons On-Scene** |
| <ul><li>Officials</li><li>Contractors</li><li>Other(s)</li></ul> |
| **g.  Costs Incurred** |
| <ul><li>Contractors listing of manpower, equipment and materials daily. Charges verified daily by designated representative and contractor to avoid payment discrepancies.</li></ul> |
| **h.   Material Recovered** |
| <ul><li>Illustrates cleanup effectiveness and determines amount to be recovered.</li></ul> |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 21, Page 3 of 6 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 21**
Documentation

## 2.  Types of Files

### a.  Composite Files

Composite files contain a variety of information separated on the basis of time, geographic i nformation, and o ther f actors (i.e., weather; health and s afety, trajectories, at risk habitats, etc.) which may be standardized for a given day.

- Daily composite files
- Weather/Tides/Currents
- Over flight activities
- Daily Incident Action Plan (IAP)
- Public Affairs
- Safety
- Message files
- Correspondence files
- Division Task Force Files
- Zone descriptions
- Shoreline surveys
- Oiling maps
- Daily shoreline cleanup reports
- Final Sign-off Report
- Photographs and miscellaneous

### b.  Subject Files

Subject files contain information generated throughout the response effort under a limited heading (i.e., all reconciliation documents, all property records, etc.)

- Pollution reports
- Legal files (Privileged document, attorney-client communication)
- Property records
- Financial management records
- Over flight results
- Purchase requests
- Disposal manifests
- Agency correspondence
- Salvage and lighting
- Personnel and equipment use documentation
- Trajectory reports
- Contract adm inistration f ile ( i.e., correspondence, invoices, reconciliation documents)
- Fire fighting files
- Personnel files
- Weather and tides
- Incident Action Plans (Daily)
- Cost documentation
- Health a nd s afety ( i.e., S ite Safety Plans, O SHA c orrespondence, accident/injury reports)
- Business/calling cards
- Public affairs

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 21, Page 4 of 6 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019622



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 21**
Documentation

### c.  Legal Files

The Legal Officer may request a proprietary record and file be established which will not b e s ubject t o s uBPoena or di scovery in a  court of l aw in t he event subsequent legal issues involving the spill incident. Files of this nature should be hand-delivered and he ld i n strict control. P rocedures f or establishing l egal files are listed below:

- Archive and segregate documents which may be exempt from release under FOIA (i.e., drafts, privacy act, attorney work product, proprietary information, etc.)
- Review documents selected with Legal Officer.
- Separate non-releasable documents and consolidate into one area.
- Microfilm releasable portion of the archive, if directed.

### d.  Photographic/Video Documentation

Color ph otographic a nd v ideo doc umentation is  produced t o r ecord t he s ource and ex tent  of t he s pill  as w ell as  t he on -going c leanup  effort. The f ollowing information should be recorded at the time each picture/video is taken:

- Name and location of the vessel, facility or site
- Date and time
- Name(s) of photographer and witnesses
- Description of subject
- Reference to outstanding landmarks
- Additionally, legal personnel may request information concerning resolution, camera m ake and m odel, phot ographic  enhancement, et c. A  professional photographer should be retained to produce the photographic and videotape documentation to provide the optimum results. The Documentation Unit Leader will s et u p f iles f or phot ographic and  video documents as w ell as provide copies to appropriate ICS groups.

### e.  Oil Sampling Documentation

Oil s ampling is an i ntegral part of  documenting an oi l s pill c leanup operation in order t o ac curately r ecord t he hi story of  t he s pilled  product and t o m itigate subsequent l egal i ssues w hich m ay ar ise. T he pur pose of  t he doc umentation may a lso pr otect t he c ompany  image,  minimize ex penses and us   e t he documentation l og as  a  bas is f or c ritiquing s pill pr evention a nd c leanup programs. The spilled product may be sampled by a number of involved parties including, bu t not l imited t o, the U SCG and t he R esponsible Party. T he s pilled product should be sampled by taking samples of unspilled oil for reference and spilled oil f or c omparison. Standard ASTM s ampling procedures f or waterborne and s horeside oi ls  must be s trictly f ollowed  when obt aining s amples. T he objectives of oil sampling are listed below:

- Obtain a quantity of oil that makes identification possible (one pint or more)
- Obtain a true representation of the oil
- Properly handle the sample to avoid contamination
- Protect the l egal v alidity of t he s ample i dentity and s ubsequent analysis b y following a continuous chain of custody procedure from sampling to analysis. Notification r ecords will no t be  destroyed without pr ior appr oval f rom t he Legal Officer.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 21, Page 5 of 6 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 21**
Documentation

