

# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

## Training Record Locations                     Figure B-1

| LOCATION OF REQUIRED TRAINING RECORDS | |
|---|---|
| Company name | **BP** |
| Contact Name | Earnest Bush |
| Street Address | 200 Westlake Park Boulevard |
| City, Street, Zip | Houston, Texas 77079 |
| Phone Numbers | 281-366-3237 |

## Training History – Qualified Individuals IMT          Figure B-2

The personnel, given in the table below, undergo annual IMT training under the direction of BP.

| Name | Date | Type of Training |
|---|---|---|
| **Qualified Individual / Incident Commander** | | |
| Hohle, Jeff | 5/18/09 | IMT Section Specific |
| Jackson, Curtis | 5/21/09 | IMT Section Specific |
| Leary, Mick | 5/21/08 | IMT Section Specific |
| McDaniel, Sammy | 5/21/09 | IMT Section Specific |
| Replogle, Dan | 8/1/08 | IMT Section Specific |
| Seilhan, Keith | 11/20/08 | IMT Section Specific |
| Oneto, Rick | 9/15/08 | IMT Section Specific |
| Shero, Winston | 5/21/09 | IMT Section Specific |
| Holt, Charlie | 5/21/09 | IMT Section Specific |
| Imm, Gary | 2/1/09 | IMT Section Specific |
| Mick, Will | 9/15/08 | IMT Section Specific |
| **Operations Section Chief** | | |
| Al Monthiry, Wissam | 5/21/09 | IMT Section Specific |
| Black, Jim | 5/21/09 | IMT Section Specific |
| Frazelle, Andy | 5/19/09 | IMT Section Specific |
| Little, Ian | 5/19/09 | IMT Section Specific |
| O'Donnell, Bill | 5/21/09 | IMT Section Specific |
| Rohloff, James | 5/21/09 | IMT Section Specific |
| Sanders, Robert | 11/07/08 | IMT Section Specific |
| Stead, Damian | 5/21/09 | IMT Section Specific |
| Kirton, Bill | 8/1/08 | IMT Section Specific |
| Littlefield, Burt | 5/21/09 | IMT Section Specific |
| Lowe, Jon | 11/20/08 | IMT Section Specific |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 2 of 12 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

### Training History – Qualified Individuals IMT (continued)     Figure B-2

| Name | Date | Type of Training |
|------|------|------------------|
| **Planning Section Chief** | | |
| Bartlett, Rick  - P | 2/9/09 | IMT Section Specific |
| Jackson, Victor | 5/21/09 | IMT Section Specific |
| Loveland, Richard | 5/21/09 | IMT Section Specific |
| Handyside, Doug | 5/21/09 | IMT Section Specific |
| Johnson, Dennis P. | 5/21/09 | IMT Section Specific |
| Rich, Dave | 5/21/09 | IMT Section Specific |
| Vinson, Graham | 5/21/09 | IMT Section Specific |
| Singh, Pramod | 5/18/09 | IMT Section Specific |
| Waligura, Starlee | 5/20/09 | IMT Section Specific |
| Steel, Bill | 2/1/09 | IMT Section Specific |
| Williamson, Dawn | 5/21/09 | IMT Section Specific |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 3 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                           **BP-HZN-CEC 019644**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

## Training History – MSRC SROT Hands-On Equipment Deployment Training
### Figure B-3

| Equipment Type | Operating Environment (date completed) | | |
|---|---|---|---|
| | River / Canal | Inland | Ocean |
| **2006** | | | |
| SEA SENTRY II | 10/12/2006 | 9/15/2006 | 4/26/2006 |
| TEXAS INTERTIDAL | 2/21/2006 | N/A | N/A |
| Curtain Boom | 5/5/2006 | 2/20/2006 | 10/3/2006 |
| GT - 185 | 2/23/2006 | 10/3/2006 | 10/3/2006 |
| FOILEX 200/250 | 7/1/2006 | 9/21/2006 | 9/21/2006 |
| Queensboro QME-30 | 9/14/2006 | N/A | N/A |
| WP-1 | 5/22/2006 | 2/23/2006 | N/A |
| WALOSEP W4 | 5/3/2006 | 9/21/2006 | 9/21/2006 |
| DESMI OCEAN | 6/12/2006 | 7/2/2006 | 10/16/2006 |
| AARD VAC | 4/8/2006 | N/A | N/A |
| TRANSREC 350 | 6/22/2006 | 7/20/2006 | 4/21/2006 |
| SOREG "STRESS" | 10/12/2006 | 10/12/2006 | 2/24/2006 |
| LORI Brush Pack (FRV) | 3/28/2006 | 6/21/2006 | 10/26/2006 |
| **2007** | | | |
| SEA SENTRY II | 3/28/2007 | 5/16/2007 | 3/2/2007 |
| TEXAS INTERTIDAL | | N/A | N/A |
| Curtain Boom | 5/3/2007 | 2/15/2007 | 3/2/2007 |
| GT-185 | 5/1/2007 | 2/15/2007 | 6/20/2007 |
| FOILEX 200/250 | 4/12/2007 | 4/12/2007 | 4/12/2007 |
| Queensboro QME-30 | 3/16/2007 | N/A | N/A |
| WP-1 | 1/26/2007 | 1/26/2007 | N/A |
| WALOSEP W4 | 2/27/2007 | 2/27/2007 | 2/27/2007 |
| DESMI OCEAN | 2/18/2007 | 3/30/2007 | 3/30/2007 |
| AARD VAC | 4/13/2007 | N/A | N/A |
| TRANSREC 350 | 4/23/2007 | 4/26/2007 | 4/18/2007 |
| SOREG "STRESS" | 3/16/2007 | 4/18/2007 | 4/12/2007 |
| LORI Brush Pack (FRV) | 5/3/2007 | 5/3/2007 | N/A |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 4 of 12 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

## Training History – MSRC SROT Hands-On Equipment Deployment Training (Cont'd)
### Figure B-3

| Equipment Type | Operating Environment (date completed) | | |
| --- | --- | --- | --- |
| | River / Canal | Inland | Ocean |
| *2008* | | | |
| SEA SENTRY II | 1/29/08 | 1/29/08 | 5/20/08 |
| TEXAS INTERTIDAL | 4/2/08 | N/A | N/A |
| Curtain Boom | 3/14/08 | 3/14/08 | N/A |
| GT-185 | 5/27/08 | 5/27/08 | 4/2/08 |
| FOILEX 200/250 | 5/14/08 | 5/14/08 | 7/30/08 |
| Queensboro QME-30 | 6/25/08 | N/A | N/A |
| WP-1 | 5/14/08 | 5/14/08 | N/A |
| WALOSEP W4 | 5/8/08 | 5/8/08 | 5/8/08 |
| DESMI OCEAN | 3/14/08 | 3/14/08 | 5/22/08 |
| AARD VAC | 2/4/08 | N/A | N/A |
| TRANSEC 350 | 4/17/08 | 4/17/08 | 4/10/08 |
| SOREG "STRESS" | 5/20/08 | 5/20/08 | 5/20/08 |
| LORI Brush Pack (FRV) | 7/17/08 | 7/17/08 | N/A |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 5 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019646**



## NRC 2005 Annual Prep Equipment Deployment Summary — Figure B-4

| COTP Zone Name | Contractor Name / OSRO # | Location | NRC Equipment Storage Site | Boom >26" <42" | Boom >42" | Boom 18"-42" | Boom 6" 18" | Skimmer Drum | Skimmer Floating Suction | Skimmer Oleophilic Belt | Skimmer Oleophilic Disk | Skimmer Oleophilic Rope Mop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSO Mobile, | NRC/0016 | Theodore Industrial Canal AL | Mobile AL, NRC OSRB Defender | | | | | | 3 | 1 | 1 | 1 |
| MSO Port Arthur | NRC/0016 | Off Sabine Pass TX | Galveston TX, NRC OSRV Admiral | | | 2000' | | | | | | |
| MSO Mobile | NRC/0016 | Mobile Bay AL | Mobile AL, NRC OSRB Defender | | | | | | 2 | | | 1 |
| MSO Corpus Christi | NRC/0016 | Brown Harbor TX | Corpus Christi TX, NRC OSRB Valiant | 1000' | | | | | | 1 | | |
| MSO Fourchan | NRC/0016 | Offshore | Galveston TX , NRC OSRV Admiral | | 200' | 1200' | | | | 1 | | |
| MSO Fourchan | NRC/0016 | Belle Pass Anchorage | Belle Chase LA | | 100' | | | | | 1 | | |
| MSO Mobile, | NRC/0016 | Theodore Industrial Canal AL | Mobile AL, NRC OSRB Defender | | | 1000' | | | 1 | 1 | | |
| MSO Port Arthur | NRC/0016 | Open Ocean off Sabine Pass | Miami FL, NRC OSRV Sentinel | 1000' | | | | | | | | |
| MSO Mobile, | NRC/0016 | Dauphin Island AL | Memphis TN | | | 100' | | | 1 | | | |
| MSO Mobile, | NRC/0016 | Pascagoula River MS | Memphis TN | | | 100' | | | 1 | | | |
| MSO Port Arthur | NRC/0016 | Lake Charles LA | Belle Chase LA | | | | | | 1 | 1 | | |
| MSO Port Arthur | NRC/0016 | Lake Charles LA | Sulphur LA | | | | | | 1 | | | 1 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 6 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| BP | | | Appendix B |
|---|---|---|---|
| | **BP** Regional Oil Spill Response Plan – Gulf of Mexico | | Training Information |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSO Galveston | NRC/0016 | Galveston Jetty TX | Galveston TX, NRC OSRV Admiral | 100' | | | | | 1 | | |
| MSO Galveston | NRC/0016 | Galveston Jetty TX | Galveston TX, NRC OSRV Admiral | 100' | | | | | 1 | | 1 |
| MSO Galveston | NRC/0016 | Offshore Galveston TX | Galveston TX, NRC OSRV Admiral | 100' | 1300' | | | | 1 | | |
| MSO Galveston | NRC/0016 | Galveston Harbor TX | Galveston TX | 100' | | | | | | | 1 |
| MSO Galveston | NRC/0016 | Offshore Galveston TX | Galveston TX, NRC OSRV Admiral | 100' | 1100' | | | | 1 | | 1 |
| MSO Port Arthur | NRC/0016 | OffShore Sabine Pass TX | Lake Charles LA, NRC OSRV Energy | | 500' | | | | | | |
| EPA region 4 | ES&H/0050 | Worthville KY | N/A | | 1000' | | 1 | | | | |
| EPA Region 6 | ES&H/0050 | Bateman Lake | N/A | | 1000' | | | 1 | | | |
| MSO Morgan City | ES&H/0050 | Point a la Hache LA | N/A | | 1000' | | | 1 | | | |
| MSO Morgan City | ES&H/0050 | 4 League Bay LA | N/A | | 1000' | | 1 | | | | |
| MSO Morgan City | ES&H/0050 | Lake Boudreaux LA | N/A | | 1000' | | 1 | | | | |
| MSO Morgan City | ES&H/0050 | West Lake LA | N/A | | 1000' | | | 1 | | | |
| MSO Morgan City | ES&H/0050 | Lake Charles LA | N/A | | 1000' | | 1 | | | | |
| MSO New Orleans | ES&H/0050 | Grande Isle LA | N/A | | 1000' | | 1 | | | | |
| MSO New Orleans | ES&H/0050 | Pilot Town LA | N/A | | 1000' | | 1 | | | | |
| MSO New Orleans | ES&H/0050 | Venice LA | N/A | | 1000' | | 1 | | | | |
| MSO New Orleans | OMI/0012 | Cox Bay LA | N/A | | 14000' | | 3 | 3 | 1 | 2 | |
| MSO Port Arthur | OMI/0012 | Sabine Pass TX | N/A | | 5300' | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 7 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**

**Regional Oil Spill Response Plan – Gulf of Mexico**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSO Houston | OMI/0012 | Houston TX | N/A | | | 1200' | | 1 | | 1 | |
| MSO Morgan City | OMI/0012 | Weeks Island LA | N/A | | | 800' | | 1 | | 1 | |
| MSO Morgan City | OMI/0012 | Burns Point LA | N/A | | | 2000' | 1 | 1 | | | |
| MSO Corpus Christi | Miller Services/0072 | Corpus Christi Bay TX | N/A | | | 1600' | | | | | |
| MSO Corpus Christi | Miller Services/0072 | Corpus Christi Bay TX | N/A | | | 500' | | | | | |
| MSO Corpus Christi | Miller Services/0072 | Ingleside TX | N/A | | | 1000' | | | | | |
| MSO Miami | Clean Harbors/0013 | Jensen Beach Fl | N/A | | | 700' | 1 | | | | |
| MSO Port Arthur | Clean Harbors/0013 | Taylors Bayou TX | N/A | | | 1000' | | | | | |
| MSO Port Arthur | Clean Harbors/0013 | Taylors Bayou TX | N/A | | | 1500' | | | | | |
| MSO Miami | Clean Harbors/0013 | Jensen Beach Fl | N/A | | | 500' | 1 | | | | |
| MSO Jacksonville | Moran/0151 | Jacksonville FL | N/A | | | | | 1 | 2 | | |
| MSO Jacksonville | Moran/0151 | Jacksonville FL | N/A | | | 1,100' | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 8 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019649**



# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix B**
Training
Information

## NRC 2006 Annual Prep Equipment Deployment Summary                    Figure B-5

| COTP Zone Name | Contractor Name / OSRO # | Location | NRC Equipment Storage Site | Boom >26" <42" | Boom >42" | Boom 18"- 42" | Boom 6"- 18" | Skimmer Drum | Skimmer Floating Suction | Skimmer Oleophilic Belt | Skimmer Oleophilic Disk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSO Port Arthur | NRC/0016 | Lake Charles, LA | N/A | | 2200' | | | | | 1 | |
| MSO Port Arthur | NRC/0016 | Lake Charles, LA | N/A | 1000' | | | | | | | |
| MSO Port Arthur | NRC/0016 | Lake Charles, LA | N/A | | 500' | | | 1 | | | |
| MSO Port Arthur | NRC/0016 | Lake Charles, LA | N/A | | | | | 2 | 2 | 3 | |
| COTP Galveston | NRC/0016 | Galveston, TX | N/A | | 1900' | | | | | | |
| MSO Port Arthur | NRC/0016 | Sabine Pass TX | N/A | | | | | | 1 | | 1 |
| MSO Miami | NRC/0016 | Miami Harbor, Miami, FL | N/A | | 1300' | | | 1 | 1 | | |
| MSO Port Arthur | NRC/0016 | Lake Charles, LA | N/A | | | | | 2 | 2 | 3 | |
| | | | | | | | | | | | |
| MSO Mobile | NRC/0016 | Mobile, AL | N/A | | | | | 2 | 1 | 1 | |
| MSO Mobile | NRC/0016 | Mobile, AL | N/A | | | | | 2 | 1 | 1 | |
| MSO Mobile | NRC/0016 | Mobile, AL | N/A | | | | | 2 | 1 | 1 | |
| MSO Savannah | NRC/0016 | Savannah, GA | N/A | | | | | | 1 | | 1 |
| MSO Savannah | NRC/0016 | Savannah, GA | N/A | | | | | | 1 | | 1 |
| MSO Savannah | NRC/0016 | Savannah, GA | N/A | | | | | | 1 | | 1 |
| MSO Corpus Christi | | Aransas Marine Ways | OSRB NRC Valiant | | | | | | | | |
| | NRC/0016 | Berth | | | 1000' | | | | 1 | | |
| MSO Mobile | NRC/0016 | Bayou La Batre, AL | N/A | | 1000' | | | 1 | 1 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 9 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| | BP | | | Appendix B |
| :--- | :---: | :--- | :--- | ---: |
| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | | | Training<br>Information |

| MSO Port Arthur | Miller Environmental Group / 0020 | Lake Charles, LA | N/A | 10,000' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Bay, TX | N/A | 1200' | | | | | | |
| | Miller Environmental | | | | | | | | | |
| MSO Corpus Christi | Services / 0072 | Conn Brown Harbor, TX | N/A | 600' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Conn Brown Harbor, TX | N/A | 600' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Conn Brown Harbor, TX | N/A | 300' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Ship Channel, TX | N/A | 800' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Ship Channel, TX | N/A | 10,000' | | 3 | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Bay, TX | N/A | 1600' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Ship Channel, TX | N/A | 200' | | | | | | |
| MSO Corpus Christi | Miller Environmental Services / 0072 | Corpus Christi Ship Channel, TX | N/A | 1100' | | | | | | |
| | Miller Environmental | Corpus Christi | | | | | | | | |
| MSO Corpus Christi | Services / 0072 | Ship Channel | N/A | 400' | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 10 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix B**
Training
Information

## NRC 2007 Annual Prep Equipment Deployment Summary

**Figure B-6**

| COTP Zone Name | Contractor Name / OSRO # | Location | NRC Equipment Storage Site | Boom >26" <42" | Boom >42" | Boom 18"- 42" | Boom 6" 18" | Skimmer Drum | Skimmer Floating Suction | Skimmer Oleophilic Belt | Skimmer Oleophilic Disk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sector Houston | NRC / 0016 | 3 miles south of Galveston Jetties | NRC Admiral | | 1400' | | | | 1 | | 1 |
| Sector Miami | NRC / 0016 | Miami Harbor | NRC Sentinel / Cliff Berry | | | 1000' | | 1 | 1 | | |
| Sector Miami | NRC / 0016 | 1.2 miles NE of Miami Jetties | NRC Perseverance | | 2500' | | | | | | |
| Sector Corpus Christi | NRC / 0016 | Dockside Aransas Pass, TX | NRC Valiant | | 1,000 | | | | 1 | | |
| Sector Miami | NRC / 0016 | Indian River | Cliff Berry, Cocoa Beach, FL | | 1200' | | | 1 | 1 | | 1 |
| Sector Port Authur | NRC / 0016 | Naches River at Sabine Pass Port | NRC Admiral | | 1200' | | | 3 | 1 | | 2 |
| Sector Mobile | NRC / 0016 | Bayou La Batre, Al | NRC Defender | | 1000' | | | 1 | 1 | | |
| Sector Jacksonville | NRC / 0016 | Ft. Lauderdale, New River | N/A | 1200' | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 11 of 12 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix B
Training
Information

## NRC 2008 Annual Prep Equipment Deployment Summary        Figure B-7

| COTP Zone Name | Contractor Name / OSRO # | Location | NRC Equipment Storage Site | Boom >26" <42" | Boom >42" | Boom 18"-42" | Boom 6" 18" | Skimmer Drum | Skimmer Floating Suction | Skimmer Oleophilic Belt | Skimmer Oleophilic Disk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sector Houston-Galveston | NRC / 0016 | Galveston Harbour | NRC Admiral /Galveston TX | | 300' | | | | 1 | | |
| Sector Houston-Galveston | NRC / 0016 | 3 Miles South of Galveston Jetties | NRC Admiral /Galveston TX | | 1,100' | | | | 1 | | |
| Sector Houston-Galveston | NRC / 0016 | 3 Miles South of Galveston Jetties | NRC Admiral /Galveston TX | | 1,400' | | | | 1 | | 1 |
| Sector Corpus Christi | NRC / 0016 | Intercoastal Waterway & Conn Brown Harbor -- Dockside | NRC Valiant / Aransas Pass TX | | | | | | 1 | | |
| Sector Houston-Galveston | NRC / 0016 | Galveston Harbour | NRC Admiral /Galveston TX | | | | | | 1 | | |
| Sector Corpus Christi | NRC / 0016 | Aransas Marine, Conn Brown harbor | NRC Valiant / Aransas Pass TX | | 1,000' | | | | 1 | | |
| Sector New Orleans | NRC / 0016 | Steiner Docks Bayou La Batre Harbor | NRC Defender / Bayou Labatre, AL | | | | | 1 | 1 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix B, Page 12 of 12 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**BP-HZN-CEC 019653**

**Confidential Treatment Requested**

**BP-HZN-CEC 019654**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

## APPENDIX C – DRILL INFORMATION

Response exercises are designed to provide response personnel with an opportunity to apply applicable training, test response plans for deficiencies, and learn from previously-held exercises and actual spill events. B P will maintain records of all exercises for a period of three (3) years, and said records will be stored in BP's Houston, Texas location.

Spill response exercises will take the following forms:

### A. Response Exercise Programs

#### 1. Notification Exercise

BP will conduct internal Incident Command notification exercises annually at each offshore facility that is manned 24 hours per day in order to evaluate the effectiveness of emergency response communications. Involved field personnel will document personnel notified, time and date of notification, contact method, and any contact number changes. Refer to **Figure C-1** for the PREP Internal Exercise Notification Form – Notification Exercise.

#### 2. Incident Management Team Tabletop Exercises (IMT TTX)

The BP Incident Management Team (IMT) will conduct an annual tabletop exercise to ensure the IMT is familiar with the company OSRP and their individual roles within the IMT. The internal tabletop exercise will be announced, however, the scenario will be unannounced. In a three year period, fifteen components of PREP will be tested. A n agency initiated unannounced exercise may take the place of this annual exercise. Refer to **Figure C-2** for t he P REP I nternal E xercise N otification For m – Spill Management Team Tabletop Exercise.

