# Exhibit 6

Exhibit 9

From: **BB@Gmail** <billyburkette@gmail.com>
Date: Tue, Jan 29, 2013 at 1:07 AM
Subject: Fwd: Proposal
To: Ted Owens <Owens.Ted@epamail.epa.gov>

The next few emails are to validate my statements to you, use them as you wish

Billy Burkette

Sent from my iPhone

Begin forwarded message:

> From: "Barker, David C" <david.barker2@bp.com>
> Date: May 11, 2010, 3:15:56 PM CDT
> To: "BillyBurkette" <billyburkette@gmail.com>
> Subject: FW: Proposal
>
> we will be considering your proposal -- attached.
>
> Under no circumstance is the product ("2000 feet per day exclusively for us") you refer to in the email below committed to BP unless you have a signed Purchase Order, from BP.
>
> Dave Barker
> BP Project Procurement Manager

From: Billy Burkette [mailto:billyburkette@gmail.com]
Sent: Tuesday, May 11, 2010 3:06 PM
To: Barker, David C
Subject: Proposal

This is all I have left the fine folks @ EH&S and the State of Louisiana took the rest I had. I will have some more confirmations on boom this afternoon and I just signed a contract with a MFG to produce 2000 ft a day exclusively for us. I also have 3 other sources I am waiting for the contracts to come back to me. I am promised 350 MILES of it but dont have the Contract but I

1

GLOBAL DISASTER 000108

do have the Confidentiality agreement and the non circumvent agreement signed from them.

Thanx again in advance for your time and assistance.

Best,

Billy Burkette

--
########################################################################
##############

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Office   225-923-1185

Fax      225-282-2500

Cell     225-244-2323

Cell     225-268-1199

########################################################################
##############

--
############################################################################
##

Confidentiality Notice:

2

**GLOBAL DISASTER 000109**

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written, exempt from disclosure under applicable law and/or a matter of National Security. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Fax   225-282-2500

Cell  225-244-2323

##################################################################################