# Exhibit 7

From: **Christopher Ott** <chriso@protechgcs.com>
Date: Fri, May 21, 2010 at 12:03 PM
Subject: FW: Request for product
To: DAVE GUARDANAPO <daveflpl@yahoo.com>, Billy Burkette <billyburkette@gmail.com>

Call this guy today and find out what he needs.  Also, send me the draft of the plan or at least tell me the areas you are working on so we do not duplicate efforts.


CO


_____

**From:** Jon Fowler [mailto:jfowler@rtasco.com]
**Sent:** Friday, May 21, 2010 9:50 AM
**To:** Christopher Ott
**Cc:** Sales
**Subject:** Request for product

Chris,

We got a call from Tommy (VP at S&D Environmental (678) 447-7738) requesting a price quote and production timelines for 3 million pounds of AquaN-Cap. They know we have 1MM pounds available today and can deliver the other two million within 30 days or so. Tommy claims that BP is requesting info on the amounts and production timeline from them for a PO that will be delivered next week.

Good luck....

Exhibit 5

Regards,


Jon Fowler, COO, CIO

**RTASCo**
**Remediation Technologies & Application Systems Corp.**

8001 Mid America Blvd

Oklahoma City, OK 73135

Office (405) 455-5166

Fax (405) 455-5715

Cell (405) 595-7036

http://www.rtasco.com/

jfowler@RTASCo.com

## Reversing Mankinds Enviromental Impact With RTASCo Technologies


--
###################################################################################
##


Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written, exempt from disclosure under applicable law and/or a matter of National Security.  The information is intended only for the use of the individual(s) or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.


Sincerely Yours,

Billy Burkette

Fax      225-282-2500

Cell     225-244-2323

###########################################################################################
##

GLOBAL DISASTER 000161