# Exhibit 8

[redacted]

---------- Forwarded message ----------

[redacted]

**From:** BillyBurkette <billyburkette@gmail.com>
**Date:** May 12, 2010 at 7:55:00 AM CDT
**To:** "Nelson J. Fetgatter" <nelson@phoenixpollution.com>
**Subject: Re: Requisition Validation Letter**

Thank you sir,

I did mean what I said should you need me for any reason day or night do not hesitate to call. I am very willing to help in any capacity that I can.

Best,

Billy Burkette

Sent from my iPad

Global Disaster Recovery & Rebuilding Services LLC

##############################################################################
##############

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is confidential, privileged, copy written and/or exempt from

1

GLOBAL DISASTER 000098

Exhibit 6

disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Global Disaster Recovery & Rebuilding Services LLC

Billy Burkette

Office   225-923-1185

Fax      225-282-2500

Cell     225-244-2323

Cell     225-268-1199

################################################################################

On May 12, 2010, at 4:13 AM, "Nelson J. Fetgatter" <nelson@phoenixpollution.com> wrote:

> Thanks you for your prompt reply and I appreciate your efforts to work with BP concerning available resources. I am not in a position to execute your required documents but have forwarded by e-mail all of the information regarding your company and availability of products and services. BP purchasing is aware of our present needs and shortfalls and can execute your confidentiality agreement as well issue you the appropriate purchase orders for the particular line items that we are in need of. I will also forward a copy of our present correspondence to the purchasing department in an effort address our boom needs and will let yourself and the purchasing department work out the terms and conditions. I do appreciate very much your honesty and look forward to working with you.
>
> Respectfully Yours,
>
> Nelson J. Fetgatter
>
> BP Night Deputy Operations Section Chief

2

**From:** Billy Burkette [mailto:billyburkette@gmail.com]
**Sent:** Wednesday, May 12, 2010 3:02 AM
**To:** Nelson J. Fetgatter
**Subject:** Re: Requisition Validation Letter

Mr. Fetgatter,

In response to the dancing game.

I am very willing to give you all that you are asking for sir. I only ask for the documents to be signed in an effort provide due diligence, good honest business and to protect both you (BP) and I sir. It is just good, honest, straight forward business if this is a problem for you I already have the documents sighed by ES&H, Oil Mop, & several others and no one else has had a problem with it. If you prefer I can sell it directly to one of the contractors that you are already doing business with. I just thought I was doing the right thing by offering it directly to you. I am a local state company that has GSA, Woman Owned, DBE, Hubzone status. This is not the first disaster I have worked and I am very experienced and have a lot to offer. Look on the back side of my cards at the many services we have to offer and part of my team that are ready for immediate deployment consist of Environmental Engineer Expert Chris Ott specializing in water treatment, General Electric, Dr. David Spees Exxon Valdez Marine Expert, 9,000 volunteers from the Audubon Society, and thousands of labors from the national labor union trained in water treatment, and to many others to list. Just take a few minutes to review our incident management plan that I sent to you all the supporting documents are there.

1. The boom types are 18 to 20 inch hard or rapid deployment boom. Various types and lengths of sponge, cotton, and a MFG of as much as 10,000 feet per day.

2. The amounts that I have direct access to are 2 million plus feet.

3. It is located in the following states. DE, FL, TX, CA, MS, & BRAZIL.

4 As far as the price I will sell it to you along with any other products that you are having difficulty in finding at cost plus 25% O&P

5. I can have the first 500,000 feet delivered to your Amelia staging area by Friday or Saturday if I can provide them with a wire transfer no later than 3PM CST on 05-12-2010 or a delivery time frame of 3 days +or- 1 day for the first 500,000 feet from the time of payment.

I believe this has answered all of your questions should you need anything else please let me know. If you would please let me know either way so I can get the product in route to protect as much of our coastline as I possible can even if that

3

**GLOBAL DISASTER 000100**

means that I need to sell it to the other contractors you already have employed.

Best,

Billy Burkette

On Wed, May 12, 2010 at 12:16 AM, Nelson J. Fetgatter <nelson@phoenixpollution.com> wrote:

Many thanks for your kind words. We are working diligently to resolve the issues at hand and trust that we might have some success in acquiring some of the needed resources you may have available. I have attempted to work with you in an effort to identify the specific boom types, available footage, location, time required to deliver and pricing but cannot seem to get the information required to move forward. The numbers I have asked for are primarily for field planning purposes and the immediate needs identified in operations. I am not in a position to execute any contractual agreements on behalf of BP nor can I continue to do the dancing game and therefore must pass your information down the line to someone that has that ability. Please contact Dave Barker @ david.barker2@bp.com regarding future correspondence and availability of resources. David is charge of purchasing boom assets on behalf of BP and should be able to assist you with the purchase/rental of equipments that you have available for the MC-252 incident. Many thanks for your time and efforts.

