# Exhibit 9

## MASTER SERVICE AGREEMENT

**THIS AGREEMENT**, dated this 15<u>th</u> day of <u>June, 2010</u>, is by and between **Environmental Safety & Health Consulting Services Inc. (ES&H) and/or its Affiliates and Subsidiaries**, a Louisiana corporation, with its principal office located at 1730 Coteau Road, Houma, Louisiana 70364, and which is referred to hereinafter simply as "*Company*"), and <u>Global Disaster Recovery & Rebuilding Services</u>, with its principal office located at <u>2013 Dallas Drive, Baton Rouge, LA 70806</u>, referred to hereinafter as the "*Contractor*".

### W I T N E S S E T H:

**WHEREAS,** the *Company* is engaged, among other things, in the business of oil and hazardous spill containment and clean-up, industrial tank cleaning, waste transportation and disposal; and

**WHEREAS,** the *Company* and/or third parties by which the *Company* has been itself engaged or with which the *Company* is otherwise associated, which third parties are referred to hereinafter as the *"Customers"*, may desire to engage the services of *Contractor*; and

**WHEREAS,** the *Contractor* represents that it has adequate equipment in good working order and fully trained personnel capable both of efficiently operating such equipment and of rendering unto the *Company* and/or its *Customers* such labor, goods, services and/or equipment as the *Company* and its *Customers* may require,

**NOW, THEREFORE,** in consideration of the mutual promises and agreements herein contained, the parties hereto agree as follows,

## I. Engagement and Scope of Agreement

This Agreement shall control and govern any engagement of *Contractor* by the *Company* to provide unto the *Company* and/or its *Customers* such labor, goods, services and/or equipment as may be specified in written purchase orders or statements of work issued on or after the date hereof by *Company* to *Contractor*, and by *Contractor* then duly-accepted.

(a)     Applicability to *Company's* Affiliates and Subsidiaries: *Contractor* specifically agrees that this Agreement shall likewise control and govern any such engagement of *Contractor* by the affiliates and subsidiaries of the *Company*. The affiliates and subsidiaries of the *Company* include, but are not necessarily limited to: ES&H, Inc. d/b/a ES&H Consulting and Training Group, ES&H Industrial Group, LLC, ES&H of Texas, LLC and ES&H of Lake Charles, LLC, together with any other entity owned or controlled, directly or indirectly, by Environmental Safety and Health Consulting Services, Inc. and/or its principal shareholders.

Initials: _____ _____                          1
ES&H MSA 2006

Exhibit 11

(b)    Controlling Agreement:    The Company shall not be obligated to make payments to *Contractor* absent a written purchase order or statement of work issued by the *Company* and accepted by *Contractor*. Every such purchase order or statement of work shall be deemed to have been incorporated into this Agreement and shall be controlled and governed by this Agreement.

In the event there is a conflict between the provisions of this Agreement and those stated either in any purchase order or statement of work issued by the *Company* and accepted by *Contractor* or in any papers or documents which may have been executed or exchanged by and between the parties in connection with their execution of this Agreement and/or such purchase agreements or statements of work, it is understood and agreed that the provisions of this Agreement shall be controlling, except where the parties hereto have specifically agreed in writing that the provisions of this Agreement shall not be controlling. It is expressly understood and agreed by and between the parties hereto that no provision of any delivery ticket, work order, purchase order, invoice, statement of work, or other instrument used by *Contractor* to document the labor, goods, services and/or equipment furnished to its customers shall supersede the provisions of this Agreement, except where the parties hereto have specifically agreed in writing that this Agreement shall not be controlling.

## II.  Term

This Agreement shall commence on June 15th, 2010, and shall remain in full force and effect until terminated by either party.

## III.    Termination

Either party hereto may terminate this Agreement simply by providing thirty (30) days prior written notice of its desire and intent in that regard to the non-terminating party.

