# Exhibit 10

## Letter of Intent

06/15/10

*Strategic Services USA, LLC*
20018 N Cove Road
Suite- A
Cornelius, NC  28031

Subject: Labor for the BP oil spill Project

Dear Mr. Billy Burkette:

We Strategic Services USA, LLC., hereby state and represent that it is our intention for the procurement, management and related services in connection with providing laborers for the Gulf Coast cleanup of the British Petroleum ("BP") oil spill (the "Project"). This Letter of Intent is offered to confirm the amount of workers Strategic Services USA, LLC., is able to provide for the Project on a per State basis. The number of workers per State is as follows;

- Mississippi: 250-500 workers
- Alabama: 250-500 workers
- Louisiana: 250-500 workers
- Florida: 250-500 workers

Strategic Services USA, LLC., will be authorized to perform services as outlined in Global Disaster Recovery & Rebuilding Services, LLC., specifications and BP worker requirements. The rate per Cleanup Technician per hour for the Project will be $55.00(straight time). Overtime is 1.5 times straight time. This hourly rate includes Per Diem (food and housing) and transportation to and from job. It is further agreed that once this Letter is accepted by Global Disaster Recovery & Rebuilding Services. They commit to strictly utilize Strategic Services USA workers unless Strategic Services USA can't perform delivery of workers as required.

It is the intent of Strategic Services USA, LLC to enter into a formal subcontract agreement with Global Disaster Recovery & Rebuilding Services, LLC., provided Global Disaster Recovery & Rebuilding Services, LLC., discloses their contract with ES&H on payment schedule and Insurance coverage required for the Project. The terms and conditions of the Subcontract Agreement and Purchase Order will take precedence over this Letter of Intent.

We look forward to working with your organization on this important project. Contact us at your earliest convenience to commence contract negotiations.

Very Truly Yours,                              Global Disaster Recovery & Rebuilding Services
                                               By:   Billy Burkette
                                                     Billy Burkette- Owner
_____               Accept this as my signature by TDS time date stamp BB

Robert Katz- Managing/Member



Exhibit 13

GLOBAL DISASTER 000141