# Exhibit 11

June 18, 2010

To:   Billy Burkette/Global Disaster Recovery and Rebuilding Services, LLC
      FAx 282-2500
From: Lil Lalumandier and Robert G. James

   Re: Sale of Stock - Port Fourchon Marina, Inc.

You have requested information concerning the sale of 100% of the stock of Port Fourchon Marina, Inc. for the sum of $750,000.00 if closed for cash at the sale within 30 days, which includes all inventory and trailers owned by the corporation and also includes the current leases with the Port Commission on the land.

We are going to provide you with a list of the inventory, copy of leases, copy of land plat, and a copy of the sale where we purchased the corporation in 2005. We intend on having this information fax'd to you no later than noon on Sunday, June 20.

We agree today to give you this option to purchase the stock until next Friday, June 25, 2010. This option can be extended with mutual consent.

PORT FOURCHON MARINA, INC.

_____          _____
Lillian Lalumandier, 50% owner of stock   Robert G. James, 50% owner of stock

**Exhibit 14**