# Exhibit 13

DEEPWATER HORIZON COURT-SUPERVISED SETTLEMENT PROGRAM
EXCLUSIONS DEPARTMENT
P O BOX 222
HAMMOND LA 70404-0222


RE:     OPT OUT OF DEEPWATER HORIZON CLASS ACTION SETTLEMENT


To Whom It May Concern:

"I wish to be excluded from the Economic Class."

Name: _Billy Burkette_____

Business Name (if applicable): _Global Disaster Recovery & Rebuilding Services LLC_

Address: _2013 Dallas Dr_____

_Baton Rouge, La 70806_____

Phone Number: _225-244-2323_____

Claimant ID Number(s): _____

Social Security Number: _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 / EIN 27-1904564_

_Billy Burkette_ (signature)
Signature

_10-31-12_
Date

Attorney Representation:

BRENT COON & ASSOCIATES
215 ORLEANS
BEAUMONT TX 77701