# Exhibit 14

## Deepwater Horizon Oil Pollution Act Presentment Claim Form

### INCIDENT INFORMATION

Date: April 20, 2010
Location: Macondo 252 Well
Vessel: Deepwater Horizon

### CLAIMANT INFORMATION

Name / Company Name: Global Disaster Recovery + Rebuilding Services LLC

If necessary, Business Contact / Representative: Billy Burkette

Title: Owner

Address: 699 Hwy 409

City: Slaughter   State: La   Zip: 70777

SSN/EIN: 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 / EIN 271904564

GCCF Number: _____

Occupation: Disaster Recovery

License Needed: Yes   If Yes, License Type: State + Federal

Has Claimant received money from the GCCF/BP? YES (NO)   If yes, amount: -0-

Has Claimant received money from Insurance? NO   If yes, amount: -0-

**LOSS INFORMATION:**

1) Please see attached Claimant Impact Letter for a description of the claim.

2) Please see Discovery conducted in MDL 2179.

3) **TOTAL AMOUNT OF LOSS REQUESTED:** $310,000,000.00

    a. Type of Claim:

        i. Loss of Income, Profits and/or Earnings Capacity (See Reference A)
            Amount Claimed: $310,000,000.00
        ii. Damage to Property (See Reference B)
            Amount Claimed: _____
        iii. Subsistence Use (See Reference C)
            Amount Claimed: _____
        iv. Removal and Clean Up Cost (See Reference D)
            Amount Claimed: _____

**OPTIONAL WITNESS INFORMATION:**

1) Witness Name: _____
   • Address: _____
   • Phone: _____

2) Witness Name: _____
   • Address: _____
   • Phone: _____

**ATTORNEY INFORMATION:**

Brent Coon & Associates
Brent W. Coon
Eric W. Newell
215 Orleans
Beaumont, TX 77702
(409)835-2666 Main
(866)753-9080 Fax

I certify that the information provided is accurate to the best of my knowledge based on information and belief. I also certify that Brent Coon & Associates is my authorized legal representative for this matter, and has authority to act on my behalf.

Claimant Signature: [signature]
Date: 01-18-13

Attorney Signature: [signature]
Date: 1-18-13

GLOBAL DISASTER 000002