# Exhibit 15

Dear Sir or Madam:

I own Global Disaster Recovery & Rebuilding Services LLC located in Louisiana we had offices in Chalmette and Baton Rouge. I had many contracts in force at the time of the Deepwater Horizon oil spill. We are a disaster recovery company located on the water and impacted directly by the oil spill our address is 17432 Chef Menture Hwy Chalmette, La. As a result of us loosing all of our equipment and contracts and BP not doing the right thing thus further causing us to lose all hauling contracts we lost all of our property and future business as well as now our reputation, credit, good name, and we will not be able to recover there fore we now have been sued and lost everything.

As you are aware, BP has been designated the responsible party for the Deepwater Horizon incident and oil spill. As a result of the oil spill many of the areas we service were heavily impacted and because BP's head biologist Jackie Michele telling myself and Captain Edwin Stanton the incident commander over the oil spill that she would not use Aqua N Cap a product listed on their approved product list to be used in the event of a oil spill that she would not use Aqua N Cap because it would QUANTIFY the spill and cost BP BILLIONS in fines after we were given a contract by ES$H to perform clean up. As we were forced out of business no matter how many times I spoke with BP officials once the GCCF was allowed to handle claims because of their tactics and BP approving of those tactics to save BP money I lost everything . My losses were in the hundreds of millions of dollars. I have attached the form which includes the amount requested as compensation to cover all of my current and future losses.

If you need anything else, please contact my legal representatives Brent Coon and Associates at (866) 335-2666.

Thank You.

Sincerely,

Billy Burkette