IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J(2) |
| | * | |
| | * | JUDGE BARBIER |
| This Document relates to: | * | |
| | * | MAGISTRATE JUDGE CURRAULT |
| *Global Disaster Recovery & Rebuilding Services LLC, et al. v. BP Expl. & Prod., Inc., et al.*, Case No. 16-cv-06585 | * * | |

## EX PARTE MOTION BY BP FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH BP'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal: (1) Exhibit 12 (the "A-1 Settlement") to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion"), which is being filed contemporaneously herewith, and (2) references to or quotes of provisions of the A-1 Settlement in (i) the Motion, and (ii) BP's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment ("SOF"), which is being filed contemporaneously herewith.

Pretrial Order No. 38 (MDL No. 2179, Rec. Doc. 3201) ("PTO 38"), entered on July 8, 2011, and the Court's Confidentiality Order (MDL No. 2179, Rec. Doc. 15718) (the "Confidentiality Order"), entered on January 13, 2016, provide that all Settlement Communications (as defined in PTO 38) and settlement-related documentation shall remain confidential. *See* PTO 38, ¶¶ 4, 8; Confidentiality Order at 1. The A-1 Settlement and references to or quotes from its provisions constitute Settlement Communications because the A-1 Settlement

1

resolved Subject Claims (as defined in PTO 38), and were designated as confidential by the parties thereto. *See* PTO 38, ¶ 3; A-1 Settlement.

Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. In addition, Pretrial Order No. 13 (MDL No. 2179, Rec. Doc. 641) ("PTO 13"), entered on November 2, 2010, provides that confidential information "will be filed under seal." PTO 13, ¶ 8.B. Since the A-1 Settlement and references to or quotes from the A-1 Settlement in the Motion and SOF are confidential Settlement Communications, they should be sealed. *See, e.g., Cook v. Flight Servs. & Sys., Inc.*, No. 2:16-cv-15759, 2019 WL 2462810, at *2 (E.D. La. June 13, 2019) (granting a motion to seal a settlement agreement where the parties agreed to maintain confidentiality).

WHEREFORE, BP respectfully prays the Court for an Order that the A-1 Settlement and portions of the Motion and SOF referencing or quoting provisions in the A-1 Settlement be filed under seal.

2

April 16, 2021                                   Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of April, 2021.

                                              */s/ Devin C. Reid*
                                              Devin C. Reid