IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | * | **SECTION J(2)** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document relates to:** | * | |
| | * | **MAGISTRATE JUDGE CURRAULT** |
| *Global Disaster Recovery & Rebuilding Services LLC, et al. v. BP Expl. & Prod., Inc., et al.*, Case No. 16-cv-06585 | * * | |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment* (the "Motion"):

IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 12 to BP's Memorandum of Law in Support of Its Motion for Summary Judgment ("A-1 Settlement") and portions of BP's Memorandum of Law in Support of Its Motion for Summary Judgment and BP's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment referencing or quoting provisions of the A-1 Settlement are filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of _____ 2021.

_____
**UNITED STATES DISTRICT JUDGE**