UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J |
| This Document Relates to: *Donovan v. Barbier, et al.*, 2:21-cv-00237 | JUDGE BARBIER |
| _____/ | MAG. JUDGE CURRAULT |

**BRIAN J. DONOVAN'S MOTION FOR LEAVE TO FILE SUR-REPLY
ON MOTIONS FOR SANCTIONS AND INJUNCTIVE RELIEF**

Brian J. Donovan ("Donovan") hereby respectfully moves the Court to grant him leave to file a Sur-Reply to the Motion for Sanctions and to Enjoin Further Frivolous Filings by Stephen J. Herman ("Herman") and James P. Roy ("Roy") and the Motion for Injunctive Relief and Consideration of Sanctions by Patrick A. Juneau ("Juneau") for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: April 20, 2021

Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Florida Bar No. 143900
The Donovan Law Group, PLLC
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## **CERTIFICATE OF SERVICE**

Herman and Roy, and Juneau have not been served with a copy of the summons and complaint. Accordingly, this Honorable Court does not have, nor did it ever have, personal jurisdiction over Herman and Roy, and Juneau. Moreover, case 2:21-cv-00237 was closed on February 17, 2021. I hereby certify that, for these reasons, the foregoing has not been, nor could it be, served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2021.

**/s/ Brian J. Donovan**
Brian J. Donovan