

Brian Donovan <donovanlawgroup@gmail.com>

# 03/22/2021 Daily E-Service Summary for LA US District Court Eastern District E-Service-Oil Spill

1 message

**DailyDigest@secure-mail.fileandservexpress.com** <DailyDigest@secure-mail.fileandservexpress.com>
To: BrianJDonovan@verizon.net

Tue, Mar 23, 2021 at 3:35 AM

Subject: 03/22/2021 Daily E-Service Summary for LA US District Court Eastern District E-Service-Oil Spill

Titles:
    Ex-Parte Consent Motion to Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to Submit a Corrected Affidavit (3 pages)
    Corrected Affidavit of David E. Knight (3 pages)
    Proposed Order re Unopposed Ex-Parte Motion to Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction And to Amend its Motion to Transfer Venue (1 page)
Case: In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case #: MC MDL-2179
Date: Mar 22 2021  3:30PM CDT
Attorney: Fredrick B Feeney
Firm: Franke & Salloum
Transaction #: 66444287
You may view the documents in the following ways:
    - Online at http://url9504.fileandservexpress.com/ls/click?upn=4gAvvQv7wScHNx-2Fj-2FhG339wb9uM7v7Mls45yKUYa-2BXTej7AzIp17RV-2FFmA2Ml6uxTKYQtCXSnl8opxnSc2lIRgSOgXxC4Pj6XUW7yvAMBwk-3D0VBq_wbBeb5rDJi71N-2B7NUg4tUSZGLhpQdcrZSuZ6-2FbbxdtElx-2Bvo3hUZbQzmeOj3p7p3wkyjAhEVBb2ZRs8nkiq-2BCio46u5KA-2FoxUT5XZ5HIuvGeS3FoMQjd6QyHmzFrtvVzHIgn2oqnerczSLV-2FP7Rzgb2yhqNvE-2BMVYQn-2B6Y8LTb6aghT58S8RvvPRPF6xAE-2F-2FB5wu3yJ74wR9mP5ucIPh8iO-2Bj1hUoBgWQX0ii-2F5ttYI-3D (subscriber login required).
    - Call Franke & Salloum to request a copy of the documents.

Titles:
    Motion for Injunctive Relief and Consideration of Sanctions  (2 pages)
    Memorandum in Support of Motion for Injunctive Relief and Consideration of Sanctions  (3 pages)
Case: In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case #: MC MDL-2179
Date: Mar 22 2021  4:43PM CDT
Attorney: Richard C Stanley
Firm: Stanley Reuter Ross Thornton & Alford LLC
Transaction #: 66444671
You may view the documents in the following ways:
    - Online at http://url9504.fileandservexpress.com/ls/click?upn=4gAvvQv7wScHNx-2Fj-2FhG339wb9uM7v7Mls45yKUYa-2BXTej7AzIp17RV-2FFmA2Ml6uxTKYQtCXSnl8opxnSc2lIRgt41J4zEJ8anN7vU3utwu4-3DQaz__wbBeb5rDJi71N-2B7NUg4tUSZGLhpQdcrZSuZ6-2FbbxdtElx-2Bvo3hUZbQzmeOj3p7p3wkyjAhEVBb2ZRs8nkiq-2BCiMMc1Q4Bp9t1tVa-2B6vvM-2Flpsdju3w06h2xDx-2FBhWjvYetn08BDIhLc6Rve6HfRV6qLvzAChIPTbXOmzb5cLK40vnJJsQLDlig8DSDkK87HYK21Wgh9-2F58AUpoY-2F3rRDyyk0n0-2B11Kws8G3I2GPoZs0-3D (subscriber login required).
    - Call Stanley Reuter Ross Thornton & Alford LLC to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).