Gmail

**Brian Donovan <donovanlawgroup@gmail.com>**

---

## BP Oil Spill Lit. - Donovan v. Barbier, et al - Motion to Enroll Additional Counsel of Record
1 message

---

**Steve Herman** <SHERMAN@hhklawfirm.com>      Thu, Apr 15, 2021 at 2:20 PM
To: "Ben_Allums@laed.uscourts.gov" <ben_allums@laed.uscourts.gov>
Cc: "James P. Roy (jimr@wrightroy.com)" <jimr@wrightroy.com>, Susan LeBouef <susanl@wrightroy.com>, Edward Trapolin <etrapolin@irwinllc.com>, Gus Fritchie <gfritchie@irwinllc.com>, Lynette Johnson <ljohnson@irwinllc.com>, "rcs@stanleyreuter.com" <rcs@stanleyreuter.com>, "BrianJDonovan@verizon.net" <BrianJDonovan@verizon.net>

Hey Ben.  I hope things are well.

Please find attached, for your convenience, the Proposed Order associated with the present Motion in Word format.

As always, we appreciate the Court's time and consideration in this matter.

Stephen J. Herman, Esq.

New Orleans, Louisiana

Direct: (504) 680-0554

Cell: (504) 232-5154

E-Mail: sherman@hhklawfirm.com

Please view updates on Class Actions, Product Liability,

Legal Ethics and Professionalism, E-Discovery and Spoliation

at: www.gravierhouse.com

---

**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Thursday, April 15, 2021 1:11 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-DPC In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Motion to Enroll as Counsel of Record

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by**

law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Herman, Stephen on 4/15/2021 at 1:10 PM CDT and filed on 4/15/2021

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-DPC |
| **Filer:** | Stephen J. Herman |
| **Document Number:** | 27045 |

**Docket Text:**
**EXPARTE/CONSENT MOTION to Enroll as Counsel of Record *Edward Trapolin and Gus Fritchie* by Stephen J. Herman. (Attachments: # (1) Proposed Order)(Reference: 21-00237) (Herman, Stephen)**



**2 attachments**

Mot to Enroll Irwin Fritchie in Donovan [Doc 27045] 4-15-2021.pdf
33K

Proposed Order re Motion to Enroll as Additional Counsel of Record - Herman (00777498xA60FC).doc
42K