4/18/2021 Gmail - BP Oil Spill Litigation - Donovan vs. Barbier, et al - Motion to Enroll Additional Counsel of Record

Case 2:10-md-02179-CJB-DPC - Document 27053-5 - Filed 04/20/21 - Page 1 of 4



Brian Donovan <donovanlawgroup@gmail.com>

## BP Oil Spill Litigation - Donovan vs. Barbier, et al - Motion to Enroll Additional Counsel of Record

2 messages

---

**Susan LeBouef** <SUSANL@wrightroy.com>            Thu, Apr 15, 2021 at 3:07 PM
To: "Ben_Allums@laed.uscourts.gov" <Ben_Allums@laed.uscourts.gov>
Cc: James Roy <JIMR@wrightroy.com>, Steve Herman <sherman@hhkc.com>, Edward Trapolin <etrapolin@irwinllc.com>, Gus Fritchie <gfritchie@irwinllc.com>, Lynette Johnson <ljohnson@irwinllc.com>, "rcs@stanleyreuter.com" <rcs@stanleyreuter.com>, "BrianJDonovan@verizon.net" <BrianJDonovan@verizon.net>

Ben,

Attached for your convenience is Doc. 27046 along with the Proposed Order in Word.

Thank you!



CONFIDENTIALITY STATEMENT
This electronic message transmission contains information from the law firm of Domengeaux Wright Roy & Edwards LLC, 556 Jefferson St., Suite 500, Lafayette, LA 70501, 1-800-375-6186, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by return email. Thank you.
www.WrightRoy.Com

---

**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Thursday, April 15, 2021 1:57 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-DPC In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Motion to Enroll as Counsel of Record

4/18/2021 Gmail - BP Oil Spill Litigation - Donovan vs. Barrier, et al - Motion to Enroll Additional Counsel of Record

Case 2:10-md-02179-CJB-DPC - Document 27053-5 - Filed 04/20/21 - Page 2 of 4

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Roy, James on 4/15/2021 at 1:57 PM CDT and filed on 4/15/2021

| | |
|---|---|
| Case Name: | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| Case Number: | 2:10-md-02179-CJB-DPC |
| Filer: | James P. Roy |
| Document Number: | 27046 |

**Docket Text:**
**EXPARTE/CONSENT MOTION to Enroll as Counsel of Record *Edward Trapolin and Gus Fritchie* by James P. Roy. (Attachments: # (1) Proposed Order)(Reference: 21-00237)(Roy, James)**

**2:10-md-02179-CJB-DPC Notice has been electronically mailed to:**

David J. Beck    dbeck@brsfirm.com

Deborah DeRoche Kuchler    dkuchler@kuchlerpolk.com, cmcclain@kuchlerpolk.com, rguidry@kuchlerpolk.com

Donald E. Godwin    DGodwin@GodwinBowman.com, AYork@ReedSmith.com, LChavez@ReedSmith.com, LGarcia@GodwinBowman.com

Frederick William Swaim , III    fswaim@gallowaylawfirm.com, lmartin@gallowayjohnson.com

J. Andrew Langan    andrew.langan@kirkland.com, frank.sramek@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com

James P. Roy    jimr@wrightroy.com, susanl@wrightroy.com

Kerry James Miller    kmiller@fishmanhaygood.com, ajohnson@fishmanhaygood.com, ddysart@fishmanhaygood.com, mclementin@fishmanhaygood.com, pthibodeaux@fishmanhaygood.com

Luther J Strange , III    luther.strange@ago.state.al.us, pmills@ago.state.al.us

Lynn C Greer    lgreer@browngreer.com, cmoll@dheclaims.com, DocketHarvester@BrownGreer.com, jdforsyth@sessions-law.com, phron@dheclaims.com, rbanta@browngreer.com

Michael J. Lyle    mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com, mike-lyle-8651@ecf.pacerpro.com, sylviasimson@quinnemanuel.com

Phillip A. Wittmann    pwittmann@stonepigman.com, boneil@stonepigman.com, cmolony@stonepigman.com, mbroussard@stonepigman.com

4/18/2021 Gmail - BP Oil Spill Litigation - Donovan vs. Barbier, et.al. - Motion to Enroll Additional Counsel of Record

Case 2:10-md-02179-CJB-DPC - Document 27053-5 Filed 04/20/21 Page 3 of 4

| R Michael Underhill | mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov, peter.frost@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov |
| --- | --- |
| Russell Keith Jarrett | rkjarrett@liskow.com, ajackson@liskow.com, astmary@liskow.com, dcreid@liskow.com |
| Stephen J. Herman | Sherman@hhklawfirm.com, jchauvin@hhklawfirm.com, lbreland@hhklawfirm.com |
| Thomas Lotterman | thomas.lotterman@morganlewis.com, douglas.hastings@morganlewis.com |

**2:10-md-02179-CJB-DPC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/15/2021] [FileNumber=10842333-0] [09f71522b0fdb0cad71053bc963a2c471bd70fba20e9d2fbbaee9e079f903c2f6a8bea18b77515644f301969e0a839ab4a44e65f15ecfa888fa70d4c57d11859]]

**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/15/2021] [FileNumber=10842333-1] [3a8847bdab1a25d214e19f2b72e91491d7e7371d96bca8751ad1bc986268aafb3a47c6d809c862e0ceddde61191b92a2b4e0484337620c7a8a989509f8007c9b]]

**2 attachments**


**27046 - Mtn to Enroll Trapolin and Fritchie.pdf**
43K


**Proposed Order re Motion to Enroll as Additional Counsel of Record - Roy (00777485xA60FC).doc**
42K

---

**Ben Allums** <Ben_Allums@laed.uscourts.gov>    Thu, Apr 15, 2021 at 3:14 PM
To: Susan LeBouef <SUSANL@wrightroy.com>
Cc: James Roy <JIMR@wrightroy.com>, Steve Herman <sherman@hhkc.com>, Edward Trapolin <etrapolin@irwinllc.com>, Gus Fritchie <gfritchie@irwinllc.com>, Lynette Johnson <ljohnson@irwinllc.com>, "rcs@stanleyreuter.com" <rcs@stanleyreuter.com>, "BrianJDonovan@verizon.net" <BrianJDonovan@verizon.net>

Thank you, but there is no need to send me a courtesy copy.

Ben Allums
Law Clerk to the Honorable Carl J. Barbier, District Judge
United States District Court, Eastern District of Louisiana
(504) 589-7525
ben_allums@laed.uscourts.gov

---

**From:** Susan LeBouef <SUSANL@wrightroy.com>
**Sent:** Thursday, April 15, 2021 2:07 PM
**To:** Ben Allums <Ben_Allums@laed.uscourts.gov>

4/18/2021 Gmail - BP Oil Spill Litigation - Donovan vs. Barbier, et al - Motion to Enroll Additional Counsel of Record

Case 2:10-md-02179-CJB-DPC Document 27053-5 Filed 04/20/21 Page 4 of 4

**Cc:** James Roy <JIMR@wrightroy.com>; Steve Herman <sherman@hhkc.com>; 'Edward Trapolin' <etrapolin@irwinllc.com>; Gus Fritchie <gfritchie@irwinllc.com>; Lynette Johnson <ljohnson@irwinllc.com>; 'rcs@stanleyreuter.com' <rcs@stanleyreuter.com>; 'BrianJDonovan@verizon.net' <BrianJDonovan@verizon.net>
**Subject:** BP Oil Spill Litigation - Donovan vs. Barbier, et al - Motion to Enroll Additional Counsel of Record

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.