FED. R. APP. P. WITH 5TH CIR. R. & IOPs

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 2 0 2021

CAROL L. MICHEL
CLERK

# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the EASTERN

District of LOUISIANA

File Number 16-3966      10md2179 § (2)

| | |
|---|---|
| ROBERT EVANS, Plaintiff  v.  BP Expl.& Prod., Inc., et al. Defendants | Notice of Appeal |

Notice is hereby given that ROBERT EVANS, plaintiff in the above named case,* hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 23rd day of March, 2021.

s/ Robert Evans

Attorney for N/A   Pro se

Address: 333 Baker Street, #213, San Francisco, California 94117

TENDERED FOR FILING

APR 20 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Fee
Process
X Dktd
CtRmDep
Doc. No.

**LAEDdb_ProSeDocs**

| | |
|---|---|
| **From:** | Robert Evans <efcug@hotmail.com> |
| **Sent:** | Tuesday, April 20, 2021 1:53 AM |
| **To:** | LAEDdb_ProSeDocs |
| **Subject:** | Notice of Appeal    Informa Pauperis Status |
| **Attachments:** | notice of appeal 5th circuit.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.