

# CERTIFICATION THAT NO TRANSCRIPT WILL BE ORDERED

United States District Court for the EASTERN

District of LOUISIANA

File Number 16-3966    *10 md 2179 J(2)*

| | |
|---|---|
| ROBERT EVANS, Plaintiff | } |
| v. | } CERTIFICATION THAT NO |
| | } TRANSCRIPT WILL BE |
| | } ORDERED |
| BP Expl.& Prod., Inc., et al. Defendants | } |

I, ROBERT EVANS, plaintiff in the above named case, hereby certify that he will not order transcripts for the appeal of the above-entitled action.

Date: 04/20/2021

/s Robert Evans

Robert Evans

TENDERED FOR FILING

APR 20 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
X  Dktd
CtRmDep
Doc. No.

**LAEDdb_ProSeDocs**

**From:** Robert Evans <efcug@hotmail.com>
**Sent:** Tuesday, April 20, 2021 7:53 AM
**To:** LAEDdb_ProSeDocs
**Subject:** Certification that no transcript will be ordered
**Attachments:** certification that no transcript will be ordered.pdf

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1