UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 <br><br> SECTION: J(2) |
| **Applies to:** *No. 21-00237* | * | JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Brian J. Donovan's Motion for Leave to File Sur-Reply. (Rec. Doc. 27053).

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 20th day of April, 2021.

_____
United States District Judge