Minute Entry
Barbier, J.
April 21, 2021
JS-10: 48 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : : : | MDL NO. 2179 <br><br> SECTION: J (2) <br><br><br> JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |
| Applies to: <br> No. 16-05277 (John DeSilva) | | |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

CASE MANAGER:                                                   COURT REPORTER:
GAIL CHAUVIN                                                     JODI SIMCOX

WEDNESDAY, APRIL 21, 2021
JUDGE CARL J. BARBIER PRESIDING

MOTION HEARING (via Video Conference)

Proceedings began at 9:32 a.m.

Participating:
Ronnie Penton for John DeSilva
Matt Regan, Chris Keegan, and Kristopher Ritter for BP

Argument on BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim (Rec. Doc. 26922).

The Court **ORDERED:**
1. Ruling on the Motion (Rec. Doc. 26922) is **DEFERRED**.
2. The parties shall conduct limited discovery as stated on the record, which shall be completed by no later than May 21, 2021.
3. Following discovery, each party shall file a supplemental brief by no later than June 11, 2021. Supplemental briefs shall not exceed 15 pages, double spaced, excluding exhibits.

The status conference ended at 10:20 a.m.

