UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 15-6130, City of Daphne v. BP, plc, et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

Before the Court is BP's Response to the City of Daphne's Response to the Show Cause Order. (Rec. Doc. 27052). The response discusses the State of Alabama's presentment, which is not yet in the record. In footnote 2, BP states:

> Because the State of Alabama's 2013 presentment was a confidential communication when Alabama provided it to BP, BP is prepared to provide it for *in camera* review should the Court request it. Before providing it to the City, however, BP would request further direction from Court as to whether it can be disclosed consistent with the Court's orders (*see, e.g.*, Pretrial Order No. 38 (Rec. Doc. 3201)), given that this confidential communication was not made by the City and the City has made no representation that it has ever seen the document.

(Rec. doc. 27052 at 8 n.2).

IT IS ORDERED that BP shall immediately provide a copy of the State of Alabama's presentment to the City of Daphne and to chambers. The Court will then review the presentment and decide whether it should be filed as a sealed or unsealed document in the record.

IT IS FURTHER ORDERED that the parties shall treat the State of Alabama's presentment as "confidential" and disclose it to no one except in connection with this litigation, and only then where necessary.

New Orleans, Louisiana, this 21st day of April, 2021.

                                                                          _____
                                                                           United States District Judge