UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 16-06585 (Global Disaster Recovery & Rebuilding Servs. LLC)* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is BP's Motion for Summary Judgment against Global Disaster Recovery & Rebuilding Services, LLC. (Rec. Doc. 27050).

IT IS ORDERED that any response to BP's Motion (Rec. Doc. 27050) shall be filed by no later than Wed., May 12, 2021. Any reply by BP shall be filed by no later than Wed., May 19, 2021.

New Orleans, Louisiana, this 21st day of April, 2021.

_____
United States District Judge