UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-06585* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is BP's Ex Parte Motion for Leave to File Certain Documents Under Seal. (Rec. Doc. 27051).

IT IS ORDERED that the Motion (Rec. Doc. 27051) is DENIED.

IT IS FURTHER ORDERED that the Clerk shall file the following documents as additional unsealed attachments to BP's Motion for Summary Judgment against Global Disaster Recovery & Rebuilding Services, LLC. (Rec. Doc. 27050):

1. BP's Memorandum of Law [unredacted version]

2. BP's Statement of Undisputed Material Facts [unredacted version]

3. Exhibit 12 [as partially redacted by the Court]

New Orleans, Louisiana, this 21st day of April, 2021.

_____
United States District Judge