UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST
NEW ORLEANS, LA 70130

10-md-2179(2) Applies To CAROL L. MICHEL, CLERK
MOTION TO CORRECT                No. 12-970
JUDGMENT 28 USCS 1653           MDL 2179
Fed. R Civ. P. Rules 59(e),      SECTION: J(2)
60(a) and 60(b)(4)               (Rec. Doc. 14797)
                                 (Rec. Doc. 14823)

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 12 2021

TO: U.S. CLERKS

Please send me copies of Certified SEAL Judgments, No. 32 and No. 191, of June 22n 1948 A.D. TURNER's HEIRS, From 6/16/1948 A.D., The Supreme Court of Washington, D.C. 20543, Court decisions Came down in 1848 A.D., by V. Honorable U.S. Court Judge THEO H. McCaleb, And Affixed SEALS BY U.S. Judge Theo H. McCaleb, and Deputy clerks, of U.S. Court of LOUISIANA STATE...

(See) U.S. Supreme Court Chief Justice JOHN JAY 1st Chief Justice U.S. Supreme Court ONCE SAID,


"Those who own the country ought to govern it.."

Pursuant to 28. USC §§ 1691, 1738, and 1739 of Fed. R Civ. P. Rule 44. (a)(1) (A) (B) (i) (ii) of U.S. SCT Authority :: MARBURY V. MADISON, (1803) 2 Led 60 [ 1 CRANCH 138 - Through - 1797 ]

I need Certified copy of Spanish Land Grant 28 USC § 1354 of Judgments No. 32, and No. 191 of 6/16/1948 A.D. of U.S. Court of Louisiana U- Honorable Judge Theo H. McCaleb and Deputy clerk Government Seals Affixed

Pursuant to No. 12-970, MDL 2179 Section: J (2) (Rec. Doc. 14797) and (Rec. Doc. 14823)

I further seeks $100 Billion Dollars from Trust Funds No. 12-970 MDL 2179 Section: J (2) (Rec. Doc. 14797) and (Rec. Doc. 14823)

under U.S. Const ART III sections 1 and 2) of 28 USC § 1332, of U.S. Const ART IV § 2, Cl. 1) of 28 USC § 1354 Allodial Titler Spanish Land Grant

Pursuant to U.S. SCT Authority:: MARBURY V. MADISON, (1803) 2 LEd 60 [1 Cranch 180] 28 USC § 453 of U.S. Const ART VI, Cl. 2) Good Cause

### CERTIFIED CONCLUSION

GRANT Judgment Decree order Relief Grand TOTAL $100 Billion Dollars under U.S. Const ART I, §8 Section 10 In No. 12-970 MDL 2179 Section: J(2) Claims No.: (Rec. Doc. 14797) and (Rec. Doc. 14823) The HEIRS of TURNERS ESTATE's, TRUSTS, and Bonds of Spanish Land Grant 28 USC § 1354 Allodial Titler. I certify under penalty of Perjury Affirm 28 USC § 1746 DAY 5TH month April A.D. 2021
/s/ Maurice O. Tate-El-Bey-Tey-Washitaw
= Washington "INDEED"!

3 of 4

CERTIFICATE OF SERVICE

MDL 2179
SECTION: J(2)
No. 12-970
(Rec. Doc. 14797)
(Rec. Doc. 14823)

I hereby certify In Re: OIL SPILL by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, ATTURNEYS WAS proper SERved and Notified upon proper Locations Affixed by U.S. MAiling Postages stamps Hand Delivered by U.S. MAil clerks Postmaster

Day 5TH   month April A.D. 2021

All Rights Reserved under 28 USC § 453

/s/ Marcus O. Tate-El-Bey-Tey-Washitaw
Marcus O. Tate-El-Bey-Tey-Washitaw
c/o 565 Bibb Lane
Brent, AL (35034)

4 of 4

Drelijah & Muhammad-Ali
565 Bibb Lane
BRENT, AL 35◯ forwarded the adderss
                  For the Alab.

• This correspondence prisun and the responsibility an Alabama state evaluated. Corrections is not the enclosed not been of content of the Department substance for the communication.

BIRMINGHAM AL 350
5 APR 2021 PM 5 L

Hon. U.S. CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA, 70130

70130-381555