TUNICA MUURS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

MOORS   10-md-2179 J(2)
Applies to: No. 12-970
MDL 2179
SECTION: J(2)
(Rec. Doc. 14797)
(Rec. Doc. 14823)

Request ¢ 100 Billion Dollars Judgment?

Fed. R OF EVIDENCE RULE 201. (a)(b)(c)(d)(e)(f)(g)
Royal Spanish Land Grant Allodial Titler Unity-Washitaw De-Dugdahmoundyah: National-Flag IPO # 2421 via UN # 215/93 U.N. NGO U.M.A.A.R (United Mu'urish American Aboriginal Republic Number 37801
Employer TAX ID # 37-1880026

I respectful ask this court to step before the United States Supreme court of Washington, D.C. 20543. And dispute the U.S. Supreme court Rulings Judgments No. 32, and No. 191 from 6/16/1948 A.D. year. Decisions of 1848 A.D. Year. By U-Honorable U.S. Judge THEO H. McCaleb of U.S. court of Louisiana State. Affixed under his SEAL 28 USC§638(c)

1 of 5

And further Affixed under U.S. Court of STATE of LouisiANA Deputy Clerk SEAL 28 USC § 1691, § 1738, § 1739 of Fed. Rules of Civ. P. Rule 44. (a)(1)(A)(B)(i)(ii) of U.S. SCT AUTHORITY:: MARBURY V. MADISON, (1803) 2 LEd 60 [1 CRANCH 138- Through- 179] of 28 USC § 1354     400 B.C. Indigenous Aboriginal NATIVES AMERICANS Indians.

Our Treaty of Camp Holmes 1835 A.D.

Our Spanish Land Grant Allodial Titler all of the Land in question (Louisiana, Arkansas, Oklahoma, Kansas, Nebraska, Iowa, South Dakota, North Dakota, Montana, Indiana, Alabama, Texas, Mississippi, Ohio, Georgia, Florida, Delaware, Tennessee and ect
 See  U.S. Supreme Court of Washington. D.C. 20543   Chief Justice John Jay
" Those who own the country ought to Govern it.

Pursuant To: U.S. SCT AUTHORITY:: MARBURY V. MADISON, (1803) 2 LEd 60 [1 CRANCH 180]  28 USC§ 453 of U.S. Const ART VI, Cl. 2)

Sir U.S. Judge BARBIER of STATE of LOUISIANA There is Not doubt by before Spanish Land Grant Mandate From French Royal Government Republic April 13, 1803 A.D. year

Now this U.S. Court of Louisiana acting under and by Virtue of the Act of U.S. Congress of 26th MAY, 1824, entitled Claimant (Rec. Doc. 14797), (Rec. Doc. 14823) TO $100, BILLION DOLLARS TRUST FUNDS under U.S. Const ART I § 8, Section 10 Came from our Spanish Land Grant Allodial Titler   28 USC § 1354

I, Needlet R. Jennings, Clerk of the above entitled court, do hereby certify, that the foregoing ONE hundred and sixty-seven Pages, together with the two plats of Survey, ONE (exhibit A) inserted between pages 100 and 101, and the other between Pages 108 and 109, form a true, faithful, and correct transcript of all the proceedings, Process, Pleadings, documents, and other matters on file and of record in a certain case in

Chancery, Wherein the Heirs of Henry Turner are plaintiffs, and the United States of AMERICA are defendants, No. 32 of the docket of Land causes of the said U.S. Court of STATE of LOUISIANA.

In testimony whereof I have hereunto set my hand and caused to be affixed The U- Honorable Judge Theo H. McCaleb SEAL 28 USC § 638(c) of said Court, at the City of NEW ORLEANS, LA this 15th day of November, A.D. 1848, and of the Independence of the United States of AMERICA the Seventy-Third Year.

N. R. JENNINGS, Clerk

See COVINGTON COUNTY, AL 36420
CIVIL CASE NO. CV-20-00005.00
Andalusia AL 36420

I Rest upon The Royal TRUTH
(Rec. Doc 14797) (Rec. Doc. 14823)
of MDL 2179 SECTION: J(2)
No. 12-970

## CERTIFICATE OF SERVICE

We certify In Re: Oil spill by the Oil Rig "Deepwater Horizon" Gulf of Mexico ATTORNEYS have been Faithful SERved and Notified.

cc: U.S. Court Judge BARBIER

cc: U.S. DEPUTY CLERK

cc: U.S. Supreme Court of WAshington, D.C. 20543

cc: U.S. CLERK of New ORLEANS, LA 70130

I Certify under 28 USC § 1746
All Rights Reserved 28 USC § 453
/s/ Marcus O. Tate-El-Bey-Tey-Washitaw
Marcus O. Tate-El-Bey-Tey-WAshitaw
Employer Business TAX ID# 37-1880026
FACE Book: WAshitaw Tribe
Email: EACO305066165@gmail.com
c/o 565 Bibb Lane
Brent Republic  Alibamu [Near 35034]

5 of 5



c/o Marcus O. Tate
ALDOC ID#: 180664
565 Bibb Lane
Brent, AL 35034

* This correspondence was forwarded from an Alabama State Prison. Its contents are uncensored. The Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

70130-331959

LEGAL MAIL

BIRMINGHAM AL 350
5 APR 2021 PM 5 L

U.S. CLERKS OFFICE
UNITED STATES COURT OF
LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

