UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: Nos. 15-6130, City of Daphne v. BP, plc, et al. | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

In accordance with the Order of April 21, 2021 (Rec. Doc. 27060), BP has provided a copy of the State of Alabama's presentment to chambers and to counsel for the City of Daphne.[1] For the moment, the Court will file the presentment in the record as a sealed attachment to BP's response (Rec. Doc. 27052). The Court has not determined whether it will remain under seal. Accordingly,

IT IS ORDERED that the Clerk shall file the State of Alabama's presentment of oil spill claims UNDER SEAL as an exhibit to BP's response to the City of Daphne (Rec. Doc. 27052).

New Orleans, Louisiana, this 22nd day of April, 2021.

_____
United States District Judge

---

[1] The presentment consists of two documents: a 37-page main document and a 415-page attachment.