10 md 2179
2(2)

Woodard/Woodward
Enterprise Inc., Co.
157 Isaac Newsom Rd.
Pinola, MS 39149

FILED APR 22 2021
CAROL L. MICHEL CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

April 16, 2021

Re: My March 24, 2021 letter

U.S. District Court letter 4-9-21

U.S. District Court order 3-12-21
Judge Barbier order 01-22-21
MDL No. 2179, section J
Judge Barbier, Mag Judge Currault
No. 12-970
Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Clerk's office
U.S. District Court
Eastern District of Louisiana
New Orleans, La 70130

TENDERED FOR FILING
APR 22 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Dear Clerk:

Let the records show, on 4-15-21 I, received 4-9-21 letter with copy: 01-22-21 Judge Barbier order and copy of my motions and file. I am working on motions and affidavits to be filed. Thank You!

Beau T. Woodard/Woodard
779-348-6748  President

Woodard/Woodward
Enterprise Inc. co.
157 Isaac Newsome Rd.
Pinola MS 39149

JACKSON MS 390
16 APR 2021 PM 3 L

Clerk's Office
U.S. District Court
Eastern District
of Louisiana
New Orleans, LA 70130

