

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: <br> No. 21-00237 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Two motions are before the Court:

1. Stephen J. Herman and James P. Roy's Motion for Sanctions Against Brian J. Donovan and to Enjoin Further Frivolous Filings (Rec. Doc. 26999)

2. Patrick A. Juneau's Motion for Injunctive Relief and Consideration of Sanctions Against Brian J. Donovan. (Rec. Doc. 27003)

IT IS ORDERED that Brian J. Donovan shall file a written response to both motions (limited to 25 pages, double-spaced) by no later than <u>Wednesday, April 21, 2021</u>. Any reply by movers (limited to 10 pages, double-spaced) shall be filed by no later than <u>Wednesday, April 28, 2021</u>.

The Court will decide whether it requires oral argument after it has received and reviewed the opposition and reply briefs.

New Orleans, Louisiana, this 31st day of March, 2021.

_____
United States District Judge