# File & ServeXpress

Preferences | Sign Out

Allums, Benjamin S | LA US District Court Eastern District E-Service-Oil Spill

**HOME** | **FILING & SERVICE** | **ALERTS** | **SEARCH**

| Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search |

Case History Search  >  Select Case  >  Results  >  Transaction 66444671

## Case History Search

Search Created:
4/26/2021 15:00:40 GMT-0500 (Central Daylight Time)

Printable Version | Transaction Report | <<Previous transaction | Next transaction>>

**Case number:** MC MDL-2179 [View Case History]   Served only (public) at 3/22/2021 4:43 PM CDT
**Case name:** In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
**Court:** LA US District Court Eastern District E-Service-Oil Spill

○ View all document(s) as a list    ○ View document(s) inline

### Document List (2)    Total Statutory Fees:

**Main Document, 2 pages    ID: 87358287**
Document History | PDF Format | Original Format

| | |
|---|---|
| **Document type:** | Motion for Sanctions |
| **Clerk review status/action:** | N/A |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Motion for Injunctive Relief and Consideration of Sanctions |

**Supporting 87358287, 3 pages    ID: 87358288**
Document History | PDF Format | Original Format

| | |
|---|---|
| **Document type:** | Memorandum |
| **Clerk review status/action:** | N/A |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Memorandum in Support of Motion for Injunctive Relief and Consideration of Sanctions |

### Parties and Recipients    View Read Status

**Sending Parties (1)**

| ▲ Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Defendant | Interested Party | Stanley, Richard C | Attorney in Charge | Stanley Reuter Ross Thornton & Alford LLC |

**EXHIBIT B**

### Recipients (892)

51-100 of 892 recipients  <<Prev | Page 2 of 18 | Next>>

| Party | Party Type | ▲Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Defendant | Interested Party | Angie Arceneaux | Larzelere Picou Wells Simpson Lonero LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Anh Cao Esq | Cao Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Annika K Martin | Lieff Cabraser Heimann & Bernstein LLP- San Francisco | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Anthony G Buzbee | Buzbee Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Claimant | Interested Party | Anthony G Buzbee | Buzbee Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Interested Party | Interested Party | Anthony Irpino | Irpino Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Anthony Irpino | Irpino Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Anthony Tarricone | Kreindler & Kreindler LLP- New York | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Claimant | Interested Party | April Ladner | Hortman Harlow Bassi Robinson & Mcdaniel PLLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Arthur Mahony Murray | Murray Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Movant | Interested Party | Ashley C Parrish | King & Spalding-DC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Ashley Liuzza | Stag Liuzza | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Bailey Smith | Watson Law Group | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Claimant | Interested Party | Barry A Roach | Roach, Larry A Inc | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Ben Gordon | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Ben Mayeaux | NeunerPate | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Ben White | White, Ben | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Benjamin Bedard Esq | Roberts Reynolds Bedard & Tuzzio PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bill Price Esq | Price, William B PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Bob F Wright | Domengeaux Wright Roy & Edwards | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bob F Wright | Domengeaux Wright Roy & Edwards | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bobby Hawkins | Irpino Law Firm | 3/22/2021 4:43 PM CDT | E-Service | Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | Interested Party | Bonnie Kendrick | Dugan Law Firm APLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brandon C Briscoe | Flanagan Partners LLP | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brandon J Taylor | Cossich Sumich Parsiola & Taylor LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brandon L Bogle | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brandon Scott Andrews | Due Guidry Piedrahita & Andrews | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brandon Thibodeaux | Frilot LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brandon Thibodeaux | Frilot LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brenda S Fulmer Esq | Searcy Denney Scarola Barnhart & Shipley PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brent Coon | Coon, Brent & Associates-Beaumont | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Intervenor | Interested Party | Brent Coon | Coon, Brent & Associates-Beaumont | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Claimant | Interested Party | Brent Coon | Coon, Brent & Associates-Beaumont | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brent Hazzard | Hazzard Law LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brett M Bollinger | Allen & Gooch | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brian C Colomb | Domengeaux Wright Roy & Edwards | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brian Glorioso Esq | Tonry Brinson & Glorioso | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brian H Barr | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brian Israel | Arnold & Porter Kaye Scholer LLP-DC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Brian Joseph Donovan | Donovan Law Group | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brittney Ankersen | Courington Kiefer Sommers Marullo & Matherne LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Brooke Tigchelaar Esq | Stone Pigman Walther Wittmann LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bruce Charles Betzer Jr | Betzer, Bruce C | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bruce S Kingsdorf | Barrios Kingsdorf & Casteix LLP | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Defendant | Interested Party | Bryan Hale | Starnes Davis Florie LLP | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | Bryan Pfleeger | Hingle, Michael & Associates LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Claimant | Interested Party | Bryan Pfleeger | Hingle, Michael & Associates LLC | 3/22/2021 4:43 PM CDT | E-Service | Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Defendant | Interested Party | Bryan W Black Esq | Derrevere Hawkes Black & Cozad | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | C Brooks Cutter | Cutter Law | 3/22/2021 4:43 PM CDT | E-Service | Service |
| Plaintiff | Interested Party | C Calvin Warriner Esq | Searcy Denney Scarola Barnhart & Shipley PA | 3/22/2021 4:43 PM CDT | E-Service | Service |

51-100 of 892 recipients   <<Prev | Page 2 of 18 | Next>>

### Additional Recipients (0)

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

### Sender Information

| | |
|---|---|
| Submitted by: | Richard C Stanley, Stanley Reuter Ross Thornton & Alford LLC |
| Authorizer: | Richard C Stanley, Stanley Reuter Ross Thornton & Alford LLC |

<<Previous transaction                    Next transaction>>

**Client Support**

About File & ServeXpress  |  Resource Center  |  FAQs  |  Terms & Conditions  |  Privacy

© 2021 File & ServeXpress, LLC. All rights reserved

- 1-866-293-3957
- support@fileandserve.com
- Chat Online