UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION: J |
| This Document Relates to: *Donovan v. Barbier, et al.,* 2:21-cv-00237 | JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |
| _____/ | |

### BRIAN J. DONOVAN'S SECOND MOTION FOR CLARIFICATION

Brian J. Donovan ("Donovan") hereby respectfully moves the Court to enter an order clarifying this Honorable Court's Order (Rec. Doc. 27070) for the reasons set out in the Memorandum of Law in support of this Motion which is being filed concurrently herewith.

DATED: April 28, 2021

Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Florida Bar No. 143900
The Donovan Law Group, PLLC
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of April, 2021.

                                                            **/s/ Brian J. Donovan**
                                                            Brian J. Donovan