

Brian Donovan <donovanlawgroup@gmail.com>

## 03/19/2021 Daily E-Service Summary for LA US District Court Eastern District E-Service-Oil Spill

1 message

**DailyDigest@secure-mail.fileandservexpress.com** <DailyDigest@secure-mail.fileandservexpress.com>
To: BrianJDonovan@verizon.net

Sat, Mar 20, 2021 at 3:27 AM

Subject: 03/19/2021 Daily E-Service Summary for LA US District Court Eastern District E-Service-Oil Spill

Titles:
    Motion for Sanctions and to Enjoin Further Frivolous Filings (2 pages)
    Memorandum in Support of Motion for Sanctions and to Enjoin Further Frivolous Filings (24 pages)
    Exhibit 1 - 20-418 Complaint in Qui Tam (146 pages)
    Exhibit 2 - Notice of Dismissal in Qui Tam (6 pages)
    Exhibit 3 - July 23 2003 Order (26 pages)
    Exhibit 4 - 11th Circuit Opinion (10 pages)
    Exhibit 5 - Judgment Setting Fees (2 pages)
    Proposed Order (2 pages)
Case: In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case #: MC MDL-2179
Date: Mar 19 2021 11:40AM CDT
Attorney: Edward Trapolin
Firm: Irwin Fritchie Urquhart and Moore LLC
Transaction #: 66438204
You may view the documents in the following ways:
    - Online at http://url9504.fileandservexpress.com/ls/click?upn=4gAvvQv7wScHNx-2Fj-2FhG339wb9uM7v7Mls45yKUYa-2BXTej7Azlp17RV-2FFmA2Ml6uxTKYQtCXSnl8opxnSc2llRn3VAt1vuhsvUOQ0O9x7JDo-3Dcfz8_wbBeb5rDJi71N-2B7NUg4tUSZGLhpQdcrZSuZ6-2FbbxdtEcrbhRGmuOjTrNVo8IlWhcTh5yCVr8AdEeRhTrv4O1VoV3YIlqxSq78DDcEpX9l5uMZiwd4jOIZx5BITN796EP5-2FOwb-2BnVY5uKOQbPOQ3TWkSd4PXUsAtBhEg0DKT6hU5BnwmHI7S-2F2C1UTKKF4t038v4eyfOPf5xx50pjn3btx84bmjlbuOXSoIKiTeEWGIk-3D (subscriber login required).
    - Call Irwin Fritchie Urquhart and Moore LLC to request a copy of the documents.

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Client Support by phone at 1-888-529-7587 (24/7).