IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| **This Document relates to:** | * JUDGE BARBIER <br> * <br> * MAGISTRATE JUDGE WILKINSON |
| *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production Inc. et al., Case No. 2:13-cv -01286-CJB-DPC* | * <br> * <br> * <br> * <br> * |

## BP'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Pretrial Order No. 69 (MDL No. 2179, Rec. Doc. 26709) and Rule 56 of the Federal Rules of Civil Procedure, Defendants BP America Production Company and BP Exploration & Production, Inc. (collectively, "BP") hereby respectfully move (the "Motion") for summary judgment on all claims asserted in the complaint (Case No. 13-cv-01286, Rec. Doc. 1) of Gulf Marine Institute of Technology and BioMarine Technologies, Inc.[1] In further support of this Motion, BP submits the accompanying Memorandum of Law in Support of Its Motion for Summary Judgment, which is fully incorporated by reference herein.

---

[1] BP p.l.c. does not join this Motion because it has not been properly served in this case.

April 29, 2021                                       Respectfully submitted,

                                                     */s/ Devin C. Reid*
                                                     R. Keith Jarrett (Bar # 16984)
                                                     Devin C. Reid (Bar # 32645)
                                                     **LISKOW & LEWIS**
                                                     One Shell Square
                                                     701 Poydras Street, Suite 5000
                                                     New Orleans, Louisiana 70139-5099
                                                     Telephone: (504) 581-7979
                                                     Fax No. (504) 556-4108

                                                     Matthew T. Regan, P.C.
                                                     (matthew.regan@kirkland.com)
                                                     Kristopher S. Ritter
                                                     (kristopher.ritter@kirkland.com)
                                                     **KIRKLAND & ELLIS LLP**
                                                     300 North LaSalle
                                                     Chicago, IL 60654
                                                     Telephone:  (312) 862-2000

                                                     Christopher W. Keegan
                                                     (chris.keegan@kirkland.com)
                                                     Ashley Littlefield
                                                     (ashley.littlefield@kirkland.com)
                                                     Anna Terteryan
                                                     (anna.terteryan@kirkland.com)
                                                     **KIRKLAND & ELLIS LLP**
                                                     555 California Street
                                                     San Francisco, CA 94104
                                                     Telephone: (415) 439-1400

                                                     *Attorneys for BP America Production Company
                                                     and BP Exploration & Production Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2021.

/s/ *Devin C. Reid*
Devin C. Reid