# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE WILKINSON |
| *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production Inc. et al.,* *Case No. 2:13-cv -01286-CJB-DPC* | * * * * * | |

## DECLARATION OF ANNA TERTERYAN
## IN SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT

I, Anna Terteryan, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member of good standing of the State Bar of California.

2. I respectfully submit this Declaration in Support of BP's Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of John Ericsson's deposition in his individual capacity on February 18, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of BioMarine Technologies, Inc. and Gulf Marine Institute of Technology's deposition on February 19, 2021.

5. Attached hereto as Exhibit C is a true and correct copy of an Aquaculture North America article titled "Ambitious offshore fish farm raring to make a splash in the Gulf of Mexico" by Ruby Gonzalez, (Sept. 2, 2016), available at https://www.aquaculturenorthamerica.com/ambitious-offshore-fish-farm-raring-to-make-a-splash-in-the-1162/, which was marked as Exhibit 1 during the deposition of John Ericsson.

6. Attached hereto as Exhibit D is a true and correct copy of the Final Fishery Management Plan for Regulating Offshore Marine Aquaculture in the Gulf of Mexico, dated January 2009, available at https://gulfcouncil.org/wp-content/uploads/Aquaculture-FMP-PEIS-Final-02-24-09.pdf, which was marked as Exhibit 15 during the deposition of John Ericsson.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from the National Oceanic and Atmospheric Administration to Dr. Philip Lee as Director and Chief Biologist of BioMarine Technologies, Inc., dated June 3, 2008, produced by Plaintiffs on February 19, 2021, which was marked as Exhibit 36 during the deposition of Plaintiffs.

8. Attached hereto as Exhibit F is a true and correct copy of a report from the National Institutes of Health ("NIH") website available at https://projectreporter.nih.gov/project_info_history.cfm?aid=7491689&icde=53621803 (accessed on Feb. 19, 2021), which was marked as Exhibit 29 during the deposition of Plaintiffs.

9. Attached hereto as Exhibit G is a true and correct copy of a report from the NIH website (accessed on Feb. 14, 2021), which was marked as Exhibit 6 during the deposition of John Ericsson.

10. Attached hereto as Exhibit H is a true and correct copy of a report from the website Grantome available at https://grantome.com/grant/NIH/P40-RR001024-32S4 (accessed on Feb. 19, 2021), which was marked as Exhibit 30 during the deposition of Plaintiffs.

11. Attached hereto as Exhibit I is a true and correct copy of Gulf Marine Institute of Technology, Inc.'s Motion to Dissolve Order Appointing a Receiver or in the Alternative Motion to Stay Order Appointing a Receiver, *Lee v. Gulf Marine Inst. of Tech., Inc., et al.*, Case No. 61935, Galveston Cty, Tex., dated Feb. 19, 2010, which was marked as Exhibit 8 during the deposition of John Ericsson.

12. Attached hereto as Exhibit J is a true and correct copy of Gulf Marine's crowdfunding webpage as it appeared on October 27, 2020, available at https://web.archive.org/web/20201027122338/https://www.crowdfunder.com/gulf-marine institute-of-techn (accessed Apr. 26, 2021).

13. Attached hereto as Exhibit K is a true and correct copy of the report of Barry A. Vittor, Ph.D., dated March 10, 2021, which Plaintiffs served on BP on March 12, 2021.

14. Attached hereto as Exhibit L is a true and correct copy of a report titled "U.S. Offshore Aquaculture Regulation and Development Report" by the Congressional Research Service (Oct. 10, 2019), available at https://crsreports.congress.gov/product/pdf/R/R45952 (accessed on Feb. 15, 2021).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Francisco, California on this 29th day of April, 2021.

_____
Anna Terteryan