# Exhibit F

U.S. Department of Health & Human Services | Text Size A A A

# NIH Research Portfolio Online Reporting Tools (RePORT)

Search 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS | RESEARCH | ORGANIZATIONS | WORKFORCE | FUNDING | REPORTS | LINKS & DATA

Check out the new **RePORT** and **RePORTER** tools. Read more on the NIH Open Mike blog!

We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in **RePORTER** on 02/12/2021 and we encourage you to begin using it once available.

Home > RePORTER > Project Information              Login | RePORTER Manual    System Health:  **GREEN**

## Project Information ❓
5P40RR001024-32

Back to Query Form | Print Version

**DESCRIPTION | DETAILS | RESULTS | HISTORY | SUBPROJECTS | SIMILAR PROJECTS | NEARBY PROJECTS BETA | LINKS 🔗 | NEWS AND MORE 🔗**

| | |
|---|---|
| **Project Number:** 5P40RR001024-32 | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

Total project funding amount for **32** projects is **$6,171,507**\*
\* Only NIH, CDC, and FDA funding data.

Page 1 of 2  Next  Last

| Project Number | Sub # | Project Title | Contact PI / Project Leader | Organization | FY | Admin IC | Funding IC | FY Total Cost by IC |
|---|---|---|---|---|---|---|---|---|
| 3P40RR001024-32S4 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2010 | NCRR | NCRR | $74,000 |
| 3P40RR001024-32S1 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $17,090 |
| 3P40RR001024-32S2 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $21,854 |
| 3P40RR001024-32S3 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $190,380 |
| 3P40RR001024-31S1 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | GULF MARINE INSTITUTE OF TECHNOLOGY | 2008 | NCRR | NCRR | $38,749 |
| 5P40RR001024-32 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2008 | NCRR | NCRR | $293,635 |
| 3P40RR001024-30S1 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2007 | NCRR | NCRR | $120,022 |
| 2P40RR001024-31 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | GULF MARINE INSTITUTE OF TECHNOLOGY | 2007 | NCRR | NCRR | $311,478 |
| 5P40RR001024-30 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2006 | NCRR | NCRR | $201,853 |
| 5P40RR001024-29 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2005 | NCRR | NCRR | $200,691 |
| 5P40RR001024-28 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2004 | NCRR | NCRR | $194,846 |
| 5P40RR001024-27 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2003 | NCRR | NCRR | $189,167 |
| 2P40RR001024-26 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2002 | NCRR | NCRR | $183,819 |
| 5P40RR001024-25 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2001 | NCRR | NCRR | $129,630 |
| 5P40RR001024-24 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 2000 | NCRR | NCRR | $186,250 |
| 5P40RR001024-23 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1999 | NCRR | NCRR | $212,507 |
| 5P40RR001024-22 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1998 | NCRR | NCRR | $235,009 |
| 2P40RR001024-21 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1997 | NCRR | NCRR | $269,604 |
| 5P40RR001024-20 | | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1996 | NCRR | NCRR | $254,342 |

**Exhibit 29**

Case 2:10-md-02179-CJB-DPC Document 27078-9 Filed 04/29/21 Page 3 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3P40RR001024-18S1 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1995 | NCRR | NCRR | $6,757 |
| 5P40RR001024-19 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1995 | NCRR | NCRR | $234,162 |
| 3P40RR001024-19S1 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1995 | NCRR | NCRR | $7,841 |
| 2P40RR001024-18 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1994 | NCRR | NCRR | $225,156 |
| 5P40RR001024-17 | CAPTURE, MAINTENANCE AND CULTURE OF LOLIGINID SQUIDS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1993 | NCRR | NCRR | $224,785 |
| 5P40RR001024-16 | CAPTURE, MAINTENANCE AND CULTURE OF LOLIGINID SQUIDS | HANLON, ROGER T | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | 1992 | NCRR | NCRR | $214,083 |

Download Readers:

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N