# Exhibit G

U.S. Department of Health & Human Services

Text Size  A  A  A



Search [         ] 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

**QUICK LINKS** | **RESEARCH** | **ORGANIZATIONS** | **WORKFORCE** | **FUNDING** | **REPORTS** | **LINKS & DATA**

---

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

**We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in RePORTER on 02/12/2021 and we encourage you to begin using it once available.**

---

Home > RePORTER > Search Results        MyRePORTER     Login | RePORTER Manual     System Health: GREEN

# Search Results

Back to Query Form    Share Query

Export [All Projects ▼] GO

**PROJECTS** ? | PUBLICATIONS | PATENTS | CLINICAL STUDIES | DATA & VISUALIZE | MAP | NEWS & MORE ↗

There were **7** results matching your search criteria .       Show/Hide Search Criteria
Click on the column header to sort the results
T: Application Type; Act: Activity Code; Project: Admin IC,Serial No.; Year: Support Year/Supplement/Amendment

| ☐ | T | Act | Project | Year Sub # | Project Title | Contact PI/Project Leader | Organization | FY | Admin IC | Funding IC | FY Total Cost by IC | Similar Projects |
|---|---|-----|---------|------------|---------------|---------------------------|--------------|-----|----------|-----------|---------------------|------------------|
| ☐ | 3 | P40 | RR001024 | 32S4 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2010 | NCRR | NCRR | $74,000 | 📄 |
| ☐ | 3 | P40 | RR001024 | 32S3 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $190,380 | 📄 |
| ☐ | 3 | P40 | RR001024 | 32S2 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $21,854 | 📄 |
| ☐ | 3 | P40 | RR001024 | 32S1 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2009 | NCRR | NCRR | $17,090 | 📄 |
| ☐ | 5 | P40 | RR001024 | 32 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | DWIVEDI, JAI | GULF MARINE INSTITUTE OF TECHNOLOGY | 2008 | NCRR | NCRR | $293,635 | 📄 |
| ☐ | 3 | P40 | RR001024 | 31S1 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | GULF MARINE INSTITUTE OF TECHNOLOGY | 2008 | NCRR | NCRR | $38,749 | 📄 |
| ☐ | 2 | P40 | RR001024 | 31 | NATIONAL RESOURCE CENTER FOR CEPHALOPODS | LEE, PHILLIP GRANT | GULF MARINE INSTITUTE OF TECHNOLOGY | 2007 | NCRR | NCRR | $311,478 | 📄 |

Download Readers: 📕 📙 📘 📗

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*[®]



Exhibit 6

U.S. Department of Health & Human Services                                                  Text Size  A  A  A



Search [        ]

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS    RESEARCH    ORGANIZATIONS    WORKFORCE    FUNDING    REPORTS    LINKS & DATA

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

**We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in RePORTER on 02/12/2021 and we encourage you to begin using it once available.**

Home > RePORTER > Project Information                                         Login | RePORTER Manual    System Health:   GREEN

# Project Information
3P40RR001024-32S4                                                  Back to Query Form  Back to Search Results  Print Version

Project **1** of **7**

DESCRIPTION   DETAILS   RESULTS   HISTORY   SUBPROJECTS   SIMILAR PROJECTS   NEARBY PROJECTS BETA   LINKS   NEWS AND MORE

| | | |
|---|---|---|
| **Project Number:** 3P40RR001024-32S4 | | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠    **Program Official Information:**    **Other PI Information:**          Profile Exists   No Profile

**Name:** DWIVEDI, JAI               **Name:** CHANG, MICHAEL                         Not Applicable
**Email:** Click to view Contact PI / Project Leader    **Email:** Click to view PO email address
email address
**Title:**

**Organization:**                                    **Department Type/ Organization Type:**        **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY        Unavailable                                    **State Code:** FL
**City:** GULF BREEZE   **Country:** UNITED STATES (US)   Research Institutes                        **District:** 01

**Other Information:**
**FOA:**                                             **DUNS Number:** 044422876                    **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C)   **Project Start Date:** 1-JAN-1978   **Project End Date:** 26-FEB-2010
                                                     **Budget Start Date:** 1-JUL-2008              **Budget End Date:** 26-FEB-2010
**Fiscal Year:** 2010   **Award Notice Date:** 19-FEB-2010

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2010:**
**Total Funding:** $74,000

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2010 | NATIONAL CENTER FOR RESEARCH RESOURCES | $74,000 |

Download Readers:

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N

U.S. Department of Health & Human Services                                                                                                      Text Size  A  A  A



Search [            ]

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS    RESEARCH    ORGANIZATIONS    WORKFORCE    FUNDING    REPORTS    LINKS & DATA

