# Exhibit J

GET FUNDED    BROWSE COMPANIES    LEARN    LOG IN    SIGN UP

 # GMIT

Born in the USA - growing finfish & shrimp in the Gulf of Mexico - offshore FlorAbama - to be USDA insured & investor backed by BP lawsuit.



### This company and others may be fundraising.

Login or signup to access deals.

**UNLOCK INVESTOR ACCESS**

*Pensacola, Florida, US*

FOLLOW    SHARE

**SHOW FUNDRAISING DETAILS**

- Overview
- KPIs
- Company Slidedeck
- Why Aquaculture in America?
- Leadership
- Investors
- Top

## COMPANY OVERVIEW

GMIT - Largest sea-farming project in the USA - Gulf of Mexico

Published in *Aquaculture North American*

Article to be released -- August 2016

**GMIT intends to launch the first organic, USDA crop insured and loan guaranteed, commercial fish farming operations for growing Gulf of Mexico finfish and shrimp in FY 2016-2017.**

**GMIT owns the only US Army Corps of Engineers-Section 10 and US Environmental Protection Agency-NPDES permits to a 27.5 acre commercial sea farming site located 10 miles south of the Florida/Alabama state line.**

Gulf Marine Institute of Technology (GMIT), as a 501 C-3 non-profit research institute is developing technology and commercially profitable efforts to harness aquaculture in a unique production program that tames fast-growing Gulf of Mexico finfish like "cobia" and shrimp using offshore decommissioned oil platforms AND/OR jack-up platform service vessels as a research and project management base for establishing sea cage farming operations.

## KPIS

GET FUNDED      BROWSE COMPANIES      LEARN                        LOG IN    SIGN UP

3
ISSUED PATENTS

## PITCH DECK



## ADVISORS

**Crowdfunder -**

Crowdfunder.com

The Big Idea:Software and the Internet continue to disrupt large traditional industries, from real estate to transportation. Next up: Venture Capital. Crowdfunder has created the next generation of VC firm  one that is scalable, diversified, and online. The Industry:The recent Goldman Sachs report, The Future of Finance, highlights Crowdfunder and defines the total market at over $1 Trillion. The capital market of equity crowdfunding is doubling each year and is set to explode as an entirely new class of everyday investors, and billions in new capital, come into the market under new laws we helped shape in Washington D.C. (JOBS Act Title III,Title IV). The Winning Model:We don't just crowdfund. Our "Fund + Platform" model enables both direct online investment into single ventures, as well as broad diversification into a portfolio (Index Fund) of hundreds of VCled startups  backed by many of the world's leading VC firms and private investors. The result is a powerful combination of a Fund that provides proprietary access to VCled deal flow, while amassing a highimpact network of thousands of wealthy and everyday investors. These investors gain unique and unprecedented access to VC deals online, as small individuals investing as little as $500 per investment. To build this model, Crowdfunder first opened its leading equity investment Platform, where over 12,000 registered accredited institutional & individual investors access VCled deal flow online. This investment Platform earns Crowdfunder equity in the VCled startups for which it fundraises. In the last three quarters this model has built Crowdfunder a portfolio of equity in 54 investorled startups, without investing a single dollar to do so. This has positioned Crowdfunder to launch the next strategic component of the model…

Read More

GET FUNDED    BROWSE COMPANIES    LEARN                          LOG IN    SIGN UP

### Crowdfunder -

Crowdfunder.com

The Big Idea:Software and the Internet continue to disrupt large traditional industries, from real estate to transportation. Next up: Venture Capital. Crowdfunder has created the next generation of VC firm  one that is scalable, diversified, and online. The Industry:The recent Goldman Sachs report, The Future of Finance, highlights Crowdfunder and defines the total market at over $1 Trillion. The capital market of equity crowdfunding is doubling each year and is set to explode as an entirely new class of everyday investors, and billions in new capital, come into the market under new laws we helped shape in Washington D.C. (JOBS Act Title III,Title IV). The Winning Model:We don't just crowdfund. Our "Fund + Platform" model enables both direct online investment into single ventures, as well as broad diversification into a portfolio (Index Fund) of hundreds of VCled startups  backed by many of the world's leading VC firms and private investors. The result is a powerful combination of a Fund that provides proprietary access to VCled deal flow, while amassing a highimpact network of thousands of wealthy and everyday investors. These investors gain unique and unprecedented access to VC deals online, as small individuals investing as little as $500 per investment. To build this model, Crowdfunder first opened its leading equity investment Platform, where over 12,000 registered accredited institutional & individual investors access VCled deal flow online. This investment Platform earns Crowdfunder equity in the VCled startups for which it fundraises. In the last three quarters this model has built Crowdfunder a portfolio of equity in 54 investorled startups, without investing a single dollar to do so. This has positioned Crowdfunder to launch the next strategic component of the model...

