

**BARON ⒷBUDD,P.C.®**   DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE | MIAMI

800.222.2766   3102 Oak Lawn Avenue
tel 214.521.3605   Suite 1100
fax 214.520.1181   Dallas, TX 75219-4281

December 30, 2011

***Via Federal Express***
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

      **Re:   BioMarine Technologies, Inc. / GCCF #3438063**

Dear Sir or Madam:

      This firm represents BioMarine Technologies, Inc. ("Client") for Full Review Final Payment Claim with the Gulf Coast Claims Facility ("GCCF") for Business Lost Earnings or Profits. In support of Client's claim, we enclose a final claim packet and related attachments.

      The Oil Pollution Act allows recovery of all damages caused by a spill or discharge of oil.[1] Those damages specifically include business-type losses described as "loss of profits or impairment of earning capacity" due to the spill.[2] The Spill has certainly impaired BioMarine Technologies, Inc.'s earning capacity and will continue to do so for at least ten years.

      Based on the above, and the presentment of evidence enclosed, Client seeks final payment for lost earnings totaling $250,000,000 (Two hundred and fifty million dollars). This amount represents the sum certain that Client is claiming under the Oil Pollution Act of 1990 for final payment of its claim. Please remit the funds to the undersigned attorney. If you deny any portion of the claim, please state your reasons in writing.

      Should you have questions or require additional information please contact me at (214) 521-3605.

Sincerely,

Mitchell E. McCrea

MM/klj
Enclosures

_____

1 33 U.S.C. § 2702(a).
2 *Id.* § 2702(b).

**Exhibit 17**

BIOM-GMIT 0003580

**BioMarine Technologies, Inc.**
**Claimant # 3438063**
**Index - GCCF Final Claim**

1. Hardship Letter

2. Final Claim Summary

3. Completed and Signed Final GCCF Final Claim Form
    A. Map of Fishery Closure Boundary – June 21, 2010, 6 p.m. Eastern Time

4. Brief in Support of Claim Under Oil Pollution

5. BioMarine Technologies, Inc. Additional Supporting Documents
    A. Herod Consulting Report - November 10, 2010
    B. FlorAbama Offshore Marine Sea Farming (Power Point Presentation)
    C. Gulf of Mexico Sea Farming Project Assumptions
    D. FloraAbama 7 Year Project Proforma
    E. Audited Financials – Inception to September 2007
    F. Unaudited Financials – 2007 to 2010
    G. USACOE and USEPA Site Permit Documents
    H. Photographs of Equipment

6. Media Coverage of Oil Spill
    A. *"Oil Spill Coverage Engulfs the Media"* – PEJ New Coverage Index
    B. *"How the Media Covered the Oil Spill Disaster"* – PEW Research Center
    C. *"Gulf Spill: Ingredients of Controversial Dispersants are Secrets No More"* Greenwire
    D. *"The Coast is Not Clear"* – Bloomberg Businessweek
    E. *"Tar Balls Found in Commercial Shrimper's Net"* - Unknown

7. Future Damages
    A. *"Spill's Effects Linger for Gulf Coast Entrepreneurs"*- Entrepreneur
    B. *"Scientists Finds Gulf Bottom Still Oily, Dead"*- Associated Press
    C. *"Blue Crabs Provide Evidence of Oil Tainting Gulf Food Web"* - Associated Press
    D. *"Georgia Sea Grant Oil Spill Update"* - University of Georgia
    E. *"Scientists Find Thick Layer of Oil on Seafloor"* – NPR
    F. *"Oil found in Gulf crabs raises new food chain fears"* - Biloxi Sun Herald
    G. *"Deep-Sea Oil Plume Enriches Indigenous Oil-Degrading Bacteria"* – Sciencexpress
    H. *"The Effect of Oil Spills on Marine Life"* – http://www.ehow.com
    I. *"Gulf to Recover from BP Oil Spill by 2012: Fineberg*– Reuters
    J. *"BP Called Reluctant to Fix Gulf Oil Spill Damage"* – Claims Journal
    K. *"Revisiting the Deepwater Horizon Oil Spill"* – New York Times
    L. *"Sea Turtle Deaths Mount in the Gulf"* – www.huffingtonpost.com

BIOM-GMIT 0003581

M. *"First Study of Dispersants in Gulf Spill Suggest a Prolonged Deepwater Fate"* – <u>Woods Hole Oceanographic Institution</u>

N. *"The Tragic State of the Gulf of Mexico: Sampling Reveals Oil and Dispersants on Mississippi Coast"*- <u>http://canadianclimateaction.wordpress.com</u>

O. *"Deepwater May Have Killed 50 Times Estimated Death Toll of Dolphins and Whales"* – <u>http://www.earthtimes.org</u>

P. *"Gulf of Mexico Oil Spill 2010 Much Oil Never Made It to the Surface, Scientists Say"* – <u>http://blog.al.com</u>

Q. *"NOAA, FDA to Make Data Public from Continuing Gulf Seafood Tests"* – <u>http://www.foodqualitynews.com</u>

R. *"After the Oil Spill, Finding a Drop in the Ocean"* – <u>WHOI: Oceanus</u>

S. *"BP Oil Cleanup COO Says Company Will Meet 'Obligations and Commitments' After Spill"* – <u>http://blog.al.com</u>

T. *"BP Genetically Modifying the Gulf of Mexico"* – <u>http://foodfreedom.wordpress.com</u>

U. *"The Effects of the Big Spill"* – <u>http://www.gjfreepress.com</u>

V. *"A Deadly Trade-Off: Toxic Dispersants or Ecological Damage"* – <u>Sierra Club Compass</u>

W. *"Aquaculture Finance, Tax and Insurance Issue"* – <u>http://ww.lib.noaa.gov</u>

X. *"Insurance a Necessary Part of Aquaculture Risk Management"* – <u>http://www.fp-marine.com</u>

Y. *"Summary of Health Risks from Eating Oil-Spill Contaminated Fish or Other Seafood"* - <u>http://inspectapedia.com</u>

Z. *"A Deadly Toll, the Gulf Oil Spill and the Unfolding Wildlife Disaster"* – <u>A Center for Biological Diversity Report</u>

AA. *"The Chaos of Clean-Up: Analysis of Potential Health and Environmental Impacts of Chemicals in Dispersant Products"* – <u>Gulf Restoration Network</u>

BB. *"Oil Spill Affected Gulf Fish's Cell Function, Study Finds"* – <u>http://green.blogs.nytimes.com</u>

CC. *"Trace amounts of crude oil harm fish"* – <u>http://www.nature.com/news</u>

DD. *"4 dead dolphins wash up on Gulf Coast beaches in 5 days; deaths part of 'unusual mortality event'"* – <u>http://blog.al.com</u>

EE. *"Gulf oil spill could cause lasting damage to fish populations, study finds"* – <u>http://www.washingtonpost.com</u>

FF. *"US Takes a Step to Expand Fish Farming in Federal Waters"* – <u>http://inspiredeconomist.com</u>

BIOM-GMIT 0003582

# Hardship Letter

BIOM-GMIT 0003583

December 1, 2011

Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator

**Re:    BioMarine Technologies, Inc.**

Dear Mr. Feinberg:

In 1989, BioMarine incorporated and set out to create an oceanic fish farm, utilizing the Gulf's natural marine salt water environment to produce organic (free from contaminants, growth hormones and antibiotics) fish and other aquatic animals for human consumption through the use of offshore fish hatcheries and large, open-ocean sea cages. Knowing this endeavor would be complex and expensive, BioMarine raised approximately $7,000,000 in private capital to fund start-up activities like developing the requisite aquaculture technology, identifying viable fish stock candidates, securing requisite operational sites and permits, and otherwise developing a fully-integrated commercial seafood business involving the production, processing, distribution, marketing and sale of various seafood.

