IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| This Document relates to: | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production Inc. et al.,* Case No. 2:13-cv -01286-CJB-DPC | * * * * * | |

### EX PARTE MOTION BY BP FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH BP'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal: (1) Exhibits 2, 4, 5, 6, 7, 8, 13, 15, 16, 17, and 18  (the "Confidential Exhibits") to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion"), which is being filed contemporaneously herewith, and (2) references to or quotes of provisions of the Confidential Exhibits in (i) the Motion, and (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment ("SOF"), which is being filed contemporaneously herewith.

Federal Rule of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters.  Pretrial Order No. 13 (MDL No. 2179, Rec. Doc. 641) ("PTO 13"), entered on November 2, 2010, provides that confidential information "will be filed under seal."  PTO 13, ¶ 8.B.  In addition, the Court's Order [Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property

Damages Settlement Agreement] (MDL No. 2179, Rec. Doc. 6822), entered on June 29, 2012 ("June 29, 2012 Order"), provides that "all claim files and claims-related materials and data submitted to the Gulf Coast Claims Facility . . . [are] deemed 'confidential' under Pre-Trial Order No. 13 . . . ." June 29, 2012 Order ¶ 2.

The Confidential Exhibits and references to or quotes from the Confidential Exhibits in the Motion and SOF include Plaintiffs' sensitive financial, tax, and business information. Moreover, Exhibits 2, 4, 5, 6, and 7 are "claim-related materials and data submitted to the Gulf Coast Claims Facility." Therefore, the Confidential Exhibits should be sealed pursuant to PTO 13 and the June 29, 2012 Order.

WHEREFORE, BP respectfully prays the Court for an Order that the Confidential Exhibits and the portions of the Motion and SOF referencing or quoting the Confidential Exhibits be filed under seal.

| | |
|---|---|
| April 29, 2021 | Respectfully submitted, |

/s/ Devin C. Reid
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2021.

*/s/ Devin C. Reid*
Devin C. Reid