## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** *Valdivieso v. Southern Cat, Inc., Eastern Research Group, Inc., BP Plc, BP Products North America Inc. and BP America Inc.* 2:12-cv-02004 | * | **MAG. JUDGE CURRAULT** |
| | * | |
| | * | |

## BP'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to this Court's directive at the status conference on April 8, 2021, Defendants BP Products North America Inc. and BP America Inc. (together, "BP") hereby move pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings on Sergio Valdivieso's claims against BP because he has released his exposure claims pursuant to the Medical Benefits Class Action Settlement Agreement (the "MSA") and fails to state any other claim against BP. In further support, BP submits the accompanying Memorandum in Support of Its Motion for Judgment on the Pleadings, which is fully incorporated by reference herein.

*[Remainder of the page intentionally left blank]*

DATED:  April 29, 2021

Respectfully submitted,

*/s/ Devin C. Reid*
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(martin.roth@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
Catherine L. Fitzpatrick
(catherine.fitzpatrick@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Products North America Inc. and BP America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing BP'S MOTION FOR JUDGMENT ON THE PLEADINGS has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2021.

*Devin C. Reid* _____