# Exhibit B

MDL 2179 Remaining B3 Plaintiffs Not Matched to Valid MSA Opt Out
**Highly Confidential**
2018.05.09 -- Updated with full SSN data 2018.05.23
*Plaintiff data taken from PTO 63 submissions (except for green-shaded data that was missing from PTO 63 submissions and taken from SFJs or other sources).*

| Plaintiff Name | EDLA Case Number | SSN/TID | SPC ID (if found) | Class Membership (if established) | Overall Case Status/Findings | Current Mailing Address | City | State | ZIP | DOB | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Valdivieso, Sergio | 12-02004 | | SPC0009645 | Did not file claim (POCF); confirmed CUW | DDF Only | | | | | | The Lanier Law Firm P.C. |









