UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| ***Applies to:*** | * | **JUDGE BARBIER** |
| ***No. 12-2004, Valdivieso v. Southern Cat, Inc., et al.*** | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is BP's Motion for Judgment on the Pleadings against Sergio Valdivieso's claims. (Rec. Doc. 27080). As set forth in the Court's Minute Entry from the April 8, 2021 status conference (Rec. Doc. 27033), any response by Valdivieso shall be filed by no later than Thurs., May 13, 2021, and any reply by BP shall be filed by no later than Thurs., May 20, 2021.

New Orleans, Louisiana, this 30th day of April, 2021.

_____
United States District Judge