UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 13-01286, Gulf Marine Institute of Technology and Bio Marine Technologies, Inc. v. BP America Prod. Co., et al.* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is BP's Motion for Summary Judgment against the claims by Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (Rec. Doc. 27078). In accordance with the briefing schedule in Pretrial Order No. 69 § II(C),

IT IS ORDERED that any response to BP's motion (Rec. Doc. 27078) shall be filed by no later than <u>Mon., May 31, 2021</u>. BP's reply in support of its motion shall be filed within <u>14 days</u> from the date the response brief is filed.

New Orleans, Louisiana, this 30th day of April, 2021.

_____
United States District Judge