UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | **Judge Barbier**<br><br>**Magistrate Judge Donna Phillips Currault** |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR | | | | |
|---|---|---|---|---|
| STATUS REPORT NO. | 22 | DATE | MAY 1, 2021 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| **This Document Relates To:** *No. 15-4143, 15-4146 & 15-4654* | Judge Carl Barbier<br><br>Magistrate Judge Donna Phillips Currault |

### STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR STATUS REPORT NO. 22 FOR MAY 1, 2021

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

### I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

#### A. Overview

**Old and New Classes**

At this juncture fewer than 200 claims remain in outreach across the three distribution tracks; these claimants or their attorneys are currently working to provide final, missing documentation. Reissuance of payments also continues as wind-down for this matter begins.

#### B. Distribution Processing

**COVID-19 Impact**

Internally, there is no current effect from COVID-19 in terms of document handling, distribution timelines, or contact center functions. However, the Settlements Program has

observed delays in receiving follow up on some outreach claims due to law firms, bankruptcy courts, local courts, and local government agencies not functioning at full capacity as a result of continued COVID-19 restrictions, thus delaying documentation submissions.

**Outstanding Old and New Class Distributions**

The Settlements Program combined efforts related to the three unique distribution tracks in conducting outreach to the population of claimants with payment deficiencies last quarter; these activities have continued as noted below:

1. Completing outreach and follow up on payment deficiencies for the 160 claimants with third-party claims/liens that remain an issue, bankruptcy follow up, or decedent/dissolved business issues; and

2. Updating addresses and processing reissue requests for uncashed and undeliverable checks upon request.

All Court Review Requests have been determined by the Court. No further Court Review Requests are anticipated.

The Old and New Class distribution payments should be wrapping up in Summer 2021 as the remaining 160 claimants' payment documentation issues are resolved. While payment activity continues, steps to initiate preparations for escheatment have begun. Escheatment may occur as early as the last half of 2021.

**2020 IRS Forms 1099**

The Settlements Program continues to provide amended 2020 IRS Forms 1099 to Class members upon request and provide updates to the IRS.

**II.   CONCLUSION**

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

                                                /s/ Patrick A. Juneau
                                               PATRICK A. JUNEAU
                                               OLD & NEW CLASS CLAIMS ADMINISTRATOR