# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-30034

---

A True Copy
Certified order issued May 04, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Hillard Doucet,

    *Plaintiff—Appellant*,

versus

Danos and Curole Staffing, L.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-67

---

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of May 4, 2021, for want of prosecution. The appellant failed to timely file record excerpts.

No. 21-30034

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT