# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 04, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 21-30034    Doucet v. Danos and Curole
                            USDC No. 2:10-MD-2179
                            USDC No. 2:12-CV-67

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Allison G. Lopez, Deputy Clerk
                               504-310-7702

cc w/encl:
    Mr. Sean Patrick Brady
    Mr. Brandon Charles Briscoe
    Mr. Harold J. Flanagan
    Mr. George W. Hicks Jr.
    Mr. Andre P. LaPlace I
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid