# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-30156

---

ALLSTAR PIPE SERVICES, INCORPORATED,

*Plaintiff—Appellant,*

versus

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN, LIMITED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INCORPORATED; SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INCORPORATED,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:13-CV-1658

---

**A True Copy**
Certified order issued May 04, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 4, 2021, for want of prosecution. The appellant failed to timely comply with the Court's notice of March 30, 2021.

No. 21-30156

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2