# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 04, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30156    Allstar Pipe Services v. BP Expl
                           USDC No. 2:10-MD-2179
                           USDC No. 2:13-CV-1658

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Allstar Pipe Services, Incorporated
    Mr. George W. Hicks Jr.
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid