# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 4, 2021
Lyle W. Cayce
Clerk

No. 20-30791

In re: Deepwater Horizon

Raymond J. Merchant,

*Plaintiff—Appellant*,

*versus*

BP Deepwater Horizon Claim Center,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:15-CV-4290

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 04, 2021, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Certified as a true copy and issued
as the mandate on **May 04, 2021**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit