# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 04, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30791    Merchant v. BP Deepwater Horizon Claim Ctr
                            USDC No. 2:10-MD-2179
                            USDC No. 2:15-CV-4290

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk
                            504-310-7772

cc w/encl:
    Mr. Raymond J. Merchant
    Ms. Kathryn Munson
    Mr. Richard C. Stanley