UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 15-6130, City of Daphne v. BP, plc, et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

On March 15, 2021, the Court ordered the City of Daphne, Alabama to show cause why its claims should not be dismissed for the reasons expressed in certain prior rulings in this MDL. (Rec. Doc. 26985). The City and BP each filed response briefs (Rec. Docs. 27023, 27052), and the Court has the matter under advisement. Yesterday, counsel for BP informed chambers that the City and BP have tentatively settled their dispute. In light of this,

**IT IS ORDERED** that the Court **DEFERS** ruling on the Order to Show Cause (Rec. Doc. 26985) for thirty days to allow the parties to finalize their settlement and file a stipulated dismissal or motion to voluntarily dismiss the City's lawsuit.

New Orleans, Louisiana, this 7th day of May, 2021.

_____
United States District Judge