# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** |
| | | **SECTION J(2)** |
| | * | |
| This Document relates to: | * * | **JUDGE BARBIER** |
| | * | **MAGISTRATE JUDGE CURRAULT** |
| *Loggerhead Holdings, Inc. v. BP p.l.c., et al.,* Case No. 16-cv-05952 | * * | |

---

**<u>DECLARATION OF ASHLEY E. LITTLEFIELD</u>**
**<u>IN SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT</u>**

I, Ashley E. Littlefield, declare as follows:

1.      I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action.  I am a member of good standing of the Bar of the State of California.

2.      I respectfully submit this Declaration in Support of BP's Motion for Summary Judgment.  The statements in this declaration are based on my personal knowledge.  If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of John Dixon's deposition in his individual capacity on February 19, 2021.

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition on February 26, 2021.

5.      Attached hereto as Exhibit C is a true and correct copy of a brochure depicting Plaintiff's 2009–2010 itineraries as it appeared on Plaintiff's website on January 13, 2010,

available at https://web.archive.org/web/20100113150908/http://www.nektoncruises.com/LinkClick.aspx?fileticket=Ou8DfGxop1s%3D&tabid=36 (last visited: May 10, 2021), which was marked as Exhibit 2 during John Dixon's deposition.

6.      Attached hereto as Exhibit D is a true and correct copy of a United States Customs and Border Protection Form 3171 signed by John Dixon on April 30, 2010, which Plaintiff produced to BP during its deposition on February 26, 2021, and which was marked as Exhibit 21 during Plaintiff's deposition.

7.      Attached hereto as Exhibit E is a true and correct copy of a National Oceanic and Atmospheric Administration ("NOAA") document titled "Deepwater Horizon MC252 Loop Current Location Relative to Oil Slick," dated July 15, 2010, available at https://response.restoration.noaa.gov/sites/default/files/Loopcurrent_2010-07-15.pdf (last visited May 10, 2021), which was marked as Exhibit 30 during Plaintiff's deposition.

8.      Attached hereto as Exhibit F is a true and correct copy of a NOAA document estimating the location of oil on May 1, 2010 at 1800 CDT, available at https://response.restoration.noaa.gov/sites/default/files/N-Shore24_2010-04-30_2100.pdf (last visited May 10, 2021), which was marked as Exhibit 24 during Plaintiff's deposition.

9.      Attached hereto as Exhibit G is a true and correct copy of a document from NOAA's Environmental Response Management Application ("ERMA"), forecasting the location of oil on May 1, 2010 at 1800 CDT, available at https://erma.noaa.gov/gulfofmexico?#/layers=3+31937&x=-89.48747&y=27.92566&z=6.1&panel=layer (last visited May 10, 2021), which was marked as Exhibit 25 during Plaintiff's deposition.

10.      Attached hereto as Exhibit H is a true and correct copy of an ERMA document, forecasting the location of oil on May 2, 2010 at 2100 CDT, available at

https://erma.noaa.gov/gulfofmexico?#/layers=3+31935&x=-89.48747&y=27.92566&z=6.1&

panel=layer (last visited May 10, 2021), which was marked as Exhibit 27 during Plaintiff's

deposition.

11.     Attached hereto as Exhibit I is a true and correct copy of a NOAA document,

estimating the location of oil on May 3, 2010 at 0600 CDT, available at

https://response.restoration.noaa.gov/sites/default/files/N-Shore24_2010-05-02_1200.pdf   (last

visited May 10, 2021), which was marked as Exhibit 26 during Plaintiff's deposition.

12.     Attached hereto as Exhibit J is a true and correct copy of the homepage of Nekton

Diving Cruises, LLC's website, dated June 5, 2010, available at

https://web.archive.org/web/20100605170605/http://www.nektoncruises.com/   (last visited

May 10, 2021), which was marked as Exhibit 7 during John Dixon's deposition.

13.     Attached hereto as Exhibit K is a true and correct copy of a discussion thread

titled "Nekton closes shop" from the website Scubaboard.com, available at

https://www.scubaboard.com/community/threads/nekton-closes-shop.335649   (last visited

May 10, 2021), which was marked as Exhibit 8 during John Dixon's deposition.

14.     Attached hereto as Exhibit L is a true and correct copy of Plaintiff's response to

Pretrial Order No. 64, MDL No. 2179, Rec. Doc. 22297, submitted to BP on April 4, 2017.

15.     Attached hereto as Exhibit M is a true and correct copy of Plaintiff's Designation

of Expert, submitted to BP on February 1, 2021 in response to Pretrial Order No. 69, MDL

No. 2179, Rec. Doc. 26709.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Francisco, California on this 10th day of May, 2021.

_Ashley E. Littlefield_
Ashley E. Littlefield