# Exhibit A

```
 1              JOHN DIXON - 2/19/2021

 2            UNITED STATES JUDICIAL PANEL
              ON MULTI-DISTRICT LITIGATION
 3                 WASHINGTON, DC

 4   LOGGERHEAD HOLDINGS,          )
     INC., ET AL.,                 )
 5                                 )
              Plaintiffs,          )
 6                                 )    MDL NO.
       v.                          )
 7                                 )    2:10-MD-02179
     BP AMERICA PRODUCTION         )
 8   COMPANY, INC., ET AL.,        )
                                   )
 9            Defendants.          )
     _____

10

11

12

13         REMOTE VIDEO DEPOSITION OF JOHN DIXON

14                  Key West, Florida

15            Friday, February 19, 2021

16

17

18

19

20

21

22   Reported by:

23   KIM A. McCANN, RMR, CRR, CSR

24   JOB NO. 189241

25
```

1                JOHN DIXON - 2/19/2021

2

3

4                      February 19, 2021

5                      9:11 a.m.

6

7           Video deposition of JOHN DIXON, held in

8  Key West, Florida, pursuant to the Federal Rules

9  of Civil Procedure before Kim A. McCann,

10 Registered Merit Reporter, Certified Realtime

11 Reporter and Certified Shorthand Reporter in and

12 for the State of Texas.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              JOHN DIXON - 2/19/2021

2   A P P E A R A N C E S:

3      BY: Caroline Adams, Esq.
          THE BUZBEE LAW FIRM
4         600 Travis Street
          Houston, Texas 77002
5         Counsel for Plaintiffs

6


7
          BY: Ashley Littlefield, Esq.
8              Christopher Keegan, Esq.
               Charles Brennan, Esq.
9         KIRKLAND & ELLIS
          555 California Street
10        San Francisco, California 94104
          Counsel for Defendants

11


12
    ALSO PRESENT:
13
          Kevin Marth, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              JOHN DIXON - 2/19/2021
 2   develop the idea and including design of the
 3   unique vessel, pursued financing, and ultimately
 4   realized the construction of the Nekton Pilot,
 5   the first vessel.
 6        Q.  And when you say realized
 7   construction, did you acquire the Nekton Pilot
 8   from somebody, or did you build it yourself?
 9   Tell me what you remember.
10        A.  So I did the design work and received
11   Coast Guard approval for the design.  It was the
12   first -- or I'm sorry -- the second SWATH
13   passenger vessel ever to be approved by the
14   Coast Guard.
15             And then once we had the approval, I
16   went and pursued financing, finally obtained
17   that, and I lived in Palatka, Florida, in a
18   trailer for almost two years and oversaw the
19   daily construction of the vessel.
20        Q.  When was the Nekton Pilot completed?
21        A.  Like 1994, I believe.  I think it
22   started in '92; finished in '94.
23        Q.  Okay.  So I think you mentioned that
24   Nekton Adventure Cruises, Inc. was formed around
25   1990.
```

1              JOHN DIXON - 2/19/2021

2              What was that entity doing to earn

3    revenue?

4         A.   It was not earning revenue at that

5    point.  It was an initial company I was using to

6    pursue financing.

7         Q.   When was the first time you earned

8    revenue from the Nekton Pilot, you being an

9    entity that you own?

10        A.   Nekton Pilot would be after it

11   finished construction in 1994.

12        Q.   Returning to Loggerhead.  What --

13   what are your responsibilities there now?

14        A.   You mean today?

15        Q.   Yes, today.

16        A.   I'm continuing to preserve and

17   maintain the Nekton vessels, engaged in pursuing

18   either additional short-term interim payments or

19   some sort of resolution with BP.  That's probably

20   the major responsibilities.

21        Q.   Today does Loggerhead Holdings or any

22   of its affiliated companies have any employees

23   other than you?

24        A.   No, ma'am.

25        Q.   Going back to the time of the spill,

1                    JOHN DIXON - 2/19/2021

2   so about April 2010, what were your

3   responsibilities at Loggerhead then?

4          A.  I was ultimately responsible, I

5   guess, for everything.  I was -- yeah, president.

6   Is that what you're asking?  I may not have

7   understood the question.  Could you maybe

8   rephrase the question?

9          Q.  Sure.  What was your title at

10  Loggerhead Holdings at the time of the spill?

11         A.  President.

12         Q.  And how would you have described your

13  role at Loggerhead Holdings at the time of the

14  spill?

15         A.  Generally responsible for the

16  operations of the business.

17         Q.  I think you mentioned a few minutes

18  ago that -- that Loggerhead Holdings was in the

19  niche cruise operating business -- or scuba --

20  let me try it again.

21              I think you mentioned that Loggerhead

22  Holdings was in the scuba cruise industry; is

23  that fair to say?

24         A.  Yes, ma'am.

25         Q.  Okay.  Was Loggerhead also involved

1             JOHN DIXON - 2/19/2021

2    in any other lines of business?

3             A.  Yes, ma'am.

4             Q.  What other lines of bus -- business

5    was Loggerhead involved in?

6             A.  We -- Loggerhead had also owned a

7    shipyard in Port St. Joe, Florida, that was

8    providing maintenance and support for the Nekton

9    vessels but also offered services to outside

10   third parties.  And Loggerhead also was a travel

11   agency that was captive for the cruise business.

12   It sold the cruise fares and sold the cruises,

13   did marketing but also it did airline

14   reservations and could act as a full-service

15   travel agency.

16            Q.  Other than running scuba cruises,

17   owning a shipyard and the work done at the

18   shipyard, and a travel agency, did Loggerhead and

19   its related businesses have any other lines of

20   business?

21            A.  Yes, ma'am, there was an engineering

22   service available through Swacat, it was

23   primarily focused on Nekton but was available and

24   did from time to time outside third-party work.

25   There was also a -- an -- an airplane that was

1          JOHN DIXON - 2/19/2021

2   used primarily for supporting logistics of the

3   cruise business and the shipyard.

4          There was a -- a service of

5   installing permanent reef moorings and repairing

6   reefs after vessels contact them.  And that --

7   that -- that's what I can think of right now.

8   There might be some other components of the

9   business.

10          Q.  Is it fair to say those other

11   components of the business were in support of the

12   scuba cruise portion of the business?

13          A.  Yes, ma'am.

14          Q.  Did any of the Loggerhead entities

15   own a fishing license?

16          A.  Yes.

17          Q.  Which ones?

18          A.  Nekton Diving Cruises.

19          Q.  -- do business --

20          (Audio dropped.)

21          A.  Primarily our guests were engaged

22   with scuba diving, but there might also be guests

23   onboard that were interested in -- in fishing

24   like reel and rod but also spear fishing.  So we

25   try to maintain that capability for our -- for

```
 1                 JOHN DIXON - 2/19/2021
 2   our guests.
 3          Q.  So your guests might fish while they
 4   were aboard your boats --
 5          A.  Yes, ma'am.
 6          Q.  -- is that right?
 7              Did any of the Loggerhead entities
 8   catch fish themselves and sell them for revenue?
 9          A.  We -- I -- I don't recall anything
10   like that.
11          Q.  Would you have considered any of the
12   Loggerhead Holdings entities be commercial
13   fishermen?
14          A.  Well, I -- yes, I do.
15          Q.  Which -- which one?
16          A.  My opinion the operations that we
17   engaged in were very similar to commercial
18   fishing.
19          Q.  Do you think the operations you
20   engaged in were similar to commercial fishing or
21   were commercial fishing?
22          A.  I'm not sure I understand your
23   question.
24          Q.  You said in your opinion the
25   operations that you engaged in were very similar
```

```
 1                 JOHN DIXON - 2/19/2021

 2   to commercial fishing.

 3               In what way were your operations very

 4   similar to commercial fishing?

 5        A.   Fishermen depend on a natural

 6   resource to be healthy and vibrant and have fish

 7   in the natural resource that can be pecken and

 8   eaten.  In much the same way our scuba diving

 9   activity depends on a healthy, natural shared

10   resource where our divers can actually enter the

11   water and enjoy looking at the fish and taking

12   pictures of them.

13               And so I feel like in the same way a

14   fisherman depends on a shared natural resource,

15   so did the livelihood of our seamen and our

16   maritime business.

17        Q.   Understood.  In your view your

18   business is dependent on the health of the

19   ecosystem, including the fish; is that fair?

20        A.   Yes, ma'am.

21        Q.   But you didn't actually derive

22   revenue directly from selling fish; correct?

23        A.   I guess I would disagree in that

24   we're not selling the destruction or death of the

25   fish, but we are selling the fish.  Our divers
```

```
 1                  JOHN DIXON - 2/19/2021

 2    would not be so interested to go diving if there

 3    weren't fish for them to see and to enjoy and

 4    take photos of.

 5          Q.  Have any of your entities ever sold a

 6    dead fish for revenue?

 7          A.  I -- I don't recall if that ever

 8    happened.  And we're -- a lot of years we're

 9    talking about.

10          Q.  Have any of your entities ever sold a

11    live fish for consumption?

12          A.  I'd have to -- I don't recall.  I

13    have to really try to think back.  Sold a live

14    fish for consumption?

15          Q.  Fishing was not a primary portion of

16    any of your businesses; correct?

17          A.  Well, no, I -- I thought I said

18    earlier that it was.  It was an important feature

19    that we could offer our guests.

20          Q.  Maybe it would help if we defined

21    fishing.  What do you understand the word

22    "fishing" to mean?

23          A.  The -- define fishing.  There's spear

24    fishing and long-line fishing and net fishing.

