# Exhibit B

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF LOUISIANA
2

In re: Oil Spill by the Oil    §   MDL NO. 2179
3 Rig "Deepwater Horizon" in     §
  the Gulf of Mexico, on April   §   SECTION J
4 20, 2010                       §
                                 §   JUDGE BARBIER
5                                §
This Document relates to:        §   MAGISTRATE JUDGE CURRAULT
6 Loggerhead Holdings, Inc. v.   §
  BP p.l.c., et al., Case No.    §
7 16-cv-05952                    §

8

9

10

11        VIDEOTAPED 30(b)(6) DEPOSITION OF LOGGERHEAD

12          HOLDINGS, INC. BY AND THROUGH JOHN DIXON

13                      Houston, Texas

14               Friday, February 26, 2021

15                   (REPORTED REMOTELY)

16

17

18

19

20

21

22

23     REPORTED BY:

24     Linda Russell, CSR

25     JOB NO:   190523

```
 1                        DIXON

 2

 3

 4              February 26, 2021

 5              9:00 a.m.

 6

 7

 8       DEPOSITION OF JOHN DIXON, taken on

 9  behalf of Defendant, held remotely in Houston,

10  Texas, before Linda Russell, Certified Court

11  Reporter No. 2965.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         DIXON

 2    A P P E A R A N C E S

 3


 4    REPRESENTING LOGGERHEAD HOLDINGS, INC., ET AL:
           CAROLINE ADAMS, ESQ.
 5         The Buzbee Law Firm
           600 Travis Street
 6         Houston, Texas 77002


 7


 8    REPRESENTING BP, P.L.C., ET AL:
           ASHLEY LITTLEFIELD, ESQ.
 9         NATHAN DAVID THEOBALD, ESQ.
           CHRISTOPHER KEEGAN, ESQ.
10         Kirkland & Ellis
           555 California Street
11         San Francisco, California 94104

12


13
      THE VIDEOGRAPHER:
14      DARRYL RUSSELL

15

16

17

18

19

20

21

22

23

24

25
```

1                         DIXON

2          A.   When you say netted zero, can you --

3    can you re-ask -- rephrase the question, please.

4          Q.   Sure.

5               Loggerhead Holdings, Incorporated

6    filed tax returns each year, correct?

7          A.   Yes, ma'am.

8          Q.   Associated with the Nekton filing --

9    excuse me, associated with the Nekton Pilot

10   lease, did Loggerhead Holdings report any net

11   income from that transaction?

12         A.   It was an intercompany transaction

13   and would be reconciled as a Loggerhead taxes

14   return because Loggerhead represented all the

15   companies in its return.

16         Q.   So when one Loggerhead entity paid

17   money to a second Loggerhead entity, the net

18   result for Loggerhead Holdings, Incorporated was

19   a -- a net zero, correct?

20         A.   It -- yes.  For -- for the tax return

21   that represent all the companies which is filed

22   by Loggerhead, it would be reconciled.

23               MS. LITTLEFIELD:  Okay.  Mr. Dixon,

24   I've just sent you a document which is titled

25   Tab 31 Request For Re-Review.  I'll ask the court

1                       DIXON

2          A.   The ratio of how many as-of bookings

3    to the capacity available for that week.

4          Q.   Okay.  If a trip is listed as

5    capacity zero, does that mean you didn't intend

6    to take on customers that week?

7          A.   Yes, ma'am.

8          Q.   So, for example, I'm looking at the

9    Rorqual column, and the first entry for

10   January 3rd, 2009, has a capacity of zero.  Do

11   you see that?

12         A.   I do see that, yes, ma'am.

13         Q.   Okay.  So you weren't planning to run

14   an itinerary on January 3rd, 2009; is that right?

15         A.   Yes, ma'am.

16         Q.   All right.  Let's start with the

17   Pilot in 2009.  That would be the third column in

18   this chart, correct?

19         A.   Yes, ma'am.

20         Q.   Okay.  The Pilot's last trip began

21   the week of September 12th, 2009; is that right?

22         A.   Yes, ma'am.

23         Q.   Okay.  And then the following week,

24   September 19th, 2009, the capacity is zero?

25         A.   Yes, ma'am.

```
 1                      DIXON
 2   book individuals, but they were aware that if
 3   they had groups, then -- then we could arrange a
 4   booking, because --
 5          Q.  The reservation office was not
 6   accepting individual reservations on the Pilot
 7   until August 28th, 2010?
 8          A.  That's correct, yes, ma'am.
 9          Q.  If somebody wanted to book the entire
10   boat before August 28th, 2010, they could do so?
11          A.  Yes, ma'am.
12          Q.  But at the time of the spill, the
13   Pilot had no engine in it, correct?
14          A.  Yes, ma'am.
15          Q.  Okay.  And before you could get the
16   Pilot back up and running, you would have needed
17   to send the engines to Alabama to be rebuilt,
18   correct?
19          A.  Yes, ma'am.
20          Q.  And then you would have needed to
21   have a U.S. Coast Guard inspection of the Pilot
22   after that, correct?
23          A.  Yes, ma'am.
24          Q.  And you needed to give the U.S. Coast
25   Guard at least two weeks notice before an
```

1                    DIXON

2          Q.  You think it would take at least one

3    week?

4          A.  Maybe just under.

5          Q.  So for the Pilot to go -- strike

6    that.

7               For the Rorqual to go from Mayaguana

8    to Port St. Joe and then back to Mayaguana, would

9    you think that would take about two weeks to do?

10         A.  Approximately, yes.

11         Q.  All right.  Now I'm looking at the

12   April 17th row for the Rorqual.  Did the Rorqual

13   do another itinerary in Mayaguana from

14   April 17 -- starting April 17th?

15         A.  Yes, ma'am.

16         Q.  Okay.  And we spoke last time about

17   the generator problems that the Rorqual was

18   having in April 2010.  Do you recall that?

19         A.  Yes, ma'am.

20         Q.  So after this April 17th, 2010, trip

21   ended, did the Rorqual head back to Port St. Joe

22   for generator repairs?

23         A.  Yes, ma'am.

24         Q.  What's interesting to me here -- is

25   that the capacity is listed at zero for

```
 1                        DIXON

 2          A.  Yes, ma'am.

 3          Q.  How long did you expect the repairs

 4   to take?

 5          A.  Less than two weeks.

 6          Q.  Okay.  And then did you need a

 7   Coast Guard inspection after those repairs were

 8   complete?

 9          A.  We may have a courtesy inspection.

10   There's not one that was required, necessarily.

11          Q.  Okay.  So as of April 24th, you

12   needed to take the Rorqual from Mayaguana to

13   Port St. Joe, spend about two weeks repairing it,

14   and then take it back out to Northwest Bahamas;

15   is that right?

16          A.  Well, back to Port Everglades to

17   embark passengers.

18          Q.  Okay.  About how long did you

19   anticipate that total process taking?

20          A.  The process of embarking the

21   passengers?

22          Q.  No.  As of April 24th, you needed to

23   take the Rorqual from Mayaguana to Port St. Joe,

24   spend about two weeks repairing it, and then take

25   it out to Port Everglades.  How long did you
```

1                          DIXON

2    expect that entire process to take?

3              A.  Three weeks.

4              Q.  Didn't you just tell me it would take

5    a little over week to get from Mayaguana to

6    Port St. Joe?

7              A.  That's correct, yes, ma'am.

8              Q.  Okay.  And then it would take two

9    weeks to repair?

10             A.  I think we said just less than two

11   weeks.

12             Q.  Okay.  And then how long does it take

13   to get from Port St. Joe to Port Everglades?

14             A.  Usually two to three days.

15             Q.  Okay.  So you anticipated the process

16   of taking the Rorqual back to Port St. Joe,

17   repairing it and then taking it to the Everglades

18   to take about three weeks; is that right?

19             A.  Yes, ma'am.

20             Q.  Did you cancel the May 8th itinerary,

21   then?

22             A.  That's correct.

23             Q.  Did you cancel the May 15th

24   itinerary?

