# Exhibit C

# NEKTON
# DIVING CRUISES






## 2009 - 2010 ITINERARIES

**MAYAGUANA • EASTERN PUERTO RICO & ST. CROIX • MONA ISLAND • MEDIO REEF • NORTHWEST BAHAMAS • CAY LOBOS • CAY SAL BANK • BELIZE • THE CAYMAN ISLAND • SOUTHERN BAHAMAS •**

Exhibit 2

# Snorkel First

Nekton Diving Cruises welcomes you aboard to discover the underwater world by participating in our Snorkel First program. What better way to spend your vacation than floating in warm, clear water above beautiful coral gardens teeming with colorful tropical fish? With Nekton's Snorkel First program, beginners to experienced snorkelers can enjoy the turquoise water and the underwater sites throughout the Caribbean. You'll also enjoy special attention from one of Nekton's professionally trained "snorkel pros."

Prior to each snorkel excursion, the snorkel pro will brief you about the site you will explore. Next, since Nekton's vessels are usually moored on dives sites typically too deep for snorkeling, you'll travel to shallower snorkel sites in one of our twin-vee tenders. These special tenders were selected specifically for the Snorkel First program as they provide an incredibly dry and stable ride. Once at the snorkel site, you may join the snorkel pro for a guided tour or explore the area on your own with your buddy.

During your week-long snorkeling adventure with Nekton, you'll discover a diversity of underwater beauty. The sites included among Nekton's itineraries range from shallow ship wrecks to beautiful coral gardens to snorkeling with wild spotted dolphins.

*For example:*

**Northwestern Bahamas**
- Snorkeling the Wreck of the Hesperus- you'll see thick schools of French grunts, spadefish and resident loggerhead turtles
- White Sand Ridge can feature the once in a lifetime thrill of interacting with white spotted dolphins

**Cay Sal Bank**
- Water Cay - you can explore a small airplane wreck and cuts and tunnels of the island

**St. Croix**
- Snorkel Fredricksted Pier - you are very likely to find creatures that you may have never seen before, such as seahorses, spotted scorpionfish, frogfish, batfish and octopus galore.

When you participate in Snorkel First, you will truly experience a unique, active, relaxing and adventurous vacation.

*BOOK YOUR NEXT*
*CRUISE VACATION:*

*(800) 899-6753*
*(954) 463-9324*

---

## DREAM, DIVE, DISCOVER the UNDERWATER WORLD INSIDE:

Snorkel First program ................3

Features ..........................................3

Mayaguana ...................................4-5

Puerto Rico & St Croix ..............6-7

Mona Passage................................8-9

Medio Reef .................................10-11

Northwest Bahamas....................12-13

Cay Sal Bank................................14-15

Belize, Central America...............16

Cay Lobos .....................................16

Cayman Islands ...........................16

Southern Bahamas.......................16

2009 - 2010 Itinerary ................17-20

Itinerary Notes ............................21

Pricing Info..................................21-22

Additional Info.............................22-24

### Dive with a Winner!

Along with being voted the **#1 Live-aboard in the World** in 1998, Nekton Diving Cruises is proud of the following awards and sponsorships:

- Voted among the most popular and top ten live-aboards in the world by the readers of Rodale's Scuba Diving magazine for 9 years running! (1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002 and 2003)!

- Voted Most Popular Live-Aboard of 2000 by Rodale's Scuba Diving Readers' Choice Awards

- Winner of Popular Mechanics' 1995 Design & Engineering Award

- Voted Best New Product of 1994 by Business Week Magazine

- Charter Member of PADI International Resort Association

- Platinum Charter Boat Sponsor of Divers Alert Network

- Largest volunteer provider of research data for Divers Alert Network's Project Dive Exploration





*Nekton Pilot 1994*

Length Overall ................................. 78'
Height Overall ................................. 40'
Beam ............................................. 40'
Draft .............................................. 10'
Cruising Speed ............................... 9 knots
Range ............................................ 1,500 nautical miles
Fuel Capacity ................................. 7540 gallons
Portable Water Capacity ................. 1,120 gallons
Water Making Capacity .................. 2600 gallons/day
Main Engines ................................. (2) Caterpillar 3412 TA, 825 HP
Generator ...................................... (2) Caterpillar 3304 BNA, 65 KW

*Staterooms:* ..................................... 16
*Passengers:* ..................................... 32
*Crew* ............................................... 12
*Year Built* ...................................... 1994
*Year Refit* ...................................... 2008

*Nekton Rorqual 2001*

Length Overall ................................. 78'
Height Overall ................................. 40'
Beam ............................................. 40'
Draft .............................................. 6.5'
Cruising Speed ............................... 9 knots
Range ............................................ 1,500 nautical miles
Fuel Capacity ................................. 7540 gallons
Portable Water Capacity ................. 1,120 gallons
Water Making Capacity .................. 2600 gallons/day
Main Engines ................................. (2) Cummins
Generator ...................................... (2) Cummins

*Staterooms:* ..................................... 17
*Passengers:* ..................................... 34
*Crew* ............................................... 12
*Year Built* ...................................... 2001
*Year Refit* ...................................... 2008






## Features

SWATH design
U.S. Coast Guard Certified
Satellite Telephone
Internet WI-FI
Carpeted camera table
DAN—Oxygen System onboard.
Extensive first aid kit

Elevating dive platform with:
- Private "wet" gear compartments, under the dive platform benches
- Individual, steel 95-cubic-foot tanks
- Weights and belts
- Freshwater rinse-tanks and anti fogging mask solution
- Steamy showers and warm towels, after every dive

Private bathrooms with:
- Individual air-conditioning controls in each cabin
- Full-sized showers
- Push-button heads
- Wash basin
- Twin/Queen size beds
- Ocean view in every cabin

Spacious lounge area with:
- Flat screen TV
- DVD Player
- Modern non-linear editing video technology facilities.

2000 square foot sundeck with:
- Jacuzzi
- Chairs, tables, chaise lounges
- Shaded wetsuit hanging storage
- Cubby storage

# *Mayaguana*

Are you looking for a new dive adventure to a place that is undisturbed by modern development? Nekton's itinerary development team has discovered an outpost in the Bahamas that is just what you are looking for! Known more for the legend that pirates stopped there for fresh-water, Mayaguana island has turned out to be a special and undisturbed dive destination. You can be among the first to discover what her bountiful waters have to offer.

Our new itinerary team and some lucky Nekton past guests recently explored the waters off Mayaguana and discovered, rich marine life, healthy reefs, huge basket sponges, breathtaking swim through's , caves and deep, spectacular walls dropping into the Atlantic Ocean. Check out some of the pictures on our facebook page.

The 300+ residents of the island are so happy to have us visit that they insist we come over for dinner. They have arranged a tour of the island and dinner for us during the week. They do however ask that we help defer some of the costs and pay $25 each for the cost of fuel and food. (Please remember the island is cash only.)



**Note:** *Traveling to Mayaguana requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*

**FACTS:**

| | |
|---|---|
| **Size:** | Approximately 110 square miles, 24 miles by 6 miles |
| **Language:** | English |
| **Climate:** | tropical year round |
| **Time Zone:** | Eastern Standard Time |
| **Currency:** | Bahamian Dollar which is equivalent in value to US dollars. Bahamas take US currency. This is a cash economy. There are no banks or ATM's on the island. Credit cards are not accepted. (The few convenience stores on the island offer a limited selection of goods.) |
| **Local Diet:** | Tropical fish caught daily. Fresh conch and lobsters. Rice/beans/chicken. They also grow their own: watermelon/ sweet potatoes/peanuts/corn/peas and assorted fresh fruit and vegetables |
| **Population:** | 312 locals. |
| **Atmosphere:** | Everyone on the island knows everyone. It is like one large extended family. They are friendly, trustworthy people. |



## Mayaguana

*While each Mayaguana cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!*

**Saturday:** Your adventure begins by arriving in Providenciales, Turks and Caicos Islands.

The Nekton Rorqual will be docked at Niki Beach Marina on the East side of the Island.   A taxi ride from Providenciales to Niki Beach Marina should be less than $50 one way.  Once at the marina, you may enjoy dinner ashore.  Embarkation begins at 7:00 pm with the Captain's briefing about 8:00 pm. Later that night the vessel gets underway.

**Sunday Thru Friday:** After clearing Customs in Mayaguana, exploration begins around the island.  The diving here includes shallow water reef dives to deep blue water wall drop-off (where there are many and swim throughs to explore.)  The reefs along the wall are very healthy and have lots of colorful sponges, corals, and tunicates.  Small shrimps and crabs are attached to many of these corals, which provide an excellent site for macro photograph.  You will also find colorful tropical fish, school of blue tangs, hawksbill turtles, a couple of big grouper, a few reef sharks, nurse sharks and many more.

Enjoy at least 4 - 5 dives per day, including a night dive.  A typical day goes something like this:
6 - 8 a.m. -  Breakfast Buffet
8:00 a.m. -  Dive briefing on sundeck followed by open diving
10:00 a.m. - Mid-morning snack
11:45 a.m. - Back onboard
12:00 p.m. - While Lunch is Served, boat moves to afternoon dive site
1:00 p.m. -  Dive site briefing on sundeck followed by open diving
3:00 p.m. -  Mid-afternoon snack
5:45 p.m. -  Back onboard
6:00 p.m. -  Dinner is served followed by evening slide presentation
8:00 p.m. -  Dive deck opens again for night dive
10:00 p.m. - Depart for tomorrow morning's new dive site.

**Friday Afternnon:** Enjoy an evening ashore were the friendly locals will pull out the red carpet and show Nekton's guests their charming towns.  A guided tour will be given of the main settlements.  Dinner will be served at the Baycaner.  Please bring $25 cash for the guided tour and dinner.  Alcoholic beverages are not included in the $25 fee.   (Please note: Bring cash with you. There are no banks or ATM's on the island.  Credit cards are not accepted.)

