# Exhibit D

850-785-1534

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**APPLICATION-PERMIT-SPECIAL LICENSE**
**UNLADING-LADING-OVERTIME SERVICES**

19 CFR 4.10, 4.30, 4.37, 4.39, 4.91, 10.60, 24.16, 122.29, 122.38, 123.8, 146.32, 146.34

Form Approved OMB No. 1651-0005 Exp. 01-31-2010

**CBP USE ONLY**
**APPROVED**
No.
Date/Time
Signature of CBP Officer

1. Name of Vessel, Vehicle or Aircraft: **NEKTON RORQUAL**
2. Port: **FORT LAUDERDALE, FL**
3. Flag: **USA**
4. Name and Nationality of Owner/Operator: **NEKTON DIVING CRUISES, LLC  U.S.**
5. Name/Phone No. of Agent: **JOHN DIXON / JEFF BIANCHI**
6. Arriving from (Port Name and Country): **MAYAGUANA, BAHAMAS**
7. Date/Time of Arrival: **MAY 3, 2010  1200 LCL EASTERN**
8. Locations (Dock/Terminal)*: **GULF COUNTY SHIPBUILDING** # Cell
   Day Phone: **954-463-9324**
   Night Phone: **954-249-0127**
   FAX: **954-463-8938**

9. Application is made for a permit for the operations indicated:
   (1) To unlade merchandise (intended to be unladen at this port, as shown by the manifest), baggage or passengers. To discharge ballast, and to land "in bond" merchandise. (Sec. 551, Tariff Act of 1930).
   (2) To land supplies, ship's stores, sea stores, or equipment not to be reladen, subject, however, to free or duty-paid entry (Sec. 446, Tariff Act of 1930).
   (3) To lade merchandise or baggage requiring CBP supervision.
   (4) To land and release for repair, adjustment, or refilling and to relade under CBP supervision articles of carrier's equipment. (Articles to be listed reverse side hereof showing date and hour of unlading and reading.) The undersigned certifies the articles listed on the reverse hereof for release under this term is to be landed only for the purpose mentioned in this item and will be reladen on this carrier.
   (5) Other: **VESSEL REPAIRS**

10. Itinerary of Vessel/Aircraft: **DEPARTED MAYAGUANA, BAHAMAS, APRIL 25. TRANSITED SANTAREN CHANNEL INTO GOM DIRECT PORT ST. JOE, FL**

11. TYPE OF CARGO: ☐ Container  ☐ Break Bulk  ☐ Bulk  ☒ Other (Specify) **NONE**

12. List all carriers... **IN BALLAST — NO CARGO OR PAX — CREW ONLY**

| SCAC | AMS | CBP 1302 | Paperless | SCAC | AMS | CBP 1302 | Paperless |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

13. Application is made for a special license for overtime services of CBP officers and employees for:
   ☒ Entrance, Clearance  ☐ Unlading, lading, etc.  ☐ Other: ___
   ☒ on **MAY 3, 2010** at **1200 LCL EASTERN**
   ☐ Per supplemental oral request

14. Bond No.: **9907X4201**
15. Application is made for a Term Permit and Special License  From: ___ To: ___
16. Principal on Bond: **NEKTON DIVING CRUISES, LLC**
17. Surety Company Code: **6 1 5**
18. Amount of Bond: **$25,000**
19. Date of Bond: **10/10/2007**
20. Importer Number: **65-1068227**
21. Address of Agent: **520 SE 32nd Street, Ft Lauderdale, FL 33316**
22. Signature: *John Ony / Mgr*
23. Date: **4/30/2010**

This PERMIT is not valid until properly lodged with a CBP officer at the point of discharge and all operations indicated therein are performed under CBP supervision.

*use back for additional space; (Instructions and Paperwork Reduction Act Notice on reverse)

CBP Form 3171 (01/02)

\* **GULF COUNTY SHIPBUILDING, INC. 1550 OLD DYNAMITE DOCK RD. ROAD ENTRANCE IS ON SOUTH SHORE OF WHITE CITY BRIDGE ON SR 71. 6 MILES NORTH OF PSJ TOWN**

Exhibit 21