# Exhibit F

# Mississippi Canyon 252

**NOAA/NOS/OR&R**

Estimate for: 1800 CDT, Saturday 5/01/10

Date Prepared: 2100 CDT, Friday 4/30/10

This forecast is based on the NWS spot forecast from Friday, April 30 PM. Currents were obtained from the NOAA Gulf of Mexico model, TexasA&M/TGLO, and NAVO models. The model was initialized from Friday morning and afternoon overflight data. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization).



Forecast location for oil on 01-May-10 at 1800 CDT

Strong SE winds of 20-25 kts are expected to continue through Sunday. Beginning Sunday night, winds are forecasted to be more southerly and drop to 15-20 kts. These winds will continue to bring oil towards the shoreline. Oil was observed this morning within several miles of the Delta between Garden Bay and Pass A Loutre. This could be the leading edge of the tarballs concentrating in the Mississippi River convergence as well as oil from an additional (unrelated) source near platform Ocean Saratoga. Shoreline impacts are likely to occur throughout the weekend with the persistent on shore winds.

**Trajectory**
- Uncertainty
- Light
- Medium
- Heavy
- × Beached oil

this scale bar shows the meaning of the distribution terms at the current time

**Exhibit 24**