# Exhibit G

Exhibit 25

ERMA® Environmental Response Management Application Gulf of Mexico

Information Help Recent Data Dashboards

Search Layers, Folders, and Bookmarks

Geographic Search

Add Map Data

Layers Legend Query Tools Zoom Download Print

clear all collapse all

- [ ] Trajectory Estimate Beached Oil for 16-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 16-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 15-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 15-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 14-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 14-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 13-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 13-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 12-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 12-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 11-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 11-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 10-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 10-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 09-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 09-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 08-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 08-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 07-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 07-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 06-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 06-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 05-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 05-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 04-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 04-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 03-MAY-10 1800 CDT
- [ ] Trajectory Estimate for 03-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 02-MAY-10 1800CDT
- [ ] Trajectory Estimate for 02-MAY-10 2100 CDT
- [ ] Trajectory Estimate Beached Oil for 01-MAY-10 1800 CDT
- [x] Trajectory Estimate for 01-MAY-10 1800 CDT

⊞ June 2010
⊞ July 2010
⊞ August 2010
- [ ] Nearshore Trajectories stopped, right click for details

⊞ Offshore Trajectories
⊞ Wildlife Observations
⊞ Imagery & Remote Sensing Products
⊞ Deepwater Report Products (JAG and OSAT)
⊞ ERMA Drawings
⊞ My Map Data

