# Exhibit H



ERMA® | Environmental Response Management Application
Gulf of Mexico

Information | Help | Recent Data | Dashboards

Search Layers, Folders, and Bookmarks

Geographic Search

Add Map Dat

Layers | Legend | Query Tools | Zoom | Download | Print

clear all collapse all

- [ ] Trajectory Estimate Beached Oil for 16-MAY-10 1800 C
- [ ] Trajectory Estimate for 16-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 15-MAY-10 1800 C
- [ ] Trajectory Estimate for 15-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 14-MAY-10 1800 C
- [ ] Trajectory Estimate for 14-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 13-MAY-10 1800 C
- [ ] Trajectory Estimate for 13-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 12-MAY-10 1800 C
- [ ] Trajectory Estimate for 12-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 11-MAY-10 1800 C
- [ ] Trajectory Estimate for 11-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 10-MAY-10 1800 C
- [ ] Trajectory Estimate for 10-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 09-MAY-10 1800 C
- [ ] Trajectory Estimate for 09-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 08-MAY-10 1800 C
- [ ] Trajectory Estimate for 08-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 07-MAY-10 1800 C
- [ ] Trajectory Estimate for 07-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 06-MAY-10 1800 C
- [ ] Trajectory Estimate for 06-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 05-MAY-10 1800 C
- [ ] Trajectory Estimate for 05-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 04-MAY-10 1800 C
- [ ] Trajectory Estimate for 04-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 03-MAY-10 1800 C
- [ ] Trajectory Estimate for 03-MAY-10 1800 CDT
- [ ] Trajectory Estimate Beached Oil for 02-MAY-10 1800C
- [x] Trajectory Estimate for 02-MAY-10 2100 CDT
- [ ] Trajectory Estimate Beached Oil for 01-MAY-10 1800 C
- [ ] Trajectory Estimate for 01-MAY-10 1800 CDT

⊞ June 2010
⊞ July 2010
⊞ August 2010
- [ ] Nearshore Trajectories stopped, right click for details

⊞ Offshore Trajectories
⊞ Wildlife Observations
⊞ Imagery & Remote Sensing Products
⊞ Deepwater Report Products (JAG and OSAT)
⊞ ERMA Drawings
⊞ My Map Data

Bookmark Views:

Exhibit
27