# Exhibit I

# Mississippi Canyon 252

**NOAA/NOS/OR&R**

Estimate for: 0600 CDT, Monday 5/03/10
Date Prepared: 1200 CDT, Sunday 5/02/10

This forecast is based on the NWS spot forecast from Sunday, May 2 AM. Currents were obtained from the NOAA Gulf of Mexico model, Texas A&M/TGLO, and NAVO models. The model was initialized from Sunday morning satellite imagery (from NOAA/NESDIS) and Saturday afternoon overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization).



Forecast location for oil on 03-May-10 at 0600 CDT

Strong SE winds of 20-25 kts are expected to continue today, but are forecasted to lighten and become more southerly over the following few days. These winds will continue to bring oil towards the shoreline. Oil was seen on both overflights yesterday 5-10 nm offshore and to the south of the Mississippi Delta in the convergence between fresh and saltwater, as far west as Southwest Pass. Breton Sound also continues to be threatened by oil throughout the forecast period.

**Trajectory**
- Uncertainty
- Light
- Medium
- Heavy
- X  Beached oil



this scale bar shows the meaning of the distribution terms at the current time

**Exhibit 26**