# Exhibit J



# Nekton Diving Cruises

Register    Login

○ Web  ● Site [          ] ▶

Home

▶ Home                                                                                      June 5, 2010

**Announcements**

**Liquidation Filing For Nekton Diving Cruises, LLC. - Friday, May 28, 2010**

On May 27, 2010 an Assignment for the Benefit of Creditors Proceeding was filed in the Circuit Court for the 17th Judicial Circuit in and for Broward County, Florida, Case No. 10-22757 (25) in which Nekton Diving Cruises, LLC assigned its remaining assets so they can be liquidated and the proceeds distributed to creditors.  Anyone who was listed as a creditor in the case, including customers who had deposits, will receive in the mail during the month of June a notice of filing of the case as well as a copy of a claim form.  There are instructions on the claim form as well as an address where the claim should be sent.  Please review the instructions and be sure to file a claim before the deadline to do so, which will also be set forth on the claim form.

If you have any questions, you can contact Michael Moecker and Associates, Inc. at (954) 252-1560.  Please reference the case you are calling about and they will direct you to someone who can help you.  Please wait until you have received the mailing or the first of July if you do not receive a mailing. Additionally, as noted in previous postings, please contact Aggressor Fleet, Peter Hughes Diving, Explorer Ventures and other liveaboard Companies about generous offers being made for the affected Nekton customers. Thank you and we again apologize for the inconveniences our cessation of business has caused.

**Cessation Of Operations - Monday, May 17, 2010**
Dear Friends,

It is with a heavy heart and deep regret that we must announce the cessation of operations for Nekton Diving Cruises. Due to the continually increasing cost of operations, decreased discretionary income of consumers, and overall economic difficulty, Nekton is unable to restart cruise operations at this time.

We anticipate posting further information on this page with a point of contact for claims at the middle/beginning of June 2010. We deeply regret all of the inconvenience and disappointment we are causing you, our valued customers.

If you have travel insurance, please use a copy of this announcement for pursuing a claim with your insurer.

Once again, it is with our sincerest apologies, that we must take these steps.

The Former Nekton Team

**LIVEABOARD INDUSTRY HELPING OUT...**                                                        ⊟

## Liveaboard Industry Helping Out… Much Thanks From All

### AGGRESSOR AND DANCER FLEET

Aggressor Fleet and Dancer Fleet are pleased to announce that the companies are honoring unfulfilled reservations made by Nekton Diving Cruises customers for Nekton charters after May 20, 2010. Nekton Diving Cruises ceased operations on May 17, 2010.

Divers formally scheduled to vacation aboard Nekton vessels after May 20 may apply any payments made to Nekton toward future charters aboard the Sun Dancer II, Belize Aggressor III, Cayman Aggressor IV, Turks & Caicos Aggressor II and the Utila Aggressor.

Customers will only be responsible for paying any price difference between what they paid for their original Nekton reservation and the new Aggressor or Dancer Fleet reservation. Reservationists are also available to help guests make changes to any flight arrangements or book flights for new airline reservations.

"It saddens us to see any dive operation close its doors," says Chairman & CEO Wayne Brown, "but we are pleased to be able to assist those guests who now face losing a vacation and their investment. It is our goal to give every reserved Nekton customer who has not yet taken their trip an opportunity to enjoy that dive trip of a lifetime on one of our luxury live-aboard yachts."

Aggressor Fleet reservations can be made online at Aggressor Fleet | The ultimate in live-aboards since 1984 or by calling 800-348-2628 or +1-706-993-2531. Dancer Fleet reservations can be made at Scuba Diving LiveAboard Excellence or by calling 800-932-6237 or +1- 305-669-9391.

Upon making a reservation, guests should submit a copy of the invoice and proof of payment.

<u>EXPLORER VENTURES</u>

RE: Offer to Nekton clients

Hi all -

All of us at Explorer Ventures were sad to hear about Nekton Diving Cruises going out of business. Though I never had the opportunity to go on the Nekton boats, they've had many enthusiastic supporters over the years, and I'm sorry to see their relationship with their long-standing clients end this way.

In order to limit the losses to Nekton's upcoming clients who have sent them full or partial payment for their trips, I would like to make the following offer to anyone who may find themselves in that position:

1) If you've paid Nekton in full for your upcoming trip, we will offer a discount of 50% of the amount paid to Nekton on any of our Caribbean destinations, upon receipt of your payment records. Full payment of the balance would be due on reservation.

2) If you've paid a deposit only of up to 35% of the Nekton trip cost, we'll apply that deposit to final payment for space on any of our Caribbean itineraries, with immediate confirmation. Our normal booking terms (30% deposit) would apply to the trip, and the Nekton deposit would be taken off the final balance due.

3) Obviously this wouldn't apply to any current reservations you may have with us (sorry!), and no other discounts would apply.

In May/June we have the following spaces available:

May 29 Turks & Caicos - 10 available
June 5 Bahamas - 11 available
June 5 Turks & Caicos - 8 available
June 12 Turks & Caicos - 10 available
June 19 Turks & Caicos - 5 available
June 26 Bahamas - 11 available
June 26 Turks & Caicos - 6 available
July 3 Bahamas - 12 available
July 3 Turks & Caicos - 8 available

For further information please visit our website at Explorer Ventures: Adventures in Live-Aboard Diving, or call us at 800-322-3577 or email info@explorerventures.com.

Best regards,

Clay

---

Home

Copyright 2010 by Nekton   Terms Of Use   Privacy Statement