# Exhibit K

Recent Posts    Contact Us    Log in or Sign up

☐ Menu    ☐ Recent Posts

Search Forums    Recent Posts    Recent Posts



  

Community  >  ...  >  Liveaboards and Charter Boats  >  **Trips and Marketplace: Liveaboards**

Welcome to ScubaBoard, the world's largest scuba diving community. Registration is not required to read the forums, but we encourage you to join. Joining has its benefits and enables you to participate in the discussions.

Benefits of registering include

- Ability to post and comment on topics and discussions.
- A Free photo gallery to share your dive photos with the world.
- You can make this box go away

Joining is quick and easy. Login or Register now by clicking on the button    Log in or Sign up



### Nekton closes shop

**Exhibit 8**

Discussion in 'Trips and Marketplace: Liveaboards' started by diverdoug1, May 17, 2010.



**diverdoug1**
Marine Scientist

# of Dives: 2,500 - 4,999
Location: Florida (via Texas and New York)

1,049    219    63

It is official, Nekton just replaced their homepage with the following
www.nektoncruises.com

Cessation Of Operations - Monday, May 17, 2010
Dear Friends,

It is with a heavy heart and deep regret that we must announce the cessation of operations for Nekton Diving Cruises. Due to the continually increasing cost of operations, decreased discretionary income of consumers, and overall economic difficulty, Nekton is unable to restart cruise operations at this time.

We anticipate to post further information on this page with a point of contact for claims at the middle/beginning of June 2010. We deeply regret all of the inconvenience and disappointment we are causing you, our valued customers.

If you have travel insurance, please use a copy of this announcement for pursuing a claim with your insurer.

Once again, it is with our sincerest apologies, that we must take these steps.

The Former Nekton Team

Last edited by a moderator: May 17, 2010

If split fins are so great, why don't fish have them?

diverdoug1, May 17, 2010                                                      #1

---



**EVFleet**

RE: Offer to Nekton clients

Hi all -

All of us at Explorer Ventures were were sad to hear about Nekton Diving Cruises going out of business. Though I never had the opportunity to go on John's boats,

Dive Travel Professional

78   12   8

they've had many enthusiastic supporters over the years, and I'm sorry to see their relationship with their long-standing clients end this way.

In order to limit the losses to Nekton's upcoming clients who have sent them full or partial payment for their trips, I would like to make the following offer to anyone who may find themselves in that position:

1) If you've paid Nekton in full for your upcoming trip, we will offer a discount of 50% of the amount paid to Nekton on any of our Caribbean destinations, upon receipt of your payment records. Full payment of the balance would be due on reservation.

2) If you've paid a deposit only of up to 35% of the Nekton trip cost, we'll apply that deposit to final payment for space on any of our Caribbean itineraries, with immediate confirmation. Our normal booking terms (30% deposit) would apply to the trip, and the Nekton deposit would be taken off the final balance due.

3) Obviously this wouldn't apply to any current reservations you may have with us (sorry!), and no other discounts would apply.

In May/June we have the following spaces available:

May 29 Turks & Caicos - 10 available
June 5 Bahamas - 11 available
June 5 Turks & Caicos - 8 available
June 12 Turks & Caicos - 10 available
June 19 Turks & Caicos - 5 available
June 26 Bahamas - 11 available
June 26 Turks & Caicos - 6 available
July 3 Bahamas - 12 available
July 3 Turks & Caicos - 8 available

For further information please visit our website at Explorer Ventures: Adventures in Live-Aboard Diving, or call us at 800-322-3577 or email info@explorerventures.com.

Best regards,

Clay

Clay McCardell
Explorer Ventures Liveaboard Fleet
Turks & Caicos / Northeastern Caribbean / Maldives / Galapagos / Dominican Republic / Indonesia / Red Sea

EVFleet, May 17, 2010    #2

Clay - That is a more than generous offer!

**deepstops**
Blacklight Poster

**ScubaBoard Sponsor**

# of Dives:
Location: Weston, FL

| 5,655 | 225 | 63 |

**Brian** // **E-divers**
**50% Off ScubaPro, Apeks, and Aqua Lung Gear, Click here**
**MINDSET - SKILLSET - TOOLSET - IN THAT ORDER!**

deepstops, May 17, 2010                                                                                                    #3

---

**diverdoug1**
Marine Scientist

# of Dives: 2,500 - 4,999
Location: Florida (via Texas and New York)

| 1,049 | 219 | 63 |

Clay, your offer to these divers puts your company on my radar screen for future dive trips!

