# Exhibit L

# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

## SWORN STATEMENT REGARDING GENERAL MARITIME LAW CLAIMS (B1 CLAIMS)

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| DIXON | JOHN | DAVID | |

| Business Name | Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) |
|---|---|
| LOGGERHEAD HOLDINGS, INC. ET AL | 7539 |

| MDL 2179 Member Case Number | Attorney Name and Firm |
|---|---|
| 2:2013cv02791 | CAROLINE ADAMS |
| 4:13-CV-01128 | THE BUZBEE LAW FIRM |

**Did you own or otherwise hold a proprietary interest\* in property that was physically damaged by oil from the *Deepwater Horizon* or Macondo well or by the spill response?**

☒ Yes   ☐ No   If yes:

Identify the nature and location of the property: Seagoing commercial vessels NEKTON RORQUAL & NEKTON PILOT (visible at www.gcship.com) & waterfront property in Port St. Joe, Florida

Identify the nature of the alleged damage: BP DWH oil on, in and around vessels preventing operation of vessels & vessel activities

Identify the date(s) of the alleged damage:
Beginning shortly after April 20, 2010 and continuing

\* As a general rule, you held a proprietary interest in property if you owned it or had actual possession or control of the property.

**Did you work as a commercial fisherman in or near the Gulf of Mexico on or after April 20, 2010?**

☒ Yes   ☐ No   If yes:

Identify the dates on which you worked as a commercial fisherman:
Beginning in 1994 until June 2010.

Identify the employer(s) (if any) for which you worked as a commercial fisherman:
Vessels NEKTON RORQUAL & NEKTON PILOT

Identify the location(s) in which you worked as a commercial fisherman: Gulf of Mexico including Key West, Florida Keys and the Straits of Florida

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: 23 February, 2017

Location (City and State): Port St. Joe, Florida

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

John Dixon
Print Name

The service of this sworn statement and supporting information pursuant to this Order must be on both Counsel for BP and the PSC on or before April 5, 2017. Service can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon Plaintiffs' Steering Committee and Counsel for BP via File & ServeXpress ("F&S").

2

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to**: Houston Office

April 4, 2017

**Via US Overnight Mail:**
J Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle St, Suite 2400
Chicago, IL 60654

Steven J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**RE:    Sworn Statements Regarding General Maritime Law Claims**

Dear Gentlemen:

    Enclosed please find the Sworn Statements regarding General Maritime Law Claims for the Plaintiff's listed on the following page for the Buzbee Law Firm Claimants.

    Should you have any questions, please do not hesitate to contact the firm.

Sincerely,

*Caroline Adams*

Caroline E. Adams

CEA/jr
Enclosure

1

| Client ID | Name | Cause Number |
|---|---|---|
| 7030 | S.C.P.P. Rincon de las Flores, S.C. de R.L. | 2:16-cv-04320 |
| 7034 | Alimentos Marinos Bagdad, S.C. de R.L. M.I. | 2:16-cv-04354 |
| 7036 | S.C.P.P. Fco J. Mujica, S.C. de R.L. | 2:16-cv-04362 |
| 7037 | Pescadores del Golfo de Mexico, S.C. de R.L. | 2:16-cv-06330 |
| 7039 | S.C.P.P. Lagunas Unidas al Sistema, S.C. de R.L. | 2:16-cv-04373 |
| 7040 | S.C.C.P.P. Ejidal Teodoro Gonzalez Gaviro, S.C. de R.L. | 2:16-cv-04376 |
| 7041 | S.C.P.P. Barra De Conchillal, S.C. de R.L. | 2:16-cv-04379 |
| 7042 | S.C.P.P. Matamoros, S.C. de R.L. | 2:16-cv-04382 |
| 7043 | Mejia Duran, Jesus | 2:16-cv-04506 |
| 7044 | S.C.P.P. Coperativa Caudillos S.C. de R.L. | 2:16-cv-04385 |
| 7046 | S.C.P.P. El Chamizal, S.C. de R.L. | 2:16-cv-04388 |
| 7047 | Ferramad Max, S.C. de R.L. de M.I. | 2:16-cv-04391 |
| 7048 | S.C.P.P. Unidos de Matamoros, S.C. de R.L. | 2:16-cv-06330 |
| 7049 | S.C.P.R.A. Unidos en Solidaridad, S.C. de R.L. | 2:16-cv-04394 |
| 7188 | Rodriguez, Ramona | 2:16-cv-04528 |
| 7189 | S.S.S. Agua Rebuelta | 2:16-cv-04408 |
| 7192 | S.S.S. Isla del Carrizal | 2:16-cv-04411 |
| 7193 | S.S.S. Nuevo Dolores | 2:16-cv-04414 |
| 7194 | S.S.S. Revolucion Y Progreso | 2:16-cv-04418 |
| 7200 | Perez, Martin | 2:16-cv-04548 |
| 7202 | S.C.P.P. Punta de Piedra, S.C. de R.L. | 2:16-cv-04424 |
| 7204 | S.C.P.P. Riberena Laguna Madre, S.C. de R.L. | 2:16-cv-04427 |
| 7209 | S.C.P.P. Islas Unidas, S.C. de R.L. | 2:16-cv-04682 |
| 7214 | S.C.P.P. Grupo Yojigamar, S.C. de R.L. de M.I. | 2:16-cv-04688 |
| 7221 | S.C.P.P. Barra de Santa Maria, S.C. de R.L. | 2:16-cv-04487 |
| 7225 | S.C.P.P Carvajal, S.C. de R.L. | 2:16-cv-04691 |
| 7228 | Cokteles Y Mariscos Las Culturas, S.C. de R.L. | 2:16-cv-04432 |
| 7258 | Cepeda, Daniel | 2:16-cv-06330 |
| 7262 | Cuellar, Fabian | 2:16-cv-04561 |
| 7263 | Cuellar, Fernando | 2:16-cv-04570 |
| 7299 | S.C.P.P. Tamiahua, S.C. de R.L. de C.V. | 2:16-cv-04429 |
| 7300 | Roman, Francisco | 2:16-cv-04573 |
| 7305 | Lopez, Enrique | 2:16-cv-04576 |
| 7306 | Rosas, Damaso | 2:16-cv-04583 |
| 7307 | Vargas, Marco | 2:16-cv-04585 |
| 7308 | Gallardo, Felipe | 2:16-cv-04591 |
| 7309 | Gallardo, Emilio | 2:16-cv-04593 |
| 7311 | Rosas, Juan | 2:16-cv-04597 |
| 7312 | Toral, Guillermina | 2:16-cv-04601 |
| 7314 | Gallardo, Olga | 2:16-cv-04609 |

