# Exhibit M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | SECTION J |
| GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| **LOGGERHEAD HOLDINGS, INC.** | § | CIVIL ACTION  NO. 2:16 CV 05952 |
| | § | |
| | § | |
| | § | SECTION  J |
| VS. | § | |
| | § | |
| BP P.L.C.; BP AMERICA, INC.; BP | § | JUDGE BARBIERPRODUCTS |
| NORTH AMERICA, INC.; | § | |
| BP AMERICA PRODUCTION COMPANY; | § | MAG. JUDGE SHUSHAN |
| BP EXPLORATION & PRODUCTION, INC.; | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF LOGGERHEAD HOLDINGS, INC.'S DESIGNATION OF EXPERT**

Plaintiff Loggerhead Holdings, Inc. serves this Designation of Expert Witnesses on all parties.

**RETAINED EXPERTS**

1.      **Expert:**                              **Dunbar Chambers, CFA, ASA**
                                                **Joe Corkin, CFA, ASA**
                                                **Davis/Chambers & Company**
                                                **5701 Woodway Drive, Suite 200**
                                                **Houston, Texas 77057**

         Phone:                                  **(713)552-1333**

Subject matter on which expert will testify: Mr. Chambers and Corkin are both chartered financial analysis who is expected to testify to the extent of Plaintiff's economic losses suffered as a result of the Plaintiff's damages under the Oil Pollution Act of 1990 and general maritime law.

1

<u>General substance of the expert's mental impressions and opinions and basis of them</u>:  The expert will opine that Plaintiff has sustained lost profits and loss of earning capacity. This evaluation includes loss of profits and earning capacity, consequential damages, and damages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources.  Opposing counsel will have the opportunity to more fully explore the opinions in a deposition if they so choose.

<u>Documents and other data provided</u>:  The expert was provided with Plaintiff's historical past earnings information, including tax return, and has also been provided all documents produced by Plaintiff in this case, including the CSSP file and calculations.

Respectfully submitted,

# THE BUZBEE LAW FIRM

<u>/s/: Anthony G. Buzbee</u>
Anthony G. Buzbee
Attorney-in-charge
State Bar No. 24001820
Caroline E. Adams
State Bar No: 2401198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: TBuzbee@txattorneys.com
Email: Cadams@txattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the February 1, 2021, Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

<u>/s Caroline Adams</u>
Caroline E. Adams