# Exhibit 2

# NEKTON FAMILY COMPANIES

```
                                    JOHN DIXON
                                         |
                    ┌────────────────────┴────────────────────┐
          LOGGERHEAD HOLDINGS, INC                   NEKTON DIVING CRUISES, INC
          Owns Building in Fort Lauderdale           Original Operating "C" Corporation
          and All Companies below                    Business Inactive
          Florida Corp Active                        Delaware Corp Active
```

Subsidiaries of Loggerhead Holdings, Inc:

- **NEKTON DIVING CRUISES, LLC** — Operating Company for SCUBA Cruises — New Mexico LLC Active
  - **SHORESIDE TRAVEL AND RESERVATION SERVICE, INC.** dba STARS — Landbased Reservations Office for SCUBA Cruises — Florida Corp Active
- **NP LEASING, INC.** — Owns Nekton Pilot — Delaware Corp Active
  - **NR HOLDINGS, INC.** — Owns Nekton Rorqual — Delaware Corp Active
- **ANGELFISH CHARTERS, INC.** — Owns Cachalot and Mother Ocean — Florida Corp Active
  - **SWACAT TECHNOLOGIES, INC.** — Engineering & Design Business — Florida Corp Active
- **SHIPYARD HOLDINGS, INC** — Owns 25 Acre Shipyard Property — Florida Corp Active
  - **GULF COUNTY SHIPBUILDING, INC** — Operating Company for Shipyard — Florida Corp Active
- **PORT ST. JOE BOATWORKS & DRY STORAGE, INC** — Operating Company for Boatyard — Florida Corp Active
  - **LAUGHING GULL AVIATION, INC** — Holding Company for Aircraft — Delaware Corp Active
- **MOTHER OCEAN, INC** — Dive Shop in Fort Lauderdale — Business Now Closed — Florida Corp Active

**Exhibit 1**

LOGGERHEAD00000391

Nekton Nekton 12/5/2007 11:20 c:\kevorg\files\nekton.acl    page 1 of 1