# Exhibit 6



LOGGERHEAD00000161