# Exhibit 7



Reservations - John Dixon (Newbuild)

File   Utilities   Reports   Other   Window   Help

Reports | Customer 1 | Customer 2 | Cruises | Bookings | Accounts | Messages

Refresh

## Customer Summary

| | |
|---|---|
| New Customers | 2 |
| Deleted Customers | 2 |

| | |
|---|---|
| Post Cruise Surveys Finished | 0 |
| Balance Due Followups Finished | 0 |
| PreCruise Followups Finished | 0 |
| Brochure Followups Finished | 0 |

| | |
|---|---|
| Skin Diver Conversions | 289 |
| S.D. Conversion Bookings | |

## Booking Summary

Reference Date
04/28/2010

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| On Wednesday Apr 28 | 0 | 0 | 48 |
| Since Saturday Apr 24 | 5 | 2 | 49 |
| Since Thursday Apr 1 | 49 | 61 | 193 |

Note: Online booking data not available prior to July 27, 1997

## Call Summary

| | | | | | |
|---|---|---|---|---|---|
| Inbound on Toll Free | 11 | Inbound Other Lines | 12 | Satellite | 0 |
| Outbound on Toll Free | 19 | Outbound Other Lines | 20 | To Belize | 0 |

| 200 | 201 | 202 | 203 | 204 | 205 | 206 | 207 | 208 | 209 | 210 | 211 | 212 | 213 | 214 | 215 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 37 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 |

**Exhibit 11**

LOGGERHEAD00000144