# Exhibit 9

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

In re:

NEKTON DIVING CRUISES, LLC

    Assignor,

To: PHILIP VON KAHLE,
MICHAEL MOECKER &
ASSOCIATES, INC.

    Assignee.

CASE NO.: **10-22757**

JUDGE: **25**

A TRUE COPY
MAY 27 2010
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

### PETITION COMMENCING AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS

COMES NOW, Philip Von Kahle ("Assignee"), whose address is 6861 SW 196 Avenue, Building 200, Fort Lauderdale, Florida 33332, by and through his undersigned attorney, and states as follows:

1. On May 19, 2010, Nekton Diving Cruises, LLC, a New Mexico limited liability company ("Assignor"), with its principal place of business at 520 SE 32nd Street, Fort Lauderdale, Florida 33316, made an Assignment for the Benefit of Creditors, whereby it assigned all of its right, title and interest in and to all of its assets to Assignee pursuant to Florida Statutes § 727. A true and correct copy of said Assignment and Schedules is annexed hereto.

WHEREFORE, Philip Von Kahle, Assignee, respectfully requests that this Court take jurisdiction of this Assignment for the Benefit of Creditors and enter such other orders as are necessary to administer the Assignor's estate; to provide for an equal distribution of all of the Assignor's real and personal property, except such as is exempt by law from forced sale, among the creditors of the Assignor in equal proportions to their respective priority and demands; to discharge the Assignee, pursuant to Florida Statute § 727.108; and upon the Court's satisfaction

**Exhibit 19**

547533v1 200037.0001

Confidential    BPB1-Loggerhead_00000481

that he has complied with his duties as Assignee, to enter such other and further relief as the Court may deem just and proper.

Respectfully submitted this 27th day of May, 2010.

>TRIPP SCOTT, P.A.
>Attorneys for Assignee
>110 S.E. 6th St., 15th Floor
>P.O. Box 14245
>Fort Lauderdale, FL 33302-14245
>Telephone: (954) 525-7500
>Facsimile: (954) 761-8475
>
>By: _____
>JOHN G. BIANCO, ESQ.
>FL BAR NO. 0886955
>IAN LIS, ESQ.
>FL BAR NO. 0069592

547533v1 200037.0001

Confidential                                                                                                    BPB1-Loggerhead_00000482

## ASSIGNMENT

**ASSIGNMENT**, made on this 19th day of May, 2010 between Nekton Diving Cruises, LLC, Inc., a New Mexico limited liability company, with a principal place of business at 520 SE 32nd Street, Fort Lauderdale, FL 33316 (hereinafter "ASSIGNOR") and PHILIP VON KAHLE, whose address is 6861 SW 196th Avenue, Building 200, Pembroke Pines, FL 33332 (hereinafter "ASSIGNEE").

WHEREAS, the ASSIGNOR has been engaged in the business of diving cruises and excursions; and

WHEREAS, the ASSIGNOR is indebted to creditors, as set forth in Schedule A annexed hereto, is unable to pay its debts as they become due, and is desirous of providing for the payment of its debtors, so far as it is possible by an assignment of all of its assets for that purpose;

NOW, THEREFORE, the ASSIGNOR, in consideration of the ASSIGNEE'S acceptance of this Assignment, and for other good and valuable consideration, hereby grants, assigns, conveys, transfers, and sets over, unto the ASSIGNEE, his successors and assigns, all of its assets, except such assets as are exempt by law from levy and sale under and execution, including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims and demands belonging to the ASSIGNOR, and all books, records, and electronic data pertaining to all such assets, wherever such assets may be located, hereinafter the "ESTATE," as which assets are, to the best knowledge and belief of the ASSIGNOR, set forth on Schedule B annexed hereto.

The ASSIGNEE shall take possession of, and protect and preserve, all such assets and administer the ESTATE in accordance with the provisions of Chapter 727, Florida Statutes, and shall liquidate the assets of the ESTATE with reasonable dispatch and convert the ESTATE into money, collect all claims and demands hereby assigned as may be collectible, and disbursements in connection with the execution and administration of this Assignment from the proceeds of such liquidation and collections.

The ASSIGNEE shall then pay and discharge in full, to the extent that funds are available in the ESTATE after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the ASSIGNOR, including interest on such debts and liabilities. If funds of the ESTATE shall not be sufficient to pay from funds of the estate such

debts and liabilities, on a pro rata basis and in proportion to their priority as set forth in Section 727.114, Florida Statutes.

If all debt and liabilities are paid in full, any funds of the ESTATE remaining shall be returned to the ASSIGNOR.

To accomplish the purposes of this Assignment, the ASSIGNOR hereby appoints the ASSIGNEE its true and lawful attorney, irrevocable, with full power and authority to do all acts and things which may be necessary to execute the Assignment hereby created; to demand and recover from all persons all assets of the ESTATE; to sue for the recovery of such assets; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances; and to appoint one or more attorneys under him to assist him in carrying out his duties under the Assignment.

