# Exhibit 10

# SSI

THIS IS A COVER SHEET

FOR SENSITIVE SECURITY INFORMATION

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

(This cover sheet is unclassified)

# SSI

Loggerhead00001897

# NEKTON RORQUAL OPS BTWN 1 JAN AND 28 MAY 2010



Satellite tracking of NEKTON RORQUAL 1 Jan to 28 May 2010

NEKTON RORQUAL_SATAMATIC...
2010-01-04 19:37:33 UTC
2010-01-11 19:39:11 UTC
2010-01-13 19:38:06 UTC
2010-01-21 19:37:51 UTC
2010-01-26 19:37:46 UTC
2010-02-04 19:37:28 UTC
2010-02-11 19:37:59 UTC
2010-02-13 19:39:11 UTC
2010-03-12 07:23:23 UTC
2010-03-13 07:23:21 UTC
2010-03-16 07:22:08 UTC
2010-03-25 06:40:16 UTC
2010-04-06 14:18:56 UTC
2010-04-09 14:18:38 UTC
2010-04-15 14:19:41 UTC
2010-04-20 21:49:00 UTC
2010-04-21 19:41:36 UTC
2010-04-22 14:12:43 UTC
2010-04-26 14:09:16 UTC
2010-04-27 14:08:38 UTC
2010-04-28 14:07:28 UTC
2010-04-29 14:07:39 UTC
2010-05-02 12:03:13 UTC
2010-05-02 16:35:43 UTC
2010-05-02 16:37:16 UTC

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001898

2010-05-28 14:38:01 UTC

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001899



# SHIP SECURITY ALERT SYSTEM
# AIRTIME SERVICES FOR SYSTEM OPERATION

IN ACCORDANCE WITH REGULATION XI-2/6 15 OF THE SOLAS CONVENTION

AND USCG NVIC 04-03 AND CONCERNING THE REQUIREMENT FOR COVERAGE

FOR SYSTEM OPERATION AND ACTIVATION OF THE SHIPS SECURITY ALERT

SYSTEM

*SATAMATICS USA* HEREBY CONFIRMS THE FOLLOWING VESSEL:

ISN DST001A7452A
*s/n:* 2020075
*enc:* 001016
Nekton Rorqual
*expiry:* 2010-10-12

## *OWNED BY*
NR Holdings, Inc.

## *MANAGED BY*
Nekton Diving Cruises, LLC.
520 SE 32nd Street Fort Lauderdale, FL 33316

## HAS A SOLAS COMPLIANT SHIP SECURITY ALERT SYSTEM
## AIRTIME SUBSCRIPTION FOR SYSTEM OPERATION FOR THE TERM FROM
## ORIGINAL ACTIVE DATE TO THE EXPIRATION LISTED ABOVE.

Sincerely,

*Elonda Wallace*

Elonda Wallace
Accounts Manager

Satamatics USA
4503 W. DeYoung St.  •  Suite 204C  •  Marion, IL  •  62959  •  USA
Tel: +1 (877) SAT MATIC  •  +1 (360) 246 7263
info@satamaticsusa.com  •  www.satamatics.com
Registered Number 200858652

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a "need to know", as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001900

| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
|---|---|
| **Sent:** | Monday, January 4, 2010 1:38 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-01-04 19:37:33 UTC
Level:       Normal
Location:    18°03'45"N 67°55'21"W
Heading:     319°
Speed:       0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.124/2597 - Release Date: 01/04/10 08:24:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001901

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Monday, January 11, 2010 1:40 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-01-11 19:39:11 UTC
Level:      Normal
Location:    18°06'20"N 67°56'48"W
Heading:    83°
Speed:      1kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application: Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.130/2607 - Release Date: 01/11/10 07:35:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001902

**From:**  Satamatics Ocean Alert <messaging@satamatics.com>
**Sent:**  Wednesday, January 13, 2010 1:40 PM
**To:**  9542490127@mms.mycingular.com
**Subject:**  Nekton Rorqual

Vessel:   Nekton Rorqual
Callsign:  WDB6289
IMO:   1111695
MMSI:   367713000

Date & Time:  2010-01-13 19:38:06 UTC
Level:   Normal
Location:   18°03'42"N 67°55'20"W
Heading:   11°
Speed:   0kts
GPS Fix:   Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert

Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.138/2618 - Release Date: 01/13/10 07:35:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001903

