# Exhibit 3
# [FILED UNDER SEAL]

# Form 1120S — U.S. Income Tax Return for an S Corporation — 2007

Department of the Treasury, Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

EXTENSION GRANTED TO 10/15/08

OMB No. 1545-0130

For calendar year 2007, or tax year beginning _____, and ending _____

| | | |
|---|---|---|
| **A** S election effective date: 08/19/1998 | Use the IRS label. Otherwise, print or type. | **Name:** LOGGERHEAD HOLDINGS, INC. |
| **B** Business activity code number (see instructions): 561500 | | **Number, street, and room or suite no.** 520 SE 32ND STREET |
| **C** Check if Sch. M-3 attached ☐ | | **City or town, state, and ZIP code:** FT. LAUDERDALE, FL 33316 |
| **D** Employer identification number: ▮▮▮▮▮7539 | | |
| **E** Date incorporated: 08/19/1998 | | |
| **F** Total assets (see instructions): $5,262,203. | | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☒ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders in the corporation at end of the tax year ▶ 1

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales  3,869,698.  **b** Less returns and allowances _____  **c** Bal ▶ | **1c** 3,869,698. |
| 2 | Cost of goods sold (Schedule A, line 8) | **2** 101,935. |
| 3 | Gross profit. Subtract line 2 from line 1c | **3** 3,767,763. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **4** |
| 5 | Other income (loss) (attach statement)  STATEMENT 1 | **5** 95,801. |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | **6** 3,863,564. |

## Deductions (See instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers | **7** |
| 8 | Salaries and wages (less employment credits) | **8** 922,794. |
| 9 | Repairs and maintenance | **9** 566,079. |
| 10 | Bad debts | **10** |
| 11 | Rents | **11** 91,992. |
| 12 | Taxes and licenses  STATEMENT 2 | **12** 81,313. |
| 13 | Interest | **13** 663,469. |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | **14** 586,067. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | **15** |
| 16 | Advertising | **16** 34,747. |
| 17 | Pension, profit-sharing, etc., plans | **17** |
| 18 | Employee benefit programs | **18** 27,576. |
| 19 | Other deductions (attach statement)  STATEMENT 3 | **19** 1,678,717. |
| 20 | Total deductions. Add lines 7 through 19 ▶ | **20** 4,652,754. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | **21** <789,190.> |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a |
| b | Tax from Schedule D (Form 1120S) | 22b |
| c | Add lines 22a and 22b | 22c |
| 23a | 2007 estimated tax payments and 2006 overpayment credited to 2007 | 23a |
| b | Tax deposited with Form 7004 | 23b |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c |
| d | Add lines 23a through 23c | 23d |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 |
| 27 | Enter amount from line 26 Credited to 2008 estimated tax ▶ _____ Refunded ▶ | 27 |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____ Signature of officer  Date  Title

May the IRS discuss this return with the preparer shown below (see instr.)?  ☒ Yes  ☐ No

## Paid Preparer's Use Only

| | |
|---|---|
| Preparer's signature: ▶ *Mary O. Durrah, CPA* | Date: 3-1-10 |
| Check if self-employed ☐ | Preparer's SSN or PTIN: ▮▮▮▮▮0098 |
| Firm's name (or yours if self-employed), address, and ZIP code: ▶ AVERETT WARMUS DURKEE, P.A.  1417 E. CONCORD STREET  ORLANDO, FL 32803 | EIN: ▮▮▮▮▮4308 |
| | Phone no. 407-849-1569 |

JWA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Form **1120S** (2007)
711701 12-28-07

**Exhibit 3**

LOGGERHEAD00000026

Redacted

Form 1120S (2007)    LOGGERHEAD HOLDINGS, INC.      ▮▮▮▮7539    Page 2

## Schedule A — Cost of Goods Sold (see instructions)

| # | Description | Amount |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 45,583. |
| 3 | Cost of labor | 327. |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement)    SEE STATEMENT 4 | 56,632. |
| 6 | **Total.** Add lines 1 through 5 | 102,542. |
| 7 | Inventory at end of year | 607. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 101,935. |

9a Check all methods used for valuing closing inventory:    (i) ☐ Cost as described in Regulations section 1.471-3
    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
    (iii) ☐ Other (Specify method used and attach explanation) ▶
b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........ ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO     9d
e If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ........ ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........ ☐ Yes ☒ No
   If "Yes," attach explanation.

## Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method: (a) ☐ Cash   (b) ☒ Accrual   (c) ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: (a) Business activity ▶ ENTERTAINMENT    (b) Product or service ▶ TRAVEL AGENCY | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made?   SEE STATEMENT 5 | X | |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year    $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | <789,190.> |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss)    3a | |
| | b | Expenses from other rental activities (attach statement)    3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a    3c | |
| | 4 | Interest income | |
| | 5 | Dividends: a Ordinary dividends | |
| | | b Qualified dividends    5b | |
| | 6 | Royalties | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | |
| | b | Collectibles (28%) gain (loss)    8b | |
| | c | Unrecaptured section 1250 gain (attach statement)    8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | |
| | 10 | Other income (loss) (see instructions) .... Type ▶    STATEMENT 6 | 50,481. |

JWA      Form **1120S** (2007)

711711
12-28-07

Redacted

Form 1120S (2007)    LOGGERHEAD HOLDINGS, INC.    ▊7539   Page 3

### Shareholders' Pro Rata Share Items (continued)

| | Item | Total amount |
|---|---|---|
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 |
| | 12a Contributions | 12a |
| | b Investment interest expense | 12b |
| | c Section 59(e)(2) expenditures (1) Type ▶ | |
| | (2) Amount ▶ | 12c(2) |
| | d Other deductions (see instructions) Type ▶ | 12d |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a |
| | b Low-income housing credit (other) | 13b |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d |
| | e Other rental credits (see instructions) Type ▶ | 13e |
| | f Credit for alcohol used as fuel (attach Form 6478) | 13f |
| | g Other credits (see instructions) Type ▶ | 13g |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | |
| | b Gross income from all sources | 14b |
| | c Gross income sourced at shareholder level | 14c |
| | Foreign gross income sourced at corporate level | |
| | d Passive category | 14d |
| | e General category | 14e |
| | f Other (attach statement) | 14f |
| | Deductions allocated and apportioned at shareholder level | |
| | g Interest expense | 14g |
| | h Other | 14h |
| | Deductions allocated and apportioned at corporate level to foreign source income | |
| | i Passive category | 14i |
| | j General category | 14j |
| | k Other (attach statement) | 14k |
| | Other information | |
| | l Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l |
| | m Reduction in taxes available for credit (attach statement) | 14m |
| | n Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a   <74,422.> |
| | b Adjusted gain or loss | 15b |
| | c Depletion (other than oil and gas) | 15c |
| | d Oil, gas, and geothermal properties - gross income | 15d |
| | e Oil, gas, and geothermal properties - deductions | 15e |
| | f Other AMT items (attach statement) | 15f |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a |
| | b Other tax-exempt income | 16b |
| | c Nondeductible expenses    STATEMENT 7 | 16c   3,021. |
| | d Property distributions | 16d   255,499. |
| | e Repayment of loans from shareholders | 16e |
| **Other Information** | 17a Investment income | 17a |
| | b Investment expenses | 17b |
| | c Dividend distributions paid from accumulated earnings and profits | 17c |
| | d Other items and amounts (attach statement) | |
| **Reconciliation** | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18   <738,709.> |

JWA                                                                                           Form **1120S** (2007)

