# Exhibit 4
# [FILED UNDER SEAL]

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury / Internal Revenue Service (77)

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

OMB Redacted

**2008**

For calendar year 2008 or tax year beginning _____, and ending _____

- **A** S election effective date: 08/19/1998
- **B** Business activity code number (see instructions): 561500
- **C** Check if Sch. M-3 attached: ☐
- Name: **LOGGERHEAD HOLDINGS, INC.**
- Number, street, and room or suite no.: 520 SE 32ND STREET
- City or town, state, and ZIP code: FT. LAUDERDALE, FL 33316
- **D** Employer identification number: [Redacted]7539
- **E** Date incorporated: 08/19/1998
- **F** Total assets: $4,624,360.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☒ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 3,352,031. |
| 1b | Less returns and allowances | |
| 1c | Bal | 3,352,031. |
| 2 | Cost of goods sold (Schedule A, line 8) | 251,986. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3,100,045. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (attach statement) — STATEMENT 1 | 193,919. |
| 6 | Total income (loss). Add lines 3 through 5 | 3,293,964. |

### Deductions (See instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers | 1,500. |
| 8 | Salaries and wages (less employment credits) | 816,868. |
| 9 | Repairs and maintenance | 502,337. |
| 10 | Bad debts | |
| 11 | Rents | 91,515. |
| 12 | Taxes and licenses — STATEMENT 2 | 91,006. |
| 13 | Interest | 358,186. |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 476,016. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 7,182. |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | 119,362. |
| 19 | Other deductions (attach statement) — STATEMENT 3 | 1,445,080. |
| 20 | Total deductions. Add lines 7 through 19 | 3,909,052. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | <615,088.> |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b | |
| 23a | 2008 estimated tax payments and 2007 overpayment credited to 2008 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2009 estimated tax ▶ _____ Refunded ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ _____  Date _____  Title _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes  ☐ No

**Paid Preparer's Use Only**

- Preparer's signature: [signed] /s/ Mary O. Denisewich, CPA  Date 3-1-10  Check if self-employed ☐  Preparer's SSN or PTIN: [Redacted]0098
- Firm's name: AVERETT WARMUS DURKEE, P.A.
- Address: 1417 E. CONCORD STREET, ORLANDO, FL 32803
- EIN: [Redacted]4308
- Phone no. 407-849-1569

JWA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

811701 12-31-08

Form **1120S** (2008)

**Exhibit 42**

Form 1120S (2008)  LOGGERHEAD HOLDINGS, INC.                                    Redacted 7539   Page 2

| Schedule A | Cost of Goods Sold (see instructions) | |
|---|---|---|
| 1 | Inventory at beginning of year | 607. |
| 2 | Purchases | 242,351. |
| 3 | Cost of labor | 208. |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) SEE STATEMENT 4 | 9,427. |
| 6 | Total. Add lines 1 through 5 | 252,593. |
| 7 | Inventory at end of year | 607. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 251,986. |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation) ▶
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .... 9d
 e If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ... ☐ Yes ☒ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ... ☐ Yes ☒ No
   If "Yes," attach explanation.

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: (a) ☐ Cash  (b) ☒ Accrual  (c) ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: (a) Business activity ▶ ENTERTAINMENT  (b) Product or service ▶ CRUISES | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? SEE STATEMENT 5 | X | |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ........ $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| Income (Loss) | 1  Ordinary business income (loss) (page 1, line 21) | 1 | <615,088.> |
| | 2  Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ............ 3a | | |
| | b Expenses from other rental activities (attach statement) ...... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4  Interest income | 4 | |
| | 5  Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ............... 5b | | |
| | 6  Royalties | 6 | |
| | 7  Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) ............ 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ........ 8c | | |
| | 9  Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) ....... Type ▶ | 10 | |

JWA                                                                                                          Form 1120S (2008)

811711
12-31-08

Form 1120S (2008)     LOGGERHEAD HOLDINGS, INC.     Redacted 7539   Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶ | | |
| | (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits (see instructions) Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | <91,125.> |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses    STATEMENT 6 | 16c | 1,320. |
| | d Property distributions | 16d | 30,430. |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | <615,088.> |

Form 1120S (2008)

