Redacted

# Exhibit 5

# [FILED UNDER SEAL]

# Form 1120S

**U.S. Income Tax Return for an S Corporation**

Redacted

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

**EXTENSION GRANTED TO 09/15/10**

Department of the Treasury
Internal Revenue Service (77)

**2009**

For calendar year 2009 or tax year beginning _____, and ending _____

| | | |
|---|---|---|
| **A** S election effective date 08/19/1998 | Use IRS label. Other-wise, print or type. | **Name** LOGGERHEAD HOLDINGS, INC. |

**D** Employer identification number ▇▇▇▇7539

**B** Business activity code number (see instructions) 561500

**Number, street, and room or suite no. If a P.O. box, see instructions.** 520 SE 32ND STREET

**E** Date incorporated 08/19/1998

**City or town, state, and ZIP code** FT. LAUDERDALE, FL  33316

**F** Total assets (see instructions) $ 4,277,047.

**C** Check if Sch. M-3 attached ☐

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution:** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

### Income

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales 2,774,425. | **b** Less returns and allowances 674. **c** Bal ▶ | 1c | 2,773,751. |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 | 275,635. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 2,498,116. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* | | 4 | |
| 5 | Other income (loss) *(attach statement)* STATEMENT 1 | | 5 | 24,450. |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | | 6 | 2,522,566. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 6,500. |
| 8 | Salaries and wages (less employment credits) | 8 | 609,947. |
| 9 | Repairs and maintenance | 9 | 207,622. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 94,140. |
| 12 | Taxes and licenses STATEMENT 2 | 12 | 84,407. |
| 13 | Interest | 13 | 462,064. |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)* | 14 | 380,292. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 4,583. |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 89,215. |
| 19 | Other deductions *(attach statement)* STATEMENT 3 | 19 | 1,181,569. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 3,120,339. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | <597,773.> |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax *(see instructions)* | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b | | 22c | |
| 23 a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels *(attach Form 4136)* | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26 **Credited to 2010 estimated tax** ▶ ____ Refunded ▶ | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ |
| Firm's name (or yours if self-employed), address, and ZIP code | AVERETT WARMUS DURKEE OSBURN HENNING, PA 1417 E. CONCORD STREET ORLANDO, FL  32803 | Preparer's SSN or PTIN ▇▇▇▇4308 |

EIN

Phone no. 407-849-1569

JWA  911701  12-17-09  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **1120S** (2009)

**Exhibit 20**

Redacted

Form 1120S (2009)    LOGGERHEAD HOLDINGS, INC.    ▮▮▮7539    Page **2**

## Schedule A  Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 607. |
| 2 | Purchases | 2 | 6,833. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement)   SEE STATEMENT 4 | 5 | 268,802. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 276,242. |
| 7 | Inventory at end of year | 7 | 607. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 275,635. |

9a Check all methods used for valuing closing inventory:    (i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (Specify method used and attach explanation) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
e If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
If "Yes," attach explanation.

## Schedule B  Other Information (see instructions) | Yes | No |

1 Check accounting method:  (a) ☐ Cash  (b) ☒ Accrual  (c) ☐ Other (specify) ▶
2 See the instructions and enter the:
(a) Business activity ▶ ENTERTAINMENT  (b) Product or service ▶ TRAVEL AGENCY
3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made?  SEE STATEMENT 5 | X |
4 Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
5 Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.
6 If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $
7 Enter the accumulated earnings and profits of the corporation at the end of the tax year $
8 Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K  Shareholders' Pro Rata Share Items | | Total amount |

| | | | | |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 21) | | 1 | <597,773.> |
| | 2 Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a Other gross rental income (loss) | 3a | | |
| | b Expenses from other rental activities (attach statement) | 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 Interest income | | 4 | |
| | 5 Dividends: a Ordinary dividends | | 5a | |
| | b Qualified dividends | 5b | | |
| | 6 Royalties | | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 8a | |
| | b Collectibles (28%) gain (loss) | 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 Other income (loss) (see instructions) ........ Type ▶ | | 10 | |

JWA    Form **1120S** (2009)

