# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | § § § § | **MDL NO. 2179**<br><br>**SECTION: J** |
| **This document relates to:**<br>*Global Disaster Recovery & Rebuilding Services LLC, et al. v. BP Expl. & Prod., Inc., et al.,*<br>*Case No. 16-cv-06585* | § § § § § § | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE CURRAULT** |

## HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** comes Defendant Halliburton Energy Services, Inc. ("HESI")[1] and respectfully files this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in BP's Motion for Summary Judgment (the "BP Motion") (Rec. Doc. 27050) because those arguments are equally applicable to HESI as a defendant in this litigation.

---

[1] Plaintiff has named both HESI and Sperry Drilling Services as defendants in this matter. Sperry Drilling Services is not a formal entity; rather it is a product service line of HESI and, thus, not a proper party. Nonetheless, to the extent appropriate, references to HESI should be understood to extend equally to Sperry Drilling Services.

**WHEREFORE**, HESI prays that this Honorable Court permit it to join in and adopt the arguments made in the BP Motion and seek similar relief requested.

Respectfully submitted,

**REED SMITH LLP**

 /s/ R. Alan York
R. Alan York
State Bar No. 22167500
AYork@ReedSmith.com
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone:  713-469-3800
Facsimile:  713-469-3899

**ATTORNEYS FOR HALLIBURTON
ENERGY SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing ***Ex Parte* Motion to Join In and Adopt the Arguments Made in BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of May, 2021.

*/s/ R. Alan York*
R. Alan York