IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 § § § § This document relates to: § *Global Disaster Recovery & Rebuilding* § *Services LLC, et al. v. BP Expl. & Prod., Inc.,* § *et al.,* § *Case No. 16-cv-06585* § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE CURRAULT |

### ORDER

Considering Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Motion for Summary Judgment Regarding the Claim of Plaintiff Global Disaster Recovery & Rebuilding Services, LLC, *et al*. (Rec. Doc. 27050), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE