IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 <br><br> SECTION: J |
| This document relates to: *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production, Inc., et al.* Case No. 2:13-cv-01286-CJB-DPC | § § § § § § § § | JUDGE BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Motion for Summary Judgment Regarding the Claim of Plaintiffs Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (Rec. Doc. 27078), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE