UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J(2) |
| **Applies to:** | * | JUDGE BARBIER |
| *No. 16-05952, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is BP's Motion for Summary Judgment against the claims of Loggerhead Holding, Inc. (Rec. Doc. 27090). In accordance with the briefing schedule in Pretrial Order No. 69 § II(C) (Rec. Doc. 26709),

IT IS ORDERED that any response to BP's motion (Rec. Doc. 27090) shall be filed by no later than Wed., June 9, 2021. BP's reply in support of its motion shall be filed within 14 days from the date the response brief is filed.

New Orleans, Louisiana, this 11th day of May, 2021.

_____
United States District Judge