UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> *  SECTION "J" |
| This document relates to: | * <br> * |
| *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. v. BP America Production Company and BP Exploration & Production, Inc., et al.* | *  JUDGE CARL BARBIER <br> * <br> * <br> *  MAGISTRATE DONNA CURRAULT |
| Case No. 2:13-cv-01286-CJB-DPC | * <br> * <br> * |

___

**TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRITON ASSET LEASING GmbH'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S MOTION FOR SUMMARY JUDGMENT**

___

**NOW INTO COURT**, through undersigned counsel, come Defendants, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Triton Asset Leasing GmbH ("Transocean") who respectfully file this *Ex Parte* Motion to Join In and Adopt, as if copied herein *in extenso*, the arguments made in BP's Motion for Summary Judgment (Rec. Doc. 27078) because those arguments are equally applicable to Transocean as a defendant in this litigation.

**WHEREFORE,** defendants, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Triton Asset Leasing GmbH, pray that this Honorable Court permit it to join in and adopt the arguments made in the BP motion and seek similar relief requested.

1

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:     (504) 556-5549
Email:              kmiller@fishmanhaygood.com
Email:              pthibodeaux@fishmanhaygood.com
Email:              ddysart@fishmanhaygood.com

**Attorneys for Defendants,**
**Transocean Deepwater, Inc.**
**Transocean Holdings, LLC**
**Triton Asset Leasing GmbH; and**
**Transocean Offshore Deepwater Drilling, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Ex Parte* Motion to Join In and Adopt the Arguments Made in BP's Motion for Summary Judgment, has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court, Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of May, 2021.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**