**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010** | * | **MDL NO. 2179** |
| | * | |
| | * | |
| | * | **SECTION "J"** |
| **This document relates to:** | * | |
| | * | |
| ***Gulf Marine Institute of Technology and BioMarine Technologies, Inc. v. BP America Production Company and BP Exploration & Production, Inc., et al.*** | * | **JUDGE CARL BARBIER** |
| | * | |
| | * | |
| | * | **MAGISTRATE DONNA CURRAULT** |
| | * | |
| **Case No. 2:13-cv-01286-CJB-DPC** | * | |
| | * | |

---

**O R D E R**

---

Considering the Transocean Defendants' *Ex Parte* Motion to Join in and Adopt the Arguments made in BP's Motion for Summary Judgment Regarding the Claim of Plaintiffs' Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (Rec. Doc. 27078), the Court finds that the *Ex Parte* Motion to Join in and Adopt has merit and is supported by law. Accordingly, the Motion is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1