IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production Inc. et al.,* Case No. 2:13-cv -01286-CJB-DPC | * * * * * | |

**EX PARTE MOTION BY BP
FOR LEAVE TO FILE REDACTED COPIES OF EXHIBITS 2, 5, AND 7
IN CONNECTION WITH BP'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file redacted copies of Exhibits 2, 5, and 7 to BP's Statement of Uncontested Facts in Support of its Motion for Summary Judgment (Rec. Doc. 27078-1) (this "Motion") in response to the Court's recent Order (Rec Doc. 27088) (the "Order") denying BP's Motion to Seal (Rec. Doc. 27029) (the "Motion to Seal").  As set forth below, the redactions are limited only to redacting personal identifiable information, as required by the Federal Rules of Civil Procedure.  No portion of the brief or the statement of uncontested facts in support of BP's motion for summary judgment needs to be redacted or filed under seal.

BP has consulted with Plaintiffs' counsel, reviewed the documents originally filed under seal, and, in light of this Court's Order and the Fifth Circuit's ruling in *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410 (5th Cir. 2021), BP does not object to the unsealing of the materials

previously sought to be filed under seal in the Motion to Seal, with the exception of Exhibits 2, 5, and 7, as discussed further below.

Exhibits 2, 5, and 7 contain the following personal identifiable information protected under Rule 5.2 of the Federal Rules of Civil Procedure ("Rule 5.2"):

- Exhibit 2 contains a financial account number on page 26;
- Exhibit 5 contains financial account numbers on pages 19 and 20; and
- Exhibit 7 contains a date of birth, a home address, and a home telephone number on page 2, and a financial account number on page 14.

BP has redacted the foregoing personal identifiable information in Exhibits 2, 5, and 7, pursuant to Rule 5.2(a).  *See* Fed. R. Civ. P. 5.2(a) (allowing certain personal identifiable information, including a "birth date" and "financial-account number" to be redacted in filings).  Attached hereto are redacted copies of Exhibits 2, 5, and 7.  Because the redacted information in Exhibits 2, 5, and 7 is not relevant to BP's motion for summary judgment, BP respectfully submits that unredacted copies of Exhibits 2, 5, and 7 need not separately be filed under seal.

WHEREFORE, BP respectfully prays the Court for an Order that (1) the unredacted copies of Exhibits 2, 5, and 7, filed at Rec. Docs. 27078-16, 27078-19, and 27078-21, respectively, be stricken from the docket and (2) the redacted copies of Exhibits 2, 5, and 7, attached hereto, be deemed operative in lieu of the unredacted copies of those exhibits.

May 11, 2021                                            Respectfully submitted,

/s/ Devin C. Reid
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Ex Parte Motion by BP for Leave to File Redacted Copies of Exhibits 2, 5, and 7 in Connection with BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of May, 2021.

*/s/ Devin C. Reid*
Devin C. Reid