IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION J** <br> **JUDGE BARBIER** |
| **This Document relates to:** | * * | **MAGISTRATE JUDGE CURRAULT** |
| ***Gulf Marine Institute of Technology and BioMarine Technologies, Inc. vs. BP America Production Company and BP Exploration & Production Inc. et al., Case No. 2:13-cv -01286-CJB-DPC*** | * * * * | |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Redacted Copies of Exhibits 2, 5, and 7 in Connection with BP's Motion for Summary Judgment* (the "Motion"): IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further **ORDERED**

that Exhibits 2, 5, and 7 to BP's Statement of Uncontested Facts in Support of its Motion for Summary Judgment (Rec. Doc. 27078-1) shall be stricken from the docket and the redacted copies of Exhibits 2, 5, and 7 attached to BP's Motion be deemed operative, pending further order of the Court.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**