UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J(2) |
| Of Mexico, on April 20, 2010 | * | |
| | | |
| Applies to: Case No. 16-cv-06585 | * | JUDGE BARBIER |
| (*Global Disaster Recovery & Rebuilding* | | |
| *Services., LLC*) | * | MAG. JUDGE CURRAULT |

### EX PATE MOTION BY PLAINTIFF GLOBAL DISASTER RECORVERY & REBUILDING TO FILECERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFF'S OPPOSTION TO BP'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff Global Disaster Recovery & Rebuilding Services, LLC respectfully request leave to file under seal Exhibit A (the Deposition of Billy Burkette on February 2, 2021 and Exhibit B (the Deposition of Billy Burkette on February 3, 2021 to Plaintiff's Memorandum of Law in Response to Defendant's BP's Motion for Summary Judgment (the "Motion"), which is being filed contemporaneously herewith, and (2) references to or quotes of provisions of the Deposition of Billy Burkette on February 2, 2021 and February 3, 2021 in Memorandum of Law in Response to BP's Motion for Summary Judgment and (ii) Plaintiff's Statement of the Material Fact in Opposition to BP's Motion for Summary Judgment ("SOF"), which is being filed contemporaneously herewith.

Pretrial Order No. 38 (MDL No. 2179, Rec. Doc. 3201) ('PTO 38"), entered on July 8, 2011, and the Court's Confidentiality Order (MDL No. 2179, Rec. Doc. 15718) (the "Confidentiality Order"), entered on January 13, 2016, provide that all Settlement Communications (as defined in PTO 38) and settlement-related documentation shall remain confidential. *See* PTO 38) and settlement-related documentation shall remail confidential. *See* PTO 38,  4,8; Confidentiality Order at 1.  The Billy Burkette Deposition of February 2, 2021 and references to or quotes from its

provisions constitute Settlement Communications because the Billy Burkette Deposition of February 2, 2021 and February 3, 2021 resolved Subject Claims (as defined in PTO 38), and were designated as confidential by the parties thereto. *See* PTO 38 3: Billy Burkette Deposition of February 2, 2021.

Federal Rules of Civil Procedure 26(c)(1)(D) grants the Court authority to seal documents to prevent the disclosure of certain matters. In addition, Pretrial Order No. 13 (MDL No. 2179, Rec. Doc. 641) ("PTO 13"), entered on November 2, 2010, provides that confidential information "will be filed under seal." PTO 13, 8. B. Since the Deposition of Billy Burkette on February 2, 2021 and references to or quotes from the Deposition of Billy Burkette on February 2, 2021 in the Motion and SOF are confidential Settlement Communications, the should be sealed. *See, e.g. Cook v. Flight Servs. & Sys., Inc.,* No. 2:16-cv-15759, 2019 WL 2462810, at * 2 (E.D. La. June 13, 2019) (granting a motion to seal a settlement agreement where the parties agreed to maintain confidentiality).

WHEREFORE, Plaintiff respectfully prays the Court for an Order that the Billy Burkette Deposition of February 2, 2021 and portions of the Motion and SOF referencing or quoting provisions in the Billy Burkette Deposition of February 2, 2021 be filed under seal.

May 12, 2021

                Respectfully submitted,

                BRENT COON & ASSOCIATES
                */s/Brent W. Coon*
                Brent W. Coon
                Federal Bar. No. 9308
                Texas Bar. No. 04769750
                Brent@bcoonlaw.com
                Eric W. Newell
                Texas Bar No. 24046521
                Eric_Newell@bcoonlaw.com
                215 Orleans
                Beaumont, TX  77701
                Phone: (409)835-2666

Fax: (409)835-1912
**ATTORNEY(S) FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Ex Parte Motion for Leave to File Certain Documents Under Seal in Connection by Global Disaster Recovery & Rebuilding Services LLC, Response to BP'S Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of May, 2021.

**/s/ Eric W. Newell**
Eric W. Newell