## UNITED STATES DISTRICT COURT
## EASTEN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J(2) |
| Of Mexico, on April 20, 2010 | * | |
| | | |
| Applies to: Case No. 16-cv-06585 | * | JUDGE BARBIER |
| (*Global Disaster Recovery & Rebuilding* | | |
| *Services., LLC)* | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the *Ex Parte Motion by Global Disaster Recovery & Rebuilding to File Certain Documents Under Seal in Connection with Global Disaster Response in Opposition to BP's Motion for Summary Judgment* (the "Motion"):

IT IS HEREBY ORDERED that the Motion is **GRANTED,** and it is further **ORDERED** that the portions of Global Disaster Recovery & Rebuilding Services, LLC'S Memorandum of Law in Response to BP's Motion for Summary Judgment, Plaintiff's Statement of Material Fact  in Opposition to BP's Motion for Summary Judgment, and Exhibits A & B, referencing or quoting provisions of the  A-1 Settlement are filed under seal pending further order of the Court.

New Orleans, Louisiana, this _ day of _____, 2021.

_____

**UNITED STATES DISTRICT JUDGE**