# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J(2) |
| Of Mexico, on April 20, 2010 | * | |
| | | |
| Applies to: Case No. 16-cv-06585 | * | JUDGE BARBIER |
| (*Global Disaster Recovery & Rebuilding* | | |
| *Services., LLC*) | * | MAG. JUDGE CURRAULT |

## DECLATION OF ERIC W. NEWELL
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## BP'S MOTION FOR SUMMARY JUDGEMENT

I, Eric W. Newell, declare as follows:

1. I am an attorney at Brent W. Coon & Associates, counsel for Plaintiff Global Disaster Recovery & Rebuilding Services, LLC in the above-captioned action. I am a member of good standing of the Bar of the State of Texas.

2. I respectfully submit this Declaration in Support of Plaintiff's Opposition to BP's Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and correct copy minus applicable redactions filed under seal of the transcript of Billy Burkette's deposition on February 2, 2021.

4. Attached hereto as Exhibit B is a true and correct copy the transcript of Global Disaster Recovery & Rebuilding Services, LLC's deposition on February 3, 2021.

5. Attached hereto as Exhibit C is a true and correct copy of the contract of Global Disaster Recovery & Rebuilding Services, LLC with Airware, LLC of June 30, 2010.

Pursuant to U.S.D. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Beaumont, Texas on this the 12th day May, 2021.

*/s/ Eric W. Newell*
Eric W. Newell