# EXHIBIT

# "B"

 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

 2               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 3
   GLOBAL DISASTER RECOVERY      )
 4 & REBUILDING SERVICES,        )
   LLC, ET AL.,                  )
 5                               )
             Plaintiffs,         )
 6                               )          Case No.:
   VS.                           )          2:16-cv-6585
 7                               )
   BP EXPLORATION &              )
 8 PRODUCTION, INC., ET AL,      )
                                 )
 9           Defendants          )

10 -----------------------------------------------------------

11
             ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
12    GLOBAL DISASTER RECOVERY & REBUILDING SERVICES, LLC,
               through its designated representative,
13                      BILLY BURKETTE
                     FEBRUARY 3, 2021
14              (REPORTED REMOTELY VIA ZOOM)
   -----------------------------------------------------------

15

16        ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

17 GLOBAL DISASTER RECOVERY & REBUILDING SERVICES, LLC,

18 through its designated representative, produced as a

19 witness at the instance of the Defendant and duly sworn,

20 was taken in the above-styled and numbered cause on

21 Wednesday, February 3, 2021, from 10:09 a.m. to 2:44 p.m.,

22 before Kari J. Behan, CCR, RPR, CRR, in and for the State

23 of Louisiana, reported by computerized stenotype machine,

24 with the witness participating remotely, via Zoom, pursuant

25 to the Federal Rules of Civil Procedure.  JOB NO: 189256

Page 2

```
 1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2              A P P E A R A N C E S
 3
   FOR THE PLAINTIFFS (VIA ZOOM):
 4
        ERIC WAYNE NEWELL, ESQ.
 5      BRENT COON & ASSOCIATES
        215 Orleans Street
 6      Beaumont, TX 77701
 7
 8
 9 FOR THE DEFENDANTS (VIA ZOOM):
10      AUSTIN KLAR, ESQ.
              - and -
11      JOY DINEO, ESQ.
              - and -
12      CHRISTOPHER KEEGAN, ESQ.
        KIRKLAND & ELLIS
13      555 California Street
        San Francisco, CA 94104
14
15
16
17
18 ALSO PRESENT:
19      Charles Brennan, Defendants
20
21 THE VIDEOGRAPHER:
22      Carlos Lopez
23
24
25
```

Page 3

```
 1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2                    I N D E X
 3
 4 Examinations                                Page
 5
 6 BY MR. KLAR                                   6
 7 BY MR. NEWELL                               153
 8 REPORTER'S CERTIFICATE                      155
 9 CHANGES AND SIGNATURE                       157
10
11           E X H I B I T S
12 No.            Description                  Page
13 Exhibit 19  BP's Notice of Rule 30(b)(6)     6
              Deposition of Global Disaster
14            Recovery & Rebuilding Services, LLC
15 Exhibit 20  Pretrial Order No. 64          129
16 Exhibit 21  Complaint                      133
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2                    PROCEEDINGS:
 3      (Wednesday, February 3, 2021, 10:09 a.m.)
 4           THE VIDEOGRAPHER:  Good morning, Counselors.
 5 My name is Tim Falk.  I'm a certified legal videographer
 6 in association with TSG Reporting, Inc.  Due to the
 7 severity of the COVID-19 and following the practice of
 8 social distancing, I will not be in the same room with the
 9 witness.  Instead, I will record this videotaped
10 deposition remotely.  The reporter, Kari Behan, also will
11 not be in the same room and will swear the witness
12 remotely.
13           Do all parties stipulate to the validity of
14 this video recording and remote swearing and that it will
15 be admissible in the courtroom as if it had been taken
16 following Rule 30 of the Federal Rules of Civil Procedures
17 and the State's rules where this case is pending?
18           MR. NEWELL:  Yes.
19           MR. KLAR:  Yeah.
20           THE WITNESS:  Yes.
21           THE VIDEOGRAPHER:  Thank you.
22           This is the start of Media Label No. 1 of
23 the 30(b)(6) video-recorded deposition of Global Disaster
24 Recovery and Rebuilding Services, LLC, in the matter of
25 Global Disaster Recovery and Rebuilding Services, LLC, et
```

Page 5

```
 1         30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2 al. versus BP Exploration & Production, Incorporated, et
 3 al. in the United States District Court for the Eastern
 4 District of Louisiana, Case No. 16-CV-06585.
 5           This deposition is being held via
 6 videoconference with all participants appearing remotely
 7 due to COVID-19 restrictions, on Wednesday, February 3rd,
 8 2021, at approximately 10:09 a.m.
 9           My name is Tim Falk.  I am the legal video
10 specialist from TSG, Inc, headquartered at 228 East 45th
11 Street, New York, New York.  The court reporter is Kari
12 Behan, in association with TSG Reporting.
13           Counsel, please introduce yourselves.
14           MR. NEWELL:  Eric Newell on behalf of the
15 plaintiff.
16           MR. KLAR:  Austin Klar, Kirkland & Ellis, on
17 behalf of defendants.
18           MS. DINEO:  Joy Dineo, Kirkland & Ellis, on
19 behalf of the defendants.
20           THE VIDEOGRAPHER:  And will the court
21 reporter please swear in the witness.
22                    BILLY BURKETTE,
23 after having been first duly sworn by the above-mentioned
24 Certified Court Reporter, was examined and testified as
25 follows:
```

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2                    EXAMINATION
 3  BY MR. KLAR:
 4      Q.  Good morning, Mr. Burkette.
 5      A.  Good morning.
 6      Q.  You understand that you are here on behalf of
 7  Global Disaster and that your testimony is as Global
 8  Disaster's corporate representative today, right?
 9      A.  Yes, sir.
10      Q.  Okay.  And you understand you're under oath
11  today, right?
12      A.  Yes, sir.
13      Q.  Is there any reason why you can't testify fully
14  and truthfully today?
15      A.  No, sir, I don't -- not that I know of.
16      Q.  I'm sending Tab 30 into the chat.
17              MR. KLAR:  Can the court reporter please
18  mark this as the next exhibit.
19              THE STENOGRAPHIC REPORTER:  Yes, Exhibit 19.
20              (Exhibit 19 was marked for identification.)
21              MR. KLAR:  Thank you.
22  BY MR. KLAR:
23      Q.  Mr. Burkette, do you recognize this document?
24      A.  It's not open yet.  Let's see here.
25              And this looks like some kind of court
```

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  document.  It's coming in.  It's not real clear.  Let's
 3  see.
 4              No, sir, I've never seen this.
 5      Q.  Okay.  Can you scroll down -- you see at the top
 6  where it says, "BP's Notice of Rule 30(b)(6) Deposition of
 7  Global Disaster Recovery and Rebuilding Services, LLC"?
 8      A.  Yes, sir, I see that.
 9      Q.  Can you scroll down to Page 3 where it says
10  Schedule A?
11      A.  Okay.
12      Q.  Have you seen that before?
13      A.  "Definitions set forth are to be construed in the
14  broadest sense with reference to Federal Rules of Civil
15  Procedure.  A-1 Towing shall mean A-1 Towing & Hauling,
16  LLC.
17
18
19
20
21
22
23
24
25
```

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2      A.  No, sir.  Oh, topics -- fifth -- okay, I'm sorry.
 3  Yes, sir, I see it.
 4      Q.  Sorry.  I'll be more clear with the page
 5  direction.  Page 5 of the PDF, Page 3 of the schedule.
 6  Sorry.
 7              Have you seen this list of topics before?
 8      A.  (Reading sotto voce.)
 9              No, sir.
10      Q.  Okay.  Do you understand you have been designated
11  as Global Disaster's corporate representative on each of
12  these topics listed, 1 through 16, on this Schedule A?
13      A.  No, sir.  Like I say, I've never seen it.
14      Q.  Are you prepared to testify on behalf of Global
15  Disaster on those topics?
16      A.  Well, I don't even know what they are.  Let me
17  read them.
18              (Reading sotto voce.)
19      Q.  Let me ask it a different way:  Did you do
20  anything to prepare to testify on any of these topics
21  today?
22      A.  No, sir, I have not.
23      Q.  Did you review any documents in preparation for
24  your testimony?
25      A.  Just some things that I tried to look up last
```

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  night, that you asked for me to look up.
 3      Q.  Okay.  What -- what items did you look up?
 4      A.  Well, I tried to find in old e-mails the port
 5  information, and I tried to find the pricing on the
 6  Aqua N-Cap that you asked me to find, and I looked for the
 7  rest of the BP, I guess you would call it traffic, you
 8  know, back and forth e-mails.  But since I don't know
 9  exactly what you have or don't have, I didn't really spend
10  a lot of time on that, but I do have a bunch of the
11  e-mails in my e-mail -- you know, in my Google mail.
12              Let's see.  "Basis for your content..."
13              (Reading in sotto voce.)
14      Q.  So with respect to the e-mails, can you make sure
15  to provide them to Counsel, so that we can get copies of
16  them?
17      A.  Yes, sir, I can.
18              THE VIDEOGRAPHER:  This is the videographer.
19              Mr. Burkette, can you keep your face within
20  the webcam.  We can't see you on the video.
21              THE WITNESS:  I was just trying to read.  I
22  have -- my eyesight is not what it used to be.
23              THE VIDEOGRAPHER:  Okay.  Mr. Klar, just as
24  long as you know that I just can't see his face when he is
25  testifying.
```

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2         MR. KLAR:  Understood.
3    BY MR. KLAR:
4         Q.  So other than going through and looking for old
5    e-mails on information about the port -- do you mean the
6    Port of St. Bernard?
7         A.  Yes.
8         Q.  Okay.  And pricing on Aqua N-Cap and -- and
9    e-mails with BP.
10             Is there any other doc -- are there any
11   other documents that you looked at in preparation for your
12   testimony today?
13        A.  No, sir, I did not.
14        Q.  Did you have any discussions with your counsel in
15   preparation for your testimony today?  Not asking what
16   about, just whether you had those discussions.
17        A.  Just that they had a new link for my -- for this
18   video thing.
19        Q.  Okay.  So you didn't discuss anything regarding
20   the topics that are listed in that -- in that Exhibit 19
21   that we were just looking at?
22        A.  No, sir.
23        Q.  Did you speak to anyone, other than your attorney
24   about these topics --
25        A.  No, sir.

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2         Q.  -- in preparation?
3             When was Global Disaster, LLC, formed?  Was
4    it in 2009?
5         A.  I'm sorry?
6         Q.  When was Global Disaster, LLC, formed?  Was it
7    2009?
8         A.  I don't recall.
9         Q.  Okay.  Do you recall whether Global Disaster has
10   done business under any other names?
11        A.  No, sir.  They -- it has not.
12        Q.  Okay.  Other than the Port of St. Bernard, did
13   Global Disaster do business in any other location since it
14   was formed?
15        A.  Yes, sir.
16        Q.  Okay.  What location?
17        A.  East Feliciana Parish Sheriff's office -- or, I'm
18   sorry, East Feliciana Parish.  We did disaster --
19   hurricane disaster recovery.  We have done it in -- I
20   think that's Opelousas, Louisiana; Lafayette, Louisiana;
21   Pearl River, Louisiana; Bossier Parish, Louisiana; Lake
22   Charles, Louisiana.  I think that's about it, that I can
23   think of.
24        Q.  Okay.  Were -- in each of those locations, was
25   the work done related to the BP oil spill, or was it

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2    related to other disasters?
3         A.  Other disasters.
4         Q.  So other than the Port of St. Bernard, all the
5    other locations that Global Disaster did work in was
6    non-spill related, right?
7         A.  No, sir.  I mean, that's kind of a -- I'm not
8    sure I'm following your question.  You're asking if I have
9    done -- if Global Disaster has done any other work, other
10   than the BP oil spill.
11             Is that what you're asking?
12        Q.  Yeah.  So in the -- in the -- I know you -- we
13   talked a lot yesterday about the work that Global Disaster
14   did in the Port of St. Bernard, kind of, in connection
15   with the spill.
16             The other locations you just listed, you
17   mentioned hurricane recovery in East Feliciana Parish.
18   There are other locations.
19             Were those spill -- oil-spill related or
20   were they other disasters?
21        A.  Those were other -- if you're asking me for what
22   locations that -- that Global Disaster did work on related
23   to the oil spill, that would be from Lake Charles, all
24   along the coastline, like Lafitte, like Gray, Plaquemines
25   Parish, Orleans Parish, Lafourche Parish, Mississippi Gulf

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2    Coast, Alabama, lots of -- lots of little bitty small
3    towns along the coastline.
4         Q.  Understood.  And I just want to --
5         A.  Grand Isle.
6         Q.  Understood.
7             So I'm clear, the locations that Global
8    Disaster did work at that we just went over, you didn't
9    have, like, office locations there; that's just some of
10   the locations that Global Disaster did perform services
11   for other folks, correct?
12        A.  Yes.
13        Q.  Okay.  You mentioned at -- at these locations
14   that Global Disaster was in the business of providing
15   recovery services.
16             Can you just give me an overview of, kind
17   of, Global Disaster's business and how it generated
18   revenue?
19        A.  When?
20        Q.  When -- when it launched operation.
21        A.  When it launched operation, it was to crush the
22   concrete at the Port of St. Bernard.
23        Q.  Okay.  So nothing relating to spill recovery or
24   disaster recovery at that time it launched operation?
25        A.  Well, I'm not -- I don't -- I don't agree with

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  that.
2
3      Q.  Okay.  What -- what is incorrect about my
4  statement?
5      A.  Because of the spill, obviously Global Disaster
6  could play a role in that, so I would say that it was the
7  intent to engage in any of that business.
8      Q.  At the time it launch -- at the time Global
9  Disaster opened its doors for business in 2009, the spill
10 obviously hadn't happened yet, right?
11     A.  Right.
12     Q.  Okay.  So it wasn't until later that Global
13 Disaster entered the disaster-recovery services space,
14 right?
15     A.  Repeat the question.
16     Q.  It wasn't until later that Global Disaster
17 entered the disaster-recovery services business, right?
18     A.  No, sir.  When I opened it, that's the purpose
19 that we opened it for.
20     Q.  When you opened the business in 2009, what
21 disaster were you providing recovery services in
22 connection with?
23     A.  We had -- respond to Hurricane Gustav in 2008.
24 So obviously, because it still didn't happen yet, we
25 didn't know that the spill was something that we were

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  going to do, but since the disasters -- you know, I've
2  been in the disaster business, basically, assisting in the
3  State's recovery from disasters since -- I guess that
4  would be '91, since Hurricane Andrew.
5      Q.  Okay.  And specifically, you don't recall when
6  Global Disaster started that business?
7      A.  Well, since -- since the -- since '91, I had been
8  working in the disaster business.  It was always my intent
9  to open a business to handle disaster services.
10     Q.  I understand you, Mr. Burkette, have -- have, you
11 know, years working in this space.  I'm asking
12 specifically about Global Disaster.
13         So do -- do you recall when Global
14 Disaster -- when that business was opened and started
15 performing disaster-recovery services?
16     A.  In 2009.
17     Q.  2009, okay.
18         So the -- the -- the work that you just
19 mentioned, responding to Hurricane Gustav, that was
20 something that was done by you before Global Disaster came
21 into -- to existence, right?
22     A.  Correct.
23     Q.  Okay.  And when Global Disaster was formed in
24 2009, it was formed not for disaster response

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  specifically; it was for crushing concrete in the Port of
2  St. Bernard?
3      A.  Incorrect.
4      Q.  Okay.  So in 2009, when Global Disaster came into
5  existence, it was intended that Global Disaster would
6  provide recovery -- disaster-recovery services?
7      A.  Correct.
8      Q.  Okay.
9      A.  That's where the concrete came from, from the
10 port, was Katrina damage.
11     Q.  Okay.  I see.  Understood.
12         So in 2009, do you -- do you recall in 2009
13 when it opened?  Was it early or late 2009?  Any
14 recollection of a range?
15     A.  If I -- if I remember correctly, it was within
16 the first quarter of 2009, March, April, May, something
17 like that.
18     Q.  Okay.  So Global Disaster was in business for
19 approximately one year, give or take, before the oil
20 spill, correct?
21     A.  I guess that's correct.
22     Q.  Okay.  In the year before the oil spill, from --
23 from when Global Disaster was first formed in 2009, up
24 until April of 2010, how much revenue did Global Disaster

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  generate?
2      A.  I don't recall, sir.
3      Q.  Other than the concrete-crushing arrangement --
4  strike that.
5         Other than the concrete-crushing activity in
6  the Port of St. Bernard, between the period of Global
7  Disaster's formation in early 2009, leading up to the
8  spill, was Global Disaster performing any other services?
9      A.  Not that I can remember.
10     Q.  Okay.  How much -- so you don't recall whether
11 Global Disaster generated any profits in 2009?
12     A.  I do not recall.
13     Q.  Did Global Disaster -- has Global Disaster ever
14 generated a profit?
15     A.  I don't -- I don't recall, sir, because in 2016,
16 we did a little over half a million dollars worth of work
17 related to the floods of '16, and we took on another
18 contract in the -- for the City of Opelousas for an
19 additional 480,000 that they did not pay the invoice, and
20 that is -- I don't know how much profit or how much loss,
21 so I don't know.
22     Q.  Okay.  So before 2016, before those contracts
23 that you just talked about and the work that you just
24 mentioned, fair to say Global Disaster had not generated

Page 18

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    profit before that, correct?
2         A.  Maybe some small profit, few hundred dollars
3    here, $200 there, but maybe $2,000 one year.  I don't -- I
4    mean, it's -- it's not like we -- you know, we were very
5    fortunate as a state that we did not have a lot of
6    disasters.
7         Q.  Okay.  And the -- the money that you're referring
8    to, the couple hundred here or there, the couple thousand
9    dollars, is that revenue, or is that your net profit?
10        A.  That would be net profit, I would think.
11        Q.  Okay.  What activities, business activities, did
12   that income come from?
13        A.  Disaster-recovery business.
14        Q.  Okay.  Which disasters?
15        A.  Well, we contracted with the -- with FEMA through
16   the federal government and the State of Louisiana for
17   Katrina -- Hurricanes Katrina, Rita, Gustav, and Ike.
18        Q.  Okay.  But those were all before Global Disaster
19   Recovery Services was formed, right?
20        A.  No, sir.  That was 2013, 2014, and 2015.
21        Q.  Okay.  Gustav was before Global Disaster was
22   formed, right?
23        A.  Yes, sir, but the workload through the sate,
24   because Gustav was a -- either 80 or 90 percent match, the
25

Page 19

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    State -- when we contracted with the State, the purpose or
2    intent is to assist applicants through the recovery phase
3    of all disasters.
4         Q.  Okay.  So even if the disasters occurred before,
5    there was still work being done later on, to recover from
6    the disasters that Global Disaster was working on.  Is
7    that fair?
8         A.  Correct.
9         Q.  Okay.  And that work that you just talked about
10   with regard to Katrina, Rita, Gustav, and Ike, I think you
11   said was between 2013 to 2015, right?
12        A.  Yes, sir.
13        Q.  So before 2013, Global Disaster hadn't
14   generated any profits, correct?
15        A.  Correct.
16        Q.  Okay.
17        A.  It took me that long to recover from all the
18   losses from BP.
19        Q.  So earlier, you mentioned a couple of contracts
20   in 2016, one for over 500,000 in work in response to the
21   floods, and then another for the City for about 480,000
22   that you said the City didn't pay for.
23              Besides those two contracts in 2016, were
24   there any other contracts that Global Disaster had, either
25

Page 20

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    2016 or later?
2         A.  Correct.
3         Q.  Okay.  And is that over the entire term of the
4    contract to date?  That's what you've charged?
5         A.  Well, I mean, the contracts are still in force,
6    so until we have a disaster to respond to.
7         Q.  Okay.  So just to clarify:  In total, for these
8    contracts that you're referencing, so far, in the terms of
9    those contracts, Global Disaster has charged for one over
10   500,000, and the other 480,000?
11        A.  Yes, sir, and there's another one for the
12   sheriff's office.  I forget what sheriff's office we did
13   the work for, but it's close to the City of Opelousas.
14        Q.  Okay.  And how much did Global Disaster earn for
15   that work?
16        A.  It was small, so I think, if I remember
17   correctly, maybe it was around $30,000.
18        Q.  Okay.  So over 500,000 for the work done in
19   connection with the floods, another 480 for the City, and
20   about 30 for work done at the sheriff's office; a little
21   over a million dollars since 2016 that Global Disaster has
22   charged its customers for work that Global Disaster has
23   done, correct?
24        A.  Correct.
25        Q.  Do you know what the profit Global Disaster

Page 21


Page 22

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  earned off of that million or so dollars in charges?
3      A.  No, sir, I do not.
4      Q.  Do you know if Global Disaster lost money off of
5  those contracts?
6      A.  Since the 480,000 hasn't been paid to us yet,
7  yes, sir, I would say that we lost money.
8      Q.  Okay.  If the 480,000 is paid, do you believe
9  Global Disaster will turn that -- that loss will become
10 profits?
11     A.  Oh, absolutely.
12     Q.  Okay.  So at most, the profit -- the total profit
13 that Global Disaster would have earned for its work since
14 2016 is somewhere -- 480,000 or less, correct?
15     A.  I would say that would be correct.
16     Q.  Do you recall --
17     A.  I -- I'm not -- I'm not sure that's even close to
18 that amount because, you know, we -- we would have -- I
19 had subcontractors that worked for me.  We had to pay
20 those out.  We had expenses.  I mean, you're not talking
21 about a lot of profit because of the expenses and the
22 subcontractors, so it's not no 480,000, for sure.  I doubt
23 it would even be 100,000.
24     Q.  Okay.  So based on the work -- all the work that
25 Global Disaster has done since 2016, you believe that the

Page 23

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  profit on that would not be larger than $100,000?
3      A.  I -- I don't really know, sir.
4      Q.  Based on your testimony, though, it is likely
5  that the total profit earned for Global Disaster's work
6  since 2016 is not likely greater than a hundred thousand?
7      A.  Yes, sir.  I'm not a tax expert, so I don't know
8  how much of my losses are -- I don't -- I don't know.
9      Q.  Has Global Disaster ever filed a tax return?
10     A.  Yes, sir.  The 2013, '14, '15, and '16.  We filed
11 '15's and we had the flood in 2016.  So '13, '14, '15, I
12 filed them, but not since the flood of '16 because we lost
13 everything.
14     Q.  Okay.  So no -- Global Disaster didn't file any
15 tax returns before 2013, correct?
16     A.  No, sir.
17     Q.  Global Disaster had no taxable income to report
18 before 2013, right?
19     A.  Correct.
20     Q.  Who at Global Disaster was responsible for
21 preparing and filing Global Disaster's tax returns?
22     A.  Me.
23     Q.  Do you keep copies of the tax returns that Global
24 Disaster filed?
25     A.  I did until the flood took them all.

