# EXHIBIT

# "C"



THIS AGREEMENT, made and entered into this __28__ day of __June__, 2010, by and between Airware LLC, hereinafter referred to as the "Owner" and Global Disaster Recovery & Rebuilding Services LLC, located at 2013 Dallas Dr. Baton Rouge, La. 70806 hereinafter referred to as the ("Contractor"), sets forth that;

WHEREAS, the Owner desires to engage a Contractor who has special and unique competence and experience in crushing concrete into road base material; and

WHEREAS, the Contractor represents that it is duly licensed and it has such competence and experience in providing these services; and

WHEREAS, the Owner and the Contractor desire to reduce to writing their understanding and agreements on such;

IT IS, THEREFORE, AGREED as follows:

1. TERM. This Agreement shall commence on the day it is executed by both parties and the term of the Agreement shall extend until completion of the project

2. AGREEMENT DOCUMENTS. The Agreement Documents (also called CONTRACT DOCUMENTS) consist of this Agreement, Addenda if any, any other documents listed in the Agreement Documents, and written modifications issued after execution of this Agreement, if any.
    (a) Intent. The Scope of Work is an integrated part of the Contract Documents and as such will not stand alone if used independently.
The intent of the Agreement Documents is to set forth requirements of performance.

    (b) Entire and Sole Agreement. Except as specifically stated herein, the Agreement Documents constitute the entire agreement between the parties and supersede all other agreements, representations, warranties, statements, promises, and understandings not specifically set forth in the Agreement Documents. Neither party has in any way relied, nor shall in any way rely, upon any oral or written agreements, representations, warranties, statements, promises or understandings not specifically set forth in the Agreement Documents.

    (c) Amendments. The parties may modify this Agreement at any time by written agreement. Neither the Agreement Documents nor any term thereof may be changed, waived, discharged or terminated orally, except by an instrument in writing signed by the party against which enforcement of the change, waiver, discharge or termination is sought.

3. ENGAGEMENT OF CONTRACTOR. The Owner hereby agrees that it may engage the Contractor and the Contractor hereby agrees to perform concrete crushing of stock piled concrete products into road base material in accordance with the



Agreement Documents.

4. SCOPE OF WORK AND RELATED DATA. The intent of the Scope of Work, and other Agreement Documents is that the Contractor furnishes all labor and materials, equipment, and supervision necessary to crush stock piled concrete into road base material commonly known as Recycled Concrete Aggregate (RCA), hereinafter referred to as "Work," unless specifically noted otherwise. The Contractor shall do all the work described in the Contract Documents and all incidental work considered necessary to complete the Work entirely ready for use.

5. COMPENSATION. The Owner will pay the Contractor for the work performed after a net of 30 days. Total authorized amount $9.50 per ton. Payment shall be made for all Work completed by the Contractor during each calendar month. At the end of each week, the Contractor shall submit an Invoice with the supporting documentation of all work completed to the Finance Department for payment.

7. PROJECT SCHEDULE  The Contractor shall commence Work to be performed under this Contract upon receipt of written Notice to Proceed from the Purchasing and Contracting Administrator. The Contractor shall perform all work under this Agreement in a timely manner consistent with the assignment schedules as mutually agreed upon by the Owner and the Contractor.

8. TERMINATION OF CONTRACT. This Agreement may be terminated by the Owner with or without cause provided at least five (30) days written notice of such termination shall be given to the Contractor. Upon receiving notice of termination, the Contractor shall discontinue the Work on the date and to the extent specified in the notice and shall place no further orders for materials, equipment, services or facilities except as needed to continue any portion of the Work that was not terminated. The Contractor shall also make every reasonable effort to cancel, upon terms satisfactory to the Owner, all orders or subcontracts related to the terminated Work.

10. CONTRACTOR'S DUTY. Contractor shall supervise and direct the Work, using Contractor's best skill and attention. Contractor shall be solely responsible for and have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under this Contract, unless the Contract Documents give other specific instructions concerning these matters.

11. PERSONNEL. The Contractor represents that it will secure at its own expense all personnel and sub-Contractors required for services, which are necessary to complete the Work as described in this Agreement. All services under this Agreement shall be performed by the Contractor or sub-Contractor and all persons engaged in work



under the Agreement shall be qualified to perform such services and authorized under federal, state and local laws to perform such services.

12. <u>PROTECTION OF PERSONS AND PROPERTY</u>. The Contractor shall exercise precaution at all times for the protection of persons and property. The Contractor shall strictly comply with all safety provisions of all applicable laws and ordinances and shall be responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the Work in accordance with the U.S. Department of Labor Occupational Safety and Health Act and the laws of the State of Louisiana. This Contract requires that the Contractor and any and all subcontractors hired by the Contractor comply with all relevant standards of the Occupational Safety and Health Act.

17. <u>COMPLIANCE WITH LAW</u>. The Contractor expressly agrees to comply with all laws and regulations relating to providing services under this Agreement.

19. <u>GOVERNING LAW</u>. This Agreement shall be governed by the laws of the State of Louisiana and venue for any action pursuant to the Agreement Documents shall be in St Bernard Parish. The parties hereto expressly waive trial by jury in any action to enforce or otherwise resolve any dispute arising hereunder.

21. <u>INSURANCE</u>.   The Contractor agrees to carry insurance, of the types and subject to the limits as set forth below and maintain said insurance during the life of this agreement:
    (a) <u>Workers' Compensation</u> - Contractor shall purchase workers' compensation insurance as required by law or prove exemption status.
    (b) <u>Commercial General Liability</u> - Contractor shall purchase Commercial General Liability insurance with a $1,000,000 combined single limit for each Occurrence.
    (c) <u>Commercial Auto Liability</u> - Contractor shall purchase Commercial Auto Liability insurance with a combined single limit of at least $500,000.
Further, Contractor shall maintain such insurance as is reasonably required to satisfy its Obligations.
    The insurance company selected shall be A- or better per the Best's Key Rating Guide. The Contractor and the insurance company(s) shall agree to furnish the Owner thirty (30) days written notice of their intent to cancel or terminate said insurance. It is the full responsibility of the contractor to insure that all sub-contractors have full insurance coverage as stated above.



IN WITNESS WHEREOF, the parties hereto have accepted, made, and executed this Agreement upon the terms and conditions above stated.

CONTRACTOR:
Global Disaster Recovery
& Rebuilding Services LLC
2013 Dallas Dr. BR, La. 70806

By _____

Name Billy Burkette

Title: Owner

Date 06-28-2010

OWNER:
Airware LLC
400 Poydras Street, Suite 1500
New Orleans, LA 70130

By _____

Name Tiffiny Williams

Date 6/30/2010