UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 13-01286, Gulf Marine Institute of Technology and BioMarine Technologies, Inc. v. BP America Prod. Co., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

BP previously moved to file under seal (Rec. Doc. 27079) Exhibits 2, 4, 5, 6, 7, 8, 13, 15, 16, 17, and 18 to its motion for summary judgment against Gulf Marine Institute of Technology and BioMarine Technologies, Inc., which the Court denied without prejudice (Rec. Doc. 27088). BP now moves to file redacted versions of Exhibits 2, 5, and 7 so as to not disclose financial account numbers, a date of birth, and other sensitive information protected by Fed. R. Civ. P. 5.2(a), but BP does not seek to file any other documents under seal. (Rec. Doc. 27097).

**IT IS ORDERED** that BP's Motion for Leave to File Redacted Copies of Exhibits 2, 5, and 7 (Rec. Doc. 27097) is **GRANTED,** and redacted versions of Exhibits 2, 5, and 7 submitted with BP's Motion for Leave (Rec. Docs. 27097-2, -3, -4) shall be filed as attachments to BP's Motion for Summary Judgment Against Gulf Marine Institute of Technology and BioMarine Technologies, Inc (Rec. Doc. 27078).

**IT IS FURTHER ORDERED** that Exhibits 4, 6, 8, 13, 15, 16, 17, 18, the unredacted memorandum in support, and the unredacted statement of uncontested material facts shall be filed as **UNSEALED** attachments to BP's Motion for Summary Judgment Against Gulf Marine Institute of Technology and BioMarine

Technologies, Inc (Rec. Doc. 27078).

    New Orleans, Louisiana, this 13th day of May, 2021.

                                                           _____
                                                             United States District Judge