UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*Nos. 16-06585, 13-1286* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# **ORDER**

**IT IS ORDERED** that the following motions are **GRANTED:**

Halliburton's Motion to Join In and Adopt BP's Motion for Summary Judgment Against Global Disaster Recovery & Rebuilding Services LLC (Rec. Doc. 27092);

Halliburton's Motion to Join In and Adopt BP's Motion for Summary Judgment Against Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (Rec. Doc. 27093);

Transocean's Motion to Join In and Adopt the Arguments Made in BP's Motion for Summary Judgment Against Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (Rec. Doc. 27096).

New Orleans, Louisiana, this 12th day of May, 2021.

_____
United States District Judge