## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05952, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |

## <u>ORDER</u>

Before the Court is BP's Ex Parte Motion for Leave to File Under Seal ("the Motion," Rec. Doc. 27091) certain documents pertaining to its Motion for Summary Judgment ("MSJ," Rec. Doc. 27090) against Loggerhead Holdings, Inc ("Loggerhead"). The Motion seeks to file under seal Exhibits 3, 4, and 5 to the MSJ, which are Loggerhead's tax returns for 2007, 2008, and 2009. The Motion also seeks to file under seal unredacted versions of the memorandum in support of the MSJ and the statement of uncontested material facts (the currently-filed versions redact references to the revenue and loss figures reported in the tax returns). BP acknowledges that "in light of the Court's recent rulings . . . the Court may not consider these confidential. *See* Rec. Doc. 27088. BP nonetheless seeks to file these materials under seal temporarily at the request of [Loggerhead's] counsel, so that [Loggerhead] can have the opportunity to move to seal these Exhibits and the information contained therein." (Rec. Doc. 27091 at 1).

The Court finds that the revenue and loss figures should not be filed under seal. *See generally Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021); (Rec. Doc. 27088). Accordingly, the Court denies the Motion insofar as it seeks to seal the unredacted memorandum in support and unredacted statement of

uncontested material facts. The Court tentatively grants the Motion with respect to the tax returns and will file them under seal for now. Loggerhead will need to explain why these tax returns should remain under seal; otherwise, they will be unsealed. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Under Seal (Rec. Doc. 27091) is **DENIED** with respect to the unredacted memorandum in support and the unredacted statement of uncontested material facts. The Clerk shall file these two documents as UNsealed attachments to the MSJ (Rec. Doc. 27090).

**IT IS FURTHER ORDERED** that the Clerk shall file Exhibits 3, 4, and 5 **UNDER SEAL** as attachments to the MSJ (Rec. Doc. 27090). By no later than May 17, 2021, Loggerhead shall file a response explaining why these Exhibits should remain under seal; otherwise the Court will have them unsealed. The Court directs Loggerhead's attention to *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021), and the sources cited therein.

New Orleans, Louisiana, this 12th day of May, 2021.

_____
United States District Judge