IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Classy Cycles, Inc., v. BP p.l.c., et al.*, Case No. 16-cv-05923 | * * * | |

### *EX PARTE* MOTION BY BP FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH BP'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file under seal: (1) Exhibits 2–22 to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion") and Exhibit E to the Declaration of Ashley Littlefield in Support of BP's Motion for Summary Judgment (together with Exhibits 2–22 to the Motion, the "Confidential Exhibits"), which are being filed contemporaneously herewith, and (2) quotes from the Confidential Exhibits in (i) the Motion, (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment ("SOF"), which is being filed contemporaneously herewith.

The Confidential Exhibits are Plaintiff's claim form submitted to the Gulf Coast Claims Facility ("GCCF"), tax returns, and financial documents. *See* Motion Exs. 2, 3, 18, 20 (Plaintiff's annual income statements from 2008 through 2011), Motion Ex. 4 (a check Plaintiff received through the claims process); Motion Ex. 5 (GCCF Claim Form); Motion Exs. 6–16 (Plaintiff's 2008 through 2017 tax returns); Motion Ex. 17 (Plaintiff's profit and loss statements); Motion Ex. 19 (2008 and 2009 financial statements); Motion Exs. 21–22 (Plaintiff's bank statements); Decl.

Ex. E (Report containing Plaintiff's financial information). BP understands in light of the Court's recent rulings that these may not be confidential. *See* Rec. Doc. 27088. BP nonetheless seeks to file these materials under seal temporarily at the request of Plaintiff's counsel, so that Plaintiff can have the opportunity to move to seal the Confidential Exhibits and the information contained therein.

WHEREFORE, BP respectfully prays the Court for an Order that the Confidential Exhibits and the portions of the Motion and SOF quoting the Confidential Exhibits be filed under seal.

May 13, 2021                                   Respectfully submitted,

*/s/ Devin C. Reid*
R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104

Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Ex Parte* Motion by BP for Leave to File Certain Documents Underseal in Connection with BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May, 2021.

*/s/ Devin C. Reid*
Devin C. Reid