IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br><br> **SECTION J** |
| | * * | **JUDGE BARBIER** |
| **This Document relates to:** | * * | **MAGISTRATE JUDGE CURRAULT** |
| *Classy Cycles, Inc., v. BP p.l.c., et al.*, <br> Case No. 16-cv-05923 | * * * | |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment* (the "Motion"): IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further **ORDERED** that (1) Exhibits 2–22 to the Motion to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion") and Exhibit E to the Declaration of Ashley Littlefield in Support of BP's Motion for Summary Judgment, (together with Exhibits 2–22 to the Motion, the "Confidential Exhibits"), and (2) references to or quotes of provisions of the Confidential Exhibits in (i) the Motion, and (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment are filed under seal pending further order of the Court.

New Orleans, Louisiana, this _____ day of _____ 2021.

_____
**UNITED STATES DISTRICT JUDGE**