UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | | * | SECTION:   J |
| | | * | |
| | | * | JUDGE BARBIER |
| This Document Relates to: *Valdivieso v. Southern Cat, Inc., Eastern Research Group, Inc., BP Plc, BP Products North America Inc., and BP America Inc.* 2:12-cv-02004 | * | MAG. JUDGE CURRAULT |
| | | * | |
| | | * | |

**PLAINTIFF VALDIVIESO'S RESPONSE TO BP'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to the Court's directive set out on April 8, 2021 (Rec. Doc. 27033), and Order [Rec. Doc. 27081] issued April 30, 2021, Plaintiff Sergio Valdivieso files this his Response to Defendants BP Products North America Inc. and BP America Inc. (together, "BP") Motion for Judgment on the Pleadings (Rec. Doc. 27080).

In further support, Valdivieso submits the accompanying Memorandum in Support of his Response. Your Honor will note that, in addition to addressing the issue of BP's motion, we also address in the accompanying Memorandum Plaintiff's request/motion for leave to conduct brief discovery, and thereafter to amend the complaint (as needed) to clarify and detail the Jones Act and General Maritime Law claims being made against BP and the other defendants. We ask that the request/motion be considered first, as the results are expected to further defeat BP's motion, or at least render it moot.

DATED:   May 13, 2021                                    Respectfully Submitted,

/s/ *Charles F. Herd*
Charles F. Herd, Jr (Bar#2743)
**HERD LAW FIRM, PLLC**
19500 Tomball Pkwy | Suite 250
Houston, Texas 77070
T: 713-955-3699 | F: 281-462-5180

*Counsel for Sergio Valdivieso*

2

## CERTIFICATE OF CONFERENCE

I, Charles Herd, attest that I have conferred with Counsel for BP, opposing counsel, and they have stated that they are opposed to Plaintiff's Motion for Leave to Conduct Discovery and to Amend Complaint.

/s/ *Charles F. Herd*
Charles F. Herd, Jr

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing RESPONSE TO BP's MOTION FOR JUDGMENT ON THE PLEADINGS has been served on All Counsel by electronically uploading the same to the File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 13th day of May, 2021.

*Charles F. Herd*