# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 13, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-30034    Doucet v. Danos and Curole  
                         USDC No. 2:10-MD-2179  
                         USDC No. 2:12-CV-67

The court has granted appellant's motion to reinstate the appeal.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               *Shea E. Pertuit*  
                        By: _____  
                        Shea E. Pertuit, Deputy Clerk  
                        504-310-7666

P.S. to Appellant's counsel: The Clerk's Office will file the record excerpts, attached to the Motion to Reopen, on the docket as of today's date.

P.S. to all counsel: The briefing schedule for the appellees will be resumed under separate cover.

Mr. Sean Patrick Brady  
Mr. Brandon Charles Briscoe  
Mr. Harold J. Flanagan  
Mr. George W. Hicks Jr.  
Mr. Andre P. LaPlace I  
Ms. Carol L. Michel  
Mr. Aaron Lloyd Nielson  
Mr. Devin Chase Reid