UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-06585, Global Disaster Recovery & Rebuilding Servs., LLC v. BP Expl. & Prod., Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Global Disaster Recovery & Rebuilding Services, LLC's ("Global Disaster") Motion to File Under Seal (Rec. Doc. 27099) certain attachments to its Response to BP's Motion for Summary Judgment (Rec. Doc. 27100). The Motion to File Under Seal relies on Pretrial Order No. 38 (Rec. Doc. 3201) and a confidentiality order entered in 2016 (Rec. Doc. 15718). As the Court has recently explained (*See* Rec. Doc. 27088), orders like these were pragmatic, even necessary, tools when they issued years ago. But much has changed in the MDL since then, and the Court now doubts that these orders should continue to govern whether or not something should be filed under seal, particularly in light of the Fifth Circuit's recent guidance in *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021). Therefore, the Court will temporarily grant the Motion to File Under Seal, but Global Disaster will need to provide additional reasons for why these documents should remain sealed.

Accordingly,

**IT IS ORDERED** that Global Disaster's Ex Parte Motion to File Under Seal (Rec. Doc. 27099) is temporarily **GRANTED**, and the Clerk shall file the following

documents **UNDER SEAL** as additional attachments to Global Disaster's Response (Rec. Doc. 27100): (1) the unredacted Memorandum in Response, (2) the unredacted Statement of Facts, (3) Exhibit A, and (4) Exhibit B.

**IT IS FURTHER ORDERED** that if Global Disaster or any other party desires that these document remain under seal, it shall file within 7 days of the issuance of this order an amended motion to seal providing further justification for why these documents should remain under seal; otherwise these documents will be unsealed. Relying on the Court's prior orders in this MDL will not suffice. The Court directs the parties' attention to *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021), the sources cited therein, and Fed. R. Civ. P. 5.2

New Orleans, Louisiana, this 14th day of May, 2021

United States District Judge