UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05923, Classy Cycles, Inc. v. BP p.l.c., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

Before the Court is BP's Motion for Leave to File Under Seal (Rec. Doc. 27105) certain attachments BP's Motion for Summary Judgment against Classy Cycles, Inc. (Rec. Doc. 27103). The motion states, "BP understands in light of the Court's recent rulings that these may not be confidential. *See* Rec. Doc. 27088. BP nonetheless seeks to file these materials under seal temporarily at the request of Plaintiff's counsel, so that [Classy Cycles] can have the opportunity to move to seal the Confidential Exhibits and the information contained therein." (Rec. Doc. 27105 at 2).

**IT IS ORDERED** that BP's Motion for Leave to File Under Seal (Rec. Doc. 27105) is *temporarily* **GRANTED,** and the Clerk shall file the following documents **UNDER SEAL** as attachments to BP's Motion for Summary Judgment (Rec. Doc. 27103): (1) Exhibits 2–22 to the Motion to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion") and Exhibit E to the Declaration of Ashley Littlefield in Support of BP's Motion for Summary Judgment, (together with Exhibits 2–22 to the Motion, the "Confidential Exhibits"), and (2) references to or quotes of provisions of the Confidential Exhibits in (i) the Motion, and (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that if Classy Cycles or any other party desires that these document remain under seal, it shall file within 7 days of the issuance of this order an amended motion to seal providing further justification for why these documents should remain under seal; otherwise these documents will be unsealed. Simply relying on the Court's prior orders in this MDL will not suffice. The Court directs the parties' attention to *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021), the sources cited therein, and Fed. R. Civ. P. 5.2.

New Orleans, Louisiana, this 14th day of May, 2021.

_____
United States District Judge