UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| **LOGGERHEAD HOLDINGS, INC.** | § § § § | CIVIL ACTION  NO. 16 CV 05952  SECTION  J |
| VS. | § § § § § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; | § § § § § | MAG. JUDGE SHUSHAN  JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION BY BP FOR
LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP'S Motion for Summary Judgment, and Plaintiff's response thereto:

IT IS HEREBY ORDERED that the Motion (Rec. Doc. 27091) is **GRANTED**; and it is further **ORDERED** that Exhibits 3, 4, and 5 (the "Confidential Exhibits") to BP's Memorandum of Law in Support of its Motion for Summary Judgment (the "Motion") are filed under seal pending further order.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**

1