UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05952, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

On May 13, 2021, the Court issued an order (Rec. Doc. 27104) that partially denied a motion for leave to file certain documents under seal (Rec. Doc. 27091) and required Loggerhead Holdings, Inc. ("Loggerhead") to file a response explaining why its tax returns should be filed under seal. Loggerhead has since filed the requested response. (Rec. Doc. 27111). Having considered Loggerhead's response,

**IT IS ORDERED** that Exhibits 3, 4, and 5 to BP's Motion for Summary Judgment (Rec. Doc. 27090) shall remain **UNDER SEAL**.

New Orleans, Louisiana, this 18th day of May, 2021.

_____
United States District Judge