UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J JUDGE BARBIER |
| This Document Relates to: Pleading Bundle B1 | § § § | |

| | | |
|---|---|---|
| **CLASSY CYCLES, INC.** | § § § § | CIVIL ACTION NO. 16 CV 05923 |
| VS. | § § § § § § | SECTION J JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; | § § § § | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

Considering the Ex Parte Motion Under Seal in Connection with BP'S Motion for Summary Judgment, and response thereto:

IT IS HEREBY ORDERED that the Motion (Rec. Doc. is **GRANTED**; and it is further **ORDERED** that Exhibits 2-20 and Exhibit E (the "Confidential Exhibits") to BP's Memorandum of Law in Support of its Motion for Summary Judgment (the "Motion") are filed under seal pending further order.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**

1