**Confidential**

TENDERED FOR FILING
MAY 19 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

For office of The Clerk
Ms. Carol L Michel

5,12,21
USDC 2:15-cv-4290
Case 20-30791

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 19 2021
CAROL L. MICHEL
CLERK

Appellant Is Asking, The court to Grant a Appeal.

from Appellant self dismissal.

I won't sign anymore papers till I hear back from the courts, The mediator might put time frame on Final Signing, so I need to know sooner than later. If I can't don't let them know I try to Appeal. I have nothing New to Add to Trial.

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____

Raymond J Merchant
Raymond J Merchant
606 NE 7th Street
Summerdale Al 36580
Ph 1-251-989-2897

There no Reason not to do my maritime, I can produce everthing I need to do so, Have, with court order words, words for words Document 22390, page 2, 1st Paragraph. "Never Contacted" Moratoria

(Confidential)

For
Office of the
Clerk
Ms. Carol L Michel

3,12,21
USDC 2:15-cv.4290
Case 20-30791

Appellant
Is Asking, The court to Grant a Appeal.
from Appellant Self dismissal.

I won't sign anymore papers till I hear back from the courts, The mediator might put time frame on final signing, so I need to know sooner than later.

If I can't don't let them know I try to Appeal. I have nothing new to Add to Trial.

There no Reason not to do my maritime, I can produce everthing I need to do so, have, with court order words, words for words Document 22390, page 2, 1st Paragraph, "Never contacted, (Moratoria)

Ray J Merchant
Raymond J Merchant
606 NE 7th Street
Summerdale Al 36580
Ph 1-251-989-2897



Raymond J Merchant
606 NE 7th Street
Summerdale, Al
36580

MS. Carol L Michel
US District Court
Eastern District of
Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 701[..]

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE