10-MD 2179 J (2)

WoodArd/WoodWArd
Enterprise INC., CO
157 ISAAC Newsome Rd
Pinola, MS 39149
April 22, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 27 2021
CAROL L. MICHEL
CLERK

Rx:     MARCH 24, 2021 letter

        April 16, 2021 letter

        November 10, 2010 FAX TO
        FrAud Section U.S. DepArtment
        Justic
        WoodArd/WoodwArd Enterprise Inc

        September 8, 2010 Letter to
        U.S. Department of Justice

        MAY 2010 to November 2010
        I believe because of the
        Mississippi Address When I contacted
        BP CAll Center I was denied And
        When I contacted U.S. Department
        of Justice because the mississippi
        Address

        Motions And Affidavits Are need

        MY complaint to united states
        District Court Eastern District
        of Louisiana
        New Orleans, LA 70130

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
APR 27 2021
TENDERED FOR FILING

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

2

In re: Oil spill by the oil Rig "MDL NO. 2179
DeepWater Horizon" in the Gulf of Mexico,
on April 20, 2010          Section J

This Document Relates to Judge Barbier
NO. 12-970

MAG. Judge Currault

My complaint and Question

[Regarding the court supervised settlement program]

Clerk's office
U.S. District Court
Eastern District
of Louisiana
New Orleans, LA 70130

TENDERED FOR FILING

APR 2 7 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dear Clerk:

I, believe the Issues and Question
before U.S. District Court Eastern District
of Louisiana New Orleans, LA 70130
regarding the court supervised settlement
program.

Let the record show, I, believe because
of my Mississippi Address MAY 2010 and November
2010 when I, believe I, were denied by
BP call center process to help with the
problems.

3

I, Also believe I were by the U.S. Department of Justic because of the mississippi Address to Contact the U.S. Department of Justic And others.

Now, I, believe My Motion File April 8, 2015, Motion File June 1, 2015 Shall be of good Faith As: September 8, 2010 And November 10, 2010 With out An opportunity to help; And Motion April 12, 2016.

I, believe My Complaint regarding the court Supervised settlement program have Not Consider My good faith Effort.

Let the record Also show April of 2010 I were Attending the state of Mississippi Oil And GAS Board With UNSAfe ENVIRONments condition when the well come; And Were with the Experts of the world IN Court IN New Orleans, LA And had An opportunity to meet the Last man that came of BP Rig.

I believe some motions And Affidavits Need to be file regarding my Denied right for claim.

Respectfully Submitted,

Booker T. Woodard/Woodward, president
779-348-6748
601-756-1604

Booker T. Woodard/
Woodard/Woodward
Enterprise Inc.
157 Isaac Nawsomg ed
Pinola, MS 39149





7019 0700 0000 2169 9672

Clerks Office

U.S. District Court
Eastern District
of Louisiana NW

New Orleans, LA 70130
500 Poydras st. ste c151
New Orleans, LA 70130

7013013367 C026

U.S. POSTAGE PAID
FCM LETTER
MONTICELLO, MS
39854
APR 23, 21
AMOUNT
$7.00
R2304Y122119-76

70130

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE