UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 15-4290* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Raymond J. Merchant is a pro se plaintiff who had filed a suit in this multidistrict litigation. This Court dismissed Merchant's case on November 24, 2020. (Order & Reasons, Rec. Doc. 26790). Merchant timely appealed that dismissal to the Fifth Circuit. (Rec. Doc. 26808). On May 4, 2021, the Circuit Clerk entered an order dismissing the appeal "pursuant to appellant's motion" under Fed. R. App. P. 42(b). (5th Cir. Dkt. No. 20-30791, Doc. 00515848841). On May 19, 2021, Merchant filed with this Court a letter "asking the court to grant a[n] appeal from appellant['s] self dismissal." (Rec. Doc. 27115).

The Court does not understand Merchant's request. In any event, Merchant has no case pending before this Court. Thus, to the extent Merchant's letter should be construed as a motion directed to this Court,

**IT IS ORDERED** that Raymond Merchant's motion (Rec. Doc. 27115) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **SEAL** page 2 of Merchant's letter/motion, as it contains a photocopy of Merchant's driver's license.

New Orleans, Louisiana, this 21st day of May, 2021.

                                                                               United States District Judge

**Note to Clerk: Mail a copy to Raymond Merchant at the address provided in his letter (Rec. Doc. 27115).**