United States District Court
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 21 2021
CAROL L. MICHEL
CLERK

| | |
|---|---|
| In RE: Oil Spill By The Oil Rig "Deepwater Horizon" in The Gulf of Mexico, On April 20, 2010 | MDL-2179   10 md 2179 |
| | Section J(2) |
| Applies To: | Judge Barbier |
| Claim ID: 309766 | |
| Claim ID: 371240 | Mag. Judge Currault |

TENDERED FOR FILING
MAY 21 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## Motion For An Out Of Time Appeal

Comes Now The Claimant, Billy F. Larkin, Current Holder of Rights For Horu Security Specialists, LLC And File This Motion For An Out Of Time Appeal For Claim ID: 309766 And Claim ID: 371240. In Support Of This Motion, Claimant Show The Following:

1. This Motion For An Out Of Time Appeal Has A Solid Constitutional Basis, The Due Process Clause Of The Constitution.

2. On Due-Process Grounds, Claimant Was Prejudiced By Court-Approved And Flawed Notification Protocols. The Pivotal Significance Of Attachment-A Clearly Demonstrates That Prejudice.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

3. Attachment-A provides a record of the email correspondence between Plaintiff's Liaison Counsel, Stephen J. Herman and Patrick Hron from the Deepwater Horizon Claim Center and establish a timeline that demonstrate the failure of the Court-approved notification protocols that denied claimants right to a timely appeal after denial of Claim ID: 309766 and 371240.

4. The lack of proper notification protocols in 2014 placed upon claimant the burden of systematically contacting each member of Plaintiff's Steering Committee for a status update on claimant's failed Business Economic Loss Claim, five years after its filing. Attachment-A and related documents denying claimants claim was recieved by claimant in March 2019.

5. For notification purposes, the Court stipulated that CSSP's claim-filing protocols state if a business is dissolved, the registration form request the identity and address of the current holder of rights to the claim.

6. The Court stipulated that in 2014 claimant complied with said protocols when claimant mailed a second registration form along with a failed Business Economic Loss Claim form that identified claimant as the current holder of rights and provided the address of a prison in Marion, North Carolina where

Claimant was then incarcerated.

7. The Court created yet another controversy by its failure to set forth its definition of an Authorized Business Representative in its Listing of Definitions found in the Failed Business Economic Loss Claim (Red Form) Instructions. Due to Claimants incarcerated status, Claimant had no access to the Settlement Agreements Online Portal, its Toll Free Call Center, or visit a Claimant Assistant Center to ascertain the definition of Authorized Business Representative as defined per the Court-Approved Settlement Agreement.

8. Claimant has not been afford the Due-Process Right to the Appeal Process Putative to Non-Incarcerated MDL-2179. Due to the Court Approved Flawed Notification Protocals, as of May 2021, it has been over eighty-four months since the filing of Claimants Failed Business Economic Claim and to date CSSP has failed to issue its Letter of Appeal Rights to the Current Holder of Rights at the address in its files.

Wherefore, the Ultimate Responsibility for such Peculiar Circumstances that violated Claimants Due-Process Rights Rest with the Courts Created Controversys rather than the Claimant. The Triggering Point for the Violation is the Flawed Court-Approved Notification Protocals. As such, the Due-Process Clause of the United States Constitution Demand Claimants Motion for an Out

OF TIME APPEAL BE GRANTED.

RESPECTFULLY SUBMITTED

THIS THE 17TH DAY OF May, 2021

*[signature]*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

OFFICE OF THE CLERK
U.S. DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

LEGAL DOCUMENT    BLACK LIVES MATTER



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.00⁰
MAY 18 2021
02 1P
0000932486
MAILED FROM ZIP CODE 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION