*Ecc 3-5-19*

## Steve Herman

| | |
|---|---|
| **From:** | Patrick Hron <phron@dheclaims.com> |
| **Sent:** | Thursday, February 28, 2019 12:51 PM |
| **To:** | Steve Herman |
| **Cc:** | Soren Gisleson; John Creevy; Regina Valenti |
| **Subject:** | RE: BP Oil - Billy Larkin (Pro Se) |
| **Attachments:** | 20151202 Incompleteness Denial Notice.PDF; 20150702 Incompleteness Denial Notice.PDF |

Steve,

I found Hotel Security Specialists LLC with two Claimant Files.

Claimant ID 100283484 - The only document in this Claim File was a letter from March 2014 asking for "instructions concerning the recovery for financial damages in the [Deepwater Horizon Settlement Program] as it pertains to a business owner that is now incarcerated." No Registration Form, Claim Form, or supporting documentation were submitted on this one.

Claimant ID 100286371 – This one had two Failed BEL Claim, both for the same entity.

Claim 309766 received an Incompleteness Denial Notice on July 2, 2015, for a variety of missing documents, including P&Ls and tax returns for all years. Claim 371240 received the same in December 2, 2015, for the same reasons. Reconsideration was not requested in either case.

The Denial Notices were mailed to HOTEL SECURITY SPECIALISTS, LLC, C/O: BILLY F, 28 COLUMBUS DRIVE, SAVANNAH, GA 31405. This looks like the address provided by the Claimant as its Business Address on the original Registration Form filed and on the Failed BEL Claim Forms.

Hope y'all have a good Mardi Gras too.

Patrick

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Thursday, February 28, 2019 12:09 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Cc:** Soren Gisleson <SGISLESON@hhklawfirm.com>; John Creevy <jcreevy@hhklawfirm.com>; Regina Valenti <Rvalenti@hhklawfirm.com>
**Subject:** BP Oil - Billy Larkin (Pro Se)

Hey Patrick. Hope things are well. See attached. Any record?

In meantime, have a great, safe, happy Mardi Gras

Thanks

Stephen J. Herman, Esq.
Herman Herman & Katz LLC
Cell: (504) 232-5154
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

To see what's new in Literature and the Arts,
Class Actions / Legal Ethics & Professionalism /
Product Liability / ERISA Litigation /

ATTACHMENT-A

1