May 17, 2021

Office of the Clerk

US District Court

500 Poydras Street

New Orleans, LA 70130

RE: <u>Motion For An Out of Time Appeal.</u>

Dear Clerk,

Please file the enclosed Motion For An Out of Time Appeal and return a stamped copy of the same.

Thank you for your usual, kind cooperation.

*[signature]*

Larkin, Billy F. #0490312

Warren Correctional Institution

Post Office Box 728

Norlina, NC 27563

TENDERED FOR FILING

MAY 21 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk