UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 19-10295* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

On December 16, 2020, the Court issued an Order & Reasons dismissing Billy Larkin's lawsuit with prejudice. (Rec. Doc. 26823; *see also* Judgment, No. 19-10295, Rec. Doc. 20). Larkin, who is pro se, timely noticed an appeal to the Fifth Circuit. (Rec. Doc. 26863; 5th Cir. Dkt. No. 21-30030). He also petitioned the Fifth Circuit for a writ of prohibition (5th Cir. Dkt. No. 21-30019) and a writ of mandamus (5th Cir. Dkt. No. 21-30075).

On May 21, 2021, Larkin filed with this Court a Motion for an Out of Time Appeal. (Rec. Doc. 27119).

**IT IS ORDERED** that the Motion (Rec. Doc. 27119) is **DENIED**.

New Orleans, Louisiana, this 25th day of May, 2021.

_____
United States District Judge

**Note to Clerk: Mail a copy to Billy Larkin.**