UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-06585, Global Disaster Recovery & Rebuilding Servs., LLC v. BP Expl. & Prod., Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Global Disaster Recovery & Rebuilding Services, LLC's ("Global Disaster") previously moved to seal (Rec. Doc. 27099) certain attachments to its response (Rec. Doc. 27100) to BP's motion for summary judgment. The Court *temporarily* granted the motion to seal and further ordered that "if Global Disaster or any other party desires that these document remain under seal, it shall file within 7 days of the issuance of this order an amended motion to seal providing further justification for why these documents should remain under seal; otherwise these documents will be unsealed." (Rec. Doc. 27109). That order issued on May 14; therefore, an amended motion to seal was due on May 21, 2021. To date, no amended motion to seal has been filed. Accordingly,

**IT IS ORDERED** that the Clerk shall **UNSEAL** all documents attached to Global Disaster's response (Rec. Doc. 27100) to BP's motion for summary judgment.

New Orleans, Louisiana, this 25th day of May, 2021

_____
United States District Judge