# INVOICE



Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/24/2021 | 28725 |
| PERIOD START | THROUGH DATE |
| 2/1/2021 | 4/30/2021 |

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 83.2 Hrs. | | $5,150.00 |
| Format and load electronic files | 8.6 Hrs. | | $866.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 709,898 | $0.002 | $1,419.80 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 874.1 Hrs. | | $100,521.50 |
| Deficiency / Rejection Processing | 57.5 Hrs. | | $3,158.87 |
| **Contact Services** | | | |
| IVR (per minute) | 14,844.2 | $0.32 | $4,750.14 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 368.8 Hrs. | | $15,742.02 |
| Handling of class member communications | 644.4 Hrs. | | $74,106.00 |
| **Website Services** | | | |
| Design and Maintain Website | 2.0 Hrs. | | $250.00 |
| **Distribution Services** | | | |
| Records Paid by Check | 66 | $0.79 | $52.14 |
| Records Paid by Wire | 31 | $0.79 | $24.49 |
| Check reissues | 385 | $0.79 | $304.15 |
| IRS Form 1099 Printing | 489 | $1.50 | $733.50 |
| **Reporting** | 4.8 Hrs. | | $528.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 514.1 Hrs. | | $80,873.87 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Systems Support** | 16.4 Hrs. | | $1,494.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 267.6 Hrs. | | $46,200.00 |
| **Total Fees** | | | **$337,191.48** |
| **Total Project Expenses (See Exhibit A)** | | | $417.95 |
| **Sub Total** | | | **$337,609.43** |
| Sales Tax | | | $9,628.25 |
| **Grand Total** | | | **$347,237.68** |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Feb 01, 2021 through Apr 30, 2021 | | |
| Postage | | $416.25 |
| PACER Charges | | $1.70 |
| **Total** | | **$417.95** |

**Please Remit To:**

Epiq Class Action & Claims Solutions
Dept 0286                                    -Or-
PO Box 120286
Dallas, TX 75312-0286

Billing questions: call 503-350-5800
or ccabilling@epiqglobal.com

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

May 6, 2021

|  |  |
|---|---|
| Invoice #: | 34834 |
| Billed Through: | April 30, 2021 |
| Account #: | 001300    01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
     OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | April 30, 2021 | $6,700.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2021 | $40.00 |
| TOTAL CHARGES FOR THIS BILL | | $6,740.00 |
| TOTAL NOW DUE | | $6,740.00 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

## JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 6, 2021

| | |
|---|---|
| Invoice #: | 34834 |
| Billed through: | April 30, 2021 |
| Account #: | 001300  01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $4,544.10 |
| Less payments received since previous invoice | $4,544.10 |

