UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | **MDL NO. 2179** **SECTION: J** |
| **THIS DOCUMENT RELATES TO:** | | * * | **JUDGE BARBIER** |
| **Gangi Shrimp Company, LLC** vs. **BP P.L.C.,** *et al.* **Docket Number: 2:13-cv-01117-CJB-JCW** | | * * * * * * | **MAG. JUDGE CURRAULT** |

*******************************************************************************

## MOTION FOR ORDER APPROVING AND ORDERING THE PRODUCTION OF SETTLEMENT DOCUMENTS PURSUANT TO NOTICE OF RECORDS DEPOSITION AND SUBPOENA DUCES TECUM FILED IN LOUISIANA STATE COURT

**NOW INTO COURT,** through undersigned counsel, come Steven Schwed, Pestcoe, Schwed, and Associates, LLC, and Markel Insurance Company ("Movers") who respectfully submit the instant motion seeking an Order from this Honorable Court approving and ordering BP Exploration & Production Inc. ("BP") to produce a redacted copy of the Full and Final Release, Settlement and Covenant Not to Sue entered into by Gangi Shrimp Company ("Gangi Shrimp") and BP on or about February 24, 2017 (the "Release").

Said Release was part of the documents sought in the properly served Notice of Records Deposition and Subpoena Duces Tecum, ("Subpoena"), issued in the action entitled "*Gangi Shrimp Company, LLC vs. Michael A. Britt, Steven Schwed, Pestcoe Schwed and Associates, LLC, CNA Insurance Company, and Markel Insurance Company,*" 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Suit No. 771-620, Division B.  Gangi Shrimp did not file

any objection or Motion to Quash the Subpoena in the underlying state court action. In its objections to the Subpoena, BP indicated that it is prohibited from producing the Release under Pretrial Order 38 (Rec.Doc. 3201) and the Orders issued at Rec. Docs. 15718 and 21518 in in MDL 2179 unless this Court issues an order permitting production of the Release. BP does not oppose this Motion.

WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support, Movers respectfully request that this Court grant this Motion and issue an Order requiring that BP produce a redacted copy of the Full and Final Release, Settlement and Covenant Not to Sue entered into by Gangi Shrimp Company ("Gangi Shrimp") and BP on or about February 24, 2017.

Respectfully Submitted:

**DEGAN, BLANCHARD & NASH**

*/s/ Jena W. Smith*
**SIDNEY W. DEGAN, III (NO. 4804)**
**KEITH A. KORNMAN (NO. 23169)**
**JENA W. SMITH (NO 25255)**
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:   (504) 529-3333
Facsimile:   (504) 529-3337
E-mail:   sdegan@degan.com
         kkornman@degan.com
         jsmith@degan.com
***Attorneys for Steven Schwed, Pestcoe Schwed and Associates, LLC and Markel Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the a copy of the foregoing *Motion for Order Approving and Ordering the Production of Settlement Documents Pursuant to Notice of Records Deposition and Subpoena Duces Tecum filed in Louisiana State Court* has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 27th day of May, 2021. I further certify that a copy of the foregoing was also served on Gangi Shrimp Company, LLC, through its counsel of record, John H. Denenea, Jr., via e-mail and by depositing same in the United States mail, properly addressed and first class postage prepaid, on this 27th day of May, 2021.

                      */s/ Jena W. Smith*