## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| | "Deepwater Horizon" in the | * | |
| | Gulf of Mexico, on | * | |
| | April 20, 2010 | * | SECTION: J |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | |
| | | * | |
| Gangi Shrimp Company, LLC | | * | JUDGE BARBIER |
| | | * | |
| vs. | | * | |
| | | * | |
| BP P.L.C., *et al.* | | * | MAG. JUDGE CURRAULT |
| | | * | |
| | | * | |
| Docket Number: 2:13-cv-01117-CJB-JCW | | * | |
| | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the Court is a Motion for Order Approving and Ordering the Production of Settlement Documents Pursuant to Notice of Records Deposition and Subpoena Duces Tecum Filed in Louisiana State Court, filed by Steven Schwed, Pestcoe, Schwed, and Associates, LLC, and Markel Insurance Company ("Movers"). Having considered this motion,

**IT IS HERBY ORDERED** that the Motion for Order Approving and Ordering the Production of Settlement Document Pursuant to Notice of Records Deposition and Subpoena Duces Tecum Filed in Louisiana State Court is **GRANTED**, and Movers are permitted limited relief from the Court's Pretrial Order 38 (Rec. Doc. 3201) and the Orders issued at Rec. Docs. 15718 and 21518 in MDL 2179; and

**IT IS FURTHER ORDERED** that BP Exploration & Production Inc. ("BP") shall respond to the Subpoena Duces Tecum filed in the Louisiana State Court action entitled "*Gangi*

{00903485.DOCX;1}

*Shrimp Company, LLC vs. Michael A. Britt, Steven Schwed, Pestcoe Schwed and Associates, LLC, CNA Insurance Company, and Markel Insurance Company,*" 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Suit No. 771-620, Division B, by Jena W. Smith and Degan, Blanchard & Nash, by producing a redacted copy of the Full and Final Release, Settlement and Covenant Not to Sue entered into by Gangi Shrimp Company, LLC and BP, on or about February 24, 2017; *provided*, however, that nothing in this Order shall be construed as permitting anyone to subpoena, depose, or call as a witness the Court-Appointed Neutrals, the Claims Administrator for the Economic and Property Damages Settlement Program, the Court Supervised Settlement Program, or any employees of agents of same. Any documents that, absent this Order, would otherwise be subject to the Pretrial Order 38 (Rec. Doc. 3201) or the Orders issued at Rec. Docs. 15718 and 21518 in MDL 2179, shall be treated as "Confidential" and shall be protected from disclosure beyond the State Court Proceeding.[1] The Movers and BP are permitted to share any information or documents obtained pursuant to this Order with their attorneys, accountants, or other persons engaged to assist them in the State Court Proceeding, but only to the extent necessary and relevant to the State Court Proceeding, and further provided that the recipient shall also protect such information and documents from disclosure to anyone outside the State Court Proceeding.

Signed in New Orleans, Louisiana, this _____ day of _____ 2021.

_____
UNITED STATES DISTRICT COURT

---

[1] Should these documents need to be filed into the record of the State Court Proceeding, the parties shall request that they be filed under seal.

{00903485.DOCX;1}