$500   835 CODED   Shearman Filed by: Legal Wings

FILED FOR RECORD 05/01/2017 11:57:19
Stacy A. Lauricella, DY CLERK

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 771-620   DIVISION "B"

### GANGI SHRIMP COMPANY, L.L.C.

### VERSUS

### MICHAEL A. BRITT, ATTORNEY AT LAW, STEVEN SCHWED, AND PESCOE, SCHWED, AND ASSOCIATES, L.L.C.

FILED:_____          _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Gangi Shrimp Company, L.L.C., a domestic limited liability company with its primary place of business in this parish and state, respectfully represents, as follows:

I.

Made defendants herein is Michael A. Britt, Attorney at Law, who has his principal place of business located in Kenner, Louisiana.

II.

Made defendant herein is Steven Schwed, a person of the full age and majority and upon information and belief domiciled in Milwaukee, Wisconsin, doing business in the Parish of Jefferson, State of Louisiana.

III.

Made defendant herein is Pescoe, Schwed and Associates, L.L.C., a foreign limited liability company with its principle place of business in Milwaukee, Wisconsin, and doing business in the Parish of Jefferson, State of Louisiana.

IV.

That defendants are justly and truly indebted unto petitioner, Gangi Shrimp Company, L.L.C., in a full and true sum reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to wit:

V.

On or about April 20, 2010, plaintiff, Gangi Shrimp Company, L.L.C., was a seafood company dealing in the sale of all types of seafood, including but not limited to shrimp, crabs,

**EXHIBIT 2**

IMAGED MAY 01 2017
CODED
CODED

fish, and crawfish, all of which seafood was obtained from the Gulf of Mexico.

VI.

On or about April 20, 2010, plaintiff, Gangi Shrimp Company, L.L.C., sustained extensive damages to its seafood business as a result of the explosion, sinking, and subsequent discharge of oil from the BP/Deep Water Horizon Mobile Offshore Drilling Unit which was located in the Mississippi Canyon 252 located on the intercontinental shelf directly adjacent to the Coast of Louisiana.

VII.

As a result of the extensive damages sustained by plaintiff, Gangi Shrimp Company, L.L.C., as a result of the April 20, 2010 Deep Water Horizon Oil Spill, plaintiff retained the services of defendants, Steven Schwed and Pescoe, Schwed and Associates, L.L.C.. These services were retained on June 17, 2010. (A copy of this agreement is attached hereto as Exhibit "A").

VIII.

On December 12, 2010, plaintiff, Gangi Shrimp Company, L.L.C., received an emergency payment from the Gulf Coast Claims Facility in the amount of One Hundred Forty-Three Thousand Eight Hundred Dollars ($143,800.00). This payment was to provide some immediate temporary relief to plaintiff, Gangi Shrimp Company, LLC, for some of its damages sustained as a result of the April 20, 2010 Deep Water Horizon Explosion. (A copy of this payment is attached hereto as Exhibit "B")

IX.

On December 14, 2010, plaintiff, Gangi Shrimp Company, LLC, received from defendants, Steven Schwed and Pescoe, Schwed and Associates, L.L.C., a fax asking plaintiff to "please send our fee check to the Milwaukee address shown at the bottom of the invoice, and fax a copy of the GCCF check to (414) 220-9767." (A copy of fax attached hereto as Exhibit "C").

X.

On December 14, 2010, plaintiff, Gangi Shrimp Company, L.L.C., received from defendants, Steven Schwed and Pescoe, Schwed and Associates, L.L.C., an invoice for its five percent (5%) which was calculated at $143,800.00 x 5% or $7,190.00. The defendants federal id number was attached as well. (A copy of invoice is attached hereto as Exhibit "D").

### XI.

Plaintiff, Gangi Shrimp Company, L.L.C., forwarded a check to the defendants, Steven Schwed and Pescoe, Schwed and Associates, LLC for the agreed upon $7,190.00.

### XII.

After failed settlement negotiations between plaintiff, Gangi Shrimp Company, L.L.C. and the representatives of the BP Deepwater Horizon defendants, and on October 18, 2012, plaintiff, Gangi Shrimp Company, L.L.C., with the assistance of defendants Steven Scwed and Pescoe, Schwed and Associates, L.L.C., filed the requisite opt-out documentation with the Deep Water Horizon Court of Supervised Settlement Program Exclusions Department.

