IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| This Document relates to:<br><br>*Fin & Feather Adventures, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06126;<br>*Fin & Feather Cabins, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06131;<br>*Fin & Feather, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06118 | * * * * * | MAGISTRATE JUDGE CURRAULT |

### *EX PARTE* MOTION BY BP FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN CONNECTION WITH BP'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendants BP Exploration & Production, Inc., and BP America Production Company (collectively, "BP") respectfully request leave to file under seal: (1) Exhibits 2–14, 16–22 (the "Confidential Exhibits") to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion") and (2) references to or quotes from the Confidential Exhibits in (i) the Motion and (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment ("SOF"), both of which are being filed contemporaneously herewith.

The Confidential Exhibits include Fin & Feather Cabins, LLC's, and Fin & Feather, LLC's, tax returns from 2007 to 2012; Plaintiffs' reservation calendars from 2007 to 2010 and 2012; and portions of records related to Plaintiffs' boat shed rentals. *See* Exs. 2–14, 16–22. BP seeks to file these materials under seal temporarily at the request of Plaintiffs' counsel, so that Plaintiffs can have the opportunity to move to seal the Confidential Exhibits and the information contained therein.

WHEREFORE, BP respectfully prays the Court for an Order that the Confidential Exhibits and the portions of the Motion and SOF referencing to or quoting from the Confidential Exhibits be temporarily filed under seal.

May 27, 2021                                                                 Respectfully submitted,

/s/ Devin C. Reid

R. Keith Jarrett (Bar # 16984)
Devin C. Reid (Bar # 32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Ex Parte* Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of May, 2021.

*/s/ Devin C. Reid*
Devin C. Reid