IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Fin & Feather Adventures, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06126; <br> *Fin & Feather Cabins, LLC v. BP Expl. & Prod., Inc., et al.,* Case No. 16-CV-06131; <br> *Fin & Feather, LLC v. BP Expl. & Prod., Inc., et al.,* Case No. 16-CV-06118 | * * * | |

## ORDER

Considering the *Ex Parte Motion by BP for Leave to File Certain Documents Under Seal in Connection with BP's Motion for Summary Judgment* (the "Motion"): IT IS HEREBY ORDERED that the Motion is **GRANTED**; and it is further **ORDERED** that (1) Exhibits 2–14, 16–22 (the "Confidential Exhibits") to BP's Memorandum of Law in Support of Its Motion for Summary Judgment (the "Motion") and (2) references to or quotes from the Confidential Exhibits in (i) the Motion, and (ii) BP's Statement of Uncontested Material Facts in Support of Its Motion for Summary Judgment are temporarily filed under seal pending further order of the Court.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**