# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 16-06126, 16-06131, 16-06118 (Fin & Feather)* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is BP's Motion for Leave to File Under Seal (Rec. Doc. 27125) certain documents pertaining to BP's Motion for Summary Judgment (Rec. Doc. 27124) against Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC (collectively, "Fin & Feathers"). "BP seeks to file these materials under seal temporarily at the request of Plaintiffs' counsel, so that Plaintiffs can have the opportunity to move to seal the Confidential Exhibits and the information contained therein." (Rec. Doc. 27125 at 1).

**IT IS ORDERED** that Fin & Feathers shall file within 7 days of the issuance of this order a motion to seal providing justification for why these documents should be filed under seal; otherwise these documents will be filed publicly. Simply relying on an earlier confidentiality order in this MDL, such as Pretrial Order No. 13 (Rec. Doc. 641), will not suffice. (*See* Rec. Doc. 27088). The Court directs the parties' attention to *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410, 417-21 (5th Cir. 2021), the sources cited therein, and Fed. R. Civ. P. 5.2.

New Orleans, Louisiana, this 28th day of May, 2021.

_____
United States District Judge