# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *Nos. 16-06126, 16-06131, 16-06118 (Fin & Feather)* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is BP's Motion for Summary Judgment against Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC. (Rec. Doc. 27124). In accordance with the briefing schedule in Pretrial Order No. 69 § II(C) (Rec. Doc. 26709),

**IT IS ORDERED** that any response to BP's motion (Rec. Doc. 27124) shall be filed by no later than Mon., June 28, 2021. BP's reply in support of its motion shall be filed within 14 days from the date the response brief is filed.

New Orleans, Louisiana, this 28th day of May, 2021.

_____
United States District Judge