# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | | * | SECTION: J |
| | | * | JUDGE BARBIER |
| This Document Relates to: *Valdivieso v. Southern Cat, Inc., Eastern Research Group, Inc., BP Plc, BP Products North America Inc., and BP America Inc.* 2:12-cv-02004 | | * | MAG. JUDGE CURRAULT |
| | | * | |
| | | * | |

## PLAINTIFF VALDIVIESO'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Sergio Valdivieso seeks leave of Court to file a brief Sur-Reply in response to Defendant BP's Reply to Plaintiff's Response to BP's Motion for Judgement on the Pleadings.

The evening of May 20, 2021, Defendant BP filed a Reply to Plaintiff's Response to BP's Motion for Judgement on the Pleadings. In BP/s Reply, it raises what Plaintiff contends are arguments and exhibits which are not relevant; it also misrepresents discovery elements and other issues relating to the equity of BP's Motion. Plaintiff seeks to file a brief Sur-Reply to address all these arguments now asserted by Defendant BP in its Reply.

WHEREFORE, Plaintiff respectfully request that the Court grant his Motion for Leave, and accept as filed, the Sur-Reply, which is enclosed below.

Respectfully submitted,

*/s/ Charles F. Herd*

Charles F. Herd, Jr.
Herd Law Firm, PLLC.
cfh@herdlawfirm.law

19500 Tomball Parkway, Suite 250
Houston, Texas 77070
Telephone: (713) 955-3699
Fax: (281) 462-5180.

## CERTIFICATE OF CONFERENCE

I, Charles Herd, attest that I have conferred with Counsel for BP, opposing counsel, and they have stated that they are opposed to Plaintiff's Motion for Leave to File Sur-Reply.

_____
Charles F. Herd, Jr

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE SUR-REPLY has been served on All Counsel by electronically uploading the same to the File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 28th day of May, 2021.

BY:_____
Charles F. Herd, Jr.