## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *Valdivieso v. Southern Cat, Inc., Eastern Research Group, Inc., BP Plc, BP Products North America Inc., and BP America Inc.* 2:12-cv-02004 | * | MAG. JUDGE CURRAULT |
| | * | |
| | * | |

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY

CAME ON for consideration Plaintiff's Opposed Motion for Leave to File Sur-Reply to Defendant BP's Reply to Plaintiff's Response to BP's Motion for Judgement on the Pleadings, and the Court, having considered same, all responses, the case history in this matter, and arguments of counsel, finds that the motion is appropriate and is therefore GRANTED.

It is therefore ORDERED that Plaintiff's motion is and shall be GRANTED. The Court accepts the filing of Plaintiff's Sur-Reply.

So ordered this day of _____ May, 2021.

_____

JUDGE CARL J. BARBIER