UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:13-cv-01286<br><br><br>GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC.<br><br>v.<br><br>BP AMERICA PRODUCTION COMPANY; ET AL. | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

### DECLARATION OF STEPHEN S. KRELLER IN SUPPORT OF BIOMARINE TECHNOLOGIES, INC. AND GULF MARINE INSTITUTE OF TECHNOLOGY'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Stephen Skelly Kreller, declare as follows:

1. I am an attorney licensed to practice law in Louisiana, Alabama, Georgia and New York. And I am the owner and managing member of The Kreller Law Firm located at 757 St. Charles Avenue, Suite 301, New Orleans, Louisiana 70130.

2. I am counsel of record for BioMarine Technologies, Inc. ("BMT") and Gulf Marine Institute of Technology ("GMIT") in the above captioned action.

3. I respectfully submit this Declaration in Support of BMT and GMIT's Opposition to Defendants' Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I would provide testimony competently under oath as follows.

1

EXHIBIT
1

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of John D. Ericsson's deposition in his individual capacity on February 18, 2021.

5. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of BMT and GMIT's deposition on February 19, 2021.

6. Attached hereto as Exhibit C is a true and correct copy of the June 3, 2008 correspondence from the National and Atmospheric Administration to Dr. Philip Lee, marked as Exhibit 36 during the Feb. 19, 2021 deposition of John Ericsson.

7. Attached hereto as Exhibit D is a true and correct copy of the Environmental Response Management Application (ERMA) map depicting the MC 252 wellhead location, Deepwater Horizon wreckage location, and surface oiling, and NRDA Restoration Projects which was used during the MDL 2179 Penalty Phase Trial and marked as TREX-013249 and marked as Exhibit 37 during the Feb. 19, 2021 deposition of John Ericsson.

8. Attached hereto as Exhibit E is a true and correct copy of an article published in the Pensacola News Journal titled "Oil washes up along five-mile stretch of Florida beach in wake of Hurricane Sally" by Jim Little, (Sep. 28, 2020), marked as Exhibit 38 during the deposition of John Ericsson.

9. Attached hereto as Exhibit F is a true and correct copy of a report from the United States Patent and Trademark Office relative to Patent Nos. D362,508, 5,438,958, and 5,628,280.

10. I have read the above and same is true and correct to the best of my knowledge, information and belief.

Date: May 31, 2021

_____
Stephen Skelly Kreller