

CHRON FILE

*1504-04 (b)*

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE

Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
(727) 824-5305; FAX (727) 824-5308
http://sero.nmfs.noaa.gov

JUN 3 2008

F/SER24:AS
SER08-028

Phillip Lee, Ph.D.
Director and Chief Biologist
BioMarine Technologies, Inc.
8111 Broadway #9
Galveston, Texas 77554

Dear Dr. Lee:

NOAA Fisheries Service has reviewed your exempted fishing permit (EFP) application and determined that an EFP should not be issued to authorize these activities.

Your application proposes several activities that constitute "fishing" as defined by the Magnuson-Stevens Fishery Conservation and Management Act. Many of these proposed activities are prohibited or restricted under federal fishing regulations in the Gulf of Mexico (see 50 CFR Part 622) therefore requiring an EFP to conduct such activities. An EFP may be issued, in limited circumstances, to authorize activities otherwise prohibited by federal fishery regulations. These activities include: limited testing, public display, data collection, exploration, health and safety, environmental cleanup, hazard removal, targeting or incidental harvest of species managed under a fishery management plan, or fishery regulations that would otherwise be prohibited. Establishing a long-term, commercial-scale aquaculture operation is not one of the purposes for which an EFP may be issued. As such, the activities proposed in your application would be inconsistent with the intent of EFP regulations at 50 CFR 600.745 and the current management objectives of the Gulf of Mexico Fishery Management Council's (Council) fishery management plans.

Additionally, your *Mariculture Site Characterization and Environmental Assessment* is incomplete and has not been updated based on the comments previously provided on February 10, 2006, by NOAA Fisheries Service. Lastly, your application does not include or address the following issues:

1. Appropriate justification for issuance of an EFP;
2. A copy of the U.S. Coast Guard documentation, state license, or registration of each vessel to be used under the EFP and the current name, address, and telephone number of the owner and master, if it is not included on the document provided for the vessel;
3. A specification of the amount of broodstock proposed for harvest under the EFP;

EXHIBIT C

0000025

4. The approximate time(s) and place(s) broodstock will be collected, and the type, size, and amount of gear to be used; and
5. A description of the anticipated impacts on water quality, benthic habitat, marine finfish and invertebrates, marine mammals, and protected species.

Based on the above-mentioned reasons, your application for an EFP is denied. This decision constitutes final agency action. The Council is currently developing an amendment to establish a regulatory scheme for managing offshore aquaculture in federal waters of the Gulf of Mexico. I encourage you to follow and participate in the development of that amendment, as various requirements and alternatives under consideration would, if ultimately approved and implemented, affect your proposal.

If you have any questions about the denial of your EFP application or the Council's Aquaculture Amendment, please contact Andy Strelcheck on my staff at (727) 824-5374.

                Sincerely,

                *James E. Weaver*
              For
                Roy E. Crabtree, Ph.D.
                Regional Administrator

Enclosure

0000026