

**EXHIBIT**

**D**

13249

Exhibit No. —————
Worldwide Court
Reporters, Inc.

TREX-013249.000001

**ERMA**® Environmental Response Management Application
Gulf of Mexico

Information | Help | Recent Data | Dashboards

Search Layers, Folders, and Bookmarks

☐ Geographic Search

Layers | Legend | Query Tools | Zoom | Download | Print

Add Map Data | Login

**Active View:** Deepwater Horizon Restoration Projects   info

clear all   collapse all   **show all layers**

☐ Background Layers
  ◉ Esri National Geographic

☐ Restoration
  ☐ Restoration Center Data Base Projects (NOAA)
  ☑ Deepwater Horizon NRDA Restoration Projects (2020)

⊞ Ocean Conservancy GAP Analysis

☐ Deepwater Horizon MC 252 Incident
  ☑ Mississippi Canyon 252 Wellhead Location
  ☑ Deepwater Horizon Wreckage

⊞ Areas of Operation

☐ NRDA Workgroup Data
  ☐ NRDA Integration Grid 5 Km (PDARP)

⊞ Analytical Data

☐ Cumulative Oiling
  ☑ Cumulative TCNNA SAR Oiling - Days of Oiling (PDARP)
  ⊞ DWH DMSC-TIR Potential Oiling (2010 Ol)

⊞ Daily Integrated Oil Cover
⊞ Daily Integrated Oil Cover Update
⊞ Individual Sensor data
⊞ Deepwater Benthic Communities
⊞ Fish
⊞ Instrument Data
⊞ Lost Recreational Use
⊞ Marine Mammals
⊞ Natural Resource Exposure (Offshore Data)
⊞ Oysters
⊞ Sargassum
⊞ Sea Turtles
⊞ Shoreline
⊞ Submerged Aquatic Vegetation (SAV)
⊞ Response Injury
⊞ Water Column
⊞ Response Operations
⊞ Overflight Observations and Photos
⊞ Response Sampling and Monitoring
⊞ Fisheries Management
⊞ Shoreline Cleanup and Assessment Technique (SCAT)
⊞ Trajectories
⊞ Wildlife Observations
⊞ Imagery & Remote Sensing Products
⊞ Deepwater Report Products (JAG and OSAT)
⊞ My Map Data

Bookmark Views:                                    Expand

Scale: 1 : 2,633,972     Zoom Level: 7.2     Location: 33.8492°, -96.4397°

NOAA's Office of Response and Restoration Privacy Act Statement | US DOC
NOAA | NOS | NOAA Office of Response & Restoration | Disclaimer
Privacy policy | Official Citation | Contact | Website Satisfaction Survey

Coastal Response Research Center
©2007 - 2021 University of New Hampshire

# ERMA®
Environmental Response Management Application
Gulf of Mexico

Information | Help | Recent Data | Dashboards

Search Layers, Folders, and Bookmarks

Geographic Search

Layers | Legend | Query Tools | Zoom | Download | Print | Login

**Active View:** Deepwater Horizon Restoration Projects   info

clear all | collapse all | **show all layers**

- Background Layers
  - ○ Esri National Geographic
- Restoration
  - ☐ Restoration Center Data Base Projects (NOAA)
  - ☑ Deepwater Horizon NRDA Restoration Projects (2020)
- Ocean Conservancy GAP Analysis
- **Deepwater Horizon MC 252 Incident**
  - ☑ Mississippi Canyon 252 Wellhead Location
  - ☑ Deepwater Horizon Wreckage
- **Areas of Operation**
- NRDA Workgroup Data
  - ☐ NRDA Integration Grid 5 Km (PDARP)
  - Analytical Data
  - Cumulative Oiling
    - ☑ Cumulative TCNNA SAR Oiling - Days of Oiling (PDARP)
    - DWH DMSC-TIR Potential Oil Cover (2010 OI)
    - Daily Integrated Oil Cover
    - Daily Integrated Oil Cover Update
    - Individual Sensor data
  - Deepwater Benthic Communities
  - Fish
  - Instrument Data
  - Lost Recreational Use
  - Marine Mammals
  - Natural Resource Exposure (Offshore Data)
  - Oysters
  - Sargassum
  - Sea Turtles
  - Shoreline
  - Submerged Aquatic Vegetation (SAV)
  - Response Injury
  - Water Column
- Response Operations
- Overflight Observations and Photos
- Response Sampling and Monitoring
- Fisheries Management
- Shoreline Cleanup and Assessment Technique (SCAT)
- Trajectories
- Wildlife Observations
- Imagery & Remote Sensing Products
- Deepwater Report Products (JAG and OSAT)
- My Map Data

Bookmark Views:                                        Expand

NOAA's Office of Response and Restoration Privacy Act Statement | US DOC
NOAA | NOS | NOAA Office of Response & Restoration | Disclaimer
Privacy policy | Official Citation | Contact | Website Satisfaction Survey

Coastal Response Research Center
©2007 - 2021 University of New Hampshire