**After Hurricane Sally, oil washes up on beach on Perdido Key, Florida**

| | |
|---|---|
| Notebook: | !InBox |
| Created: | 2/18/2021 9:15 PM |
| URL: | https://www.usatoday.com/story/news/nation/2020/09/28/after-hurricane-sally-oil-washes-up-beach-perdido-key-florida/3560668001/ |



**NATION**

# Oil washes up along five-mile stretch of Florida beach in wake of Hurricane Sally

Jim Little  Pensacola News Journal

Published 10:55 a.m. ET Sep. 28, 2020



**Hurricane Sally pummels Orange Beach, Alabama, Florida panhandle**

Hurricane Sally toppled boats and ripped walls and roofs from structures along Florida's panhandle and Alabama Gulf Coast. *USA TODAY*

EXHIBIT E

*Notice our new look? As you g used to things, please let us k what you think!*

PENSACOLA, Fla. – Oil washed up along parts of a five-mile stretch of a beach on Florida's Perdido Key on Saturday, less than two weeks after Hurricane Sally made landfall in the area.

U.S. Coast Guard Petty Officer Dustin Williams told the Pensacola News Journal, part of the USA TODAY Network, the oil was discovered Saturday, and samples were collected to determine the source of the oil. The Coast Guard investigates reports of oil pollution in U.S. waters.

It's unclear at this point if the submerged oil is from the 2010 oil spill that was stirred up from Hurricane Sally or if it is from another source.

Williams said the Coast Guard will work with the Gulf Islands National Seashore to ensure the pollution is cleaned up.

"We want to get it cleaned up as fast as possible, so we'll be working with the Park Service to make sure that happens," Williams said. "Until we get those test samples back, right now, it's still an unknown source."



Oil washes up along Johnson Beach on Perdido Key on Saturday.*Courtesy Of Escambia County*

var(–gnt-x-lbl, "Advertisement")

var(–gnt-x-lbl, "Advertisement")

**Hurricane season takes a breather:** But activity could ramp up again in October

**Island(s):** A Florida island has turned into multiple islands after Hurricane Sally slices through

Williams said it unknown at this point how much oil washed up but said the estimated shore-line impact was about five miles.

Escambia County Administrator Janice Gilley said the oil looked like tarballs, perhaps from the 2010 Deepwater Horizon oil spill were washed up and liquified in

the sun.

var(--gnt-x-lbl, "Advertisement")



Gilley said they wouldn't know the source of the oil until the Coast Guard's test results came back.

*Follow reporter Jim Little on Twitter:* [@JimWLittle](#)

**Trump income taxes:** [Top seven revelations from New York Times report](#)

**'Dangerous rate of speed':** [Two California wildfires explode overnight, forcing thousands to flee](#)

var(--gnt-x-lbl, "Advertisement")

© 2021 USA TODAY, a division of Gannett Satellite Information Network, LLC.