**MANAGEMENT**

The officers and directors of BioMarine are as follows:

| Name | Title |
|------|-------|
| John D. Ericsson | President, Chief Executive Officer, Director |
| Edwin W. Cake, Jr., Ph.D. | Director, Chief Science Officer |
| Sharon K. Bennett | Secretary/Treasurer |
| Dr. S. Randall Hobgood | Director |
| Mr. Arie deBondt | Director, Appointed December 2001 |
| Dr. Phillip G. Lee | Nominated to become a non-voting Advisory Director, December 2001. |
| John W. Hemmer | Consultant |

All directors of BioMarine hold office until the next annual meeting of shareholders or until their successors are elected and qualified. At present, BioMarine's Bylaws provide for not less than one director nor more than nine. Currently, there are four directors of BioMarine. The Bylaws permit the Board of Directors to fill any vacancy and such director may serve until the next annual meting of shareholders or until his successor is elected and qualified. Officers serve at the discretion of the Board of Directors. There are no family relationships among any officers or directors of BioMarine. See "Certain Transactions."

**John D. Ericsson**, 55, has been Chief Executive Officer and President of BioMarine Technologies, Inc. since its inception in 1989. Since 1995, he has served as Managing Director and President of Gulf Marine Institute of Technology, a 501 (c) (3) publicly supported, nonprofit research institute, where he has supervised marine research and acquired $7.0 million in equipment and grants for mariculture development. From 1982 to 1989, Mr. Ericsson was an independent consultant in the fields of energy, cogeneration and marine aquaculture to various companies and institutions in the United States. From 1977 to 1982, Mr. Ericsson was an officer and director of an independent oil and gas company that developed over $10.0 million in oil and gas reserves. Mr. Ericsson holds a B.S. degree in business management and marketing from the University of Tulsa and is listed in Who's Who of American Inventors 1996-1998, holding U.S. Patent numbers 5,438,958, DES 362,508 for the Sea Trek Ocean Farming System and 5,628,280 for the Sea Star Oyster Relay System. He is a member of the World Aquaculture Society, the Aquacultural Engineering Society and has been honored by the Massachusetts House of Representatives for *"his outstanding contributions to the fishing industry."* Mr. Ericsson and BioMarine's mariculture systems were featured in the October 23, 1995 issue of Forbes Magazine in the Science and Technology section.

**Edwin W. Cake, Jr., Ph.D.**, 60, has been a director and Chief Science Officer of BioMarine since 1993. From 1994 to 1998, he served as President and a director of Sea Star Industries, Inc., a subsidiary of BioMarine and a director of Gulf Marine Institute of Technology since 1995. Dr. Cake served as Aquaculturist and Secretary/Treasurer of Nauticulture Systems, Inc., from 1988 to 1991. From 1973 to 1986, Dr. Cake was a Senior Research Scientist and Section Head of the Oyster Biology Section of the Gulf Coast Research Laboratory, a marine research institute in Ocean Springs, Mississippi. From 1975 to January 2000, Dr. Cake was an Adjunct Professor of marine science and environmental science at the University of Southern Mississippi. Dr. Cake is a Senior Environmental Consultant to various private and public institutions. A former member of the Executive Committee of the U.S. EPA's Gulf of Mexico Program, he has also served as president of the National Shellfisheries Association. Dr. Cake holds B.S., M.S., and Ph.D. degrees in Marine Biology and Biological Oceanography from Florida State University.

**Sharon Bennett**, 44, is Secretary/Treasurer of BioMarine and has been with BioMarine Technologies, Inc. since August 1995, initially employed as Administrative Assistant and since March 1996, has held the position of Office Manager and Secretary/Treasurer. From September 1994 through February 1995, Ms. Bennett was Office Manager for Nelson Architectural Woodworking and Design in Pensacola, Florida. From February 1991 through August 1994, she held the position of Production Manager for Thrifty Nickel Want Ads in Pensacola, Florida. From March 1984 through January 1991, Ms. Bennett was Composing Supervisor for six weekly newspaper publications of Gulf Coast Newspapers in Robertsdale, Alabama.

