# Japanese cage system to be utilized in FlorAbama Offshore Project

A Japanese company has donated five Bridgestone sea cage systems and an AKVA feeder system that are pictured below. The system arrived last September and is scheduled for installation at BioMarine's FlorAbama Offshore Project for stocking of fingerlings to be grown out to market size.





Norwegian "AKVA" feeder system



Corner of Bridgestone sea cages



60-foot square Bridgestone sea cages in Japan to be acquired and delivered to FlorAbama project

EXHIBIT

6

BIOM-GMIT 0000363





Another type of Bridgestone Cage used in Cuba for their Cobia Project.
Site visited by John Ericsson and Dr. Phillip Lee

BIOM-GMIT 0000364

Fish Farming International April 2001

# Nireus joins Gulf station

GREEK seafood company Nireus has been revealed as the Mediterranean company that will help develop the market for the produce of one of the world's biggest offshore farm projects.

Described as 'Gulf Station Seafood' in February's FFI, the project aims to turn a former oil platform, in Texan waters in the Gulf of Mexico, into a self-sustaining fish and shellfish production plant, incorporating a hatchery and grow-out cages in a secure offshore station.

Nireus will join GMIT's research project, bringing together the University of Texas, Texas A&M, University of Houston and Louisiana State University and Nireus to develop a multi-species gulf platform hatchery.

The proposed budget for the three-year programme was $15 million.

Nireus, set up as an aquaculture business, now covers the value chain from farming to processing and marketing, and is one of the leading seafood companies in Greece.

It is also one of the country's biggest fry producers and farmed fish exporters, already having experience of the US market.

Nireus is not a stranger to foreign partnerships, already managing, for a minority stake, the large International Fish Farming Company project in the United Arab Emirates (FFI, October 2000).

The Texas project is the brainchild of John Ericsson, who set up the Gulf Marine Institute of Technology (GMIT). He has a five-year investment plan to develop the former oil rig – the biggest in Texas – into a hatchery and fish and shellfish farm.

GMIT's platform was donated by the former owner after the institute guaranteed its dismantling costs, the oil company also donating substantial development funds.

The rig, which is fully permitted for its new role, comprises a 'mother' platform with three satellite structures linked by 200ft walkways.

It will be managed by onsite staff (there are ample living quarters in the main rig), overseeing fish being grown in 14 to 25 submersible cages from Ocean Spar Technologies, as well as fingerlings (500,000 planned for the first year) and oysters.

Nireus's experience in all the stages of aquaculture, from hatchery to market, will be invaluable to a project which claims already to have letters of intent from wholesalers in the US and abroad for "everything we can produce".

BIOM-GMIT 0000365



# Gulf Marine Institute of Technology

## M/V GMIT-Hobgood



1198 Gulf Breeze Parkway, Suite 8 • Gulf Breeze, Florida 32561
Phone: 850-934-8997        Fax: 850-934-8889

BIOM-GMIT 0000366







BIOM-GMIT 0000367

# M/V GMIT-HOBGOOD SPECIFICATIONS

❊     Official Number:    #287531

❊     Hull material:    Steel        Built: 1962

❊     Length:    111.29'        Beam: 26'

❊     Operating draft:    4.5'        Moulded Depth: 7'

❊     Freeboard:    2.5'

❊     International Gross Tonnage: 128.3 Tons

❊     Speed:    5-8 knots

❊     Twin Screw Detroit 6-71 Engines with 4:1 Gears

❊     New 42'' bulwarks completely around vessel

❊     3-1/2''    Aquanet Shafts

❊     40''/34'' R/L 4-blade propellers

❊     36''X 40'' fully-hung rudder with lower shoe and pendel

❊     Keel coolers for all engines

❊     Equipped with fire/washdown pump and air compressor supplying air throughout vessel

❊     New, all electric fully-equipped galley

❊     Spuds port and starboard, 30'X 10'' diameter

❊     Communications: Radio

❊     Furuno Radar, 2 search lights

❊     Generators:    One Detroit 3-71 100 kw

                                    One Detroit 2-71 20 kw

❊     Shafts/Propellers:    Two

❊     Fuel Capacity:    4,000 gallons

❊     Potable Water:    1,900 gallons

❊     Berthing:    Quarters for four in two staterooms

❊     Air conditioning/heating:    5,000 BTU A/C unit

❊     7-ton pedestal mounted hydraulic crane

❊     Ro-Ro and lift-on lift-off capabilities

❊     16' Ramp (hydraulic operation)    Last Major Overhaul: 1996

BIOM-GMIT 0000368



BIOM-GMIT 0000369



BIOM-GMIT 0000370

*Marine nursery under
development – growing
Cobia (Corporate office nursery)*











   *Japan has donated an Akva automatic feeder to BioMarine Technologies, Inc. (BioMarine). The feeder arrived on October 31. The feeder is air-based and can supply up to 32 tanks/cages with a feeding capacity of 3520 pounds per hour. The feeder is being installed at our nursery location in Gulf Breeze.*

