# CANTEY & HANGER, LLP
ATTORNEYS AT LAW
www.canteyhanger.com

STEPHEN L. PHILLIPS
BOARD CERTIFIED TAX LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
E-MAIL SPHILLIPS@CANTEYHANGER.COM

400 WEST 15TH STREET · SUITE 200
AUSTIN, TEXAS 78701-1647
TELEPHONE (512)-474-4200
FACSIMILE (512)-469-0474

July 28, 2003

*Via Email and First Class Mail*

Gulf Marine Institute of Technology, Inc.
c/o John D. Ericsson, Managing Director
P.O. Box 776
Gulf Breeze, FL 32562

Re:  *Tax Opinion Regarding $10.0 Million - Marine Research And Development Series A 10-Year, Cumulative, Exchangeable Convertible Unsecured Bond*

Dear Mr. Ericsson:

You have asked us to provide you our opinion regarding key tax issues arising from a proposed bond issuance by Gulf Marine Institute of Technology, Inc. ("GMIT"). Exhibit A to this memorandum is a "Term Sheet" describing the "Bond" in its current manifestation. This opinion is subject in all respects to the description of the Bond as contained in the Term Sheet. You should read that Term Sheet before proceeding in order to fully understand the issues and conclusions described below. (Defined terms and abbreviations used herein have the meaning assigned in that Term Sheet unless otherwise indicated. "Code" refers to the Internal Revenue Code of 1986 as amended. "Regulations" refer to the Treasury Regulations issued under the Code.)

Our opinions are further based and rely on the facts and assumptions contained in the Statement of Facts and Assumptions below and otherwise rely on any assumptions we have stated elsewhere herein, all of which you have represented to us to be true and correct. We have conducted no independent investigation of these matters. If these assumptions are erroneous, then our opinions likewise may be incorrect as applied to your actual situation. You must bring any such error to our attention.

*Statements of Facts and Assumptions*

Gulf Marine Institute of Technology, Inc. is a Delaware non-profit corporation, in good standing in Delaware and any other jurisdiction in which it operates. GMIT is also a Code §

---

AUSTIN   ◆   DALLAS   ◆   FORT WORTH

bondOpinionLetter072803 Final.doc

**EXHIBIT 7**

BIOM-GMIT 0001987

Gulf Marine Institute of Technology, Inc.
c/o John D. Ericsson, Managing Director
July 28, 2003
Page -2-

CANTEY & HANGER, L.L.P.

501(c)(3) organization exempt from federal income tax and will maintain that status during all periods that the Bonds are outstanding. GMIT has and does conduct its operations in a manner so as to maintain that Code §501(c)(3) status and you are aware of no reason why that status may change.

GMIT is engaged in the development of mariculture (sea farming) technologies in the U.S. Gulf of Mexico ("Technologies"), maintaining onshore and offshore facilities in Texas and Florida. GMIT desires to attract debt investors in GMIT in order to finalize its research and development of the Technologies such that they become commercially exploitable.

The Bond has been proposed as an instrument to attract this financing by offering the bondholder investors ("Bondholders") an opportunity to participate in the future commercial development and exploitation of the Technologies. That will be accomplished by giving the bondholders rights to exchange their bonds for equity interests in a for profit entity ("FPE"). FPE, upon formation, will receive the right to use and exploit the Technologies through licensing arrangements with, or outright transfer from, GMIT. As an alternative to the exchange right, the Bond also has a feature allowing the individual Bondholders to essentially gift or forgive up to 100% of the Bond principal, plus interest on their Bonds, in exchange for a charitable tax deduction.

*Opinions*.

   1.   Charitable Contribution: Bondholders will be entitled to charitable contributions under the Code upon their election to convert some or all of the Original Exchangeable Bond principal, and accrued but unpaid interest including PIK Exchangeable Bonds, into Tax Deductible Receipts ("TDRs"). The amount of the contribution should equal the principal amount of the Bond converted, plus any accrued but unpaid interest. The ability of Bondholders to utilize the charitable contribution will be dependent on each Bondholder's respective tax status and will be subject to usual limitations on charitable contributions by individuals or corporations according to Code §501(c)(3) and other relevant Code provisions.

