

BIOM-GMIT 0003463

EXHIBIT
11