UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| This Document Relates To: Civil Action No. 2:13-cv-01286 | SECTION:  J |
| | JUDGE BARBIER |
| GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC. | MAGISTRATE JUDGE CURRAULT |
| v. | |
| BP AMERICA PRODUCTION COMPANY; ET AL. | |

---

## AFFIDAVIT OF EMILIO (LIN) GIRALT

**HARRIS COUNTY**
**STATE OF TEXAS**

**BEFORE ME**, the undersigned notary public came and appeared,

**EMILIO (LIN) GIRALT**

who, under oath, stated as follows:

1.  I am a person of full age and majority and a resident of Houston, Texas.  My business address is 3131 Bissonnet Street, Houston, Texas 77005.

2.  I hold an Interdisciplinary Bachelors of Arts degree from the Duke University, which I received in 1977.  I hold a Master of Architecture degree from Rice University, which I received in 1982.  I hold a Master of Business Administration (MBA) degree from the University of Pennsylvania, Wharton School of Business, which I received in 1992.

3.  I am the Managing Director and Partner of Lambda International Consultants, LLC, a financial consulting firm specializing in valuations and economic loss analysis and to start ups and midsized companies who require highly specialized financial and strategic analyses to ensure success in a globalized economy.  I have directed over 150 consulting projects internationally spanning most industries and focusing on four areas:

1



TIFFANIE D STATEN
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-17-22
Notary ID # 13172560-4

EXHIBIT
**15**

Valuations, Economic Loss Models and Developing Innovative Business Models and Strategies.

4. I have attached hereto as Giralt A, a true and correct copy of my April 9, 2019 expert report in this matter and Giralt B, a follow up. A copy of my professional background and experience in made part of my expert report at Appendix 7. If called to testify, I would testify in accordance with the contents of my April 9, 2019 report attached hereto as Giralt A. I would also testify in accordance with my follow on report of May, 27, 2021, attached and referred hereto as Giralt B.

5. I have read the above and represent that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this May 28 2021,

_____

Emilio (Lin) Giralt

Sworn to and subscribed before me this 29th day of May, 2021.

_____

Notary Public

TIFFANIE D STATEN
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-17-22
Notary ID # 13172560-4

2

Economic Loss Report for BioMarine Technologies, Inc. ("BIOM") and Gulf Marine Institute of Technology ("GMIT")

PREPARED BY: Emilio (LIN) Giralt, CMC, MBA,  Managing Director, Lambda International Consultants

Dear Sirs,

We have been asked by BioMarine Technologies Inc. and Gulf Marine Institute of Technology, referred to collectively as "BIOM/GMIT" in this report, through their counsel, Garcia de la Garza LLP, to prepare an opinion as to the Economic Losses sustained by BIOM/GMIT with respect to their investment in a 27.5 acre ocean tract intended to support the  aquacultural development of farm bred fish in the 85 foot deep waters located at Latitude 30 degrees 9.4' North and Longitude 87 degrees 31.3' West. The exact location is indicated in Appendix 1 and Appendix 2. For purposes of this report, we shall refer to it as the "FlorAbama Project" or "FAP". For clarity, this report is divided into the following sections:

1. Executive Summary and Scope of Engagement
2. Our Understanding of the Situation
3. Analysis of Economic and Business Risk
4. Relevant Economic Loss Theories and Analyses
5. Analysis of the Economic Loss
6. Conclusions
7. Appendix

## 1   EXECUTIVE SUMMARY AND SCOPE OF ENGAGEMENT

The Deepwater Horizon oil spill is an industrial disaster that began on April 20, 2010 impacted many business ventures in the Gulf of Mexico, including BioMarine Technologies Inc. and Gulf Marine Institute of Technology (BIOM/GMIT) with respect to their investment in a 27.5-acre  ocean tract intended to support the aquacultural development of farm bred fish, FAP. Although not yet operational, the venture had the assets, credit facilities, equity commitments and strong team and industry knowledge necessary for it to be successful. The mariculture business had been growing strongly and the Gulf of Mexico, with temperate climate, warm waters and access to US markets presented an ideal location for this type of facility.

Lambda International Consultants, LLC, was engaged to perform the following tasks as an expert in determining lost profits, business development planning and corporate damages:

1. Review the Financial Proformas and other information provided to estimate the Economic Loss suffered by BIOM/GMIT stakeholders after the oil spill
2. Obtain and examine external information as needed in the preparation of this Economic Loss Report.

In this instance, the property to be valued was the business venture named "FlorAbama Project" and the equity stake owned by BIOM/GMIT at the time of the April 2010 disaster. The purpose of this analysis is to determine the Economic Loss suffered by the stakeholders because of the disaster, a loss which was irreparable and to produce a Statement of Value which is as objective and impartial as



EXHIBIT
Giralt A

possible. Our Methodology is explained in Sections 3 and 4 and a Flowchart of the calculations is presented in Appendix 6a and 6b. The Methodology used follows standard valuation procedures such as outlined in Dr. Tom Copeland's book <u>Valuation</u> [1]; valuation materials prepared by Prof. Damodaran of NYU [2] and other US and international standards for valuation of businesses especially Discounted Cash Flow Analyses[3]. The key Economic Assumptions are detailed later in this report which is written under the business assumption that the project would have succeeded given the strong management team, favorable industry conditions, a coherent and reasonable pro-forma plan and a solid capital structure. Section 3 develops the reasons as to why the odds weighed heavily in FAP's favor by eliminating the potential reasons for failure. One of the limiting conditions of this engagement has been the passage of time from the event and the difficulty of obtaining the original asset valuations, conditions and depreciation schedules. In their stead, the information from the proforma documents with respect to assets delivered to the venture prepared by BIOM/GMIT has been used as a proxy for that information. An additional limitation is the 7-year horizon of the economic proforma available. This limitation required the use of an Exit Value driven by Comparables, eight companies in the same industry as FAP, using the Market Approach in Year 8. These are clearly limitations on the project and justify our trying to be as conservative as possible in all our estimates of value to arrive at a "Fair Opinion"[4]. The sources of internal and external information used are identified in the footnotes.

In no case should our Opinion be interpreted as a value judgement on the merits of the Plaintiff's case as we are not legal experts and are limiting our Opinion to the Economic Damages relevant to this case as per the information we have obtained and been provided. This represents our best professional opinion based on the information available to us at the present time and our best professional judgement, education and experience.

The loss model developed starts from the recognition of different types of risk involved in the assets impacted by Deepwater Horizon: a) existing assets that were lost after the event due to the economic strangulation caused by Deepwater Horizon on Gulf Coast businesses and b) the loss of the equity support and credit lines that were available to launch the business. Thus our Economic Loss analysis uses different methods based upon our best professional judgement and generally accepted valuation principles: for "a", an ***Asset Based Approach,*** the book values of 2010 are brought up to date (2019) by adjustment using the T-Bond 10-year risk free rate in effect in 2010, 3.85%; for "b", an ***Income Based Approach*** where Projection of the Business After Tax Cash Flows is performed up to Y7 with sale of the Business in Y8. The sale of the Business in Y8 is done on the basis of Comparables, the ***Market Approach***. These values were discounted back to 2010 using the Weighed Average Cost of Capital and then this value was set to 2019 using the then current T-Bond 10-year risk free rate, 3.85%. The relevant proportions were used to assign values to "a" and "b". Cash Flow calculations are presented on an After-

---

[1] Tom Copeland Valuation: Measuring and Managing the Value of Companies (2nd Second Edition) [Paperback] Paperback – August 3, 1995; Publisher: Wiley (August 3, 1995), ASIN: B00SB14SB2

[2] See http://pages.stern.nyu.edu/~adamodar

3 See https://www.axial.net/forum/business-valuation-discounted-cash-flow-analysis/

[4] The use of a Market Comparable Terminal Exit Value in Y8 produces a lower number than had the analysis been done using the Perpetuity / Gordon Growth Model for an Exit Value which would have produced a value over 2.5 times higher, or USD 422.5MM vs USD 158.3MM. This difference would have raised the Estimated Economic Loss by USD 164.3MM. For the Comparables, the more aggressive Mean (Average) value could have been used and would have raised the final value by USD 20.1MM; instead the more conservative Median value was utilized because it minimizes the effect of extreme, outlier values. Finally, were we to discard the Asset Approach (item: *d. PV of Preoperating Equity*) and use solely (and incorrectly) the Income Approach (item: *a. Preoperating Equity Share*) in the valuation of FAP, a value higher by USD 32.3MM would result.



Tax basis. Appendix 6 has a flowchart to illustrate this methodology. Appendix 7 presents a Bio of the valuation analyst.

> **The total Economic Loss is estimated at a minimum of USD 101.445MM in 2019 Dollars, with strong certainty and a high degree of confidence in our results due to the business fundamentals reviewed and the conservative method of analysis utilized.**

## 2    OUR UNDERSTANDING OF THE SITUATION

The Deepwater Horizon oil spill was an industrial disaster that began on April 20, 2010, in the Gulf of Mexico on the BP-operated Macondo Prospect and it impacted greatly the environment and marine life in the Gulf of Mexico as has been widely reported in the public media and the impact of that spill has reverberated in the US Court system where numerous individual and corporate persons reported damages and sought to "be made whole". BIOM/GMIT are two such claimants.

In 2008, Mr. John Ericsson, President of BIOM and Chair of GMIT and a globally recognized expert in the field of aquaculture and mariculture, started the process of obtaining EPA (NPDES No. AL0067237) and US Army Corp. of Engineers (No. MDO2-02232-G)  permits for the installation and operation of a maricultural facility including a 27.5 acre fenced area, with an initial 8 fish pens in Phase I, growing to 20 fish pens in Phase II. This would also include a jack-up barge work platform and an 800 ft. x 1,500 ft. x 8 ft deep perimeter floating fence surrounding the cage site. The bargedeck would include a gantry crane, automated feeding, monitoring and harvesting equipment, and crew quarters. The fish pens would be anchored to the sea floor and may be  submerged with the fish encapsulated in the cage nets in case of severe storms and hurricane events. The federally permitted 27,5 acre site would be valued at between $250,000 to $500,000 per acre by international sea farming standards[5]. Initial yearly production estimates were 5MM lbs. of indigenous fish such as cobia, redfish, red snapper, hybrid striped bass, grouper, mahi-mahi, greater amberjack and red porgy.

To enable this enterprise, assets, equipment and other goods, including valuable federal permits already procured were delivered into the venture by BIOM/GMIT. These assets had a value in 2010 of more than USD 9.365 MM and represented 33.7% of the total capital (D+E) for the venture.

Additional funds were to be available for the startup and operation of the venture and to cover cash flow deficiencies and losses in Y1. These funds would come from two sources: a) a USD 10MM credit facility provided by Eksportfinans of Norway, and b) additional Equity in an equivalent amount, USD 10-20MM, from two Investment Banks in Europe and NYC. These two items would act as resources for financing the start-up and the sea farming operation.

Thus, in 2010, prior to the disaster, FAP had a solid team and funding with which to plan and launch a commercial operation.

---

[5] Source: Mr. John Ericsson


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

### a. EVALUATION OF THE OVERALL BUSINESS OPPORTUNITY

This section focuses on a Macro-level analysis of the negative and positive factors in the industry that FAP was proposing to enter. A more detailed analysis of the risks specific to FAP will be presented in the Section "3. Analysis of Economic and Business Risk."

Mariculture is the farming or cultivation of finfish or shellfish within an oceanic environment; a variation can be done on land, using seawater or freshwater, in enclosed ponds or raceways. Some information and data about this industry and the global business outlook follows:[6] [7] [see also Appendices 3 & 4] :

- Aquaculture is estimated to be around 7/9th of the size of 'capture' fishing worldwide; seawater mariculture is estimated to be 1/8th the size of freshwater aquaculture so it represents around 1/10th of all seafood consumed today.
- Overall, it is expanding at 8% per year while capture based fishing is stagnant or even declining due to overfishing of many areas and species.
- There is a huge global demand for quality seafood which traditional fishing cannot supply and highly efficient and technically advance mariculture is well positioned to fulfill this demand as depletion of natural fish stock is a major cause of concern. There is a growing preference for nutritious, low-fat, and protein-rich seafood drives healthy market growth and seafood is a primary source of Omega-3 fatty acids.
- Open sea cage technology as was owned for the FAP project by BIOM/GMIT is extremely efficient, has the potential for high production with maximum control over the process and yields and can survive a hurricane event.
- North America significantly lags other regions, especially Asia and to some extent, Europe, in development of mariculture facilities and the industry. The USA imports $15 billion more in seafood products than is exported.[8]
- The developing world adopts aquaculture to supply quality seafood and ward off malnutrition in many countries and presents significant growth opportunities while significant. Significant improvements are being made in breeding technology, control of illnesses, distribution, logistics, and transportation that drive market penetration worldwide
- Technological advances such as 'smart farms', use of drones, Recirculating Aquaculture Systems (RAS) and Integrated Multi-Trophic Aquaculture (IMTA) are helping increase yields, reduce costs and minimize adverse environmental impacts; all of these have a positive effect on the business fundamentals

---

[6] **Source: https://issuu.com/mooc.mar450/docs/chapter_7_introduction_to_maricultu;** Original source: An Introduction To Marine Ecology Wiley Online Books

[7] Source: Global Aquaculture Market Outlook, 2024 at https://markets.businessinsider.com

[8] Source: CNBC, https://www.cnbc.com/2018/06/25/us-imported-more-seafood-in-2017.html "The U.S. imported more than 6 billion pounds of seafood valued at more than $21.5 billion in 2017, according to data from the National Oceanic and Atmospheric Administration, which oversees American fisheries. The country exported more than 3.6 billion pounds valued at about $6 billion."



