UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*******************************************************************

IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO ON APRIL 20, 2010
CIVIL

Docket No. MDL-2179
Section "J"
New Orleans, LA
Wednesday, January 21, 2015

*******************************************************************

THIS DOCUMENT RELATES TO:

UNITED STATES OF AMERICA

V.

BP EXPLORATION & PRODUCTION, INC., ET AL

Docket No. 10-CV-4536
Section "J"

*******************************************************************

TRANSCRIPT OF TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
VOLUME II, MORNING SESSION

APPEARANCES:

FOR THE UNITED STATES OF AMERICA:

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
BY: SARAH HIMMELHOCH, ESQ.
STEVE O'ROURKE, ESQ.
ABIGAIL ANDRE, ESQ.
PATRICK CASEY, ESQ.
NANCY FLICKINGER, ESQ.
RICHARD GLADSTEIN, ESQ.
MICHAEL ZEVENBERGEN, ESQ.
A. NATHANIEL CHAKERES, ESQ.
DANIELLE FIDLER, ESQ.
RACHEL HANKEY, ESQ.
JUDITH HARVEY, ESQ.
RACHEL KING, ESQ.
BRANDON ROBERS, ESQ.
ERICA PENCAK, ESQ.
GORDON YOUNG, ESQ.
P.O. Box 7611
Washington, DC 20044

EXHIBIT
16

U.S. DEPARTMENT OF JUSTICE
TORTS BRANCH, CIVIL DIVISION
BY: SHARON SHUTLER, ESQ.
MALINDA LAWRENCE, ESQ.
LAURA MAYBERRY, ESQ.
P.O. Box 14271
Washington, D.C. 20004

FOR BP AMERICA INC., BP AMERICA PRODUCTION COMPANY, BP COMPANY NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP EXPLORATION & PRODUCTION INC., BP HOLDINGS NORTH AMERICA LIMITED, BP PRODUCTS NORTH AMERICA INC.:

KIRKLAND & ELLIS
BY: J. ANDREW LANGAN, ESQ.
MATTHEW T. REGAN, ESQ.
HARIKLIA KARIS, ESQ.
MARK J. NOMELLINI, ESQ.
A. KATRINE JAKOLA, ESQ.
300 N. LaSalle
Chicago, IL 60654

KIRKLAND & ELLIS
BY: ROBERT C. "MIKE" BROCK, ESQ.
KIMBERLY BRANSCOME, ESQ.
655 Fifteenth St., N.W.
Washington, D.C. 20005

LISKOW & LEWIS
BY: R. KEITH JARRETT, ESQ.
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139

FOR ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY, LP:

BINGHAM McCUTCHEN
BY: KY E. KIRBY, ESQ.
THOMAS R. LOTTERMAN, ESQ.
2020 K Street, N.W.
Washington, D.C. 20006

MORGAN LEWIS & BOCKIUS
BY: JAMES J. DRAGNA, ESQ.
355 South Grand Ave, Suite 4400
Los Angeles, CA 90071

FOR THE STATE OF LOUISIANA:

KANNER & WHITELEY
BY: ALLAN KANNER, ESQ.
DOUGLAS R. KRAUS, ESQ.
SUSANNAH McKINNEY, ESQ.
CYNTHIA ST. AMANT, ESQ.
701 Camp St.
New Orleans, LA 70130

OFFICIAL COURT REPORTER:

Karen A. Ibos, CCR, RPR, CRR, RMR
500 Poydras Street, Box 2-13
New Orleans, LA 70130
(504) 589-7776

Proceedings recorded by mechanical stenography, transcript produced by computer.

I N D E X

WITNESSES FOR THE GOVERNMENT: PAGE/LINE:

DR. DONALD BOESCH

Voir Dire Examination by Ms. Andre 337/17
Direct Examination by Ms. Andre 341/3
Cross-Examination by Mr. Brock 413/7
Redirect Examination by Ms. Andre 463/12

THE COURT: Okay. He is accepted. Go ahead.

DIRECT EXAMINATION

BY MS. ANDRE:

Q. Do your rounds 1, 2, and 3 expert reports accurately summarize your opinions in this matter and the bases for those opinions?

