UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |
| **Applies to: 12-cv-968: BELO** | |

**Relates to:**

| 21-cv-175 | | | |
|---|---|---|---|

# THE BP PARTIES' JUNE 1, 2021 STATUS REPORT PURSUANT TO FIRST AMENDED BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER NO. 2

Pursuant to the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended CMO No. 2") (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties served a draft of this report by email on pro se plaintiff Reginald Dailey on May 25, 2021.[1] This report includes plaintiffs whose initial disclosures were due through May 25, 2021, and reflects the status of initial disclosures received as of 5 p.m. Eastern time on May 31, 2021.

This Status Report contains one case in which plaintiff provided deficient or incomplete disclosures.[2]

---

[1] The BP Parties also served a draft of this report on pro se plaintiff Reginald Dailey by Fedex overnight delivery on the next day, May 26, 2021.

[2] Pursuant to Section 4 of the First Amended CMO No. 2, the BP Parties will not file a Category II Report in June 2021. There were no cases eligible for the BP Parties' May 1, 2021, Status

Summary Chart

| Plaintiffs' Counsel | Plaintiffs on List | Category I.A Plaintiffs | Category I.B Plaintiffs |
|---|---|---|---|
| Pro Se | 1 | 0 | 1 |
| **Total** | **1** | **0** | **1** |

**I.      Category I**

    **A.      Plaintiffs With Missing Initial Disclosures**

There are no cases eligible for this Status Report in which plaintiffs have not provided any initial disclosures.

    **B.      Plaintiffs With Deficient Initial Disclosures**

Pursuant to Section 2(C) of First Amended CMO No. 2, the BP Parties have identified the following case in which plaintiff provided deficient or incomplete initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 21-cv-175 | Dailey, Reginald | Pro Se | Missing Rule 26(a) Disclosures |

---

Report, *see* Rec. Doc. 27084; therefore, the Court did not issue an order under Section 3 of the First Amended CMO No. 2.

June 1, 2021                                        Respectfully submitted,

      */s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

      */s/ Kevin M. Hodges*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

      */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY
ANDERSON & TARDY LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone:  (302) 425-5177
Telefax:  (302) 425-0180

      */s/ Georgia L. Lucier*
Georgia L. Lucier
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax:  (713) 220-4285

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of June 2021.  The pleading has been served on pro se plaintiff Reginald Dailey via electronic mail and Fedex overnight delivery at the address provided in his complaint.

                                          */s/ Scott C. Seiler*
                                          Scott C. Seiler