# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 § § § § | MDL NO. 2179 <br><br> SECTION: J |
| This document relates to: § <br> *Fin & Feather Adventures, LLC v. BP Expl. &* § <br> *Prod., Inc., et al., Case No. 16-CV-06126;* § <br> *Fin & Feather Cabins, LLC v. BP Expl. &* § <br> *Prod., Inc., et al., Case No. 16-CV-06131;* § <br> *Fin & Feather, LLC v. BP Expl. & Prod., Inc.,* § <br> *et al., Case No. 16-CV-06118* § | JUDGE BARBIER <br><br> MAGISTRATE JUDGE CURRAULT |

## HALLIBURTON COMPANY AND HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN BP'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** comes Defendants Halliburton Company and Halliburton Energy Services, Inc. ("HESI")[1] and respectfully file this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in BP's Motion for Summary Judgment (the "BP Motion") (Rec. Doc. 27124) because those arguments are equally applicable to Halliburton Company and HESI as defendants in this litigation.

---

[1] Plaintiff has named Halliburton Company, Halliburton Energy Services, Inc., and Sperry Drilling Services as defendants in this matter. Sperry Drilling Services is not a formal entity; rather it is a product service line of HESI and, thus, not a proper party. Nonetheless, to the extent appropriate, references to HESI should be understood to extend equally to Sperry Drilling Services.

**WHEREFORE**, Halliburton Company and HESI pray that this Honorable Court permit them to join in and adopt the arguments made in the BP Motion and seek similar relief requested.

> Respectfully submitted,
>
> **REED SMITH LLP**
>
> _/s/ R. Alan York_
> R. Alan York
> State Bar No. 22167500
> AYork@ReedSmith.com
> 811 Main Street
> Suite 1700
> Houston, Texas 77002
> Telephone:  713-469-3800
> Facsimile:  713-469-3899
>
> **ATTORNEYS FOR HALLIBURTON COMPANY AND HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing ***Ex Parte* Motion to Join In and Adopt the Arguments Made in BP's Motion for Summary Judgment** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2021.

                 */s/ R. Alan York*
                 R. Alan York