IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 § § § § | MDL NO. 2179 <br><br> SECTION: J |
| This document relates to: § *Fin & Feather Adventures, LLC v. BP Expl. &* § *Prod., Inc., et al., Case No. 16-CV-06126;* § *Fin & Feather Cabins, LLC v. BP Expl. &* § *Prod., Inc., et al., Case No. 16-CV-06131;* § *Fin & Feather, LLC v. BP Expl. & Prod., Inc.,* § *et al., Case No. 16-CV-06118* § | JUDGE BARBIER <br><br> MAGISTRATE JUDGE CURRAULT |

# ORDER

Considering Halliburton Company and Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Join in and Adopt the Arguments Made in BP's Motion for Summary Judgment (Rec. Doc. 27124), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE