IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>*Fin & Feather Adventures, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06126;<br>*Fin & Feather Cabins, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06131;<br>*Fin & Feather, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06118 | § § § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## ORDER

Considering Halliburton Company and Halliburton Energy Services, Inc.'s *Ex Parte* Motion (Rec. Doc. 27133) to Join in and Adopt the Arguments Made in BP's Motion for Summary Judgment (Rec. Doc. 27124), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

New Orleans, Louisiana this 4th day of June, 2021.

UNITED STATES DISTRICT JUDGE