# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | | |
| *Valdivieso v. Southern Cat, Inc., Eastern* | * | **MAG. JUDGE CURRAULT** |
| *Research Group, Inc., BP Plc, BP Products* | | |
| *North America Inc. and BP America Inc.* | * | |
| 2:12-cv-02004 | | |
| | * | |

## BP'S NOTICE OF CLARIFICATION OF THE RECORD REGARDING ITS MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to this Court's directive at the status conference on April 8, 2021, Defendants BP Products North America Inc. and BP America Inc. (together, "BP") moved pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings on Sergio Valdivieso's claims against BP. (Rec. Doc. 27080). BP based its motion on Valdivieso's original complaint dated March 1, 2012, which Valdieviso attached to his motion to sever on March 12, 2021. (*See* Pl.'s Opposed Mot. to Sever at C. Herd, Jr. Aff., Ex. 1, Rec. Doc. 26975-2). That original complaint was also the only operative complaint that appeared on Valdivieso's individual case docket. Valdivieso responded to BP's motion for judgment on the pleadings on May 13, 2021 (Rec. Doc. 27106), and BP filed its Reply on May 20, 2021 (Rec. Doc. 27117).

After completing briefing on its motion, BP discovered that Valdivieso had filed an Amended Complaint on June 27, 2013 in the MDL 2179 docket. (Valdivieso Am. Comp., Ex. A, Rec. Doc. 10748). Despite filing this Amended Complaint, Valdivieso relied on his original state court Petition to support his motion to sever, and in his response to BP's motion for judgment on the pleadings, neglected to state that he had an operative complaint other than his original Petition.

(*See* Pl.'s Resp., Rec. Doc. 27106-1 at 6–7). BP therefore files this Notice to bring the Court's attention to Valdivieso's Amended Complaint, which is attached hereto as Ex. A.

Valdivieso's substantive allegations against BP in his Amended Complaint are identical to those in his original complaint. (*Compare* Am. Compl. ¶¶ 18–19 *with* Pl.'s Original Pet. ¶¶ 16–17, BP's Mot. Ex. A, Rec. Doc. 27080-2).[1] The primary difference between Plaintiff's original Petition and his Amended Complaint is the removal of one co-defendant, Eastern Research Group, Inc. from the original Petition, and the addition of three co-defendants to his Amended Complaint: Emergency Response Group, Inc., SWS Environmental Services, and Disaster Response Services, LLC. (*See* Am. Compl. ¶¶ 7–9). In his Amended Complaint, Valdivieso alleges that he "was employed by Defendant SOUTHERN CAT, ERG, SWS, and/or DRS, as a Jones Act seaman and member of the crew of the subject Vessel" that was "assisting in the cleanup of the BP Oil Spill." (*Id.* ¶¶ 13–14). He also identifies Southern Cat, ERG, SWS, and DRS as his Jones Act employers for purposes of his maintenance and cure claim. (*Id.* ¶ 16). As in his original Petition, Valdivieso does not identify BP as his Jones Act employer in his Amended Complaint. (*Id.* ¶¶13–14, 16).

As BP has not yet answered Valdivieso's Amended Complaint, BP respectfully requests that the Court consider its previously filed motion and the associated briefing as seeking dismissal under Federal Rule of Civil Procedure 12(b)(6), rather than under Rule 12(c), and apply the motion to Valdivieso's Amended Complaint. *See MacFadden v. GMAC Mortg., LLC*, Case No. 2:13-cv-91, 2013 WL 2422579, at *8 (S.D. Tex. June 3, 2013) (dismissing claims and treating pre-answer motion for judgment on the pleadings as a motion to dismiss under Rule 12(b)(6)). Given the identical allegations that Plaintiff makes against BP in his original Petition and in the Amended Complaint, BP stands on the substantive merits of its motion and reply. And because the standard

---

[1] A redline comparing Valdivieso's original Petition and Amended Complaint is attached hereto as Exhibit B.

2

for a 12(c) motion "is the same as that for a Rule 12(b)(6) motion to dismiss for failure to state a claim," the Court's review and analysis of BP's motion is the same under either standard. *See In re Katrina Canal Breaches Litig.*, 495 F.3d 191, 205 (5th Cir. 2007); *Hancock v. Higman Barge Lines, Inc.*, Civil Action No. 16-14998, 2017 WL 3582433, at *2 (E.D. La. Aug. 18, 2017) (Barbier, J.).

For the reasons set forth above and in its motion and reply, BP respectfully requests that the Court deem BP's previously filed Rule 12(c) motion to be a timely filed Rule 12(b)(6) motion, and grant the relief requested in that motion.

*[Remainder of the page intentionally left blank]*

DATED: June 4, 2021            Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(martin.roth@kirkland.com)
Kristopher Ritter
(kristopher.ritter@kirkland.com)
Catherine L. Fitzpatrick
(catherine.fitzpatrick@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Products North America Inc. and BP America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing BP'S NOTICE OF CLARIFICATION OF THE RECORD REGARDING ITS MOTION FOR JUDGMENT ON THE PLEADINGS has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of June, 2021.

*/s/ R Keith Jarrett* _____
R. Keith Jarrett