UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig                                                    MDL 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010

PERTAINS TO:                                                                       SECTION J-1
*Fin & Feather, LLC v. BP, plc, et al.*, **16-6118**
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, **16-6126**
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, **16-6131**

**FIN & FEATHER'S MOTION TO SEAL**

Pursuant to this Court's May 28, 2021 Order (Rec. Doc. 27128), the above-referenced Fin and Feather entities submit that there are good and compelling reasons for this Court to seal tax returns and calendars documenting the reservations of their customers. As detailed in the attached memorandum in support, Plaintiffs' interest in privacy of their tax records outweigh the presumption of public access to court files under the circumstances of this case.

Furthermore, the Plaintiffs submit that the reservation calendars contain identifying information of their customers (third parties to the present litigation) and that filing such information in the public record would both violate the reasonable expectation of their customers' privacy and also result in competitive harm for the reasons detailed herein. Notwithstanding the foregoing, Plaintiffs recognized the import of the Fifth Circuit's recent decision in *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 418–19 (5th Cir. 2021), and they

1

propose that the privacy concerns expressed herein can be addressed by redacting portions of certain documents that are presently filed under seal to ensure the public's confidence in our judicial system.

Accordingly, Plaintiffs move this Court to order that their motion to maintain their tax returns under seal be granted and that they be afforded the opportunity to redact portions of their reservation calendars before they are filed in the public record.

Respectfully submitted,

*/s/ Stephen Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 Saint Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

- and -

*s/Al J. Robert, Jr.*
Al J. Robert, Jr., Bar No. 29401
**AL J. ROBERT, JR., LLC**
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
504.309.4852
ajr@ajrobert.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I, Stephen Kreller, hereby certify that on this June 4, 2021, I emailed the foregoing to all counsel of record.

*/s/ Stephen Kreller*
Stephen Skelly Kreller