UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179** |
| **PERTAINS TO:** *Fin & Feather, LLC v. BP, plc, et al.*, **16-6118** *Fin & Feather Adventures, LLC v. BP, plc, et al.*, **16-6126** *Fin & Feather Cabins, LLC v. BP, plc, et al.*, **16-6131** | **SECTION J-1** |

## NOTICE OF SUBMISSION

Please take notice that counsel for Plaintiffs, Fin & Feather, will bring submission of the attached Motion to Seal before Judge Carl J. Barbier on June 30, 2021.

Respectfully submitted,

*/s/ Stephen Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 Saint Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

- and -

*s/Al J. Robert, Jr.*
Al J. Robert, Jr., Bar No. 29401
**AL J. ROBERT, JR., LLC**
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
504.309.4852
ajr@ajrobert.com

**ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

      I, Stephen Kreller, hereby certify that on this June 4, 2021, I emailed the foregoing to all counsel of record.

                                      */s/ Stephen Kreller*
                                      Stephen Skelly Kreller