UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: Nos. 16-06126, 16-06131, 16-06118 *(Fin & Feather)* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Fin & Feathers' Motion to Seal (Rec. Doc. 27137) certain exhibits to BP's Motion for Summary Judgment (Rec. Doc. 27124). Specifically, Fin & Feathers requests that its tax returns (Exs. 2-4, 6-8, 16-17, 19-22), reservation calendars (Exs. 9-14, 18), and records related to boat shed rentals on Fin & Feathers' property (Ex. 5) be filed under seal or with certain information redacted. The Court will permit Fin & Feathers to redact only the information protected under Fed. R. Civ. P. 5.2(a). Otherwise, the documents will be unsealed. (*See* Order of June 4, 2021, Rec. Doc. 27134) (addressing tax returns). Accordingly,

**IT IS ORDERED** that by no later than Friday, June 11, 2021, Fin & Feathers shall provide the Court with copies of the exhibits at issue that redact only the information protected by Fed. R. Civ. P. 5.2(a).

**IT IS FURTHER ORDERED** that Fin & Feathers' Motion to Seal (Rec. Doc. 27137) and BP's Motion to Seal (Rec. Doc. 27125) are otherwise **DENIED**.

New Orleans, Louisiana, this 8th day of June, 2021.

_____
United States District Judge