# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 21-00237* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Before the Court are (i) Stephen J. Herman and James P. Roy's "Motion for Sanctions and to Enjoin Further Frivolous Filings" against Brian J. Donovan (Rec. Doc. 26999) and (ii) Patrick A. Juneau's "Motion for Injunctive Relief and Consideration of Sanctions" against Brian J. Donovan (Rec. Doc. 27003).[1]

**IT IS ORDERED** that a hearing on these motions is scheduled for Friday, July 23, 2021 at 9:30 a.m. in Courtroom C-268. This will be a live, in-person hearing. No party will be allowed to appear remotely.

New Orleans, Louisiana, this 8th day of June, 2021.

_____
United States District Judge

---

[1] Related filings: Donovan's Opposition Briefs (Rec. Docs. 27035, 27036), Donovan's Request for Oral Argument (Rec. Doc. 27068), Defendants' Replies in Support of Motions (Rec. Docs. 27075, 27076). *See also* Order of 4/20/21 (Rec. Doc. 27056) (denying Donovan's Motion for Leave to File "Sur-Reply"), Order & Reasons of 4/27/21 (Rec. Doc. 27070) (ruling on Donovan's "Motion for Clarification"), Order & Reasons of 4/28/21 (Rec. Doc. 27077) (denying Donovan's s "Second Motion for Clarification").