

1107 Key Plaza #146
Key West, Florida 33040
www.loggerhead.surf

# JOHN DIXON, P.E., MBA, USCG MASTER

### PROFESSIONAL MARITIME ENGINEER
Maritime professional engineer actively practicing in naval architecture, marine and ocean engineering, and underwater/waterfront facilities. Over 35 years of experience. Continuously licensed since 1989.

### HIGHLIGHTED CAREER ACHIEVEMENTS
- 7 years as founder, owner, principal engineer, and qualifier of a professional engineering consultancy serving a wide range of commercial clients including cruise, commercial blue water, super yachts, tugs, passenger vessels, shipyards, port facilities and marine construction including underwater inspection
- 24 years as founder, owner, and manager of seagoing cruise vessel fleet grossing $3.8M annually operating continuously 24/7/365 with full and final responsibility for profit & loss
- 22 years as founder, owner, and manager of 55-acre shipyard with over $10M in completed fabrication
- 4 years naval architect and marine engineer, Tracor Marine shipyard, Port Everglades, FL
- 32 years as licensed Professional Engineer, State of Florida, with no board actions/inquiries
- 31 years as a licensed professional underwater diver/instructor
- 37 years maritime experience

### EXPERIENCE

**LOGGERHEAD HOLDINGS, INC. // Founder and Owner // 1998 to present**

Owner, founder and senior executive manager for family of business units all supporting niche scuba cruises aboard the world's most stable live-aboard scuba diving vessels.

Since 20 April 2010, have been engaged in litigation with BP and affiliated companies over Deepwater Horizon explosion, fire and sinking resulting from the blowout of the Macondo well.



**SHIPWRIGHT LLC // Director // Principal Engineer, 2014 to present**
Serving as a Director and Principal Engineer. Responsible for corporate culture of excellent customer focus and support. Shipwright is a multi-layered, multi-talented enterprise with exceptional experience and world-class technical capabilities. Company is recognized as a go-to partner for the international cruise industry with the myriad of new technical and operational requirements as well as continued longstanding support of commercial vessels, including tug and passenger as well as superyachts.



EXHIBIT

1



www.loggerhead.surf

### WARTSILA // Primary Electrical Contractor Qualifier, 2014 to current

Serving as the Primary Qualifier for registration of the Company as an Electrical Contractor in the State of Florida. Responsible for all projects being executed by Company as Florida Electrical Contractor EC0002402. Projects include three-phase power analysis for Viking cruises at the Fincantieri Anacona shipyard in Italy, installation of holographic projection equipment for Cirque du Soleil in Orlando, and calculations for auto-switching power supply



### KNUD E. HANSEN USA Inc. // General Manager, 2013 to 2014

Grew U.S. office of European ship design firm from zero, locally derived, U.S.-based revenue to annual revenue over $1M. Also implemented numerous office processes and systems that significantly enhanced productivity and billable efficiency. Created positive workplace environment and recruited the industry's finest talent to grow office manpower resource 500%.



### ABB // Miami Station Manager, 2010 to 2013

Served as Head of Station responsible for planning, organizing, staffing, leading and controlling all activities of the station with emphasis on the personal safety and outstanding customer service of station engineers, the understanding and complete satisfaction of customer needs and the successful pursuit of corporate financial goals.



### NEKTON DIVING CRUISES // Founder, Chief Executive Officer, 1986 to 2010

- Conceived, developed, implemented business plan creating a successful cruise line.
- Studied market to identify and capitalize on a significant competitive advantage utilizing a unique ship design developed by the U.S. Navy called Small Waterplane Area Twin Hull (SWATH). SWATH design greatly reduces the motion of ships. The advanced catamaran SWATH design provides virtually seasick-free cruising for scuba divers.
- Recognized world authority on Small Waterplane Area Twin Hull (SWATH) ship design.
- Installed more than 300 Environmental Reef Moorings that eliminated reef damage from anchoring.
- Obtained two patents for SWATH technology including elevating dive platform and bow thrusters.
- Success over the sixteen years of vessel ownership was dependent on continuously exceeding customer's expectations while relentlessly pursuing professional, ethical, safe and environmentally conscious business practices.
- Assembled and motivated a team of 45 employees including interviewing, hiring, training, retaining, succession planning, coaching, and team building.
- Utilized financial and accounting data including establishing sales forecasts and budgets to monitor performance and identify business opportunities and threats.
- Implemented procedures for vessel Safety Management System (SMS), Preventative Maintenance System (PMS), substance abuse program with a corresponding employee assistance program, maintained 26 USCG required logs, purchasing, sales quotations, lead



follow-up, invoices, capital expenditure requisition system and a companywide health, safety and environment (HSE) program.
- Directed sales and marketing for the cruise line including attending trade shows, calling on customers, designing marketing materials, outbound calling, and answering inbound 800 telephone lines.
- Maintained one of the highest on-time departure rates in the industry under the most stringent of regulatory oversight, the U.S. Coast Guard.

