1            JOHN DIXON - 2/19/2021

2          UNITED STATES JUDICIAL PANEL
            ON MULTI-DISTRICT LITIGATION
3               WASHINGTON, DC

4    LOGGERHEAD HOLDINGS,         )
     INC., ET AL.,                )
5                                 )
            Plaintiffs,           )
6                                 )    MDL NO.
     v.                           )
7                                 )    2:10-MD-02179
     BP AMERICA PRODUCTION        )
8    COMPANY, INC., ET AL.,       )
                                  )
9            Defendants.          )
     _____

10

11

12

13        REMOTE VIDEO DEPOSITION OF JOHN DIXON

14               Key West, Florida

15          Friday, February 19, 2021

16

17

18

19

20

21

22   Reported by:

23   KIM A. McCANN, RMR, CRR, CSR

24   JOB NO. 189241

25

**EXHIBIT**

**2**

Page 2

```
 1                JOHN DIXON - 2/19/2021
 2
 3
 4                  February 19, 2021
 5                     9:11 a.m.
 6
 7            Video deposition of JOHN DIXON, held in
 8   Key West, Florida, pursuant to the Federal Rules
 9   of Civil Procedure before Kim A. McCann,
10   Registered Merit Reporter, Certified Realtime
11   Reporter and Certified Shorthand Reporter in and
12   for the State of Texas.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                JOHN DIXON - 2/19/2021
 2   A P P E A R A N C E S:
 3     BY: Caroline Adams, Esq.
        THE BUZBEE LAW FIRM
 4      600 Travis Street
        Houston, Texas 77002
 5      Counsel for Plaintiffs
 6
 7
        BY: Ashley Littlefield, Esq.
 8          Christopher Keegan, Esq.
            Charles Brennan, Esq.
 9      KIRKLAND & ELLIS
        555 California Street
10      San Francisco, California 94104
        Counsel for Defendants
11
12
     ALSO PRESENT:
13
        Kevin Marth, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                JOHN DIXON - 2/19/2021
 2                    I N D E X
 3
                                              PAGE
 4   JOHN DIXON
        Examination by Ms. Littlefield         8
 5
                    E X H I B I T S
 6
     EXHIBIT 1      Org Chart, Loggerhead 00000391    31
 7   EXHIBIT 2      Nekton Diving Cruises 2009 to     67
                    2010 Itineraries
 8   EXHIBIT 3      2007 tax return for Loggerhead    84
                    Holdings
 9   EXHIBIT 4      Scubaboard.com post dated 2/14   167
     EXHIBIT 5      Scubaboard.com post             191
10   EXHIBIT 6      2010 1120S Tax Return for        200
                    Loggerhead Holdings,
11                  Loggerhead 00000058
     EXHIBIT 7      Screenshot of the Nekton        210
12                  website dated June 5, 2010
     EXHIBIT 8      Scubaboard.com post Closing     218
13                  Nekton
     EXHIBIT 9      Tab 09.Closing Post-2,          220
14                  Loggerhead 00000387
     EXHIBIT 10     Reservations home screenshot,   232
15                  Loggerhead 00000161
     EXHIBIT 11     Reservations home screenshot,   241
16                  Loggerhead 00000144
     EXHIBIT 12     Reservations home screenshot,   250
17                  Loggerhead 00000164
     EXHIBIT 13     PTO 65 Statement                262
18   EXHIBIT 14     PTO 67 Initial Disclosure       267
19
20
21
22
23
24
25
```

Page 5

```
 1                JOHN DIXON - 2/19/2021
 2                P R O C E E D I N G S
 3            THE VIDEOGRAPHER:  Good morning,
 4   Counselors.  My name is Kevin Marth.  I'm
 5   the legal videographer today in association
 6   with TSG Reporting.  Due to the severity of
 7   the COVID-19 virus and following the
 8   practice of social distancing, I will not
 9   be in the same room as the witness.
10   Instead, I will record the deposition
11   remotely.  Additionally, our court reporter
12   will also not be in the same room and will
13   swear the witness remotely as well.
14            Do all parties stipulate to the
15   validity -- excuse me -- validity of this
16   remote video recording and remote swearing,
17   and that it will be admissible in court as
18   if it had been taken following the Rule 30
19   of the Federal Rules of Civil Procedure and
20   the State's rules where the case is
21   pending?
22            MS. ADAMS:  Yes, plaintiff
23   Loggerhead Holdings does agree.
24            MS. LITTLEFIELD:  Yes, on behalf of
25   the defendants, I'll agree.
```

JOHN DIXON - 2/19/2021

1  owner of Loggerhead.  Is that right?
2      A.  Yes, ma'am.
3      Q.  How long have you owned Loggerhead?
4      A.  Since -- it -- I incorporated
5  Loggerhead in 1998.
6      Q.  Was there a related entity that
7  existed before 1998?
8      A.  Yes.
9      Q.  What was that entity?
10      A.  Nekton, Inc.  Nekton Diving
11  Cruises, Inc.
12      Q.  When did you found -- or when was
13  Nekton Diving Cruises, Inc. established?
14      A.  I'd want to double-check public
15  records.  I think it was '92.  I'm not sure if
16  you have any of these documents now.
17      Q.  And was there another related entity
18  before Nekton Diving Cruises, Inc., or was that
19  the first one for this business?
20      A.  No, ma'am, there was another one.
21      Q.  What was the previous entity?
22      A.  Nekton Adventure Cruises, Inc.
23      Q.  And approximately when did you found
24  that?

JOHN DIXON - 2/19/2021

1      A.  1990 maybe, '91.  Going back quite a
2  ways.
3      Q.  Were there any entities that existed
4  before Nekton Adventure Cruises, Inc. for this
5  business, or is that the first?
6      A.  I think that was the first entity.
7      Q.  Would -- as I understand it,
8  Loggerhead is a -- a scuba -- well, you tell me.
9  How would you describe Loggerhead's business?
10      A.  Yeah, it's a scuba diving niche
11  cruise operator with -- with affiliated parts of
12  that business.
13      Q.  And were Nekton Diving Cruises, Inc.
14  and Nekton Adventure Cruises, Inc. in that same
15  line of business?
16      A.  Yes, ma'am.
17      Q.  When did you first start a scuba
18  diving niche cruise operating business?
19      A.  The idea started in 1986.
20      Q.  And was that your idea?
21      A.  Yes, ma'am.
22      Q.  And what did you do with the idea?
23  Where did you go from there?
24      A.  I worked weekends and nights to

JOHN DIXON - 2/19/2021

1  develop the idea and including design of the
2  unique vessel, pursued financing, and ultimately
3  realized the construction of the Nekton Pilot,
4  the first vessel.
5      Q.  And when you say realized
6  construction, did you acquire the Nekton Pilot
7  from somebody, or did you build it yourself?
8  Tell me what you remember.
9      A.  So I did the design work and received
10  Coast Guard approval for the design.  It was the
11  first -- or I'm sorry -- the second SWATH
12  passenger vessel ever to be approved by the
13  Coast Guard.
14          And then once we had the approval, I
15  went and pursued financing, finally obtained
16  that, and I lived in Palatka, Florida, in a
17  trailer for almost two years and oversaw the
18  daily construction of the vessel.
19      Q.  When was the Nekton Pilot completed?
20      A.  Like 1994, I believe.  I think it
21  started in '92; finished in '94.
22      Q.  Okay.  So I think you mentioned that
23  Nekton Adventure Cruises, Inc. was formed around
24  1990.

JOHN DIXON - 2/19/2021

1          What was that entity doing to earn
2  revenue?
3      A.  It was not earning revenue at that
4  point.  It was an initial company I was using to
5  pursue financing.
6      Q.  When was the first time you earned
7  revenue from the Nekton Pilot, you being an
8  entity that you own?
9      A.  Nekton Pilot would be after it
10  finished construction in 1994.
11      Q.  Returning to Loggerhead.  What --
12  what are your responsibilities there now?
13      A.  You mean today?
14      Q.  Yes, today.
15      A.  I'm continuing to preserve and
16  maintain the Nekton vessels, engaged in pursuing
17  either additional short-term interim payments or
18  some sort of resolution with BP.  That's probably
19  the major responsibilities.
20      Q.  Today does Loggerhead Holdings or any
21  of its affiliated companies have any employees
22  other than you?
23      A.  No, ma'am.
24      Q.  Going back to the time of the spill,

JOHN DIXON - 2/19/2021

1  so about April 2010, what were your
2  responsibilities at Loggerhead then?
3      A.  I was ultimately responsible, I
4  guess, for everything.  I was -- yeah, president.
5  Is that what you're asking?  I may not have
6  understood the question.  Could you maybe
7  rephrase the question?
8      Q.  Sure.  What was your title at
9  Loggerhead Holdings at the time of the spill?
10      A.  President.
11      Q.  And how would you have described your
12  role at Loggerhead Holdings at the time of the
13  spill?
14      A.  Generally responsible for the
15  operations of the business.
16      Q.  I think you mentioned a few minutes
17  ago that -- that Loggerhead Holdings was in the
18  niche cruise operating business -- or scuba --
19  let me try it again.
20      I think you mentioned that Loggerhead
21  Holdings was in the scuba cruise industry; is
22  that fair to say?
23      A.  Yes, ma'am.
24      Q.  Okay.  Was Loggerhead also involved

JOHN DIXON - 2/19/2021

1  in any other lines of business?
2      A.  Yes, ma'am.
3      Q.  What other lines of bus -- business
4  was Loggerhead involved in?
5      A.  We -- Loggerhead had also owned a
6  shipyard in Port St. Joe, Florida, that was
7  providing maintenance and support for the Nekton
8  vessels but also offered services to outside
9  third parties.  And Loggerhead also was a travel
10  agency that was captive for the cruise business.
11  It sold the cruise fares and sold the cruises,
12  did marketing but also it did airline
13  reservations and could act as a full-service
14  travel agency.
15      Q.  Other than running scuba cruises,
16  owning a shipyard and the work done at the
17  shipyard, and a travel agency, did Loggerhead and
18  its related businesses have any other lines of
19  business?
20      A.  Yes, ma'am, there was an engineering
21  service available through Swacat, it was
22  primarily focused on Nekton but was available and
23  did from time to time outside third-party work.
24  There was also a -- an -- an airplane that was

JOHN DIXON - 2/19/2021

1  used primarily for supporting logistics of the
2  cruise business and the shipyard.
3      There was a -- a service of
4  installing permanent reef moorings and repairing
5  reefs after vessels contact them.  And that --
6  that -- that's what I can think of right now.
7  There might be some other components of the
8  business.
9      Q.  Is it fair to say those other
10  components of the business were in support of the
11  scuba cruise portion of the business?
12      A.  Yes, ma'am.
13      Q.  Did any of the Loggerhead entities
14  own a fishing license?
15      A.  Yes.
16      Q.  Which ones?
17      A.  Nekton Diving Cruises.
18      Q.  -- do business --
19      (Audio dropped.)
20      A.  Primarily our guests were engaged
21  with scuba diving, but there might also be guests
22  onboard that were interested in -- in fishing
23  like reel and rod but also spear fishing.  So we
24  try to maintain that capability for our -- for

JOHN DIXON - 2/19/2021

1  our guests.
2      Q.  So your guests might fish while they
3  were aboard your boats --
4      A.  Yes, ma'am.
5      Q.  -- is that right?
6      Did any of the Loggerhead entities
7  catch fish themselves and sell them for revenue?
8      A.  We -- I -- I don't recall anything
9  like that.
10      Q.  Would you have considered any of the
11  Loggerhead Holdings entities be commercial
12  fishermen?
13      A.  Well, I -- yes, I do.
14      Q.  Which -- which one?
15      A.  My opinion the operations that we
16  engaged in were very similar to commercial
17  fishing.
18      Q.  Do you think the operations you
19  engaged in were similar to commercial fishing or
20  were commercial fishing?
21      A.  I'm not sure I understand your
22  question.
23      Q.  You said in your opinion the
24  operations that you engaged in were very similar

Page 26

JOHN DIXON - 2/19/2021

1    to commercial fishing.
2            Q.   In what way were your operations very
3    similar to commercial fishing?
4        A.   Fishermen depend on a natural
5    resource to be healthy and vibrant and have fish
6    in the natural resource that can be pecken and
7    eaten.   In much the same way our scuba diving
8    activity depends on a healthy, natural shared
9    resource where our divers can actually enter the
10   water and enjoy looking at the fish and taking
11   pictures of them.
12           And so I feel like in the same way a
13   fisherman depends on a shared natural resource,
14   so did the livelihood of our seamen and our
15   maritime business.
16       Q.   Understood.   In your view your
17   business is dependent on the health of the
18   ecosystem, including the fish; is that fair?
19       A.   Yes, ma'am.
20       Q.   But you didn't actually derive
21   revenue directly from selling fish; correct?
22       A.   I guess I would disagree in that
23   we're not selling the destruction or death of the
24   fish, but we are selling the fish.   Our divers

Page 27

JOHN DIXON - 2/19/2021

1    would not be so interested to go diving if there
2    weren't fish for them to see and to enjoy and
3    take photos of.
4        Q.   Have any of your entities ever sold a
5    dead fish for revenue?
6        A.   I -- I don't recall if that ever
7    happened.   And we're -- a lot of years we're
8    talking about.
9        Q.   Have any of your entities ever sold a
10   live fish for consumption?
11       A.   I'd have to -- I don't recall.   I
12   have to really try to think back.   Sold a live
13   fish for consumption?
14       Q.   Fishing was not a primary portion of
15   any of your businesses; correct?
16       A.   Well, no, I -- I thought I said
17   earlier that it was.   It was an important feature
18   that we could offer our guests.
19       Q.   Maybe it would help if we defined
20   fishing.   What do you understand the word
21   "fishing" to mean?
22       A.   The -- define fishing.   There's spear
23   fishing and long-line fishing and net fishing.
24   There's a lot of different types of fishing, if

Page 28

JOHN DIXON - 2/19/2021

1    you're just saying the word "fishing."
2        Q.   That's fair.   Why don't we do this:
3    I will define what I mean by fishing, and then
4    you can answer based on this definition.
5            If we define fishing as catching the
6    fish to be sold for money, did any of the
7    Loggerhead entities ever derive revenue from
8    fishing?
9        A.   And so I think I have to just say I
10   -- I can't recall at this time.   You know, that's
11   -- I know we've fished, and that was an important
12   part of our operations.   The specific of if we
13   ultimately sold the fish, I'm not sure at this --
14   this moment.
15       Q.   Okay.   And you ran the Loggerhead
16   business?
17       A.   I'm sorry.   Can you say that again,
18   please?
19       Q.   You ran the Loggerhead business?
20       A.   With a lot of help.
21       Q.   And you can't remember one way or the
22   other whether the business was making money from
23   commercial fishing?
24       A.   Right.   I think I would want to go

Page 29

JOHN DIXON - 2/19/2021

1    back and look at the -- all the places that we
2    operated and the different charters that we had.
3    We had a lot of different -- we were hired by
4    universities to go out and capture fish, and so
5    under your definition, I guess that would be we
6    were hired to take live fish.   And so I'm -- I'm
7    reluctant to answer right now.   I just don't
8    recall over 30 years, ma'am, you know, those
9    specifics.
10       Q.   So if you were trying to recall
11   whether you were in the commercial fishing
12   business or not, you said you "would have to go
13   back and look at all the places that we operated
14   and the different charters that we had."
15           What documents would you look at to
16   make that determination?
17       A.   I guess I'd want to look at the --
18   the trip logs, the voyage logs, the sales
19   agreements that we had.
20       Q.   I'm sorry.   What was that last word
21   after voyage logs?   What kind of agreements?
22       A.   The -- I think I said trip logs,
23   voyage logs, and sales agreements.
24       Q.   Did you keep voyage logs for all of

JOHN DIXON - 2/19/2021

1  correct?
2      A.  I feel like I've found something in
3  it with the list of the subsidiaries.  I believe
4  it's missing one that was, in fact, owned
5  entirely by Loggerhead but was not listed.
6      Q.  And was that in the 2007 return or a
7  different year?
8      A.  I think it was carried through for
9  summer returns.  And let's think which company.
10  Port St. Joe Boatworks & Dry Storage, I believe
11  that was omitted.
12      Q.  So Loggerhead's tax returns
13  unintentionally omitted one of the subsidiaries
14  from the list of companies, but other than that,
15  sitting here today, you believe this information
16  to be accurate and correct?
17      A.  Yes, ma'am.
18      Q.  When did you discover that subsidiary
19  was missing from this?
20      A.  The last few weeks or month, I
21  believe.
22      Q.  And did you file any amendments to
23  your tax returns to reflect that?
24      A.  Not yet.

JOHN DIXON - 2/19/2021

1      Q.  Do you intend to?
2      A.  Perhaps.  Starting to investigate
3  further.
4      Q.  If you take a look at line 9 on this
5  first page.  Do you see where it says "Repairs
6  and Maintenance"?
7      A.  I see that.
8      Q.  And next to Repairs and Maintenance,
9  it says $566,079?
10      A.  Yes, ma'am.
11      Q.  Is it accurate that in 2007, the
12  Loggerhead Holdings entities collectively
13  incurred about $566,079 in repair and maintenance
14  costs?
15      A.  Yes, ma'am.
16      Q.  Would those costs have largely been
17  for the Pilot and Rorqual?
18      A.  Well, for the shipyard, for the
19  boatyard, for the airplane, for the office
20  building, that's, you know, all the -- all the
21  interests -- all my business interests are
22  reflected in this tax return.
23      Q.  And for the $566,000.79 of repairs
24  and maintenance, was that all costs that you paid

JOHN DIXON - 2/19/2021

1  to entities other than Loggerhead Holdings
2  entities?
3      A.  Yes, ma'am.
4      Q.  So in other words, if your -- your
5  own employees were doing repairs and maintenance
6  costs on the Nekton Pilot, that would be counted
7  under salaries and not under repairs on your tax
8  return?
9      A.  Correct.
10      Q.  Was this a typical amount of repairs
11  and maintenance costs for -- for a given year?
12      A.  I -- I probably would like to look at
13  some of the other years to make an opinion on
14  that.
15      Q.  Okay.  But -- oh, pardon me.  Go
16  ahead.
17      A.  Yeah, I haven't really memorized
18  these tax returns, but I could -- if we wanted to
19  look at, you know, '08 or '06 or '09.
20      Q.  Understood you haven't memorized
21  these.  It's not a memory test.  But -- but you
22  -- you ran the business day-to-day; right?
23      A.  I was in -- in the present, yes,
24  ma'am.

JOHN DIXON - 2/19/2021

1      Q.  It looks like in -- in 2007, gross
2  receipts or sales were right around $3.9 million?
3      A.  Yes, ma'am.
4      Q.  And salaries and rage -- wages were a
5  little over $900,000?
6      A.  Yes, ma'am.
7      Q.  So salaries and wages were just under
8  25 percent of your gross receipts?
9      A.  Okay.  Yeah.
10      Q.  Was that a -- was that a typical
11  ratio for your business?
12      A.  Again, I apologize, I haven't
13  memorized these tax returns.
14      Q.  So in running your business, you
15  didn't track what percentage of your revenues you
16  were paying out in salary?
17      A.  I knew what salaries were.  And are
18  you -- so you're asking -- can you rephrase the
19  question?
20      Q.  Yep.  I asked if it was typical for
21  your business for salaries and wages to be
22  approximately 25 percent of revenues.
23      A.  Well --
24      Q.  And my question for you is:  Is that

JOHN DIXON - 2/19/2021

1    A.  Would -- based on 20 -- a couple of
2    decades of operations, it would not have been
3    half booked.  It would have been -- it's like our
4    number one most popular itineraries are our
5    summer trips.  So we would have seen it hit that
6    number and then brought the Pilot back online.
7        Q.  So you -- it was your expectation
8    April 2010 that the Rorqual would end up fully
9    booked for the summer trips?
10       A.  What we consider fully booked, yes.
11   Maybe to explain a little bit, like, so many
12   people are used to the -- the cruise industry,
13   the big cruise ships, they'll say, oh, we had
14   110 percent capacity.  Well, they -- they have
15   cabins that have like pilot berths and they can
16   put more than two people in the cabin.  So
17   they'll quite often say, oh, we were running in
18   excess of 100 percent.
19           We didn't have that capacity, so
20   fully booked for us would be, you know -- again,
21   we were small numbers so trying to book the last
22   spot is always hard.  That has to be a single
23   passenger.  Inevitably, you might have a family
24   of four wants to call it, but you only have one

JOHN DIXON - 2/19/2021

1    cabin available, so it's always challenging to
2    fill those last spots.
3        Q.  So we're -- we're pretty happy if
4    we're starting to see, you know, mid 20s.  Like
5    the week of the Deepwater Horizon explosion, the
6    Rorqual was on charter with 29 passengers.  It
7    had 30 booked.  Somebody didn't make it that --
8    that Saturday boarding, but 29 passengers at
9    $57,000 of revenue literally that week that the
10   Deepwater Horizon.  So that was a typically, you
11   know, that was a good week.  That was a great
12   week.
13       Q.  How much revenue do you -- do you
14   need from a trip to break even?
15       A.  We -- we would particularly like to
16   see 20 people -- 20 guests, fare-paying guests on
17   a trip, and that was a -- that was a trip that
18   was always well worth running.
19       Q.  At the time of the spill, you were
20   not taking reservations on the Nekton Pilot?
21       A.  Agreed.
22       Q.  And at the time of the spill, the
23   Nekton Pilot was still undergoing the refit that
24   had begun in November 2009?

