```
              COURIEL & COMPANY , P.A.
              713 SE 16 STREET, SUITE 2
              FORT LAUDERDALE, FL 33316
                   954-297-3795
```

December 14, 2012

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

Dear Client:

Enclosed is your 2010 Federal S Corporation Income Tax Return.  The
original should be signed at the bottom of page one.  No tax is payable
with the filing of this return.  Mail the Federal return on or before
March 15, 2011 to:

```
              DEPARTMENT OF THE TREASURY
              INTERNAL REVENUE SERVICE CENTER
                 OGDEN, UT 84201-0013
```

You must distribute a copy of the 2010 Schedule K-1 to each shareholder.
Be sure to give each shareholder a copy of the Shareholder's
Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,


Andre Couriel, CPA

EXHIBIT
3

LOGGERHEAD00000145

| 2010 | Federal Income Tax Summary | Page 1 |
|---|---|---|
| | **LOGGERHEAD HOLDINGS, INC.** | ▮7539 |

**ORDINARY INCOME**

| | |
|---|---:|
| Gross receipts less returns/allowance | 1,296,655 |
| Cost of goods sold (Sched. A, line 8) | 48,839 |
| Gross Profit | 1,247,816 |
| Other income | 1,015,004 |
| Total income (loss) | 2,262,820 |

**ORDINARY DEDUCTIONS**

| | |
|---|---:|
| Salaries/wages (less employment cr.) | 338,370 |
| Repairs and maintenance | 64,327 |
| Bad debts | 600 |
| Rents | 4,292 |
| Taxes and licenses | 37,763 |
| Interest | 342,857 |
| Depreciation | 374,712 |
| Advertising | 1,000 |
| Pension, profit-sharing, etc. plans | -86 |
| Other deductions | 381,124 |
| Total deductions | 1,544,959 |
| Ordinary business income (loss) | 717,861 |

**REFUND OR AMOUNT DUE**

| | |
|---|---:|
| Balance due | 0 |

**SCHEDULE K - INCOME**

| | |
|---|---:|
| Ordinary business income (loss) | 717,861 |

**SCHEDULE K - OTHER INFORMATION**

| | |
|---|---:|
| Income (loss) reconciliation | 717,861 |

**SCHEDULE L - BALANCE SHEET**

| | |
|---|---:|
| Beginning Assets | 4,277,047 |
| Beginning Liabilities & Equity | 4,277,047 |
| Ending Assets | 3,990,550 |
| Ending Liabilities & Equity | 3,990,550 |

| 2010 | Federal Balance Sheet Summary | Page 1 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                                           ▮7539

**ENDING ASSETS**
```
    Cash..................................................................       57,244
    Other current assets..................................................       20,768
    Loans to shareholders.................................................        3,500
    Buildings and other assets............................     8,176,489
    Less: Accumulated depreciation........................    (4,759,924)    3,416,565
    Land..................................................................      476,876
    Intangible assets.....................................        37,838
    Less: Accumulated amortization........................       (23,611)       14,227
    Other assets..........................................................        1,370

    Total Assets..........................................................    3,990,550
```

**ENDING LIABILITIES & EQUITY**
```
    Accounts payable......................................................    1,119,968
    Other current liabilities.............................................    2,168,219
    Long-term notes payable...............................................    3,904,032
    Capital stock.........................................................          320
    Additional paid-in capital............................................      938,793
    Retained earnings.....................................................   -4,140,782

    Total Liabilities and Equity..........................................    3,990,550
```

**LOGGERHEAD HOLDINGS, INC.** ███7539

**Reconciliation of Retained Earnings**
**Form 1120S, Schedule L, Line 24**

```
Beginning Retained Earnings, Sch. L, Line 24..........................  -4,858,643.
Net Income (Loss) Per Books (Sch. M-1, Line 1).......................       717,861.
Ending Retained Earnings, Schedule L, Line 24........................  -4,140,782.
```

