```
                    COURIEL & COMPANY , P.A.
                    713 SE 16 STREET, SUITE 2
                    FORT LAUDERDALE, FL 33316
                          954-297-3795
```

December 17, 2012

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

Dear Client:

Enclosed is your 2011 Federal S Corporation Income Tax Return.  The
original should be signed at the bottom of page one.  No tax is payable
with the filing of this return.  Mail the Federal return on or before
March 15, 2012 to:

```
                   DEPARTMENT OF THE TREASURY
                 INTERNAL REVENUE SERVICE CENTER
                       OGDEN, UT 84201-0013
```

You must distribute a copy of the 2011 Schedule K-1 to each shareholder.
Be sure to give each shareholder a copy of the Shareholder's
Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,


Andre Couriel, CPA

EXHIBIT
4

LOGGERHEAD00000165

Redacted

| 2011 | Federal Income Tax Summary | Page 1 |
|---|---|---|
| | LOGGERHEAD HOLDINGS, INC. | 7539 |

**ORDINARY INCOME**
```
Gross receipts less returns/allowance..............................................    282,060
Cost of goods sold (Form 1125-A).....................................................      6,105
Gross Profit.........................................................................    275,955

Total income (loss)..................................................................    275,955
```

**ORDINARY DEDUCTIONS**
```
Repairs and maintenance..............................................................     24,772
Rents................................................................................    223,638
Taxes and licenses...................................................................      2,072
Interest.............................................................................    298,074
Depreciation.........................................................................    430,146
Other deductions.....................................................................    983,700

Total deductions.....................................................................  1,962,402

Ordinary business income (loss)......................................................  -1,686,447
```

**REFUND OR AMOUNT DUE**
```
Balance due..........................................................................          0
```

**SCHEDULE K - INCOME**
```
Ordinary business income (loss)......................................................  -1,686,447
```

**SCHEDULE K - OTHER INFORMATION**
```
Income (loss) reconciliation.........................................................  -1,686,447
```

**SCHEDULE L - BALANCE SHEET**
```
Beginning Assets.....................................................................  3,990,550
Beginning Liabilities & Equity.......................................................  3,990,550

Ending Assets........................................................................  3,540,944
Ending Liabilities & Equity..........................................................  3,540,944
```

| 2011 | Federal Balance Sheet Summary | Page 1 |
|---|---|---|
| | **LOGGERHEAD HOLDINGS, INC.** | ▮7539 |

**ENDING ASSETS**

| | | |
|---|---:|---:|
| Other current assets | | 22,134 |
| Loans to shareholders | | 28,850 |
| Buildings and other assets | 8,173,857 | |
| Less: Accumulated depreciation | (5,190,070) | 2,983,787 |
| Land | | 476,876 |
| Intangible assets | 54,050 | |
| Less: Accumulated amortization | (26,119) | 27,931 |
| Other assets | | 1,366 |
| Total Assets | | 3,540,944 |

**ENDING LIABILITIES & EQUITY**

| | |
|---|---:|
| Accounts payable | 2,394,519 |
| Other current liabilities | 2,606,827 |
| Long-term notes payable | 3,813,140 |
| Capital stock | 320 |
| Additional paid-in capital | 938,793 |
| Retained earnings | -6,212,655 |
| Total Liabilities and Equity | 3,540,944 |

Redacted

| 2011 | Federal Worksheets | Page 1 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.** ▮7539

**Reconciliation of Retained Earnings**
**Form 1120S, Schedule L, Line 24**

```
Beginning Retained Earnings, Sch. L, Line 24.................................  -4,140,782.
Net Income (Loss) Per Books (Sch. M-1, Line 1)..............................  -1,686,447.
Ending Retained Earnings, Schedule L, Line 24...............................  -5,827,229.
```

**Computation of Net Income Per Books**
**Form 1120S, Schedule M-1, Line 1**

```
Income (loss) (Schedule K, line 18)..........................................  -1,686,447.

Increases:
  Income recorded on books not included on Sch. K (Sch. M-1, line 5)...              0.
  Deductions on Sch. K not charged against book income (M-1, line 6)...              0.

Decreases:
  Income included on Sch. K not recorded on books (Sch. M-1, line 2)...              0.
  Expenses recorded on books not included on Sch. K (Sch. M-1, line 3)               0.

Net Income (loss) Per Books (Schedule M-1, Line 1)..........................  -1,686,447.
```

Redacted

**2011**     **Schedule M-2 Reconciliation**     Page 1

**LOGGERHEAD HOLDINGS, INC.**     ▮7539

**RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)**

**SCHEDULE M-2 ENDING BALANCES:**
1. Accumulated Adjustments Account (Schedule M-2, Line 8(a))............................ -4,793,406.
2. Other Adjustments Account (Schedule M-2, Line 8(b))..................................
3. Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c))......................
4. TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3)................................ -4,793,406.

