Redacted

COURIEL & COMPANY , P.A.
222 N TRADEWINDS AVE
LAUDERDALE BY THE SEA, FL 33308
954-297-3795

September 15, 2015

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316


Dear Client:

Your 2014 Federal S Corporation Income Tax return will be electronically
filed with the Internal Revenue Service upon receipt of a signed Form
8879S - IRS e-file Signature Authorization.  No tax is payable with the
filing of this return.

You must distribute a copy of the 2014 Schedule K-1 to each shareholder.
Be sure to give each shareholder a copy of the Shareholder's
Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,


Andre Couriel

**EXHIBIT**

7

LOGGERHEAD00000215

Redacted

| 2014 | Federal Income Tax Summary | | Page 1 |
|------|----------------------------|--|--------|

**LOGGERHEAD HOLDINGS, INC.** ███7539

| | 2014 | 2013 | Diff |
|--|------|------|------|
| **ORDINARY INCOME** | | | |
| Total income (loss)................................. | 0 | 0 | 0 |
| **ORDINARY DEDUCTIONS** | | | |
| Repairs and maintenance.......................... | 273,763 | 172,954 | 100,809 |
| Total deductions..................................... | 273,763 | 172,954 | 100,809 |
| Ordinary business income (loss)............. | -273,763 | -172,954 | -100,809 |
| **REFUND OR AMOUNT DUE** | | | |
| Balance due........................................... | 0 | 0 | 0 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss)............. | -273,763 | -172,954 | -100,809 |
| **SCHEDULE K - OTHER INFORMATION** | | | |
| Income (loss) reconciliation................... | -273,763 | -172,954 | -100,809 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets.................................... | 3,113,882 | 3,113,882 | 0 |
| Beginning Liabilities & Equity............... | 3,113,882 | 3,113,882 | 0 |
| Ending Assets........................................ | 3,184,082 | 3,113,882 | 70,200 |
| Ending Liabilities & Equity.................... | 3,184,082 | 3,113,882 | 70,200 |

LOGGERHEAD00000216

Redacted

| 2014 | **Federal Balance Sheet Summary** | Page 1 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                    ▮7539

**ENDING ASSETS**
```
  Buildings and other assets....................     8,173,857
  Less: Accumulated depreciation................    (5,564,782)    2,609,075
  Land..........................................                     547,076
  Intangible assets.............................        54,050
  Less: Accumulated amortization................       (26,119)       27,931

  Total Assets..................................                   3,184,082
```

**ENDING LIABILITIES & EQUITY**
```
  Accounts payable..............................                   2,394,519
  Other current liabilities.....................                   2,792,414
  Loans from shareholders.......................                     818,617
  Long-term notes payable.......................                   3,813,140
  Additional paid-in capital....................                     983,793
  Retained earnings.............................                  -7,618,401

  Total Liabilities and Equity..................                   3,184,082
```

LOGGERHEAD00000217

Redacted

| 2014 | **Federal Worksheets** | **Page 1** |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                                     ███7539

**Reconciliation of Retained Earnings**
**Form 1120S, Schedule L, Line 24**

```
Beginning Retained Earnings, Sch. L, Line 24.....................................      -7,344,638.
Net Income (Loss) Per Books (Sch. M-1, Line 1) ..............................        -273,763.
Ending Retained Earnings, Schedule L, Line 24...............................      -7,618,401.
```

LOGGERHEAD00000218

Redacted

| 2014 | Schedule M-2 Reconciliation | Page 1 |
|---|---|---|

**LOGGERHEAD HOLDINGS, INC.**                                                      ▮7539

### RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)

**SCHEDULE M-2 ENDING BALANCES:**

| | | |
|---|---|---:|
| 1. | Accumulated Adjustments Account (Schedule M-2, Line 8(a)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | -6,199,152. |
| 2. | Other Adjustments Account (Schedule M-2, Line 8(b)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 3. | Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4. | TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3). . . . . . . . . . . . . . . . . . . . . . . . . ▶ | -6,199,152. |

