UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE CURRAULT |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| LOGGERHEAD HOLDINGS, INC. | § § § § | CIVIL ACTION  NO. 16 CV 05952  SECTION  J |
| VS. | § § § § § § | JUDGE BARBIER |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC.; | § § § § § | MAG. JUDGE CURRAULT  JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANTS'  MOTION FOR SUMMARY JUDGMENT**

Considering the BP'S Motion for Summary Judgment, and responses thereto:

IT IS HEREBY ORDERED that the Motion (Rec. Doc. 27090) is **DENIED**. Motion for Summary Judgment (the "Motion") are filed under seal pending further order.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**

1