**E.  National Preparedness for Response Exercise Program (PREP)**

**1.  Criteria for Documentation**
The criteria for proper documentation and self certification of exercises and actual emergencies are primarily derived from the National Preparedness for Exercise Program (PREP) guidelines and 30 CFR § 254.42. An actual response can qualify as an exercise under the program if the required documentation is compiled which includes the following:

| | |
|---|---|
| • | Type of exercise/response |
| • | Date and time of exercise/response |
| • | Description of exercise/response |
| • | Objectives met |
| • | PREP requirements fulfilled |
| • | Lessons learned |

**2.  Incident Documentation**
The criteria for incident documentation vary according to the type of incident involved. Incidents will be documented as listed below:

| | |
|---|---|
| • | The members of the Spill Management Team will record all events and conversations in the pre-prepared unit log books issued to each team member. |
| • | The incident response critique and records of follow-up activities will be maintained by the OOPS. |
| • | The appropriate documentation will be maintained by the OOPS in the event that the incident is a qualifying response under PREP. |
| • | The OOPS Command Post facility maintains all records. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 21, Page 6 of 6 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 22
Prevention Measures
for Facilities Located
in State Waters

## 22. PREVENTION MEASURES FOR FACILITIES LOCATED IN STATE WATERS

NOT APPLICABLE

BP does not own or operate facilities located in state waters. For a complete listing of facilities owned and operated by BP, please see **Appendix A.**

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 22, Page 1 of 1 Pages
© The Response Group 06/2009

Confidential Treatment Requested

Confidential Treatment Requested

BP-HZN-CEC 019626



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix A
Facility
Information

## APPENDIX A – FACILITY INFORMATION

This Oil Spill Response Plan (OSRP) encompasses all facilities operated by BP herein the jurisdiction of the Minerals Management Service (MMS). Information on Federal or State leases and/or pipelines operated by BP is included in Appendix A.

### Rating system for potential worst case discharge:

| Rating | Volume (Barrels) |
|--------|------------------|
| A | 0 - 1,000 |
| B | 1,001 – 3,000 |
| C | 3,001 – 10,000 |
| D | 10,001 – 20,000 |
| E | 20,001+ |

| Table 1 | OCS Production Facilities |
|---------|---------------------------|
| 1 | Provide the 2-letter MMS area designation of the facility (e.g., MP, PS, WC). |
| 2 | Provide the OCS Block No. of the facility (e.g., 25, 251, A-375). |
| 3 | Provide the OCS Lease No. of the facility (e.g., 091, 0425, G 10112). |
| 4 | Provide the facility designation (e.g., No. 2, A, JA). |
| 5 | Provide the 5-digit MMS complex identification number for the facility. |
| 6 | Provide the water depth at the site of the facility in feet. |
| 7 | Provide the latitude and longitude of the facility in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 8 | Provide the distance from the facility to the nearest shoreline in miles. |
| 9 | Provide the API gravity of the densest oil being produced or stores at the facility. |
| 10 | Enter the appropriate worst-case discharge volume rating (e.g., A, B, C, D, or E). |
| 11 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the rate that oil is being produced in barrels per day from an uncontrolled flow of the highest capacity well at the facility. |
| 12 | If "Rating" in column 10 is "E" of if high rate well has a daily flow rate greater than 2,500 barrels, provide the total volume in barrels of all tanks on the facility used for the storage of oil including production (e.g., fuel oil including diesel fuel, corrosion inhibitors). |
| 13 | If "Rating" in column 10 is "E" of if high rate well has a daily flow rate greater than 2,500 barrels, provide the throughput volume in barrels of oil per day of the lease term pipelines that depart the facility. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A,  Page 1 of 15 Pages
© The Response Group 06/2009

# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility
Information

## Gulf of Mexico Facilities Overview Map

**Figure A-1**



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix A, Page 2 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019628**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility
Information