#### 3. Equipment Deployment Exercises

BP will periodically verify the major equipment providers identified in this OSRP continue to conduct semi-annual equipment training exercises, or commensurate activities during an actual spill. Deployment must include an example of equipment as stated in PREP. R efer to **Figure C-3** for the PREP Internal Exercise Documentation Form – Equipment Deployment.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix C, Page 1 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix C**
Drill Information

| Internal Exercise Documentation Form - Notification Exercise | Figure C-1 |
|---|---|



### Form # HCC-00-001, Notification Drill Documentation

**BP Offshore Facilities**
**Incident Commander (IC)**
**a.k.a. Qualified Individual (QI)**

**Scope:** Exercise/test communications between personnel on each 24-hour manned facility and the Incident Commander (IC) or qualified individual (QI). Information to be provided in the event of a spill must be simulated during this drill, i.e. current operations, environmental conditions, logistics status, etc.  Drill must be performed semi-annually for each manned facility.

**Objectives:** Establish voice contact, through the chain of command, with the On Duty Incident Commander as listed on the Weekly Duty Roster or the Houston Crisis Center (HCC).

Facility:_____  Date:_____

Time drill was initiated from facility (open loop):_____(am/pm)

Time IC or HCC voice contact was made (close loop)_____(am/pm)

Comments:
_____

Suggested Action Items:                              Date Completed:
_____
_____
_____

I certify that this drill was completed, met the objectives stated above, and was evaluated to determine the effectiveness of the response plan components which were exercised.

Certification Signature
(Facility/Supervisor):          _____
Note:  Submit a copy of this completed from to:

Earnest D. Bush
200 Westlake Park Blvd
Houston, TX 77079

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 2 of 14 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

**Internal Exercise Documentation Form – SMT Table Top**   **Figure C-2**

1. Date Performed: _____

2. Exercise or actual response? _____
   If an exercise, announced or unannounced? _____

3. Location of Tabletop: _____

4. Time started: _____
   Time completed: _____

5. Response plan scenario used (check one):
   ☐ Average most probable discharge
   ☐ Maximum most probable discharge
   ☐ Worst case discharge
   Size of (simulated) spill _ bbls/gals

6. Describe how the following objectives were exercised:
   a) Spill management team's knowledge of Oil Spill Response Plan:
      _____
      _____

   b) Proper notifications:
      _____
      _____

   c) Communications system:
      _____
      _____

   d) Spill Management Team's ability to access contracted oil spill removal organizations:
      _____
      _____

   e) Spill Management Team's ability to coordinate spill response with On-Scene Coordinator, state and applicable agencies:
      _____
      _____

   f) Spill Management Team's ability to access sensitive site and resource information in the Area Contingency Plan:
      _____
      _____

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 3 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019657

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

### Internal Exercise Documentation Form – SMT Table Top (continued)    Figure C-2

7. Identify which of the 15 core components of your response plan were exercised during this particular exercise:

_____

_____

_____

_____

_____

Attach description of lesson(s) learned and person(s) responsible for follow-up of corrective measures.

_____

Certifying Signature

Retain form for a minimum of three (3) years (for USCG/RSPNMMS) or five (5) years (for EPA).

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix C, Page 4 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix C**
Drill Information

## Internal Exercise Documentation Form - Equipment Deployment | Figure C-3

1. Date Performed: _____

2. Exercise or actual response? _____
   If an exercise, announced or unannounced? _____

3. Deployment Location(s): _____
   _____

4. Time started: _____ Time completed: _____

5. Equipment deployed was (check one):
   ☐ Facility-owned                    ☐                    Both
   ☐ Oil Spill Removal Organization owned    If so, which OSRO? _____

6. List type and amount of all equipment (e.g., boom and skimmers) deployed and number of support personnel employed:
   _____
   _____
   _____

7. Describe goals of the equipment deployed and list any Area Contingency Plan strategies tested. (Attach a sketch of equipment deployments and booming strategies.)
   _____
   _____

8. For deployment of facility-owned equipment, was the amount of equipment deployed <u>at least</u> the amount necessary to respond to your facility's average most probable spill?
   ☐ Yes  ☐ No        ☐ N/A
   Was the equipment deployed in its intended operating environment?
   ☐ Yes  ☐ No        ☐ N/A

9. For deployment of OSRO-owned equipment, was a representative sample (at least 1,000' of each boom type and at least one of each skimmer type deployed)?
   ☐ Yes  ☐ No        ☐ N/A
   Was the equipment deployed in its intended operating environment?
   ☐ Yes  ☐ No        ☐ N/A

10. Are all facility personnel that are responsible for response operations involved in a comprehensive training program and all pollution response equipment involved in a comprehensive maintenance program?  ☐ Yes  ☐ No
    ☐ N/A
    If Yes, describe the program:
    _____
    _____

    Date of last equipment inspection:

11. Was the equipment deployed by personnel responsible for its deployment in the event of an actual spill?    ☐ Yes  ☐ No        ☐ N/A

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 5 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

**Internal Exercise Documentation Form - Equipment Deployment (continued)**    **Figure C-3**

12.  Was all deployed equipment operational?          ☐ Yes          ☐ No          ☐ N/A

If No, describe: _____
_____
_____
_____

13.  Identify which of the 15 core components of your response plan were exercised during this particular exercise (check all that apply):
_____
_____
_____
_____

Attach description of lesson(s) learned and person(s) responsible for follow-up of corrective measures.

_____
Certifying Signature

Note – Retain form for a minimum of three (3) years (for USCG/RSPNMMS) or five (5) years (for EPA).

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 6 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019660**

| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Appendix C**<br>Drill Information |
|---|---|---|
| **Internal Exercise Documentation Form -  PREP Evaluation Worksheet** | | **Figure C4** |

## NATIONAL PREPAREDNESS FOR RESPONSE EXERCISE PROGRAM (PREP)

## 15 PREP COMPONENTS EVALUATION WORKSHEET

| Incident/Drill Name: | | Prepared by: | | at: |
|---|---|---|---|---|
| Period: | to | Company Name: | | |

### ORGANIZATION DESIGN

### 1) Notifications

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 1a. Test the notifications procedures identified in the Area Contingency Plan and the associated Responsible Party Response Plan. | | | | |
| Internal local management team & response team notification procedures were followed per ICP. | | | | |
| Notifications were made between the local team, Incident Support Team, and corporate support. | | | | |
| Primary response contractors & government agencies notification procedures were followed. | | | | |
| Notifications were documented | | | | |
| Required notifications were made in a timely manner. | | | | |

### 2) Staff mobilization

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 2a. Demonstrate the ability to assemble the response organization identified in the associated Responsible Party Response Plan. | | | | |
| Local response team was contacted and mobilized in a timely manner. | | | | |
| Task Force/Strike team members were mobilized to support 24 hour operations. | | | | |
| Command post identified was adequate to support response. | | | | |

### 3) Ability to operate within the response management system described in the plan

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| **Initial (Local) Response Management** | | | | |
| Initial Site Safety addressed as per plan procedures. | | | | |
| Emergency shutdown procedures identified in the contingency plan were conducted (may be a walk-through). | | | | |
| Established  an efficient and effective command structure. | | | | |
| Strategic response objectives were defined quickly | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 7 of 14 Pages
© The Response Group 06/2009

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix C**
Drill Information

| Operations checklist(s) including the field document—identified in the plan were used. | | | | |
|---|---|---|---|---|
| Performed initial assessment of incident including consideration of environmental conditions). | | | | |
| Water Intake Protection: Demonstrated the ability to quickly identify water intakes and followed the proper protection procedures. | | | | |
| Population Protection: Demonstrated the ability to quickly identify health hazards associated with the discharged product and the population at risk. | | | | |
| Field-tested plan holders initial response communication equipment and systems. | | | | |
| Local internal team members performed task assignments as described in the contingency plan | | | | |
| Demonstrated smooth transition of the initial response to the management team through completion of an Initial Incident Briefing (ICS Form 201). | | | | |
| **Components** | **ICS Position Responsible** | **Completed (Y/N)** | **Date/Time Completed** | **Comments** |
| **Unified Command & Command Staff** | | | | |
| 3.1 Unified Command: Demonstrate the ability of the response organization to work within a unified command | | | | |
| Members of the Unified Command are identified and an Initial Incident Briefing was conducted (for example, using an ICS Form 201). | | | | |
| Unified Command established overall response organization and ensured staffing. | | | | |
| Unified Command developed and prioritized overall incident objectives and assessed if current and planned actions were consistent with those objectives. *(ICS Form 202).* | | | | |
| Unified Command established Operational Periods, approved meeting schedules, and attended meetings as appropriate. | | | | |
| Unified Command approved an Incident Action Plan (IAP). | | | | |
| Unified Command approved or authorized news releases and updates to the news media through the Lead Information Officer(s). | | | | |
| **Components** | **ICS Position Responsible** | **Completed (Y/N)** | **Date/Time Completed** | **Comments** |
| 3.2. Response Management System: Demonstrate the ability of the response organization to operate within the framework of the response management system identified in their respective plans. | | | | |
| 3.2.1 Operations: Demonstrate the ability to coordinate or direct operations related to the implementation of action plans contained in the respective response and contingency plans developed by the unified command. | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 8 of 14 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019662**

| | **BP** | **Appendix C** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Drill Information |

| | | | | |
|---|---|---|---|---|
| Implemented initial Site Safety Plan | | | | |
| Operations Section was established as per the ICP. | | | | |
| Established communication with staging and the field. | | | | |
| Tactical assignments were made appropriate to the overall incident objectives and strategies. | | | | |
| Operations Section coordinated with the Planning Section to develop resource orders, tracking, and documentation. | | | | |
| Operations Section coordinated with the Planning Section to ensure resource status changes and status displays were accurate. | | | | |
| Coordinated with local, state and federal operations representatives (if applicable). | | | | |
| 3.2.2 Planning: Demonstrate the ability to consolidate the various concerns of the members of the unified command into joint planning recommendations and specific long-range strategic plans. Demonstrate the ability to develop short-range tactical plans for the operations division. | | | | |
| Planning Section was established as per the contingency plan and included the following units/functions: situation, resources, environmental, and documentation. | | | | |
| Planning Section used the contingency plan, Area Contingency Plan, Geographic Response Plan, and/or other resource protection information. | | | | |
| Obtained trajectories/air plumes and/or overflights from Operations | | | | |
| Planning Section Chief established an appropriate meeting schedule utilizing the Planning Cycle | | | | |
| Planning Section Chief facilitated and ensured appropriate attendance and participation at all scheduled planning cycle meetings. | | | | |
| Prepared and maintained Command Post Situation Display which included the following: Incident Summary, Weather, Tides, Situation and Planning maps, Response Objectives, Resources at Risk, Organization Chart, Incident Status Summary (ICS Form 209), Resources Status Detailed, and a Meeting Schedule. | | | | |
| Developed and maintained a Master List of all resources checked in at the incident including check-in, status, current location, estimated time of deployment, etc. | | | | |
| Developed an approved Incident Action Plan (IAP). | | | | |
| Documented the response effort (i.e., utilizing an historian, use of plan documentation forms, etc.). | | | | |

### 3) Ability to operate within the response management system described in the plan

| Components | ICS Position Responsible | Complete d (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 3.2.3 Logistics: Demonstrate the ability to provide the necessary support of both the short-term and long-term action plans. | | | | |
| Coordinated and processed requests for resources. | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 9 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| Managed the implementation of the contingency plan's Communication Plan and prepared an incident Radio Communications Plan (ICS 205). | | | | |
| Developed or described a plan to ensure sufficient feeding, potable water and sanitary arrangements to meet all incident needs. | | | | |
| Developed a plan to provide personnel and equipment for all elements of the response. | | | | |
| Established a command post that accommodated the needs of the response organization. | | | | |
| Identified and planned for support facilities/areas as needed including equipment/personnel staging areas, helibase per contingency plan specifications, and Camps. | | | | |
| Developed a plan to provide ground, vessel, and aircraft support (includes vehicle, vessel, and aircraft maintenance). | | | | |
| 3.2.4 Finance: Demonstrate the ability to document the daily expenditures of the organization and provide cost estimates for continuing operations. | | | | |
| Established an AFE & claims phone number | | | | |
| Documented estimated and daily cost | | | | |
| 3.2.5 Public Affairs: Demonstrate the ability to form a joint information center and provide the necessary interface between the unified command and the media. | | | | |
| Public Information Officer (PIO) was designated. | | | | |
| Prepared at least one initial news release and one joint news release. | | | | |
| Joint Information Center (JIC) was established and provided timely and accurate information regarding the incident cleanup effort through news releases, availability of a Public Affairs staff, and news media briefings. | | | | |
| Provided information regarding the incident cleanup effort to local officials and citizens. | | | | |
| Ensured situation and status used for news releases and news conferences was consistent with Planning Section status. | | | | |
| Ensured appropriate representatives and technical specialists were present at all news briefings (for example: Unified Commanders, Scientific Support Coordinator, Environmental Unit Leader, and wildlife expert). | | | | |
| 3.2.6 Safety Affairs: Demonstrate the ability to monitor all field operations and ensure compliance with safety standards. | | | | |
| Safety Officer designated. | | | | |
| Ensured a site safety plan was developed/approved by the Unified Command and communicated to appropriate field staff. | | | | |
| 3.2.7 Legal Affairs: Demonstrate the ability to provide the unified command with suitable legal advice and assistance. | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 10 of 14 Pages
© The Response Group 06/2009

**BP-HZN-CEC 019664**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

# OPERATIONAL RESPONSE

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 4. Demonstrate the ability of the response organization to control and stop the discharge at the source. | | | | |
| Defined control measures to secure the source. | | | | |
| Developed a repair plan | | | | |
| 4.1 Salvage: Demonstrate the ability to assemble and deploy salvage resources identified in the response plan. | | | | |
| 4.2 Firefighting: Demonstrate the ability to assemble and deploy the firefighting resources identified in the response plan. | | | | |
| 4.3 Lightering: Demonstrate the ability to assemble and deploy the lightering resources identified in the response plan. | | | | |
| 4.4 Other salvage equipment and devices: (electrical and manual controls and barriers to control the source) Demonstrate the ability to assemble and deploy the other salvage devices identified in the response plan | | | | |

## 5) Assessment of discharge

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| **5.** Demonstrate the ability of the response organization to provide an initial assessment of the discharge and provide continuing assessments of the effectiveness of the tactical operations plan for use. | | | | |
| Conducted ground and/or air surveillance | | | | |
| Obtained weather and trajectory information | | | | |
| Determined initial spill volume and potential | | | | |
| Determined appropriate response technologies | | | | |

## 6) Containment of discharge

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 6. Demonstrate the ability of the response organization to contain the discharge at the source or In various locations for recovery operations. | | | | |
| Demonstrated or described damage control procedures as identified in the response plan (such as plugging or patching a leak in a pipeline or storage tank). | | | | |
| Demonstrated or described containment of a land spill from entering water by channeling, diverting, or beaming. | | | | |
| Facility began initial deployment of response equipment on-site within one hour. | | | | |
| Demonstrated the ability to contain spilled product at locations other than the point of discharge. | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 11 of 14 Pages
© The Response Group 06/2009



| **BP** | **Appendix C** |
| Regional Oil Spill Response Plan – Gulf of Mexico | Drill Information |

### 7) *Recovery of spilled material*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 7. Demonstrate the ability of the response organization to recover, mitigate, and remove the discharged product. Includes mitigation and removal activities, e.g. dispersant use, ISB use, and bioremediation use. | | | | |
| 7.1 On-Water Recovery: Demonstrate the ability to assemble and deploy the on-water response resources identified In the response plans. | | | | |
| 7.2 Shore-Based Recovery: Demonstrate the ability to assemble and deploy the shoreside response resources identified in the response plans. | | | | |
| Identified & deployed initial recovery resources to address the incident. | | | | |

### 8) *Protection of sensitive areas*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 8. Demonstrate the ability of the response organization to protect the environmentally and economically sensitive areas identified in the Area Contingency Plan and the respective industry response plan. | | | | |
| 8.1 Protective Booming: Demonstrate the ability to assemble and deploy sufficient resources to implement the protection strategies | | | | |
| 8.2 Water Intake Protection: Demonstrate the ability to quickly identify water intakes and implement the proper protection procedures | | | | |
| 8.3 Wildlife Recovery and Rehabilitation: Demonstrate the ability to quickly identify these resources at risk and implement the proper protection procedures | | | | |
| 8.4 Population Protection (Protect Public Health and Safety): Demonstrate the ability to quickly identify health hazards associated with the discharged product and the population at risk from these hazards, and to implement the proper protection procedures | | | | |
| Plan holder field-tested facility specific GRP strategies. (If applicable) | | | | |

### 9) *Disposal of recovered material and contaminated debris*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 9. Demonstrate the ability of the response organization to dispose of the recovered material and contaminated debris. | | | | |
| Identified waste storage and disposal options. | | | | |
| Demonstrated the ability to transfer or off-load recovered product to on-shore storage facilities. (If applicable) | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 12 of 14 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

| **BP** | **Appendix C** |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Drill Information |

## RESPONSE SUPPORT

### 10) Communications

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 10. Demonstrate the ability to establish an effective communications system for the response organization. | | | | |
| 10.1 Internal Communications: Demonstrate the ability to establish an intra-organization communications system. This encompasses communications at the command post and between the command post and deployed resources. | | | | |
| 10.2 External Communications: Demonstrate the ability to establish communications both within the response organization and other entities (e.g., RRT, claimants, media, regional or HQ agency offices, non-governmental organizations, etc.). | | | | |

### 11) Transportation

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 11. Demonstrate the ability to provide effective multi-mode transportation both for execution of the discharge and support functions. | | | | |
| 11.1 Land Transportation: Demonstrate the ability to provide effective land transportation for all elements of the response. | | | | |
| 11.2 Waterborne Transportation: Demonstrate the ability to provide effective waterborne transportation for all elements of the response. | | | | |
| 11.3 Airborne Transportation: Demonstrate the ability to provide the necessary support of all personnel associated with the response. | | | | |

### 12) Personnel support

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 12. Demonstrate the ability to provide the necessary support of all personnel associated with the response. | | | | |
| 12.1 Management: Demonstrate the ability to provide administrative management of all personnel involved in the response. This requirement includes the ability to move personnel into or out of the response organization with established procedures. | | | | |
| 12.2 Berthing: Demonstrate the ability to provide overnight accommodations on a continuing basis for a sustained response. | | | | |
| 12.3 Messing: Demonstrate the ability to provide suitable feeding arrangements for personnel involved with the management of the response. | | | | |
| 12.4 Operational and Administrative Spaces: Demonstrate the ability to provide suitable operational and administrative spaces for personnel involved with the management of the response. | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 13 of 14 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix C
Drill Information

| 12.5 Emergency Procedures: Demonstrate the ability to provide emergency services for personnel involved in the incident. | | | | |
|---|---|---|---|---|

### *13) Equipment maintenance and support*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 13. Demonstrate the ability to maintain and support all equipment associated with the response. | | | | |
| 13.1 Response Equipment: Demonstrate the ability to provide effective maintenance and support for all response equipment. Provide effective waterborne transportation for all elements of the response. | | | | |
| 13.2 Response Equipment: Demonstrate the ability to provide effective maintenance and support for all equipment that supports the response. This requirement includes communications equipment, transportation equipment, administrative equipment, etc. | | | | |

### *14) Procurement*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 14. Demonstrate the ability to establish an effective procurement system. | | | | |
| 14.1 Personnel: Demonstrate the ability to procure sufficient personnel to mount and sustain an organized response. This requirement includes insuring that all personnel have qualifications and training required for their position within the response organization. | | | | |
| 14.2 Response Equipment: Demonstrate the ability to procure sufficient response equipment to mount and sustain an organized response. | | | | |
| 14.3 Support Equipment: Demonstrate the ability to procure sufficient support equipment to support and sustain an organized response. | | | | |

### *15) Documentation*

| Components | ICS Position Responsible | Completed (Y/N) | Date/Time Completed | Comments |
|---|---|---|---|---|
| 15. Demonstrate the ability of the response organization to document all operational and support aspects of the response and provide detailed records of decisions and actions taken. | | | | |

### PREPARED BY: THE RESPONSE GROUP (281) 880-5000

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix C, Page 14 of 14 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019668



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

## APPENDIX D – CONTRACTUAL AGREEMENTS

**A. Contractual Agreements**

Any co ntracts  or m embership ag reements  with O SROs,  COOP's,  or S pill  Management Team service companies are cited in the plan are outlined in **Figures D-1 to D-7**.