Best regards,

Nelson J. Fetgatter

---

**From:** Billy Burkette [mailto:billyburkette@gmail.com]
**Sent:** Tuesday, May 11, 2010 11:45 PM
**To:** Nelson J. Fetgatter
**Subject:** Re: Requisition Validation Letter

Mr. Fetgatter,

Thank you for taking your valuable time to show a genuine interest in our Incident Management Plan, Products and Team members. I am glad I waited the hour and forty five minutes to see you, it was worth it to finally meet and speak face to face with someone who truly cares and takes enough pride in their work to make time for finding a solution to the problem. I can not thank you enough sir. I hope BP realizes what a real asset you are to them. Again Thank You ! ! ! for seeing me and showing the interest.

If you don't mind please review, sign, and return the confidentially and non circumvent agreements and I will provide the full disclosure of all the lists of available boom that I have access to and I will give you a list of contacts for not

4

**GLOBAL DISASTER 000101**

only hard boom but another manufacturer that is willing to come aboard and can make substantial amounts of boom daily that is close to the coast and can be delivered daily.

Here are a couple of emails I received earlier today with the specs that were furnished. I will also forward you the text pic I showed you earlier today if you give me a phone number to send it to.

Best,

Billy Burkette

Below are a couple of the emails I mentioned.


May 11, 2010 3:19 PM
Subject: Boom Specs...

18"-20" PVC UV Protected Boom
Free Board 6"-8"
Draft 12" on both
Round Diameter
Breaking Point 6400 LBS
18" 2 LBS
20" 2.5 LBS
Sent from my iPhone

Sent on the Sprint® Now Network from my BlackBerry®

another email

**Subject:** RE: Oil Booms


I would need to know your payment ability. If seeking a percentage on terms our controller will need to approve you. (We will accept wire transfers as well.) Our standard terms are NET 30 / 50% down (again w/ approved terms.)

I have attached our credit application, or simply submit your standard credit reference list - (also include your Dunn & Bradstreet # for quicker review)



Paul

**FROM:** lnunez888@gmail.com
**Subject:** boom

5

**GLOBAL DISASTER 000102**

NUNEZ CONSTRUCTION, INC

1049 STE 300 E

WARREN, IN 46793

DESCRIPTION:

OIL CONTAINMENT BOOM (ABSORBENT) $6.37 PER LINEAR FOOT UP TO 500,000 FEET.

THANKS

**Leander Nunez**

**I am doing this to show validity to you.**

On Tue, May 11, 2010 at 9:27 PM, Nelson J. Fetgatter <nelson@phoenixpollution.com> wrote:

I want to thank you for visiting us here at the Houma, LA Command Post this afternoon. I have reviewed the information/data provided regarding the "Aqua-N-Cap and understand the properties of the referenced product. This is a product that will need careful review and approval from other higher up the command chain than myself. Please contact 1-281-366-5511 for product review and approval. The product is a tool in the tool chest that can be used efficiently under the right circumstances. BP Houston will evaluate the effectiveness of this product and the need and will advise the Houma, LA Command Center regarding approval/disapproval of the product.

Additionally, as I mentioned at our initial meeting, I will need to know the total number of feet of boom, type, size, geographic location and rental/purchase price of the boom you have indicated that you presently own or have access to. We will not issue any letters of requisition for these materials until we have the basic details referenced above. I apologize if I am being direct but you will need to provide more definitive information prior to issuing any letter of commitments or request for purchase. We have a very distinct interest and need for 18" containment boom as I have previously mentioned. I await further information from you. Once I have some firm numbers from you, I will take direct to the procurement department and have them place the order with you direct. If we do place an order with you, we will provide you with a purchase order for goods and services we are asking you to provide and will provide you with a ship to location as needed. I await further information from you.

Sincerely,

Nelson J. Fetgatter

Night Deputy Operations Section Chief

BP Houma, LA Command Center

From: Billy Burkette [mailto:billyburkette@gmail.com]
Sent: Tuesday, May 11, 2010 8:20 PM
To: nelson@phoenixpollution.com
Subject: Requisition Validation Letter

Nelson,

Please send a requisition authorization letter on official letterhead for me to show good faith to the seller that we are not wasting his time.

Rearguards,

Billy Burkette

Global Disaster Recovery & Rebuilding Services LLC.

################################################################

7

**GLOBAL DISASTER 000104**

###########################

Global Disaster Recovery & Rebuilding Services LLC.

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Office   225-923-1185

Fax      225-282-2500

Cell     225-244-2323

Cell     225-268-1199

############################################################
###########################

--

############################################################
###########################

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any

8

**GLOBAL DISASTER 000105**

dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Office   225-923-1185

Fax     225-282-2500

Cell    225-244-2323

Cell    225-268-1199

################################################################
##########################

--
################################################################
##########################

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

GLOBAL DISASTER 000106

Billy Burkette

Office   225-923-1185

Fax   225-282-2500

Cell   225-244-2323

Cell   225-268-1199

###############################################################
##########################

--
###########################################################################
##

Confidentiality Notice:

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is proprietary, confidential, privileged, copy written, exempt from disclosure under applicable law and/or a matter of National Security. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail to arrange for the return of its contents including any and all documents. Under no circumstances do you have permission to disseminate, forward, reply to, or release any information to anyone unless given express written permission by the author or original sender of this e-mail. Thank You for your cooperation and understanding.

Sincerely Yours,

Billy Burkette

Fax   225-282-2500

Cell   225-244-2323

**GLOBAL DISASTER 000107**