(a)    Effect of Termination and Obligations Consequent to Termination: Termination of this Agreement shall not have the effect of relieving the parties of their respective obligations to fulfill any and all work specified in written purchase orders or statements of work issued by *Company* and accepted by *Contractor* prior to the effective date of such termination, the parties specifically stipulating and agreeing that this Agreement shall remain in full force and effect as to such work, all until satisfactory completion of same.

## IV.  No Obligation to Order or Accept Work

This Agreement does not obligate *Company* to order any labor, goods, services and/or equipment from *Contractor*, nor does it obligate *Contractor* to accept any such orders, but it shall, however, control and govern all work all orders for same specified in written purchase orders or statements of work issued by *Company* and accepted by *Contractor*, and shall define the respective rights and obligations of *Company* and *Contractor* during the term hereof.

Initials: _____ _____                          2
ES&H MSA 2006

## IV. Acceptance of Purchase Orders

Upon the acceptance by *Contractor* of any purchase order or statement of work for labor, goods, services and/or equipment, *Contractor* shall furnish all such labor, goods, services and/or equipment required of it and shall timely render all services required of it in a diligent, safe, proper and workmanlike manner, and in strict conformity with the deadlines, specifications and requirements contained both herein and in any such purchase order or statement of work.

## V. Compliance with Laws

*Company* and *Contractor* agree, respectively, to comply with all federal, state and/or municipal laws, rules and/or regulations which are now or may hereafter become applicable to any transaction subject to this Agreement.

## VI. Force Majeure

Neither party hereto shall be liable to the other for any failure to perform any of the obligations due under this Agreement, save and except for obligations requiring the making of money payments due from one to the other, when such failure to perform is due to "force majeure", all as that term is hereinafter defined.

The term "force majeure", as used in this Agreement, shall be understood as referring to any unpreventable, unavoidable, or irresistible force, event, circumstance or cause, beyond the reasonable control of the party to this Agreement claiming the benefit of force majeure and not occurring as a result of acts or omissions attributable to such party, which renders such party unable to perform its obligations under this Agreement. The term "force majeure" shall be understood as including, but shall not be limited to: acts of God or the public; civil disturbances, arrests and restraints by rulers and people; acts of the public enemy, wars, riots, insurrections, sabotage; acts, requests, interventions, or interruptions of the federal, state or local government or any agency thereof; court orders, present and future; valid orders of any governmental authority or of any office, agency or any instrumentality thereof; floods, fires, storms, epidemics, landslides, lightning, earthquakes, washouts, explosion, or quarantine; strikes, lockouts, industrial disturbances or labor disputes of any kind, the parties hereto specifically agreeing that neither of them shall be entitled to require the other to settle any such labor dispute against its will.; interruption of transportation, freight embargoes or delays in delivery equipment or service necessary to the performance of any provision of this Agreement; inability to secure right of way, labor shortages, breakage or accident to machinery or lines of pipe; or any other cause, whether of the kind herein enumerated or otherwise, not reasonably within the control of the party claiming force majeure and not the result of acts or omissions attributable to that party.

If, as a result of force majeure, either party is unable, in whole or in part, to carry out any of its obligations under this Agreement and/or under any purchase order or statement of work issued by the *Company* and accepted by *Contractor*, save and except for obligations requiring the making of money payments due from one to the other, then, upon such delayed party's giving

Initials: _____ _____                3
ES&H MSA 2006

written notice of and a description of such force majeure to the other party as soon as possible after the occurrence of same, the obligation of the party giving such notice shall be suspended for the duration of such force majeure.  Performance of obligations suspended as a result of a force majeure shall be rendered by the obligated party with all reasonable dispatch after cessation of the force majeure; provided, however, that if the force majeure causing such suspension continues for a period in excess of 30 days, the party to whom the obligation in question is owed may immediately terminate this Agreement merely by giving written notice of its intent to terminate to the other party.

Under no circumstances shall either party be entitled to invoke force majeure for the purpose of abrogating obligations requiring the making of money payments due from one to the other, nor shall either party be entitled to invoke force majeure to delay the performance of such obligations or to modify such obligations in any way.