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

**We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in RePORTER on 02/12/2021 and we encourage you to begin using it once available.**

Home > RePORTER > Project Information                                    Login | RePORTER Manual    System Health:  GREEN

# Project Information
3P40RR001024-32S3

Back to Query Form   Back to Search Results   Print Version

Project 2 of 7

PI PROFILE LINKS — MORE INFO ▶

**DESCRIPTION**   **DETAILS**   **RESULTS**   **HISTORY**   **SUBPROJECTS**   **SIMILAR PROJECTS**   **NEARBY PROJECTS** BETA   **LINKS**   **NEWS AND MORE**

| | | |
|---|---|---|
| **Project Number:** 3P40RR001024-32S3 | | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠    **Program Official Information:**    **Other PI Information:**    👤 Profile Exists    👤 No Profile

**Name:** DWIVEDI, JAI 👤                    **Name:** CHANG, MICHAEL                   Not Applicable
**Email:** Click to view Contact PI / Project Leader email address    **Email:** Click to view PO email address
**Title:**

**Organization:**                            **Department Type/ Organization Type:** ❓    **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY   Unavailable                                **State Code:** FL
**City:** GULF BREEZE   **Country:** UNITED STATES (US)   Research Institutes              **District:** 01

**Other Information:**
**FOA:**                                         **DUNS Number:** 044422876              **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C) ❓   **Project Start Date:** 1-JAN-1978   **Project End Date:** 26-FEB-2010
                                                 **Budget Start Date:** 1-JUL-2008       **Budget End Date:** 26-FEB-2010
**Fiscal Year:** 2009   **Award Notice Date:** 29-AUG-2009

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2009:**
**Total Funding:** $190,380

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2009 | NATIONAL CENTER FOR RESEARCH RESOURCES | $190,380 |

Download Readers: 📕 📊 📄 📊

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research  |  National Institutes of Health  |  U.S. Department of Health and Human Services  |  USA.Gov – Government Made Easy  |  Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N

U.S. Department of Health & Human Services    Text Size  A  A  A



**Research Portfolio Online Reporting Tools (RePORT)**

Search

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS    RESEARCH    ORGANIZATIONS    WORKFORCE    FUNDING    REPORTS    LINKS & DATA

Check out the new **RePORT** and **RePORTER** tools. **Read more** on the NIH Open Mike blog!

We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in **RePORTER** on 02/12/2021 and we encourage you to begin using it once available.

Home > RePORTER > Project Information

Login | RePORTER Manual    System Health: GREEN

## Project Information
3P40RR001024-32S2

Project 3 of 7

Back to Query Form | Back to Search Results | Print Version

**PI PROFILE LINKS** MORE INFO

DESCRIPTION | DETAILS | RESULTS | HISTORY | SUBPROJECTS | SIMILAR PROJECTS | NEARBY PROJECTS BETA | LINKS | NEWS AND MORE

| | |
|---|---|
| **Project Number:** 3P40RR001024-32S2 | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠   **Program Official Information:**   **Other PI Information:**   Profile Exists  No Profile

**Name:** DWIVEDI, JAI        **Name:** CHANG, MICHAEL        Not Applicable
**Email:** Click to view Contact PI / Project Leader email address    **Email:** Click to view PO email address
**Title:**

**Organization:**    **Department Type/ Organization Type:**    **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY   Unavailable    **State Code:** FL
**City:** GULF BREEZE    **Country:** UNITED STATES (US)   Research Institutes   **District:** 01

**Other Information:**
**FOA:**    **DUNS Number:** 044422876    **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C)    **Project Start Date:** 1-JAN-1978    **Project End Date:** 26-FEB-2010
                   **Budget Start Date:** 1-JUL-2008    **Budget End Date:** 26-FEB-2010
**Fiscal Year:** 2009   **Award Notice Date:** 8-AUG-2009

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2009:**
**Total Funding:** $21,854

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2009 | NATIONAL CENTER FOR RESEARCH RESOURCES | $21,854 |

Download Readers:

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

U.S. Department of Health & Human Services

Text Size A A A



Search [    ] 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS | RESEARCH | ORGANIZATIONS | WORKFORCE | FUNDING | REPORTS | LINKS & DATA

---

Check out the new **RePORT** and **RePORTER** tools. **Read more** on the NIH Open Mike blog!

We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in **RePORTER** on 02/12/2021 and we encourage you to begin using it once available.