Read More

---

## ADVISORS

### Crowdfunder -

Crowdfunder.com

The Big Idea:Software and the Internet continue to disrupt large traditional industries, from real estate to transportation. Next up: Venture Capital. Crowdfunder has created the next generation of VC firm  one that is scalable, diversified, and online. The Industry:The recent Goldman Sachs report, The Future of Finance, highlights Crowdfunder and defines the total market at over $1 Trillion. The capital market of equity crowdfunding is doubling each year and is set to explode as an entirely new class of everyday investors, and billions in new capital, come into the market under new laws we helped shape in Washington D.C. (JOBS Act Title III,Title IV). The Winning Model:We don't just crowdfund. Our "Fund + Platform" model enables both direct online investment into single ventures, as well as broad diversification into a portfolio (Index Fund) of hundreds of VCled startups  backed by many of the world's leading VC firms and private investors. The result is a powerful combination of a Fund that provides proprietary access to VCled deal flow, while amassing a highimpact network of thousands of wealthy and everyday investors. These investors gain unique and unprecedented access to VC deals online, as small individuals investing as little as $500 per investment. To build this model, Crowdfunder first opened its leading equity investment Platform, where over 12,000 registered accredited institutional & individual investors access VCled deal flow online. This investment Platform earns Crowdfunder equity in the VCled startups for which it fundraises. In the last three quarters this model has built Crowdfunder a portfolio of equity in 54 investorled startups, without investing a single dollar to do so. This has positioned Crowdfunder to launch the next strategic component of the model...

Read More

---

| Getting Started | Browse | Legal | Crowdfunder | Learn |
| --- | --- | --- | --- | --- |
| Get Funded | Browse Companies | Terms of Use | About | Investment Crowdfunding |
| How To Invest | Companies | Privacy Policy | Blog | Successfully Raise Investment |
| Pricing | People | | Press | Entrepreneur FAQ |
| Sign Up | | | Sitemap | Investor FAQ |
| Log In | | | Support | Knowledge Center |

Copyright © 2018 Crowdfunder.com. All rights reserved.

GET FUNDED    BROWSE COMPANIES    LEARN                    LOG IN    SIGN UP

U.S. jurisdiction. As such, Crowdfunder is not acting in a fiduciary capacity with respect to any user of the Crowdfunder services, and Crowdfunder disclaims any broker-client or advisor-client relationship with respect to any party using those services. Listed companies are actively seeking to raise early stage capital pursuant to Rule 506(b) or Rule 506(c) of Regulation D ("Regulation D") under the U.S. Securities Act of 1933, as amended (the "Securities Act"), or pursuant to Regulation A (sometimes referred to as "Regulation A+") under the Securities Act ("Regulation A"). A listed company's offerings are being made by, and all the information included on this website relating to a listed company and its securities has been provided by and is the responsibility of, such listed company. A listed company's offerings on this website, if made pursuant to Rule 506(b) or Rule 506(c) of Regulation D, generally are available only to "accredited investors" as defined in Regulation D. Accredited investors are able to identify listed companies in which they may have an interest after a certification process for Rule 506(b) offerings, while Rule 506(c) offerings are available for the general public to view. Offerings made pursuant to Regulation A are also generally available for the general public to view. Investing in securities, particularly in securities issued by start-up companies, involves substantial risk, and investors should be able to bear the loss of their entire investment. All investors should make their own determination of whether or not to make any investment based on their own independent evaluation and analysis. Crowdfunder does not verify or assure that information provided by any listed company offering its securities is accurate or complete or that the valuation of such securities is appropriate. Neither Crowdfunder nor any of its directors, officers, employees, representatives, affiliates or agents shall have any liability whatsoever arising from any error or incompleteness of fact or opinion in, or lack of care in the preparation of, any of the materials posted on this website. Crowdfunder does not provide legal, accounting or tax advice. Any representation or implication to the contrary is expressly disclaimed.

You can learn more about investing in Regulation D and Regulation A offerings from the SEC or FINRA.