BioMarine secured the first offshore sea farming permits, *in the history of the United States,* from the United States Army Corps of Engineers and Environmental Protection Agency to install sea cages and special jack-up platforms to establish commercial sea farming operations and production located within a 27 acre site approximately 9.9 miles south of Perdido Pass, Alabama. BioMarine and its affiliated research partners have purchased (and have been storing in Galveston, Texas, and in Pensacola, Florida) over $1,500,000 worth of various sea cages and other sea farming and marine hatchery equipment (see the attached photographs).

Sea farming, formally known as "aquaculture", is no half-hatched whimsy. By 1980, the United States Congress, the United States Departments of Commerce (DOC), Interior (DOI), and Agriculture (USDA), and the National Oceanic and Atmospheric Administration (NOAA), agreed, "Worldwide fisheries production will be inadequate to meet the needs of the world's population, without supplementation through aquaculture." As a result, Congress passed the National Aquaculture Development Act (NADA) of 1980, amended in 1985, "to encourage the development of aquaculture in the United States." In furtherance of this purpose, NADA establishes a coordinating group, the Joint Subcommittee on Aquaculture (JSA), chaired by USDA. The JSA is responsible for developing the National Aquaculture Development Plan, which identifies the relative roles of USDA, DOI and DOC, and establishes a strategy for the development of an aquaculture industry in the United States. While NADA recognizes that the principal responsibility for aquaculture development lies with the private sector, NADA also affirms and encourages federal government policies and programs in research and development, education, information, other services to the industry, and interagency coordination could significantly enhance the development of the industry. More recently, in 2005 and again in 2007, the NOAA has introduced to Congress National Offshore Aquaculture Acts providing clear mechanisms to allow commercial aquaculture operations in federal waters. So, sea farming

BIOM-GMIT 0003584

December 1, 2011
Page 2

is obviously recognized, encouraged and sponsored by the United States Federal Government, its Congress, and many of its agencies.

Highly successful aquaculture ventures in the Mediterranean further add credibility to BioMarine's business plan and goals. For example, the sea farming techniques BioMarine has begun to implement in the Gulf have been used in the Mediterranean for over 25 years to increase the production of seabass and seabream from 1,100 mt ($6 million value) in 1985 to 177,221 mt ($1 billion value) in 2005, constituting more than a 150-fold increase. In addition, Atlantic salmon sea farming production has grown worldwide into a $5 billion industry in the last 20 years utilizing the same sea farming technology and systems that were to be deployed by BioMarine in the Gulf of Mexico, only growing a much faster growing species (cobia) than salmon. In 2004, the World Conservation Union (IUCN) forecasted production of these fish species to increase to 322,000 mt by 2008. During the first ten years of development (1984-1994), aquaculture production of fish in the Mediterranean rose 1050%. Greek aquaculture companies dominate production of marine fish in Europe, producing 44% of all fry and 48% of final fish production. The number of Greek fish farms has increased dramatically from 10 in 1988 to 308 in 2005, and today seven Greek aquaculture companies are listed on the Athens Stock Exchange, exporting more than 80% of their production and generating revenue of more than $2 billion per year.

Unfortunately, however, due to NOAA's closure on May 2, 2010 of federal fishing waters encompassing BioMarine's permitted site, plans of following the highly successful Mediterranean and Atlantic sea farming models came crashing to a halt. BP's spill of over 4,900,000 barrels of crude oil and over 1,800,000 gallons of toxic Corexit dispersants used to dissipate and minimize the floating oil disaster had made the Florida state and federal waters unsafe for fishing. BP obviously made a business decision to minimize its financial exposure from the spill by using Corexit to chemically submerge and blend the oil spill into the marine water with technology and worry later about the harmful environmental impacts Corexit made to the water quality and marine life within the Gulf of Mexico. While this decision by BP may have reduced its immediate and overall financial impact of the Spill, this calculated risk decision directly impacted and damaged BioMarine's FlorAbama aquaculture project.

To determine the business losses BioMarine suffered and would continue to suffer from the Spill, BioMarine worked with Herod Consulting, which calculated BioMarine's past, present and future damages as totaling as much as $250,000,000 for ten years.

Thank you for your prompt attention to this claim. Should you have any questions or concerns, please do not hesitate to contact BioMarine's attorney at 214-521-3605.

Sincerely,

John D. Ericsson
President
BioMarine Technologies, Inc.

BIOM-GMIT 0003585

# Final Claim Summary

BIOM-GMIT 0003586

**Final Claim Summary**
**BioMarine Technologies, Inc.**
**GCCF #3438063**

BioMarine Technologies, Inc. ("BioMarine") has incurred and will continue to incur a direct business loss of $250,000,000 from April 21, 2010 through April 21, 2020 (Note: this amount reflects loss during that ten year period per the enclosed report of Herod Consulting) due to the April 20, 2010 BP Oil Spill ("Spill") in the Gulf of Mexico.

At the time of the Spill, BioMarine had worked diligently to establish its oceanic fish farm in the Gulf of Mexico, approximately 9.9 miles south of Perdido Pass, Alabama. The fish farm would utilize the Gulf's natural marine salt water environment to produce organic fish and other aquatic animals for human consumption through the use of offshore fish hatcheries and open-ocean sea cages.

BioMarine, incorporated in 1989, had raised approximately $7,000,000.00 in private capital to fund start-up activities such as developing aquaculture technology, identifying viable fish stock and securing operational sites and permits. A fully-integrated commercial seafood business had evolved for the production, processing, distribution, marketing and sale of organic seafood. BioMarine and its partners purchased over $1,500,000 in equipment for this operation which is currently stored near Galveston, Texas and Pensacola, Florida.

In 2008 the United States Army Corps of Engineers and Environmental Protection Agency issued the first-ever offshore sea farming permits to BioMarine. These permits would allow BioMarine to establish commercial sea farming operations and production within a 27 acre site in the Gulf of Mexico.

Sea farming (also known as aquaculture) is recognized, encouraged and sponsored by Congress, the U.S. Government and other agencies established for the purpose of furthering development of this industry in the private sector. Recently, the Obama Administration took a major step in the process of making it easier for commercial aquaculture firms to operate in federal waters.

Unfortunately, BioMarine's plans came crashing to a halt as a result of the oil spill and the subsequent NOAA closure of federal fishing waters, which included BioMarine's fully permitted sea farming site. The pristine water and marine life previously found in the Gulf waters was now tainted by oil and dispersants. BioMarine suffered a significant setback in the development of its business plan and was unable to secure the necessary crop, livestock, and product liability insurance for its operations. In turn, BioMarine's ability to secure the necessary funding to operate was crippled, resulting in an enormous loss in potential sales and profits.

BioMarine works continuously to modify its business plan and adapt to the economic losses created by the BP Oil Spill.

BIOM-GMIT 0003587

# Gulf Coast Claims Facility
# Full Review Final Payment Claim Form

BIOM-GMIT 0003588

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

## GCCF 2000-F — GULF COAST CLAIMS FACILITY FULL REVIEW FINAL PAYMENT CLAIM FORM

This Full Review Final Payment Claim Form is to be completed for individuals or businesses who wish to receive a **Full Review Final Claim Payment** for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges (the "Spill").