25    There's a lot of different types of fishing, if
```

1              JOHN DIXON - 2/19/2021

2         Q.  Do you have an org chart that is

3    accurate as of today?

4         A.  It was provided to BP.  I'm not --

5    it's a vertical -- more of a vertical format.

6         Q.  And do you have an organizational

7    chart -- well, let me strike that.

8              Has your organizational structure

9    changed between the time of the spill and today?

10        A.  No.

11        Q.  Okay.  So you mentioned a moment ago

12   that you believe you've produced a vertical org

13   chart to BP that would be accurate as of today.

14             Is that same org chart accurate as of

15   the time of the spill?

16        A.  I'm looking at this chart, and I

17   guess I wouldn't want to say that it was not

18   accurate at the time of the spill.  It's just

19   that Mother Ocean was inactive.

20        Q.  Okay.

21        A.  And, yeah, I think that's probably

22   the main -- so it's probably not -- other -- it's

23   probably accurate, other than Mother Ocean was

24   inactive, yes, ma'am.

25        Q.  Okay.  So Exhibit 1 accurately

1          JOHN DIXON - 2/19/2021

2   reflects the business's structure at the time of

3   the spill, except that Mother Ocean was inactive?

4          A.  I believe -- I think that's correct.

5   Let me look at it -- can you hang on one second,

6   please?

7          Q.  Sure.  And let me know if you'd like

8   me to zoom in on any portion.

9          A.  Are you -- are you able to make it

10  just a -- like a little larger so I can read the

11  writing, Ms. Littlefield?  Yeah, thank you.

12          (Witness reviewing document.)

13          A.  Well, Ms. Littlefield, I've had a

14  better chance to look at it.  Could you rephrase

15  the question or ask it again, please?

16          Q.  Sure.  How did the business structure

17  at the time of the spill differ from this org

18  chart, if at all?

19          A.  I think the main issue was

20  Mother Ocean was inactive, so I'm not sure I

21  would have continued that in the org chart.  But

22  it's -- I think that's the only -- yeah, looks

23  like the only difference.

24          Q.  Okay.  We're going to walk through

25  these entities, so if you see anything else here

```
 1                 JOHN DIXON - 2/19/2021
 2     that it turns out was different at the time of
 3     the spill, please just let me know that.  Okay?
 4          A.  I appreciate that.  Thank you.
 5          Q.  Okay.  So starting with
 6     Loggerhead Holdings, Inc. here in the middle.  It
 7     says in the description "Owns building in
 8     Fort Lauderdale and all companies below."
 9              Is that an accurate description of
10     Loggerhead Holdings, Inc.?
11          A.  Yes, ma'am, I believe so.
12          Q.  Is there anything else you would add
13     to that description to make it more complete or
14     accurate?
15          A.  I can't think of anything right now.
16          Q.  What was the building that it owned
17     in Fort Lauderdale?
18          A.  In what sense are you asking -- yes,
19     it owned a building in Fort Lauderdale, yes,
20     ma'am.
21          Q.  What kind of building?
22          A.  A 3,000-square-foot free-standing
23     two-story concrete block all -- construction with
24     concrete prestressed roofs.  It was a, you know,
25     really, yeah, excellent building located
```

```
 1              JOHN DIXON - 2/19/2021
 2   immediately outside of Port Everglades.
 3          Q.  What was it used for?
 4          A.  It housed all the reservations and
 5   logistics operations for Nekton Diving Cruises.
 6          Q.  Does Loggerhead Holdings still own
 7   that building?
 8          A.  No, ma'am.
 9          Q.  When did Loggerhead Holdings dispose
10   of that building?
11          A.  It was foreclosed in 2012.
12          Q.  Was there a foreclosure sale?
13          A.  In -- in what way are you asking?
14   Sorry.
15              MS. LITTLEFIELD:  Ms. Adams, were
16       you -- were you saying something?
17              MS. ADAMS:  Oh, I was going to wait
18       for you to finish this line of question.
19       But I wanted to see if we could get an
20       agreement because this is basically topic 1
21       for Mr. -- for Loggerhead Holdings as the
22       corporate rep.
23              Can we get an agreement that he's
24       answering this individually and on behalf
25       of the corporation?
```

1                   JOHN DIXON - 2/19/2021

2          A.   Loggerhead and probably --

3          Q.   Did you generate -- pardon me.   I

4    think I spoke over you.   So I had asked, "For

5    which entities did you generate P&Ls?"   And I

6    believe you said, "Loggerhead and probably --"

7               Were there other entities for which

8    you generated P&Ls besides Loggerhead Holdings,

9    Inc.?

10         A.   Yeah, probably all the -- all the

11   different business units that made up Loggerhead.

12   I think we kept different P&Ls for each one.

13         Q.   When you say "business units," what

14   do you mean?

15         A.   The shipyard, the scuba operation,

16   the company -- the -- the boats, the boatyard,

17   the reservations office, the engineering

18   business, and the aviation business.

19         Q.   So when you say that -- that all the

20   entities -- well, strike that.

21              Let's go to Nekton Diving Cruises.

22   Sorry.   Nekton Diving Cruises, LLC, it says here

23   that that was an operating company for scuba

24   cruises.

25              Is that an accurate and complete

```
1              JOHN DIXON - 2/19/2021
2    description of Nekton Diving Cruises, LLC?
3         A.  Yes, ma'am.
4         Q.  Okay.  Did Nekton Diving Cruises, LLC
5    generate revenue?
6         A.  I sent to the IRS, it -- it was
7    Loggerhead that we filed the tax return under.
8         Q.  Yeah, let me clarify.  So I'm not
9    asking from a tax perspective, as I understand
10   you did the Q election for all of these.  I'm
11   asking did it have gross sales, gross receipts,
12   was there money coming in to Nekton Diving
13   Cruises, LLC in some way.  So let me ask that
14   question again.
15              Did Nekton Diving Cruises, LLC have
16   direct income of some type?
17        A.  You know, I -- it -- it went from
18   first if the passenger paid money, it went to --
19   in a way it went to Shoreside Travel but it was,
20   you know, all immediately part of Loggerhead.  At
21   that point it's -- it's a sub -- sub of
22   Loggerhead but Loggerhead filing the tax return.
23        Q.  Did -- did Loggerhead Holding, Inc.
24   have a bank account?
25        A.  Yes, ma'am.
```

```
1              JOHN DIXON - 2/19/2021
2   Loggerhead as -- because Loggerhead was the
3   parent and was the ultimate tax return entity
4   that recognized revenue, and then it might also
5   transfer money to -- to Nekton directly.
6        Q.  And why would it transfer money to
7   Nekton directly?
8        A.  For expenses, for payroll, fuel,
9   operating expenses from the books.
10       Q.  And when you've been saying Nekton
11  here, you mean Nekton Diving Cruises, LLC?
12       A.  Yes, ma'am.
13       Q.  If you're to repair the Nekton Pilot,
14  which entities would pay the costs of that
15  repair?
16       A.  So what are you -- are you asking if
17  we repaired it in our shipyard?
18       Q.  Yes.
19       A.  So that would be Gulf County
20  Shipbuilding.
21       Q.  Gulf County Shipbuilding would do the
22  repairs or would pay for the repair?
23       A.  Gulf County Shipbuilding would have
24  both people that would do the work as well as it
25  would buy parts, material.  You know, whatever
```

```
 1                 JOHN DIXON - 2/19/2021
 2   that repair needed, Gulf County Shipbuilding
 3   would buy those parts.
 4        Q.   Okay.  And so if a -- parts would
 5   come from Gulf County Shipbuilding, Inc.'s bank
 6   account?
 7        A.   Yes, ma'am.
 8        Q.   Which entity owned the Nekton Pilot?
 9        A.   NP Leasing, Inc.
10        Q.   And who did the Nekton Pilot lease --
11   strike that.
12             Who did NP Leasing, Inc. lease the
13   Nekton Pilot to?
14        A.   Nekton Diving Cruises, LLC.
15        Q.   Did Loggerhead Holdings, Inc. own or
16   lease the Nekton Pilot?
17        A.   It owned NP Leasing hundred percent,
18   so it was a controlling owner of the Nekton
19   Pilot.
20        Q.   NP Leasing, Inc. owned the Nekton
21   Pilot; correct?
22        A.   Yes, ma'am.
23        Q.   NP Leasing, Inc. leased the Nekton
24   Pilot to Nekton Diving Cruises, LLC; correct?
25        A.   Yes, ma'am.
```

1                JOHN DIXON - 2/19/2021

2          Q.  Sure.  Loggerhead Holdings, Inc. is

3    not party to any lease agreement to lease the

4    Nekton Pilot; correct?

5          A.  I'm -- I'm not -- I'm not sure if

6    it's -- are you asking if it's not named in the

7    lease agreement?

8          Q.  Is there a lease agreement between

9    Nekton Diving Cruises, LLC and NP Leasing, Inc.

10   through which Nekton Diving Cruises, LLC leased

11   the Nekton Pilot?

12         A.  Yes, ma'am.  I just -- I'd have to --

13   yeah.

14         Q.  Is there also such an agreement for

15   Loggerhead Holdings to lease the Nekton Pilot

16   from NP Leasing, Inc.?

17         A.  No, ma'am.

18         Q.  Which entity owns the Nekton Ror --

19   is -- is it Rorqual?  Or how do you pronounce

20   that?

21         A.  Yes, ma'am, that's it exactly, Nekton

22   Rorqual.

23         Q.  Rorqual.  Okay.  I've read it many

24   times but never said it out loud.

25              Which entity owns the Nekton Rorqual?

1              JOHN DIXON - 2/19/2021

2          A.  NR Holding, Inc.

3          Q.  Did any entities lease the Nekton

4     Rorqual?

5          A.  Yes, ma'am.

6          Q.  Which entities leased the Nekton

7     Rorqual?

8          A.  Nekton Diving Cruises, LLC.

9          Q.  Did any other entities lease the

10    Nekton Rorqual?

11         A.  I don't recall.  There may have been

12    charters that we did a airboat charter for and

13    this might apply to the Pilot as well.  I -- I

14    don't recall but it's possible that over the two

15    decades of operation, we may have done a airboat

16    charter, which would be effectively a direct

17    lease of the vessel.

18         Q.  And in those instances, would that be

19    a lease of the vessel to a third party?

20         A.  Yes, ma'am.

21         Q.  Okay.  So NR Holdings, Inc. leased

22    the Nekton Rorqual to Nekton Diving Cruises, LLC;

23    correct?

24         A.  Yes, ma'am.

25         Q.  Did any other entities on this org

Page 54