25             A.  That's correct.

```
 1                       DIXON
 2          Q.  When -- when did you cancel the
 3  May 15th itinerary?
 4          A.  I believe it was in April, if I
 5  remember correctly.
 6          Q.  So when you brought the Rorqual back
 7  in to Port St. Joe around April 24th, you
 8  expected your next trip to be on May 22nd, 2010;
 9  is that right?
10          A.  Yes, ma'am, that's correct.
11          Q.  From April 24th to May 22nd, you did
12  not have any Pilot or Rorqual trips running; is
13  that correct?
14          A.  Correct.
15          Q.  That was not due to the spill?
16          A.  Yes, correct.
17          MS. LITTLEFIELD:  Okay.  I am showing
18  you a document which was admitted as -- or marked
19  as Exhibit 2 in your individual deposition.  I'll
20  be showing it on the screen momentarily.
21          (Exhibit 2, having been previously marked
22          was referenced.)
23  BY MS. LITTLEFIELD:
24          Q.  All right.  Can you see Exhibit 2?
25          A.  Yes, ma'am.
```

```
 1                    DIXON
 2   numbered 5.  But -- so when I say page 4, I mean
 3   the fourth page.
 4             Okay.  So looking at page 4 of
 5   Exhibit 2, it describes Mayaguana.  Is that a
 6   trip that -- that the Loggerhead boats went on in
 7   2010?
 8        A.  Yes, ma'am.
 9        Q.  I'm going to the next page now.  And
10   at the top next to Saturday, it says, "Your
11   adventure begins by arriving in Provin- --
12   Providenciales, Turks and Caicos Islands.
13             I'm sure I mispronounced that.  How
14   do you pronounce that?
15        A.  I think you did a pretty good job.
16        Q.  Is that accurate?  Would customers
17   fly into Turks and Caicos Island to go on the
18   Mayaguana itinerary?
19        A.  Yes, ma'am.
20        Q.  And then would customers who went on
21   the Mayaguana trip also depart from the Turks and
22   Caicos airport?
23        A.  Yes, ma'am.
24        Q.  And then going back up to the
25   previous page, page 4.  In the bottom right-hand
```

```
 1                    DIXON
 2   corner, there's a little map.  Is this a --
 3   during the Nekton Mayaguana trip, would you
 4   travel from Turks and Caicos to Mayaguana and
 5   then back to Turks and Caicos; is that right?
 6         A.  Yes, ma'am, that's correct.
 7         Q.  Okay.  All right.  Let's go to
 8   page 6, which discusses the Puerto Rico and
 9   St. Croix trip.
10             I want to ask you, I've seen
11   sometimes on your itinerary this -- or versions
12   of your itinerary, this trip described as Eastern
13   Puerto Rico.  Is there a difference between the
14   Eastern Puerto Rico trip and Puerto Rico and
15   St. Croix?
16         A.  I'm sorry, say that again, the
17   question.
18         Q.  Sure.
19             This is listed as Puerto Rico and
20   St. Croix.  I've also seen other brochures
21   describe the trip as Eastern Puerto Rico.  I'm
22   just trying to understand, are those two separate
23   trips, or are those the same trip?
24         A.  I would -- you know, there's some
25   flexibility, if the group wanted to charter the
```

1                         DIXON

2   whole vessel, but that would be typically one

3   itinerary distinguished from the western side of

4   Puerto Rico, which is Mona Island.

5          Q.  Okay.  Great.  So when your itinerary

6   says Eastern Puerto Rico, it's generally

7   referring to Puerto Rico and St. Croix?

8          A.  Yes, ma'am.  Generally, right.

9          Q.  Okay.  For all trips out of

10  Puerto Rico, whether Eastern or Mona Island,

11  would your customers fly in and out of

12  Puerto Rico?

13         A.  That's correct.  Yes, ma'am.

14         Q.  Okay.  So in other words, people

15  weren't departing from Florida to Puerto Rico on

16  the boat itself?

17         A.  Not on our boat, no, ma'am.

18         Q.  And then on the bottom right hand of

19  this page, page 6, is a little map.  It shows

20  from Fajardo to St. Croix and then back.  Is that

21  an accurate depiction of the route this trip

22  would take?

23         A.  Yes, ma'am.

24         Q.  How did I do with that pronunciation?

25         A.  Outstanding.

```
 1                         DIXON
 2          Q.  Okay.  I've been meaning to ask you
 3   in advance.
 4               Okay.  Let's go to page 8 now.  Is
 5   the Mona Passage trip a trip that you would take
 6   in -- or planned to take in 2010?
 7          A.  I -- I don't recall right now if we
 8   had it on the fall of 2010 itinerary.
 9          Q.  What would you look at to determine
10   whether it was on the fall 2010 itinerary?
11          A.  Well, perhaps further down in this
12   flyer that we have a --
13          Q.  There is an itinerary here, and I'll
14   click to it.  Let's see, 2010.  So page 19 is the
15   Pilot, and page 20 is the Rorqual.
16          A.  So -- no, ma'am, it doesn't look like
17   we had planned to do Mona that -- in 2010 for the
18   Rorqual.
19               Do you mind -- mind double-checking
20   the Pilot while you're there?
21          Q.  Sure.
22               But one thing I would note is that it
23   appears that these are probably out-of-date
24   itineraries, right, because, for example, this --
25   this page we're looking at, page 19, has the
```

1                          DIXON

2    Nekton Pilot taking trips throughout the spring

3    of 2010, which we know didn't happen?

4          A.   Correct.   This was handed out in

5    either 2008 or -- or 2009.   So at the time that

6    it was handed out, it wasn't on the itinerary.

7    And I don't recall adding Mona in.   But if we

8    had a party express interest, that's an easy

9    enough repositioning from the Eastern Puerto Rico

10   around to Western Puerto Rico.

11         Q.   So if we wanted to know as of, let's

12   say, April 2010 what were the planned itineraries

13   for the rest of the year, what would you look at

14   to answer that question, since this document is

15   outdated?

16         A.   If -- the -- the literal weeks that

17   we looked at on your inter -- your website screen

18   grab --

19         Q.   Uh-huh.

20         A.   -- we looked at the first few weeks.

21   Those appear to be accurate.   So that might be

22   one place to check and see if the fall looks

23   familiar.

24         Q.   Okay.   We can go back and do that

25   later.

```
 1                       DIXON
 2            Let's -- let's go back to page 8 on
 3  the Mona Passage.
 4            So for the Mona Passage trip, would
 5  customers fly in and out of Puerto Rico?
 6       A.  Yes, ma'am.
 7       Q.  And I'm going to make you do the
 8  pronunciations this time.  What was the starting
 9  point for this trip?
10       A.  Mayaguez.
11       Q.  Okay.  And then where would the boat
12  head from there?
13       A.  Usually to Desecheo.
14       Q.  Okay.  And then would it continue in
15  a counterclockwise direction?
16       A.  Specifically it would head directly
17  to Isla Mona, because there was better weather
18  protection, and then Isla Monito was basically a
19  day trip.  So it would --
20       Q.  Okay.
21       A.  -- depend on the weather if they went
22  straight there or if they went to Mona first and
23  then...
24       Q.  So from there would it go to
25  Boqueron?
```

```
 1                         DIXON
 2            A.  Yes, ma'am, exactly.
 3            Q.  Okay.  Let's go to page 10.
 4  Medio Reef.  For the Medio Reef trip, would the
 5  Nekton vessel depart from and return to
 6  Ft. Lauderdale?
 7            A.  Yes, ma'am.  Correct.
 8            Q.  Okay.  And then the image at the
 9  bottom of page 10, does that accurately reflect
10  the route for the Medio Reef trip as of 2010?
11            A.  Yes, generally it does.
12            Q.  I take it with -- with each of these
13  trips there might be slight adjustments depending
14  on weather and other things; is that right?
15            A.  Correct.  Yes, ma'am.
16            Q.  But you're never going to go way off
17  course to some island not mentioned on the
18  itinerary; is that fair?
19            A.  That's correct.
20            Q.  Let's go to page 12, Northwestern
21  Bahamas.  This is the trip that you were planning
22  to take on the Rorqual in mid-late May 2010; is
23  that right?
24            A.  Yes, ma'am.
25            Q.  The Northwestern Bahamas itinerary
```

1                      DIXON

2    would depart from and return to Ft. Lauderdale;

3    is that right?

4          A.  Yes, ma'am.

5          Q.  From Ft. Lauderdale, would you go to

6    Grand Bahama or to Bimini Island?

7          A.  Usually we would go to Grand Bahama

8    first.

9          Q.  Okay.  And then to Bimini?

10         A.  Yes, ma'am.

11         Q.  And then back up to Ft. Lauderdale?

12         A.  Correct.

13         Q.  Go to page 14, the Cay Sal Bank

14   itinerary.  Cay Sal Bank is -- is up north of

15   Cuba; is that right?

16         A.  Yes, ma'am.

17         Q.  Okay.  And you would leave from

18   Ft. Lauderdale?

19         A.  That's correct.

20         Q.  Where would you go from there?

21         A.  Cat Cay.

22         Q.  And then is the map in the middle of

23   the page, it's an accurate depiction of the route

24   for the Cay Sal Bank trip as of 2010?