Mayaguana Settlements
Betsy Bay
*Located on the West Coast; Enjoy the scenery of quaint pastel cottages, secluded' wild corn plants, saucy hummingbirds.*
Pirate's Well
*Located on the North Coast; hear the tales of the buried treasure lost on the island.  Enjoy dinner at Baycaner - directly across the street from Pirates Well.*
Abraham's Bay
*Located on the South coast; is the main town where you will find the harbor; (Quick fact: the main form of communication is mail boat once a week)*
North Beach
*Enjoy the stunning ocean flats scenery.  Where you will see tropical birds such as the West Indian Flamingo and the Brown Booby.*
Mayaguana Airport
*The 11,000 foot runway was part of a former US missile tracking station used during the NASA Project Mercury and Apollo programs to help keep the astronauts on course.*

**Friday night:** The boat makes the passage back to Turks and Caicos Islands.

**Saturday:** The Nekton Rorqual will arrive back at Niki Beach Marina at 8 in the morning. After clearing customs, local taxi service is available with dock side pickup for transfers to the airport.

**Please schedule flights AFTER 12  PM to allow time for arrival back to the airport and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**






# *Puerto Rico and St. Croix*

Come with us on our St. Croix itinerary and see what the Caribbean has to offer, all without leaving American waters.  You will join the Nekton vessel as it departs from Fajardo, PR and make the 65 mile journey south east to St. Croix.  At approximately 80 square miles in size, St. Croix is the largest of the four U.S. Virgin islands.  It is also an incredibly diverse area for diving, including rich, unspoiled reefs, a plethora of sunken wrecks and artificial reefs, as well as a vibrant wall in exemplary condition.

The trip begins on the calm leeward West side of the island.  Here, surface intervals can be enjoyed on the sundeck, taking in the scenic view of Sprat Hall Plantation which includes plush, green hills, a French Great House from the 1600's as well as guest cottages and equestrian areas.  These dive areas are characterized by vast areas of mixed coral reef and abundant amounts of marine life.  Wreck dives in Butler Bay will offer opportunities to swim-through and visit sponge and coral encrusted artificial reefs.  While still on the West side, you will dock at the Fredriksted pier for an opportunity to do an exceptional pier dive as well as stretch your legs while exploring the island.  In addition to the great diving on the West side, the boat will move to the North side of the island, home to "The Wall" which runs parallel along the island for about 7 miles.  This area is center stage to a forest of massive sea fans, giant sea whip plumes, and a plethora of dense soft corals.  The North Shore has an especially diverse underwater environment including classic spur and groove reefs that are rich in brain, star, elkhorn and gorgonian corals.  It is also home to colorful sponge colonies on the spectacular wall that can plummet to depths of 3,200 feet.



*Note:* There is no immigration control for US citizens arriving from the United States. However, US citizens arriving in Puerto Rico from Central or South American countries, or from Caribbean islands, require proof of United States citizenship or a birth certificate; those arriving from elsewhere should have a United States passport. If you are a non-U.S. citizen, you should have a valid passport which contains the necessary visas for travel to and from the Puerto Rico and the USVI.



## Puerto Rico and St. Croix

*While each Puerto Rico and St. Croix cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!*

**Saturday:** You will fly into San Juan Airport in San Juan, Puerto Rico (airport code SJU). From San Juan, you'll need to make your way to Puerto Del Rey Marina near Fajardo, about 35 miles from San Juan. One may rent a car, arrange for a private transfer, or ride in a shared van with other Nekton guests. (Please note that the shared shuttle may require a wait as other Nekton guests arrive.)

Once at the marina, you may enjoy dinner ashore on your own at the marina's pizzeria, delicatessen or international cuisine restaurant specializing in lobster. Embarkation begins at 7:30 pm with the Captain's briefing about 8:00. The boat will depart in time to get you diving early Sunday morning.

**Sunday:** Wake up at the first dive site of the trip. Immediately after breakfast, there will be a general dive briefing and a dive site briefing, followed by the dive deck being open until lunch. This will be your first of many chances to see the beautiful reefs in the tropical waters off the West coast of St. Croix. This area has a nice sandy bottom surrounded by lobed star corals, with goatfish and southern stingrays living in the sand. The dive deck closes during lunch, as the boat repositions to a different dive site. Following a site briefing after lunch, the dive deck will re-open and will be open for a full afternoon of diving. During dinner, the boat stays on the afternoon dive site, making it possible to get in one last dive after dinner and experience watching the nocturnal critters on the site you got to know and enjoy during the day.

**Monday:** Wake up to some more gorgeous St. Croix diving—now in Butler Bay! Here you will have a chance to do some wreck diving on the many artificial reefs that have been created in this area. There are over half a dozen different wrecks to see in the bay, including a 177' Venezuelan freighter, which large barracuda like to call home, an 83' oil tug encrusted in corals and sponges, and a 300' oil barge with deck furniture welded onto its top deck!

**Tuesday:** Today you will continue your fun-filled dive vacation by visiting the North shore of St.Croix. Diving great sites such as North Star, Pavillions and Cane Bay, you will get to explore "The Wall" at your own pace and get your fill of bottom time. The wall starts around 30 ft and reaches depths of 130+. The great variety of reef fish, nurse sharks, eagle rays, an occasional manta ray and turtles make these dramatic and memorable dives.

**Wednesday:** Colorful coral gardens are up for grabs as you wake to another fabulous day in paradise! Excitement is in the air, however, you are going to Fredricksted! The boat docks in Fredricksted allowing for many options. A shuttle is available for passengers, for about $15 per person. If sightseeing is something you enjoy, Frederiksted has a tropical Rain Forest and the Whim Greathouse, a plantation restored to the way it was in the 1700s, which can be visited during your optional time off the boat. There are also a fair amount of shops to peruse at your leisure. However, many guests have mentioned that diving under the Fredriksted pier has been one of their most unique dive experiences to date. During this 25' dive, you are very likely to find creatures that you have never seen before, such as seahorses, spotted scorpionfish, frogfish, batfish and octopus galore. You won't want to miss the night dive at the pier!

**Thursday:** Another chance to dive St. Croix's North Wall! Some of the best diving the island has to offer is here, so you'll want another glimpse. Today may be the day you see a 6' free swimming green moray, so keep your eyes peeled—they're down there!

**Friday:** Today's the last day to enjoy the calm waters of the West side. Dive sites such as Armageddon and King's Cross are great ways to finish the already wonderful trip. Overnight, the boat makes the passage back to Fajardo, Puerto Rico.

**Saturday:** The boat has arrived back at the dock. Disembarkation is at 8:00 am. We will transport you and your gear back to the airport in San Juan.

**Please schedule flights AFTER 12:00 PM to allow time for arrival back to the San Juan airport and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**






7

# *Mona Passage*

### Isla Mona, Isla Monito and Isla Desecheo

Join the Nekton crew as we explore Isla Mona, Isla Monito and Isla Desecheo. Mona Island, considered by many as the "Galapagos of the Caribbean" features fascinating animal life including rare birds, iguanas and prolific marine life below. One Government official said, "You can't dive there - those are shark infested waters". The Crew said "Sounds Great!"

The underwater world of these unique islands is closer in feel to Eastern Pacific diving except the water is much warmer (80 degrees or better) and you will see hard and soft corals, as well as incredible number of sponges, sea fans, sea whips, etc. presented in a way very different from typical Caribbean dive sites.

Much of the diving is off of the shear cliffs and wave swept boulders calved from the cliffs. Because of the waves, currents and proximity to hard vertical surfaces, much of the diving requires good buoyancy control and proper functioning equipment. Your skills will allow you to descend quickly, swim under the wave zone, enjoy the dive and swim away from the wave zone to surface in the calmer water well off the cliff. For your diving efforts you will be rewarded with abundant sea life including sea turtles too numerous to count, sharks on nearly every dive and fish life of every description.



**Note:** *There is no immigration control for US citizens arriving from the United States. However, US citizens arriving in Puerto Rico from Central or South American countries, or from Caribbean islands, require proof of United States citizenship or a birth certificate; those arriving from elsewhere should have a United States passport. If you are a non-U.S. citizen, you should have a valid passport which contains the necessary visas for travel to and from the Puerto Rico and the USVI.*



8

## *Mona Passage  Saturday - to Saturday*

*While each Mona Passage cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!*

**Saturday:** Your week begins by arriving in Mayaguez or at the modern San Juan International Airport which is serviced by several airlines with regular jet service. Since Puerto Rico and the Mona Islands are commonwealth territory of the United States, typical immigration and customs hassles are non-existent for US citizens. If you choose to fly to San Juan, there are several transfer options for the 3+ hour ride to the west coast port of Mayaguez. One may rent a car, arrange for a private transfer, or ride in a shared van with other Nekton guests (please call the office for price and also note that the shared shuttle may require a wait as other Nekton guests arrive.) Taxis are available from the Port of Mayaguez to the quaint shops and cafes of old Mayaguez. Dinner is served onboard and boarding begins at 7:00 pm.   Later that night the vessel gets underway for the first destination of Isla Desecheo.

**Sunday:** Isla Desecheo is a tall mountain-like island with steeply rising slopes and a low-lying shoreline including a couple of beautiful protected coves which are great for kayaking. The lee side or western shore diving includes shallow patch reefs with profiles to 10 feet. This will be your first introduction to the prolific basket sponges of this unique area. Everywhere you look, you will see basket sponges of all sizes in both individual stands and mass colonies. Your first morning dives will typically be on the choppier north side, weather permitting, at a very dramatic site called Hobbit House. Here you will enjoy many swim-throughs under island-born boulders morphed by centuries of reef building. The end result is an enchanting odyssey not soon forgotten. The morning will pass all too quickly as even two dives will not seem like enough to fully explore this area. The afternoon will usually see the vessel move to the Eastern sites with easy, shallow day and night dives as well as kayaking, and snorkeling.