If split fins are so great, why don't fish have them?

diverdoug1, May 17, 2010                                                                                                    #4

---

**Wreck Wench**
Divemaster

# of Dives:
Location: Salem, SC & Dallas, TX

| 856 | 5 | 0 |

> diverdoug1 said: ↑
>
> Clay, your offer to these divers puts your company on my radar screen for future dive trips!

Explorer Ventures is a top notch operator...one we've used for many years. And while we've had tremendous success with trips run on Nekton, I am not surprised that Clay would do everything possible to make the best of a bad situation.

I wish the best to the crew of the Nekton and the staff...I hope they find jobs soon! Kamala

Solo Traveler? Single? 'Married but Spouse Does Not Dive? **Try SingleDivers.com and discover our group of buddyless but active divers!**
Our Motto is: *"Its all about the diving! Our hookups are to tanks!"*

**Come dive the WORLD with us!** Galapagos, NC Wreck & Shark Diving, Bonaire, Dominica, Roatan, Whalesharks in Mexico, Meg Teeth Muck Diving, Little Cayman, Fiji, Wakatobi, Raj Ampat, Truk, Palau & More! See what trips are coming up!

**Click here!**

Wreck Wench, May 17, 2010                                                                 #5

**PEZ_DIVER**
Garibaldi

# of Dives: 100 - 199

Location: Texas

2   0   0

To Explorer Ventures:

My husband and I were paid in full for a NW Bahamas cruise on 5/22. Earlier this morning, my husband got through to someone at Nekton that said the announcement on the website was forthcoming. The thought of losing all of that money that we had saved for a dive vacation really saddened me. To see your offer brings tears to my eyes, because I know some people will be able to take their vacations now. Unfortunately, we cannot due to finances. But, you are at the top of our list for our next trip. And next time, I will be getting trip insurance!

PEZ_DIVER, May 17, 2010                                                                   #6

**coralcruiser**
Dive Charter

# of Dives: 500 - 999

Location: Chandler, Arizona

898   45   28

EV... that was a very generous offer.... you rock!

I have only heard great things about your boats and hope to be able to book a small group trip on one of them next year.

"Life's a beach and then you dive!"

http://www.facebook.com/linda.divewithus

http://www.divebuddy.com/Linda

coralcruiser, May 17, 2010                                                                #7

EV/Clay

**DaveScuba**
Angel Fish

# of Dives: 25 - 49
Location: Overland Park, Kansas, United States

55  0  0

Your offer is very generous. We'll be in touch this week most likely. Thanks so much for stepping up and helping us.

DaveScuba, May 17, 2010                                                                 #8

**Nursediver**
Nassau Grouper

# of Dives: I just don't log dives
Location:

86  10  8

Yep, next trip for us will be Explorer - very nice offer. We sailed with Nekton once and liked them and are sorry to see this happen, but your offer would have been very appreciated if this had happened to us.

[SIGPIC][/SIGPIC]

Nursediver, May 31, 2010                                                                #9

(You must log in or sign up to reply here.)

**Share This Page**

Community  /  ...  /  Liveaboards and Charter Boats  /  **Trips and Marketplace: Liveaboards**

ScubaBoard  ⌄                                     Contact Us      Help      Home      Terms and Rules

## ScubaBoard.com

ScubaBoard.com is the world's largest scuba diving online community. Since 2000, ScubaBoard has been the place to go for internet based discussions related to all things Scuba.

- Participate in over 500 dive topic forums and browse from over 5,500,000 posts.
- Communicate privately with other divers from around the world.
- Find a dive buddy or communicate directly with scuba equipment manufacturers.

## Support ScubaBoard!

ScubaBoard.com is supported by our site sponsors, and individual member contributions.

Supporting Members receive a wide range of account extras that go above and beyond what regular Registered Members get.

Please support this site.

**Go Red Today**

## Site Functions

- FAQ and HELP
- Go Red
- SB Marketplace
- Terms of Service
- Photo Gallery
- Chat

Forum software by XenForo™ ©2010-2016 XenForo Ltd.
Some XenForo functionality crafted by ThemeHouse.
        ScubaBoard Forums ©2000-2016 ScubaBoard.com All Rights Reserved ScubaBoard.com Website designed by Duck Diver Marketing | how to prevent spam