| 7315 | Baena, Juan | 2:16-cv-04611 |
|------|-------------|---------------|
| 7316 | Casanova, Rosa | 2:16-cv-04613 |
| 7317 | Casteneda, Luis | 2:16-cv-04614 |
| 7318 | Leandro, David | 2:16-cv-04615 |
| 8473 | Pescadores de Ilusion, S.C. de R.L. | 2:16-cv-05235 |
| 8545 | Lopez, Miriam | 2:16-cv-04999 |
| 8556 | S.C.P.P. Pescadores Unidos de La Trocha, S.C. de R.L. | 2:16-cv-05473 |
| 8560 | S.C.P.P. Barra de Boca Ciega, S.C. de R.L. | 2:16-cv-04392 |
| 8561 | S.C.P.P. Plan de Ayutla S.C. de R.L. | 2:16-cv-04393 |
| 8833 | Loggerhead Holdings, Inc | 2:16-cv-05952 |
| 8837 | Chicharrones de Pescado Pa' La Raza S.C de R.L. de C.V. | 2:16-cv-04401 |
| 9646 | Fernando Canul Mijangos | 2:16-cv-06330 |
| 9652 | S.P.P. Acuicola y Bienes y Servicios Las Golondrinas de Sabancuy S.C. de R.L. | 2:16-cv-05566 |
| 9657 | S.C.P.P. Acuicola y Bienes y Servicios el Senor de Las Maravillas S.C.L | 2:16-cv-05585 |
| 9659 | Homero Oyarvide Stevens | 2:16-cv-05280 |
| 9664 | S.C.P.P. Riberena Acuicola de Bienes y Servicios Reyna Del Golfo S.C. de R.L. | 2:16-cv-05387 |
| 9666 | Gilberto Santisbon Herrera | 2:16-cv-05294 |
| 9667 | S.C.P.P. Riberena Acuicola de Bienes y Servicios El Cangrejo Azul S.C. de R.L. | 2:16-cv-05380 |
| 9668 | S.C.P.P. La Marina S.C. de R.L. de C.V. | 2:16-cv-04413 |
| 9669 | Mario Vela Gomez | 2:16-cv-05313 |
| 9670 | Pescados y Mariscos Alexa | 2:16-cv-04415 |
| 9671 | Garcia, Juan | 2:16-cv-06305 |
| 9672 | Garcia, Omar | 2:16-cv-06309 |
| 9673 | Hinojosa, Herminia | 2:16-cv-06311 |
| 9674 | Soc. De Sol. Social Jesus Maria de Carbajal CNC | 2:16-cv-05829 |
| 9676 | Isidro Carbonell | 2:16-cv-05320 |
| 9680 | Soc. De Sol. Social Pescadores de la Libertad CNC | 2:16-cv-05832 |
| 9681 | S.C.P. Riberena Acuicola de Bienes y Servicios La Jarocha S.C. de R.L. | 2:16-cv-05376 |
| 9682 | Soc. De Sol. Social Mobilisacion Social, CNC | 2:16-cv-05835 |