The Assignor hereby authorizes the Assignee to sign the name of the Assignor to any check, draft, promissory note or other instrument in writing which is payable to the order of the Assignor or to sign the name of the Assignor to any instrument in writing whenever it shall be necessary to do so to carry out the purpose of this Assignment.

The Assignee hereby accepts the trust created by the assignment, and agrees with the assignor that the assignee will faithfully and without delay carry out her or his duties under the assignment.

WITNESSES:

Nekton Diving Cruises, LLC

By: _____, President
John Dixon, President of Nekton Diving Cruises, Inc, Managing Member
Print name and title

WITNESSES:

By: _____
PHILIP VON KAHLE, Assignee

STATE OF FLORIDA          :
                          : §§
COUNTY OF BROWARD         :

THE FOREGOING Assignment was acknowledged before me on this 19th day of May 2010 by John Dixon, as President of Nekton Diving Cruises, Inc., Managing Member of Nekton Diving Cruises, LLC, as ASSIGNOR, who is personally known to me or who produced FL DL D250 464 62 1860 as identification and who did not take an oath for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid on this 19th day of May 2010.

_Ingrid P. M_____

My commission expires:



Confidential  BPB1-Loggerhead_00000485

STATE OF FLORIDA       :
                       : §§
COUNTY OF BROWARD      :

**THE FOREGOING** Assignment for the Benefit of Creditors was acknowledged before me on this 21st day of May 2010 by PHILIP VON KAHLE, as Assignee, who is <u>personally known to me</u> or who produced _____ and who did not take an oath for the purpose therein expressed.

**WITNESS** my hand and official seal in the County and State last aforesaid on this 21 day of May 2010.

My commission expires:

NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

*Nadira Joseph*
NADIRA JOSEPH

## VERIFICATION OF ASSIGNMENT TO PHILIP VON KAHLE
## AND SCHEDULES BY ASSIGNOR

The undersigned, John Dixon, as President of Nekton Diving Cruises, Inc., Managing Member of Nekton Diving Cruises, LLC as ASSIGNOR, on behalf of the limited liability company, hereby verifies the assignment of all of the corporation's rights, title and interest in and to all of its assets, as indicated on the attached Schedules to that Assignment as filed with this Court on May 19, 2010 or shortly thereafter and further verifies each of the facts set forth in the Schedules annexed to the Assignment to the best of my knowledge and belief.

NEKTON DIVING CRUISES, LLC

By: _____
John Dixon, President of Nekton
Diving Cruises, Inc., Managing Member
Print name and title


STATE OF FLORIDA          :
                          : §§
COUNTY OF BROWARD         :

Sworn to and subscribed on this 19th day of May 2010 by John Dixon, as President of Nekton Diving Cruises, Inc., Managing Member of Nekton Diving Cruises, LLC, ASSIGNOR, who is personally known to me or who has produced FL DL D250 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 as identification and who did not take an oath as to the truth of the facts contained in the foregoing Assignment and Schedules, as amended.

My commission expires:

_____
Signature

Ingrid P. Malcolm
Print Name

## ACCEPTANCE OF ASSIGNMENT

The undersigned, PHILIP VON KAHLE, the Assignee herein, duly acknowledges that the Assignee accepts delivery of the assignment and that he or she will duly perform the duties imposed upon the Assignee pursuant to chapter 727, Florida Statutes.

By: _____
PHILIP VON KAHLE, Assignee

STATE OF FLORIDA         :
                         : §§
COUNTY OF BROWARD        :

Sworn to and subscribed on this __21st__ day of __May__ 2010 by PHILIP VON KAHLE, who is personally known to me and who did not take an oath as to the Acceptance of the Assignment.

_____
Signature

__NADIRA JOSEPH__
Print Name

NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

My commission expires:

## OATH OF ASSIGNOR

KNOW ALL MEN BY THESE PRESENTS, that Nekton Diving Cruises, LLC, a New Mexico limited liability company, authorized to conduct business in Florida and doing business in Broward County, FLORIDA has executed an Assignment for the Benefit of Creditors ("Assignment") and that the true intention of the Assignment is to place in the hands of its Assignee all of its property of every description, except such property as is exempt by law from forced sale, to be divided among the creditors in proportion to their respective demands and legal right.

Witnesses:

_[signature]_

NEKTON DIVING CRUISES, LLC

By: _[signature] John Dyer, President_
John Dixon, President of Nekton Diving Cruises, Inc., Managing Member
Print name and title

STATE OF FLORIDA     :
                     : §§
COUNTY OF BROWARD    :

BEFORE ME, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared John Dixon, as President of Nekton Diving Cruises, Inc., Managing Member of Nekton Diving Cruises, LLC, as Assignor, who is personally known to me or who has produced FLDL D250 464 62 186 0 as identification and who did take an oath for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid on this 19th day of May 2010.