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, January 21, 2010 1:39 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-01-21 19:37:51 UTC
Level:      Normal
Location:    18°19'20"N 64°55'37"W
Heading:     351°
Speed:      5kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert
Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 271.1.1/2636 - Release Date: 01/21/10 07:34:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001904

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Tuesday, January 26, 2010 1:39 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:  WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-01-26 19:37:46 UTC
Level:     Normal
Location:   17°42'01"N 64°53'36"W
Heading:    34°
Speed:      0kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 271.1.1/2643 - Release Date: 01/26/10 07:46:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001905

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, February 4, 2010 1:39 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-02-04 19:37:28 UTC
Level:      Normal
Location:   17°46'24"N 64°48'49"W
Heading:    117°
Speed:      0kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.435 / Virus Database: 271.1.1/2665 - Release Date: 02/04/10 07:35:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001906

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, February 11, 2010 1:39 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:         1111695
MMSI:        367713000

Date & Time:  2010-02-11 19:37:59 UTC
Level:       Normal
Location:    21°01'18"N 71°53'13"W
Heading:     323°
Speed:       4kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.435 / Virus Database: 271.1.1/2682 - Release Date: 02/11/10 16:09:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| From: | Satamatics Ocean Alert <messaging@satamatics.com> |
|---|---|
| Sent: | Saturday, February 13, 2010 1:41 PM |
| To: | 9542490127@mms.mycingular.com |
| Subject: | Nekton Rorqual |

| Vessel: | Nekton Rorqual |
|---|---|
| Callsign: | WDB6289 |
| IMO: | 1111695 |
| MMSI: | 367713000 |

| Date & Time: | 2010-02-13 19:39:11 UTC |
|---|---|
| Level: | Normal |
| Location: | 21°44'00"N 72°17'04"W |
| Heading: | 75° |
| Speed: | 0kts |
| GPS Fix: | Valid |

Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.435 / Virus Database: 271.1.1/2691 - Release Date: 02/16/10 07:35:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001908

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Friday, March 12, 2010 1:24 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-03-12 07:23:23 UTC
Level:      Normal
Location:    22°21'36"N 72°53'58"W
Heading:     235°
Speed:      0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.436 / Virus Database: 271.1.1/2734 - Release Date: 03/11/10 21:50:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ``need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001909

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Saturday, March 13, 2010 1:25 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-03-13 07:23:21 UTC
Level:       Normal
Location:    21°49'14"N 72°37'23"W
Heading:     141°
Speed:       4kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert

Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.436 / Virus Database: 271.1.1/2734 - Release Date: 03/12/10 19:33:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001910

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Tuesday, March 16, 2010 3:24 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:        367713000

Date & Time:  2010-03-16 07:22:08 UTC
Level:       Normal
Location:    22°18'10"N 72°49'06"W
Heading:     65°
Speed:       0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.436 / Virus Database: 271.1.1/2750 - Release Date: 03/16/10 07:33:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, March 25, 2010 2:41 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:      1111695
MMSI:      367713000

Date & Time:  2010-03-25 06:40:16 UTC
Level:      Normal
Location:    22°21'34"N 72°53'56"W
Heading:    96°
Speed:     0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2765 - Release Date: 03/24/10 19:33:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001912

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Tuesday, April 6, 2010 10:19 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:        367713000

Date & Time:  2010-04-06 14:18:56 UTC
Level:       Normal
Location:    22°21'23"N 73°08'53"W
Heading:      69°
Speed:       0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert
Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2794 - Release Date: 04/06/10 06:32:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001913

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Friday, April 9, 2010 10:19 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-04-09 14:18:38 UTC
Level:      Normal
Location:    22°27'06"N 73°08'02"W
Heading:    225°
Speed:      0kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2806 - Release Date: 04/12/10 06:32:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001914

**From:**      Satamatics Ocean Alert <messaging@satamatics.com>
**Sent:**      Thursday, April 15, 2010 10:21 AM
**To:**        9542490127@mms.mycingular.com
**Subject:**   Nekton Rorqual

Vessel:    Nekton Rorqual
Callsign:  WDB6289
IMO:       1111695
MMSI:       367713000

Date & Time:  2010-04-15 14:19:41 UTC
Level:      Normal
Location:    22°21'22"N 73°08'53"W
Heading:     278°
Speed:      0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2812 - Release Date: 04/15/10 06:31:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Wednesday, April 21, 2010 3:43 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:  WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-04-21 19:41:36 UTC
Level:        Normal
Location:     22°19'10"N 72°50'20"W
Heading:      185°
Speed:        0kts
GPS Fix:      Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2812 - Release Date: 04/21/10 06:31:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001916

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, April 22, 2010 10:14 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:        367713000

Date & Time:  2010-04-22 14:12:43 UTC
Level:       Normal
Location:    22°19'09"N 72°50'20"W
Heading:     202°
Speed:       0kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2812 - Release Date: 04/22/10 06:31:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001917

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Monday, April 26, 2010 10:11 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:   Nekton Rorqual
Callsign:   WDB6289
IMO:   1111695
MMSI:   367713000

Date & Time:  2010-04-26 14:09:16 UTC
Level:   Normal
Location:   21°59'55"N 74°28'20"W
Heading:   336°
Speed:   0kts
GPS Fix:   Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2830 - Release Date: 04/26/10 06:31:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001918

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Tuesday, April 27, 2010 10:09 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-04-27 14:08:38 UTC
Level:      Normal
Location:    21°57'27"N 76°49'20"W
Heading:     277°
Speed:      6kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert
Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2830 - Release Date: 04/27/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Wednesday, April 28, 2010 10:08 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:      1111695
MMSI:     367713000

Date & Time:  2010-04-28 14:07:28 UTC
Level:      Normal
Location:    23°10'02"N 79°19'08"W
Heading:    292°
Speed:     6kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2853 - Release Date: 05/04/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ``need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead000001920

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Thursday, April 29, 2010 10:09 AM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-04-29 14:07:39 UTC
Level:       Normal
Location:    24°02'22"N 81°35'00"W
Heading:     284°
Speed:      3kts
GPS Fix:     Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert

Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2853 - Release Date: 05/04/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

Loggerhead00001921

| From: | Satamatics Ocean Alert <messaging@satamatics.com> |
| Sent: | Sunday, May 2, 2010 8:05 AM |
| To: | 9542490127@mms.mycingular.com |
| Subject: | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-05-02 12:03:13 UTC
Level:      Normal
Location:   28°36'20"N 84°59'50"W
Heading:    344°
Speed:      5kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert

Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2853 - Release Date: 05/04/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| | |
|---|---|
| **From:** | Satamatics Ocean Alert <messaging@satamatics.com> |
| **Sent:** | Sunday, May 2, 2010 12:36 PM |
| **To:** | 9542490127@mms.mycingular.com |
| **Subject:** | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:   WDB6289
IMO:       1111695
MMSI:       367713000

Date & Time:  2010-05-02 16:35:43 UTC
Level:      Normal
Location:    28°57'21"N 85°10'09"W
Heading:    20°
Speed:     0kts
GPS Fix:    Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2853 - Release Date: 05/04/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520.
No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and
1520, except with the written permission of the Administrator of the Transportation Security Administration or
the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S.
government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| From: | Satamatics Ocean Alert <messaging@satamatics.com> |
| Sent: | Sunday, May 2, 2010 12:39 PM |
| To: | 9542490127@mms.mycingular.com |
| Subject: | Nekton Rorqual |

Vessel:     Nekton Rorqual
Callsign:   WDB6289
IMO:        1111695
MMSI:       367713000

Date & Time:  2010-05-02 16:37:16 UTC
Level:        Normal
Location:     28°57'23"N 85°10'10"W
Heading:      32°
Speed:        0kts
GPS Fix:      Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2853 - Release Date: 05/04/10 06:27:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

| From: | Satamatics Ocean Alert <messaging@satamatics.com> |
|-------|---------------------------------------------------|
| Sent: | Friday, May 28, 2010 10:39 AM |
| To: | 9542490127@mms.mycingular.com |
| Subject: | Nekton Rorqual |

Vessel:    Nekton Rorqual
Callsign:  WDB6289
IMO:       1111695
MMSI:      367713000

Date & Time:  2010-05-28 14:38:01 UTC
Level:     Normal
Location:   29°52'58"N 85°15'08"W
Heading:   134°
Speed:     0kts
GPS Fix:   Valid
Message Type: SSAS Position Report
Application:  Satamatics Ocean Alert


Information from vessel operator:
President John Dixon 954-249-0127

CSO Jeff Bianchi 954-675-1258
End of message

All vessel identification details and supporting information are as supplied by the vessel operator via the Ocean Alert Web Site.
Satamatics and its partners do not accept liability for any errors or omissions.

Please see Terms of Use at http://ssas.satamatics.com/terms.htm

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.437 / Virus Database: 271.1.1/2885 - Release Date: 05/28/10 06:25:00

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a ''need to know'', as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.