Form 1120S (2007)　　LOGGERHEAD HOLDINGS, INC.　　Page 4

### Schedule L — Balance Sheets per Books

| Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|
| 1 Cash | | 1,606. | | 0. |
| 2a Trade notes and accounts receivable | | | 332,541. | |
| b Less allowance for bad debts | | | | 332,541. |
| 3 Inventories | | 0. | | 607. |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 7,443,032. | | 8,113,334. | |
| b Less accumulated depreciation | 2,789,032. | 4,654,000. | 3,682,907. | 4,430,427. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | 476,876. | | 476,876. |
| 13a Intangible assets (amortizable only) | 37,969. | | 38,321. | |
| b Less accumulated amortization | 13,709. | 24,260. | 16,569. | 21,752. |
| 14 Other assets (att. stmt.) | STATEMENT 11 | 353,422. | | 0. |
| 15 Total assets | | 5,510,164. | | 5,262,203. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 314,289. | | 606,580. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) | STATEMENT 12 | 50,158. | | 627,478. |
| 19 Loans from shareholders | | | | 255,499. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 3,842,882. | | 5,406,199. |
| 21 Other liabilities (att. stmt.) | STATEMENT 13 | 1,646,604. | | 1,176,842. |
| 22 Capital stock | | 320. | | 320. |
| 23 Additional paid-in capital | | 1,224,722. | | 969,223. |
| 24 Retained earnings | STATEMENT 15 | <1,568,811.> | | <3,779,938.> |
| 25 Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | 5,510,164. | | 5,262,203. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | <764,875.> | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| a Depreciation $ | | a Depreciation $ 45,649. | | 45,649. |
| b Travel and entertainment $ 966. | | | | |
| STMT 14  70,849. | 71,815. | 7 Add lines 5 and 6 | | 45,649. |
| 4 Add lines 1 through 3 | <693,060.> | 8 Income (loss) (Schedule K, line 18) Line 4 less line 7 | | <738,709.> |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | <3,938,236.> | <12,330.> | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions　STATEMENT 8 | 50,481. | | |
| 4 Loss from page 1, line 21 | ( 789,190.) | | |
| 5 Other reductions　STATEMENT 9　STATEMENT 10 | ( 966.) | ( 2,055.) | |
| 6 Combine lines 1 through 5 | <4,677,911.> | <14,385.> | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | <4,677,911.> | <14,385.> | |

711731
12-26-07  JWA

Form **1120S** (2007)

Redacted

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER ▶ See separate instructions. ▶ Attach to your tax return. | OMB No. 1545-0172 **2007** Attachment Sequence No. 67 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Name(s) shown on return: LOGGERHEAD HOLDINGS, INC.
Business or activity to which this form relates: OTHER DEPRECIATION
Identifying number: ▓▓▓▓▓7539

### Part I  Election To Expense Certain Property Under Section 179  Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 125,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ▶ 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year | |
| 15 | Property subject to section 168(f)(1) election | |
| 16 | Other depreciation (including ACRS) | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | 578,832. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

**Section B - Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b    5-year property | | 1,975. | 5 YRS | HY | DDB | 395. |
| c    7-year property | | 16,341. | 7 YRS | MQ | DDB | 2,005. |
| d    10-year property | | | | | | |
| e    15-year property | | | | | | |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    40-year | / | | 40 yrs. | MM | S/L | |

### Part IV  Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 4,835. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 586,067. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ........ 23 | |

716251
11-03-07  LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2007)

Form 4562 (2007)    LOGGERHEAD HOLDINGS, INC.    Redacted 7539   Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information** (Caution: *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No    24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use ............ | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| SEE STATEMENT 17 | | % | | | | | 4,835. | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ | | | | | | 28 | 4,835. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............ | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) ............ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ............ | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ............ | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ............ | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ............ | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ............ | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are **not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............ | | |
| 39 Do you treat all use of vehicles by employees as personal use? ............ | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ............ | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2007 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2007 tax year ............ | | | | 43 | 2,508. |
| 44 Total. Add amounts in column (f). See the instructions for where to report ............ | | | | 44 | 2,508. |

716252/11-03-07    Form 4562 (2007)

Name(s) shown on tax return. Do not enter name and identifying number if shown on page 1.    Identifying number

LOGGERHEAD HOLDINGS, INC.        ███ 7539

## SECTION B - Business and Income-Producing Property

### Part I — Casualty or Theft Gain or Loss (Use a separate Part I for each casualty or theft.)

19 Description of properties (show type, location, and date acquired for each property). Use a separate line for each property lost or damaged from the same casualty or theft.

- Property A   05/10/02 BOAT - 78' DESCO
- Property B
- Property C
- Property D

CASUALTY NUMBER 100

| | | Properties A | B | C | D |
|---|---|---|---|---|---|
| 20 | Cost or adjusted basis of each property | 183,718. | | | |
| 21 | Insurance or other reimbursement (whether or not you filed a claim). Note: If line 20 is more than line 21, skip line 22. | 234,199. | | | |
| 22 | Gain from casualty or theft. If line 21 is more than line 20, enter the difference here and on line 29 or line 34, column (c), except as provided in the instructions for line 33. Also, skip lines 23 through 27 for that column. See the instructions for line 4 if line 21 includes insurance or other reimbursement you did not claim, or you received payment for your loss in a later tax year | 50,481. | | | |
| 23 | Fair market value before casualty or theft | | | | |
| 24 | Fair market value after casualty or theft | | | | |
| 25 | Subtract line 24 from line 23 | 0. | | | |
| 26 | Enter the smaller of line 20 or line 25. Note: If the property was totally destroyed by casualty or lost from theft, enter on line 26 the amount from line 20. | | | | |
| 27 | Subtract line 21 from line 26. If zero or less, enter -0- | 0. | | | |

28 Casualty or theft loss. Add the amounts on line 27. Enter the total here and on line 29 or line 34 (see instructions)    28

### Part II — Summary of Gains and Losses (from separate Parts I)

| (a) Identify casualty or theft | (b) Losses from casualties or thefts | | (c) Gains from casualties or thefts includible in income |
|---|---|---|---|
| | (i) Trade, business, rental or royalty property | (ii) Income-producing and employee property | |

**Casualty or Theft of Property Held One Year or Less**

| | | | | |
|---|---|---|---|---|
| 29 | (   ) | (   ) | ) | |
| | (   ) | (   ) | ) | |
| 30 Totals. Add the amounts on line 29 | (   ) | (   ) | ) | |

31 Combine line 30, columns (b)(i) and (c). Enter the net gain or (loss) here and on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions    31

32 Enter the amount from line 30, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Schedule A (Form 1040NR), line 16, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Schedule A (Form 1040NR), line 11. Estates and trusts, partnerships, and S corporations, see instructions    32

**Casualty or Theft of Property Held More Than One Year**

| | (a) | (b)(i) | (b)(ii) | (c) |
|---|---|---|---|---|
| 33 | Casualty or theft gains from Form 4797, line 32 | | | |
| 34 | CASUALTY NUMBER 100 | (   ) | (   ) | 50,481. |
| | | (   ) | (   ) | |
| 35 | Total losses. Add amounts on line 34, columns (b)(i) and (b)(ii) | (   ) | (   ) | |
| 36 | Total gains. Add lines 33 and 34, column (c) | | | 50,481. |
| 37 | Add amounts on line 35, columns (b)(i) and (b)(ii) | | | |

38 If the loss on line 37 is more than the gain on line 36:
 a Combine line 35, column (b)(i) and line 36, and enter the net gain or (loss) here. Partnerships (except electing large partnerships) and S corporations, see the note below. All others, enter this amount on Form 4797, line 14. If Form 4797 is not otherwise required, see instructions    38a
 b Enter the amount from line 35, column (b)(ii) here. Individuals, enter the amount from income-producing property on Schedule A (Form 1040), line 28, or Schedule A (Form 1040NR), line 16, and enter the amount from property used as an employee on Schedule A (Form 1040), line 23, or Schedule A (Form 1040NR), line 11. Estates and trusts, enter on the "Other deductions" line of your tax return. Partnerships (except electing large partnerships) and S corporations, see the note below. Electing large partnerships, enter on Form 1065-B, Part II, line 11    38b

39 If the loss on line 37 is less than or equal to the gain on line 36, combine lines 36 and 37 and enter here. Partnerships (except electing large partnerships), see the note below. All others, enter this amount on Form 4797, line 3    39    50,481.

Note: Partnerships, enter the amount from line 38a, 38b, or line 39 on Form 1065, Schedule K, line 11.
S corporations, enter the amount from line 38a or 38b on Form 1120S, Schedule K, line 10.

717402
10-19-07

Form **4684** (2007)

LOGGERHEAD00000032

Redacted

OMB No. 1545-0184

# Form 4797 — Sales of Business Property
**2007**

Department of the Treasury
Internal Revenue Service (99)

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
► Attach to your tax return.

Attachment Sequence No. 27

**Name(s) shown on return:** LOGGERHEAD HOLDINGS, INC.
**Identifying number:** ▮▮▮-▮▮-7539

1. Enter the gross proceeds from sales or exchanges reported to you for 2007 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ..... **1**

## Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

3. Gain, if any, from Form 4684, line 39 ..... **3** 50,481.
4. Section 1231 gain from installment sales from Form 6252, line 26 or 37 ..... **4**
5. Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ..... **5**
6. Gain, if any, from line 32, from other than casualty or theft ..... **6**
7. Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: ..... **7** 50,481.

   **Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

   **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

8. Nonrecaptured net section 1231 losses from prior years (see instructions) ..... **8**
9. Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ..... **9**

## Part II — Ordinary Gains and Losses

10. Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

11. Loss, if any, from line 7 ..... **11** ( )
12. Gain, if any, from line 7 or amount from line 8, if applicable ..... **12**
13. Gain, if any, from line 31 ..... **13**
14. Net gain or (loss) from Form 4684, lines 31 and 38a ..... **14**
15. Ordinary gain from installment sales from Form 6252, line 25 or 36 ..... **15**
16. Ordinary gain or (loss) from like-kind exchanges from Form 8824 ..... **16**
17. Combine lines 10 through 16 ..... **17**
18. For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

   a. If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from "Form 4797, line 18a." See instructions ..... **18a**

   b. Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ..... **18b**

JWA  For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2007)

718001
11-02-07

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 |
|---|---|

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | If section 1245 property: | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the smaller of line 24 or 25a | 25b | | | | |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the smaller of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the smaller of line 24 or 27b | 27c | | | | |
| 28 | If section 1254 property: | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b | Enter the smaller of line 24 or 28a | 28b | | | | |
| 29 | If section 1255 property: | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the smaller of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions.) |
|---|---|

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

718002
11-02-07  JWA

LOGGERHEAD00000034

LOGGERHEAD HOLDINGS, INC. ███████7539

| FORM 1120S | OTHER INCOME | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
|---|---|
| INSURANCE PROCEEDS | 95,801. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 95,801. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT | 2 |

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES AND LICENSES | 11,996. |
| PERMITS AND LICENSES | 5,362. |
| PAYROLL TAXES | 63,955. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 81,313. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION EXPENSE | 2,508. |
| AUTO | 26,274. |
| BANK AND CREDIT CARD FEES | 55,458. |
| COMPLIMENTARY ITEMS | 22,883. |
| CUSTOMS | 20,753. |
| DOCKAGE | 18,929. |
| DUES AND SUBSCRIPTIONS | 10,028. |
| EQUIPMENT LEASE | 2,337. |
| FOOD | 214,636. |
| FUEL | 455,679. |
| INSURANCE | 174,493. |
| MEALS AND ENTERTAINMENT | 966. |
| NELSON FEES | 31,725. |
| OFFICE EXPENSE | 56,378. |
| POSTAGE AND DELIVERY | 23,828. |
| PROFESSIONAL FEES | 64,219. |
| SERVICES RENDERED | 175,376. |
| SUPPLIES | 134,520. |
| TELEPHONE | 30,656. |
| TRADE SHOWS | 19,452. |
| TRAVEL | 55,380. |
| UTILITIES | 82,239. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 1,678,717. |

STATEMENT(S) 1, 2, 3

LOGGERHEAD00000035

LOGGERHEAD HOLDINGS, INC.                                                    7539

| FORM 1120S | COST OF GOODS SOLD - OTHER COSTS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BOAT RENTAL | 56,632. |
| TOTAL TO FORM 1120S, PAGE 2, LINE 5 | 56,632. |

| FORM 1120S | PAGE 2, QUESTION 3 - DOMESTIC CORPORATION (50% OWNED) | STATEMENT 5 |
|---|---|---|

NAME                              SHORESIDE TRAVEL & RESERVATION SERV., INC
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████3306
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

NAME                              NP LEASING, INC.
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████4016
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

NAME                              SHIPYARD HOLDING, INC.
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████4019
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

NAME                              SWACAT TECHNOLOGIES, INC.
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████4544
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

NAME                              ANGELFISH CHARTERS, INC.
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████3309
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

NAME                              NR HOLDINGS, INC.
ADDRESS                           520 SE 32ND ST, FT LAUDERDALE, FL 33316
I.D. NUMBER                       ████8276
STOCK PERCENT OWNED               100.00%
WAS A Q-SUB ELECTION MADE?        YES

STATEMENT(S) 4, 5

LOGGERHEAD HOLDINGS, INC.                                                    F█████7539

| | |
|---|---|
| NAME | LAUGHING GULL AVIATION, INC. |
| ADDRESS | 520 SE 32ND ST, FT LAUDERDALE, FL 33316 |
| I.D. NUMBER | ████5461 |
| STOCK PERCENT OWNED | 100.00% |
| WAS A Q-SUB ELECTION MADE? | YES |
| | |
| NAME | GULF COUNTY SHIPBUILDING, INC. |
| ADDRESS | 520 SE 32ND ST, FT LAUDERDALE, FL 33316 |
| I.D. NUMBER | ████7737 |
| STOCK PERCENT OWNED | 100.00% |
| WAS A Q-SUB ELECTION MADE? | YES |

---

| SCHEDULE K | OTHER INCOME (LOSS) | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-TERM CASUALTY GAIN(LOSS) - NON-RENTAL | 50,481. |
| TOTAL INCLUDED IN SCHEDULE K, LINE 10 | 50,481. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICER LIFE INSURANCE | 2,055. |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 966. |
| TOTAL TO SCHEDULE K, LINE 16C | 3,021. |

---

| SCHEDULE M-2 | ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME (OTHER THAN PORTFOLIO INCOME) | 50,481. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 50,481. |

STATEMENT(S) 5, 6, 7, 8

LOGGERHEAD HOLDINGS, INC.

| SCHEDULE M-2 | ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 966. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 966. |

| SCHEDULE M-2 | OTHER ADJUSTMENTS ACCOUNT - OTHER REDUCTIONS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXPENSES RELATED TO TAX-EXEMPT INCOME | 2,055. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (B) | 2,055. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM NEKTON, LLC | 353,422. | 0. |
| TOTAL TO SCHEDULE L, LINE 14 | 353,422. | 0. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PAYROLL TAXES PAYABLE | 31,279. | 0. |
| BANK OVERDRAFT | 0. | 58,973. |
| CREDIT CARD PAYABLE | 18,830. | 117,310. |
| SALES TAX PAYABLE | 49. | 4,769. |
| PAYROLL LIABILITIES | 0. | 115,073. |
| DUE TO NEKTON INC. | 0. | 331,353. |
| TOTAL TO SCHEDULE L, LINE 18 | 50,158. | 627,478. |

STATEMENT(S) 9, 10, 11, 12

LOGGERHEAD HOLDINGS, INC.

| SCHEDULE L | OTHER LIABILITIES | | STATEMENT 13 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| CRUISE LINES PAYABLE | | 1,389,604. | 79,317. |
| PREPAID CRUISES | | 257,000. | 624,909. |
| ACCRUED INTEREST | | 0. | 472,616. |
| TOTAL TO SCHEDULE L, LINE 21 | | 1,646,604. | 1,176,842. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K | STATEMENT 14 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| OFFICER LIFE INSURANCE | | 2,055. |
| TAX TO BOOK CASUALTY GAIN | | 68,794. |
| TOTAL TO SCHEDULE M-1, LINE 3 | | 70,849. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 15 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| BALANCE AT BEGINNING OF YEAR | | <1,568,811.> |
| NET INCOME PER BOOKS | | <764,875.> |
| DISTRIBUTIONS | | <255,499.> |
| OTHER INCREASES (DECREASES) | | |
| PRIOR PERIOD ADJUSTMENT | | <901,761.> |
| EQUITY IN NEKTON DIVING CRUISES, LLC PURCHASED | | <544,491.> |
| DISTRIBUTIONS APPLIED TO PAID IN CAPITAL | | 255,499. |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | | <3,779,938.> |

STATEMENT(S) 13, 14, 15

LOGGERHEAD00000039

LOGGERHEAD HOLDINGS, INC.

| SCHEDULES M-2/L | RECONCILIATION OF ENDING SCHEDULE M-2 AND RETAINED EARNINGS | | | STATEMENT 16 |
|---|---|---|---|---|

| DESCRIPTION | AAA | OAA | SUTIPT | OTHER ADJUSTMENTS |
|---|---|---|---|---|
| SCH. M-2 BALANCES | <4,677,911.> | <14,385.> | | |
| CAPITALIZED DEPREC-BOOK | | | | 8,123. |
| CAPITALIZED DEPREC-TAX | | | | <8,827.> |
| SHORESIDE C CORP RETAINED EARNINGS | | | | <73.> |
| ACCUMULATED DEPREC BOOK < TAX | | | | 2,359,387. |
| PRIOR PERIOD ADJUSTMENT | | | | <901,761.> |
| EQUITY IN NEKTON DIVING CRUISES, LLC PURCH | | | | <544,491.> |
| SUBTOTALS | <4,677,911.> | <14,385.> | | 912,358. |
| TOTAL RECONCILED SCHEDULE M-2 BALANCES | | | | <3,779,938.> |
| ENDING RETAINED EARNINGS FROM SCHEDULE L, LINE 24 | | | | <3,779,938.> |

| FORM 4562 TOTALS | LISTED PROPERTY INFORMATION-MORE THAN 50% | | | | | | | STATEMENT 17 |
|---|---|---|---|---|---|---|---|---|

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y N | (P) > 5% OWNER? Y N | (Q) ANOTHER VEH. AVAILABLE? Y N | | |
| VAN-POWELL F | 06/30/98 | | 11,204. | | 5.0 | MF200 | 0. | |
| VEHICLE-ROGER | 06/30/98 | | 2,125. | | 5.0 | MF200 | 0. | |
| SUZUKI | 06/30/00 | | 4,500. | | 5.0 | MF200 | 0. | |
| VAN | 02/28/02 | | 23,020. | | 5.0 | MA200 | 1,775. | |
| VEHICLE | 06/01/07 | | 20,139. | | 5.0 | MA200 | 3,060. | |
| TOTALS TO FORM 4562, PART V, LINE 26 | | | | | | | 4,835. | |

STATEMENT(S) 16, 17

Redacted 671107

| Schedule K-1 (Form 1120S) | 2007 | ☐ Final K-1  ☒ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service   For calendar year 2007, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
█████ 7539

**B** Corporation's name, address, city, state, and ZIP code

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL   33316

**C** IRS Center where corporation filed return
OGDEN, UT

### Part II   Information About the Shareholder

**D** Shareholder's identifying number
█████-7513

**E** Shareholder's name, address, city, state and ZIP code

JOHN DIXON
520 SE 32ND STEET
FT. LAUDERDALE, FL 33316

**F** Shareholder's percentage of stock ownership for tax year .................. 100.000000%

For IRS Use Only

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | <789,190.> | 13 Credits | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | | |
| 4 Interest income | | | |
| 5a Ordinary dividends | | | |
| 5b Qualified dividends | | 14 Foreign transactions | |
| 6 Royalties | | | |
| 7 Net short-term capital gain (loss) | | | |
| 8a Net long-term capital gain (loss) | | | |
| 8b Collectibles (28%) gain (loss) | | | |
| 8c Unrecaptured sec 1250 gain | | | |
| 9 Net section 1231 gain (loss) | | | |
| 10 Other income (loss) B* | 50,481. | 15 Alternative min tax (AMT) items A | <74,422.> |
| 11 Section 179 deduction | | 16 Items affecting shareholder basis C* | 3,021. |
| 12 Other deductions | | D | 255,499. |
| | | 17 Other information | |

*See attached statement for additional information.

711271
12-27-07   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2007

SHAREHOLDER NUMBER 1

LOGGERHEAD00000041

LOGGERHEAD HOLDINGS, INC. 7539

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| OFFICER LIFE INSURANCE | 2,055. | |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 966. | SEE FORM 1040 INSTRUCTIONS |
| TOTAL | 3,021. | |

| SCHEDULE K-1 | INVOLUNTARY CONVERSIONS, BOX 10, CODE B | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| LONG-TERM CASUALTY GAIN (LOSS) - NON RENTAL | 50,481. | SEE FORM 1040 INSTRUCTIONS |
| TOTAL | 50,481. | |

SHAREHOLDER 1

LOGGERHEAD00000042

Schedule K-1 (Form 1120S) 2007  Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

   | | Report on |
   |---|---|
   | Passive loss | See the Shareholder's Instructions |
   | Passive income | Schedule E, line 28, column (g) |
   | Nonpassive loss | Schedule E, line 28, column (h) |
   | Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Shareholder's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Shareholder's Instructions
4. Interest income — Form 1040, line 8a
5a. Ordinary dividends — Form 1040, line 9a
5b. Qualified dividends — Form 1040, line 9b
6. Royalties — Schedule E, line 4
7. Net short-term capital gain (loss) — Schedule D, line 5, column (f)
8a. Net long-term capital gain (loss) — Schedule D, line 12, column (f)
8b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
8c. Unrecaptured section 1250 gain — See the Shareholder's Instructions
9. Net section 1231 gain (loss) — See the Shareholder's Instructions
10. Other income (loss)

    Code
    A. Other portfolio income (loss) — See the Shareholder's Instructions
    B. Involuntary conversions — See the Shareholder's Instructions
    C. Sec. 1256 contracts & straddles — Form 6781, line 1
    D. Mining exploration costs recapture — See Pub. 535
    E. Other income (loss) — See the Shareholder's Instructions

11. Section 179 deduction — See the Shareholder's Instructions
12. Other deductions
    A. Cash contributions (50%)
    B. Cash contributions (30%)
    C. Noncash contributions (50%)
    D. Noncash contributions (30%)    } See the Shareholder's Instructions
    E. Capital gain property to a 50% organization (30%)
    F. Capital gain property (20%)
    G. Investment interest expense — Form 4952, line 1
    H. Deductions - royalty income — Schedule E, line 18
    I. Section 59(e)(2) expenditures — See the Shareholder's Instructions
    J. Deductions - portfolio (2% floor) — Schedule A, line 23
    K. Deductions - portfolio (other) — Schedule A, line 28
    L. Preproductive period expenses — See the Shareholder's Instructions
    M. Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
    N. Reforestation expense deduction — See the Shareholder's Instructions
    O. Domestic production activities information — See Form 8903 instructions
    P. Qualified production activities income — Form 8903, line 7
    Q. Employer's Form W-2 wages — Form 8903, line 15
    R. Other deductions — See the Shareholder's Instructions

13. Credits
    A. Low-Income housing credit (section 42(j)(5))
    B. Low-Income housing credit (other)
    C. Qualified rehabilitation expenditures (rental real estate)   } See the Shareholder's Instructions
    D. Other rental real estate credits
    E. Other rental credits
    F. Undistributed capital gains credit — Form 1040, line 70; check box a
    G. Credit for alcohol used as fuel
    H. Work opportunity credit
    I. Welfare-to-work credit    } See the Shareholder's Instructions
    J. Disabled access credit
    K. Empowerment zone and renewal community employment credit — Form 8844, line 3

| | Code | Report on |
|---|---|---|
| L | Credit for increasing research activities | |
| M | New markets credit | See the Shareholder's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | Form 1040, line 64 |
| P | Other credits | See the Shareholder's Instructions |

14. Foreign transactions
    A. Name of country or U.S. possession
    B. Gross income from all sources    } Form 1116, Part I
    C. Gross income sourced at shareholder level

    Foreign gross income sourced at corporate level
    D. Passive category
    E. General category    } Form 1116, Part I
    F. Other

    Deductions allocated and apportioned at shareholder level
    G. Interest expense — Form 1116, Part I
    H. Other — Form 1116, Part I

    Deductions allocated and apportioned at corporate level to foreign source income
    I. Passive category
    J. General category    } Form 1116, Part I
    K. Other

    Other information
    L. Total foreign taxes paid — Form 1116, Part II
    M. Total foreign taxes accrued — Form 1116, Part II
    N. Reduction in taxes available for credit — Form 1116, line 12
    O. Foreign trading gross receipts — Form 8873
    P. Extraterritorial income exclusion — Form 8873
    Q. Other foreign transactions — See the Shareholder's Instructions

15. Alternative minimum tax (AMT) items
    A. Post-1986 depreciation adjustment
    B. Adjusted gain or loss
    C. Depletion (other than oil & gas)    } See the Shareholder's Instructions and the Instructions for Form 6251
    D. Oil, gas, & geothermal - gross income
    E. Oil, gas, & geothermal - deductions
    F. Other AMT items

16. Items affecting shareholder basis
    A. Tax-exempt interest income — Form 1040, line 8b
    B. Other tax-exempt income
    C. Nondeductible expenses    } See the Shareholder's Instructions
    D. Property distributions
    E. Repayment of loans from shareholders

17. Other information
    A. Investment income — Form 4952, line 4a
    B. Investment expenses — Form 4952, line 5
    C. Qualified rehabilitation expenditures (other than rental real estate) — See the Shareholder's Instructions
    D. Basis of energy property — See the Shareholder's Instructions
    E. Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    F. Recapture of low-income housing credit (other) — Form 8611, line 8
    G. Recapture of investment credit — See Form 4255
    H. Recapture of other credits — See the Shareholder's Instructions
    I. Look-back interest - completed long-term contracts — See Form 8697
    J. Look-back interest - income forecast method — See Form 8866
    K. Dispositions of property with section 179 deductions
    L. Recapture of section 179 deduction
    M. Section 453(l)(3) information
    N. Section 453A(c) information
    O. Section 1260(b) information
    P. Interest allocable to production expenditures    } See the Shareholder's Instructions
    Q. CCF nonqualified withdrawals
    R. Information needed to figure depletion - oil and gas
    S. Amortization of reforestation costs
    T. Other information