JWA

Form 1120S (2008) LOGGERHEAD HOLDINGS, INC. Redacted Page 4

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| Assets | | (a) | (b) | (c) | (d) |
| 1 Cash | | | | 70,000. | |
| 2a Trade notes and accounts receivable | | 332,541. | | 70,000. | 70,000. |
| b Less allowance for bad debts | | | 332,541. | | |
| 3 Inventories | | | 607. | | 607. |
| 4 U.S. Government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (att. stmt.) | | STATEMENT 8 | 0. | | 6,875. |
| 7 Loans to shareholders | | | | | |
| 8 Mortgage and real estate loans | | | | | |
| 9 Other investments (att. stmt.) | | | | | |
| 10a Buildings and other depreciable assets | | 8,113,334. | | 8,128,192. | |
| b Less accumulated depreciation | | 3,682,907. | 4,430,427. | 4,077,434. | 4,050,758. |
| 11a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 12 Land (net of any amortization) | | | 476,876. | | 476,876. |
| 13a Intangible assets (amortizable only) | | 38,321. | | 38,321. | |
| b Less accumulated amortization | | 16,569. | 21,752. | 19,077. | 19,244. |
| 14 Other assets (att. stmt.) | | | | | |
| 15 Total assets | | | 5,262,203. | | 4,624,360. |
| Liabilities and Shareholders' Equity | | | | | |
| 16 Accounts payable | | | 606,580. | | 380,819. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (att. stmt.) | | STATEMENT 9 | 1,804,320. | | 2,164,012. |
| 19 Loans from shareholders | | | 255,499. | | 255,499. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | 5,406,199. | | 5,200,508. |
| 21 Other liabilities (att. stmt.) | | | | | |
| 22 Capital stock | | | 320. | | 320. |
| 23 Additional paid-in capital | | | 969,223. | | 938,793. |
| 24 Retained earnings | | STATEMENT 10 | <3,779,938.> | | <4,315,591.> |
| 25 Adjustments to shareholders' equity (att. stmt.) | | | | | |
| 26 Less cost of treasury stock | | | ( ) | | ( ) |
| 27 Total liabilities and shareholders' equity | | | 5,262,203. | | 4,624,360. |

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| 1 Net income (loss) per books | <535,653.> | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
|---|---|---|---|
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a Depreciation $ | | a Depreciation $ 80,755. | 80,755. |
| b Travel and entertainment $ 1,320. | 1,320. | 7 Add lines 5 and 6 | 80,755. |
| 4 Add lines 1 through 3 | <534,333.> | 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | <615,088.> |

**Schedule M-2** Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | <4,677,911.> | <14,385.> | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | ( 615,088.) | | |
| 5 Other reductions STATEMENT 7 | ( 1,320.) | ( ) | |
| 6 Combine lines 1 through 5 | <5,294,319.> | <14,385.> | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | <5,294,319.> | <14,385.> | |

811731
12-31-08 JWA

Form **1120S** (2008)

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
(Including Information on Listed Property) **OTHER**
▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172
**2008**
Attachment Sequence No. 67

Name(s) shown on return: **LOGGERHEAD HOLDINGS, INC.**
Business or activity to which this form relates: **OTHER DEPRECIATION**
Identifying number: ■7539

## Part I  Election To Expense Certain Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 800,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 ......... 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation for qualified property (other than listed property) placed in service during the tax year | 14 | 4,428. |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 468,322. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2008 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 10,430. | 7 YRS | HY | 200DB | 1,491. |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | 1,775. |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 476,016. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

816251
11-08-08   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2008)

Form 4562 (2008)   LOGGERHEAD HOLDINGS, INC.   Redacted 7539   Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed?  [X] Yes  [ ] No    24b If "Yes," is the evidence written?  [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............................................................... | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| SEE STATEMENT 12 | | % | | | | | 1,775. | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................................... | | | | | | 28 | 1,775. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................................................. | | | | | | | 29 | |

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) .................... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ............................................................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ........................................ | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ..................................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? .................... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ........................................................... | | | | | | | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................................................................................................................. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................ | | |
| 39 Do you treat all use of vehicles by employees as personal use? .................................................................................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? .................................................................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ..................................................... | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2008 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2008 tax year ........................................................ | | | | 43 | 2,508. |
| 44 Total. Add amounts in column (f). See the instructions for where to report ........................................... | | | | 44 | 2,508. |

Form 4562 (2008)

816252 11-08-08

LOGGERHEAD HOLDINGS, INC.

| FORM 1120S | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 51,009. |
| TIP INCOME | 127,415. |
| DEBT FORGIVENESS INCOME | 3,978. |
| WARRANTY WORK INCOME | 11,517. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 193,919. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES AND LICENSES | 15,026. |
| PERMITS AND LICENSES | 3,689. |
| PAYROLL TAXES | 72,291. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 91,006. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADMIN. EXPENSES | 5,090. |
| AMORTIZATION EXPENSE | 2,508. |
| AUTO | 20,680. |
| BANK AND CREDIT CARD FEES | 77,871. |
| CAR RENTAL | 1,482. |
| COMPLIMENTARY ITEMS | 25,065. |
| CUSTOMS | 15,864. |
| DOCKAGE | 82,254. |
| DUES AND SUBSCRIPTIONS | 2,064. |
| EQUIPMENT LEASE | 712. |
| FOOD | 197,320. |
| FREIGHT AND DELIVERY | 1,910. |
| FUEL | 480,759. |
| INSURANCE | 107,129. |
| LATE CHARGES | 1,048. |
| MEALS AND ENTERTAINMENT | 1,321. |
| MISCELLANEOUS | 6,662. |
| OFFICE EXPENSE | 29,363. |
| POSTAGE AND DELIVERY | 14,823. |
| PROFESSIONAL FEES | 50,300. |
| SERVICE CHARGE | 4,806. |

STATEMENT(S) 1, 2, 3

LOGGERHEAD HOLDINGS, INC.                                                    Redacted 7539

| | |
|---|---:|
| SERVICES RENDERED | 78,773. |
| SUPPLIES | 119,767. |
| TELEPHONE | 23,983. |
| TRADE SHOWS | 5,944. |
| TRAVEL | 23,296. |
| UTILITIES | 63,700. |
| WEBSITE | 586. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 1,445,080. |

---

FORM 1120S          COST OF GOODS SOLD - OTHER COSTS          STATEMENT 4

| DESCRIPTION | AMOUNT |
|---|---:|
| FUEL | 9,427. |
| TOTAL TO FORM 1120S, PAGE 2, LINE 5 | 9,427. |

---

FORM 1120S     PAGE 2, QUESTION 3 - DOMESTIC CORPORATION     STATEMENT 5
                              (50% OWNED)

NAME                SHORESIDE TRAVEL & RESERVATION SERV., INC
ADDRESS             520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER         ▮▮▮▮3306
STOCK PERCENT OWNED 100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                NP LEASING, INC.
ADDRESS             520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER         ▮▮▮▮016
STOCK PERCENT OWNED 100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                SHIPYARD HOLDING, INC.
ADDRESS             520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER         ▮▮▮▮4019
STOCK PERCENT OWNED 100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                SWACAT TECHNOLOGIES, INC.
ADDRESS             520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER         ▮▮▮▮4544
STOCK PERCENT OWNED 100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                ANGELFISH CHARTERS, INC.
ADDRESS             520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER         ▮▮▮▮3309
STOCK PERCENT OWNED 100.00%
WAS Q-SUB ELECTION MADE? YES

STATEMENT(S) 3, 4, 5

LOGGERHEAD HOLDINGS, INC.                                                    Redacted 7539

| | |
|---|---|
| NAME | NR HOLDINGS, INC. |
| ADDRESS | 520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316 |
| I.D. NUMBER | ▓▓▓▓3276 |
| STOCK PERCENT OWNED | 100.00% |
| WAS Q-SUB ELECTION MADE? | YES |

| | |
|---|---|
| NAME | LAUGHING GULL AVIATION, INC. |
| ADDRESS | 520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316 |
| I.D. NUMBER | ▓▓▓▓5461 |
| STOCK PERCENT OWNED | 100.00% |
| WAS Q-SUB ELECTION MADE? | YES |

| | |
|---|---|
| NAME | GULF COUNTY SHIPBUILDING, INC. |
| ADDRESS | 520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316 |
| I.D. NUMBER | ▓▓▓▓7737 |
| STOCK PERCENT OWNED | 100.00% |
| WAS Q-SUB ELECTION MADE? | YES |

---

SCHEDULE K          NONDEDUCTIBLE EXPENSES                       STATEMENT 6

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,320. |
| TOTAL TO SCHEDULE K, LINE 16C | 1,320. |

---

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT 7

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 1,320. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 1,320. |

---

SCHEDULE L              OTHER CURRENT ASSETS                     STATEMENT 8

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| EMPLOYEE RECEIVABLES | 0. | 1,653. |
| DUE FROM NEKTON INC. | 0. | 5,222. |
| TOTAL TO SCHEDULE L, LINE 6 | 0. | 6,875. |

STATEMENT(S) 5, 6, 7, 8

LOGGERHEAD HOLDINGS, INC.

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---:|---:|
| BANK OVERDRAFT | 58,973. | 63,713. |
| CREDIT CARD PAYABLE | 117,310. | 125,139. |
| SALES TAX PAYABLE | 4,769. | 0. |
| PAYROLL LIABILITIES | 115,073. | 92,709. |
| DUE TO NEKTON INC. | 331,353. | 420,000. |
| PREPAID CRUISES | 624,909. | 763,836. |
| FEDERAL EXCISE TAX PAYABLE | 0. | 1,170. |
| OTHER CURRENT LIABILITIES | 0. | 8,997. |
| DUE TO MOTHER OCEAN | 0. | 18,325. |
| ACCRUED INTEREST PAYABLE | 472,616. | 670,123. |
| CRUISE LINES PAYABLE | 79,317. | 0. |
| TOTAL TO SCHEDULE L, LINE 18 | 1,804,320. | 2,164,012. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| BALANCE AT BEGINNING OF YEAR | <3,779,938.> |
| NET INCOME PER BOOKS | <535,653.> |
| DISTRIBUTIONS | <30,430.> |
| OTHER INCREASES (DECREASES) | |
| PRIOR PERIOD ADJUSTMENT | <1,029,469.> |
| EQUITY IN ENTITIES | <395,583.> |
| RETAINED EARNINGS ADJUSTMENT | 1,455,482. |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | <4,315,591.> |

STATEMENT(S) 9, 10

LOGGERHEAD HOLDINGS, INC.                                                   Redacted 7539

| SCHEDULES M-2/L | RECONCILIATION OF ENDING SCHEDULE M-2 AND RETAINED EARNINGS | | | STATEMENT 11 |
|---|---|---|---|---|
| DESCRIPTION | AAA | OAA | SUTIPT | OTHER ADJUSTMENTS |
| SCH. M-2 BALANCES | <5,294,319.> | <14,385.> | | |
| CAPITALIZED DEPREC-BOOK | | | | 8,123. |
| CAPITALIZED DEPREC-TAX | | | | <8,827.> |
| SHORESIDE C CORP RETAINED EARNINGS | | | | <73.> |
| ACCUMULATED DEPREC BOOK < TAX | | | | 2,440,142. |
| PRIOR PERIOD ADJUSTMENT | | | | <901,761.> |
| EQUITY IN NEKTON DIVING CRUISES, LLC | | | | <544,491.> |
| SUBTOTALS | <5,294,319.> | <14,385.> | | 993,113. |
| TOTAL RECONCILED SCHEDULE M-2 BALANCES | | | | <4,315,591.> |
| ENDING RETAINED EARNINGS FROM SCHEDULE L, LINE 24 | | | | <4,315,591.> |

| FORM 4562 | LISTED PROPERTY INFORMATION-MORE THAN 50% | | | | | | | STATEMENT 12 |
|---|---|---|---|---|---|---|---|---|
| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |

| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y  N | (P) > 5% OWNER? Y  N | (Q) ANOTHER VEH. AVAILABLE? Y  N | |
|---|---|---|---|---|---|---|---|

| VAN-POWELL F | 06/30/98 | | 11,204. | | 5.0 | MF200 | 0. | |
| VEHICLE-ROG R | 06/30/98 | | 2,125. | | 5.0 | MF200 | 0. | |
| SUZUKI | 06/30/00 | | 4,500. | | 5.0 | MF200 | 0. | |
| VAN | 02/28/02 | | 23,020. | | 5.0 | MA200 | 1,775. | |
| VEHICLE | 06/01/07 | | 20,139. | | 5.0 | MA200 | 0. | |
| TOTALS TO FORM 4562, PART V, LINE 26 | | | | | | | 1,775. | |

STATEMENT(S) 11, 12

Redacted
671108

| Schedule K-1 (Form 1120S) | **2008** | ☐ Final K-1  ☒ Amended K-1 | OMB No. 1545-0130 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service  For calendar year 2008, or tax year beginning _____ ending _____ | | **Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |

| | Part III | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) <615,088.> | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 A | Alternative min tax (AMT) items <91,125.> |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 1,320. |
| 12 | Other deductions | D | 30,430. |
| | | 17 | Other information |

**Part I   Information About the Corporation**

A  Corporation's employer identification number
▇▇▇▇▇7539

B  Corporation's name, address, city, state, and ZIP code

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL  33316

C  IRS Center where corporation filed return
OGDEN, UT

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
▇▇▇▇▇7513

E  Shareholder's name, address, city, state and ZIP code

JOHN DIXON
520 SE 32ND STEET
FT. LAUDERDALE, FL 33316

F  Shareholder's percentage of stock ownership for tax year ........ 100.000000%

*See attached statement for additional information.

811271 12-31-08  JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2008
SHAREHOLDER NUMBER 1

LOGGERHEAD00000055

LOGGERHEAD HOLDINGS, INC.                                              Redacted 7539

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,320. | SEE FORM 1040 INSTRUCTIONS |
| TOTAL | 1,320. | |

SHAREHOLDER 1

LOGGERHEAD00000056

Schedule K-1 (Form 1120S) 2008 — Page 2

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Shareholder's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Shareholder's Instructions
4. Interest income — Form 1040, line 8a
5a. Ordinary dividends — Form 1040, line 9a
5b. Qualified dividends — Form 1040, line 9b
6. Royalties — Schedule E, line 4
7. Net short-term capital gain (loss) — Schedule D, line 5, column (f)
8a. Net long-term capital gain (loss) — Schedule D, line 12, column (f)
8b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
8c. Unrecaptured section 1250 gain — See the Shareholder's Instructions
9. Net section 1231 gain (loss) — See the Shareholder's Instructions
10. Other income (loss)

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

11. Section 179 deduction — See the Shareholder's Instructions
12. Other deductions

| Code | | Report on |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 18 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions - portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions - portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 Instructions |
| Q | Qualified production activities income | Form 8903, line 7 |
| R | Employer's Form W-2 wages | Form 8903, line 15 |
| S | Other deductions | See the Shareholder's Instructions |

13. Credits

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Shareholder's Instructions |
| B | Low-income housing credit (other) from pre-2008 buildings | See the Shareholder's Instructions |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| D | Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| E | Qualified rehabilitation expenditures (rental real estate) | See the Shareholder's Instructions |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 68; check box a |
| I | Alcohol and cellulosic biofuel fuels credit | Form 6478, line 9 |
| J | Work opportunity credit | Form 5884, line 3 |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone and renewal community employment credit | Form 8844, line 3 |

| Code | | Report on |
|---|---|---|
| M | Credit for increasing research activities | See the Shareholder's Instructions |
| N | Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| O | Backup withholding | Form 1040, line 62 |
| P | Other credits | See the Shareholder's Instructions |

14. Foreign transactions

| Code | | Report on |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

Foreign gross income sourced at corporate level

| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at shareholder level

| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at corporate level to foreign source income

| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

Other information

| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

15. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Shareholder's |
| C | Depletion (other than oil & gas) | Instructions and |
| D | Oil, gas, & geothermal - gross income | the Instructions for |
| E | Oil, gas, & geothermal - deductions | Form 6251 |
| F | Other AMT items | |

16. Items affecting shareholder basis

| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | |
| D | Property distributions | See the Shareholder's Instructions |
| E | Repayment of loans from shareholders | |

17. Other information

| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest - completed long-term contracts | See Form 8697 |
| J | Look-back interest - income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information - oil and gas | |
| S | Amortization of reforestation costs | |
| T | Other information | |