911711
12-17-09

LOGGERHEAD00000059

Redacted

Form 1120S (2009)    **LOGGERHEAD HOLDINGS, INC.**    | 7539 | Page **3**

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Contributions | **12a** | |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures  **(1)** Type ▶ | | |
| | **(2)** Amount ▶ | **12c(2)** | |
| | **d** Other deductions (see instructions)  Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **13c** | |
| | **d** Other rental real estate credits (see instructions)    Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions)      Type ▶ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other (attach statement ) | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other (attach statement) | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | <155,840.> |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses           STATEMENT 6 | **16c** | 374. |
| | **d** Property distributions | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| **Recon- ciliation** | **18**  **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | <597,773.> |

JWA

Form **1120S** (2009)

911721
12-17-09

LOGGERHEAD00000060

Form 1120S (2009)   LOGGERHEAD HOLDINGS, INC.   ~~REDACTED~~ Redacted   Page 4

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2 a | Trade notes and accounts receivable | 70,000. | | 38,974. | |
| b | Less allowance for bad debts | | 70,000. | | 38,974. |
| 3 | Inventories | | 607. | | 607. |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 8 | 6,875. | | 1,211. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 8,128,192. | | 8,145,274. | |
| b | Less accumulated depreciation | 4,077,434. | 4,050,758. | 4,402,631. | 3,742,643. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 476,876. | | 476,876. |
| 13 a | Intangible assets (amortizable only) | 38,321. | | 38,321. | |
| b | Less accumulated amortization | 19,077. | 19,244. | 21,585. | 16,736. |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 4,624,360. | | 4,277,047. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 380,819. | | 537,241. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 9 | 2,164,012. | | 2,445,082. |
| 19 | Loans from shareholders | | 255,499. | | 255,499. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 5,200,508. | | 4,958,755. |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 320. | | 320. |
| 23 | Additional paid-in capital | | 938,793. | | 938,793. |
| 24 | Retained earnings | STATEMENT 10 | <4,315,591.> | | <4,858,643.> |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 4,624,360. | | 4,277,047. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|
| | **Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions |

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | <543,052.> | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14I (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14I, not charged against book income this year (itemize): | |
| | a Depreciation $ | | a Depreciation $ 55,095. | |
| | b Travel and entertainment $ 374. | 374. | | 55,095. |
| | | | 7 Add lines 5 and 6 | 55,095. |
| 4 | Add lines 1 through 3 | <542,678.> | 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | <597,773.> |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | <5,294,319.> | <14,385.> | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 597,773.) | ( ) | |
| 5 | Other reductions   STATEMENT 7 | ( 374.) | ( ) | |
| 6 | Combine lines 1 through 5 | <5,892,466.> | <14,385.> | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | <5,892,466.> | <14,385.> | |

911731
12-17-09   JWA

Form **1120S** (2009)

LOGGERHEAD00000061

Redacted

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** OTHER ▶ See separate instructions. ▶ Attach to your tax return. | **2009** Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LOGGERHEAD HOLDINGS, INC. | OTHER DEPRECIATION | ▮7539 |

**Part I** Election To Expense Certain Property Under Section 179 Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ..... ▶ | **13** | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | **17** | 250,749. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ..... ▶ ☐ | | |

Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 250,749. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251 11-04-09  LHA **For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2009)

LOGGERHEAD00000062

Form 4562 (2009)    **LOGGERHEAD HOLDINGS, INC.**    Redacted 7539   Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* only *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | | |

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42 Amortization of costs that begins during your 2009 tax year:** | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2009 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

916252 11-04-09

Form **4562** (2009)

LOGGERHEAD00000063

Redacted

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)   OTHER | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service   (99) | ▶ See separate instructions.   ▶ Attach to your tax return. | | **2009** Attachment Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LOGGERHEAD HOLDINGS, INC. | OTHER DEPRECIATION | 7539 |

**Part I**   Election To Expense Certain Property Under Section 179 **Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**   Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**   MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | 373,606. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ........ ▶ ☐ | | |

**Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | 1,862. | 7 YRS | HY | 200DB | 266. |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 6,420. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 380,292. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

916251 11-04-09   **LHA**   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2009)

Form 4562 (2009)   **LOGGERHEAD HOLDINGS, INC.**   7539   Page **2**

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.)*

24a  Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No  24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| SEE STATEMENT 12 | | % | | | | | 6,420. | |
| | : : | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 6,420. | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2009 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43  Amortization of costs that began before your 2009 tax year | | | | 43 | 2,508. |
| 44  **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 2,508. |

918252 11-04-09                                                                Form **4562** (2009)

LOGGERHEAD00000065

LOGGERHEAD HOLDINGS, INC.                                      Redacted 7539

| FORM 1120S | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 24,125. |
| TIP INCOME | 325. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 24,450. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 69,171. |
| PERMITS AND LICENSES | 5,620. |
| TAXES AND LICENSES | 9,616. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 84,407. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADMINISTRATIVE EXPENSES | 23,940. |
| AMORTIZATION EXPENSE | 2,508. |
| ARC EXPENSES | 220. |
| AUTO | 9,376. |
| BANK AND CREDIT CARD FEES | 55,658. |
| CAR RENTAL | 7,787. |
| CASUAL LABOR | 6,170. |
| CLEANING | 237. |
| COMPLIMENTARY ITEMS | 27,806. |
| CONSUMABLES | 21. |
| CUSTOMS | 10,282. |
| DOCKAGE | 55,197. |
| DUES AND SUBSCRIPTIONS | 6,259. |
| FINANCE CHARGES | 9,490. |
| FOOD | 188,840. |
| FREIGHT & DELIVERY | 902. |
| FUEL | 257,651. |
| INSURANCE | 52,582. |
| LATE CHARGES | 1,494. |
| MARKETING | 5,625. |
| MEALS AND ENTERTAINMENT | 375. |
| MISCELLANEOUS | 1,007. |
| OFFICE EXPENSE | 10,835. |

STATEMENT(S) 1, 2, 3

LOGGERHEAD00000066

LOGGERHEAD HOLDINGS, INC.                                          Redacted 7539

| | |
|---|---:|
| OPERATIONS | 223. |
| OTHER VESSEL EXPENSES | 32,270. |
| POSTAGE AND DELIVERY | 8,982. |
| PROFESSIONAL FEES | 78,218. |
| SERVICE CHARGES | 3,075. |
| SERVICES RENDERED | 7,678. |
| SUPPLIES | 46,679. |
| TELEPHONE | 20,744. |
| TRADE SHOWS | 13,200. |
| TRAVEL | 13,849. |
| UTILITIES | 55,408. |
| VESSEL INSURANCE | 103,006. |
| VESSEL OPERATING EXPENSES | 63,369. |
| WEBSITE | 606. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 1,181,569. |

| FORM 1120S | COST OF GOODS SOLD - OTHER COSTS | STATEMENT    4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| BOAT RENTAL | 110. |
| FUEL | 3,496. |
| RELATED EXPENSES | 1,751. |
| TRANSPORTATION | 117,025. |
| OTHER | 127. |
| MATERIALS | 146,293. |
| TOTAL TO FORM 1120S, PAGE 2, LINE 5 | 268,802. |

STATEMENT(S) 3, 4

LOGGERHEAD00000067

FORM 1120S          PAGE 2, QUESTION 3 - DOMESTIC CORPORATION    STATEMENT   5
                              (50% OWNED)

NAME                      SHORESIDE TRAVEL & RESERVATION SERV.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████3306
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      NP LEASING, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████4016
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      SHIPYARD HOLDING, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████4019
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      SWACAT TECHNOLOGIES, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████4544
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      ANGELFISH CHARTERS, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████3309
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      NR HOLDINGS, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████8276
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      LAUGHING GULL AVIATION, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████5461
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

NAME                      GULF COUNTY SHIPBUILDING, INC.
ADDRESS                   520 SOUTH EAST 32ND STREET, FT. LAUDERDALE, FL 33316
I.D. NUMBER               ████7737
STOCK PERCENT OWNED       100.00%
WAS Q-SUB ELECTION MADE? YES

LOGGERHEAD HOLDINGS, INC.                                        Redacted 7539

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT   6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 374. |
| TOTAL TO SCHEDULE K, LINE 16C | 374. |

---

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS | STATEMENT   7 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 374. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 374. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT   8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| EMPLOYEES RECEIVABLES | 1,653. | 0. |
| DUE FROM NEKTON INC. | 5,222. | 0. |
| PREPAID EXPENSES | 0. | 1,211. |
| TOTAL TO SCHEDULE L, LINE 6 | 6,875. | 1,211. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT   9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| BANK OVERDRAFT | 63,713. | 53,698. |
| CREDIT CARD PAYABLE | 125,139. | 101,766. |
| SALES TAX PAYABLE | 0. | 69. |
| PAYROLL LIABILITIES | 92,709. | 231,769. |
| DUE TO NEKTON INC. | 420,000. | 496,348. |
| PREPAID CRUISES | 763,836. | 282,257. |
| FEDERAL EXCISE TAX PAYABLE | 1,170. | 2,679. |
| OTHER CURRENT LIABILITIES | 8,997. | 9,295. |
| DUE TO MOTHER OCEAN | 18,325. | 3,150. |
| ACCRUED INTEREST PAYABLE | 670,123. | 1,030,123. |
| BAHAMAS FEES LIABILITIES | 0. | 33,928. |

STATEMENT(S) 6, 7, 8, 9

LOGGERHEAD00000069

LOGGERHEAD HOLDINGS, INC.                                                    Redacted 7539

| | | |
|---|---|---|
| NOTE PAYABLE TO GADDIS CAPITAL | 0. | 200,000. |
| TOTAL TO SCHEDULE L, LINE 18 | 2,164,012. | 2,445,082. |

---

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | <4,315,591.> |
| NET INCOME PER BOOKS | <543,052.> |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | <4,858,643.> |

---

| SCHEDULES M-2/L | RECONCILIATION OF ENDING SCHEDULE M-2 AND RETAINED EARNINGS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AAA | OAA | SUTIPT | OTHER ADJUSTMENTS |
|---|---|---|---|---|
| SCH. M-2 BALANCES | <5,892,466.> | <14,385.> | | |
| CAPITALIZED DEPREC-BOOK | | | | 8,123. |
| CAPITALIZED DEPREC-TAX | | | | <8,827.> |
| SHORESIDE C CORP RETAINED EARNINGS | | | | <73.> |
| ACCUMULATED DEPREC BOOK < TAX | | | | 2,495,237. |
| PRIOR PERIOD ADJUSTMENT | | | | <901,761.> |
| EQUITY IN NEKTON DIVING CRUISES, LLC PURCH | | | | <544,491.> |
| SUBTOTALS | <5,892,466.> | <14,385.> | | 1,048,208. |
| TOTAL RECONCILED SCHEDULE M-2 BALANCES | | | | <4,858,643.> |
| ENDING RETAINED EARNINGS FROM SCHEDULE L, LINE 24 | | | | <4,858,643.> |

STATEMENT(S) 9, 10, 11

LOGGERHEAD00000070

LOGGERHEAD HOLDINGS, INC.                                        Redacted 7539

---

FORM 4562              LISTED PROPERTY INFORMATION-MORE THAN 50%      STATEMENT   12

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|

| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y  N | (P) > 5% OWNER? Y  N | (Q) ANOTHER VEH. AVAILABLE? Y  N |
|---|---|---|---|---|---|---|

| (A) DESCRIPTION | (B) DATE | (N) PERSONAL MILES | (F) LIFE | (G) MTH/CV | (H) DEDUCTION |
|---|---|---|---|---|---|
| VAN-POWELL F | 06/30/98 | 11,204. | 5.0 | MF200 | 0. |
| VEHICLE-ROG R | 06/30/98 | 2,125. | 5.0 | MF200 | 0. |
| SUZUKI | 06/30/00 | 4,500. | 5.0 | MF200 | 0. |
| VAN | 02/28/02 | 23,020. | 5.0 | MA200 | 410. |
| VEHICLE | 06/01/07 | 20,139. | 5.0 | MA200 | 2,950. |
| AUTO | 01/09/09 | 15,220. | 5.0 | MA200 | 3,060. |

TOTALS TO FORM 4562, PART V, LINE 26                              6,420.

LOGGERHEAD00000071

Redacted
671109

| Schedule K-1 (Form 1120S) | **2009** | | OMB No. 1545-0130 |
|---|---|---|---|

☐ Final K-1   ☐ Amended K-1

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
7539

**B** Corporation's name, address, city, state, and ZIP code

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL  33316

**C** IRS Center where corporation filed return
OGDEN, UT

### Part II   Information About the Shareholder

**D** Shareholder's identifying number
7513

**E** Shareholder's name, address, city, state and ZIP code

JOHN DIXON
520 SE 32ND STEET
FT. LAUDERDALE, FL 33316

**F** Shareholder's percentage of stock
ownership for tax year ............ 100.000000%

---

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) <597,773.> | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 A | Alternative min tax (AMT) items <155,840.> |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 374. |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

For IRS Use Only

LOGGERHEAD HOLDINGS, INC.                                              Redacted 7539

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 374. | SEE FORM 1040 INSTRUCTIONS |
| TOTAL | 374. | |

SHAREHOLDER 1

LOGGERHEAD00000073

Schedule K-1 (Form 1120S) 2009                                                                                                                    Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss)   See the Shareholder's Instructions
3. Other net rental income (loss)
   Net income   Schedule E, line 28, column (g)
   Net loss   See the Shareholder's Instructions
4. Interest income   Form 1040, line 8a
5a. Ordinary dividends   Form 1040, line 9a
5b. Qualified dividends   Form 1040, line 9b
6. Royalties   Schedule E, line 4
7. Net short-term capital gain (loss)   Schedule D, line 5, column (f)
8a. Net long-term capital gain (loss)   Schedule D, line 12, column (f)
8b. Collectibles (28%) gain (loss)   28% Rate Gain Worksheet, line 4
   (Schedule D Instructions)
8c. Unrecaptured section 1250 gain   See the Shareholder's Instructions
9. Net section 1231 gain (loss)   See the Shareholder's Instructions
10. Other income (loss)

   Code
   A   Other portfolio income (loss)   See the Shareholder's Instructions
   B   Involuntary conversions   See the Shareholder's Instructions
   C   Sec. 1256 contracts & straddles   Form 6781, line 1
   D   Mining exploration costs recapture   See Pub. 535
   E   Other income (loss)   See the Shareholder's Instructions

11. Section 179 deduction   See the Shareholder's Instructions
12. Other deductions

   A   Cash contributions (50%) ⎫
   B   Cash contributions (30%) ⎪
   C   Noncash contributions (50%) ⎪
   D   Noncash contributions (30%) ⎬  See the Shareholder's Instructions
   E   Capital gain property to a 50% ⎪
       organization (30%) ⎪
   F   Capital gain property (20%) ⎭
   G   Contributions (100%)
   H   Investment interest expense   Form 4952, line 1
   I   Deductions - royalty income   Schedule E, line 18
   J   Section 59(e)(2) expenditures   See the Shareholder's Instructions
   K   Deductions - portfolio (2% floor)   Schedule A, line 23
   L   Deductions - portfolio (other)   Schedule A, line 28
   M   Preproductive period expenses   See the Shareholder's Instructions
   N   Commercial revitalization
       deduction from rental real
       estate activities   See Form 8582 Instructions
   O   Reforestation expense
       deduction   See the Shareholder's Instructions
   P   Domestic production activities
       information   See Form 8903 instructions
   Q   Qualified production activities income   Form 8903, line 7
   R   Employer's Form W-2 wages   Form 8903, line 15
   S   Other deductions   See the Shareholder's Instructions

13. Credits

   A   Low-income housing credit (section
       42(j)(5)) from pre-2008 buildings   See the Shareholder's Instructions
   B   Low-income housing credit (other)
       from pre-2008 buildings   See the Shareholder's Instructions
   C   Low-income housing credit (section
       42(j)(5)) from post-2007 buildings   Form 8586, line 11
   D   Low-income housing credit (other)
       from post-2007 buildings   Form 8586, line 11
   E   Qualified rehabilitation
       expenditures (rental real estate) ⎫ See the Shareholder's
   F   Other rental real estate credits ⎬ Instructions
   G   Other rental credits ⎭
   H   Undistributed capital gains credit   Form 1040, line 70; check box a
   I   Alcohol and cellulosic biofuel
       fuels credit   Form 6478, line 7
   J   Work opportunity credit   Form 5884, line 3
   K   Disabled access credit   See the Shareholder's Instructions
   L   Empowerment zone and renewal
       community employment credit   Form 8844, line 3

   Code   Report on
   M   Credit for increasing research
       activities   See the Shareholder's Instructions
   N   Credit for employer social
       security and Medicare taxes   Form 8846, line 5
   O   Backup withholding   Form 1040, line 61
   P   Other credits   See the Shareholder's Instructions

14. Foreign transactions
   A   Name of country or U.S.
       possession ⎫
   B   Gross income from all sources ⎬ Form 1116, Part I
   C   Gross income sourced at shareholder ⎭
       level

   Foreign gross income sourced at corporate level
   D   Passive category ⎫
   E   General category ⎬ Form 1116, Part I
   F   Other ⎭

   Deductions allocated and apportioned at shareholder level
   G   Interest expense   Form 1116, Part I
   H   Other   Form 1116, Part I

   Deductions allocated and apportioned at corporate level to foreign source income
   I   Passive category ⎫
   J   General category ⎬ Form 1116, Part I
   K   Other ⎭

   Other information
   L   Total foreign taxes paid   Form 1116, Part II
   M   Total foreign taxes accrued   Form 1116, Part II
   N   Reduction in taxes available for
       credit   Form 1116, line 12
   O   Foreign trading gross receipts   Form 8873
   P   Extraterritorial income exclusion   Form 8873
   Q   Other foreign transactions   See the Shareholder's Instructions

15. Alternative minimum tax (AMT) items
   A   Post-1986 depreciation adjustment ⎫ See the
   B   Adjusted gain or loss ⎪ Shareholder's
   C   Depletion (other than oil & gas) ⎬ Instructions and
   D   Oil, gas, & geothermal - gross income ⎪ the Instructions for
   E   Oil, gas, & geothermal - deductions ⎪ Form 6251
   F   Other AMT items ⎭

16. Items affecting shareholder basis
   A   Tax-exempt interest income   Form 1040, line 8b
   B   Other tax-exempt income ⎫
   C   Nondeductible expenses ⎬ See the Shareholder's Instructions
   D   Property distributions ⎪
   E   Repayment of loans from ⎭
       shareholders

17. Other information
   A   Investment income   Form 4952, line 4a
   B   Investment expenses   Form 4952, line 5
   C   Qualified rehabilitation expenditures
       (other than rental real estate)   See the Shareholder's Instructions
   D   Basis of energy property   See the Shareholder's Instructions
   E   Recapture of low-income housing
       credit (section 42(j)(5))   Form 8611, line 8
   F   Recapture of low-income housing
       credit (other)   Form 8611, line 8
   G   Recapture of investment credit   See Form 4255
   H   Recapture of other credits   See the Shareholder's Instructions
   I   Look-back interest - completed
       long-term contracts   See Form 8697
   J   Look-back interest - income forecast
       method   See Form 8866
   K   Dispositions of property with
       section 179 deductions ⎫
   L   Recapture of section 179 deduction ⎪
   M   Section 453(l)(3) information ⎪
   N   Section 453A(c) information ⎪
   O   Section 1260(b) information ⎪
   P   Interest allocable to production ⎬ See the Shareholder's
       expenditures ⎪ Instructions
   Q   CCF nonqualified withdrawals ⎪
   R   Depletion information - oil and gas ⎪
                                        ⎪
   S   Amortization of reforestation ⎪
       costs ⎪
   T   Section 108(i) information ⎪
   U   Other information ⎭

911272
12-17-09   JWA

SHAREHOLDER NUMBER 1

LOGGERHEAD00000074

Redacted

## Shareholder Basis Worksheet

| | |
|---|---|
| Shareholder Number: **1** | Year Ended: **DECEMBER 31, 2009** |
| Shareholder Name: | S Corporation Name: |
| **JOHN DIXON** | **LOGGERHEAD HOLDINGS, INC.** |
| Shareholder ID Number: ███**-7513** | S Corporation ID Number: ██**7539** |
| Ownership Percentage: **100.000000** % | |

### Stock Basis

| | | |
|---|---|---|
| 1. a. Stock basis, beginning of year (Not less than zero) | **0.** | |
| b. Additional capital contributions | | |
| 2. Increases: | | |
| a. Ordinary income from trade or business | | |
| b. Net income from rental real estate activities | | |
| c. Net income from other rental activities | | |
| d. Net short-term capital gains | | |
| e. Net long-term capital gains | | |
| f. Other portfolio income | | |
| g. Net gain under Section 1231 | | |
| h. Other income | | |
| i. Tax exempt interest income | | |
| j. Other tax-exempt income | | |
| k. Section 179 recapture | | |
| l. Depletion (other than oil and gas) in excess of basis | | |
| m. Other increases: | | |
| | | |
| 3. Total increases (Add lines 2(a) through 2(m)) | | |
| 4. Total increases to stock basis (Add lines 1 and 3) | | |
| 5. Less: Distributions | | |
| 6. Subtract line 5 from line 4 (Not less than zero) | | |
| 7. Decreases: | | |
| a. Ordinary losses from trade or business | **597,773.** | |
| b. Net losses from rental real estate activities | | |
| c. Net losses from other rental activities | | |
| d. Net short-term capital losses | | |
| e. Net long-term capital losses | | |
| f. Other portfolio losses | | |
| g. Net losses under Section 1231 | | |
| h. Other deductions | | |
| i. Charitable contributions | | |
| j. Section 179 expense deduction | | |
| k. Deductions related to portfolio income (losses) | | |
| l. Interest expense on investment debts | | |
| m. Foreign taxes paid or accrued | | |
| n. Section 59(e) expenditures | | |
| o. Nondeductible expenses | **374.** | |
| p. Oil and gas depletion | | |
| q. Other decreases: | | |
| | | **598,147.** |
| r. Disallowed prior year's losses and deductions | | **3,385,108.** |
| 8. Total decreases (Add lines 7(a) through 7(r)) | | **3,983,255.** |
| 9. Net increases or decreases to basis (Subtract line 8 from line 6) | | **<3,983,255.>** |
| 10. Less: Net increases applied to debt basis | | |
| 11. Stock basis, end of year (Subtract line 10 from line 9) (Not less than zero) | | **0.** |

912101
04-24-09

Redacted

## Shareholder Basis Worksheet, Continued

| Shareholder Number: | 1 |
|---|---|
| Shareholder Name: | JOHN DIXON |

Year Ended:
**DECEMBER 31, 2009**

Shareholder ID Number: ████-7513

### Debt Basis

| | | |
|---|---|---:|
| 12. | Debt basis, beginning of year (Not less than zero) | 0. |
| 13. | Loans made during the year | |
| 14. | Restoration of debt basis (from line 10) | |
| 15. | Subtotal (Add lines 13 and 14) | |
| 16. | Less: Loan repayments | |
| 17. | Gain from loan repayments | |
| 18. | Other adjustments: | |
| | | |
| | | |
| 19. | Subtotal (Combine lines 12, 15, 16, 17 and 18) | |
| 20. | Applied against excess loss and deductions | |
| 21. | Debt basis, end of year (Not less than zero) | 0. |
| 22. | Total shareholder stock and debt basis, end of year (Add lines 11 and 21) (Not less than zero) | 0. |

### Gain on Distributions

| | | |
|---|---|---|
| 23. | Distributions | |
| 24. | Less: Basis before distributions | |
| 25. | Enter excess of line 23 over line 24 (capital gain) | |

| Carryover | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---:|---:|
| 26. | Beginning of year | 3,385,108. | 255,499. |
| 27. | Add: Losses and deductions this year | 598,147. | |
| 28. | Less: Applied this year | | |
| 29. | End of year (Not less than zero) | 3,983,255. | 255,499. |

PRINCIPAL AMOUNT OF DEBT OWED TO SHAREHOLDER, ADJUSTED FOR
LOANS MADE OR PAID DURING THE YEAR                                     255,499.

9121C2
04-24-09

LOGGERHEAD00000076

Redacted

## Allocation of Losses and Deductions

| Shareholder Number: | 1 | | | Year Ended: | |
| Shareholder Name: | JOHN DIXON | | | DECEMBER 31, 2009 | |
| | | | | Shareholder ID Number: | -7513 |

| | (a) Beginning of Year and Current Year Losses and Deductions | (b) % | (c) Allowable Losses and Deductions in Current Year | (d) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|
| Ordinary losses from trade or business | 3,979,572. | 99.992764 | | 3,979,572. |
| Net losses from rental real estate activities | | | | |
| Net losses from other rental activities | | | | |
| Net short-term capital losses | | | | |
| Net long-term capital losses | | | | |
| Other portfolio losses | | | | |
| Net losses under Section 1231 | 72. | .001809 | | 72. |
| Other deductions | | | | |
| Charitable contributions | 216. | .005427 | | 216. |
| Section 179 expense deduction | | | | |
| Deductions related to portfolio income (losses) | | | | |
| Interest expense on investment debts | | | | |
| Foreign taxes paid or accrued | | | | |
| Section 59(e) expenditures | | | | |
| Other decreases | | | | |
| Total deductible losses and deductions | 3,979,860. | 100.000000 | | 3,979,860. |
| Nondeductible expenses | 3,395. | 100.000000 | | 3,395. |
| Oil and gas depletion | | | | |
| Total nondeductible expenses and oil and gas depletion | 3,395. | 100.000000 | | 3,395. |
| Totals | 3,983,255. | | | 3,983,255. |

9121C3
04-24-09

LOGGERHEAD00000077

MASTER ELECTION AND/OR APPORTIONMENT SCHEDULE FOR CONTROLLED GROUP OF CORPORATIONS

Corporation Filing Original Consent and/or Election:

| | |
|---|---|
| Name | Nekton Diving Cruises, Inc. |
| Address | 520 S.E. 32nd Street |
| | Ft. Lauderdale, FL 33316 |

Taxable Year Ended __September 30, 2009__
Service Center Where Originally Filed __Ogden, UT__

Check Where Applicable:

X  a.-d.  The following corporations, component members of a controlled group of corporations, hereby consent under Section 1561(a) to the following apportionment plan with regard to their taxable years which include December 31, 2009.

X  e.  The following corporations, component members of a controlled group of corporations as defined in Section 179(d)(7), hereby consent under Section 179(d)(6) to the following apportionment plan with regard to their taxable years which include December 31, 2009.

X  f.  The following corporations, component members of a controlled group of corporations, hereby consent under Section 38(c)(4) to the following apportionment plan with regard to their taxable years which include December 31, 2009.

| | Name and Address | Taxable Year Ended | (a) Rate Brackets | (b) Accumulated Earnings Credit | (c) $40,000 Alt. Min. Exemption | (d) $150,000 Alt. Min. Exemption | (e) Section 179 Expense | (f) $25,000 Limitation-ITC | Signature of Authorized Officer |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Nekton Diving Cruises, Inc. 520 S.E. 32nd Street Ft. Lauderdale, FL 33316 EIN: ▮470▮ | 9/30/09 | 15% 25% 34% ADDL-5% ADDL-3% | 250,000 | 40,000 | 150,000 | 0 | 25,000 | |
| 2. | Loggerhead Holdings, Inc. 520 S.E. 32nd Street Ft. Lauderdale, FL 33316 EIN: ▮7559 | 12/31/09 | 15% 25% 34% ADDL-5% ADDL-3% | | | | 250,000 | | |
| 3. | EIN: | | 15% 25% 34% ADDL-5% ADDL-3% | | | | | | |
| 4. | EIN: | | 15% 25% 34% ADDL-5% ADDL-3% | | | | | | |
| 5. | EIN: | | 15% 25% 34% ADDL-5% ADDL-3% | | | | | | |
| | | | | $250,000 | $40,000 | $150,000 | $250,000 | $25,000 | |

Rev. 10/31/08

LOGGERHEAD00000078