Page 24

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      Q.  Okay.  So since the flood, Global Disaster hasn't
3  filed any tax returns?
4      A.  No, sir, we have not.
5      Q.  Since the flood in -- this was in 2016,
6  correct?
7      A.  Correct.
8      Q.  Okay.  So since 2016, Global Disaster hasn't
9  earned any taxable income to report, correct?
10     A.  Correct.
11     Q.  Do you recall how many employees Global Disaster
12 had when the company launched in 2009?
13     A.  I do not.
14     Q.  Do you recall, was it more than ten?
15     A.  I do not recall.
16     Q.  Was it more than 50?
17     A.  When you say employees, are you including
18 subcontractors?
19     Q.  No.  I'm talking about actual employees of Global
20 Disaster.
21     A.  Oh, no, sir.  It was less than ten.
22     Q.  Less than ten?
23     A.  Just me, I believe.
24     Q.  So you were the sole owner and sole employee of
25 Global Disaster when it started in 2009?

Page 25

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  Correct, other than subcontractors.
3      Q.  At the time of the spill in April of 2010, were
4  you still the only employee, setting aside subcontractors?
5      A.  Yes.
6      Q.  When Global Disaster shut down its operations in
7  2010, or paused its operations in 2010, were you still the
8  only employee?
9      A.  I think so, yes.
10     Q.  Has Global Disaster ever paid you, Billy
11 Burkette, a salary?
12     A.  Not a salary, no, sir.
13     Q.  Okay.  What has it paid you?
14     A.  I guess you would call it expenses.
15     Q.  So Global Disaster reimbursed you for expenses
16 that you incurred in connection with business activities?
17     A.  For the oil spill?
18     Q.  So let's start in -- in -- in between 2009 and
19 2010.
20         What -- what money did Global Disaster
21 provide you?
22     A.  None.  I was constantly putting money into it.
23     Q.  So Global Disaster -- you never earned any money
24 from Global Disaster in 2009 or 2010?
25     A.  No, sir, because of the spill.

Page 26

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2        Q.  Just to confirm, Global Disaster never operated
 3  as a commercial fisher, right -- a commercial fisherman?
 4        A.  No, sir.
 5        Q.  Not in the business of catching fish, right?
 6        A.  No, sir.
 7        Q.  Okay.  And Global Disaster, in this litigation,
 8  isn't alleging that the spill itself physically damaged
 9  any of Global Disaster's property, right?
10        A.  Repeat the question.
11        Q.  So setting aside anything that happened in
12  response to the clean-up efforts, Global Disaster is not
13  contending that the spill itself damaged any of Global
14  Disaster's property, right?
15        A.  I don't recall, sir.
16        Q.  Global Disaster isn't contending that, you know,
17  for example, oil, you know, came onto its property and
18  damaged its property, right?
19        A.  No, sir.
20        Q.  Just to clarify, is that -- I'm correct that
21  Global Disaster is not alleging any oiling, right?
22        A.  Physical oil on Global Disaster's property?
23        Q.  Right.  Global Disaster is not alleging physical
24  oil on Global Disaster's property?
25        A.  That is correct.
```

Page 27

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2        Q.  And the extent of Global Disaster's damages
 3  sought in this case relates specifically to BP's efforts
 4  to clean up the spill, right?
 5        A.  I'm not sure I understand that question.
 6        Q.  I'll break it down.  I'll come back to that.
 7            At the time of the spill, how did Global
 8  Disaster maintain its business records?
 9        A.  I'm -- again, sir, can you explain a little?
10        Q.  Sure.  Yeah, sure.
11            So, for example, how did Global Disaster
12  keep track of, for example, a request for products from
13  Global Disaster or services from Global Disaster?  Was
14  there, like, a computer system that it was all tracked in?
15  Was it by hand?
16        A.  By hand.
17        Q.  Okay.  Was there a calendar, some sort of planner
18  or document that -- that you would write in to track all
19  that?
20        A.  Yes, sir.  I have or did have a daily notebook.
21  It's called the red book.  And every day I would write in
22  it what we did for that day.  I also would convert over to
23  a larger notebook, like a five-subject notebook, the
24  needs, prioritize list, and the people that I spoke with
25  on a daily basis, the information that was requested of me
```

Page 28

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  by BP, by other subcontractors, and by -- just mostly
 3  either in-person or phone call communication.
 4        Q.  And you don't have a copy of the red book or the
 5  five-subject notebook that you referred to anymore, right?
 6        A.  I don't have the physical books.  I think -- and
 7  that's what -- part of the stuff that I looked for last
 8  night -- that there are some scanned or -- or pictures
 9  that I took that I have sent in some e-mails, which I am
10  continuing to look for.
11        Q.  Other than what you might have taken a picture of
12  or scanned via e-mail, you -- you don't have copies of
13  those books anymore, right?
14        A.  Not -- not that I have found thus far.
15        Q.  Do you know whether those were lost in the flood?
16        A.  I think so, but I'm not positive.  I have a crate
17  like -- it's on wheels, you roll it around, like a file
18  crate -- that I took to Full Scope, or to Brent's office
19  and Brent took it to Full Scope.  It may be in there.  I'm
20  not -- I'm not sure.
21        Q.  Okay.  I think -- do you mind checking with Full
22  Scope to see if they have any of the documents that you're
23  referring to?
24            MR. NEWELL:  I believe we have, but, well,
25  we can check again.
```

Page 29

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2            MR. KLAR:  Okay.  Thank you.
 3  BY MR. KLAR:
 4        Q.  Mr. Burkette, are you aware of any instance where
 5  documents were destroyed or deleted -- any company's
 6  business records were destroyed or deleted, other than
 7  because of the flood?
 8        A.  Not that I'm aware of.
 9        Q.  What effort did the company take, or did you
10  take, to preserve Global Disaster's documents that were
11  relevant to its claims in this litigation?
12        A.  Put -- I gave everything to my attorney.
13        Q.  Okay.  So everything that you believe that you
14  had relating to your claims you provided to your attorney?
15        A.  I think so.
16        Q.  And did you do that when you filed the litigation
17  against BP or sometime later on?
18        A.  I don't know.  I had multiple meetings with them
19  before we contracted with them to do that, so I don't --
20  I'm not going to say it was the first time, but within the
21  first couple of times.
22        Q.  Okay.  Before the flood in 2016, you believe that
23  you provided your attorneys with all of the documents that
24  you have in your possession relating to this -- relating
25  to your claims in this case, correct?
```

Page 30

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

```
1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  I don't recall, sir.
3      Q.  So there might be documents that you hadn't
4  provided to your attorneys relating to your claims in
5  2016, that were lost due to the flood?
6      A.  Yes, sir.
7      Q.  Other than providing documents to your attorney,
8  did you take any steps to make sure that nothing got
9  thrown away or deleted or destroyed?
10     A.  Did I have, like, a plan to keep that from
11  happening?
12     Q.  No.  I'm asking:  Other than providing documents
13  to your attorney, did you do anything to make sure that
14  nothing got destroyed or thrown away?
15     A.  No, sir, I didn't -- I didn't know that I needed
16  to.  Like I said, the flood was -- you know, the floods of
17  2016 were thousand-year floods.  Nobody could anticipate
18  that.
19     Q.  So earlier, we talked about the red book and the
20  five-subject notebook where you would record, you know,
21  products or services that were requested of you, or
22  conversations that you had with folks.
23          Is that the same place that you would keep
24  track of, you know -- of an oral agreement that you
25  entered into?
```

Page 31

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

```
1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  Yes, sir.
3      Q.  If you had a physical contract with a
4  counterparty, where would you keep that?
5      A.  I would have given that to my attorneys.
6      Q.  If you had a physical purchase order, or request
7  for products or services, where would you have kept that?
8      A.  I probably would have put it in a manila folder
9  and put it in that file box that I was telling you about
10  that I carried with me.
11     Q.  Before giving contracts to your attorney, is
12  where you -- is that file box where you would keep
13  contracts as well?
14     A.  I believe so, yes, sir.
15     Q.  How did Global Disaster keep track of its
16  financials?
17     A.  I had a -- what I do is I put -- like all of my
18  receipts, and like hotel receipts, fuel receipts,
19  whatever, meals, and I kept daily log on my mileage, on my
20  vehicle.
21     Q.  Would all those records -- where did you store
22  all of those records?
23     A.  In that file box that I'm telling you, until --
24  until it got full, and then I put it in -- I don't know --
25  you buy them at Home Depot or -- not Home Depot, Office
```

Page 32

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

```
1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  Depot.  They are like cardboard boxes that you fold out
3  and make a box out of it.
4      Q.  Before 2016, when you believe that those
5  documents were destroyed in the flood, did you provide
6  those documents to your attorneys?
7      A.  I -- I don't think I gave them the actual fuel
8  expenses and hotel receipts.  I don't -- I don't think I
9  gave those to them, because I don't think that they asked
10  for that.
11     Q.  Before the flood in 2016, did you give them any
12  materials that were in that -- in the file box, the file
13  crate that you mentioned or the other box that you bought
14  after that first box got full?
15     A.  Yes, but I don't recall which ones.
16     Q.  Sitting here today, you don't know which
17  documents you had in your possession, that you provided to
18  your attorney, and which ones were destroyed in the flood
19  and never provided to your attorney?
20     A.  Correct.
21     Q.  Did you ever -- other than the -- the e-mails or
22  the pictures that you took and the documents you scanned,
23  did you -- was there ever any digitization or saving on a
24  computer of the -- of the documents in those -- those
25  boxes that you referenced?
```

Page 33

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

```
1          30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  Not -- I'm not going to say that there was a
3  computer that I saved it on.  It may have been in my
4  e-mails.
5      Q.  Okay.  But you're not sure?
6      A.  Not sure.
7      Q.  So I want to make sure I understand.  At the time
8  of the -- or strike that.
9          From Global Disaster's inception until it
10  paused operations in, you know, mid to late 2010, how --
11  how is Global Disaster managing its accounting?  Did it
12  have a bank account?
13     A.  I think so.  I'm not positive.  Yes, sir, I'm --
14  I know we have an account.  I just don't know when we
15  opened it.
16     Q.  Do you know whether that account is in Billy
17  Burkette's name or in Global Disaster's name?
18     A.  I know there is an account in Global Disaster's
19  name.
20     Q.  Do you know which bank?
21     A.  I do not recall.
22     Q.  Do you get statements from that bank account from
23  the bank?
24     A.  We did.  Again, those would have been in the
25  flood box.
```

Page 34

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2      Q.  Okay.  So no -- no financial statements from the
 3  bank since 2016, correct?
 4      A.  Correct.
 5      Q.  Did you receive any financial statements from
 6  your bank in 2009 or 2010?
 7      A.  I don't recall.
 8      Q.  Do you recall how much money was in the Global
 9  Disaster bank account in 2009 or 2010?
10      A.  I do not recall.
11      Q.  Did the company ever prepare any financial
12  statements, like a balance sheet or an income statement?
13      A.  No, sir, not that I can recall.
14      Q.  Did Global Disaster ever retain an accountant to
15  do any of that work for them?
16      A.  No, sir.
17      Q.  Earlier we talked about how there was no oil on
18  Global Disaster's property, right?
19      A.  Is that a question, sir?
20      Q.  Yeah, sorry.  Earlier you testified that Global
21  Disaster is not claiming there was any physical oil on
22  Global Disaster's property, right?
23      A.  I'm not sure how my vessel was registered, if it
24  was registered in my personal name or if it was registered
25  in Global Disaster's name.  The physical oil damage to the
```

Page 35

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  motors and to the hull was the only damage that I had.
 3      Q.  Okay.  So other than to your -- your boat, either
 4  Billy Burkette's boat or Global Disaster's boat, aside
 5  from that, Global Disaster is not alleging any physical
 6  oil damage to any of Global Disaster's property or
 7  businesses, right?
 8      A.  Correct.
 9      Q.  Is it fair to say to say that the extent of the
10  damages that Global Disaster is claiming in this case
11  relate to BP's conduct in -- alleged conduct in response
12  to the spill as opposed to the actual oil spill itself?
13      A.  Could you -- could you break that down?  I'm not
14  sure I understand where you're going with that.
15      Q.  Sure.  We can just talk about each category.
16          Based on testimony that we heard yesterday,
17  is it fair to say that with respect to Aqua N-Cap, Global
18  Disaster contends that BP breached an agreement with
19  Global Disaster to purchase that product from Global
20  Disaster?
21      A.  Not only with Global Disaster.
22      Q.  Okay.  With who?
23      A.  With the State of Louisiana.
24      Q.  So it's Global Disaster's contention that BP
25  breached an agreement with Global Disaster and the State
```

Page 36

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  of Louisiana to purchase Aqua N-Cap?
 3      A.  I'm -- I'm not sure that my understanding of --
 4  of disaster-response plan -- in other words, I think you
 5  and I are on two different pages as far as a understanding
 6  of the definitions of BP's disaster-response plan.
 7      Q.  Let me -- let me ask it a different way.
 8          The inclusion of Aqua N-Cap in the
 9  disaster-response plan, it's Global Disaster's contention
10  that that is an agreement by BP to use Aqua N-Cap in
11  response to a spill; is that right?
12      A.  Correct.  That is my understanding.
13      Q.  Okay.  Other than the inclusion of Aqua N-Cap in
14  a hazard-response plan document, is Global Disaster
15  claiming that it had an agreement with BP to buy
16  Aqua N-Cap from Global Disaster?
17      A.  Yes.
18      Q.  Okay.  And that agreement was an oral agreement,
19  right?
20      A.  Correct.
21      Q.  Did you ever expect that an agreement with BP
22  regarding the sale of Aqua N-Cap would ever be put in
23  writing?
24      A.  It was my understanding through the communication
25  with the purchasers, the procurement department of BP,
```

Page 37

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  that they would send a purchase order for indefinite
 3  delivery, indefinite quantity originally, until we had the
 4  face-to-face meeting with Jackie Michelle and Captain
 5  Edwin Stanton.
 6      Q.  Okay.  At the time that you believed -- strike
 7  that.
 8          Before speaking to Jackie Michelle when
 9  she -- when you say she told you that "We're not using
10  Aqua N-Cap," it was your expectation that BP would
11  eventually send a purchase order or some other writing,
12  memorializing an agreement that you -- or laying out the
13  agreement that Global Disaster had with it regarding the
14  sale of Aqua N-Cap, correct?
15      A.  Correct.
16      Q.  How long did you expect that contract or that --
17  that order to run for?
18      A.  Through fruition of the spill clean-up.
19      Q.  So more than a year?
20      A.  Yes.
21      Q.  The agreement that -- that Global Disaster claims
22  it had with BP, what was the volume of Aqua N-Cap that BP
23  was agreeing to purchase from Global Disaster?
24      A.  All they had and all that they could make.
25      Q.  Okay.  So there was no -- there was no definitive
```

---

Page 38

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  quantity agreed on?
3       A.  It was indefinite delivery/indefinite quantity.
4       Q.  Okay.  Is there any -- did BP ever agree on a
5  specific price?
6       A.  It was never a negotiated price.  It was just a
7  we will take whatever it is at whatever cost, you know, as
8  long as it's not an inflated cost.  It was whatever the
9  retail value is.
10      Q.  So BP never told you:  We will pay a specific
11 price?
12      A.  I'm not sure I agree with that.
13      Q.  The -- that price that BP would ultimately pay,
14 that was something that would be put in writing later,
15 right?
16      A.  I don't know.
17      Q.  As part of your oral agreement, or alleged oral
18 agreement with BP, BP never said:  We will pay a certain
19 price, correct?
20      A.  The -- the representatives that I spoke with in
21 procurement asked how much the Aqua N-Cap is, and then
22 when I told them how much it cost, they said:  Okay,
23 that's not a problem.
24      Q.  That price -- you recall what price that was?
25      A.  No, sir, I don't recall off the top of my head.

---

Page 39

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2       Q.  And that price was never put into a written
3  agreement signed by BP, correct?
4       A.  Eventually, it is my understanding that BP bought
5  the company.
6       Q.  So no, it was never put in writing, in an
7  agreement between Global Disaster and BP, how much BP
8  would pay Global Disaster for Aqua N-Cap?
9       A.  Not -- not -- not Global Disaster.  It just --
10 like I said, they -- they went around me and bought the
11 company.
12      Q.  Right.  I'm talking about before that.  You --
13 you stated Global Disaster had an oral understanding with
14 BP where BP would purchase Aqua N-Cap from Global
15 Disaster.  That understanding -- price, quantity, none of
16 that was put in writing, correct?
17      A.  Just the e-mails.  You know, I guess that's
18 writing, because you type it.  Just the e-mail traffic
19 back and forth between myself, Chris Ott, Jon Fowler, BP,
20 procurement section, you know, the -- the documents that
21 we went over yesterday.
22      Q.  Okay.  Earlier you testified that the -- that it
23 was your expectation that after your discussions with
24 procurement, BP would send you a purchase order reflecting
25 what they want with respect to Aqua N-Cap, right?

---

Page 40

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2       A.  It was my understanding that the procurement
3  officers on the floor in Gray, Louisiana, were to take all
4  that I could produce.
5       Q.  Understood.  But they -- but it was your
6  expectation that they were going to send you a purchase
7  order saying that, right?
8       A.  I don't -- I don't think that it was a -- I'm not
9  going to say I had an expectation of anything.  I -- I had
10 an agreement with procurement people.  I was -- had the
11 agreement with Jon Fowler at RTASCo.  I had multiple
12 people engaged in that with me.  It was -- it was not just
13 a -- a verbal agreement with just myself.
14          I mean, like I said, there were multiple
15 people involved in this.  It wasn't just me, in other
16 words.
17      Q.  Understood.  Just talking about your agreement
18 with BP, setting aside RTASCo, the folks in procurement,
19 who -- who Global Disaster is saying had an agreement with
20 to purchase Aqua N-Cap told you:  We will send you a
21 purchase order for the sale of Aqua N-Cap, correct?
22      A.  Correct.
23      Q.  And they didn't send that purchase order,
24 correct?
25      A.  It is my understanding that they bought the

---

Page 41

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  company.
3       Q.  Right.  And so they did not send you a purchase
4  order for Aqua N-Cap, correct?
5       A.  I took that as BP would use that in the response
6  to the spill.
7       Q.  But BP, procurement or otherwise, did not send
8  Global Disaster a purchase order for Aqua N-Cap from
9  Global Disaster, correct?
10      A.  I -- a physical purchase order, I would say no.
11 Communication via e-mails and phones.  I would say the
12 purchase of the company was the use or purchase through or
13 via Global Disaster.
14      Q.  Your -- are you -- is -- I just want to
15 understand.
16          It's your contention that BP ultimately
17 bought RTASCo, correct?
18      A.  That is my understanding, yes.
19      Q.  Okay.  Before BP allegedly bought RTASCo, BP
20 never sent Global Disaster a physical purchase order or
21 other written contract agreeing to purchase Aqua N-Cap
22 from Global Disaster?
23      A.  I don't see it that way, no, sir.
24      Q.  Did Global Disaster ever receive a physical
25 purchase order or written contract signed by BP for the

---

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  purchase of Aqua N-Cap from Global Disaster?
2
3       A.  If you're asking if BP sent me a physical piece
4  of paper, no, they did not.  Is that what you're asking?
5       Q.  That's what I'm asking.
6           So to confirm, Global Disaster never
7  received a physical purchase order or written contract
8  signed by BP for the purchase of Aqua N-Cap from Global
9  Disaster, correct?
10      A.  I would say the e-mails is that confirmation.
11      Q.  Okay.  Other than the e-mails that -- that we
12  went over yesterday, Global Disaster did not receive any
13  purchase order or contract signed by BP, saying BP will
14  purchase Aqua N-Cap from Global Disaster, correct?
15      A.  Just to clarify, I'm going to ask if the question
16  other than -- you said -- and I'm going to repeat.  You
17  said:  Other than the e-mails that we went over yesterday
18  showing that BP would buy the Aqua N-Cap, there is no
19  other document that BP sent me.
20          Is that your question?
21      Q.  Let's step back.
22          BP's procurement told you -- told Global
23  Disaster:  We will send you a purchase order for the
24  purchase of Aqua N-Cap from Global Disaster, right?
25      A.  Well, they verbally first said that they would

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  purchase it.  Then they said they would follow up with a
2  purchase order.
3       Q.  Okay.  They never followed up with a purchase
4  order, correct?
5       A.  Correct.
6       Q.  Where was the -- did the parties agree on where
7  delivery of this Aqua N-Cap would take place?
8       A.  Yes, sir.  The conversations that I had with
9  procurement, along with Jon Fowler and several others,
10  they put me in touch with three different places.  One was
11  in Grand Isle at Port Fourchon, one was in Lafitte, and
12  another one was in -- St. Bernard.
13          The conversations that we had was dependent
14  upon the physical BP employees in the -- that were
15  dispatched in the field whether they had adequate space
16  and whether they had adequate equipment to disperse the --
17  or to -- to deliver the Aqua N-Cap.  So it was my
18  understanding that the reason, originally, that they chose
19  multiple sites were dependent upon them -- the
20  availability of delivery to those sites as well as the
21  availability of equipment and personnel to, you know, use
22  that product.
23          And I don't think that, when the -- and this
24  is -- you know, I hate to guess, but I don't -- you know,
25

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  it was -- I mean, I know you weren't present, but if you
2  would -- if you can visualize the size and scope of that
3  disaster, obviously, you can understand that there were
4  multi-faceted response efforts going on in multiple
5  locations.  So it is my understanding that, depending on
6  where it was needed most, is where they would deliver it.
7       Q.  Thank you.
8           So you mentioned that you reached out to
9  three different places, Port Fourchon --
10      A.  No, sir.  They instructed me to call those three
11  different places.  I can't hear you.
12      Q.  Three different places, did you call them?
13          THE VIDEOGRAPHER:  Mr. Klar, we did not hear
14  your question there.  Could you please repeat it?  We just
15  heard the very end.
16      Q.  MR. KLAR:  Can you hear me right now?
17          THE WITNESS:  I can.
18  BY MR. KLAR:
19      Q.  Okay.  After they instructed you to call those
20  three places, did you call them?
21      A.  Yes.
22      Q.  Let's start with Port Fourchon.
23          When did you call Port Fourchon about
24  delivery of Aqua N-Cap?
25

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1       A.  I don't recall the date and time.
2       Q.  Who did you speak with at Port Fourchon regarding
3  delivery of Aqua N-Cap?
4       A.  I don't recall, sir.
5       Q.  How much Aqua N-Cap did you discuss delivering to
6  Port Fourchon?
7       A.  That was -- that was not my job.  It was my -- my
8  role in that was to provide the product, not -- not to the
9  personnel in the field, but to the procurement officers.
10  In other words, it's not -- it's not that they told me to
11  call a specific person.  They told me that those were the
12  three locations that it was needed most, and they asked me
13  to see if we could deliver to those three locations,
14  and -- which I did call and, yes, we could deliver to
15  those locations.  But that was not my job to facilitate
16  with the BP people on the ground.
17          My job -- I mean, my role in it, or
18  involvement, was with procurement, and procurement, from
19  the headquarters office in Gray, made those decisions, not
20  me.
21      Q.  So let's break this down and make sure we are on
22  the same page.  What you're saying is you were instructed
23  to find out from these locations to what extent they could
24  take delivery of Aqua N-Cap and to what extent they had

**Page 46**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  the necessary equipment to disperse Aqua N-Cap as needed,
3  correct?
4      A.  Incorrect.
5      Q.  Okay.  What -- okay.  Let's start with Port
6  Fourchon.
7          What were you calling Port Fourchon about
8  with respect to Aqua N-Cap?
9      A.  I didn't -- my -- my job was to call the
10  procurement office in headquarters in Gray.
11      Q.  Okay.  You did not call Port Fourchon, Lafitte,
12  or St. Bernard about the delivery of Aqua N-Cap.
13          It was the procurement office?
14      A.  That -- that called them, yes, but it was -- it
15  was my job to call them in respect to the delivery and to
16  the quantity.  In other words, just say, Grand Isle, then they
17  half a million pounds in, just say, Grand Isle, then they
18  would have that person in Grand Isle that was their
19  employee contact me to schedule the delivery.
20      Q.  Did anybody at Grand Isle or Port Fourchon
21  contact Global Disaster to schedule a delivery of Aqua
22  N-Cap?
23      A.  No, sir.
24      Q.  Did anybody at Lafitte contact Global Disaster
25  regarding the schedule of delivery of Aqua N-Cap?

**Page 47**

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  No, sir.
3      Q.  Did anybody at the Port of St. Bernard contact
4  Global Disaster to schedule delivery of Aqua N-Cap?
5      A.  No, sir.
6      Q.  Did anybody in Grand Isle, Port Fourchon,
7  Lafitte, or St. Bernard, or any other location, contact
8  Global Disaster to discuss the quantity of Aqua N-Cap that
9  would be delivered to those locations.
10      A.  No, sir, that was not my understanding.  My
11  understanding was, is that procurement would do that.
12      Q.  Okay.  You had no discussions -- strike that.
13          After learning from procurement that they
14  were going to have those discussions about how much to
15  deliver and where to deliver it, did you have any other
16  discussions with procurement about how much they were
17  going to deliver and where they were going to deliver it?
18      A.  Yes, sir.  I called -- that's what I was saying
19  earlier.  I called to request that information, and the
20  same day that we were supposed to have those discussions
21  is the same day that I had to wait out in the lobby of the
22  BP headquarters for two hours before the meeting with
23  Jackie.
24      Q.  Okay.  So the same day that you spoke to
25  procurement about what potential quantities would be

**Page 48**

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  delivered to what potential locations, that's the same day
3  that you learned BP actually was not going to be
4  purchasing Aqua N-Cap from Global Disaster?
5      A.  I -- I don't know if it was the same day.  It was
6  within a day or two.  I don't really recall, sir.
7      Q.  So at no point did you have an agreement to
8  deliver any specific quantity to any specific location of
9  Aqua N-Cap for BP?
10      A.  That was not my understanding, no, sir.
11      Q.  To clarify, your understanding is that what
12  specific quantities would be delivered to what specific
13  locations of Aqua N-Cap -- strike that.
14          Your understanding is that with respect to
15  Aqua N-Cap, there was no agreement with BP on the specific
16  quantity and the specific location to which it would be
17  delivered, right?
18      A.  No, sir, I would not agree with that.
19      Q.  Okay.  What agreement did you have with BP
20  regarding the specific quantity and specific location to
21  deliver Aqua N-Cap?
22      A.  The specific agreement, it was my
23  understanding -- was that they would take an indefinite
24  delivery, an indefinite quantity, contingent upon what
25  their employees in those locations could facilitate the

**Page 49**

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  storage and distribution of the product to the spill.
3      Q.  Okay.  So the agreement that you had with BP
4  about purchasing Aqua N-Cap from Global Disaster was
5  contingent on BP procurement figuring out which locations
6  could handle what quantities of Aqua N-Cap and deliver it?
7      A.  And when I say "deliver it," I mean use --
8      Q.  Disperse it.
9      A.  I'm sorry?
10      Q.  Disperse it?
11      A.  Yes.
12      Q.  So the agreement that you had with BP about BP
13  purchasing Aqua N-Cap from Global Disaster was contingent
14  on BP's procurement group determining which locations
15  could handle and disperse what quantities of Aqua N-Cap,
16  right?
17      A.  That is my understanding, yes.
18      Q.  And you never learned from BP's procurement group
19  which location could handle which quantities of
20  Aqua N-Cap, correct?
21      A.  Correct.
22      Q.  And you have no -- you don't know whether BP's
23  procurement ever found out that information, correct?
24      A.  I'm unaware of that.
25      Q.  So yesterday there was testimony that Global

**Page 50**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1 Disaster was to be an exclusive distributor or salesman
2 for RTASCo with respect to Aqua N-Cap, right?
3
4     A.  Correct.
5     Q.  That agreement between Global Disaster and RTASCo
6 was contingent on an agreement with BP to purchase
7 Aqua N-Cap from Global Disaster, correct?
8     A.  Well -- again, I think your understanding and my
9 understanding are different understandings, so my -- I
10 will share with you my understanding.
11            My understanding was that once I brought to
12 their attention the disaster-response plan that BP
13 presented to the State in order to get their permit to
14 drill for oil, the use of Aqua N-Cap was unknown to the
15 procurement office.  That document was unknown to the
16 procurement office.  So once I presented that to them and
17 they said:  Oh, we did not know that we could use that,
18 then the -- I don't recall the timeframe, but the next
19 question was:  We need a letter from the EPA stating that
20 we can utilize this, and then I provided that.
21            That was accepted and approved, and then
22 that is when my understanding was that they agreed to take
23 an indefinite delivery on an indefinite quantity.  In
24 other words, as much as they could get.
25            So whether or not the -- the purchase of the

**Page 51**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1 company or the view of:  You're going to purchase it
2 through me is one in the same.  In other words, if they
3 bought the product, they bought the product.  Whether they
4 bought it through me or bought it through RTASCo via
5 buying the company, then either way, they bought the
6 product, and that's what I was trying to explain yesterday
7 that I think we are still on two different pages on.
8            Whether -- whether or not you buy it in
9 portions through me or whether or not you bought the whole
10 company, you bought the product as a result of the spill,
11 and that's what my understanding that I was
12 facilitating -- is a solution to a disaster of massive
13 proportion.
14     Q.  Okay.  So let -- let me break this -- this down,
15 and make sure I understand what you're saying.
16     It -- is it Global Disaster's position that
17 because Global Disaster made BP's procurement office aware
18 of Aqua N-Cap that Global Disaster deserves compensation
19 for any purchase of Aqua N-Cap that BP made, whether
20 through Global Disaster or otherwise?
21     A.  Well, it's my -- my position is, is there was a
22 spill.  BP had massive media coverage of requests.  They
23 even had a website set up to submit your request through,
24 asking for help.  So when you set that up and you send it

**Page 52**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1 through there, they contact you on the phone, just like
2 they did with the boom, just like they did with the
3 Aqua N-Cap, just like they did with skimming technology,
4 just like they did with -- I don't know -- whatever that
5 actor's name is that had some kind of -- he played
6 in Dances With -- Kevin Costner.  You know, they had a big
7 meeting with him through that.
8            So those things are widely known through the
9 media that they solicited requesting assistance.  So when
10 I did all of my due diligence, locating the response plan,
11 because they did not have it, presenting that to them,
12 getting the EPA to -- or the approval letter, getting the
13 communications with procurement, Captain Stanton, Jackie
14 Michelle, the -- the multiple, multiple procurement
15 officers, back and forth communication, it was my
16 understanding that they were asking for a re -- a
17 resolution to a problem.
18            I provided that resolution to a problem.
19 Then now they are saying that, you know, my -- my efforts
20 and my work that they solicited, they -- they don't have
21 to pay for.  That's what I'm saying.
22     Q.  Global Disaster effectively wants a finder's fee
23 for Aqua N-Cap, correct?
24     A.  I -- sir, I don't know what you would call a

**Page 53**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1 finder's fee, and I'm not familiar with that terminology.
2     Q.  Global Disaster is -- is seeking compensation
3 because Global Disaster provided information to BP about
4 Aqua N-Cap, correct?
5     A.  No, sir.
6     Q.  Okay.  Global Disaster's claim with respect to
7 Aqua N-Cap has nothing to do with Global Disaster
8 providing information to BP about Aqua N-Cap?
9     A.  No, sir.  It's not limited to just providing
10 information.  It was a lot of work done, a lot of work
11 done, like I said, that BP was unaware of their own
12 response plan.  So to show negligence of they don't
13 even -- they're not even aware of their own plan, that I
14 had to provide that to them, speaks volumes to me about
15 the response efforts.  I mean, that -- they -- the tactics
16 that were used, not just for Aqua N-Cap but for boom, for
17 solicitation of services, forcing people to go through
18 prime contractors, you know, none of those -- none of
19 those things were what I would call normal business
20 activity.
21            Now, to further communicate about that, if
22 you -- if you have a problem and you solicit a solution
23 and someone gives you that solution and that solution is
24 utilized, just because there is only a verbal

Page 54

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  communication as a contract does not exempt them from
2  their responsibilities of, and commitments to, utilizing
3  things that -- that they requested solutions for.
4      Q.  I want to step back and -- and go back to my
5  original question, which is specifically about Global
6  Disaster's relationship with RTASCo.
7          Yesterday, you testi-- Mr. Burkette, you
8  testified that Global Disaster was going to be the
9  exclusive distributor, or I think you used the word
10  "salesman" for RTASCo of Aqua N-Cap, correct?
11     A.  Of what?
12     Q.  Of Aqua N-Cap.
13     A.  Okay.  So I'm -- I'm not sure that your question
14  is poised for a clear understanding on my part.  So I
15  will -- I will try to clarify for you my understanding
16  through the communication that I had with procurement.
17     Q.  No, no, no, no.  So I'm not talking about BP
18  procurement.  I'm simply talking about Global Disaster and
19  RTASCo.
20         You had -- you testified yesterday that you
21  had an agreement with RTASCo where you would be the
22  distributor of Aqua N-Cap for RTASCo.  Setting aside BP
23  for a second.
24         Just with respect to RTASCo and Global

Page 55

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Disaster, you were going to be the exclusive distributor
2  of Aqua N-Cap, correct?
3      A.  Correct.
4      Q.  Okay.
5      A.  In other words -- in other words, to elaborate on
6  that, if BP -- this is my understanding:  If BP was to
7  purchase Aqua N-Cap product, then that purchase, I would
8  have been paid for.
9      Q.  To be clear, RT- -- RTASCo was the owner of Aqua
10  N-Cap, right?
11     A.  That is my understanding, correct.
12     Q.  So your understanding of your agreement with
13  RTASCo is that you would get, kind of, a commission or a
14  piece of any sale that BP made of Aqua N-Cap ultimately
15  from RTASCo, right?
16     A.  That is correct.
17     Q.  The commission that you would receive, RTASCo
18  would pay you that out of the sale price, right?
19     A.  Not necessarily, no, sir.  The -- if you would
20  receive a commission, the way that I understood it was --
21  BP had a verbal commitment to me that they would purchase
22  that product, so the chain of money travel or the tracking
23  of that would have been BP utilized just say a million
24  pounds, okay, so whether they bought that product from

Page 56

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Global or whether they bought that product from RTASCo, or
2  whether they bought that product from Chris Ott or Terry
3  or any -- whomever they brought the product from, Global
4  Disaster would have been eligible for two things:  One, as
5  a -- like your -- to use your words, a commission
6  structure, but we also were -- should have been allowed to
7  help with the distribution of that to the spill because
8  that's what we do.
9      Q.  Okay.  So the commission that Global Disaster was
10  going to receive from any sale of Aqua N-Cap, that was
11  pursuant to an agreement with RTASCo that, regardless of
12  from whom BP purchased Aqua N-Cap from, Global Disaster
13  was going to get paid?
14     A.  Correct.  That's my understanding.
15     Q.  Okay.  Separately from the commission, Global
16  Disaster claims that it should have been allowed to help
17  with the distribution of that in the spill response,
18  correct?
19     A.  That was also my understanding, correct.
20     Q.  And that agreement would have been with BP,
21  right?
22     A.  I'm not -- I'm not sure that I have the authority
23  to -- to stipulate that.  It would have been through some
24  form of BP, via a prime contractor, or BP directly, or a

Page 57

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  subsidiary of BP, or some form or fashion, yes.
2      Q.  Okay.  Global Disaster did not have a contract
3  either through BP, a prime contractor, or a subsidiary of
4  BP for the distribution of Aqua N-Cap, correct?
5      A.  No, sir, because it was contingent upon -- in
6  other words, they wouldn't need to have a contract with me
7  until they purchased the product.  You don't put the cart
8  in front of the horse.
9      Q.  Understood.  So just to be clear, Global Disaster
10  did not have a contract with BP, the prime contractor, or
11  any subsidiary of BP for the distribution of Aqua N-Cap,
12  correct?
13     A.  I'm not -- I'm not comfortable in saying that's
14  correct.
15     Q.  Global Disaster did not have any written
16  agreement with BP, the prime contractor, or any subsidiary
17  of BP for the distribution of Aqua N-Cap, correct?
18     A.  Not written, but verbally, yes.
19     Q.  You don't know who that verbal contract was with,
20  though, correct?
21     A.  I would -- when you're -- again, when you're
22  speaking with BP employees in procurement, it lends
23  credence to the belief that it would have been with BP in
24  some form or fashion.

Page 58

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      Q.  What I'm asking is:  Who in -- you don't know who
3  in procurement made that verbal agreement, correct?
4      A.  There -- there are several e-mails back and
5  forth.  I don't recall, sir, but it's in the e-mails that
6  we went over yesterday.  I believe Barker was one of them.
7  David Barker.  I believe that guy Jon Fetgatter [sic]
8  or -- I don't recall his name either, but we went over the
9  e-mails yesterday.
10     Q.  So you believe there were multiple people in
11 procurement who verbally agreed that Global Disaster would
12 be able to distribute Aqua N-Cap contingent on determining
13 where it could be delivered and -- and in what quantities
14 it could be delivered?
15     A.  That was my understanding, yes, sir.
16     Q.  Going back to the commission piece of it, which
17 you testified was something that you and RTASCo were --
18 were -- had an agreement on.
19             What was the commission that Global Disaster
20 was going to be paid?
21     A.  It was a standard.  It was just a standard -- in
22 other words, they have a business structure that's
23 automatic, and I don't recall -- I want to -- just going
24 by memory, I want to say it was something in the -- in the
25 range of the $2, maybe $2.50.  I'm trying to go by memory,
```

Page 59

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  sir.  So, you know, don't hold me to that.
3      Q.  Is that 2 or 2.50 a per pound amount?
4      A.  Correct.
5      Q.  Did you ever provide RTASCo with any, like -- any
6  of Global Disaster's bank account information to remit
7  payment to?
8      A.  I don't recall, sir.
9      Q.  Do you recall ever providing BP with any bank
10 account information for BP to send money to?
11     A.  Yes, sir, I -- I do recall that.  That was part
12 of the original package that BP requested was our account
13 information, but it -- it didn't start with the
14 Aqua N-Cap.  It started with all types of goods and
15 services, including boom, including vessels of
16 opportunity, including, you know, a lot of things.
17     Q.  Okay.  And I just want to make sure that we are
18 on the same page.
19             It's Global Disaster's position that,
20 regardless of who BP purchased Aqua N-Cap from, Global
21 Disaster would receive a commission from RTASCo for that
22 purchase, correct?
23     A.  I'm -- I'm not going to say that, no, sir.  I
24 would have -- my thought process and understanding through
25 procurement is that my portion -- my money would have come
```

Page 60

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  from BP, and then I were to pay RTASCo.
3      Q.  Okay.  Let me step back.
4             The money that BP was paying Global Disaster
5  was a payment for Aqua N-Cap to RTASCo, correct?
6      A.  The -- the -- my understanding was that once that
7  BP was aware of their response plan and that we met the
8  criteria for the approval of the usage of Aqua N-Cap --
9  was for the purchase of Aqua N-Cap product.  Whether that
10 came from BP or its subsidiary or prime contractor or
11 that -- in any -- I guess in any capacity, it still,
12 ultimately, was BP.
13             Is that what you're asking?
14     Q.  Slightly different.
15             So RTASCo is the owner of Aqua N-Cap, right?
16     A.  Then, yes.
17     Q.  Okay.  And they have an agreement -- Global
18 Disaster contends they have an agreement with you -- I'm
19 sorry.
20             Global Disaster contends they have an
21 agreement with RTASCo that says:  Whenever BP purchases
22 Aqua N-Cap, wherever -- whoever it's from, from Global
23 Disaster, from RTASCo, through a prime contractor, whoever
24 they purchase it from, Global Disaster gets a cut of the
25 amount that BP pays for that Aqua N-Cap, right?
```

Page 61

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      A.  That is my understanding, yes.
3      Q.  That commission structure and that agreement with
4  RTASCo, was that ever reduced to writing?
5      A.  Just via those e-mails, not -- not -- not, like,
6  in a paper form, other than -- than we had phone calls and
7  you'd follow up those phone calls with e-mails.
8      Q.  So it's your position that the extent of any
9  writing reflecting an agreement with RTASCo for
10 commissions relating to the sale of Aqua N-Cap is
11 reflected in e-mail communications that have been produced
12 to BP?
13     A.  To the best of my knowledge, yes.
14     Q.  You don't have a signed agreement with RTASCo
15 pursuant to which RTASCo is agreeing that Global Disaster
16 receives a cut of every sale of Aqua N-Cap?
17     A.  Only -- only in respect to the oil spill.
18     Q.  Okay.  You don't have a signed agreement with
19 RTASCo pursuant to which RTASCo agreed that Global
20 Disaster would receive a commission of every sale of Aqua
21 N-Cap in connection with the BP oil spill?
22     A.  In writing, other than the e-mails, no.
23     Q.  So setting aside the e-mails, there is no signed
24 contract pursuant to which RTASCo is agreeing Global
25 Disaster would receive a commission of every sale of Aqua
```

Page 62

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2   N-Cap in connection with the BP oil spill, correct?
3        A.   In writing, no.  But verbally, yes.
4        Q.   The agreement with RTASCo that Global Disaster
5   would get a commission was contingent on getting an
6   agreement with BP to purchase Aqua N-Cap, correct?
7        A.   The -- it is my understanding that through my
8   efforts of locating the disaster-response plan, bringing
9   it to BP, getting the EPA letter, having multiple
10  communications with procurement, that if the product of
11  Aqua N-Cap was bought by BP, then Global Disaster had,
12  whether it's in writing or verbally, a commitment that if
13  BP bought it, that Global Disaster would be allowed to
14  distribute the product in the Gulf on the spill, as well
15  as the sale portion of whatever that commission structure
16  is, yes.
17       Q.   Global Disaster never sold any Aqua N-Cap,
18  correct?
19       A.   I don't agree with that.
20       Q.   Global Disaster never delivered any Aqua N-Cap,
21  correct?
22       A.   I'm not going to say I agree with that.
23       Q.   Did Global Disaster deliver Aqua N-Cap?
24       A.   Yes, sir.
25       Q.   How?
```

Page 63

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2        A.   I -- I had -- Jon Fowler sent product to me.  I
3   believe that I brought that product to the incident
4   command center.  I put it in Captain Stanton's hands.  I
5   put some in Jackie Michelle's hands.  I put some in Billy
6   Nungesser's hands, I put some in the incident command in
7   Grand Isle and Plaquemines Parish, and at Port Fourchon I
8   brought some down.  We went through the whole -- that's
9   the part that they asked me to go take the sample.
10            I went out into the Gulf in my boat, I got
11  the sample, buckets full of it, brought it back, showed --
12  made the demonstration, showed them that it worked, and I
13  delivered -- put it in their hands, so that's --
14       Q.   So all of the -- all of the Aqua N-Cap that you
15  put into folk's hands were samples that you were providing
16  them so that they could understand how the product worked,
17  correct?
18       A.   Yes.
19       Q.   So Global Disaster never delivered any Aqua N-Cap
20  for sale, aside from samples?
21       A.   Well, it was all for sale.
22       Q.   But Global Disaster never delivered any of it
23  pursuant to a sale contract, correct?
24       A.   I would not agree with that.
25       Q.   What sale contract did Global Disaster deliver
```

Page 64

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2   for Aqua N-Cap, for purchase, to BP?
3        A.   Well, all of it.
4        Q.   How much?
5        A.   The purchase of the company.
6        Q.   Okay.  Setting aside the purchase of RTASCo by
7   BP, what Aqua N-Cap quantity did Global Disaster deliver
8   pursuant to a sale contract or purchase order?
9        A.   I -- I don't think I understand.  If they
10  purchased the company, they purchased the product.  I'm
11  not following you.
12       Q.   Okay.  Did Global Disaster carry on any vessel or
13  ship Aqua N-Cap pursuant to a purchase order from BP -- to
14  BP?
15       A.   No.
16       Q.   Did Global Disaster ship or deliver Aqua N-Cap
17  pursuant to a purchase order of any sort from BP?
18       A.   Verbally, yes.
19       Q.   What quantity was delivered to BP, pursuant to
20  the verbal agreement that you allege?
21       A.   I don't remember how many pounds it was he sent
22  to me, but we brought pails of it -- I guess it would be
23  one-pound pails, to multiple locations and to incident
24  command and to BP headquarters and to the procurement
25  office and to all of those facilities.
```

Page 65

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2        Q.   Okay.  These are -- these pails that you're
3   talking about, these are the sample products, right?
4        A.   Well, it's all the same product.  It was -- it
5   was -- the procurement officer -- so again, you know, I
6   can only share with you my train of thought.  It --
7        Q.   Let's step back.  Let's just step back and make
8   this simpler.
9             The -- the pails that you were delivering
10  you said were samples, right?
11       A.   Well, it is -- it is a sample of the product.  I
12  don't -- they didn't send me like -- you know how you go
13  and get, like, a -- Sam's Club, they have a person out
14  there and there's a little platter and they say:  Hey,
15  look, here's a free sample.  Taste this.  And they have a
16  distribution thing set up with a pretty little background
17  and a box, and they make it all presentable.  It was not
18  like that.  They didn't send me, like, a prepackaged
19  sample form.  That's not how it was sent.
20            It was sent in bulk, in a big bag and a box,
21  and I put it in small containers that we went and
22  purchased and put lids on it so that it didn't spill.  And
23  I'm the one that did all of that.
24       Q.   Okay.  And the reason why --
25       A.   It was not like a sample product.
```

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2     Q.  The reason why you were delivering these was to
3  show the BP and incident command folks you were speaking
4  with what the product looked like and how it works,
5  correct?
6     A.  I did that at their request, yes.
7     Q.  Okay.  And that's why you were delivering those
8  samples, correct?
9     A.  Because procurement asked for it, yes.
10     Q.  At the time that you were delivering samples,
11  they hadn't already committed to buying millions of pounds
12  of Aqua N-Cap, correct?
13     A.  Correct.  They -- the procurement officers, like
14  I said, were unaware of the product and didn't have
15  knowledge.  So when I explained to them that not only was
16  it a product that was a viable product, but it was also a
17  product they had already committed to utilize in the event
18  that there was a spill.  So --
19     Q.  Okay.
20     A.  -- BP was delivering the -- the procurement
21  officer said that they were unaware of that product on
22  their approved product list.  In other words, they -- if
23  you -- if you -- if you have a whatever disaster and --
24  whether it be a spill, whether it be a contained spill or
25  an explosion or any of that, that you agree that you will

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  utilize this product in that spill.  That's your
2  commitment to the State of Louisiana as a proper response
3  to a spill.  That's -- that was BP's commitment to the
4  State.
5     And so when I gave them that information,
6  they were unaware of it.  So then once I explained it to
7  them and they said:  Well, do you have any of that
8  product?  I said:  Not with me, but I can get it.  So I
9  called Jon; Jon sent it to me.  I took the product down to
10  them, showed them what it looked like, how it worked.  And
11  if you want to call that a sample, then yes, but it's not
12  like -- it's not like you can paint a picture of -- it's
13  prepackaged in sample form for distribution.  That's not
14  how it was packaged.
15     Q.  I understand.  So what you're saying is these --
16  these -- these smaller quantities of Aqua N-Cap that you
17  were sending to procurement and incident command, that was
18  when you were informing them of, like:  Hey, this is a
19  product that -- that should be used and you said you would
20  use in this -- in response to the spill?
21     A.  BP, you're talking about?
22     Q.  Correct.
23     A.  That is correct.
24     Q.  At the point that you were delivering those small

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  quantities to show them what the product was, they hadn't
2  agreed to -- with you in a written agreement, to purchase
3  that product from you, correct?
4     A.  Only verbally.
5     Q.  That came later?
6     A.  Only -- right.
7     Q.  Even the verbal agreement came after you showed
8  them the product, correct?
9     A.  Correct.
10     Q.  Okay.  After the alleged verbal agreement, was
11  there any additional quantities of Aqua N-Cap that Global
12  Disaster delivered to BP?
13     A.  I would say all of it.
14     Q.  Okay.  And your basis for that is the sale of
15  RTASCo to BP?
16     A.  That is my understanding, correct.
17     Q.  Okay.  Other than the sale of RTASCo to BP,
18  Global Disaster did not deliver any Aqua N-Cap to BP,
19  correct?
20     A.  Repeat that.
21     Q.  Other than through the sale of RTASCo to BP,
22  Global Disaster did not deliver any Aqua N-Cap to BP,
23  correct?
24     A.  Other than the samples, correct.

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2     Q.  Other than the samples before BP agreed to
3  purchase from Global Disaster -- strike that.
4     Other than the samples before Global
5  Disaster claimed BP agreed to purchase Aqua N-Cap from
6  Global Disaster, and other than the sale of RTASCo to BP,
7  Global Disaster did not deliver any Aqua N-Cap to BP,
8  correct?
9     A.  I -- I would think that's correct.
10     MR. KLAR:  Do you mind if we take a
11  five-minute break?
12     THE WITNESS:  No, sir, that's fine with me.
13     THE VIDEOGRAPHER:  Okay.  We are off the
14  record.  The time is 12:01 p.m.
15     (Brief recess taken.)
16     THE VIDEOGRAPHER:  We are back on the
17  record.  The time is 12:09 p.m.
18  BY MR. KLAR:
19     Q.  Mr. Burkette, do you know how much RTASCo was
20  sold for?
21     A.  I did at one time, sir, but I don't remember off
22  the top of my head right now.
23     Q.  Do you know, after the sale, how much Aqua N-Cap
24  RTASCo delivered to BP in connection with the spill
25  clean-up?

30(b)(6)

---

Page 70

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2     A.  It was my understanding that BP owned it all.
3     Q.  Do you know how much -- do you know how much all
4  was?
5     A.  I don't.
6     Q.  Do you know whether, after the sale of RTASCo, BP
7  or RTASCo continued manufacturing Aqua N-Cap?
8     A.  I'm not aware, sir.
9     Q.  Do you know how much Aqua N-Cap was used in the
10  oil spill clean-up between 2010 and 2013?
11    A.  I do not.
12    Q.  I want to switch topics and talk about the -- the
13  Port of St. Bernard.
14         I believe yesterday there was testimony that
15  you had discussions with BP regarding potentially leasing
16  some storage space at the Port of St. Bernard for -- for
17  certain BP equipment in connection with the clean-up
18  efforts, correct?
19    A.  It was -- it was -- it was a couple of BP
20  employees.  I don't recall their names, but they asked if
21  I could start using the rock from one specific area, so
22  that it would free up that space.  I mean, I don't -- I
23  don't know how much.
24    Q.  Okay.  So let's talk about that briefly.
25         You never -- Global Disaster never reached

---

Page 71

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  an agreement with BP as to how much space Global Disaster
2  would lease BP at a point -- at the Port of St. Bernard,
3  correct?
4     A.  It was never an option to have an agreement.
5  They took it all.
6     Q.  Okay.  So Global Disaster never had an agreement
7  with BP as to how much space it would lease BP at the Port
8  of St. Bernard, correct?
9     A.  Like I said, it wasn't an agreement.  They just
10  seized it.
11    Q.  So there was no agreement, right?
12    A.  I would call that a forced agreement, but
13  however -- I mean --
14    Q.  Global Disaster never agreed on a price per
15  square foot for a lease with BP at the Port of St.
16  Bernard, correct?
17    A.  Correct.
18    Q.  Global Disaster never reached agreement with BP
19  on a start date for a lease of land at the Port of St.
20  Bernard, correct?
21    A.  Again, they -- they didn't ask -- it wasn't a --
22  it wasn't a start date.  It was immediately.  They -- this
23  was, like, can you do this?  And -- and, of course -- in
24  an effort to accommodate in response to the spill, I

---

Page 72

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  agreed to do it.
2     Q.  Right.  But your testimony is that you -- Global
3  Disaster would have had to crush some concrete to clear up
4  the space for BP to move in, right?
5     A.  And that's what we agreed to do.
6     Q.  Okay.  Was there an estimate as to how -- did you
7  provide BP an estimate of how long it would take to crush
8  concrete in the space that BP wanted to occupy?
9     A.  I -- I'm not going say that I provided a written
10  estimate.  We -- as we were talking, you know, I took them
11  through the process of how you crush it, what the process
12  does, how it goes through the trammel screen, how it hits
13  the jaws, how it hits the conveyor belt and the magnets
14  that take the steel and the iron out and deposit it in one
15  bin.  And basically, like I said, we were already set up
16  and they asked us to rearrange our setup so that we could
17  accommodate them, which I, you know, agreed to do.
18    Q.  Okay.  How long did you estimate it would take to
19  crush -- to move everything and crush sufficient amounts
20  of concrete to allow BP the space to move in?
21    A.  Well, funny you should ask that question, because
22  the -- the -- one of the guys said:  If you had more
23  crushing equipment, could you crush it faster?  And of
24  course, obviously the answer is yes.  And he said:  Is

---

Page 73

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  there available equipment that you could get to do that
2  if -- if -- if we can help you locate that or if we could
3  help facilitate some of that?  Would that speed up this
4  process?  And I told him:  Yes, sir, it would.
5     Q.  So stepping back, how long did you estimate --
6  assuming just the equipment that you had in your
7  possession at that time, how long did you estimate it
8  would take to clear up enough space to enable BP to move
9  in?
10    A.  Well, I mean, it would be a gradual progression
11  thing every day.  We could -- we could use -- we could
12  have crushed -- I'll have -- I would have to go back and
13  look at my -- I should know that off the top of my head
14  how much we crushed in a 24-hour period.  And that was the
15  other question that they asked, was:  If we were able to
16  get some light generators and increase the -- the
17  production 24 hours a day, would that help speed it up?
18  And I agreed that, yes, that would help speed it up.
19    Q.  So at the time that you had discussions with BP
20  about potentially leasing land at the Port of St. Bernard,
21  you hadn't agreed on when BP could actually start moving
22  in, correct?
23    A.  The agreement that -- it's my understanding it
24  was just as soon as possible.

---

Page 74

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    Q.  Okay.  But nobody -- sitting here today, you
2  can't tell me when that moment would have been, correct?
3    A.  Well, it would have been within a few days of
4  rearranging the equipment.  So within a week we could have
5  started making progress on that.
6    Q.  The intention was that BP would eventually -- it
7  would lease more -- occupy more land as Global Disaster
8  continued crushing concrete, correct?
9    A.  Yeah, that was my understanding.
10    Q.  And the price per -- the price for the lease was
11  based on the amount of area that was currently occupied by
12  BP, right?
13    A.  Well, so it was my understanding that that would
14  have been the case originally, but once they took the port
15  over, they found out that the traffic with the incoming
16  material still coming into the yard, and the crushing
17  operation and removing that crushed rock out of the yard,
18  was putting them into a conflict of being able to have
19  their equipment, you know, function and move product
20  around within the port.
21    So they basically -- like I said yesterday,
22  they shut it down until after they were, you know -- until
23  after such time as BP was able to maneuver what it needed
24  to in that port space and then, also, it -- it came in

Page 75

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  stages or waves.
2    So BP couldn't predict when they would need
3  the port because sometimes the tar balls and stuff would
4  come up in Grand Isle.  Sometimes they would come up in
5  St. Bernard.  Sometimes they would come up in Mississippi.
6  Sometimes they would be in the marsh.  So it was a -- it
7  was a fluid timeframe that they would need the access to
8  the port.
9    So because you can't -- because you had, you
10  know, a hundred trucks coming into the port a day dropping
11  off slabs of demolition houses from Hurricane Katrina, the
12  stockpile was constantly growing, and you had crushing
13  operations that it was also a influx of equipment moving
14  around, front-end loaders, excavators, dozers, and then
15  you had trucks coming in to get material.  So it was a
16  conflict.
17    So what eventually -- my understanding was
18  that they just shut down the rock pile operation until
19  they basically were getting to the timeframes that they
20  needed -- was a conflict with the rock-crushing operation,
21  so they just shut it all down until -- until they were
22  ready for it.
23    Q.  Okay.  So I'm talking -- I want us to talk about
24  just the time period from before the Coast Guard took over

Page 76

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  the port.  Okay?  Just before.
2    So your -- your -- Global Disaster is having
3  discussions with BP about potentially leasing land at Port
4  of St. Bernard that Global Disaster was occupying,
5  correct?
6    A.  Yes.
7    Q.  Okay.  Before -- when you were having those
8  discussions, had BP agreed with Global Disaster on a
9  pricing structure for that lease?
10    A.  I don't -- I don't think we ever even talked
11  about pricing structure.
12    Q.  Did you have any dis -- any agreement with BP
13  about how much space BP ultimately would lease from Global
14  Disaster?
15    A.  They wanted it all.
16    Q.  Did you have any discussions with BP about the
17  timeline that BP could have all of that land?
18    A.  Yes, sir.  We had the discussion of how -- that's
19  what I was just explaining -- how -- how we could increase
20  our production and --
21    Q.  What --
22    A.  -- extra equipment and/or an extra shift, another
23  12-hour shift that we could move rock faster to give them
24  access faster.

Page 77

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    Q.  Okay.  At the time that -- that Global Disaster
2  had those discussions with BP, how much time did Global
3  Disaster estimate it would take to clear out so that BP
4  could lease all of the land?
5    A.  So it would take, approximately, three days to
6  re -- to shut down the operation, reorganize the equipment
7  to where we could start on the end that they asked for.
8  Then as we were breaking that equipment down to move it,
9  they went to the -- so we had this meeting, and it was --
10  it was my understanding that they wanted us to start at
11  one end.  I told them I didn't have a problem with it.  I
12  will be happy to accommodate them any way that I could.
13    Then -- when they left, they went to the
14  port office and I was not there, so I don't know what
15  discussions they had with the port about that land.
16    Q.  I just want to focus on your estimate.
17    So setting aside your discussions with BP,
18  setting aside BP's discussions with the port, based on
19  your experience and knowledge crushing concrete and the
20  amount of concrete that was at the yard and coming into
21  the yard, what was your estimate of the timeline for
22  crushing all of the concrete to enable BP to fully take
23  over and lease all of the land Global Disaster was
24  occupying?

Page 78

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    A.  It was -- it was -- it was over a year.
3    Q.  Okay.  So the lease with BP would have been for
4  over a year?
5    A.  Oh, by far.
6    Q.  Okay.  Do you recall who at BP you were having
7  these discussions with?
8    A.  No, sir.  I can just tell you they were in a
9  white truck and that the two gentlemen that got out both
10 had BP hats and long-sleeve brown shirts on.
11   Q.  Do you recall the dates of these discussions?
12   A.  I do not recall the date.
13   Q.  Okay.  There was never a written lease agreement
14 with BP and Global Disaster, correct?
15   A.  No, sir.
16   Q.  The land at the Port of St. Bernard that Global
17 Disaster was occupying, I believe yesterday you testified
18 that the port was the owner of that land, right?
19   A.  That's my understanding, yes.
20   Q.  At the time that you claim Global Disaster had
21 these discussions with BP about leasing the land that
22 Global Disaster was occupying at the port, you understood
23 that the port would have to consent to that, right?
24   A.  Well, that -- that was part of our discussion,
25 you know.  That's when we got into the discussion of --

Page 79

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  there's a lot of factors to that equation.
3        So the -- one of the discussions that -- or
4  part of that discussion for the oysters -- fishermen.  So
5  the oyster fishermen needed the rock, and it would take
6  time to go through inspection and meet the approval, what
7  we thought originally was Wildlife and Fisheries.
8        Wildlife and Fisheries is only one factor,
9  because they -- they indicated that they would have to go
10 through the oyster association and NOAA, if I remember
11 correct, which again is, from my understanding how the
12 thought process came about -- was BP would assist because
13 it was a win-win situation.  It would be a win for us to
14 crush the concrete and have sales for the oysters --
15 sales -- other than Brad Robin, and BP would be able to
16 utilize the space.
17        Now, whether or not they went to the port
18 and, you know, with or without the Coast Guard or
19 instructed the Coast Guard or however that conversation
20 happened, which we'll have to get to, I guess, when we
21 talk to Captain Stanton, but there is -- there was for
22 sure an agreement on my end.  BP asked if I would agree to
23 assist in any capacity, which I was happy to do.
24   Q.  Okay.  Stepping back to the question that I
25 asked.

Page 80

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2        At the time you claimed Global Disaster had
3  discussions with BP about potentially leasing the land
4  that Global Disaster was occupying at the port, you
5  understood that the port would have to authorize that as
6  the landlord, right?
7    A.  No, sir.  I -- if I remember correctly, that's
8  when we had that conversation with the -- Judge Perez, and
9  he was one of the board members on the port, and Terry
10 Williams, and there were a couple of people that I called
11 while they were -- while the BP guys were there, and it
12 was indicated to me that Terry Williams said that we had
13 the right to sublease, if we wanted to.
14        I don't know exactly what the criteria would
15 have been, but at the end of the day, they leased it and
16 BP paid for the space.  So whether it was agreed by me or
17 whether it was agreed by the port, it happened, I guess is
18 what I'm getting at.
19   Q.  I only want to talk about you.  I don't -- I'm
20 not talking about an agreement -- a separate agreement
21 between the port and BP.  I'm talking about your
22 discussions just between Global Disaster and BP.
23        You said somebody told you that you had the
24 right to sublease, correct?
25   A.  It was my understanding, yes.

Page 81

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    Q.  Okay.  Your understanding that you had the right
3  to sublease, what is that based on?
4    A.  The conversations that I had with Judge Perez,
5  Terry Williams, and the port director.
6    Q.  Did you have a written lease agreement with the
7  port?
8    A.  We took over Terry Williams' lease.
9    Q.  So you did have a lease with the port?
10   A.  That's my understanding, correct.  I know we
11 paid -- I know we paid one month lease for sure.
12   Q.  Did you ever see a written lease agreement
13 between Global Disaster and the port?
14   A.  It was my understanding that -- that when we --
15 what we did was, by assuming Terry Williams' lease, that
16 the port transferred our information in lieu of Terry
17 Williams' information.
18   Q.  Did you ever see a copy of Terry Williams' lease
19 with the port?
20   A.  Yes, sir, I did, the day that we went into the
21 port and spoke with the director.
22   Q.  Do you have a copy of the lease?
23   A.  No, sir, I never asked for it.
24   Q.  The port never asked Global Disaster to sign
25 their own lease?

Page 82

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  A.  I believe we did.  I can't recall for sure, but
3  I'm -- I don't think that Global Disaster would have paid
4  something, an invoice, to a port without that.
5  Q.  It's important that Global Disaster have a
6  written agreement before it starts paying for things,
7  right?
8  A.  I would think.  You know, because of the
9  confusion and -- and the lack of payment from Terry
10 Williams and the timeline of when that took place versus
11 when the timeline that BP took over the port was very
12 short.  I mean, I -- you're talking about within a few
13 days.
14 Q.  Just to make sure I'm clear:  Global Disaster
15 would not have paid the port money without a written
16 agreement with the port, correct?
17 A.  I'm not -- I don't agree with that.  It was my
18 understanding that by making that payment, we were -- that
19 payment is what initiated the contract for the -- between
20 Global Disaster and the port.
21 Q.  But the contract -- you -- it's important to
22 Global Disaster that it have a written agreement before
23 its agreeing to pay anything, right?
24 A.  I don't -- it was not -- it was not that
25 scenario.  It was -- you have to pay this today, and then

Page 83

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  we will -- once you make this payment, we will put the
3  contract in your name.  In other words, we had to catch up
4  Terry Williams' nonpayment to the port.
5  Q.  After you made that first payment, did Global
6  Disaster enter into a written agreement with the port?
7  A.  It was my understanding that the port was
8  preparing those documents, and that's when BP took over
9  the port, so I don't know if it was completed or not.
10 Q.  So sitting here today, Global Disaster -- you
11 can't tell me whether Global Disaster ever entered into a
12 lease agreement with the port for the land that Global
13 Disaster was occupying at the Port of St. Bernard?
14 A.  Verbally, yes.  Written, no.  I guess
15 contractually, because of the payment.
16 Q.  Sitting here today, Global -- you can't tell me
17 whether -- strike that.
18     Global Disaster never entered into a written
19 lease agreement with the port for the land that Global
20 Disaster was occupying at the Port of St. Bernard,
21 correct?
22 A.  Incorrect.
23 Q.  Global Disaster entered into a written lease
24 agreement with the port?
25 A.  Okay.  I'm going try again.

Page 84

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  Q.  It's a yes-or-no question.
3  A.  It -- the payment made to the port -- it's like a
4  deposit.  If you give someone --
5  Q.  I'm -- I'm not talking about the payment.  I'm
6  not talking about the payment.
7     I'm asking:  Did Global Disaster have a
8  written lease agreement with the port for the land that
9  Global Disaster was occupying at the Port of St. Bernard?
10 A.  It was my understanding that the payment -- it
11 created that document.
12 Q.  Okay.  What -- by you -- I understand your -- is
13 it your position that the payment created an agreement?
14 A.  It is my understanding that the payment created
15 the lease, yes.
16 Q.  Okay.  But there's no written document reflecting
17 a lease between Global Disaster and the Port of St.
18 Bernard, correct?
19 A.  I'm not sure.  I would -- that's a port question.
20 Q.  There's -- sitting here today, Global Disaster is
21 not aware of any written lease agreement between it and
22 the Port of St. Bernard, correct?
23 A.  Incorrect.
24 Q.  You're aware that -- so you are aware of a
25 written lease agreement?

Page 85

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  A.  It is my understanding that when we paid the
3  payment, there were documents that I signed creating that
4  agreement.  I just don't have a copy of it.
5  Q.  Okay.  So it's your position that Global Disaster
6  signed a written lease with the port to -- to rent from
7  the port the land at the Port of St. Bernard?
8  A.  That is my understanding, yes.
9  Q.  What was the rent under the lease?
10 A.  I don't recall.
11 Q.  What was the term of the lease?
12 A.  To crush the rock.
13 Q.  What was the term?  How long did it last for?
14 A.  I don't recall.
15 Q.  Were there any other conditions to your occupancy
16 at the Port of St. Bernard, any limits to what you could
17 or couldn't do?
18 A.  Yes.  We were confined to the main roads that
19 we -- that were already allocated in that lease, and that
20 we had to provide some rock for the traffic used -- in
21 other words, it was a limestone-based or crushed concrete
22 road, past the concrete portion of the port, and that we
23 had to maintain that road with newly crushed concrete.
24     In other words, like the traffic -- because
25 you're getting a hundred trucks a day.  If it rained, they

Page 86

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    would create potholes or washouts or whatever because of
2    the weight of the 18-wheeler trucks bringing the concrete
3    in, as well the rock going out.  So we had to maintain
4    that stretch of roadway.
5        Q.  Was that lease for longer than one year?
6        A.  I do not recall.
7        Q.  Are you -- sitting here today, do you recall what
8    the terms of the lease were with respect to Global
9    Disaster's ability to sublet?
10       A.  I do not recall.
11       Q.  Okay.  I want to talk about ES&H now.
12            With respect to the products and services
13   that Global Disaster was going to provide BP through ES&H,
14   Global Disaster contends that BP breached an agreement
15   that Global Disaster would -- would provide those goods
16   and services to ES&H, right?
17       A.  I don't understand your question.
18       Q.  Let me make sure I understand the arrangement
19   with ES&H.
20            Global Disaster would pro -- would furnish
21   goods and services to ES&H, and ES&H, one of BP's primary
22   contractors, would then furnish those goods or services to
23   BP; is that accurate?
24       A.  That's my understanding, yes.

Page 87

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1        Q.  Okay.  Any agreement that BP had to obtain goods
2    and services was through ES&H, correct?
3        A.  Incorrect.
4        Q.  Put another way:  BP told Global Disaster that
5    they would not procure goods and services directly from
6    you; you had to go through a primary contractor, right?
7        A.  Not in the beginning.
8        Q.  Okay.  So let's talk about before ES&H.
9            What agreements did you have with BP to
10   procure goods and services to BP?
11       A.  So when you go into the building in Gray, you go
12   through this entryway, it's like a -- it's a pretty large
13   area, and then you had to sign in on a sign-in sheet, and
14   then you had to go -- well, the first -- first week or so,
15   we didn't have sign-in sheets.  After the Coast Guard
16   showed up, then they started like a line, like a cafeteria
17   line, I guess is a good analogy, and you had to go through
18   an inspection point, make sure you didn't have any
19   weapons, and then you had to go through a signature page,
20   and then you could go to whatever department that you
21   needed to go to in the BP headquarters.
22            So when I would go in -- originally, during
23   the first part, there was none of that set up, right.  So
24   I could just walk in and walk down --

Page 88

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1        Q.  Sir, I'm -- I'm --
2            THE VIDEOGRAPHER:  I think we may have lost
3    the witness.  He froze on the screen.  Do you want to go
4    off the record.
5            MR. KLAR:  Yes, please.
6            THE VIDEOGRAPHER:  We are off the record.
7    The time is 12:39 p.m.
8            (Brief recess taken.)
9            THE VIDEOGRAPHER:  We are back on the
10   record.  The time is 12:44 p.m.
11   BY MR. KLAR:
12       Q.  Okay.  Mr. Burkette, earlier we were talking
13   about BP -- you said BP eventually told you that you had
14   to go through a primary contractor, but it wasn't that
15   case in the -- in the beginning.  So I'd like to talk to
16   you about just the beginning part.  What products or
17   services did you -- did Global Disaster provide -- agree
18   to provide BP, before BP said you have to go through a
19   primary contractor?
20       A.  The vessels of opportunity, skimmers, portable
21   showers, portable food tents, portable -- restrooms,
22   floating living accommodations, barges, boom, Aqua N-Cap,
23   land locations, labor, and for me to teach classes on that
24   40-hour HAZWOPER.  That's all I can think of right this

Page 89

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1    minute, but it was a bunch of stuff.
2        Q.  The items you just listed, how many of those
3    things did you actually provide to BP?
4        A.  I -- I don't recall.  I'd have to go back and
5    pull that up.
6        Q.  Did BP have any written agreement with you to
7    provide skimmers?
8        A.  No, sir.  Again, you know, it was my
9    understanding that through the solicitation in the media,
10   as well as the State Emergency Operation Center in Baton
11   Rouge, that they were constantly requesting that
12   initially.  Then after they migrated to their primary
13   contractors, they stopped those solicitations.
14       Q.  So let's -- let's focus on the before the primary
15   contractors.  You -- you testified you didn't have a
16   written agreement to provide skimmers.
17            Did you have a written agreement to provide
18   portable showers?
19       A.  I'll just clear that up all at once.  I didn't
20   have a written agreement to provide anything other than
21   the e-mails and the verbal agreements.
22       Q.  Okay.  Can you tell me the identity of anyone
23   with whom -- at BP you had those verbal agreements with?
24       A.  Yes, that -- we covered that yesterday in the

Page 90

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  e-mails. I don't recall the names, but there's multiple
2  e-mails back and forth.
3
4      Q. Okay. So the -- and those -- we looked at
5  e-mails with respect to Aqua N-Cap, right?
6      A. And the services and labor and the -- the
7  boats -- the vessels. There was a -- so there was a --
8  this guy named R.J. Buras that had -- he worked for the --
9  just give me a second. Let me think -- Corps of
10 Engineers.
11     Q. So not a BP employee?
12     A. No. I'm giving --
13     Q. How many --
14     A. I'm giving the information that the BP employee
15 that I obtained the information for came via R.J. Buras.
16 R.J. Buras submitted to me as a subcontractor the boats
17 and all types of stuff, and then I forwarded that to the
18 procurement.
19         So keep in mind, you have to -- you have to
20 go back to the timeframe and the timeline. When --
21 when -- because very few people put forth the energy,
22 effort, and -- and the due diligence, I'll call it, to
23 drive down to the operations center in Gray, the BP
24 headquarters.
25     Q. Understood. I'm just talking about the agreement

Page 91

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  specifically. So let's break this down and make it a
2  little clearer.
3
4         How much money did you agree with BP -- BP
5  would pay you for skimmers?
6      A. None.
7      Q. How much money did you agree with BP that BP
8  would pay you for portable showers, food tents, and
9  portable restrooms?
10     A. We didn't discuss the pricing until they asked
11 for availability.
12     Q. Okay. Did you ever agree on a price for any of
13 these products with BP in writing?
14     A. Nothing, other than the e-mails that reflect
15 that. So -- so -- like, you had to --
16     Q. Hold on. For the full extent of the products and
17 services that you listed -- skimmers, portable showers,
18 portable food tents, portable restrooms, floating
19 accommodations, barges, boom, Aqua N-Cap, land locations,
20 labor, and teaching classes, the extent of any written
21 agreements with BP are reflected in the e-mails that you
22 produced to BP in this case?
23     A. And crushed concrete.
24     Q. And crushed concrete?
25     A. And all -- and the -- the tar balls, the toxic

Page 92

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  material hauling.
3      Q. Your crushed concrete contract, that was with
4  Airware, not BP, right?
5      A. I would not agree with it. I mean, originally,
6  yes.
7      Q. You did not have a written agreement to crush
8  concrete for BP, correct?
9      A. They seized it. No, sir, I did not have a chance
10 to have a writing because they seized the product.
11     Q. All the other products we discussed, you did not
12 have written agreements beyond what you claim is reflected
13 in the e-mails you produced to BP?
14     A. Correct.
15     Q. Let's talk now about ES&H.
16         You had discussions with ES&H because BP
17 told you they would only work through primary contractors,
18 right?
19     A. Not in the beginning, no.
20     Q. Right. I'm not -- I know not in the beginning.
21 I'm talking about a moment in time where they said: You
22 got to go through primary contractors now. That's why you
23 had discussions with ES&H, right?
24     A. Correct.
25     Q. What goods and services did you agree to provide

Page 93

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  BP through ES&H?
3      A. Anything that they asked for that I could.
4      Q. What did BP ask for that you could provide, that
5  you planned to provide through ES&H?
6      A. All of those things that I just listed.
7      Q. Okay. Is there a purchase order from BP
8  reflecting any requests for those to be provided through
9  ES&H?
10     A. A verbal one, yes.
11     Q. So no written purchase order?
12     A. No.
13     Q. How many does -- how much in goods and services
14 did Global Disaster provide to BP through ES&H?
15     A. I don't recall off the top of my head.
16     Q. How much -- Global Disaster wasn't paid anything
17 from ES&H or BP, correct?
18     A. I don't -- I'm not going to agree with that
19 because we got -- through the claims center, they paid, I
20 believe.
21     Q. I'm -- okay. Let me clarify. ES&H and BP did
22 not pay Global Disaster anything for the goods and
23 services that it provided, before your submission of any
24 claim in the litigation, correct?
25     A. Correct.

Page 94

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Q.  Okay.  Pursuant -- since BP was working
2  exclusively through primary contractors at that point,
3  BP -- was it your understanding that BP would be paying
4  ES&H for the goods and services that ES&H was providing?
5  A.  That's my understanding.
6  Q.  And then ES&H, pursuant to the agreement, would
7  then pay Global Disaster from the funds it received from
8  BP, correct?
9  A.  That is my understanding.
10  Q.  So once there was an agreement with ES&H, Global
11  Disaster did not expect to receive any money directly from
12  BP, correct?
13  A.  Not correct.
14  Q.  Why not?
15  A.  Just because you -- because BP had already
16  committed -- the Aqua N-Cap and the goods and services
17  that we had -- all of the things that we had verbal
18  communication with, prior to ES&H.
19  Q.  Okay.  I'm talking about just post ES&H.  Once BP
20  told you that you, Global Disaster, you have to go through
21  ES&H, at that point Global Disaster understood that any
22  money it received for its work in connection with the
23  spill would come from ES&H, right?
24  A.  Post that agreement?  Yes, post that agreement.

Page 95

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Q.  Okay.
2  A.  But that did not negate the responsibility of the
3  previous agreements.
4  Q.  So to be clear, from when Global Disaster entered
5  into an agreement with ES&H and -- and afterwards, it was
6  Global Disaster's understanding that ES&H, not BP, would
7  be remitting payment to Global Disaster, correct?
8  A.  I mean, I don't -- I don't see it that way.
9  Ultimately, you know, BP paid for it.  Whether it was
10  to -- a portion to -- whether they paid a commission to
11  ES&H or whether they paid me, I mean, it's the same -- at
12  the end of the day, BP paid for it.
13  Q.  BP paid ES&H, correct?
14       Let me ask a different way.
15       Is it your understanding --
16  A.  I don't know if they ever did.
17  Q.  Let me ask it a different way.
18       It was your expectation that, based on your
19  relationship with ES&H, that BP would pay ES&H, and then
20  ES&H would pay you, correct?
21  A.  Only for the portion of work that I would go
22  through ES&H.  In other words, if there was other
23  agreements, then those were excluded from that.
24  Q.  Okay.  What other agreements did you have besides

Page 96

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  with ES&H?
2  A.  The ones with BP.
3  Q.  Okay.  The ones that we talked about already?
4  A.  Yes.
5  Q.  Okay.
6  A.  Or some of the ones.  I don't think that we have
7  fully discussed all of them.
8  Q.  But the extent of the agreements that you had,
9  you produced to us, correct?
10  A.  I think there's some other things that y'all have
11  that we didn't discuss.
12  Q.  Like what?
13  A.  The -- the rock that was for Brad Robin, the
14  boats services, the limestone that we -- or that A-1
15  hauled to a staging area for BP, the payments to A-1 that
16  BP made for placing A-1 on standby.  There were a lot of
17  things that I think that we didn't discuss.
18  Q.  So I want to focus on Global Disaster
19  specifically.
20       So the limestone A-1 hauled to a staging
21  area for BP, that was a relationship between A-1 and BP,
22  correct?
23  A.  That is correct.
24  Q.  The payments that BP made to A-1 for standby

Page 97

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  time, that was an arrangement between A-1 and BP, correct?
2  A.  That's my understanding.
3  Q.  The rock to Robin Seafood, that was pursuant to a
4  contract between A-1 and Robin Seafood, correct?
5  A.  I would have to pull that document and look at
6  it.  I don't recall.
7  Q.  You're not aware that Global Disaster was a
8  signatory to that agreement, correct?
9  A.  I don't recall.
10  Q.  Okay.  So setting aside those three, which dealt
11  with A-1, what boats are you referring to?
12  A.  There was a equipment list that I sent to BP, or
13  multiple equipment lists from different people.  So that's
14  what I was trying to explain awhile ago, when you repeated
15  the question differently.
16       So there weren't -- in the very beginning
17  stages when BP was soliciting for all of this help that
18  they needed, very, very few people did their due diligence
19  and their homework and actually physically drove down to
20  the headquarters in Gray to put forth the time and effort
21  to go in and sit down with these procurement officers.
22  There were a handful, less than ten, that actually took --
23  made the effort to go down and assist with the disaster
24  and to present themselves to BP.

Page 98

```
 1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2              Most of the -- the majority, from what I was
 3  told by procurement, the majority of the people submitted
 4  their company information through a website portal that
 5  was set up later, which we set -- we submitted our stuff
 6  via that as well, but it was the extra mile that I went to
 7  go to make the effort to go down and sit with these
 8  procurement officers to help and assist, because a lot of
 9  these people were from Virginia and Missouri and all over
10  the place, that -- some of them were even from UK that
11  came over to -- and they were unfamiliar with Louisiana.
12  They were unfamiliar with the companies to do business
13  with.  They were unfamiliar with the landscape and the
14  topography and where the -- fastest routes to get
15  there, the -- the contractors that had the services and
16  goods that they needed.  So I was trying in good faith to
17  help them respond to this disaster.
18              So when you go down there and you sit with
19  these people in procurement for the hours and hours that I
20  did, you would -- you -- you would -- depending on
21  incident command's position of:  What is emergency needs,
22  what are the next-day needs, what's a five-day forecast
23  out needs, would dictate what they indicated to me that
24  their needs were so --
25      Q.  Let me stop you right there, and let me make sure
```

Page 99

```
 1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2  I understand what you're saying.
 3              You drove down to Gray without having --
 4  without an understanding from incident command what their
 5  specific needs were.
 6              You were going there to talk about that,
 7  correct?
 8      A.  Correct.
 9      Q.  Okay.  So with respect to the boats, when you
10  drove down there and provided an equipment list that
11  included boats, you don't have an understanding that they
12  needed boats or how much boats they would need or where
13  they would need them, correct?
14      A.  Incorrect.
15      Q.  What understanding did you have about their needs
16  for boats when you drove there to Gray?
17      A.  My understanding was they were looking for all
18  types of boats because they had a specific need.  So you
19  needed speedboats to do samples; you needed large boats to
20  carry supplies; you needed airplanes to get the COREXIT
21  out; you needed the -- shrimp vessels that needed -- the
22  -- to get products for the -- the samples; you needed
23  airboats because of the marsh; you needed people that were
24  qualified captains to do that.  They -- they didn't
25  understand all of those things.
```

Page 100

```
 1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2      Q.  How many boats were you -- when you made that
 3  first trip to Gray, how many boats were you offering to
 4  provide to BP?
 5      A.  I think that first list only had about 25 or 30.
 6      Q.  Were there other lists that you provided?
 7      A.  Oh, absolutely, because the daily request
 8  changed.
 9      Q.  How many boats in total, approximately, did you
10  say -- did you offer to BP to provide them?
11      A.  Several hundred.
12      Q.  Did you ever discuss -- did you ever agree with
13  BP how much BP would pay for any of those boats?
14      A.  That was not my call to make.
15      Q.  So you never -- Global Disaster never reached an
16  agreement with BP regarding the price BP would pay to use
17  any of the boats offered them?
18      A.  It was not a -- it was a set price.  It was not
19  like it was negotiated.  In other words, you had a boat
20  from 16- to 20-foot.  BP paid this amount of dollars.
21  From 20-foot to 28-foot, they paid this amount dollars.
22  From 28- to 40-foot, they paid this amount of dollars.
23  Whether it was airboat --
24      Q.  Are you talking about --
25      A.  I'm sorry?
```

Page 101

```
 1      30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2      Q.  Are you talking about the vessel of opportunity
 3  program?
 4      A.  No.
 5      Q.  Okay.  So --
 6      A.  I mean, yes, in -- in the grand scheme of things,
 7  that was -- that was when I met with them and Captain
 8  Stanton to give him the shrimp association's contact
 9  information because they had the largest number of
10  captains, vessels, and the sizes that they -- that could
11  have been provided at that time.
12      Q.  Okay.  So the boats that you were offering were
13  not Global Disaster's boats; they were the shrimp
14  association's boats, correct?
15      A.  It was just the list of the shrimpers in that
16  thing.  The boats that I actually was offering were people
17  that contracted -- other disaster-related boats that I had
18  done either business with or had contact with in the past,
19  to do other things in the disaster business.
20              So I had a list of people that provided
21  those services that BP did not have.  So when they asked
22  for the list of vessels, they would provide to me what
23  types of vessels they looked for and the length and the
24  qualifications and all of those things.
25              So because, you know, I'm -- I'm a captain
```

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1   and, you know, captains talk to other captains, and you
2   have all of these, I guess you would call them
3   communities, if you would, that -- that people do similar
4   type work, and --
5       Q.  So how many boats that you had on these lists
6   that you were providing BP, how many of them are Global
7   Disaster's boats?
8       A.  I think just mine is the only one that I
9   personally used that was Global's boat, was my 25-footer,
10  or 24-footer.
11      Q.  Did you reach an agreement with BP with respect
12  to the one boat that Global Disaster owned?
13      A.  We never discussed price.  We only discussed
14  going out and getting the samples.
15      Q.  Did you ever sign an agreement with BP where BP
16  would use your boat in connection with the spill response?
17      A.  I don't know if it was -- I don't think it was an
18  agreement with any of us, because by that time, they put
19  all of us on the VOO list, or vessel of opportunity, and
20  then they shunned all of us.  Well, they basically forced
21  us to go through the claims process.
22      Q.  Okay.  So you never entered into any agreement
23  with BP pursuant to which BP would use a boat that was
24  owned by Global Disaster?

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1       A.  Verbally, but not written.
2       Q.  Do you know who that verbal agreement was with?
3       A.  Procurement.
4       Q.  Do you know who with procurement?
5       A.  I do not recall his name.
6       Q.  Do you know when you entered into that agreement
7   with this person from procurement?
8       A.  It was approximately three days after the
9   explosion.
10      Q.  Do you recall how much they were agreeing to pay
11  to use your boat?
12      A.  I never had a discussion of that.
13      Q.  Do you -- do you recall any discussion about for
14  how long they would use your boat for?
15      A.  I don't -- I don't think we had that discussion.
16      Q.  You mentioned other services.
17          What services are you referring to?
18      A.  Well, that's what I was in the middle of
19  explaining awhile ago.
20          So when you go into the procurement area,
21  these tables that are lined out are, like, sectioned off,
22  and they have big paper tags hanging on the front of the
23  sections, indicating boom.  Then you had COREXIT, then you
24  had vessels of opportunity, then you had logistics, then

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1   you had labor, and you had all of these -- there would be
2   three or four or five individuals, all on phones, working
3   to -- to get these services no matter what they were.  And
4   that list was determined by prioritizing by incident
5   command.
6       Q.  For what services did you reach an agreement with
7   BP to provide?
8       A.  Well, it was my understanding that since I was
9   there on the floor and they would ask me:  Hey, do you
10  know who can get me this?  I mean, I'm standing in front
11  of the employees and they are asking me, and I said:  Yes,
12  I have that.  No, I don't have that.
13          One of the -- and then when they -- when I
14  would say yes, they would say:  Well, can you get me a
15  list together right now or today or within an hour or
16  whatever?  And then I would provide that to them.
17      Q.  So you would provide a list of -- of things
18  you -- of either people you know or items you had
19  available that Global Disaster could provide them, though,
20  correct?
21      A.  Correct.
22      Q.  After you provided that list -- did you ever
23  provide that list?
24      A.  Absolutely, multiple -- multiple lists.

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1       Q.  Did you ever reach a written agreement with BP
2   pursuant to which you would provide any of the products or
3   services that were included on that list?
4       A.  Written, no.  Verbal, yes.
5       Q.  Okay.  Who was your verbal agreement with?
6       A.  Those people in procurement, and like I say, they
7   changed every shift.  So who I talked to in the morning
8   was not the same people that I talked to at night.
9       Q.  Okay.  So you can't -- there's no -- there's no
10  single person that you reached an agreement with for these
11  services, correct?
12      A.  Yes, sir, but I don't know their name.  And
13  that's why I'm trying to explain to you, when you are
14  sitting there and this guy -- so let's say it's
15  4:00 o'clock in the afternoon and this procurement officer
16  at BP says:  Hey, Billy, I need 12 boats in the Grand Isle
17  area.  Can you get me that?  I said:  Yes, sir, I can get
18  that for you.  Well it took me, I don't know, three or
19  four hours to go outside, make the calls, get the
20  information, get the -- the solicitation stuff, and then I
21  would bring the names and contact numbers out of my little
22  notebook.  I would tear the page out and hand it to the BP
23  guy.  Okay?
24          So then he would call those people and if

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  they were -- you know, I guess they kind of trusted my
2  abilities to prequalify maybe -- or to prelocate, I guess
3  is a good word, and they would call those people, no
4  different than they did with the boom.
5          They told me they needed boom manufacturers
6  close.  I went to Alabama.  I drove to Alabama, I met with
7  them.  I met the inspector over there.  I did all of that
8  work, and then they went behind me and -- and bought the
9  boom direct.
10         So the same -- I guess you would -- could
11  apply that same analogy in good faith, I'm sitting there
12  in your face saying I'm here to help, how can I help.
13  They asked me for this.  I went and did that.  But by the
14  time I got back to them, the shift change had changed, so
15  the person I was dealing with before was not the person I
16  would give the information to and vice versa.
17         It may be 4:00 o'clock in the morning when
18  I'm in talking to the night shift, and incident command
19  changes at 0500 or 0600, and then those prioritized lists
20  change from what they asked -- they tasked me to do at
21  4:00 a.m.  When I got there at 7:00 the next morning after
22  incident command change, then I would provide that list to
23  the -- to the same section within that Gray -- within that
24  phone bank room, whatever -- employee room.  It's in the

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  EOC, in the Emergency Operation Center.
2          So when I would go back to the same table
3  that the guy asked me to go get those things, there would
4  be a another different person, because he was on the day
5  shift.
6      Q.  Okay.  Mr. Burkette, before you went -- you --
7  you provided a list to the procurement folks.  Before you
8  started driving around or calling folks to locate, you
9  know, what you -- what you believed that you could that
10  was on that list, did you have any discussions -- did you
11  have any agreement with BP about a price that BP would pay
12  for each of the items?
13     A.  It was a standard price list that they had.
14  That's what I'm telling you.  It was -- it was provided to
15  me.  It wasn't what I provided to them, and -- and there
16  were certain situations where the price list BP had, the
17  certain --
18         Just for an example, they had a hotel boat
19  that housed 135 people.  Okay?  It had bunks, it had
20  showers, it had cook, it had all of that.  And the price
21  that BP had allotted was about half of what the retail
22  space actually went for.
23     Q.  Okay.  And that --
24     A.  And those people -- those people, when they

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  sent -- when they -- when BP contacted them based on the
2  information that I gave them of those were the resources
3  available, then BP would ultimately call them and say:
4  Okay, well, we are only going to pay this much, and then
5  those people, the same people that -- that BP said we
6  would not pay you for were subcontracted by O'Brien, and
7  BP paid the bill.
8      Q.  Okay.  The people -- the goods and services that
9  Global Disaster was trying to procure from BP -- for BP,
10  they were goods and services that ultimately would be
11  provided by other people, correct?
12     A.  In some cases.  In some cases, they procured them
13  on the spot.
14     Q.  Okay.  But none of the goods or services that
15  were on these lists that you were providing were goods and
16  services that Global Disaster itself would be providing
17  BP, correct?
18         Other companies would provide the
19  different --
20     A.  Well, I thought that's what I was doing.  I
21  thought that my person, being a representative of Global
22  Disaster, sitting in front of those people helping to --
23  to respond to a massive disaster in good faith, that's
24  what I was doing, is representing Global Disaster to do

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  that for them.
2      Q.  Understand.  What I'm saying is the goods and
3  services that Global Disaster was trying to purvey to or
4  furnish to BP, none of those goods and services were going
5  to be provided by Global Disaster.
6          They were going to be provided by other
7  companies, correct?
8      A.  It was my understanding, by doing the work for
9  those procurement officers, that the intent -- my intent
10  was to provide that list via Global Disaster --
11     Q.  Okay.
12     A.  -- because that's what they asked me to do.
13     Q.  That's not my question.
14         My question is:  The goods and services that
15  Global Disaster was saying that it could -- it could
16  furnish to BP were goods and services that were going to
17  be provided by other companies or other people, correct?
18     A.  I'm not sure that I understand that question.
19     Q.  Okay.  Did Global Disaster own any skimmers?
20     A.  No, sir.
21     Q.  So when it provided a list of available skimmers
22  to BP, they were skimmers that Global Disaster knew other
23  people owned and could provide, correct?
24     A.  It was skimmers that BP procurement personnel

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  asked me to locate and find, so it was just --

2     Q.  Okay.  But they were not Global Disaster's

3  skimmers, correct?

4     A.  Correct, but the Global Disaster --

5     Q.  Okay.  Portable showers -- Global Disaster did

6  not own any of the portable showers that it was trying to

7  locate for BP, correct?

8     A.  Correct.

9     Q.  Global Disaster did not own any of the food tents

10  that it was trying to locate for BP, correct?

11    A.  Correct.

12    Q.  Global Disaster didn't own any of the restrooms

13  or floating accommodations or barges or boom or land or

14  labor that it was trying to locate for BP, correct?

15    A.  Correct.

16    Q.  Okay.  So BP was ultimately going to use goods

17  and services that were provided by companies or people

18  other than Global Disaster, correct?

19         Let me say it differently.  All of the goods

20  and services that Global Disaster was trying to secure for

21  BP in connection with the spill response were goods and

22  services that would ultimately be provided by another

23  company?

24    A.  I did not view it that way.

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1     Q.  So Global Disaster did not, itself, own any of

2  the goods and did not itself provide the services that it

3  was trying to locate for BP, correct?

4     A.  Correct.

5     Q.  Okay.  How much -- did you have any agreement

6  with BP on the price that BP would pay Global Disaster for

7  Global Disaster's services in -- in all the work it was

8  doing to locate those goods and services for it?

9     A.  Repeat the question.

10    Q.  Did BP -- did Global Disaster and BP have an

11  agreement on how much BP would pay Global Disaster to

12  locate those items for BP?

13    A.  We never discussed that.

14    Q.  Did Global Disaster and BP ever have any

15  agreement in advance of Global Disaster coming to the

16  procurement office in response to the solicitation to

17  locate goods and services for BP?

18    A.  No, sir, we did not have anything before that.

19         The only real agreement other than the

20  e-mails were verbal agreements and commitments.  It would

21  be like this:  I would go in, and depending on, you

22  know -- it's a big monitor thing.  It had like a wall on

23  the end of that building, where incident command had

24  prioritized lists and they had whiteboards and they had

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  chalkboards.  They had immediate needs, and then they had,

2  like I say, forecasted needs.

3         So when you would talk to these procurement

4  officers and -- in an earnest effort to help respond to

5  this massive disaster, and all of these people that were

6  shipped in via BP's personnel.  Like -- I'm trying to

7  explain, they were completely at a loss because they did

8  not know -- they didn't have a tangible list of goods and

9  service providers that were in our area.

10    Q.  Okay.  So...

11    A.  And they asked me to facilitate that, it was just

12  my understanding that if I'm standing in front of a

13  procurement person and they asked me to do something, that

14  they're tasking me with a request to provide a good or a

15  service that they would pay me for.

16         Is that unreasonable to think that that's

17  what you were doing is conducting business?

18    Q.  So it's Global Disaster's -- let me make sure I

19  understand what you're saying.

20         It was Global Disaster's understanding that

21  by undertaking the efforts to locate these goods and

22  services for BP in connection with the spill response,

23  that Global Disaster would be compensated for its time,

24  correct?

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1     A.  Correct.

2     Q.  That's not based on anything that BP told you it

3  would pay, correct?

4     A.  Incorrect.

5     Q.  BP never told you if you worked to find these

6  services for us, we will pay you a fee?

7     A.  They never said the word "fee."  They just said

8  that -- that I would be compensated for the -- all the

9  work that I was doing.

10    Q.  Who said you would be compensated for the work

11  that you were doing?

12    A.  Well, the first -- like I told you, on day three

13  after that when we started all of this, it was -- it was

14  in its infancy stages, so it was -- I mean, it was -- it

15  was my understanding that I was working towards a solution

16  to help BP in response, and those --

17    Q.  I understand that -- my question was --

18    A.  -- those things were not negotiated up front.

19  None of them were, for nobody.

20    Q.  That's not my question.

21         Nobody at BP agreed with Global Disaster

22  that they would pay Global Disaster in exchange for Global

23  Disaster's time trying to locate goods and services for

24  BP?

Page 114

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2        A.  All of them did.
 3        Q.  What price did BP agree to pay Global Disaster?
 4        A.  There was -- that's what I say, we never
 5   discussed a price.  It was more -- they were caught up in
 6   finding the -- the goods and services was -- was more
 7   important than price at that particular time.
 8        Q.  So...
 9             THE STENOGRAPHIC REPORTER:  Please speak one
10   at a time.
11             MR. KLAR:  Sorry.
12   BY MR. KLAR:
13        Q.  So to confirm, BP and Global Disaster never
14   agreed on a price that BP would pay Global Disaster for
15   Global Disaster's work trying to locate goods and services
16   for BP in connection with the spill response?
17        A.  Incorrect.  BP had its own price structure that
18   they determined what was fair and reasonable.
19        Q.  Hold on.  So the price structure that you're
20   talking about, that's the price that it would ultimately
21   pay for the goods and services that were provided,
22   correct?
23        A.  Okay.  So let's -- let me share with you my
24   thought process.
25        Q.  Just answer my question.  Just answer my
```

Page 115

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   question.
 3        A.  I'm trying to.
 4        Q.  The price structure that BP -- that you're
 5   referencing was a set price for the specific goods and
 6   services that Global Disaster was attempting to locate for
 7   them, right?
 8        A.  Some of it, yes.
 9        Q.  There was no agreement on price specifically for
10   Global Disaster's efforts trying to find those goods and
11   services?
12        A.  It was a preset price that BP had, no different
13   than the same price that they had with O'Brien or ES&H or
14   Oil Mop, or any other contractor that provided those
15   services.
16             What would be the difference, if I was the
17   first one to the -- to the -- to the headquarters and I
18   was doing the work versus somebody that they had
19   prepositioned contracts with.  The work we did was the
20   same.  The payment was the same.
21        Q.  Okay.  So it's Global Disaster's position that it
22   should be paid the same as folks that BP had actual
23   contracts with?
24        A.  Well, why would it be any different?
25        Q.  Global Disaster didn't have any contracts with
```

Page 116

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   BP, right?
 3        A.  Verbal contracts.
 4        Q.  But there was no verbal contract agreeing to a
 5   price for Global Disaster's efforts, correct?
 6        A.  I would not agree with that.
 7        Q.  What was the price that BP agreed on?
 8        A.  Their preset contract rates.
 9        Q.  What was it?
10        A.  I would have to go -- I would have to look at
11   those prices.  A lot of -- some of the -- some of the
12   prime contractors, like O'Brien, they had -- they used the
13   GSA rates for the General Services Administration for the
14   federal government.  So their contracted rate -- some of
15   it was 20 percent profit and margin.  You know, you had
16   20 percent for -- on top basically.  It was goods and
17   services plus 20 percent.
18        Q.  Okay.  So it's Global Disaster's position that
19   for the efforts Global Disaster expended trying to locate
20   goods and services for BP in connection with the clean-up,
21   that Global Disaster should be paid whatever BP agreed to
22   pay O'Brien pursuant to the written contract between BP
23   and O'Brien?
24        A.  Not just O'Brien.
25        Q.  But that's one of them, correct?
```

Page 117

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2        A.  That is one of many, yes.
 3        Q.  Let me say it a different way.  It's Global
 4   Disaster's position that Global Disaster should be
 5   compensated for its work locating goods and services for
 6   BP, for BP to use in connection with the spill clean-up,
 7   the rates that BP agreed on with all other contractors it
 8   had, in writing?
 9        A.  There was a lot of companies that it didn't have
10   in writing that it had verbal agreements with.
11        Q.  How do you know what the price of those contracts
12   were?
13        A.  Because BP's procurement people told me that they
14   had a preset price list.
15        Q.  Okay.  How much -- but what prices are you
16   talking about, and this -- how much were your services to
17   be compensated?
18        A.  So that's what I was trying to explain awhile
19   ago.  So they had a 16- to 20-foot vessel.  It was a
20   airboat.  They paid them $50 an hour.
21        Q.  That's for the actual boat itself, correct?
22        A.  That's a BP question.  I don't know the answer --
23   yes, yes.  I see what you're saying, yes.
24        Q.  Okay.  So there's a difference between a set
25   price that BP was willing to pay for someone's boat as
```

Page 118

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  opposed to a set price for the work someone did to locate
3  that boat for them, right?
4       A.  Well, not only to locate it, but also when they
5  located it, it was the responsibility to track the man
6  hours and the amount of vessels that were used, and that's
7  one of the things that they shifted to, after we had all
8  of this work done, that they shifted to these prime
9  contractors.  In the very beginning, it was not that way.
10      Q.  Okay.  I want to go back to the set price issue.
11          The prices that we were talking about are
12  for the actual goods and services themselves, not for the
13  efforts to locate those goods and services, correct?
14      A.  That was -- some of them, yes.
15      Q.  Okay.  Did Global Disaster and BP ever have an
16  agreement as to the price BP would pay Global Disaster for
17  its efforts to locate and track the goods and services
18  that were ultimately provided by other companies?
19      A.  Okay.  It is my understanding, through
20  procurement, that they had a 20 percent overhead and
21  profit margin that would be on top of any goods or
22  services that you would provide to them.  It was -- it was
23  preset in BP's set price list.
24          So just take that one boat.  If it's $50 an
25  hour, then you would add 20 percent and that 20 percent

Page 119

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  was what Global would have gotten.
3      Q.  So in order to figure out Global Disaster's
4  damages in this case, Global Disaster needs to prove every
5  good or service that it procured for BP and add 20 percent
6  to it, to the -- to the cost, and that 20 percent is
7  Global Disaster's damages?
8      A.  Some of it.
9      Q.  Okay.  For the portion relating to the Global
10  Disaster's efforts to procure goods and services?
11      A.  Correct.
12      Q.  Was 20 -- what is your under -- is the 20 percent
13  standard across all of BP's contracts?
14      A.  That was my understanding.  That's what
15  procurement indicated to me, yes.
16      Q.  Okay.  Who at procurement told you that?
17      A.  Like I say, a different person on different
18  shifts.
19      So you don't know who told you that?
20      A.  I don't recall their name.  If I could see them
21  in a lineup, I could tell you.
22      Q.  Do you recall when you were told that -- that
23  finders get 20 percent of all -- paid to goods and
24  services providers?
25      A.  I wouldn't -- I never heard the word "finders."

Page 120

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2      Q.  Do you recall when -- when you were told that the
3  fee paid to people who locate goods and services for BP is
4  20 percent on top of the cost of goods and services?
5      A.  Yes, sir.  It was through the -- like I say,
6  originally in the first couple of days when I was down
7  there in the -- in the BP headquarters, that I was having
8  these discussions, and, you know, it was one of the BP
9  employees or procurement guys that said to me:  Is this
10  your equipment or is this your vessel or is this your, you
11  know, hotel boat or whatever, the barge, whatever it was.
12  And I said:  No, sir.  He says:  Well, then the -- how are
13  you being compensated for getting that to us?  And I said:
14  We have never discussed that, other than I was told that
15  you had a preset rate.  And he said:  Yes, sir, we do.
16  It's -- it's generally a 20 percent overhead and profit
17  margin that is placed on top of those things for, you
18  know -- basically to compensate you or your company,
19  Global Disaster, for obtaining these goods and services,
20  and helping us out.
21          Look, these guys were very appreciative and
22  happy I was there to try to help them.  It wasn't like I
23  was a burden, or I'm there trying to solicit this contract
24  or anything.  I was more concerned with doing what was
25  right and trying to help the -- them to respond to a

Page 121

1  30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2  disaster.
3      Q.  Other than the documents that you produced to BP,
4  do you have any records reflecting the goods and services
5  that Global Disaster helped procure to BP, for which
6  Global Disaster is claiming a 20 percent rate for?
7      A.  Could you repeat that first part again?  You
8  broke up.
9      Q.  Other than the e-mails and the documents that you
10  produced to us in this case --
11      A.  Right.
12      Q.  -- does Global Disaster have any records tracking
13  how many goods and services and the price of those goods
14  and services that it obtained for BP, such that one could
15  calculate what the 20 percent markup is that Global
16  Disaster is entitled to?
17      A.  Nobody asked me for that until just now.
18      Q.  Okay.  Do -- I'm asking:  Does Global Disaster
19  have those records?
20      A.  A portion of them through the e-mails, I believe
21  I could calculate, yes.
22      Q.  Okay.  Other -- okay.
23          My question is:  Other than the e-mails and
24  the documents you've already provided to us, does Global
25  Disaster have records tracking how many goods and services

Page 122

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
1
2   and the price for those goods and services that it
3   obtained for BP?
4        A.  At this point right now, I would have to go back
5   and look, and then I would also have to see what you have
6   and don't have, because I don't -- I don't know what you
7   have or don't have.
8        Q.  Do you know what you have or don't have?
9        A.  A complete list, no.
10       Q.  Do you have a ledger that tracks all of the goods
11  and services that you procured for BP between --
12       A.  I would have to rely on the past e-mails and
13  memory and my -- well, I don't have my notebook and my red
14  diary anymore, but I could -- I could go back and look
15  through the e-mails that I have contact information with
16  other companies that they submitted to me, for me to
17  submit to BP.  I could provide that.
18       Q.  Did BP -- did anyone at BP, procurement or
19  otherwise, tell you that -- that they would eventually
20  send you an agreement that reflects here's how much we're
21  going to get for all these boats you're getting for us?
22       A.  Well, we had a couple of conversations with
23  procurement.  Like I said, they are the ones that told me
24  that it was a preset --
25       Q.  Understood.  I'm asking, did they ever tell you

Page 123

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2   that they would put this in a document so that Global
3   Disaster could have an agreement for their records?
4        A.  Repeat that first part again.
5        Q.  Did Global Disaster ever obtain a written
6   agreement from BP pursuant to which BP agreed to pay
7   Global Disaster 20 percent on top of the cost of the goods
8   and services Global Disaster was locating for BP?
9        A.  No, sir.  You know, they never focused on that
10  with me.
11       Q.  Yesterday, you testified that --
12             THE STENOGRAPHIC REPORTER:  I'm sorry, I
13  didn't hear that.  When you talk over each other, it
14  completely blanks out.
15             MR. KLAR:  Sorry.
16  BY MR. KLAR:
17       Q.  Yesterday, you talked about Port Fourchon and an
18  option to purchase land there.
19             Do you recall that?
20       A.  Yes.
21       Q.  Okay.  Am I correct that it's Global Disaster's
22  position it had an agreement with BP to locate land to
23  eventually lease to BP for BP to use for storage or other
24  uses?
25       A.  That is my understanding, correct.

Page 124

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2        Q.  That was an oral agreement with BP, correct?
3        A.  Correct.
4        Q.  Did you expect that the lease for the land at the
5   Port Fourchon marina would later be put in writing?
6        A.  I thought you had that document.  It was already
7   in writing.
8        Q.  That's -- that document we have is the agreement
9   between -- or the letter from Port Fourchon saying it will
10  agree to sell to Global Disaster for $750,000.
11            What I'm talking about is an agreement
12  between Global Disaster and BP, pursuant to which Global
13  Disaster would lease the land to BP.
14       A.  That is correct.
15       Q.  Okay.  So just so we are clear, you expected that
16  lease eventually would be put in writing, correct?
17       A.  Correct.
18       Q.  But it never was, right?
19       A.  Incorrect.  Oh, it never was with me.
20       Q.  Somebody else?
21       A.  Yes, they did lease the land, but it was
22  through -- because Chris Moran bought it.
23       Q.  Okay.  So Global Disaster never had a written
24  contract with BP to lease the land at Port Fourchon marina
25  because somebody else bought it, correct?

Page 125

1   30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2        A.  Half correct.
3        Q.  Which half is incorrect?
4        A.  Somebody else bought it, but they were not even
5   aware of it until I brought it to them.
6        Q.  Understood.  But -- but Global Disaster never had
7   a written lease agreement with BP to lease land to the
8   Port Fourchon marina, correct?
9        A.  Written, correct.
10       Q.  Global Disaster and BP never agreed on a price
11  for that lease of land, correct?
12       A.  Again, it was a standardized set price that they
13  had.  I -- I -- it was not a negotiated price.
14       Q.  Sitting here today, you don't know what that
15  price was, right?
16       A.  I can't recall, but I do have that somewhere.
17       Q.  Did you expect that that lease would be for
18  longer than a year?
19       A.  Yes.
20       Q.  Did you ever agree with BP on when the lease
21  would start?
22       A.  We had a tentative agreement for the next week,
23  but that's -- remember I told you yesterday, that two days
24  after I had that discussion with the guy down there in
25  Fourchon that they rotated him out.  He went home for a

Page 126

```
 1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   good two weeks.  So by the time the two weeks passed and
 3   he came back is when BP had already tried to push all of
 4   us into that master service agreement thing with ES&H.
 5       Q.  You could not -- ultimately, you had to go to a
 6   bank to get financing to fund that sale, correct?
 7       A.  I would have had, yes.
 8       Q.  And you never obtained that financing from them,
 9   correct?
10       A.  Well part of the financing that the bank would
11   agree to is I would have a lease or some form of lease of
12   the use of that property from BP, in order to guarantee
13   payment for the loan.
14       Q.  Okay.  And you never had that lease, right?
15       A.  Like I told you, I didn't get a chance to get it.
16   They shipped the guy out.
17       Q.  Okay.  So you never had that lease, right?
18       A.  Correct.
19       Q.  So I want to make sure now that -- remember
20   yesterday at the beginning of the deposition, you and I
21   had a brief discussion about how yesterday you were
22   testifying as Billy Burkette and today you're testifying
23   as Global Disaster.  And you asked me if I would expect
24   your answers to be different.
25           Do you remember that?
```

Page 127

```
 1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2       A.  Yes.
 3       Q.  I just want to make sure that answers are the
 4   same today as they were yesterday, or if not, why not.
 5           So is Global Disaster's testimony today,
 6   with respect to the damages it seeks in this litigation,
 7   the same as what you testified to yesterday in your
 8   personal capacity?
 9       A.  To the best of my knowledge.  Did I give any
10   different answers?
11       Q.  No, no, I'm not accusing you of giving different
12   answers.  I just want to confirm for the record that your
13   positions haven't -- are the same as they were yesterday.
14           Is that okay?
15       A.  Yes, that's fine.
16       Q.  Okay.  Damages that Global Disaster is seeking
17   relating to Aqua N-Cap are as testified to yesterday,
18   correct?
19       A.  In what respect?
20       Q.  Your position generally was how much damages were
21   caused, and the cause of those damages are what we talked
22   about yesterday, correct?
23       A.  In portion -- in portion, yes.  There is some
24   other portions that, you know -- that I think that were
25   important that you never asked the questions about, and
```

Page 128

```
 1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   that was the inability for BP to -- or BP's inability to
 3   respond to the disaster in a manner consistent with which
 4   they said they would respond.
 5       Q.  Let me ask it differently.  Global Disaster's
 6   position with respect to how it was damaged and the extent
 7   of its damages, relating to BP not purchasing Aqua N-Cap
 8   from Global Disaster, is the same today as what you
 9   testified to yesterday, correct?
10       A.  So I'm trying to clarify.  Okay?
11           The testimony that I gave today in regards
12   to Aqua N-Cap is consistent with the same testimony that I
13   gave yesterday; is that correct?
14           In other words, you're not saying the
15   answers I gave you yesterday are different from the
16   answers that I'm giving you today as far as in regards
17   specifically to Aqua N-Cap?
18       Q.  Let me ask you -- I think this will clear it up.
19   Let me ask it differently.
20           If I were to ask you the same questions
21   about Aqua N-Cap that I asked you yesterday, your answers
22   today would be the same, right?
23       A.  To the best of my ability, yes.
24       Q.  If I were to ask you questions about your
25   relationship with Airware today, if I were to go through
```

Page 129

```
 1       30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   all those questions again, your testimony and response
 3   today would be the same as it was yesterday, right?
 4       A.  To the best of my knowledge, yes.
 5       Q.  Okay.  The questions I asked you about Robin
 6   Seafood, or Strategic Services, or the Port of St.
 7   Bernard, ES&H, Port Fourchon Marina, and the other goods
 8   and services we talked about yesterday, if I ask you the
 9   same exact questions today, your answers, to the best of
10   your knowledge, would be the same as what you testified to
11   yesterday, correct?
12       A.  To the best of my knowledge, yes.  If you would
13   ask the question a different way -- may trigger a thought
14   or a conversation that was different that I may include or
15   expand on, but as far as the definition of the answer,
16   then ultimately would be the same, yes.
17       Q.  I'm sending Tab 5 over the chat.
18           MR. KLAR:  Can the court reporter please
19   mark that next in line?
20           (Exhibit 20 was marked for identification.)
21           THE STENOGRAPHIC REPORTER:  Yes, Exhibit 20.
22           MR. KLAR:  Thank you.
23   BY MR. KLAR:
24       Q.  Mr. Burkette, have you seen this before?
25       A.  No, sir, I don't believe I have.
```

Page 130

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    Q.  This is a copy of Pretrial Order No. 64, that the
3 judge in this case issued back -- February 22nd, 2017.
4            Can you turn to Page 3 of the order?
5    A.  Okay.
6    Q.  Paragraph 3, where it says, "Sworn Statement
7 Regarding General Maritime Claims."
8    A.  Yes, sir, I see that.
9    Q.  It says:  No later than April 5th, 2017, each
10 remaining B1 plaintiff who wishes to pursue a general
11 maritime law claim shall complete, sign, and serve the
12 attached sworn statement, Exhibit A to this Order.
13            Do you see that?
14    A.  I see it.
15    Q.  Okay.  Let's go to the attachment, Exhibit A,
16 which is on PDF Page 9.
17    A.  Okay.
18    Q.  Global Disaster -- do you recognize this exhibit?
19    A.  No, sir, I do not.
20    Q.  To the best of your knowledge, Global Disaster
21 didn't submit this form, correct?
22    A.  I don't know, sir.  I don't think I have ever
23 seen this.
24    Q.  To the best of your knowledge, you don't recall
25 seeing this; is that right?

Page 131

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    A.  No, sir, I don't recall.  Doesn't mean that I
3 didn't, but I don't recall it.
4    Q.  Switching gears here.
5            Do you know who Stephen Ford is?
6    A.  I do.
7    Q.  Who is he?
8            MR. NEWELL:  What was the name?
9            MR. KLAR:  Stephen Ford.
10           THE STENOGRAPHIC REPORTER:  Yeah, I'm sorry.
11 I'm getting a lot of feedback.  Can we take a break?
12           MR. KLAR:  Take a break, right?
13           THE STENOGRAPHIC REPORTER:  Yes, please.
14           MR. KLAR:  Yes, of course.
15           THE VIDEOGRAPHER:  Okay.  We are off the
16 record.  The time is 1:51 p.m.
17           (Brief recess taken.)
18           THE VIDEOGRAPHER:  We are back on the
19 record.  The time is 1:58 p.m.
20 BY MR. KLAR:
21    Q.  Okay.  Mr. Burkette, I had just asked you if you
22 knew who Stephen Ford is.  You said yes.
23            So can you tell us who he is?
24    A.  He is a guy that was doing work for Hurricane
25 Katrina in St. Bernard.

Page 132

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    Q.  Was he a subcontractor of Global Disaster?
3    A.  No, sir.
4    Q.  Did he have any relation to Global Disaster
5 whatsoever?
6    A.  I'm sorry?
7    Q.  Did he have any relationship to Global Disaster
8 at all?
9    A.  No, sir, other than -- other than he was one of
10 the people that provided some samples of sawdust -- like,
11 they had microbes in it -- that we submitted BP as a
12 solution for eating the carbons.
13    Q.  Did -- did you and Stephen Ford ever get into a
14 dispute?
15    A.  Over?
16    Q.  I'm asking you:  Ever?
17    A.  Not really a dispute.
18    Q.  Did -- does Mr. Ford ever have a lien on -- on
19 either you -- on -- on Global Disaster?
20           MR. NEWELL:  Objection, form.
21           THE WITNESS:  Not that I am aware of.
22 BY MR. KLAR:
23    Q.  Does Global Disaster have any liens or judgments
24 against it?
25    A.  Not that I'm aware of.

Page 133

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    Q.  Has Global Disaster ever been a party to a
3 lawsuit, other than this one?
4    A.  Not that I'm aware of.
5    Q.  Okay.  I'm sending Tab 29 to the chat.
6            Let me know when you have that open.
7            MR. KLAR:  What exhibit is that, Kari?
8            THE STENOGRAPHIC REPORTER:  Give me one
9 second.  This will be 21.
10           MR. KLAR:  Okay.
11           (Exhibit 21 was marked for identification.)
12 BY MR. KLAR:
13    Q.  Do you remember this, Mr. Burkette?
14    A.  I don't know.  I have to look at it.
15    Q.  Have you seen this complaint before?
16    A.  No, sir, not that I'm aware of.
17    Q.  Do you see at -- on the first page, it's Global
18 Disaster Recovery and Rebuilding Services, A-Towing and
19 Hauling, and Billy Burkette versus BP.
20            Do you see that?
21    A.  I have to go back up to the top page.  Come on
22 thing, move.  Well, this thing's slow.  Come on.  All
23 right.
24    Q.  Do you see that caption, this -- this is Global
25 Disaster's complaint in this case?

**Page 134**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  A.  If this thing will stay still.  Hold on.  It
2  keeps jumping back down to about middle of the page here,
3  middle of the document.  Okay I'm here now.
4      Yes.  So what about it?
5  Q.  This is Global Disaster's complaint against BP in
6  this case, right?
7  A.  I have never seen it before.  I'm -- I don't
8  know.
9  Q.  Okay.  If you can turn to page 28.
10  A.  28?
11  Q.  Uh-huh.
12  A.  Okay.
13  Q.  Do you see that says "fraudulent concealment" in
14  big item A there?
15  A.  Yes.
16  Q.  What -- is Global Disaster pursuing the
17  fraudulent concealment claim against BP still?
18      MR. NEWELL:  Objection, form.
19      THE WITNESS:  I don't understand what you're
20  asking.
21  BY MR. KLAR:
22  Q.  Does Global Disaster contend that BP fraudulently
23  concealed information from Global Disaster?
24      MR. NEWELL:  Same objection.

**Page 135**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1      THE WITNESS:  I'm -- I'm not sure I
2  understand -- let me get back.  I'm not sure I understand
3  your question, sir.
4  BY MR. KLAR:
5  Q.  Do you contend that BP fraudulently concealed
6  information from you?
7  A.  Well, can you --
8  Q.  I'll elaborate.
9      Does Global Disaster contend that BP did not
10  tell Global Disaster something that BP should have told
11  Global Disaster?
12  A.  In what aspect?
13  Q.  At all.
14  A.  I believe that -- 100 percent, yes.
15  Q.  Okay.  What information do you believe BP should
16  have told you that it didn't?
17  A.  BP should have been more, or -- or -- exercised
18  more transparency.
19  Q.  With regard to what?
20  A.  Everything.
21  Q.  Can you be specific?  What facts should it have
22  been more transparent about?
23  A.  Well, I mean -- no, sir, I -- I mean, I'm not
24  sure I understand -- you asked a question that you said at

**Page 136**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  all in general, and I asked you is there something
2  specific, and you said at all in general, so that's my
3  answer.
4  Q.  Okay.  But -- sitting here today, is there any
5  specific piece of information that Global Disaster is
6  claiming BP should have told it but didn't?
7  A.  Yes.
8  Q.  Okay.  What information?
9  A.  The information that was held and communication
10  from Jackie Michelle to other executives at BP, and also
11  the amounts of oil that are still on the Gulf floor that
12  they are saying does not exist, that it does exist.
13  Q.  Is that the extent of the information that you
14  believe BP should have told you but didn't?
15  A.  Oh, I don't know.  I would have to think about
16  that.  I don't -- I'm not -- I'm not ready to say that's
17  in totality, no.
18  Q.  Okay.  So sitting here today, you can't think of
19  anything else besides those two items, correct?
20  A.  It's not that I can't think of it.  I just
21  haven't thought of them.
22  Q.  Sitting here today as of this moment, you're not
23  aware of anything else?
24  A.  That comes to mind, no.

**Page 137**

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Q.  Okay.  Sitting here today, nothing else comes to
2  mind, right?
3  A.  Correct.
4  Q.  Let's start with -- you said information that was
5  held in communication from Jackie Michelle to other
6  executives at BP.
7      What information or communications between
8  Jackie Michelle and the BP executives are you referring
9  to?
10  A.  Well, obviously, there was information that the
11  environmental impact that COREXIT would have versus the
12  environmental impact that Aqua N-Cap would have were
13  concealed.
14  Q.  Okay.  How did the concealment of -- of the
15  environmental impact of COREXIT damage Global Disaster?
16  A.  Because they refused to take the -- I guess, to
17  follow their own response plan.
18  Q.  Let me ask a different way.  Global Disaster
19  understood the environmental impact of COREXIT, right?
20  A.  Correct.
21  Q.  Global Disaster didn't need BP to tell it what
22  the environmental impact of Global Disaster -- I'm
23  sorry -- what the environmental impact of COREXIT was,
24  because Global Disaster already knew it, right?

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    A.  Incorrect.
3    Q.  What's incorrect?
4    A.  Global Disaster has never used COREXIT and
5  especially in large quantities.  I don't think that BP
6  even knew the environmental impact until after it was
7  being used.
8    Q.  So at what point did Global Disaster learn about
9  the environmental impact of COREXIT?
10   A.  I believe it was -- it came out when the plane
11 dumped it on some of the vessel of opportunity boats, and
12 it caused severe chemical burns to the people on those
13 vessels.
14   Q.  Okay.  At the time that that occurred, do you
15 have any understanding as to whether BP knew of the
16 environmental impact of COREXIT?
17   A.  It was my understanding that BP knew that and
18 also knew that the alternative, Aqua N-Cap, was a much,
19 much safer, nontoxic response, and they chose to use the
20 COREXIT to disperse it and sink it to the bottom as
21 opposed to cleaning it up, like they should have.
22   Q.  And what is your understanding that BP knew of
23 the environmental impacts of COREXIT based on?
24   A.  The Environmental Protection Agency put out
25 documentation, as well as it had been used in other

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  portions of the world, in previous spills, that it was
3  toxic.
4    Q.  Okay.  So based on publicly available
5  information, it was understood that COREXIT was harmful
6  and toxic?
7    A.  And the partnership that BP has with the
8  manufacturer, it's on the labeling.  It's on the MSDS
9  sheets, from what I -- if I remember correctly.
10   Q.  Okay.  So if -- if Global Disaster wanted to
11 learn about the environmental impact of COREXIT, it had
12 publicly available sources to learn about that, correct,
13 from the EPA?
14   A.  In -- in a fashion, but it's -- it's kind of like
15 the efforts to suppress it, and to minimize it via the
16 media, that BP was paying for that media campaign to
17 suppress that, just shows that, you know, I have -- that's
18 how I felt.  I felt like BP was hiding and being dishonest
19 with their information being disseminated to the public.
20 I -- I believe that they disseminated that information for
21 their benefit, not for the environmental impact that it
22 realistically was.
23   Q.  But Global Disaster had information available to
24 it to understand what the true environmental impact of
25 COREXIT was, correct?

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2    A.  I don't know, sir.  I'm -- I'm -- I really -- I
3  never researched that until the decision was made to use
4  that over the Aqua N-Cap, and then the MSDS sheets that I
5  got were specifically laid out for that drum.
6        In other words, it depends on -- an MSDS
7  sheet was written and pasted on the actual container, so
8  it was specific to that container.  It was not specific in
9  general, like this dispersant was used in the mill- --
10 millions of gallons.  There was no -- there was not -- I
11 was not able to find the information that was equivalent
12 to the massive amounts that BP was distributing.
13   Q.  Okay.  How -- if Global Disaster had known the --
14 the extent of the environmental impact of COREXIT, what
15 would Global Disaster have done differently?
16   A.  I would have tried to approach the E- -- EPA with
17 the difference between Aqua N-Cap and COREXIT, to
18 demonstrate how much safer that it was and, again, when --
19 when Jackie Michelle made the statement to Captain Stanton
20 and I that chose to use a dispersant instead of a
21 collecting agent, that it would lend credence to the fact
22 of they were concealing things.
23       In other words, if you -- if you're doing
24 something to disperse something, to hide it, versus
25 capturing it to quantify it, and you made a intentional

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  decision to do that, I took that as -- you're concealing
3  and being dishonest with your response.
4    Q.  Okay.  Do you believe that Global Disaster did
5  everything it could to try and get BP to purchase
6  Aqua N-Cap from it and use it in the spill response?
7    A.  No.  I believe that BP took a position that it
8  refused to use the Aqua N-Cap, under no conditions.  No
9  matter what Global Disaster did, was it ever going to use
10 it, and she made that very plain and clear.  It was a --
11 a -- it was not to be used because it would quantify the
12 spill and cost them billions of dollars in fines and more,
13 even more damages in economic recovery.
14       So that right there is where I would obtain
15 the thought process of they were being deceitful and
16 fraudulent.
17   Q.  I'm not asking about BP.  I'm asking about Global
18 Disaster.
19       Did Global Disaster do everything it could
20 to try and convince BP to use Aqua N-Cap?
21   A.  I think that Global Disaster did an adequate job
22 of presenting the facts to BP, that BP failed to
23 recognize, yes.
24   Q.  And all of the efforts that Global Disaster
25 expended to try and get BP to use Aqua N-Cap, Global

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  Disaster undertook after it found out about the damaging
2  effects of COREXIT, correct?
3
4      A.  Say that again.
5      Q.  All of the efforts that Global Disaster expended
6  to try and convince BP to use Aqua N-Cap, all of that work
7  that Global Disaster did occurred after Global Disaster
8  found out how damaging COREXIT was, right?
9      A.  I'm not going to agree to that, no.
10     Q.  Why -- what work did Global Disaster do with
11 respect to Aqua N-Cap before it figured out that COREXIT
12 was damaging?
13     A.  Well, you know, the -- the thought process and
14 the primary focus that I had, or that Global Disaster had,
15 was to follow the response that BP had provided to the
16 State of Louisiana.
17         I mean, if -- if you -- in order to get a
18 permit to -- to drill for oil, you had to submit a
19 hazardous plan, then one would think that if you make
20 those statements, that these are the things you will do if
21 you have a spill, then you would do it.  I mean, that's --
22 that's the general thought process that I had.
23     Q.  Okay.  So the reason why Global Disaster was
24 trying to convince BP to use Aqua N-Cap is because of --
25 Global Disaster claims that was an approved product that

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1  BP already said it would use in its hazard mitigation
2  plan, right?
3
4      A.  In a -- and because it was a safer alternative to
5  the COREXIT.
6      Q.  Okay.  But setting aside COREXIT.  I'm talking
7  about before you found out COREXIT was dangerous.  Okay?
8      A.  I don't -- I don't -- I mean, COREXIT has been
9  around for years.  I don't -- I mean, I knew it was a
10 hazardous material.
11     Q.  You knew that before the spill?
12     A.  Oh, yeah.
13     Q.  You knew it had -- it potentially had serious
14 environmental impacts before the spill?
15     A.  Yes.
16     Q.  Okay.  So even if BP had told you more
17 information about how damaging COREXIT was, after the
18 spill, you wouldn't have done anything differently.
19         You still would have tried to convince them
20 to use Aqua N-Cap consistent with their hazard mitigation
21 plan, correct?
22     A.  Yes.
23     Q.  Okay.  Separately you -- oh, sorry.
24         You mentioned the -- one of the other pieces
25 of information that BP is concealing from you is the

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2  amount of oil that is still on the ground in the ocean
3  today; is that right?
4      A.  That's my -- that's my understanding, yes.
5      Q.  Can you explain to me how not knowing that
6  information has impacted Global Disaster?
7      A.  Well, so if BP says that the world is flat and
8  you go to orbit, you can see that it's round.  If -- if BP
9  says that a hundred gallons is on the floor and you send
10 an ROV down and you find out it's millions of gallons on
11 the floor, then how else do you interpret that?
12     Q.  Okay.  So my question is:  If BP did a study and
13 found out exactly how much oil is still on the floor and
14 provided that information to Global Disaster --
15     A.  Uh-huh.
16     Q.  -- what does Global Disaster contend that it
17 would do with that information?
18     A.  Well, we could utilize recovery efforts and
19 response efforts to pipe down the Aqua N-Cap to attach
20 that to the hydrocarbons, and then it would float -- into
21 which you could recover that oil.
22     Q.  So sitting here today, Global Disaster doesn't
23 have any rights to Aqua N-Cap, right?
24     A.  I have.  I guess we could buy from BP just like
25 we could have bought it from RTASCo.

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE

1
2      Q.  Do you think BP would sell it to you if they
3  could just use it itself?
4      A.  Well, doesn't that lend credence to them hiding
5  and being dishonest with that amount?  If they own the
6  product and they know the oil is there, why wouldn't they
7  go get it?
8      Q.  What I'm trying to ask is:  If you knew how much
9  oil was in the ocean, is the only thing that you would do
10 differently was to try and purchase Aqua N-Cap from BP to
11 put it in the ocean?
12     A.  No, sir.
13     Q.  Okay.  What else would you do besides that?
14     A.  Depending on the depth of it, there would be a
15 multitude of things you could do to recover it.
16     Q.  I'm not asking about generally how you could
17 recover it.  I'm asking -- Global Disaster.
18         How would that impact Global Disaster?
19     A.  Well, if I went and got it, then it would impact
20 Global Disaster's financial gain.  It would impact our
21 ability to do work.  It would impact our ability to
22 improve the conditions of the environment.  It would be --
23 I mean, there's a -- like I said, there's a multitude of
24 things that would improve from that.
25     Q.  So learning about the extent of oil in the ocean

Page 146

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   would impact Global Disaster solely to the extent somebody
 3   used Global Disaster to clean that oil up, correct?
 4        A.   Well, it's -- it's not Global Disaster's
 5   responsibility.  It was BP's responsibility, and there
 6   again it's my contention that BP is making light of or
 7   hiding the fact that there is oil still in the floor of
 8   the Gulf of Mexico.
 9        Q.   Okay.  But that's not my question.  My question
10   is --
11        A.   Okay.
12        Q.   -- if you were to learn about the extent of oil
13   in the ocean, the only way it would, financially or
14   otherwise, impact Global Disaster is if Global Disaster
15   was retained to clean that oil up, correct?
16        A.   Incorrect.
17        Q.   Okay.  How would Global Disaster be impacted if
18   it wasn't tasked with cleaning up the oil?
19        A.   It would -- it would be -- it would be greatly
20   impacted from the improvement of the -- the estuaries,
21   the -- the environment.  There's a multitude of ways.
22        Q.   Is Global Disaster still in business?
23        A.   No.
24        Q.   So then how would it impact Global Disaster?
25        A.   I just told you, because it would improve the
```

Page 147

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   environment.
 3        Q.   Okay.  So the -- the sole extent to which it
 4   would -- if Global Disaster isn't retained to clean up the
 5   oil, the way that it would impact Global Disaster is by
 6   having a cleaner environment?
 7        A.   Well, I mean, you know, I guess I could reopen
 8   Global Disaster and -- and -- and clean it up.  I didn't
 9   even think about that.  Good point.
10        Q.   But they would have to retain you to do that,
11   right?
12        A.   Or somebody would.  There's not -- that's not to
13   say there's not a nonprofit organization that could hire
14   me to do that.
15        Q.   After all this headache that you've had to go
16   through, based on verbal agreements, you'd make sure an
17   agreement to do clean-up services was in writing, right,
18   before you did anything?
19        A.   I'm not going to agree to that.
20        Q.   So you would still work based on verbal
21   agreements with BP today?
22        A.   Absolutely, I would.  I'm in that -- that's the
23   reason that you and I are having this conversation is a
24   verbal agreement.
25        Q.   Okay.  The only way it would impact Global
```

Page 148

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   Disaster financially is if Global Disaster reopened its
 3   doors and was retained to perform spill clean-up work for
 4   the -- the remaining oil in the ocean; is that correct?
 5        A.   I'm -- don't agree to that.
 6        Q.   Okay.  Other -- other than being retained to
 7   clean up the oil that's still in the ocean, and other than
 8   having a healthier environment, what else is there that
 9   would impact Global Disaster?
10        A.   What -- what about all of the impact over the
11   years that BP didn't clean it up that Global Disaster --
12   are they not entitled to some sort of compensation for --
13   for BP damaging everything?
14             Is that what you're saying, that BP has no
15   obligation to anybody or any company or anything because
16   it chose to make bad decisions in a clean-up and didn't
17   follow its own plan?
18        Q.   Well, earlier, we discussed that Global Disaster,
19   aside from its boats, didn't have any of its property
20   damaged by the spill, right?
21        A.   You don't -- does Global Disaster have a right,
22   if Global Disaster so chose, to ride around in the Gulf
23   and look, then it would -- does it not deserve the right
24   to have a clean and safe environment to ride around in?
25        Q.   Okay.  Let me make sure I understand the full
```

Page 149

```
 1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
 2   extent of what you're claiming here.
 3             If Global Disaster understood the amount of
 4   oil that is in the ocean from the BP oil spill, there are
 5   multiple ways that you are claiming Global Disaster would
 6   be affected.
 7             The first is, you could reopen Global
 8   Disaster's doors and someone could retain you to clean up
 9   the oil.  That's a financial impact on Global Disaster.
10   There's the environmental impact, having a cleaner and
11   better environment, and you being able to have a clean and
12   safe environment to ride around in.
13             Is there any other way, besides those three,
14   that Global Disaster would be impacted by learning how
15   much oil is in the ocean today?
16        A.   Yes.  I believe that it would -- it would impact
17   Global Disaster's view of ethical and responsible clean-up
18   from BP.
19        Q.   Okay.  Has Global Disaster put a -- a --
20   estimated how much it has been damaged by being unable to
21   enjoy a clean and safe environment?
22        A.   I do not recall, sir.
23        Q.   Do you know how you would even go about
24   calculating that?
25        A.   I would have to put some thought in it, but I'm
```

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
1
2  sure that I could, yes, sir.
3      Q.  Okay.  Sitting here today, you don't know how you
4  would be able to calculate that?
5      A.  I mean, I know how to calculate it.  I just --
6  first thing you have to do is -- is get a real number of
7  what the oil that's down there is, and because BP has
8  hidden that and -- and dispersed that and made light of
9  that and falsified those -- the claim that what's really
10  there, until you get the real truth and get BP to admit
11  that they have, you know, minimized the effects of the
12  spill on the environment and the use of the COREXIT, then
13  you won't ever know the truth, which is why I'm saying
14  what I'm saying.
15     Q.  So once you get that true number -- let's say you
16  have it.  Let's say, for example, a hundred tons of oil is
17  still there, just hypothetical, how do you calculate your
18  damages based on knowing that?
19     A.  Well, it would -- at first, it would -- it would
20  be the impact of the financial impact of if we could clean
21  it up.  The second would be the environmental impact of
22  the impact studies that were done by the Coastal
23  Restoration Association for the -- that the government
24  did.  And NOAA has several -- several documents out
25  relating to the environmental impact and the amount of

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
1
2  damage that it has acquired over the years in view of
3  the -- the -- not only the oil on the floor, but the use
4  of the COREXIT.
5          And then the -- from the court cases with
6  Paul, it was my understanding, the information that I was
7  able to get from those court cases that you -- that you --
8  that BP was not accurate in giving the correct amount of
9  gallons that it actually dispersed, which, again, to me,
10  was fraudulent.
11     Q.  You're not an expert in environmental impact,
12  correct?
13     A.  I'm not an expert in anything, sir.
14     Q.  Okay.  You're not -- you're not a CPA.  You don't
15  know how to conduct a financial analysis?
16     A.  No, sir, but I -- have faith that the judicial
17  system and that the judge would obviously be able to see
18  that, you know, I'm a small entrepreneur that has some
19  ability to recognize when big corporations and big money
20  get involved that they have funding to falsify and to hide
21  and to minimize and to negate their responsibilities in
22  the long run, and that the judicial system should assist
23  me in protecting not only Global Disaster's rights, but
24  everyone's rights for a clean and safe environment.
25     Q.  Okay.  Other than communications with Jackie

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
1
2  Michelle and executives of BP regarding the environmental
3  impact of COREXIT, and other than the amount of oil that
4  actually is still then remaining in the ocean, is there
5  anything else that BP should have told you that it didn't?
6      A.  I would have to cogitate on that a minute.
7          Only other thing that really jumps out at me
8  at this particular time is that if BP had no intentions of
9  compensating me, then why would they continue to ask me to
10  do things?
11     Q.  So are you saying that BP should have told you
12  that they didn't have any intention of compensating you,
13  or that they should have -- what are -- what are you
14  saying?
15     A.  Yes, that's what I'm saying.  If BP had no
16  intention of utilizing me and my services and paying me
17  for those services, then why would they continually -- in
18  multiple, multiple, multiple communications -- continue to
19  ask me to provide those things and continue to ask me to
20  assist them with the logistics, with goods and services,
21  with everything?
22     Q.  The extent of your damages that you're claiming,
23  relating to any re- -- refusal by BP, or failure to
24  disclose, by BP, that it wouldn't pay you -- those are the
25  damages that we already discussed with respect to the

30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
1
2  various goods and services and contracts earlier today,
3  correct?
4      A.  That comes to mind right now, yes.  That's not to
5  say that I won't think of something later.
6      Q.  Okay.  Hold on one second.
7      A.  Yeah.  We are way over five or ten minutes.
8      Q.  I think we are still under.  But I think we are
9  good to close this out?
10         THE VIDEOGRAPHER:  Do you wanted to close it
11  out, or do you want a few minutes?
12         MR. KLAR:  Can you give me, like, five
13  minutes, and then I'll come back and either ask a question
14  or close it out?
15         THE VIDEOGRAPHER:  All right.  We'll go off
16  the record.  The time is 2:37 p.m.
17         (Brief recess taken.)
18         THE VIDEOGRAPHER:  We are back on the
19  record.  The time is 2:42 p.m.
20         MR. KLAR:  I don't have any further
21  questions for Mr. Burkette.
22                   EXAMINATION
23  BY MR. NEWELL:
24     Q.  Billy, I don't have a whole lot.  We have been on
25  the record for about ten hours.

Page 154

```
1        30(b)(6) of GLOBAL DISASTER - BILLY BURKETTE
2              Is there anything that -- that you -- that
3  hasn't been covered regarding damages to Global Disaster,
4  associated with the oil spill, that we have not discussed?
5      A.  To be honest, Eric, my brain is ransacked right
6  now.  You know, I can't think of anything off the top of
7  my head.  Not to say that, you know, in a day or two after
8  I'm done trying to go back over all of this stuff -- you
9  know, a lot of the documents that -- that they presented,
10 I would like to go back and read and view and then maybe
11 have some -- some different things and thoughts, but at
12 this point in time, you know, I'm unaware of it.
13     Q.  Okay.
14         MR. NEWELL:  That's all I have got.
15         MR. KLAR:  I'd just like to note for the
16 record before we close that earlier the witness testified
17 that he didn't do anything to prepare for the deposition,
18 and there were a lot of topics that he was designated as
19 the representative for, which he could not recall any
20 information about, so just preserving our rights on that
21 issue.
22         THE VIDEOGRAPHER:  Anyone else?
23         Okay.  Well, this concludes the deposition.
24 We are off the record.  The time is 2:44 p.m.
25         (Deposition concluded at 2:44 p.m.)
```

Page 155

```
2              REPORTER'S CERTIFICATE
3
4      I, KARI J. BEHAN, CCR, RPR, CRR, Certified Court
5  Reporter (LA Certificate #97019), as the officer before
6  whom this testimony was taken, do hereby certify that
7  BILLY BURKETTE , after having been duly sworn by me upon
8  authority of R.S. 37:2554, did testify as hereinbefore set
9  forth in the foregoing 148 pages;
10     That this testimony was reported by me in
11 stenotype reporting method, was prepared and transcribed
12 by me or under my person direction and supervision, and is
13 a true and correct transcript to the best of my ability
14 and understanding;
15     That the transcript has been prepared in
16 compliance with transcript format guidelines required by
17 the complete arrangement, financial or otherwise, with the
18 person or entity making arrangements for deposition
19 services;
20     That I have acted in compliance with the
21 prohibition on contractual relationships, as defined by
22 Louisiana Code of Civil Procedure Article 1434 and in
23 rules and advisory opinions of the board;
24     That I have no actual knowledge of any
25 prohibited employment or contractual relationship, direct
```

Page 156

```
2  or indirect, between a court reporting firm and any party
3  litigant in this matter nor is there any such relationship
4  between myself and a party litigant in this matter.  I am
5  not related to counsel or to the parties herein, nor am I
6  otherwise interested in the outcome of this matter.
7      Signed this day, the February 18, 2021.
8
9
10              Kari Behan
11        KARI J. BEHAN, CCR, RPR, CRR
          Certified Court Reporter
12        LA Certificate #97019
```

Page 157

```
2              CHANGES AND SIGNATURE
                    BILLY BURKETTE
3             Wednesday, February 3, 2021
To the Reporter:
4      I, BILLY BURKETTE, have read the entire transcript of
5  my deposition taken on September 3, 2007 in the captioned
   matter or the same has been read to me.  I request that
   the following changes be entered upon the record for the
6  reasons indicated.  I have signed my name to the Errata
7  Sheet and authorize you to attach same Errata Sheet to the
   original transcript.
8
9  PAGE/LINE       |  CHANGE        REASON
10 _____  |  _____
11 _____  |  _____
...
```

```
                                           Page 158
1
2    CHANGES (CONTINUED):
3
     _____   |  _____
4
     _____   |  _____
5
     _____   |  _____
6
     _____   |  _____
7
     _____   |  _____
8
     _____   |  _____
9
     _____   |  _____
10
     _____   |  _____
11
12          I, BILLY BURKETTE, have read the foregoing
13   deposition and hereby affix my signature that same is true
14   and correct, except for the changes noted above.
15
16   _____
     BILLY BURKETTE
17
18
19
20
21
22
23
24
25
```