**PROFESSIONAL SERVICES**  **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/21 | PAJ | REVIEW EMAILS RE: REMANDED CLAIMS FOR REVIEW | 0.30 |
| 02/01/21 | PJH | VARIOUS CORRESPONDENCES RE: RECENT HESI/TO RULINGS ON DISCRETIONARY REVIEW AND ASSESSMENT OF ORDERS AND DOCUMENTS FOR DETERMINATIONS ON REMAND | 2.20 |
| 02/02/21 | PAJ | CONFER WITH HRON RE: DETERMINATIONS | 0.20 |
| 02/02/21 | PAJ | REVIEW EMAILS RE: REMANDED CLAIMS | 0.20 |
| 02/02/21 | PJH | ADDITIONAL CORRESPONDENCES AND REVIEW OF DOCUMEMTS RE: HESI/TO REMANDS FOR CONFER WITH PAJ RE: DETERMINATIONS ON SAME; CONFER HESI/TO CLAIMANT RE: CASHED CHECK AND CORRESPONDENCE WITH VENDOR RE: SAME | 1.00 |
| 02/03/21 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO ORDER ON DISCRETIONARY REVIEW AND DRAFT CORRESPONDENCE TO COUNSEL RE: SAME AFTER RESEARCH ON CONTACT INFORMATION, REVIEW OF ORDERS AND CONFER PAJ RE: SAME | 1.30 |
| 02/03/21 | PAJ | CONFER WITH HRON RE: REMANDED CLAIMS | 0.30 |
| 02/05/21 | PAJ | REVIEW EMAILS RE: REMANDED CLAIMS | 0.10 |
| 02/05/21 | PAJ | REVIEW OF CLAIMS ON REMAND FROM COURT AND RELATED DOCUMENTATION AND INSTRUCT VENDOR ON FINAL DETERMINATION | 1.50 |
| 02/05/21 | PAJ | CONFER RE: ORDER RE: POTENTIALLY ALTERED DOCUMENT AND REVIEW OF SAME | 0.80 |
| 02/05/21 | PJH | CONFER PAJ RE: HESI/TO CLAIMS REMANDED IN DISCRETIONARY REVIEW, RECENTLY SUBMITTED DOCUMENTATION, AND DETERMINATIONS, WITH CORRESPONDENCES TO VENDOR RE: SAME; REVIEW AND EDIT DMI JMOs AND CORRESPONDENCE WITH COURT RE: SAME | 1.10 |
| 02/16/21 | PJH | REVIEW OF RESPONSE TO SHOW CAUSE ORDER RE: HESI/TO DISCRETIONARY REVIEW REQUEST ALONG WITH SUPPORTING DOCUMENTS, AND VARIOUS CORRESPONDENCES AND CONFERS RE: SAME | 1.40 |
| 02/22/21 | PAJ | REVIEW EMAILS RE: QUARTERLY INVOICES AND FUTURE ANTICIPATED COSTS | 0.30 |
| 02/22/21 | PJH | RECEIPT OF VENDOR HESI/TO INVOICES AND REVIEW, VARIOUS CORRESPONDENCES RE: SAME | 0.60 |

```
001300    01580                                          Invoice # 34834      Page    2
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/23/21 | PAJ | CONFER WITH HRON RE: ADMINISTRATIVE COSTS | 0.20 |
| 02/23/21 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | 0.20 |
| 02/23/21 | PJH | PREPARE MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE COSTS AND CONFER PAJ, CORRESPOND WITH PARTIES RE: SAME | 0.90 |
| 02/24/21 | PAJ | REVIEW EMAILS RE: FILED MOTION TO PAY ADMINISTRATIVE COSTS | 0.10 |
| 02/24/21 | PJH | FILE MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE COSTS AND VARIOUS CORRESPONDENCES RE: SAME | 0.50 |
| 02/25/21 | PAJ | REVIEW ORDER AUTHORIZING DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 02/25/21 | PJH | VARIOUS CORRESPONDENCES RE: ORDER GRANTING MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE COSTS | 0.20 |
| 02/26/21 | PJH | REVIEW HESI/TO DMI JMOs AND VARIOUS CORRESPONDENCES, FILING THE SAME WITH THE COURT | 0.60 |
| 03/02/21 | PAJ | CONFER WITH HRON RE: DISCRETIONARY REVIEW AND ALTERED DOCUMENT | 0.30 |
| 03/02/21 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO ORDERS ON DISCRETIONARY REVIEW, ORDER RE: ALTERED DOCUMENT AND CONFER PAJ RE: SAME | 1.20 |
| 03/04/21 | PJH | REVIEW AND VARIOUS CORRESPONDENCES RE: HESI/TO ORDER ON DISCRETIONARY REVIEW | 0.20 |
| 03/05/21 | PJH | VARIOUS CORRESPONDENCES AND CONFERS RE: INQUIRY FROM ATTORNEY RE: HESI/TO CHECK | 0.50 |
| 03/11/21 | PJH | VARIOUS CORRESPONDENCES AND CONFERS RE: INQUIRY RE: HESI/TO PAYMENT FOR PUNITIVE DAMAGES AND 1099 RE: SAME | 0.80 |
| 03/24/21 | PJH | CORRESPONDENCES RE: HESI/TO CLAIMS REMANDED BY COURT ON APPEAL AND REVIEW QUESTIONS RE: SAME | 0.20 |
| 03/31/21 | PJH | LISTEN TO VOICEMAIL RE: INQUIRY RE: HESI/TO CLAIM PAYMENTS AND ATTEMPT TO RETURN CALL | 0.20 |
| 04/01/21 | PJH | REVIEW AND CORRESPONDENCES RE: HESI/TO DMI JMOs AND FILING OF SAME | 0.50 |
| 04/05/21 | PAJ | REVIEW EMAILS RE: FINAL TAX RETURNS | 0.10 |
| 04/05/21 | PJH | CORRESPONDENCES RE: HESI/TO TAX RETURNS AND FILING OF SAME | 0.20 |
| 04/06/21 | PJH | FURTHER CORRESPONDENCES RE: EXECUTION AND MAILING OF HESI/TO TAX RETURNS, DMI JMO | 0.30 |
| 04/13/21 | PJH | CORRESPONDENCES WITH VENDOR RE: DHEPDS WIND DOWN RE: HESI/TO PROGRAMS | 0.20 |
| 04/22/21 | PAJ | REVIEW OF EMAILS RE: DRAFT QUARTERLY REPORT NO. 22 | 0.30 |
| 04/22/21 | PJH | REVIEW OF HESI/TO COURT REPORT WITH EDIT AND CORRESPONDENCES RE: SAME | 0.50 |
| 04/23/21 | PAJ | CONFER WITH HRON RE: REPORT TO BE FILED WITH COURT | 0.20 |
| 04/23/21 | PJH | CONFER PAJ RE: HESI/TO COURT REPORT AND CORRESPOND WITH VENDOR RE: SAME; CORRESPOND WITH VENDOR AND COURT RE: HESI/TO DMI JMOs | 0.50 |
| 04/27/21 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO DMI JMOs | 0.40 |
| 04/30/21 | PAJ | REVIEW OF EMAILS RE: IRS LETTER | 0.20 |
| 04/30/21 | PJH | REVIEW CORRESPONDENCE FROM IRS RE: HESI/TO TAX RETURNS AND CORRESPONDENCES WITH VENDORS RE: SAME | 0.50 |
|  |  |  | 21.40     $6,700.00 |

```
PAJ       JUNEAU, PATRICK A.              5.40 hrs @    $500.00 /hr    $2,700.00
```

| | | | | Invoice # 34834 | Page | 3 |
|---|---|---|---|---|---|---|
| 001300 | 01580 | | | | | |
| PJH | HRON, PATRICK J | 16.00 hrs @ | $250.00 /hr | $4,000.00 | | |
| | Fee Recap Totals | 21.40 | | $6,700.00 | | |

**EXPENSES**   **Amount**

| | | |
|---|---|---|
| 02/12/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 03/09/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/14/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/30/21 | COPYING | 25.00 |
| | | $40.00 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $6,700.00 |
| TOTAL EXPENSES | $40.00 |
| TOTAL FEES & EXPENSES | $6,740.00 |
| **TOTAL NOW DUE** | **$6,740.00** |