### XIII.

On or about April 18, 2013, defendant, Michael A. Britt, Attorney at Law, with the assistance and consult of defendants, Steve Schwed and Pescoe, Schwed and Associates, LLC, filed a complaint for damages in the United States District Court for the Eastern District of Louisiana on behalf of plaintiff, Gangi Shrimp Company, L.L.C., seeking damages from the numerous defendants who were responsible for the extensive damages sustained by plaintiff, Gangi Shrimp Company, L.L.C. as a result of the April 20, 2010 BP Oil Spill in the Gulf of Mexico.

### XIV.

From the time of the filing of the complaint on April 18, 2013, the defendants took no action on behalf of the plaintiff, Gangi Shrimp Company, LLC., to determine the status of plaintiff's litigation nor prosecute plaintiff's claim for damages.

### XV.

On March 29, 2016, Judge Carl Barbier of the United States District Court for the Eastern District of Louisiana in the litigation numbered MDL2179 and captioned in re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 issued an order entitled PTO 60 which ordered all plaintiffs, like plaintiff, Gangi Shrimp Compay, L.L.C., who opted out of the class action lawsuit, to file and/or serve a three page sworn statement regarding the status of his/her/its claims. The May 2, 2016 deadline was later extended to May 16, 2016.

### XVI.

Neither defendant, Michael A. Britt, Attorney at Law, nor defendants, Steven Schwed, and defendant, Pescoe, Schwed and Associates, LLC, advised plaintiff, Gangi Shrimp Company,

L.L.C., of the requirement of having to file a three page sworn statement by the May 2, 2016 deadline which was then extended to May 16, 2016.

XVII.

On June 7, 2016, after the deadline to file the Court-ordered sworn statement, Judge Barbier issued an Order to Show Cause on or before June 28, 2016, why the complaint for damages filed by any plaintiff, like Gangi Shrimp Company, L.L.C., should not be dismissed with prejudice for failing to file its sworn statement in compliance with PTO 60.

XVIII.

Once again, defendant, Michael A. Britt, Attorney at Law, and defendants, Steven Schwed and Pescoe, Schwed and Associates, L.L.C. failed to advise plaintiff, Gangi Shrimp Company, L.L.C. of the June 7, 2016, Order to Show Cause nor file any document on behalf of plaintiff, Gangi Shrimp Company, L.L.C., in response to the June 7, 2016, Order to Show Cause.

XIX.

On July 14, 2016, Judge Barbier issued a "Compliance Order" which stated that all of the complaints of plaintiffs including Gangi Shrimp Company, L.L.C. who failed to comply with PTO 60 and who failed to comply with the Order to Show Cause are "dismissed with prejudice."

XX.

On September 3, 2016, Michael A. Britt, Attorney at Law, filed on behalf of Gangi Shrimp Company, L.L.C. a Reply to Order to Show Cause which was essentially a Motion to Re-Open Case arguing in pertinent part that he did not comply with PTO 60 on behalf of Gangi Shrimp Company, L.L.C. because he never received notice from the Court of the requirements in PTO 60 un til after the deadlines passed.

XXI.

On December 16, 2016, Judge Barbier ruled on Gangi Shrimp Company, L.L.C.'s Reply to Order to Show Cause/Motion to Re-Open Case. Judge Barbier denied the Motion which effectively dismissed the Complaint for Damages filed by plaintiff, Gangi Shrimp Company, L.L.C. which sought to recover damages for the extensive losses suffered as a result of the BP explosion.

XXII.

In denying the Motion, Judge Barbier held that the sole reason for the Complaint for Damages of Gangi Shrimp Company, L.L.C. being dismissed with prejudice was the failure to

comply with the requirements of PTO 60, all of which were brought on by defendants' failure to sign up for the File & Serve at the time the Complaint for Damages was filed. Had the defendants signed up for the File & Serve, they would have received notification of PTO 60 and its requirements and filed the necessary documents to preserve the rights of Gangi Shrimp Company, L.L.C. to proceed against the many defendants for the extensive losses incurred.

### XXIII.

Due to the negligent acts and omissions of defendant's, Michael A. Britt, Attorney at Law, Steven Schwed, and Pescoe, Schwed and Associates, L.L.C., as set forth in the above paragraphs, plaintiff, Gangi Shrimp Company, L.L.C. sustained extensive losses that would have been recoverable in the underlying Complaint for Damages described in the above paragraphs.

### XXIV.

The defendant, Michael A. Britt, Attorney at Law, is guilty of legal malpractice in the following non-exclusive particulars:

a) Failing to timely file the necessary documents that would have preserved the rights of plaintiff in this matter;

b) Failing to properly sign up for the "File & Serve requirement at the time the Complaint for Damages was filed by Gangi Shrimp Company, L.L.C. against the numerous defendants in the BP explosion litigation.

c) Failing to properly notify the plaintiff. Gangi Shrimp Company, L.L.C., of the ongoing litigation in the main demand filed as a result of the BP explosion;

d) Any and all acts of negligence either through omission or commission that may be shown at the time of trial.

### XXV.

The defendants, Steven Schwed, and Pescoe, Schwed and Associates, LLC, their agents and employees, are guilty of professional negligence in the non-exclusive particulars:

a) Failing to consult with Michael A. Britt, Attorney at Law about timely filing the necessary documents that would have preserved the rights of plaintiff in this matter;

b) Failing to consult with Michael A. Britt, Attorney at Law about properly signing up for the "File & Serve requirement at the time the Complaint for Damages was

        filed by Gangi Shrimp Company, L.L.C. against the numerous defendants in the BP explosion litigation.

    c)    Failing to properly notify the plaintiff, Gangi Shrimp Company, L.L.C., of the ongoing litigation in the main demand filed as a result of the BP explosion;

    d)    Any and all acts of negligence either through omission or commission that may be shown at the time of trial.

### XXVI.

As a result of the aforementioned negligence of the defendant's Michael A. Britt, Attorney at Law, Steven Schwed and Pescoe Schwed and Associates, L.L.C., plaintiff, Gangi Shrimp Company, L.L.C., is entitled to damages for its loss of sales from its seafood business, diminution in value of its seafood business, loss of earnings, loss of earning capacity, loss of punitive damages in the underlying cause of action, and any all other damages that may be shown at the time of trial.

WHEREFORE, plaintiff prays that the defendants be duly cited to appear and answer petition and after all legal delays and due proceedings had, that there be judgment rendered herein in favor of plaintiff, Gangi Shrimp Company, L.L.C., and against defendants, Michael A. Britt, Attorney at Law, Steven Schwed, and Pescoe, Schwed and Associates, L.L.C., in a full and true sum reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for all general and equitable relief required or necessary on the premises.

Plaintiff further avers amicable demand without avail.

                                      Respectfully submitted,

                                      **SHEARMAN - DENENEA, L.L.C.**

BY: _____
                **BRIAN G. SHEARMAN (#19151)**
                **JOHN H. DENENEA, JR. (#18861)**
                4240 Canal Street, 2nd Floor
                New Orleans, Louisiana 70119
                Telephone: (504) 304-4582
                Facsimile: (504) 304-4587
                *Attorneys for Plaintiff, Gangi Shrimp Company L.L.C.*

**PLEASE SERVE**:

MICHAEL A. BRITT, ATTORNEY AT LAW
3701 Williams Boulevard, Suite 255
Kenner, Louisiana 70065

STEVEN SCHWED
(Through the Louisiana Long Arm Statute)
710 North Plankinton Avenue
Milwaukee, Wisconsin 53202

PESCOE, SCHWED AND ASSOCIATES, L.L.C.
(Through the Louisiana Long Arm Statute)
710 North Plankinton Avenue
Milwaukee, Wisconsin 53202

FILED FOR RECORD 05/01/2017 12:07:23
Stacy A. Lauricella, DY CLERK
JEFFERSON PARISH, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 771-620          DIVISION " "  B

### GANGI SHRIMP COMPANY, L.L.C.

### VERSUS

### MICHAEL A. BRITT, ATTORNEY AT LAW, STEVEN SCHWED, AND PESCOE, SCHWED, AND ASSOCIATES, L.L.C.

FILED:_____          _____
                                        DEPUTY CLERK

### VERIFICATION AFFIDAVIT

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public comes:

### MICHAEL GANGI

Who after being duly sworn did depose and state that all allegations of fact are true and correct to the best of his knowledge and belief.

_____
MICHAEL GANGI, OBO
GANGI SHRIMP COMPANY, L.L.C.

Sworn to and subscribed
before me, this 28 day of
APRIL, 2017

_____
Notary Public

**Brian G. Shearman #19151**

# PESTCOE, SCHWED & ASSOCIATES, LLC

| | |
|---|---|
| 710 North Plankinton Ave. | P.O. Box 1314 |
| MILWAUKEE, WISCONSIN 53202 | WEST CALDWELL New Jersey 07007 |
| 414-220-9766   FAX 414-220-9767 | FAX 973-226-8229 |
| STEVEN SCHWED CELL 414-881-8713 | CHARLES PESTCOE CELL 973-650-3864 |

## AGREEMENT

To Whom It May Concern:

We GANGI Shrimp LLC DBA Michael Seafood, hereby retain Pestcoe, Schwed & Associates LLC to represent us, as consultants, in our claim against British Petroleum for damages arising out of the Deepwater Horizon Incident and direct British Petroleum or their representatives to speak directly to Pestcoe, Schwed & Associates with regard to our claim.

Date: June 17, 2010

By _____

_____

BP CLAIM Number: 6866124224952
6866124224992.

EXHIBIT A

# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

| GCCF | NOTICE OF DETERMINATION EMERGENCY ADVANCE PAYMENT | Date of Payment: 12/12/2010 |
|---|---|---|
| Business Claimant | GANGI SHRIMP | |

| Claimant Identification Number | 1010578 | Claim Number | 4051513 |
|---|---|---|---|
| | | Type of Claim | SIX MONTH |

| Loss Measurement Period | Start Month | End Month |
|---|---|---|
| | May | October |

| Calculation of Emergency Advance Payment | Projected Annual Gross Sales Based on 2009 Gross Sales (or 2008 + 2009 if available) | |
|---|---|---|
| | Projected Total Sales for Loss Measurement Period Shown Above | $0.00 |
| | Actual Sales Revenues for May 2010 to Present, if Available (or Average of Any Monthly Sales Revenues Available from May 2010 to Present) | $0.00 |
| | Projected Actual Sales Over Loss Measurement Period | $0.00 |
| | Projected Lost Sales | $0.00 |
| | Loss of Income Rate (Profit Margin) % | 56.46 |
| | Potential Lost Profits | $0.00 |
| | Resulting Payment Amount | $143,800.00 |

The GCCF has calculated the amount of this Emergency Advance Payment according to the rules that apply uniformly to all claimants. The amount is an estimate of the claimant's projected losses and will not be changed or adjusted at this time. If a claimant disagrees with the outcome on an Emergency Payment claim, the claimant can submit a claim for Final Payment and in that claim will have the opportunity to present all the claimant's arguments and any materials that the claimant feels support the claimant's position. All such issues will be considered when reviewing the amount of any Final Payment for all losses.

Generated on 12/14/2010 12:34:25

EXHIBIT 13

710 North Plankinton Avenue Suite 730
Milwaukee, Wisconsin 53203
Phone: 414-220-9766 Fax: 414-220-9767 E-Fax: 414-435-3106
Steven Schwed Cell: 414-881-8713 Email: scsadjuster@aol.com
Charles Pestcoe Cell: 973-650-3864 Email: charlespestcoe@cs.com

**Pestcoe, Schwed & Associates, LLC**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Mike Gangi | **From:** | Steven Schwed |
| **Fax:** | 504-838-7004 | **Pages:** | 2 Including Cover Page |
| **Phone:** | | **Date:** | 12/14/2010 |
| **Re:** | GCCF Emergency Payment | **CC:** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

- **Message:** The information in this facsimile is privileged and confidential, and may contain information that is attorney work product. It is intended for use of the recipient named above. If you have received this message in error, you are hereby notified that any review, dissemination distribution or copying of this communication is strictly prohibited. In addition, please destroy all copies of this message, and notify us by telephone.

Dear Mike:

Enclosed please find our invoice for the GCCF emergency payment.

Please send our fee check to the Milwaukee address shown at the bottom of the invoice, and fax a copy of the GCCF check to 414-220-9767.

Regards,



EXHIBIT C

# Pestcoe, Schwed & Associates, LLC

FILED FOR RECORD 05/01/2017 12:08:05
Stacy A. Lauricella, DY CLERK
JEFFERSON PARISH, LA

December 14, 2010

Mr. Michael Gangi
Gangi Shrimp, LLC
Michaels Seafood
3917 Jefferson Highway
Jefferson, Louisiana

Re:   Gulf Coast Claims Facility Emergency Payment

## INVOICE

| | |
|---|---|
| Payment Amount: | $ 143,800.00 |
| PSA & Associates Fee @ 5% | $ 7,190.00 |

Thank You.

Federal Identification Number: 39-196634

**EXHIBIT**
tabbies
_____D_____

710 North Plankinton Avenue ♦ Suite 730 ♦ Milwaukee ♦ Wisconsin ♦ 53203
PHONE: 414-220-9766 ♦ FAX: 414-220-9767 ♦ www.psalossconsultants.com