EXHIBIT

2

BIOM-GMIT 0003128

**Dr. S. Randall Hobgood**, 59, has been a director of BioMarine since December 1998. Dr. Hobgood has been Vice President of Pensacola Radiology Consultants, P.A. since January 1975, where he has concentrated on diagnostic studies. Dr. Hobgood holds a B.E.E. in electrical engineering, an M.S. in Radiation Biophysics and an M.D., each from the University of Florida.

**Mr. Arie de Bondt**, 52, **Appointed to the Board of Directors, December 8, 2001,** Managing Director of HESY Bergambacht BV, in the Netherlands. Mr. de Bondt has designed and installed recirculation equipment for aquaculture since 1981. Mr. de Bondt had a technical and economical education in the Netherlands. HESY and its principal, Mr. Arie de Bondt have designed and constructed approximately 50 intensive recirculating fish farming facilities in many countries like Holland, Belgium, Spain, Greece, England, Ireland, Israel, Morocco, China, Canada, Australia and New Zealand. At least 20 species are farmed in HESY systems.

**Dr. Phillip G. Lee**, 49, **Nominated to the Board of Directors as a non-voting Advisory Director,** Dr. Lee was nominated to serve on the Board of Directors as a non-voting Advisory Director pursuant to the Services Agreement with Aquatic Feeds and Filters, Inc. See "Technical Consultants." Dr. Lee holds a B.S. in Zoology from the University of Oklahoma, and M.S. in Marine Science from the University of South Florida, and a Ph.D. in Nutrition from Texas A&M University, specializing in marine hatchery and nutrition requirements for growing marine organisms. Dr. Lee has over 20 years experience in collecting, transporting and rearing marine invertebrates, with particular emphasis on cephalopods and crustaceans. He has also designed, constructed, and patented recirculating aquaculture systems. Dr. Lee has been the Director of the National Resource Center for Cephalopods which is supported in part by a grant (#P40RR102423) from the National Institutes of Health and a grant from the Texas Institute of Oceanography at the University of Texas Medical Branch in Galveston since 1995. He has also been an Associate Professor at the Department of Human Biological Chemistry & Genetics, and Preventative Medicine and Community Health since 1985. Dr. Lee has published more than 60 scientific articles on aquaculture, has 26 patents and applications on aquaculture systems and feeds, serves on several national and local committees, and is a member of many scientific societies, Dr. Lee has lectured for various associations at the state, national and international level.

**John W. Hemmer**, 74, has served as a consultant and a director of BioMarine since 1989 and was Chief Financial Officer from February 2000 until October 2001. Mr. Hemmer retired as a director December 8, 2001, after serving for 12 years. He also was a director of the Gulf Marine Institute of Technology since 1998. Mr. Hemmer remains a consultant to the Company. From October 1995 to June 1999, Mr. Hemmer served as Vice President of Finance, Treasurer, Chief Financial Officer and a director of Paradigm Medical Industries, Inc., a manufacturer and marketer of surgical and diagnostic equipment for the eyecare industry, which is currently seeking clearance from the FDA to market the first laser cataract surgery system. Since September 2000, he resumed the position of Paradigm's Chief Financial Officer until October 1, 2001, when he was appointed Senior Vice President. From August 1991 to December 1994, Mr. Hemmer served as Secretary, Treasurer and a director of Belize Agro/Industrial Development, Ltd., which established the first Free Trade Zone in Belize built around a core business of seafood products for the export market. He was President and Chief Executive Officer of John W. Hemmer, Inc., a registered broker/dealer from May 1987 to May 1989, which subsequently changed its name to Westfalia Investments, Inc., but retained his registered representative status until March 1995. Prior thereto, he was Vice President of Bankers Trust Company in charge of venture capital, Vice President of Corporate Finance at Dempsey, Tegler and Company, Inc., a senior security analyst at Lazard Freres & Company and an Investment Officer of The Chase Manhattan Bank. Mr. Hemmer received his M.S. degree from Columbia University Graduate School of Business and a B.A. degree from Queens College.

**Phillip Turk, Project Development Specialist,** Mr. Philip Turk has been involved in aquaculture for more than 30 years, culturing some of the hardest to culture marine invertebrates- squid. He was the National Resource Center for Cephalopod (NRCC) Laboratory Manager and a Research Scientist for 23 years before retiring in 1999. During his management of the NRCC, he became (1) the first to culture squid through the life cycle, (2) the first to routinely culture squid and cuttlefish through multiple laboratory generations, (3) a designer of innovative recirculating filter systems, leading to multiple US and foreign patents, (3) the first to culture shrimp in artificial sea water at an inland site, (4) a leading author of scientific publications. In addition, he cultured or reared many species of marine fish and invertebrates, using recirculating systems. Before retirement from the NRCC, he started Aquatic Feeds and Filters, Inc. (AFF) with Dr.

BIOM-GMIT 0003129

Phillip Lee to pursue his interests in aquaculture at the commercial level. He has designed and installed recirculating systems for display and production at Disney World's Living Seas Aquarium (the largest aquarium in the World), Wood Brother's Shrimp Farm ( a production facility for marine shrimp in the Sonora desert), and Charoen Pokhand Foods Public Company Ltd. (largest producer of marine shrimp in Thailand). In addition to filtration design, AFF has developed chemical attractants and feeding stimulants for use with aquatic feeds of crustaceans. This work was funded by an Small Business Innovative Research grant from the Department of Agriculture. Mr. Turk and AFF are committed to the development of sustainable aquaculture through the use of advanced rearing and feeding technologies.

### Committees

Our Bylaws allow the board of directors to designate one or more committees, including an audit committee, an executive committee and a compensation committee. The board of directors currently has not exercised this authority. However, in keeping with the listing requirements of the Nasdaq SmallCap Market, we plan to establish an audit committee of the board of directors, consisting of a minimum of two independent directors, prior to submission of our listing application upon becoming a reporting company.

### Employment Agreements

BioMarine has entered into employment agreements with its Chief Executive Officer and President, John D. Ericsson, and its Secretary/Treasurer, Sharon Bennett. Each of these agreements provides for a term of three years from the date of this Offering and is terminable on 60 days' notice by either BioMarine or the employee. Mr. Ericsson's agreement provides for a salary of $120,000 for the first year of his term, and Ms. Bennett's provides for a salary of $40,000. Salaries for the remainder of the term under both agreements are to be determined by the board of directors. Each agreement provides for a bonus, discretionary with BioMarine, based on our profitability and the performance of the employee. Each agreement also provides for the right to participate in our ordinary employee benefit plans and death and disability compensation. Both agreements contain non-disclosure and noncompetition provisions.

### Conflicts of Interest

Management of BioMarine has other financial and business interests to which a significant amount of time is devoted that may pose certain inherent conflicts of interest. BioMarine may, in the foreseeable future, enter into employment agreements with certain officers of BioMarine. There can be no assurance that management will resolve all conflicts of interest in favor of BioMarine. Failure of management to conduct BioMarine's business in its best interest may result in liability of the management to BioMarine. Mr. Ericsson divides his time evenly between BioMarine and Gulf Marine Institute of Technology, devoting extra time to one or the other as required to address particular issues.

### Limitation on Liability of Directors

As permitted by Delaware law, BioMarine's Certificate of Incorporation includes a provision which provides that a director of BioMarine shall not be personally liable to BioMarine or its stockholders for monetary damages for a breach of fiduciary duty as a director, except (i) for any breach of the director's duty of loyalty to BioMarine or its stockholders, (ii) under Section 174 of the General Corporation Law of the State of Delaware, which prohibits the unlawful payment of dividends or the unlawful repurchase or redemption of stock, or (iv) for any transaction from which the director derives an improper personal benefit. This provision is intended to afford directors protection against and to limit their potential liability for monetary damages resulting from suits alleging a breach of the duty of care by a director. As a consequence of this provision, stockholders of BioMarine will be unable to recover monetary damages resulting from suits alleging a breach of the duty of care by a director. As a consequence of this provision, stockholders of BioMarine will be unable to recover monetary damages against directors for action taken by them that may constitute negligence or gross negligence in performance of their duties unless such conduct falls within one of the foregoing exceptions. The provision, however, does not alter the applicable standards governing a director's fiduciary duty and does not eliminate or limit the right of BioMarine or any stockholder to obtain an injunction or any other type of non-

BIOM-GMIT 0003130

## ADVISORS AND CONSULTANTS
### Background Record of Expertise

Note: The following list of professionals have indicated their interest in participating in GMIT's projects, however the final list of participants will not be determined until final funding has occurred and available time and availability has been contracted with each party.

| | |
|---|---|
| Mr. Arie deBondt | Technical Consultant, Aquaculture Equipment |
| Dr. Phillip G. Lee | Scientific & Technical Consultant, Marine Sciences, Aquaculture Hatchery Specialist |
| Luis Cabello, Ph.D. | Business & Technical Consultant, Aquaculture Economist, Sea cage Specialist |
| Phillip Turk | Technical Consultant, Aquaculture Systems Specialist |
| Dr. Andrew Lorincz | Scientific Consultant, Biochemical and Microbial Research |
| Wanda Lyon, Ph.D. | Scientific Consultant, Biochemical and Microbial Research |
| Murdo Macleod | Technical Consultant, Fish Farming/Aquaculture, Sea cage Specialist |
| M. Refik Orhun, Ph.D. | Scientific & Technical Consultant, Marine Biology and Fisheries |
| Marina Yu. Pelipenko, Ph.D. | Scientific Consultant, Aquaculture Research& Hatchery Management |
| Bridget N. Tiffany, M.S. | Scientific & Technical Consultant, Marine Biology, Marine Ecosystems & Aquaculture Systems Specialist |
| L. James Lester, Ph.D. | Scientific Consultant, Zoology, Marine Ecosystems |
| Katerina Klimoyiannis, M.S. Aquaculture | Scientific & Technical Consultant, Marine Biology, Fisheries & |
| Dr. S. Randall Hobgood | Scientific & Technical Consultant |
| John Dennis Cirino | Scientific and Technical Consultant, Marine Resource and Environmental Consultant, Fisheries Biotechnician |

### ADVISORS AND CONSULTANTS

**S. RANDALL HOBGOOD, M.D.**, 60, has been a consultant with Gulf Marine Institute of Technology since December 1998. Dr. Hobgood was Vice President of Pensacola Radiology Consultants, P.A. from January 1975 to June 2002, where he has concentrated on diagnostic radiology. He holds a B.E.E. with honors in electrical engineering, an M.S. in Radiation Biophysics and an M.D., each from the University of Florida. Dr. Hobgood is currently an independent radiology contractor. Dr. Hobgood has maintained the AMA's Physician Recognition Award since 1975. His knowledge of electrical engineering, biology and physiology make him a valuable addition to GMIT's consulting staff.

**MR. ARIE DE BONDT**, 54, has been a consultant with GMIT since 2001. Mr. de Bondt is Managing Director of HESY Bergambacht BV, in the Netherlands. Mr. de Bondt has designed and installed recirculation equipment for aquaculture since 1981. Mr. de Bondt had a technical and economical education in the Netherlands. HESY and its principal, Mr. Arie de Bondt have designed and constructed approximately 50 intensive recirculating fish farming facilities in many countries like Holland, Belgium, Spain, Greece, England, Ireland, Israel, Morocco, China, Canada, Australia and New Zealand. At least 20 species are farmed in HESY systems.

Mr. de Bondt and his company, HESYS, represent one of the leading European fish hatchery and grow-out technology companies with a proven track record in recirculating marine farming systems with numerous finfish species. They possess state-of-the-art resources, technologies and skills to provide specialized expertise and consultation on all technical and managerial aspects associated with the integrated development of farming marine species and operations

Mr. de Bondt has been a Hatchery Contractor and expert in re-circulating aquaculture systems for intensive fish production for over 20 years and will be invaluable as an advisor in the design, construction and maintenance of our fish farming/hatchery system. Because of his administrative and managerial experience in Fish hatchery corporations, he will also be used as consultant for any managerial or administrative questions that might arrive specific to the aquaculture business.

1

BIOM-GMIT 0001441

**Phillip G. Lee, Ph.D.,** 50, is both Scientific and Technical Consultant with GMIT. Dr. Lee holds a B.S. in Zoology from the University of Oklahoma, and M.S. in Marine Science from the University of South Florida, and a Ph.D. in Nutrition from Texas A&M University, specializing in marine hatchery and nutrition requirements for growing marine organisms. Dr. Lee has over 20 years experience in collecting, transporting and rearing marine invertebrates, with particular emphasis on cephalopods and crustaceans. He has also designed, constructed, and patented recirculating aquaculture systems. Dr. Lee has been the Director of the National Resource Center for Cephalopods which is supported in part by a grant (#P40RR102423) from the National Institutes of Health and a grant from the Texas Institute of Oceanography at the University of Texas Medical Branch in Galveston since 1995. He has also been an Associate Professor at the Department of Human Biological Chemistry & Genetics, and Preventative Medicine and Community Health since 1985. Dr. Lee has published more than 60 scientific articles on aquaculture, has 26 patents and applications on aquaculture systems and feeds, serves on several national and local committees, and is a member of many scientific societies, Dr. Lee has lectured for various associations at the state, national and international level.

Dr. Lee is a Aquaculture Systems Specialist and mariculture expert with vast experience in design and implementation of aquaculture systems.

**PHILLIP TURK,** Project Development Specialist, Mr. Philip Turk has been involved in aquaculture for more than 30 years, culturing some of the hardest to culture marine invertebrates-squid. He was the National Resource Center for Cephalopod (NRCC) Laboratory Manager and a Research Scientist for 23 years before retiring in 1999. During his management of the NRCC, he became (1) the first to culture squid through the life cycle, (2) the first to routinely culture squid and cuttlefish through multiple laboratory generations, (3) a designer of innovative recirculating filter systems, leading to multiple US and foreign patents, (3) the first to culture shrimp in artificial sea water at an inland site, (4) a leading author of scientific publications. In addition, he cultured or reared many species of marine fish and invertebrates, using recirculating systems. Before retirement from the NRCC, he started Aquatic Feeds and Filters, Inc. (AFF) with Dr. Phillip Lee to pursue his interests in aquaculture at the commercial level. He has designed and installed recirculating systems for display and production at Disney World's Living Seas Aquarium (the largest aquarium in the World), Wood Brother's Shrimp Farm (a production facility for marine shrimp in the Sonora desert), and Charoen Pokhand Foods Public Company Ltd. (largest producer of marine shrimp in Thailand). In addition to filtration design, AFF has developed chemical attractants and feeding stimulants for use with aquatic feeds of crustaceans. This work was funded by a Small Business Innovative Research grant from the Department of Agriculture. Mr. Turk and AFF are committed to the development of sustainable aquaculture through the use of advanced rearing and feeding technologies.

**Luis Cabello, Ph.D.,** Business and Technical Consultant for Gulf Marine Institute of Technology. Dr. Cabello earned his PhD. in agriculture economy in 1981. Dr. Cabello has 16 years of experience in aquaculture and adaptation of species to sea cages. He has worked with a variety of species, including mollusks and finfish such as sea bream and turbot. During the last 20 years, Dr. Cabello has been developing and refining sea cages for aquaculture. He designed and constructed the sea cages for various species and developed techniques in adapting marine species to these cages in order to reach optimum growth. He is now teaching, building and improving sea cages and their installation in the Canary Islands. He has been principle of a large, $10.5 million sea farm in Cuba for the past three years, performing and /or supervising all phases of fish farming, specializing in the handling and installation of offshore sea cages.

Dr. Cabello is a welcome addition to our consultant team because of his expertise in sea cage systems and operations.

2

BIOM-GMIT 0001442

**John Dennis Cirino,** Technical and Scientific Consultant with GMIT. Mr. Cirino earned his Master's Degree in Biology at the University of Southern Mississippi in 1977. Since 1994 he has served as Marine Resource and Environmental Consultant. Prior to that he worked as senior technical and Project coordinator and biotechnician for the Fisheries section of the Gulf Coast Research Laboratory in Ocean Springs MS. He has done in depth research and published several scientific papers on marine biology as well as marine resources and fisheries.

Mr. Cirino is an expert on oysters in particular, marine biology and marine environments

**Andrew E. Lorincz, M.D.** Scientific Consultant for GMIT. Dr. Lorincz earned his M.D. from the University of Chicago in 1952. He has served as Professor Emeritus of Pedicatrics at the University of Alabama in Birmingham. Dr. Lorincz has an impressive background in clinical & biochemical research in the detection of microorganisms in biological fluids- the lymphatic fluid of marine species - using DNA markers & microscopic fluorescence technique. Dr. Lorincz has worked with the Gulf Oyster Industry to validate techniques to screen oysters for potentially harmful microorganisms.

Dr. Lorincz's work and knowledge in microbiology and in particular in marine microorganisms and the detection of same may prove invaluable in helping maintain, clean or enrich the underwater environment at our hatcheries.

**Wanda J. Lyon, Ph.D.,** Scientific Consultant for Gulf Marine Institute of Technology Dr. Lyon Earned her Ph.D. in Microbiology from Iowa State University in 1992. Since 1998, she has worked with the U.S. Department of Agriculture in Hazard Analysis and Critical Control Point coordinator for the State of Louisiana (HACCP). She also works with the Louisiana Agricultural and Meat Inspection Service for Louisiana Agricultural and Forestry Department. She has worked in food safety for the past ten years. For the past five years she has done research in developing rapid microbial detection assays for food borne pathogens associated with food, water and natural by-products. She has studied the use of antimicrobials and antimicrobial resistance among bacterial pathogens. She also developed a PCR assay as a tool for molecular epidemiological studies.

Dr. Lyon's will be consulted, should the need arise, on any matters pertinent to marine microbiology or bacterial contaminants in marine environments and, especially in regard to food product safety.

**Murdo Macleod** is a technical consultant for GMIT specializing in fish farming cage systems and marine aquaculture. Mr. Macleod has worked in marine aquaculture for the past 20 years. He is a certified diver and worked in installation and maintenance of sea cages and fish farming mooring systems. He has vast experience in all areas of installation, inspection and insurance assessment for the fish farming industry, including damage assessment and underwater salvage. He assisted in the development of the "Tempest" sea cage system with Dunlop Marine and has done site surveys for fish farms and laying mooring. His vast expertise in most cage systems makes him an invaluable consultant for GMIT. During the past ten years he has managed the New Caribbean Aquafarms International in Barbados, which produce Red drum fingerlings, He has been involved in pilot projects producing Mahi Mahi and Caribbean Lobster. Mr. Macleod has recently designed and constructed the Ocean Farms Martinique SARL offshore fish farm cage system and mooring site which survived a category 4 hurricane with zero damage to stock or system.

Mr. Murdock will be one of our primary consultants on sea cage operations management.

3

BIOM-GMIT 0001443

**M. Refik Orhun, Ph.D.,** Scientific and Technical Consultant for GMIT. Dr. Orhun earned his Ph.D. in Marine Biology and Fisheries (MBF) at the Rosenstiel School of Marine and Atmospheric Science at the University of Miami in 2001. His research and dissertation topic was in the analysis of marine fish larvae and juvenile dynamics (growth and behavior). He earned his Master or Science in Marine Ecology specializing in the physiology and behavior of marine fish larvae.. He has seafood and aquaculture experience inspecting for commercial customers such species as: Salmon, Mahi-Mahi, Trout, Groupers, Turbot, Cod, Tuna and Seabass. He designed and interpreted microbiology and chemistry lab tests regarding the status of seafood on arrival, changes in shelf life and nutritional composition. He has developed and formulated fish feed for juveniles based on nutritional requirements and has studied fish diseases and various bacterial pathogens found in aquaculture specimens. He has received honors from the American Fisheries Society and the World Aquaculture Society. He is fully capable of design and operation of a full-scale commercial fish culture facility with over 19 years experience in mariculture, especially with the species that we will be raising.

Dr. Orhun is our marine hatchery and nursery expert, obviously, and will be a valuable consultant on developing, stabilizing and maintaining proper underwater environments to ensure the adaptation and healthy growth of our hatchlings and juvenile fingerlings during the early phases of our program.

**Marina Yu. Pelipenko, Ph.D.,** Scientific Consultant for GMIT. Dr. Pelipenko earned her Ph.D. in Aquaculture at Moscow State University, Institute of Aquaculture Research in 1983. Since 2000, she has been Managing Director of AQUANET S.A., Greece, Head of Research and Development Division of Selonda Group of Companies, marketing representative of Selonda Group for North-West Europe and Eastern European Countries. She has coordinated national and international aquaculture research and has worked in scientific engineering as the Director of the New Technologies branch of the Moscow State University. Much of her experience comes from her work in the study of hydrobiology, ecology and ichthyology. Dr. Pelipenko has published almost a hundred articles in aquaculture journals and magazines and scientific research reviews for the aquaculture industry.

As with Dr. Orhun, Dr. Pelipenko will be a valuable consultant in the hatchery and nursery.

**Bridgett Tiffany, M.S., Graduate Student, Marine Biology,** Scientific & Technical Consultant for GMIT. Ms. Tiffany earned her degree in Marine Biology from The University of West Florida in 1999. She is currently serving as teaching assistant and doing her graduate work at UWF. She is also Eco-Physiology lab manager for Dr. Wayne Bennett and Secretary of the Marine Eco-physiology Research Society. Ms. Tiffany is doing her graduate work in Marine Biology specializing in Fisheries Biology and Marine Eco-physiology. She has presented numerous papers on the effects of environmental stressors on marine vertebrates and invertebrates. Her previous research in finfish physiology and physical and behavioral adaptation of marine species to various environmental factors make her a valuable contractor and consultant for GMIT.

**L. JAMES LESTER, PH.D.,** Scientific Consultant for Gulf Marine Institute of Technology. Dr. Lester currently serves as Director of the Environmental Sciences Division at Houston Advanced Research Center. He has previously served as Interim Dean at the School of Natural and Applied Sciences, Acting VP for Academic Affairs and Acting VP for Research and Academic Administration at the University of Houston. He has been involved in both academics and administration at the University of Houston since 1975. Dr. Lester received a research fellowship from the International

4

Biological Program and the Chancellors Distinguished Research Award from the University of Houston. He has done extensive research and published over 35 papers on Aquaculture,

Dr. Lester's knowledge of breeding and environmental effects on marine species in aquaculture will be important to GMIT during the early phases of production.

**KATERINA KLIMOYIANNIS, M.S.,** Scientific Consultant for GMIT. Ms. Klimoyiannis earned her degree in Marine Biology, Fisheries and Aquaculture at the University of Patras, Greece. She is currently doing her doctoral studies at the University of Patras, specializing in marine aquaculture. Since 1999, she has worked for Nireus Chios Aquaculture SA, one of the largest sea bass and sea bream producers in Greece and Europe. There she is responsible for production and quality control. She has worked at various production departments of hatcheries including hatchery manager

Ms. Klimoyiannis's knowledge in live food production, finfish nutrition and environmental impact on aquatic species make her an important adjunct to our consulting staff.

BIOM-GMIT 0001445