*See attachment for more nursery/hatchery pictures (20 Daniel Drive, Gulf Breeze)*

14

BIOM-GMIT 0000371

## NURSERY SYSTEM UNDER DEVELOPMENT AT 20 DANIELS DRIVE, GULF BREEZE



17-foot fingerling raceways

Recirculating tanks ready for Cobia

(12) 8-foot x 8-foot tanks

Recirculating bead filter with (2) 2500-gallon tanks

Electrical control for Hesy System

Top of greenhouse view of (12) tank Hesy system

BIOM-GMIT 0000372

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technology        Claimant EIN: 76-2309471 & 31-1475321

# Photographs of Equipment

BIOM-GMIT 0000373

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321

Page 1 of 1



https://citrix.baronbudd.com/exchange/T.Collins/Inbox/FW:%205%20bridgestone%20sea%...    2/4/2011

BIOM-GMIT 0000374

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy      Claimant EIN: 75-2309471 & 31-1475321

Page 2 of 2



5 Bridgestone sea cages deployed in Japan and moved to Florida for FlorAbama sea farming project

| Cheers,

John Ericsson

BioMarine Technologies Inic.

| NFIDENTIALITY NOTICE

BIOM-GMIT 0000375

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321





Above: Equipment staged west of parking lot perimeter fence by Dr. Lee.
Below: Equipment moved from Quarantine to west lot by Moody Gardens.



Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Equipment moved from Quarantine to west lot by Moody Gardens.



BIOM-GMIT 0000377

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN:  75-2309471 & 31-1475321



Equipment moved from Quarantine to west lot by Moody Gardens.

BIOM-GMIT 0000378

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN: 75-2309471 & 31-1475321



Vehicles and equipment located at south end of main parking lot.



Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy          Claimant EIN:  75-2309471 & 31-1475321



Equipment that remains in Quarantine parking lot.



BIOM-GMIT 0000380

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321



Equipment staged to be moved to west parking lot.



BIOM-GMIT 0000381

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Equipment remaining in Quarantine building to be moved to west lot.



BIOM-GMIT 0000382

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy     Claimant EIN: 75-2309471 & 31-1475321



Food prep equipment in Quarantine to be moved to west lot.



BIOM-GMIT 0000383

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy        Claimant EIN: 75-2309471 & 31-1475321



Office equipment remaining in Quarantine office to be moved.



BIOM-GMIT 0000384

Claimant Name: BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy    Claimant EIN: 75-2309471 & 31-1475321



Above: Office equipment remaining in Quarantine building.
Below: Lab equipment remaining in Quarantine to be moved to west lot.



BIOM-GMIT 0000385

Claimant Name:  BioMarine Technologies, Inc. & Gulf Marine Institute of Technolgy       Claimant EIN:  75-2309471 & 31-1475321



Miscellaneous PVC remaining in Quarantine parking lot.

BIOM-GMIT 0000386



04·22·2011  12:44

BIOM-GMIT 0000387



Wellcraft 3200 St. Tropez 1-2-05



View of bow to starboard

BIOM-GMIT 0000388



Running gear starboard



Helm station

BIOM-GMIT 0000389

**NRCC INVENTORY**
**EQUIPMENT** (over $5K original cost)

R/V Marie Hall 52' stern trawler; metal hull
Berth-Liberty Seafood
7th and Wharf
Galveston, TX

Truck; Ford; F350 Super Duty; 2003
Moody Gardens, Galveston, TX

Truck; Chevy; 1999 pick-up
Moody Gardens, Galveston, TX

Tank on trailer; 1000 gallons
Moody Gardens, Galveston, TX

14' Boston Whaler; trailer; Evinrude engine
Moody Gardens, Galveston, TX

BIOM-GMIT 0000390

| LOCATION | ITEM | OldTag | NewTag |
|---|---|---|---|
| **LEAGUE HALL** | **Description** | | |
| **Conference** | Kodak 35mm slide projector | no tag | |
| | clock | no tag | |
| | Projection screen | no tag | |
| **Mort Room** | tables | no tag | |
| | metal shelving units (6) | no tag | |
| | preserved Cephalopods | no tag | |
| **Paul office 101** | Black Dell pentium computer | | G28011 |
| | Black Dell CRT | | G28074 |
| | wood shelving units (4) | no tag | |
| **JF office 102** | chair | | 264354 *NO i* |
| | Lateral file cabinet (4 dr) | | 264333 *N9 i* |
| | Locker | | 270515 *N0i* |
| | Nikon N8008s camera | no tag | |
| | Nikonos V camera | no tag | |
| | 3 UW housings | no tag | |
| | buouyancy compensators | no tag | |
| **Tech office 103** | Dell Dimension computer | | 223270 |
| | White Dell CRT | no tag | |
| | Zip drive | no tag | |
| | Dell Optiflex Computer | | 247725 |
| | wood shelving units (2) | no tag | |
| **Histo lab 104** | refrigerator | | 264350 *NO i* |
| | Centifuge | | 264347 *NO i* |
| | Peristaltic pump | | 264342 *N i* |
| | DO meter | 154473 | |
| | Salinity meter | 108759 | 218742 *NO i* |
| | Bead filter (2) | no tag | |
| **Art/dkrm 105** | map cabinet (2) | no tag | |
| | refrigerator | no tag | |
| | Photo enlarger | | 264358 *NOi* |
| | Enlarger lenses | | 264357 *N.* |
| **Hatchery 106-107** | 2-hatchery tank 1m dia X .4m d | no tag | |
| | hatchery tank 1.6m dia X .6m d | no tag | |
| | filter tank .6 X .3 X 1.2m | no tag | |
| | filter tank .45 X .83 X 1.95m | no tag | |
| | Y-maze | no tag | |
| | lab cart | 122723 | |
| | band saw | no tag | |
| | drill press | no tag | |
| | tool chest | | 264367 *N0 i* |
| | hand tools | no tag | |
| | vise | no tag | |
| **NRCC 108-109-110** | culture tank 1.25 X 1.84 X .65m | no tag | |
| | tray tank .66 X .30 X 2.40 m | no tag | |
| | 3-water tanks 1.30 X 1.02 X 1.96m | no tag | |
| | 4-culture tanks .28 X 1.22 X .36m | no tag | |

BIOM-GMIT 0000391

| | | | |
|---|---|---|---|
| | Deionized water system | no tag | |
| | 2- 4 unit Octopus chambers | no tag | |
| Utility Room | Rotron Blower 1 hp | no tag | |
| | Rotron Blower 1 hp | 264371 | *No i* |
| NRCC 111-12-13-14 | 12 2 m X 0.4 m circular culture tank | no tag | |
| | tray tank 2 X 4 X .6m | no tag | |
| | Bioreactor | no tag | |
| NRCC 115-116 | 3- 2 X 4 X 0.6 m tray tanks | no tag | |
| | 5-culture tanks .43 X .46 X .92m | no tag | |
| | 3- 1m cone bottom tanks | no tag | |
| | 3-0.3 m circular algae tanks | no tag | |
| | Bioreactor | no tag | |
| NRCC 117 | 4- 30 gal. aquariums | no tag | |
| | 2- filter beds .60 X 1.20 X .53m | no tag | |
| Kitchen 118 | Refrigerator | no tag | |
| | table | no tag | |
| | dishes | no tag | |
| | microwave | no tag | |
| Reception 201 | Xerox copier | no tag | |
| | fax | no tag | |
| | HP Laserjet printer | | 264378 |
| | Panasonic electric typewriter | no tag | |
| | Dell OptiPlex computer | 213062 | 247749 |
| | White Dell CRT | no tag | |
| | desk | no tag | |
| | desk | no tag | |
| | lateral file cabinet (5 dr) | 154962 | 264381 *No i* |
| | Drug cabinent | no tag | |
| | microwave | no tag | |
| Secretary 202 | Black Dell pentium computer | G27767 | |
| | Black Dell CRT | G27967 | |
| | Lateral file cabinet (4 dr) | | 264384 *No i* |
| | HP scan jet flat bed scanner ADF | no tag | |
| Dr. Lee 203 | Dell Inspiron Laptop | G25252 | |
| | Desktop computer | 175750 | 264387 |
| | White NEC CRT | no tag | |
| | UPS | no tag | |
| | Desk | | 264386 *Mi* |
| | Chair | | 264389 |
| | lateral file cabinet (5 dr) | | 264385 |
| | lateral file cabinet (5 dr)- bathroom | | 264390 |
| | lateral file cabinet (5 dr)- bathroom | | 264391 |
| | lateral file cabinet (2 dr) | no tag | |
| | lateral file cabinet (2 dr) | no tag | |
| Ceph Lib 204 | lateral file cabinet (5 dr) | | 264397 *No i* |
| | lateral file cabinet (5 dr) | | 264392 *No i* |
| | Computer file server | 228744 | 213107 |
| | White Dell CRT | no tag | |
| | UPS | no tag | |

BIOM-GMIT 0000392

| Location | Item | | | |
|---|---|---|---|---|
| | table | no tag | | |
| | wood shelving units (6) | no tag | | |
| **Lab 205** | Quick Chem 8000 | 212627 | 264433 | |
| | Computer for Quick Chem | | 264432 | *No i* |
| | Olympus binocular scope | | 264403 | *No i* |
| | light for above | 92520 | 264398 | *No i* |
| | Kjeldahl distill unit | | 264429 | *No* |
| **Dr.Callas 206** | desk | 162333 | 270508 | *No i* |
| | lateral file cabinet (5 dr) | 270611 | *No i* | |
| | wood shelving units (5) | no tag | | |
| | Gateway computer | 202428 | 283038 | |
| | Black Dell computer | | G31540 | |
| **Microscopy 207** | Ultratome 3 LKB Broma System below | | | |
| | knifebreaker | | 264417 | *No i* |
| | Ultratome 3 LKB Broma System below | | 264414 | |
| | control | | 264414 | |
| | anti-vibration table | | 264412 | *No i* |
| | Microscope, inverted-binocular | 72740 | *No i* | |
| | centrifuge | | 264422 | *No i* |
| | microtome | | 276183 | *No i* |
| | Leitz binocular compound scope | | 264411 | |
| | anti-vibration table | 111219 | 264413 | *No i* |
| | Wild dissecting scope | 115758 | 247745 | *No i* |
| | AO microtome | no tag | | |
| | Olympus scope dissecting | no tag | | |
| **Biochem 208-209** | MAC OSX Computer | | G29979 | |
| | shaker | 68386 | 264339 | *No i* |
| | Thelco drying oven | 85785 | 264348 | *No i* |
| | Dessicator | | 264427 | *No i* |
| | Vacuum pump | 156885 | 264428 | *No i* |
| | Sartorius balance | 165595 | *No i* | |
| | Fisher stir plate | no tag | | |
| | Corning stir plate | 80621 | *No i* | |
| | Radiometer pH meter | | 264426 | *No i* |
| | Mettler five place balance | no tag | | |
| | Mettler PN 1210 | 86520 | | |
| | Black balance table | no tag | | |
| | Acculab balance | no tag | | |
| | drying oven | 67872 | 264343 | *No i* |
| | Small Refrigerator | no tag | | |
| | Black Dell Pentium Computer | | G30832 | |
| | Black Dell CRT | | G20381 | |
| | Printer HP | | 264388 | |
| | UV-VIS Spec 1201 | 189664 | *No i* | |
| | vortex genie mixer | no tag | | |
| | vortex genie mixer | no tag | | |
| | Labconco extraction apparatus | 154966 | 264437 | *No i* |
| | Corning distillation system AG-1b | 70862 | 264418 | *No i* |
| | Perchloric acid Hood | | 264436 | *No i* |

BIOM-GMIT 0000393

|  |  |  |  |  |
|---|---|---|---|---|
|  | Lab benches (90 ft) | no tag |  |  |
| Office 210 | lateral file cabinet (5 dr) |  | 264441 | No l |
|  | lateral file cabinet (5 dr) |  | 264442 | No l |
|  | lateral file cabinet (2dr) | no tag |  |  |
|  | wood shelving units (8)- bathroom | no tag |  |  |
| Dorm 211 |  |  |  |  |
| Dorm 212 |  |  |  |  |
| DelPino 213 | Black Dell CRT |  | G30700 |  |
|  | HP deskJet 695C | no tag |  |  |
|  | parts cabinet-metal | 199069 | 264445 | No l |
|  | lateral file cabinet-wood |  | 264444 | No l |
|  | Peristaltic pump | 165641 |  |  |
|  | fax | no tag |  |  |
|  | UPS (2) | no tag |  |  |
|  | phone | no tag |  |  |
| Intern 214 | computer desks | no tag |  |  |
|  | light boxes (3) | no tag |  |  |
| Intern 215 | wood shelving units (2) | no tag |  |  |
| Chrystal 216 | lateral file cabinet (5 dr) |  | 266499 | No l |
|  | desk | no tag |  |  |
|  | Black Dell pentium computer |  | G28863atos |  |
|  | Black Dell CRT |  | G28512atos |  |
|  | Brother laser printer | no tag |  |  |
|  | UPS | no tag |  |  |
|  | scanner | no tag |  |  |
| Pinsker 217-218 | tripod | 98462 |  |  |
|  | valise | 97991 |  |  |
|  | valise | 83453 | 266506 | No l |
|  | desk | no tag |  |  |
|  | fiberglass camera boxes (4) | no tag |  |  |
|  | pull-drawer cabinet | 98063 | 266514 | No l |
|  | Hydro TV camera | 83977 | 266513 | No l |
|  | Rollei flash | 87898 | 270514 | No l |
|  | Panasonic 13" monitor CT-1382y | no tag |  |  |
|  | JVC 19" monitor | 149832 | 266507 | No l |
|  | Panasonic 27" monitor | 102005 No l |  |  |
|  | Sony 20" monitor | no tag |  |  |
|  | Sony Watchman | no tag |  |  |
|  | Sony RM E700 edit controller | 175531 | 270516 No l |  |
|  | Panasonic MV8950 1/2" VHS player-r | 149563 | 266508 |  |
|  | Panasonic color video printer AG-ep60 |  | 266512 No l |  |
|  | JVC color video monitor TM130su | 193120 | 266515 No l |  |
|  | Sony 8 mm VCR deck EV-S7000 |  | 266505 No l |  |
|  | Slide scanner | no tag |  |  |
|  | Sony Hi 8 deck |  | 264351 |  |
|  | Panasonic AG 2550 VHS deck | no tag |  |  |
|  | Canon 2R50MC mini 8mm camcorder |  | 235880 |  |
|  | Sony mini 8mm cam DCR-VX1000 |  | 219301 |  |
|  | Sony Hi 8mm camera TR101 | 179385 | 266518 |  |

BIOM-GMIT 0000394

| Description | Old tag # | New tag # |
|---|---|---|
| Sony Hi 8 mm TR930 camcorder | 209940 | 264355 |
| Sony Hi 8mm TR81 camcorder | no tag | |
| RCA VHS-C CC180 camcorder | no tag | |
| RCA Pro-8 8 mm camcorder | no tag | |
| Sony color watchman | no tag | |
| RCA fixed video camera | 135624 | 266494 |
| RCA fixed video camera | 135623 | 266495 |
| Aqua video uw housing | no tag | |
| Video vault uw housing | no tag | |
| I-Mac computer | 233677 | G29979 |
| Mac Power pc | 190114 | 266516 |
| MAC power book | | G25248atos |
| Mac Powerbook 3400 | 211396 | 270513 |
| Toshiba notebook | 197694 | |
| Canopus Computer | | 264334 |
| Dell OptiPlex computer | 213064 | 266496 |
| Dell OptiPlex computer | 216896 | 264448 |
| Dell OptiPlex computer | 213125 | 284141 |
| Automation computer | 190596 | 264449 |
| White Impression CRT | no tag | |
| Black Mitsubishi CRT | | G20590 |
| Black Dell CRT | | G15585 |
| White NEC CRT | no tag | |
| White Dell CRT | no tag | |
| White IBM CRT | no tag | |
| White Dell CRT | no tag | |
| Black Dell CRT | | G30714 |
| Epson printer | no tag | |
| UPS | no tag | |
| remote phone | no tag | |
| 35mm slide boxes | 83723 | 266501 |
| biege locking cabinet | | 270518 |
| brown locking cabinet | no tag | |
| wood shelving unit | no tag | |
| pull drawer cabinet | | 266509 |
| Dell laptop | | 227831 |
| Computer | | 264421 |
| White CRT | 189633 | 264450 |
| printer | no tag | |

**Mort 2nd Floor**

| Description | Old tag # | New tag # |
|---|---|---|
| wood shelving units (10) | no tag | |
| Preserved Cephalopods | no tag | |
| Autoclave | 163912 | 266521 |
| Washing machine | no tag | |
| Dryer | no tag | |

**EWING HALL**

| Tank ID | Description | Old tag # | New tag # |
|---|---|---|---|
| Cephalopod Culture Tanks | | | |
| RW1 | | | |

*- Shows Microscope in psAM* 228758

| | | | |
|---|---|---|---|
| *Production Tank 1* | 15000 gallons | | 228759 58 |
| prefilter 1 | | no tag | |
| central filter bed | | | 247741 |
| *Production Tank 2* | | | 228760 *No i* |
| prefilter 2 | | | 247742 *No i* |
| RW2 | 15000 gallons | | |
| *Production Tank 3* | | 228761 | 228761 *No i* |
| prefilter 3 | | 247739 | 247739 *No i* |
| central filter bed | | 138282 | |
| *Production Tank 4* | | no tag | |
| prefilter 4 | | | 247738 *Noi* |
| | | | |
| *Hatchery Tank 1* | 1000 gallons | | |
| tank | | no tag | |
| filterbed | | no tag | |
| prefilter | | no tag | |
| *Hatchery Tank 2* | 1000 gallons | | |
| tank | | no tag | |
| filterbed | | no tag | |
| prefilter | | no tag | |
| *Hatchery Tank 3* | 1000 gallons | | |
| tank | | no tag | |
| filterbed | | no tag | |
| prefilter | | no tag | |
| *Hatchery Tank 4* | 1000 gallons | | |
| tank | | no tag | |
| filterbed | | no tag | |
| prefilter | | no tag | |
| | | | |
| *Sepia Culture System 1* | | • | |
| Sepia Tank 1A | 3000 gallons | 193539 | 247732 |
| Sepia Tank 1B | | no tag | |
| Sepia Tank 1C | | | 247733 |
| prefilter | | 193588 | 247731 *Npi* |
| filterbed | | 193540 | 247728 *Noi* |
| | | | |
| *Sepia Culture System 2* | | | |
| Sepia Tank 2A | 3000 gallons | | 264374 *Noi* |
| Sepia Tank 2B | | | 228758 |
| prefilter | | no tag | |
| filterbed | | no tag | |
| | | | |
| *Sepia Culture System 3* | | | |
| tank | 1500 gallons | no tag | |
| filter bed | | no tag | |
| hatchling tray | | no tag | |
| pump | | no tag | |
| | | | |
| *Sepia Tank 4* | 9500 gallons | 193538 | 247726 |

BIOM-GMIT 0000396

filterbed 1                                                         no tag
filterbed 2                                                         no tag

*Lolliguncula System*              1400 gallons
tank                                                               186480        247727  *NO1*
filterbed                                                           no tag
pump                                                                no tag

*Food Holding System*              1500 gallons
3 rectangular holding tanks                                         no tag
1 square holding tank                                               no tag
prefilter                                                           no tag
filter bed                                                          no tag

*Guppy Holding System*             326 gallons
tank                                                                no tag
filter bed                                                          no tag
pump                                                                no tag
heater                                                              no tag

*Guppy Culture System*             723 gallons
round tank                                                          no tag
heater                                                              no tag
filter bed                                                          no tag
prefilter                                                           no tag

*Guppy System*                     300 gallons
tank                                                                no tag

*Display Tank 1A*                  2630 gallons                     no tag
*Display Tank 1B*                                                   no tag
filter bed                                                          no tag
prefilter                                                           no tag

*Display Tank 2*                   1048 gallons                     no tag
filter bed                                                          no tag
prefilter                                                           no tag

*Nautilus System*                  800 gallons
tank                                                                no tag
prefilter                                                           no tag
filterbed                                                           no tag

*Euprymna System*                  1678 gallons
tank                                                                no tag
hatchery tank                                                       no tag
filterbed                                                           no tag
prefilter                                                           no tag

BIOM-GMIT 0000397

| | | | |
|---|---|---|---|
| *Octopus Display Tank* | 185 gallons | | |
| tank | | | 2447735 *No (* |
| filter bed | | no tag | |
| pump | | no tag | |
| | | | |
| *Octopus Culture Tank* | 200 gallons | | |
| tank | | no tag | |
| filterbed | | no tag | |
| pump | | no tag | |
| | | | |
| *GPO Hatchery Tank* | 265 gallons | | |
| tank | | no tag | |
| filter bed | | no tag | |
| chiller | | no tag | |
| pump | | no tag | |
| | | | |
| *Water Storage Tanks Indoor (2)* | 2000 gallons | no tag | |
| pump (ser. 34788) | | no tag | |
| | | | |
| *Outside Holding Tank 1* | 8000 gallons | no tag | |
| *Outside Holding Tank 2* | 3600 gallons | no tag | |
| | | | |
| *Bioreactors* | | | |
| | 1 | | 228776 *No (* |
| | 2 | | 247740 |
| | 3 | no tag | |
| | 4 | no tag | |
| | | | |
| display aquarium | 50 gallon | no tag | |
| display aquarium | 40 gallon | no tag | |
| | | | |
| aquariums (10) | 37 gallons | no tag | |
| | | | |
| wooden display boxes (4) | 5 gallons | no tags | |
| **Chemistry Laboratory** | | | |
| | HACH dr/2010 spectrophotometer | | 247765 *No i* |
| | Eberbach flask agitator | | 247764 *No i* |
| | HACH dr/2800 spectrophotometer | no tag | |
| | Vital sine pH meter | no tag | |
| | Puffer hubbard -80 freezer | | 247772 *No* |
| | Hobart mixer | | 247778 |
| | Lge Thelco oven | | 247781 *No i* |
| | Lg metal refrigerated centrifuge | | 247780 *No i* |
| | Sm thermoline/incubator | | 247777 *No i* |
| | Fischer water bath model 127 | no tag | |
| **Work room** | | | |
| | band saw | 145520 | 247760 *No* |
| | drill press | 67891 | 247761 *No i* |
| | 12" band saw | no tag | |

BIOM-GMIT 0000398

|  |  |  |  |  |
|---|---|---|---|---|
|  | all hand tools | no tag |  |  |
|  | table saw |  | 263162 | NU 1 |
|  | plastic welder |  | 247758 | NU 1 |
|  | grinder | label |  |  |
|  | table clamp | no tag |  |  |
|  | shop vac | no tag |  |  |
| **Office** |  |  |  |  |
|  | Automation computer & CRT (white) |  | 213061/247751 | NO 1 |
|  | Automation computer & CRT (black) |  | G31429/G14132 |  |
|  | Manager computer & CRT |  | G30669/G30632 |  |
|  | Tech computer & CRT |  | G26319/G26465 |  |
|  | Intern computer & CRT |  | G33343/G33042 |  |
|  | Intern computer & CRT |  | G33341/G33043 |  |
|  | Nokia CRT |  | 209505 | NO 1 |
|  | HP lazerjet fax/printer |  | 222981 |  |
|  | HP deskjet printer | no tag |  |  |
|  | Canoscan scanner | no tag |  |  |
|  | Brother fax/printer | no tag |  |  |
|  | Lateral file cabinet (2dr) | 107897 |  |  |
|  | dissolved oxygen meter |  | 284164 | NO 1 |
|  | dissolved oxygen meter |  | 276990 |  |
|  | light microscope | 116723 | 264401 | NU 1 |
|  | light microscope | no tag |  |  |
|  | light microscope | no tag |  |  |
|  | Refrigerator | no tag |  |  |
|  | digital camera |  | 274411 |  |
| **Utility Room** |  |  |  |  |
|  | 10 hp Rotron air blower (2) | no tag |  |  |
|  | 10 hp Rotron air blower |  | 278128 |  |
|  | 20 hp Republic air blower | no tag |  |  |
|  | Airline pipe (300 ft) | no tag |  |  |
|  | Fiberglass cable tray (300 ft) | no tag |  |  |

| Heliport/Hixon/Dockside | Description |  | Old tag # | New tag # |
|---|---|---|---|---|
| Tanks (quantity) |  | **Shape** |  |  |
| 10 | Round |  | no tag |  |
| 1 | Round |  | no tag |  |
| 1 | Round |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 7 | Rectangular |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 6 | Rectangular |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 2 | Rectangular |  | no tag |  |
| 1 | Rectangular |  | no tag |  |
| 6 | Rectangular |  | no tag |  |
| 3 | Rectangular |  | no tag |  |

BIOM-GMIT 0000399

|  |  |  |  |
|---|---|---|---|
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| **Boat transports** | | | |
| | 2 Cylindrical | no tag | |
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| | 1 Rectangular | no tag | |
| **Water storage** | | | |
| | 1 Cylindrical | no tag | |
| **Water transport** | | | |
| | Cylindrical | no tag | |
| | trailer | | 241966 *No* |
| **Filtration** | | | |
| | 3 Bioreactors | no tag | |
| | 3 Sand filters | no tag | |
| | 1 Large bead filter | | 228746 |
| | 3 Bead filters | no tag | |
| | 9 boxes of marbles | no tag | |
| | 2 Cylinder stand pipes | no tag | |
| | 2 Large UV light housings | no tag | |
| | 1 Air blower | | 263172 |
| **Hixon Office** | | | |
| | Black Dell CRT | G28095 | |
| | Black Dell Computer | G28219 | |
| | Lateral File (5 dr.) | | 241977 *No* |
| **Miscellaneous** | | | |
| | Grinder | 121581 | 241978 *No* |
| | Drill press | | 241973 *No* |
| | Table saw | no tag | |
| | Band saw | 67902 | 241972 *No* |
| | large vise | no tag | |
| | hand tools | no tag | |
| | Miller Arc welder | no tag | |
| | welding table | no tag | |
| | acetylene tank | no tag | |
| | oxygen tank | no tag | |
| | 5 hp Black Max compressor | | 241975 *No* |
| | 20 foot work bench | no tag | |
| | scuba tanks (13) | no tag | |
| | BCs (3) | no tag | |
| | wetsuits (2) | no tag | |
| | plankton nets | no tag | |
| | seines | no tag | |



BIOM-GMIT 0000401



BIOM-GMIT 0000402



BIOM-GMIT 0000403



# Gulf Marine Institute of Technology



P.O. Box 776, Gulf Breeze, FL 32562
Phone: 850-934-2782          Fax: 850-934-3362

BIOM-GMIT 0000404







BIOM-GMIT 0000405

# M/V GMIT-HOBGOOD SPECIFICATIONS

❋    Official Number:        #287531

❋    Hull material:          Steel                Built:  1962

❋    Length:                 111.29'              Beam:  26'

❋    Operating draft:        4.5'                 Moulded Depth:  7'

❋    Freeboard:              2.5'

❋    International Gross Tonnage: 128.3 Tons

❋    Speed:                  5-8 knots

❋    Twin Screw Detroit 6-71 Engines with 4:1 Gears

❋    New  42'' bulwarks completely around vessel

❋    3-1/2''          Aquanet Shafts

❋    40''/34'' R/L 4-blade propellers

❋    36''X  40'' fully-hung rudder with lower shoe and pendel

❋    Keel coolers for all engines

❋    Equipped with fire/wash down pump and air compressor supplying air
     throughout vessel

❋    New, all electric fully-equipped galley

❋    Spuds port and starboard, 30'X 10'' diameter

❋    Communications: Radio

❋    Furuno Radar, 2 search lights

❋    Generators:             One Detroit  3-71  100 kw
                             One Detroit  2-71    20 kw

❋    Shafts/Propellers:       Two

❋    Fuel Capacity:          4,000 gallons

❋    Potable Water:          1,900 gallons

❋    Berthing:               Quarters for four in two staterooms

❋    Air conditioning/heating:     5,000 BTU A/C unit

❋    7-ton pedestal mounted hydraulic crane

❋    Ro-Ro and lift-on lift-off capabilities

❋    16' Ramp (hydraulic operation)            Last Major Overhaul: 1996

BIOM-GMIT 0000406



BIOM-GMIT 0000407



BIOM-GMIT 0000408

Document 27130-13

BIOM-GMIT
0000409



04 22 2011 13:44

BIOM-GMIT 0000410



# Sea Star Industries, Inc.

## M/V Sea Star Specifications

⇒   **Official Number 1021586**            **Last Major Overhaul: 1997**

⇒   **Length: 115 feet**                  **Freeboard: 4 feet**

⇒   **Width: 30 feet**

⇒   **Speed: 9-13 knots**

⇒   **International Gross Tons: 236 tons**      **Net Tonnage: 194 tons**

⇒   **Raised Pilothouse Port Side Midship**    **New Fully Equipped Galley**

⇒   **Berthing: Quarters for 10, can be increased to 18**

⇒   **Main Engines: Twin Detroit 8-71 in.**    **Clutch: Allison Hydraulic**

⇒   **Shafts/Propellers: Two**              **Rudders: Two Steel**

⇒   **Generators:   One Detroit 3-71 50 KW**   **One Detroit 2-71 20 KW**

⇒   **Fuel Capacity: 3,500 Gallons**         **Potable Water: 2,000 Gallons**

⇒   **Communications: VHF Radio**           **Radar: Furuno 36-Mile Radar**

⇒   **Loran: Furuno Loran C Nav Model Number X-15 S/N 19531**

⇒   **Air Conditioning/Heating: Two Each Carrier Units**

⇒   **Crane: 15-ton Pedestal Mounted Hydraulic Crane**

⇒   **Spuds: Port FWD and AFT, 35'x10'' (handled by onboard crane/tackle)**

BIOM-GMIT 0000411

**DOCUMENT PRODUCED IN NATIVE FORMAT**

BIOM-GMIT 0000412



BIOM-GMIT 0000413



BIOM-GMIT 0000414



BIOM-GMIT 0000415