   2.   Tax Free Exchange: Bondholders will be entitled to tax free exchange treatment upon contribution of their Bonds, together with accrued but unpaid interest (including PIK Exchangeable Bonds), to the FPE in exchange for common stock in that entity. This assumes, however, that (i) all Bondholders electing to participate in the exchange will contribute their Bonds as part of the same transaction in which GMIT contributes rights to its commercially valuable Technologies and (ii) that such Bondholders and GMIT will own 80% or more of the FPE immediately after such contribution. This result follows from Code § 351 dealing with contributions upon the formation of a corporation. Any accrued interest that has not been previously recognized in income by the Bondholders will likely be recognized upon the exchange for stock in the FPE.

---

Gulf Marine Institute of Technology, Inc.
c/o John D. Ericsson, Managing Director
July 28, 2003
Page -3-

CANTEY & HANGER, L.L.P.

3. Current Inclusion of Interest: The Bondholders, to the extent they do not receive payment of interest from GMIT on an annual basis, will be required to include imputed interest in their taxable income on an annual basis under the Code. This interest accrual is required under the "original issue discount" rules under the Code. The Bond Terms provide that this unpaid but accrued interest will be paid by in-kind by way of PIK Exchangeable Bonds. The Bond Terms, however, contemplate that the Bondholders can, if they desire, convert their accrued interest represented by PIK Exchangeable Bonds into TDRs at that time, thus allowing the Bondholder a charitable deduction in that amount.

*Limitations of Opinion*

Our opinions herein are intended to be read as our opinions that the designated result should obtain under the Code, Regulations and relevant administrative and case law interpreting the Code and Regulations as they exist as of the date of this opinion. Our opinions could be rendered incorrect or void by subsequent changes in the Code, Regulations or interpretations of courts and the Internal Revenue Service, and we undertake no obligation to update this opinion to reflect such changes. Our opinion, further, is not and should not be construed as a guarantee that the Internal Revenue Service would not disagree with our conclusions.

*Limitations on Use of Opinion*

This opinion is delivered to you and can only be relied upon by you. It cannot be relied upon by any other person. We do understand that you intend to disclose this opinion in the context of obtaining investors and underwriters for this Bond and persons interested in otherwise using this particular structure for fund raising purposes and we hereby consent to disclosure to those persons and their legal and tax advisors. Please be aware, however, that to the extent this letter and our other communications could be considered protected by the attorney-client privilege, such privilege will likely be waived by such disclosure. Further, this waiver could extend to all aspects of our communications to you and advice to you dealing with the Bonds and the tax and other aspects of the Bonds. Finally, notwithstanding our consent, we are not providing you with any opinion as to whether such disclosure could be construed as an unlawful solicitation or offer to sell securities under relevant federal and state securities law.

*Confidential and Proprietary Rights*

This letter also acknowledges your and our proprietary rights to this method of financing as defined in our engagement letter. We strongly suggest that efforts be made to protect this structured

AUSTIN ♦ DALLAS ♦ FORT WORTH
bondOpinionLetter072803 Final.doc

BIOM-GMIT 0001989

Gulf Marine Institute of Technology, Inc.  
c/o John D. Ericsson, Managing Director  
July 28, 2003  
Page -4-

CANTEY & HANGER, L.L.P.

financing vehicle via confidentiality agreements, document control and or marking all copies of this and related documents as "Confidential and Proprietary"

Sincerely yours,

*Stephen L. Phillips*

Stephen L. Phillips

Enclosure

AUSTIN ◆ DALLAS ◆ FORT WORTH

bondOpinionLetter072803 Final.doc

BIOM-GMIT 0001990