- The economics of the industry vary by location, type of seafood cultivated, scale of the producer, access to distribution and processing facilities among others. The industry is highly fragmented with numerous players and none having a large global market share. [9]

A review of the 2017-2018 financials of several companies in the industry reveals the following data: [10] [11] [12]

| Concept | Bakkfafrost | Mowi | Nireus | Selonda | Tassal | Waterbase | Zhanjiang | Zeal | MEDIAN | Mean |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales TTM Local Currency MM | 3,177.40 kr. | € 1,073.00 | € 221.00 | € 168.00 | AUD 499 | IDR 3,427 | ¥4,096 | IDR 1,795 | N/A | |
| Sales TTM USD MM | $ 476.6 | $ 1,206.1 | $ 248.4 | $ 188.8 | $ 354.3 | $ 51.4 | $ 614.4 | $ 26.9 | $ 301.3 | $ 395.9 |
| Gross margin 5 yr average | 67.92 | 44.4 | | 38.6 | 43.9 | 29.6 | 12.6 | 14.0 | 38.6 | 35.86 |
| EBITD 5 yr average | 32.5 | 18.8 | 2.4 | 3 | 19.5 | 11.2 | 5.9 | 6.5 | 8.85 | 12.48 |
| EBT 5 yr average | 34.5 | 22.6 | -4.9 | -3.8 | 18.8 | 8.8 | 4.7 | 2.4 | 6.75 | 10.39 |
| Net Income | 27.9 | 8.1 | -3.7 | -3.5 | 13.2 | 5.9 | 5.7 | 1.7 | 5.8 | 6.91 |
| Beta (levered) | -0.48 | 0.22 | 0.82 | 0.55 | 0.50 | 1.73 | 1.22 | | 0.55 | 0.65 |
| 5 yr Growth | 19% | 11% | 0.8% | 5% | 13% | 17% | 23% | 0.2 | 15% | 14% |
| P/E TTM | 10.3 | 13.3 | 8.1 | 10.5 | 13.9 | 21.2 | 19.8 | 94.4 | 13.6 | 23.94 |
| Price to Sales TTM | 4.04 | 3 | 0.35 | | 1.56 | 1.8 | 1.3 | 1.1 | 1.56 | 1.88 |
| Price to Book MRQ | 3.98 | 3.2 | 0.56 | | 1.4 | | 2.35 | 5.1 | 2.775 | 2.77 |
| Return on Equity 5 yr average | 37.05 | 13.1 | -6.32 | | 12.1 | 16.4 | 6.4 | 13.0 | 13 | 13.10 |
| D/E % | 24 | 0.76 | | | 21.8 | 9.44 | 18.5 | | 18.5 | 14.90 |

*Figure 1- COMPARABLES FOR VALUATION*

The data above lends itself to the interpretations based on the median or mean values that:

- The industry has a relatively high, double digit Gross Margin based on the five-year average from 2014-2018.
- Earnings before Interest, Taxes & Depreciation, Earnings before Taxes and Net Income are all in the middle single digit range. This indicates a significant charge of indirect, administrative and other expenses. The Interest and Depreciation expenses represent only around 2% of sales.
- Five-year growth has been – for many of the firms – in the range from 11% to 23%. This is an attractive growth rate for an industry not in the internet or high-tech sector.
- As a rule, the industry shows relatively low correlation with the overall financial markets, making it an attractive alternative to many investors, institutional and individual.
- The return on equity has been above 10% for the previous five-year period; again, this indicates an attractive sector for investors.
- Debt is a strong part of the capital mix, averaging 15% Debt/Equity.

The analysis below examines the relationship of the different financial analysis concepts above in relation to the sales of the different companies and examines how stable these figures are across companies of different sizes. From the table below, certain conclusions appear evident:

---

[9] Source: Global Aquaculture Market Outlook, 2024 - https://markets.businessinsider.com
[10] Source for information: https://www.reuters.com/finance/stocks/
[11] The companies were selected on the Research and Markets report and their financials being available in Reuters; many companies were either private, or formed part of larger industrial groups without separate available financials
[12] Glossary: TTM= Trailing 12 Months; EBITD= Earnings before Interest, Taxes & Depreciation; EBT= Earnings before Taxes; P/E= Price to Earnings ratio; MRQ= Most recent quarter; D/E= Debt to Equity ratio


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

- Column A – correlation with sales or R squared [R2]- indicates that the impact of size on company profitability and the other financial and valuation indicators is low. The highest value is in the mid 20's which means that a change in size only has around a 20-25% impact on the financial concepts analyzed. Most had even lower R2's.
- Column B is the Standard Deviation of the values across the companies. This is a measure that is used to quantify the amount of variation or dispersion of a set of data values around a central point. The lower the value, the less dispersion there is.
- Column C is the Coefficient of Variation, or how the Standard Deviation relates to the mean of the values presented. A high number means that the values vary significantly across the companies examined from the mean value as a percentage of that mean value. In this sample the five-year growth and the five-year Gross Margin had the lowest Coefficient of Variation, meaning that they were more consistent than the other indicators across companies of different sizes. This indicates that, apart from these two factors and consistent with the point above, company performance does not depend strongly on size. Price/Sales and Price/Book also had low numbers.

| Concept | A. Correlation with Sales | B. Standard Deviation across sample | C. Coefficient of Variation [Std Dev / Mean] | |
|---|---|---|---|---|
| Gross margin 5 yr average | 0.080 | 19.28 | 54% | IN RANGE |
| EBITD 5 yr average | 0.162 | 10.43 | 84% | |
| EBT 5 yr average | 0.264 | 13.81 | 133% | |
| Net Income | 0.089 | 10.23 | 148% | |
| Beta | 0.167 | 0.71 | 109% | |
| 5 yr Growth | 0.000 | 0.08 | 57% | IN RANGE |
| P/E TTM | 0.139 | 28.85 | 120% | |
| Price to Sales TTM | 0.255 | 1.25 | 66% | IN RANGE |
| Price to Book MRQ | 0.001 | 1.67 | 61% | |
| Return on Equity 5 yr average | 0.005 | 12.96 | 99% | |

*Figure 2- ANALYSIS OF INDICATORS FOR VALUATION*

The analysis above yields positive insights for the BIOM/GMIT endeavor and its probability of success, elements that shall be explored in more detail in Section 3:

1. As the industry does not appear to have excessive economies of scale or advantages given by size to larger firms, a startup like the BIOM/GMIT endeavor would have a greater chance of success than in other industries, like aerospace, automobiles, computers, cellphones, where size is a critical factor in being able to compete. The fragmentation in the industry alluded to in the Research and Markets report aligns with this.
2. The industry appears to be attractive from both a Return on Equity and overall Growth perspectives.
3. In terms of using the comparables identified above for projection purposes, the indicators that were the most stable across the sample of different sized companies were  Price to Sales, Price to Book and Gross Margins. This is an important finding that will impact the financial analysis later in this report. Price to Sales will be the key valuation metric used in this analysis.


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

### b.   KEY TEAM MEMBERS

The venture counted with some of the top experts in the US and globally in the field of mariculture and aquaculture.

1. John Ericsson, President and Managing Director. Secured and federally permitted the first and only retired oil platform complex for and 27.5 acres (FAP) for GULF OF MEXICO offshore aquaculture in US history- which is conservatively valued at $5.633 MM plus raised $2.3403 MM in cash and equipment donations for sea farming. Inventor of SeaTrek Ocean farming system and Sea Star oyster relay system for naturally cleansing oysters and other bivalves. Managing Director of NIH National Resource Center for Cephalopods, a 31 year federally funded research program. Member Aquaculture Engineering Society and World Aquaculture Society as a published member.
2. Phillip G. Lee, Ph.D., Director. Director of NIH National Resource Center for Cephalopods. Professor  UTMB, Galveston. Author of over 75 scientific papers on aquaculture and holder of over 20 patents for recirculation marine systems. Member Aquaculture Engineering Society.
3. Luis Cabello, Ph.D., V.P. of Operations, over 25 years of experience directing Aquaculture operations globally. Managed production of shrimp, turbot, mollusks and other species. Has taught graduate level courses at various European universities.
4. Arie Debondt, Ph.D., Director, and owner of Hesy Aquaculture BV of Holland which is an international company building over 200 recirculating aquatic hatchery to grow-out seafood systems in warehouse type structures in over 31 different countries

### c.   LIST OF ASSETS ACQUIRED OR OBTAINED[13]

Prior to the April 20th 2010 accident, a series of assets had been acquired or obtained by donation by the BIOM/GMIT partnership, among these were:

- BIOM shareholders made direct investments of over $5.3 million
- BIOM/GMIT obtained a 27,5 acre federally permitted commercial sea farming site (FAP) valued internationally at $250,000 to $500,000 per acre; the first in the Gulf of Mexico.

In addition to the above, for the FAP, various other assets were obtained:

1. Five Bridgestone sea cage systems w/ ten sets of cage nets
2. One AKVA automatic feeding system to deliver fish food to the sea cages.
3. M/V GMIT Hobgood: a 111' LSD type steel barge with crew quarters, galley, and crane to fully support BIOM/GMIT offshore sea farming efforts
4. R/V Marie Hall a 67" steel research vessel with galley and crew quarters for tendering the crew and supplies to support the sea farming operations.
5. The Guppybaby 32" fiberglass fast boat for crew and supply delivery to the sea farming site.
6. A complete mariine research laboratory with recirculation fingerling grow-out capabilities in Florida and the Galveston, TX, NRCC research laboratory and equipment assets transferred to GMIT in 2009.

---

[13] Source: Mr. John Ericsson



7. Other R&D equipment as needed for building a land based marine hatchery and offshore sea farming operations.

The value of the cash and other assets committed to BIOM/GMIT's venture had a value well in excess of USD 9.365 MM. These assets demonstrated BIOM/GMIT's commitment to the venture and form a key element in the loss model.The value of the cash and other assets committed to BIOM /GMIT's venture had a value in excess of USD 9.365 MM. These assets demonstrated BIOM/GMIT's commitment to the venture and form a key element in the loss model.

In addition, BIOM/GMIT had a credit terms letter from the *Eksportfinans* aka Norwegian Finance Institute for a credit line of up to USD 10MM for the purchase of equipment from Norway and other European sea farming equipment and service suppliers. On the equity side, two investment banking contracts s were executed with NYC Investment Bankers for USD 11 MM plus one with a Netherlands based investment bank for additional equity financing up to USD 10-20MM.[14]

### d. CONCLUSION AS TO FEASIBILITY

A reasonable summary of the status of the BIOM/GMIT endeavor on April 20th, 2010 would contain the following points:

- The BIOM/GMIT endeavor was not yet operational at the time of the event yet it had acquired or developed a strong base of capabilities from which to proceed to a phase that would permit the initial commercial startup: [15]
    - o Significant physical assets, including much of the infrastructure needed for offshore mariculture as well as an attractive location, both from the point of view of its environmental suitability for mariculture, as well as proximity to major markets and seafood processing facilities
    - o A strong leadership team with the special know-how required to operate and manage the operation
    - o Technically advanced and in some cases proprietary mariculture processes based on the most up to date scientific know how and capabilities
    - o The necessary federal permits to begin operation
    - o The financial support - both in equity capital and lines of credit - necessary to complete the acquisition of additional assets and permit the launching of the operation
- While there are risks in any new business venture, to be explored further in Section 3, BIOM/GMIT had taken care to manage these risks as much as possible by: [16]
    - o Having a team of global experts in the sea farming at the helm of the business.
    - o Hiring highly qualified staff with experience in this type of operations in Europe and other parts of the world to key posts.
    - o Designing the facilities to be protected in case of storms in the Gulf of Mexico and making provisions for the needed insurance coverage in case of storms or other incidents that could negatively affect the operations.

---

[14] Source: Mr. Ericsson, April 8th, 2019
[15] Interview with Mr. Ericsson, April 2nd, 2019
[16] Ibid



- o Developing contacts and alliances that would permit the distribution and sales of its products nationally and even worldwide, including Japan, the world's second largest seafood importing country after the USA.
- o Confirming that there was a tight market supply and growing demand for domestically produced high quality fish products.
- o Having the capability to undertake the substantial investments required in this business.

Despite all these precautions and capabilities, the Deepwater Horizon spill eliminated any possibility of relaunching or moving the operation for the following reasons:

- Contamination of the Gulf of Mexico for a significant time period made mariculture impossible at that location and within the area affected
  - o o Reputational Post disaster risk among final consumers and intermediate processors skeptical of purchasing fish products from a Gulf of Mexico contaminated zone impacted, thus impacting commercial sales viability
  - o Moving to another location not impacted by the Deepwater Horizon disaster in the Gulf of Mexico implied re-starting the potential site identification process and the Federal/State permitting process; both had a high level of uncertainty to management and investors
- Significant loss and damage to the equipment assets while in storage post-event resulted in loss to the venture's asset base even though all possible precautions were taken. The total loss of income- with no visible solution- severely reduced the venture's ability to maintain and protect its assets.
- Loss of the equity promised [USD 10-20MM] and the credit facility for up to USD 10MM for the purchase of the additional assets post-event implied renewing the search for financing in an environment adversely affected by the oil spill. This proved to be impossible and the loss of the equity interest and the credit facility doomed the endeavor.
- Breakup of the investment banking and management team due to years-long uncertainty about the project post-event eliminated one of the key capabilities of the enterprise and made impossible its continued operations.

In conclusion, were it not for the oil spill, BIOM/GMIT would have had an acceptable risk/return profile for entry into the business. This risk/return profile and the specific risks associated with the FAP will be explored later in this analysis.

## 3   ANALYSIS OF ECONOMIC AND BUSINESS RISK

Our analysis of the Economic and Business Risk impacting FAP in 2010/2011 involves the following elements:

a. Brief overview of a recovering US economy in 2010


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131 BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

b. Evaluation of the attractiveness of the mariculture industry using a framework like Prof. Michael Porter's Five Forces developed in his book <u>Competitive Strategy</u> . [17]

c. Specific Business risk analysis, represented by the Balance Sheet Ratios most relevant to understanding a business' risk and possibility of failure; Prof. Shannon Pratt covers this in his book, <u>Valuing a Business</u> [18]. Other sources also address these issues. This implies a Sensitivity analysis to establish the specific risks associated with the business with respect to changes in i) Sales, ii) Cost of Goods Sold, iii) Fixed Operating Costs. This would allow one to estimate the percentage of adverse change possible in each of these parameters before the economics of the business turned negative.

d. Discussion of other risk factors and ratios and how they could illustrate the factors of risk that impact FAP or be ameliorated and managed by the BIOM/GMIT team.

e. Presentation of the typical causes of business failure and why they are not relevant to FAP

1. BRIEF OVERVIEW OF A RECOVERING US ECONOMY IN 2010

No analysis of a project like FAP can be complete without at least a cursory look at the macro-economic situation in 2010, just after the financial crisis. The IMF report from April 2010 encapsules global economic thought:

*"A Stimulus-Driven U.S. Recovery Is under Way*

*A stimulus-led recovery is under way in the United States, but private demand remains soft. Substantial monetary and fiscal easing, alongside other policies aimed directly at the financial and housing sectors, has provided a broad-based fillip to growth—the IMF staff estimates that the fiscal stimulus boosted real GDP growth by about 1 percentage point in 2009. In response to the stimulus and a robust inventory cycle, real GDP grew at a seasonally adjusted annualized rate of 2.2 percent in the third quarter of 2009 and by 5.6 percent in the fourth quarter (Figure 2.3). But private final demand is still subdued and remains well below precrisis levels. In the fourth quarter, consumption rose by only 1.6 percent as households continued to rebuild wealth; reduced inventory drawdowns contributed more than half of growth. During*

---

[17] See the Harvard Business Review article at https://hbr.org/1979/03/how-competitive-forces-shape-strategy and Prof. Porter's book: Porter, Michael, Competitive Strategy: Techniques for Analyzing Industries and Competitors 1st Edition, The Free Press, NYC, 1980, ISBN-13: 978-0684841489; ISBN-10: 9780684841489

[18] See Pratt, Shannon, Valuing a Business, 5th Edition; The Analysis and Appraisal of Closely Held Companies (McGraw-Hill Library of Investment and Finance) 5th Edition, McGraw Hill, 2008, ISBN-13: 978-0071441803 ISBN-10: 0071441808



*the same period, net exports also made a modest*
*positive contribution to growth, as the rebound*
*in global trade and recovery in partner economies*
*boosted exports.[19]"*

With respect to FAP and its chances for success, two items should be noted: a) the US was in recovery mode, albeit a 'soft' recovery in terms of private demand and b) exports provide a bright and positive area to consider. Since FAP was not going to be operational in terms of sales to clients until 2011, this report does not present adverse news to FAP. On the contrary, a soft economy in 2010 when FAP is building its infrastructure could be good news since factor and material costs should be lower than if a strong economy was in place. The positive news about exports is also good news for FAP, located close to the 9th largest port in the US.

### 2. FIVE FORCES ANALYSIS

*The Five Forces [analysis] is a framework for understanding the competitive forces at work in an industry, and which drive the way economic value is divided among industry actors… A Five Forces analysis can help companies assess industry attractiveness, how trends will affect industry competition, which industries a company should compete in—and how companies can position themselves for success….[20]*

The purpose of executing a brief Five Forces Analysis on the mariculture industry is to arrive at an initial evaluation of the attractiveness of this industry and therefore better gauge the business risk for FAP. The Five Forces as presented by Prof. Porter are the following and can be seen in Appendix 8:

- Bargaining power of suppliers – how strong the suppliers of raw materials, equipment, labor and other items necessary for production are versus the members of the industry. Suppliers with strong bargaining power, for example, Major Oil Companies vs. Independent Gas Station Owners, can exert significant leverage and execute contracts according to their will and prices are set by the seller.
- Bargaining power of buyers – how strong the buyers are versus the members of the industry. Where buyers are strong, typically in a highly fragmented industry selling to larger buyers, prices and conditions are set by the buyers. Small farmers selling to grocery store chains are an example of this condition.
- Threat of substitutes – what other products can replace the industry's goods. If many other products can act as a substitute then the industry's strength is reduced because it must compete not just with players within the industry, but outside of it as well. A substitute product is a product from another industry that offers similar benefits to the consumer as the product produced by the firms within the industry. The beverage industry is one where many substitute products exist for the benefit of 'quenching thirst': soft drinks, sparkling water, energy drinks, juices, tap water, etc.

---

[19] Source: IMF, "WORLD ECONOMIC OUTLOOK: REBALANCING GROWTH" April 2010, viewed at
https://www.imf.org/external/pubs/ft/weo/2010/01/
[20] See the Institute for Strategy and Competitiveness at Harvard University,
https://www.isc.hbs.edu/strategy/business-strategy/Pages/the-five-forces.aspx


LAMBDA
INTERNATIONAL
CONSULTING ● FINANCE ● PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

- Threat of new entrants – if an industry is easy to enter, then competition will naturally increase because there are low barriers to entry. Should this be the case, the new entrants will increase the competitive rivalry within the industry, increase risks and reduce profits. New entrants may also bring new and potentially disruptive technology. Local retail is an example where new entrants find low barriers to entry and turnover in local stores and restaurants is high as a result.
- Competitive rivalry – if an industry is not growing, or not growing as fast as new entrants are entering, then competitive rivalry will be high. This is especially true in industries where large capital investments have been made and these investments are not transportable to other industries. In these cases, competition on price and features will be high impacting profits adversely. The airline industry is an example of one with a high-competitive rivalry.

The high-level analysis of the mariculture industry will provide additional insight into the risks and potential of success of FAP.

- Bargaining Power of Suppliers- the suppliers with the highest bargaining power in FAP's universe are the fabricators of machinery. These have already been acquired. The labor force requires certain skills, but these can be included in training programs and raw materials for mariculture are sold worldwide by multiple suppliers.
  - o EVALUATION=LOW
- Bargaining power of buyers – FAP is located close to Mobile, Alabama. The port was ranked by the United States Army Corps of Engineers as the 9th largest port by tonnage in the nation during 2014, with a trade volume of 64.3 million tons.[21] This city is within 500 miles of 61MM people or 1/6th of the US population. The average job within this 500 mi. radius pays USD 47,935 per year, or USD 3,500 more than the national average.[22] These factors – a large population with a higher than average income - imply many ready markets for FAP's products spread across the Southwest and Southeast of the US plus options for international markets. Countervailing this is the consideration that large-scale buyers of fish products are also large enterprises with significant buying power. Although there may be many buyers in that geographical region, this will be counterbalanced because most will be large companies.
  - o EVALUATION=MEDIUM
- Threat of substitutes – Fish is generally 50%-100% more expensive than chicken and priced similarly to the middle and top-end cuts of beef. In terms of protein provided per 100gr., beef is the leader, but fish is second and chicken is last[23]. The threat of substitutes for FAP is dual: competition from other sources of protein and competition from capture farming, onshore aquaculture in the US and international providers of fish. Data in Appendix 9 shows that US per-capita consumption of fish has increased nearly 40% from a low point in 2006 and in 2017 evidenced a 1.1 lb. increase in per-capita consumption (see Appendix 10). On the other side, however, US aquaculture production from 2010 to 2016 declined or remained stagnant and Imports greatly outpaced Exports (Appendix 11). Therefore, the

---

[21] https://en.wikipedia.org/wiki/Port_of_Mobile
[22] http://www.statsamerica.org/radius/big.aspx
[23] http://www.gi-gen.com/beef-vs-chicken-vs-fish-protein/


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

market seems to be open to new entrants as the US is the largest importer of fish in the world.

   o   EVALUATION=LOW-MEDIUM

- Threat of new entrants – the FAO in a report stated:

   *"There is a clear need to expand aquaculture production in the United States of America. The need for additional seafood in the future, offsetting a USD 9 billion trade deficit in imported seafood products, coast al economic development, expanded employment opportunities, increased supplies of safe and sustainable seafood, the reality of fully exploited capture fisheries, and enhanced food security all provide compelling reasons.*" [24]

   Therefore, joined with the relatively flat production in the US from aquaculture, it appears that the market opportunity would not be affected by the threats from new entrants. In addition, the significant capital outlay needed, approximately USD 20MM in the case of FAP, and the multi-year wait to enable permits would limit competition from new entrants. All this seems to mitigate the issue of the threat of new entrants.

   o   EVALUATION=LOW

- Competitive rivalry – The overall seafood industry in the US was worth over USD 130Bn in 2013. [25] Meanwhile the top 25 North American Producers represented around USD 13-16Bn in sales or only around 10% of the market (see Appendix 12). This means that, while there may be competition locally, on a national scale no single producer has more than 1-2% of the market. Therefore, the market seems to have a manageable level of competitive rivalry. Mariculture is a small segment within this overall market and the size of the players is also smaller, as illustrated by the sample companies analyzed here. All this leads to the conclusion that competitive rivalry is a manageable element for a well-funded, well-located and with top level managers endeavor like FAP.

   o   EVALUATION=MEDIUM

   Conclusion of the evaluation of Five Forces - Based on the criteria above and the data available, it appears that the conclusion of an evaluation of Porter's Five Forces applied to FAP is that the overall industry within which FAP would play has a rating of Low-Medium. This means that it is a fairly attractive sector in which to invest since the competitive challenges and hurdles are manageable. Adverse factors to entry and development of the business and their related risk would be rated as Low-Medium. Were any of the forces above rated above Medium-High, there might be a cause to re-examine the fundamentals of the business and its probability of success. As it stands, the evaluation supports the decision of the BIOM/GMIT team to develop FAP. We have to conclude that there is a strong certainty and with a high degree of confidence that entering this market has a high chance of success for FAP.

| PORTER'S FIVE FORCES | EVALUATION |
|---|---|
| 4.1 Bargaining power of suppliers | LOW |
| 4.2 Bargaining power of buyers | MEDIUM |
| 4.3 Threat of substitutes | LOW-MEDIUM |
| 4.4 Threat of new entrants | LOW |
| 4.5 Competitive rivalry | MEDIUM |
| Overall Evaluation | LOW-MEDIUM |

---

[24] See http://www.fao.org/fishery/countrysector/naso_usa/en#tcN700C5

[25] https://www.seafoodsource.com/news/supply-trade/us-seafood-industry-worth-usd-129b


LAMBDA INTERNATIONAL
CONSULTING · FINANCE · PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

*Figure 3 - PORTER'S FIVE FORCES ANALYSIS AS APPLIED TO FAP, Source: Analysis Lambda*

### 3.   SPECIFIC BUSINESS RISK ANALYSIS

Prof. Shannon Pratt describes Business Risk as the product of two factors: 1) uncertainty in Sales and 2) uncertainty around the fixed and variable operating costs[26]. Risk can be measured around these factors by, among others,  the following calculations:

i.   Measuring the impact of deviations or changes in Sales on Operating Earnings
ii.  Measuring the impact of changes in Operating Costs on Operating Earnings
iii. Measuring the impact of changes in Cost of Goods Sold on Operating Earnings

Since FAP never commenced operations, these calculations can only be performed 'a priori' and based on the information in the proforma. Based on these proforma numbers, the following results were obtained that show that even with precipitous declines in Sales of up to 55% versus projections, and increases of up to 73% in COGS or 350% in Operating Expenses and Marketing, again versus base projections, the Average 5 year result for the venture would still be at Break Even, or Net Income = 0. In all these circumstances, the EBITDA margin, representative of cash flows would still be positive.



| USD 000 | SENSITIVITY TO SALES DROPS | | | | SENSITIVITY TO COGS INCREASE | | | | SENSITIVITY TO OPEX + MKTG INCREASE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average 5 years 2012-2017 -10PCT SALES | Average 5 years 2012-2017 -30PCT SALES | Average 5 years 2012-2017 -50PCT SALES | Average 5 years 2012-2017 -55PCT SALES | Average 5 years 2012-2017 +10PCT COGS | Average 5 years 2012-2017 +30PCT COGS | Average 5 years 2012-2017 +50PCT COGS | Average 5 years 2012-2017 +73PCT COGS | Average 5 years 2012-2017 +10PCT OPEX + MKTG | Average 5 years 2012-2017 +30PCT OPEX + MKTG | Average 5 years 2012-2017 +50PCT OPEX + MKTG | Average 5 years 2012-2017 +350PCT OPEX + MKTG |
| Revenues | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| COGS w/o Fin & Dep | -42% | -42% | -42% | -42% | -47% | -55% | -64% | -73% | -42% | -42% | -42% | -42% |
| Gross Margins Contribution | 58% | 58% | 58% | 58% | 53% | 45% | 36% | 27% | 58% | 58% | 58% | 58% |
| Operating and Marketing Costs | -9% | -12% | -17% | -18% | -8% | -8% | -8% | -8% | -9% | -11% | -13% | -39% |
| Operating Margin | 48% | 46% | 41% | 39% | 45% | 37% | 28% | 18% | 48% | 46% | 44% | 19% |
| *Depreciation* | -2% | -2% | -3% | -4% | -2% | -2% | -2% | -2% | -2% | -2% | -2% | -2% |
| *Interest Expense* | -2% | -2% | -3% | -3% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Insurance | -11% | -14% | -19% | -21% | -9% | -9% | -9% | -9% | -9% | -9% | -9% | -9% |
| Profit sharing Mgmt + Staff | -5% | -5% | -5% | -4% | -5% | -4% | -3% | -2% | -5% | -5% | -5% | -3% |
| Other Fixed | -4% | -5% | -7% | -8% | -4% | -4% | -4% | -4% | -4% | -4% | -4% | -4% |
| Profit before taxes | 25% | 18% | 4% | -1% | 24% | 16% | 9% | 0% | 27% | 25% | 23% | 0% |
| Taxes | -8% | -5% | -1% | 1% | -7% | -5% | -3% | 0% | -8% | -8% | -7% | 0% |
| Net Income | 17% | 12% | 4% | 0% | 17% | 11% | 6% | 0% | 19% | 17% | 16% | 0% |
| Addback Depreciation | 2% | 2% | 3% | 4% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| Change in working Capital | -3% | -3% | -2% | -2% | -3% | -4% | -5% | -5% | -3% | -3% | -3% | -3% |
| Cash Flows net of Investments | 16% | 12% | 5% | 2% | 15% | 9% | 3% | -4% | 17% | 16% | 15% | -1% |
| Self Generated Investments | -1% | -2% | -2% | -2% | -1% | -1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Operating Cash Flows | 15% | 11% | 3% | -1% | 14% | 8% | 2% | -5% | 16% | 15% | 14% | -2% |
| Operating Margin EBIT | 27% | 20% | 7% | 2% | 25% | 18% | 10% | 1% | 28% | 27% | 25% | 2% |
| EBITDA Margin | 28% | 22% | 10% | 6% | 27% | 19% | 12% | 3% | 30% | 28% | 26% | 3% |

*Figure 4 – RESULTS OF SENSITIVITY ANALYSIS VERSUS BASE CASE IN PRO FORMA; Source: Analysis Lambda[27]*

As a reality check, these scenarios should be compared to the Median or Mean  results for the sector to validate them. These estimates are shown below:

---

[26] See Pratt, Shannon, Valuing a Business, 5th Edition; The Analysis and Appraisal of Closely Held Companies (McGraw-Hill Library of Investment and Finance.  Pg. 298-301
[27] Note these estimates assume that all other factors remain constant except the factor being modeled and are thus as in the proforma. The logical exceptions are Profit Sharing, which is a function of Operating Margin and Taxes which depend on Earnings Before Taxes.



| Concept | MEDIAN | Mean |
|---|---|---|
| Sales TTM USD MM | $ 301.3 | $ 395.9 |
| Gross margin 5 yr average | 38.6 | 35.86 |
| EBITD 5 yr average | 8.85 | 12.48 |
| EBT 5 yr average | 6.75 | 10.39 |
| Net Income % | 5.8 | 6.91 |
| Beta (levered) | 0.55 | 0.65 |
| 5 yr Growth | 15% | 14% |
| P/E TTM | 13.6 | 23.94 |
| Price to Sales TTM | 1.56 | 1.88 |
| Price to Book MRQ | 2.775 | 2.77 |
| Return on Equity 5 yr average | 13 | 13.10 |
| D/E % | 18.5 | 14.90 |

*Figure 5 – MEAN AND MEDIAN RESULTS FROM REPRESENTATIVE COMPANIES FROM THE INDUSTRIAL SECTOR, Source: Analysis Lambda*

In terms of Net Income Percentage, which is between 5.8% and 6.91% in the Sector Sample, this result could be achieved in FAP even with a decline in Sales of 50% versus estimated Pro-Forma or an increase in 50% in COGS (Cost of Goods Sold). Although, unfortunately, FAP never had a chance to show the true performance of the venture, these numbers indicate that even with a substantial (+/- 50%) error in the projections, the venture could still reach the average performance for the Sector, be profitable and survive. A final 'acid test' was performed to estimate what percentage of increase in COGS versus Pro-Forma estimates coupled with the same and simultaneous decrease in Sales would lead to Break Even numbers for FAP. That number resulted being 37% and the results are shown below. Therefore, the venture has a +/- 37% margin versus the Pro Forma estimates in both COGS and Sales together and would still be at Break Even.

| USD 000 | Average 5 years 2012-2017 | Average 5 years 2012-2017 BASE CASE |
|---|---|---|
| Revenues | 100% | 100% |
| COGS w/o Fin & Dep | -58% | -42% |
| Gross Margins Contribution | 42% | 58% |
| Operating and Marketing Costs | -13% | -8% |
| Operating Margin | 29% | 49% |
| Depreciation | -3% | -2% |
| Interest Expense | -2% | -1% |
| Profit sharing Mgmt + Staff | -3% | -5% |
| Insurance | -15% | -9% |
| Other Fixed | -6% | -4% |
| Profit before taxes | 0% | 28% |
| Taxes | 0% | -8% |
| Net Income | 0% | 19% |
| Addback Depreciation | 3% | 2% |
| Change in working Capital | -4% | -3% |
| Cash Flows net of Investments | -1% | 18% |
| Self Generated Investments | -2% | -1% |
| Operating Cash Flows | -2% | 17% |
| Operating Margin EBIT | 2% | 29% |
| EBITDA Margin | 5% | 31% |

*Figure 6- ESTIMATED RESULTS WITH A 37% INCREASE IN COGS COUPLED WITH A 37% DECREASE IN SALES FROM PRO FORMA ESTIMATES, Source: Analysis Lambda*


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

It must be emphasized that in real life, if management is facing either a 37% increase in COGS or a 37% decline in Sales versus Estimates, or even both together, there would be a sure train of corrective actions that would be implemented including reduction of other costs (Insurance, Profit Sharing, Other Fixed) and corrective actions in Sales, Marketing or Operations that would return the enterprise to profitability.

Another factor for emphasis is that the venture had up to USD 20MM available in additional Equity financing. With this in mind, the venture could endure a +50% increase in COGS versus Pro Forma combined with a -50% decrease in Sales versus Pro Forma during the entire 2012-2017 period and still have funds to endure, even without taking any corrective measures. The results of that scenario follow below showing that, in effect, it would take running the entire 2011-2017 period at a +/- 50% imbalance versus the Pro Forma to burn the cash available:

| USD 000 | Preop | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total Sum |
|---|---|---|---|---|---|---|---|---|---|
| Revenues | $ - | $ 9,266 | $ 22,380 | $ 42,359 | $ 48,162 | $ 49,642 | $ 50,883 | $ 222,694 |
| COGS w/o Fin & Dep | $ (3,773) | $ (7,293) | $ (13,809) | $ (24,243) | $ (28,768) | $ (30,573) | $ (31,660) | $ (140,119) |
| Net Income | $ (8,272) | $ (5,617) | $ 2,732 | $ (211) | $ (775) | $ (1,667) | $ (1,722) | $ (15,531) |
| Addback Depreciation | $ 673 | $ 673 | $ 873 | $ 973 | $ 1,033 | $ 1,033 | $ 1,033 | $ 6,291 |
| Change in working Capital | $ (817) | $ (763) | $ (1,412) | $ (2,261) | $ (980) | $ (391) | $ (235) | $ (6,860) |
| Cash Flows net of Investments | $ (8,416) | $ (5,706) | $ 2,193 | $ (1,499) | $ (722) | $ (1,025) | $ (924) | $ (16,100) |
| Self Generated Investments | | $ (2,000) | $ (1,000) | $ (600) | $ (150) | $ (150) | $ (3,900) |
| Operating Cash Flows | $ (8,416) | $ (5,706) | $ 193 | $ (2,499) | $ (1,322) | $ (1,175) | $ (1,074) | $ (20,000) |

*Figure 7 – FIVE-YEAR RESULTS INCLUDING A +50% INCREASE IN COGS AND A -50% DECREASE IN SALES CONCURRENTLY FROM PRO FORMA ESTIMATES; Source: Analysis Lambda*

 In conclusion, significant and continued variations from the Pro Forma budget, around +/- 50% of estimates involving a decline in Sales and a concurrent increase in COGS would have to take place during the seven-year Pro Forma period for the venture to reach an illiquid status. This scenario works under the improbable assumption that management would take no corrective actions during the period and that Self-Generated Investments would continue, instead of being curtailed, which add another USD 4MM to the Capital mix, equivalent to four more years of operations, as well as no other cost cutting or revenue enhancing measures being taken. All in all, given the experience of the management team, the access to capital by the venture, the overall growth of the sector, the evaluation of industry attractiveness and FAP's position in an attractive market and geographical region, that this 'Perfect Storm' could occur and develop without management taking corrective actions, seems highly improbable, if not completely implausible. Thus, we have to conclude that there is a strong certainty and high degree of confidence that this scenario would not proceed.

### 4.  DISCUSSION OF OTHER RISK FACTORS AND RATIOS

There have been numerous studies on predictive factors for bankruptcy. In Europe, the equity ratio variable, Equity/Total Liability, is consistently selected across different prediction horizons.[28] The Altman Z-Score is also valuable and is the output of a credit-strength test that helps gauge the likelihood of

---

[28] https://www.sciencedirect.com/science/article/pii/S1059056017305348


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

bankruptcy for a publicly traded manufacturing company[29]. The Altman Z-Score is based on five key financial ratios:

A = working capital/total assets

B = retained earnings/total assets

C = earnings before interest and taxes (EBIT)/total assets

D = market value of equity/book value of total liabilities

E = sales/total assets

The Altman Z Score is the compound calculation as done in the following equation:

$$\text{Altman Z SCORE} = 1.2\,A + 1.4\,B + 3.3\,C + .6\,D + 1\,E$$

Typically, a score below 1.8 indicates that a company is likely heading for or is under the weight of bankruptcy. Conversely, companies that score above 3 are less likely to experience bankruptcy.

Given the initial and standard estimates in the **Pro Forma**, the initial Altman Z Score per year is calculated to be as follows:

| BALANCE SHEET ESTIMATES | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Working capital | $ 817 | $ 2,103 | $ 3,981 | $ 6,989 | $ 8,294 | $ 8,814 | $ 9,128 |
| Retained earnings | $ (8,272) | $ (7,818) | $ 3,029 | $ 22,603 | $ 44,059 | $ 65,075 | $ 86,527 |
| Earnings before interest and taxes (EBIT) | $ (7,434) | $ 1,296 | $ 13,258 | $ 30,826 | $ 33,649 | $ 32,889 | $ 33,470 |
| Market value of equity | $ 18,313 | $ 18,876 | $ 18,876 | $ 18,876 | $ 18,876 | $ 18,876 | $ 18,876 |
| Sales | $ - | $ 18,477 | $ 44,624 | $ 84,463 | $ 96,034 | $ 98,985 | $ 101,460 |
| Total Assets | $ 9,368 | $ 10,385 | $ 23,032 | $ 41,506 | $ 62,502 | $ 83,068 | $ 104,520 |
| Book value of total liabilities | $ 7,859 | $ 7,808 | $ 7,132 | $ 6,389 | $ 5,571 | $ 4,672 | $ 3,683 |
| A = working capital/total assets | 9% | 20% | 17% | 17% | 13% | 11% | 9% |
| B = retained earnings/total assets | -88% | -75% | 13% | 54% | 70% | 78% | 83% |
| C = earnings before interest and taxes (EBIT)/total assets | -79% | 12% | 58% | 74% | 54% | 40% | 32% |
| D = market value of equity/book value of total liabilities | 233% | 242% | 265% | 295% | 339% | 404% | 512% |
| E = sales/total assets | 0% | 178% | 194% | 203% | 154% | 119% | 97% |
| Z Score | (2.35) | 2.83 | 5.82 | 7.22 | 6.49 | 6.15 | 6.37 |

*Figure 8 – Z SCORE CALCULATION FOR PRO FORMA ESTIMATES, Source: Analysis Lambda*

---

[29] https://www.investopedia.com/terms/z/zscore.asp


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

C O N F I D E N T I A L

The initial estimate indicates that the first year is the one that FAP is most likely to experience the risk of bankruptcy according to the Altman Z- Score litmus test. This is unlikely, however, since the stakeholders have additional equity generating capacity if needed, up to an additional USD 10MM. Once Y2 arises, the score of 2.83 is close to the 3 value where companies are 'less likely to experience bankruptcy'.

Trying to understand the probability of bankruptcy, the two key items – Sales and COGS- will be modelled to determine the overall risk of bankruptcy. In these cases, 2011 will be ignored since that year no Revenues were estimated to ingress into the venture and thus, adequate considerations had been taken that bankruptcy would NOT take place. Thus, the analysis really begins in 2012. The results of increasing COGS by the same percentage as the decrease in Sales, both deviating from the Pro Forma estimates are shown below:

| +/- Change in Sales and COGS | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| -25% | (2.35) | 0.45 | 4.61 | 7.21 | 6.77 | 6.48 | 6.71 |
| -45% | (2.35) | (2.94) | 2.58 | 6.70 | 7.38 | 7.74 | 8.51 |
| -65% | (2.35) | (8.69) | (1.69) | (17.45) | 5.63 | 5.02 | 5.25 |

*Figure 9 -SENSITIVITY ANALYSIS By Altman Z-SCORE AND PROBABILITY OF BANKRUPCY, Source: Analysis Lambda*

The analysis shows that up to a +/- 45% deviation from the Pro Forma estimates for both COGS and Sales could probably be well tolerated by FAP, especially given the additional capital available and that only two years [2011 and 2012] could be considered at risk since the 2.58 figure in 2013 is close to the 3.0 cut off point.

Were the deviation to increase to +/- 65% then the probability of bankruptcy according to the Altman Z-Score would be much greater, since four of the initial seven years would be considered risky. Here, the real risk of bankruptcy would arise.

The question is : what is the probability of management erring up to +/- 65 % on their estimates of Sales and COGS?  Regrettably, we do not have time series numbers for the Mariculture sector, but in Appendix 13 we perform an illustrative analysis of the statistical probability of an event of that nature given the standard variation in earnings in the Food Processing industry. The answer is that the probability of it occurring once is close to zero, recurring continuously during six years is even less probable.

Although based on statistics external to FAP, this reinforces our estimation that FAP's risk of bankruptcy is low and that the Pro Forma Business Plan and Projections are realistic and based within the bounds that the possibility of bankruptcy is very low given the capital base – debt and equity financing-  available plus all the other managerial and physical assets available to FAP.



A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

5.   ANALYSIS OF THE CAUSES OF BUSINESS FAILURE

In a vintage, but classic 1969 article examining the causes of business failure, William Strang working on the basis of a Dun & Bradstreet survey presented a very cogent table organized by the importance of the causes of failure:[30]

### TABLE 1
#### CAUSES OF BUSINESS FAILURE, 1969

| Underlying Cause of Failure | Percentage of All Failures |
|---|---|
| Incompetence | 45.6 |
| Unbalanced experience | 19.5 |
| Lack of managerial experience | 13.7 |
| Lack of experience in the line | 8.7 |
| Neglect | 2.8 |
| Disaster | 1.4 |
| Fraud | 1.2 |
| Reason unknown | 7.1 |
| Total | 100.0 |

*Source:* DUN AND BRADSTREET, THE FAILURE RECORD THROUGH 1969, at 11.

### TABLE 2
#### OPERATING PROBLEMS RESULTING FROM POOR MANAGEMENT

| Cause of Failure | Percentage of Failures Due to Mismanagement |
|---|---|
| Inadequate sales | 42.2 |
| Competitive weaknesses | 22.9 |
| Heavy operating expenses | 12.1 |
| Receivables difficulties | 10.1 |
| Inventory difficulties | 4.5 |
| Excessive fixed assets | 3.9 |
| Poor location | 2.8 |
| Other | 1.5 |
| Total | 100.0 |

*Source:* DUN AND BRADSTREET, THE FAILURE RECORD THROUGH 1969, at 12.

*Figure 10 – CAUSES OF BUSINESS FAILURE, Source: https://scholarship.law.duke.edu*

It is relevant to note in Table 1 that the first four causes have to do with managerial incompetence or lack of experience. None of these causes, summing over 85% of the Underlying Cause of Failure appear relevant to FAP given the breadth and depth of its management team.

**Ironically, No. 6, at 1.4%, "Disaster" does strike a relevant chord.**

In Table 2, the only element that could resonate is "Inadequate sales". Yet in the previous exercise we showed that the enterprise could bear up to over a 50% shortfall in sales (all other factors being equal) and still survive. Thus, we do not believe that any of the items cited are relevant to FAP.

---

[30]https://scholarship.law.duke.edu/cgi/viewcontent.cgi?referer=https://www.google.com/&httpsredir=1&article=3320&context=lcp



In a more recent article, published in Forbes magazine, "Five Reasons 8 Out Of 10 Businesses Fail" the writer presents his five reasons[31]:

1. Reason #1: Not really in touch with customers through deep dialogue.
   a. While this may infect any business, the team presented has collectively way over 100 years of experience in the industry and know practically all the major and mid-major players as well as having access to the major clients and distributors. This lack of dialogue is not likely to happen to FAP.
2. Reason #2: No real differentiation in the market (read: lack of unique value propositions)
   a. While on a product by product basis, FAP's products may be considered 'commodities', from the viewpoint that it would have been the first to develop a mariculture business in that Gulf of Mexico location with access to 1/6 of the US population, then the structural and industrial (instead of the product) differentiation becomes relevant and clear. FAP would have been a unique value proposition.
3. Reason #3: Failure to communicate value propositions in clear, concise and compelling fashion.
   a. The management team was able to raise USD 10-20 MM in equity commitments and USD 10 MM in lines of credit from very knowledgeable and sophisticated investors. This would not have happened had the leadership not been able to "communicate value propositions in clear, concise and compelling fashion." Therefore, this does not appear to be relevant to FAP.
4. Reason #4: Leadership breakdown at the top (yes -- founder dysfunction).
   a. While this can occur in any size industry, it must be noted that Mr. Ericsson has been a 'serial entrepreneur' and had held many top-level positions requiring high levels of leadership. His performance up to that point provides no indications of a possible leadership breakdown.
5. Reason #5: Inability to nail a profitable business model with proven revenue streams.
   a. The collective knowledge of the management team developed FAP's business model, savvy investors endorsed it and the financial models presented here indicate that FAP had every reason to be considered a profitable business model.

In conclusion, it appears that the only reason named for business failure that applies to FAP is "Disaster" which was exactly what led to its failure. The other reasons mentioned do not seem to have a compelling argument to make them probable or plausible. Thus, we conclude that the odds of FAP failing, except for the one reason cited, seem small and arguments in favor of its failure ignore the many strong reasons to vote for its success.

---

[31] https://www.forbes.com/sites/ericwagner/2013/09/12/five-reasons-8-out-of-10-businesses-fail/#1e33217c6978

 LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

---

## 4   RELEVANT ECONOMIC LOSS THEORIES AND ANALYSES

The discussion must commence with the understanding of the different risk profiles of the assets involved as this will impact the alternative forms of evaluation and valuation. There are three different assets involved in this case, each with a different level of risk:

    i.    The assets, equipment and other goods already procured and delivered into the venture by BIOM/GMIT. were totally impaired or completely lost. These assets would not be subject to any significant degree of risk since they represented part of the contributions of the members of the venture to the venture itself. As stated before, these assets had a value in 2010 of more than USD 9.365 MM and represented 33.7% of the total capital (D+E) for the venture.

    ii.    Additional funds were to be available for the startup and operation of the venture. These funds would come from two sources: a) a USD 10MM credit facility provided by Eksportfinans of Norway, and b) additional Equity in an equivalent amount, USD 10-20MM, from two Investment Banks in Europe and NYC. These two items would act as resources for financing the start-up and the sea farming operation. These assets should be valued by the percentage that each would have contributed to the business operation. The USD 10MM credit facility would represent 32.2% and the additional Equity 34.2% complementing the 33.7% formed by the already procured and delivered assets and equipment.

There are three alternatives for defining "making whole" the Plaintiff for the losses suffered:

A.    Estimate business growth and then value the lost business via Discounted Cash Flow or Comparables at the end of a Horizon Period and then update these values to the present, 2019.

B.    Estimate replacement value of all assets lost due to the Deepwater Horizon accident and its consequences without entering into the business analytics. In this case, bringing the 2010 values up to the present, 2019, would be enough.

C.    A mixture of both approaches, as appropriate.

The following section will discuss each of the alternatives.

    **a.   DISCUSSION OF THE ALTERNATIVES**

Each of the three alternatives has certain benefits and disadvantages when applied to the current situation.

A.    Estimate business growth and then value the lost business via Discounted Cash Flow [DCF] or Comparables at the end of a Horizon Period.

    a.    While we have a business projection from the investors for the startup, this projection covers only up to Year 7, the year of growth stabilization, and does not cover the full long-term value expected to be produced by this venture. For privately funded startups, the DCF method has the disadvantage of having to estimate its Beta, or relation with the broad market in terms of Risk/Return and expected Return on Equity, key factors in the determination of value. While conceptually simple, it is computationally complex.



    b.   The Comparables Method, where the value of the company is measured at a point where growth has stabilized using Indicators such as Price to Earnings (P/E),  Price to Sales (P/S) or Price to Book Value (P/B) has the disadvantage of finding truly comparable companies[32]. In case of a startup, where initial sales and income are zero, an analyst must project out to the year of stabilization, in this case Year 7. After this, the comparable value must be brought back to Net Present Value [NPV] using the DCF method above.

B.   Estimate replacement value of all tangible and intangible [goodwill] assets lost due to the Deepwater Horizon accident and its consequences without entering into the business analytics.

    a.   In case a startup venture -not yet operational-  is funded by Equity Capital, then one method of dealing with the loss is to determine the value of the Equity assets lost and investors can be made whole by their replacement via an equivalent monetary value and updating this value to the present adjusting for the time value of money. In this case the venture had around 33.7% of its capital represented by assets committed to it by the stakeholders.  The value of the Debt, in this case, the line of credit offered by the Eksportfinans of Norway agreement, as purposed, requires that a complicated Options Valuation exercise be performed, but for private startups, many of the parameters needed to estimate this, such as volatility of earnings, are not readily available and the exercise may become speculative.

C.   A mixture of both approaches.

    a.   Because this venture was not yet operational, we believe that a mixture of both approaches may be the most transparent and reasonable approach. Thus, we propose to use the initial Investor Proforma for Seven Years, with some adjustments to permit the calculation of a Discounted Cash Flow up to the end of the horizon period, seven years. After Y7, we propose to use Price to Sales Comparables to estimate the value of the venture at that point, Y8. Price to Sales was found to have among the lowest sensitivity to company size in our previous analysis, thus making it a credible candidate to use as a benchmark. Since we are using DCF to discount these values to the present, we will have to determine a conservative Discount Rate for the venture. On the other hand, the assets in place at the time of the event had value independent of their use in the venture and these may be valued using the method outlined in part "B.a". above.

    **b.** THE ALTERNATIVE SELECTED AND METHODOLOGY

The approach selected was "C" and the full Methodology utilized is presented below:

    a.   The initial proforma projections from the Investors was used for Years 1-7. Some small changes were made in the calculation of Taxes and Profit Sharing. A Cash Flow item related to Increase/Decrease in Working Capital was added and Interest Expense was separated from Principal Repayment. Investments, whether from Equity or use of Debt

---

[32] In this case, although we did not find Comparable Startups, the analysis of the indicators showed that company size was not a differentiating factor in the indicators used



were separated for clarity. A Y8 estimate was added using the same growth rate (2.5%) as in the initial model and the value of the parameters with respect to Sales was maintained.

b. This Y8 was multiplied by the Median of the Price to Sales from the Comparables to arrive at an Enterprise Value [EV]  in Y8. This was discounted back to Y1 (2011) using a Discount Rate aligned with the Beta of the enterprise. Further adjustments for Small + Private Company Illiquidity followed and the Net Debt remaining after Y7 was subtracted from Enterprise Value.

c. The Net to Investors was divided among the different risk categories specified above as shown below:

> a. Pre-operating Equity Share @ 33.7 % was taken at book value and then projected to a 2019 value at the 2010 10 yr. Risk Free rate (3.85%) with annual compounding of interest. This asset has little, or low business risk attached.
> b. Operating Equity Share @ 34.2%- this is part of the Enterprise Value of the firm calculated by the Price/Sales multiple; this has business risk
> c. Debt Share @ 32.2%- this is part of the Enterprise Value of the firm calculated by the Price/Sales multiple; this has business risk

The following section describes the calculations in full. See Appendix 6 for diagrams of the valuation process.

## 5   ANALYSIS OF ECONOMIC LOSS

The Analysis of the Economic Loss starts with the quantification of the Pre-Operating Expenses and Assets contributed by the two Stakeholders, BioMarine Technologies Inc. and Gulf Marine Institute of Technology (BIOM/GMIT), to the venture. This includes the assets listed previously and many pre-operating expenses such as planning, obtaining federal permits, market, investor and personnel ID and analysis that are critical to the success of any project. They are presented in the  following table (USD 000):

| Concept | 2007 | 2009 | Total Preop |
|---------|------|------|-------------|
| Bio Med | $      5,332 | | |
| GMIT | | $      4,033 | |
| TOTAL | $      5,332 | $      4,033 | $      9,365 |

*Figure 3- EQUITY-ASSET CONTRIBUTIONS BY STAKEHOLDERS*

The next element is the Projected P&L taken from the Prospectus designed by the Stakeholder team with some adjustments as explained in a previous section. Note that there is a Tax Loss Carryforward for the 2011 losses, the Self-Generated Investments are meant to compensate for the effects of Depreciation and maintain the Sales:Asset ratio within reasonable bounds. The USD 158.3MM Exit Value was obtained by multiplying the Median P/S  of 1.56 to the 2017 estimated Revenues of USD 101.5MM.


LAMBDA
INTERNATIONAL
CONSULTING•FINANCE•PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

| USD 000 | YoY CAGR | N/A | 141.5% | 89.3% | 13.7% | 3.1% | 2.5% | |
|---|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Exit Value |
| Revenues | $ - | $ 18,477 | $ 44,624 | $ 84,463 | $ 96,034 | $ 98,985 | $ 101,460 | |
| COGS w/o Fin & Dep | $ (3,773) | $ (9,705) | $ (18,375) | $ (32,259) | $ (38,280) | $ (40,682) | $ (42,128) | |
| Gross Margins Contribution | $ (3,773) | $ 8,772 | $ 26,249 | $ 52,204 | $ 57,754 | $ 58,303 | $ 59,332 | |
| Operating and Marketing Costs | $ (2,014) | $ (3,105) | $ (3,690) | $ (4,909) | $ (5,695) | $ (6,471) | $ (6,471) | |
| Operating Margin | $ (5,787) | $ 5,667 | $ 22,559 | $ 47,295 | $ 52,059 | $ 51,832 | $ 52,861 | |
| *Depreciation* | $ (673) | $ (673) | $ (873) | $ (973) | $ (1,033) | $ (1,033) | $ (1,033) | |
| *Interest Expense* | $ (838) | $ (842) | $ (780) | $ (713) | $ (639) | $ (557) | $ (467) | |
| Profit sharing Mgmt + Staff | | $ (728) | $ (2,456) | $ (5,064) | $ 5,641 | $ 5,730 | $ 5,873 | |
| Insurance | $ (200) | $ (1,755) | $ (4,239) | $ (8,024) | $ (9,123) | $ (9,404) | $ (9,639) | |
| Other Fixed | $ (774) | $ (1,215) | $ (1,733) | $ (2,408) | $ (2,613) | $ (2,776) | $ (2,845) | |
| Profit before taxes | $ (8,272) | $ 454 | $ 12,478 | $ 30,113 | $ 44,292 | $ 43,792 | $ 44,749 | |
| Taxes | $ - | $ - | $ (1,631) | $ (10,540) | $ (15,502) | $ (15,327) | $ (15,662) | |
| Net Income | $ (8,272) | $ 454 | $ 10,847 | $ 19,574 | $ 28,790 | $ 28,465 | $ 29,087 | |
| Addback Depreciation | $ 673 | $ 673 | $ 873 | $ 973 | $ 1,033 | $ 1,033 | $ 1,033 | |
| Change in working Capital | $ (817) | $ (1,285) | $ (1,879) | $ (3,008) | $ (1,305) | $ (520) | $ (313) | |
| Cash Flows net of Investments | $ (8,416) | $ (158) | $ 9,841 | $ 17,538 | $ 28,519 | $ 28,977 | $ 29,807 | |
| Self Generated Investments | | | $ (2,000) | $ (1,000) | $ (600) | $ (150) | $ (150) | |
| Operating Cash Flows | $ (8,416) | $ (158) | $ 7,841 | $ 16,538 | $ 27,919 | $ 28,827 | $ 29,657 | $ 158,277 |

*Figure 4- PROFORMA FOR VALUATION*

Overall, the P&L seems in line with the performance of other enterprises in the field given the wide variation in values and that this is a startup with high growth expected in the initial years. The following table presents Mean, Median, High and Low Values and FlorAbama's values for Y 7 or the average for the previous 5 years, as appropriate. Note that Growth is Above Range because it is a startup.

| Concept | MEDIAN | Mean | High Value | Low Value | FlorAbama Y7 | |
|---|---|---|---|---|---|---|
| Sales TTM USD MM | $ 301.3 | $ 395.9 | $ 1,206.1 | $ 26.9 | $ 101.5 | IN RANGE |
| Gross margin 5 yr average | 38.6 | 35.86 | 67.92 | 12.60 | 57.60 | |
| EBITD 5 yr average | 8.85 | 12.48 | 32.50 | 2.40 | 49.32 | |
| EBT 5 yr average | 6.75 | 10.39 | 34.50 | (4.90) | 33.42 | |
| Net Income % | 5.8 | 6.91 | 27.90 | (3.70) | 28.67 | IN RANGE |
| Beta (levered) | 0.55 | 0.65 | 1.73 | (0.48) | 0.34 | |
| 5 yr Growth | 15% | 14% | 23% | 1% | 41% | |

ABOVE RANGE (Gross margin 5 yr average, Beta (levered))

*Figure 5- COMPARISON OF TARGET COMPANY VS. COMPARABLES*

Since the financial model requires additional Equity and Debt Investments in the first years of Operation to meet the capital requirements, these are shown in the following table (USD 000):

| Investment Type | Preop | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| Preoperating Equity Investment | $ 9,365.00 | | | | | | | |
| Operating Equity Investment | | $ 8,948 | $ 563 | | | | | |
| Debt Instrument | | $ 8,385 | $ 563 | | | | | |
| Net Cash Flows w/ Equity + Finance | $ 9,365 | $ 8,917 | $ 968 | $ 7,841 | $ 16,538 | $ 27,919 | $ 28,827 | $ 29,657 |

*Figure 6 -TYPES OF INVESTMENT IN FAP*



LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

In order to arrive at the Valuation shown above, the following calculations had to be made, as shown in the table and explained below [33]:

| Concept | Value |
|---|---|
| Percent Equity | 68% |
| Percent Debt | 32% |
| WACC | 7.02% |
| Rd | 10.0% |
| Re | 5.61% |
| Rf [April 2010] | 3.85% |
| Mkt Premium  2010 (a) | 5.10% |
| Median D/E | 18.5% |
| Int'l Tax Rate 2016 (b) | 22.5% |
| US Tax Rate 2010 | 35% |
| Median BL (Sector) | 0.55 |
| Median Bu (Sector) | 0.36 |
| BL Company | 0.34 |
| Company D/E | 0.47 |

*Figure 7- VALUES OF FINANCIAL PARAMETERS FOR VALUATION*

The Return to Equity Calculation comes from the following equation:

$$Re = Rf + [Beta * Market\ Premium]$$

The Risk Free (Rf) for 2010 was 3.85%.[34] The Market Premium was 5.10%[35]. The Beta for the firm was calculated by first obtaining the Levered Beta (BL) for the sector, which is the actual Median Beta for the companies in the Sample for this sector or 0.55. Using the following equation, the Unlevered Beta for the Sector was obtained. [36] The Market Premium is obtainable from multiple public information sources and has been around 5% for many years.

$$Bu = (1 - Tax\ Rate) * Bl\ /(1 + \frac{D}{E})$$

Where Bu = Unlevered Beta for the Sector and Bl = the Levered [i.e. known and calculable Beta from the performance of a public stock vs. a benchmark, typically the S&P 500] for the Sector and D/E is the Debt:Equity Ratio for the Sector.

The final equation in the Valuation of a firm by DCF is the calculation of the Weighed Average Cost of Capital or WACC, used as the Discount Rate to discount the values to the Initial Year or Y1.

---

[33] The notes in the Table refer to the following sources:
a)https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1609563
b) https://taxfoundation.org/corporate-income-tax-rates-around-world-2016/
[34] Source: https://www.multpl.com/10-year-treasury-rate/table/by-year
[35] Source: Prof. Damodaran of NYU; http://pages.stern.nyu.edu/~adamodar/
[36] The theory is that the Beta or Beta coefficient is a measure of the volatility, or systematic risk, of an individual stock in comparison to the unsystematic risk of the entire market. Beta is used in the capital asset pricing model (CAPM), which calculates the expected return of an asset using beta and expected market returns. The calculation of Betas of companies in the market results in first the calculation of their Levered Beta, since most companies have a mixture of Debt + Equity. To develop the Beta for a specific company, the Unlevered Beta – where the impact of Debt is eliminated – must first be calculated for the company's sector and then this Unlevered Beta is used to calculate the Levered Beta of the Target Company knowing its Debt to Equity ratio.



C O N F I D E N T I A L

$$WACC = \% \ Debt * Rd + \% \ Equity * Re$$

The Percent of Debt and Equity is known from the Balance Sheet of the Target Company. The Return on Debt (Rd) is the known average interest rate for the debt of the firm, in this case, 10%. The Return on Equity (Re) is calculated by the previous equation. Thus, the WACC or Discount Rate for this venture would be 7.02%. Using this Rate, the Cash Flows were brought back to Y1 as shown in the table below using the equation:

$$Y1 \ or \ 2011 \ Value \ = \ Year \ N \ Value \ / \ (1 + Discount \ Rate) \ \widehat{} \ [Year \ N - Y1]$$

| Year | Original Value | | Discounted Value | |
|---|---|---|---|---|
| 2011 | $ | (8,416) | $ | (8,416) |
| 2012 | $ | (158) | $ | (148) |
| 2013 | $ | 7,841 | $ | 6,846 |
| 2014 | $ | 16,538 | $ | 13,493 |
| 2015 | $ | 27,919 | $ | 21,284 |
| 2016 | $ | 28,827 | $ | 20,536 |
| 2017 | $ | 29,657 | $ | 19,741 |
| 2018 | $ | 158,277 | $ | 98,449 |
| Total | $ | 260,485 | $ | 171,787 |

*Figure 8 2011 DISCOUNTED VALUE OF FUTURE CASH FLOWS BROUGHT BACK TO 2011 [Note: Values in USD 000]*

According to the Methodology outlined above, two steps remain: a) calculate the Current (2019) value of the Asset Values lost by the Investors in 2010/2011, using the 10 year Risk Free rate of 2010 to calculate the value of those Assets today and b) similarly, update the 2010/2011 NPV of the firm to 2019 values and distribute this NPV according to the different types of risk as explained above. We have seen that the initial pre-operational assets contributed and lost have already been brought to 2019 values so the values contributed by post-operational influx of Debt and Equity must also be calculated and brought to 2019 using the 2010 Risk Free rate given by 10-year government bonds. The calculations are below for both "a" and "b":



| Year | Original Value | Interest earned |
|------|----------------|-----------------|
| 2011 | $ 9,365 | $ 361 |
| 2012 | $ 9,726 | $ 374 |
| 2013 | $ 10,100 | $ 389 |
| 2014 | $ 10,489 | $ 404 |
| 2015 | $ 10,893 | $ 419 |
| 2016 | $ 11,312 | $ 436 |
| 2017 | $ 11,748 | $ 452 |
| 2018 | $ 12,200 | $ 470 |
| 2019 | $ 12,670 | |

*Figure 9 - CALCULATIONS FOR UPDATING THE VALUES OF THE PRE-OPERATING ASSETS CONTRIBUTED BY INVESTORS FROM 2011 VALUES TO 2019 VALUES; [Note: Values in USD 000]*

| Year | Original Value | Interest earned |
|------|----------------|-----------------|
| 2011 | $ 98,913 | $ 3,808 |
| 2012 | $ 102,721 | $ 3,955 |
| 2013 | $ 106,676 | $ 4,107 |
| 2014 | $ 110,783 | $ 4,265 |
| 2015 | $ 115,048 | $ 4,429 |
| 2016 | $ 119,477 | $ 4,600 |
| 2017 | $ 124,077 | $ 4,777 |
| 2018 | $ 128,854 | $ 4,961 |
| 2019 | $ 133,815 | |

*Figure 10- CALCULATIONS FOR UPDATING THE NET PRESENT VALUE OF THE FIRM IN 2011 TO 2019 VALUES INCLUDING INTEREST EARNED AT RISK FREE RATE OF 3.85%; [Note: Values in USD 000]*

The final distribution of Economic Losses to the Investors by the Level of Risk and Type of Capital Contribution is presented in the following table:



| Concept | Amount | |
|---------|--------|---|
| NPV @ WACC 2011 | $ 171,787 | |
| Discount for Illiquidity/Private firm (c) | 40.9% | |
| NPV after discount for Private Firm | $ 101,509 | |
| Repayment of Debt Y7 (d) | $ (2,596) | |
| Net to Investors (2011) | $ 98,913 | |
| Value in 2019 | $ 133,815 | |
| a. Preoperating Equity Share | $ 45,039 | 33.7% |
| b. Operating Equity Share | $ 45,742 | 34.2% |
| c. Debt Share | $ 43,034 | 32.2% |
| d. PV of Preoperating Equity | $ 12,670 | |
| Total Economic Loss to Investors [b+c+d] | $ 101,445 | |

"d" replaces "a" because this is a more conservative and appropriate valuation approach

Percent Contribution to the Capital of the Venture

*Figure 11 CALCULATION OF ECONOMIC LOSS [Note: Values in USD 000]*



LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131 BISSONNET ST, HOUSTON, TX, 77005
713-447-1443 ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

The Table above commences with the USD 171.787MM value arrived at in Table 9. Because our Comparables were Public Firms, and generally of a larger size, a Discount for Private Firm must be applied. Much research has been done on this, but a reputable analysis done by Wolters Kluvert and published on the Willamette University site, puts the average discount for transactions done by the Price/Sales method at 40.9%.[37] Thus the 2011 value of the firm would be USD 101.5MM. To this, the loans outstanding in Y7 must be subtracted.[38]  This leaves a net to investors of USD 98.9MM in 2011 which results in a 2019 value of USD 133.8MM, as explained in Figure 11 above.  Item "d" is in a different risk category and its Value in 2019 is USD12.67MM. Items "b" and "c" are subject to the Business Risk of the enterprise. Summing up d+c+b results in the estimated Economic Loss to the stakeholders.

**The total Economic Loss is estimated at a minimum of USD 101.445MM in 2019 Dollars, with strong certainty and a high degree of confidence in our results due to the business fundamentals reviewed and the conservative method of analysis utilized.**

---

[37]Source: http://www.willamette.com/pubs/presentations3/zanni_bvalert_jan15.pdf
[38] This calculation is in Appendix 5, including loans for Y1 and Y2


3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

## 6   CONCLUSIONS

The previous analysis has as its focal point separating the Economic Loss sustained by the Investors according to their level of risk and uncertainty. Thus, the loss of the assets committed to the Venture in 2010/2011 has a low level of risk and the base value in 2011/2011 has merely been brought up to date in 2019 by using the Risk Free 10-year rate in effect in 2010. The other sources of capital that the investor group contributed – a Credit Facility offered by Norway and additional Equity from other investors – carry a higher level of risk and thus must be evaluated using the Discounted Cash Flow formula based on the Y1-Y7 projections of the Investors, as validated and modified by this analysis.

Treating all the different element of loss the same would be a mistake since their risk is substantially different. This analysis avoids that contradiction and aspires to a fair and objective value of the loss. This paper has been prepared using our highest level of professional judgement and the facts available to us at the present time.

We reserve the right to modify our conclusions should other information come to light and are available to answer any questions that the reader might have about our analysis and bases of fact.

Subject to the limitations previously identified, the statements of fact contained in this report are believed to be true and correct and the analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions. The analyst has no present or prospective interest in the property that is the subject of this report, and the analyst has personal interest with respect to the parties involved, nor bias with the subject of the report, its conclusions or the parties involved in this assignment. We confirm that Lambda International Consulting's compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report and we have advised our client that our fees and honoraria are independent of the conclusions arrived at in our work.

Sincerely,

Emilio (Lin) Giralt, MBA, CMC

Managing Director

April 9th, 2019


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

## 7   APPENDIX

**APPENDIX 1**



**Source: Mr. John Ericsson**

LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

**APPENDIX 2**



**Source: Mr. John Ericsson**

**APPENDIX 3**



**Source: https://issuu.com/mooc.mar450/docs/chapter_7_introduction_to_maricultu**

Original source: An Introduction to Marine Ecology Wiley Online Books



## APPENDIX 4

**TABLE 6**

**PRODUCTION OF MAIN SPECIES GROUPS OF FISH FOR HUMAN CONSUMPTION FROM INLAND AQUACULTURE AND MARINE AND COASTAL AQUACULTURE IN 2014**

| | | INLAND AQUACULTURE | MARINE AND COASTAL AQUACULTURE | TOTAL |
|---|---|---|---|---|
| | | (Tonnes) | | |
| Africa | Finfish | 1 682 039 | 12 814 | 1 694 853 |
| | Molluscs | – | 3 708 | 3 708 |
| | Crustaceans | 7 240 | 5 108 | 12 348 |
| | Other animals | – | 1 | 1 |
| | **Total Africa** | 1 689 279 | 21 631 | 1 710 910 |
| Americas | Finfish | 1 076 073 | 1 018 460 | 2 094 533 |
| | Molluscs | – | 539 989 | 539 989 |
| | Crustaceans | 63 915 | 652 610 | 716 525 |
| | Other animals | 567 | – | 567 |
| | **Total Americas** | 1 140 555 | 2 211 059 | 3 351 614 |
| Asia | Finfish | 40 319 666 | 3 388 124 | 43 707 790 |
| | Molluscs | 277 744 | 14 545 398 | 14 823 142 |
| | Crustaceans | 2 673 159 | 3 507 019 | 6 180 178 |
| | Other animals | 520 244 | 370 538 | 890 782 |
| | **Total Asia** | 43 790 813 | 21 811 079 | 65 601 892 |
| Europe | Finfish | 477 051 | 1 820 109 | 2 297 160 |
| | Molluscs | – | 631 789 | 631 789 |
| | Crustaceans | 74 | 241 | 315 |
| | Other animals | 39 | 824 | 863 |
| | **Total Europe** | 477 164 | 2 452 963 | 2 930 127 |
| Oceania | Finfish | 4 432 | 63 124 | 67 556 |
| | Molluscs | 149 | 114 566 | 114 715 |
| | Crustaceans | – | 5 558 | 5 558 |
| | Other animals | – | 1 354 | 1 354 |
| | **Total Oceania** | 4 581 | 184 602 | 189 183 |
| World | Finfish | 43 559 260 | 6 302 631 | 49 861 891 |
| | Molluscs | 277 744 | 15 835 450 | 16 113 194 |
| | Crustaceans | 2 744 537 | 4 170 536 | 6 915 073 |
| | Other animals | 520 850 | 372 718 | 893 568 |
| | **TOTAL WORLD** | 47 102 391 | 26 681 334 | 73 783 725 |

**Source: https://issuu.com/mooc.mar450/docs/chapter_7_introduction_to_maricultu**

Original source: An Introduction to Marine Ecology Wiley Online Books

## APPENDIX 5



| Financing estimate | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Initial debt | $ | 8,385 | | | | | | | | | |
| I rate | | 10.0% | | | | | | | | | |
| Term | | 10 | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Total Payment | | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) | ($1,364.27) |
| Interest | | ($838.00) | ($785.40) | ($727.55) | ($663.92) | ($593.92) | ($516.94) | ($432.25) | ($339.11) | ($236.65) | ($123.96) |
| Capital | | ($526.27) | ($578.87) | ($636.72) | ($700.35) | ($770.35) | ($847.33) | ($932.02) | ($1,025.16) | ($1,127.62) | ($1,240.31) |
| Principal Remaining | | $7,858.73 | $7,279.86 | $6,643.14 | $5,942.79 | $5,172.45 | $4,325.11 | $3,393.10 | $2,367.93 | $1,240.31 | $0.00 |
| | | | | | | | | | | | |
| Financing estimate | | | | | | | | | | | |
| Initial debt | $ | 563 | | | | | | | | | |
| I rate | | 10.0% | | | | | | | | | |
| Term | | 10 | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Total Payment | | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) | ($91.60) |
| Interest | | ($56.27) | ($52.73) | ($48.85) | ($44.58) | ($39.88) | ($34.71) | ($29.02) | ($22.77) | ($15.89) | ($8.32) |
| Capital | | ($35.34) | ($38.87) | ($42.75) | ($47.02) | ($51.72) | ($56.89) | ($62.58) | ($68.83) | ($75.71) | ($83.28) |
| Principal Remaining | | $527.66 | $488.80 | $446.05 | $399.02 | $347.30 | $290.40 | $227.82 | $158.99 | $83.28 | $0.00 |
| | | | | | | | | | | | |
| Total Principal Remaining | | $7,858.73 | $7,807.53 | $7,131.94 | $6,388.84 | $5,571.47 | $4,672.41 | $3,683.50 | $2,595.76 | $1,399.30 | $83.28 | $0.00 |
| Interest expense | | ($838.00) | ($841.67) | ($780.29) | ($712.77) | ($638.50) | ($556.81) | ($466.96) | ($368.13) | ($259.42) | ($139.85) | ($8.32) |

**Source: Mr. John Ericsson, Analysis Lambda International Consultants, LLC**


**LAMBDA INTERNATIONAL**
CONSULTING • FINANCE • PLANNING

3131 BISSONNET ST, HOUSTON, TX, 77005
713-447-1443 ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

**APPENDIX 6a**

## Valuation Process Diagrams 0
Overall Process Presentation




LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

**APPENDIX 6b**

## Valuation Process Diagrams 1

### 1. 2011 Value of Expected Cash Flows and Exit Value

SUM OF DISCOUNTED CASH FLOWS (2011)
NPV = USD 171.8MM



## Valuation Process Diagrams 2

### 2. 2019 Value of Stakeholders' Shares





Composition of Capital is used to determine the distribution of the original USD 133.8MM. Thereafter, Pre-operating Equity share of 33.7% [or USD 45MM] is eliminated and replaced by the 2019 Value [or USD 12.67MM] of the USD 9.365MM in Assets delivered to the venture upon inception



**APPENDIX 7**

Emilio (Lin) Giralt Bio

Emilio *(Lin)* Giralt, CMC, MBA has a 27 year career in management consulting following 10 years in executive management in Agribusiness and Construction Management. His focus is on providing services to legal professionals in valuations and economic loss analysis and to start ups and midsized companies who require highly specialized financial and strategic analyses to ensure success in a globalized economy. Trained as an architect at Rice, Lin earned his MBA from Wharton and an Interdisciplinary BA from Duke, Lin is particularly strong in spanning across disciplines to develop creative ideas and insightful quantitative and qualitative solutions using strong financial and analytical skills.

After graduating from Rice in 1982, he began his professional career as a Construction Manager, supervising the construction of several office buildings. Entering management, he became Exec. VP of a $7MM integrated agribusiness concern. He started as a consultant in 1991, as an intern with McKinsey & Co. and then served for four years as a Project Manager with Booz Allen & Hamilton in their Latin America Division. He also worked with Arthur D. Little as a Project Manager and started his own consulting firm with a partner in 1997. He has directed over 150 consulting projects internationally spanning most industries and focusing on four areas: Valuations, Economic Loss Models and Developing Innovative Business Models and Strategies.

Throughout his practice, Corporate Valuation and Legal and Lost Profits and Economic Analyses have been an integral part of his work.


**Corporate Valuation and Finance**
Over 25 projects done in twenty years, including many internationally as well as the US

*Banking and Finance*
1. Evaluation of portfolio risk and development of attractive alternatives for a mid-level insurance company
*Capital Goods*
2. Valuation of a USD 1.2 BN shipyard project as a Korean/Venezuelan JV
3. Valuation of a USD 30MM petrochemical producer as part of an asset swap between major stockholders
4. Participated in valuation of a major aluminum smelter in Venezuela; project was under the intellectual guidance of Tom Copeland (McKinsey)
5. Cash flow analysis and optimization for an electric motor manufacturer resulting in identification of over USD 250,000 in optimization opportunities
6. Valuation of a plastic and plastic product producer contemplating a JV with a foreign firm
7. Valuation of an electric motor manufacturer in order to set an ongoing business value for incorporation of new stockholders
8. Pre-investment evaluation for the purchase of three tankers and two asphalt carriers by



a multinational petroleum corporation

9. Valuation of an integrated asphalt producer and road construction company as part of an inheritance settlement
10. Valuation of a USD 5 MM (value) construction equipment distributor in Colombia prior to acquisition
11. Pre-investment evaluation for the purchase of twenty tankers by a multinational petroleum corporation

*Consumer Products*

12. Evaluation of operational risk and correlations for a major liquor manufacturer saving over USD 100,000 per year in insurance premiums
13. Evaluation of fair transfer pricing for shared IT services between a regional consumer product firm HQ and its subsidiaries
14. Valuation of a regional juice and fruit beverage manufacturer for a share swap between owners
15. Valuation of a chocolate company prior to sale due to conflicts with brand owner (BAH)
16. Financial evaluation and business strategy for a paper cup manufacturer;
17. Financial evaluation and due diligence work for the same paper cup manufacturer seeking financing

*IT and Telecom*

18. Valuation of a hardware and software distributor as part of a financial evaluation prior to incorporating new shareholders

*Professional Services*

19. Valuation of a Temporary Staffing Company due to departure of a key shareholder
20. Valuation of a USD 2MM advertising agency to determine internal value for stockholders and firm value given alternative growth strategies
21. Evaluated business plans for startup entering into ship chandler business in Port of Houston
22. Evaluated business for Physical Therapy center undergoing shareholder transaction
23. Developed various economic loss model for individuals and companies: automobile dealership; real estate developer; tourism operator

*Pharma and Healthcare*

24. Valuation of a local integrated aloe producer for incorporation of a new European shareholder

*Restaurants, Hotel and Tourism*

25. Valuation of a resort and summer camp operator to determine internal value for stockholders
26. Valuation of a USD 4MM hotel in Panama for acquisition by international investor group

**Legal and Lost Profits and Economic Analyses**
Over 20 projects done in twelve years, including many in Personal Legal and Economic Loss Cases:

a. **1997 XXX Watch Case** – Performed due diligence and set up business model for Plaintiff Inc. vs. XXX Watch Co. demonstrating loss of business income and profits due to XXX delivery failures.


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS.
EIN: 27-271-7552

b. **2007 Perfume-X Vs Peruvian Income Tax Authority Case** - Performed due diligence and transfer pricing analysis to show that PERFUME-X (a Colombian Corporation) had fairly costed out transfer pricing between its Peruvian manufacturer and Colombian sales representative; issues hinged on costing of the value of the IT and data analytic services performed outside of Peru on the transfer price agreed upon.

c.   Cases Worked on under Dr. James Mandel, CPA, Ph.D., Professor of Accounting, Rice University

   i. **2013 Two wrongful death** cases – Performed lost income and personal services analysis for the estate of an individual killed in an automobile accident and a work related accident

   ii. **2014 Health Clinic Case** – Performed lost profits and income analysis for health clinic system adversely affected by premature cancellation of contract with host entity. Losses affected dozens of sites within the system.

   iii. **2014 Personal Injury case** – Reviewed Life Care Plan funding and performed loss of  income and personal services analysis for an individual injured in a work related accident

d. **2015 Suspension of Auto Supplier Agreement Case**– Performed lost profits and income analysis for auto distributor adversely affected by prime supplier's decision to unilaterally suspend delivery of auto inventory and withdraw dealership status.

e. **2015 Nonfulfilled Supplier Agreement Case** – Performed lost profits and income analysis for software reseller adversely affected by prime supplier's lack of quality control over delivered inventory. Analysis consisted of evaluation of lost sales over various channels due to the reputational risk suffered and the direct material losses from out-of-spec product.

f.  **2015 Wrongful Death Case** – Performed lost profits and income analysis for the estate of a custom-craft builder with unique artisanal skills victim of a wrongful death case. Case involved determining the value of his skills within the local industrial marketplace and the value of the loss of his services to his self-owned company.

g. **2016 Nonfulfilled Supplier Agreement Case** – Performed lost profits and income analysis for reseller adversely affected by prime supplier's lack of quality control over delivered database for software integration. Analysis consisted of evaluation of lost sales in various regions due to the direct material losses from out-of-spec product.

h. **2017  Four Personal Injury cases** – Reviewed Life Care Plan funding analyses for individuals injured in traffic  accidents and other Loss of Income and Wages cases

i.  **2018  Seven Personal Injury cases** – Reviewed cases for different individuals injured in traffic accidents, workplace injuries and medical and pharmaceutical malpractice

j.  **2019 One Personal Injury case** – Reviewed a case for an individual injured in a traffic accident

Lin completed the Technical Analysis program at the New York Institute of Finance, coursework in Emerging Trends in Real Estate at Harvard's Real Estate Institute, CFA Preparation work at Rice and the Certificate in Market Research at Instituto de Estudios Superiores de Administración (IESA) in Venezuela. Lin is a Certified Management Consultant, member of the


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

Institute of Management Consultants and Chair of its Houston Chapter and University Programs Committee. He is past Chair of the Rice Graduate Alumni Network spanning all Rice graduate degree holders.

For four years, he has been a Lecturer and Adjunct Professor of Management at the Jones Graduate School of Business at Rice University where he has taught in the Action Learning Project 2011-2015; since 2015 he has been a Visiting Critic for course projects in the undergraduate Managerial Studies program at Rice and is now also an Instructor at its Glasscock School of Continuing Studies. During the Summer of 2015 to the present he has been a Visiting Professor in the Summer Programs of top 10 universities in China teaching undergraduate courses in Leadership and Organization & Management. In 2011, he was Adjunct Professor at UH/D's School of Business Administration teaching the capstone undergraduate strategy course.

Lin has been interviewed on Houston television and radio concerning SME's and Hispanic Business and is in demand as a speaker for professional and civic organizations on topics such as Innovation, Diagnostics for Small Businesses and Starting Your Own Business.



**APPENDIX 8**

Porter's Five Forces



Source: https://i2.wp.com/www.business-to-you.com/wp-content/uploads/2017/04/Five-Forces-Model-Porter.png


LAMBDA
INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

APPENDIX 9



Source:        https://www.fisheries.noaa.gov/feature-story/new-reports-highlight-landings-value-and-economic-impact-us-fishing



Source: Statista,

https://www.statista.com/statistics/195171/sales-of-the-us-seafood-industry-since-2006/

 LAMBDA INTERNATIONAL

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

APPENDIX 10

Thursday, 20 December 2018

# 8  U.S. SEAFOOD CONSUMPTION REFLECTIVE OF AQUACULTURE'S GROWTH IN 2017

U.S. per capita seafood consumption increased by 1.1 pounds to 16 pounds in 2017, reaching the 16-pound mark for the first time in almost 10 years, the National Marine Fisheries Service announced recently in its "2018 Fisheries of the United States" report.

The 1.1-pound increase in consumption is due partly to the growth of responsible aquaculture, which has allowed for global seafood production to continue to grow. According to the United Nation's Food and Agriculture Organization, aquaculture now represents more than half (53 percent) of global human seafood consumption, with global seafood production reaching a peak of 171 million metric tons in 2016. "With capture fishery production relatively static since the late 1980s, aquaculture has been responsible for the continuing impressive growth in the supply of fish for human consumption," said the UN in its recently released "2016 State of World Fisheries and Aquaculture" report.

U.S. per capita seafood consumption is reflective of aquaculture's growth, with four of the top six species — shrimp at 4.4 pounds, salmon at 2.4 pounds, tilapia at 1.1 pounds and pangasius at 0.71 pounds — predominately originating from aquaculture. The other two species among the top six are canned tuna at 2.1 pounds and Alaska pollock at 0.78, which only originate from the wild, reported the National Fisheries Institute.

"Part of our mission at GAA is to promote the consumption of responsibly sourced farmed seafood, so we are delighted to see more people are eating fish. We would encourage consumers to look for responsibly sourced seafood and the BAP logo on the label," said GAA Executive Director Andrew Mallison.

As global seafood consumption continues to grow, so does Global Aquaculture Alliance's Best Aquaculture Practices third-party certification program, which is expected to end 2018 at about 2,200 BAP-certified processing plants, farms, hatcheries and feed mills worldwide.

Source: https://www.aquaculturealliance.org/blog/2017-us-seafood-consumption/


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

APPENDIX 11



Source: The World Bank, see https://data.worldbank.org/indicator/ER.FSH.AQUA.MT?view=chart



Source: NOAA, see https://www.st.nmfs.noaa.gov/Assets/commercial/trade/Trade2017.pdf


LAMBDA INTERNATIONAL
CONSULTING • FINANCE • PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

APPENDIX 12



Source: https://www.seafoodsource.com/news/supply-trade/the-top-25-north-american-seafood-suppliers


LAMBDA INTERNATIONAL
CONSULTING•FINANCE•PLANNING

3131  BISSONNET ST, HOUSTON, TX, 77005
713-447-1443  ADMIN@LAMBDAINTERNATIONAL.NET

A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552

C O N F I D E N T I A L

APPENDIX 13

We do not have estimates for the Net Income numbers of the Mariculture industry, but we do have estimates for the overall Net Income numbers of the Food Processing sector which encompasses Mariculture and must serve as a proxy, even if just of illustrative purposes as to how statistically extreme a +/- 65% error is.[39] The evolution of the Net Income index for the Food Processing sector from 2014-2018, its Standard Deviation and Coefficient of Variation is shown below:

| Concept | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Income Index | 203.25 | 294.97 | 159.62 | 170.47 | 202.38 |
| Mean Net Income Food Processing | 206.14 | | | | |
| St Dev | 53.27 | | | | |
| Coef of Var | 26% | | | | |

*Figure A11-  NET INCOME INDEX FOR FOOD PROCESSING SECTOR AND STATISTICAL ANALYIS; Analysis Lambda [40]*

Given that the expected Net Income for FAP for the period from 2012 to 2017 was 23% and the estimated Standard Deviation for this number, based on the Food Processing numbers was 5.9%, then we can estimate a **statistical** Z-Score (totally unrelated although unhappily with the same name as the Altman Z Score in the section above) for the calculated Net Income for FAP should both Sales and COGS estimates be off by +/- 65%. The calculated FAP average 2012-2017 Net Income for a +/- 65% error is minus 27%, versus the plus 23% in the original estimate. The difference of 23% minus a minus 27% is 50% and when divided by the estimated Standard Deviation of the Net Income of 5.9% gives a Z Score of 8.49. When this Z Score is checked in a statistical table, the probability of this being totally due to chance is Nearly Zero.

| | |
|---|---|
| Pro Forma Net Income for FAP | 22.9% |
| Est. Std Dev based on Food Processing Industry | 5.9% |
| Difference between Mean and Result | 50.2% |
| Real FAP  Net Income based on +/- 65% errors | -27.3% |
| Z score (difference between Mean and Result/Std Dev) | 8.49 |
| Probability of that Z Score | Nearly 0 |

*Figure A12- CALCULATION OF PROBABILITY OF HAVING AN ESTIMATION ERROR WITH A Z SCORE OF 8.49 IN FAP NET INCOME ESTIMATES; Source: Analysis Lambda*

Therefore, given the variability in overall Food Processing industry Net Income and with the assumption that FAP's Net Income would behave in a similar way to that of the overall Food Processing industry, the probability of making +/- 65% errors in estimates of both FAP's Sales and COGS resulting in a -27% average Net Income for the 2012-2017 period is close to Zero. Note that this is only a statistical analysis based on the historical tendency of Net Income within the Food Processing industry and does not take into consideration the experience, talents and ability of FAP's management to adapt to adverse circumstances.

---

[39] https://csimarket.com/Industry/industry_growth_rates.php?net&ind=505&hist=16
[40] Ibid



A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS
EIN: 27-271-7552





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

May 27th 2021

Mario de la Garza, Attorney,
The de la Garza Law Group
1616 S Voss Rd, Suite 870
Houston, TX 77057

*REF: the GMIT/BIOM case*

Dear Mr. de la Garza,

As per your instructions, I am reviewing my conclusions from the initial analysis performed in 2019 in order to adjust to your expanded notifications.  Specifically, you requested that I look at the economic loss in two aspects:

    A.   As to the personal property dimension of the loss.-
    B.   As to the lost profits/impairment of earning capacity dimension of the loss.-

For purposes of clarity document is divided into the following sections:

Introduction
A.   Personal Property Dimension
B.   Lost Profits/Impairment of Earning Capacity Dimension
Conclusions


## *Introduction*

Elements of that original report are relevant to remember:

> *"The loss model developed starts from the recognition of different types of risk involved in the assets impacted by Deepwater Horizon: a) existing assets that were lost after the event due to the economic strangulation caused by Deepwater Horizon on Gulf Coast businesses and b) the loss of the equity support and credit lines that were available to launch the business. Thus, our Economic Loss analysis uses different methods based upon our best professional judgement and generally accepted valuation principles: for "a", an Asset Based Approach, the book values of 2010 are brought up to date (2019) by adjustment using the T-Bond 10-year risk free rate in effect in 2010, 3.85%; for "b", an Income Based Approach where Projection of the Business After Tax Cash Flows is performed up to Y7 with sale of the Business in Y8. The sale of the Business in Y8 is done on the basis of Comparables, the Market Approach. These values were discounted*

3131 Bissonnet St | West Univ. Place, Texas 77005 | Phone: (713) 893-8780
www.lambdainternational.net | email: admin@lambdainternational.net



EXHIBIT
**Giralt B**





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

*back to 2010 using the Weighed Average Cost of Capital and then this value was set to 2019 using the then current T-Bond 10-year risk free rate, 3.85%. The relevant proportions were used to assign values to "a" and "b". Cash Flow calculations are presented on an After-Tax basis…."*

The element cited as "a" above corresponds to the Personal Property Dimension, while that in "b"corresponds to the Lost Profits/Impairment dimension. Fundamental to "b" or "B" is that Mr. George Hersbach[1] of Heartstream is opining that, but for the Spill, BIOM would have raised the needed funds; I present an extract of that Letter-Memorandum dated 27 May, 2021:

*Based on Heartstream's knowledge and experience in fundraising, Heartstream believes with a reasonable degree of certainty that Merit and Heartstream would have secured the requested funding for BioMarine but for the oil spill. If the oil spill had not occurred, Merit and Heartstream would have been in position to update the Investors and the other positively responding and seriously interested investors in 2010. With a reasonable degree of certainty, should the mentioned oil spill not have occurred, Merit and Heartstream, more likely than not, would have been able to complete closings in the staged private placements, as described in this Memorandum, in the course of 2010 and in 2011, and BioMarine would have raised the funds for its mariculture business and for its operational activities at the FlorAbama site, as described in this Memorandum.*

Based on this Memorandum and other information available to me, I am able to respond to your request with the caveat that my opinion may evolve if new information becomes available.

### A. Personal Property Dimension

With regards to No.1, my opinion must be based on the available information as to capital invested on the event date of April 20, 2010; that amount was approximately USD 5.3 Million, according to the information provided by Mr. John Ericsson, President of BIOM and Chair of GMIT, and other documents provided. As I explained in the original document:

*"a. In case a startup venture -not yet operational- is funded by Equity Capital, then one method of dealing with the loss is to determine the value of the Equity assets lost and investors can be*

---

[1] *George Hersbach holds a Master of Science degree (with distinction) in Chemical Technology, Bioprocess Technology from Delft University of Technology, the Netherlands and a European Engineer degree from FEANI, Paris, France. He is an entrepreneur and corporate manager with many years of experience with private and publicly traded – mostly in biochemical and biopharmaceutical – companies in various countries in Europe and the United States of America. He is founder and owner of Heartstream Group and active in corporate finance and investments with a focus on healthcare and cleantech. He was a previous CEO for Pharming Group (focused on rare diseases). He worked for EuroCetus/Chiron (now part of Novartis, focused on oncology) as VP operations and for Royal Gist-brocades (now part of DSM) in several international research and development, and manufacturing management positions. Bio from Gilbert Technologies page, https://www.gilberttechnologies.eu/executive-team/, of which Mr. Hersbach is also CEO.*





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

*made whole by their replacement via an equivalent monetary value and updating this value to the present adjusting for the time value of money…"[2]*

In this scenario, the Assets dedicated to the firm on 4/10/2010 would be brought to date using a conservative investment strategy based on AAA corporate Bonds whose returns and risks are widely known and are easily accessible.[3]

The basic analysis indicates that, excluding transaction costs and taxes, a USD 5.3MM investment in High Grade AAA corporate Bonds, at a 5.29 percent interest rate in April 2010 would yield an equivalent value of USD 8.875MM today.[4]  This represents the basic evaluation of the loss of personal property in the incident. These returns, or very similar could have been achieved by direct purchase of bonds or ETF's which are massively traded.[5] Unlike the next section, this evaluation has no element of recuperation of the lost  profits and loss of earning capacity.

## B.  Lost Profits and Impairment of Earning Capacity Dimension

The original opinion expressed, and still maintained today, was that the compensation for Lost Profits and Impairment of Earning Capacity caused by the accident was USD 101.445MM in 2019 Dollars, or USD 105.54 MM updated to 2021 Dollars. This was arrived at using the Discounted Cash Flow method, based on the projections from GMIT management, validated by market and competitor research that was explained in the original document.

### Porter 5 Forces Analysis

*Conclusion of the evaluation of Five Forces - Based on the criteria above and the data available, it appears that the conclusion of an evaluation of Porter's Five Forces applied to FAP is that the overall industry within which FAP would play has a rating of Low-Medium. This means that it is a fairly attractive sector in which to invest since the competitive challenges and hurdles are manageable.*

---

[2] Original opinion in my April 9, 2019 expert report on this matter

3 The yield differences between AA and AAA bonds are relatively slim because the risk differentials are minimal. From the perio d of 1970 through 2006, no municipal bonds rated AAA by Moody's defaulted. Only 0.06 percent of AA-rated municipal bonds defaulted. In the Standard and Poors rating system, both categories had no defaults. In corporate bonds, both AA- and AAA-rated bonds under Moody's system had a 0.52 percent default rate. S&P AAA corporate bonds had a 0.6 percent default rate as opposed to a 1.5 percent de fault rate for AA bonds. – Source:  finance.zacks.com

4 Source for interest rates: https://fred.stlouisfed.org/series/AAA, viewed on 5.26.2021

5 The iShares iBoxx $ High Yield Corporate Bond ETF (HYG) has had a 10-year return of 5.17%  with a 0.49% net expense ratio





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

| PORTER'S FIVE FORCES | EVALUATION |
|---|---|
| 4.1 Bargaining power of suppliers | LOW |
| 4.2 Bargaining power of buyers | MEDIUM |
| 4.3 Threat of substitutes | LOW-MEDIUM |
| 4.4 Threat of new entrants | LOW |
| 4.5 Competitive rivalry | MEDIUM |
| Overall Evaluation | LOW-MEDIUM |

The Five Forces analysis presented above indicates that the overall evaluation of threats to the business was Low-Medium; making it an attractive industry for investment according to Dr. Michael Porter of Harvard University.

## Altman's Z Score Analysis

An analysis of the risk of bankruptcy where:

*"A = working capital/total assets*
*B = retained earnings/total assets*
*C = earnings before interest and taxes (EBIT)/total assets*
*D = market value of equity/book value of total liabilities*
*E = sales/total assets*

*The Altman Z Score is the compound calculation as done in the following equation:*

$$Altman\ Z\ SCORE = 1.2\ A + 1.4\ B + 3.3\ C + .6\ D + 1\ E$$

*Typically, a score below 1.8 indicates that a company is likely heading for or is under the weight of bankruptcy. Conversely, companies that score above 3 are less likely to experience bankruptcy.*

| BALANCE SHEET ESTIMATES | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Z Score | (2.35) | 2.83 | 5.82 | 7.22 | 6.49 | 6.15 | 6.37 |

The results above indicate that, except for 2011, the firm was close to or above 3.0 in the Altman scale every year, with many years being comfortably above.

## Causes of Business Failure Analysis

There have been many studies that analyze the causes for business failure. In order to feel comfortable about the DCF analysis, the analyst must have more than reasonable certainty that the venture would succeed and justify the valuation based on real cash flows. The framework cited in the original





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

document came from Duke University, based on Dun & Bradstreet data.[6] Our conclusions in 2019, are below:

> *In conclusion, it appears that the only reason named for business failure that applies to FAP is "Disaster" which was exactly what led to its failure. The other reasons mentioned do not seem to have a compelling argument to make them probable or plausible. Thus, we conclude that the odds of FAP failing, except for the one reason cited, seem small and arguments in favor of its failure ignore the many strong reasons to vote for its success.*

## Analysis of Funding Availability

The question of funding availability is responded to by Mr. Hersbach's Letter of Memorandum, quoted at the beginning of this document. *Inc.com* names "Inability to Raise Money" as the 6th cause of Start-up failure.[7] This venture did not need a large amount of funding to launch; it's "Seed Round" – or the funding provided by the original investor group, also known as "Friends and Family" was USD 5.3MM according to the information available to me. The second round or "Series A Funding" – represented by the Hersbach Letter of Memorandum, was for between USD 10-20MM. In the US, the average Series A Funding round was/is for around USD 15.6MM in 2020 and USD 18.5MM in 2021.[8] Those values are equivalent to  C-CPI adjusted values in 2010 of USD 13.5MM and USD 15.5MM respectively.[9]

Therefore, the funding requirement and its scale is realistic and possible.

## *Conclusions*

The Discounted Cash Flow [DCF] analysis presented in the 2019 report addresses the lost profits/impairment of earning capacity dimension of the loss while the first analysis presented here, not developed in the 2019 report, addresses the personal property dimension of the loss.

The DCF analysis requires a reasonable certainty that the business would have succeeded and performed according to the projections. The original document provided as much support as was possible within the constraints of time and information to the DCF analysis. We have received no information to the contrary in the last 2 years that makes us doubt the validity of those conclusions.

Needless to say, this document, as well as the previous ones, represent my best professional opinion based on the information available to me at the time of writing and may change if new information

---

[6] CAUSES OF BUSINESS FAILURE, Source: https://scholarship.law.duke.edu

[7] 7 Reasons Startups Fail--and How to Avoid Them | Inc.com; https://www.inc.com/peter-cohan/7-causes-of-startup-failure-and-how-to-avoid-them.html#:~:text=7%20Reasons%20Startups%20Fail--and%20How%20to%20Avoid%20Them.,win.%205%205.%20Ignoring%20cash%20burn.%20More%20items

[8] https://www.fundz.net/what-is-series-a-funding-series-b-funding-and-more

[9] https://fred.stlouisfed.org





A PROFESSIONAL CORPORATION
REGISTERED IN THE STATE OF TEXAS,
EIN: 27-271-7552

becomes available.  Although in my college and professional level classes I cover over half a dozen different Start-Up Valuation Methods, many are only appropriate for use within selected Venture Capital and Private Equity firms since they are based on internal, subjective criteria, most being special and unique to each firm. The two methods chosen here are, in my opinion, the most appropriate for a more objective analysis within the context of a legal Economic Loss case.

I remain available for any further analyses or clarifications that you may require.

Best Regards,

Emilio [Lin] Giralt
Managing Director