A. Yes, I do. Other than a few inconsequential details that I would probably correct now with the benefit of time, yes, they do.

Q. And do you adopt these reports as your testimony here today?

A. I do.

MS. ANDRE: At this time, we also move in Dr. Boesch's expert reports TREX 13183, 13184, and 13185R.

THE COURT: We'll take up the admission of all of the exhibits in accordance with the procedure as Ms. Himmelhoch referred to.

MS. ANDRE: Thank you, your Honor.

BY MS. ANDRE:

Q. First, Dr. Boesch, I would like to have you summarize some of your conclusions.

As a preliminary matter, did the Macondo oil spill harm the Gulf ecosystem?

A. Yes, I concluded, based upon all of the evidence and literature that I've reviewed, that it did result in serious harm to a number of components of both offshore and coastal systems. Basically everywhere the oil went, it created harm.

Q. Now, how did you categorize those harms in your report?

looked at but I couldn't convince myself, based upon the information in the scientific literature, that were at this point potential. They're speculative in that sense, but there is no real solid basis of concluding that there was a strong potential that harm occurred.
Q. What have past oil spills taught you about how long signs of harm might take to surface?
A. Well, you know, these effects can dissipate quickly but also can be revealed later on, as both additional studies are done. But also sometimes there are repercussions in an ecosystem. One of the most widely cited is the collapse of populations of herring after the Exxon Valdez. I know there's speculation and controversy about exactly the cause, but it's indicative of the kinds of things that might occur down the road after a disturbance like this.
Q. Have you prepared a slide summarizing your conclusions regarding actual harm caused by the BP oil spill?
A. I have.
Q. Please call up D-32152. Now, we'll discuss these conclusions in more detail, but for now, please briefly describe your conclusions regarding actual harm.
A. Well, I'll try to treat these in terms of the path of the oil coming out of the wellhead.

So the first environment ecosystem to experience this oil is the deep Gulf of Mexico. And as we'll reveal, quite a lot of the oil and the gas remained in the deep Gulf. That actually had consequences on the ecosystems, including affecting deep seabed

organisms where this material was deposited, as well as coral, cold water coral sparsely distributed populations in the deep waters in the Gulf.

As the oil rose to the surface, we all know that there were very dense mats of slicks of oil floating around, that entrained floating seaweed, important habitat that had important resources associated with it, sunk that seaweed. In addition to that, air-breathing animals such as sea turtles, dolphins, birds, things that have to travel across the air sea surface to travel or feed, they're obviously exposed and obviously mortalities, but we'll talk more about them as well.

And then as that oil floated in the Gulf in the near surface, some of that oil actually was entrained again into the water column by waves, by dispersant application, that affected the near-surface plankton. There's evidence, strong evidence that that occurred as well.

And then as the oil moved ashore and impacted the coast, obviously shorelines, generally, but particularly the marshes and mangroves of the Gulf Coast -- which are important habitats but also are very susceptible because it's difficult to remove oil from them -- were affected. And the associated animals that provide the productivity of the system also, suffered the ill effects of that.
Q. Have you prepared a slide summarizing your conclusions regarding potential harm caused by the BP spill?
A. I have.

Q. Please call up D-32153. Now, please briefly describe your conclusions regarding potential harm.

A. Well, again, following the same path from the deep Gulf to the coastline, there is evidence that the biota on the outer continental shelf could potentially have been affected because of the elevated concentrations of oil contaminants in the sediments. But in particular, there is evidence in the literature that fish that live at the near -- nearest sediments on the bottom on the outer shelf had sub lethal consequences of that. We'll talk about that some more.

And then as we moved in, moved out to the surface, surface waters, there is the same kind of evidence that I mentioned of toxicity levels and concentrations that match that suggest potential harm to ocean fishes, the larvae of which live at that near surface interface. And then as the oil came ashore, there is still lingering concern that this is somehow responsible -- the spill or response is responsible for the depletion and reduction of oyster population --

THE COURT: I have a question for you, excuse me. Give me some examples of "sub lethal consequences."

THE WITNESS: This is with respect to which --

THE COURT: I think you used that in connection with -- said there's evidence in the literature that fish live at or near the sediments on the bottom and had -- there were sublethal consequences.

231547 entitled "Coral Communities as Indicators of Ecosystem Level Impacts of the *Deepwater Horizon* Spill."

And the third -- Mr. Jackson, can you please blow that up a little? It's difficult to read. It's a paper by Dr. Murawski, et al, about fish lesions, as you said. And let me just wait for it to come up so I make sure I get the TREX into evidence properly. The TREX number for this is 231516 and the title is "Prevalence of External Skin Lesions and Poly" -- I apologize, your Honor. This is not the best way to do this one.

It's entitled "Prevalence of External Skin Lesions and Polycyclic Aromatic Hydrocarbon Concentrations in Gulf of Mexico Fishes, Post *Deepwater Horizon*."

Thank you. You can take that down, Mr. Jackson.

Now, Dr. Boesch, I would like to change gears and discuss the physical extent of the spill. Have you prepared a slide illustrating the geographic area that you considered in your assessment?

A. I have.

Q. Please call up D-32155A. First, can you explain what offshore region you considered in your analysis?

A. Well, first, this large mass out in the Gulf with shades of gray is the cumulative footprint of the oil when it was floating on the surface waters of the Gulf. The darker the shade, the more days the oil was there. So the lighter the shade, oil was there just for a few days.

08:36:41 So it's this region where the oil went that I think is the critical bounds of the assessment that one should focus on. And you will -- and the -- yeah. So that's the area where -- and the area around that we would want to go look for effects.

08:37:03 Q. Approximately how large was that area?

08:37:05 A. That area on this image is 45,000 square miles based upon NOAA's data set from satellite images. There are other parties that have assessed these satellite images as well. Mind you, these are snapshots taken, so you don't see the full movie. So others have assessed the same data and have come up with a slightly larger area of 68,000 square miles. But, roughly, in the same region.

08:37:33 Q. In your mind, does it matter which of these estimates, 45,000 or 68,000, is actually correct?

08:37:40 A. Well, you know, from the standpoint of our analysis it doesn't because they both define generally the area where the concentrations and exposure to oil was most likely and heaviest.

08:37:51 Q. What shoreline area did you consider?

08:37:57 A. Well, the shoreline indicated in blue is the shoreline that was covered during these shoreline cleanup and assessment technique surveys that were done by both the responsible party, and the government responses, and the Unified Command. So that doesn't mean that all of that shoreline was oiled. In fact, only a portion of that shoreline was oiled.

08:38:21 But again, with respect to focusing my analysis, this is the area that I would want to know what the harm is or where the oil

likely went.

Q. Approximately how many miles of shoreline were oiled?

A. This SCAT surveys indicated approximately 1,100 miles, linear miles of shoreline oiled. Just to put this in context, I checked it yesterday, that's slightly less than the distance from this courthouse to the U.S. Capital in Washington, D.C.

Q. You can take the slide down, Mr. Jackson. Thank you.

How did the amount of oil released impact your analysis?

A. Well, I think it's important. It's important to recognize that the government, whether it's the government's estimate of 4.2 million barrels of oil or the Court's determination of 3.2 that this release was unprecedented in U.S. waters, and, certainly, from an offshore oil and gas production installation. It lasted for 87 days.

And in addition to that, I think, it's important to think not only the total amount of oil, but the actual -- especially when we talk about the deepwater environment -- the flow rate. The amount of oil that was being ejected pretty quickly in large volumes over a period of time.

Q. Did you give any consideration to the use of dispersant in this case?

A. Well, yes, we didn't assess the wisdom of applying dispersants because it's already been done. But recognizing when one puts dispersants on oil, whether that was injection at the wellhead or

spraying the surface, the intent is to keep the oil in the water and off of the surface where it could come to shore. That is not removal of the oil. That is injection of the oil into the aquatic system, even though it may or may not enhance the biodegradation rate depending on the circumstances. It means that you're making a trade-off of putting more of the toxic components of the oil into the aquatic system to keep it off the shoreline.

So in that sense, it is a factor with both respect to the deepwater plume as well as the near surface waters, that is what that contributed to toxic exposure.

Q. So to make sure we're clear, you're testifying that dispersant does not remove oil from the environment?

A. That's right. It basically mixes that oil. It's designed to break the oil up into small particles and promote dissolution as well as enhanced degradation. But to keep it off the surface; reduce the likelihood the oil would come ashore.

Q. Have you prepared a slide illustrating BP's consideration of the geographic extent of the spill?

A. Yes, I have.

Q. Please, call up D-32156. How did the approaches of BP's experts, Dr. Taylor and Dr. Paskewich, differ from your own when considering the geographic extent of the spill?

A. Well, first of all, their experts expressed results as a small percentage of a very large universe of samples in area. So it doesn't tell you exactly what the consequences are where the oil

consequences on the bottom really affected mostly the continental slope environments in this area.

Q. And what happened to oil and hydrocarbons as they were released from the well at the bottom of the Gulf?

A. Well, this large flow of oil; but, also, importantly, lots of gas -- for every barrel of oil released there was about 2,000 cubic feet of gas. Even though I recognize that's out of the equation with respect to the Clean Water Act issues, that gas has consequences. It goes into solution and it feeds the microbiota in the ocean, and, as we'll see, that had some pretty stark, substantial consequences to the deepwater environment.

So as this oil and gas mixture, the gas expanding rapidly, coming out at high velocity is a lot of mixing that takes place that breaks the oil into little droplets as well as enhances its solution into the deepwater. That, interestingly, resulted in what we generally call the deepwater plume; that is, it rose above the seabed and it was trapped by the density differences in the water in the deep Gulf. So between 1,100 meters below the ocean surface and 1,300 meters, that's where this plume existed. And then, the currents, therefore, could transport that over some fairly large distances.

Q. And are the yellow arrows on this demonstrative, D-32157A, meant to illustrate the directions in which the deep sea plume moved?

A. Not the exact linear course, because the currents ebb and flow and move around with the bottom topography, but it shows you that

planktonic crustaceans, as well as comb jellies and jellyfish and protozoans which live in the surface water.

Q. And how did oiling impact these organisms?

A. The evidence is from a number of papers and sources, and they include evidence that the carbon -- that is, the organic matter that's in oil -- was incorporated into food chains. In fact -- and being exchanged from one level to another.

So that doesn't address the toxicity itself, but it basically says the whole basis of how food is provided and distributed through the system was altered. So it fits my definition by saying this is an alteration of a natural function of an ecosystem.

Secondly, there's evidence that for some of these animal plankton, that there is evidence that there was bioaccumulation, actually PAHs, polycyclic aromatic hydrocarbons, almost certainly from that source, the Macondo well source, that had been taken up by the organisms, a key part of their exposure to the toxins.

And then in addition to that, there is experimental evidence from laboratory studies that have exposed planktonic organisms in various concentrations of this Macondo well oil that basically indicates that these exposure conditions were sufficient to have induced a toxic effect.

Q. Can you give some examples of what animals that feed on these organisms?

A. Yes, these organisms are very critical, for example, to support

another important organism we'll than talk about, the larvae of fish that, because of the availability of food source and how that allows their dispersal, they tend to aggregate up near the surface of the ocean. And as they develop and they begin their first feeding, they're feeding on these plankton that -- and they're abundance and availability of that nutritious food source is critical to their survival.

Q. Let's discuss your conclusions regarding impact to fish in more detail. Have you prepared a slide summarizing those impacts?

A. I have.

Q. Please call up D-32161. As an initial matter, where were Gulf fish impacted by the BP oil spill?

A. Well, again, where there was high concentration of oil. That included near the surface in these near-surface waters. And we review evidence that suggests that there is a clear potential for harm of larvae, of ocean fish, such as bluefin tuna, yellowfin tuna, Mahi Mahi, and greater Amberjack. And that are at the near-surface waters, just as I described.

And then there's also this issue of potential harm to the bottom-dwelling fish that I described in addressing Judge Barbier's question about PAH concentrations in the liver and bile, as well as the skin lesions.

Q. And which species of bottom-dwelling fish were potentially impacted by the spill?

A. Well, scientists who published the paper identified three