**GULF COUNTY SHIPBUILDING and PSJ BOATWORKS & DRY STORAGE**
**Founder, President, & Owner, 1998 to present**
- Conceived, developed, implemented business plan creating a successful shipyard.
- Selected, designed, permitted, developed 55 acres of waterfront pine forest into a shipyard including construction of a 1,000-ton marine rail and 50-ton travelift.
- Successfully solicited and obtained road grant from State of Florida for $1.9M and financing from commercial banks for $2M to fund the yard construction.
- Became a Florida Unlimited Licensed Electrical Contractor and Florida Unlimited General Contractor to self-manage and contract construction of the yard.
- Rented 8 long-stick excavators, hired operators to move more than 250,000 cubic yards of earth, and placed 500 tons of lime rock to excavate and build the basin and railway.
- Grew the business to peak employment of 55 with over $10M in total sales to customers including Oceaneering, State of Florida, U.S. Department of the Interior, Biscayne Towing & Salvage, Grady Marine, Inland Dredging, Captain Anderson Fleet, Island Expeditions, and more than 350 other satisfied customers.
- Implemented workplace and safety procedures including Health, Safety, and Environment (HSE) resulting in only two reportable injuries in 12 years.
- Worked successfully with regulatory authorities including the USCG, Florida
- Department of Environmental Protection (DEP), OSHA, EPA, U.S. Army Corps of Engineers, Gulf County Health Department and the Gulf County Department of Building & Environment and non-governmental environmental groups including River Watch and Bay Keepers to resolve only two environmental issues in twelve years.
- Experience as a welder and fitter including qualifying for USCG certified stick and MIG structural welding in horizontal, vertical, and overhead in both 5000 and 6000 series aluminum and A-36 steel.
- Many hours, days, and nights, hands-on experience testing, servicing, troubleshooting, and repairing all the equipment that makes up an operating shipyard including diesel engine rebuilds and long block exchanges. Yard equipment includes 30-ton Link-Belt crane, Volvo SE 230 Longstick excavator, Lull all-terrain 6,000-pound telescoping forklift, Ingersoll Rand 1,100 CFM diesel powered air compressor, Caterpillar backhoe, 30-ton rail winch and numerous pumps, generators, and welding machines.



www.loggerhead.surf

**Tracor Marine Shipyard & Ocean Tech Group // Naval Architect and Marine Engineer, 1985 to 1989**

- During tenure promoted from Junior Engineer to Project Manager. Designed and oversaw construction of mid-body ship extensions, shipboard crane installations, engine repowers, dry-dock structural steel renewals, offshore cable and equipment installations, multiple vessel mobilization and demobilizations for offshore construction and salvage, and shipyard infrastructure improvements and capital expenditures.
- 6 months as project manager for SUPSALV Western Hemisphere Salvage contract work for Space Shuttle Challenger Recovery. Oversaw $2M in expenditures including search work for TDRS military satellite communication code boards.
- One of the last employees to be laid-off after shipyard was closed. Provided engineering support during shutdown and dismantling of Syncrolift and marine rails.



## EDUCATION

**Masters Business Administration**
Florida Atlantic University, Boca Raton, Florida, 1989

**B.S. Ocean Engineering**
Florida Institute of Technology, Melbourne, Florida, 1985

## CERTIFICATIONS

Florida Professional Engineer license P.E. Number 42542, 1989 to current

FAA Instrument-Rated Private Pilot Lic. 3305595, High Performance and Complex Endorsements

USCG 100-Ton Master, Sixth Issue

Florida Certified Electrical Contractor EC0002402

Florida Certified General Contractor CGC060926

STCW 95 Certification including Personal Survival Techniques,
Safety & Social, Fire Fighting & First Aid

IMO Integrated Safety Management: Crowd Control, Crisis Management, and Safety Management System Auditor

ISPS/MTSA Company Security Officer (CSO)

Integrated Safety Management (ISM) Safety Management System (SMS) Auditor

Transportation Worker Identity Card (TWIC) expires 18 May 2022

FCC Marine Radio Operator Permit

PADI Master Scuba Instructor #45138



www.loggerhead.surf

## PROFESSIONAL ASSOCIATIONS

Society of Naval Architects and Marine Engineers (SNAME) #4076190, Southeast Section Chair 1994

American Society of Civil Engineers (ASCE) #12143325

American Welding Society, International Thermal Spray Association (AWS ITSA)

American Society for Materials, Thermal Spray Society (ASM TSS)

American Chemical Society (ACS) #32126505

American Society of Mechanical Engineers (ASME) #100081492

National Society of Professional Engineers (NSPE) #300008179

Port Everglades Association

Propeller Club

## PATENTS

Steerable Bow Thruster for SWATH Vessels. Patent issued Oct 26, 1992. US 5282763

Elevating Stern Platform for SWATH Vessels. Patent issued Oct 5, 1990. US 5140924

## PROFESSIONAL AWARDS

*Business Week Magazine* bestowed the title of "Best New Product of 1994"

*Popular Mechanics* awarded the prestigious "1994 Design & Engineering Award"

*Scuba Diving* Top Live-Aboard Operator 1994 to 2006

PADI 20-Year Outstanding Service Award

NROTC Scholarship

## VOLUNTEER WORK

Donate aircraft, fuel, and time as pilot-in-command for Challenge Air, a program for youth with life challenges

Lauderdale Youth Sailing served five years as the Optimist Sailing Chairman

Scuba diver for Reef Relief

Sunday services nursery care volunteer, Rio Vista Community Church, Fort Lauderdale