JOHN DIXON - 2/19/2021

1        A.  Yes, ma'am.
2        Q.  I think you said earlier there was a
3    set of approximately 17 to 19 people who were the
4    Nekton Pilot crew; is that right?
5        A.  Yes, ma'am.
6        Q.  When is the last time Loggerhead paid
7    those individuals to go on a -- on a trip on the
8    Pilot?
9        A.  I'm sorry.  Can you rephrase -- or
10   say the question again?
11       Q.  Sure.  Yeah, I can rephrase.
12           What were those Pilot crew members
13   doing when the Pilot was undergoing refit?
14       A.  Oh, okay.
15       Q.  Were they still employees of
16   Loggerhead?
17       A.  Yeah, some of them had switched over
18   to the Rorqual.  Some of them were taking
19   extended breaks.  I want to say one or two maybe
20   were actually working at the yard.  So those who
21   wanted to, I think for the most part, we were
22   able to make room on the Rorqual for them to
23   shift over.
24       Q.  And then had you communicated to them

JOHN DIXON - 2/19/2021

1    that you would be starting up trips again in June
2    and they should come back then?
3        A.  Yeah, I would think that was -- yeah,
4    that would be common knowledge inside the --
5    inside the company.
6        Q.  How would that be common knowledge?
7    Is that something that you directly communicated
8    to the employees who were no longer working day
9    to day at Loggerhead?
10       A.  I don't know that I would have
11   communicated to the employees that were no longer
12   working at Loggerhead.  But to the staff on the
13   Rorqual -- I'm sorry -- yeah, the staff on the
14   Rorqual who moved over from the Pilot would have
15   been an expectation of, you know, making their
16   way back to the yard and -- and getting the boat
17   restarted and heading south.
18       Q.  I think you said some of the Nekton
19   Pilot crew had gone to do other job on-site and
20   some were taking an extended break; is that
21   right?
22       A.  Yes, ma'am.
23       Q.  Okay.  So of the folks on the
24   extended break, was the expectation that they

Page 130

```
 1              JOHN DIXON - 2/19/2021
 2        A.  Yeah, I -- I feel like we're -- we've
 3  talked about it.  It was somewhat conditional
 4  based.  The overall plan was to restart in June,
 5  but it was conditional based that we wanted to
 6  ensure that the Rorqual was at a reasonable
 7  capacity before we opened up the Pilot.  And
 8  based on --
 9        Q.  And if the -- sorry.  Please.
10        A.  And based on 20 years of operations
11  and seeing how our reservations happened, we
12  fully expected that to happen in the month of
13  May.
14        Q.  Restarting your Pilot trips was
15  conditional based on whether the Rorqual was at a
16  reasonable capacity, but based on your
17  experience, you expected that to happen by
18  June 1?
19        A.  Yes, ma'am.
20        Q.  Okay.  I think I understand.  Do you
21  have a view of what the value of the Nekton Pilot
22  was at the time of the spill?
23        A.  Yes, ma'am.
24        Q.  What do you believe the value of the
25  Pilot was at the time of spill?
```

Page 131

```
 1              JOHN DIXON - 2/19/2021
 2        A.  As a con -- part of the -- or a
 3  condition of the insurance, the boats were
 4  basically surveyed every three years.  So in 2009
 5  both vessels had just had surveys.  The Rorqual,
 6  I believe, was 3.5, and the Pilot, I believe, it
 7  was 2 as a -- as a surveyed, third-party
 8  professional survey.
 9        Q.  Is that survey done by the insurance
10  company, or by a third party at the request of --
11        A.  They direct us to hire a professional
12  surveyor.
13        Q.  And did the surveyor provide
14  valuation reports?
15        A.  Yes, ma'am.  And they've been
16  submitted somewhere in the -- the thousands of
17  pages that we've submitted there to our attorney.
18        Q.  Okay.  Well, we'll take a look, and
19  to the extent they have not already been
20  produced, then we request the survey reports of
21  the value of the Rorqual and the Pilot, you know,
22  from -- up -- up to date?
23        A.  Yes, ma'am.
24        Q.  But I'm curious of something you said
25  to me.  The -- you initially bought the Rorqual
```

Page 132

```
 1              JOHN DIXON - 2/19/2021
 2  for 2.8 million in 2001; correct?
 3        A.  Yes, ma'am.
 4        Q.  And it was worth 3.5 million by --
 5  oh, I'm sorry -- what year did you say that the
 6  -- that the survey occurred?  2009?
 7        A.  Yes, ma'am.
 8        Q.  Okay.  So let me ask again.  You
 9  initially bought the Rorqual for 2.8 million in
10  2001, and it was worth 3.5 million in 2009.
11        Do you have a sense of what caused
12  the value to increase?
13        A.  So one -- one correction,
14  Ms. Littlefield.  We didn't buy the boat; I built
15  it.  So if I had gone to a third-party shipyard
16  and had them built it, then I would have bought
17  it from them.  At that point, they'd be adding in
18  for sure, you know, margin for profit.  But the
19  biggest margin would have been in the
20  uncertainty.
21        So we had become at that point the
22  premier SWATH builders in the world.  Most yards
23  were very intimidated to bid on a SWATH vessel.
24  It looks like a lot more cost.  And so likely if
25  you went out to the market and said, hey, I want
```

Page 133

```
 1              JOHN DIXON - 2/19/2021
 2  to replace this boat, it might be double the cost
 3  of what we were able to build for ourselves.
 4  Does that make sense?
 5        Q.  Uh-huh.  So going back in time,
 6  1994-ish when you first bought -- well, when you
 7  first built the Pilot, you paid $2.4 million to
 8  build it.  Did you -- so -- pardon me?
 9        A.  Yeah, again, I was actively involved
10  with the build, and many of the components I was
11  paying for directly and overseeing the work.  So
12  the yard essentially built the skeleton, if you
13  will, the structure.  I built out the interior
14  with my own people and myself, you know, late
15  into the night and everything.
16        So that it's the same case, that's my
17  cost to build it.  It's not really a cost to go
18  out and buy a boat.
19        Q.  And moment ago you said that if you
20  went out to the market to buy the boat, you
21  thought it would be about double the cost; is
22  that right?
23        A.  Yes, ma'am.
24        THE WITNESS:  I apologize,
25  Ms. Littlefield, I may be the oldest one in
```

Page 134

JOHN DIXON - 2/19/2021

1    the call, and, you know, as an older man,
2    you can't go too long without the -- are we
3    near a stopping point?
4         MS. LITTLEFIELD:  We can take a
5    break if you need.  How long of a break
6    would you like?
7         THE WITNESS:  This could be a short
8    one.  I don't really need to stop for
9    lunch, but if I can just hit the bathroom.
10        MS. LITTLEFIELD:  You need ten
11   again?  Does that work?
12        THE WITNESS:  Ten minutes would be
13   great.
14        MS. LITTLEFIELD:  Does that work
15   for you, Caroline?
16        MS. ADAMS:  Yes, that's fine.
17        MS. LITTLEFIELD:  Okay.  Good.
18        THE WITNESS:  Thank you, everybody.
19        THE VIDEOGRAPHER:  We are going off
20   the record at 12:28 p.m.
21        (Break from 12:28 p.m. to 12:39 p.m.)
22        THE VIDEOGRAPHER:  This marks the
23   start of the Media No. 4.  We are back on
24   the record at 12:39 p.m.

Page 135

JOHN DIXON - 2/19/2021

1         Q.  (BY MS. LITTLEFIELD)  Welcome back,
2    Mr. Dixon.  You understand you're still under
3    oath?
4         A.  Yes, ma'am.
5         Q.  We were just talking about the value
6    of the vessels, and you mentioned that there was
7    an insurance survey done in 2009.
8             Is it correct that the value of the
9    Nekton Rorqual in 2009 was 3.5 million?
10        A.  Okay.  I'm sorry.  You're talking
11   about the Nekton Rorqual based on the 2009
12   survey?
13        Q.  Yeah.  Is it correct that the Nekton
14   Rorqual's value in 2009 was 3.5 million?
15        A.  I -- I believe it was -- you know, I
16   don't have the report in front of me.  I'm -- I'm
17   pretty sure it was submitted.  But I think it was
18   3.5, pretty sure.
19        Q.  And do you -- you think that was
20   still the value at the time of the spill in
21   April 2010?
22        A.  Yes, ma'am.
23        Q.  In 2009 is it correct that the Nekton
24   Pilot had a value of $2 million?

Page 136

JOHN DIXON - 2/19/2021

1         A.  Yes, ma'am.
2         Q.  Do you think that was still the value
3    of the Nekton Pilot at the time of the spill on
4    April 20th?
5         A.  Yes, ma'am.
6         Q.  I know that you didn't complete the
7    refit of the Nekton Pilot, but how much did you
8    spend on the refit that was completed?
9         A.  Are you asking how much we had spent
10   like in a dollar value at the time of the
11   Deepwater Horizon?
12        Q.  Yes.  And I can -- let -- I can
13   rephrase that.  So we talked earlier that you
14   started a refit project in about November 2009
15   that you anticipated lasting until June 2010;
16   correct?
17        A.  Yes, ma'am.
18        Q.  When you planned that project, did
19   you estimate the total cost of the refit?
20        A.  It wouldn't have necessarily been a
21   formal process because we do it every couple of
22   years.  So I think the numbers we talked about
23   earlier were probably pretty applicable.
24        Q.  I understood that you didn't go

Page 137

JOHN DIXON - 2/19/2021

1    through a formal process.  But at any point in
2    planning a, you know, approximately eight-month
3    refit, did you estimate how much that it would
4    cost to do that?
5         A.  Informally in my mind, absolutely I
6    had an -- an idea.  I don't think there was a
7    document.  It's not -- because it's a small
8    business and I was living it for decades, I -- I
9    don't think we're going to find any sort of
10   formal planning document.
11        Q.  You said, "Informally in my mind,
12   absolutely I had an idea."  You mean you had an
13   idea how much it would cost to do this refit?
14        A.  Yes, ma'am.
15        Q.  What was that idea how much it would
16   cost?
17        A.  I mean, we had that normal refit of
18   the interior, the joiner, the carpets.  In
19   addition, the Pilot was at the age we were doing
20   some steel renewal, and we had to -- we also had
21   it in mind to do a rebuild the main entrance.
22        Q.  And approximately how much did you
23   believe that would cost?
24        A.  The -- the whole projected would have

Page 142

JOHN DIXON - 2/19/2021

1    the revenue in cash is once the bookings start
2    being made, you have deposits, and so that gives
3    us the comfort to go ahead and start spending
4    more money.  But we hadn't seen that wave yet and
5    well, we -- and we weren't expecting it.  It was
6    really May and June are the months that we fill
7    up the boats for the summer.
8        Q.  As of approximately March 20th, did
9    Loggerhead had the cash on hand to pay for the
10   Nekton's Pilot's engines to be rebuilt?
11       A.  I -- I imagine -- I think we had the
12   cash, but I wouldn't want to have spent it
13   without making sure there wasn't any reason to.
14   We knew the timeline in order to put the engines
15   in, so why risk that cash on hand until your
16   bookings are assured in the May booking -- May
17   and June bookings.
18       Q.  Why wouldn't you want to risk that
19   cash on hand until the May and June bookings were
20   assured?
21       A.  In the unlikely event that the
22   bookings didn't come through for the Pilot and we
23   were planning not to run it that summer.
24       Q.  Sorry.  I think you said the bookings

Page 143

JOHN DIXON - 2/19/2021

1    didn't come through for the Pilot.  But were you
2    waiting -- you weren't -- I think you didn't mean
3    to say the Pilot --
4        A.  Oh, I'm sorry.
5        Q.  Okay.  Did you mean the Rorqual
6    there?
7        A.  Well, Rorqual and then we would start
8    booking the Pilot, yes, ma'am.
9        Q.  Okay.  So you said -- so let me ask
10   that again.
11           Why wouldn't you want to risk the
12   cash on hand until the May and June bookings were
13   starting to come in?
14       A.  Yeah, because you'd want to assure
15   that you had made the decision that you're going
16   to be sending the Pilot out for the summer.
17       Q.  Did the May and June bookings come in
18   as expected on the Rorqual?
19       A.  No.  After April 22nd -- after
20   April 20th our bookings collapsed.  We -- we
21   had -- I think we -- I know we submitted that
22   trend.  You could see, you know, at the end of
23   April we were off a little bit, but not
24   significantly.  But by the end of May, we were

Page 144

JOHN DIXON - 2/19/2021

1    not seeing any more bookings.  The phone had just
2    stopped.
3        Q.  By the end of May, you weren't seeing
4    any more bookings?
5        A.  Well, we saw all through the month of
6    May.  To think about it, remember when you woke
7    up on April 21st that morning, was the first you
8    saw of a burning oil rig, and then it didn't
9    leave 24 hour, 7 news coverage until a year
10   later.
11       Q.  You announced the closure of the
12   cruise ships on mid-May; right?
13       A.  May 17th was when we -- that was the
14   same day that the Tom -- or Jeff Masters with
15   Wunderground let the world know that the oil had
16   gotten into the Loop Current and since the day --
17       Q.  What is the Loop Current?  I
18   apologize.  Did I interrupt?  Please, go ahead.
19       A.  Yeah, I'll say the other thing that
20   happened that day was you had Congressman Markey,
21   Representative Markey finally got your client to
22   start releasing underwater footage.  Like the
23   week before, a little snip had gone out, and all
24   the scientists said there's no way it's -- the

Page 145

JOHN DIXON - 2/19/2021

1    release that's being talked about, it's much,
2    much more.
3        And so Representative Markey on the
4    17th started the underwater.  You went to the
5    internet and looked and you could see 24/7 the
6    oil coming out.  So that was -- that was a --
7    that was a big day for us.
8        Q.  I'm sure that was a very memorable
9    day for you?
10       A.  Not in the positive way, but, yeah, I
11   guess.
12       Q.  So -- so let's talk about that.  You
13   announce that you were going to be closing the
14   business on May 17th; right?  When did you come
15   to that decision?
16       A.  I think it was ceasing the
17   operations, and it was that day, May 17th when --
18   when the Loop Current came out, and then
19   basically the projections, you know, like, up
20   until that point the -- your client had been
21   saying -- I mean, literally I -- I want to say it
22   was 42,000 gallons a day is what we're losing,
23   which is like a couple of pools.
24       And the next thing you knew, we had

Page 146

```
1              JOHN DIXON - 2/19/2021
2  an oil slick, you know, 500, 600 miles in
3  diameter, and it wasn't making sense.  The whole
4  public was kind of questioning, and then like
5  April 29th Governor Jindal declared an emergency,
6  and the next day there's oil on the shore in
7  Louisiana.
8          You know, it's hard to, like,
9  appreciate today, but it was really traumatic at
10 the time all that was going on.
11     Q.  So May -- I'm sorry.  So
12 May 17, 2010, is the day you decided to cease
13 operations; is that right?
14     A.  Yes, ma'am.
15     Q.  And -- and one of the reasons was
16 this Jeff Masters report you mentioned and one
17 was Markey having BP release the video.
18          Were there any other reasons that to
19 have led to you deciding to cease operations?
20     A.  Well, yeah, I mean, a bunch because
21 every day along the way you had top hat and junk
22 shot, I mean, it was just like a carnival or
23 circus of attempts just not going to happen.  The
24 Coast Guard's saying it's not going to stop until
25 we bring other big drill rigs out and drill new
```

Page 147

```
1              JOHN DIXON - 2/19/2021
2  holes, and that's 90 to 120 days away.
3          That was announced before the 17th.
4  We had picket boats off of Key West waiting for
5  the oil just to announce.  We had skimmers
6  everywhere.  We had the Coast Guard, like I said,
7  NOAA calling me, he said, Mr. Dixon what is your
8  plans?  We have oil on its way to your operating
9  area.
10     Q.  I'm sorry.  Let me -- kind of let me
11 pause there.  So the Coast Guard -- did you say
12 someone from the Coast Guard called you?
13     A.  Yeah, the Coast Guard if you're a
14 certificated inspected vessel like we were, they
15 keep in pretty close contact.  Matter of fact, I
16 just got a call last week from the Coast Guard in
17 Puerto Rico, it's just like an off -- a watch
18 officer, following up to see what was going on
19 with our boats and if we were soon to be coming
20 back into their region.
21          So they keep a pretty close
22 relationship with boats that are inspected and
23 certified, and it would not be uncommon for us to
24 be getting calls and asking -- like, before a
25 storm, they might call and say, What's your plans
```

Page 148

```
1              JOHN DIXON - 2/19/2021
2  for the hurricane that's coming.
3      Q.  Interesting.  But will say,
4  Mr. Dixon, we have somewhat limited time, so if
5  you can try and keep your answers to -- to my
6  question, I would appreciate that.
7          So who from the Coast Guard called
8  you at around the time of the spill?
9      A.  You know, they're duty officers.  We
10 typically don't take a lot of notes about it and
11 just try to answer their questions.
12     Q.  Okay.  But you think referenced a
13 call from the Coast Guards with particularly in
14 terms of your decision to -- to cease operations.
15 Is there a particular phone call that you're
16 thinking of?
17     A.  Yes, ma'am.  Yep.
18     Q.  Approximately when was that phone
19 call?
20     A.  The week before that 17th date,
21 because I was basically trying to explain to them
22 what our plan was, thinking about it what is our
23 plan --
24     Q.  And so --
25     A.  -- we had been -- go ahead.
```

Page 149

```
1              JOHN DIXON - 2/19/2021
2      Q.  So the -- so the call was
3  approximately the week of May 10th?
4      A.  Yes, ma'am.
5      Q.  Okay.  And did the Coast Guard call
6  you, or you called the Coast Guard?
7      A.  No, they -- they would call me.
8      Q.  Okay.  And was it one -- one specific
9  phone call that you're thinking of or are there
10 multiple?
11     A.  Yeah, I -- it was one -- one call
12 from the Coast Guard, yeah.
13     Q.  Okay.  All right.  Tell me what you
14 recall about that call.
15     A.  They're -- they're pretty regular and
16 pretty short, there's, "What's your plans?"  And
17 my answer was, "I'm not sure yet.  We're watching
18 the situation unfold."  We -- yeah.
19     Q.  And did the person say anything about
20 the -- the spill on the call?
21     A.  Oh, yeah, that was the point of the
22 call, asking me what my plan -- my plan was for
23 the oil that's -- because remember we had NOAA
24 was saying 60 to 80 percent chance of oiling in
25 our operating area, and so the -- they were very
```

Page 150

```
1              JOHN DIXON - 2/19/2021
2    much aware of our operations.
3         Q.  And was that 60 to 80 percent chance
4    that the oil would eventually get to that area
5    or -- is that right?
6         A.  Yes, ma'am.
7         Q.  So at the time that you ceased
8    operations, there was not yet oil in your -- the
9    area in which you operate?
10        A.  It's not clear because of the -- the
11   understanding about the use of the dispersement
12   [sic] where the extent of the oil actually went
13   to.  But it was imminent.  You know, we had --
14   like I said, Wunderground, Dr. Masters was --
15   went on record saying we're within three -- I
16   think it was three to ten days the water had --
17   the oil had entered the Loop Current and we --
18   imminent that oil was going to be getting into
19   those Straits of Florida.
20        Q.  At the time that you ceased
21   operations, were you worried that oil was
22   reaching that area?
23        A.  We were more than worried.  I think
24   we were convinced it was.  It was imminent.
25        Q.  And when you say imminent, you mean
```

Page 151

```
1              JOHN DIXON - 2/19/2021
2    that oil would reach your area very soon?
3         A.  Yes, ma'am.  National Marine
4    Fisheries had already closed down all the
5    Gulf of Mexico right up to the Key West for
6    fishing.  So National Marine Fisheries had
7    already said all this area is going to be oiled.
8    NOAA was saying it.  Coast Guard had come out
9    with an announcement saying oil was going to be
10   imminent as well.  So it wasn't really any voices
11   saying what it wasn't going to be.
12        Q.  All right.  Your fear that oil would
13   reach your area soon?
14        A.  Yes, ma'am.
15        Q.  When you say "your area," what area
16   are you talking about?
17        A.  We -- our most popular itinerary is
18   essentially the Florida Keys, south of Key West
19   called Cay Sal Bank.  It's the other side of the
20   Florida Straits, the Gulf Stream moves through
21   that area.
22        Q.  On your Cay Sal Bank itinerary, where
23   did the boats start from?  Or did it -- did the
24   boats stay within the Cay Sal Bank area the
25   entire time?
```

Page 152

```
1              JOHN DIXON - 2/19/2021
2         A.  They would start at a conveniently
3    accessible port for our passengers, which was
4    either Port Miami or most often Port Everglades,
5    Fort Lauderdale.  And to go to the Cay Sal Bank
6    legally, you first have to clear customs with the
7    Bahamas.
8              There is not a customs station on the
9    Cay Sal Bank.  It's a really large, remote,
10   mostly underwater area, seamount, if you will.
11   So to -- to do that trip legally, you need to go
12   over to Bimini or Cat Cay first, clear customs
13   there, and then you can go to the Cay Sal Bank.
14             And then you need to go back to
15   Bahamian customs before you come back to the US,
16   which was a huge competitive niche for us because
17   no other boats really had the range or the
18   stability to get out into open ocean and make a
19   cruise like that.  It's a long -- it's like a
20   600-mile trip during the week.
21        Q.  I'm going to switch back to an
22   exhibit we looked at earlier, so you should also
23   have it.  But let me know.  I'm fine to resend
24   it.
25             MS. LITTLEFIELD:  Can y'all see my
```

Page 153

```
1              JOHN DIXON - 2/19/2021
2    screen?
3              MS. ADAMS:  I can.
4              THE WITNESS:  I can.
5         Q.  I'm showing you, again, this
6    itineraries, which we previously entered as
7    Exhibit 2.  And I'm going back down to
8    Cay Sal Bank.  So on Exhibit 2 I'm now showing
9    you page 14.  There's a -- a map here showing
10   various routes.
11             Is this an accurate reflection of the
12   routes that your boats would take on the
13   Cay Sal Bank trips?
14        A.  There -- Anguilla would often be part
15   of that trip as well.  Like, you see the
16   writing's there, but the arrow doesn't point
17   there.  And the -- the actual geometry is
18   distorted but that's just an artifact, I guess,
19   of the graphic side.  It's really much farther
20   south.  But, yes, ma'am, that -- that's generally
21   the itinerary.
22        Q.  And is that generally the route that
23   you would take?
24        A.  Yes, ma'am, for the Cay Sal trip, we
25   would first go to Cat Cay, clear customs there;
```

JOHN DIXON - 2/19/2021

1   JOHN DIXON - 2/19/2021
2   Orange Cay, spend a day there; and then the
3   remaining week at the Cay Sal Bank.  We did the
4   trip back from Elbow Cay to Bimini.  It's a long
5   run, but it was doable in the night because we
6   were able to get into the Gulf Stream, and that
7   was like 2.5 to 3.5 knot following current.
8           One of the reasons we went to
9   Orange Cay was to get out of the Gulf Stream for
10  the trip south.
11          Q.  Okay.  So the reason that we started
12  talking about Cay Sal Bank is you've testified
13  that when you decided to cease operations on
14  May 17th, you were worried that oil would
15  imminently arrive in the areas in which you
16  operated, and that Cay Sal Bank was one of those
17  areas.
18          Are there any other routes that you
19  took with your trips that went into waters that
20  you feared would be oiled too?
21          A.  Yeah.  Are you able to -- I guess I
22  can -- that same brochure -- oh, yeah.  Medio
23  Reef -- are you able to scroll to page 10.
24          Q.  Sure.  So now we've got page 10 of
25  Exhibit 2 up.

1   JOHN DIXON - 2/19/2021
2           A.  Yeah.  Thank you.  Medio Reef would
3   be imminently impacted.  There's a Cay Lobos
4   itinerary.  I'm just scrolling looking for it.
5           Q.  I think Cay Lobos is on page 16.
6           A.  Perfect.  Yeah.  Thank you.  Yeah, so
7   those three itineraries would be directly
8   impacted because they're in the direct path of
9   the Gulf Stream, which is fed by the Gulf -- by
10  the Loop Current.
11          Q.  Just before we move off of this.  So
12  the three itineraries that you were worried about
13  oil potentially coming in to that area were the
14  Medio Reef, the Cay Lobos, and the Cay Sal Bank;
15  is that right?
16          A.  Yeah, those specifically were we were
17  concerned about all of our itineraries because
18  there was a significant concern that once the oil
19  got into the Loop Current and then into the
20  Gulf Stream, the Gulf Stream just continues right
21  around the entire southeast coast of Florida and
22  into the Bahamas.
23          So the -- the concern absolutely was
24  that all of our summer itineraries would be
25  impacted.  And for sure if you're a -- a

1   JOHN DIXON - 2/19/2021
2   traveling diver and you have -- you know, there's
3   lots of places in the world to go diving.  If you
4   had your choice where it's time and money, would
5   you even risk anything near an oil spill when you
6   could just go to Hawaii or California or -- you
7   know, or the Pacific or the Red Sea.  So all of
8   our itineraries were dramatically affected by the
9   threat of oil.
10          Q.  You've mentioned the Loop Current a
11  couple of times.  What is Loop Current?
12          A.  There's, yeah, geostrophic gyre in
13  the Gulf of Mexico that rotates generally
14  clockwise.  The water comes up between Cuba and
15  Cozumel, funnels into the Gulf of Mexico, circles
16  around in kind of a -- yeah, like I said,
17  clockwise direction, and it follows the southwest
18  coast of Florida down to the Marquesses and the
19  Florida Keys, at which point it accelerates and
20  it gets choked down.
21          Between the Cay Sal Bank and the
22  Florida Keys is a very narrow geological or
23  geo -- or geological formation, it's like a --
24  like a canyon, if you will.  So you have this
25  huge amount of water that's slowly going around

1   JOHN DIXON - 2/19/2021
2   the Gulf of Mexico in a loop, and then it meets
3   the Gulf Stream and it tries to funnel through
4   that canyon, if you will, and it accelerates.
5           So if you're off of Tampa, the
6   current could be a quarter knot.  You know, if
7   you even noticed it, it's very slow moving, but
8   once its gets down to the Marquesses and Florida
9   Keys, it accelerates upwards of 3.5, 4 knots.
10  It's like a bit of a rocket.
11          In the outer edge of that general
12  turn is the Cay Sal Bank.  So Cay Sal Bank,
13  because the surface -- you know, absent of a wind
14  effect, the surface will tend to migrate to the
15  outboard side of a turn, if you will.
16          So the Cay Sal actually has a higher
17  likelihood of oiling than the Florida Keys did in
18  the absence of wind.  There's some counter to
19  that because our -- normally our trade wind is
20  southeast, so both the Florida Keys and the
21  Cay Sal Bank were in a -- in a very high
22  likelihood, depending on the wind conditions for
23  that day of oiling, once the wind moved through
24  the Loop Current down to the Gulf Stream.
25          Q.  Okay.  So your concern was the oil

Page 158

JOHN DIXON - 2/19/2021

```
 1                JOHN DIXON - 2/19/2021
 2   would move through the Loop Current to the
 3   Gulf Stream and end up overlapping with some of
 4   your itineraries?
 5        A.   Yes, ma'am.
 6        Q.   And that was your concern as of
 7   May 17, 2010?
 8        A.   Absolutely, yes, ma'am.
 9        Q.   But those areas had not yet been
10   oiled, that you were aware of?
11        A.   No.  But it was imminent.  You had,
12   like I said, Wunderground, remember the
13   meteorologist, renowned expert looking at
14   satellite imaging said, Okay, folks, game over.
15   Water is in the Loop Current, it's on its way.
16   You had --
17        Q.   Let me pause you there because you've
18   mentioned that a couple of times.  So this
19   Weather Underground, can you tell me more about
20   that?
21        A.   Yeah, it's interesting, I'm the
22   oldest one here and maybe I remember it the best.
23   But I think of the -- the storm guy today as it
24   was The Weather Channel, Jim Cantore, there was
25   like an equivalent figure up before the oil spill
```

Page 159

JOHN DIXON - 2/19/2021

```
 1                JOHN DIXON - 2/19/2021
 2   of the Wunderground.  It was like a website with
 3   commentary, and anywhere in the world, you'd get
 4   this really great explanation of what was
 5   happening from a weather point of view, and it
 6   was Dr. Masters.
 7             And so he was like the noted
 8   authority on, you know, weather events and -- and
 9   around the world, he kind of covered events
10   around the world.  So he was focusing on the oil
11   spill at the time.
12        Q.   And it sounds like Dr. Masters posted
13   a certain article that was one of the reasons
14   that you ended up ceasing operations; is that
15   right?
16        A.   I think it was more than the article.
17   If I remember, I think it was in the news it was
18   -- you remember, it was 24/7 coverage.  I want to
19   say it -- I think it was pretty well known to the
20   general public that, oh, no, you know, everyone
21   was worried about it getting to the Loop Current
22   and then it was, okay, it's there.
23        Q.   Yeah, I understand.  It sounds like
24   there were multiple different things going on
25   that led to you to have a concern that the oil
```

Page 160

JOHN DIXON - 2/19/2021

```
 1                JOHN DIXON - 2/19/2021
 2   could get to your itineraries.  So, you know, the
 3   Markey video, the NOAA call, the Masters'
 4   article.  So I understand the sort of big picture
 5   things happening.  I'm just trying to understand
 6   what this article is you're referring to.  So I
 7   understand if there were other things.
 8             Did Dr. Masters write a particular
 9   article that contributed to your decision to
10   cease operations?
11        A.   I believe it was an update on the
12   Wunderground, his website, and then also I
13   believe that I was hearing it in the general
14   media, the news coverage.
15        Q.   Okay.  So the -- an update on his
16   website.  What was the update on his website?
17        A.   Yep.
18        Q.   What was it?
19        A.   It was like a -- a blog.  I haven't
20   Googled it lately, but I don't know if there's
21   vestiges of it left.  There was probably -- I'm
22   sure the web crawlers have captured it -- but it
23   was, you know, kind of like what we call today a
24   blog, if you will.
25        Q.   I'm not asking what his website was.
```

Page 161

JOHN DIXON - 2/19/2021

```
 1                JOHN DIXON - 2/19/2021
 2   You have said a couple of times now that
 3   Dr. Masters said something about -- posted an
 4   update about oiling and that that update
 5   contributed to you ceasing operations.  I'm
 6   trying to just understand what was the content of
 7   that update.
 8             What did you hear from Dr. Masters
 9   specifically that contributed to you ceasing
10   operations?  Do you recall?
11        A.   Yes, ma'am.  The oil from the
12   Deepwater Horizon Macondo well had now officially
13   entered the Loop Current.  That's the message on
14   that day.
15        Q.   Okay.  So you saw a message from
16   Dr. Masters that oil had entered the
17   Loop Current.  And how did that contribute to
18   your decision to cease operations?
19        A.   That meant oiling of the Florida Keys
20   and the Cay Sal Bank and everywhere that we
21   operated was imminent, days to maybe weeks.
22        Q.   I want to go back, maybe five or ten
23   minutes ago we were talking about a phone call
24   that you got maybe from the Coast Guard; is that
25   right?
```

JOHN DIXON - 2/19/2021

1
2        A.  Yes, ma'am.
3        Q.  Did -- on that phone call in mid-May
4    from the Coast Guard, other than asking what you
5    planned to do with your business, did the
6    Coast Guard give you any information that
7    contributed to your decision to cease operations?
8        A.  We -- we knew the companies -- we
9    knew several of the companies that were running
10   the picket boats, and I feel like we maybe had
11   some conversation regarding that.  But the -- it
12   wasn't really like where they were giving me
13   information, they were calling to ask me what my
14   plans were.
15       Q.  And what did you tell them your plans
16   were?
17       A.  I was watching the situation and
18   hadn't decided yet.  We -- we were encouraging
19   our guests who were trying to cancel to wait and
20   see how the situation developed.
21           And that was working fairly well, up
22   until the 17th when the Representative Markey's
23   video came out -- or that BP was forced to start
24   showing the video, and simultaneously with oil
25   getting into the Loop Current, that -- that was

JOHN DIXON - 2/19/2021

1
2    not -- we couldn't overcome that.  At that point
3    we were not going to be able to continue or even
4    contemplate trying to make our summer cruises
5    happen.
6        Q.  You had some routes that went in or
7    around Puerto Rico; is that right?
8        A.  Yes, ma'am.  Part of our winter --
9    remember the -- we talked about our seasonality
10   and our winter strategies, that was part of our
11   winter --
12       Q.  And did you say that the -- the
13   Puerto Rico Coast Guard called you recently?
14       A.  Yeah, last week.  I didn't --
15   apologies, I did not get the gentleman's name,
16   but he was asking me what the status is of our
17   vessels and if we were planning to come back
18   soon.
19       Q.  And what did you tell him?
20       A.  That we were still in litigation and
21   that hopefully we would be soon.
22       Q.  And how often do they call you and
23   check in?
24       A.  Probably even now, maybe twice a
25   year.  They normally would expect us to arrive

JOHN DIXON - 2/19/2021

1
2    sometime in the fall and leave in the spring.  I
3    think that they must have some scheduling system
4    to reach out to us certainly in the fall this --
5    yeah.
6        Q.  And does the U.S. Coast Guard also do
7    these kind of regular check-ins with you?
8        A.  Well, it is the U.S. Coast Guard in
9    Puerto Rico.  So the Coast Guard is divided into
10   separate sectors.  So like in New Orleans, you
11   have Sector New Orleans, and Houston has a
12   sector, and Miami has a sector.  And so Puerto
13   Rico has a sector as well, so it was Sector
14   Puerto Rico that was calling me last week.
15       Q.  Earlier we were talking about the
16   Nekton Pilot and when it was going back into --
17   back into operation.
18           Did Loggerhead maintain a website of
19   some kind?
20       A.  Yes, ma'am.
21       Q.  Did -- were you involved in that
22   website?
23       A.  I mean, ultimately reviewing it, but
24   I was not part of the day-to-day maintenance of
25   it.

JOHN DIXON - 2/19/2021

1
2        Q.  Who would make posts that were on the
3    website?  Who's responsible for it?
4        A.  It could be a handful of people.  Our
5    IT guy.  Our marketing person.  I -- I did have
6    access, so I could do that.
7        Q.  While the Nekton Pilot was undergoing
8    refit, would you have any information for your
9    customers on the website about when the Pilot
10   would be coming back?
11       A.  Not particularly, I don't -- I think
12   it was just part of the -- you know, we would
13   publish schedules.  People could go and see what
14   the schedules were.
15       Q.  Are you familiar with the website
16   Scubaboard.com?
17       A.  Oh, yes, ma'am.
18       Q.  How are you familiar with it?
19       A.  There was the -- early on when
20   websites first started kind of having -- being
21   created, there was a pretty famous case in the
22   scuba industry for a Bruce Bowker out of Carib
23   down in Bonaire.  He was one of the first to have
24   litigation over it was like a former disgruntled
25   employee that had gotten on and said bad things

Page 170

```
1              JOHN DIXON - 2/19/2021
2   generator.
3         Q.  What do you mean by "casualty"?
4         A.  The crank case had a failure --
5   actually, the connecting rod to one of the
6   pistons came free and damaged the crank case.
7         Q.  And that was around March 2010?
8         A.  I would think it was April.  On --
9   somewhere about that time frame.
10        Q.  And the -- when you say that that one
11  of the generators had a casualty, does that mean
12  it was no longer working?
13        A.  Right, it would be inoperable at that
14  time until we repaired it or replaced it.
15        Q.  And how many generators are onboard
16  the Rorqual?
17        A.  Two.
18        Q.  And can you run with just one
19  generator?
20        A.  Yes, ma'am.
21        Q.  And is it safe to operate customer
22  trips with just one generator?
23        A.  Yes, ma'am.
24        Q.  Would it be your -- pardon.  Go
25  ahead.
```

Page 171

```
1              JOHN DIXON - 2/19/2021
2         A.  Obviously we'd like to have two, but
3   it's not -- that's why we have two is for the
4   rare occasions where you have a failure.
5         Q.  If you have a failure of one of the
6   generators during a trip, you would finish that
7   trip; right?
8         A.  Well, you'd start repairing it, you
9   know, depending on the -- the prognosis for the
10  repair.  I mean, the normal operation is you
11  might go a month with one generator running and
12  only one generator running.  And then if you
13  needed an oil change, you would switch to the
14  other generator if it's not imminent.
15        Q.  So there are no Coast Guard rules,
16  for example, requiring you to have both
17  generators running?
18        A.  You're -- no, you're supposed to have
19  both generators running or you're repairing one
20  that's not running.
21        Q.  Are you saying re -- are you saying
22  you're supposed to be repairing one of the broken
23  generators while you're taking customers out on a
24  trip?
25        A.  If you're on a trip and a generator
```

Page 172

```
1              JOHN DIXON - 2/19/2021
2   fails, then, yeah, you're meant to effect repairs
3   on it.  The generators need -- all piece of
4   equipment on a boat are needing to be maintained,
5   which involves shutting them down for periods of
6   time to change oil, change filters, change parts.
7         Q.  When you said that one of the
8   generators on the Rorqual had a casualty, is that
9   capable of being repaired, or does it need to be
10  replaced?
11        A.  Initially you -- we would -- we were
12  trying to repair it, yeah.
13        Q.  Were you able to repair the generator
14  on the Rorqual?
15        A.  I don't -- no, ma'am.
16        Q.  Were you saying you don't know?  Or
17  were you saying no?
18        A.  No, we -- we attempted to repair the
19  generator, and the repairs did not work, so then
20  we went to the next level of replacing the -- the
21  generator engine.
22        Q.  Okay.  And are you able to replace a
23  generator engine while still taking trips?
24        A.  We -- I -- we would -- we -- if we
25  were doing it like in the turnaround day, which
```

Page 173

```
1              JOHN DIXON - 2/19/2021
2   we can, then that would be our plan.
3         Q.  Around April 2010, did you bring the
4   Nekton Rorqual in for repairs?
5         A.  Yes.  Yeah, we were -- one of the
6   reasons the Rorqual came to the shipyard was to
7   do a final repair and replacement of that casual
8   -- casualty generator.
9         Q.  What were the other reasons the
10  Nekton Rorqual came to the shipyard?
11        A.  It's less expensive dockage.  It's
12  better able to do other refit work at the yard.
13  So there was some other items that we were
14  looking to -- to refit as well.
15        Q.  Did you cancel any planned trips or
16  itineraries so that you could do this repair work
17  on the Rorqual?
18        A.  Yes, ma'am, I believe there were two
19  trips that were rescheduled to give us some time
20  to do that repair.
21        Q.  Do you know approximately when that
22  repair began?
23        A.  Rorqual arrived at the yard on
24  May 3rd, and we began to make those repairs
25  immediately.
```

Page 174

JOHN DIXON - 2/19/2021

1          JOHN DIXON - 2/19/2021
2          Q.  Had it just gone out of service on
3   May 3rd, or did it take some time to get the
4   Rorqual from wherever it had been back up to the
5   shipyard?
6          A.  Yeah, finished the charter that it
7   was on during the Deepwater explosion.  So the
8   explosion was on a Tuesday, I believe.  It
9   finished the charter that Saturday and then began
10  the voyage from between our itinerary around the
11  Florida Keys, which involves the Gulf Stream,
12  past to Key West, Marquesses, and then north up
13  to Port St. Joe where our yard is.
14         Q.  When did you make the decision to
15  bring the Rorqual in for repair?
16         A.  When we -- the replacement generator
17  that we put onboard, that repair failed.  It --
18  it was running and then it had like oil pressure
19  problems that we couldn't diagnose on board.  So
20  we made the decision to bring it back to the yard
21  and do another replacement of the generator.
22         Q.  That was prior to the spill; right?
23         A.  That was during the week of the
24  spill.  So we -- we flew out the new generator,
25  we put it onboard, we had extra service help, got

Page 175

JOHN DIXON - 2/19/2021

1          JOHN DIXON - 2/19/2021
2   it running pretty quickly, but was unable to
3   continue the operation because of the low oil
4   pressure problem and we were unable to diagnose
5   it.
6          Q.  I'm going to show you tab 12 again,
7   and this time I'm on page 21.  So I'll share the
8   screen.  Okay.  So I'm on page 21 of Exhibit 4.
9   You'll see here that there's a post from someone
10  named jchobe and the post is dated
11  April 11, 2010.
12         Do you see that?
13         A.  I'm -- yeah, I do now.  What day was
14  that?  I can't see the top.
15         Q.  April 11th.  April 11, 2010.  Okay.
16  This post starts, "I just got back from the
17  Nekton Mayaguana run yesterday.  We ran with only
18  one generator all week long.  Lost a dive or two
19  while we picked up a new generator on the first
20  dive day.  They spent all week trying to get it
21  down to the engine room and installed."
22         Do you see where I just read from?
23         A.  Yes, ma'am.
24         Q.  So is this what you were referring to
25  when you said that you-all tried to find a

Page 176

JOHN DIXON - 2/19/2021

1          JOHN DIXON - 2/19/2021
2   replacement generator and -- and put it on during
3   your trip?
4          A.  It -- it reads like it, right.  I --
5   may I read it again, please?
6          Q.  Of course.
7          (Witness reviewing document.)
8          A.  All right.  I'm sorry.  May -- may I
9   ask you to ask your question again,
10  Ms. Littlefield?
11         Q.  Yep.  You were testifying earlier
12  that before you decided to bring the Rorqual in
13  for repair, you first tried to replace the
14  generator, and that -- that didn't work; is that
15  right?
16         A.  We first tried to repair the
17  generator that was onboard, and then we flew out
18  a replacement generator, yes.  Is that --
19         Q.  Okay.
20         A.  -- I think we're saying the same
21  thing.
22         Q.  And this person posted this on
23  April 11, 2010 and said, "I just got back from
24  the run yesterday," so presumably April 10, 2010.
25  Does that make sense?

Page 177

JOHN DIXON - 2/19/2021

1          JOHN DIXON - 2/19/2021
2          A.  Yeah, I guess.  Yeah.  All right.
3          Q.  So with this in mind, does it sound
4   to you like you-all tried to replace the
5   generator and that failed on or before
6   April 10, 2010?
7          A.  Got back -- yes.  Yeah, that's --
8   he's saying the generator get -- went onboard on
9   Monday; is that right?  We -- the first dive day,
10  so that would be Sunday.  I thought it was that
11  Saturday, but okay.
12         Q.  Okay.  In any event, you had decided
13  to bring the Rorqual back in for repair by no
14  later than April 11, 2010; is that correct?
15         A.  No.  So the generator was being
16  installed -- the new one that week of April 11th,
17  so presumably it was running the next week or
18  two.  The oil -- we -- we got it running and
19  then, like I said, there was this low oil
20  pressure issue that came on after it had been
21  running.
22         So that was the -- the precipitating
23  factor for, okay, well, we need to bring it to
24  the yard and replace it a second time.  That was
25  after this trip.

JOHN DIXON - 2/19/2021

1            JOHN DIXON - 2/19/2021

2     Q.  Okay.  So after the trip where you

3  picked up the generator and installed it, you

4  still did one more trip after that; is that

5  right?

6     A.  I want to look at a calendar.  So he

7  came back the 11th.  Might have done two more

8  trips after that.

9     Q.  But ultimately you decided to repair

10  the Rorqual because this new generator that you

11  picked up in early April didn't work; is that

12  right?

13     A.  Right.  Yeah, when the low oil

14  pressure issue -- when we had an issue start with

15  this low oil pressure, right, we -- part of it

16  was we -- yeah, we were looking for a warranty

17  replacement.  It was a brand-new generator,

18  should have had oil pressure just fine.

19        So that was part of the reason if we

20  brought it back to the yard, we could do a quick

21  turn with that generator.  Hopefully, they would

22  give us a warranty generator to put back in

23  place.

24     Q.  So when -- when the Rorqual came back

25  to dock in April 2010, it was because it needed a

---

1            JOHN DIXON - 2/19/2021

2  generator repaired, not because of the spill;

3  correct?

4     A.  Correct.  It went -- it drove through

5  the spill to get to the yard, but it was not

6  coming back because of the spill at that time,

7  right, May -- May 2nd to May 3rd.

8     Q.  And where did it -- where did it

9  drive through the spill?

10     A.  Yeah, in the Gulf of Mexico.

11     Q.  Where specifically?

12     A.  I've provided satellite tracking.

13  I'm not sure if you have those graphics.  But it

14  was basically south of Port St. Joe, Pensacola

15  area just to the east of the Deepwater Horizon

16  location.

17     Q.  Sorry.  You're saying -- so your --

18  the Nekton Rorqual drove through oil just south

19  of Port St. Joe?

20     A.  Not just south, but south.

21     Q.  Due south.  Okay.  And approximately

22  what date did this occur?

23     A.  Like the evening of the 2nd of May

24  into the morning of the 3rd of May.

25     Q.  Were you aboard the boat at the time?

---

1            JOHN DIXON - 2/19/2021

2     A.  No, ma'am.

3     Q.  So how -- what makes you believe that

4  it drove through oil?

5     A.  The first was that the captain

6  reported it to me, and then the second was about

7  a week and a half later, the yard wanted me to

8  move to boat to get closer to a dock where they

9  could have crane access, and I was unable to get

10  the main engine started.  That's when I under --

11  learned that there was more of an issue.

12     Q.  Okay.  Well, we'll take those one at

13  a time.  So the captain reported it to you.

14        What's the name of the captain?

15     A.  Captain Chris Pierce.

16     Q.  Chris Pierce.  Okay.  And when did he

17  report to you about this issue?

18     A.  Probably on the 3rd.  I was in

19  Houston at the Offshore Technology Conference,

20  and we were talking on the phone, and the topic

21  was the BP oil spill, and he said, "Yeah, we had

22  a horrible night driving through the smell and

23  the stink."

24     Q.  Okay.  So he -- so you had the one

25  telephone call with Mr. Pierce on or around the

---

1            JOHN DIXON - 2/19/2021

2  3rd; is that right?

3     A.  Yes, ma'am.

4     Q.  Okay.  And he reported that they --

5  that the smell from the spill was -- was very

6  strong?

7     A.  Yes, ma'am.

8     Q.  Did he report having seen oil?

9     A.  It was at night and I believe it was

10  the mate was running at the time.  So he was

11  awakened, my understanding, from the smell, but

12  he wasn't driving and couldn't really see because

13  it was nighttime.

14     Q.  He did not report to you that he saw

15  oil; correct?

16     A.  No, he -- he did.  It was mostly they

17  were smelling it.

18     Q.  Yeah, so smell and seeing are

19  different; right?  I understand that Mr. Pierce

20  reported to you that he smelled oil.  My question

21  is different.

22        Did Mr. Pierce report to you that he

23  visually saw oil?

24     A.  I -- the way he saw it in his report

25  to me was in they were getting problems with the

---

Page 182

JOHN DIXON - 2/19/2021

1
2   systems, and they were having alarms and it was
3   overheat alarms.  So he might have seen it in the
4   strainers if he necessarily saw it.  The dive
5   deck had pretty bright lights.  I'm speculating.
6   I don't know that he necessarily said that he saw
7   the oil.  But the back of the boat has pretty
8   bright light, so that might be where he could see
9   the sheen.
10       Q.  Yeah, I'm not asking you to speculate
11  on whether he could see it.  Makes sense to me if
12  it was dark, even if it was there, he wouldn't be
13  able to see it.  But my question is very
14  specific.
15           Did Mr. Pierce tell you he visually
16  saw oil?
17       A.  I'm pretty sure his words to me was
18  it was a -- a overwhelming smell and stink they
19  were dealing with.
20       Q.  Okay.  I understand the -- the smell.
21  My question is specific.
22           Did Mr. Pierce tell you he visually
23  saw oil?
24       A.  I don't recall if he was specific
25  about the visual observation of oil, no, ma'am.

Page 183

JOHN DIXON - 2/19/2021

1
2       Q.  Okay.  And is there anything that you
3   could look at today that would help you remember
4   that?
5       A.  About his comments?
6       Q.  Yeah.
7       A.  No, ma'am.  It was a -- it was a
8   phone call.
9       Q.  Did you take notes on that call?
10      A.  No, ma'am.
11      Q.  And this was a call 11 years ago?
12      A.  Yes, ma'am.
13      Q.  So if you don't recall today whether
14  or not he told you he saw oil, you're not --
15  you're not going to remember tomorrow; right?
16      A.  I -- I'd -- yeah, I don't recall him
17  specifically speaking about the visual
18  observation.  We had overheat alarms,
19  overwhelming smell.  The overheat alarms makes me
20  think he probably observed it in the strainers,
21  but I don't recall that being a specific part of
22  that conversation.
23      Q.  You're not planning to offer
24  testimony in this case that he did tell you he
25  saw oil; correct?

Page 184

JOHN DIXON - 2/19/2021

1
2       A.  No, ma'am.  Not that I'm aware of.
3       Q.  And you were not aboard the ship;
4   correct?
5       A.  Correct.
6       Q.  And so you didn't personally see any
7   oil?
8       A.  I did on the Rorqual when I tried to
9   get the engine started a week -- about a week
10  later.
11      Q.  Okay.  So about a week later the --
12  the Rorqual had made its way to your shipyard; is
13  that right?
14      A.  Yes, ma'am.  On the May 3rd -- I'm
15  pretty sure it was May 3rd it arrived at the
16  yard.
17      Q.  And to get to the yard, it continued
18  to go through the ocean and then the canal and
19  other waterways; is that right?
20      A.  Exactly, yes, ma'am.
21      Q.  Okay.  And at that time you saw oil
22  on the Rorqual?
23      A.  Correct.
24      Q.  Okay.  Tell me about that.
25      A.  So when I got to the vessel, the

Page 185

JOHN DIXON - 2/19/2021

1
2   request from my yard foreman was simple, we just
3   need to shift the boat.  And normally I would
4   just be able to go up to the bridge -- well, I
5   would check oil, check the engines first, but
6   then I'd just start the engines and shift the
7   boat like he wanted.
8           This case they wouldn't start.  So he
9   and I got down and looked pretty closely.  We
10  tried to start them, and I had a good battery.  I
11  had good turn of the -- of the engines.  I was
12  bleeding injectors.  It was on both mains.  We
13  were unable to get them started and concluded at
14  that point that the engines had been overheated
15  and that the headgaskets were now leaking.  And
16  that's the reasonable conclusion.
17          And if you have a diesel engine
18  that's running, then you have these pistons going
19  up and down, a diesel engine does not have a
20  spark plug like a gas engine.  It needs both
21  compression and heat in order for that fuel
22  mixture that goes into the diesel cylinder above
23  the piston to fire.
24          And if you overheat a diesel, as long
25  as it's hot, likely it will keep running, but

Page 186

JOHN DIXON - 2/19/2021

1    once it cools down, in order to restart it, it --
2    it is a very different situation because when
3    it's hot, now you have already heat and
4    compression.
5           If you're low on compression, the
6    heat is enough to get the engine to continue
7    running.  If you don't have compression -- I'm
8    sorry -- if you don't have heat and you don't
9    have compression, which is the case on a cold
10   engine start of a diesel, if you have a leaking
11   gasket head, it's -- it won't start.  And that's
12   what we concluded.
13        Q.  So on that --
14        A.  I can talk a bit more --
15        Q.  On that basis you concluded that the
16   Nekton Rorqual had driven through oil?
17        A.  And I also noticed on the reverse
18   osmosis our water maker, there is a clear hose
19   discharge part of it that runs to the potable
20   water tanks, it was no longer clear.
21           What I observed was not clear.  And
22   then I also in future time was in checking our
23   ballast tanks as she's wet stored and noticing
24   sheen inside the ballast tank.  So part of the

Page 187

JOHN DIXON - 2/19/2021

1    normal operation for the boat is to add and let
2    go of ballast water to maintain the trim.
3           So my conclusion was that at some
4    point while they were running through that oil,
5    they did some ballasting, so that contaminated
6    the ballast tanks.  We also used the sea water to
7    flush the toilets -- we call that service water.
8    So we believe that was affected as well because
9    of the evidence I saw of the water maker stained.
10        Q.  So let me go back to my original
11   question, which was:  Did you personally see
12   oil --
13        A.  Yes.
14        Q.  -- on the Rorqual as opposed to did
15   you see problems with the Rorqual that led you to
16   conclude that it had been oiled?  So let me say
17   that again.
18           Did you personally see oil on the
19   Rorqual?
20        A.  Yes, ma'am.
21        Q.  When?
22        A.  When I was at the yard some -- a week
23   later trying to shift the engines and I was
24   observing the reverse osmosis clear plastic fill

Page 188

JOHN DIXON - 2/19/2021

1    hose that was no longer clear but obviously
2    stained and the color of oil.
3         Q.  And did you visually see any other
4    oil on the Rorqual other than what you just
5    described with the reverse osmosis clear plastic?
6         A.  Yes.  As I mentioned, in the ballast
7    tanks in future -- not that day but future days
8    when I was opening up ballast tanks to check them
9    for maintenance for -- for if there was water
10   accumulating, I -- I witnessed oily sheen and
11   residue that likely, I believe, came from that
12   passage of the boat through Deepwater Horizon
13   oil.
14        Q.  Okay.  So -- and you believe that
15   that oil came from the Macondo well?
16        A.  Yes, ma'am.
17        Q.  And what testing did you do to
18   confirm that that oil came from the Macondo well?
19        A.  At this point, none yet.
20        Q.  Have you preserved the oil you
21   believed you saw in the ballast in the -- in the
22   hose?
23        A.  Yes, ma'am.  The -- the boat is
24   afloat and very much as it was years ago at my

Page 189

JOHN DIXON - 2/19/2021

1    property -- what's left of my property at 5 --
2    1550 Old Dynamite Dock Road.  So it's available
3    for us to -- to go do some testing.
4         Q.  Okay.  But it hasn't -- the -- you
5    didn't grab the -- the water that you thought
6    looked not clear and put it in a tube so it could
7    be tested, it's just there in the boat for the
8    last 11 years?
9         A.  Well, I -- yeah.  And I don't know
10   that it's still water at this point.  You know,
11   it goes through condensation and the tanks will
12   get water accumulated and then we will try to
13   reduce the levels.  So I'm -- I'm having to
14   collect a lot of the water because of this stain.
15   I can't just overboard.
16        Q.  Have you performed any kind of
17   fingerprinting analysis on the oil you believe
18   you've observed on the Rorqual?
19        A.  No, ma'am.
20        Q.  I think you said you believe that the
21   oil you observed on the Rorqual came from the
22   Macondo well though; right?
23        A.  Yes, ma'am.
24        Q.  What is -- what evidence do you have

Page 190

JOHN DIXON - 2/19/2021

1  in support of that belief?
2      A.  I was not aware of any other wells
3  leaking at the time that would have provided that
4  oil that the crew testif-- you know, told me
5  about and that I witnessed myself.  So the
6  deduction.  But I'm anxious to move the case
7  forward and get testing started.
8      Q.  There can be oil in the -- the ocean
9  from sources other than an oil spill; correct?
10     A.  Unlikely to be to that level where
11  there's a pretty strong stench throughout the
12  area.
13     Q.  Got it.  So we were talking about the
14  -- the Rorqual coming back into dock for repair.
15         How long did you anticipate that
16  repair would take?
17     A.  Two weeks.
18     Q.  And what was the basis of that
19  believe that it would take two weeks?
20     A.  The time that it needed to remove the
21  generator and get the new warranty generator put
22  back in place.
23     Q.  And how much did you expect that to
24  cost?

Page 191

JOHN DIXON - 2/19/2021

1      A.  A warranty would have been just part
2  of the original purchase that we did.  As far as
3  outlay, I had my labor on my yard side.
4      Q.  Did you ever start the process of
5  repairing the generator?
6      A.  Yes.
7      Q.  And did you complete that process?
8      A.  No.
9      Q.  I'm going to show you another
10  Scubaboard post.  So I'm sending you a
11  document -- I'm putting it on a screen share.
12         Are you able to see the screen?
13     A.  Yeah.  It takes me a second.  Hold
14  on.
15     Q.  Sure.  While we're looking at that,
16  this is a screenshot of a Scubaboard.com post
17  titled "Diving with Nekton canceled.  Help
18  needed."
19         MS. LITTLEFIELD:  I'm going to ask
20     the court reporter to mark it as the next
21     exhibit, which I believe is Exhibit 5.
22         (Exhibit 5 was marked.)
23     Q.  Do you see here that it's titled
24  "Diving with Nekton canceled.  Help needed"?

Page 192

JOHN DIXON - 2/19/2021

1      A.  Yes, ma'am.
2      Q.  I'm going to take you to the first
3  post, which is dated April 28, 2010.
4         Do you see that?
5      A.  Yes, April 28th.  I see it.  Thank
6  you.
7      Q.  Sure.  This person says, "I am flying
8  from the UK to Miami on the 3rd May for a week's
9  diving in the Keys.  We were then to join the
10  Nekton Rorqual on the 8th May for their trip to
11  the Bahamas.  Today I've been told that the
12  Rorqual is out of service and will not be ready
13  until the end of May and they cannot offer
14  another boat."
15         Do you see that?
16     A.  Yes, ma'am.
17     Q.  Okay.  Is it correct that as of
18  April 28, 2010, the Rorqual was out of service?
19     A.  Yeah, I believe that's consistent
20  with my earlier, you know, description of those
21  two weeks that we canceled.  So the gentleman is
22  confirming that.  Thank you.
23     Q.  And at that time, were you also
24  telling customers that you anticipated the

Page 193

JOHN DIXON - 2/19/2021

1  Rorqual would not be ready until the end of May?
2      A.  That sounds about right, yes, ma'am.
3      Q.  And at this time, April 28, 2010, the
4  Nekton Pilot was also out of service; correct?
5      A.  Yes, ma'am.
6      Q.  So at least for the month of -- of
7  May, the Nekton -- or your -- your business were
8  not generating any revenue from -- from trips; is
9  that right?
10     A.  Correct.
11     Q.  Once the Rorqual went out of service
12  for repairs, why didn't you put the Pilot back
13  into service?
14     A.  I -- yeah, we -- we would not have
15  been able to put her back in service that
16  quickly.  Like, we had our plan for June, but we
17  didn't -- we weren't aware of this -- another
18  failure of the generator.  The low pressure was
19  pretty late, right.  That was in -- well, just
20  prior -- at the end of April.
21     Q.  Well, did the generator fail at the
22  end of April?  I think we saw evidence earlier
23  that you guys had already tried to replace it and
24  that failed in early April?

Page 194

JOHN DIXON - 2/19/2021

1
2      A.  Which we did replace it.  It was
3   running and then it developed a low oil pressure
4   problem which was, okay, let's -- that's a
5   warranty issue.  So that was the end of May where
6   that -- I'm sorry -- the end of April where that
7   decision was made.  There would not have been
8   time to try to finish the refit, including the
9   rebuild.  Even as quick as the rapid rebuild
10  facility is, there wouldn't have been time to
11  have that done certainly for the beginning of
12  May.  Perhaps not -- not -- it would have been
13  June, that was the original plan.  It would not
14  have been really possible to accelerate it.
15      Q.  Once you sent the Nekton Pilot
16  engines down to be rebuilt to Alabama, how long
17  would it have taken to finish the -- the refit of
18  the Pilot?
19      A.  To be -- are you asking how long the
20  rebuild would take or how long the refit would
21  take?
22      Q.  Sure.  Let me ask my question
23  differently.
24          Once you sent the Nekton Pilot
25  engines down to be rebuilt to Alabama, how long

Page 195

JOHN DIXON - 2/19/2021

1
2   would it have taken before the Nekton Pilot could
3   have taken its first trip?
4       A.  The engine rebuild was the critical
5   path, so when they returned from Birmingham, we
6   would install them, weld back up the pontoons,
7   hook back up all the wiring, do all of our tests,
8   put the boat in the water.  And we would have had
9   our Coast Guard inspection at that point as well
10  since she had been out for refit.
11          So there's a variable there.  You
12  have to schedule Coast Guard.  You can't really
13  just snap your finger.  So they typically like to
14  have at least two weeks' notice.
15      Q.  So approximately how long would that
16  whole process have taken?
17      A.  Probably the month.
18      Q.  So as of April 28th, you had still
19  not sent the Pilot's engines to Alabama; correct?
20      A.  Right.  Yeah, we talked about that
21  before.  We were waiting for the May bookings.
22  May and June were sort of like our season to book
23  the summer trips, so we were waiting for those to
24  -- to kick in.
25      Q.  At some point in time, did you lay

Page 196

JOHN DIXON - 2/19/2021

1
2   off or terminate all the crew members of the
3   Pilot and Rorqual?
4       A.  Yeah, we talked about a little bit
5   before.  It's on the Pilot we brought her in
6   October, November, and part of the crew went over
7   to the Rorqual.  Part of the crew actually ended
8   up working at the yard.  Part of the crew was --
9   I say break, maybe they were planning to come
10  back; maybe they weren't.  So that -- that group,
11  you know -- this -- that's what happened there.
12          On the Rorqual we really had a pretty
13  specific refit task for that warranty issue.  The
14  crew had been working super, super hard, and so
15  actually everyone was taking a break.  They were
16  going to take their two weeks and get away and
17  get some good R&R, and then by that point, the
18  yard would have that generator replaced and
19  they'd be heading south.
20      Q.  Okay.  So you're -- you're not
21  currently employing any of those members of the
22  crew; right?
23      A.  No, ma'am.
24      Q.  Okay.  So that was my question is
25  when did you stop employing the members of the

Page 197

JOHN DIXON - 2/19/2021

1
2   crew of the Nekton Pilot and -- and Rorqual?
3       A.  Did I -- Ms. Littlefield, did I
4   answer it, or do you want me to try it --
5       Q.  Yeah, let -- maybe -- maybe I
6   misunderstood, but let me -- let me ask again,
7   you can answer again.
8       A.  Okay.
9       Q.  When did you stop employing the crew
10  members of the Nekton Rorqual?
11      A.  Nekton Rorqual would probably have
12  been that May 17th when we decided to cease the
13  summer operation.
14      Q.  And how did you communicate to your
15  employees that they were no longer going to be
16  employees?
17      A.  I'm pretty sure I probably talked to
18  some of the key, captain, engineer, and our
19  office probably talked to some of the other
20  staff.  And that's all -- you know, everything's
21  happening pretty quickly at that point.
22      Q.  When you brought the Rorqual in for
23  repair, was it dry-docked at that time?
24      A.  No, ma'am.  We had no plan to
25  dry-dock it.  It was just a warranty replacement

Page 198

```
1              JOHN DIXON - 2/19/2021
2    of that generator.  We can do that from --
3         Q.  At some point -- sorry.  At some
4    point in time thereafter, did you dry-dock the
5    Rorqual?
6         A.  No, ma'am.
7         Q.  Why not?
8         A.  Well, why would we?  There was no
9    reason to.  It was just a re -- warranty
10   replacement on that generator.
11        Q.  One of the things that you're asking
12   for in this case is -- is the cost of repairing
13   the Pilot and the Rorqual; correct?
14        A.  Yes, ma'am.
15        Q.  And -- and part of the repairs that
16   they have is mold and mildew from having sat in
17   the water for the last 11 years; is that right?
18        A.  It's not particularly relevant that
19   it sat in the water, it's just that they've sat
20   for 11 years.  But, yes.
21        Q.  Is there any damage to the Rorqual
22   and Pilot caused by sitting in the water
23   specifically?
24        A.  So we're located up this canal that
25   is primarily freshwater, and that's actually a
```

Page 199

```
1              JOHN DIXON - 2/19/2021
2    pretty good environment for the boat to stay in.
3    You probably hear of like these wrecks up in the
4    Great Lakes that they'll find, you know, a decade
5    later.
6              So freshwater in contrast to
7    saltwater is a fairly good preservative, and for
8    the entirety of the hull, it's probably better
9    that it stays in the freshwater than if we hauled
10   it out where it's now subject to oxidation from
11   -- from air.
12             So if you're asking why we didn't
13   haul the Rorqual out, there is really no
14   compelling reason to haul it out.  It's less
15   expensive and we're trying to minimize our costs
16   after the spill.  It's much less expensive to
17   keep it at our facility in the water tied off
18   like it is literally like right now.  It's been
19   in that same position for eight years probably.
20        Q.  Okay.  I'm sending you a document.
21   Okay.  I am showing you a document which is
22   Bates-numbered Loggerhead 00000058.
23             MS. LITTLEFIELD:  Would the court
24        reporter please mark this as an exhibit.
25        And I think we are on Exhibit 6.
```

Page 200

```
1              JOHN DIXON - 2/19/2021
2              (Exhibit 6 was marked.)
3         Q.  Mr. Dixon, do you recognize this
4    document?
5         A.  Yes, ma'am, I do.
6         Q.  What is it?
7         A.  It would -- it would be the 2010 --
8    2010 1120S for Loggerhead Holdings.
9         Q.  And is this a true and accurate copy
10   of that document?
11        A.  I'm scrolling through on the version
12   you sent to me.  Is that okay, just so -- walk
13   through it?
14        Q.  Of course.
15        A.  Okay.  Yeah, as best I can recollect,
16   Ms. Littlefield, this appears to be that 2010
17   return.
18        Q.  We discussed earlier that there's an
19   issue with your tax returns in that one of the
20   subsidiary corporations was omitted.
21             Do you recall that?
22        A.  Yes, ma'am.
23        Q.  Other than that particular issue,
24   sitting here today, do you believe all the
25   information in this tax return is -- is true and
```

Page 201

```
1              JOHN DIXON - 2/19/2021
2    accurate?
3         A.  To the best of my knowledge, yes.  We
4    had switched CPAs in this year.  This is now
5    being provided by Carlin Company, so I have a
6    sense that not all the accounting was carried the
7    same way as it was in prior years.  So I feel
8    like I've seen some -- some -- some differences
9    in the presentation of these statements after
10   Carlin Company.
11             I'm not an expert to say if they're
12   right or wrong or what have you, but to the best
13   of my knowledge, these are licensed CPAs that are
14   doing these returns and that they're correct,
15   yes, ma'am.
16        Q.  You -- you signed the returns before
17   they were submitted?
18        A.  I do, yes, ma'am.
19        Q.  Okay.  And so you reviewed them
20   before signing them?
21        A.  I do, yes, ma'am.
22        Q.  At the time you signed these returns,
23   you believed the information in them to be
24   accurate?
25        A.  Yes, ma'am.
```

Page 202

JOHN DIXON - 2/19/2021

1
2     Q.  Okay.  And so sitting here today,
3  nothing has changed your belief other than that
4  issue relating to the single subsidiary; correct?
5     A.  Well, and the fact that we had a
6  different CPA, so I think there are some entries
7  that don't seem to have the continuity of the
8  prior years from this year forward.
9     Q.  What entries lack continuity from
10  prior years?
11     A.  Well, there is some numbers that are
12  just repeated year after year going forward.
13  Maybe it's not relevant in the context of this
14  2010 that are not changing.  So I'm wondering if
15  that was correct now in hindsight.
16     Q.  When did you first observe that
17  issue?
18     A.  In the last month or two.
19     Q.  Did you call these CPAs to ask them
20  about it?
21     A.  Not yet, no, ma'am.
22     Q.  Have you contacted the CPAs in any
23  way about the error you believe you found in your
24  tax returns?
25     A.  Well, I don't -- again, I'm not an

Page 203

JOHN DIXON - 2/19/2021

1  expert.  I am not characterizing as an error
2  today.  I'm just noticing -- noting it as an area
3  probably for me to do a little more research on.
4
5     Q.  Sitting here today, are you not sure
6  one way or the other whether your tax returns are
7  accurate?
8     A.  I have some questions for returns
9  beginning in 2010 and after that if they are
10  characterizing correctly or consistently with the
11  returns filed prior to 2010.
12     Q.  Sitting here today, you have concerns
13  about the accuracy of your tax returns beginning
14  in the year 2010 and going forward?
15     MS. ADAMS:  Objection.  Asked and
16  answered.
17     A.  I don't know that I would char- --
18     MS. ADAMS:  Mischaracterizes the
19  testimony.
20     A.  I think that I have questions that,
21  again, I'm not a financial expert.
22     THE WITNESS:  Oh, hang on a sec.
23  My -- can you guys hear me?  It looks like
24  my microphone switched.
25     MS. LITTLEFIELD:  We can hear you.

Page 204

JOHN DIXON - 2/19/2021

1
2  Mr. Dixon, can you hear us?  All right.  It
3  looks like we're having a technical issue.
4  Why don't we go ahead and take a break.
5  Let's take a longer one.  Let's do
6  30 minutes so people can grab -- grab some
7  food if they need to and -- and we can deal
8  with this technical issue.  Does that work?
9     MS. ADAMS:  Okay.  That's fine.
10     THE VIDEOGRAPHER:  This marks the
11  end of Media No. 4.  We are going off the
12  record at 2:08 p.m.
13     (Break from 2:09 p.m. to 2:42 p.m.)
14     THE VIDEOGRAPHER:  This marks the
15  start of Media No. 5.  We are back on the
16  record at 2:42 p.m.
17     Q.  (BY MS. LITTLEFIELD) Mr. Dixon, you
18  understand you're still under oath; correct?
19     A.  Yes, ma'am.
20     Q.  You testified earlier that you
21  believe that the Nekton Rorqual was exposed to
22  Macondo oil; is that correct?
23     A.  Yes, ma'am.
24     Q.  Do you believe any other Loggerhead
25  property was exposed to oil?

Page 205

JOHN DIXON - 2/19/2021

1
2     A.  I've been following the science since
3  the spill.  And you're aware BP had set aside
4  $500 million for the GoMRI, Gulf of Mexico
5  Research Institute, and it's just really
6  astounding the amount of information now that we
7  know about the effect of dispersant and the oil
8  becoming entrained in the water and the distances
9  to which it dispersed at that point.
10     So there was not a noticeable affect
11  for me and my property, but I guess I would just
12  reserve for future research if the dispersant oil
13  that was -- actually became -- it's like part of
14  the water column -- I'll think of the word here
15  in a minute -- but, yeah, so nothing that I was
16  visually able to observe at my property at the
17  time of the spill, yes, ma'am.
18     Q.  As of today's date,
19  February 19, 2021, you have not observed any oil
20  on any Loggerhead properties other than the
21  Rorqual; is that correct?
22     A.  That I could observe, yes, ma'am,
23  that's correct.
24     Q.  And as of today's date, you don't
25  personally have any evidence that any properties

Page 206

```
                JOHN DIXON - 2/19/2021
1
2    other than the Rorqual were oiled; is that
3    correct?
4         A.  Yes, ma'am, correct.
5         Q.  And in this lawsuit you are seeking
6    damages for the oiling -- the alleged oiling to
7    the Rorqual; is that correct?
8         A.  Yes, ma'am.
9         Q.  In this lawsuit you are not seeking
10   damages for alleged oiling to any other
11   Loggerhead properties; is that correct?
12        A.  No, ma'am.  I mean it's correct.
13   Maybe you want to rephrase it if I can --
14        Q.  Yeah, why don't I ask it differently.
15             Are you seeking damages in this
16   lawsuit for alleged oiling to any Loggerhead
17   properties other than the Rorqual?
18        A.  No, ma'am.
19        Q.  You announced the -- that the --
20   strike that.
21             You announced that Loggerhead was
22   ceasing operations on May 17, 2010; correct?
23        A.  Yes, ma'am.
24        Q.  Did you post an announcement of that
25   decision on the Nekton website?
```

Page 207

```
                JOHN DIXON - 2/19/2021
1
2         A.  Our company did, yes, ma'am.
3         Q.  Who from the company posted the
4    announcement?
5         A.  The person I thought it was said that
6    it wasn't them, so I don't recall exactly who
7    posted the first notice.  There was a --
8         Q.  Who draft -- oh, pardon me.
9             Who drafted that notice?
10        A.  I --
11        Q.  I'm sorry?
12        A.  I -- I don't recall.  It's a -- it's
13   not clear today.
14        Q.  Did you --
15        A.  I know I had it amended pretty
16   quickly after the first posting came up, but the
17   drafting of the first one is not -- I was mostly
18   up in the Panhandle, so I don't feel like I did
19   it, but it's hard to say.
20        Q.  Did you read the notice before the
21   first time it was posted?
22        A.  I don't -- I think there was a
23   version earlier that I read, but I was surprised
24   when I saw the posting on the website.  And I
25   asked to have it amended or I amended it pretty
```

Page 208

```
                JOHN DIXON - 2/19/2021
1
2    shortly after.
3         Q.  When -- when did you see the posting?
4         A.  Probably the 18th, maybe.
5         Q.  And how long thereafter do you think
6    it was before you amended the posting?
7         A.  Probably within days or a week.  I --
8    again, I don't remember exactly but it -- I did
9    have it amended.
10        Q.  And who did you direct to amend the
11   -- the posting?
12        A.  The person I thought was doing I
13   spoke to recently, and that -- they said they
14   don't remember doing it, so I'm not sure.
15        Q.  Who was the person who you thought
16   posted it?
17        A.  My brother, Ted Dixon.
18        Q.  Does Ted -- did Ted Dixon regularly
19   make posts to the website?
20        A.  He created much of it -- he's the IT
21   person -- but the -- the tentacle background to
22   it was his; the graphics and imaging would likely
23   have been somebody else.
24        Q.  What other Loggerhead employees
25   posted things to the website?
```

Page 209

```
                JOHN DIXON - 2/19/2021
1
2         A.  It could have been my wife, Lynn.  It
3    could have a person named Mandy Waitman.  It
4    could have been -- we had accounting folks that
5    had access to the website for updating the
6    schedules.
7         Q.  The accounting folks?
8         A.  Yeah, there were some accounting
9    people, and also, I believe, Karen in our res
10   office had access so she could update schedules.
11   So there was a few people that had access.
12        Q.  Did you ask your wife, Lynn, if she
13   posted this on the website?
14        A.  Yes.  I mean, she -- I asked her and
15   she doesn't recall.  She doesn't think she did.
16        Q.  Okay.  So sitting here today, you
17   don't know who made the original post on your
18   website that -- about your business ceasing
19   operations on May 17th; is that correct?
20        A.  Exact -- correct, yes, ma'am.
21        Q.  Do you think there's anyone you could
22   talk to or any documents you could look at that
23   would help you recall who posted it originally?
24        A.  I -- I have asked and, you know, I've
25   not -- I've not arrived at an answer.
```

Page 210

JOHN DIXON - 2/19/2021

1
2      Q.  Okay.  That's slightly different than
3  my question which is:  Do you think there's
4  anyone else who you could talk to or any
5  documents you haven't looked at yet that could
6  answer that question?
7      A.  No.  I -- I think I've talked to the
8  people that would have likely to have done the
9  changes.
10     Q.  Okay.  And you believe that the post
11  was updated within a week or two?
12     A.  Yes, ma'am.
13     Q.  I'm sending you a new exhibit.  Tab
14  8, it is a screenshot of the Nekton website dated
15  June 5, 2010.
16         MS. LITTLEFIELD:  I'll ask the
17     court reporter to please mark this as the
18     next exhibit, which I believe is Exhibit 7.
19         (Exhibit 7 was marked.)
20     Q.  All right.  Do you see this document,
21  Mr. Dixon?
22     A.  Yes, ma'am.  Not on -- I'm sorry, not
23  on your screen.
24     Q.  Oh.
25     A.  I see it in my -- where I've opened

Page 211

JOHN DIXON - 2/19/2021

1  it.
2      Q.  Okay.  Do you recognize this
3  document?
4      A.  Yes, ma'am.
5      Q.  What is it?
6      A.  It's a notification that was posted
7  on our website.
8      Q.  Okay.  Can you see here now to the
9  right, it says June 5, 2010?
10     A.  Yes, ma'am.
11     Q.  Then I'm going to scroll down to
12  May 17, 2010, here in sort of the middle of the
13  page.
14         Is that the -- the announcement that
15  was posted on your website as of May 17, 2010?
16     A.  I -- I would -- I wouldn't doubt it.
17  I mean, yeah, I -- if that's what you're
18  representing, yep.
19     Q.  Well, you agree this is a copy of
20  your website; right?  Not representing anything.
21     A.  It looks different to me than what I
22  believe that was there on that date.
23     Q.  What do you believe was there on that
24  date?

Page 212

JOHN DIXON - 2/19/2021

1
2      A.  In the list of reasons where it
3  starts with "Due to the continually increasing
4  cost of operations, discressed -- decrease in the
5  discretionary income of consumers, and overall
6  economic difficulty," I believe that we had
7  edited that shortly after the original posting to
8  add the "BP Deepwater Horizon oil spill," but I
9  see it's not on this -- this copy you have here.
10     Q.  Was this the -- the -- an accurate
11  version of the post as it existed on
12  May 17, 2010?
13     A.  No.  I thought there was more like --
14  there was, like, a complete list of, oh, Lionfish
15  and just a larger list.  This is an interesting
16  document.
17     Q.  Okay.  I may come back to this.
18  Actually, let me just ask you here.
19         Do you see above this, there's a
20  posting from May 28, 2010?
21     A.  Yes, ma'am.
22     Q.  Okay.  And it says, "An Assignment
23  For the Benefit of Creditors proceeding was filed
24  in the Circuit Court for the 17th Judicial
25  Circuit in and for Broward County, Florida."

Page 213

JOHN DIXON - 2/19/2021

1      Is that accurate?
2
3      A.  Yes, ma'am.
4      Q.  Who filed the assignment for the
5  benefit of creditors proceeding?
6      A.  Like, who was the assignee or who was
7  -- which company or --
8      Q.  Did you retain a lawyer to file it
9  for you?
10     A.  Yes, ma'am.
11     Q.  And which entities filed?
12     A.  Well, so no.  I -- we retained an
13  attorney, but that attorney was not the -- and I
14  always get these backwards -- you have the
15  assignee and the assignor.  The assignor is the
16  -- is the person that is receiving the ABC, if I
17  remember correct.
18         So that was different than like we
19  didn't hire this -- the -- this person named --
20  it was like --
21     Q.  Michael Lecker?
22     A.  Right.  Yes, ma'am.  We didn't
23  necessarily hire him.  He was someone that our --
24  I guess we did hire him, but my attorney
25  nominated him as an assignor for these --

Page 214

JOHN DIXON - 2/19/2021

```
1              JOHN DIXON - 2/19/2021
2    Ms. Littlefield, maybe you can help.  Which --
3    I'm trying to find the write-up here.  Which one
4    is the assignee and which one's assignor?
5         MS. ADAMS:  Well, and John, you
6         know, you are the one to ask questions, and
7         so if you don't know, then -- then don't
8         try to say.  So don't speculate.  Okay.
9         THE WITNESS:  Okay.
10        A.  And maybe there's -- you know, the
11   document itself would clarify that for me, the
12   ABC document, the filing.  But okay.
13        Q.  And did -- did Nekton Diving Cruises
14   decide to file an assignment for the benefit of
15   creditors proceeding, or did somebody else
16   institute those proceedings against --
17        A.  Oh.
18        Q.  -- Nekton Diving Cruises?
19        A.  Nekton Diving Cruises elected to file
20   the ABC.
21        Q.  Okay.  And it looks like you filed on
22   May 27, 2010; correct?
23        A.  Yes, ma'am.
24        Q.  When did you first make the decision
25   to file that?
```

Page 215

JOHN DIXON - 2/19/2021

```
1              JOHN DIXON - 2/19/2021
2         A.  Pretty close to that day.  Probably
3    the 27th.
4         Q.  So it just took one day to prepare
5    the materials and file it?
6         A.  Oh, no.  The preparation had started
7    before that, but the decision to pull the trigger
8    was on the 27th.
9         Q.  I see.  When did you first decide to
10   prepare to file the Assignment for the Benefit of
11   Creditors?
12        A.  Probably might have been like 2009.
13   Or earlier because we had been always concerned
14   that Nekton Diving Cruises was a high-liability
15   business with a diving operation.  So we had been
16   in discussion more or less informally trying to
17   develop a plan if there was some significant
18   accident of a way to continue, have business
19   continuity.
20             And the ABC was the suggested method
21   to do that.  So it was probably earlier.  We
22   probably had discussions back maybe from when
23   that accident in 2004 happened.
24        Q.  So when you first started considering
25   or thinking about an Assignment For the Benefit
```

Page 216

JOHN DIXON - 2/19/2021

```
1              JOHN DIXON - 2/19/2021
2    of Creditors proceeding for Nekton Diving
3    Cruises, was the thought that you would only file
4    one in the event that someone was injured onboard
5    or there was a lawsuit, something like that?
6         A.  Exactly.  That was the original
7    consideration was we had that, you know, really
8    bad accident, and we were fortunate that
9    insurance responded.  But there has been other
10   cases both in Belize and then most recently in
11   California of really catastrophic events.  And so
12   it was, you know, praying that never happened in
13   our business but trying to design a way forward
14   if it ever were to happen, something like that.
15        Q.  Is -- is the Nekton Diving Cruises,
16   LLC the only creditor that you filed an ABC on
17   behalf of?  Strike that.
18             Is -- is Nekton Diving Cruises, LLC
19   the only entity that you filed an ABC on behalf
20   of?
21        A.  Yes, ma'am.
22        Q.  Did Nekton Diving Cruises ultimately
23   assign out all of its assets for purposes of the
24   ABC?
25        A.  Yes, ma'am.
```

Page 217

JOHN DIXON - 2/19/2021

```
1              JOHN DIXON - 2/19/2021
2         Q.  And did your creditors file claims
3    within the ABC?
4         A.  Yes, ma'am.
5         Q.  Did those creditors include customers
6    who had booked trips that were canceled?
7         A.  Yes, ma'am.
8         Q.  Were those customers paid in full?
9         A.  No, ma'am.
10        Q.  The post goes on to say -- it's the
11   very last sentence of this top post --
12   "Additionally as noted in previous postings,
13   please contact Aggressor Fleet, Peter Hughes
14   Diving, Explorer Ventures, and other Liveaboard
15   companies about generous offers being made for
16   the affected Nekton customers."
17             Do you see that?
18        A.  Yes, ma'am.
19        Q.  Were Aggressor Fleet, Peter Hughes
20   Diving, and Explorer Ventures some of your
21   competitors?
22        A.  Yes, ma'am.
23        Q.  And were your competitors were still
24   offering scuba trips as of May 28, 2010?
25        A.  Yes, ma'am.
```

Page 218

```
 1              JOHN DIXON - 2/19/2021
 2        Q.  Why do you think it is that your
 3   competitors weren't experiencing the impacts of
 4   the spill that you were experiencing?
 5        A.  None of those locations are -- none
 6   of those companies offer trips in the Bahamas, in
 7   the Florida, anywhere near the Cay Sal Bank.  The
 8   area that we operate in, nobody else operated
 9   there.
10        Q.  Okay.  I think you were saying that
11   you -- you thought that the content on this
12   exhibit here on the May 17th post isn't -- isn't
13   what was posted on May 17th; is that right?
14        A.  Yeah, it looks different.
15        Q.  Okay.  I'm just sending you a new
16   document, the next exhibit, Exhibit 8.
17             (Exhibit 8 was marked.)
18        Q.  Do you recognize this document?
19        A.  It's not coming up yet.
20        Q.  Let me share it.  Sorry.  One moment.
21        A.  It looks like -- okay.  Was it titled
22   "Closing Post 1 Scubaboard."
23        Q.  So the name of the -- the PDF is
24   Closing Post 1.  The name of the -- on the actual
25   document is "Nekton Closes Shop."
```

Page 219

```
 1              JOHN DIXON - 2/19/2021
 2        Do you see that?
 3        A.  In my thread it's a little bit
 4   confusing.  I have a Tab 08.Closing Post
 5   1-Nekton, and then I have a Tab 07.Closing Post
 6   1-Scuba.
 7        Q.  Yep.  So Tab 8 is the exhibit we just
 8   looked at that you thought looked wrong from
 9   June 5th, so now we're looking at Tab 7.
10        A.  Okay.
11        Q.  Okay.  So do you have Tab 7 now?  I'm
12   also showing it fully on my screen.
13        A.  Yes, ma'am, I have it.  Thank you.
14        Q.  Do you see here at the bottom of the
15   page it says "Nekton Closes Shop"?
16        A.  Yes.  Yes, ma'am.
17        Q.  And then at the top of the second
18   page, there's a post from someone named
19   diverdoug1.  The post is dated May 17, 2010.
20        Do you see that?
21        A.  Yes, ma'am.
22        Q.  This person writes, "It is official.
23   Nekton just replaced their home page with the
24   following," and then he posts what appears to be
25   a copy-paste from your website.
```

Page 220

```
 1              JOHN DIXON - 2/19/2021
 2        Do you see that?
 3        A.  Yes, ma'am.
 4        Q.  Does this appear to be -- to you to
 5   be an accurate copy of what was pasted on your
 6   website?  Strike that.
 7        Does this appear to you to be an
 8   accurate copy of what was posted to your website
 9   on May 17, 2010?
10        A.  May 17th, yes, ma'am.
11        Q.  So you said at some point in time you
12   decided to update the closing post; correct?
13        A.  I thought we had, but maybe my memory
14   is -- yeah.
15        Q.  I want to show you what I think is
16   the updated post that you're referring to.
17             (Exhibit 9 was marked.)
18        Q.  I just sent you another document and
19   I'm also showing it.  This is titled "Tab 9
20   Closing Post-2."  It is Bates-numbered Loggerhead
21   00000387.
22        MS. LITTLEFIELD:  I'll ask the
23   court reporter to please mark this as the
24   next exhibit, which I believe is Exhibit --
25   Exhibit 9.
```

Page 221

```
 1              JOHN DIXON - 2/19/2021
 2        Q.  (BY MS. LITTLEFIELD) Mr. Dixon, do
 3   you recognize this document?
 4        A.  And I'm still here.  Yeah, this is
 5   closer to what I remember.
 6        Q.  Okay.  And you'll see here on the top
 7   right, it says July 7, 2010?
 8        A.  Okay.  Yes, ma'am.
 9        Q.  So at some point between June 5th and
10   July 7, 2010, you updated the website that --
11   specifically the cessation of operations
12   announcement; is that correct?
13        A.  It looks like it, yeah.  See that's
14   where that Lionfish, yeah.  Yes, ma'am.
15        Q.  Okay.  And why did you decide to
16   update the cessation of operations announcement?
17        A.  I was particularly involved being up
18   in the Panhandle and the -- dealing with the
19   Rorqual breakdown, the impact of the BP oil and
20   felt it important to, you know, include that in
21   this list.
22        Q.  Okay.  But when you updated this
23   post, you didn't update the date of the post --
24   correct? -- it still says May 17th?
25        A.  That's -- yeah, I suppose.  I -- I
```

Page 222

JOHN DIXON - 2/19/2021

1   don't remember it that way, but that seems to be
2   what the -- what your screen -- your -- your
3   information is showing.  So, yes, ma'am.
4       Q.  And just to be clear.  This is --
5   you'll see it says "Loggerhead" at the bottom.
6   You understand that this is a document that you
7   produced to us?
8
9       A.  Yeah, this one.
10      Q.  Okay.  So reading from this post it
11  says, "Due to the continually increasing costs of
12  operations, decreased discretionary income of
13  consumers, Lionfish invasion, BP oil catastrophe,
14  and overall economic difficulty, Nekton is unable
15  to restart its operations at this time."
16          Do you see that?
17      A.  Yes, ma'am.
18      Q.  And the previous version that was
19  posted did not identify the Lionfish invasion or
20  the spill as one of the reasons for its cessation
21  of operations; correct?
22      A.  Yes, ma'am.
23      Q.  And you -- you personally, John
24  Dixon, wanted to update this post; correct?
25      A.  My contribution was that we should

Page 223

JOHN DIXON - 2/19/2021

1       add the BP oil since I was most involved with
2       those issues, yes, ma'am.
3
4       Q.  I guess what I'm trying to understand
5   is you -- you don't personally know who went to
6   the website and made the actual update; correct?
7       A.  No, ma'am.
8       Q.  But you were the one who directed
9       that person to make the update; is that right?
10      A.  Likely they would have had input
11  from, you know, more than just myself, but I
12  would be for sure one of the people providing
13  input, yes, ma'am.
14      Q.  Okay.  Who else would have input into
15  updating this kind of post?
16      A.  My brother -- like I mentioned
17  before, my brother, Ted, my wife, Mandy, Karen,
18  and maybe Martina.
19      Q.  So this post lists -- three, four --
20  five factors that were contributing to Nekton
21  being unable to restart cruise operations.
22          Do you see that?
23      A.  Yes, ma'am.
24      Q.  Okay.  When it says Nekton is unable
25  to restart cruise operations, is that because

Page 224

JOHN DIXON - 2/19/2021

1   cruise operations had already stopped because of
2   the repairs that were undergoing?
3       A.  I don't know that I read it that way.
4   I guess I -- this went out on the 17th -- I
5   may -- please ask the question again.
6       Q.  Sure.  I can -- I can ask it a
7   different way, too.
8           As of May 2010, the Pilot was
9   undergoing refit; correct?
10      A.  Yes, ma'am.
11      Q.  And as of May 2010, the Rorqual was
12  undergoing repair of its generators; correct?
13      A.  Yes, ma'am.
14      Q.  Okay.  So in May 2010, Nekton wasn't
15  running any cruise operations; correct?
16      A.  Yes, ma'am.
17      Q.  And that was not due to the spill;
18  correct?
19      A.  Well, the Rorqual was a bigger issue
20  than just the generator, which was due to the
21  spill because we now had damage to the main
22  engines and other components.
23      Q.  And you believe that was due to the
24  spill because you believe that damage came from

Page 225

JOHN DIXON - 2/19/2021

1   oiling?
2       A.  Exactly, yes, ma'am.
3       Q.  Okay.  So putting aside why Nekton
4   had ceased operations, Nekton was unable to
5   restart operations due to the factors listed
6   here; is that right?
7       A.  I would -- I would stress that it was
8   for -- for my decision process, it was the BP
9   oil.  The other factors were obviously a concern,
10  but the precipitating event that stopped us from
11  operating that summer was the Deepwater Horizon
12  explosion and oil spill afterwards.
13      Q.  Is it true that you had been
14  experiencing increasing costs of operations?
15      A.  Yeah, I'd say fuel prices were going
16  up, yes, ma'am.
17      Q.  For how long had you been
18  experiencing increasing costs of operations?
19      A.  Well, say the -- for the life of the
20  company, rare that costs of operations go down.
21      Q.  And those increasing costs of
22  operations were not due to the spill; correct?
23      A.  No, ma'am.
24      Q.  Is it true that your customers had

Page 226

JOHN DIXON - 2/19/2021

1
2  decreased discretionary income?
3      A.  It was in '08 and '09.  It's
4  definitely not true going into the summer of 2010
5  and thereafter.  If we'd been able to operate
6  that summer or get started in June of 2011, we
7  would have been able to take advantage of the
8  increasing discretionary income of our custom --
9  of our consumers.
10      Q.  Why was your -- oh, sorry.  I've been
11  saying customers, but it's consumers.
12          Why were you seeing decreased
13  discretionary income of consumers in 2008 and
14  2009?
15      A.  It was the worst financial crisis the
16  country has seen since literally the Great
17  Depression.  We had President Bush did a TARP
18  bill of 800 billion, which was very close to the
19  -- the support that our Congress has done here in
20  this pandemic, COVID.
21          So it was a devastating time.  We had
22  Fannie Mae and Freddie Mac went into foreclosure
23  from the Fed.  We had Citibank and Lehman and
24  Ford and AIG, all sorts of bankruptcies.  It was
25  a really devastating time, and it was attribute

Page 227

JOHN DIXON - 2/19/2021

1
2  to the great customer base that we had and their
3  dedication to our business that we were in the
4  shape that we were, pretty strong shape as of
5  April 20, 2010.
6      Q.  How did that decreased discretionary
7  income impact your business?
8      A.  I think it would account for maybe
9  not leaving as much tip for the crew onboard when
10  the guests did come, not purchasing as many
11  optional onboard sales that they might have done,
12  maybe not quite as many bookings.
13      Q.  What is the Lionfish invasion?
14      A.  There was a concern at the time --
15  still a concern today but not quite as large --
16  that these Lionfish were nonindigenous in the
17  Caribbean and the Atlantic.  They're actually
18  Pacific fish that were brought over for aquarium
19  -- Aquarius.  And different theories, but the
20  most studied is that during Hurricane Andrew, I
21  believe it was -- or yeah, might have been --
22  anyhow, some aquariums were broken, released
23  these Lionfish into the water perhaps somewhere
24  around Florida.
25          They mated and became a really

Page 228

JOHN DIXON - 2/19/2021

1
2  difficult feature for reef.  The fish are -- they
3  eat a lot and they don't have any -- at the time,
4  they didn't have any natural enemies, so they
5  propagated and started to attack reefs, if you
6  will.
7          There -- it's changed a bit now that
8  there is evidence that there are fish that are
9  changing their diet to start eating the Lionfish.
10  There's been a huge effort by the dive community
11  to basically spear fish the Lionfish to try and
12  reduce the impact.  And so it's -- it's more of a
13  balance today, but back then there was a concern
14  that, you know, the reefs could be endangered as
15  the -- as the result of this invasive species
16  invasion.
17      Q.  How did the Lionfish invasion impact
18  your business?
19      A.  I don't believe -- I'm not sure how
20  that got added.  And I don't really think it was
21  impacting our business.  It was something that
22  was on folks' minds back then.  But, yeah, I
23  don't really -- none of these other listing items
24  are any magnitude near what the oil catastrophe
25  was.

Page 229

JOHN DIXON - 2/19/2021

1
2      Q.  If you don't think the Lionfish
3  invasion was impacting your business and you
4  don't think the others were contributing factors,
5  why, when you directed somebody to update the
6  post, didn't you direct them to delete these
7  other items?
8      A.  I don't believe I was wanting to
9  necessarily tell someone else that this was not
10  some potential issue, but I was just making my
11  point that the reason our bookings are collapsing
12  is because of the BP oil catastrophe, not these
13  other issues.
14      Q.  How was the spill causing your
15  bookings to collapse?
16      A.  So beginning on May 21st in the
17  morning news, for every person not just in
18  America but around the world started turning on
19  their televisions, what they saw front and
20  foremost was a really dramatic image of an oil
21  rig with a billowing fire blowing out of it.
22          And that image continued for two days
23  until the morning of the 22nd when that entire
24  structure, as huge as it is, sank.  And
25  immediately following that was an oil slick with

Page 230

```
1              JOHN DIXON - 2/19/2021
2   lots of craft around the oil slick and this drip,
3   drip, drip, drip of increasingly deteriorating
4   news about what was really going on.
5           The first thing the news was
6   reporting was, Oh, the oil there, that's just
7   from the rig.  Everything's fine.  And then a few
8   days later, Well, maybe there's a little bit more
9   of a leak.  So the entire country -- the entire
10  world was taken through this very emotional
11  roller coaster ride that basically went only to
12  one direct and that was down.
13          Absolutely far and away destroyed
14  tourism throughout the Gulf, throughout Florida,
15  throughout the Keys, panic, imminent oils into
16  the Keys and, you know, really hard to recreate
17  that mood here today in the, you know, sort of
18  sterile environment of this deposition.
19          But had you been anywhere, you know,
20  on the Gulf or in Florida at the time, it was all
21  encompassing, every bit as dramatic as the
22  pandemic we're in now for the people that were in
23  this region.
24      Q.  In the answer you just gave, at the
25  very beginning you said that this news started
```

Page 231

```
1              JOHN DIXON - 2/19/2021
2   rolling out on May 21st.  Did you mean
3   April 21st?
4       A.  Yeah.  Thank you.  Yes, ma'am.
5       Q.  So in terms of just what you just
6   described, there's panic and imminent oil, how
7   did that translate to a decrease in bookings?
8       A.  It wasn't really a decrease.  It just
9   stopped.
10      Q.  And you believe that was caused by
11  the spill?
12      A.  Absolutely, yes, ma'am.
13      Q.  So -- so what I'm trying to
14  understand is people are worried that this -- the
15  oil may get to the area but what -- people are --
16  are seeing the news.  I understand that -- that
17  aspect of your answer.
18          I'm trying to understand how -- why
19  does that cause your bookings to stop?
20      A.  So if you're a diver anywhere in the
21  country or anywhere in the world and you have
22  options and you have your two weeks of vacation
23  or your one week coming up this summer and you're
24  trying to decide where you want to go, maybe
25  Hawaii, maybe the Red Sea, maybe pal Lou,
```

Page 232

```
1              JOHN DIXON - 2/19/2021
2   Australia, California, lots of choices, one of
3   them is Nekton.  There's a giant oil spill
4   happening in the Gulf of Mexico.  There's a
5   Loop Current.  There's a Gulf Stream.  Nekton's
6   main trip is right in the middle of where that
7   Gulf Stream is going in the Loop Current.
8           As a dive customer are you going to
9   even bother to consider that as an option and
10  risk your one week?  Or will you just -- your
11  decide I might go to California, I might go to
12  Hawaii.
13      Q.  Okay.  So -- so if someone in
14  May 2010 who's trying to decide where should I
15  book my July trip might think the oil may get
16  Cay Sal Bank by July, I may as well go somewhere
17  else, is that the idea?
18      A.  Absolutely, yes, ma'am.
19      Q.  Okay.  I am showing you a document
20  which is Bates-numbered Loggerhead 00000161.
21          MS. LITTLEFIELD:  I'll ask the
22      court reporter to please mark this as the
23      next exhibit, which I believe is
24      Exhibit 10.
25          (Exhibit 10 was marked.)
```

Page 233

```
1              JOHN DIXON - 2/19/2021
2       Q.  Do you see the document, Mr. Dixon?
3       A.  Yes, ma'am.
4       Q.  Do you recognize it?
5       A.  I do, yes, ma'am.
6       Q.  What is it?
7       A.  That is the home screen for our
8   reservations program.  Every morning when you
9   start up your computer and you open up the
10  reservations program for the day, this is
11  literally the screen that pops up for you.
12      Q.  When you talked about having produced
13  reservation logs earlier this morning, is this
14  what you were referring to, or is it something
15  different than this?
16      A.  This is the booking summary screen.
17  This same program produced under that cruises
18  tab, it shows what cruises are in advance, and
19  there's also a search feature that lets you list
20  cruises in the past.  And so that has been
21  submitted to BP.
22          And then there's actually a
23  spreadsheet that was submitted that showed like
24  over the past five years, I think it was, for
25  every week what the -- what the cruises were.
```

Page 234

JOHN DIXON - 2/19/2021

1        Q.  That's produced to BP?

2        A.  Yes, ma'am.  Yeah, it's like a --

3   like a table, if I remember right.  It's got a

4   lot of numbers on it.

5        Q.  Okay.  We'll take a look.  And, you

6   know, again, for the record, to the extent it has

7   not been produced, we request you'd produce it.

8        So turning back to this -- this

9   document.  Is this a true and accurate copy of a

10  report from your program of -- of bookings in

11  March?

12       A.  I do believe so.

13       Q.  So to make sure I understand kind of

14  what this reflects.  You see there's a -- well,

15  first, do you -- do you use this software for all

16  the bookings?

17       A.  I -- I'm sorry, Ms. Littlefield.  I

18  don't understand that question.

19       Q.  Sure.  So if someone called to book

20  for the Nekton Pilot, would it be reflected in

21  this -- in this software?

22       A.  Yes, ma'am.

23       Q.  And also for the Rorqual?

24       A.  Yes, ma'am.

25

Page 235

JOHN DIXON - 2/19/2021

1        Q.  So all cruise trip bookings would end

2   up in the software?

3        A.  Yes, ma'am.

4        Q.  Do you see the -- the bookings

5   summary sort of in the middle of the page?

6        A.  Yes, ma'am.

7        Q.  And then, for example, on the bottom

8   left, it says "2010 since Monday, March 1st," and

9   there's a number that says 71?

10       A.  Yes, ma'am.

11       Q.  Does that represent 71 bookings?

12       A.  Exactly.  So that reference date

13  March 28th, the report you're looking at would

14  have been someone who came into the office on

15  March 28th, opened up their screen, that's what

16  they're looking at, and it's giving you those

17  numbers for the month of those three years.

18       Q.  And the numbers represent the number

19  of bookings?

20       A.  Exactly, yes, ma'am.

21       Q.  And when we talk about a booking,

22  let's say I'm a -- I'm a family of four, we're

23  all coming to do one trip together.  Is that four

24  bookings or is that one booking?

25

Page 236

JOHN DIXON - 2/19/2021

1        A.  That would be four bookings.

2        Q.  So bookings essentially are one

3   customer or -- or one person on -- on a trip; is

4   that right?

5        A.  The -- the hotel industry calls it

6   "head in a bed."

7        Q.  All right.  If someone called to make

8   a reservation and then they later canceled it,

9   how would that be reflected in the bookings

10  summary?  Or would it be?

11       A.  It would -- depending on when the

12  report was run, it would most likely decrement

13  the number.  But not always.  The -- the software

14  to do del -- removals was a -- had to be run, I

15  think, basically at night, like as a bulk or a --

16  so it -- we have to be a little careful about the

17  cancellation part.  It's not as immediately

18  present in this screen.

19       Q.  Is there a different part of the

20  software where you could go to look to see what

21  had been booked and then canceled?

22       A.  You would have to track that by

23  customer, I believe.

24       Q.  And would that be a customer, like

25

Page 237

JOHN DIXON - 2/19/2021

1   would you be able to track that within the

2   software program somehow?

3        A.  If -- it wouldn't be as easy as, you

4   know, as -- as elegant as this page right here,

5   but with digging you would be able to track it,

6   yes, ma'am.

7        Q.  What is the name of the software

8   program?

9        A.  Nekton -- or actually, STAR,

10  Shoreside's reservations booking software.  It

11  was custom written.

12       Q.  Okay.  So I think you said this is

13  what the summary would have looked like if

14  someone logged in March 28, 2010?

15       A.  Yes, ma'am.

16       Q.  So hypothetically speaking here, if

17  someone had booked a trip on March 1st and then

18  canceled the trip a week later, would that

19  booking show up in this summary that the person

20  saw on March 28, or would this be -- would that

21  be zeroed out by then?

22       A.  It -- it would -- if they had booked

23  it earlier, it would -- it would reduce to 71.

24       Q.  Okay.

25

JOHN DIXON - 2/19/2021

1   comparative, so the idea was to have the same
2   number of days.  I'm -- I'm not exactly sure, but
3   it looks to me like that's what we were trying to
4   do.
5       Q.  Okay.  So each of these reports
6   reflect 28 days, but they might be missing two or
7   three days from the actual month; is that right?
8       A.  Correct, yes, ma'am.
9       Q.  So in April 2008 there were 193
10  bookings; is that right?
11      A.  Yes, ma'am.
12      Q.  In April 2009 there were 63 bookings?
13      A.  I'm seeing 61.
14      Q.  I'm sorry.  Apologies.  Let me ask
15  that again.
16          In April 2009 there were 61 bookings;
17  is that right?
18      A.  That's what I'm -- that's what I'm
19  seeing, yes, ma'am, 61.
20      Q.  Why was there such a significant drop
21  in bookings between April 2008 and April 2009?
22      A.  I would characterize it at the other
23  way around, that's a really high number in 2008.
24  What that would typically be is we booked -- we

JOHN DIXON - 2/19/2021

1   opened the ship up to individual bookings like,
2   you know, you or you and your friend could book,
3   but we also booked the entire boat to parties.
4           And that is likely reflecting at some
5   point in the month, we had set aside the entire
6   boat -- more than one week -- but entire whole
7   boat charters for -- for some groups there.  But
8   it skews the numbers a little bit because that's
9   including, you know, a place for a single person
10  calls in, they make a single deposit -- I think
11  it was $4,000 -- and then we'll set the whole
12  boat aside, which it's 30 spots just for that one
13  call.
14      Q.  And would 30 people end up going on
15  that trip?
16      A.  Likely, yes.  That would be maybe
17  like a dive shop from Colorado would book the
18  entire boat.  And then they would fill the spots
19  individually, but we would reserve the whole boat
20  for them.  So that would create, like I said,
21  30 -- 30 bookings, you know, with that one -- one
22  reservation.
23      Q.  So you likely did have 193 or
24  approximately 193 bookings in -- in 2008?

JOHN DIXON - 2/19/2021

1       A.  Yes, ma'am.  Oh, yes, definitely.
2       Q.  Sorry.  And I said 2008.  I meant
3   April 2008?
4       A.  Correct, yes.  Thank you.
5       Q.  So that sounds like it was a
6   lucrative business plan to rent out the whole
7   boat.
8           Did you stop doing that at some point
9   between 2008 and 2009?
10      A.  It was always available.  It -- it's
11  just the makeup of your bookings.  You -- you
12  wouldn't really want to only have that as your
13  only retail stream is to sell the whole boat.  So
14  you -- you kind of do the balance of both, which
15  is a little bit like why the Pilot was in
16  reserve.
17          You know, we can pretty easily have
18  run the Pilot down in the summer of 2010, do a
19  week or two weeks as a whole boat charter, and
20  then bring her back to the yard.  We had that as
21  part of our options in business plan.  And now
22  you're seeing how that works is if we had someone
23  who wanted to book an entire boat in May for the
24  summer of 2010, the Rorqual was unlikely

JOHN DIXON - 2/19/2021

1   available, the whole boat, but we could say we
2   could offer the Pilot.
3       Q.  Well, you couldn't offer the Pilot in
4   May 2010; right?
5       A.  We could have offered the Pilot for
6   the summer of 2010 in May of 2010.  Like, someone
7   calls us in May and they wanted to book a trip in
8   September, and the Rorqual already had people
9   booked on it, We want the whole boat.  Well,
10  okay.  We can arrange that.  Well, we'll book the
11  Pilot for you.  Am I saying that right?
12      Q.  So going back to these numbers, then.
13  So you did actually have 193 bookings in
14  April 2008, and you did actually have 61 bookings
15  in April 2009; is that correct?
16      A.  Yes, ma'am, correct.
17      Q.  The 2 -- April 2008 bookings are a
18  little more than three times as many the
19  April 2009 bookings.
20          Do you see that?
21      A.  Yes, ma'am.
22      Q.  Is the revenue derived from these
23  bookings approximately proportionate to these
24  numbers?  And by that I mean would you expect the

Page 246

JOHN DIXON - 2/19/2021

1   revenue from that April 2008 bookings to be about
2   three times the revenue from the April 2009
3   bookings?
4       A.  Yes.  Maybe -- can you -- it's a
5   little bit late in the day.  I may not be
6   following.  Can you go through that again one
7   more time?  I'm sorry.
8       Q.  Yeah.  I guess I just -- I just want
9   to make sure I -- I get this.
10          You had fewer bookings in April 2009
11  compared to April 2008; right?
12      A.  Yes, ma'am.
13      Q.  Okay.  So April 2008 was a
14  particularly good month?
15      A.  Well, yes.  That would not have been
16  for trips actually done in 2008.  That's just
17  people who are booking.  In that month it could
18  be for two or three years out.  Does that make
19  sense?
20      Q.  Yes.
21      A.  So maybe they were booking the
22  following summer.  Typically if you're booking
23  the entire boat, usually that was a longer time
24  frame.  Individuals and families book very close

Page 247

JOHN DIXON - 2/19/2021

1   in, but a dive shop trying to fill an entire boat
2   would book farther out.
3       Q.  Why do you think you experienced that
4   decrease from April 2008 to April 2009?
5       A.  It's not a decrease.  The 193 is the
6   anomaly.  That just reflects a month where we had
7   a collection of -- of clients that, you know, in
8   that month just said, Hey, hold the whole boat
9   for me.  Here's $4,000.
10      Q.  Okay.
11      A.  We had --
12      Q.  Unfortunately, we only got March
13  through May data for three years, so we may have
14  to come back to that.  But okay.  That's helpful
15  to understand.  Thank you.
16          So in April of 2010, there were 49
17  bookings; is that right?
18      A.  Yes, ma'am.
19      Q.  About 12 fewer than the same period
20  the previous year?
21      A.  Correct.
22      Q.  And at that time the -- the Pilot was
23  not available to be booked through at least a few
24  more months; correct?

Page 248

JOHN DIXON - 2/19/2021

1       A.  Correct.
2       Q.  Do you think that having the Pilot
3   unavailable could have impacted the number of
4   bookings?
5       A.  Perhaps in a small way, but if we
6   started -- like I said, we were -- we were
7   monitoring that, and if we started to feel that
8   that was an issue, then we would open up the
9   Pilot.
10      Q.  Okay.  But you don't know if somebody
11  opens your website, sees you're not doing the
12  itineraries they want to do and just decides not
13  to call you; right?
14      A.  Yeah, if they don't call me, we're
15  not going to know anything about their interests.
16      Q.  Do you think that the spill
17  contributed to these 12 fewer bookings in
18  April 2009 compared to -- excuse me -- in
19  April 2010 compared to April 2009?
20      A.  Yes, very possibly.
21      Q.  In looking at these numbers for 2010,
22  am I correct that 44 of the bookings were made
23  before April 24th?
24      A.  No.  Wait.  I'm sorry.

Page 249

JOHN DIXON - 2/19/2021

1   Ms. Hassell -- Ms. Littlefield, say the question
2   again.  Let me follow it very carefully.
3       Q.  Sure.  Looking at the 2010 bookings,
4   is it correct that 44 of those bookings were made
5   between April 1st and April 23rd?
6       A.  Yeah, I see what you're doing.
7   You're -- you're looking at the month -- what was
8   booked in a month, and then you're removing what
9   was booked just in the most recent week.  Yes, I
10  understand.  Yeah, so if I'm understanding what
11  you're asking, then this -- we're -- the screen's
12  saying that since April 24th, two days after the
13  spill, 5 people booked, but 49 have booked for
14  the whole month.
15      Q.  Okay.
16      A.  So we're -- we're trending more like
17  10 people a week, maybe more like, you know,
18  like, 50 divided by 4, that's more like 12.  So,
19  yeah, I would say then absolutely that was
20  showing already the -- the collapse in bookings
21  due to the oil spill since we're only seeing half
22  the bookings that week than we typically would
23  have.
24      Q.  Okay.  But in looking at 2009 then,

JOHN DIXON - 2/19/2021

1    same question.  In 2009 is it correct that 59 of
2    the bookings were between April 1st and
3    April 23rd?
4        A.  Yes.  It would -- that's exactly
5    right, yes.
6        Q.  You did more bookings towards the end
7    of the month in April in 2010 compared to 2009?
8        A.  Yeah.  And we -- yeah, we can jump
9    over and see on, you know, 2008.  But this is big
10   data in that we're looking at really small, you
11   know, like on this day.  One reason we include,
12   you know, what the monthly total is, is like
13   maybe we're -- we're really trying to read too
14   much into, you know, the literal what happened
15   from the 24th to the -- to the 28th.  But
16   anyhow --
17       Q.  You agree the -- you agree the spill
18   couldn't have affected your bookings before the
19   20th; right?
20       A.  Agreed, yes, ma'am.
21       Q.  Okay.  Let's move to the May bookings
22   summary.
23           (Exhibit 12 was marked.)
24       Q.  Okay.  I've sent you the next

JOHN DIXON - 2/19/2021

1    document, which is Bates-numbered Loggerhead
2    00000164.
3        MS. LITTLEFIELD:  Would the court
4    reporter please mark this as the next
5    exhibit, which I believe is Exhibit 12.
6        Q.  (BY MS. LITTLEFIELD) Do you recognize
7    this document?
8        A.  Yes, ma'am.
9        Q.  What is it?
10       A.  The same home page view that we've
11   been looking at, but this time the reference date
12   is the 28th of May, 28 days into the month of
13   May.
14       Q.  And as far as you're aware, is all
15   this information accurate?
16       A.  Yes, ma'am.
17       Q.  In May 2018 there were 104 bookings?
18       A.  Yes, ma'am.
19       Q.  In May 2009 there were 56 bookings?
20       A.  I'm seeing 46.
21       Q.  Oh, I did it again.  I apologize.
22   Let me -- let me ask that again.
23           So in -- in May 2008 there were 104
24   bookings?

JOHN DIXON - 2/19/2021

2        A.  Yes, ma'am.
3        Q.  Okay.  And in May 2009 there were 46
4    bookings?
5        A.  Yes, ma'am.
6        Q.  Why was there such a significant drop
7    in bookings between May 2008 and May 2009?
8        A.  Again, I would say it's an increase.
9    The 2008 number likely includes these group
10   charters that we're talking about.
11       Q.  What do you mean when you say it was
12   an increase?
13       A.  Like we might have had -- the 46
14   likely is going to be all individual bookings.
15   When I see a number like the 104, my first
16   thought is that there's -- that probably includes
17   a whole boat charter in there, maybe two.
18           But it's a good quick -- this page is
19   a great quick reference on where we're at, and
20   that is, you know, really helpful.  But that
21   would be explaining, you know, likely that's what
22   happened with 104 is that includes at least one
23   or two whole boat charters in that number.
24       Q.  Okay.  And you're -- you didn't get
25   any whole boat charters booked in May 2009?

JOHN DIXON - 2/19/2021

2        A.  No, ma'am.
3        Q.  And you agree that the number of
4    bookings in May 2009 was less than the number of
5    bookings in May 2008; correct?
6        A.  Yes, ma'am.
7        Q.  In fact, the number of bookings in
8    April and May 2009 were less than the number of
9    bookings in April and May 2008; correct?
10       A.  One more time.
11       Q.  Sure.  The number of bookings in
12   April and May 2009 were fewer than the number of
13   bookings in April and May 2008?
14       A.  So I'm -- I'm looking at the page
15   from May and you're saying April.  Do I -- do you
16   want me to go back -- are we talking about the
17   April screen you'd had up earlier?
18       Q.  Yeah, we were just looking at April
19   about two minutes ago.  So let me -- I can pull
20   that up, if that helps.  Give me a moment here.
21       A.  Is there a way to see them side by
22   side?  Are you able to do that?
23       Q.  Yes, there is.  The magic of -- give
24   me a moment.
25       A.  Thank you.

Page 254

JOHN DIXON - 2/19/2021

1
2    Q.  Okay.  Are you seeing both documents?
3 Now, and I'll zoom in so you see them side --
4    A.  Yeah, zooming would be great.  Thank
5 you.
6    Q.  Sure.  Oh, that's maybe too much.
7 Okay.  So you're currently looking at both
8 Exhibits 11 and 12; correct?
9    A.  Yes, ma'am.  Thank you.
10    Q.  Okay.  The number of bookings in
11 April and May 2009 were fewer than the number of
12 bookings in April and May 2008; correct?
13    A.  The number of bookings in April and
14 May of 2008 -- one more time.  I'm -- I'm -- now
15 that my finger is pointing here, I can follow
16 you.  Go ahead.
17    Q.  No problem.  I'm just adding up the
18 2009 columns and adding up the 2008 columns.
19 So -- well, we -- we can just do this line, fine.
20    The -- the number of bookings in
21 April 2009 were fewer than the number of bookings
22 in April 2008; correct?  61 is fewer than 193?
23    A.  Okay.  You say -- yeah, did -- I
24 think, if I understand what you're asking or
25 saying, is 61 is less than 193.  So for the

Page 255

JOHN DIXON - 2/19/2021

1
2 April 28th reference date, 2009 has less bookings
3 than 2008.  And then you're saying for the
4 reference date of May 28th, 46 is less than 104.
5    Q.  Would those numbers change if we
6 looked at a different reference date?
7    A.  Well, yes.  I mean, depends on the
8 date of the bookings.  Like if you were to look
9 at the middle of May, the numbers would be
10 different.  Is that what you're asking?
11    Q.  No.  Do you need a break, Mr. Dixon?
12 Are you doing -- doing okay to keep going?
13    A.  I'm fine.  It's just -- you're --
14 there's 12 different data points, and I'm trying
15 to understand which ones you're referring to.
16    So when you, you know, add in your
17 head, I can't follow that.  It does help when you
18 said -- specifically you pointed out the 46 and
19 the 104.
20    Q.  Okay.  Are you seeing that -- the May
21 data right now?
22    A.  Yes, ma'am.
23    Q.  Okay.  46 is fewer than 104; correct?
24    A.  Agreed, yes, ma'am.
25    Q.  Okay.  The number of bookings in

Page 256

JOHN DIXON - 2/19/2021

1
2 May 2009 is fewer than the number of bookings in
3 May 2008?
4    A.  Yes, ma'am.
5    Q.  Okay.  And you agree that the spill
6 did not cause that difference in numbers; right?
7    A.  Yes, ma'am.
8    Q.  Okay.  And to the extent there was a
9 decrease in April 2009 to 2008, the spill also
10 did not cause that decrease; right?
11    A.  Yes, ma'am.
12    Q.  In May 2010 there were 13 bookings;
13 is that right?
14    A.  Since May 1st, 2010, 13 bookings,
15 yes, ma'am.
16    Q.  Both of the Nekton boats were
17 undergoing repair in May 2010; correct?
18    A.  Yes, ma'am.
19    Q.  Do you think that may have affected
20 the number of bookings in May 2010?
21    A.  No, ma'am.
22    Q.  Why not?
23    A.  The -- they weren't even available
24 for people to offer.  It was trips beginning in
25 June through the rest of the year -- the rest of

Page 257

JOHN DIXON - 2/19/2021

1
2 the two years.
3    Q.  But you -- starting in around
4 November 2009, you had already decided that the
5 Pilot would not be running trips in May 2010;
6 correct?
7    A.  Yes, ma'am.
8    Q.  You had not been offering
9 reservations on the Nekton Pilot for -- in
10 May 2010 for at least six months; correct?
11    A.  Yes, ma'am.
12    Q.  You announced that Nekton was ceasing
13 operations on May 17, 2010; correct?
14    A.  Yes, ma'am.
15    Q.  Do you think that may have affected
16 the number of bookings in May 2010?
17    A.  Yes, ma'am.
18    Q.  How do you think that affected the
19 number of bookings in May 2010?
20    A.  Well, there wouldn't be any bookings
21 after May 17th.
22    Q.  And that would be due to you
23 announcing that you had ceased operations?
24    A.  No, ma'am, I disagree.  It would be
25 do the BP Deepwater Horizon explosion and the

JOHN DIXON - 2/19/2021

1
2  release of oil beginning May 22nd -- I'm sorry --
3  April 22nd.
4       Q.  Even after May 17th?
5       A.  Even after May -- after May --
6       Q.  Let me -- let me ask a better
7  question.
8                13 people booked trips in May 2010;
9  correct?
10      A.  And they would have booked before
11 May 22nd.
12      Q.  Yes, I understand.  My question for
13 you is:  In May 2010 did 13 people book trips?
14      A.  Yes, ma'am.
15      Q.  And that was after the spill began;
16 correct?
17      A.  Yes, ma'am.
18      Q.  But nobody booked any trips after you
19 announced that you ceased operations; correct?
20      A.  Correct.
21      Q.  Do you think announcing that you were
22 ceasing operations had any effect whatsoever on
23 the number of bookings you received?
24           MS. ADAMS:  Objection.  Calls for
25      speculation.

JOHN DIXON - 2/19/2021

1
2       Q.  You can answer the question.
3       A.  Yeah.  Not before May 17th but
4  afterwards likely.
5       Q.  You think it's likely that after you
6  announced that you were ceasing operations on
7  May 17th, that likely had some effect on the
8  number of bookings you received?
9       A.  Yeah, maybe more than likely.  We
10 were not taking reservations after May 17th.
11      Q.  You're suing BP for monetary damages
12 in this case; correct?
13      A.  Can you -- can you re -- re-ask that
14 question?  I'm not -- monetary damages, is
15 that money?
16      Q.  Are you seeking money damages from BP
17 in this case?
18      A.  Yes -- yes, ma'am.
19      Q.  How much in money damages are you
20 seeking from BP in this case?
21      A.  We -- I -- we have experts in the
22 valuation that have submitted reports and
23 prepared to submit more reports.  So I --
24      Q.  And are you relying on your experts'
25 reports then to -- to provide evidence of your

JOHN DIXON - 2/19/2021

1
2  damages?
3       A.  I think we're relying on the expert
4  reports to provide valuation of the damages but
5  not necessarily to provide evidence of the
6  damages.
7       Q.  Experts.  Okay.  So you personally
8  are not providing the valuation of the damages;
9  correct?
10      A.  Correct, I am -- yeah, we have expert
11 valuation people that are doing that.
12      Q.  You've mentioned an expert report.
13 Are you referring to a specific report that
14 reflects your damages in this case?
15      A.  We have submitted multiple valuations
16 from experts, I believe.
17      Q.  Sure, I understand.  And so I'm --
18 I'm trying to figure out which of those are your
19 damages, if any?
20           MS. ADAMS:  Objection.
21      Mischaracterizes testimony.
22      Q.  So I'll ask that again.  You
23 mentioned an expert report.  Is there a specific
24 expert report that calculates the damages you are
25 seeking in this case?

JOHN DIXON - 2/19/2021

1
2           MS. ADAMS:  Same objection.
3      John, you can still answer.
4       A.  Right.  I -- there's been different
5  models for valuation, and I'm not an expert to
6  ponder which ones are better than another, if
7  you're asking that.  But I'm aware of different
8  valuations that have been con -- conducted on my
9  behalf, yes, ma'am.
10      Q.  Okay.  Do you see my screen?
11      A.  Yes, ma'am.
12      Q.  Okay.  I am showing you a -- oh, you
13 know what, I used this as the wrong document.
14 Okay.  Trying that again.  I'm showing you a
15 document that says "Exhibit A" at the top.
16           Do you see that?
17      A.  Is this Tab 23?
18      Q.  Yes.
19      A.  Yeah.  Okay.
20      Q.  The name of the PDF is Tab 23 PTO 65
21 Statement.
22           MS. LITTLEFIELD:  I'll ask the
23      court reporter to mark this as the next
24      exhibit, which I believe is Exhibit 23.
25      Oh, I'm sorry.  Exhibit 13.

Page 278

```
 1              JOHN DIXON - 2/19/2021
 2       Q.  What types of damages did Loggerhead
 3   Holdings incur?
 4       A.  So what comes to mind first is the
 5   oiling damage to the Rorqual on our way back to
 6   our yard.  And then what comes to mind afterwards
 7   is the business, the net income, the lost profits
 8   from that day until today.  My boats are sitting
 9   in there in Port St. Joe ready to go back to
10   work.
11              And literally if we'd just had these
12   interim short-term payments continue for more
13   than the one short payment, I'd already be back
14   to business.  So we have that loss and then we
15   had the impairment losses.
16              So 2010 with the lack of production
17   or -- or support from BP, I've now lost my
18   shipyard property, I've lost my office building,
19   just lost reputation.  It's been devastating.
20   The -- the -- the boats have been damaged beyond
21   what they were in 2010 because of 11 years of
22   lay-up.  I go up there all the time and putting
23   in my sweat equity in to maintain them and --
24   best as I can, but it's going to take a little
25   bit of work to get them back and running again.
```

Page 279

```
 1              JOHN DIXON - 2/19/2021
 2       Q.  Any other types of damages that
 3   Loggerhead Holdings incurred?
 4       A.  We had the damage to the boats.  We
 5   had the lost profits from not operating for 11
 6   years.  We had the impairment, shipyard, the
 7   office building, all the infrastructure that used
 8   to be in the shipyard, all the people and
 9   infrastructure and logistics and office and all
10   the vehicles that were part of the operation, the
11   aircraft that was used to support the operation.
12              The new business of -- it wasn't new,
13   it was a continuation of our reef -- reef
14   conservation efforts where we were installing
15   moorings, that expansion was and still will be
16   huge of leveraging our resources, all of our dive
17   staff to repair reefs after they're damaged.
18              The boat yard that was able to take
19   out the small boats, which is a real asset for
20   the area, there's very little capability for that
21   size vessels in the Gulf -- that part of the Gulf
22   of Mexico.  A lot of my own emotional, family's
23   stress, sleepless nights.
24              And then my customers and my crew
25   that I was unable to take care of that summer
```

Page 280

```
 1              JOHN DIXON - 2/19/2021
 2   because of this 160 days to get my first interim
 3   short-term payment and then no other payment
 4   afterwards.  And the pain of Ken Feinberg taking
 5   over and saying we have to get rules in place,
 6   they already had a rule.
 7              Darryl Willis went to Congress and
 8   NPR and every commercial and said the interim
 9   short-term payments every month, you'll get your
10   check.
11              We got ours at the end of September
12   and that was it.  One -- one payment.
13   Unbelievable.  If -- if that had have just
14   continued, I guarantee we would have been in
15   service the following summer.  We absolutely --
16   with the oil and everything, we could have gotten
17   ourselves back in business the following summer
18   had BP continued our interim short-term payments
19   through that fall and into the winter.
20              When oil was still all over the Gulf,
21   no ex -- explanation why, Ken Feinberg stopped
22   our interim payment in Oct -- September was the
23   only one we got.  But there was still oil
24   everywhere.  It was a real -- a real mess.  I'm
25   very --
```

Page 281

```
 1              JOHN DIXON - 2/19/2021
 2       Q.  I'm sorry.  Do you believe that
 3   Ken Feinberg stopping the interim payments
 4   damaged Loggerhead Holdings' business?
 5       A.  Absolutely.  Short-term -- the
 6   interim short-term payment would have kept --
 7   kept us alive and back in business had we gotten
 8   more than just the one.  But the expenses were,
 9   you know, 300,000 a month, and that was the one
10   payment we got months after the spill was -- was
11   a -- a spray against, you know, a huge storm.
12              It certainly helped and I started to
13   make preparations to go back in business.  The
14   Rapid Reef Works, we had been doing that work
15   just as Nekton collaborative, our crew on their
16   off time or when they were off ship, we would
17   support restoration of reefs.
18              We had the Cachalot, we talked about
19   that, going all around the Caribbean putting in
20   moorings, the Bahamas, that had been a part of
21   the business for a long time.  When -- when we
22   got out the one interim payment, that was one of
23   the steps we did was to form a Delaware
24   corporation, Rapid Reef Works, to formalize going
25   forward that process.
```

Page 282

```
 1              JOHN DIXON - 2/19/2021
 2              We had every intent of getting the
 3    boats started again, but for the failure to
 4    provide even one more interim short-term payment.
 5         Q.  And if -- if not for the changes to
 6    the interim payments, you believe that you would
 7    have been operating again by summer of 2011?
 8         A.  Yes, ma'am.
 9         Q.  But as far as the shipyard, I know
10    you lost the shipyard in approximately 2012; is
11    that right?
12         A.  Yes, ma'am.
13         Q.  Okay.  After you ceased cruise
14    operations in May 2010, did the shipyard continue
15    to do work for third parties?
16         A.  Yes, ma'am.  We had mentioned earlier
17    we had a boat that we had just started
18    construction of, a new build, a tugboat, and that
19    work continued until 2011.  But the yard was
20    never a standalone without the support or the
21    service of anchor client, which was the Nekton
22    boats.
23              You know, every year, sometimes more
24    than once a year having them come in, get their
25    service done, that was a really important part of
```

Page 283

```
 1    the shipyard.  The synergy between all of my
 2    business units was critical.  You upset one and
 3    it trickled.  Then we survived for quite a while
 4    till 2012, but we're still trying to -- you know,
 5    we went through the whole GCCF appeal process.
 6         Q.  You mentioned that one of your types
 7    of damages was lost profits.  For what years are
 8    you seeking lost profits?
 9         A.  From 2010 to whenever this litigation
10    is resolved.
11         Q.  And is that from May 17, 2010?  Or
12    April 20th?  What's the start date?
13         A.  I think I would -- ultimately I would
14    consult with my expert witness to decide because,
15    you know, we have -- May was a month that we'd
16    already planned to not operate.  So perhaps it
17    would be June or maybe it would be April 20th.  I
18    think that I need to -- you know, I would want to
19    speak to an expert witness to formalize that.
20         Q.  Sure.  I think when you were
21    explaining before the types of damages you
22    suffered, you mentioned your own personal stress
23    and emotional well-being, and you also mentioned
24    your customers and your employer -- your
```

Page 284

```
 1              JOHN DIXON - 2/19/2021
 2    employees; correct?
 3         A.  Yes, ma'am.
 4         Q.  Just to be clear, though, Loggerhead
 5    Holdings is not seeking damages in this lawsuit
 6    for any of those things; correct?
 7         MS. ADAMS:  Objection.  Misstates
 8    prior testimony.
 9         THE WITNESS:  The -- meant to go
10    ahead and answer that?
11         MS. ADAMS:  Yes, if you can.
12         A.  Yeah, so the losses -- I'm sorry --
13    the customer deposits and the crew wages, my
14    understanding it's not necessarily part of the BP
15    claim directly.  But my losses that would have
16    enabled me to either finish those trips or
17    provide the refunds and to pay those outstanding
18    crew balances, that is part of the loss claim.
19         Q.  So to this day, there are some unpaid
20    wages and nonrefunded customers; is that right?
21         A.  That's correct, yes, ma'am.
22         Q.  You mentioned wanting to do a new
23    business expansion or doing a business expansion
24    relating to reef work.
25              Can you tell me more about that?
```

Page 285

```
 1              JOHN DIXON - 2/19/2021
 2         A.  Yeah, absolutely.  So from the very
 3    beginning of the company, we've always been very
 4    much environmentally aware.  And one of the early
 5    reef issues conservation was anchoring, boats of
 6    any size literally dropping a steel anchor.  And
 7    ideally you're meant to put it into the sand
 8    around the reef, but inevitably the anchor will
 9    drag, hooks the reef, or maybe worse, you drop it
10    and it lands immediately on the reef.  And that's
11    very destructive to the reef.
12              So from the very beginning of the
13    Nekton experience, we have always used reef
14    moorings, and it's a pretty big commitment.
15    There's hydraulic drill equipment that used
16    with our drivers to literally drill a core hole
17    typically 2 inches in diameter into the substrate
18    below the coral.
19              So the coral reef has evolved over
20    years and years, and what you're enjoying on a
21    particular dive, underneath it is pretty solid
22    limestone, calcareous lime from previous eons of
23    reef.  And we drill a hole into that, install --
24    in our case all of our moorings were a U-bolt
25    design, two holes that were drilled 2 feet deep,
```

1                 JOHN DIXON - 2/19/2021
2    2 inches in diameter.  We dropped the U-bolt in
3    and we literally epoxy cement that U-bolt in.  So
4    for there ever after, we'll hook up to that new
5    bolt, and there's no anchor involved.
6               And our boat still had anchors.  The
7    crew knew how to anchor, but was really rare when
8    they would anchor.  And so our itineraries were
9    designed where with these sites where we had
10   these U-bolts installed that we could move from.
11        Q.  And you said you were planning to
12   expand that part of your business; is that right?
13        A.  So we had been doing the reef mooring
14   installations for decades.  The next part of reef
15   protection was whenever it happens, and you go
16   through periods where it happens a lot, a ship or
17   a yacht will drive up or somehow end up on top of
18   a reef, and that's destructive to the coral.
19               We have the ability for the most part
20   to repair the reef.  It's incredibly time
21   consuming and tedious because you're literally
22   picking up these coral fragments and gluing them
23   back into the substrate.  You rebuild the corals
24   that way.
25               And it turns out that the kind of

1                 JOHN DIXON - 2/19/2021
2    skilled people who are best at restoring the reef
3    are scuba instructors.  It takes really good
4    buoyancy control.  So when you're in the water,
5    if you're trying to glue the coral back together
6    and you're dropping on to the coral at the same
7    time, that's counterproductive.
8               But by the time you become a scuba
9    instructor, you're so in control of your
10   buoyancy, you can just hover for hours without
11   touching the coral, and using your hands, you're
12   able to glue coral back.  So we had one of the
13   largest collections of scuba instructors of any
14   single entity in the industry, and they had a
15   rotation.
16               When they finished eight weeks
17   onboard, or whatever that person's preferred
18   rotation was, it wasn't that they didn't want to
19   keep diving.  It was just a change of pace.  I've
20   been on the boat with the same people for eight
21   weeks.  What a great opportunity to go to some
22   location, staying in a hotel and just diving
23   during the day during daylight to rebuild the
24   coral.
25               And then that evening, they're kind

1                 JOHN DIXON - 2/19/2021
2    of on their own.  It's a -- it's a nice change of
3    pace.  It really works well with our crew
4    routine.  And so we were in the process of
5    formalizing that business strategy, and -- and it
6    was already happening in that our crew -- we had
7    become aware of a -- of a reef restoration
8    effort.
9               Our crew, we would all talk, and so
10   when they went on their holiday, they'd end up on
11   that site, they'd help for the two or three weeks
12   that they were off the boat, then they'd come
13   back.  And so we were already supporting it, but
14   it wasn't a formal Nekton business endeavor in
15   that we --
16        Q.  So on that note, on the reef
17   restoration, was -- was there someone paying for
18   that reef restoration?  Or was this largely just
19   a -- for nonprofit endeavor to better the reefs?
20        A.  In most cases, the ship that goes
21   aground has insurance.  So like up in St. Simons
22   Island, there's a large car ferry that capsized
23   and is being salvaged today.  In that case there
24   wasn't a coral reef underneath it, but it was live
25   bottom.  So once the wreck is removed, there will

1                 JOHN DIXON - 2/19/2021
2    be divers that are going to be working to restore
3    that live bottom --
4        Q.  Okay.
5        A.  -- as part of that restoration.
6        Q.  Okay.  Let's just let's talk and then
7    we'll wrap up.
8               We talked earlier that you were
9    worried that oil would imminently get to the
10   places where you dive, or at least some of them.
11   When I say "you dive," I mean Loggerhead takes
12   customers to dive.
13               Sitting here today, are you aware of
14   any evidence of oil actually hitting
15   Cay Sal Bank?
16        A.  I have reports from the US geological
17   survey office of Macondo oil that was collected
18   on the south shore of Marathon.  So that oil had
19   to make its way around past the Marquesses, past
20   Key West, and more than halfway up the
21   Florida Keys in order to land into Marathon.
22               We also have numerous reports funded
23   by GoMRI since then that indicate the emulsified
24   oil, once the dispersement is applied, the oil
25   becomes emulsified.  A couple of things not so

Page 290

```
1              JOHN DIXON - 2/19/2021
2    great happen.  One is as soon as that
3    dispersement is -- is added, that oil can no
4    longer be recovered.  It becomes so emulsified
5    and embedded in the water that our skimmer
6    equipment -- and we had, what, almost 400
7    skimmers operating around the -- the BP during
8    that effort -- but they were rendered mostly
9    useless because of the dispersement.  Once it's
10   emulsified, it can't be pulled out.
11             So we have studies now from
12   universities all around the Gulf that are pretty
13   consistent that there were underwater plumes that
14   migrated throughout the west Florida shelf and
15   into the Marquesses and the Keys area that a
16   couple of things came out of that.  One is the
17   bottom in the Gulf, it's not a dead zone.
18             There's some -- right at the mouth of
19   the Mississippi, there's some areas that people
20   consider a dead zone, but for the most part, the
21   bottom throughout the Gulf is very alive.  You
22   wonder how -- how does it get food and what it is
23   at the surface, the diatoms, it's the small
24   animals, when they pass, they'll sink slowly
25   through the water column.  It's called marine
```

Page 291

```
1              JOHN DIXON - 2/19/2021
2    snow, and normally that -- they just make their
3    decent and they land at the bottom.  And now
4    that's -- that's carbon, that's biological matter
5    that the animals that are on the bottom can feed
6    on.
7              With this huge plume that was
8    migrating around through the Gulf, that marine
9    snow was passing through the plume, and so when
10   it got to the bottom, it had the dispersement and
11   the toxics and polycyclic aromatic hydrocarbons
12   and the 2-Butoxyethanols and lots of stuff that.
13             You know, again, studies are showing
14   even today there's deformed shrimp on --
15   especially in the area around the -- around the
16   Macondo site.  So, yeah, I believe oil absolutely
17   made its way into the Cay Sal Bank area.
18        Q.  Okay.  My question was a little
19   different than whether you believe it.  So it was
20   whether you're aware of any evidence of oil
21   hitting Cay Sal Bank, and so I heard you say a
22   USGS report about oil at Marathon and then the
23   GoMRI report.
24             Any other specific evidence of oil
25   hitting Cay Sal Bank?
```

Page 292

```
1              JOHN DIXON - 2/19/2021
2        A.  So to be clear, Cay Sal Bank is an
3    uninhabited area about 60 miles east to west,
4    30 miles north to south, with some of the best
5    diving in the world.  The area of the Elbow Cay
6    is a wall facing right into the Gulf Stream.
7        Q.  Mr. Dixon, let me pause you.  I'm
8    going to ask you to -- because we're running low
9    on time, so I'm going to ask you to just listen
10   to my question and answer it.  I don't need an
11   explanation about Cay Sal Bank.
12             I just want to know from you, do you
13   have any evidence of oil from Macondo well
14   hitting Cay Sal Bank other than the USGS report
15   you've just described and the GoMRI report?
16        A.  There is a multitude of reports,
17   studies.  Erasmus has one.  So there's -- no,
18   more than one scientific paper indicating that
19   Macondo oil made its way to the Gulf Stream,
20   which would take it into the Cay Sal Bank.
21        Q.  And did any of those reports you just
22   mentioned actually say anything about
23   Cay Sal Bank specifically, or just that it made
24   it into the Gulf Stream?
25        A.  I'd have to check to be specific
```

Page 293

```
1              JOHN DIXON - 2/19/2021
2    about if they literally said Cay Sal Bank I --
3    that I recall it said specifically.
4        Q.  Okay.
5        MS. LITTLEFIELD:  Well, that is it
6    from me today.  Thank you for your time,
7    Mr. Dixon.  We appreciate it.  I'm sure
8    we'll meet again probably at your 30(b)(6)
9    deposition, but in the meantime, thank you
10   for your time.
11             Caroline, thank you for working
12   through difficult conditions.  And I think
13   we can go -- unless -- unless, Caroline,
14   there's anything we need to cover, we can
15   go off the record.
16        MS. ADAMS:  Let's go off the
17   record.
18        MS. LITTLEFIELD:  Okay.
19        THE VIDEOGRAPHER:  We are going off
20   the record at 5:01 p.m.
21        (Time noted -  5:02 p.m.)
22
23
24
25
```

| Page 294 | | Page 295 |
|---|---|---|

JOHN DIXON - 2/19/2021

```
1          JOHN DIXON - 2/19/2021
2            C E R T I F I C A T E
3          I, Kim A. McCann, RMR, CRR, CSR in and
4    for the State of Texas, do hereby certify:
5          That JOHN DIXON, the witness whose
6    deposition is hereinbefore set forth, was duly
7    sworn by me and that such deposition is a true
8    record of the testimony given by such witness;
9          That pursuant to FRCP Rule 30,
10   signature of the witness was not requested by the
11   witness or other party before the conclusion of
12   the deposition;
13          I further certify that I am not related
14   to any of the parties to this action by blood or
15   marriage; and that I am in no way interested in
16   the outcome of this matter.
17          IN WITNESS WHEREOF, I have hereunto set
18   my hand this March 5, 2021.
19
20          _____
21          Kim A. McCann, RMR, CRR, CSR
22
23
24
25
```

```
1                    ERRATA SHEET
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg.  No. Now Reads    Should Read  Reason
6    ___  ___ _____    _____    _____
7    ___  ___ _____    _____    _____
8    ___  ___ _____    _____    _____
9    ___  ___ _____    _____    _____
10   ___  ___ _____    _____    _____
11   ___  ___ _____    _____    _____
12   ___  ___ _____    _____    _____
13   ___  ___ _____    _____    _____
14   ___  ___ _____    _____    _____
15   ___  ___ _____    _____    _____
16   ___  ___ _____    _____    _____
17   ___  ___ _____    _____    _____
18   ___  ___ _____    _____    _____
19   ___  ___ _____    _____    _____
20
21                          _____
22                          Signature of Deponent
     SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2021.
24   _____
25   (Notary Public)   MY COMMISSION EXPIRES:_____
```