LOGGERHEAD00000148

# 2010 Shareholder's Basis Computation

S Corporation Name: LOGGERHEAD HOLDINGS, INC.
Employer I.D. number: ███7539

Name of Shareholder: JOHN DIXON
Shareholder's I.D. number: ███7513

| # | Item | Amount |
|---|---|---:|
| 1. | **STOCK BASIS AT BEGINNING OF TAX YEAR** | -3,983,255. |

**INCREASES:**

| # | Item | Amount |
|---|---|---:|
| 2. | Ordinary income | 717,861. |
| 3. | Net income from rental activities | |
| 4. | Net portfolio income | |
| 5. | Net gain under Section 1231 | |
| 6. | Other income | |
| 7. | Tax-exempt interest income | |
| 8. | Other tax-exempt income | |
| 9. | Net gain on disposition of Section 179 assets | |
| 10. | Oil and gas depletion in excess of basis | |
| 11. | OTHER INCREASES: | |
| 12. | **TOTAL INCREASES:** (add lines 2 - 11) | 717,861. |

**DECREASES:**

| # | Item | Amount |
|---|---|---:|
| 13. | Nondeductible expenses | |
| 14. | Oil and gas depletion | |
| 15. | Ordinary loss | |
| 16. | Net loss from rental activities | |
| 17. | Net portfolio loss | |
| 18. | Net loss under Section 1231 | |
| 19. | Other loss | |
| 20. | Charitable contributions | |
| 21. | Section 179 expense deduction | |
| 22. | Deductions related to portfolio income (loss) | |
| 23. | Other deductions | |
| 24. | Investment interest expense | |
| 25. | Total foreign taxes | |
| 26. | Section 59(e) expenses | |
| 27. | Prior year loss in excess of basis | |
| 28. | OTHER DECREASES: Loss in Excess of Basis | -3,265,394. |
| 29. | Property distributions (including cash) | |
| 30. | **TOTAL DECREASES** (add lines 13 - 29) | -3,265,394. |

| # | Item | Amount |
|---|---|---:|
| 31. | **STOCK BASIS AT END OF TAX YEAR.** (Line 1 plus line 12 minus line 30) | 0. |
| 32. | **DEBT BASIS AT BEGINNING OF TAX YEAR** | 255,499. |
| 33. | **ADJUSTMENTS TO DEBT BASIS:** Losses/Deductions in Excess of Stock Basis | -255,499. |
| 34. | **DEBT BASIS AT END OF TAX YEAR** (Combine Line 32 and 33) | 0. |
| 35. | **SHAREHOLDER'S TOTAL BASIS AT END OF TAX YEAR** (Add Line 31 and 34) | 0. |
| | Principal Amount of Debt Owed to Shareholder at End of Tax Year | 255,499. |
| | Losses/Deductions in Excess of Basis (Suspended) | 3,009,895. |

SPSL0212L   05/06/10

## 2010 Shareholder's Basis Computation

Page 2

S Corporation Name: LOGGERHEAD HOLDINGS, INC.
Employer I.D. number: ███7539

Name of Shareholder: JOHN DIXON
Shareholder's I.D. number: ███7513

**Shareholder's Basis Computation**
**Calculation of Losses/Deductions in Excess of Basis (Suspended)**

1. Loss in Excess of Basis ................................................................. 3,265,394.
2. Losses/Deductions in Excess of Basis (included in debt basis) ....... 255,499.
3. Losses/Deductions in Excess of Basis (Suspended) (line 1 − line 2) . 3,009,895.

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► See separate instructions. | **2010** |

For calendar year 2010 or tax year beginning _____, 2010, ending _____,

| | | |
|---|---|---|
| **A** S election effective date: 8/19/1998 | **TYPE OR PRINT** LOGGERHEAD HOLDINGS, INC. 520 SE 32ND STREET FT. LAUDERDALE, FL 33316 | **D** Employer identification number: ▒▒▒▒▒7539 |
| **B** Business activity code number (see instrs): 561500 | | **E** Date incorporated: 8/19/1998 |
| **C** Check if Sch M-3 attached ☐ | | **F** Total assets (see instructions) $ 3,990,550. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not previously filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales 1,296,655.  **b** Less returns and allowances _____  **c** Bal ► | 1c | 1,296,655. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 48,839. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,247,816. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) .................... See Statement 1 | 5 | 1,015,004. |
| 6 | **Total income (loss).** Add lines 3 through 5 ............................► | 6 | 2,262,820. |

### DEDUCTIONS (SEE INSTRS)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | 338,370. |
| 9 | Repairs and maintenance | 9 | 64,327. |
| 10 | Bad debts | 10 | 600. |
| 11 | Rents | 11 | 4,292. |
| 12 | Taxes and licenses | 12 | 37,763. |
| 13 | Interest | 13 | 342,857. |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 374,712. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 1,000. |
| 17 | Pension, profit-sharing, etc, plans | 17 | -86. |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) .......... See Statement 2 | 19 | 381,124. |
| 20 | **Total deductions.** Add lines 7 through 19 ............................► | 20 | 1,544,959. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 717,861. |

### TAX AND PAYMENTS

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a | 2010 estimated tax payments and 2009 overpayment credited to 2010 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ........► ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | 0. |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26 **Credited to 2011 estimated tax** _____ **Refunded** | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____ Signature of officer  _____ Date  ► _____ Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Andre Couriel, CPA | | | | P01405719 |

Firm's name ► Couriel & Company, P.A.  Firm's EIN ► ▒▒▒▒▒2030
Firm's address ► 713 SE 16 Street, Suite 2
Fort Lauderdale, FL 33316  Phone no. 954-297-3795

BAA  For Paperwork Reduction Act Notice, see separate instructions.  SPSA0105L  01/19/11  Form **1120S** (2010)

Redacted

Form **1120S** (2010)   LOGGERHEAD HOLDINGS, INC.   ▆▆▆▆▆7539   Page **2**

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 607. |
| 2 | Purchases | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) ............ See Statement 3 | 48,232. |
| 6 | **Total.** Add lines 1 through 5 | 48,839. |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 48,839. |

**9a** Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (Specify method used and attach explanation.) _____

**b** Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
**d** If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ...... **9d**
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .... ☐ Yes ☐ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ..... ☐ Yes ☐ No

### Schedule B — Other Information (see instructions)

| | | Yes | No |
|---|---|:-:|:-:|
| 1 | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: **a** Business activity ▶ ENTERTAINMENT   **b** Product or service ▶ TRAVEL AGENCY | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made? ........................... See Statement 4 | X | |
| 4 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount .... ▶ ☐   If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ....... $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |
| 9 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes', see instructions | | X |

### Schedule K — Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---:|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 717,861. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities (attach statement) | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | |
| 5 | Dividends: **a** Ordinary dividends | 5a | |
|   | **b** Qualified dividends | 5b | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| b | Collectibles (28%) gain (loss) | 8b | |
| c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| 10 | Other income (loss) (see instructions) ........... Type ▶ | 10 | |

(INCOME (LOSS))

Form **1120S** (2010)

Redacted

Form **1120S** (2010)   LOGGERHEAD HOLDINGS, INC.   ▮▮▮▮7539   Page **3**

### Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction *(attach Form 4562)* | 11 |
| | 12a | Contributions | 12a |
| | b | Investment interest expense | 12b |
| | c | Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | 12c (2) |
| | d | Other deductions *(see instructions)*.. Type ▶ | 12d |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a |
| | b | Low-income housing credit (other) | 13b |
| | c | Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c |
| | d | Other rental real estate credits *(see instrs)* Type ▶ _____ | 13d |
| | e | Other rental credits *(see instrs)* Type ▶ _____ | 13e |
| | f | Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f |
| | g | Other credits *(see instructions)* Type ▶ | 13g |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ _____ | |
| | b | Gross income from all sources | 14b |
| | c | Gross income sourced at shareholder level | 14c |
| | | *Foreign gross income sourced at corporate level* | |
| | d | Passive category | 14d |
| | e | General category | 14e |
| | f | Other *(attach statement)* | 14f |
| | | *Deductions allocated and apportioned at shareholder level* | |
| | g | Interest expense | 14g |
| | h | Other | 14h |
| | | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | i | Passive category | 14i |
| | j | General category | 14j |
| | k | Other *(attach statement)* | 14k |
| | | *Other information* | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | 14l |
| | m | Reduction in taxes available for credit *(attach statement)* | 14m |
| | n | Other foreign tax information *(attach statement)* | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a |
| | b | Adjusted gain or loss | 15b |
| | c | Depletion (other than oil and gas) | 15c |
| | d | Oil, gas, and geothermal properties — gross income | 15d |
| | e | Oil, gas, and geothermal properties — deductions | 15e |
| | f | Other AMT items *(attach statement)* | 15f |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a |
| | b | Other tax-exempt income | 16b |
| | c | Nondeductible expenses | 16c |
| | d | Distributions *(attach stmt if required) (see instrs)* | 16d |
| | e | Repayment of loans from shareholders | 16e |
| **Other Information** | 17a | Investment income | 17a |
| | b | Investment expenses | 17b |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c |
| | d | Other items and amounts *(attach statement)* | |
| **Reconciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 717,861. |

BAA                                                                 Form **1120S** (2010)

SPSA0134L   07/22/10

LOGGERHEAD00000153

Form **1120S** (2010) LOGGERHEAD HOLDINGS, INC. ▮7539 Page **4**

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 57,244. |
| 2a | Trade notes and accounts receivable | 38,974. | | | |
| b | Less allowance for bad debts | | 38,974. | | |
| 3 | Inventories | | 607. | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt)....See St. 5 | | 1,211. | | 20,768. |
| 7 | Loans to shareholders | | | | 3,500. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 8,145,274. | | 8,176,489. | |
| b | Less accumulated depreciation | 4,402,631. | 3,742,643. | 4,759,924. | 3,416,565. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 476,876. | | 476,876. |
| 13a | Intangible assets (amortizable only) | 38,321. | | 37,838. | |
| b | Less accumulated amortization | 21,585. | 16,736. | 23,611. | 14,227. |
| 14 | Other assets (attach stmt)....See St. 6 | | | | 1,370. |
| 15 | Total assets | | 4,277,047. | | 3,990,550. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 537,241. | | 1,119,968. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt)..See St. 7 | | 2,445,082. | | 2,168,219. |
| 19 | Loans from shareholders | | 255,499. | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 4,958,755. | | 3,904,032. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 320. | | 320. |
| 23 | Additional paid-in capital | | 938,793. | | 938,793. |
| 24 | Retained earnings | | -4,858,643. | | -4,140,782. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 4,277,047. | | 3,990,550. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| 1 | Net income (loss) per books | 717,861. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest. $_____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | |
| a | Depreciation........ $_____ | | a | Depreciation.... $_____ | |
| b | Travel and entertainment. $_____ | | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | 717,861. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | 717,861. |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -5,892,466. | | |
| 2 | Ordinary income from page 1, line 21 | 717,861. | | |
| 3 | Other additions................See Statement 8 | 2,503,360. | | |
| 4 | Loss from page 1, line 21 | | | |
| 5 | Other reductions................See Statement 9 | ( 1,469,537.) | | |
| 6 | Combine lines 1 through 5 | -4,140,782. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -4,140,782. | | |

SPSA0134L 07/22/10

Form **1120S** (2010)

LOGGERHEAD00000154

Redacted

671110

| Schedule K-1 | 2010 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0130 |

(Form 1120S)
For calendar year 2010, or tax
Department of the Treasury
Internal Revenue Service
year beginning _____, 2010
ending _____, ____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
▓▓▓▓7539

**B** Corporation's name, address, city, state, and ZIP code
LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

**C** IRS Center where corporation filed return
Ogden, UT

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
▓▓▓▓7513

**E** Shareholder's name, address, city, state, and ZIP code
JOHN DIXON
520 SE 32 STREET
FT. LAUDERDALE, FL 33316

**F** Shareholder's percentage of stock ownership for tax year.... 100 %

FOR IRS USE ONLY

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 717,861. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | | |
| | | | 17 | Other information |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.       Schedule **K-1** (Form 1120S) 2010

Shareholder 1

SPSA0412L  07/19/10

LOGGERHEAD00000155



Redacted

| Form **982** (Rev February 2011) Department of the Treasury Internal Revenue Service | **Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)** ▶ Attach this form to your income tax return. | OMB No. 1545-0046 Attachment Sequence No. **94** |
|---|---|---|

| Name shown on return | Identifying number |
|---|---|
| LOGGERHEAD HOLDINGS, INC. | 7539 |

**Part I  General Information** (see instructions)

1  Amount excluded is due to (check applicable box(es)):
   **a** Discharge of indebtedness in a title 11 case......................................................... ☐
   **b** Discharge of indebtedness to the extent insolvent (not in a title 11 case)......................... ☐
   **c** Discharge of qualified farm indebtedness........................................................... ☐
   **d** Discharge of qualified real property business indebtedness........................................ ☐
   **e** Discharge of qualified principal residence indebtedness........................................... ☐
2  Total amount of discharged indebtedness excluded from gross income.............................. **2**  1,015,004.
3  Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property?....................... ☐ Yes  ☒ No

**Part II  Reduction of Tax Attributes**  You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

Enter amount excluded from gross income:

4  For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property............................................................................. **4**
5  That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property............................................................................. **5**
6  Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge.................................................................. **6**  1,015,004.
7  Applied to reduce any general business credit carryover to or from the tax year of the discharge.......... **7**
8  Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge................................................................................. **8**
9  Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge........................................................... **9**
10a  Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness*................................ **10a**
   **b** Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked*...... **10b**
11  For a discharge of qualified farm indebtedness applied to reduce the basis of:
   **a** Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5............................................................................. **11a**
   **b** Land used or held for use in a trade or business of farming........................................ **11b**
   **c** Other property used or held for use in a trade or business or for the production of income............. **11c**
12  Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge...... **12**
13  Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge.............. **13**

**Part III  Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)**

Under section 1081(b), the corporation named above has excluded  $ _____ from its gross income for the tax year beginning _____ and ending _____ .
Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of _____ .
(State of incorporation)

**Note:** *You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.*

BAA  For Paperwork Reduction Act Notice, see instructions        FDIA3401L   02/21/11        Form **982** (Rev 2-2011)

LOGGERHEAD00000157

| 2010 | Federal Statements | Page 1 |
|---|---|---|

LOGGERHEAD HOLDINGS, INC.     ███7539

**Statement 1**
**Form 1120S, Line 5**
**Other Income**

| | | |
|---|--:|--:|
| Cancellation of Indebtedness | $ | 1,015,004. |
| Total | $ | 1,015,004. |

**Statement 2**
**Form 1120S, Line 19**
**Other Deductions**

| | | |
|---|--:|--:|
| Amortization | $ | 1,427. |
| Auto and Truck Expense | | 2,933. |
| Bank Charges | | 3,240. |
| Dues and Subscriptions | | 5,274. |
| Employee Drug Testing | | 956. |
| Finance Charges | | 5,652. |
| Food for Passengers | | 23,548. |
| Insurance | | 48,979. |
| Legal and Professional | | 193,632. |
| Merchant Fees | | 4,690. |
| Misc. Fuel | | 490. |
| Misc. Payroll Expenses | | 170. |
| Misc. Service Charges | | 465. |
| Miscellaneous | | 144. |
| Office Expense | | 1,034. |
| Other Vessel Op. Exps. | | -5,467. |
| Supplies | | 18,453. |
| Telephone | | 3,256. |
| Travel | | 50,089. |
| Utilities | | 22,159. |
| Total | $ | 381,124. |

**Statement 3**
**Form 1120S, Schedule A, Line 5**
**Other Costs**

| | | |
|---|--:|--:|
| FUEL | $ | 38,582. |
| MATERIALS | | 5,819. |
| OTHER | | 151. |
| TRANSPORTATION | | 3,680. |
| Total | $ | 48,232. |

**Statement 4**
**Form 1120S, Schedule B, Line 3**
**Other Information**

Name                      See attached Statement 5
Address
ID Number
Percentage Owned

Redacted

| 2010 | Federal Statements | Page 2 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                          ▓▓▓▓7539

### Statement 5
### Form 1120S, Schedule L, Line 6
### Other Current Assets

|  | Beginning | Ending |
|---|---:|---:|
| Employee Loans Receivable | $ 0. | $ 619. |
| Prepaid Expenses | 1,211. | 20,149. |
| Total | $ 1,211. | $ 20,768. |

### Statement 6
### Form 1120S, Schedule L, Line 14
### Other Assets

|  | Beginning | Ending |
|---|---:|---:|
| Other Misc. Assets | $ 0. | $ 1,366. |
| Rounding | 0. | 4. |
| Total | $ 0. | $ 1,370. |

### Statement 7
### Form 1120S, Schedule L, Line 18
### Other Current Liabilities

|  | Beginning | Ending |
|---|---:|---:|
| Accrued Interest Payable | $ 1,030,123. | $ 1,092,349. |
| Bahamas Fees Payable | 33,928. | 19,130. |
| Bank Overdraft | 53,698. | 0. |
| Credit Card Payable | 101,766. | 72,228. |
| Due to Mother Ocean | 3,150. | 4,000. |
| Due to Nekton, Inc. | 496,348. | 522,607. |
| Federal Excise Tax Payable | 2,679. | 51. |
| Note Payable to Gaddis Capital | 200,000. | 232,000. |
| Other Current Liabilities | 9,295. | 5,494. |
| Payroll Liabilities | 231,769. | 214,523. |
| Port Charges Payable | 0. | 5,837. |
| Prepaid Cruises | 282,257. | 0. |
| Sales Tax Payable | 69. | 0. |
| Total | $ 2,445,082. | $ 2,168,219. |

### Statement 8
### Form 1120S, Schedule M-2, Column A, Line 3
### Other Additions

| ACCUMULATED DEPREC BOOK LESS THAN TAX | $ 2,495,237. |
|---|---:|
| CAPITALIZED DEPREC-BOOK | 8,123. |
| Total | $ 2,503,360. |

| 2010 | Federal Statements | Page 3 |
|---|---|---|
| | **LOGGERHEAD HOLDINGS, INC.** | ▮7539 |

**Statement 9**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | | |
|---|---:|---:|
| CAPITALIZED DEPREC-TAX | $ | 8,827. |
| EQUITY IN NEKTON DIVING CRUISES, LLC PURCH | | 544,491. |
| OTHER MISC | | 14,385. |
| PRIOR PERIOD ADJUSTMENT | | 901,761. |
| SHORESIDE C CORP RETAINED EARNINGS | | 73. |
| Total | $ | 1,469,537. |



LOGGERHEAD00000161



LOGGERHEAD00000162



Case 2:10-md-02179-CJB-DPC Document 27143-5 Filed 06/09/21 Page 20 of 20



LOGGERHEAD00000164