**ADDITIONS:**
5. Other Retained Earnings - Ending Balance............................................
6. Adjustment on oil and gas depletion (Schedule M-1 vs. AAA)..........................

TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6):
7. Depreciation on Schedule K not included on books....................................
8. Amortization on Schedule K not included on books....................................
9. Gain (loss) on disposition of assets................................................
10. State tax on Schedule K not included on books......................................
11. Other Timing Differences Subtracted from Net Income Per Books:

12. TOTAL ADDITIONS (add lines 5 - 11).................................................

**SUBTRACTIONS:**
TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3):
13. Depreciation on books not included on Schedule K...................................
14. Amortization on books not included on Schedule K...................................
15. Gain (loss) on disposition of assets...............................................
16. State tax on books not included on Schedule K......................................
17. Other Timing Differences Added to Net Income Per Books:

18. TOTAL SUBTRACTIONS (add lines 13 - 17).............................................
19. Beginning Balance - Retained Earnings (Schedule L, Line 24(b)).......... -4,140,782.
20. Beginning Balance - Schedule M-2 and Other Retained Earnings............ -4,140,782.
21. PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20)..............
22. OTHER ADJUSTMENTS................................................................. -1,419,249.
23. TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22)............. -1,419,249.
24. **TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE** (combine lines 4 and 23)............ -6,212,655.

SPSL0401L  05/04/11

# 2011 Shareholder's Basis Computation

**S Corporation Name:** LOGGERHEAD HOLDINGS, INC.
**Employer I.D. number:** ▮▮▮▮7539
**Name of Shareholder:** JOHN DIXON
**Shareholder's I.D. number:** ▮▮▮▮7513

1. **STOCK BASIS AT BEGINNING OF TAX YEAR** .............................................. [     ]

**INCREASES:**

2. Ordinary income ...........................
3. Net income from rental activities .......
4. Net portfolio income ....................
5. Net gain under Section 1231 ............
6. Other income ............................
7. Tax-exempt interest income .............
8. Other tax-exempt income ................
9. Net gain on disposition of Section 179 assets .....
10. Oil and gas depletion in excess of basis
11. OTHER INCREASES:

**DECREASES:**

13. Nondeductible expenses ..................
14. Oil and gas depletion ..................
15. Ordinary loss ........................... 1,686,447.
16. Net loss from rental activities .........
17. Net portfolio loss ......................
18. Net loss under Section 1231 ............
19. Other loss ..............................
20. Charitable contributions ................
21. Section 179 expense deduction ..........
22. Deductions related to portfolio income (loss) ......
23. Other deductions ........................
24. Investment interest expense .............
25. Total foreign taxes .....................
26. Section 59(e) expenses ..................
27. Prior year loss in excess of basis ......
28. OTHER DECREASES:
    Loss in Excess of Basis        -1,686,447.

29. Property distributions (including cash) ....
12. **TOTAL INCREASES:** (add lines 2 - 11).
30. **TOTAL DECREASES** (add lines 13 - 29) .    0.

31. **STOCK BASIS AT END OF TAX YEAR.** (Line 1 plus line 12 minus line 30) ..................................    0.

32. **DEBT BASIS AT BEGINNING OF TAX YEAR** ..................................................................    0.
33. **ADJUSTMENTS TO DEBT BASIS:**

34. **DEBT BASIS AT END OF TAX YEAR** (Combine Line 32 and 33) .............................................    0.

35. **SHAREHOLDER'S TOTAL BASIS AT END OF TAX YEAR** (Add Line 31 and 34) ..............................    0.

    Losses/Deductions in Excess of Basis (Suspended) .....................    1,686,447.

SPSL0212L  05/04/11

LOGGERHEAD00000170

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2011**

For calendar year 2011 or tax year beginning _____, 2011, ending _____,

- **A** S election effective date: 8/19/1998
- **B** Business activity code number (see instrs): 561500
- **C** Check if Sch M-3 attached: ☐
- **TYPE OR PRINT**: LOGGERHEAD HOLDINGS, INC.
  520 SE 32ND STREET
  FT. LAUDERDALE, FL 33316
- **D** Employer identification number: ▇▇▇▇7539
- **E** Date incorporated: 8/19/1998
- **F** Total assets (see instructions): $3,540,944.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .......................... ▶ 1

**Caution.** Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| 1b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | 282,060. |
| 1c | Total. Add lines 1a and 1b | 1c | 282,060. |
| 1d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| 1e | Subtract line 1d from line 1c | 1e | 282,060. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 6,105. |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | 275,955. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 275,955. |

### DEDUCTIONS (SEE INSTRS)

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Compensation of officers | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 24,772. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 223,638. |
| 12 | Taxes and licenses | 12 | 2,072. |
| 13 | Interest | 13 | 298,074. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 430,146. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) ........ See Statement 1 | 19 | 983,700. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 1,962,402. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -1,686,447. |

### TAX AND PAYMENTS

| Line | Description | | Amount |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| 22b | Tax from Schedule D (Form 1120S) | 22b | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2011 estimated tax payments and 2010 overpayment credited to 2011 | 23a | |
| 23b | Tax deposited with Form 7004 | 23b | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| 23d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 **Credited to 2012 estimated tax** _____ **Refunded** | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer _____ Date _____ ▶ Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: Andre Couriel, CPA | Preparer's signature: Andre Couriel, CPA |
| Date: | Check if self-employed: ☐ |
| PTIN: P01405719 | |
| Firm's name: ▶ Couriel & Company, P.A. | Firm's EIN: ▶ ▇▇▇▇2030 |
| Firm's address: ▶ 713 SE 16 Street, Suite 2  Fort Lauderdale, FL 33316 | Phone no. 954-297-3795 |

BAA  For Paperwork Reduction Act Notice, see separate instructions.  SPSA0105L  11/01/11  Form **1120S** (2011)

Form **1120S** (2011)    LOGGERHEAD HOLDINGS, INC.    ███████ 7539    Page **2**

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the:<br>**a** Business activity ▶ Entertainment    **b** Product or service ▶ Travel Agency | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** if 100% owned, was a qualified subchapter S subsidiary election made?........................................................................................................ See Statement 2 | X | |
| 4 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?................................................... | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount............. ▶ ☐<br>If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions)..................................................... ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year........ $ _____ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1............................ | | X |
| 9 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes', see instructions..... | | X |
| 10a | Did the corporation make any payments in 2011 that would require it to file Form(s) 1099 (see instructions)?............. | | X |
| **b** | If 'Yes,' did the corporation file or will it file all required Forms 1099?....................................... | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **INCOME LOSS** | 1  Ordinary business income (loss) (page 1, line 21)............................................ | 1 | -1,686,447. |
| | 2  Net rental real estate income (loss) (attach Form 8825)........................................ | 2 | |
| | 3a Other gross rental income (loss).................................... 3a | | |
| | **b** Expenses from other rental activities (attach statement)................... 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a............................. | 3c | |
| | 4  Interest income.............................................................. | 4 | |
| | 5  Dividends:  **a** Ordinary dividends.............................................. | 5a | |
| |            **b** Qualified dividends........................ 5b | | |
| | 6  Royalties................................................................. | 6 | |
| | 7  Net short-term capital gain (loss) (attach Schedule D (Form 1120S))..................... | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S))..................... | 8a | |
| | **b** Collectibles (28%) gain (loss).................................... 8b | | |
| | **c** Unrecaptured section 1250 gain (attach statement).................... 8c | | |
| | 9  Net section 1231 gain (loss) (attach Form 4797).................................... | 9 | |
| | 10 Other income (loss) (see instructions)................ Type ▶ | 10 | |

Form **1120S** (2011)

Form **1120S** (2011)  LOGGERHEAD HOLDINGS, INC.  ▓▓▓▓7539  Page **3**

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11  Section 179 deduction *(attach Form 4562)*. | 11 | |
| | 12a Contributions. | 12a | |
| | b Investment interest expense. | 12b | |
| | c Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | 12c (2) | |
| | d Other deductions *(see instructions)* . . Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)). | 13a | |
| | b Low-income housing credit (other). | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)*. | 13c | |
| | d Other rental real estate credits *(see instrs)*  Type ▶ | 13d | |
| | e Other rental credits *(see instrs)*  Type ▶ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)*. | 13f | |
| | g Other credits *(see instructions)* . . . . . .  Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession . . . . . .  ▶ | | |
| | b Gross income from all sources. | 14b | |
| | c Gross income sourced at shareholder level. | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category. | 14d | |
| | e General category. | 14e | |
| | f Other *(attach statement)*. | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense. | 14g | |
| | h Other. | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category. | 14i | |
| | j General category. | 14j | |
| | k Other *(attach statement)*. | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued. | 14l | |
| | m Reduction in taxes available for credit *(attach statement)*. | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment. | 15a | |
| | b Adjusted gain or loss. | 15b | |
| | c Depletion (other than oil and gas). | 15c | |
| | d Oil, gas, and geothermal properties — gross income. | 15d | |
| | e Oil, gas, and geothermal properties — deductions. | 15e | |
| | f Other AMT items *(attach statement)*. | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income. | 16a | |
| | b Other tax-exempt income. | 16b | |
| | c Nondeductible expenses. | 16c | |
| | d Distributions *(attach stmt if required) (see instrs)*. | 16d | |
| | e Repayment of loans from shareholders. | 16e | |
| **Other Information** | 17a Investment income. | 17a | |
| | b Investment expenses. | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits. | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l. | 18 | −1,686,447. |

BAA  Form **1120S** (2011)

Redacted

Form **1120S** (2011)   LOGGERHEAD HOLDINGS, INC.   ▓▓▓▓▓7539   Page **4**

### Schedule L — Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 57,244. | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt)....See St. 3 | | 20,768. | | 22,134. |
| 7 | Loans to shareholders | | 3,500. | | 28,850. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 8,176,489. | | 8,173,857. | |
| b | Less accumulated depreciation | 4,759,924. | 3,416,565. | 5,190,070. | 2,983,787. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 476,876. | | 476,876. |
| 13a | Intangible assets (amortizable only) | 37,838. | | 54,050. | |
| b | Less accumulated amortization | 23,611. | 14,227. | 26,119. | 27,931. |
| 14 | Other assets (attach stmt)....See St. 4 | | 1,370. | | 1,366. |
| 15 | Total assets | | 3,990,550. | | 3,540,944. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,119,968. | | 2,394,519. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt)..See St. 5 | | 2,168,219. | | 2,606,827. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 3,904,032. | | 3,813,140. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 320. | | 320. |
| 23 | Additional paid-in capital | | 938,793. | | 938,793. |
| 24 | Retained earnings | | -4,140,782. | | -6,212,655. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 3,990,550. | | 3,540,944. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Net income (loss) per books | -1,686,447. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest. $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | |
| a | Depreciation...... $ _____ | | a | Depreciation.... $ _____ | |
| b | Travel and entertainment. $ _____ | | | | |
| | | | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | -1,686,447. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | -1,686,447. |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---:|---:|---:|
| 1 | Balance at beginning of tax year | -4,140,782. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions....................See Statement 6 | 2,503,360. | | |
| 4 | Loss from page 1, line 21 | ( 1,686,447.) | | |
| 5 | Other reductions..................See Statement 7 | ( 1,469,537.) | | |
| 6 | Combine lines 1 through 5 | -4,793,406. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -4,793,406. | | |

SPSA0134L   06/03/11   Form **1120S** (2011)

LOGGERHEAD00000174

Redacted

| Form **1125-A** (December 2011) Department of the Treasury Internal Revenue Service | Cost of Goods Sold ► Attach to Form 1120, 1120-C, 1120-F, 1120-S, 1065, and 1065-B. | OMB No. 1545-2225 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| LOGGERHEAD HOLDINGS, INC. | ▮7539 |

| | | |
|---|---|---|
| 1 | Inventory at beginning of year................................................... | 1 |
| 2 | Purchases......................................................................... | 2 |
| 3 | Cost of labor...................................................................... | 3 |
| 4 | Additional section 263A costs (attach schedule)................................... | 4 |
| 5 | Other costs (attach schedule)................................See Statement 8..... | 5 | 6,105. |
| 6 | **Total.** Add lines 1 through 5..................................................... | 6 | 6,105. |
| 7 | Inventory at end of year.......................................................... | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions)........................................ | 8 | 6,105. |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and att. expl.).. ► _____
 b Check if there was a writedown of subnormal goods................................................. ► ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)................. ► ☐
 d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO.......................................................... | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?................. ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation......................................... ☐ Yes ☐ No

BAA  For Paperwork Reduction Act Notice, see separate instructions.                Form **1125-A** (12-2011)

Redacted

671111

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

# Schedule K-1
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**2011**
For calendar year 2011, or tax
year beginning _____, 2011
ending _____, _____

## Shareholder's Share of Income, Deductions, Credits, etc ▶ See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
    ███████7539

**B** Corporation's name, address, city, state, and ZIP code
    LOGGERHEAD HOLDINGS, INC.
    520 SE 32ND STREET
    FT. LAUDERDALE, FL 33316

**C** IRS Center where corporation filed return
    Ogden, UT

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
    ███████7513

**E** Shareholder's name, address, city, state, and ZIP code
    JOHN DIXON
    520 SE 32 STREET
    FT. LAUDERDALE, FL 33316

**F** Shareholder's percentage of stock ownership for tax year.................... 100 %

FOR IRS USE ONLY

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -1,686,447. | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | | |
| | | | 17 | Other information |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule **K-1** (Form 1120S) 2011

Shareholder 1

SPSA0412L   08/02/11

LOGGERHEAD00000176

Redacted

| 2011 | Federal Statements | Page 1 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                                    ▇7539

**Statement 1**
**Form 1120S, Line 19**
**Other Deductions**

| | | |
|---|---:|---:|
| Amortization | $ | 1,427. |
| Bank Charges | | 379. |
| Dues and Subscriptions | | 228. |
| Food | | 134. |
| Insurance | | 9,263. |
| Legal and Professional | | 153,150. |
| Outside Services | | 182,074. |
| Pilot Storage | | 574,643. |
| Postage | | 46. |
| Travel | | 48,311. |
| Utilities | | 14,045. |
| Total | $ | 983,700. |

**Statement 2**
**Form 1120S, Schedule B, Line 3**
**Other Information**

Name              See attached Statement 5
Address
ID Number
Percentage Owned

**Statement 3**
**Form 1120S, Schedule L, Line 6**
**Other Current Assets**

| | Beginning | Ending |
|---|---:|---:|
| Employee Loans Receivable | $ 619. | $ 744. |
| Prepaid Expenses | 20,149. | 21,390. |
| Total | $ 20,768. | $ 22,134. |

**Statement 4**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---:|---:|
| Other Misc. Assets | $ 1,366. | $ 1,366. |
| Rounding | 4. | 0. |
| Total | $ 1,370. | $ 1,366. |

Redacted

| 2011 | Federal Statements | Page 2 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**    ▮7539

**Statement 5**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

|  | Beginning | Ending |
|---|---:|---:|
| Accrued Interest Payable | $ 1,092,349. | $ 1,311,894. |
| Bahamas Fees Payable | 19,130. | 19,130. |
| Bank Overdraft | 0. | 28,950. |
| Credit Card Payable | 72,228. | 73,383. |
| Due to Mother Ocean | 4,000. | 4,000. |
| Due to Nekton, Inc. | 522,607. | 685,718. |
| Federal Excise Tax Payable | 51. | 51. |
| Note Payable to Gaddis Capital | 232,000. | 256,000. |
| Other Current Liabilities | 5,494. | 5,494. |
| Payroll Liabilities | 214,523. | 216,342. |
| Port Charges Payable | 5,837. | 5,837. |
| State Payroll Taxes Payable | 0. | 28. |
| Total | $ 2,168,219. | $ 2,606,827. |

**Statement 6**
**Form 1120S, Schedule M-2, Column A, Line 3**
**Other Additions**

| | |
|---|---:|
| ACCUMULATED DEPREC BOOK LESS THAN TAX | $ 2,495,237. |
| CAPITALIZED DEPREC-BOOK | 8,123. |
| Total | $ 2,503,360. |

**Statement 7**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | |
|---|---:|
| CAPITALIZED DEPREC-TAX | $ 8,827. |
| EQUITY IN NEKTON DIVING CRUISES, LLC PURCH | 544,491. |
| OTHER MISC | 14,385. |
| PRIOR PERIOD ADJUSTMENT | 901,761. |
| SHORESIDE C CORP RETAINED EARNINGS | 73. |
| Total | $ 1,469,537. |

**Statement 8**
**Form 1125-A, Line 5**
**Other Costs**

| | |
|---|---:|
| Fuel | $ 604. |
| Materials | 5,501. |
| Total | $ 6,105. |

Redacted

671111

| | | | | |
|---|---|---|---|---|
| ☐ Final K-1 | | ☐ Amended K-1 | | OMB No. 1545-0130 |

## Schedule K-1 (Form 1120S) 2011

For calendar year 2011, or tax year beginning _____, 2011 ending _____,

Department of the Treasury
Internal Revenue Service

### Shareholder's Share of Income, Deductions, Credits, etc ▶ See page 2 of form and separate instructions.

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -1,686,447. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | |
| | | 17 | Other information | |

**Part I  Information About the Corporation**

A Corporation's employer identification number
　　　　7539

B Corporation's name, address, city, state, and ZIP code
LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

C IRS Center where corporation filed return
Ogden, UT

**Part II  Information About the Shareholder**

D Shareholder's identifying number
　　　　7513

E Shareholder's name, address, city, state, and ZIP code
JOHN DIXON
520 SE 32 STREET
FT. LAUDERDALE, FL 33316

F Shareholder's percentage of stock
ownership for tax year.................... __100__ %

FOR IRS USE ONLY

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.　　Schedule K-1 (Form 1120S) 2011

Shareholder 1

SPSA0412L  08/02/11

LOGGERHEAD00000179

Redacted

Schedule **K-1** (Form 1120S) 2011  LOGGERHEAD HOLDINGS, INC.   7539   Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



| | | *Report on* |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | **Interest income** | Form 1040, line 8a |
| **5a** | **Ordinary dividends** | Form 1040, line 9a |
| **5b** | **Qualified dividends** | Form 1040, line 9b |
| **6** | **Royalties** | Schedule E, line 3b |
| **7** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **8a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **8b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8c** | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Shareholder's Instructions |
| | B Involuntary conversions | See the Shareholder's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub 535 |
| | E Other income (loss) | See the Shareholder's Instructions |
| **11** | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | **Other deductions** | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | See the Shareholder's Instructions |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions — royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions — portfolio (other) | Schedule A, line 28 |
| | M Preproductive period expenses | See the Shareholder's Instructions |
| | N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O Reforestation expense deduction | See the Shareholder's Instructions |
| | P Domestic production activities information | See Form 8903 instructions |
| | Q Qualified production activities income | Form 8903, line 7b |
| | R Employer's Form W-2 wages | Form 8903, line 17 |
| | S Other deductions | See the Shareholder's Instructions |
| **13** | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | D Low-income housing credit (other) from post-2007 buildings | |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 71, box a |
| | I Alcohol and cellulosic biofuel fuels credit | |
| | J Work opportunity credit | See the Shareholder's Instructions |
| | K Disabled access credit | |
| | L Empowerment zone and renewal community employment credit | |

| | *Code* | *Report on* |
|---|---|---|
| | M Credit for increasing research activities | See the Shareholder's Instructions |
| | N Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| | O Backup withholding | Form 1040, line 62 |
| | P Other credits | See the Shareholder's Instructions |
| **14** | **Foreign transactions** | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | *Other information* | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Shareholder's Instructions |
| **15** | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D Oil, gas, & geothermal — gross income | |
| | E Oil, gas, & geothermal — deductions | |
| | F Other AMT items | |
| **16** | **Items affecting shareholder basis** | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | |
| | C Nondeductible expenses | See the Shareholder's Instructions |
| | D Distributions | |
| | E Repayment of loans from shareholders | |
| **17** | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D Basis of energy property | See the Shareholder's Instructions |
| | E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G Recapture of investment credit | See Form 4255 |
| | H Recapture of other credits | See the Shareholder's Instructions |
| | I Look-back interest — completed long-term contracts | See Form 8697 |
| | J Look-back interest — income forecast method | See Form 8866 |
| | K Dispositions of property with section 179 deductions | |
| | L Recapture of section 179 deduction | |
| | M Section 453(l)(3) information | |
| | N Section 453A(c) information | |
| | O Section 1260(b) information | |
| | P Interest allocable to production expenditures | See the Shareholder's Instructions |
| | Q CCF nonqualified withdrawals | |
| | R Depletion information — oil and gas | |
| | S Amortization of reforestation costs | |
| | T Section 108(i) information | |
| | U Other information | |

Shareholder 1 : JOHN DIXON  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  SPSA0412L  08/02/11

Schedule **K-1** (Form 1120S) 2011

LOGGERHEAD00000180