**ADDITIONS:**

| | | |
|---|---|---:|
| 5. | Other Retained Earnings - Ending Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 6. | Adjustment on oil and gas depletion (Schedule M-1 vs. AAA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6):

| | | |
|---|---|---:|
| 7. | Depreciation on Schedule K not included on books . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 8. | Amortization on Schedule K not included on books. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 9. | Gain (loss) on disposition of assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 10. | State tax on Schedule K not included on books . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 11. | Other Timing Differences Subtracted from Net Income Per Books: | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 12. | TOTAL ADDITIONS (add lines 5 - 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | |

**SUBTRACTIONS:**

TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3):

| | | |
|---|---|---:|
| 13. | Depreciation on books not included on Schedule K . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 14. | Amortization on books not included on Schedule K . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 15. | Gain (loss) on disposition of assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 16. | State tax on books not included on Schedule K . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 17. | Other Timing Differences Added to Net Income Per Books: | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 18. | TOTAL SUBTRACTIONS (add lines 13 - 17) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | |
| 19. | Beginning Balance - Retained Earnings (Schedule L, Line 24(b)). . . . . . . . . . . . . . . -7,344,638. | |
| 20. | Beginning Balance - Schedule M-2 and Other Retained Earnings . . . . . . . . . . . . . . . . -5,925,389. | |
| 21. | PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20) . . . . . . . . . . . . . . . . . . . ▶ | -1,419,249. |
| 22. | OTHER ADJUSTMENTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 23. | TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22) . . . . . . . . . . . . . ▶ | -1,419,249. |
| 24. | **TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE** (combine lines 4 and 23) . . . . . . . . . . . . . ▶ | -7,618,401. |

SPSL0401L  05/14/14

LOGGERHEAD00000219

Redacted

# 2014 Shareholder's Basis Computation

S Corporation Name

LOGGERHEAD HOLDINGS, INC.

Employer I.D. number

████ 7539

Name of Shareholder

JOHN DIXON

Shareholder's I.D. number

████ 7513

| | | | | |
|---|---|---|---|---|
| 1. | **STOCK BASIS AT BEGINNING OF TAX YEAR** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

**INCREASES:**

**DECREASES:**

| | | | | |
|---|---|---|---|---|
| 2. | Ordinary income . . . . . . . . . . . . . . . . . . . . . . . | | 13. | Nondeductible expenses . . . . . . . . . . . . . . . . | |
| 3. | Net income from rental activities . . . . . . . | | 14. | Oil and gas depletion . . . . . . . . . . . . . . . . . . . | |
| 4. | Net portfolio income . . . . . . . . . . . . . . . . . | | 15. | Ordinary loss . . . . . . . . . . . . . . . . . . . . . . . | 273,763. |
| 5. | Net gain under Section 1231 . . . . . . . . . . . | | 16. | Net loss from rental activities . . . . . . . . . . . | |
| 6. | Other income . . . . . . . . . . . . . . . . . . . . . . . | | 17. | Net portfolio loss . . . . . . . . . . . . . . . . . . . . . | |
| 7. | Tax-exempt interest income . . . . . . . . . . . | | 18. | Net loss under Section 1231 . . . . . . . . . . . . | |
| 8. | Other tax-exempt income . . . . . . . . . . . . . | | 19. | Other loss . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 9. | Net gain on disposition of Section 179 assets . . . . | | 20. | Charitable contributions . . . . . . . . . . . . . . . | |
| 10. | Oil and gas depletion in excess of basis | | 21. | Section 179 expense deduction . . . . . . . . . | |
| 11. | OTHER INCREASES: | | 22. | Deductions related to portfolio income (loss) . . . . . | |
| | _____ | | 23. | Other deductions . . . . . . . . . . . . . . . . . . . . | |
| | _____ | | 24. | Investment interest expense . . . . . . . . . . . . | |
| | _____ | | 25. | Total foreign taxes . . . . . . . . . . . . . . . . . . . | |
| | _____ | | 26. | Section 59(e) expenses . . . . . . . . . . . . . . . | |
| | _____ | | 27. | Prior year loss in excess of basis . . . . . . . | 7,627,516. |
| | _____ | | 28. | OTHER DECREASES: | |
| | _____ | | | Loss in Excess of Basis | -7,901,279. |
| | _____ | | | _____ | |
| | _____ | | | _____ | |
| | _____ | | 29. | Property distributions (including cash) . . . . | |
| 12. | **TOTAL INCREASES:** (add lines 2 - 11). | | 30. | **TOTAL DECREASES** (add lines 13 - 29) . | 0. |

| | | | |
|---|---|---|---|
| 31. | **STOCK BASIS AT END OF TAX YEAR.** (Line 1 plus line 12 minus line 30) . . . . . . . . . . . . . . . . . . . . . | | 0. |
| 32. | **DEBT BASIS AT BEGINNING OF TAX YEAR** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| 33. | **ADJUSTMENTS TO DEBT BASIS:** | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| 34. | **DEBT BASIS AT END OF TAX YEAR** (Combine Line 32 and 33) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| 35. | **SHAREHOLDER'S TOTAL BASIS AT END OF TAX YEAR** (Add Line 31 and 34) . . . . . . . . . . . . . . . | | 0. |

Principal Amount of Debt Owed to Shareholder at End of Tax Year . . . . . . . . 346,700.

Losses/Deductions in Excess of Basis (Suspended) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,901,279.

SPSL0212L   05/12/14

Redacted

Form **8879-S**

**IRS e-file Signature Authorization for Form 1120S**

► Do not send to the IRS. Keep for your records.
► Information about Form 8879-S and its instructions is at *www.irs.gov/form8879s*.

OMB No. 1545-0123

**2014**

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____, 2014, ending _____, _____.

Name of corporation: LOGGERHEAD HOLDINGS, INC.

Employer identification number: ▮7539

## Part I   Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1c) | 1 |
| 2 | Gross profit (Form 1120S, line 3) | 2 |
| 3 | Ordinary business income (loss) (Form 1120S, line 21) | 3   -273,763. |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) | 4 |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18) | 5   -273,763. |

## Part II   Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2014 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **Couriel & Company , P.A.** to enter my PIN [ 85132 ] as my signature

ERO firm name   /   do not enter all zeros

on the corporation's 2014 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2014 electronically filed income tax return.

Officer's signature ► _____   Date ► _____   Title ► **President**

## Part III   Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ 60960912639 ]

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2014 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS *e-file* Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► **Andre Couriel**   Date ►

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**   Form **8879-S** (2014)

SPSA0701L  11/03/14

LOGGERHEAD00000221

Form **7004**

(Rev December 2012)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004.*

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| LOGGERHEAD HOLDINGS, INC. | ████ 7539 |

Number, street, and room or suite number. (If P.O. box, see instructions.)

520 SE 32ND STREET

City, town, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

FT. LAUDERDALE, FL 33316

**Note.** *File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.*

### Part I  Automatic 5-Month Extension

**1 a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

### Part II  Automatic 6-Month Extension

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . . . . . . . . . .  25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . .  ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . .  ► ☐
If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

### Part III  All Filers Must Complete This Part

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . . . . . . . . . . . . . .  ► ☐

**5 a** The application is for calendar year 20 **14** , or tax year beginning _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ , 20 _ _

**b Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (see instructions — attach explanation)

| | | |
|---|---|---|
| **6** Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0. |
| **7 Total** payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0. |
| **8 Balance due.** Subtract line 7 from line 6 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0. |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**        Form **7004** (Rev 12-2012)

CPCZ0701L  11/30/12

LOGGERHEAD00000222

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s*.

OMB No. 1545-0123

**2014**

For calendar year 2014 or tax year beginning _____ , 2014, ending _____ ,

**A** S election effective date
8/19/1998

**B** Business activity code
number (see instrs)
561500

**C** Check if Schedule
M-3 attached ☐

TYPE
OR
PRINT

LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

**D** Employer identification number
████7539

**E** Date incorporated
8/19/1998

**F** Total assets (see instructions)
$ 3,184,082.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................ ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| INCOME | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales ................................ | **1a** | | |
| **b** | Returns and allowances ................................ | **1b** | | |
| **c** | Balance. Subtract line 1b from line 1a ................................ | | **1c** | |
| **2** | Cost of goods sold (attach Form 1125-A) ................................ | | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c ................................ | | **3** | |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) ................................ | | **4** | |
| **5** | Other income (loss) *(see instrs — att statement)* ................................ | | **5** | |
| **6** | **Total income (loss).** Add lines 3 through 5 ................................ | | **6** | |

| DEDUCTIONS (SEE INSTRS) | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions - attach Form 1125-E) ................................ | **7** | |
| **8** | Salaries and wages (less employment credits) ................................ | **8** | |
| **9** | Repairs and maintenance ................................ | **9** | 273,763. |
| **10** | Bad debts ................................ | **10** | |
| **11** | Rents ................................ | **11** | |
| **12** | Taxes and licenses ................................ | **12** | |
| **13** | Interest ................................ | **13** | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ................................ | **14** | |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) ................................ | **15** | |
| **16** | Advertising ................................ | **16** | |
| **17** | Pension, profit-sharing, etc, plans ................................ | **17** | |
| **18** | Employee benefit programs ................................ | **18** | |
| **19** | Other deductions (attach statement) ................................ | **19** | |
| **20** | **Total deductions.** Add lines 7 through 19 ................................ ► | **20** | 273,763. |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 ................................ | **21** | -273,763. |

| TAX AND PAYMENTS | | | | |
|---|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax *(see instructions)* ................................ | **22a** | | |
| **b** | Tax from Schedule D (Form 1120S) ................................ | **22b** | | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) ................................ | | **22c** | |
| **23a** | 2014 estimated tax payments and 2013 overpayment credited to 2014 ...... | **23a** | | |
| **b** | Tax deposited with Form 7004 ................................ | **23b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) ................................ | **23c** | | |
| **d** | Add lines 23a through 23c ................................ | | **23d** | |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ................................ ► ☐ | | **24** | |
| **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed ................................ | | **25** | 0. |
| **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ................................ | | **26** | |
| **27** | Enter amount from line 26 **Credited to 2015 estimated tax** ► _____ **Refunded** ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  ► **President**
Signature of officer        Date        Title

May the IRS discuss this return
with the preparer shown below
(see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Andre Couriel | Andre Couriel | | | █████5719 |

Firm's name ► Couriel & Company , P.A.
Firm's address ► 222 N Tradewinds Ave
Lauderdale By the Sea, FL 33308

Firm's EIN ► ████2030
Phone no. 954-297-3795

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0105L  08/06/14

Form **1120S** (2014)

LOGGERHEAD00000223

| Form **1120S** (2014)   LOGGERHEAD HOLDINGS, INC. ▓▓▓▓ 7539 | | | | | | Page **2** |
|---|---|---|---|---|---|---|

## Schedule B | Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ | | |
| **2** | See the instructions and enter the: | | |
| | **a** Business activity ▶ Entertainment_ _ _ _ _ _ _ _ **b** Product or service... ▶ Travel Agency_ _ _ _ _ _ _ _ | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If 'Yes,' attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | X |
| **4** | At the end of the tax year, did the corporation: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . | X | |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| See attached Statement 5 | Applied For | United States | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5 a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If 'Yes,' complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . | | X |
| | If 'Yes,' complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶$ _ _ _ _ _ _ _ _ _ _ | | |
| **9** | Enter the accumulated earnings and profits of the corporation at the end of the tax year . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ | | |
| **10** | Does the corporation satisfy **both** of the following conditions? | | |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L and M-1. | | |
| **11** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If 'Yes,' enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ | | |
| **12** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions . . . . | | X |
| **13 a** | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If 'Yes,' did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

Form **1120S** (2014)

LOGGERHEAD00000224

Form **1120S** (2014)   LOGGERHEAD HOLDINGS, INC.　　　　7539　　　　　　　　　　　　　　　　Page **3**

## Schedule K  Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | **1** | −273,763. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Interest income | **4** | |
| | **5** Dividends: **a** Ordinary dividends | **5a** | |
| | **b** Qualified dividends | **5b** | |
| | **6** Royalties | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** Other income (loss) (see instructions) Type ▶ | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Charitable contributions | **12a** | |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures (1) Type ▶ _____ (2) Amount ▶ | **12c (2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** Other rental real estate credits (see instrs) Type ▶ | **13d** | |
| | **e** Other rental credits (see instrs) Type ▶ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category | **14d** | |
| | **e** General category | **14e** | |
| | **f** Other (attach statement) | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense | **14g** | |
| | **h** Other | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category | **14i** | |
| | **j** General category | **14j** | |
| | **k** Other (attach statement) | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | **14n** | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | |
| | **d** Distributions (attach stmt if required) (see instrs) | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |

BAA　　　　　　　　　　　SPSA0134L  08/06/14　　　　　　　　　　　Form **1120S** (2014)

LOGGERHEAD00000225

Form **1120S** (2014)   LOGGERHEAD HOLDINGS, INC.   ███████7539                                   Page **4**

## Schedule K  Shareholders' Pro Rata Share Items (continued)

|  |  |  | Total amount |
|---|---|---|---|
| Other Information | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| Reconciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | **18** | −273,763. |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | | | |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach stmt) | | | | |
| **7** Loans to shareholders | | | | |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | 8,173,857. | | 8,173,857. | |
| **b** Less accumulated depreciation | 5,564,782. | 2,609,075. | 5,564,782. | 2,609,075. |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | 476,876. | | 547,076. |
| **13a** Intangible assets (amortizable only) | 54,050. | | 54,050. | |
| **b** Less accumulated amortization | 26,119. | 27,931. | 26,119. | 27,931. |
| **14** Other assets (attach stmt) | | | | |
| **15** Total assets | | 3,113,882. | | 3,184,082. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | 2,394,519. | | 2,394,519. |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) See St 1 | | 2,792,414. | | 2,792,414. |
| **19** Loans from shareholders | | 519,654. | | 818,617. |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 3,813,140. | | 3,813,140. |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock | | | | |
| **23** Additional paid-in capital | | 938,793. | | 983,793. |
| **24** Retained earnings | | −7,344,638. | | −7,618,401. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 3,113,882. | | 3,184,082. |

SPSA0134L  12/23/14                                                     Form **1120S** (2014)

LOGGERHEAD00000226

Form **1120S** (2014)   LOGGERHEAD HOLDINGS, INC.   ████ 7539                                  Page **5**

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -273,763. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest.  $ _ _ _ _ _ _ _ _ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| | **a** Depreciation $ _ _ _ _ _ _ _ | | **a** | Depreciation  $ _ _ _ _ _ _ _ | | |
| | **b** Travel and entertainment  $ _ _ _ _ _ | | 7 | Add lines 5 and 6 | | 0. |
| 4 | Add lines 1 through 3 | -273,763. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | -273,763. |

## Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | **(a)** Accumulated adjustments account | **(b)** Other adjustments account | **(c)** Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -5,925,389. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 273,763.) | | |
| 5 | Other reductions | | | |
| 6 | Combine lines 1 through 5 | -6,199,152. | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -6,199,152. | | |

SPSA0134L  12/23/14                                        Form **1120S** (2014)

LOGGERHEAD00000227

Redacted

671113

| Schedule K-1 (Form 1120S) | 2014 | | OMB No. 1545-0123 |
|---|---|---|---|

☐ Final K-1   ☐ Amended K-1

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax
year beginning _____ , 2014
ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc ► See page 2 of form and separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
▉▉7539

**B** Corporation's name, address, city, state, and ZIP code
LOGGERHEAD HOLDINGS, INC.
520 SE 32ND STREET
FT. LAUDERDALE, FL 33316

**C** IRS Center where corporation filed return
e-file

### Part II   Information About the Shareholder

**D** Shareholder's identifying number
▉▉7513

**E** Shareholder's name, address, city, state, and ZIP code
JOHN DIXON
520 SE 32 STREET
FT. LAUDERDALE, FL 33316

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . . . . . .   100 %

FOR IRS USE ONLY

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | -273,763. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**   Schedule K-1 (Form 1120S) 2014

Shareholder 1

SPSA0412L  11/19/14

LOGGERHEAD00000228

Redacted

Schedule **K-1** (Form 1120S) 2014   LOGGERHEAD HOLDINGS, INC.   ████ 7539   Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | | Report on |
|---|---|---|---|
| **1** | | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | | | *Report on* |
| | | Passive loss | See the Shareholder's Instructions |
| | | Passive income | Schedule E, line 28, column (g) |
| | | Nonpassive loss | Schedule E, line 28, column (h) |
| | | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | | **Net real estate income (loss)** | See the Shareholder's Instructions |
| **3** | | **Other net rental income (loss)** | |
| | | Net income | Schedule E, line 28, column (g) |
| | | Net loss | See the Shareholder's Instructions |
| **4** | | **Interest income** | Form 1040, line 8a |
| **5 a** | | **Ordinary dividends** | Form 1040, line 9a |
| **5 b** | | **Qualified dividends** | Form 1040, line 9b |
| **6** | | **Royalties** | Schedule E, line 4 |
| **7** | | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **8 a** | | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **8 b** | | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **8 c** | | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | | **Other income (loss)** | |
| | | *Code* | |
| | A | Other portfolio income (loss) | See the Shareholder's Instructions |
| | B | Involuntary conversions | See the Shareholder's Instructions |
| | C | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| | D | Mining exploration costs recapture | See Pub 535 |
| | E | Other income (loss) | See the Shareholder's Instructions |
| **11** | | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | | **Other deductions** | |
| | A | Cash contributions (50%) | |
| | B | Cash contributions (30%) | |
| | C | Noncash contributions (50%) | |
| | D | Noncash contributions (30%) | |
| | E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| | F | Capital gain property (20%) | |
| | G | Contributions (100%) | |
| | H | Investment interest expense | Form 4952, line 1 |
| | I | Deductions — royalty income | Schedule E, line 19 |
| | J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L | Deductions — portfolio (other) | Schedule A, line 28 |
| | M | Preproductive period expenses | See the Shareholder's Instructions |
| | N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O | Reforestation expense deduction | See the Shareholder's Instructions |
| | P | Domestic production activities information | See Form 8903 instructions |
| | Q | Qualified production activities income | Form 8903, line 7b |
| | R | Employer's Form W-2 wages | Form 8903, line 17 |
| | S | Other deductions | See the Shareholder's Instructions |
| **13** | | **Credits** | |
| | A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B | Low-income housing credit (other) from pre-2008 buildings | |
| | C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | D | Low-income housing credit (other) from post-2007 buildings | |
| | E | Qualified rehabilitation expenditures (rental real estate) | |
| | F | Other rental real estate credits | |
| | G | Other rental credits | |
| | H | Undistributed capital gains credit | Form 1040, line 73, box a |
| | I | Biofuel producer credit | |
| | J | Work opportunity credit | |
| | K | Disabled access credit | See the Shareholder's Instructions |
| | L | Empowerment zone employment credit | |
| | | Credit for increasing research activities | |

| | | | Report on |
|---|---|---|---|
| | | *Code* | *Report on* |
| | N | Credit for employer social security and Medicare taxes | |
| | O | Backup withholding | See the Shareholder's Instructions |
| | P | Other credits | |
| **14** | | **Foreign transactions** | |
| | A | Name of country or U.S. possession | |
| | B | Gross income from all sources | Form 1116, Part I |
| | C | Gross income sourced at shareholder level | |
| | | *Foreign gross income sourced at corporate level* | |
| | D | Passive category | |
| | E | General category | Form 1116, Part I |
| | F | Other | |
| | | *Deductions allocated and apportioned at shareholder level* | |
| | G | Interest expense | Form 1116, Part I |
| | H | Other | Form 1116, Part I |
| | | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | I | Passive category | |
| | J | General category | Form 1116, Part I |
| | K | Other | |
| | | *Other information* | |
| | L | Total foreign taxes paid | Form 1116, Part II |
| | M | Total foreign taxes accrued | Form 1116, Part II |
| | N | Reduction in taxes available for credit | Form 1116, line 12 |
| | O | Foreign trading gross receipts | Form 8873 |
| | P | Extraterritorial income exclusion | Form 8873 |
| | Q | Other foreign transactions | See the Shareholder's Instructions |
| **15** | | **Alternative minimum tax (AMT) items** | |
| | A | Post-1986 depreciation adjustment | |
| | B | Adjusted gain or loss | |
| | C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D | Oil, gas, & geothermal — gross income | |
| | E | Oil, gas, & geothermal — deductions | |
| | F | Other AMT items | |
| **16** | | **Items affecting shareholder basis** | |
| | A | Tax-exempt interest income | Form 1040, line 8b |
| | B | Other tax-exempt income | |
| | C | Nondeductible expenses | See the Shareholder's Instructions |
| | D | Distributions | |
| | E | Repayment of loans from shareholders | |
| **17** | | **Other information** | |
| | A | Investment income | Form 4952, line 4a |
| | B | Investment expenses | Form 4952, line 5 |
| | C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D | Basis of energy property | See the Shareholder's Instructions |
| | E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G | Recapture of investment credit | See Form 4255 |
| | H | Recapture of other credits | See the Shareholder's Instructions |
| | I | Look-back interest — completed long-term contracts | See Form 8697 |
| | J | Look-back interest — income forecast method | See Form 8866 |
| | K | Dispositions of property with section 179 deductions | |
| | L | Recapture of section 179 deduction | |
| | M | Section 453(l)(3) information | |
| | N | Section 453A(c) information | |
| | O | Section 1260(b) information | |
| | P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| | Q | CCF nonqualified withdrawals | |
| | R | Depletion information — oil and gas | |
| | S | Reserved | |
| | T | Section 108(i) information | |
| | U | Net investment income | |
| | V | Other information | |

**Shareholder 1 : JOHN DIXON   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**

SPSA0412L   11/28/14

Schedule **K-1** (Form 1120S) 2014

LOGGERHEAD00000229

Redacted

| 2014 | **Federal Statements** | Page 1 |
|------|------------------------|--------|

**LOGGERHEAD HOLDINGS, INC.**                                     ███7539

**Statement 1**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

|                                | Beginning    | Ending       |
|--------------------------------|--------------|--------------|
| Accrued Interest Payable       | $ 1,613,711. | $ 1,613,711. |
| Credit Card Payable            | 16,553.      | 16,553.      |
| Due to Mother Ocean            | 4,000.       | 4,000.       |
| Due to Nekton, Inc.            | 685,718.     | 685,718.     |
| Note Payable to Gaddis Capital | 256,000.     | 256,000.     |
| Payroll Liabilities            | 216,432.     | 216,432.     |
| Total                          | $ 2,792,414. | $ 2,792,414. |

LOGGERHEAD00000230