## A. Table 1 – Production Platforms and Structures in OCS Waters          Figure A-2

### Production Platforms and Structures in OCS Waters

| Oper. | Area | Block | Lease | Facility Name | Facility ID[1] | Water Depth | Latitude/Longitude | Distance to Shore | API Gravity | Rating [2] | High Well[3] | All Storage[4] | Thru Volume[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2481 | | | | A-Holstein Spar | 1035 | 4340' | | 119 | 31.0 | E | E | E | N/A |
| 2481 | | | | A-Mad Dog Spar | 1215 | 4420' | | 111.4 | 27.2 | E | E | E | N/A |
| 2481 | | | | Atlantis DC-1 | N/A | 6830' | | 122 | | | N/A | N/A | |
| 2481 | | | | A-Atlantis PQ | 1223 | 7080' | | 124 | | E | E | E | N/A |
| 2481 | | | | Pompano Phase II | N/A | 1865' | | 24.4 | | | | | |
| 2481 | | | | Marlin King West | N/A | 5475' | | 55.9 | | | | | |
| 2481 | | | | Marlin King | N/A | 5235' | | 56.3 | | | | | |
| 2481 | | | | A-Horn Mtn. | 00876-1 | 5400' | | 53.0 | 35.0 | B | E | E | N/A |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 3 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility
Information

### Production Platforms and Structures in OCS Waters (Cont'd)

| Oper. | Area | Block | Lease | Facility Name | Facility ID[1] | Water Depth | Latitude/ Longitude | Distance to Shore | API Gravity | Rating [2] | High Well[3] | All Storage[4] | Thru Volume[5] |
|-------|------|-------|-------|---------------|----------------|-------------|---------------------|-------------------|-------------|------------|--------------|----------------|----------------|
| 2481 | | | | Na Kika Kepler | N/A | 5810' | | 43.0 | | | | | |
| 2481 | | | | Na Kika Ariel | N/A | 5200' | | 48.0 | | | | | |
| 2481 | | | | A-Nakika | 22088 | 6340' | | 52.2 | | | C | E | N/A |
| 2481 | | | | Na Kika Herschel | N/A | 6800' | | 58.9 | | | | | |
| 2481 | | | | Na Kika Fourier | N/A | 6930' | | 61.7 | | | | | |
| 2481 | | | | Na Kika E. Anstey | N/A | 6660' | | 59.7 | | | | | |
| 2481 | | | | | N/A | 6095 | | 33 | 26 | E | N/A | N/A | N/A |
| 2481 | | | | King | #4 | 3283' | | 60.0 | 29 | C | N/A | N/A | N/A |
| 2481 | | | | Thunder Horse DC32 | N/A | 5630' | | 55.2 | | | | | |
| 2481 | | | | Thunder Horse DC33 | N/A | 5610' | | 55.9 | | | | | |
| 2481 | | | | Thunder Horse PDQ | 1101 | 6030' | | 59.4 | 33.0 | N/A | N/A | N/A | N/A |
| 2481 | | | | Thunder Horse DC45 | N/A | 6260' | | 69.1 | | | | | |
| 2481[b] | | | | B | 27014 | 530' | | 85.1 | | | N/A | N/A | N/A |
| 2530 | | | | E | 1093 | 392' | | 15 | | E | N/A | N/A | N/A |
| 2481 | | | | A-Marlin TLP | 235-1 | 3236' | | 55.7 | 43.1 | E | N/A | N/A | 40,972 |
| 2481 | | | | A-Pompano | 24130 | 1290' | | 23.0 | 31.7 | D | 5,253 | N/A | 49,404 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 4 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019630**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Table 2 | OCS Pipelines |
|---|---|
| 1 | Provide the 2-letter MMS area designation and the OCS Block No. of the originating point of the ROW pipeline (e.g., WC 425, HI A-375). |
| 2 | Provide the latitude and longitude of the originating point of the ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 3 | Provide the 2-letter MMS area designation and the OCS Block No. of the terminus of the ROW pipeline (e.g., WC 425, HI A-375). |
| 4 | Provide the latitude and longitude of the terminus of the ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 5 | Indicate whether the ROW pipeline either terminates or originates at the Federal / State boundary (i.e., Yes, No). |
| 6 | Provide the 5-digit MMS Segment No. of the ROW pipeline (e.g., 00006, 01234, 11456). |
| 7 | Provide the OCS ROW No. of the ROW pipeline (e.g., 092, 0436, G 10992). |
| 8 | Provide the length of the ROW pipeline in feet. |
| 9 | Provide the internal diameter of the ROW pipeline in inches. |
| 10 | Provide the API Gravity of the oil being transported by the ROW pipeline. |
| 11 | Indicate whether the ROW pipeline is monitored by a leak detection system (i.e., yes, no). |
| 12 | Provide the throughput volume in barrels of oil per day of the ROW pipeline. |
| 13 | Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles. |
| 14 | Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e., Yes, No). |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix A, Page 5 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019631**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility Information

## B. Table 2 – ROW Pipelines in OCS Waters                    Figure A-3

### ROW Pipelines in OCS Waters

| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 00751 | | | | | No | 13677 | 23445 | 368,508 | 24-28 | 29 | Yes | 500,000 | 67.0 | YES |
| 00751 | | | | | No | 13676 | 23444 | 368,066 | 16-20 | Gas | Yes | Prop | 67.0 | YES |
| 2481 | | | | | No | 15263 | G26918 | 8259 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15264 | G26918 | 8259 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15266 | G26919 | 7985 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15267 | G26919 | 7985 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15269 | G26920 | 8406 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15270 | G26920 | 8406 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15273 | G26921 | 8675 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15274 | G26921 | 8675 | 16 | CSNG | Yes | | | |
| 2481 | | | | | No | 15276 | G26922 | 9231 | 10 | BLOH | Yes | | | |
| 2481 | | | | | No | 15277 | G26922 | 9231 | 16 | CSNG | Yes | | | |
| 00751 | | | | | No | 13674 | 23445 | 111,042 | 24 | 29 | Yes | 365,000 | 117.0 | NO |
| 00751 | | | | | No | 14007 | G24634 | 95,442 | 24 | 29 | Yes | Prop | N/A | YES |
| 00751 | | | | | No | 14008 | G24635 | 93,380 | 16 | Gas | Yes | N/A | N/A | YES |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush, Environmental Coordinator
Document Administrator: Kristy McNease, GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix A, Page 6 of 15 Pages
© The Response Group 06/2009



| | **BP** | | | | | | | | | | | | **Appendix A** |
| | Regional Oil Spill Response Plan – Gulf of Mexico | | | | | | | | | | | | Facility Information |

| ROW Pipelines in OCS Waters | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 2481 | | | | | No | 14055 | G24655 | 45 | 6 | BLKO | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 7 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019633**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility Information

### ROW Pipelines in OCS Waters (Cont'd)

| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
|------|------|------|-----|------|------|------|------|------|------|------|------|------|------|------|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| 2481 | | | | | No | 13359 | G22472 | 206,538 | 10 | Gas | Yes | Gas | 41.0 | YES |
| 2481 | | | | | No | 13360 | G22473 | 184,814 | 12 | Oil | Yes | | 41.0 | YES |
| 2481 | | | | | No | 13384 | G22475 | 85,302 | 8 | 41 | Yes | 22500 | 72.0 | YES |
| 2481 | | | | | No | 13385 | G22475 | 85,302 | 12 | Meth | Yes | N/A | 72.0 | YES |
| | | | | | | 13386 | G22476 | 87,185 | 8 | 41 | Yes | 14500 | 72.0 | YES |
| 2481 | | | | | No | 13387 | G22476 | 87,185 | 12.75 | Glycol H2O | Yes | N/A | 72.0 | YES |
| 2481 | | | | | No | 13814 | G24240 | 53,378 | 05-10 | BLKO | | | | |
| 2481 | | | | | No | 13815 | G24240 | 53,378 | 16 | CSNG | | | | |
| 2481 | | | | No | | 13822 | G24242 | 16,032 | 16 | CSNG | | | | |
| 2481 | | | | | No | 13821 | G24242 | 16,032 | 10 | BLKO | | | | |
| 0751 | | | | | No | 13591 | G23093 | 388,023 | 20-24 | GAS | Yes | N/A | 41.0 | YES |
| 2481 | | | | | No | 13812 | G24241 | 10,084 | 5 | LIFT | | | | |
| 2481 | | | | | No | 13826 | G24243 | 15,824 | 04-05 | LIFT | | | | |
| 2481 | | | | | No | 13788 | G24236 | 41,023 | 05-08 | BLKO | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 8 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility
Information

### ROW Pipelines in OCS Waters (Cont'd)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 2481 | | | | | No | 13789 | G24236 | 41,023 | 12 | CSNG | | | | |
| 2481 | | | | | No | 13799 | G24238 | 61,287 | 08 | BLKG | | | | |
| 2481 | | | | | No | 13802 | G24239 | 61,504 | 08 | BLKG | | | | |
| 2481 | | | | | | 13786 | G23729 | 49,415 | 05-08 | BLKG | | | | |
| 00751 | | | | | No | 13633 | G23429 | 373,166 | 24-28 | 34 | Yes | 416,000 | 17.0 | YES |
| 00751 | | | | | No | 13632 | G23428 | 130,398 | 20 | Gas | Yes | | | NO |
| 00751 | | | | | Yes | 11015 | G16048 | 317,988 | 18 | 34.8 | Yes | 72,000 | 3.0 | NO |
| 02193 Destin PL | | | | | Yes | 11273 | 0176 | 325,867 | 36 | Gas | Yes | Gas | 3 | YES |
| 00751 | | | | | No | 11928 | G20541 | 30,638 | 10 | 45.2 | Yes | 6,016 | 55.6 | NO |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 9 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**BP-HZN-CEC 019635**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Appendix A
Facility
Information

### ROW Pipelines in OCS Waters (Cont'd)

| Oper | 1 From | 2 Latitude/ Longitude | 3 To | 4 Latitude Longitude | 5 F/S Boundary[1] | 6 Segment Number | 7 ROW # | 8 Length (feet) | 9 Size (in) | 10 API Gravity | 11 Leak Detect System | 12 Thru Volume[2] (bbls) | 13 Distance To Shore[3] | 14 Appurt. Platform[4] |
|------|--------|----------------------|------|---------------------|-------------------|------------------|---------|----------------|-------------|----------------|----------------------|-------------------------|-------------------------|------------------------|
| 02193 | | | | | No | 11930 | G20542 | 69,183 | 24 | Gas | Yes | Gas | 45 | YES |
| 00751 | | | | | Yes | 13534 | G23068 | 243,588 | 30 | Oil | Prop | | | |
| 00751 | | | | | No | 12255 | G21257 | 43,895 | 8 | 51.9 | Yes | 823 | 50 | NO |
| 00751 | | | | | No | 10981 | G16032 | 92,525 | 8 | 34.4 | Yes | 14,030 | 65.6 | NO |
| 02193 | | | | | No | 11935 | G20547 | 162,900 | 24 | 58-62 | Yes | 250 | 19 | YES |
| 2481 | | | | | No | 12757 | Lease term ppl | 23,059 | 6 | 51 | Yes | 2000 | 64.0 | YES |
| 2481 | | | | | No | 12758 | Lease term ppl | 23,059 | 6 | 51 | Yes | Gas | 64.0 | YES |
| 0114 | | | | | No | 11765 | G19681 | 115,063 | 10 | Oil | Yes | | | YES |
| 0114 | | | | | No | 11766 | G19682 | 98,270 | 14 | Gas | Yes | | | YES |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 10 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix A**
Facility
Information

| ROW Pipelines in OCS Waters (Cont'd) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Oper | From | Latitude/Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 2367 | | | | | | 13146 | Lease term ppl | 5095 | 6 | Gas | Yes | 4000 | 64.0 | YES |
| 2367 | | | | | No | 13145 | Lease term ppl | 5196 | 6 | Gas | Yes | Gas | 64 | YES |
| 2367 | | | | | No | 13147 | Lease term ppl | 94 | 6 | Serv | Yes | | 64.0 | YES |
| 2367 | | | | | No | 13146 | Lease term ppl | 5095 | 6 | Gas | Yes | Gas | 64.0 | YES |
| 2481 | | | | | No | 10269 | G14680 | 57,557 | 12 | 31.7 | Yes | 49,404 | 26.0 | YES |
| 2481 | | | | | No | 10270 | G14681 | 61,956 | 12 | Gas | Yes | Gas | 27.0 | YES |

[1] Indicate whether the ROW pipeline either terminates or originates at the Federal/State boundary (i.e., Yes or No).
[2] Provide the throughput volume in barrels of oil per day of the ROW pipeline.
[3] Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles.
[4] Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e., Yes or No).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 11 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019637**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Table 3 | Platforms in State Waters |
|---|---|
| 1 | Provide the 2-letter MMS area designation of the State facility (e.g., MP, PS, WC). |
| 2 | Provide the State Block No. of the State facility. |
| 3 | Provide the State Lease No. of the State facility. |
| 4 | Provide the State facility designation. |
| 5 | Provide the State-assigned identification number for the facility. |
| 6 | Provide the water depth at the site of the State facility in feet. |
| 7 | Provide the latitude and longitude of the State facility in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 8 | Provide the distance from the facility to the nearest shoreline in miles. |
| 9 | Provide the API Gravity of the densest oil being produced or stored at the State facility. |
| 10 | Enter the appropriate worst-case discharge volume rating (e.g., A, B, C, D, or E). |
| 11 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the rate that oil is being produced in barrels per day from an uncontrolled flow of the highest capacity well at the facility. |
| 12 | If "Rating" in column 10 is of if high rate well has a daily flow rate greater than 2,500 barrels, provide the total volume in barrels of all tanks on the facility used for the storage of oil including production (e.g., fuel oil including diesel fuel, corrosion inhibitors). |
| 13 | If "Rating" in column 10 is "E" or if high rate well has a daily flow rate greater than 2,500 barrels, provide the throughput volume in barrels of oil per day of the lease term pipelines that depart the facility. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 12 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested                                                          BP-HZN-CEC 019638



## C. Table 3 – Production Platforms & Structures in State Waters — Figure A-4

Not Applicable.

© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Table 4 | Pipelines in State Waters |
|---|---|
| 1 | Provide the 2-letter MMS area designation and the Block No. of the originating point of the State ROW pipeline (e.g., SP 2, EI 21). |
| 2 | Provide the latitude and longitude of the originating point of the State ROW pipeline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 3 | Provide the 2-letter MMS area designation and the Block No. of the terminus of the State ROW pipeline or the point at which the ROW pipeline crosses the coastline (e.g., HI 96, SS 10). |
| 4 | Provide the latitude and longitude of the terminus of the State ROW pipeline (if in State waters) or the point at which the ROW crosses the coastline in degrees and decimal minutes (e.g., 28° 25.35'N, 90°09.08'W). |
| 5 | Indicate whether the ROW pipeline either terminates or originates at the Federal / State boundary (i.e., yes, no). |
| 6 | Provide the State-assigned identification number of the State ROW pipeline, if assigned. |
| 7 | Provide the State-assigned ROW No. of the State ROW pipeline. |
| 8 | Provide the length of the State ROW pipeline in feet. |
| 9 | Provide the internal diameter of the State ROW pipelines in inches. |
| 10 | Provide the API Gravity of the oil being transported by the State ROW pipeline. |
| 11 | Indicate whether the State ROW pipeline is monitored by a leak detection systems (i.e., Yes, No). |
| 12 | Provide the throughput volume in barrels of oil per day of the State ROW pipeline. |
| 13 | Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles. |
| 14 | Indicate whether the ROW pipeline has an associated appurtenance platform(s) (Yes, No). |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 14 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019640



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix A
Facility
Information

## D. Table 4 – ROW Pipelines in State Waters                     Figure A-5

| | ROW Pipelines in State Waters | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Oper | From | Latitude/ Longitude | To | Latitude Longitude | F/S Boundary[1] | Segment Number | ROW # | Length (feet) | Size (in) | API Gravity | Leak Detect System | Thru Volume[2] (bbls) | Distance To Shore[3] | Appurt. Platform[4] |
| 02193 | | | | | YES | --- | --- | 6,893.2 | 16.876 | 34.8 | YES | 72,000 | 3.0 | |

[1] Indicate whether the ROW pipeline either terminates or originates at the Federal/State boundary (i.e., Yes or No).
[2] Provide the throughput volume in barrels of oil per day of the ROW pipeline.
[3] Provide the distance to shore of the point of the ROW pipeline that is nearest to the shoreline in miles.
[4] Indicate whether the ROW pipeline has an associated appurtenance platform(s) (i.e., Yes or No).
[5] State identification numbers are not issued to facilities or pipelines.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix A, Page 15 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                         **BP-HZN-CEC 019641**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

## APPENDIX B – TRAINING INFORMATION

### A. BP OSRC/IC, IMT and QI

BP arranges for annual training for QI/IC and Incident Management Team (IMT) personnel including:

1. Qualified Individuals
2. Incident Commander
3. Operations Section Chief
4. Planning Section Chief
5. Logistics Branch Director
6. Others as necessary

For a listing of the most recent training sessions, see **Figure B-2**.

### B. Training Agenda for IMT Members

Training p rovided i ncludes the ov erall r esponsibility of the IMT as well as individual responsibilities, r eporting pr ocedures, l ocation and i ntended use of av ailable r esponse equipment, deployment strategies, and oil spill trajectory analysis. The training is provided to comply with 30 CFR 254.41(b).

### C. SROT/TRT Training

As specified in 30 CFR Part 254.41, personnel responsible for operating spill response equipment r eceive annual hands -on t raining by actual depl oyment and oper ation of equipment. For a full description of SROT/TRT training, refer to **Figure B-3**.

### D. TRAINING Records

All records of training are maintained at BP's Houston, TX office. Training records are recorded in Virtual Training Assistant. For specific contact information regarding training records for BP, refer to **Figure B-1**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 1 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019642**