**B. Primary Equipment Providers**

The N ational R esponse C orporation  (NRC) an d t he M arine S pill R esponse C orporation (MSRC)  are  the pr imary eq uipment pr oviders  for  BP  in t he G ulf o f M exico  region and maintain  a dedi cated  fleet o f v essels  and o ther sp ill r esponse e quipment pe rmanently located at designated ports. NRC & MSRC have the ability to plan the mobilization and rapid deployment of spi ll r esponse r esources on a 24 hour , 7 day s a week basi s. BP also has contracts with Clean Caribbean & Americas, as well as Oil Spill Response Limited/East Asia Response Limited for additional spill response support. The company also has contracts with the McCloskey Group, Inc. and T he O'Brien's Group to provide resource/cost tracking consultation and oil spill response method consultation, respectively.

Resources mobilized through the above providers will be deployed and operated by HAZWOPER trained personnel with proven operations experience and local knowledge.

| Contractual Agreements Quick Reference Table | | | | |
|---|---|---|---|---|
| **Contractor** | **Service Type** | **Begin Date** | **End Date** | **Self-Renewing** |
| Clean Caribbean & Americas | Oil Spill Removal Organization | 6/1/2001 | | Y |
| MSRC | Oil Spill Removal Organization | 9/26/2001 | | Y |
| NRC | Oil Spill Removal Organization | 2/22/2001 | | Y |
| ASI | Dispersant Application Services | 1/1/2009 | 12/31/2009 | Y |
| OSRL / EARL | Oil Spill Removal Organization | 1/1/2006 | | Y |
| O'Brien Oil Pollution Service, Inc | Oil Spill Response Consultation | | | Y |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 1 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

**Proof Of Contractual Agreements – Clean Caribbean & Americas**     **Figure D-1**



2381 Stirling Road
Ft. Lauderdale, Florida 33312-6608
TEL: (954) 983-9880
FAX: (954) 987-3001

Members

Aramco Services Company

BP Shipping U.S.A.

ChevronTexaco Corporation

ConocoPhillips

Ecopetrol Refineria de Cartagena

ExxonMobil Inter-America Inc.

Petrojam, Ltd.

Petroleos de Venezuela, S.A.

Petroleum Company of Trinidad and
Tobago Limited

Petroterminal de Panama, S.A.

Shell Response Limited

South Riding Point Holding, Ltd.

State Oil Company Suriname N.V.

Sunoco, Inc.

Associate Members

BHP Billiton Petroleum (Americas) Inc.

Devon Energy Corporation

EOG Resources International, Inc.

La Compania de Electricidad de
San Pedro de Macoris

MODEC, Inc.

Oleoducto Central S.A.

Panama Canal Authority

Petroleo Brasileiro S.A.

Refinadora Costarricense de Petroleo

Repsol YPF Cuba, S.A.

S.A. Rafinerie des Antilles

Statia Terminals N.V.

Statoil Venezuela AS

West Indies Oil Company, Ltd.

June 11, 2009

Mr. John T. Husum
BP Shipping (USA), also known as BP Products North America Inc.

Re: Identification of CCA Resources for Vessel and Facility Response Plans (33 U.S.C.
2701) as required under the Oil Pollution act of 1990 ("OPA-90")

Dear Mr. Husum:

Your membership status in the Clean Caribbean Corporation, doing business as Clean
Caribbean & Americas (CCA) (formerly Clean Caribbean Cooperative "CCC"), has been
confirmed by the Board of Directors and the management of CCA as being current and in
good standing for the 2009-2010 year. The original membership certificate issued on June 1,
2001 in your company's name is available for inspection at the offices of CCA in Ft.
Lauderdale, Florida; however, a true copy of that certificate is attached to this letter for your
records with your current status indicated on the face of the copy.

Your company on its own behalf, and on behalf of its affiliates, is hereby authorized to name
CCA as a **"source of oil spill equipment and resources,"** for use within the area of interest as
currently established by the CCA Bylaws, in conjunction with the preparation and filing of
your (or your affiliates') vessel and/or facility response plans required under OPA-90. This
authorization to identify CCA in such plans as an equipment resource is limited to the 2009-
2010 year, and will be renewed on an annual basis in February following the conclusion of
the each year's annual meeting, provided your company maintains its current membership in
CCA. Further, you are authorized to present this letter and the attached certificate to the
U.S.C.G. officials to verify your good standing in CCA and your right to identify CCA as an
equipment resource under OPA-90 for the 2009-2010 year.

It is expressly understood and agreed that CCA is not a response entity and that it may
therefore only be referenced or identified as an equipment resource or material stockpile
under any such plans. For further information regarding contractors who are available to
your company for purposes of **response services**, please call the undersigned at the telephone
indicated above.

Sincerely,

Paul A. Schuler
President

PAS/pks

attachment

Endorsed for distribution to the identified Member Company of the
Clean Caribbean Corporation a/k/a Clean Caribbean & Americas
(formerly known as the Clean Caribbean Cooperative), which is a
current Member in good standing (2009-2010 year)

Pam Saidon
Corporate Secretary

- SEAL -

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix D, Page 2 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019670**

| bp | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Appendix D**<br>Contractual<br>Agreements |
| --- | --- | --- |

### Proof Of Contractual Agreements – CCA (Cont'd)          Figure D-1



ORGANIZED UNDER THE LAWS OF THE STATE OF TEXAS

*Full Member*
Member in Good Standing
2009-2010 Year

# CLEAN CARIBBEAN CORPORATION

## Membership Certificate

BP SHIPPING U.S.A., a Division of BP Americas, Inc.

This is to certify that _____ is a member of the above Corporation, a Membership corporation incorporated under the Laws of the State of Texas and is entitled to the full benefits and privileges of such membership, subject to the duties and obligations, as more fully set forth in the Corporation's By-Laws, Rules and Regulations.

In Witness Whereof, the Corporation has caused this Certificate to be executed by its duly authorized officers this 1st day of June 19 2001 and its corporate seal to be hereunto affixed.

SECRETARY          PRESIDENT

| Title of Document:  Regional Oil Spill Response Plan | UPS-US-SW-GOM-HSE-DOC-00177-2 |
| --- | --- |
| Authority:  Dan R. Replogle,<br>GoM EMS Mgmt Representative<br>Scope:  GoM EMS<br>Issue Date:  12/01/00<br>Revision Date:  06/30/09<br>Next Review Date:  06/30/11 | Custodian:  Earnest Bush,<br>Environmental Coordinator<br>Document Administrator:  Kristy McNease,<br>GoM HSSE Document Mgmt Administrator<br>Issuing Dept.:  GoM SPU<br>Control Tier:  Tier 2 - GoM Region<br>Appendix D, Page 3 of 10 Pages<br>© The Response Group 06/2009 |

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

**Proof Of Contractual Agreements – MSRC**                    **Figure D-2**

MARINE SPILL RESPONSE CORPORATION
SERVICE AGREEMENT

EXECUTION INSTRUMENT

The **MSRC SERVICE AGREEMENT** attached hereto (together with this execution instrument, the "Agreement"), a standard form of agreement amended and restated as of September 27, 1996, is hereby entered into by and between

BP America, Inc.

[Name of COMPANY]

a     Delaware Corporation

[Type of entity and place of organization]

with its principal offices located at   200 East RAndolph Drive, Chicago, IL 60601

(the "**COMPANY**"), and **MARINE SPILL RESPONSE CORPORATION**, a nonprofit corporation organized under the laws of Tennessee ("**MSRC**"), and shall be identified as

SERVICE AGREEMENT No. _GMPA 130_     [This is to be provided by MSRC.]

IN WITNESS WHEREOF, the parties hereto each have caused this Agreement to be duly executed and effective as of _Sept. 26_, 2000.

BP America, Inc.                          [COMPANY]

By: _____     [signature]

John Ridgway                          [print name]

Title:   Regional Manager

Address:    28100 Torch Parkway

Warrenville, IL 60555

Telephone: _630 836-6889_  Fax: _630 836-6987_

MARINE SPILL RESPONSE CORPORATION:

By: _____
Judith A. Roos
Marketing & Customer Service Manager
455 Spring Park Place, Suite 200
Herndon, Virginia 20170

703/326-5617; Fax: 703/326-5660

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix D, Page 4 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                    **BP-HZN-CEC 019672**



| | | |
|---|---|---|
| **BP** | | **Appendix D** |
| Regional Oil Spill Response Plan – Gulf of Mexico | | Contractual Agreements |

**Proof Of Contractual Agreements – NRC**                    **Figure D-3**

Amendment #3
To Agreement for the Provision of Response Resources between NRC and BP
Exploration dated May 14, 1998

The undersigned hereby agree to amend that certain Agreement for the Provision of
Response Resources dated May 14, 1999 between National Response Corporation (the
"Provider") and BP Exploration (the "Client") as follows:

1. The Basic Compensation for the remainder of calendar year 2001 and through the
end of March, 2002, as contained in schedule 3 as previously amended to add
Amoco and VASTAR facilities will remain in effect.  The Producers Price Index for
Industrial Commodities of 6.403% will be added in accordance with that schedule.

2. The above paragraph is contingent on the use of the Provider's Gulf of Mexico
Operations Center ("GoMOC") for training programs during 2001 that involve
Emergency Response, On-Scene Major Emergency Management (MEM) and other
Spill Management Training as scheduled in advance.  The use of the GoMOC facility
will be invoiced on a per use basis in accordance with the Time & Materials Schedule
attached and labeled Attachment #1 to Amendment #3.

3. Prior to March 1, 2002, Provider and Client agree to evaluate the terms of this
amendment and the contract with respect to the total retainer fees for the Provision
of Response Resources to the Client's covered properties.  This evaluation is to be
directed toward maintenance of the fee structure in an amount consistent with the
original terms of the contract as it relates to all covered properties acquired by BP
during the contract period.

4. If the Provider and the Client are unable to agree on an adjustment to the Basic
Compensation to compensate the Provider for the addition of the VASTAR facilities,
the existing Basic Compensation will continue and the VASTAR facilities will be
removed from Schedule 1, Description of Client Facilities.  Client also agrees that the
Client will not list the Provider in the Client's Oil Spill Contingency Plans for federal or
state regulatory compliance of those facilities.

5. Nothing contained in this amendment will prejudice any other terms and conditions of
the Agreement between the Provider and Client.

Provider and Client agree to this amendment as of this 22 day of February
2001.

By and between:

BP                                          National Response Corporation

Name: M KEITH MOUTON               Name: Arlen Tidemann
Title: Director Crisis Mgmt            Title: MGR CLIENT Serv.
       Houston Crisis Center

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 5 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    **BP-HZN-CEC 019673**



| | **BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico | **Appendix D**<br>Contractual<br>Agreements |
| --- | --- | --- |

**Proof Of Contractual Agreements – ASI**          **Figure D-4**



### AERIAL DISPERSANT CONTRACT CERTIFICATION

Airborne Support Inc (ASI) certifies that British Petroleum (BP) has "ensured, by contract or other approved means, the availability of personnel and equipment necessary to respond, to the maximum extent practicable, to a discharge requiring an aerial dispersant response" for the below named facilities. Beginning August 1, 2009 BP agrees to a per barrel fee based on production. ASI agrees that the Client has the right to name ASI and its resources in accordance with 30 CFR 254.27.

Entered Facilities:

British Petroleum (BP)

Acknowledged by:                    Date:  Jan 1 – Dec 31, 2009

Airborne Support Inc.

Howard Barker
President

3828 Thunderbird Road
Houma-Terrebonne Airport
Houma, Louisiana 70363

*Assisting Nature With Dispersants*

P. O. Box 487
Bourg, Louisiana 70343-0487
Phone 985-851-6391
Fax 985-851-6393

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 6 of 10 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

**Proof Of Contractual Agreements – OSRL / EARL**          **Figure D-5**



OIL SPILL RESPONSE AND EAST ASIA RESPONSE LIMITED

- and -

BP EXPLORATION OPERATING COMPANY LIMITED

PARTICIPANT'S AGREEMENT

1 JANUARY 2006

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 7 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix D**
Contractual
Agreements

## Proof Of Contractual Agreements – OSRL / EARL                          Figure D-5

**TAXATION**

27.  Any Value Added Tax or any other taxes chargeable on any payments made under this Agreement shall be added to the relevant sums due under this Agreement. If any deduction or withholding in respect of tax or otherwise is required by law to be made from any sums payable by the Participant to OSRL, the Participant shall be obliged to pay to OSRL such greater sum as will, after such deduction or withholding is made, leave OSRL with a payment for the same amount as it would have been entitled to receive in the absence of any requirement to make such reduction or withholding.

**SEVERABILITY**

28.  The invalidity or unenforceability of any provisions of this Agreement shall not affect the validity or enforceability of the remainder.

**EQUALITY OF CONTRACTUAL ARRANGEMENTS**

29.  OSRL hereby represents and undertakes that it has not entered into, and will not enter into, any agreement with a Co-Participant on terms and conditions more favourable to such Co-Participant than the terms and conditions applicable to the Participant under this Agreement.

**AS WITNESS** the hands of the duly authorised representatives of the parties hereto the day and year first above written.

**SIGNED** for and on behalf of
**OIL SPILL RESPONSE AND EAST ASIA RESPONSE LIMITED** by

Archibald F. Smith
Chief Executive & Director       ...................................

**SIGNED** for and on behalf of
**BP EXPLORATION OPERATING COMPANY LTD**
by

Name:   GORDON MOORE BIRRELL

Position: DIRECTOR       ...................................

15

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 8 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                    **BP-HZN-CEC 019676**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

**Proof Of Contractual Agreements – The O'Brien's Group, Inc.**         **Figure D-7**

**Master Consulting Services Contract**

between

**BP America Production Company**

and

**The O'Brien's Group, Inc.**

**Emergency Preparedness and Response Management Project**

**Contract No. BPO-04-01476**

Model Approved by FC, 9-4-01
File   C:\Documents And Settings\lllerenas\Local Settings\Temp\Services Contract Obrien Rev 1 Doc

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix D, Page 9 of 10 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**                                                          **BP-HZN-CEC 019677**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix D
Contractual
Agreements

## Proof Of Contractual Agreements – The O'Brien's Group (continued)   Figure D-7a

IN WITNESS WHEREOF, the parties hereto have executed this Contract as of the day and year first above written in Section 5.01.

BP AMERICA PRODUCTION COMPANY
COMPANY

By: _D.R. Kruse_

_D.R. Kruse_
Printed Name

Title: _Contract Specialist_

| | Approved by: |
|---|---|
| Legal | |
| Supply Chain Management | |

THE O'BRIEN'S GROUP, INC.
CONTRACTOR

By: _Keith R. Forster_

_Keith R. Forster_
Printed Name

Title: _CFO_

Model Approved by FC, 9-4-01
File: C:\Documents And Settings\Herman\Local Settings\Temp\Services Contract Obrien Rev 1 Doc

– 8 –

Contract No.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix D, Page 10 of 10 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019678



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## E.   RESPONSE EQUIPMENT

### a.  Equipment Inventory

The National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) are the primary equipment providers for BP in the Gulf of Mexico Region, and maintain a dedicated fleet of vessels and other equipment permanently located at designated ports.  NRC & MSRC have the capability to plan the mobilization and rapid deployment of spill response resources on a 24 hour, 7 days a week basis.

For additional information about the response equipment available from NRC & MSRC, please visit their websites, listed below:

http://www.nrcc.com/equipment.html

http://www.msrc.com/Equipment.htm

### b.  Inspection and Maintenance Programs

As certified OSRO's, BP's primary equipment providers and their affiliates have established programs for inspecting, testing, and maintaining their oil spill response equipment. Additionally, the equipment hours are logged and routine maintenance activities such as oil changes continue to occur even when the equipment is in active use.

Detailed records of maintenance, testing and inspections on NRC equipment located in the Gulf of Mexico can be obtained through the NRC's office in Houston, TX at 281-899-4848. Records for MSRC's equipment may be obtained from the MSRC's office at 703-326-5600. These records are retained by the companies for an indefinite period of time.

**Confidential Treatment Requested**

**BP-HZN-CEC 019680**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

## APPENDIX F – SUPPORT SERVICES & SUPPLIES

# TABLE OF CONTENTS

1. Air Emergency Care ........................................................................................................ 2
2. Wildlife Rehabilitation ..................................................................................................... 2
3. Poison Control ................................................................................................................. 2
4. Fatalities .......................................................................................................................... 2
5. Hospitals .......................................................................................................................... 3
6. Helicopter / Air Services ................................................................................................. 5
7. Aerial Dispersant Spraying ............................................................................................. 5
8. Weather ............................................................................................................................ 5
9. Waste Disposal ................................................................................................................ 5
10. Technical Support ............................................................................................................ 5
   A. Biological and Chemical .............................................................................................. 5
   B. Blowout and Firefighting ............................................................................................. 6
   C. Catering Service ......................................................................................................... 7
   D. Communications .......................................................................................................... 7
   E. Diving Companies ....................................................................................................... 8
   F. Drilling Companies ...................................................................................................... 8
   G. Marine Contractors (Construction) ............................................................................. 8
   H. Oil Spill Equipment / Consultants / Contractors ....................................................... 9
   I. Photography ............................................................................................................... 10
   J. Portable Tanks .......................................................................................................... 10
   K. Public Relations Consultants ................................................................................... 11
   L. Sampling Services ..................................................................................................... 11
   M. Spill Tracking / Trajectories ...................................................................................... 11
   N. Surveyors .................................................................................................................. 11
   O. Transportation – Air .................................................................................................. 11
   P. Transportation – Land – Trucking ............................................................................ 13
   Q. Transportation – Marine ........................................................................................... 15
   R. Trailers ...................................................................................................................... 17
   S. Vacuum Services ....................................................................................................... 18
   T. Well Control Supplies ................................................................................................ 18
   U. Wildlife and Marine Life ............................................................................................ 19
   V. Hotels ........................................................................................................................ 20
11. Media .............................................................................................................................. 23

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 1 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019681**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Air Emergency Care | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Air Care – Toll Free | 1-800-382-4006 | | |
| Air Care - West Jefferson Hospital | 1-800-382-4006 | | |
| Acadian Ambulance Service | 1-800-259-3333 | 1-866-389-2144 | |
| Acadian Ambulance Service – ERA Helicopters | 1-800-259-3333 | 337-291-3333 | |

| Wildlife Rehabilitation | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Wildlife Rehabilitation & Education | 713-861-WILD | 713-254-5724 | |
| International Bird Rescue Research Center | 707-207-0380 | 310-514-2573 907-230-2492 | |

| Poison Control | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Poison Control Center (Galveston) | 1-800-764-7661 | 409-766-4403 | 409-772-3917 |

| Fatalities (or 3 or more hospitalized) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| OSHA | 1-800-321-OSHA | 281-286-0583 | |
| **Louisiana Coroners** | | | |
| Cameron Parish Coroner | 337-775-5102 | | |
| Iberia Parish Coroner | 337-364-4507 | | |
| Jefferson Parish Coroner | 504-365-9100 | | |
| LaFourche Parish Coroner | 985-537-7055 | | |
| Plaquemines Parish Coroner | 504-394-3330 | | |
| St. Bernard Parish Coroner | 504-277-8941 | | |
| St. Mary Parish Coroner | 985-384-9964 | | |
| Terrebonne Parish Coroner | 985-873-6440 | | |
| Vermilion Parish Coroner | 337-893-7950 | | |
| **Texas Coroners** | | | |
| Galveston County Coroner | 409-935-9274 | | |
| Jefferson County Coroner | 409-726-2571 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 2 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Hospitals | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Ochsner Foundation Hospital New Orleans, LA | 504-842-3900 | | |
| West Jefferson Marrero, LA | 504-347-5511 | | |
| Teche Medical Center (formerly Lakewood Medical Ctr.) Morgan City, LA | 985-384-2200 | | |
| Terrebone General Hospital Houma, LA | 985-873-4141 | 1-800-256-8377 | |
| Lafayette General Hospital Lafayette, LA | 337-289-8088 | | |
| University of TX Medical Branch Galveston, TX | 409-772-1011 | | |
| Abbeville General Hospital Abbeville, LA | 337-893-5466 | 337-898-6500 | |
| North Bay Hospital Aransas Pass, TX | 361-758-8585 | | |
| Baptist Hospital of Southeast Texas Beaumont, TX | 409-835-3781 | | |
| St. Elizabeth Hospital, Beaumont, TX | 409-892-7171 | | |
| Christus Spohn Hospital Memorial, Corpus Christi, TX | 361-902-4000 | | |
| Methodist Hospital (Burn Unit), Houston, TX | 713-790-3311 | | |
| Brazosport Memorial Hospital, Lake Jackson, TX | 979-297-4411 | | |
| Park Place Hospital, Port Arthur/Groves/Port Lavaca, TX | 409-983-4951 | 409-985-0346 | 409-983-6152 |
| St. Mary Hospital Port Arthur/Groves/Port Lavaca, TX | 409-985-7431 | 409-989-5124 | |
| Memorial Medical Center, Port Arthur/Groves/Port Lavaca, TX | 361-552-6713 | | |
| Mainland Medical Center, Texas City, TX | 409-938-5000 | 409-938-5112 | |
| Citizens Memorial Hospital, Victoria, TX | 361-573-9181 | | |
| Detar Hospital, Victoria, TX | 361-545-7441 | 361-573-6100 | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 3 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019683**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Hospitals (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Victoria Regional Medical Center, Victoria, TX | 361-573-6100 | | |
| Baton Rouge General Medical Center, Baton Rouge, LA | 225-387-7000 | 225-763-4000 | |
| Acadia-St. Landry Hospital, Church Pointe, LA | 337-684-5435 | | 337-684-5449 |
| American Legion Hospital Crowley, LA | 337-783-3222 | 337-788-4007 | |
| Lady of the Sea Hospital, Galliano, LA | 985-632-6401 | 985-632-8256 | 985-632-8263 |
| Terrebonne General Medical Center, Houma, LA | 985-873-4141 | 985-873-4150 | |
| Christus St. Patrick Hospital, Lake Charles, LA | 337-436-2511 | | 337-491-7157 |
| West Jefferson Medical Center, Marrero, LA | 504-347-5511 | 504-349-1533 | |
| Lakewood Hospital, Morgan City, LA | 504-384-2000 | 504-384-2200 | |
| Lady of the Lake Assumption, Napoleonville, LA | 985-369-3600 | | |
| Dauterive Hospital, New Iberia, LA | 337-365-7311 | | |
| Mercy Baptist Medical Center, New Orleans, LA | 504-899-9311 | | |
| Memorial Medical Center, New Orleans, LA | 504-483-5000 | | |
| Pendelton Memorial Methodist Hos. New Orleans, LA | 504-244-5100 | | |
| Touro Infirmary New Orleans, LA | 540-897-7011 | | |
| St. Claude Medical Center Hospital New Orleans, LA | 504-948-8200 | | 504-949-0298 |
| Plaquemines Parish Comprehensive Care Center Port Sulphur, LA | 985-564-3344 | 985-564-3338 | |
| West Calcasieu-Cameron Hospital Sulpher, LA | 337-527-7034 | | |
| Thibodeaux Regional Medical Cent. Thibodeaux, LA | 985-477-5500 | 1-800-822-8442 | 985-449-4600 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 4 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019684**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Hospitals (Cont'd) | | | |
|---|---|---|---|
| University of S. AL Medical Center, Mobile, AL | 251-471-7000 | 251-471-7300 | 251-470-1672 |

| Helicopter / Air Services | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Air Logistics | 985-395-6191 | | |
| Petroleum Helicopters, Inc. | 337-235-2452 | 1-800-235-2452 | |
| ERA Helicopter Services | 1-800-655-1414 | 337-478-6131 | |

| Aerial Dispersant Spraying | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Airborne Support, Inc. | 985-851-6391 | | 985-851-6393 |

| Weather | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Wilkins Weather Technologies | 713-430-7100 | 1-800-503-5811 | |
| National Weather Service Dickinson, TX | 281-337-5074 | | |
| National Weather Service Lake Charles, LA | 337-477-5285 | | |

| Waste Disposal | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Newpark Environmental Services, Inc. | 337-984-4445 | | |
| Omega Waste Management, Inc. | 985-399-5100 | 1-888-419-5100 | 985-399-7963 |
| U.S. Liquids | 337-824-3194 | | 337-824-3147 |

| Technical Support | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **A. Biological and Chemical** | | | |
| Acculab, Inc. Marrero, LA | 504-371-8557 | 1-800-291-1294 | 504-371-8560 |
| Analysis Laboratories, Inc. Metairie, LA | 504-889-0710 | | |
| Eurofins Central Analytical Laboratory (CAL) Metairie, LA | 504-297-3400 | | 504-297-3410 |
| Coastal Environment Baton Rouge, LA | 225-383-7451 | | 225-383-7925 |
| EDI Environmental Services Lafayette, LA | 337-264-9810 | | 337-264-9816 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 5 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **A. Biological and Chemical (Cont'd)** | | | |
| Enviro-Lab, Inc. Houma, LA | 985-876-5668 | | |
| Fugro Consultants (formerly Gulf Coast Testing) Corpus Chirsti, TX | 361-882-5411 | | |
| Sherry Labs Lafayette, LA | 337-235-0483 | 1-800-737-2378 | 337-233-6540 |
| Jordan Labs Corpus Christi, TX | 361-884-0371 | | 361-884-9116 |
| Louisiana Geological Survey Baton Rouge, LA | 225-578-5320 | | 225-578-3662 |
| Severn Trent Laboratories Corpus Christi, TX | 361-289-2673 | | |
| Southern Flow Companies, Inc. Belle Chasse, LA | 504-394-9440 | | |
| Southern Petroleum Laboratory (SPL) Scott, LA | 1-800-304-5227 | | |
| Texas A&M Dept. of Biology College Station, TX | 979-845-7747 | | 979-845-2891 |
| **B. Blowout and Firefighting** | | | |
| **Firefighting Boats** | | | |
| Edison Chouest Offshore, Inc. Galliano, LA | 985-601-4444 | | 985-601-4237 |
| Cudd Pressure Control Houston, TX | 713-877-1118 | 1-800-899-1118 | 713-877-8961 |
| Cudd Pressure Control Robstown, TX | 361-387-8521 | 1-800-762-6557 | |
| Danos & Curole Larose, LA | 985-693-3313 | | 985-693-4698 |
| Global Industries Carlyss, LA | 337-583-5000 | | 337-583-5100 |
| Power Offshore Services Harvey, LA | 504-394-2900 | | |
| Tetra Marine, Inc. Belle Chasse, LA | 504-394-3506 | | |
| **Firefighting Experts** | | | |
| Boots & Coots Houston, TX | 281-931-8884 | 1-800-BLOWOUT | 281-931-8302 |
| Cudd Pressure Control Houston, TX | 713-877-1118 | 1-800-899-1118 | 713-877-8961 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 6 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **B. Blowout and Firefighting (Cont'd)** | | | |
| **Firefighting Experts (Cont'd)** | | | |
| Wild Well Control Houston, TX | 281-784-4700 | | 281-784-4750 |
| Williams Fire & Hazard Control Houston, TX | 281-999-0276 409-727-2347 | | |
| **C. Catering Service** | | | |
| Energy Catering Houma, LA | 985-876-6255 | | |
| ESS Support Services Lafayette, LA | 337-233-9153 | 1-877-387-3781 | 337-233-9156 |
| Universal Sodexho Harahan, LA | 504-733-5761 | 1-800-352-5808 | |
| **D. Communications** | | | |
| Able Communications Pearland, TX | 281-485-4228 | 713-749-0922 | |
| ATN Signals, Inc. Alvin, TX | 281-331-4444 | 1-800-284-1558 | |
| Auto Com Lafayette, LA | 337-232-9610 | 1-800-284-1840 | |
| Caprock Services Lafayette, LA | 337-988-7480 | 337-988-7489 | |
| Coastel Communications Lafayette, LA | 337-989-0444 | | |
| PetroCom Lafayette, LA | 1-800-233-8372 | 504-734-6190 | |
| Stratos Global Corp. Lafayette, LA | 1-800-375-4000 | 337-761-2000 | |
| Sola Lafayette, LA | 337-232-7039 | 1-800-252-3086 | |
| Stratos Oil & Gas Lafayette, LA | 1-800-375-1562 | 337-234-3438 | |
| Stratos Telecom, Inc. Morgan City, LA | 985-384-3737 | | |
| Tomba Communications Metairie, LA | 504-340-2448 | 504-349-4040 | 504-349-4083 |
| Victoria Communications Services, Inc. Victoria, TX | 361-575-7417 | | 361-575-2369 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 7 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019687**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **E. Diving Companies** | | | |
| Helix Energy Solutions (formerly Cal Dive International) Houston, TX | 281-618-0400 | 713-361-2600 | 713-361-2690 |
| Helix Energy Solutions New Iberia, LA | 337-374-0001 | 1-877-361-2600 | 713-361-2690 |
| Epic Companies Harvey, LA | 504-340-5252 | | 504-340-5416 |
| Global Divers & Contractors, Inc. Houma, LA | 337-583-5000 | 1-800-256-7587 | |
| SubSea 7 Belle Chasse, LA | 504-656-0147 | | |
| Oceaneering International, Inc. Morgan City, LA | 985-395-5247 | | 985-395-5443 |
| Professional Divers of New Orleans Morgan City, LA | 985-395-5247 | | 985-395-5443 |
| Russell-Veteto Engineering Corpus Christi, TX | 361-887-8851 | | 361-887-8855 |
| Acergy Houston, TX | 713-430-1100 | | 713-461-0039 |
| Underwater Services Corpus Christi, TX | 800-372-6271 | 361-758-7487 | 361-758-7796 |
| **F. Drilling Companies** | | | |
| Global Industries / Pelican Trans. Lafayette, LA | 337-989-0000 | | |
| Noble Drilling Sugarland, TX | 281-276-6100 | | 281-491-2092 |
| Rowan Companies, Inc. Houston, TX | 713-621-7800 | | |
| Trans Ocean Houston, TX | 713-232-7500 | 1-800-231-5754 | 281-925-6010 |
| Diamond Offshore Drilling Inc., Houston, TX | 281-492-5300 | 1-800-848-1980 | 281-492-5316 |
| Marine Drilling Company, Houston, TX | 713-789-1400 | | 713-789-1430 |
| **G. Marine Contractors (Construction)** | | | |
| Brown & Root Houston, TX | 713-676-3011 | | |
| Crain Bros. Inc. Grand Chenier, LA | 337-538-2411 | | 337-538-2700 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 8 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **G. Marine Contractors (Construction) (Cont'd)** | | | |
| Diamond Services<br>Morgan City, LA | 985-631-2187 | 1-800-879-1162 | 985-631-2442 |
| Garrett Construction Co.<br>Ingleside, TX | 361-643-7575 | | 361-776-7575 |
| Global Industries<br>Houma, LA | 985-876-7592 | 1-800-256-7587 | |
| Halliburton<br>Houston, TX | 281-575-3000 | | |
| J. Ray McDermott Engineering<br>Houston, TX | 281-870-5000 | 985-631-2561 | |
| King Fisher Marine Service<br>Port Lavaca, TX | 361-552-6751 | | 361-552-1200 |
| Raymond Dugat Co.<br>Portland, TX | 361-776-7300 | | 361-776-3990 |
| **H. Oil Spill Equipment / Consultants / Contractors** | | | |
| American Pollution Control<br>New Iberia, LA | 337-365-7847 | 1-800-482-6765 | 337-365-8890 |
| ASCO L&L Environmental<br>Services,<br>Lake Charles, LA | 1-800-207-SPIL (7745) | 337-436-3674 | |
| Boots & Coots<br>Houston, TX | 281-931-8884 | 1-800-BLOWOUT | 281-931-8302 |
| Clean Gulf Associates<br>New Orleans, LA | 1-888-242-2007 | 504-299-3035 | 504-799-3036 |
| Du-Tex, Inc.<br>Corpus Christi, TX | 361-887-9807 | 1-888-887-9807 | 361-887-0812 |
| Environmental Equipment, Inc.<br>Houma, LA | 985-868-3100 | | |
| The O'Brien's Group<br>Slidell, LA | 985-781-0804 | | 985-781-0580 |
| ES&H Environmental Consulting,<br>Svcs.<br>Houma, LA | 985-851-5350 | 887-437-2634 | 985-853-1978 |
| Garner Environmental Services<br>Deer Park, TX | 281-930-1200 | 1-800-424-1716 | 281-478-0296 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 9 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **H. Oil Spill Equipment / Consultants / Contractors (Cont'd)** | | | |
| Grand Isle Shipyards (GIS) Grand Isle, LA | 985-787-2801 | | 985-787-2141 |
| Industrial Cleanup Incorporated Garyville, LA | 985-535-3174 | 1-800-436-0883 | |
| Miller Environmental Corpus Christi, TX | 361-289-9800 | 1-800-929-7227 | 361-289-6363 |
| MSRC / CGA Lake Charles, LA | 1-888-242-2007 | | |
| National Response Corporation | 1-800-899-4672 | 631-224-9141 | 631-224-9082 |
| Oil Mop Oil Spill Control Corpus Christi, TX | 361-882-2656 | 1-800-645-6671 | |
| Phillips Services (PSC) Morgan City, LA | 985-575-3434 | 1-877-772-6693 | |
| The Response Group, Inc. | 281-880-5000 | 1-800-651-3942 | 281-880-5005 |
| United States Environmental Services, L.L.C. | 1-888-279-9930 | 504-279-9930 | 504-566-8309 |
| **I. Photography** | | | |
| Jim Hebert Photography Raceland, LA | 985-537-5305 | | |
| Petris Technology Houston, TX | 713-956-2165 | | |
| **J. Portable Tanks** | | | |
| Baker Tanks Geismar, LA | 225-677-8763 | 225-744-4774 | 225-673-8001 |
| Diamond Tank Rentals Intracoastal, LA | 337-893-9317 | 1-800-960-0065 | 337-893-7882 |
| Dragon Products, ltd. Beaumont, TX | 409-833-2665 | 1-800-231-8198 | 409-833-3170 |
| Gulfstream Houma, LA | 985-868-0303 | 1-800-821-8454 | 985-872-3423 |
| Magnum Mud Equipment Houma, LA | 985-872-1755 | 1-800-200-8265 | 985-872-1786 |
| Neff Rental Company Gaismer, LA | 225-647-6333 | 1-800-709-6333 | |
| Houma, LA | 985-868-9138 | | |
| Lafayette, LA | 337-237-6318 | | |
| Lake Charles, LA | 337-494-0673 | | |
| New Orleans, LA | 504-340-0061 | | |
| Morgan City, LA | 985-384-7571 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 10 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| Contact | Phone | Alt. | Fax |
| **J. Portable Tanks (Cont'd)** | | | |
| New Iberia, LA | 337-364-3631 | | |
| Venice, LA | 504-466-1200 | | |
| **K. Public Relations Consultants** | | | |
| Brown, Nelson & Associates, Incorporated Houston, TX | 713-784-6200 | | 832-201-0858 |
| Media Consultants, Inc. Sugarland, TX | 281-980-1400 | | |
| **L. Sampling Services** | | | |
| ARS Port Allen, LA | 800-401-4277 | 225-381-2991 | 225-381-2996 |
| B – Environmental Victoria, TX | 361-572-8224 | | |
| **M. Spill Tracking / Trajectories** | | | |
| The Response Group, Inc. Houston, TX | 281-880-5000 | 1-800-651-3942 | 281-880-5005 |
| NOAA Seattle, WA | 206-526-4548 | 504-589-6271 | 206-526-6329 |
| **N. Surveyors** | | | |
| C.H. Fenstermaker & Ass. Lafayette, LA | 337-237-2200 | | 337-232-3299 |
| John E. Chance & Ass. Lafayette, LA | 337-237-1300 | | |
| **O. Transportation - Air** | | | |
| **Airplanes / Airports** | | | |
| Galveston Municipal Airport Galveston, TX | 409-741-4609 | | 409-741-4604 |
| Hammond Municipal Airport Hammond, LA | 985-227-5667 | | 985-227-5669 |
| Hammond Air Service Houma, LA | 985-876-0584 | 1-877-872-1423 | |
| Houma / Terrebonne Airport Commission Houma, LA | 985-872-4646 | | 985-876-4115 |
| New Orleans Downtown Heliport New Orleans, LA | 504-586-0055 | | 504-566-1632 |
| New Orleans International Airport New Orleans, LA | 504-464-0831 | | 504-465-1264 |
| Paul Fournet Air Service Lafayette, LA | 337-237-0520 | | 337-237-0520 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 11 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019691



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| O. Transportation – Air (Cont'd) | | | |
| Airplanes / Airports (Cont'd) | | | |
| Southern Sea Plane, Inc.<br>New Orleans, LA | 504-394-5633 | | 504-394-8458 |
| Airborne Support, Inc.<br>Houma, LA | 985-851-6391 | | 985-851-6393 |
| Air Response (C-54 Aircraft)<br>Mesa, AZ | 480-844-0800 | | |
| Biegert Aviation, Inc.<br>Chandler, AZ | 520-796-2400 | | |
| Lynden Air Cargo, LLC<br>Anchorage, AK | 888-243-7248 | 1-800-770-6150 | 907-257-5124 |
| Serus- Alaska Pipeline<br>Valdez, AK | 907-834-6902 | | |
| US Air Force Reserve<br>Vienna, OH | 330-856-3171 | | |
| US Coast Guard Air Station<br>Clearwater,<br>Clearwater, FL | 727-535-1437 | | |
| Fixed Wing Aircraft | | | |
| Hammonds Air Service<br>Houma, LA | 985-876-0584 | 1-877-872-1423 | |
| Petroleum Helicopters, Inc.<br>Morgan City, LA | 337-235-2452 | 1-800-235-2452 | 337-232-6537 |
| Helicopters | | | |
| Air Logistics<br>    Galveston, TX | 409-740-3546 | | 409-740-1676 |
|    Houma, LA | 985-851-6232 | | 985-868-1091 |
|    Abbeville, LA | 337-893-8631 | | 337-893-0392 |
|    New Iberia, LA | 337-365-6771 | 1-800-365-6771 | 337-364-8222 |
|    Patterson, LA | 985-395-6191 | | 985-395-3745 |
|    Rock Port, TX | 361-727-1116 | | 361-727-1662 |
|    Sabine, TX | 409-971-2805 | | 409-971-2548 |
|    Venice, LA | 985-534-7481 | | 985-534-7790 |
| ERA<br>    Cameron, LA | 337-775-5574 | | 337-775-7421 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 12 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019692



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix F**
Support Services
& Supplies

### Technical Support (Cont'd)

| Contact | Phone | Alt. | Fax |
|---|---|---|---|
| **O. Transportation – Air (Cont'd)** | | | |
| **Helicopters (Cont'd)** | | | |
| ERA<br>　Golden Meadow, LA | 985-396-2285 | | 985-396-2758 |
| 　Houma, LA | 985-868-0817 | | 985-868-0878 |
| 　Lake Charles, LA | 337-478-6131 | 1-800-655-1414 | 337-474-3918 |
| Evergreen Helicopters<br>　Galveston, TX | 409-740-7732 | | |
| 　Port O' Conner, TX | 361-983-4111 | | |
| 　Venice, LA | 985-534-2230 | | |
| Houston Helicopters, Inc.<br>　Pearland, TX | 281-485-1777 | | 281-485-3701 |
| Industrial Helicopters<br>　Corpus Christi, TX | 337-233-3356 | | |
| Panther Helicopters<br>　Belle Chasse, LA | 504-394-5803 | | 504-394-5869 |
| Petroleum Helicopters, Inc. | | | |
| 　Fourchon, LA | 985-396-2350 | | |
| 　Galveston, TX | 409-744-6419 | | |
| 　Houma, LA | 985-868-1705 | | |
| 　Lafayette, LA | 337-235-2452 | 1-800-235-2452 | 337-232-6537 |
| 　Morgan City, LA | 985-631-2131 | | |
| 　New Orleans, LA | 504-733-7673 | | |
| 　Port O' Connor, TX | 361-983-2942 | 361-729-1559 | |
| 　Sabine Pass, TX | 409-971-2455 | | |
| 　Buras, LA | 985-534-2631 | | |
| **P. Transportation – Land - Trucking** | | | |
| **Bus Lines** | | | |
| Howard Coaches, Inc.<br>New Orleans, LA | 504-944-0253 | | |
| Kerrville Bus Coach, USA<br>Lafayette, LA | 337-234-1392 | | |
| **Oilfield Equipment Haulers** | | | |
| Ace Transportation, Inc. | 337-837-4567 | | |
| 　Harvey, LA | 1-800-654-4236 | 504-362-9181 | |
| 　Houma, LA | 1-800-654-4235 | 985-879-2482 | |
| 　Victoria, TX | 1-800-426-6401 | 361-572-8646 | |
| Acme Truckline<br>　Patterson, LA | 985-395-9283 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 13 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019693**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **P. Transportation – Land (Cont'd)** | | | |
| **Oilfield Equipment Haulers (Cont'd)** | | | |
| Acme Truckline<br>Beaumont, TX | 1-800-456-2263 | 409-842-0509 | |
| Belle Chasse, LA | 1-800-825-4789 | 504-367-3200 | |
| Cameron, LA | 1-800-775-2263 | 377-775-7102 | 337-775-7103 |
| Groves, TX | 409-962-8591 | | 409-963-1880 |
| Houma, LA | 1-800-274-2263 | 985-868-7600 | 985-868-7605 |
| Houston, TX | 713-674-7070 | 1-800-777-4786 | 713-674-0718 |
| Lafayette, LA | 1-888-844-2263 | 337-593-1210 | 337-289-5264 |
| Lake Charles, LA | 337-439-9830 | 1-800-727-2263 | 337-439-5853 |
| Morgan City, LA | 1-800-365-2263 | 985-395-9283 | 985-395-9773 |
| Future Freightways<br>Houston, TX | 713-780-1180 | | |
| King Trucking, Inc.<br>Amelia, LA | 985-631-0525 | | 985-631-3330 |
| Whitney / Lonestar Transportation<br>Corpus Christi, TX | 361-241-0633 | 1-800-242-1085 | |
| Packard Truck Lines, Inc.<br>Belle Chasse, LA | 504-392-9994 | 504-393-9955 | 504-392-5311 |
| QV Services, Inc.<br>Hallettsville, TX | 361-578-9975 | | |
| QV Services, Inc.<br>Victoria, TX | 361-578-9975 | | |
| Ray Bellow and Sons, Inc.<br>Houston, TX | 713-991-0390 | 1-800-231-4284 | 713-991-0407 |
| Service Offshore, Inc.<br>Abbeville, LA | 337-893-6843 | 337-235-6496 | |
| Specialized Waste Systems, Inc.<br>Houston, TX | 713-452-1735 | | |
| Tetra Technologies, Inc.<br>The Woodlands, TX | 281-367-1983 | | 281-364-4398 |
| Texas Hot Shot<br>Houston, TX | 281-227-1233 | 281-227-2777 | |
| Kilgore, TX | 903-984-5022 | | |
| Venture Transport, Inc.<br>Lafayette, LA | 337-291-6700 | | |
| Houston, TX | 713-678-7700 | | |
| Walker Trucking<br>Houma, LA | 713-688-8400 | 1-800-880-5669 | 713-688-8484 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 14 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| Q. Transportation - Marine | | | |
| Vessels | | | |
| Adams Towing<br>Morgan City, LA | 985-384-1752 | | |
| AMC<br>Golden Meadow, LA | 985-475-5077 | | |
| Aries Marine Corporation<br>Lafayette, LA | 337-232-0335 | 337-856-9015 | 337-856-7380 |
| Atlas Boats, Inc.<br>Belle Chasse, LA | 504-391-0192 | | |
| B&C Boat Rentals<br>Golden Meadow, LA | 985-475-5543 | | |
| B&J Martin, Inc.<br>Cutoff, LA | 985-632-2727 | | |
| Barnett Marine, Inc.<br>Belle Chasse, LA | 504-394-6055 | | |
| Broussard Brothers, Inc.<br>Abbeville, LA | 337-893-5303 | 1-800-299-5303 | 337-893-7148 |
| Brown Water Marine Services, Inc.<br>Rockport, TX | 361-729-3721 | | 361-729-0332 |
| Bud's Boat Rentals<br>Venice, LA | 985-534-2394 | | 985-534-2877 |
| C&E Boat Rental<br>Cutoff, LA | 985-632-6166 | | 985-632-4109 |
| Abdon Callais Offshore, Inc.<br>Golden Meadow, LA | 985-475-7111 | 1-800-632-3411 | |
| Harvey Canal Bridge<br>Harvey, LA | 985-532-2865 | | |
| Cameron Offshore Boats, Inc.<br>Cameron, LA | 337-775-5505 | | |
| Candy Fleet<br>Morgan City, LA | 985-384-5835 | | |
| Cenac Towing Co., Inc.<br>Houma, LA | 985-872-2413 | | |
| Central Boat Rental, Inc.<br>Berwick, LA | 985-384-8200 | | |
| Crew Boats, Inc.<br>Chalmette, LA | 504-277-8201 | | |
| Edison Chouest Offshore<br>Galliano, LA | 985-601-4444 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 15 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **Q. Transportation – Marine (Cont'd)** | | | |
| **Vessels (Cont'd)** | | | |
| Ensco Marine Company<br>Broussard, LA | 337-837-8500 | 1-800-423-8006 | |
| Harvey Gulf International<br>Harvey, LA | 504-348-2466 | | 504-348-8060 |
| Kilgore Offshore<br>Spring, TX | 281-364-6942 | | |
| Kim Susan, Inc.<br>Larose, LA | 985-693-7601 | 985-693-762 | |
| Hornbeck Offshore<br>(formerly Leevac Marine, Inc.)<br>Mandeville, LA | 985-727-6945 | 985-727-2000 | 985-727-2006 |
| L&M Bo Truck Rental<br>Golden Meadow, LA | 985-475-5733 | | 985-475-5669 |
| Louisiana International Marine<br>Gretna, LA | 504-392-8670 | 1-800-286-2376 | 504-391-0389 |
| Lytal Marine<br>Lockport, LA | 985-532-5561 | 1-800-245-9825 | 985-532-2028 |
| Marine Transportation Service, Inc.<br>Panama City, FL | 850-769-1459 | 1-800-874-2839 | |
| Masco Operators, Inc.<br>Freeport, TX | 979-233-4827 | | 979-233-4422 |
| McDonough Marine Service<br>New Orleans, LA | 504-780-8100 | 1-800-227-4348 | 504-780-8200 |
| Third Coast Towing<br>(formerly Mid Coast Barge Corp.)<br>Corpus Christi, TX | 361-881-9422 | | |
| Montco, Inc.<br>Golden Meadow, LA | 985-325-7157 | 1-877-6MONTCO | 985-325-6795 |
| Moran Towing of Texas<br>Port Arthur, TX | 409-962-0591 | | 409-962-1287 |
| Otto Candies, Inc.<br>Des Allemands, LA | 504-469-7700 | | 504-469-7740 |
| Raymond Dugat Company<br>Portland, TX | 361-776-7300 | | 361-776-3990 |
| Ryan Marine Service<br>Galveston, TX | 409-763-1269 | | 409-741-3920 |
| Seacor Marine, Inc<br>Houston, TX | 281-899-4800 | | 281-899-4801 |
| Houma, LA | 985-876-5400 | | 985-876-5444 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 16 of 24 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **Q. Transportation – Marine (Cont'd)** | | | |
| **Vessels (Cont'd)** | | | |
| Sea Mar, Inc.<br>New Iberia, LA | 337-365-6000 | | |
| Shell Landing, Inc.<br>Intracoastal City, LA | 337-893-1211 | | |
| Suard Barge Service, Inc.<br>Lockport, LA | 985-532-5300 | | |
| Texas Crew Boats<br>Freeport, TX | 979-233-8222 | | |
| Delta Towing<br>Houma, LA | 985-851-0566 | | |
| Tidewater Marine<br>Amelia, LA | 985-631-5820 | | |
| Houston, TX | 713-470-5300 | | |
| New Orleans, LA | 504-568-1010 | 1-800-678-8433 | |
| Trico Marine Services, Inc.<br>Houma, LA | 985-851-3833 | 713-780-9926 | |
| Y&S Boat Rental<br>Buras, LA | 985-657-7546 | | |
| **Vessel Brokers** | | | |
| Otto Candies, Inc. | 504-469-7700 | | 504-469-7740 |
| Rault Resources, Inc.<br>Gretna, LA | 504-581-1314 | | |
| Southern States Offshore<br>Houston, TX | 281-209-2871 | | 281-209-2879 |
| **R. Trailers** | | | |
| Clegg Industries, Inc.<br>Victoria, TX | 361-578-0291 | | 361-578-5908 |
| H&B Rentals<br>Liverpool, TX | 281-393-1210 | 1-800-237-6062 | 281-581-9034 |
| Osers, Inc.<br>Morgan City, LA | 985-384-6980 | 1-800-391-9644 | 985-384-6985 |
| Proco, Inc.<br>Kingsville, TX | 361-516-1112 | | 361-516-1105 |
| Scope International<br>Village Mills, TX | 409-834-2289 | | |
| Waste Management of Acadiana<br>Houston, TX | 713-512-6200 | | |
| Lafayette, LA | 337-261-0430 | 1-800-284-2451 | |
| Lake Charles, LA | 337-436-7229 | 1-800-423-1250 | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 17 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **R. Trailers (Cont'd)** | | | |
| Williams Scotsman<br>Houston, TX | 713-466-4353 | 1-800-782-1500 | |
| **S. Vacuum Services** | | | |
| APT<br>Corpus Christi, TX | 361-852-2266 | | |
| Brine Service Company<br>Corpus Christi, TX | 361-289-0063 | | |
| H&K Vacuum Trucking Company<br>Sinton, TX | 361-364-4311 | | |
| KoVac Systems, Inc.<br>Lafayette, LA | 337-886-6076 | | |
| Max-Vac<br>Corpus Christi, Inc. | 361-887-2182 | 361-887-2181 | |
| Mo-Vac<br>Alice, TX | 956-631-9121 | 361-883-0296 | |
| Onyx Industrial Services<br>Corpus Christi, TX | 361-299-0006 | | |
| Phillips Services<br>Corpus Christi, TX | 985-575-3434 | 1-877-772-6693 | |
| Southwest Land & Marine, Inc.<br>Corpus Christi, TX | 361-855-4552 | 361-855-4551 | |
| Vanguard Vacuum Trucks, Inc. | 985-851-0998 | 1-800-874-9269 | 985-851-6998 |
| **T. Well Control Supplies** | | | |
| Baker Oil Tools<br>New Iberia, LA | 337-369-3731 | | |
| Frank's Casing Crew<br>Lafayette, LA | 337-233-0303 | 1-800-833-7265 | 337-572-2462 |
| Gulf Coast Rental Tools<br>Houston, TX | 713-622-1686 | | |
| Gulf Coast Rental Tools<br>Lafayette, LA | 337-234-4571 | | |
| Kim Susan Incorporated<br>Larose, LA | 985-693-7601 | 985-693-7602 | |
| Patterson Rental Tools<br>Alice, TX | 361-668-8231 | | |
| Houma, LA | 985-879-1593 | | |
| Houston, TX | 713-751-0066 | | |
| Broussard, LA | 337-359-9900 | | |
| Enterra Oilfield Rental<br>Corpus Christi, TX | 361-289-1551 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 18 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019698**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **T. Well Control Supplies (Cont'd)** | | | |
| EVI Weatherford<br>Broussard, LA | 337-837-1877 | 1-800-921-5547 | 337-839-8177 |
| **U. Wildlife and Marine Life** | | | |
| **Specialists – National** | | | |
| IBRRC<br>California | 707-207-0380 | 310-514-2573 | 707-207-0395 |
| Tri-State Bird Rescue & Research, Inc.<br>Eilleen Gilbert – Newark, DE<br>Dr. Heidi Stout | 302-737-9543 | | |
| University of Miami – School of Marine Sciences<br>Dr. Peter Lutz – Miami, FL | 305-361-4080 | | |
| WR&E – Wildlife Rehab & Education<br>Sharon Schmalz – League City, TX<br>Michelle Johnson | 281-332-8319 | 281-731-8826 | |
| **Specialists – Texas** | | | |
| Aransas Wildlife Refuge<br>Austwell, TX | 361-286-3533 | 361-286-3559 | |
| Houston Audubon Society<br>Houston, TX | 713-932-1639 | 713-932-1392 | |
| Institute of Marine Life Sciences<br>Dr. Andrew M. Landrie | 409-740-4413 | | |
| Marine Mammal Research Program<br>Dr. Bernard Wursig<br>Galveston, TX | 409-740-4718 | | |
| National Marine Fisheries<br>Galveston, TX | 409-766-3500 | 281-379-7961 | |
| W R & E<br>League City, TX | 512-389-4848 | | |
| Texas Parks & Wildlife Law Enforcement – Austin, TX | 512-389-4848 | | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix F, Page 19 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019699**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

## Technical Support (Cont'd)

| Contact | Phone | Alt. | Fax |
|---|---|---|---|
| **Specialists – Louisiana** | | | |
| Louisiana Department of Wildlife & Fisheries  – Baton Rouge, LA | 225-765-2800 | 1-800-442-2511 | |
| US Dept. of Agriculture Port Allen, LA | 225-389-0229 | 337-783-0182 | |
| **US Fish & Wildlife** | | | |
| Field Offices, Ecological Services Houston, TX | 281-286-8282 | | 281-488-5882 |
| Brian Cain – Environmental Contaminant Specialist | 281-480-7418 | | |
| Corpus Christi State University | 361-994-9005 | | |
| Tom Shultz, Environmental Contaminant Specialist | 361-994-9005 | | |
| Claire Lee , Assistant | 361-994-9005 | | |
| Field Offices / Ecological Services Lafayette, Louisiana | 337-291-3100 | 227-280-1157 | |
| Panhandle of Florida to Swanee River Drainage – Panama City, FL | 850-769-0552 | | |
| **V. Hotels (National)** | | | |
| Best Western | 1-800-780-7234 | | |
| Courtyard (Marriott) | 1-888-236-2427 | | |
| Days Inn | 1-800-329-7466 | | |
| Embassy Suites | 1-800-362-2779 | | |
| Hilton Hotels | 1-800-445-8667 | | |
| Holiday Inn | 1-888-465-4329 | | |
| Hyatt Hotels | 1-888-591-1234 | | |
| Marriott Hotels | 1-888-272-2427 | | |
| Ramada Inn | 1-800-272-6232 | | |
| Sheraton Hotels | 1-800-325-3535 | | |
| Holiday Inn Corpus Christi | 361-883-5731 | | |
| Galveston Island Hilton Galveston, TX | 409-744-5000 | | |
| Holiday Inn Galveston, TX | 409-740-3581 | | |
| Hotel Galvez Galveston, TX | 409-765-7721 | | |
| San Luis Galveston, TX | 409-744-1500 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 20 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **V. Hotels (National) (Cont'd)** | | | |
| **Hotels - Texas** | | | |
| Holiday Inn<br>Houston, TX | 281-821-2570 | | |
| Marriott Hotel<br>Houston, TX | 713-943-7979 | | |
| Bay Tree Condominiums<br>Port Aransas, TX | 361-749-5859 | | |
| Casa Del Cortes<br>Port Aransas, TX | 361-749-6942 | 1-800-408-9952 | |
| Cline's Landing<br>Port Aransas, TX | 361-749-5274 | 1-877-238-8444 | |
| Mustang Towers Condos<br>Port Aransas, TX | 361-749-6212 | 1-800-343-2772 | |
| Seaside Motel & Condos<br>Port Aransas, TX | 361-749-4105 | 1-800-765-3103 | |
| Calm Harbor Real Estate<br>Rockport, TX | 361-729-1367 | 1-800-585-CALM | |
| Hunt's Castle<br>Rockport, TX | 361-729-5002 | 1-888-345-4868 | |
| Key Allegro Rentals<br>Rockport, TX | 361-729-2772 | 1-800-385-1597 | |
| Kontiki Beach Resort & Hotel<br>Rockport, TX | 361-729-2318 | 1-800-388-0649 | |
| **Hotels - Louisiana** | | | |
| Sunbelt Lodge<br>Abbeville, LA | 337-898-1453 | 1-866-299-1480 | 337-898-1463 |
| Cameron Hotel<br>Cameron, LA | 337-775-5442 | | |
| Grand Isle Suites<br>Grand Isle, LA | 985-787-3515 | | |
| Sand Dollar Motel<br>Grand Isle, LA | 985-787-2893 | | 985-787-3800 |
| Sun and Sand Cabins<br>Grand Isle, LA | 985-787-2456 | | |
| Holiday Inn Holidome<br>Houma, LA | 985-868-5851 | | |
| Houma's Red Carpet Inn<br>Houma, LA | 985-876-4160 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 21 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| V. Hotels (National) (Cont'd) | | | |
| Hotels – Louisiana (Cont'd) | | | |
| Plantation Inn<br>Houma, LA | 985-879-4871 | 1-800-373-0072 | 985-873-8970 |
| Ramada Inn<br>Houma, LA | 985-879-4871 | | |
| Best Western Hotel Acadiana<br>Lafayette, LA | 337-233-8120 | 1-800-826-8386 | |
| Holiday Inn<br>Lafayette, LA | 337-233-6815 | 1-800-942-4868 | |
| Lafayette Hilton & Towers<br>Lafayette, LA | 337-235-6111 | | |
| LaQuinta Inn<br>Lafayette, LA | 337-291-1088 | | |
| Quality Inn<br>Lafayette, LA | 337-234-0383 | | |
| Ramada Executive Plaza<br>Lafayette, LA | 337-235-0858 | | |
| LaQuinta<br>Metairie, LA | 504-835-8511 | | |
| Holiday Inn<br>Morgan City, LA | 985-385-2200 | | |
| Morgan City Motel<br>Morgan City, LA | 985-384-6640 | | |
| Plantation Inn<br>Morgan City, LA | 985-395-4511 | | |
| Days Inn<br>Morgan City, LA | 985-384-5750 | | |
| Garden District Hotel<br>New Orleans, LA | 504-566-1200 | | |
| Hilton Hotel<br>New Orleans, LA | 504-561-0500 | | |
| Marriott Hotel<br>New Orleans, LA | 504-581-1000 | | |
| Royal Sonesta<br>New Orleans, LA | 504-586-0300 | | |
| Sheraton Hotel<br>New Orleans, LA | 504-595-5514 | | |
| Ramada Inn<br>Thibodeaux, LA | 985-446-0561 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 22 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019702



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Technical Support (Cont'd) | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| **V. Hotels (National) (Cont'd)** | | | |
| **Hotels – Louisiana (Cont'd)** | | | |
| Howard Johnson Lodge Thibodeaux, LA | 985-447-9071 | | |
| Cypress Cove Lodge Venice, LA | 985-534-7777 | 1-888-534-8777 | |
| Empire Inn Venice, LA | 985-657-9853 | | |
| Lighthouse Lodge Venice, LA | 985-534-2522 | | |
| **Media - TV** | | | |
| KPRC – Channel 2 Houston, TX | 713-222-2222 | | |
| KHOU – Channel 11 Houston, TX | 713-526-1111 | | |
| KTRK – Channel 13 Houston, TX | 713-666-0713 | | |
| KFDM – Channel 6 Beaumont, TX | 409-892-6622 | | 409-892-6665 |
| KBMT – Channel 12 Beaumont, TX | 409-833-7512 | | 409-981-1563 |
| KBTV – Channel 4 Port Arthur, TX | 409-985-5557 | 409-840-4444 | 409-899-4639 |
| KPLC – Channel 7 Lake Charles, LA | 337-439-9071 | | 337-437-7600 |
| KLFY – Channel 10 Lafayette, LA | 337-981-4823 | 337-981-4844 | 337-984-8323 |
| WAFB – Channel 9 Baton Rouge, LA | 225-383-9999 | | |
| WBRZ – Channel 2 Baton Rouge, LA | 225-387-2222 | | |
| WBTR – Channel 19 Baton Rouge, LA | 225-201-1919 | | |
| WDSU – Channel 6 New Orleans, LA | 504-679-0600 | | |
| WWL - Channel 4 New Orleans, LA | 504-529-4444 | 504-529-6298 | |
| WVUE – Channel 8 New Orleans, LA | 504-486-6161 | | |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix F, Page 23 of 24 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019703**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix F
Support Services
& Supplies

| Media – Radio | | | |
|---|---|---|---|
| **Contact** | **Phone** | **Alt.** | **Fax** |
| KTRH – AM – Houston, TX | 713-212-8000 | 281-214-0440 | 713-212-8957 |
| KPRC – AM – Houston, TX | 281-588-4800 | | |
| KLVI – AM – Beaumont, TX | 409-896-5555 | | |
| KZZB – AM – Beaumont, TX | 409-833-0990 | | |
| KALO – AM – Beaumont, TX | 409-963-1276 | | |
| KAYC – AM – Beaumont, TX | 409-727-2774 | | |
| KQHN – AM – Beaumont, TX | 409-727-2774 | | |
| KQXY – FM – Beaumont, TX | 409-833-9421 | | 409-833-9296 |
| KYKR – FM – Beaumont, TX | 409-896-5555 | 1-800-329-9595 | 409-896-5500 |
| KAYD – FM – Beaumont, TX | 409-212-1017 | 409-729-1017 | 409-833-9296 |
| KKMY – FM – Beaumont, TX | 409-896-5555 | 1-800-329-9595 | 409-896-5500 |
| KIOC – FM – Beaumont, TX | 409-896-5555 | 1-800-329-9595 | 1-800-329-9595 |
| KEZM – AM – Lake Charles, LA | 337-527-3611 | | |
| KYKZ – FM – Lake Charles, LA | 337-439-3300 | 1-800-439-6979 | 337-433-7701 |
| WYNK – FM – Baton Rouge, LA | 225-231-1860 | | |
| WXCT – FM – Baton Rouge, LA | 225-388-9898 | | |
| WJFM – FM – Baton Rouge, LA | 225-768-3227 | 225-768-3202 | |
| KKAY – FM – Donaldsville, LA | 225-473-6397 | | |
| Media – Newspapers | | | |
| Galveston Daily News<br>Galveston, TX | 409-744-3611 | | |
| Houston Chronicle<br>Houston, TX | 713-220-7491 | | |
| Beaumont Enterprise Journal<br>Beaumont, TX | 409-833-3311 | | |
| Port Arthur News<br>Port Arthur, TX | 409-721-2400 | | |
| Orange Leader<br>Orange, TX | 409-883-3571 | | |
| Times Picayune<br>New Orleans, LA | 504-826-3070 | | |
| The Advocate<br>Baton Rouge, LA | 225-383-1111 | | |
| American Press<br>Lake Charles, LA | 337-494-4040 | | |
| Southwest Builder / News<br>Sulphur, LA | 337-527-7075 | | |
| Plaquemine Post<br>Plaquemines, LA | 225-687-3288 | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix F, Page 24 of 24 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**Confidential Treatment Requested**

**BP-HZN-CEC 019705**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and
Report Forms

## APPENDIX G – NOTIFICATION AND REPORT FORMS

This Appendix co ntains reporting forms for i nternal c ommunication and r egulatory compliance.

**a. Internal Spill Reporting Form**

BP Spill Reporting Form

**b. External Spill Reporting Forms**

MMS Spill Response Completion Report

TGLO Oil Spill Response Completion Report

Louisiana Spill Reporting Form

Mississippi Spill Reporting Form

MMS Initial Oral Report Of Pipeline Break Or Leak

MMS Serious Injury Report

CG-2692 Report Of Marine Accident, Injury Or Death

CG-2692B Report Of Required Chemical Drug and Alcohol Testing Following a Serious Marine Incident

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 1 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and
Report Forms

## BP Spill Reporting Form

### PLEASE FILL OUT HIGHLIGHTED FIELDS IMMEDIATELY AND REPORT TO THE ENVIRONMENTAL PAGER (713)-612-4106

Date/Time of Spill: _____

Date of Report: _____

Date/Time Spill was Discovered: _____

Time of Report: _____

Sighted By: _____

Reported By: _____

Facility (Lat/Long) Location: _____

County/Parish: _____ State: _____

Area/Block: _____

OCS-G _____ Well #: _____

Description of incident: _____

Spill Source: _____

Type of material released: _____

Quantity Discharged: _____

Discharge Rate: _____

Description of spill: (i.e., slick – colored film or layer of oil, sheen – thin clear film or thin layer of oil; rainbow – reflect on type film, size):
_____

Length of Time Discharge Occurred: _____   Quantity: _____   Recovered: _____

Weather:   Clear _____   Cloudy _____   Fog _____   Rain _____

Wind:   Velocity _____   Dir. (from) _____   Current Dir. (to) _____   Velocity _____

Visibility: _____   Ceiling: _____

Temperature: _____   Wave: Height _____

Did spill affect any water? _____   If yes, describe and name: _____

Size of Oil:  Width _____   Length _____

Percent Coverage: _____

Approximate Location of Oil: Lat. _____   Long. _____

Direction of Movement: _____

Potential Hazard to Life and Property: _____

Description of effects of spill (on fish, wildlife, vegetation, etc.): _____

Damage: _____   Injuries: _____

Corrective Action Taken: _____

Cause: _____

Explain containment and cleanup measures taken (including equipment and material used): _____

How successful were these efforts (amount recovered): _____

Did representative of outside agency visit the scene? _____

If so, which agencies? _____

Additional remarks and recommendations (include any pertinent comments on public relations observation):
_____

_____
Supervisor In Charge

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle, GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush, Environmental Coordinator
Document Administrator:  Kristy McNease, GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 2 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019707

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

### Report To Regulatory Agencies

| Agency | Report By: | Report To: | Time and Date |
|---|---|---|---|
| MMS | | | |
| NRC | | | |
| EPA | | | |
| USCG | | | |
| LSP | | | |
| LOSCO | | | |
| TGLO | | | |
| TRRC | | | |
| | | | |
| | | | |

NRC Phone # - 1-800-424-8802       NRC Case Number (assigned by the NRC): _____

NOTES:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 3 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

## BP

**bp**
Regional Oil Spill Response Plan – Gulf of Mexico

## MMS Oil Spill Report Form

1.  Name of Company _____

2.  Telephone Number _____

3.  Person Reporting Spill _____

    a.  Telephone No. _____

4.  Name of Person-In-Charge _____

    a.  Telephone No. _____

5.  Exact Location of Spill _____

    a.  Time _____

6.  Estimated Quantity and Type _____

7.  Movement and Size of Slick _____

8.  Direction and Speed of Wind and Wave Height _____

9.  List of Agencies Notified _____

    _____

    _____

10. List of:

    a.  River Banks _____

    b.  Shores _____

    c.  Beaches _____

    d.  Other Areas _____

11. Action Taken to Control and Clean Up _____

    _____

    _____

12. Injuries, If Any _____

    _____

    _____

13. Possible Hazards to Human Health or Environment _____

    _____

    _____

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 4 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and
Report Forms

## TGLO Oil Spill Response Completion Report

This is a sample report generated by TGLO operators when a spill is reported to the TGLO hotline. This form is not for the Responsible Party to fill out; the TGLO operators as the following questions:

Report Number: _____

Is this a Drill? _____   Report Taken By: _____   Date: _____   Time: _____

Agency(s) to be Notified: _____

Reporting Party Information:                          Incident          Incident
                                                     Date:             Time:

Reported By's Name:     Reporting Party Affliation:   Contact           Other
                                                     Number:           Phone
                                                                       Numbers:

Material(s) Discharged or Spilled:

| Material(s) | CAS/UN Number | Amt. Spilled | Unit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Discharge or Spill Location:        County:                Origin:

Non-Coastal:
        Land Release Only?      Receiving Water:
        Threatens or Entered Water

Coastal:                                Amount In Water:       Units
        Threatens or Entered Water

Air Release

Incident Location / Driving Directions:

Description of Incident, Cause, Impact, and Response:

Others Reporting Party Notifiied:

| Agency | Who | Where | Date | Time |
|---|---|---|---|---|
| NRC | | | | |
| | | | | |
| | | | | |

*Party Responsible for Discharge/Spill:

Firm or Municipality:
Street or P.O. Box:
City:                   State:          Zip Code:
Contact Person:                         Phone:

Comments:

Emergency Hotline Phone Notifications:

| Agency | Who | Where | Date | Time |
|---|---|---|---|---|
| GLO | | | | |
| | | | | |
| | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 5 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019710**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and
Report Forms

## Louisiana Spill Reporting Form

Date Reported_____

Time _____

Company Reporting Spill _____

Person Reporting Spill _____

Telephone No._____

Location of Spill_____

Type of Material _____Amount _____ BBLS _____

Source of Spill_____

_____

Action Taken to Control and Clean Up _____

_____

_____

Estimate of spilled material recovered _____ BBLS

Name of individual with state agency or

Answering service taking spill report_____

Date _____

**File Report to:**

Department of Natural Resources
Office of Conservation
P.O. Box 44275
Baton Rouge, Louisiana 70804

Louisiana Department of Environmental Quality
P.O. Box 82215
Baton Rouge, Louisiana 70884

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 6 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

BP-HZN-CEC 019711

## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

## Mississippi Spill Reporting Form

Date Reported _____ Time _____

Person Reporting _____

Address: _____

              City            Street or P.O. Box        Phone

Spill Location _____

_____

_____

Company Name and Address _____

_____

Material Spilled _____

Estimated Quantity _____

Source of Spill _____

Cause of Spill _____

Action Taken:  Containment, Cleanup: _____

_____

_____

Agencies Reported to: _____

Report Taken by: _____

               Name                      Title

Location:  NRO    CRO    SRO    ADMINISTRATIVE OFFICE

Action Taken:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 7 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019712



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Appendix G
Notification and
Report Forms

### MMS Initial Oral Report Of Pipeline Break Or Leak

Report Received By                                    Report Given By
Name: _____                    Name:_____
Date: _____                     Company:_____
                                          Phone No.: _____

Time and Date of Break or Leak Discovery:_____

Break or Leak Location: _____

Pipeline:   Size: _____Product: _____

From:_____

To:_____

Wind Velocity: _____ Sea Conditions: _____

How far from shore: _____

Extent of Slick: _____

Volume of Spill: _____

Normal Daily Production: _____BOPD _____MCFPD _____

Production to Pipeline Shut In? _____If So How? (Auto/Manual)

Operating Pressure Range? _____

Low Pressure Sensor Setting? _____

Approximate Date of Construction:_____

Remind Operator of NTL 80-9 (Pipeline Damage Reporting)_____

Cause:_____

Remarks:_____
-------------------------------------------------------------------------------------
Was Washington Notified By Phone?_____

When?_____ By Whom? _____

To Whom? _____
-------------------------------------------------------------------------------------

NOTIFY DATE OF PIPELINE REPAIR

Report Received By                                    Report Given By
Name: _____                    Name:_____
Date: _____                     Date:_____

Inspection of Installation
Date: _____

Name of Inspector: _____

Remarks _____

Segment No.  DOI or DOT

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 8 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested                    BP-HZN-CEC 019713

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## MMS Serious Injury Report

MMS Office to be Forwarded: _____

Date of Report: _____

Name of Injured: _____

Date of Injury: _____

Injured Person's Address

_____

Time of Injury: _____

Was Injury Fatal: _____

Social Security No.: ____

Place of Injury: _____

Location (Area & Block):

OCS No.: _____

Employer of Injured: _____

Description of Injury: _____

_____

_____

_____

Nature of Injury: _____

Type of Operations: _____

Specific Tasks: _____

Weather: _____

Witnesses: _____

_____

_____

_____

_____

What Would Prevent Similar Injury: _____

Hospital/Doctor Where Treatment Received: _____

_____

Length of Disability: _____ Comments: _____

_____

For Further Information Contact:

_____
Signature of Preparer

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 9 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019714

<table>
<tr><td>**bp**</td><td>**BP**<br>Regional Oil Spill Response Plan – Gulf of Mexico</td><td>**Appendix G**<br>Notification and<br>Report Forms</td></tr>
</table>

## CG-2692 Report Of Marine Accident, Injury Or Death

OMB Control No. 1625-0001

U.S. DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG-2692 (Rev. 06-04)

### REPORT OF MARINE ACCIDENT, INJURY OR DEATH

RCS No. G-MOA

MISLE NOTIFICATION NUMBER

#### SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility | | 2. Official No. | 3. Nationality | 4. Call Sign | 5. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|
| 6. Type: (Towing, Freight, Fish, Drill, etc.) | 7. Length | 8. Gross Tons | 9. Year Built | 10. Propulsion: (Steam, diesel, gas, turbine...) | |
| 11. Hull Material (Steel, Wood...) | 12. Draft (Ft. - in.) FWD AFT. | 13. If Vessel Classed, By Whom: (ABS, LLOYDS, DNV, BV, etc.) | | 14. Date (of occurrence) | 15. TIME (Local) |

16. Location (See Instruction No. 10A)

17. Estimated Loss of Damage TO:

18. Name, Address & Telephone No. of Operating Co.

VESSEL _____
CARGO _____
OTHER _____

| 19. Name of Master or Person in Charge | USCG License ☐ YES ☐ NO | 20. Name of Pilot | USCG License ☐ YES ☐ NO | State License ☐ YES ☐ NO |
|---|---|---|---|---|
| 19a. Street Address (City, State, Zip Code) | 19b. Telephone Number | 20a. Street Address (City, State, Zip Code) | 20b. Telephone Number | |

21. Casualty Elements. (Check as many as needed and explain in Block 44.)

NO. OF PERSONS ON BOARD _____
☐ DEATH - HOW MANY? _____
☐ MISSING - HOW MANY? _____
☐ INJURED - HOW MANY? _____
☐ HAZARDOUS MATERIAL RELEASED OR INVOLVED

(Identify Substance and amount in Block 44.)

☐ OIL SPILL - ESTIMATE AMOUNT _____

☐ CARGO CONTAINER LOST/DAMAGED
☐ COLLISION
(Identify other vessel or object in Block 44.)
☐ GROUNDING        ☐ WAKE DAMAGE

☐ FLOODING: SWAMPING WITHOUT SINKING
☐ CAPSIZING (with or without sinking)
☐ FOUNDERING OR SINKING
☐ HEAVY WEATHER DAMAGE
☐ FIRE
☐ EXPLOSION
☐ COMMERCIAL DIVING CASUALTY
☐ ICE DAMAGE
☐ DAMAGE TO AIDS TO NAVIGATION
☐ STEERING FAILURE
☐ MACHINERY OR EQUIPMENT FAILURE
☐ ELECTRICAL FAILURE
☐ STRUCTURAL FAILURE

☐ FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ LIFESAVING EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
☐ BLOW OUT (Petroleum exporation/production)
☐ ALCOHOL INVOLVEMENT (Describe in Block 44.)
☐ DRUG INVOLVEMENT (Describe in Block 44.)
☐ OTHER (Specify)

22. Conditions

A. Sea or River Conditions (wave height, river stage, etc.)

B. WEATHER
☐ CLEAR
☐ RAIN
☐ SNOW
☐ FOG
☐ OTHER (Specify)

C. TIME
☐ DAYLIGHT
☐ TWILIGHT
☐ NIGHT

D. VISIBILITY
☐ GOOD
☐ FAIR
☐ POOR

E. DISTANCE (miles of visibility)

F. AIR TEMPERATURE (F)

G. WIND SPEED & DIRECTION

H. CURRENT SPEED & DIRECTION

23. Navigation Information
☐ MOORED, DOCKED OR FIXED
☐ ANCHORED ☐ UNDERWAY OR DRIFTING

SPEED AND COURSE _____

24. Last Port Where Bound

24a. Time and Date of Departure

| 25.<br>FOR TOWING ONLY | 25a.<br>NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b.<br>TOTAL H.P. OF TOWING UNITS | 25c.<br>MAXIMUM SIZE OF TOW WITH TOW-BOAT(S) | Length | Width | 25d. (Describe in Block 44.)<br>☐ PUSHING AHEAD<br>☐ TOWING ASTERN<br>☐ TOWING ALONGSIDE<br>☐ MORE THAN ONE TOW-BOAT ON TOW |
|---|---|---|---|---|---|---|---|---|---|

#### SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross Tons | 26e. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|
| 26f. Year Built | 26g. ☐ SINGLE SKIN ☐ DOUBLE | 26h. Draft FWD AFT | | 26i. Operating Company | |

26j. Damage Amount
BARGE _____
CARGO _____
OTHER _____

26k. Describe Damage to Barge

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 10 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019715**

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and Report Forms

## CG-2692 Report Of Marine Accident, Injury Or Death (Cont'd)

PAGE 2 OF CG-2692 (REV. 06-04)

### SECTION III. PERSONNEL ACCIDENT INFORMATION

| 27. Person Involved | 27a. Name (Last, First, Middle Name) | 27c. Status |
|---|---|---|
| ☐ MALE or ☐ FEMALE | | ☐ Crew |
| ☐ DEAD ☐ INJURED | 27b. Address (City, State, Zip Code) | ☐ Passenger |
| ☐ MISSING | | ☐ Other |

| 28. Birth Date | 29. Telephone No. | 30. Job Position | 31. (Check here if off duty) ☐ |
|---|---|---|---|

32. Employer – (if different from Block 16., fill in Name, Address, Telephone No.)

| 33. Person's Time | | YEAR(S) | MONTH(S) | 34. Industry of Employer (Towing, Fishing, Shipping, Crew Supply, Drilling, etc.) |
|---|---|---|---|---|
| A. IN THIS INDUSTRY – | | ___ | ___ | |
| B. WITH THIS COMPANY – | | ___ | ___ | 35. Was the Injured Person Incapacitated 72 Hours or More? |
| C. IN PRESENT JOB OR POSITION – | | ___ | ___ | |
| D. ON PRESENT VESSEL/FACILITY – | | ___ | ___ | 36. Date of Death |
| E. HOURS ON DUTY WHEN ACCIDENT OCCURRED – | | | ___ | |

37. Activity of Person at Time of Accident

38. Specific Location of Accident on Vessel/Facility

| 39. Type of Accident (Fall, Caught between, etc.) | 40. Resulting Injury (Cut, Bruise, Fracture, Burn, etc.) |
|---|---|

| 41. Part of Body Injured | 42. Equipment Involved in Accident |
|---|---|

43. Specific Object, Part of the Equipment in block 42., or Substance (Chemical, Solvent, etc.) that directly produced the Injury.

### SECTION IV. DESCRIPTION OF CASUALTY

44. Describe how accident occured, damage, information on alcohol/drug involvement and recommendations for corrective safety measures. (See instructions and attach additional sheets if necessary).

45. Witness (Name, Address, Telephone No.)

46. Witness (Name, Address, Telephone No.)

### SECTION V. PERSON MAKING THIS REPORT

| 47. Name (PRINT) (Last, First, Middle) | 47b. Address (City, State, Zip Code) | 47c. Title |
|---|---|---|
| | | 47d. Telephone No. |
| 47a. Signature | | 47e. Date |

| FOR COAST GUARD USE ONLY | | REPORTING OFFICE: |
|---|---|---|
| MISLE Incident Investigation Activity Data Entry: | | MISLE Incident Investigation Activity Number (if applicable) |
| ☐ NONE ☐ PRELIMINARY ☐ DATA COLLECTION ☐ INFORMAL ☐ FORMAL | | |

| | INVESTIGATOR (Name) | DATE | APPROVED BY (Name) | DATE |
|---|---|---|---|---|
| Serious Marine Incident ☐ Yes ☐ No | | | | |
| Major Marine Casualty ☐ Yes ☐ No | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 11 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix G
Notification and
Report Forms

## CG-2692 Report Of Marine Accident, Injury Or Death - Instructions

### INSTRUCTIONS

FOR COMPLETION OF FORM CG-2692

REPORT OF MARINE ACCIDENT, INJURY OR DEATH

AND FORM CG-2692A, BARGE ADDENDUM

#### WHEN TO USE THIS FORM

1. This form satisfies the requirements for written reports of accidents found in the Code of Federal Regulations for vessels, Outer Continental Shelf (OCS) facilities, mobile offshore drilling units (MODUs), and diving. The kinds of accidents that must be reported are described in the following instructions.

#### VESSELS

2. A vessel accident must be reported if it occurs upon the navigable waters of the U.S., its territories or possessions, or whenever an accident involves a U.S. vessel; wherever the accident may occur. (Public vessels and recreational vessels are excepted from these reporting requirements.) The accident must also involve one of the following (ref. 46 CFR 4.05-1).

A. All accidental groundings and any intentional grounding which also meets any of the other reporting criteria or creates a hazard to navigation, the environment, or the safety of the vessel;

B. Loss of main propulsion or primary steering, or an associated component or control system, the loss of which causes a reduction of the maneuvering capabilities of the vessel. Loss means that systems, component parts, subsystems, or control systems do not perform the specified or required function;

C. An occurrence materially and adversely affecting the vessel's seaworthiness or fitness for service or route including but not limited to fire, flooding, failure or damage to fixed fire extinguishing systems, lifesaving equipment or bilge pumping systems;

D. Loss of life;

E. An injury that requires professional medical treatment (beyond first aid) and, if a crewmember on a commercial vessel, that renders the individual unfit to perform routine duties;

F. An occurrence not meeting any of the above criteria but resulting in damage to property in excess of $25,000. Damage cost includes the cost of labor and material to restore the property to the condition which existed prior to the casualty, but it does not include the cost of salvage, cleaning, gas freeing, drydocking or demurrage.

#### MOBILE OFFSHORE DRILLING UNITS

3. MODUs are vessels and are required to report an accident that results in any of the events listed by Instruction 2-A through 2-F for vessels. (Ref. 46 CFR 4.05-1, 46 CFR 109.411)

#### OCS FACILITIES

4. All OCS facilities (except mobile offshore drilling units) engaged in mineral exploration, development or production activities on the Outer Continental Shelf of the U.S. are required by 33 CFR 146.30 to report accidents resulting in:

A. Death;

B. Injury to 5 or more persons in a single incident;

C. Injury causing any person to be incapacitated for more than 72 hours;

D. Damage affecting the usefullness of primary lifesaving or firefighting equipment;

E. Damage to the facility in excess of $25,000 resulting from a collision by a vessel;

F. Damage to a floating OCS facility in excess of $25,000.

5. Foreign vessels engaged in mineral exploration, development or production on the U.S. Outer Continental Shelf, other than vessels already required to report by Instructions 2 and 3 above, are required by 33 CFR 146.303 to report casualties that result in any of the following:

A. Death;

B. Injury to 5 or more persons in a single incident;

C. Injury causing any person to be incapacitated for more than 72 hours.

#### DIVING

6. Diving casualties include injury or death that occurs while using underwater breathing apparatus while diving from a vessel or OCS facility.

A. COMMERCIAL DIVING. A dive is considered commercial if it is for commercial purposes from a vessel required to have a Coast Guard certificate of inspection, from an OCS facility or in its related safety zone or in a related activity, at a deepwater port or in its safety zone. Casualties that occur during commercial dives are covered by 46 CFR 197.486 if they result in:

1. Loss of life;
2. Injury causing incapacitation over 72 hours;
3. Injury requiring hospitalization over 24 hours.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 12 of 15 Pages
© The Response Group 06/2009

BP-HZN-CEC 019717



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix G
Notification and
Report Forms

## CG-2692 Report Of Marine Accident, Injury Or Death – Instructions (Cont'd)

In addition to the information requested on this form, also provide the name of the diving supervisor and, if applicable, a detailed report on gas embolism or decompression sickness as required by 46 CFR 197.410(a)(9).

Exempt from the commercial category are dives for:

1. Marine science research by educational institutions.
2. Research in diving equipment and technology;
3. Search and Rescue controlled by a government agency

B. ALL OTHER DIVING. Diving accidents not covered by Instruction (6-A) but involving vessels subject to Instruction (2), VESSELS, must be reported if they result in death or injury causing incapacitation over 72 hours (Ref. 46 CFR 4.03-1(c)).

### HAZARDOUS MATERIALS

7. When an accident involves hazardous materials, public and environmental health and safety require immediate action. As soon as any person in charge of a vessel or facility has knowledge of a release or discharge of oil or a hazardous substance, that person is required to immediately notify the U. S. Department of Homeland Security's National Response Center (telephone toll-free 800-424-8802 - in the Washington, D.C. area call 202-426-2675). Anyone else knowing of a pollution incident is encouraged to use the toll-free telephone number to report it. If etiologic (disease causing) agents are involved, call the U.S. Public Health Service's Center for Disease Control in Atlanta, GA. (telephone 404-633-5313). (Ref. 42 USC 9603, 33 CFR 153, 49 CFR 171.15)

### COMPLETION OF THIS FORM

8. This form should be filled out as completely and accurately as possible. Please type or print clearly. Fill in all blanks that apply to the kind of accident that has occurred. If a question is not applicable, the abbreviation "NA" should be entered in that space. If an answer is unknown and cannot be obtained, the abbreviation "UNK" should be entered in that space. If "NONE" is the correct response, then enter it in that space.

9. Once completed, deliver or mail this form as soon as possible to the Coast Guard Marine Safety, Marine Inspection or Activities Office nearest the location of the casualty or, if at sea, nearest the arrival port.

10. Amplifying information for completing the form:

A. Block 16 - "LOCATION" - Latitude and longitude to the nearest tenth of a minute should always be entered except in those rivers and waterways where a mile marker system is commonly used. In these cases, the mile number to the nearest tenth of a mile should be entered. If mile latitude and longitude, or mile number, are unknown, reference to a known landmark or object (buoy, light, etc.) with distance and bearing to the object is permissible. Always identify the body of water or waterway referred to.

B. Tug or towboat with tow - Tugs or towboats with tows under their control should complete all applicable portions of the CG-2692. SECTION II should be completed if a barge causes or sustains damage or meets any other reporting criteria. If additional barges require reporting, the "Barge Addendum" CG-2692A, may be used to provide the information for the additional barges.

C. Moored/Anchored Barge - If a barge suffers a casualty while moored or anchored, or breaks away from its moorage, and causes or sustains reportable damages or meets any other reporting criteria, enter the location of its moorage in Block (1) of the CG-2692 and complete the form except for Blocks (2) through (13). The details will be entered in SECTION II for one barge and on the "Barge Addendum" CG-2692A, for additional barges.

D. SECTION III - Personnel Accident Information - SECTION III must be completed for a death or injury. In addition, applicable portions of SECTIONS I, II and IV must be completed. If more than one death or injury occurs in a single incident, complete one CG-2692 for one of the persons injured or killed, and attach additional CG-2692's, filling out Blocks (1) and (2) and SECTION III for each additional person.

E. BLOCK 44 - Describe the sequence of events which led up to this casualty. Include your opinion of the primary cause and any contributing causes of the casualty. Briefly describe damage to your vessel, its cargo, and other vessels/property. Include any recommendations you may have for preventing similar casualties. *ALCOHOL AND DRUG INFORMATION.* Provide the following information with regard to each person determined to be directly involved in the casualty: name, position aboard the vessel, whether or not the person was under the influence of alcohol or drugs at the time of the casualty, and the method used to make this determination. If toxicological testing is conducted the results should be included; if results are not available in a timely manner, provide the results of the toxicological test as soon as practical and indicate that this is the case in block 44 of the casualty form.

NOTICE: The information collected on this form is routinely available for public inspection. It is needed by the Coast Guard to carry out its responsibility to investigate marine casualties, to identify hazardous conditions or situations and to conduct statistical analysis. The information is used to determine whether new or revised safety initiatives are necessary for the protection of life or property in the marine environment.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number.

The Coast Guard estimates that the average burden for this report is 1 hour. You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to: Commandant (G-MOA), U.S. Coast Guard, Washington, DC 20593-0001 or Office of Management and Budget, Paperwork Reduction Project (1625-0001), Washington, DC 20503

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 13 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019718**



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix G**
Notification and
Report Forms

---

### CG-2692B Report Of Required Testing Following A Marine Incident

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-2692B (11-04) | **REPORT OF REQUIRED CHEMICAL DRUG AND ALCOHOL TESTING FOLLOWING A SERIOUS MARINE INCIDENT** *(See Instructions on reverse)* | APPROVED OMB NO. 1625-0001 |
|---|---|---|
| | | USCG MISLE ACTIVITY NUMBER |

#### SECTION I—VESSEL INFORMATION

| 1. Name of vessel | 2. Official Number | 3. Call Sign | 4. Nationality |
|---|---|---|---|
| 5. Vessel Type *(Freight, Towing, Fishing, MODU, etc.)* | 6. Length | 7. Gross Tons | 8. Year Built |

| 9. Operating Company | 10. Master or Person in Charge |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Telephone Number: | Telephone Number: |

#### SECTION II—INCIDENT INFORMATION

11. Type of Serious Marine Incident *(Check appropriate Box(es). (See Instructions on Reverse)*

☐ a. Death *(Append to Form CG-2692)*

☐ b. Injury requiring medical treatment *(Append to Form CG-2692)*

☐ c. Property damage in excess of $100,000 *(Append to Form CG-2692)*

☐ d. Loss of inspected vessel *(Append to Form CG-2692)*

☐ e. Loss of uninspected, self-propelled vessel of over 100 gross tons *(Append to Form CG-2692)*

☐ f. Discharge of oil of 10,000 gallons or more into U.S. waters

☐ g. Discharge of a reportable quantity of hazardous substance into U.S. waters

☐ h. Release of a reportable quantity of hazardous substance into U.S. environment

| 12. Date of Incident | 13. Time *(local)* of Incident | 14. Location of Incident *(Latitude and Longitude or River and Milepost)* |
|---|---|---|

#### SECTION III—PERSONNEL / TESTING INFORMATION

15. Personnel Directly Involved In Serious Marine Incident    16. Drug and Alcohol Testing *(See Instructions on reverse)*

| 15a. Name *(Last, First, Middle Initial)* | 15b. Licensing/Certification *(Check Appropriate Box(es))* | | | 16a. Drug Test Urine Specimen provided within 32 hours? | | 16b. Alcohol Test Specimen provided within 2 hours? | | Alcohol Test Specimen Source | | | Alcohol Test Results |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | USCG License | USCG MMD | Neither | YES | NO | YES | NO | Saliva | Blood | Breath | |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| 17. SAMHSA Accredited Laboratory Conducting Chemical Drug Tests | 18. Laboratory conducting blood alcohol test(s) or individual conducting saliva or breath alcohol test(s) |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Telephone Number: | Telephone Number: |

| 19. Person Making This Report *(Please Print)* | 20. Signature | 21. Date |
|---|---|---|
| Name: | | |
| Address: | | |
| Telephone Number: | Title: | |

22. Remarks *(See Instructions on Reverse)*

---

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix G, Page 14 of 15 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019719**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## CG-2692B Report Of Required Testing Following A Marine Incident - Instructions

### INSTRUCTIONS FOR COMPLETION OF FORM CG-2692B
### *REPORT OF REQUIRED CHEMICAL DRUG AND ALCOHOL TESTING*
### *FOLLOWING A SERIOUS MARINE INCIDENT*

*NOTE: When this form is being submitted along with a REPORT OF MARINE ACCIDENT, INJURY OR DEATH (Form CG-2692), Blocks 3-10 and Blocks 12-14 on Form CG-2692B need not be completed.*

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The Coast Guard estimates that the average burden for this report is .5 hours. You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to: Commandant (G-MOA), U.S. Coast Guard, 2100 2nd St. SW, Washington D.C. 20593-0001 or Office of Management and Budget, Paperwork Reduction Project (1625-0001), Washington, DC 20503.

#### WHEN TO USE THIS FORM

1. This form satisfies the requirements in the Code of Federal Regulations for written reports of chemical drug and alcohol testing of individuals directly involved in serious marine incidents. Alcohol tests are to be conducted not later than 2 hours (unless there are casualty directly related safety concerns) and drug test specimens collected not later than 32 hours after a Serious Marine Incident. Public vessels and recreational vessels are excepted from these reporting requirements.

#### SERIOUS MARINE INCIDENTS

2. The term "serious marine incident" includes the following events involving a vessel in commercial service:
A. Any marine casualty or accident that occurs upon the navigable waters of the U.S., its territories or possessions, or that involves a U.S. vessel anywhere, and that results in any of the following:
  1. One or more deaths;
  2. Any injury to a crewmember, passenger, or other person which requires professional medical treatment beyond first aid, and, in the case of a person employed on board a vessel in commercial service, which renders the individual unfit to perform routine vessel duties;
  3. Damage to property, as defined in 46 CFR 4.05-1(f), in excess of $100,000;
  4. Actual or constructive total loss of any vessel subject to inspection under 46 U.S.C. 3301; or
  5. Actual or constructive total loss of any self-propelled vessel, not subject to inspection under 46 U.S.C. 3301, of 100 gross tons or more.
B. A discharge of oil of 10,000 gallons or more into the navigable waters of the United States, as defined in 33 U.S.C. 1321, whether or not resulting from a marine casualty.
C. A discharge of a reportable quantity of a hazardous substance into the navigable waters of the United States, whether or not resulting from a marine casualty.
D. A release of a reportable quantity of a hazardous substance into the environment of the United States, whether or not resulting from a marine casualty.

#### INDIVIDUAL DIRECTLY INVOLVED IN A SERIOUS MARINE INCIDENT

3. Term "individual directly involved in a serious marine incident" is an individual whose order, action or failure to act is determined to be, or cannot be ruled out as, a causative factor in the events leading to or causing a serious marine incident.

#### COMPLETION OF THIS FORM

4. This form should be filled out as completely and accurately as possible. Please type or print clearly. Fill in all blanks that apply to the kind of incident that has occurred. If a question is not applicable, the abbreviation "NA" should be entered in that space. If an answer is unknown and cannot be obtained, the abbreviation "UNK" should be entered in that space. If "NONE" is the correct response, then enter it in that space.

5. When this form has been completed, deliver or mail it as soon as practicable to the Coast Guard Marine Safety or Marine Inspection Office nearest to the location of the incident or, if at sea, nearest to the port of first arrival.

6. Upon receipt of a report of chemical test results, the marine employer shall submit a copy of the test results for each person listed in block 15(a) of this form to the Coast Guard Officer in Charge, Marine Inspection where the CG-2692B was submitted (Ref. 46 CFR 4.06-60(d)).

7. Amplifying information for completing the form:
A. Block 11—"TYPE OF SERIOUS MARINE INCIDENT" Check each appropriate box. If box a, b, c, d, or e is checked, or append this form to the required form CG-2692, "REPORT OF MARINE ACCIDENT, INJURY OR DEATH", and submit both forms as indicated in 5. above.
B. Block 16c—"ALCOHOL TEST BREATH SPECIMEN PROVIDED?" When breath test results are available alcohol concentration shall be expressed numerically in percent by weight (i.e., .04, .10 etc...).
C. Block 22—"REMARKS" Describe the duties of each individual listed in 15a, at the time of incident (i.e., master, pilot, chief engineer...). If an individual refuses to provide the required specimens, if specimens are not timely obtained, or not obtained, describe the circumstances completely.

NOTICE: The information collected on this form is routinely available for public inspection. It is needed by the Coast Guard to carry out its responsibility to investigate marine casualties, to identify hazardous conditions or situations and to conduct statistical analysis. The information is used to determine whether new or revised safety initiatives are necessary for the protection of life or property in the marine environment.

22. REMARKS *(Continued)*

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix G, Page 15 of 15 Pages
© The Response Group 06/2009

Confidential Treatment Requested

**Confidential Treatment Requested**

**BP-HZN-CEC 019721**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

## APPENDIX H – WORST CASE DISCHARGE

### A. General Information

Worst case discharge scenarios were selected based on projected discharge volume, proximity to shorelines, areas of environmental and/or economic sensitivity, and marine and shoreline resources. The lack of significant differences between operations, products, resources, and sensitivities helped to establish potential discharge volume and location as the primary decisive factors for Worst Case Discharge selections.

The following Appendix contains worst case discharge assessments and response plans for a BP facility within 10 miles of shore, outside 10 miles from shore and from an exploratory well. MMS regulations in 30 CFR 254.47 define the parameters for worst case discharge calculations. For an oil production platform facility, the size of the worst case discharge scenario is the sum of:

- Maximum capacity of all oil storage tanks and flowlines on the facility.
- The volume of oil calculated to leak from a break in any pipelines connected to the facility considering shutdown time, the effect of hydrostatic pressure, gravity frictional wall forces and other factors.
- The daily production volume from an uncontrolled blowout of the highest capacity well associated with the facility flowing for 30 days.

The discharge rates from an uncontrolled blowout for oil production facilities were calculated using the following:

- Reservoir characteristics
- Reservoir pressure data
- Reservoir drive mechanisms
- Reservoir depletion rates
- Wellbore completion configurations
- Casing and production tubing sizes
- Casing and tubing friction factors
- Production history
- Static and flowing bottom hole pressures
- Water intrusion (where appropriate)

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 1 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019722



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

In addition to the worst case discharge volumes, the individual summaries also include the following maps and information:

1. Overview Map
2. Land Impact Probability Map
3. On-Water Recovery Response Equipment Location Map
4. On-Water Recovery Response Equipment Status Boards
5. Dispersant Application Map
6. Dispersant Application Status Boards

The location of the nearest response contractor, and estimated time for mobilization and deployment of response resources to Company operated facilities and ROW pipelines has been calculated and included in this section where applicable. Times provided for mobilization and depl oyment ar e est imates and w ill depend on meteorological conditions, sea state, and availability of vessels and manpower.

| *Worst Case Discharge Scenario Summary Listing* | | | |
|---|---|---|---|
| **WCD Type** | **Name of Facility** | **Area/Block** | **Distance from Shore (Miles)** |
| < 10 Miles | SP 89 Pipeline | SP 89 | 9.53 |
| > 10 Miles | MC 778 PDQ | MC 778 | 68 |
| Exploratory Well | Living Color Well | MC 462 | 33 |
| Flower Gardens | **N/A** | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 2 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019723**



**BP**

Regional Oil Spill Response Plan        – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

**B.  Worst Case Discharge scenario less than 10 miles**

**1)  Worst Case Summary**

BP has   determined t hat i ts  worst ca se sce nario f or di scharg   e  within 10 m iles  of
shoreline  would occur from the  SP 89 ROW pipeline  . Both the DOT/RSPA worst
case discharge calculations and the MMS Pipeline Oil Spill Volume Computer Model
program were used in this calculation. Both models were within 15% of each ot       her.
The higher volume of 28,033     barrels (based on the DOT/RSPA model) was selected
as the WCD for this pipeline.

**2)  Facility Information**

- ████████████
- ████████████
- ████████████
- ████████████
- API Gravity: °

**3)  Worst Case Discharge Volume**

| Criteria | Barrels |
|---|---|
| Maximum Oil Flow Rate | 0.9 bbls/ft |
| Volume released due to facility pipeline break (drains down from pipeline) | 28,033 |
| **TOTAL WORST CASE DISCHARGE** | **28,033** |

**4)  Land Segment Identification**

Land ar eas  that co uld be pot entially  impacted by a    n SP 8 9  oil sp ill  were det ermined
using the MMS Oil Spill Risk Analysis Model (OSRAM) trajectory results. The OSRAM
estimates the probability that oil spills from designated locations would contact shoreline
and o  shore natural resources. These probabilities indicate, in terms of percentage, the
chance that an oi l spill occurring in a par ticular launch area will contact a certain county
or parish within 3, 10, and 30 days. OCS Launch Area       C56  was utilized as  SP 89's  point
of origin. Land segments identi  ed by the model are listed below:

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle      ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2    - GoM Region
Appendix H,  Page  3 of 45 Pages
© The Response Group 06/2009

GoM HSSE Document Mgmt Administrator

**Confidential Treatment Requested**



| Area and Spill Site | Land Segment Contact | Percent Impact Chance | | |
|---|---|---|---|---|
| | Land Segment No. & County/ Parish & State | 3 Days | 10 Days | 30 Days |
| BP Facility | Matagorda, TX | -- | -- | 1 |
| | Galveston, TX | -- | -- | 1 |
| | Jefferson, TX | -- | -- | 1 |
| | Cameron, LA | -- | -- | 3 |
| | Vermillion, LA | -- | -- | 2 |
| | Iberia, LA | -- | -- | 1 |
| | Terrebonne, LA | -- | 3 | 5 |
| | LaFourche, LA | 1 | 4 | 5 |
| | Jefferson, LA | -- | 1 | 2 |
| | Plaquemines, LA | 6 | 13 | 16 |
| | St. Bernard, LA | -- | -- | 1 |
| | Jackson, MS | -- | -- | 1 |
| | Escambia, FL | -- | -- | 1 |

**5) Resource Identification**

The land segment that has the highest probability of being impacted by the SP 89 facility is Plaquemines Parish, Louisiana, at 16 percent. Sources listing the resources within Plaquemines Parish, Louisiana are identified in Section 11.

**6) Response**

BP will make every effort to respond to the Worst Case Discharge as effectively as possible. BP has contracted with National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) as primary Oil Spill Removal Organizations. Contact information for the OSROs can be found in **Figure 7-7**. Upon notification of the spill, BP would request a partial or full mobilization of the resources identified in the attached **Appendix E**, including, but not limited to, dispersant aircraft from ASI & MSRC and NRC & MSRC skimming vessels. The Qualified Individual, Person in Charge, Incident Commander or designee may contact other service companies if the Unified Command deems such services necessary to the response efforts.

An Adios model was run on a similar product. The results indicate 25% of the product would be evaporated or naturally dispersed within 12 hours, leaving approximately 21,025 barrels on the water.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix H, Page 4 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

Tables below outline equipment as well as temporary storage equipment to be considered in order to cope with an initial spill of 28,033 bbls. The list estimates individual times needed for procurement, load out, travel time to the site and deployment.

Offshore response strategies may include attempting to skim utilizing MSRC & NRC's Oil Spill Response Vessels (OSRVs), Oil Spill Response Barges (OSRBs), ID Boats, and Quick Strike OSRVs, which have a combined derated recovery rate of 81,877 barrels/day. Temporary storage associated with the identified skimming and temporary storage equipment equals 97,864 barrels.

Dispersants may be a viable response option. If appropriate, 4 to 5 sorties (1,000 gallons per sortie) from the DC-3 and 4 to 5 sorties (2,000 gallons per sortie) from the DC-4 within the first 12 hour operating day of the response. Using a 1:20 application rate, 90% effectiveness, and assuming 4-5 sorties per day the systems could disperse approximately 5,486 to 6,857 barrels of oil per day based on the NOAA Dispersant Planner. Additionally, 3 to 4 sorties (300 gallons per sortie) from MSRC's BE-90 and one sortie (3250 gallons per sortie) from MSRC's C-130A could be completed within the first 12 hour operating day of the response. Using the same assumptions as above, these two aircraft could disperse approximately 1,778 to 1,907 barrels of oil in the first day. On each subsequent day, the BE-90 and the C-130A would be able to complete 4-5 sorties each (300 and 3250 gallons per sortie, respectively), for a total amount of 6,080 to 7,600 barrels of oil per day dispersed.

If the spill went unabated, shoreline impact would depend upon existing environmental conditions. Nearshore response may include the deployment of shoreline boom on beach areas, or protection and sorbent boom on vegetated areas. Strategies would be based upon surveillance and real time trajectories provided by The Response Group that depict areas of potential impact given actual sea and weather conditions. Strategies from the Area Contingency Plan, The Response Group and Unified Command would be consulted to ensure that environmental and special economic resources would be correctly identified and prioritized to ensure optimal protection. The Response Group shoreline response guides depict the protection response modes applicable for oil spill clean-up operations. Each response mode is schematically represented to show optimum deployment and operation of the equipment in areas of environmental concern. Supervisory personnel have the option to modify the deployment and operation of equipment allowing a more effective response to site-specific circumstances. (For more information on resource identification, see **Section 11**; for more information on resource protection methods, see **Section 13**.)

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 5 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP**
Regiona l Oil Spill Response Plan   – Gulf of Mexico



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle         ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2    - GoM Region
Appendix H,  Page  6 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019727



**BP**
Regiona l Oil Spill Response Plan    – Gulf of Mexico

Appendix H
Worst Case
Discharge

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle      ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GoM SPU
Control Tier:  Tier 2   - GoM Region
Appendix H,  Page  7 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019728**

## BP
### Regiona l Oil Spill Response Plan   – Gulf of Mexico



Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle       ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GoM SPU
Control Tier: Tier 2   - GoM Region
Appendix H,  Page  8 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019729



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

**SP 89 Pipeline (<10 Miles) - Offshore On-Water Recovery Activation List**

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seahorse 5 ID Boat | NRC 800-899-4672 | Fourchon, LA | Ord Disk Skimmer / 21" Boom / Personnel / 146' Utility Boat | 1 / 100' / 4 / 1 | 1,954 | 100 | Fourchon, LA | 60 | 1 | 0 | 4.5 | 1 | 6.5 |
| Celeste Elizabeth ID Boat | NRC 800-899-4672 | Fourchon, LA | Ord Disk Skimmer / 21" Boom / Personnel / Utility Boat -126' | 1 / 100' / 4 / 1 | 1,954 | 416 | Fourchon, LA | 60 | 1 | 0 | 4.5 | 1 | 6.5 |
| Louisiana Responder Transrec-350 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Transrec Skimmer / 67" Boom / 210' Vessel / Personnel / 32' Support Boat | 1 / 1320' / 1 / 12 / 1 | 10,567 | 4,000 | Fort Jackson, LA | 54 | 2 | 1 | 4 | 1 | 8 |
| SOS System AB/AW-363 | NRC 800-899-4672 | Belle Chasse, LA | Marco/VTU Skimmer / 43" Boom / Personnel / Marine Tank / 110' Utility Boat | 1 / 200' / 4 / 1 / 1 | 30,857 | 124 | Venice, LA | 45 | 2.5 | 1 | 3 | 1 | 7.5 |
| SOS System FF-332 | NRC 800-899-4672 | Belle Chasse, LA | Vikoma Skimmer / 21" Boom / Personnel / Marine Tank / 110' Utility Boat | 1 / 200' / 4 / 1 / 1 | 3,154 | 100 | Venice, LA | 45 | 2.5 | 1 | 3 | 1 | 7.5 |
| M/V Recovery MOSS Unit SS-50 | AMPOL 800-482-6765 | Fourchon, LA | MOSS SS-50 Skimmer / 36" Expandi Boom / Personnel / 110' Utility Boat / Crew Boat | 1 / 720' / 4 / 1 / 1 | 3,017 | 200 | Fourchon, LA | 60 | 2 | 1 | 4.5 | 1 | 8.5 |
| Mississippi Responder Transrec-350 | MSRC 800-OIL-SPIL | Pascagoula, MS | Transrec Skimmer / 67" Boom / 210' Vessel / Personnel / 32' Support Boat | 1 / 1320' / 1 / 12 / 1 | 10,567 | 4,000 | Pascagoula, MS | 130 | 2 | 1 | 9.5 | 1 | 13.5 |
| SOS System RM-313 | NRC 800-899-4672 | Spanish Fort, AL | Rope Mop/VTU Skimmer / 21" Boom / Personnel / Marine Tank / 110' Utility Boat | 1 / 300' / 4 / 1 / 1 | 8,352 | 124 | Fourchon, LA | 60 | 7 | 1 | 4.5 | 1 | 13.5 |
| Seahorse 4 ID Boat | NRC 800-899-4672 | Morgan City, LA | Ord Disk Skimmer / 21" Boom / Personnel / 146' Utility Boat | 1 / 100' / 4 / 1 | 1,954 | 100 | Morgan City, LA | 165 | 1 | 0 | 12 | 1 | 14 |
| NRC "Energy" ID Boat | NRC 800-899-4672 | Morgan City, LA | Vikoma Sea Skim / 21" Boom / Personnel / Boom Boat / 110' Utility Boat | 1 / 2100' / 4 / 1 / 1 | 7,547 | 300 | Morgan City, LA | 165 | 2 | 1 | 12 | 1 | 16 |
| Seahorse 6 ID Boat | NRC 800-899-4672 | Cameron, LA | Ord Disk Skimmer / 21" Boom / Personnel / 146' Utility Boat | 1 / 100' / 4 / 1 | 1,954 | 100 | Cameron, LA | 250 | 1 | 0 | 18 | 1 | 20 |

| | |
|---|---|
| **DERATED RECOVERY RATE (BBLS/DAY)** | **81,877** |
| **SKIMMING VESSEL STORAGE CAPACITY (BARRELS)** | **9,564** |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 9 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019730

| **BP** | **Appendix H** |
|---|---|
| Regional Oil Spill Response Plan – Gulf of Mexico | Worst Case Discharge |

### SP 89 Pipeline (<10 Miles) - Offshore On-Water Recovery Storage List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSRC-452 Offshore Barge | MSRC 800-OIL-SPIL | Fort Jackson, LA | 3000 BBL Bladders | 1 | | 3,000 | Fort Jackson, LA | 80 | 2 | 1 | 9 | | 12 |
| | | | Offshore Barge | 1 | | 45,000 | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |
| MSRC-402 Offshore Barge | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Barge | 1 | | 40,300 | Pascagoula, MS | 150 | 2 | 1 | 16.5 | | 19.5 |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |

| STORAGE CAPACITY (BARRELS) | 88,300 |
|---|---|
| TOTAL STORAGE CAPACITY (INCLUDING SKIMMING VESSELS) (BARRELS) | 97,864 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 10 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019731



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept: GoM SPU
Control Tier: Tier 2   - GoM Region
Appendix H,  Page 11  of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested

BP-HZN-CEC 019732

**BP**
**Regional Oil Spill Response Plan – Gulf of Mexico**

**Appendix H**
Worst Case Discharge

### SP 89 Pipeline (<10 Miles) - Offshore Aerial Dispersant Activation List

| Aerial Dispersant System | Supplier & Phone | Warehouse | Aerial Dispersant Package | Quantity | Staging Area | Distance to Site from Staging (Miles) | Response Times (Hours) | | | | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Staging ETA | Loadout Time | ETA to Site | Deployment Time | |
| DC-3 Aircraft Air Speed - 180 MPH | Airborne Support 985-851-6391 | Houma, LA | DC-4 Dispersant Aircraft | 1 | Houma, LA | 94 | 2 | 0.5 | 0.55 | 0.3 | 3.35 |
| | | | Dispersant - Gallons | 2000 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |
| DC-3 Aircraft Air Speed - 150 MPH | Airborne Support 985-851-6391 | Houma, LA | DC-3 Dispersant Aircraft | 1 | Houma, LA | 94 | 2 | 0.4 | 1.20 | 0.2 | 3.80 |
| | | | Dispersant - Gallons | 2000 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |
| BE-90 King Air Aircraft Air Speed - 213 MPH | MSRC 800-OIL-SPIL | Bay St. Louis, MS | BE-90 Dispersant Aircraft | 1 | Stennis INTL., MS **1st Flight** | 116 | 4.00 | 0.20 | 0.55 | 0.20 | 4.95 |
| | | | Dispersant - Gallons | 230-425 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | Stennis INTL., MS **2nd Flight** | 116 | 0.55 | 0.20 | 0.55 | 0.20 | 1.50 |
| | | | Crew - Pilots | 2 | | | | | | | |
| C130-A Aircraft Air Speed - 342 MPH | MSRC 800-OIL-SPIL | Coolidge, AZ | C130-A Dispersant Aircraft | 1 | Ellington Field, TX **1st Flight** | 352 | 8 | 0.3 | 1.05 | 0.5 | 9.90 |
| | | | Dispersant - Gallons | 3250 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | Stennis INTL., MS **2nd Flight** | 116 | 0.35 | 0.3 | 0.35 | 0.5 | 1.55 |
| | | | Crew - Pilots | 2 | | | | | | | |
| ADDS PACK Air Speed - 330 MPH | Clean Carribean 985-851-6391 | Pt. Everglades, FL | USGC C-130 Aircraft | 1 | Clearwater, FL | 600 | 24-48 | 1 | 1.82 | 0.5 | 27.35 to 51.35 |
| | | | ADDS PACK | 1 | | | | | | | |
| | | | Dispersant - Gallons | 5000 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 12 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019733**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

### SP 89 Pipeline (<10 Miles) - Offshore Boat Spray Dispersant Activation List

| Boat Spray Dispersant System | Supplier & Phone | Warehouse | Boat Spray Dispersant Package | Quantity | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Louisiana Responder Transrec-350 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Dispersant Spray System | 1 | Fort Jackson, LA | 54 | 2 | 1 | 4 | 1 | 8 |
| | | | Dispersant (Gallons) | 880 | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | |
| | | | Personnel | 12 | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | |
| M/V Recovery | AMPOL 800-482-6765 | Fourchon, LA | Dispersant Spray System | 1 | Fourchon, LA | 60 | 1 | 1 | 4.5 | 1 | 7.5 |
| | | | Dispersant (Gallons) | 500 | | | | | | | |
| | | | Personnel | 4 | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | |
| USCG SMART Team | USCG | Mobile, AL | Personnel | 4 | Fourchon, LA | 60 | 3 | 1 | 4.5 | 1 | 9.5 |
| | | | Crew Boat | 1 | | | | | | | |
| Mississippi Responder Transrec-350 | MSRC 800-OIL-SPIL | Pascagoula, MS | Dispersant Spray System | 1 | Pascagoula, MS | 130 | 2 | 1 | 9.5 | 1 | 13.5 |
| | | | Dispersant (Gallons) | 880 | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | |
| | | | Personnel | 12 | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | |
| Vessel Based Dispersant Spray System | NRC 800-899-4672 | Morgan City, LA | Dispersant Spray System | 1 | Morgan City, LA | 165 | 1 | 1 | 12 | 1 | 15 |
| | | | Dispersant (Gallons) | 500 | | | | | | | |
| | | | Personnel | 4 | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | |
| M/V Responder | AMPOL 800-482-6765 | Cameron, LA | Dispersant Spray System | 1 | Cameron, LA | 250 | 1 | 1 | 18 | 1 | 21 |
| | | | Dispersant (Gallons) | 500 | | | | | | | |
| | | | Personnel | 4 | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | |
| Gulf Coast Responder Transrec-350 | MSRC 800-OIL-SPIL | Lake Charles, LA | Dispersant Spray System | 1 | Lake Charles, LA | 275 | 2 | 1 | 19.5 | 1 | 23.5 |
| | | | Dispersant (Gallons) | 880 | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | |
| | | | Personnel | 12 | | | | | | | |
| | | | Tow Bladder | 1 | | | | | | | |
| Texas Responder Transrec-350 | MSRC 800-OIL-SPIL | Galveston, TX | Dispersant Spray System | 1 | Galveston, TX | 335 | 2 | 1 | 24 | 1 | 28 |
| | | | Dispersant (Gallons) | 880 | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | |
| | | | Personnel | 12 | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 13 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

## Dispersant Stockpiles by Location (Updated 03/2009)

| Supplier & Phone | Location of Dispersants | Type | Quantity in Gallons |
|---|---|---|---|
| Airborne Support, Inc. (ASI) 985-851-6391 | Houma, LA | Corexit 9527 | 3,355 |
| MSRC (800) OIL-SPIL | Slaughter Beach, DE - DBRC Site | Corexit 9527 | 330 |
| | Chesapeake City, MD - MSRC Site | Corexit 9527 | 9,130 |
| | Portland, ME - OSRV | Corexit 9527 | 330 |
| | Perth Amboy, NJ - OSRV | Corexit 9527 | 330 |
| | Chesapeake City, MD - OSRV | Corexit 9527 | 330 |
| | Virginia Beach, VA - OSRV | Corexit 9527 | 330 |
| | San Juan, PR - MSRC Site | Corexit 9527 | 900 |
| | Kiln, MS - Stennis Airport | Corexit 9527 | 22,260 |
| | Kiln, MS - Stennis Airport | Corexit 9500 | 3,960 |
| | Miami, FL - OSRV | Corexit 9527 | 800 |
| | Pascagoula, MS - OSRV | Corexit 9527 | 800 |
| | Fort Jackson, LA - OSRV | Corexit 9527 | 800 |
| | Lake Charles, LA - OSRV | Corexit 9527 | 800 |
| | Galveston, TX - OSRV | Corexit 9527 | 800 |
| | Corpus Christi - OSRV | Corexit 9527 | 330 |
| | Galveston, TX - MSRC Site | Corexit 9500 | 18,980 |
| | Coolidge, AZ - Coolide Airport | Corexit 9527 | 3,300 |
| | Long Beach, CA - Tesoro Terminal | Corexit 9500 | 10,890 |
| | Terminal Island, CA - OSRV | Corexit 9527 | 600 |
| | Richmond, CA - MSRC Warehouse | Corexit 9527 | 11,500 |
| | Richmond, CA - OSRV | Corexit 9527 | 605 |
| | Everett, WA - Everett Warehouse | Corexit 9527 | 6,495 |
| | Ferndale, WA - CP Refinery | Corexit 9527 | 6,430 |
| | Port Angeles, WA - OSRV | Corexit 9527 | 605 |
| | Astoria, OR - OSRV | Corexit 9527 | 605 |
| | Honolulu, HI - OSRV | Corexit 9527 | 605 |
| NRC National Response Corp. John Hielscher 631-224-9141 ext. 142 | Morgan City, LA | COREXIT 9527 | 1,320 |
| | Morgan City, LA | SPC 1000 | 220 |
| | Morgan City, LA | BIO Disperse | 1,045 |
| | Toa Baja, PR | COREXIT 9527 | 5,005 |
| | St. Croix, VI | COREXT 9527 | 1,650 |
| ONDEO Nalco | Sugarland, TX | Corexit 9500 | 11,000 |
| Clean Caribbean & Americas | Ft. Lauderdale, FL | Corexit 9500 | 30,360 |
| OSR / EARL +44 (0)20 7724 0102 | Southhampton, UK | Corexit 9500 | 5,283 |
| | Bahrain, MENAS Base | Corexit 9500 (1 week activation) | 3,963 |
| | Singapore, SG | Corexit 9500 (1 week activation) | 8,440 |
| | | **TOTAL QUANTITY (GALLONS)** | **174,486** |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 14 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019735**



| | BP | **Appendix H**<br>Worst Case<br>Discharge |
|---|---|---|
| | Regional Oil Spill Response Plan   – Gulf of Mexico | |

## C. Worst Case Discharge scenario greater than 10 miles

### 1) Worst Case Summary

BP has determined that its worst case scenario for discharge in waters greater than 10 miles of shoreline   would occur from the MC 778 Thunder Horse operations. MC 778 operations involve development drilling   and production of oil. A worst case scenario at  this facility could r esult i n a di scharge o f 177, 400 ba rrels of cr ude as de ned by MMS regulations.

### 2) Facility Information

- Type of Operation: Production
- Facility Name: MC 778 PDQ
- ██████████████████████
- ██████████████████████
- ██████████████████████
- Distance to Shore: 68
- Maximum Tank and Flowline Capacity: 21,400 + 2,000 barrels
- Volume released due to facility pipeline break: 13,000 bbls
- Daily Production Volume: 141,000 bbls

### 3) Worst Case Discharge Volume

| *Criteria* | *Barrels* |
|---|---|
| Maximum tank and   owline capacity | 21,400 +<br>2,000 bbls |
| Volume released due to facility pipeline break | 13,000 bbls |
| Daily production volume | 141,000 bbls |
| **TOTAL WORST CASE DISCHARGE** | **177,400 bbls** |

### 4) Land Segment Identification

Land areas that could be potentially impacted by an MC 778 oil spill were determined using t he M MS O il  Spill  Risk A nalysis  Model ( OSRAM) t rajectory r esults.  The OSRAM est imates  the  probability t hat oi l sp ills f rom desi gnated l ocations  would contact sh oreline and o    shore nat ural r esources.  These pr obabilities  indicate, i n terms of percentage, the chance that an oil spill occurring in a particular launch area will co  ntact a ce    rtain co  unty or  pa rish    within 3,   10,  and  30 day    s.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle    ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:    06/30/09
Next Review Date:  06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2    - GoM Region
Appendix H,   Page 15  of 45 Page s
© The Response Group 06/2009

**Confidential Treatment Requested**                              **BP-HZN-CEC 019736**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

OCS Launch Area 59 was utilized as MC 778's point of origin. Land segments identified by the model are listed below:

| Area and Spill Site | Land Segment Contact | Percent Impact Chance | | |
|---|---|---|---|---|
| | Land Segment No. & County/ Parish & State | 3 Days | 10 Days | 30 Days |
| MC 778 "Thunder Horse" Facility | (13) Cameron | LA | - | - |
| | (14) Vermillion | LA | - | - |
| | (17) Terrebonne | LA | - | - |
| | (18) LaFourche | LA | - | 1 |
| | (19) Jefferson | LA | - | - |
| | (20) Plaquemines | LA | - | 5 |
| | (21) St. Bernard | LA | - | - |
| | (29) Walton | FL | - | 1 |
| | (30) Bay | FL | - | - |

**5) Resource Identification**

The land segment that has the highest probability of being impacted by the MC 778 facility is Plaquemines Parish, Louisiana, at 5 percent. Sources listing the resources within Plaquemines Parish are identified in Section 11.

**6) Response**

BP will make every effort to respond to the Worst Case Discharge as effectively as possible. BP has contracted with Clean Caribbean & Americas (CCA), Marine Spill Response Corporation (MSRC) and the National Response Corporation (NRC) as primary Oil Spill Removal Organizations. Contact information for the OSROs can be found in **Figure 7-6A**. Upon notification of the spill, BP would request a partial or full mobilization of the resources identified in the attached **Appendix E**, including, but not limited to, dispersant aircraft from CCA, ASI & M SRC and NRC & MSRC skimming vessels. The Qualified Individual, Person in Charge, Incident Commander or designee may contact other service companies if the Unified Command deems such services necessary to the response efforts.

An Adios model was run on a similar product. The results indicate 15% of the product would be evaporated or naturally dispersed within 12 hours, leaving approximately 150,790 barrels on the water.

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 16 of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Tables below outline equipment as well as temporary storage equipment to be considered in order to cope with an initial spill of 177,400 bbls. The list estimates individual times needed for procurement, load out, travel time to the site and deployment.

Offshore response strategies may include attempting to skim utilizing MSRC & NRC's Oil Spill Response Vessels (OSRVs), Oil Spill Response Barges (OSRBs), ID Boats, and Quick Strike OSRVs, which have a combined derated recovery rate of 339,207 barrels/day. Temporary storage associated with the identified skimming and temporary storage equipment equals 278,030 barrels.

Dispersants may be a viable response option. If appropriate, 4 to 5 sorties (1,000 gallons per sortie) from the DC-3 and 4 to 5 sorties (2,000 gallons per sortie) from the DC-4 within the first 12 hour operating day of the response. Using a 1:20 application rate, 90% effectiveness, and assuming 4-5 sorties per day the systems could disperse approximately 5,486 to 6,857 barrels of oil per day based on the NOAA Dispersant Planner. Additionally, 3 to 4 sorties (300 gallons per sortie) from MSRC's BE-90 and one sortie (3250 gallons per sortie) from MSRC's C-130A could be completed within the first 12 hour operating day of the response. Using the same assumptions as above, these two aircraft could disperse approximately 1,778 to 1,907 barrels of oil in the first day. On each subsequent day, the BE-90 and the C-130A would be able to complete 4-5 sorties each (300 and 3250 gallons per sortie, respectively), for a total amount of 6,080-7,600 barrels of oil per day dispersed.

If the spill went unabated, shoreline impact would depend upon existing environmental conditions. Nearshore response may include the deployment of shoreline boom on beach areas, or protection and sorbent boom on vegetated areas. Strategies would be based upon surveillance and real time trajectories provided by The Response Group that depict areas of potential impact given actual sea and weather conditions. Strategies from the Area Contingency Plan, The Response Group and Unified Command would be consulted to ensure that environmental and special economic resources would be correctly identified and prioritized to ensure optimal protection. The Response Group shoreline response guides depict the protection response modes applicable for oil spill clean-up operations. Each response mode is schematically represented to show optimum deployment and operation of the equipment in areas of environmental concern. Supervisory personnel have the option to modify the deployment and operation of equipment allowing a more effective response to site-specific circumstances. (For more information on resource identification, see **Section 11**; for more information on resource protection methods, see **Section 13**.)

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 17 of 45 Pages
© The Response Group 06/2009

Confidential Treatment Requested



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle          ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2   - GoM Region
Appendix H,  Page 18  of 45 Pages
© The Response Group 06/2009



Confidential Treatment Requested



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2   - GoM Region
Appendix H,  Page 20  of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019741**



**BP**
Regional Oil Spill Response Plan   – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle   ,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2   - GoM Region
Appendix H,  Page 21  of 45 Pages
© The Response Group 06/2009

**Confidential Treatment Requested**

**BP-HZN-CEC 019742**