## VII.  Compensation

*Company* shall pay *Contractor* for the work performed and/or equipment or materials furnished by *Contractor* at the rate stipulated in the purchase orders or statements of work issued by the Company and accepted by the Contractor, and subject only to: [a] the *Company's* determination that the labor, goods, services and/or equipment furnished by *Contractor* were in conformity with all of the terms, conditions, specifications and requirements for same set forth both in this Agreement and in any applicable purchase orders or statements of work; and [b] provided that *Contractor* shall have satisfied *Company* that there are no liens or claims on or against either *Company* or its property, or against any third party or the property of any such third party, by reason of activities undertaken by *Contractor* pursuant to this Agreement.

## OR

*Company* shall pay *Contractor* for the work performed and/or equipment or materials furnished by *Contractor* in accordance with the Fee Schedule attached hereto as Schedule A, and subject only to: [a] the *Company's* determination that the labor, goods, services and/or equipment furnished by *Contractor* were in conformity with all of the terms, conditions, specifications and requirements for same set forth both in this Agreement and in any applicable purchase orders or statements of work; and [b] provided that *Contractor* shall have satisfied *Company* that there are no liens or claims on or against either *Company* or its property, or against any third party or the property of any such third party, by reason of activities undertaken by *Contractor* pursuant to this Agreement.

(a)     Terms of Payment:     All payments dues to *Contractor* under this Agreement are net due 60 days from Payment Start Date.  The "Payment Start Date" is the later of the required start date shown on the applicable purchase order or statement of work, the date on which all obligations of the *Contractor* specified in the applicable purchase order or statement of work have been satisfactorily completed, or the date on which a valid invoice has been received by the *Company*.

Initials: _____ _____                              4
ES&H MSA 2006

GLOBAL DISASTER 000125

(b)      All payments shall be made in U.S. Dollars and delivered to *Contractor's* principal place of business as specified in this Agreement, unless otherwise specified either herein or in the applicable purchase order or statement of work.

## VIII.   Third Party Invoices

Invoices and delivery tickets for any labor, equipment, materials or supplies furnished by third party vendors in connection with work subject to this Agreement, and for which *Company* is obligated under applicable purchase orders or statements of work to reimburse *Contractor*, shall be delivered to *Company* as received by *Contractor*.   The quantity, description, and condition of the equipment, materials and supplies furnished by such third party vendors shall be verified and confirmed by *Contractor*, and the accuracy and validity of all such invoices and delivery tickets shall be certified to the *Company* by *Contractor*, in writing.

## IX.   Insurance

*Contractor* agrees that it will procure and maintain, at all times during the term of this Agreement and in connection with any and all purchase orders or statements of work issued by the Company and accepted by the Contractor, policies of insurance of the types and providing for the minimum policy limits set forth hereinbelow.   *Contractor* further agrees that it will require any subcontractors or other third parties engaged by it to provide labor, goods, services and/or equipment furnished in connection with transactions subject to this Agreement, to likewise procure and maintain, at all times during the term of this Agreement and in connection with any and all purchase orders or statements of work issued by the Company and accepted by the Contractor, policies of insurance of the types and providing for the minimum policy limits set forth hereinbelow.

The types of insurance and the minimum policy limits required both of the *Contractor* and of any subcontractors or other third parties engaged by the *Contractor* to provide labor, goods, services and/or equipment furnished in connection with work subject to this Agreement, are as follows:

(a) A policy or policies of worker's compensation insurance providing for the payment of all benefits contemplated under any and all state and federal worker's compensation laws and regulations applicable to work subject to this Agreement, including specifically, but not limited to, the Outer Continental Shelf Lands Act and/or the Longshore Harbor Workers' Compensation Act, where applicable, and with any and all such policies to contain alternate employer endorsements naming the *Company* as alternate employer.

(b) A policy or policies of employer's liability insurance, with minimum limits of $1,000,000.00 per occurrence and covering injury or death to any employee whose employment is beyond the scope of the worker's compensation statute of the state or other jurisdiction in which work subject to this Agreement is performed, all such policies to contain alternate employer endorsements naming the *Company* as alternate employer.

Initials: _____ _____                              5
ES&H MSA 2006

(c) A policy or policies Maritime Employers Liability insurance, with minimum limits of $1,000,000.00 per occurrence and covering injury or death to the masters and members of the crews of vessels who are not restricted to statutory compensation acts and who may sue their employers for injuries sustained in the course of employment, all such policies to contain alternate employer endorsements naming the *Company* as alternate employer.

(d) A policy or policies of comprehensive general liability insurance, with the "watercraft exclusion" deleted and with minimum limits of $1,000,000.00 for injury to or death of any one person and/or for any one occurrence, and with minimum limits of $1,000,000.00 for property damage in any one occurrence.  Such insurance shall additionally provide coverage for the contractual liabilities and indemnities herein assumed by *Contractor*, again with minimum policy limits of $1,000,000.00.  Sudden and accidental pollution coverage shall be included in all such policies.

(e) A policy or policies of Automobile liability insurance covering owned, non-owned, and hired automotive equipment with minimum limits of $1,000,000.00 for injury to or death of any one person, $1,000,000.00 for any one accident, and $1,000,000.00 for property damage in any one occurrence.

(f) A policy or policies of Protection and Indemnity insurance on all vessels and floating equipment owned, chartered, operated, managed or otherwise used, possessed or controlled by *Contractor* in connection with work subject to this Agreement.  Such Protection and Indemnity insurance shall be on Form SP-23 or equivalent and shall have policy limits in an amount equal to the total value of the vessels and floating equipment used by *Contractor* to perform work subject to this Agreement, but shall, under no circumstances, provide for policy limits less than $1,000,000.00.  Any "As Owner" or "Other Than Owner" language in such policy of policies shall be deleted.  Crew coverage shall be included in all such policies, and a Contractual Liability Endorsement shall be attached to all such policies.

(g) A policy or policies of Hull and Machinery insurance on all vessels and floating equipment owned, chartered, operated, managed, or otherwise used, possessed or controlled by *Contractor* in connection with work subject to this Agreement.. Such insurance shall have policy limits in an amount equal to the total value of any and all vessels and floating equipment used by *Contractor* to undertake transactions subject to this agreement.
 A policy or policies of product liability insurance with minimum limits of $1,000,000.00 for each occurrence.

(h) An umbrella liability insurance having with minimum policy limits of $5,000,000.00 in excess of the coverage required under subparagraphs (b), (c), (d), (e), (f), (g) and (h).

All of the insurance policies described in this Article IX shall be issued by an insurance company or companies acceptable to *Company*, and all shall be maintained in full force and effect at all times during the term of this Agreement and in connection with any and all purchase

Initials: _____ _____                                6
ES&H MSA 2006

orders or statements of work issued by the *Company* and accepted by the *Contractor*.  Further, all such insurance policies shall expressly provide that said policies may not be canceled, altered or amended without 30 days prior written notice to *Company*.  All policies of insurance required by this Agreement shall, during the term of this Agreement, be endorsed in the following manner or in a manner substantially similar to the following, but with the full, formal names of *Company* and *Contractor* inscribed in each of the said policies:

(1) The insurer hereby waives any and all rights of subrogation, whether created by law, equity or contract, against *Company*, or any employee, agent or other contractor of *Company* and against any person, firm or corporation for which or for whom *Company* may be performing services or otherwise acting.

(2) *Company* and its customers are hereby named as additional insureds during such times as *Contractor* is engaged in work subject to this Agreement and in connection with any and all purchase orders or statements of work issued by the Company and accepted by the Contractor, but with the *Company* to have no obligation to pay premiums, deductibles or to have any liability for expenditures under any "sue and labor" claims, and with "As Owner" and "Other Than Owner" wording to be deleted from Protection and Indemnity coverage.

(3) The insurance specified above shall be primary insurance to any insurance purchased by *Company*. Further, no "other insurance" provision shall be applicable to *Company*, or its underwriters, by virtue of having been named an additional insured under *Contractor's* policies.

*Contractor* agrees both to furnish *Company* with a Certificate of Insurance within ten (10) days of the date of this Agreement, evidencing compliance with the above requirements, and upon request, to furnish *Company* with certified copies of all such policies, if deemed necessary. *Contractor* will be liable for all deductible amounts for all policies specified herein.

In the event that *Contractor*, its subcontractors or any other third parties engaged by *Contractor* to provide labor, goods, services and/or equipment furnished in connection with transactions subject to this Agreement should fail to comply with any the requirements set forth in this  Article IX, *Contractor* further agrees that *Contractor* shall be liable to *Company*, as if *Contractor* were the *Company's* insurer under all of the various types of insurance policies enumerated in this Article and to the extent of the policy limits likewise set forth in the Article.

Initials: _____ _____                        7
ES&H MSA 2006

## X. Indemnity

(a) *Contractor* shall take all necessary precautions to prevent the occurrence of any injury to persons or to property during the progress of work and shall insure that its personnel neither pose a threat to *Company's* safe work environment nor the integrity of its business operations. Except to the extent that an injury or damage is due solely and directly to *Company*, *Contractor* shall release, defend, hold harmless and indemnify *Company*, its directors, officers, employees, agents, representatives, successors and assigns against any and all suits, actions or proceedings, at law or in equity, and from any and all claims, demands, losses, judgments, damages, costs, expenses or liabilities, including without limitation claims for personal or property damage, resulting from or in any way connected with any act or omission of *Contractor*, *Contractor's* agents, employees or subcontractors, whether acting in the course of their employment or otherwise, in connection with, but not limited to, all of the representations, warranties or covenants contained in this Agreement. In addition, *Contractor* shall indemnify, defend and hold *Company* harmless from and against any claims, costs or expenses, including, but not limited to, reasonable attorney's fees, arising out of or in connection with any employment-related claims, workers compensation, harassment or discrimination claims,

(b) The parties agree that in the event that the law governing this Agreement limits in any way the extent to which indemnification may be provided to *Company*, this Agreement shall automatically be amended to provide for indemnification to *Company* to the maximum extent permitted by the applicable law.

(c) In addition to all other indemnifying provisions contained herein, *Contractor* agrees that it will require all of its subcontractors and all other third parties engaged by *Contractor* to provide labor, goods, services and/or equipment furnished in connection with transactions subject to this Agreement, to provide indemnity agreements affording *Company* the same protection as provided in this Article.

(d) As utilized in this Article X, the following terms shall be understood as having the following meanings:

"*Company*" means Environmental Safety & Health Consulting Services Inc., (ES&H) and Its Affiliate and Subsidiary Companies, including specifically, but not limited to, ES&H, Inc. d/b/a ES&H Consulting and Training Group, ES&H Industrial Group, LLC, ES&H of Texas, LLC, and ES&H of Lake Charles, LLC, together with any other entity owned or controlled, directly or indirectly, by Environmental Safety and Health Consulting Services, Inc. and/or its principal shareholders, their customers, predecessors and successors, and all their respective directors, officers, agents and employees.

"*Losses*" means any and all losses, claims, liens, demands and causes of action of every kind and character and cost thereof, including, but without limitation, judgments, fines, penalties, interest [legal or otherwise], court costs, attorney fees, litigation expenses, expert witness fees; and any other fees and expenses, actually incurred by *Company* or with regard to which the

Initials: _____ _____                        8
ES&H MSA 2006

*Company* is potentially exposed, either in the defense of or as a result of any claim with regard to which *Contractor* fails or refuses to assume the defense of and/or for any judgment, assessment or other liability against which *Contractor* fails or refuses to indemnify the *Company*.

"*Claims*" means any and all liens, demands, lawsuits, debts, personal injuries, death, damage to property, including property belonging to the *Company*, and all other claims of any character or kind, whether based on negligence, strict liability, unseaworthiness of a vessel, products liability, merchantability or any other theory of recovery, and whether existing prior to the date of this Agreement or not.

"*Contractor*" means Global Disaster Recovery and Rebuilding Services, and its directors, officers, agents, employees, subcontractors, and any other party subject to its influence or control.

## XI. Loss of *Contractor's* Equipment

*Company* shall not be liable for damage to or destruction of *Contractor's* equipment or materials, even though such damage may be caused, in whole or in part, either by the legal fault of *Company*, its agents, directors, officers, employees, servants, subcontractors or otherwise or by the unseaworthiness of any vessel owned, operated or controlled by the *Company*.

## XII. Accident Reports

*Contractor* shall report to *Company*, as soon as practicable, all accidents or occurrences resulting either in personal injury or damage to property, which arise out of, result from, or may be in any way connected with transaction subject to this Agreement and undertaken either by *Contractor* and/or by any subcontractors or other third parties engaged by *Contractor* to provide labor, equipment, materials or supplies furnished in connection with work subject to this Agreement. *Contractor*, when requested to do so, shall furnish *Company* with complete copies of any written reports and proofs of claim made by *Contractor* to *Contractor's* insurer or to others with regard to such accidents and occurrences, together with any and all witness statements, video and audio recordings or other materials containing any information whatsoever regarding such accidents or occurrences..

Initials: _____ _____          9
ES&H MSA 2006

## XIII. Taxes

*Contractor* agrees to pay all taxes, licenses, and fees levied or assessed by any governmental agency on *Contractor*, its subcontractors or other third parties engaged by *Contractor* to provide labor, equipment, materials or supplies furnished in connection with transactions subject to this Agreement, as well as any unemployment compensation insurance, old age benefits, Social Security, or any other taxes assessed upon the wages of *Contractor*, its agents, employees, and representatives. *Contractor* agrees to obtain agreements to the same effect from its subcontractors and from any other third parties engaged by *Contractor* to provide labor, equipment, materials or supplies furnished in connection with transactions subject to this Agreement. *Contractor* agrees to reimburse *Company* on demand for all such taxes or governmental charges, state or federal, which *Company* may be required or deem necessary to pay on account of employees of *Contractor*, its subcontractors, or other third parties engaged by *Contractor* to provide labor, equipment, materials or supplies furnished in connection with transactions subject to this Agreement. *Contractor* agrees to furnish *Company* with the information required to enable it to make the necessary reports and to pay such taxes and governmental charges, and further authorizes the *Company* to pay same from such amounts as may be or become due to *Contractor* hereunder.

## XIV. Independent Contractor

(a)      *Contractor* shall be an independent contractor with respect to the performance of all work subject to this Agreement.

(b)      Neither the *Contractor*, nor anyone employed by or under contract to the *Contractor*, shall be deemed for any purpose to be the employee of *Company* merely by virtue of having provided any work subject to this Agreement, nor shall any such entities or individuals earn thereby eligibility for participation in any employee benefit programs established and maintained by the *Company*. The *Company* shall have no direction or control of *Contractor* or its employees and agents, except that all work subject to this Agreement shall be subject to such oversight and monitoring as may be reasonably required by the *Company* to insure the satisfactory completion thereof. The actual performance and supervision of all work subject to this Agreement shall be undertaken and performed solely and exclusively by *Contractor*.

(c)      Neither the *Contractor*, nor its agents, affiliates, subsidiaries, or anyone employed by or under contract to the *Contractor*, shall be considered as an agent or representative of the *Company*, and no such person or entity shall have the right or authority to assume or create any obligation whatsoever in the name of or on behalf of the *Company*.

## XV. Patent Infringement

In addition to all other indemnifying provisions contained herein, *Contractor* represents and warrants that the use or construction of any and all tools and equipment furnished by *Contractor* and used in the work provided for herein does not infringe on any license or patent

Initials: _____ _____                    10
ES&H MSA 2006

which has been issued or applied for, and *Contractor* agrees to indemnify, defend and hold the *Company* harmless from and against any claims, liability, costs or expenses, including reasonable attorney's fees, to which the *Company* may be exposed as a result of claims, demands, and causes of action of every kind and character made against the *Company* by any patentee, licensee, or claimant of any right to such tool or equipment (or to the use or construction thereof), and resulting from or arising out of the use of any tool or equipment furnished by *Contractor* in connection with any transaction subject to this Agreement.

## XVI.  Use of Equipment, Machinery and Tools

In the event that *Contractor*, its subcontractors or other third parties engaged by *Contractor* to provide labor, goods, services and/or equipment in connection with transactions subject to this Agreement, use any equipment, machinery, tools or other items belonging to or furnished by *Company*, *Contractor* shall either itself examine the same or shall cause the same to be examined by a third party prior to such use. *Contractor* shall immediately notify *Company* of any defects found in such equipment, machinery, tools or other items furnished by or on behalf of *Company*, such that might render the said equipment, machinery, tools or other items unsuitable or unsafe for use in the work subject to this Agreement.  Should *Contractor* fail to make such an examination or fail to report a defect in such item or items, *Contractor* shall be deemed to have assumed all risk and liability for any mishap which may occur in operations conducted hereunder by any reason of failure or defects in such equipment, machinery, tools or other items.

## XVIII.  Default

If either party to this Agreement defaults in the performance of its obligations either under this Agreement or under any purchase orders or statements of work issued by the *Company* and accepted by the *Contractor*, the non-defaulting party may immediately terminate this Agreement and/or the purchase order or statement of work with regard to which the default has occurred, all without prejudice to the right of the non-defaulting party to seek redress for such default through any other remedies, legal or equitable, that it might possess.

## XIX.  Non-Waiver

No waiver by *Company* of any of the terms, provisions or conditions hereof shall be effective unless said waiver shall be in writing and signed by an authorized representative of *Company*.

## XX.  Notices

All notices to be given with respect to both this Agreement and to any purchase orders or statements of work issued by the *Company* and accepted by the *Contractor* shall be deemed to be properly given when delivered personally or when sent by registered or certified mail addressed to the *Company* and to the *Contractor*, respectively, at the addresses first hereinabove shown.

Initials: _____ _____                              11
ES&H MSA 2006

All sums payable hereunder to *Contractor* shall be payable at *Contractor's* address first hereinabove shown, unless otherwise specified in a purchase order or statement of work issued by the *Company* and accepted by the *Contractor*. Either party may specify a different address merely by dispatching written notice to the other party.

## XXI.  Other Parties

As a part of the consideration for this Agreement, *Contractor* hereby agrees that the provisions of Articles IX. Insurance, Article X. Indemnity, Article XI. Loss of *Contractor's* Equipment, and Article XV. Patent Infringement, shall, extend to and be enforceable by and for the benefit of any person or entity for whom *Company* has been engaged to perform work

## XXII.  Nondiscrimination

*Contractor* agrees that it will not discriminate against any employee or applicant for employment because of race, color, religion, sex or nation origin.

Except to the extent that this Agreement may be exempt therefrom, *Contractor* further agrees that it will comply with any and all State and Federal Equal Employment Opportunity Laws applicable to work subject to this Agreement, as well as with any and all rules and regulations promulgated pursuant thereto and any and all administrative orders likewise thereunto appertaining, and including specifically, but not limited to: (a) Executive Order No. 11246, as amended or superseded, which pertains to equal employment opportunity for all persons employed or seeking employment with federal contractors or with contractors performing under federally assisted construction contracts; (b) Executive Order 11701, as amended or superseded, pertaining to the employment of veterans; (c) Executive Order 11758, as amended or superseded, pertaining to the employment of the handicapped; (d) Executive Order 111411, as amended or superseded, pertaining to age discrimination in employment; and Executive Order 11625 and Public Law 95-507, as amended or superseded, pertaining to the employment of veterans the utilization of disadvantaged and business enterprises.

*Contractor* agrees to indemnify, defend and hold *Company* harmless from and against any claims, costs or expenses, including, but not limited to, reasonable attorney's fees, arising out of or in any way connected to any employment harassment claims, employment discrimination claims, and any other employment-related claims.

In addition to all other indemnifying provisions contained herein, *Contractor* agrees that it will require all of its subcontractors and all other third parties engaged by *Contractor* to provide labor, goods, services and/or equipment furnished in connection with transactions subject to this Agreement, to provide indemnity agreements affording *Company* the same protection as provided in this Article XXII.

Initials: _____ _____                    12
ES&H MSA 2006

## XXIII.  Amendment

This Agreement may be amended from time to time only by an instrument in writing executed by all of the parties hereto.

## XXIV.  Successors and Assigns

The provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns. Notwithstanding the foregoing, this Agreement and the rights of either party hereunder may not be assigned by such party without the written permission of the other party hereto.

## XXV.  Applicable Law and Related Matters

This agreement shall be construed in accordance with, and governed by the general maritime laws of the United States, and, if such laws are not applicable, then by the laws of the State of Louisiana.

(a)     Forum Selection; Jurisdiction; Venue:  For purposes of any action, suit, or proceeding arising out of this Agreement, the parties hereto hereby expressly submit to the jurisdiction of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana. The parties hereby waive, dispense with, and agree not to assert in any such action, suit or proceeding that they are not personally subject to the jurisdiction of such court, that the action, suit or proceeding is brought in an inconvenient forum, or that venue of the action, suit or proceeding is improper.

(b)     Rule of Construction:  If, at any time, any provision of this Agreement should be found to be in conflict with any law, ruling or regulation or to be otherwise unenforceable for any reason, such provision shall be modified only to the extent necessary to render it valid and enforceable under such applicable law, ruling or regulation.

### Or

## XXV.  Applicable Law and Related Matters

This agreement shall be construed in accordance with, and governed by the general maritime laws of the United States, and, if such laws are not applicable, then by the laws of the State of Louisiana.

(a)     Dispute Resolution:  The parties hereby agree to resolve any claim, dispute or controversy that may develop between them, arising out of or relating to this Agreement in any way, without resorting to litigation and in the following exclusive manner: first, through mediation utilizing a mutually agreeable mediator; and, secondly, if mediation is unsuccessful, by submitting same to final and binding arbitration under the Commercial Rules of the American

Initials: _____ _____                                   13
ES&H MSA 2006

Arbitration Association. The foregoing notwithstanding, either party will have the right to obtain from a court of competent jurisdiction a temporary restraining order, preliminary injunction or other equitable relief to preserve the status quo, prevent irreparable harm, avoid the expiration of any applicable limitations period, or preserve a superior position with respect to other creditors, although the merits of the underlying claim, dispute or controversy will be resolved in accordance with this paragraph.

(b)     Rule of Construction: If, at any time, any provision of this Agreement should be found to be in conflict with any law, ruling or regulation or to be otherwise unenforceable for any reason, such provision shall be modified only to the extent necessary to render it valid and enforceable under such applicable law, ruling or regulation.

## XXVI.  Severability

Should any provision of this Agreement be judicially declared invalid, unenforceable or void, such declaration shall not have the effect of invalidating or voiding the remainder of this Agreement, and the parties agree that the part or parts of this Agreement so held to be invalid, unenforceable or void shall be deemed to have been stricken here from, and the remainder shall have the same force and effect as if such part or parts had never been included herein.

Initials: _____ _____                         14
ES&H MSA 2006

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement upon the date above shown in several counterparts, each of which shall be considered as on original.

**WITNESSES:**                     **Environmental Safety and Health Consulting Services, Inc. (ES&H)  and Affiliate Companies**

_____     BY:_____

_____     DATE:_____
          Printed Name


**WITNESSES:**                     **Global Disaster Recovery and Rebuilding Services**

_____     BY:_____
                                               Signature

_____     NAME:_____
          Printed Name                         Printed Name

                                   TITLE:_____


                                   DATE:_____


Initials: _____ _____              15
ES&H MSA 2006