---

Home > RePORTER > Project Information

Login | RePORTER Manual | System Health: GREEN

## Project Information
3P40RR001024-32S1

Back to Query Form | Back to Search Results | Print Version

Project 4 of 7

**PI PROFILE LINKS** — MORE INFO ▶

DESCRIPTION | DETAILS | RESULTS | HISTORY | SUBPROJECTS | SIMILAR PROJECTS | NEARBY PROJECTS BETA | LINKS | NEWS AND MORE

| | |
|---|---|
| **Project Number:** 3P40RR001024-32S1 | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠ | **Program Official Information:** | **Other PI Information:** | 👤 Profile Exists  🔒 No Profile

**Name:** DWIVEDI, JAI 🔒
**Email:** Click to view Contact PI / Project Leader email address
**Title:**

**Name:** CHANG, MICHAEL
**Email:** Click to view PO email address

Not Applicable

**Organization:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY
**City:** GULF BREEZE   **Country:** UNITED STATES (US)

**Department Type/ Organization Type:**
Unavailable
Research Institutes

**Congressional District:**
**State Code:** FL
**District:** 01

**Other Information:**
**FOA:**
**Study Section:** Comparative Medicine Review Committee (RIRG-C)
**Fiscal Year:** 2009  **Award Notice Date:** 30-JUL-2009

**DUNS Number:** 044422876
**Project Start Date:** 1-JAN-1978
**Budget Start Date:** 1-JUL-2009

**CFDA Code:** 389
**Project End Date:** 26-FEB-2010
**Budget End Date:** 26-FEB-2010

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2009:**
**Total Funding:** $17,090

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2009 | NATIONAL CENTER FOR RESEARCH RESOURCES | $17,090 |

Download Readers: 📕 📊 📄 📊

---

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

U.S. Department of Health & Human Services     Text Size  A  A  A



Research Portfolio Online Reporting Tools (RePORT)

Search [        ] 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS    RESEARCH    ORGANIZATIONS    WORKFORCE    FUNDING    REPORTS    LINKS & DATA

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

**We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in RePORTER on 02/12/2021 and we encourage you to begin using it once available.**

Home > RePORTER > Project Information

MyRePORTER    Login | RePORTER Manual    System Health: GREEN

## Project Information
5P40RR001024-32

Project **5** of **7**

Back to Query Form   Back to Search Results   Print Version

PI PROFILE LINKS — MORE INFO ▶

DESCRIPTION | DETAILS | RESULTS | HISTORY | SUBPROJECTS | SIMILAR PROJECTS | NEARBY PROJECTS BETA | LINKS | NEWS AND MORE

| | |
|---|---|
| **Project Number:** 5P40RR001024-32 | **Contact PI / Project Leader:** DWIVEDI, JAI |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠    **Program Official Information:**    **Other PI Information:**    👤 Profile Exists   🔒 No Profile

**Name:** DWIVEDI, JAI    **Name:** CHANG, MICHAEL    Not Applicable
**Email:** Click to view Contact PI / Project Leader email address    **Email:** Click to view PO email address
**Title:**

**Organization:**    **Department Type/ Organization Type:** ❓    **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY    Unavailable    **State Code:** FL
**City:** GULF BREEZE   **Country:** UNITED STATES (US)    Research Institutes    **District:** 01

**Other Information:**
**FOA:**    **DUNS Number:** 044422876    **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C) ❓    **Project Start Date:** 1-JAN-1978    **Project End Date:** 26-FEB-2010
   **Budget Start Date:** 1-JUL-2008    **Budget End Date:** 26-FEB-2010
**Fiscal Year:** 2008   **Award Notice Date:** 2-JUL-2008

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2008:**
**Total Funding:** $293,635

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2008 | NATIONAL CENTER FOR RESEARCH RESOURCES | $293,635 |

Download Readers: 📕 📊 📄 📊

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research  |  National Institutes of Health  |  U.S. Department of Health and Human Services  |  USA.Gov – Government Made Easy  |  Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N

U.S. Department of Health & Human Services                                    Text Size  A  A  A



Search [        ] 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS     RESEARCH     ORGANIZATIONS     WORKFORCE     FUNDING     REPORTS     LINKS & DATA

---

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

**We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in RePORTER on 02/12/2021 and we encourage you to begin using it once available.**

---

Home > RePORTER > Project Information                    MyRePORTER     Login | RePORTER Manual     System Health: GREEN

# Project Information
3P40RR001024-31S1                                                   Back to Query Form  Back to Search Results  Print Version

Project **6** of **7**

PI PROFILE LINKS — MORE INFO

**DESCRIPTION  DETAILS  RESULTS  HISTORY  SUBPROJECTS  SIMILAR PROJECTS  NEARBY PROJECTS BETA  LINKS  NEWS AND MORE**

| | | |
|---|---|---|
| **Project Number:** 3P40RR001024-31S1 | | **Contact PI / Project Leader:** LEE, PHILLIP GRANT |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠    **Program Official Information:**    **Other PI Information:**     👤 Profile Exists   👤 No Profile

**Name:** LEE, PHILLIP GRANT 👤          **Name:** CHANG, MICHAEL                    Not Applicable
**Email:** Click to view Contact PI / Project Leader email address    **Email:** Click to view PO email address
**Title:**

**Organization:**                          **Department Type/ Organization Type:** ❓    **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY   Unavailable                          **State Code:** FL
**City:** GULF BREEZE   **Country:** UNITED STATES (US)   Research Institutes       **District:** 01

**Other Information:**
**FOA:**                                   **DUNS Number:** 044422876                **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C) ❓   **Project Start Date:** 1-JAN-1978   **Project End Date:** 30-JUN-2012
                                           **Budget Start Date:** 5-SEP-2007          **Budget End Date:** 30-JUN-2008
**Fiscal Year:** 2008   **Award Notice Date:** 9-JUL-2008

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2008:**
**Total Funding:** $38,749

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2008 | NATIONAL CENTER FOR RESEARCH RESOURCES | $38,749 |

Download Readers:  📕  📊  📝  📗

---

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N

U.S. Department of Health & Human Services                                     Text Size  A  A  A


**Research Portfolio Online Reporting Tools (RePORT)**

Search [        ] 🔍

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS | RESEARCH | ORGANIZATIONS | WORKFORCE | FUNDING | REPORTS | LINKS & DATA

---

Check out the new **RePORT** and **RePORTER** tools. **Read more** on the NIH Open Mike blog!

We are excited to announce that a new and modernized version of MyRePORTER is coming soon! As part of the migration to the new version, the account registration function and query saving function in the classic version will be unavailable beginning 2/11/2021. Please note that you will still be able to view and/or execute your saved queries after 02/11/2021. The new version of MyRePORTER will be made available in **RePORTER** on 02/12/2021 and we encourage you to begin using it once available.

---

Home > RePORTER > Project Information

MyRePORTER      Login | RePORTER Manual    System Health: GREEN

## Project Information
2P40RR001024-31

[Back to Query Form]  [Back to Search Results]  [Print Version]

Project 7 of 7

**PI PROFILE LINKS — MORE INFO**

**DESCRIPTION   DETAILS   RESULTS   HISTORY   SUBPROJECTS   SIMILAR PROJECTS   NEARBY PROJECTS BETA   LINKS   NEWS AND MORE**

| | |
|---|---|
| **Project Number:** 2P40RR001024-31 | **Contact PI / Project Leader:** LEE, PHILLIP GRANT |
| **Title:** NATIONAL RESOURCE CENTER FOR CEPHALOPODS | **Awardee Organization:** GULF MARINE INSTITUTE OF TECHNOLOGY |

**Contact PI / Project Leader Information:** ⚠    **Program Official Information:**    **Other PI Information:**    👤 Profile Exists   🔒 No Profile

**Name:** LEE, PHILLIP GRANT    **Name:** CHANG, MICHAEL    Not Applicable
**Email:** Click to view Contact PI / Project Leader email address    **Email:** Click to view PO email address
**Title:**

**Organization:**    **Department Type/ Organization Type:**    **Congressional District:**
**Name:** GULF MARINE INSTITUTE OF TECHNOLOGY    Unavailable    **State Code:** FL
**City:** GULF BREEZE   **Country:** UNITED STATES (US)    Research Institutes    **District:** 01

**Other Information:**
**FOA:**    **DUNS Number:** 044422876    **CFDA Code:** 389
**Study Section:** Comparative Medicine Review Committee (RIRG-C)    **Project Start Date:** 1-JAN-1978    **Project End Date:** 30-JUN-2012
    **Budget Start Date:** 5-SEP-2007    **Budget End Date:** 30-JUN-2008
**Fiscal Year:** 2007   **Award Notice Date:** 2-SEP-2007

**Administering Institutes or Centers:**
NATIONAL CENTER FOR RESEARCH RESOURCES

**Project Funding Information for 2007:**
**Total Funding:** $311,478

| Year | Funding IC | FY Total Cost by IC |
|---|---|---|
| 2007 | NATIONAL CENTER FOR RESEARCH RESOURCES | $311,478 |

Download Readers: 📕 📊 📄 📈

---

About RePORT | FAQs | Glossary | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | Help Downloading Files

The RePORTER database is available to all public users at https://exporter.nih.gov/. As the data are available for bulk download, the RePORTER system reserves the right to block IP addresses that fail to adhere to instructions in the system's robots.txt files or submit requests at a rate that negatively impacts service delivery to other users. RePORTER reserves the right to terminate any automated query to the RePORTER application that negatively affects service delivery to other users.

Office of Extramural Research | National Institutes of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

NIH...*Turning Discovery Into Health*®

RePORTER1N