A claim for a Full Review Final Payment provides for a complete assessment of PAST and FUTURE (if any) damages sustained as a result of the Spill. Acceptance of the Gulf Coast Claims Facility ("GCCF") Final Payment Offer for final payment of a Full Review Final Payment Claim will require you to sign a Release and Covenant not to Sue. For your review, a sample of the Release and Covenant Not to Sue that you will be required to sign if you accept the GCCF's Final Payment Offer accompanies this Full Review Final Claim Form. If you accept that Final Payment Offer when made and sign the Release, you will be forever waiving and releasing all claims that you may have against BP or any other party other than claims for physical or mental health injury ("Bodily Injury") or by shareholders of BP or other Released Parties for alleged violations of Securities laws ("Securities Claim") in connection with the Spill. If you accept a Final Payment Offer for a physical injury or death claim you will receive a copy of a Release of Bodily Injury Claims which will release all Bodily Injury claims related to the Spill. You are under no obligation to accept the GCCF's Final Payment Offer. You are free to reject the GCCF's Final Payment Offer and to participate in other legal actions associated with the Spill, or to submit any claim for payment to the Coast Guard's National Pollution Funds Center (the "Coast Guard").

To learn more about filing a claim for a Full Review Final Payment and for a copy of the Protocol for Interim and Final Claims, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a GCCF Site Office.

---

### Send me all future communications and notices in the following language (check only one box)

English ☒        Spanish ☐        Vietnamese ☐        Khmer ☐

---

### Indicate whether you have previously filed a claim (check only one box)

I previously filed a Claim with the GCCF ☒        I am a new Claimant to the GCCF ☐

---

### SECTION I. INSTRUCTIONS

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. **That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.**

   You can get information about your claim online at www.gulfcoastclaimsfacility.com, by phone toll free at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit a Full Review Final Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Full Review Final Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Full Review Final Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

BIOM-GMIT 0003589

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |

## SECTION II. CLAIMANT INFORMATION

### II.A. Individual Claimant Information

Provide the following information about the person who was affected or injured by the Spill. **All Individual Claimants must complete each question in this section.** (If you are filing for a business, skip this section and proceed to Section II.B)

| 1. | **Name:** | Last | First | Middle Initial |

| 2. | **Current Address:** | Street | | |
| | | City | State | Zip Code |
| | | Parish/County | Country | |

| 3. | **Home Phone Number:** | ( | | | ) | | | | | - | | | | | |

| 4. | **Cell Phone Number:** | ( | | | ) | | | | | - | | | | | |

| 5. | **Email Address:** | |

| 6. | **Date of Birth:** | |

| 7. | **Social Security Number:** ☐
*or*
**Individual Taxpayer Identification Number:** ☐ | | | | | - | | | - | | | | |

| 8. | **Other Name Used (Maiden Name, Previous Married Name(s), Aliases):** | |

**Provide complete information about your employment status since January 1, 2010** (add more pages if necessary):

| 9. | **Current Employer:** | Name | Period of employment |
| | | Street | _____ to: _____ |
| | | City | State | Zip Code |
| | | Parish/County | Country |
| | | Employer Identification Number (EIN) | | | - | | | | | | | *(from your W-2 or 1099 form)* |

| | **Other/ Previous Employer:** | Name | Period of employment |
| | | Street | _____ to: _____ |
| | | City | State | Zip Code |
| | | Parish/County | Country |
| | | Employer Identification Number (EIN) | | | - | | | | | | | *(from your W-2 or 1099 form)* |

10. **Does the Claimant own any part of a business listed above and/or serve as an officer in the business? If so, name the applicable business and check either or both boxes below and specify the percentage of ownership and/or the office held:**

**Name of business:** _____

☐ **Owner** *(specify percentage)*: _____   ☐ **Officer** *(specify title)*: _____

BIOM-GMIT 0003590

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|---|---|---|---|---|---|

## II.B.  Business Claimant Information

Provide information in Section II.B. ONLY if you are completing this Form for a business that was affected by the Spill.

### II.B.1.  Information about the Business

| | |
|---|---|
| **11. Name of Business:** | BioMarine Technologies, Inc. |
| **12. Type of Business:** | Marine Sea Farming (Aquaculture) |
| **13. Business Address:** | Street 100 Northcliff Drive, #776 |

| City Gulf Breeze | State FL | Zip Code 32562-0776 |
|---|---|---|
| Parish/County Santa Rosa | | Country USA |

| | |
|---|---|
| **14. Phone Number:** Please contact me through my attorney. | ( 2 1 4 )  5 2 1 - 3 6 0 5 |
| **15. Website Address:** | |
| **16. Other Business Name:** | |
| **17. Name of Business on Federal Income Tax Return:** | BioMarine Technologies, Inc. |
| **18. Employer Identification Number (EIN):** ☐ | 7 5 - 2 3 0 9 4 7 1 |
| *or* | |
| **Check here if EIN is also your Social Security Number** ☐ | \_ \_ \_ - \_ \_ - \_ \_ \_ \_ |
| **19. Date and Place Founded/Incorporated:** | Date: October 31, 1989  Place: Delaware |

### II.B.2. Information about the Authorized Business Representative

| | | |
|---|---|---|
| **20. Name:** | Last Ericsson | First John | Middle Initial D. |

| | |
|---|---|
| **21. Title:** | President |

| **22. Home Address:** (if different from Business Address) | Street | | | |
|---|---|---|---|---|
| | City | State | Zip Code | Country |

| | |
|---|---|
| **23. Phone Number:** Please contact me through my attorney. | ( 2 1 4 )  5 2 1 - 3 6 0 5 |
| **24. Cell Phone Number:** | ( \_ \_ \_ )  \_ \_ \_ - \_ \_ \_ \_ |
| **25. Email Address:** | |
| **26. Social Security Number:** ☐ | \_ \_ \_ - \_ \_ - \_ \_ \_ \_ |
| *or* | |
| **Individual Taxpayer Identification Number:** ☑ | 7 5 - 2 3 0 9 4 7 1 |

BIOM-GMIT 0003591

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|---|---|---|---|---|---|

## SECTION III.  ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for this Full Review Final Payment Claim.  **If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer.  Previous information provided about Attorney Representation will not apply to this Full Review Final Payment Claim.**

| 27.  Lawyer Name: | Last  **Summy** | | First  **Scott** | Middle Initial |
|---|---|---|---|---|
| 28.  Law Firm Name: | **Baron & Budd, P.C.** | | | |
| 29.  Law Firm Address: | Street  3102 Oak Lawn Avenue, Suite 1100 | | | |
| | City Dallas | State  TX | Zip Code 75219 | Country USA |

| 30.  Law Firm Phone Number: | ( 2 1 4 )  5 2 1 - 3 6 0 5 |
|---|---|
| 31.  Law Firm Email Address: | ssummy@baronbudd.com |

BIOM-GMIT 0003592

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

## SECTION IV. CLAIM INFORMATION FOR FULL REVIEW FINAL PAYMENT

Check which Claim Type(s) you want to submit. Enter the amount you are claiming for each Claim Type. If you have previously received a payment, do not include that amount in the amount you are requesting. **All Claimants must complete this Section. You must indicate each Claim Type that you want considered in your Final Payment Offer below; you will receive only one Final Payment Offer based on an evaluation of all Claim Types indicated below.**

**You must provide documentation or evidence of the damage or injury for each Claim Type checked below. The Gulf Coast Claims Facility Document Requirements accompanies this Full Review Final Payment Claim Form and lists the REQUIRED supporting documentation you must submit to support each Claim Type.** For each Claim Type you submit, you must provide documentation to support your Claim. You must complete this form and submit the completed form to the GCCF along with all supporting documentation. (You are not required to resubmit any documentation you previously submitted with an Emergency Advance Payment Claim or Interim Payment Claim.)

## IV.A. Claims for Removal and Clean Up Costs

☐ CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking to recover costs incurred to remove oil discharged by the Spill and/or costs to prevent, minimize or mitigate oil pollution when there was a substantial threat of a discharge of oil due to the Spill. You can claim costs for both preventative and clean up measures.

If you are claiming multiple removal and clean up actions and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form for submission. Make as many copies as you need.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (A.1) | Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan? | ☐ Yes   ☐ No |
|-------|-----------|-----------|
| (A.2) | Provide the address where the Removal and Clean Up action took place: | |

Street

| City | State | Zip Code |
|------|-------|----------|

Parish/County

| (A.3) | Provide a description of the Removal and Clean Up action: |
|-------|-----------------------------------------------------------|

BIOM-GMIT 0003593

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|---|---|---|---|---|---|

## IV.B.  Claims for Real or Personal Property Damage

☐   CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking damages for any physical damage to real, personal or business property that you own or lease.

If you are an owner of a property that you lease to someone else, you must notify the lessee that you are submitting a claim.  If you lease property from someone else, you must notify the owner that you are filing a claim.

If you suffered damage to more than one piece of property and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form.  Make as many copies as you need.  Identify the type of Personal Property that was damaged or destroyed (i.e., boat, equipment, machinery) and, if applicable, the make, model, year and identification number.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (B.1) | If you are claiming damage to Real Property, provide the address of the property.  If you are claiming damage to Personal Property, provide the address where the damage occurred: |
|---|---|

Street

| City | State | Zip Code |
|---|---|---|

Parish/County

| (B.2) | If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (i.e. boat, equipment, machinery) and provide the additional information, as applicable: |
|---|---|

Type of Personal Property

| Make | Model |
|---|---|
| Year | Identification Number |

| (B.3) | Describe your relationship to the Real or Personal Property: | ☐ Owner   ☐ Lessor |
|---|---|---|

| (B.4) | Provide a description of the property damage sustained as a result of the Spill, and how the damage occurred: |
|---|---|

| (B.5) | Were you working for the Vessels of Opportunity at the time of the property damage sustained due to the Spill? | ☐ Yes   ☐ No |
|---|---|---|

BIOM-GMIT 0003594

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

---

### IV.C.  Claims for Lost Earnings or Profits

☑ CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR $ 250,000,000.00

Check the box above and enter the amount of your claim if you are seeking damages for lost earnings or profits due to the Spill.  Business Claimants seeking lost earnings or profits must complete questions C.8.– C.15.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

---

### IV.C.1.  Questions for Individual Claimants Seeking Lost Earnings or Profits

**(C.1)** State the occupation and job title you had at the time of the Spill:

Occupation:                                                      Title:

**(C.2)** Describe the nature of business of your employer at the time of the Spill:

**(C.3)** State the total lost earnings or profits you have suffered as a result of the Spill to date and describe how you have calculated these losses:

**(C.4)** Describe in detail the efforts you have made to find work or additional work since the Spill:

**(C.5)** State the amount of any job hunting expenses you have incurred since the Spill:                    $

**(C.6)** Provide a description of the loss you sustained as a result of the Spill and how the Spill caused the loss:

Lost my Job: ☐     Work Hours Reduced: ☐     Pay/Tips Reduced: ☐

**(C.7)** Provide the name and address of your Employer at the time of the Spill:

| Name | | |
|------|---|---|
| Street | | |
| City | State | Zip Code |
| Parish/County | | |

---

Full Review Final Payment Claim Form – Page 7

BIOM-GMIT 0003595

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

| IV.C.2.  Questions for Business Claimants Seeking Lost Earnings or Profits |
|---|

**(C.8)    State the sources of income or types of customers for the business at the time of the Spill:**

BioMarine's source of income would have been from the sale of seafood to the general public, restaurants and numerous seafood markets in the Gulf state region, including Louisiana, Alabama, Florida and Texas.  (i.e. Texas consumes an average of 15 pounds of seafood per person per year with a total demand of approximately 315 million pounds per year.)

**(C.9)    Describe the nature of business at the time of the Spill:**

Please see the inserted page following this Page 8 of the Full Review Final Payment Claim Form.

**(C.10)   Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:**

Please see the inserted page following this Page 8 of the Full Review Final Payment Claim Form.

**(C.11)   State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:**                     $ .00

**(C.12)   State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses:**

Please see the enclosed November 10, 2010 Report of Herod Consulting with accompanying Chart of BioMarine Technologies' Loss of Income Projections - Anticipated Loss.  BioMarine has equipment worth in excess of $1,500,000.00 sitting in Galveston, Texas and Pensacola, Florida that must eventually be moved and stored in a more secure location.  The costs of this process will be significant.

**(C.13)   State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses:**

Please see the enclosed BioMarine Technologies, Inc.; FlorAbama Project Financials; (52 Cages, Exhibit 5-D).

**(C.14)   Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:**

Please see the inserted page following this Page 8 of the Full Review Final Payment Claim Form.

**(C.15)   Provide the business address where the loss occurred:**

| Street | A 26-acre permitted site approximately 9.9 miles southeast of Perdido Pass, Alabama, within an approximate 500-acre area in the Gulf of Mexico designated by the government for commercial fishing. | | |
|--------|----|----|----|
| City | | State | Zip Code |
| Parish/County | | | |

BIOM-GMIT 0003596

Name:  BioMarine Technologies, Inc.        SSN or EIN:  75-2309471        Claimant #:  3438063

**Section (C.9) Describe the nature of business at the time of the Spill:**

During the Spring of 2010, BioMarine Technologies, Inc. (BMT) was about to initiate the development of a fully-integrated commercial seafood farming business to produce "organically" grown seafood, free from contaminants, growth hormones and antibiotics. BMT spent years developing and fully permitting a 27 acre site for Gulf off-shore sea farming with the U.S. Army Corp of Engineers the USEPA and other state agencies, along with a suitable location for its shore-side fish hatchery.   Its seafood was to be grown in pristine quality, natural marine saltwater within a highly controlled, man-made, offshore sea cage and platform facility located in US federal waters approximately 9.9 miles South of Perdido Pass, Alabama.

*(See Map:   Fishery Closure Boundary as of 6pm Eastern Time, June 21, 2010 and the USACOE/USEPA permitted site description in the Permit section).*

**Section (C.10) Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:**

On April 20, 2010, BMT was denied the opportunity to produce revenues because of the contamination of the Gulf marine ecosystem by the BP oil spill followed by seafood consumer protection action by the US federal government by their closure of all infected federal fisheries waters. In addition, Gulf seafood markets have collapsed by consumer alarm over the safety of Gulf seafood. As a result, BMT's years of commercial development efforts imploded with this blow-out disaster and ended its chances to produce any revenues and vaporized the millions invested and years of efforts made by BMT in establishing a sea farming business within the Gulf of Mexico for a safe and healthy sea food supply with the investment, insurance and banking industry.

**Section (C.14)   Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:**

BMT's plan was to deploy its currently owned five Japanese Bridgestone and additional Norwegian sea cages with stock cobia, amberjack and pompano fingerlings, initially from Taiwan until our marine hatchery was built, operational and producing fingerlings within the FlorAbama inter-coastal area.

Since multi-million dollar sea farming operations utilize marine salt-water sites 365 days a year, it is essential to have extremely high quality sea water conditions to maintain the health and growth status of millions of aquatic animals in intensive sea farming operations. In addition a comprehensive environmental monitoring program is required for stocking, feeding and maintaining the sea-farming operations with fish fingerlings under the federal permit guidelines.

The Deepwater Horizon Oil Spill is the largest oil spill in history that dumped over 4,900,000 barrels of crude oil into the Gulf which BP mixed over 1.8 million gallons of Corexit toxic dispersant to combine into a chemical environmental disaster that invaded, contaminated and indefinitely destroyed the integrity of the pristine Gulf marine waters necessary for BMT's existence.   During June 2010, NOAA estimated the BP Oil Spill had contaminated Gulf waters encompassing some 86,985 square miles including our fully permitted sea farming site.

Name:  **BioMarine Technologies, Inc.**      SSN or EIN:  **75-2309471**      Claimant #:  **3438063**

The crude oil spilled (and combined with toxic Corexit 9527A and 9500 dispersants produced by Nalco and utilized by BP) has not disappeared and continues to make its presence known in Florida and Alabama with tar balls, oil sheen trails and deep pockets of oil embedded into the coastal zone sands and on the deeper ocean floor and within coral reefs.  Corexit 9527A was the primary dispersant used in the BP/Horizon spill to submerge the crude oil and could create a toxic combination of chemicals that has paralyzed the vast regions of the natural ecosystem, killed sea life and effected the entire marine food chain from micro organisms, bottom feeding oysters and shrimp to pelagic and migrating finfish and marine mammals. Nalco spokesman, Charlie Prior, said last year that oil mixed with Corexit 9527A is "more toxic to marine life, but less toxic to life along the shore and animals at the surface" because the dispersant allows the oil to stay submerged below the surface of the water. Corexit 9500 also used by BP causes oil to form into very small droplets in the water and fish may be harmed when they ingest these droplets. According to the Corexit Material Safety Data Sheet (MSDS), Corexit may also bioaccumulate, remaining in the flesh of sea life and build up over time. Thus predators who eat smaller fish with the toxin in their systems may end up with much higher toxin levels in their flesh. The detrimental short term effects of this oil/dispersant contamination are presently being studied extensively by world class marine biologist and universities and the long term dangers are unknown and will remain unknown for many years.

We know from long term studies of the Exxon Valdez spill in Alaska and the Ixtoc 1 spill in the Bay of Campeche in the Gulf of Mexico in 1979 with 3 million barrels spilled, the recent BP disaster with an estimated 4.9 million barrels spilled will also be extremely toxic to the marine ecosystem and will take years or decades to recover.

BMT cannot knowingly breed and grow seafood in potentially contaminated Gulf waters nor will the seafood market buy the large quantities to be produced by BMT. Additionally, the major sea farming insurance companies like Lloyds of London probably will not insure BMT's products from toxic contamination losses and product liability claims and certainly not at pre-BP Horizon blowout insurance premium rates that were previously cost effectively quoted at 9.5% of the present annual market value of the fish in production.

BMT's business success relies upon the pristine and clean natural warm waters of the Gulf of Mexico for the breeding and farming of seafood.  It is impossible to clean the open marine water environment from the BP induced contamination and the chemical morass created by the use of over 1.8 million gallons of toxic Corexit dispersants and combined with 4.9 million barrels of crude oil in the Gulf of Mexico.  BP specifically chose to use Corexit 9527A over USEPA documented objections as a highly toxic oil dispersant to sink the floating crude oil in order to minimize its financial risk exposure and keep the beach and inter-coastal oil/tar pollution from becoming a bigger economic and environmental disaster on the Gulf shorelines.

Since the marine water quality has been and continues to be compromised with oil and toxic dispersants for an indefinite period of time, it is unlikely that BMT will be able to proceed in the immediate future with its sea farming operations in the Gulf of Mexico.  Over two decades of research by scores of scientists, engineers and employees, and millions have been invested into this sea farming development for securing financing, insurance, sea cage systems from Japan and Norway, requisitioning a state and federally approved operational site and permits issued - for the first time in US history –all of which have come to a screeching halt.

BIOM-GMIT 0003598

Name:  **BioMarine Technologies, Inc.**        SSN or EIN:  **75-2309471**        Claimant #:  **3438063**

# References

1. Marshall, Jessica (2010-06-01). "Gulf Oil Spill Not the Biggest Ever". Discovery News. http://news.discovery.com/earth/gulf-oil-spill-ixtoc.html. Retrieved 2010-06-14.
2. John Charles Milne (2-Nov-2008). "Sedco 135 Series". *OilCity*. http://www.oilcity.co.uk/home/article.asp?pageid=645. Retrieved 20 May 2010.
3. Elena Egawhary (Friday, 7 May 2010). "How big is the Deepwater Horizon oil spill?". *BBC News*. http://news.bbc.co.uk/2/hi/uk_news/magazine/8664684.stm. Retrieved 17 June 2010. "oil spilled ... first Iraq War, 1991. ... Although not a single offshore spill, it saw massive oil leaks that easily dwarf Ixtoc 1"
4. Linda Garmon (25 October 1980). "Autopsy of an Oil Spill". *Science News* **118** (17): pp. 267–270.
5. "Ixtoc I Oil Spill Economic Impact Study" (PDF). Bureau of Land Management. pp. 4–6. http://www.gomr.mms.gov/PI/PDFImages/ESPIS/3/3930.pdf. Retrieved 2010-05-06.
6. Emergency Response Division, Office of Response and Restoration, National Ocean Service. "Ixtoc I". *IncidentNews*. National Oceanic and Atmospheric Administration, US Department of Commerce. http://www.incidentnews.gov/incident/6250. Retrieved 30 May 2010.
7. Robert Campbell (Monday May 24, 2010). "BP's Gulf battle echoes monster '79 Mexico oil spill". *Reuters*. http://www.reuters.com/article/idUSTRE64N57U20100524. Retrieved 30 May 2010.
8. Emergency Response Division, Office of Response and Restoration, National Ocean Service. "Ixtoc I: Countermeasures / Mitigation". *IncidentNews*. National Oceanic and Atmospheric Administration, US Department of Commerce. http://www.incidentnews.gov/entry/508790. Retrieved 30 May 2010.
9. "Catastrophic Thinking: How to Ensure Oil Spill Disasters Do Not Happen Again", Scientific American, July 27, 2010
10. "The lost legacy of the last great oil spill", Scientific American, July 14, 2010
11. "BP's Gulf battle echoes monster '79 Mexico oil spill". Reuters. 2010-05-24. http://www.reuters.com/article/idUSTRE64N57U20100524. Retrieved 2010-05-24.
12. Jernelöv, Arne; Lindén, Olof (1981). "The Caribbean: Ixtoc I: A Case Study of the World's Largest Oil Spill". *Ambio* (Allen Press for the Royal Swedish Academy of Sciences) **10** (6): 299–306. http://www.jstor.org/stable/4312725. Retrieved 2010-05-12.
13. Berger, Matthew O., Godoy, Emilio Godoy (2010-06-27). "Ixtoc Disaster Holds Clues to Evolution of an Oil Spill". *Inter Press Service News Agency*. http://ipsnews.net/news.asp?idnews=51843. Retrieved 2010-05-27.
14. Tuckman, Jo (2010-06-27). "Gulf oil spill: parallels with Ixtoc raise fears of ecological tipping point". *The Guardian*. http://www.guardian.co.uk/environment/2010/jun/01/gulf-oil-spill-ixtoc-ecological-tipping-point. Retrieved 2010-05-27.
15. Glenn Garvin (2010-06-27). "After big 1979 spill, a stunning recovery". *The News Observer*. http://www.newsobserver.com/2010/06/13/530250/after-big-1979-spill-a-stunning.html. Retrieved 14 July 2010.
16. Teal, John M.; Howarth, Robert W. (January 1984). "Oil spill studies: A review of ecological effects". *Environmental Management* **8** (1): 27–43. doi:10.1007/BF01867871. http://www.springerlink.com/content/n683727416671102/. Retrieved 14 July 2010.
17. ERCO/Energy Resources Co . Inc. (19 March 1982) (.PDF). Ixtoc Oil Spill Assessment, Final Report, Executive Summary Prepared for the US Bureau of Land Management, Contract No. AA851-CTO-71. US Department of the Interior, Minerals Management Service Mission. p. 27.

BIOM-GMIT 0003599

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |

## IV.D.  Claims for Loss of Subsistence Use of Nature Resources (Individual Claimants only)

☐　CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM FOR $_____

Check the box above and enter the amount of your claim if you suffered damages to your ability to rely, without purchase, on natural resources for food, shelter, clothing, medicine or other minimum necessities of life because of the Spill.  Identify below in Section D.2 the natural resource that you relied on for subsistence prior to the Spill, and how it has been affected by the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(D.1)**　**Provide a detailed description of the loss of subsistence as a result of the Spill:**


**(D.2)**　**Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:**


**(D.3)**　**Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:**

BIOM-GMIT 0003600

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

## IV.E.  Claims for Physical Injury or Death (Individual Claimants only)

☐ CLAIMANT IS SUBMITTING A PHYSICAL INJURY OR DEATH CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking damages for physical injury or death proximately caused by the Spill or the explosion and fire associated with the Deepwater Horizon incident on April 20, 2010, or by the clean-up of the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (E.1) | Were you working for the Vessels Of Opportunity at the time your physical injury occurred? | ☐ Yes    ☐ No | | |
|-------|---------------------------------------------------------------------------------------------|---------------|---|---|
| (E.2) | Were you working on the Removal and Clean Up actions at the time your physical injury occurred? | ☐ Yes    ☐ No | | |
| (E.3) | Provide the date you were first injured and whether the injury is resolved or ongoing: | Date | ☐ Resolved | ☐ Ongoing |
| (E.4) | If you are seeking damages for death, provide the name of the decedent and the date of the death: | Name | | Date |
| (E.5) | Provide a brief description of the physical injury sustained as a result of the Spill, and how the injury occurred: | | | |
| (E.6) | Provide the address where the injury was experienced: | | | |

Street

| City | State | Zip Code |
|------|-------|----------|

Parish/County

BIOM-GMIT 0003601

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |

## SECTION V. COLLATERAL SOURCE COMPENSATION

**All claimants must complete this section.** You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. Legally authorized garnishments, liens, or similar forms of attachments received relating to your claim will be honored and deducted from any payment.

| | |
|---|---|
| 32. Have you received any compensation from BP for your losses due to the Spill? | ☐ Yes  ☑ No |
| 33. Total amount of compensation received from BP for your losses due to the Spill: | $ |
| 34. Have you received any compensation from GCCF for your losses due to the Spill? | ☐ Yes  ☑ No |
| 35. Total amount of compensation from GCCF for your losses due to the Spill: | $ |
| 36. Have you received compensation for state unemployment benefits? | ☐ Yes  ☑ No |
| 37. For what period of time did you receive compensation for state unemployment benefits? | |
| 38. Total amount of unemployment benefits received: | $ |
| 39. Have you received compensation from private insurance for damages due to the Spill? | ☐ Yes  ☑ No |
| 40. Name of Carrier or Provider: | |
| 41. Account or Policy Number: | |
| 42. For what period of time did you receive compensation from private insurance? | |
| 43. Total amount of insurance benefits received: | $ |
| 44. Have you received any other replacement income, such as severance pay? | ☐ Yes  ☑ No |
| 45. For what period of time did you receive this other replacement income? | |
| 46. If you are still receiving this other replacement income, when will these benefits end? | |
| 47. Total amount of other replacement income received: | $ |

BIOM-GMIT 0003602

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

## SECTION VI. REPRESENTATIVE CLAIMANT INFORMATION

You must complete each question in this section if you are filling out this Claim Form for an individual claimant affected or injured by the Spill who is deceased, is a minor, or is incompetent or legally incapacitated and unable to complete the Claim Form for himself or herself. (You must provide proof that you are a duly appointed Representative.) See Section VII of the Gulf Coast Claims Facility Document Requirements for the documents required to establish authority to act as the Representative Claimant or visit the website at www.gulfcoastclaimsfacility.com.  **Business claimants do not complete this section.**

| 48. Reason person affected or injured by the Spill is unable to complete the Claim Form: | |
|---|---|
| 49. Your relationship to Claimant: | ☐ Spouse  ☐ Parent  ☐ Child<br>☐ Sibling  ☐ Administrator  ☐ Executor<br>☐ Other (specify): _____ |

### Provide *your* name and contact information below.

| 50. Last Name: | |
|---|---|
| 51. First Name: | |
| 52. Middle Name: | |
| 53. Current Address: | Street |
| | City / State / Zip Code / Country |
| 54. Home Phone Number: | ( ___ ) ___ - ___ |
| 55. Cell Phone Number: | ( ___ ) ___ - ___ |
| 56. Email Address: | |
| 57. Social Security Number: ☐<br>*or*<br>Individual Taxpayer Identification Number: ☐ | ___ - ___ - ___<br>___ - ___ - ___ |
| 58. Type of proof submitted that you are a duly appointed Representative: | |

BIOM-GMIT 0003603

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|-------|------------------------------|-------------|------------|-------------|---------|

## SECTION VII. METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Payments made by wire will be made from the New York, NY area. Based on your selection, complete the appropriate section below. Do not complete both sections. Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

### VII.A. Election to Receive Payment by Wire Transfer

Complete this section if you want to receive your payment by direct deposit/electronic fund transfer. If you want to receive your payment by check, do not complete this section.

| 59. Do you want to receive your payment by direct deposit/electronic fund transfer? | ☑ Yes ☐ No |
|---|---|

| 60. Bank to Which Wire is to be Sent: | Bank Name Bank of Texas, N.A. |
|---|---|
| | Street 5956 Sherry Lane, Suite 701 |
| | City Dallas  State TX  Zip Code 75225  Country USA |

| 61. Bank Telephone Number: | (214) 987-8846 |
|---|---|

| 62. Bank ABA/Routing Number: | ▇▇▇▇▇▇▇ |
|---|---|

| 63. Account Name: Baron & Budd - BB Escrow | Account is that of my attorney. |
|---|---|
| *If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference in the box to the right.* | |

| 64. Account Number: | ▇▇▇▇▇▇▇ |
|---|---|

### VII.B. Election to Receive Payment by Check

Complete this section if you want to receive your payment by check. Checks will be sent by overnight courier and will be made payable to the individual or business claimant who completes this Claim Form. (Be sure to provide your Street Address for overnight delivery.) If you want to receive your payment by wire transfer, do not complete this section.

| 65. Do you want to receive your payment by check? | ☐ Yes  ☑ No |
|---|---|

| 66. If Yes, and you are an individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks: | ☐ One Check  ☐ Multiple Checks |
|---|---|

Provide the address to which you would like the check(s) to be sent in the space below, if it differs from the address provided in Section II.

| 67. Payment Address: | Street | | | |
|---|---|---|---|---|
| | City | State | Zip Code | Country |

BIOM-GMIT 0003604

Dec 29 11 05:21p     John Ericsson          850-932-0422          p.2

| Name: | BioMarine Technologies, Inc. | SSN or EIN: | 75-2309471 | Claimant #: | 3438063 |
|---|---|---|---|---|---|

## SECTION VIII. SIGNATURE

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | _(signature)_ | Date: | 12/28/2011 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First John | Middle D. | Last Ericsson |
| Title, if a business: | President | | |

| Has anyone, other than a family member or an attorney you identified in Section III, assisted you in the preparation of this Claim Form? | ☐ Yes  ☒ No |
|---|---|
| Name of individual and company, if applicable: | |

---

### How to Submit this Claim Form

Submit this Full Review Final Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

| Regular Mail: | Overnight, Certified or Registered Mail: | Fax: |
|---|---|---|
| Gulf Coast Claims Facility | Gulf Coast Claims Facility | 1-866-682-1772 |
| Kenneth R. Feinberg, Administrator | Kenneth R. Feinberg, Administrator | |
| P.O. Box 9658 | 5151 Blazer Pkwy., Suite A | **Email Attachment:** |
| Dublin, OH  43017-4958 | Dublin, OH  43017 | info@gccf-claims.com |

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number).  Attach all supporting documents to the Claim Form and submit your claim to the GCCF.

BIOM-GMIT 0003605

# GCCF  Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## CLIENT AUTHORIZATION FORM

### A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| Name | First John | MI D. | Last Ericsson |

| | |
|---|---|
| Address | Street/P.O. Box BioMarine Technologies, Inc., 100 Northcliff Dr #776 |

| | | | |
|---|---|---|---|
| | City Gulf Breeze | State FL | Zip 32562-0776 |

| | | | |
|---|---|---|---|
| Claimant ID | 3438063 | SSN | EIN: 9471 |

### B. ATTORNEY INFORMATION

| | | | |
|---|---|---|---|
| Attorney Name | First Name Mitchell | MI | Last Name McCrea |

| | |
|---|---|
| Law Firm Name | Baron & Budd, P.C. |

| | |
|---|---|
| Law Firm Address | Street/P.O. Box 3102 Oak Lawn Ave., Suite 1100 |

| | | | |
|---|---|---|---|
| | City Dallas | State TX | Zip 75219 |

### C. SIGNATURE

By my signature below, I advise the Gulf Coast Claims Facility (the "GCCF") that the Attorney identified in Section B hereof, "Attorney Information," is authorized by me to act on my behalf concerning my claim(s) with the GCCF, and is authorized by me to receive from the GCCF, either via wire to the Attorney's IOLTA or other similar trust account or via check made payable to me and sent in care of the Attorney, any payments that may be issued to me in connection with my claim(s).

| | | | |
|---|---|---|---|
| Signature | *[signature]* | Date | 4 / 30 / 2011 <br> (month)  (day)  (year) |

04/05/2011

BIOM-GMIT 0003606

THIS PAGE INTENTIONALLY LEFT BLANK

BIOM-GMIT 0003607

Map of Fishery Closure Boundary
June 21, 2010

BIOM-GMIT 0003608



Fishery Closure Area=86985 mi² (225290 km²)
Approx. 36% of the Gulf of Mexico Federal Waters

85°48'W
@State/Fed
Water Line

91°20'20"W
@State/Fed
Water Line

28°47'N
91°20'20"W

28°25'N
86°03'W

28°10'N
84°30'W

27°35'N
90°33'W

26°47'N
88°47'W

27°07'N
87°08'W

26°48'N
86°20'W

26°26'N
83°47'W

86°16'W
@Outer Federal
Water Boundary

GULF of MEXICO

84°50'W
@Outer Federal
Water Boundary

Fishery Closure Boundary
as of 6pm Eastern Time
21 June 2010

⭐ DWH/BP Incident Location
● Closure Points
▭ Closure Area
— Federal Water Boundary

0   30   60      120      180      240
Miles

⭐ Bio Marine Technologies, Inc. permitted, approved site

BIOM-GMIT 00036009

# Brief in Support of Claim Under Oil Pollution Act

BIOM-GMIT 0003610

## BRIEF IN SUPPORT OF CLAIM UNDER OIL POLLUTION ACT

### I.      INTRODUCTION

Incorporated in 1989, BioMarine Technologies, Inc. ("BioMarine") is an oceanic fish farming enterprise that will utilize the Gulf of Mexico's natural marine salt water environment to produce organic (free from contaminants, growth hormones and antibiotics) fish and other aquatic animals for human consumption through the use of offshore fish hatcheries and large, open-ocean sea cages.

Due to the April 20, 2010 BP oil spill in the Gulf of Mexico (the "Spill"), however, BioMarine suffered a significant setback in the development of its business plan and an enormous loss in potential sales and profits.  For example, despite having the necessary permits, personnel and equipment in place to begin aquaculture operations in the Gulf, BioMarine has seen its progress halted by an inability to secure the necessary crop, livestock, and product liability insurance for its operations, which has in turn crippled BioMarine's ability to secure the necessary funding to operate.  Additionally, the traditionally beautiful and fertile waters of the Gulf of Mexico have been poisoned with oil and its byproducts and dispersants, which greatly inhibit the viability of a fish farm and its ability to market its seafood.

BioMarine therefore presents this Final Claim to the Gulf Coast Claims Facility ("GCCF"), which previously denied BioMarine's emergency claim.

### II.     THE GULF SPILL CAUSED ECONOMIC LOSSES TO BIOMARINE

BioMarine's losses are significant.  As a fish farmer within months of launching its aquaculture operations in the Gulf of Mexico, BioMarine is a "front line" casualty of the immediate drop in customer demand for seafood from the Gulf after the Spill.  Within

1

BIOM-GMIT 0003611

days after the Deepwater Horizon's explosion, the media began to report the amount of oil being released into the Gulf and the damage it was doing to the water and wildlife. Furthermore, weather forecasters cautioned that because the Spill was in the middle of hurricane season, any storms could spread the oil far beyond the reach of the normal currents.

On May 2, 2010 the National Oceanic and Atmospheric Administration (NOAA) began closing federal fishing waters which were deemed unsafe for commercial and recreational fishing. BioMarine's fully permitted site, located in federal fishing waters was closed by NOAA. In addition, the appearance of oil, its byproducts, tar balls and dispersants appeared throughout the Florida/Alabama Gulf coastlines. Although BioMarine had all of the necessary permits, platforms, personnel, and equipment to operate, investors and insurers retracted their commitments after the Spill, and potential markets for the farmed seafood dried up or found their product from alternative sources outside the Gulf. As days turned into weeks, and weeks into months, and the Spill continued, the Gulf seafood market continued to suffer greatly.

As a result, BioMarine has incurred (and expects to incur) business losses due to the Spill amounting to $250,000,000.

## III.   BIOMARINE IS ENTITLED TO FULL PAYMENT OF ITS FINAL CLAIM.

The Oil Pollution Act allows recovery of all damages caused by a spill or discharge of oil.[1] Those damages specifically include business-type losses described as "loss of profits or impairment of earning capacity" due to the spill.[2] The law allows

---

[1] 33 U.S.C. § 2702(a).
[2] *Id.* § 2702(b).

2

BIOM-GMIT 0003612

recovery of these losses without any geographic proximity restriction or any limitation to certain types of business. A Gulf fish farmer is a "claimant" with equal standing to recover as a fisherman or property owner.

When a business shows losses described in section 2702 (b) --- *i.e.*, loss of profits or earning capacity from the impact of the Spill, that business has a claim under the Act. BioMarine has standing to recover losses under this section.

## IV.   CONCLUSION

The GCCF has not yet compensated BioMarine for its losses as is its legal obligation. The Oil Pollution Act is straightforward and simple. It provides compensation to businesses who suffer economic losses caused by an oil spill. If Congress had intended to limit recovery to certain types of business claimants, it could have done so in the language of the Act. But neither Congress nor any court has done so yet. As a fish farmer in the Gulf, BioMarine is on the "front line" of those injured by the Spill. BioMarine has demonstrated the business losses and the severe impairment to its earning capacity made recoverable under the Act and is entitled to full recovery of those losses.

3

BIOM-GMIT 0003613

BioMarine Technologies, Inc.
Supporting Documents

BIOM-GMIT 0003614

# Loss of Profits Report
# prepared by
# Herod Consulting

BIOM-GMIT 0003615



Herod Consulting
3315 Purdue St.
Dallas, TX  75225
Office:  214/546-8292
FAX:   214/919-0176
www.herodconsulting.com

November 10, 2010

Mr. Mitchell McCrea
Attorney
Baron & Budd P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219

**RE:   Biomarine Technologies, Inc.**

Dear Mr. McCrea;

I have developed an estimate of the lost income for Biomarine Technologies related to the BP Oil Spill. My analysis is attached. Note that the estimates are based on the following information which was provided to me by Biomarine Technologies:

1. Executive Business Summary dated July 4, 2009
2. Budget Analysis dated March 9, 2010 and related assumptions
3. Latest unaudited Financial Statement
4. Audited Financial Statements for 2005, 2006 and nine months ending September 30, 2007
5. Confidential Pipe Teaser
6. Permit Letter from the Department of the Army dated June 23, 2008
7. Private Placement Memorandum dated March 1, 2010

The estimate for lost income was developed in three manners:

1. Best Case Scenario – This assumes that the cleanup will be completed within three years and public perception will be such that the oil spill will no longer affect seafood purchases. In this scenario, the lost income approximates $13,000,000. However, we know based on studies performed after Exxon Valdez that the environment will never be restored to its original state and that public perception to seafood harvested in that area lingers much longer than three years.

2. Worst Case Scenario – It is entirely likely that Biomarine Technologies will never be able to begin production and all future income will be lost. In this scenario, the long-term loss cannot be determined but considering ten years of production, the loss would approach $250,000,000.

BIOM-GMIT 0003616

Mitch McCrea
Page 2
November 10, 2010

3.  Most Likely Case – In this scenario, we assume that the environment will gradually
    return to a state that will support seafood farming and that public perception will
    eventually disregard the oil spill when determining eating patterns. After reviewing
    the effects of other similar situations, I have estimated that the production would be
    running at 88% of expected capacity by the end of seven years. Using these
    assumptions, the loss approximates $125,000,000.

All three estimates include projected income lost as well as expenses and avoided expenses
based on reduced production.

If you have any questions regarding the methodology used or would like to discuss the
calculations further, please contact me at 214/546-8292.

Sincerely,

Deb Herod, RHU
President

BIOM-GMIT 0003617

Biomarine Technologies
Loss of Income Projections
*Anticipated Loss*

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | |
|---|---|---|---|---|---|---|---|---|
| Income Projections | $0 | $18,477,170 | $44,623,729 | $84,463,256 | $96,034,840 | $98,984,887 | $98,984,887 | |
| **Expenses** | | | | | | | | |
| Initial Material and Supplies | $198,000 | $60,000 | $0 | $0 | $0 | $0 | $0 | |
| Livestock – Fingerlings | $125,898 | $279,774 | $503,593 | $983,095 | $1,117,153 | $1,088,010 | $1,088,010 | |
| Food – Peletized Food | $584,168 | $3,131,678 | $7,559,587 | $14,184,698 | $17,107,346 | $17,975,228 | $19,053,742 | |
| Environmental Monitoring Costs | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | |
| Water | $36,000 | $46,800 | $60,840 | $79,092 | $102,820 | $133,665 | $173,765 | |
| Electricity | $24,000 | $31,200 | $40,560 | $52,728 | $68,546 | $89,110 | $115,843 | |
| Fuel | $60,000 | $78,000 | $101,400 | $131,820 | $171,366 | $222,776 | $289,609 | |
| Chemical and Supplies | $24,000 | $24,000 | $111,559 | $211,158 | $240,087 | $247,462 | $247,462 | |
| Harvest, Packing and Transfer | $0 | $246,201 | $246,201 | $560,667 | $1,054,509 | $1,199,795 | $1,231,279 | |
| Repairs & Maintenance/Replacement | $20,000 | $30,000 | $40,000 | $50,000 | $60,000 | $70,000 | $80,000 | |
| Operating Contingencies | $100,000 | $184,772 | $446,237 | $844,633 | $960,348 | $989,849 | $989,849 | |
| Labor | $461,235 | $810,830 | $1,056,330 | $1,786,740 | $2,371,650 | $2,921,640 | $2,921,640 | |
| Marketing | $73,000 | $277,272 | $566,487 | $1,000,958 | $1,163,571 | $1,254,038 | $1,333,295 | |
| Salaries | $1,031,595 | $1,353,150 | $1,580,130 | $1,580,130 | $1,580,130 | $1,580,130 | $1,580,130 | |
| Insurance | $200,000 | $1,755,331 | $4,239,254 | $8,024,009 | $9,123,310 | $9,403,564 | $9,403,564 | |
| Depreciation | $673,060 | $372,060 | $873,060 | $973,060 | $1,033,060 | $1,033,060 | $973,060 | |
| Other | $773,890 | $1,215,162 | $1,733,377 | $2,408,369 | $2,613,275 | $2,775,557 | $2,878,578 | |
| Costs of Finance | $838,454 | $838,454 | $838,454 | $894,756 | $794,756 | $644,756 | $294,756 | |
| Profit sharing | ($528,330) | $728,149 | $2,456,666 | $5,063,734 | $5,641,291 | $5,729,625 | $5,627,030 | |
| Income tax | $0 | $0 | $1,368,472 | $15,950,763 | $17,770,067 | $18,048,318 | $17,725,146 | |
| Total | $4,754,970 | $11,522,833 | $23,882,207 | $54,840,410 | $63,033,285 | $65,466,583 | $66,066,758 | |
| New Projected Income | $0 | $923,859 | $6,693,559 | $29,562,140 | $52,819,162 | $71,764,043 | $86,611,776 | |
| Avoided Expenses | $2,380,191 | $6,959,146 | $12,710,411 | $17,750,000 | $14,675,383 | $9,522,358 | $4,493,763 | |
| New Projected Expenses | $2,374,779 | $4,563,687 | $11,171,796 | $37,090,410 | $48,357,902 | $55,944,225 | $61,572,995 | |
| Loss | ($2,380,191) | $10,594,165 | $25,219,758 | $37,151,117 | $28,540,295 | $17,698,486 | $7,879,348 | $124,702,979 |
| | | | | | | | | $125,000,000 |
| **% Capacity** | | | | | | | | |
| Environment | 0% | 10% | 30% | 50% | 70% | 85% | 95% | |
| Mental | 0% | 0% | 0% | 20% | 40% | 60% | 80% | |
| Composite | 0% | 5% | 15% | 35% | 55% | 73% | 88% | |

BIOM-GMIT 0003618