```
 1              JOHN DIXON - 2/19/2021
 2      having a technical difficulty, so why don't
 3      we go off the record and pause the video,
 4      please.
 5              THE VIDEOGRAPHER:  Going off the
 6      record at 10:32 a.m.
 7              (Break from 10:32 a.m. to 10:34 a.m.)
 8              THE VIDEOGRAPHER:  We are back on
 9      the record at 10:34 a.m.
10          Q.  (BY MS. LITTLEFIELD)  Mr. Dixon, you
11   had just told me that Shipyard Holdings, Inc.
12   leases the 15 -- strike that.
13              You had just told me that Shipyard
14   Holdings, Inc. leased the 1550 Old Dynamite Dock
15   Road property to Port St. Joe Boatworks & Dry
16   Storage, Inc.; is that correct?
17          A.  Yes, ma'am.
18          Q.  Did it lease that property to any
19   other entities on this org chart?
20          A.  No, ma'am.
21          Q.  Approximately how far is the 1550 Old
22   Dynamite Dock Road from the shoreline?
23          A.  Well, it's on the Gulf County Canal,
24   immediately on the canal, so it has shoreline as
25   part of the property.
```

```
1              JOHN DIXON - 2/19/2021
2         Q.  Understood.  How far is that property
3    from the nearest ocean or bay?
4         A.  Okay.  Yeah, so we're located up the
5    Gulf County Canal -- I don't know if we have a
6    Google -- I'm guessing, I think it's like 5
7    miles, 4 miles.  And that leads to the St. Joe
8    Bay, which then leads to the Gulf of Mexico.
9         Q.  I admit to not being very familiar
10   with Florida geography so pardon me.  Is which --
11   which coast is Fort Lauderdale on or border?
12        A.  I'm sorry.  The screen flashed and
13   you broke up, Ms. Littlefield.  Can you -- can
14   you say again?
15        Q.  Sure.  Which coast of Florida is
16   Fort Lauderdale on?
17        A.  On --
18        Q.  Oh, strike that.  This -- this
19   property is in Port St. Joe; correct?
20        A.  Correct, yes, ma'am.
21        Q.  Okay.  Hence my confusion.  I thought
22   this one was in Fort Lauderdale and I thought how
23   is that -- so we'll move on.  Okay.  So you can
24   still see Exhibit 1 org chart; correct?
25        A.  Yes, ma'am.
```

```
 1              JOHN DIXON - 2/19/2021
 2              MS. LITTLEFIELD:  Okay.  Hopefully
 3     everyone can see it now.  I hear some
 4     background speaking.
 5          Q.  So I've sent you a document that is
 6     titled "Nekton Diving Cruises 2009 to 2010
 7     Itineraries."
 8              MS. LITTLEFIELD:  Will the court
 9     reporter please mark this as Exhibit 2.
10              (Exhibit 2 was marked.)
11          Q.  Mr. Dixon, do you recognize this
12     document?
13          A.  I do, yes.
14          Q.  What is this?
15          A.  It looks like the detailed flier I
16     would typically hand out at a trade show of our
17     specific itineraries.
18          Q.  And who created this?
19          A.  Well, this is -- this is -- this
20     version looks a little different than what I'm
21     used to seeing.  Can you give me one minute,
22     please?
23          Q.  Sure.
24          A.  There's some images I don't think we
25     typically wire those.  We -- we have a marketing
```

```
1              JOHN DIXON - 2/19/2021

2    over the country.

3         Q.  Okay.  So in any even given year, you

4    might have ten or so of these handouts -- ten

5    versions of the handouts?

6         A.  Yeah, we might have used one for a

7    month or month and a half and so maybe two or

8    three trade shows.  But it would probably be more

9    than one, you know, release a year.

10         Q.  Okay.  And, again, we'll take a look,

11    but to the extent those have not already been

12    produced, we request that they be produced.

13              MS. ADAMS:  Okay.  Ms. Littlefield,

14         we're probably going to have to have an

15         agreement that -- and I'm going to do my

16         best -- but a written request for a

17         specific documents again.  Thank you.

18              MS. LITTLEFIELD:  Understood.  We

19         definitely will -- will exchange

20         correspondence with you on this after.

21         Just making a note.

22         Q.  Is it correct that the Nekton Rorqual

23    was built in 2001?

24         A.  Yes.  9/11 we were actually trying to

25    finish the vessel, and we had trouble getting
```

```
 1               JOHN DIXON - 2/19/2021
 2   inspectors because all the Coast Guard went into
 3   active, the centrals, yep.
 4        Q.  Has NR Holdings, Inc. owned the
 5   Rorqual since 2001?
 6        A.  Yes, ma'am.
 7        Q.  I think you mentioned earlier you
 8   paid 2.4 million for the Nekton Pilot; is that
 9   right?
10        A.  I think so, yes, ma'am, pretty close.
11        Q.  And how much did you pay for the
12   Nekton Rorqual when you first acquired it?
13        A.  Rorqual, it was like 2.8.  A little
14   more.
15        Q.  When you say "a little more," you
16   mean it was a little more than the Nekton Pilot
17   was?
18        A.  Yes, ma'am.
19        Q.  It looks like the Nekton Rorqual was
20   also refit in 2008; is that right?
21        A.  Yes, ma'am.
22        Q.  Approximately how long did that 2008
23   Rorqual take?
24        A.  I'd want to look at the schedule
25   handed out, but that would be normally, you know,
```

```
 1                    JOHN DIXON - 2/19/2021
 2     underwater inspection new with dry-docking.  So
 3     she would have to dry-dock no more than every two
 4     years, where the Pilot was an older vessel and so
 5     she had to dry-dock every year.  So the Pilot was
 6     at an age where it needed more refit work than
 7     the Rorqual.
 8          Q.  Just to be clear, the dry-docking was
 9     for the inspection itself or for repairs?
10          A.  Both.  You wouldn't normally dry-dock
11     the vessel without doing, you know, maintenance
12     and repair.  You could only do it when she was
13     out of the water and dry-docked.
14          Q.  When you needed to dry-dock the
15     vessels for inspection or repair, where did you
16     dry-dock them?
17          A.  Gulf County Shipbuilding in
18     Port St. Joe, Florida, in the Gulf -- Gulf of
19     Mexico.
20          Q.  And that's one of the Loggerhead
21     entities; correct?
22          A.  Yes, ma'am.
23          Q.  And that Gulf County Shipbuilding had
24     enough space to dry-dock both boats at once?
25          A.  It did.  A thousand-foot rail, a
```

```
1                    JOHN DIXON - 2/19/2021
2      start of the Media No. 3.  We're back on
3      the record.
4           Q.  (BY MS. LITTLEFIELD)  You understand
5   you're still under oath?
6           A.  Yes, ma'am.
7           Q.  Okay.  I'm going to take us now to a
8   specific point in time, the time of the spill, so
9   April 20, 2010.
10               At that time was the Nekton Pilot
11  dry-docked?
12          A.  Yes, ma'am, the Nekton Pilot was
13  dry-docked.
14          Q.  Was it dry-docked for repair?
15          A.  Yes, ma'am, refit/repair.
16          Q.  Sorry.  Did you say refit/repair?
17          A.  Correct.
18          Q.  When did you first -- strike that.
19               How long had the Pilot been
20  dry-docked at the time of the spill?
21          A.  She came into the yard October into
22  November.  I think we hauled her out in November.
23          Q.  Of 2009?
24          A.  Yes, ma'am, correct.
25          Q.  And when was her last trip before you
```

```
1                  JOHN DIXON - 2/19/2021
2    moved her into dry-dock in approximately 2009?
3         A.  Yeah, it was in -- sometime in
4    October to -- we had that -- again, I think
5    there's a schedule that's been submitted that
6    maybe we can refer to -- but it -- it was like
7    September, October was that last trip.
8         Q.  And why -- what kinds of -- strike
9    that.
10             Why did you bring her in for repair?
11        A.  Extended refit.  We -- we were in a
12   way a seasonal business.  We ran year round for
13   the most part, but our real bread and butter was
14   our summer itineraries.  And so our winter
15   itineraries was to keep the boats busy, keep the
16   crews trained, keep the crews experienced
17   together.
18             And so that winter we had decided for
19   the first time to do an extended winter refit for
20   the Pilot to test that -- or because of the
21   seasonality and to give us more time to do the
22   refit.
23        Q.  When is the summer season for your
24   business?  What month?
25        A.  Getting into June, July, August,
```

1                  JOHN DIXON - 2/19/2021

2    September is our real highest revenue, highest

3    yield months.

4         Q.  And when are the -- when's the winter

5    season for your business?

6         A.  The rest of the year.

7         Q.  So you mentioned a moment ago that

8    you decided that winter to do an extended winter

9    refit for seasonality.

10             When did you make that decision to

11   dry-dock the Pilot?

12        A.  Probably summer.  I mean, I would

13   imagine the summer 2009 in order to manage the

14   bookings to open that up.

15        Q.  Did you have to cancel already

16   planned trips to accommodate the -- the repair?

17        A.  We would -- I don't think we canceled

18   anybody.  We may have had some folks that we

19   encouraged or offered to switch to the Rorqual to

20   clear that schedule.

21        Q.  Did you cancel any planned

22   itineraries for the Pilot due to the repair?

23        A.  We -- depending on how far you go

24   back, I don't think we had planned to do that

25   refit years in advance.  It was probably sometime

1               JOHN DIXON - 2/19/2021

2   that summer.  So there might have been schedules

3   I handed out in '08 or '07 that showed the Pilot

4   operating that winter.

5               So in that sense we may have canceled

6   the paper bookings, but then actual people that

7   we canceled was probably either zero or much

8   less -- or probably zero.

9         Q.  When you decided in approximately

10  summer 2009 to repair/refit the Pilot over the

11  winter season, approximately how long did you

12  expect that repair/refit to take?

13        A.  Well, there was really a testing that

14  seasonality, so we wouldn't really tend to bring

15  the Pilot back into service until the following

16  June when we had our peak summer months.  So we

17  were giving ourselves an extended amount of time

18  to do the refit.

19        Q.  So when the Pilot came out of the

20  water in November, you didn't anticipate putting

21  it back in the water until June 2010; is that

22  right?

23        A.  Yes ma'am, correct.

24        Q.  It sounds like you were taking it out

25  of the water both to do repairs and because you

```
1                 JOHN DIXON - 2/19/2021
2         Q.   And you had about two more months to
3    go in the refit process at the time of the spill?
4         A.   Yes, ma'am.
5         Q.   And at the time of the spill, did you
6    still estimate that the refit process would be
7    complete in June 2010?
8         A.   Yes, ma'am.
9         Q.   Who was doing the refit work?
10        A.   My staff at the shipyard.
11        Q.   Was the refit ever completed?
12        A.   No, ma'am.
13        Q.   Why not?
14        A.   Because of the April 20th explosion
15   of the Deepwater Horizon and the oil -- release
16   of oil afterwards.
17        Q.   What day did you stop doing refit
18   work on the Pilot?
19        A.   Into May, probably late maybe into --
20   late May into June.  I think we had launched or
21   might have been -- might have been a little bit
22   later that summer.  But we -- we stopped the work
23   on the refit, but we did end up closing back up
24   the pontoons and launching the boat back into the
25   water.
```

```
                    JOHN DIXON - 2/19/2021
 1
 2   week to do so?
 3          A.  Yes.  Yeah.  Yep.
 4          Q.  At the -- we were talking earlier
 5   about the refit of the Nekton Pilot that was
 6   happening between late 2009 and mid 2010.
 7              Do you recall that discussion?
 8          A.  I -- yes.  Okay.
 9          Q.  We did -- we've diverted a little
10   bit, I just -- I'm coming back to that refit
11   discussion.  You had to -- you had to teach me
12   about dry-dock, so thank you for you that.
13              So going to April 2010, did you still
14   anticipate that the refit of the Nekton Pilot
15   would be complete in June 2010?
16          A.  Yes, ma'am.
17          Q.  At that time were you taking
18   reservations for a trip on the Nekton Pilot?
19          A.  We were probably not quite yet doing
20   that.  We were close to that but we were wanting
21   to build up the Rorqual capacity first, and our
22   peak season for bookings the summer is really May
23   into June.  So we hadn't gotten to the point yet
24   where we started opening up the Pilot for
25   reservations.
```

1                 JOHN DIXON - 2/19/2021

2        A.  Yes, ma'am.

3        Q.  Do you think that was still the value

4  of the Nekton Pilot at the time of the spill on

5  April 20th?

6        A.  Yes, ma'am.

7        Q.  I know that you didn't complete the

8  refit of the Nekton Pilot, but how much did you

9  spend on the refit that was completed?

10       A.  Are you asking how much we had spent

11  like in a dollar value at the time of the

12  Deepwater Horizon?

13       Q.  Yes.  And I can -- let -- I can

14  rephrase that.  So we talked earlier that you

15  started a refit project in about November 2009

16  that you anticipated lasting until June 2010;

17  correct?

18       A.  Yes, ma'am.

19       Q.  When you planned that project, did

20  you estimate the total cost of the refit?

21       A.  It wouldn't have necessarily been a

22  formal process because we do it every couple of

23  years.  So I think the numbers we talked about

24  earlier were probably pretty applicable.

25       Q.  I understood that you didn't go

1          JOHN DIXON - 2/19/2021

2    through a formal process.  But at any point in

3    planning a, you know, approximately eight-month

4    refit, did you estimate how much that it would

5    cost to do that?

6          A.  Informally in my mind, absolutely I

7    had an -- an idea.  I don't think there was a

8    document.  It's not -- because it's a small

9    business and I was living it for decades, I -- I

10   don't think we're going to find any sort of

11   formal planning document.

12         Q.  You said, "Informally in my mind,

13   absolutely I had an idea."  You mean you had an

14   idea how much it would cost to do this refit?

15         A.  Yes, ma'am.

16         Q.  What was that idea how much it would

17   cost?

18         A.  I mean, we had that normal refit of

19   the interior, the joiner, the carpets.  In

20   addition, the Pilot was at the age we were doing

21   some steel renewal, and we had to -- we also had

22   it in mind to do a rebuild the main entrance.

23         Q.  And approximately how much did you

24   believe that would cost?

25         A.  The -- the whole projected would have

1        JOHN DIXON - 2/19/2021

2   been 180.

3        Q.  And approximately how much of that

4   $180,000 had you spent by the time the refit was

5   paused?

6        A.  Again, approximate numbers, but

7   probably we'd spent 30 of that number.  But not

8   including the labor, this is just parts, the

9   labor was continuous through the winter.  And the

10  idea was the yard did the labor as when it was

11  not otherwise occupied.  Like, if there was some

12  direct labor for billable projects in the yard,

13  that was first priority.

14        The Pilot was basically the slack

15  work for when the -- instead of, you know,

16  reducing staff or laying someone off, we were

17  able to have that project for them through the --

18  through the winter.

19        Q.  When you said that you thought that

20  the Pilot refit would cost about $180,000, was

21  that parts only?

22        A.  Yes, ma'am.  Primarily parts, yeah.

23        Q.  And then when you said -- when you

24  paused the refit of the Nekton Pilot, you had

25  spent approximately $30,000, that was also parts?

1               JOHN DIXON - 2/19/2021

2          A.  Yes, ma'am.

3          Q.  So there were a significant amount of

4     cost in repairs left to be done when you paused

5     the refit?

6          A.  The -- not significant amount of

7     number of parts.  It was two pieces in

8     particular, which was to rebuild the main

9     engines.  They were removed from the boat, all

10    the harnesses, everything were tight.  They were

11    on skids, ready to go to the rapid rebuild

12    facility in Birmingham, Alabama, which is a

13    three-day turnaround.  So a day up there, three

14    days, and a day back, then we drop them into --

15    back into engine rooms and close up the pontoons

16    and launch the boat.

17         Q.  So the Nekton Pilot's engines needed

18    to be rebuilt?

19         A.  Well, we were -- we had elected to.

20    They didn't necessarily need to be, but we want

21    -- while we had that window of opportunity, we

22    thought let's -- let's go ahead and get the

23    rebuild done.

24         Q.  But you had not yet begun the

25    rebuild?

```
 1                 JOHN DIXON - 2/19/2021

 2         A.  They were out of the boat on skids,

 3  literally ready to have the truck pick up, and we

 4  were anticipating, you know, our May -- our

 5  normal May bookings and we would have pulled that

 6  trigger.  But because of what happened on

 7  April 20th, that trigger never got pulled.  That

 8  explains a big part of the outlay that hadn't

 9  been made yet.

10         Q.  At the time of the spill, the

11  Nekton Pilot didn't have an engine in it; is that

12  right?

13         A.  Have an engine in it?  I -- no, I

14  guess --

15         Q.  The engine had been removed; is that

16  right?

17         A.  Pretty sure, like, physically if it

18  had been removed on April 20th, let me think.  It

19  likely was in process, so exactly whether the

20  engines were in -- you know, I'm sure the

21  pontoons were opened up.  That's actually using a

22  cutting torch and prepping below, inside the

23  engine room.

24             And then there's, you know, crane

25  support in order -- it's a pretty large steel
```

```
 1              JOHN DIXON - 2/19/2021
 2   panel, and we open up the top of the pontoon to
 3   remove the engine.  So that -- I know that had
 4   been done.  But the exact date that we swung the
 5   engines out, if that was before or after
 6   April 20th, it's hard to recall.  They were
 7   out -- they were out -- you know what, I do know
 8   they were -- they were out because I was at the
 9   yard before OTC and May 2nd or just after
10   May 2nd, and they were out of the boat.  So I'm
11   pretty sure they were out by April 20th.
12          Q.  So at or around the time of the
13   spill, the Nekton Pilot's engines had been
14   removed so that they could be sent to Alabama for
15   repair; is that correct?
16          A.  I'm pretty sure they were,
17   yes, ma'am.  Yes.  Not repair, rebuild.
18          Q.  And approximately how much would it
19   cost to rebuild the Nekton Pilot's engines?
20          A.  It was about 60,000 each, if I
21   remember.  Somewhere in that -- 50 -- 50, 60.
22          Q.  And why hadn't you sent them to
23   Alabama yet?
24          A.  We were wanting to see our May
25   bookings.  Because part of that is the cycle of
```

```
                    JOHN DIXON - 2/19/2021
```

1    the revenue in cash is once the bookings start

2    being made, you have deposits, and so that gives

3    us the comfort to go ahead and start spending

4    more money.  But we hadn't seen that wave yet and

5    well, we -- and we weren't expecting it.  It was

6    really May and June are the months that we fill

7    up the boats for the summer.

8        Q.  As of approximately March 20th, did

9    Loggerhead had the cash on hand to pay for the

10   Nekton's Pilot's engines to be rebuilt?

11       A.  I -- I imagine -- I think we had the

12   cash, but I wouldn't want to have spent it

13   without making sure there wasn't any reason to.

14   We knew the timeline in order to put the engines

15   in, so why risk that cash on hand until your

16   bookings are assured in the May booking -- May

17   and June bookings.

18       Q.  Why wouldn't you want to risk that

19   cash on hand until the May and June bookings were

20   assured?

21       A.  In the unlikely event that the

22   bookings didn't come through for the Pilot and we

23   were planning not to run it that summer.

24       Q.  Sorry.  I think you said the bookings

```
                    JOHN DIXON - 2/19/2021
1
2    that oil would reach your area very soon?

3         A.  Yes, ma'am.  National Marine

4    Fisheries had already closed down all the

5    Gulf of Mexico right up to the Key West for

6    fishing.  So National Marine Fisheries had

7    already said all this area is going to be oiled.

8    NOAA was saying it.  Coast Guard had come out

9    with an announcement saying oil was going to be

10   imminent as well.  So it wasn't really any voices

11   saying what it wasn't going to be.

12        Q.  All right.  Your fear that oil would

13   reach your area soon?

14        A.  Yes, ma'am.

15        Q.  When you say "your area," what area

16   are you talking about?

17        A.  We -- our most popular itinerary is

18   essentially the Florida Keys, south of Key West

19   called Cay Sal Bank.  It's the other side of the

20   Florida Straits, the Gulf Stream moves through

21   that area.

22        Q.  On your Cay Sal Bank itinerary, where

23   did the boats start from?  Or did it -- did the

24   boats stay within the Cay Sal Bank area the

25   entire time?
```

1          JOHN DIXON - 2/19/2021

2          A.   Yeah.   Thank you.   Medio Reef would

3     be imminently impacted.   There's a Cay Lobos

4     itinerary.   I'm just scrolling looking for it.

5          Q.   I think Cay Lobos is on page 16.

6          A.   Perfect.   Yeah.   Thank you.   Yeah, so

7     those three itineraries would be directly

8     impacted because they're in the direct path of

9     the Gulf Stream, which is fed by the Gulf -- by

10    the Loop Current.

11         Q.   Just before we move off of this.   So

12    the three itineraries that you were worried about

13    oil potentially coming in to that area were the

14    Medio Reef, the Cay Lobos, and the Cay Sal Bank;

15    is that right?

16         A.   Yeah, those specifically were we were

17    concerned about all of our itineraries because

18    there was a significant concern that once the oil

19    got into the Loop Current and then into the

20    Gulf Stream, the Gulf Stream just continues right

21    around the entire southeast coast of Florida and

22    into the Bahamas.

23              So the -- the concern absolutely was

24    that all of our summer itineraries would be

25    impacted.   And for sure if you're a -- a

1               JOHN DIXON - 2/19/2021

2   traveling diver and you have -- you know, there's

3   lots of places in the world to go diving.  If you

4   had your choice where it's time and money, would

5   you even risk anything near an oil spill when you

6   could just go to Hawaii or California or -- you

7   know, or the Pacific or the Red Sea.  So all of

8   our itineraries were dramatically affected by the

9   threat of oil.

10          Q.  You've mentioned the Loop Current a

11  couple of times.  What is a Loop Current?

12          A.  There's, yeah, geostrophic gyre in

13  the Gulf of Mexico that rotates generally

14  clockwise.  The water comes up between Cuba and

15  Cozumel, funnels into the Gulf of Mexico, circles

16  around in kind of a -- yeah, like I said,

17  clockwise direction, and it follows the southwest

18  coast of Florida down to the Marquesses and the

19  Florida Keys, at which point it accelerates and

20  it gets choked down.

21              Between the Cay Sal Bank and the

22  Florida Keys is a very narrow geological or

23  geo -- or geological formation, it's like a --

24  like a canyon, if you will.  So you have this

25  huge amount of water that's slowly going around

1                  JOHN DIXON - 2/19/2021

2    was explaining that we were holding the Pilot

3    until we saw that the Rorqual numbers were high

4    enough that we'd want to open it back up.

5         Q.   Okay.  So as of April 2010, is it the

6    case that you thought the Pilot may come back

7    into service at the end of August 2010?

8         A.   No, ma'am.  I believe it was -- we

9    were planning to bring it back in service in

10   June.

11        Q.   Did you state anything on your

12   website to customers that you thought it would

13   reopen in -- in end of August?

14        A.   Not that I recall.

15        Q.   Okay.  So you just don't know what

16   he's referring to here?

17        A.   No, ma'am.

18        Q.   Okay.  That's all.  Staying in that

19   same time period around the time of the spill,

20   just turn to the Nekton Rorqual.

21             Is it correct that in about

22   March 2010, one of the generators on the

23   Nekton Rorqual caught fire?

24        A.   I don't know if it caught fire, but

25   there -- we had a casualty, the starter

1              JOHN DIXON - 2/19/2021

2    generator.

3         Q.  What do you mean by "casualty"?

4         A.  The crank case had a failure --

5    actually, the connecting rod to one of the

6    pistons came free and damaged the crank case.

7         Q.  And that was around March 2010?

8         A.  I would think it was April.  On --

9    somewhere about that time frame.

10        Q.  And the -- when you say that that one

11   of the generators had a casualty, does that mean

12   it was no longer working?

13        A.  Right, it would be inoperable at that

14   time until we repaired it or replaced it.

15        Q.  And how many generators are onboard

16   the Rorqual?

17        A.  Two.

18        Q.  And can you run with just one

19   generator?

20        A.  Yes, ma'am.

21        Q.  And is it safe to operate customer

22   trips with just one generator?

23        A.  Yes, ma'am.

24        Q.  Would it be your -- pardon.  Go

25   ahead.

1                    JOHN DIXON - 2/19/2021

2          Q.  Had it just gone out of service on

3     May 3rd, or did it take some time to get the

4     Rorqual from wherever it had been back up to the

5     shipyard?

6          A.  Yeah, finished the charter that it

7     was on during the Deepwater explosion.  So the

8     explosion was on a Tuesday, I believe.  It

9     finished the charter that Saturday and then began

10    the voyage from between our itinerary around the

11    Florida Keys, which involves the Gulf Stream,

12    past to Key West, Marquesses, and then north up

13    to Port St. Joe where our yard is.

14         Q.  When did you make the decision to

15    bring the Rorqual in for repair?

16         A.  When we -- the replacement generator

17    that we put onboard, that repair failed.  It --

18    it was running and then it had like oil pressure

19    problems that we couldn't diagnose on board.  So

20    we made the decision to bring it back to the yard

21    and do another replacement of the generator.

22         Q.  That was prior to the spill; right?

23         A.  That was during the week of the

24    spill.  So we -- we flew out the new generator,

25    we put it onboard, we had extra service help, got

```
 1              JOHN DIXON - 2/19/2021
 2  replacement generator and -- and put it on during
 3  your trip?
 4         A.  It -- it reads like it, right.  I --
 5  may I read it again, please?
 6         Q.  Of course.
 7             (Witness reviewing document.)
 8         A.  All right.  I'm sorry.  May -- may I
 9  ask you to ask your question again,
10  Ms. Littlefield?
11         Q.  Yep.  You were testifying earlier
12  that before you decided to bring the Rorqual in
13  for repair, you first tried to replace the
14  generator, and that -- that didn't work; is that
15  right?
16         A.  We first tried to repair the
17  generator that was onboard, and then we flew out
18  a replacement generator, yes.  Is that --
19         Q.  Okay.
20         A.  -- I think we're saying the same
21  thing.
22         Q.  And this person posted this on
23  April 11, 2010 and said, "I just got back from
24  the run yesterday," so presumably April 10, 2010.
25  Does that make sense?
```

1              JOHN DIXON - 2/19/2021

2        A.  Yeah, I guess.  Yeah.  All right.

3        Q.  So with this in mind, does it sound

4   to you like you-all tried to replace the

5   generator and that failed on or before

6   April 10, 2010?

7        A.  Got back -- yes.  Yeah, that's --

8   he's saying the generator get -- went onboard on

9   Monday; is that right?  We -- the first dive day,

10  so that would be Sunday.  I thought it was that

11  Saturday, but okay.

12       Q.  Okay.  In any event, you had decided

13  to bring the Rorqual back in for repair by no

14  later than April 11, 2010; is that correct?

15       A.  No.  So the generator was being

16  installed -- the new one that week of April 11th,

17  so presumably it was running the next week or

18  two.  The oil -- we -- we got it running and

19  then, like I said, there was this low oil

20  pressure issue that came on after it had been

21  running.

22            So that was the -- the precipitating

23  factor for, okay, well, we need to bring it to

24  the yard and replace it a second time.  That was

25  after this trip.

1                JOHN DIXON - 2/19/2021

2          Q.   Okay.  So after the trip where you

3    picked up the generator and installed it, you

4    still did one more trip after that; is that

5    right?

6          A.   I want to look at a calendar.  So he

7    came back the 11th.  Might have done two more

8    trips after that.

9          Q.   But ultimately you decided to repair

10   the Rorqual because this new generator that you

11   picked up in early April didn't work; is that

12   right?

13         A.   Right.  Yeah, when the low oil

14   pressure issue -- when we had an issue start with

15   this low oil pressure, right, we -- part of it

16   was we -- yeah, we were looking for a warranty

17   replacement.  It was a brand-new generator,

18   should have had oil pressure just fine.

19              So that was part of the reason if we

20   brought it back to the yard, we could do a quick

21   turn with that generator.  Hopefully, they would

22   give us a new warranty generator to put back in

23   place.

24         Q.   So when -- when the Rorqual came back

25   to dock in April 2010, it was because it needed a

1               JOHN DIXON - 2/19/2021

2  generator repaired, not because of the spill;

3  correct?

4        A.  Correct.  It went -- it drove through

5  the spill to get to the yard, but it was not

6  coming back because of the spill at that time,

7  right, May -- May 2nd to May 3rd.

8        Q.  And where did it -- where did it

9  drive through the spill?

10        A.  Yeah, in the Gulf of Mexico.

11        Q.  Where specifically?

12        A.  I've provided satellite tracking.

13  I'm not sure if you have those graphics.  But it

14  was basically south of Port St. Joe, Pensacola

15  area just to the east of the Deepwater Horizon

16  location.

17        Q.  Sorry.  You're saying -- so your --

18  the Nekton Rorqual drove through oil just south

19  of Port St. Joe?

20        A.  Not just south, but south.

21        Q.  Due south.  Okay.  And approximately

22  what date did this occur?

23        A.  Like the evening of the 2nd of May

24  into the morning of the 3rd of May.

25        Q.  Were you aboard the boat at the time?

```
1                  JOHN DIXON - 2/19/2021
2           A.  No, ma'am.
3           Q.  So how -- what makes you believe that
4    it drove through oil?
5           A.  The first was that the captain
6    reported it to me, and then the second was about
7    a week and a half later, the yard wanted me to
8    move to boat to get closer to a dock where they
9    could have crane access, and I was unable to get
10   the main engine started.  That's when I under --
11   learned that there was more of an issue.
12          Q.  Okay.  Well, we'll take those one at
13   a time.  So the captain reported it to you.
14               What's the name of the captain?
15          A.  Captain Chris Pierce.
16          Q.  Chris Pierce.  Okay.  And when did he
17   report to you about this issue?
18          A.  Probably on the 3rd.  I was in
19   Houston at the Offshore Technology Conference,
20   and we were talking on the phone, and the topic
21   was the BP oil spill, and he said, "Yeah, we had
22   a horrible night driving through the smell and
23   the stink."
24          Q.  Okay.  So he -- so you had the one
25   telephone call with Mr. Pierce on or around the
```

```
 1                 JOHN DIXON - 2/19/2021
 2   3rd; is that right?
 3           A.  Yes, ma'am.
 4           Q.  Okay.  And he reported that they --
 5   that the smell from the spill was -- was very
 6   strong?
 7           A.  Yes, ma'am.
 8           Q.  Did he report having seen oil?
 9           A.  It was at night and I believe it was
10   the mate was running at the time.  So he was
11   awakened, my understanding, from the smell, but
12   he wasn't driving and couldn't really see because
13   it was nighttime.
14           Q.  He did not report to you that he saw
15   oil; correct?
16           A.  No, he -- he did.  It was mostly they
17   were smelling it.
18           Q.  Yeah, so smell and seeing are
19   different; right?  I understand that Mr. Pierce
20   reported to you that he smelled oil.  My question
21   is different.
22               Did Mr. Pierce report to you that he
23   visually saw oil?
24           A.  I -- the way he saw it in his report
25   to me was in they were getting problems with the
```

1                   JOHN DIXON - 2/19/2021

2    systems, and they were having alarms and it was

3    overheat alarms.  So he might have seen it in the

4    strainers if he necessarily saw it.  The dive

5    deck had pretty bright lights.  I'm speculating.

6    I don't know that he necessarily said that he saw

7    the oil.  But the back of the boat has pretty

8    bright light, so that might be where he could see

9    the sheen.

10         Q.  Yeah, I'm not asking you to speculate

11   on whether he could see it.  Makes sense to me if

12   it was dark, even if it was there, he wouldn't be

13   able to see it.  But my question is very

14   specific.

15              Did Mr. Pierce tell you he visually

16   saw oil?

17         A.  I'm pretty sure his words to me was

18   it was a -- a overwhelming smell and stink they

19   were dealing with.

20         Q.  Okay.  I understand the -- the smell.

21   My question is specific.

22              Did Mr. Pierce tell you he visually

23   saw oil?

24         A.  I don't recall if he was specific

25   about the visual observation of oil, no, ma'am.

```
 1                  JOHN DIXON - 2/19/2021
 2         Q.  Okay.  And is there anything that you
 3    could look at today that would help you remember
 4    that?
 5         A.  About his comments?
 6         Q.  Yeah.
 7         A.  No, ma'am.  It was a -- it was a
 8    phone call.
 9         Q.  Did you take notes on that call?
10         A.  No, ma'am.
11         Q.  And this was a call 11 years ago?
12         A.  Yes, ma'am.
13         Q.  So if you don't recall today whether
14    or not he told you he saw oil, you're not --
15    you're not going to remember tomorrow; right?
16         A.  I -- I'd -- yeah, I don't recall him
17    specifically speaking about the visual
18    observation.  We had overheat alarms,
19    overwhelming smell.  The overheat alarms makes me
20    think he probably observed it in the strainers,
21    but I don't recall that being a specific part of
22    that conversation.
23         Q.  You're not planning to offer
24    testimony in this case that he did tell you he
25    saw oil; correct?
```

```
 1                 JOHN DIXON - 2/19/2021

 2          A.  No, ma'am.  Not that I'm aware of.

 3          Q.  And you were not aboard the ship;

 4   correct?

 5          A.  Correct.

 6          Q.  And so you didn't personally see any

 7   oil?

 8          A.  I did on the Rorqual when I tried to

 9   get the engine started a week -- about a week

10   later.

11          Q.  Okay.  So about a week later the --

12   the Rorqual had made its way to your shipyard; is

13   that right?

14          A.  Yes, ma'am.  On the May 3rd -- I'm

15   pretty sure it was May 3rd it arrived at the

16   yard.

17          Q.  And to get to the yard, it continued

18   to go through the ocean and then the canal and

19   other waterways; is that right?

20          A.  Exactly, yes, ma'am.

21          Q.  Okay.  And at that time you saw oil

22   on the Rorqual?

23          A.  Correct.

24          Q.  Okay.  Tell me about that.

25          A.  So when I got to the vessel, the
```

1        JOHN DIXON - 2/19/2021

2   normal operation for the boat is to add and let

3   go of ballast water to maintain the trim.

4            So my conclusion was that at some

5   point while they were running through that oil,

6   they did some ballasting, so that contaminated

7   the ballast tanks.  We also used the sea water to

8   flush the toilets -- we call that service water.

9   So we believe that was affected as well because

10  of the evidence I saw of the water maker stained.

11       Q.  So let me go back to my original

12  question, which was:  Did you personally see

13  oil --

14       A.  Yes.

15       Q.  -- on the Rorqual as opposed to did

16  you see problems with the Rorqual that led you to

17  conclude that it had been oiled?  So let me say

18  that again.

19            Did you personally see oil on the

20  Rorqual?

21       A.  Yes, ma'am.

22       Q.  When?

23       A.  When I was at the yard some -- a week

24  later trying to shift the engines and I was

25  observing the reverse osmosis clear plastic fill

```
1              JOHN DIXON - 2/19/2021
2   hose that was no longer clear but obviously
3   stained and the color of oil.
4        Q.  And did you visually see any other
5   oil on the Rorqual other than what you just
6   described with the reverse osmosis clear plastic?
7        A.  Yes.  As I mentioned, in the ballast
8   tanks in future -- not that day but future days
9   when I was opening up ballast tanks to check them
10  for maintenance for -- for if there was water
11  accumulating, I -- I witnessed oily sheen and
12  residue that likely, I believe, came from that
13  passage of the boat through Deepwater Horizon
14  oil.
15       Q.  Okay.  So -- and you believe that
16  that oil came from the Macondo well?
17       A.  Yes, ma'am.
18       Q.  And what testing did you do to
19  confirm that that oil came from the Macondo well?
20       A.  At this point, none yet.
21       Q.  Have you preserved the oil you
22  believed you saw in the ballast in the -- in the
23  hose?
24       A.  Yes, ma'am.  The -- the boat is
25  afloat and very much as it was years ago at my
```

```
 1              JOHN DIXON - 2/19/2021
 2   property -- what's left of my property at 5 --
 3   1550 Old Dynamite Dock Road.  So it's available
 4   for us to -- to go do some testing.
 5        Q.  Okay.  But it hasn't -- the -- you
 6   didn't grab the -- the water that you thought
 7   looked not clear and put it in a tube so it could
 8   be tested, it's just there in the boat for the
 9   last 11 years?
10        A.  Well, I -- yeah.  And I don't know
11   that it's still water at this point.  You know,
12   it goes through condensation and the tanks will
13   get water accumulated and then we will try to
14   reduce the levels.  So I'm -- I'm having to
15   collect a lot of the water because of this stain.
16   I can't just overboard.
17        Q.  Have you performed any kind of
18   fingerprinting analysis on the oil you believe
19   you've observed on the Rorqual?
20        A.  No, ma'am.
21        Q.  I think you said you believe that the
22   oil you observed on the Rorqual came from the
23   Macondo well though; right?
24        A.  Yes, ma'am.
25        Q.  What is -- what evidence do you have
```

1              JOHN DIXON - 2/19/2021

2        A.  A warranty would have been just part

3   of the original purchase that we did.  As far as

4   outlay, I had my labor on my yard side.

5        Q.  Did you ever start the process of

6   repairing the generator?

7        A.  Yes.

8        Q.  And did you complete that process?

9        A.  No.

10        Q.  I'm going to show you another

11   Scubaboard post.  So I'm sending you a

12   document -- I'm putting it on a screen share.

13            Are you able to see the screen?

14        A.  Yeah.  It takes me a second.  Hold

15   on.

16        Q.  Sure.  While we're looking at that,

17   this is a screenshot of a Scubaboard.com post

18   titled "Diving with Nekton canceled.  Help

19   needed."

20            MS. LITTLEFIELD:  I'm going to ask

21     the court reporter to mark it as the next

22     exhibit, which I believe is Exhibit 5.

23            (Exhibit 5 was marked.)

24        Q.  Do you see here that it's titled

25   "Diving with Nekton canceled.  Help needed"?

1                JOHN DIXON - 2/19/2021

2          A.   I've been following the science since

3     the spill.  And you're aware BP had set aside

4     $500 million for the GoMRI, Gulf of Mexico

5     Research Institute, and it's just really

6     astounding the amount of information now that we

7     know about the effect of dispersant and the oil

8     becoming entrained in the water and the distances

9     to which it dispersed at that point.

10              So there was not a noticeable affect

11    for me and my property, but I guess I would just

12    reserve for future research if the dispersant oil

13    that was -- actually became -- it's like part of

14    the water column -- I'll think of the word here

15    in a minute -- but, yeah, so nothing that I was

16    visually able to observe at my property at the

17    time of the spill, yes, ma'am.

18         Q.   As of today's date,

19    February 19, 2021, you have not observed any oil

20    on any Loggerhead properties other than the

21    Rorqual; is that correct?

22         A.   That I could observe, yes, ma'am,

23    that's correct.

24         Q.   And as of today's date, you don't

25    personally have any evidence that any properties

1                  JOHN DIXON - 2/19/2021

2    other than the Rorqual were oiled; is that

3    correct?

4          A.  Yes, ma'am, correct.

5          Q.  And in this lawsuit you are seeking

6    damages for the oiling -- the alleged oiling to

7    the Rorqual; is that correct?

8          A.  Yes, ma'am.

9          Q.  In this lawsuit you are not seeking

10   damages for alleged oiling to any other

11   Loggerhead properties; is that correct?

12         A.  No, ma'am.  I mean it's correct.

13   Maybe you want to rephrase it if I can --

14         Q.  Yeah, why don't I ask it differently.

15             Are you seeking damages in this

16   lawsuit for alleged oiling to any Loggerhead

17   properties other than the Rorqual?

18         A.  No, ma'am.

19         Q.  You announced the -- that the --

20   strike that.

21             You announced that Loggerhead was

22   ceasing operations on May 17, 2010; correct?

23         A.  Yes, ma'am.

24         Q.  Did you post an announcement of that

25   decision on the Nekton website?

1              JOHN DIXON - 2/19/2021

2         Q.  And did your creditors file claims

3    within the ABC?

4         A.  Yes, ma'am.

5         Q.  Did those creditors include customers

6    who had booked trips that were canceled?

7         A.  Yes, ma'am.

8         Q.  Were those customers paid in full?

9         A.  No, ma'am.

10        Q.  The post goes on to say -- it's the

11   very last sentence of this top post --

12   "Additionally as noted in previous postings,

13   please contact Aggressor Fleet, Peter Hughes

14   Diving, Explorer Ventures, and other Liveaboard

15   companies about generous offers being made for

16   the affected Nekton customers."

17             Do you see that?

18        A.  Yes, ma'am.

19        Q.  Were Aggressor Fleet, Peter Hughes

20   Diving, and Explorer Ventures some of your

21   competitors?

22        A.  Yes, ma'am.

23        Q.  And were your competitors were still

24   offering scuba trips as of May 28, 2010?

25        A.  Yes, ma'am.

1              JOHN DIXON - 2/19/2021

2        Q.   Why do you think it is that your

3   competitors weren't experiencing the impacts of

4   the spill that you were experiencing?

5        A.   None of those locations are -- none

6   of those companies offer trips in the Bahamas, in

7   the Florida, anywhere near the Cay Sal Bank.  The

8   area that we operate in, nobody else operated

9   there.

10       Q.   Okay.  I think you were saying that

11  you -- you thought that the content on this

12  exhibit here on the May 17th post isn't -- isn't

13  what was posted on May 17th; is that right?

14       A.   Yeah, it looks different.

15       Q.   Okay.  I'm just sending you a new

16  document, the next exhibit, Exhibit 8.

17            (Exhibit 8 was marked.)

18       Q.   Do you recognize this document?

19       A.   It's not coming up yet.

20       Q.   Let me share it.  Sorry.  One moment.

21       A.   It looks like -- okay.  Was it titled

22  "Closing Post 1 Scubaboard."

23       Q.   So the name of the -- the PDF is

24  Closing Post 1.  The name of the -- on the actual

25  document is "Nekton Closes Shop."

```
 1                    JOHN DIXON - 2/19/2021

 2              Do you see that?

 3         A.   Yes, ma'am.

 4         Q.   Does this appear to be -- to you to

 5    be an accurate copy of what was pasted on your

 6    website?  Strike that.

 7              Does this appear to you to be an

 8    accurate copy of what was posted to your website

 9    on May 17, 2010?

10         A.   May 17th, yes, ma'am.

11         Q.   So you said at some point in time you

12    decided to update the closing post; correct?

13         A.   I thought we had, but maybe my memory

14    is -- yeah.

15         Q.   I want to show you what I think is

16    the updated post that you're referring to.

17              (Exhibit 9 was marked.)

18         Q.   I just sent you another document and

19    I'm also showing it.  This is titled "Tab 9

20    Closing Post-2."  It is Bates-numbered Loggerhead

21    00000387.

22              MS. LITTLEFIELD:  I'll ask the

23         court reporter to please mark this as the

24         next exhibit, which I believe is Exhibit --

25         Exhibit 9.
```

```
                    JOHN DIXON - 2/19/2021
 1
 2   add the BP oil since I was most involved with
 3   those issues, yes, ma'am.
 4         Q.  I guess what I'm trying to understand
 5   is you -- you don't personally know who went to
 6   the website and made the actual update; correct?
 7         A.  No, ma'am.
 8         Q.  But you were the one who directed
 9   that person to make the update; is that right?
10         A.  Likely they would have had input
11   from, you know, more than just myself, but I
12   would be for sure one of the people providing
13   input, yes, ma'am.
14         Q.  Okay.  Who else would have input into
15   updating this kind of post?
16         A.  My brother -- like I mentioned
17   before, my brother, Ted, my wife, Mandy, Karen,
18   and maybe Martina.
19         Q.  So this post lists -- three, four --
20   five factors that were contributing to Nekton
21   being unable to restart cruise operations.
22              Do you see that?
23         A.  Yes, ma'am.
24         Q.  Okay.  When it says Nekton is unable
25   to restart cruise operations, is that because
```

                    JOHN DIXON - 2/19/2021

1    oiling?

2         A.   Exactly, yes, ma'am.

3         Q.   Okay.  So putting aside why Nekton

4    had ceased operations, Nekton was unable to

5    restart operations due to the factors listed

6    here; is that right?

7         A.   I would -- I would stress that it was

8    for -- for my decision process, it was the BP

9    oil.  The other factors were obviously a concern,

10   but the precipitating event that stopped us from

11   operating that summer was the Deepwater Horizon

12   explosion and oil spill afterwards.

13        Q.   Is it true that you had been

14   experiencing increasing costs of operations?

15        A.   Yeah, I'd say fuel prices were going

16   up, yes, ma'am.

17        Q.   For how long had you been

18   experiencing increasing costs of operations?

19        A.   Well, say the -- for the life of the

20   company, rare that costs of operations go down.

21        Q.   And those increasing costs of

22   operations were not due to the spill; correct?

23        A.   No, ma'am.

24        Q.   Is it true that your customers had

1                    JOHN DIXON - 2/19/2021

2          Q.  If you don't think the Lionfish

3     invasion was impacting your business and you

4     don't think the others were contributing factors,

5     why, when you directed somebody to update the

6     post, didn't you direct them to delete these

7     other items?

8          A.  I don't believe I was wanting to

9     necessarily tell someone else that this was not

10    some potential issue, but I was just making my

11    point that the reason our bookings are collapsing

12    is because of the BP oil catastrophe, not these

13    other issues.

14         Q.  How was the spill causing your

15    bookings to collapse?

16         A.  So beginning on May 21st in the

17    morning news, for every person not just in

18    America but around the world started turning on

19    their televisions, what they saw front and

20    foremost was a really dramatic image of an oil

21    rig with a billowing fire blowing out of it.

22              And that image continued for two days

23    until the morning of the 22nd when that entire

24    structure, as huge as it is, sank.  And

25    immediately following that was an oil slick with

1                JOHN DIXON - 2/19/2021

2    lots of craft around the oil slick and this drip,

3    drip, drip, drip of increasingly deteriorating

4    news about what was really going on.

5                The first thing the news was

6    reporting was, Oh, the oil there, that's just

7    from the rig.  Everything's fine.  And then a few

8    days later, Well, maybe there's a little bit more

9    of a leak.  So the entire country -- the entire

10   world was taken through this very emotional

11   roller coaster ride that basically went only to

12   one direct and that was down.

13               Absolutely far and away destroyed

14   tourism throughout the Gulf, throughout Florida,

15   throughout the Keys, panic, imminent oils into

16   the Keys and, you know, really hard to recreate

17   that mood here today in the, you know, sort of

18   sterile environment of this deposition.

19               But had you been anywhere, you know,

20   on the Gulf or in Florida at the time, it was all

21   encompassing, every bit as dramatic as the

22   pandemic we're in now for the people that were in

23   this region.

24        Q.  In the answer you just gave, at the

25   very beginning you said that this news started

1                JOHN DIXON - 2/19/2021

2    rolling out on May 21st.  Did you mean

3    April 21st?

4         A.  Yeah.  Thank you.  Yes, ma'am.

5         Q.  So in terms of what you just

6    described, there's panic and imminent oil, how

7    did that translate to a decrease in bookings?

8         A.  It wasn't really a decrease.  It just

9    stopped.

10        Q.  And you believe that was caused by

11   the spill?

12        A.  Absolutely, yes, ma'am.

13        Q.  So -- so what I'm trying to

14   understand is people are worried that this -- the

15   oil may get to the area but what -- people are --

16   are seeing the news.  I understand that -- that

17   aspect of your answer.

18             I'm trying to understand how -- why

19   does that cause your bookings to stop?

20        A.  So if you're a diver anywhere in the

21   country or anywhere in the world and you have

22   options and you have your two weeks of vacation

23   or your one week coming up this summer and you're

24   trying to decide where you want to go, maybe

25   Hawaii, maybe the Red Sea, maybe pal Lou,

1                   JOHN DIXON - 2/19/2021

2    Australia, California, lots of choices, one of

3    them is Nekton.  There's a giant oil spill

4    happening in the Gulf of Mexico.  There's a

5    Loop Current.  There's a Gulf Stream.  Nekton's

6    main trip is right in the middle of where that

7    Gulf Stream is going in the Loop Current.

8                   As a dive customer are you going to

9    even bother to consider that as an option and

10   risk your one week?  Or will you just -- your

11   decide I might go to California, I might go to

12   Hawaii.

13        Q.  Okay.  So -- so if someone in

14   May 2010 who's trying to decide where should I

15   book my July trip might think the oil may get

16   Cay Sal Bank by July, I may as well go somewhere

17   else, is that the idea?

18        A.  Absolutely, yes, ma'am.

19        Q.  Okay.  I am showing you a document

20   which is Bates-numbered Loggerhead 00000161.

21             MS. LITTLEFIELD:  I'll ask the

22        court reporter to please mark this as the

23        next exhibit, which I believe is

24        Exhibit 10.

25             (Exhibit 10 was marked.)

1                    JOHN DIXON - 2/19/2021

2     week since Saturday, and we'll just date this the

3     day before, and then it also would tell you how

4     are you doing for the month.  That's how closely

5     we tracked our new bookings.

6           Q.  Got it.  And then so -- so where it

7     says 71 here, that means in the month of March,

8     71 people had made reservations; is that right?

9           A.  Yes, ma'am.

10          Q.  Okay.  But those reservations weren't

11    necessarily for trips in March, they were either

12    March or sometime in the future; right?

13          A.  Just -- exactly, yes, bookings.

14          Q.  And then are these numbers cumulative

15    or do you add them up?  So for 2008, is it 87

16    total or is it 67 total?

17          A.  67 total for that one-month lookback

18    in 2008.

19          Q.  Okay.  So to the extent that your

20    expert added these up and said in March it was

21    87, that would have been a mistake?

22          A.  Correct.

23          Q.  Okay.

24               THE WITNESS:  And I apologize once

25       again, the old guy in the room.  Could we

1                JOHN DIXON - 2/19/2021

2    revenue from that April 2008 bookings to be about

3    three times the revenue from the April 2009

4    bookings?

5         A.  Yes.  Maybe -- can you -- it's a

6    little bit late in the day.  I may not be

7    following.  Can you go through that again one

8    more time?  I'm sorry.

9         Q.  Yeah.  I guess I just -- I just want

10   to make sure I -- I get this.

11             You had fewer bookings in April 2009

12   compared to April 2008; right?

13        A.  Yes, ma'am.

14        Q.  Okay.  So April 2008 was a

15   particularly good month?

16        A.  Well, yes.  That would not have been

17   for trips actually done in 2008.  That's just

18   people who are booking.  In that month it could

19   be for two or three years out.  Does that make

20   sense?

21        Q.  Yes.

22        A.  So maybe they were booking the

23   following summer.  Typically if you're booking

24   the entire boat, usually that was a longer time

25   frame.  Individuals and families book very close

1              JOHN DIXON - 2/19/2021

2    in, but a dive shop trying to fill an entire boat

3    would book farther out.

4          Q.  Why do you think you experienced that

5    decrease from April 2008 to April 2009?

6          A.  It's not a decrease.  The 193 is the

7    anomaly.  That just reflects a month where we had

8    a collection of -- of clients that, you know, in

9    that month just said, Hey, hold the whole boat

10   for me.  Here's $4,000.

11         Q.  Okay.

12         A.  We had --

13         Q.  Unfortunately, we only got March

14   through May data for three years, so we may have

15   to come back to that.  But okay.  That's helpful

16   to understand.  Thank you.

17              So in April of 2010, there were 49

18   bookings; is that right?

19         A.  Yes, ma'am.

20         Q.  About 12 fewer than the same period

21   the previous year?

22         A.  Correct.

23         Q.  And at that time the -- the Pilot was

24   not available to be booked through at least a few

25   more months; correct?

```
1                JOHN DIXON - 2/19/2021
2   the two years.
3        Q.  But you -- starting in around
4   November 2009, you had already decided that the
5   Pilot would not be running trips in May 2010;
6   correct?
7        A.  Yes, ma'am.
8        Q.  You had not been offering
9   reservations on the Nekton Pilot for -- in
10  May 2010 for at least six months; correct?
11       A.  Yes, ma'am.
12       Q.  You announced that Nekton was ceasing
13  operations on May 17, 2010; correct?
14       A.  Yes, ma'am.
15       Q.  Do you think that may have affected
16  the number of bookings in May 2010?
17       A.  Yes, ma'am.
18       Q.  How do you think that affected the
19  number of bookings in May 2010?
20       A.  Well, there wouldn't be any bookings
21  after May 17th.
22       Q.  And that would be due to you
23  announcing that you had ceased operations?
24       A.  No, ma'am, I disagree.  It would be
25  do the BP Deepwater Horizon explosion and the
```

```
 1              JOHN DIXON - 2/19/2021
 2   damages?
 3        A.  I think we're relying on the expert
 4   reports to provide valuation of the damages but
 5   not necessarily to provide evidence of the
 6   damages.
 7        Q.  Experts.  Okay.  So you personally
 8   are not providing the valuation of the damages;
 9   correct?
10        A.  Correct, I am -- yeah, we have expert
11   valuation people that are doing that.
12        Q.  You've mentioned an expert report.
13   Are you referring to a specific report that
14   reflects your damages in this case?
15        A.  We have submitted multiple valuations
16   from experts, I believe.
17        Q.  Sure, I understand.  And so I'm --
18   I'm trying to figure out which of those are your
19   damages, if any?
20             MS. ADAMS:  Objection.
21      Mischaracterizes testimony.
22        Q.  So I'll ask that again.  You
23   mentioned an expert report.  Is there a specific
24   expert report that calculates the damages you are
25   seeking in this case?
```

1              JOHN DIXON - 2/19/2021

2              MS. ADAMS:  Same objection.

3              John, you can still answer.

4         A.  Right.  I -- there's been different

5    models for valuation, and I'm not an expert to

6    ponder which ones are better than another, if

7    you're asking that.  But I'm aware of different

8    valuations that have been con -- conducted on my

9    behalf, yes, ma'am.

10        Q.  Okay.  Do you see my screen?

11        A.  Yes, ma'am.

12        Q.  Okay.  I am showing you a -- oh, you

13   know what, I used this as the wrong document.

14   Okay.  Trying that again.  I'm showing you a

15   document that says "Exhibit A" at the top.

16             Do you see that?

17        A.  Is this Tab 23?

18        Q.  Yes.

19        A.  Yeah.  Okay.

20        Q.  The name of the PDF is Tab 23 PTO 65

21   Statement.

22             MS. LITTLEFIELD:  I'll ask the

23        court reporter to mark this as the next

24        exhibit, which I believe is Exhibit 23.

25        Oh, I'm sorry.  Exhibit 13.

```
 1                   JOHN DIXON - 2/19/2021
 2    claim in your lawsuit.  Is that --
 3              Do you see that there?
 4         A.  Yes, ma'am.
 5         Q.  Okay.  Okay.  Now, I'm going to
 6    scroll back to page 6 where we have the answer to
 7    Number 1.
 8              Do you see that?
 9         A.  Yes, ma'am.
10         Q.  Are $35.2 million the damages that
11    you claim in this lawsuit?
12         A.  This -- this is an expert witness
13    that we engaged, and he prepared this report and
14    I respect his numbers.  So -- and I'm sorry,
15    Ms. Littlefield, ask the question again.  Maybe
16    I'm not understanding what you're asking me.
17         Q.  Sure.  Loggerhead Holdings is seeking
18    damages in this lawsuit; correct?
19         A.  Yes, ma'am.
20         Q.  Loggerhead Holdings submitted a PTO
21    65 response that calculated damages as
22    $35.2 million; correct?
23         A.  Yes, ma'am.
24         Q.   Is Loggerhead Holdings seeking
25    $35.2 million in this lawsuit?
```

```
 1                 JOHN DIXON - 2/19/2021

 2        A.  Yes, ma'am.

 3        Q.  And is that the entirety of what

 4   Loggerhead Holdings is seeking in damages in this

 5   lawsuit?

 6        A.  At the time of this PTO 65, this is

 7   some time ago, so I -- I -- yeah, this is in --

 8   this is in 2018.  We're now into 2021.  So I

 9   suspect that expert today would have a different

10   number than the number this expert had in 2018.

11        Q.  You see that there's various

12   different categories of damages listed here?

13        A.  Yes, ma'am.

14        Q.  And by "here," I mean there's -- let

15   me -- let me ask that again.

16             We're on page 6 of Exhibit 13, and

17   there are a number of bullets in the middle of

18   the page; correct?

19        A.  Yes, ma'am.

20        Q.  There are various categories of

21   damages; correct?

22        A.  Yes, ma'am.

23        Q.  Is Loggerhead Holdings still seeking

24   each of those categories of damages in this

25   lawsuit?
```

1              JOHN DIXON - 2/19/2021

2    the expert witness report for PTO 65.  And then,

3    as you expressed earlier, we add the two numbers

4    together in the second report, which is

5    $19,626,820, plus the $24,498,887.58 of the value

6    losses.

7         Q.  Okay.  And you don't know which of

8    those numbers Loggerhead Holdings is seeking in

9    damages in this lawsuit?

10        A.  Again, these were in response to

11   pretrial orders.  My expectation is that once we

12   begin actual litigation in this case, we move

13   from pretrial orders, that there will be a final

14   expert witness report as part of our

15   presentation.

16        Q.  Okay.  But my question is a little

17   different.

18             Sitting here today, you don't know

19   how much Loggerhead Holdings is seeking in

20   damages in this lawsuit?

21        A.  I wouldn't agree with that.

22        Q.  How much?

23        A.  It's on the order of 40 million.

24        Q.  But you don't know between the

25   $35 million calculation or the $42 million

1                    JOHN DIXON - 2/19/2021

2    the shipyard.  The synergy between all of my

3    business units was critical.  You upset one and

4    it trickled.  Then we survived for quite a while

5    till 2012, but we're still trying to -- you know,

6    we went through the whole GCCF appeal process.

7         Q.  You mentioned that one of your types

8    of damages was lost profits.  For what years are

9    you seeking lost profits?

10        A.  From 2010 to whenever this litigation

11   is resolved.

12        Q.  And is that from May 17, 2010?  Or

13   April 20th?  What's the start date?

14        A.  I think I would -- ultimately I would

15   consult with my expert witness to decide because,

16   you know, we have -- May was a month that we'd

17   already planned to not operate.  So perhaps it

18   would be June or maybe it would be April 20th.  I

19   think that I need to -- you know, I would want to

20   speak to an expert witness to formalize that.

21        Q.  Sure.  I think when you were

22   explaining before the types of damages you

23   suffered, you mentioned your own personal stress

24   and emotional well-being, and you also mentioned

25   your customers and your employer -- your

1          JOHN DIXON - 2/19/2021

2               C E R T I F I C A T E

3          I, Kim A. McCann, RMR, CRR, CSR in and

4  for the State of Texas, do hereby certify:

5          That JOHN DIXON, the witness whose

6  deposition is hereinbefore set forth, was duly

7  sworn by me and that such deposition is a true

8  record of the testimony given by such witness;

9          That pursuant to FRCP Rule 30,

10 signature of the witness was not requested by the

11 witness or other party before the conclusion of

12 the deposition;

13         I further certify that I am not related

14 to any of the parties to this action by blood or

15 marriage; and that I am in no way interested in

16 the outcome of this matter.

17         IN WITNESS WHEREOF, I have hereunto set

18 my hand this March 5, 2021.

19

20         _____

21          Kim A. McCann, RMR, CRR, CSR

22

23

24

25