25         A.  I'd -- the map is distorted, and the

```
 1                      DIXON
 2   artist sort of omitted the far left side of
 3   Elbow Cay is the Cay Sal Bank Wall, and that's
 4   the full day of the trip.  So it's kind of
 5   omitting that detail.
 6          Q.   Okay.  There are, let's see -- one,
 7   two, three -- there are eight locations listed on
 8   this little map here.  Is it correct that the
 9   Cay Sal Bank trip would go to all eight of these
10   locations plus the Cay Sal Bank Wall?
11          A.   Yes, ma'am.
12          Q.   And would the Cay Sal Bank itinerary
13   typically go to any other locations?
14          A.   That itinerary might also include
15   Anguilla Cay, which is on the Cay Sal Bank.
16          Q.   Is that's what's listed down here on
17   the bottom?
18          A.   Yes, ma'am.
19          Q.   Let's go to page 16.  Did Rorqual
20   plan to go to Belize in 2010?
21          A.   May we jump back down to the
22   itinerary as a reminder?
23          Q.   Sure.
24          A.   I don't see it there.  The Rorqual --
25   no, ma'am, doesn't look like we were.
```

```
 1                        DIXON
 2          Q.  While we're here, I note that the
 3   Nekton Rorqual has something listed as expedition
 4   diving on September 26.  Where would expedition
 5   diving take place?
 6          A.  The Cay Sal Bank area.
 7          Q.  Okay.  So it sounds like you weren't
 8   planning to go to Belize in 2010.  If a customer
 9   was going to go on one of your Belize
10   itineraries, would they fly in and out of Belize?
11   Would they meet the boat in Belize?
12          A.  That's correct.
13          Q.  The next one is pronounced Cay Lobos
14   or Cay Lobos?
15          A.  Cay Lobos, depending if you're --
16   Americans usually say "key," and then if you're
17   in the Bahamas, they might say "cay."
18          Q.  Okay.  Did Nekton plan to go to
19   Cay Lobos in 2010?
20          A.  May we check the itinerary?  I
21   believe it was.
22          Q.  You know what, we can -- I'll skip
23   that question, actually.
24               Just generally, when people did the
25   Cay Lobos trip, where -- where would it depart
```

```
 1                          DIXON

 2   from?

 3          A.  Ft. Lauderdale.

 4          Q.  And where would it return to?

 5          A.  Ft. Lauderdale.

 6          Q.  For the Cayman Islands trip, where

 7   did that depart from?

 8          A.  Grand Cayman.

 9          Q.  And where would it return to?

10          A.  Grand Cayman.

11          Q.  Okay.  For the Southern Bahamas trip,

12   where would that depart from?

13          A.  George Town, Great Exuma.

14          Q.  And is that also where it would

15   return to?

16          A.  Yes, ma'am.

17          Q.  Other than all of the routes that we

18   just went through, are you aware of any other

19   routes that you planned to take in 2010?

20          A.  May we check the itinerary?

21          Q.  Sure.  I'm happy to check the

22   itinerary, although it's -- it's my understanding

23   that this is not accurate, right?

24          A.  It's just helping me as a memory aid,

25   yes, ma'am.
```

```
1                          DIXON
2   of providing for the payment of its debtors, so
3   far as it is possible by an assignment of all of
4   its assets for that purpose."
5              Do you see that?
6        A.  Yes, ma'am, I see that.
7        Q.  Okay.  And if I go scroll down to the
8   next page, you signed this document, correct?
9        A.  Yes, ma'am.
10       Q.  Okay.  Is it correct, then, that as
11  of May 19th, 2010, Nekton Diving Cruises was
12  unable to pay its debts as they became due?
13       A.  Yes, ma'am.
14       Q.  As of May 19, 2010, had Nekton Diving
15  Cruises missed any debt payments that were due?
16       A.  Can you restate the question, ma'am?
17       Q.  As of May 19, 2010, had Nekton missed
18  any payments on any of its debts?
19       A.  And can we jump to the schedule, so I
20  might remind myself of the creditors --
21       Q.  Are you referring to Schedule A?
22       A.  Yes, ma'am.
23       Q.  Okay.  I'm going to Schedule A, which
24  begins on page 11 of the document.
25       A.  Okay.  Thank you.
```

```
 1                      DIXON
 2   SBA EIDL loans and possibly some other unsecured
 3   vendors.
 4          Q.  Okay.  We'll come back to Schedule A
 5   in a moment.  First I want go down to schedule B,
 6   which starts on page 12.
 7              Is -- is this a complete list of
 8   Nekton Diving Cruises' assets as of May 2010?
 9          A.  Yes, ma'am.
10          Q.  Okay.  As of May 2010, Nekton Diving
11   Cruises had less than $100,000 in assets; is that
12   right?
13          A.  Yes, ma'am.
14          Q.  All right.  Let's go back up to
15   Schedule A, and we'll just walk through these one
16   at a time.
17              So starting with Small Business
18   Administration EIDL loans, did -- did Nekton have
19   two EIDL loans from the SBA?
20          A.  Yes, ma'am.
21          Q.  And did those loans total more than
22   $700,000?
23          A.  Yes, ma'am.
24          Q.  When did you take out those Small
25   Business loans?
```

```
 1                     DIXON

 2          A.  Yes, ma'am.

 3          Q.  Were these loans discharged after the

 4  ABC proceeding?

 5          A.  No, ma'am.

 6          Q.  Is Loggerhead continuing to pay on

 7  these loans?

 8          A.  No, ma'am.

 9          Q.  Does any Loggerhead entity still owe

10  money on these loans?

11          A.  Yes, ma'am.

12          Q.  Which entity?

13          A.  Loggerhead.

14          Q.  Loggerhead Holdings, Inc.?

15          A.  Yes, ma'am.

16          Q.  Let's go to the next line, "Wages

17  Owed."  Did Nekton owe employees $47,310 in wages

18  as of May 19, 2010?

19          A.  Yes, ma'am.

20          Q.  About how much were Nekton's monthly

21  payroll expenses?  And I can show you a document

22  if you -- if that would help.

23          A.  That would, thank you.

24          Q.  Okay.  I'm pulling back up

25  Exhibit 14, we looked at earlier.
```

```
 1                      DIXON
 2              Okay.  So I'm showing you Exhibit 14,
 3    which is Nekton Diving Cruises' Profit and Loss
 4    Statement for January through May 2010.  Do you
 5    see that?
 6              A.  Yes, ma'am.
 7              Q.  Okay.  In the expenses section,
 8    there's a payroll -- sorry -- there's a payroll
 9    expenses line item.  Do you see that?
10              A.  Yes, ma'am.
11              Q.  And that was about 10,000 to 12,000 a
12    month in 2010.  Do you see that?
13              A.  Yes, ma'am.
14              Q.  Were those your -- were those
15    Nekton's employees' wages, or is there a
16    different line item we should be looking at?
17              A.  That's -- that looks to be the line,
18    yes, ma'am.
19              Q.  Okay.  So in 2010, Nekton's employees
20    monthly wages were in the 10- to $12,000 a month
21    range; is that fair?
22              A.  Yes, ma'am.
23              Q.  Let's go back to the last document.
24              Okay.  So as of May 19th, 2010,
25    Nekton owed employees $47,000 in wages; is that
```

```
 1                      DIXON
 2   right?
 3          A.  Yes, ma'am.
 4          Q.  How many months wages did that
 5   account for?
 6          A.  It likely went back a year or more.
 7          Q.  Why do you say that?
 8          A.  The nature of our staff is often they
 9   would leave on their rotation and not hear from
10   them again for some good period of time.  We
11   had -- a substantial part of that was wages from
12   a year -- could be a year, maybe as much as two
13   years back that was being held until the employee
14   was available again.
15          Q.  Employees would leave without getting
16   paid, and then you would just not hear from them
17   for a while; is that right?
18          A.  Right.  They might take a job in some
19   South Pacific island where communication is
20   difficult, and it could be a while before we
21   heard from them.
22          Q.  Does that circumstance, where you
23   couldn't find an employee, that accounts for all
24   of this $47,000 in unpaid wages?
25          A.  Probably half.  We put --
```

```
 1                        DIXON
 2          Q.  What -- what's the other half?
 3          A.  The current wages for crew at the
 4   time of the filing.
 5          Q.  Okay.  So Nekton was unable to pay
 6   its employee -- employees wages in May of 2010;
 7   is that right?
 8          A.  No.  Some of the wages.
 9          Q.  Okay.  Nekton was unable to pay some
10   of its employees wages in May 2010; is that
11   right?
12          A.  Yes, ma'am.
13          Q.  And was Nekton unable to pay some of
14   its employees wages in April of 2010?
15          A.  Possibly the -- the employee wages
16   were made up of onboard gratuities, a salary, and
17   then commission.  So the onboard gratuities, they
18   would get that immediately onboard.  And then the
19   salary sometimes could be paid while the
20   commission had to wait for the onboard sales
21   package to come from the boat to the office.  So
22   there might have been some wages and some onboard
23   sales that hadn't been processed yet for April
24   and May.
25          Q.  My understanding from your
```

```
 1                         DIXON
 2   testimony -- and let me know if this is not
 3   right -- is that you thought about half of this
 4   $47,000 amount was on wages, right, unpaid
 5   current wages?
 6         A.  Maybe a little less.  I'm -- I'm
 7   thinking a large portion of that was from past
 8   employees that we were unable to find.
 9         Q.  But your -- your monthly wages at
10   this time were in the $10,000 range?
11         A.  10 to 12, yes, ma'am.
12         Q.  Okay.  And -- and you know that you
13   had missed some of the May's wages, May's pay,
14   correct?
15         A.  Yes, ma'am.
16         Q.  Do you know one way or the other
17   sitting here today whether you also missed any of
18   the April pay?
19         A.  Not sitting here today, no, ma'am.
20         Q.  What would you look at to determine
21   the answer to that?
22         A.  Payroll -- probably try to find
23   payroll records.
24         Q.  Let's look at the next line item,
25   "Consumer Deposits."  Is it correct that as of
```

1                              DIXON

2    May 19th, 2010, Nekton had a little over $400,000

3    in consumer deposits?

4          A.   That's correct.  Yes, ma'am.

5          Q.   And are those deposits that consumers

6    had made for trips that had not yet occurred?

7          A.   Yes, ma'am.

8          Q.   And all of those trips were

9    ultimately canceled, right?

10         A.   Yes.

11         Q.   Did you refund any of that money?

12         A.   No, ma'am.

13         Q.   The $417,000 represented money that

14   the consumers had given you directly, right?

15         A.   Correct.

16         Q.   But you did not still have that cash

17   on hand as of May 19th, 2010?

18         A.   Correct.

19         Q.   Where did that money go?

20         A.   Expenses.

21         Q.   Were you using deposits for future

22   trips to pay for current expenses?

23         A.   Can you -- can you say that again,

24   please?

25         Q.   Sure.

```
 1                      DIXON
 2            Were you using deposits for future
 3   trips to pay for current expenses?
 4        A.   Yes.
 5        Q.   Were these consumer deposits repaid
 6   in full as part of the ABC process?
 7        A.   Not yet.
 8        Q.   Well, the ABC process is complete,
 9   right?
10        A.   Not necessarily.
11        Q.   What do you mean by "not
12   necessarily"?
13        A.   At the -- the conclusion of this
14   litigation, I may be able to reopen the ABC and
15   distribute any proceeds from this litigation back
16   to the crew and guests.
17        Q.   Are you required to do that?
18        A.   I'm -- it's my number one priority.
19   If I'm required, I would need to consult -- or
20   I'll leave that for an ex- -- a legal expert.
21        Q.   Nekton Diving Cruises, that entity
22   had only less than $100,000 of assets, right, at
23   the time of the filing?
24        A.   Yes, ma'am.
25        Q.   Loggerhead Holdings entities, though,
```

1                        DIXON

2    signed GRA, a Guarantee of Release Agreement.  So

3    that as of April 20th, 2010, we were in good

4    standing with the notes.  We had use of the boat,

5    an obligation to maintain the boat, and to

6    facilitate this investor from Midland, Texas, to

7    close on the purchase of the notes.

8         Q.  Is the investor from Midland, Texas,

9    John Hoffman?

10        A.  Rest in peace.  Yes, ma'am.

11        Q.  Oh, sorry to hear that.

12             So you reference a note -- is it the

13   note, singular, for the boat or notes, plural,

14   for the boat?

15        A.  Notes, plural.

16        Q.  Did each Nekton boat have a loan

17   attached to it?

18        A.  Yes, ma'am.

19        Q.  Okay.  Who issued those loans?

20        A.  The company had various names.  I

21   believe it started as Case New Holland and then

22   it was CNH, and then, I believe, Soris Capital.

23        Q.  Did you take out those loans when you

24   first acquired the boat or at some other period?

25        A.  Not when we first acquired the boats,

```
 1                    DIXON
 2   no, ma'am.
 3        Q.  When did you take out the loan?
 4        A.  Well, I'd like to refer to the
 5   documents, if -- if you have any in the --
 6        Q.  I don't believe I have any of them.
 7        A.  Seemed like it was early 2000s.  It
 8   might have been, actually, maybe about the 1998
 9   timeframe, potentially.
10        Q.  Approximately how much were the loans
11   for when you first took them out?
12        A.  I believe the Pilot was in the
13   neighborhood of a million, and the Rorqual would
14   have been 1.6 or 1.8, something like that.
15        Q.  And, again, understanding they're
16   approximate numbers, do you recall about how much
17   was owed on those two loans at the time of the
18   spill?
19        A.  Well, none -- none -- nothing was
20   owed.  We had executed a guarantee release
21   agreement, and so we were -- and we were in
22   complete compliance with that agreement at the
23   time of the spill.
24        Q.  When did you execute the guaranteed
25   release agreement?
```

```
 1                         DIXON
 2          A.  I believe we were able to pay some
 3  months and -- and not others, yes, ma'am.
 4          Q.  And -- and the GRA was executed in
 5  January 2010?
 6          A.  Approximately, yes, ma'am.
 7          Q.  So from about late 2007 or 2008 until
 8  about January 2010, Loggerhead missed some
 9  payments on the vessels' notes, but you're not
10  sure exactly how many; is that right?
11          A.  Yes, ma'am.
12          Q.  What was the nature of the investment
13  from Don Hoffman?
14          A.  He was -- had made offers to purchase
15  the notes for the boats.
16          Q.  Did he purchase the notes for the
17  boats?
18          A.  No, ma'am.
19          Q.  How were you able to execute the GRA
20  without Mr. Hoffman purchasing the notes?
21          A.  Can you ask the question again,
22  please?
23          Q.  Sure.  Let me ask it differently.
24              When did you -- when did you first
25  begin speaking with Mr. Hoffman about potentially
```

```
1                         DIXON
2    switched from -- was it from Feinberg to the MDL,
3    there was another $10,000 payment as well.
4         Q.   In total, did you receive $335,000
5    from BP in connection with the spill?
6         A.   I think that -- or it might have --
7    325.  It might have been a 15,000.  I feel like
8    it was 340 total.
9         Q.   Well, let's do it this way, in June
10   of 2010, approximately, you received $25,000 from
11   BP; is that right?
12        A.   Yes, ma'am.
13        Q.   Okay.  And then in September 2010,
14   you received an additional $300,000 from BP; is
15   that right?
16        A.   Yes, ma'am.
17        Q.   Okay.  And then at some point in the
18   future, you believe you also received another
19   10- to $15,000, approximately; is that right?
20        A.   Yes, correct.  Yes, ma'am.
21        Q.   And do you recall approximately when
22   that was?
23        A.   It was quite a bit later.  Was it the
24   following -- I -- I -- I don't remember exactly.
25        Q.   Okay.  But those are the three
```

```
 1                        DIXON
 2   the Pilot and Rorqual are currently.
 3              Is it correct that the Pilot and
 4   Rorqual are currently being stored?
 5        A.  Yes, ma'am.
 6        Q.  Where are they being stored?
 7        A.  In Port St. Joe, Florida, just east
 8   of Panama City, Florida and south of Tallahassee.
 9        Q.  As part of your lawsuit, are you
10   seeking the cost of storing the Pilot and the
11   Rorqual?
12        A.  Yes, ma'am.  My understanding is that
13   goes to -- I believe it was impairment.
14        Q.  So what time period are you seeking
15   storage costs for the Pilot and Rorqual?
16        A.  I believe it's starting in June
17   of 2010 until this litigation is resolved.
18        Q.  At the time of the spill, where did
19   you store the Rorqual then?
20        A.  In Port St. Joe, Florida.
21        Q.  And has it been in the same place
22   continuously since then?
23        A.  It shifted about 300 feet.
24        Q.  Is that when it went from being dry
25   docked to wet docked, as we talked about in your
```

1                       DIXON

2   on the property, like a barter, not necessarily

3   paying him.  He stays there.  He keeps an eye on

4   the boats for us -- for me.  Lets me know if he

5   sees something I need to get up for.

6         Q.   Okay.  But you don't pay him in cash

7   or a check?

8         A.   Well, he'll buy parts for me or

9   supplies.  So there -- like I'll have expenses

10  where he maybe has bought a pump, and he might go

11  out and set the pump up and collect rainwater, go

12  ahead and...

13        Q.   How often do you fly the plane to

14  Port St. Joe to check on the Pilot and Rorqual?

15        A.   Probably at least monthly.

16  Sometimes -- like after Hurricane Michael, I was

17  up there close to three months, salvaging and

18  repairing.  That was a lot of time.  Then it just

19  varies on what's happening with the boats in the

20  yard.

21        Q.   Since June of 2010, have you used the

22  airplane for any purpose other than to travel to

23  work on the Pilot and Rorqual?

24        A.   Yeah.  There's been some other

25  incidental use.

1                        DIXON

2          Q.  Have -- since June of 2010, have you

3    used the airplane to go anywhere other than

4    Port St. Joe?

5          A.  Yes, ma'am.

6          Q.  On how many occasions?

7          A.  A couple.  Half a dozen times a year,

8    maybe.

9          Q.  And what are those trips for,

10   generally?

11         A.  It could be a ship visit, trade show.

12              MS. LITTLEFIELD:  I'm showing you

13   a document that is Bates numbered

14   LOGGERHEAD00000080.  I'll ask the court reporter

15   to mark this as the next exhibit for me, which I

16   believe is Exhibit 20.

17         (Exhibit 20(a) marked for identification.)

18   BY MS. LITTLEFIELD:

19         Q.  Okay.  Mr. Dixon, do you recognize

20   this document, Exhibit 20(a)?

21         A.  Yes, ma'am.

22         Q.  And are these invoices for the

23   storage of the Pilot and the Rorqual?

24         A.  This one particularly looks to be

25   storage for the Rorqual.

1                         DIXON

2         Q.  Okay.  And if you want to take a

3    moment -- I sent you a copy -- you're welcome to

4    click through the whole document.  But I can take

5    you to -- let's see.

6              So, for example, this page 12, this

7    is the storage invoice for the Pilot; is that

8    right?

9         A.  Yes, ma'am.

10        Q.  And then this page 30 is an invoice

11   for the Rorqual; is that right?

12        A.  Yes, ma'am.

13        Q.  And Gulf County Shipbuilding is one

14   of Loggerhead's entities, correct?

15        A.  That's correct.

16        Q.  And NR Holdings, Inc., is also one of

17   Loggerhead's entities?

18        A.  That's correct.

19        Q.  Okay.  So these are invoices from one

20   Loggerhead entity to another?

21        A.  Yes, ma'am.

22        Q.  I'll go ahead stick with this page.

23   It's page 30 of the document.  It's the Bates

24   number ending in 109.

25              Okay.  So as a starting point, the

1                        DIXON

2          A.   Not with that service.

3          Q.   And this -- this rate of $180 a day,

4     is that at cost, or does that include profit for

5     Gulf County Shipbuilding?

6          A.   That's a standard yard rate for that

7     service.

8          Q.   Okay.  But that's not quite my

9     question.

10              Is Gulf County Shipbuilding paying

11    $180 per day to the electric company for this

12    amount of power, or does that also include

13    profit?

14         A.   Ma'am, this is an invoice from Gulf

15    County Shipbuilding to NR Holdings for that

16    service.  It doesn't include any cost

17    component -- or doesn't include -- it's not

18    showing a payment to the power company.

19         Q.   No, I understand that.  My question

20    is in how Gulf County determines how much to

21    charge to NR Holdings in this invoice.  So when

22    Gulf country charged NR Holdings $180 for

23    electric service, is that the amount that Gulf

24    County Shipbuilding was paying to its power

25    supplier, or is it a different amount?

1                    DIXON

2          A.  It's based on the equivalent or

3    market rate; and, actually that's well below

4    market.  If the boats had been tied up anywhere

5    else, all these costs would have been

6    significantly higher.

7                MS. LITTLEFIELD:  Okay.  I'll move to

8    strike that as nonresponsive.  I'll ask my

9    question again.

10   BY MS. LITTLEFIELD:

11         Q.  Would Gulf County Shipbuilding pay

12   the power supplier for this amount of supplies,

13   does it cost $180, or something less than that?

14         A.  Something less.

15         Q.  Okay.  Next line item, "Daily vessel

16   integrity check and inspection."  What is that?

17         A.  It's -- it's the more detailed part

18   of security patrol where we actually go onboard

19   and check the bilges and check for any --

20   somebody that might have come onboard or anything

21   that's missing.  So that's more -- the security

22   is more like the -- were any doors opened up, was

23   anything removed.  And the vessel integrity

24   check, is -- is the vessel tight, is there any

25   water in the bilges, is there any equipment

1              DIXON

2    insurance up until that time?

3         A.  Up -- pretty close up to that time.

4         Q.  And -- oh, I'm sorry.  Please go

5    ahead.

6         A.  They did up through the oil spill.

7    Exactly the timing after that is -- is not clear.

8         Q.  Understood.

9              Okay.  When Gulf County Shipbuilding

10   made the adjustments to its policies to cover

11   these boats, did Gulf County Shipbuilding's

12   monthly rate go up on the insurance policies?

13        A.  I believe so.  That was 11 years ago,

14   but I think -- I think that's what it was, yes,

15   ma'am.

16        Q.  And did it go up by $9,335 a month

17   for the Rorqual?

18        A.  No, ma'am, I don't believe so.

19        Q.  Was it less than that?

20        A.  Yes, ma'am.

21        Q.  Okay.  We're looking at an invoice

22   for the Pilot -- we're on page 41 -- this is for

23   January 31, 2012.  Sir, do you see that the

24   SYD-provided insurance is $7,250?  Do you see

25   that?

```
 1                         DIXON

 2         A.  Yes, ma'am.

 3         Q.  Okay.  When Gulf County Shipbuilding

 4    adjusted its insurance policies to cover the

 5    Pilot, did its rate increase by $7,250?

 6         A.  No, ma'am, I don't believe so.

 7         Q.  Was it less than that?

 8         A.  Yes, ma'am.

 9         Q.  So then just so I'm -- I'm clear, to

10    the extent that Loggerhead Holdings is seeking

11    storage costs from BP in this lawsuit for the

12    month of January 2012 for the Nekton Pilot, is it

13    seeking the entire $51,272 reflected on this

14    invoice?

15         A.  No, ma'am, I don't believe so.

16         Q.  Why don't you believe so?

17         A.  The expert witness that is -- or the

18    expert witnesses that have modeled these losses

19    after the original claim strategies group have

20    considered them in a different way, and to my

21    knowledge in the current modeling of losses, this

22    is not how it's being accounted for.

23         Q.  Okay.  Again, on page 41, the

24    January 2012 invoice for the Pilot, the total is

25    just over $51,000.  Do you see that?
```

1                    DIXON

2    application?

3           A.  Yes, ma'am.

4           Q.  Okay.  And you submitted this on

5    April 30th, 2010?

6           A.  That's what I noted, yes, ma'am.

7           Q.  Okay.  And so when you submitted

8    this, you told the Department of Homeland

9    Security that it departed Mayaguana on

10   April 26th, correct?

11          A.  Yes, ma'am.

12          Q.  Sitting here today, do you have any

13   reason to believe that that information you

14   provided to the Department of Homeland Security

15   was incorrect?

16          A.  I -- no, I have no reason to think it

17   would be incorrect.

18          Q.  Okay.  The next line says "Transited

19   Santaren Channel into GOM direct Port St. Joe,

20   Florida," correct?

21          A.  Yes, ma'am.

22          Q.  Does GOM mean Gulf of Mexico?

23          A.  It does, yes.

24          Q.  And what do you mean by "direct Port

25   St. Joe, Florida"?

1                      DIXON

2    there.

3           Q.  On May 2nd, was the Rorqual southeast

4    of Port St. Joe?

5           A.  Mostly south.

6           Q.  At any time was the Rorqual west of

7    Port St. Joe?

8           A.  Maybe just slightly.  I cannot can

9    read this or -- but like mostly south.

10          Q.  To the extent that the Rorqual went

11   west of Port St. Joe, do you expect that to be

12   more than a couple of miles, if at all?

13          A.  It could have been more than a couple

14   of miles.  The turning point is pretty far to the

15   west of Key West there.  So she may have been --

16   well, it could have been 5 or 10 miles west of

17   a -- of a run line pretty easily.

18          Q.  What's a run line?

19          A.  Like if you were to plot a direct

20   straight line.

21          Q.  So it's possible she went 5 or 10

22   miles west of Port St. Joe?

23          A.  Yes.

24          Q.  Not more than that?

25          A.  The scale is hard to tell here.

```
 1                         DIXON
 2          Q.  Around the time of the spill, you
 3   spoke to NOAA?
 4          A.  Yeah, I -- yes.
 5          Q.  And you don't --
 6          A.  No, I think -- I do believe I -- they
 7   called me, and I believe I did relay to them that
 8   we had encountered oil on our way back.
 9          Q.  And you remembered that in the last
10   two minutes of testifying?
11             MS. ADAMS:  Objection.
12   Argumentative.
13             Go ahead.
14          A.  It's 11 years, but --
15             THE WITNESS:  Is there -- by any
16   chance, are we near a convenient break moment?
17             MS. LITTLEFIELD:  Yeah.  Why don't we
18   take about five more minutes, and we can wrap up
19   this topic.
20   BY MS. LITTLEFIELD:
21          Q.  Did you tell anybody in writing in
22   2010 that you went through oil?
23          A.  I was making calls.  I don't know if
24   I have anything in writing.
25          Q.  Okay.
```

```
 1                      DIXON
 2         A.  No, ma'am.
 3         Q.  Do you have an MMSI number for the
 4  Rorqual?
 5         A.  I'm sorry, ask your question again,
 6  please.
 7         Q.  Sure.
 8             Are you familiar with MMSI numbers?
 9         A.  Yes, ma'am.
10         Q.  Do you know the MMSI number for the
11  Rorqual?
12         A.  That's a newer technology, isn't it?
13  I don't think we had an MMSI number back then.  I
14  believe that's part of the DSI system now, which
15  wasn't really active back in 2010.
16         Q.  You contend that you saw evidence on
17  the Rorqual, correct?
18         A.  Yes, ma'am.
19         Q.  Do you have any pictures of oil on
20  the Rorqual?
21         A.  I -- I may.  I may.
22         Q.  When were those pictures taken?
23         A.  I'd have to -- I'd have to review and
24  refresh my -- my memory on that.
25         Q.  Where would the pictures be?
```

1                          DIXON

2             MS. ADAMS:  Objection.  Misstates

3    testimony --

4    BY MS. LITTLEFIELD:

5             Q.  To the --

6             MS. ADAMS:  -- and vague and

7    misleading.

8    BY MS. LITTLEFIELD:

9             Q.  To the extent that you have photos of

10   the oil on the Rorqual, where would those photos

11   be?

12            A.  My -- my files.

13            Q.  What files?

14            A.  I think -- I'd have to -- I'd have to

15   go -- there's a couple of places, you know, like

16   my cloud and my files.  And -- and it might just

17   be taking pictures now.  The watermaker, I

18   believe the -- the discharge hose still shows

19   the -- the oil stain.  So it might -- it would be

20   really --

21            Q.  Did you take --

22            A.  -- a hard time -- I'm sorry.  Go

23   ahead.

24            Q.  Did you take any pictures of oil on

25   the Rorqual in May 2010?

```
 1                      DIXON
 2        A.  I don't recall.
 3        Q.  Do you have any video of oil on the
 4   Rorqual?
 5        A.  I don't believe so.
 6        Q.  Did you collect and preserve any
 7   samples of oil from the Rorqual in 2010?
 8        A.  Yes, ma'am.
 9        Q.  Where -- on what date did you collect
10   those samples?
11        A.  They're -- it's still in the Rorqual.
12   We haven't -- heat exchangers for the main
13   engines are still there, as well as the reverse
14   osmosis membranes.  All the equipment that was
15   impacted is -- is -- remains on the Rorqual.
16        Q.  Okay.  So the oil wasn't collected
17   and preserved separately.  It just remains on the
18   Rorqual?
19        A.  Yeah.  It -- it's collected, I
20   suppose; but, yeah.
21        Q.  Have you or has anyone else that
22   you're aware of ever tested the oil on the
23   Rorqual?
24        A.  No, ma'am.
25        Q.  Have you or has anyone else that
```

1                          DIXON

2    you're aware of ever fingerprinted the oil on the

3    Rorqual?

4          A.  No, ma'am.

5          Q.  In connection with these proceedings,

6    have you produced all of the evidence in your

7    possession concerning the oiling of the Rorqual?

8                MS. ADAMS:  Objection.  Asked and

9    answered.  Misleading.

10         A.  I -- I doubt it in that just today

11   I've provided three documents that I thought were

12   already provided to BP, but apparently weren't.

13   So I doubt that they've all been provided.

14   BY MS. LITTLEFIELD:

15         Q.  In 2010, when the Rorqual came in,

16   did you try to remove or otherwise clean out any

17   of the oil?

18         A.  No, ma'am, not any specific effort.

19         Q.  Why not?

20         A.  It -- it was that we weren't -- the

21   boat was damaged.  I couldn't start the main

22   engine.  Wasn't a compelling reason until we were

23   ready to get the boat running again.

24         Q.  Since 2010 have you removed or

25   cleaned off any of the oil?

1                         DIXON

2          A.  Yes, ma'am.

3          Q.  When did you remove or clean off the

4     oil?

5          A.  On various occasions in the ballast

6     tanks, I've done the cleaning operations.

7          Q.  So not all the alleged oiling is, in

8     fact, preserved on the boat?

9          A.  There -- not -- not sure if I've been

10    to every ballast tank.  There may still be some

11    in the ballast tanks.  But I have not opened up

12    the engines, the heat exchangers.

13              MS. LITTLEFIELD:  Okay.  Why don't we

14    go ahead and take a break.  How long would you

15    like, Mr. Dixon?

16              THE WITNESS:  I'm really good with

17    good the with five minutes.

18              MS. LITTLEFIELD:  Okay.  Let's do

19    that.  I'll see you in five minutes.

20              THE WITNESS:  Thank you.

21              THE VIDEOGRAPHER:  Going off the

22    record.  The time is 2:28.

23          (A break was taken from 2:28 p.m. to

24          2:37 p.m.)

25              THE VIDEOGRAPHER:  Media Number 8.

```
 1                      DIXON

 2   ask the court reporter to please mark this as

 3   Exhibit 24.  I'll put it up on the screen.

 4          (Exhibit 24 marked for identification.)

 5   BY MS. LITTLEFIELD:

 6          Q.  Mr. Dixon, at the time of this spill,

 7   or around that time, did you ever review these

 8   NOAA daily trajectories?

 9          A.  Yes, ma'am, I've seen these.

10          Q.  And this exhibit we're looking at,

11   you see it's prepared on April 30th with an

12   estimate for May 1st?

13          A.  Yes, ma'am.

14          Q.  Okay.  And then if we look at this

15   legend here in the bottom right, you'll see

16   the -- the very blue areas correspond with light,

17   medium, and heavy oiling?

18          A.  Yes, ma'am.

19          Q.  Okay.  And then the black line is

20   sort of an uncertain area in the trajectory?

21              MS. ADAMS:  Calls for speculation.

22          A.  It -- it says "uncertainty" next to

23   the -- the white box with a blackout line, yes.

24   BY MS. LITTLEFIELD:

25          Q.  Uh-huh.  On May 1st, 2010, was the
```

```
 1                        DIXON
 2   printout from when I looked it up.
 3            It says it's about 122 miles as the
 4   crow flies from Pensacola to Port St. Joe.  Just
 5   based on your experience in Port St. Joe, does
 6   that sound like about the right distance?
 7            A.  I --
 8            MS. ADAMS:  Calls for speculation.
 9   BY MS. LITTLEFIELD:
10            Q.  I don't think I heard your answer,
11   Mr. Dixon.
12            A.  You know, when you're looking at
13   charts and maps, they're always subject to
14   significant distortion.  So I don't not believe.
15   I mean, it seems reasonable.  But this one, I'm
16   looking up at the top, where the 87, 86, that's
17   60 nautical miles, and Port St. Joe is right
18   there in the right corner.  So that's why I
19   suggested 70 miles from Pensacola.
20            Q.  I see.  Okay.  So is Port St. Joe,
21   essentially, right on the edge of this map?
22            A.  Yes, ma'am.
23            Q.  Were you aware of -- of these NOAA
24   trajectories when you decided to cease operations
25   on May 17th?
```

1                          DIXON

2          A.  Yes, ma'am.

3          Q.  Did they factor into your decision

4    making at all?

5          A.  Yes, ma'am.

6          Q.  How so?

7          A.  Well, the one you showed just now is

8    the -- is the one that was concluded by most

9    observers as obvious evidence that now the oil

10   had entered the Loop Current, which was meaning

11   imminent -- imminent arrival into the Florida

12   Keys and Cay Sal Bank.  You can see how it's

13   extended pretty far south.  And the -- yeah.

14         Q.  Let's -- yeah, let's take a look

15   at -- for that -- that same dataset a bit more.

16         A.  Wow.

17              MS. LITTLEFIELD:  I'm showing you a

18   document that's labeled Tab 76.  I'll ask the

19   court reporter to mark this as the next exhibit,

20   I believe Exhibit 29.

21              (Exhibit 29 marked for identification.)

22   BY MS. LITTLEFIELD:

23         Q.  Okay.  And we've got the trajectory

24   estimate from May 17th, 2010, from ERMA.  Do you

25   see this, for this one?

1                      DIXON

2          A.   If you were in Denver or wherever and

3     you're planning a dive vacation and you could go

4     anywhere in the world, you're not going to risk

5     your one or two weeks of vacation going somewhere

6     where there's even a chance that it might be

7     impacted by oil.

8          Q.   You mentioned the three itineraries

9     that you thought the oil flowed to through the

10    Loop Current, correct?  Do you think the oil also

11    flowed to Puerto Rico?

12         A.   I haven't really considered that yet.

13         Q.   Sitting here today, do you have any

14    reason to believe that there was Macondo oil in

15    Puerto Rico?

16         A.   It would have had to circle all the

17    way around the Atlantic first and then come

18    across on the mid equatorial current.  So for

19    sure the dilution would have been significant by

20    then.

21         Q.   So why not shift your itineraries

22    away from Cay Sal Bank but through the -- the

23    Puerto Rico and the Mona Island itineraries

24    instead?

25         A.   So first issue is the Rorqual was

1                         DIXON

2   damaged, and the Pilot was still in refit.  And

3   the second issue is your clients can't turn that

4   quickly or rebook their flights and change their

5   schedules.  That's really un- -- unrealistic.

6              The -- the likely time, the best time

7   for us to restart would have been the following

8   June on the summer itineraries had we continued

9   to receive our interim short-term payments.

10              MS. LITTLEFIELD:  I'm sending you a

11   document which I'll ask the court reporter to

12   please mark as the next exhibit.

13   BY MS. LITTLEFIELD:

14       Q.   In connection with your claim, you

15   submitted materials to the BP Claims Program, the

16   GCCS, correct?

17       A.   Yes, ma'am.

18       Q.   And to the best of your knowledge, is

19   all the information that you submitted to BP

20   Claims Program and GCCF accurate?

21       A.   Yes, ma'am.

22              MS. LITTLEFIELD:  Okay.  So I put up

23   the next exhibit, which for the record is Bates

24   labeled LOGGERHEAD00001721.  I'll ask the court

25   reporter to please mark that as Exhibit 31.

1                         DIXON

2    planned itineraries were all in the Puerto Rico

3    area; is that right?

4         A.  Yes, ma'am.

5         Q.  And do you think that's accurate?

6    Was the Rorqual planning to do Puerto Rico

7    itineraries from approximately October 2010 to

8    approximately February 2011?

9         A.  Yes, ma'am.

10        Q.  And Loggerhead received about

11   $325,000 by the end of September 2010, right?

12        A.  Yes, ma'am.

13        Q.  Did you restart operations at any

14   point in 2010?

15        A.  No, ma'am.

16        Q.  You did not execute any of these

17   planned trips to Puerto Rico in the fall of 2010

18   after you received the BP funds?

19        A.  That's correct, we did not.

20             THE WITNESS:  Excuse me.

21   Ms. Littlefield, are we near another break?

22             MS. LITTLEFIELD:  Yeah.  Let's go off

23   the record.

24             THE VIDEOGRAPHER:  Going off the

25   record.  The time is 3:14.

1                           DIXON

2          Q.  Understood.  Okay.  So let -- yeah,

3    let me ask my question differently.

4              Other than the various BP sources,

5    did you seek the funding that you thought you

6    needed to fully restart your business from anyone

7    else in 2011?

8          A.  I considered it, but the -- the

9    baggage of the litigation was just too much in

10   every case.

11         Q.  Okay.  What about in 2012, other than

12   BP sources, did you seek any other source of

13   funding for your restart costs?

14         A.  I considered it.  In the end the

15   baggage of the litigation that I was now

16   embroiled in was just insurmountable.  It wasn't

17   a bankable or investable deal at that point.

18         Q.  If I ask you that same question for

19   2013 through 2021, would it be the same answer?

20         A.  Let's go ahead.  Roll.

21             It -- no.  You're right.  Yeah, it

22   would be the same answer.

23             MS. LITTLEFIELD:  I'm going to show

24   you a document we've looked at before.  It's

25   previously admitted as Exhibit 9.  I'm going to

1                         DIXON

2    try to show you.

3          (Exhibit 9, having been previously marked

4          was referenced.)

5    BY MS. LITTLEFIELD:

6          Q.  Okay.  You recognize this as the -- a

7    screenshot of your website from July 7th, 2010?

8          A.  Yes, ma'am.

9          Q.  Okay.

10         A.  Or -- yeah, we -- I'll believe it was

11   a discussion that it appears to be like a

12   screenshot of a screenshot; but, yes.

13         Q.  Okay.  And just -- just to be clear,

14   you can see here at the bottom it says

15   "Loggerhead."  This is a version that you-all

16   produced to us, in case that helps.

17             Okay.  So I want to start with the --

18   the May 28th post.  It says, "Additionally, as

19   noted in previous postings, please contact

20   Aggressor Fleet, Peter Hughes Diving,

21   Explorer Ventures, and other liveaboard companies

22   about generous offers being made for the affected

23   Nekton customers."

24             Do you see that?

25         A.  I do, yes, ma'am.

1                         DIXON

2           Q.   What other liveaboard companies were

3     making offers to the affected Nekton customers?

4           A.   You know, like wasn't Aqua -- Aqua --

5     Aqua Cat and Blackbeard's was doing something.

6     And then a company in Australia, Mike Ball, I

7     feel like they were doing something.  It was --

8     yeah.

9           Q.   Sounds like it was a close-knit

10    community?

11          A.   Absolutely.  Yes, ma'am.

12          Q.   But were these -- these companies

13    also your competitors?

14          A.   Yes, ma'am.

15          Q.   I'm scrolling down to the second

16    page.  And you'll see in the middle of the page

17    it says "Explorer Ventures," and then under

18    that -- under that it says "Reoffer to Nekton

19    clients."  Do you see that?

20          A.   I do, yes, ma'am.

21          Q.   Is Explorer Ventures one of the

22    companies that -- that made offers to your

23    customers after you had to cease operations?

24          A.   That's correct, yes, ma'am.

25          Q.   I note that it says, "If you have

```
 1                      DIXON
 2   paid Nekton in full for your upcoming trip, we
 3   will offer a discount of 50 percent of the amount
 4   paid to Nekton on any of our Caribbean
 5   itineraries upon receipt of your payment
 6   records."
 7           Do you see that?
 8       A.  I do, yes, ma'am.
 9       Q.  Okay.  So did Nekton pay any money to
10   Explorer Ventures to make this offer or in
11   connection with this offer?
12       A.  No, no, ma'am.
13       Q.  Okay.  So if a customer had paid
14   Nekton in full for a trip that got canceled,
15   Nekton would keep that full deposit and
16   Explorer Ventures would separately offer a
17   discount receiving -- without receiving any
18   portion of that deposit?
19       A.  That's correct, yes, ma'am.
20       Q.  So it's clear that -- that some of
21   your competitors did not go out of business due
22   to the spill, correct?
23       A.  None of these competitors operated on
24   the Cay Sal Bank, or at that time even in the
25   Florida Keys area.
```

1               DIXON

2          Q.  If we look just a little bit down the

3     page, it says, "In May/June, we have the

4     following spaces available."

5               Do you see that?

6          A.  I do, yes, ma'am.

7          Q.  Okay.  And then it lists, looks like,

8     six trips to Turks and Caicos; is that right?

9          A.  Yes, ma'am.

10         Q.  And three trips to the Bahamas?

11         A.  And I would note those Bahamas

12    departures were the George Town that we did in

13    the winter to the Southern Bahamas.

14         Q.  So this was also an itinerary that

15    Loggerhead had run before then, the Bahamas

16    itinerary?

17         A.  Well, the -- the Bahamas are over 700

18    islands.  It's a huge geographical area.  It's

19    actually about the same square area as the rest

20    of the Caribbean.  So it's a really wide area.

21    You're -- you're talking here the very southern

22    part of the Bahamas, and our summer Bahamas trips

23    is completely the opposite end.

24               And, you know, like -- like you saw

25    before, it's a -- a full day sail or more, maybe

1                        DIXON

2    closer to three days, to go from the part of the

3    Bahamas that we operate in the summer to where

4    these destinations are departing from.

5          Q.  But at some point during the year,

6    you do operate trips in the Southern Bahamas?

7          A.  Yeah.  We actually -- all the more

8    moorings down there, we installed those.

9    They're -- they're running on our -- on the work

10   of our -- that we did setting up those

11   itineraries.  Their boats are going on to the

12   same moorings that we installed.

13         Q.  In the summer of 2010, your

14   competitor Explorer Ventures was able to continue

15   doing trips to the Southern Bahamas?

16         A.  Yes, ma'am, it looks like it.

17         Q.  And did Loggerhead consider running

18   any trips to the Southern Bahamas in the summer

19   of 2010?

20         A.  No, ma'am.  We -- remember, we had

21   the -- the damage and the -- the logistics.  So

22   these -- they are making these available, but the

23   number of people that can make -- make this work

24   for them was likely pretty small.

25         Q.  During the year, Nekton also ran

```
 1                      DIXON
 2   cruises to the Turks and Caicos area, right?
 3          A.  Yes, ma'am.
 4          Q.  Mayaguana was in the Turks and Caicos
 5   area?
 6          A.  It's just north of Turks and Caicos,
 7   yes, ma'am.
 8          Q.  And Nekton was in Mayaguana in
 9   mid April of 2010, right?
10          A.  That's correct.  Yes, ma'am.
11          Q.  Your Explorer -- your competitor
12   Explorer Ventures was able to continue trips to
13   the Turks and Caicos in the summer of 2010?
14          A.  Yes, ma'am.
15          Q.  Did Loggerhead run any trips to
16   Turks and Caicos after the spill?
17          A.  No, ma'am.
18          Q.  Why not?
19          A.  The boat was damaged, and there
20   wasn't sufficient time or logistics to,
21   essentially, get the boat down there in a
22   reasonable time to try to run trips, especially
23   in light of the damage.
24          Q.  And when you talk about the boat
25   being damaged, are you talking about the Rorqual?
```

1                         DIXON

2          A.  Yes, ma'am, the oiling.

3          Q.  Could you have gotten the Pilot out

4  there by July?

5          A.  Well, if we didn't have to cease our

6  operations and we were able to return the Nekton

7  Rorqual to service, then, yes, we would have had

8  the ability to get the Pilot back into service.

9          Q.  Did you need the Rorqual to be in

10  service in order to be able to finish the refit

11  of the Pilot?

12          A.  It -- yeah.  We needed the Rorqual to

13  be in service, yes.

14              MS. LITTLEFIELD:  Changing topics.

15  Are -- are you okay, or would you like a break?

16              THE WITNESS:  I'm good at the moment.

17  Thank you.

18  BY MS. LITTLEFIELD:

19          Q.  I think you mentioned a couple of

20  times that there was customer cancellations due

21  to the spill; is that right?

22          A.  We were pretty successful in

23  encouraging our customers to standby and wait to

24  see what the spill was going to do.  And then

25  like we discussed, that moment when it was

```
 1                       DIXON
 2   released.  That sort of shut down any hope of
 3   recovery that summer.
 4            And then we also had the Loop
 5   Current, the oil enter the Loop Current.  Those
 6   two factors --
 7        Q.  I just me make sure I understood the
 8   process correctly.  Did you say so many customers
 9   called to begin the cancellation process, but
10   your reservations offices was able to talk some
11   of them out of canceling, is that right, or is
12   it -- or is it different than that?
13        A.  That's pretty close.  Encouraged them
14   to hold off until we saw what the -- the oil
15   spill development was going to be.
16        Q.  Okay.  So let's talk about -- we'll
17   talk about two different groups of customers
18   one -- one at a time.  First, the ones who
19   actually canceled trips due to the spill, and
20   then after that, we'll talk about the ones who
21   called to cancel but didn't end up canceling.
22   Okay?
23            So starting with the first group, how
24   many people -- well, strike that.
25            Did any customers cancel reservations
```

```
 1                    DIXON
 2  due to the spill?
 3         A.  I believe there was a small handful.
 4         Q.  When you say "small handful," you
 5  mean less than five?
 6         A.  Maybe half a dozen to a dozen, if I
 7  remember.
 8         Q.  And do you remember which customers
 9  those were?
10         A.  No, ma'am.
11         Q.  Do you remember which trips they
12  canceled?
13         A.  It was summer trips.
14         Q.  Do you know when they canceled?
15         A.  Just in that timeframe after the news
16  media started covering.  So on the morning of the
17  21st.
18         Q.  Up until when?
19         A.  Well, until we ceased on the 17th.
20         Q.  And how do you know those
21  cancellations were due to the spill?
22         A.  Our rez people would have discussions
23  with our clients.  And it was a pretty tight
24  community, and they would express their concerns.
25         Q.  Would the reservations folks take
```

```
 1                       DIXON
 2    calls that you picked up, do you mean that you
 3    personally spoke to a few people who canceled
 4    their -- their trips due to the spill were
 5    talking to you?
 6         A.   The ones I had did not cancel, but
 7    they were calling to ask what was our plan, what
 8    was...
 9         Q.   Okay.  So focusing again on the half
10    dozen to one dozen customers who canceled due to
11    the spill, you didn't speak directly with any of
12    them?
13         A.   No, ma'am.
14         Q.   Okay.  So what's the -- what's the
15    basis for -- for that testimony that there were
16    about a half dozen to a dozen people who canceled
17    due to the spill?
18         A.   I'm -- I'm sorry.  Can you ask -- ask
19    the question again?
20         Q.   Sure.
21              You testified that a half a dozen to
22    a dozen people called to cancel -- strike that.
23              You testified that a half dozen to a
24    dozen people canceled trips due to the spill,
25    correct?
```

1                         DIXON

2          A.   That -- that's what I understood

3    from -- from my office, yes, ma'am.

4          Q.   And you didn't personally speak to

5    any of those half dozen to a dozen people?

6          A.   Nobody that I picked up for canceled

7    with me, correct.

8          Q.   So just when you're saying a half

9    dozen to a dozen, I'm just trying to understand

10   where that knowledge comes from.  Is that things

11   that people told you back in 2010?

12         A.   Correct.  Yes, ma'am.  Yeah, I would

13   be talking to the office usually at least twice a

14   day getting an update on what was happening on

15   the reservation side.

16         Q.   And would there be any documents or

17   other written evidence we could look at that

18   would show how many customers canceled due to the

19   spill?

20         A.   Yeah.  We have those -- the booking

21   reports that we've looked at already, but that --

22   that wouldn't show...

23              If there was a cancellation, then

24   there would be a statement showing that.  So

25   we -- we could try to locate that.

```
 1                         DIXON
 2         Q.  What kind of statement, like from the
 3   reservation system or something different than
 4   that?
 5         A.  From the -- yeah, from the
 6   reservation software.
 7         Q.  Okay.  Yeah.  If you -- if you have
 8   any cancellation documents or -- or statements
 9   from the reservation system, we -- we'd like to
10   see those.
11              Okay.  So let's set that aside.  So
12   we've got the 6 to 12 people who actually
13   canceled.  And then let's get to Group 2, who are
14   people who called in and wanted to cancel but
15   your reservation desk kind of talked them out of
16   it or said to wait and see.  Does that -- that
17   make sense?
18              About how many people would you say
19   fall into that category?
20         A.  The -- the sense I got from talking
21   to the reservation office is those calls were
22   happening all day long.  They were very
23   exasperated.  So a dozen a day, perhaps, half a
24   dozen to a dozen a day of people calling, asking
25   those questions.
```

Page 258

1                         CERTIFICATE

2

    STATE OF TEXAS    )
3                     )
    COUNTY OF HARRIS  )
4

5           I, LINDA RUSSELL, a Certified Court

6    Reporter within and for the State of Texas, do

7    hereby certify:

8           That JOHN DIXON, the witness whose

9    deposition is hereinbefore set forth, was duly

10   sworn by me and that such deposition is a true

11   record of the testimony given by such witness.

12          I certify that review of the transcript by

13   the deponent was requested.

14          I further certify that I am not related to

15   any of the parties to this action by blood or

16   marriage; and that I am in no way interested in

17   the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set my

19   hand this 10th day of March, 2021.

20

21   _____

     LINDA RUSSELL, Texas CSR #2965
22   Expiration Date:  4/30/2021

23

24

25