**Monday:** The morning is usually spent on a deep mini-wall with the mooring on top at 80 feet and the mini-wall dropping to below 130'. Enjoy a majestic 45 degree face of hard and soft corals teeming with life. Start conserving your dive energy for the high energy diving on Mona Island and Isla Monito.

**Tuesday:** Your day starts with a first look at Mona Island diving on the southwest side of the island. Here you may see some of the numerous turtles of the area including the endangered Hawksbill and Leatherback. Be sure to look for tags under their front flippers as the four island rangers, the Department of Natural Resources and the Puerto Rican Universities do a great job of tracking the local populations. The afternoon brings the boat to that "One Particular Harbor" with great shallow diving.

**Wednesday:** The boat repositions to the northeast side of Mona Island for a day of cliff diving - Isla Mona style! Enjoy expansive underwater caves, fallen boulders as big as a house, and intense fish populations. Feel the reverberation of the Atlantic swells unloading their energy on the cliffs above. Diving on this day is a little more advanced in that one prefers to swim to and from the wall in the calmer waters below the wave zone and avoid getting caught up in the washing machine working on full spin above.

**Thursday:** Enjoy a morning drift dive off Isla Monita for some colorful and dramatic cliff diving. Isla Monita, the smallest and most vertical of the islands, is so steep and deep that mooring or anchoring is not possible. There is the possibility of seeing just about anything here where the Atlantic meets the Caribbean Sea.

**Friday:** Morning dive at "The Isthmus" (80') and afternoon dives at Boqueron Reef (50'-65') along the southwest coast of Puerto Rico. A beautiful sandy beach lined with palm trees and a quaint town has made Boqueron a favorite for locals and cruising yachtsmen alike. The bay is shallow, protected and accommodates scores of sailboats. Enjoy an evening ashore where you'll find many inexpensive restaurants and bars and a couple of more "civilized" options. This is a great spot to unwind from a week at sea. Enjoy some music and a "cheeseburger in paradise" or John's recommendation, "lobster sauce pasta" at Galloways. Remember dinner is on your own on Friday evening in Boqueron.

**Saturday:** The boat arrives back at the dock. Disembarkation is at 8:00 am. We will transport you and your gear back to the airport in San Juan.

**Please schedule flights AFTER 3:00 PM to allow time for arrival back to the San Juan airport. and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**

# Medio Reef

Medio Reef is an underwater sea mount located on the western edge of the Great Bahama Bank. Medio Reef was discovered by Nekton in the development of the Cay Lobos itinerary. Previously it was a one day stop on the way to Cay Lobos. It has been an immensely popular 1 day stop and after many guest requests, Nekton has developed the Medio reef itinerary to provide several additional days to fully immerse one's self in the wonder that is Medio Reef.

Medio Reef features spectacular shallow diving including mini-walls that rise out of 50 to 60 feet to within 25 feet of the surface. The sea mount is much too large for a single dive and it is possible to make a dive on the plateau and not realize that you are even on an underwater seamount. The plateau is coral covered and features dense fish and pelagic populations of all manners giving the illusion of diving in a tropical aquarium. The miles of edging to the seamount varies from a very distinctive sharp break into a 20' to 40' mini-wall with a flat base to rolling and sloping shoulder reefs all of which provides interesting terrain and habitat for the resident biomass.

The relatively shallow diving in gin clear water provides a color experience for all divers and a photographer's paradise. Because of the easy shooting conditions even beginner photographers will see professional results. The extreme remoteness and uncharted location has resulted in a virgin dive destination only visited by a few fortunate Nekton guests. Be one of those few to experience Medio Reef.

While the itinerary varies from week to week due to diving and weather conditions, the outline below will give you a good feel for the exciting week of diving in store for you.

> **Note:** *Traveling to the Bahamas requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*

   



## Medio Reef

*While each Medio Reef cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!*

**Saturday:** Our welcoming staff meets you at the airport upon your arrival and escorts you to Las Olas Riverfront for the remainder of the afternoon where you can sightsee, shop and enjoy dinner along the New River before boarding.

Transportation to the Nekton vessel will arrive at Las Olas Riverfront at 7pm. For your comfort, a few stops will be made at convenience stores along the way for snacks and beverages. The vessel will begin embarking at 7:30pm and the captain's briefing is schedule for 8pm. After the captain's briefing we will set sail to our destinations in the Bahamas.

Note: Port Everglades' tight security restrictions require that our guests be accompanied to the boat by our designated ground agents.

**Sunday:** After clearing Bahamian customs, the boat travels to Cat Cay, where the first diving site is in South Tuna Alley, where we dive at depths of 45 to 100 feet. Diving will also take place at Victory Reef, where depth of water reaches between 35 to 80 feet. After a night dive on Victory Reef, we'll head down to Orange Cay. *Look forward to see: Sargassum triggerfish, maybe dolphins.*

**Monday:** Dive and snorkel sites will be at Orange Cay on the Andros bank. The morning dive will be at Last Chance, where depths reach 60 feet. Afternoon and night dives will take place at The Playground, diving in about 20 feet. After the night dive, we'll set our course for Medio Reef. *Look forward to see: Painted tunicates, loggerhead turtle.*

**Tues - Wend:** Dive and snorkel sites will be on Medio Reef on the western edge of the immense Great Bahama Bank. Explore "Nature Prevails" at a depth about 55 feet, "Shallow Remora" diving in about 35 - 80 feet, a dive site we call "H2Oasis" in about 55 - 80 feet and "Enchanted Forrest" in about 60 feet. Each site has its own character and mystique. Then on to Cay Sal Bank Wednesday evening. *Look forward to see: Sharks, loggerhead and hawksbill turtles, African pompano, moray eels, lobsters.*

**Thursday:** Dive the spectacular mysterious blues holes of Cay Sal Bank and Damas reef. These holes were most likely formed during the ice age when the area was dry land. As the earth collapsed forming a sink hole, a limestone substrate was exposed. Millions of years later, as water began to cover the bank these narrow ridges of limestone became a perfect base for corals and sponges to attach. Today, divers can enjoy the ancient coral that covers the rims of the blue holes that begin at a depth of 20 to 30 feet of water and can plunge straight down to over 300 feet. Unlike the blue hole off Central America, the perimeters of these holes are lush with vibrant, virgin coral gardens, tons of fish and curious nurse sharks. Octopus and huge basket stars come out after dark set sail for Bimini.

**Friday:** The morning begins with one of two possibilities. The first option is a 50 foot, deep dive at Hawksbill or an 80 to130 foot dive at Thumbnail. You may sight a magnificent Hawksbill turtle at one of these sites.

There are afternoon and night dives at "The Strip," alongside 200 foot-long corals at a depth of 40 feet. Expect to view sea horses and an oasis of fish. After one last dive, the Nekton vessel will head back for Florida. Please keep your flight plans in mind with regard to the Friday night dive.

If weather permits, an optional, afternoon excursion ashore to Bimini will be offered. Bimini inspired American author, Ernest Hemingway to write the famous novel "Islands in the Stream."

**Saturday:** The Nekton vessel will arrive in Ft. Lauderdale, Fla., at 8 in the morning. After clearing customs, transportation will be provided to the Ft. Lauderdale airport, local hotel or Park'N Fly.

**Please schedule flights for after 12:00 noon and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**






# Northwestern Bahamas

Our Northwestern Bahamas sailing is an excellent way to experience the diversity of diving found in the Bahamas. You'll dive shallow coral gardens, ancient high-profile reefs, deep and shallow wrecks, a spectacular mini-wall and snorkel with wild spotted dolphins! There are also opportunities to venture ashore for excursions in Port Lucaya and Bimini. This is an excellent scuba cruise for divers of all experience levels. While Northwestern Bahamas cruises vary slightly from week to week due to weather and diving conditions, the outline below will give you a good feel for this diverse itinerary.

> **Note:**  *Traveling to the Bahamas requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*



*GUEST REVIEW- Steve Elliot*

<u>Wednesday, DAY 5</u> We enjoyed French toast, sausage patties, oatmeal, cereal, fruits, and breads for breakfast and then headed up to the sundeck for our dive site briefing on Rocky Mountain High. During the night we had moved to the Gingerbread Grounds, which is a shallow water area just north and east of Bimini. This dive site featured large coral heads rising to within 25 feet of the surface and covered with soft corals, sponges, sea fans, pinecone, bristlebrush, and cup algae, and thousands of schooling tropicals. There was a nice patch of turtle grass nearby, and we searched in vain for a seahorse.

Lunch was Taco Shells & Flour Tortillas with spicy ground beef, grilled chicken, lettuce, tomatoes, onions, salsa, guacamole, cheese, and tortilla soup. Ole'!!! Then it was back in the water for a dive on the Wreck of the Hesperus, which was a shallow-water site of an old wreck surrounded by turtle grass. The site was like a mini version of Stingray City with dozens of Southern stingrays out in the grass, and an abundance of grunts and snappers. After drying off, a group of us asked for a tour of Engineering. Todd led us down to his work area and showed us the massive 120Volt/60Hz redundant diesel engines that deliver power throughout the ship. We also saw the Nekton's icemaker; a unique high capacity desalinator to provide onboard fresh water; and the dual redundant high capacity Mako 2-stage air compressors which can either be directed straight to the air banks on the dive platform, or to the storage cylinders. Then Todd led us down a ladder about 15 feet into the aft-section of the pontoon so we could see one of the twin Caterpillar 3412 1200 HP diesel engines and the straight shaft aft to the propeller.

After that grueling afternoon, it was time to crack the cover on another paperback and rest up before our dinner of Fettuccine with either traditional Alfredo sauce, or marinara sauce, shrimp spiced with Old Bay seasoning, garlic shrimp, tossed salad, garlic bread, and Italian pastries. (By now my dinner companions and I were making plans to shanghai Chef Evan and take him home to cook for us…)

This evening's slide show was called "Turtle Talk", and Jon took the time to educate us on the plight of the sea turtles – explaining how they'd become endangered species and what divers can do to support the conservation efforts. We learned how to differentiate between the types of sea turtles, and also learned a lot about their fascinating cycle of life. All of this was the perfect lead-in to our night dive on the Wreck of the Hesperus, because the site has become the nightly resting place for about a dozen 2-300 pound loggerhead turtles. I was able to lay in the sand right next to a loggerhead, nearly eyeball-to-eyeball, and watch him as he rested and then lifted up to the surface for a breath of air. Each turtle had picked up a few hitchhiking remoras that were busy cleaning the parasites off their shells. The Southern stingrays were back in force along with the grunts and snappers.

## Northwestern Bahamas  Saturday - to Saturday

*While each Northwestern Bahamas cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!*

**Saturday:** Our welcoming staff meets you at the airport upon your arrival and escorts you to Las Olas Riverfront for the remainder of the afternoon where you can sightsee, shop and enjoy dinner along the New River before boarding.

Transportation to the Nekton vessel will arrive at Las Olas Riverfront at 7pm.  For your comfort, a few stops will be made at convenience stores along the way for snacks and beverages.  The vessel will begin embarking at 7:30pm and the captain's briefing is schedule for 8pm.  After the captain's briefing we will set sail to our destinations in the Bahamas.

Note: Port Everglades' tight security restrictions require that our guests be accompanied to the boat by our designated ground agents.

**Sunday:** Clear Customs in Grand Bahama. Morning, afternoon and night dives at Indian Cay Reef offer beautiful high profile reef diving in about 60 feet of water. Be on the lookout for purple vase sponges and colorful tropicals like the fairy basslet and yellowtail damsel fish.

**Monday:** Experience the thrill of snorkeling with wild spotted dolphins on the White Sand Ridge in the morning. These Atlantic Spotted Dolphins are loving sea mammals that are intelligent, friendly, and playful. Wild spotted dolphins of the White Sand Ridge enjoy swimming eye to eye with humans and imitating your movements. These wild dolphins come to play with us of their own free will.

We never feed, coax or attempt to train them. It is a natural encounter with wild dolphins that are in complete control of the interaction. They can appear or disappear at anytime. Dolphin snorkeling encounters can last from a few minutes to several hours each. Typically, active snorkeling and free diving keeps the dolphins interested and entertained. (While not guaranteed, as these dolphins are wild, we have very good luck interacting with these amazing animals.)

In the afternoon, enjoy dives at spectacular Mount Olympus or Scotos Reef followed by the shallow Sugar Wreck which is home to myriads of fish and critters.

**Tuesday:** Morning dives at Theo's Wreck - a 228 ft. steel freighter in 80-110 feet of water. This intact wreck is home to friendly fish and green moray eels.

Afternoon reef diving at Shark Junction where Caribbean reef sharks are very common sightings. Optional shore excursions into Port Lucaya by tender weather permitting.

**Wednesday:** Morning dives at the Gingerbread Grounds. This is a most unique area with huge coral mounds. If you are a photographer, be sure to shoot macro as small subjects abound like tunicates, nudibranchs, orange cup coral, white telesto coral, flamingo tongues, file clams and more.

Afternoon cruise to the Wreck of the Hesperus for afternoon and night dives highlighted by thick schools of fish, rays, nurse sharks and loggerhead turtles.

**Thursday:** The morning begins with deep dives on the Bimini wall or the Thumbnail. Shallow afternoon and night dives near Bimini. Optional shore excursion into Alice Town by tender weather permitting.

**Friday:** Enjoy reef diving off Cat Cay on sites such as Tuna Alley and Victory Reef. After a night dive, we'll start heading back to Florida. (Please keep in mind your flight plans with regards to the Friday night dive.)

**Saturday:** The Nekton vessel will arrive in Ft. Lauderdale, Fla., at 8 in the morning. After clearing customs, transportation will be provided to the Ft. Lauderdale airport, local hotel or Park'N Fly.

**Please schedule flights for after 12:00 noon and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**







# Cay Sal Bank

Situated just thirty miles north of Cuba, Cay Sal Bank is the most remote area of the Bahamas. With one of the highest concentrations of blue holes in the world and spectacular vertical walls, Cay Sal Bank offers exciting, exotic diving for more experienced divers. While the itinerary varies from week to week due to diving and weather conditions, the outline below will give you a good feel for the week of diving in store for you. This is a true diving adventure!



**Note:**  *Traveling to the Bahamas requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*



14

## *Cay Sal Bank*

***While each Cay Sal Bank cruise may vary due to weather and sea conditions, the outline below will give you a good feel for the adventure you could experience!***

**Saturday:** Our welcoming staff meets you at the airport upon your arrival and escorts you to Las Olas Riverfront for the remainder of the afternoon where you can sightsee, shop and enjoy dinner along the New River before boarding.

Transportation to the Nekton vessel will arrive at Las Olas Riverfront at 7pm.  For your comfort, a few stops will be made at convenience stores along the way for snacks and beverages.  The vessel will begin embarking at 7:30pm and the captain's briefing is schedule for 8pm.  After the captain's briefing we will set sail to our destinations in the Bahamas.

Note: Port Everglades' tight security restrictions require that our guests be accompanied to the boat by our designated ground agents.

**Sunday:** After clearing Bahamian customs, the boat travels to Cat Cay, where the first diving site is in South Tuna Alley, where we dive at depths of 45 to 100 feet.  Diving will also take place at Victory Reef, where depth of water reaches between 35 to 80 feet. After a night dive on Victory Reef, we'll head down to Orange Cay. *Look forward to seeing: Sargassum triggerfish, maybe dolphins.*

**Monday:** Dive and snorkel sites will be at Orange Cay on the Andros bank.  The morning dive will be at Last Chance, where depths reach 60 feet.  Afternoon and night dives will take place at The Playground, diving in about 20 feet.  After the night dive, we'll set our course for Cay Sal Bank. *Look forward to see: Painted tunicates, loggerhead turtle.*

**Tuesday:** Dive the spectacular mysterious blues holes of Cay Sal Bank and Damas reef. These holes were most likely formed during the ice age when the area was dry land. As the earth collapsed forming a sink hole, a limestone substrate was exposed. Millions of years later, as water began to cover the bank these narrow ridges of limestone became a perfect base for corals and sponges to attach. Today, divers can enjoy the ancient coral that covers the rims of the blue holes that begin at a depth of 20 to 30 feet of water and can plunge straight down to over 300 feet. Unlike the blue hole off Central America, the perimeters of these holes are lush with vibrant, virgin coral gardens, tons of fish and curious nurse sharks. Octopus and huge basket stars come out after dark.

**Wednesday:** Continue exploring more More Blue Hole Heaven, with names like:

• "Sistine Chapel" 125' in diameter, edge at 30'. Expect to see: cryptic sponges, reef sharks, wire coral.
• "Ladies Secret" - 150' in diameter and the edge is at 70'.  Look forward to see: Large school of schoolmaster and yellowtail snappers.
• "Big Hole" – ¼ mile in diameter, edge at 35'. Anticipate seeing:  reef sharks (lots), loggerhead turtles, mangrove tunicates, sting rays.
• "Silversides" – 200' in diameter, edge at 30'. Wait to see: silverside fishes, spotted moray eels, great macro life.

Each one with its own character and mystique and range between 20 to over 300 feet of water.

**Thursday:** In the morning will we do drift dives along the electrifying wall of Elbow Cay (look for Whale Sharks). Afternoon snorkeling and exploring at Water Cay, "Nature's Amusement Park" where you can see a small plane wreck and great macro life. We will depart late afternoon for Bimini.

**Friday:** The morning begins with one of two possibilities. The first option is a 50 foot deep dive at Hawksbill or an 80 to130 foot dive at Thumbnail. You may sight a magnificent Hawksbill turtle at one of these sites.

There are afternoon and night dives at "The Strip," alongside 200 foot-long corals at a depth of 40 feet. Expect to view sea horses and an oasis of fish.  After one last dive, the Nekton vessel will head back for Florida. (Please keep your flight plans in mind with regard to the Friday night dive. )

If weather permits, an optional, afternoon excursion ashore to Bimini will be offered.  American author, Ernest Hemingway was inspired to write the famous novel "Islands in the Stream."

**Saturday:** The Nekton vessel will arrive in Ft. Lauderdale, Fla., at 8 in the morning. After clearing customs, transportation will be provided to the Ft. Lauderdale airport, local hotel or Park'N Fly.

**Please schedule flights for after 12:00 noon and REMEMBER DAN's recommended waiting period between repetitive diving and flying.**

# Belize

Join us in discovering the incredible atoll's of the Turneffe Islands, Glovers Reef and Lighthouse Reef. Located on the Caribbean coast of Central America, Belize is rich in history and unspoiled natural attractions ranging from its rainforests to beautiful coral reefs. Traveling to Belize City is quite accessible by commercial flights offered by Continental, American and Taca Airlines. If your schedule allows, we recommend that you plan to spend a day or two before or after your cruise to explore this ecotourism-minded country. You can easily arrange tours of ancient Mayan ruins, the Belize Zoo or Belize City and the surrounding areas through our reservations department.

> **Note:** Travelling to Belize requires that U.S. and Canadian citizens have a PASSPORT that is valid for at least 6 months after they first enter Belize. You will be granted a 30 day visa. Citizens of other countries are REQUIRED to have valid visas and passports. Please check with your local issuing agency.

# Cay Lobos

Situated just eleven miles north of Cuba in Bahamian waters, Cay Lobos is a never-before, recreational dived area and the closest you can legally get to Cuba without special permits. On a clear day, you can see the Cuban mountain range rise from the horizon from the Nekton Rorqual's sun deck.

In the summer of 2002, Nekton's research vessel, the Nekton Cachelot, explored this remote area and discovered spectacular rolling walls, beautiful coral gardens and hog snapper so curious to see divers, they swam to greet the mooring crew! Nekton installed several environmental moorings along the vast Labanderas Reef. These sites were dove by divers for the first time during our 2003 summer season.

Adventurous divers now have the opportunity to be one of only a handful of divers to dive Labanderas Reef at Cay Lobos. The walls here range from deeper and steeper in the west to shallow and hallow in the east. Expect morning dives to be on walls with depths from 60' to 70' on top and afternoon dives starting at 40' to 50'. Enjoy a midweek night dive in the eastern shallows of Labanderas Reef.

> **Note:** *Traveling to the Bahamas requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*

# Cayman Islands

### Grand Cayman, Little Cayman, Cayman Brac

Situated in the middle of the Caribbean Sea, about 300 miles South of Miami, the Cayman Islands are recognized as one of the premier dive destinations in the world! Three islands make up the nation and weather permitting, Nekton will give you the opportunity to dive all three.

# Southern Bahamas

Embark on an adventure of a lifetime to dive the incredible reefs and walls of the Southern Bahamas. This remote area is located about 300 miles southeast of Florida, so the *Nekton Rorqual* is based out of George Town, a quaint Bahamian town located in the heart of the Southern Bahamas. Your adventure begins with our charter flight from Ft. Lauderdale to George Town on Saturday and continues with great diving in the Exumas, Conception Island, San Salvador and Cat Island or Rum Cay. Each Southern Bahamas itinerary may vary due to weather and the interest of our guests, but the outline below will give you a good feel for the adventure that you'll experience!

> **Note:** *Traveling to the Bahamas requires that U.S., Canadian and citizens of other countries have a valid PASSPORT.*

# 2009 Itinerary - THE NEKTON PILOT

| DATE | CRUISE | CASH DISCOUNT PRICE❖ | DATE | CRUISE | CASH DISCOUNT PRICE❖ |
|---|---|---|---|---|---|
| Jan 3 - Jan 10 | Mona Island | $1,895 | July 4 - July 11 | Medio Reef | $1,895 |
| Jan 10 - Jan 17 | Mona Island | $1,895 | July 11 - July 18 | Cay Sal Bank | $1,895 |
| Jan 17 - Jan 24 | Repositioning | | July 18 - July 25 | Northwest Bahamas | $1,895 |
| Jan 24 - Jan 31 | St. Croix, USVI | $1,595 | July 25 - Aug 1 | Cay Sal Bank | $1,895 |
| Jan 31 - Feb 7 | St. Croix, USVI | $1,695 | Aug 1 - Aug 8 | Northwest Bahamas | $1,695 |
| Feb 7 - Feb 14 | St. Croix, USVI | $1,795 | Aug 8 - Aug 15 | Cay Sal Bank | $1,695 |
| Feb 14 - Feb 21 | St. Croix, USVI | $1,795 | Aug 15 - Aug 22 | Medio Reef | $1,695 |
| Feb 21 - Feb 28 | St. Croix, USVI | $1,795 | Aug 22 - Aug 29 | Cay Sal Bank | $1,695 |
| Feb 28 - Mar 7 | St. Nitrox, USVI | $1,795 | Aug 29 - Sept 5 | Northwest Bahamas | $1,695 |
| Mar 7 - Mar 14 | St. Croix, USVI | $1,795 | Sept 5 - Sept 12 | Northwest Bahamas | $1,495 |
| Mar 14 - Mar 21 | St. Croix, USVI | $1,595 | Sept 12 - Sept 19 | Cay Sal Bank | $1,495 |
| Mar 21 - Mar 28 | St. Croix, USVI | $1,795 | Sept 19 - Sept 26 | USCG Inspection | |
| Mar 28 - Apr 4 | St. Croix, USVI | $1,595 | Sept 26 - Oct 3 | USCG Inspection | |
| Apr 4 - Apr 11 | St. Croix, USVI | $1,795 | Oct 3 - Oct 10 | USCG Inspection | |
| Apr 11 - Apr 18 | St. Croix, USVI | $1,795 | Oct 10 - Oct 17 | USCG Inspection | |
| Apr 18 - Apr 25 | Repositioning | | Oct 17 - Oct 24 | USCG Inspection | |
| Apr 25 - May 2 | Repositioning | | Oct 24 - Oct 31 | Repositioning | |
| May 2 - May 9 | Northwest Bahamas | $1,895 | Oct 31 - Nov 7 | Repositioning | |
| May 9 - May 16 | Medio Reef | $1,895 | Nov 7 - Nov 14 | Repositioning | |
| May 16 - May 23 | Medio Reef | $1,895 | Nov 14 - Nov 21 | Mona Island | $1,695 |
| May 23 - May 30 | Cay Sal Bank | $1,895 | Nov 21 - Nov 28 | Mona Island | $1,695 |
| May 30 - June 6 | Cay Sal Bank | $1,895 | Nov 28 - Dec 5 | Mona Island | $1,695 |
| June 6 - June 13 | Medio Reef | $1,895 | Dec 5 - Dec 12 | Mona Island | $1,695 |
| June 13 - June 20 | Medio Reef | $1,895 | Dec 12 - Dec 19 | Mona Island | $1,695 |
| June 20 - June 27 | Medio Reef | $1,895 | Dec 19 - Dec 26 | Mona Island | $1,695 |
| June 27 - July 4 | Cay Sal Bank | $1,895 | Dec 26 - Jan 2 | Mona Island | $1,795 |



**FRIDAY NIGHT DIVE -** Take advantage of six full days of diving and night dives - Remember to consult DAN's dive rules on flying after diving when booking your return flights home!

❖**CASH PRICE -** Above prices are based on final payment being made by check or money order.  If final payment is made with credit card, please pay our regular cruise fare which is $50 more than the cash discount price listed above. Above prices do not include airfare, taxes, fees, alcoholic or carbonated beverages, Nitrox, gear rental and gratuity.

Please reference the **"Itinerary Notes"** page of this booklet, for details on additional taxes and fees not included in the cruise fare.

\* Whales of the Silver Banks trip is run by Aquatic Adventures. 954-382-0024.

17

# *2009 Itinerary* - THE NEKTON RORQUAL

| DATE | CRUISE | CASH DISCOUNT PRICE❖ | DATE | CRUISE | CASH DISCOUNT PRICE❖ |
|---|---|---|---|---|---|
| Jan 3 - Jan 10 | St. Croix, USVI | $1,895 | July 4 - July 11 | St. Croix, USVI | $1,895 |
| Jan 10 - Jan 17 | St. Croix, USVI | $1,895 | July 11 - July 18 | St. Croix, USVI | $1,895 |
| Jan 17 - Jan 24 | St. Croix, USVI | $1,895 | July 18 - July 25 | St. Croix, USVI | $1,895 |
| Jan 24 - Jan 31 | Repositioning | | July 25 - Aug 1 | St. Croix, USVI | $1,895 |
| Jan 31 - Feb 7 | *Whales of the Silver Bank* * | | Aug 1 - Aug 8 | St. Croix, USVI | $1,695 |
| Feb 7 - Feb 14 | *Whales of the Silver Bank* * | | Aug 8 - Aug 15 | St. Croix, USVI | $1,695 |
| Feb 14 - Feb 21 | *Whales of the Silver Bank* * | | Aug 15 - Aug 22 | St. Croix, USVI | $1,695 |
| Feb 21 - Mar 3 | *Whales of the Silver Bank* * | | Aug 22 - Aug 29 | USCG Inspection | |
| Mar 3 - Mar 14 | *Whales of the Silver Bank* * | | Aug 29 - Sept 5 | USCG Inspection | |
| Mar 14 - Mar 21 | *Whales of the Silver Bank* * | | Sept 5 - Sept 12 | USCG Inspection | |
| Mar 21 - Mar 28 | *Whales of the Silver Bank* * | | Sept 12 - Sept 23 | Expedition Diving | $2,295 |
| Mar 28 - Apr 4 | *Whales of the Silver Bank* * | | Sept 23 - Oct 3 | Expedition Diving | $2,295 |
| Apr 4 - Apr 11 | *Whales of the Silver Bank* * | | Oct 3 - Oct 10 | Repositioning | |
| Apr 11 - Apr 18 | Repositioning | | Oct 10 - Oct 17 | St. Croix, USVI | $1,795 |
| Apr 18 - Apr 25 | St. Croix, USVI | $1,895 | Oct 17 - Oct 24 | St. Croix, USVI | $1,995 |
| Apr 25 - May 2 | St. Croix, USVI | $1,895 | Oct 24 - Oct 31 | St. Croix, USVI | $1,795 |
| May 2 - May 9 | St. Croix, USVI | $1,895 | Oct 31 - Nov 7 | St. Croix, USVI | $1,795 |
| May 9 - May 16 | St. Croix, USVI | $1,895 | Nov 7 - Nov 14 | St. Croix, USVI | $1,795 |
| May 16 - May 23 | St. Croix, USVI | $1,895 | Nov 14 - Nov 21 | St. Croix, USVI | $1,795 |
| May 23 - May 30 | St. Croix, USVI | $1,895 | Nov 21 - Nov 28 | St. Croix, USVI (Turkey Week) | $1,995 |
| May 30 - June 6 | St. Croix, USVI | $1,895 | Nov 28 - Dec 5 | St. Croix, USVI | $1,695 |
| June 6 - June 13 | St. Croix, USVI | $1,895 | Dec 5 - Dec 12 | St. Croix, USVI | $1,595 |
| June 13 - June 20 | St. Croix, USVI | $1,895 | Dec 12 - Dec 19 | St. Croix, USVI | $1,595 |
| June 20 - June 27 | St. Croix, USVI | $1,895 | Dec 19 - Dec 26 | St. Croix, USVI | $1,795 |
| June 27 - July 4 | St. Croix, USVI | $1,895 | Dec 26 - Jan 2 | St. Croix, USVI | $1,995 |



**FRIDAY NIGHT DIVE -** Take advantage of six full days of diving and night dives - Remember to consult DAN's dive rules on flying after diving when booking your return flights home!

❖**CASH PRICE -** Above prices are based on final payment being made by check or money order.  If final payment is made with credit card, please pay our regular cruise fare which is $50 more than the cash discount price listed above. Above prices do not include airfare, taxes, fees, alcoholic or carbonated beverages, Nitrox, gear rental and gratuity.

Please reference the **"Itinerary Notes"** page of this booklet, for details on additional taxes and fees not included in the cruise fare.

* Whales of the Silver Banks trip is run by Aquatic Adventures. 954-382-0024

# *2010 Itinerary - THE NEKTON PILOT*

| DATE | CRUISE | CASH DISCOUNT PRICE✤ | DATE | CRUISE | CASH DISCOUNT PRICE✤ |
|------|--------|---------------------|------|--------|---------------------|
| Jan 3 -   Jan 9 | Mona Island | $1,795 | July 3 -   July 10 | Northwest Bahamas | $1,995 |
| Jan 9 -   Jan 16 | Mona Island | $1,795 | July 10 - July 17 | Cay Sal Bank | $1,995 |
| Jan 16 -  Jan 23 | Repositioning | | July 17 - July 24 | Medio Reef | $1,995 |
| Jan 23 -  Jan 30 | St. Croix, USVI | $1,595 | July 24 - July 31 | Cay Sal Bank | $1,995 |
| Jan 30 -  Feb 6 | St. Croix, USVI | $1,695 | July 31 - Aug 7 | Northwest Bahamas | $1,795 |
| Feb 6 -   Feb 13 | St. Croix, USVI | $1,795 | Aug 7 -   Aug 14 | Cay Sal Bank | $1,795 |
| Feb 13 -  Feb 20 | St. Croix, USVI | $1,795 | Aug 14 - Aug 21 | Medio Reef | $1,795 |
| Feb 20 -  Feb 27 | St. Croix, USVI | $1,795 | Aug 21 - Aug 28 | Cay Sal Bank | $1,795 |
| Feb 27 -  Mar 6 | St. Croix, USVI | $1,795 | Aug 28 - Sept 4 | Northwest Bahamas | $1,795 |
| Mar 6 -   Mar 13 | St. Croix, USVI | $1,795 | Sept 4 -  Sept 11 | Cay Sal Bank | $1,595 |
| Mar 13 -  Mar 20 | St. Croix, USVI | $1,795 | Sept 11 - Sept 18 | Medio Reef | $1,595 |
| Mar 20 -  Mar 27 | St. Croix, USVI | $1,795 | Sept 18 - Sept 25 | Repositioning | |
| Mar 27 -   Apr 3 | St. Croix, USVI | $1,795 | Sept 25-  Oct 2 | Repositioning | |
| Apr 3 -   Apr 10 | St. Croix, USVI | $1,795 | Oct 2 -   Oct 9 | Repositioning | |
| Apr 10 -  Apr 17 | St. Croix, USVI | $1,795 | Oct 9 -   Oct 16 | Repositioning | |
| Apr 17 -  Apr 24 | St. Croix, USVI | $1,795 | Oct 16 -  Oct 23 | Repositioning | |
| Apr 24 -  May 1 | St. Croix, USVI | $1,795 | Oct 23 -  Oct 30 | Repositioning | |
| May 1 -   May 8 | Repositioning | | Oct 30 -  Nov 6 | Repositioning | |
| May 8 -   May 15 | Repositioning | | Nov 06 - Nov 13 | St. Croix, USVI | $1,895 |
| May 15 - May 22 | Cay Sal Bank | $1,995 | Nov 13 - Nov 20 | St. Croix, USVI | $1,895 |
| May 22 - May 29 | Medio Reef | $1,995 | Nov 20 - Nov 27 | St. Croix, USVI | $1,895 |
| May 29 - June 5 | Cay Sal Bank | $1,995 | Nov 27-  Dec 4 | St. Croix, USVI | $1,895 |
| June 5 - June 12 | Northwest Bahamas | $1,995 | Dec 4-   Dec 11 | St. Croix, USVI | $1,895 |
| June 12 - June 19 | Cay Sal Bank | $1,995 | Dec 11-  Dec 18 | St. Croix, USVI | $1,895 |
| June 19 - June 26 | Medio Reef | $1,995 | Dec 18-  Dec 25 | St. Croix, USVI | $1,895 |
| June 26-  July 3 | Cay Sal Bank | $1,995 | Dec 25-   Jan 1 | St. Croix, USVI | $1,895 |



**FRIDAY NIGHT DIVE -** Take advantage of six full days of diving and night dives - Remember to consult DAN's dive rules on flying after diving when booking your return flights home!

**✤CASH PRICE -** Above prices are based on final payment being made by check or money order.  If final payment is made with credit card, please pay our regular cruise fare which is $50 more than the cash discount price listed above. Above prices do not include airfare, taxes, fees, alcoholic or carbonated beverages, Nitrox, gear rental and gratuity.

Please reference the **"Itinerary Notes"** page of this booklet, for details on additional taxes and fees not included in the cruise fare.

\* Whales of the Silver Banks trip is run by Aquatic Adventures. 954-382-0024

# *2010 Itinerary - THE NEKTON RORQUAL*

| DATE | CRUISE | CASH DISCOUNT PRICE❖ | DATE | CRUISE | CASH DISCOUNT PRICE❖ |
|---|---|---|---|---|---|
| Jan 2 - Jan 9 | St. Croix, USVI | $1,795 | June 26- July 3 | Medio Reef | $1,995 |
| Jan 9 - Jan 16 | Repositioning | | July 3 - July 10 | Cay Sal Bank | $1,995 |
| Jan 16 - Jan 23 | Mayaguana | $1,845 | July 10 - July 17 | Medio Reef | $1,995 |
| Jan 23 - Jan 30 | Mayaguana | $1,845 | July 17 - July 24 | Northwest Bahamas | $1,995 |
| Jan 30 - Feb 6 | Mayaguana | $1,845 | July 24 - July 31 | Medio Reef | $1,995 |
| Feb 6 - Feb 13 | Mayaguana | $1,845 | July 31 - Aug 7 | Cay Sal Bank | $1,995 |
| Feb 13 - Feb 20 | Mayaguana | $1,845 | Aug 7 - Aug 14 | Medio Reef | $1,795 |
| Feb 20 - Feb 27 | Mayaguana | $1,645 | Aug 14 - Aug 21 | Northwest Bahamas | $1,795 |
| Feb 27 - Mar 6 | Mayaguana | $1,845 | Aug 21 - Sept 25 | USCG (3 weeks) | |
| Mar 6 - Mar 13 | Mayaguana | $1,845 | Sept 25 - Oct 5 | Expedition Diving (10 Days) | $2,395 |
| Mar 13 - Mar 20 | Mayaguana | $1,845 | Oct 6 - Oct 16 | Cay Lobos (10 Days) | $2,395 |
| Mar 20 - Mar 27 | Mayaguana | $1,845 | Oct 16 - Oct 23 | Repositioning (1 week) | |
| Mar 27 - Apr 3 | Mayaguana | $1,745 | Oct 23 - Oct 30 | Eastern PR & St. Croix | $1,795 |
| Apr 3 - Apr 10 | Mayaguana | $1,645 | Oct 30 - Nov 6 | Eastern PR & St. Croix | $1,795 |
| Apr 10 - Apr 17 | Repositioning | | Nov 6 - Nov 13 | Eastern PR & St. Croix | $1,795 |
| Apr 17 - Apr 24 | Medio Reef | $1,995 | Nov 13 - Nov 20 | Eastern PR & St. Croix | $1,795 |
| Apr 24 - May 1 | Northwest Bahamas | $1,995 | Nov 20 - Nov 27 | Eastern PR & St. Croix | |
| May 1 - May 8 | Medio Reef | $1,995 | | $1,795 | |
| May 8 - May 15 | Cay Sal Bank | $1,995 | Nov 27 - Dec 4 | Eastern PR & St. Croix | $1,795 |
| May 15 - May 22 | Medio Reef | $1,995 | Dec 4 - Dec 11 | Eastern PR & St. Croix | $1,595 |
| May 22 - May 29 | Northwest Bahamas | $1,995 | Dec 11 - Dec 18 | Eastern PR & St. Croix | $1,595 |
| May 29 - June 5 | Medio Reef | $1,995 | Dec 18 - Dec 25 | Eastern PR & St. Croix | $1,895 |
| June 5 - June 12 | Cay Sal Bank | $1,995 | Dec 25 - Jan 1 | Eastern PR & St. Croix | $1,995 |
| June 12 - June 19 | Medio Reef | $1,995 | | | |
| June 19 - June 26 | Northwest Bahamas | $1,995 | | | |

    

**FRIDAY NIGHT DIVE -** Take advantage of six full days of diving and night dives - Remember to consult DAN's dive rules on flying after diving when booking your return flights home!

❖**CASH PRICE -** Above prices are based on final payment being made by check or money order.  If final payment is made with credit card, please pay our regular cruise fare which is $50 more than the cash discount price listed above. Above prices do not include airfare, taxes, fees, alcoholic or carbonated beverages, Nitrox, gear rental and gratuity.

Please reference the **"Itinerary Notes"** page of this booklet, for details on additional taxes and fees not included in the cruise fare.

* Whales of the Silver Banks trip is run by Aquatic Adventures. 954-382-0024.

# Itinerary Notes



### EASTERN PUERTO RICO & ST CROIX

Departs from Puerto Del Rey Marina near Fajardo, about 35 miles from San Juan.  There are several  transportation options  available for the 35 mile ride.  You may rent a car, arrange for a private transfer, or ride in a shared van with other Nekton guests for $75 round trip (please note that the $75 shared shuttle may require a wait as other Nekton guests arrive.)

Taxes and other fees not included in cruise fare:
A $20 Puerto Del Rey Marina Fee.  A fuel surcharge (subject to change based on current fuel prices).  If you choose to take the shared shuttle van from San Juan to Puerto Del Rey Marina, the cost is $75 round trip. One way $37.50. A $20 communication fee.

## Mona Island

Departs from Mayaguez, Puerto Rico.  You may choose to fly directly to Mayaguez or fly to San Juan, Puerto Rico.  If you choose to fly to San Juan, there are several  transportation options  available for the 3 + hour ride to the west coast port city of Mayaguez. You may rent a car, arrange for a private transfer, or ride in a shared van with other Nekton guests for a fee round trip (please note that the shared shuttle may require a wait as other Nekton guests arrive.) Taxis are available from the Port of Mayaguez to the quaint shops and cafes of old Mayaguez.

Taxes and other fees not included in cruise fare:
A $20 Port of Mayaguez Fee.   A fuel surcharge (subject to change based on current fuel prices).  If you choose to take the shared shuttle van from San Juan to Mayaguez.  Please call the reservation office for pricing. A $20 communication fee.

## Cay Lobos          Medio Reef
## Cay Sal Bank      Northwestern Bahamas

These itineraries depart and return to Fort Lauderdale, Florida on Saturdays. Nekton's shuttle van provides  transportation to and from the Fort Lauderdale International Airport and area hotels on sailing days (Saturdays). If you arrive prior to boarding time on  Saturday, we will pick you up at the airport (or local hotel), take your luggage aboard the boat and transport you to the Las Olas Riverfront, a fun downtown area with lots of shopping, restaurants, a movie theater, and water taxi pick up. We will later pick you up at 7:00 pm and transfer you to your Nekton vessel. On the way to the boat, we'll stop by a liquor store/grocery store so you may purchase any alcoholic or carbonated beverages that you would like. The charge for our Saturday shuttle service is $10.

Taxes and other fees not included in cruise fare:
Bahamas charter fee of 4% of cruise fare, Bahamas departure fee $15, Port Everglades Security Fee of $5, Port Everglades Passenger fee of $5, and US Passenger Excise Tax of $3, a fuel surcharge (subject to change based on current fuel prices), and $10 Saturday ground transfer fee. A $20 communication fee.



### Belize

Our Belize itinerary includes 6 FULL DAYS OF DIVING including NIGHT DIVES right up until the FRIDAY NIGHT DIVE.  The cruise departs weekly from the Port Authority/Government Dock or the Tourist Village in Belize City, Belize.  Ground transfers to and from the Belize City airport  and local hotels are provided on sailing days. Refer to the "Belize" itinerary description for additional important details.  Due to recreational depth limits of 130 feet and logistics, Nekton does not dive The Blue Hole of Belize.

Taxes and other fees not included in cruise fare:
$10 Belize Cruising Fee, $45 port charge, a fuel surcharge (subject to change based on current fuel prices, $5 Half Moon Caye Park Fee, $2.50 Glovers Reef Park Fee, $15  Hyperbaric Chamber Fee, and a $35 Belizean departure tax that is payable at the airport. If you would like a shuttle to and from the Belize airport on Saturdays, the ground transfer fee is $25. A $20 communication fee.

### Southern Bahamas

Departs from George Town,  Great Exuma. (Airport code GGT)  Presently, several commercial airlines fly into George Town including American Eagle, Bahamas Air, and Lynx Air. Ground transfers to and from the George Town airport are provided on sailing days for guests on Saturdays only. Refer to the "Southern Bahamas" itinerary description for additional details.

Taxes and other fees not included in cruise fare:
Bahamas charter fee of 4% of the cruise fare, a fuel surcharge (subject to change based on current fuel prices), Bahamian departure tax of $15 per person paid at departure airport. (Note that  the $15 Bahamian Departure Tax must be paid in cash either with US dollars or Bahamian dollars at the airport.) A $20 communication fee.

# Pricing Info

### Please Note

To reserve your space, a credit  card or cash deposit  of $400 per person is required at time of booking before any reservation can be confirmed.

### Cash Discount Price

All cruise fares shown include a discount for cash payments (also money orders or checks) for balance of cruise fare. For balance of payments by **credit card** please add $50 to  listed rates for standard cruise fare. Balance of cruise fare must be received in our offices 90 days prior to cruise departure.

The prices above **include** accommodations aboard a Nekton vessel, meals, snacks and non-carbonated, non-alcoholic beverages, unlimited diving with tanks, weights and air fills. Price does *not include* airfare or additional charter flights, alcoholic and carbonated beverages, ground transfer fees, gratuities, and taxes and government fees which are outlined on this page by itinerary.

**Please note: Taxes and fees are subject to change.**

21

### Travel Insurance

Unexpected events can occur at any time and cause delays or even cancellation of your vacation. We strongly recommend that you protect your vacation investment with trip insurance, especially when travelling during hurricane season. A brochure on travel insurance will be included in your Travel Packet which we mail to you upon receipt of your deposit. Divers Alert Network is now offering travel insurance through their partnership with Insure America. You may access DAN's trip insurance information at: ***www.diversalertnetwork.com/trip/index.asp***

### Gratuity

In addition to safely navigating your vessel, the crew will be serving you as waiters, dive masters and stewards during your week-long vacation. Consistent with cruise industry practice, Nekton Diving Cruises does not include gratuities in our cruise fares.  The crew depends on tips as do others who work in the service industry.  To thank those who have made your cruise vacation better than you could have imagined, we suggest the following tipping guideline for each guest.  Please remember that gratuities are shared equally by each of the crew members.

**$ 35 per person per day**

We believe that Nekton Diving Cruises has the best crew in the industry and we strive to exceed your expectations in every way.  If for any reason you are not satisfied with the service you receive, we encourage you to contact the Captain while onboard.  This will allow us to address your concerns in a timely and in an appropriate fashion.  At your discretion, you may adjust the gratuities at any time.

# Additional Information

### Special Rates

In response to the special needs of families, non-divers and groups, Nekton now offers the following special rates:

### Families with Children

Children under 16 years of age, traveling with an adult receive a 25% discount off Nekton's regular cruise fare. Airfare and on-board purchases are additional. (The 25% children's discount cannot be combined with any other discount or promotion including Learn to Dive for Free. This is our maximum discount.)

### Non-Divers  and Snorkelers!

Non-divers and snorkelers are welcome aboard to relax, snorkel and enjoy the cruise as well. Nekton offers non-divers and non-snorkelers a $100 discount off of our regular cruise fare and snorkelers a $50 discount.

### Dive Store Groups

Nekton offers one free berth with each nine paying passengers. The free berth may be used by the group leader or may be prorated amongst the members of your group.

### Airline, Travel or Dive Industry

Airline Employees, Professional Travel Agents and Dive Instructors (active members in a nationally recognized dive certification agency) are eligible for a 10% discount off Nekton's regular cruise fare with proof of employment and membership (IATA or C-Card).

### Military, Fire Fighters & Law Enforcement Personnel

Military personnel on active duty, Volunteer or full-time Fire Fighters, and active duty full-time Law Enforcement personnel are eligible for a 10% discount off Nekton's regular fare with valid identification.

### Consecutive Charters

Guests who wish to book back to back trips (either on the same vessel or 2 different vessels) will receive a 10% discount on both weeks of travel.

**When two or more discounts would seem to apply, only the greater discount will be honored.**

### Some of Our Diving Policies

In keeping  with the teachings of the major training agencies, we advocate the buddy system and observe the **130**' maximum diving depth limit.

Nekton Diving Cruises is not able to support the collection of marine life, lobstering or spearfishing activities.

Nekton supports DAN's position that alcohol consumption prior to a dive increases the risk of decompression sickness. For this reason, your first drink of the day will mark your last dive of the day.

The safety and enjoyment of our guests is of the utmost importance. In general, we advocate and enforce the teachings and guidelines set forth by Divers Alert Network and the major US scuba training organizations such as PADI, NAUI, and SSI. If you have any questions concerning our policies, please give us a call.

### Nitrox

Nekton uses RIX Industries brand oil-free compressors to safely pump Nitrox. Yes, this equipment cost us considerably more than a standard oil-lubricated compressor, but it assures that the air fills you get aboard the Nekton Pilot and Nekton Rorqual are the cleanest you will find and the safest way to go aboard a live-aboard. Our system is capable of providing Nitrox for up to 14 divers per week. Nekton's standard fill is to 29% with a guarantee of 26%. Nekton has adapted the 29% standard in order to maintain 1.4 PPO considered safe for repetitive, recreational diving to a maximum operating depth of 130 feet. If you receive a fill less than 26%, that tank will be free or your weekly charge will be prorated to reflect the free tank. Nitrox fills are available for $15 per tank or **$195 for the week**. If you would like to dive Nitrox,  you must request Nitrox at time of booking. Nitrox is available on a first come, first pay basis. If due to mechanical reasons, we are unable to provide Nitrox, you will be refunded any prepaid money for Nitrox. We are unable to refund any other monies including cruise fare, air fare, taxes, etc.

### Beverage Policy

Nekton vessels are provisioned with a wide assortment of complimentary nonalcoholic and noncarbonated beverages which typically include fruit juices such as orange, cranberry and apple, as well as ice tea, lemonade, Gatorade and fruit punch. Hot coffee, tea and herbal teas are also available. Over the years, we have carefully considered the feedback of our guests and have developed the following policy:

*We do not impose a corking fee for those who wish to bring along a favorite beverage, whether it be alcoholic or carbonated. We will make arrangements for you to purchase these beverages, whether it be in a local store or from a vendor that arrives at the boat, before your boarding the vessel on Saturday evening. Your beverages may be stored in your cabin - we have a guest ice cooler where you are able to keep your beverages chilled.*



### Changes to Price

If fuel prices fluctuate significantly between the date of your deposit and your cruise date, we reserve the right to increase or implement the fuel surcharge if increase. Nekton Diving Cruises, LLC is committed to keeping our cruises affordable to all and we hope the international and domestic oil situation changes for the better in the near future. We pledge to do our very best to keep prices down through efficient operations in order to make our dive cruise vacations affordable for both our loyal return guests as well as our new guests. Also, please note that port charges, taxes, flights, dive permits and other fees are subject to change without advance notice. These increases will be passed on to our guests.

### Changes to Your Reservations

If you need to change the date or destination of a reservation after you have placed your deposit, a request must be given in writing more than 90 days prior to departure; a $50 administration fee per reservation will apply. A change to a reservation within 90 days of departure is considered the same as a cancelation and will only be allowed if your original space is resold and the charter is full. Group and Full Boat Charter reservations are not changeable. No bookings can be transferred to a Travel Agent, Wholesaler or Dive Shop once a deposit has been made directly to Nekton.

### Documentation

Nekton Diving Cruises provides guidelines regarding documentation required to enter the various foreign ports that we visit. However, as documentation requirements sometimes change and vary with visitor nationality and status, you alone are required for your entry into the foreign destination and your return. Please double check that you have valid documentation prior to booking your cruise. On December 31, 2005 the U.S. Government introduced new passport rules that effect travel to many destinations. For information on obtaining or renewing a passport, visit the State Department's website at:
***http://www.travel.state.gov/passport/passport_1738.html***

### Single Guests

Nekton cruise fares are based on double occupancy and we typically have single divers every week. Singles are welcome to book at regular cruise fare if they are willing to share their cabin with another guest of the same gender. If you require having a cabin alone, you are required to pay a single supplement of 50% of the full retail cruise fare plus any taxes that may apply. Additionally, guests who request a guaranteed single room are required to pay double the deposit to reserve the whole cabin. We can never guarantee a cabin alone to a diver who has not paid the single supplement.

### Changes to Price

If fuel prices fluctuate significantly between the date of your deposit and your cruise date, we reserve the right to increase the fuel surcharge in proportion to the increase in fuel prices. Nekton Diving Cruises, LLC is committed to keeping our cruises affordable to all and we hope the international and domestic oil situation changes for the better in the near future. We pledge to do our very best to keep prices down through efficient operations in order to make our dive cruise vacations affordable for both our loyal return guests as well as our new guests. Also, please note that port charges, taxes, flights, dive permits and other fees are subject to change without advance notice. These increases will be passed on to our guests.

### Documentation

Nekton Diving Cruises provides guidelines regarding documentation required to enter the various foreign ports that we visit. However, as documentation requirements sometimes change and vary with visitor nationality and status, you alone are required for your entry into the foreign destination and your return. Please double check that you have valid documentation prior to booking your cruise. On December 31, 2005 the U.S. Government introduced new passport rules that effect travel to many destinations. For information on obtaining or renewing a passport, visit the State Department's website at:
***http://www.travel.state.gov/passport/passport_1738.html***

### Single Guests

Nekton cruise fares are based on double occupancy and we typically have single divers every week. Singles are welcome to book at regular cruise fare if they are willing to share their cabin with another guest of the same gender. If you require having a cabin alone, you are required to pay a single supplement of 50% of the full retail cruise fare plus any taxes that may apply. Additionally, guests who request a guaranteed single room are required to pay double the deposit to reserve the whole cabin. We can never guarantee a cabin alone to a diver who has not paid the single supplement.

### Cabin Requests

Our cabin rates are the same for every cabin aboard our vessels. While the cabins vary slightly, each cabin provides the same amenities. We make an effort to accommodate cabin requests, but cannot guarantee any cabin requests. No refunds or adjustments will be given if you do not, for any reason receive the cabin you requested.

### Smoking

Smoking is not allowed anywhere inside the vessels. There is a designated smoking area on the stern of the outdoor sun deck. Smokers must remain in the designated smoking area while smoking.

### Itinerary Change

Itineraries are always *weather permitting* and are conducted at the sole discretion of the Captain. Safety is always the first priority. The Captain may also vary itineraries at his discretion in an attempt to provide guests with the best diving conditions based on weather forecasts and the Captain's predictions. No refunds will be given for itineraries that are altered or canceled due to weather. We appreciate your understanding that Nekton Diving Cruises has no control over the weather and even the very best Captain cannot perfectly predict seas, currents, visibility and fish activity.

### Substitution

Nekton Diving Cruises reserves the right to substitute a similar vessel if for any unforeseen reason the reserved vessel is unable to fulfill its cruise obligation.

### Right to Refuse Service

We are delighted to have provided a safe and enjoyable cruise to thousands of guests over the years. To facilitate our ability to continue to provide safe and enjoyable cruises to our guests, Nekton Diving Cruises, its owners and employees, reserve the right to refuse service to any diver whose behavior or health is believed to be a danger to the safe operation of the vessel. This policy provides, among other things, that a booking request may be denied, for example, where the guest's conduct on a prior cruise has resulted in strong negative feedback from former guests and/or crew. In addition, a guest may be removed from the vessel or be denied air fills where, in the opinion of the ship's captain, a guest is unfit for diving, travel or is a risk or danger to him or herself or a disturbance to others.

Any illegal drug use will result in immediately being turned over to local authorities. Nekton Diving Cruises is not liable for its refusal to provide air fills to any passenger or for its removal of any guest in accordance with these policies. In addition, Nekton Diving Cruises shall not be required to refund any amount paid by any guest who must leave or discontinue diving prematurely pursuant to either policy.



## SCUBA EQUIPMENT

Tanks, air-fills, weights, weight belt and professional assistance on the dive deck are all provided at no additional charge.

Equipment Available for Rental

| Item for Rental | Daily Rate | Weekly Rate |
|---|---|---|
| Regulator with octopus/computer | $30 | $125 |
| BCD | $30 | $125 |
| Personal Dive Computer | $25 | $100 |

| Item for Rental | Daily Rate | Weekly Rate |
|---|---|---|
| Regulator w/oct, BCD & computer | $55 | $250 |

| Cylume Sticks available for purchase | $3 |
|---|---|

To ensure availability, please reserve equipment in advance (this may be done on the enclosed

## CERTIFICATION COURSES

Your dive vacation is an excellent time to learn to dive or enhance your knowledge and skill.

### Resort Course ................................................ $150

An introduction to diving. This course includes personal instructions, inwater training and two dives with an instructor.

### Open-Water Check-Out Dives .................. FREE*

When you participate in our Learn to Dive program, we place you with a local dive shop for a Referral Course. Upon arrival onboard our vessel, you will complete the final open-water training dives with one of our instructors. You'll earn a PADI Open-Water Certification upon completion. *Does not include $20 for PIC Card.

All necessary medical Statements must be completed by your local physician and Official Referral forms must be completed by prior instructor.

### Open-Water Certification ............................. $500

If you decide upon arrival that you would like to learn to dive, it may be possible to complete the entire Open Water Certification course during your cruise (depending upon sea conditions for the "pool" sessions). The Course includes academic instruction, in-water training and all scuba equipment.

### Advanced Open-Water Diver ........................ $225

This course introduces you to four popular specialty-diving activities including underwater navigation, night diving, deep diving and two specialty dives.

### Underwater Photographer (with own camera) ..... $175

Learn the basics of underwater photography and take home underwater memories to last a lifetime! The Photo Course includes three days of individual instruction.

### Rescue Diving Course ................................... $250

### Dive Master Course ........................................ $400

### Nitrox ............................................................ $200

### Specialties ..................................................... $175

Courses available include Environmental, Night Diver, Deep Diver, Wreck Diver, Navigation, Search/Recovery and more! Please ask your crew for more specialties information.

## ATTENTION NEW DIVERS !

### GET UP TO $600 WORTH OF FREE SCUBA GEAR
#### with your booking of a Nekton Cruise!

Congratulations! We know how hard you have worked to earn your open water certification! Now let Nekton help you take the next step with your own scuba gear and let us guide you with an exhilarating scuba cruise vacation in the lukewarm, crystal clear waters of the Caribbean. Enjoy 20 to 30 effortless dives in one week. Four to five dives in a day is routine but the diving is anything but routine. You will see spectacular reefs, vivid corals, variety of creatures and many turtles, rays and even sharks.

Don't hesitate! Buy your new gear from this participating scuba center and receive a discount on your scuba cruise equal to your gear purchase, up to $600. You must take your cruise within six months (180 days) of the certification date written on your Open Water "C" card. You must also book your trip thru your participating dive center at the time of your scuba gear purchase. Regulators, BCD's, dive computers and submersible gauges are considered qualifying equipment. Hang onto your receipts. A copy must be sent to Nekton with your reservation. It's that easy! Get your Free Scuba Gear today!

- Buy scuba gear at your local participating dive center today!
- Qualifying gear including regulators, BCD's, dive computers and submersible gauges.
- *Book a cruise and receive a matching credit for up to $600.*
- The cruise sailing date must be within 180 days of your open water certification card date.
- *Dive accident insurance and travel insurance are required for participants in this discount program.*
- Must provide a copy of certification card with legible certification date.
- Must provide copies of qualified dive shop receipts.
- In-Store (Brick & Mortar) dive center purchases only, online purchases not qualified.
- Promotion must be booked through a Nekton affiliated Dive store.
- Promotion is only for Open Water Certifications.

THE DETAILS:
This industry leading "Free Scuba Gear" program is not combinable with another Nekton industry leading program, our "Free Learn To Dive" or any other Nekton discounts or programs. Cruises are subject to availability. Cruise discount is not transferable. Cruise discount is on price of cruise only and does not include taxes, Government fees, airfare, fuel surcharges, ground transfer fees, port fees, nitrox, onboard purchases, scuba instruction, gratuities or any charges of a personal nature. Dive accident insurance and travel insurance are required for participants in this discount program.

**Contact your travel agent, local dive center or:**

### NEKTON DIVING CRUISES, LLC.
#### 520 SE 32 ST FORT LAUDERDALE, FL 33316

**(800) UW WORLD • (800) 899-6753**
**(954) 463-9324 • (954) 463-8938 FAX**

**www.NektonCruises.com**
Patents 5, 140, 924, and 5, 282, 763