My commission expires:

_[Notary seal: Ingrid P. Malcolm, Commission expires Oct 20, 2012, #DD832709, Notary Public, State of Florida]_

_Ingrid P. Malcolm_
Ingrid P. Malcolm

## OATH OF ASSIGNEE

COMES NOW, PHILIP VON KAHLE, the Assignee herein and duly acknowledges that the Assignee accepts delivery of the within Assignment and that they will duly perform the duties imposes upon the Assignee pursuant to Florida Statute Section 727.

By: PHILIP VON KAHLE, Assignee

STATE OF FLORIDA       :
                       : §§
COUNTY OF BROWARD      :

THE FOREGOING Assignment for the Benefit of Creditors was acknowledged before me on this 21st day of May 2010, by PHILIP VON KAHLE as Assignee, who is personally known to me or who has produced _____ as identification and who did not take an oath for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid on this _____ day of _____ 2010.

My commission expires:

NADIRA JOSEPH
MY COMMISSION # DD 938054
EXPIRES: November 15, 2013
Bonded Thru Notary Public Underwriters

NADIRA JOSEPH

## SCHEDULE A - CREDITOR LIST

### I. SECURED CREDITORS:

| NAME AND ADDRESS | AMOUNT | COLLATERAL | DISPUTED |
|---|---|---|---|
| Small Business Administration<br>EIDL Loan *4003<br>EIDL Loan *4001<br>200 W. Sanata Ana Blvd., Suite 180<br>Santa Ana, CA  92701 | $708,002.70 | | |

### II. WAGES OWED:

| NAME AND ADDRESS | AMOUNT | COLLATERAL | DISPUTED |
|---|---|---|---|
| | $47,310.47 | | |

### III. CONSUMER DEPOSITS:

$417,492.75

### IV. LIST OF ALL TAXES OWED:

| | AMOUNT |
|---|---|
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL  32399 | $350.00 |
| Internal Revenue Services<br>Ogden, UT  84201-0039 | $214,523.66 |

### V. UNSECURED CLAIMS OWED:

$3,412,550.00

### VI. LEASES:

### VII. OWNERS OR SHAREHOLDERS:

| NAME AND ADRESS | PERCENT OF OWNERSHIP |
|---|---|
| Loggerhead Holdings, Inc.<br>520 SE 32nd Street<br>Ft. Lauderdale, FL  33316 | 99.00% |
| Nekton Diving Cruises, Inc.<br>520 SE 32nd Street<br>Ft. Lauderdale, FL  33316 | 1.00% |

## SCHEDULE B - LIST OF ASSETS

List each category of assets and for each give approximate value obtainable for the assets on the date of the Assignment, and address where assets is located.

**DESCRIPTION**                                                          **LIQUIDATION VALUE AT DATE OF ASSIGNMENT**

### I.    NONEXEMPT PROPERTY:

1. REAL ESTATE/Legal Description/Street Address/leasehold interest.

   NONE

2. FURNITURE/FIXTURES:
   Portable Hydraulic Power Pack          $20,000.00
   Stanley Hydraulic Drill
   Core Bits
   Hydraulic Hose
   U-Bolts
   Helical Anchor Hydraulic Power Head Drive
   Helical Anchors and Extensions
   List of Caribbean Dive Sites

3. CASH AND BANK ACCOUNTS:

   $15,000.00

4. INVENTORY:

   NONE

5. ACCOUNTS RECEIVABLE

   Mayaguana Management Company LLC          $19,600.00
   60 Massachusetts Avenue
   Boston, MA 02115
   Aquatic Adventures/Thomas Conlin          $36,935.00
   1167 NW 108th Terrace
   Plantation, FL 33322

6. PREPAID EXPENSES, including deposits, insurance, rents, utilities

7. OTHER, including loans to third parties, claims, chooses in action.

### II.   EXEMPT PROPERTY:

## SCHEDULE B - LIST OF ASSETS

List each category of assets and for each give approximate value obtainable for the assets on the date of the Assignment, and address where assets is located.

**DESCRIPTION**                                    **LIQUIDATION VALUE AT DATE OF ASSIGNMENT**

### I. NONEXEMPT PROPERTY:

1. REAL ESTATE/Legal Description/Street Address/leasehold interest.

    NONE

2. FURNITURE/FIXTURES:
    Portable Hydraulic Power Pack        $20,000.00
    Stanley Hydraulic Drill
    Core Bits
    Hydraulic Hose
    U-Bolts
    Helical Anchor Hydraulic Power Head Drive
    Helical Anchors and Extensions
    List of Caribbean Dive Sites

3. CASH AND BANK ACCOUNTS:

    $15,000.00

4. INVENTORY:

    NONE

5. ACCOUNTS RECEIVABLE

    Mayaguana Management Company LLC        $19,600.00
    60 Massachusetts Avenue
    Boston, MA 02115
    Aquatic Adventures/Thomas Conlin        $36,935.00
    1167 NW 108th Terrace
    Plantation, FL 33322

6. PREPAID EXPENSES, including deposits, insurance, rents, utilities

7. OTHER, including loans to third parties, claims, chooses in action.

### II. EXEMPT PROPERTY: