**Brief Exhibit A**

Deep-Sea Research II 129 (2016) 259-272

Contents lists available at ScienceDirect

# Deep-Sea Research II

journal homepage: www.elsevier.com/locate/dsr2





# Did Deepwater Horizon hydrocarbons transit to the west Florida continental shelf?



Robert H. Weisberg[*], Lianyuan Zheng, Yonggang Liu, Steven Murawski, Chuanmin Hu, John Paul

College of Marine Science, University of South Florida, St. Petersburg, FL 33701, USA

ARTICLE INFO

Available online 17 February 2014

Keywords:
Deepwater Horizon spill
West Florida continental shelf
Fish lesions
Coastal ocean circulation modeling
FVCOM
Global HYCOM

ABSTRACT

Hydrocarbons that originated from Deepwater Horizon were observed at the surface along west Florida's northern coastline in June 2010. The farthest eastward advance nearly to Cape San Blas occurred during the last week of June before the surface oil retreated back westward and dissipated. Surface oil was not observed on the portion of the West Florida Continental Shelf (WFS) situated to the southeast of Cape San Blas. Nevertheless, there were numerous anecdotal occurrences of reef fish caught on the WFS with lesions and other deformities. Subsequent systematic sampling of WFS reef fish provided additional evidence for damage that extended as far south as the Dry Tortugas.

Here we examine the possibility that hydrocarbons of Deepwater Horizon origin transited to the WFS beneath the surface. We use a numerical circulation model simulation run for the entirety of 2010 and quantitatively gauged against in situ observations. A passive tracer is introduced into the model to mimic the movement of subsurface hydrocarbons, either dissolved or of sufficiently small particle size to effectively be dissolved. The tracer, driven primarily by an anomalously strong and persistent upwelling circulation, eventually covered most of the WFS. Using reasonable estimates of what the initial tracer concentration may have been with respect to hydrocarbons, we conclude that the transport of subsurface hydrocarbons to the WFS is both plausible and consistent with the observed distribution of fish lesions, fish liver chemistry and other chemical and ecological evidence.

© 2014 Elsevier Ltd. All rights reserved.

## 1. Introduction

The Deepwater Horizon drilling rig explosion on April 20, 2010, its human, economic and ecological losses and impacts are becoming increasingly documented as research and legal proceedings evolve. The movement of oil at the surface is well described by observations from satellites and aerial photographs (e.g., Streett, 2011; Hu et al., 2011; Liu et al., 2011a; Walker et al., 2011) and through many simulations by numerical circulation models (e.g., Adcroft et al., 2010; Liu et al., 2011a,b,c; MacFadyen et al., 2011; North et al., 2011; Weisberg, 2011; Weisberg et al., 2011). Less is known about the movement of hydrocarbons beneath the surface. An exception is the identification of a south-westward directed deep hydrocarbon plume predicted by models (e.g., Adcroft et al., 2010; North et al., 2011; Weisberg et al., 2011) and extensively sampled (e.g., Camilli et al., 2010; Hazen et al., 2010; Reddy et al., 2011; Ryan et al., 2011; Valentine et al., 2010). Other, more sporadic and opportunistic, sampling also suggests that subsurface hydrocarbons existed elsewhere, as also predicted in the above-referenced model simulations.

Oddly, whereas the coastal ocean is literally where society meets the sea, much less attention was given to sampling the continental shelf for Deepwater Horizon hydrocarbons in a systematic way; instead, the predominance of sampling was in the vicinity of the Macondo lease site 242 well itself. Shortly after the northern Gulf of Mexico fishing grounds were reopened, observations were reported anecdotally of lesions being found on the skin of certain fish along with internal organ abnormalities. Such observations were not limited to only the northern Gulf of Mexico where surface oil was observed, but also to other regions where no surface oil was observed like the portion of the West Florida Continental Shelf (WFS) located to the east and south of Cape San Blas, FL (Fig. 1). Is it possible that hydrocarbons of Deepwater Horizon origin transited to the WFS and as far south as the Dry Tortugas? That is the question addressed herein.

Our approach combines numerical circulation modeling with in situ observations. The WFS model of Zheng and Weisberg (2012) that we will refer to as the West Florida Coastal Ocean Model (WFCOM) downscales from the deep ocean, across the continental shelf and into the estuaries by nesting the unstructured grid, Finite

* Corresponding author. Tel.: +1 72 75 53 1568.
E-mail address: weisberg@usf.edu (R.H. Weisberg).

http://dx.doi.org/10.1016/j.dsr2.2014.02.002
0967-0645 © 2014 Elsevier Ltd. All rights reserved.



**Fig. 1.** The west Florida coastal ocean region identifying the various locations mentioned herein, its depth contour distributions and the mooring locations at which observed time series are compared with model simulations.

Volume Coastal Ocean Model (FVCOM, Chen et al. 2003), in the structured grid, Hybrid Coordinate Ocean Model (HYCOM, e.g., Chassignet et al. 2009). The nesting is one way (FVCOM receiving weighted information from HYCOM over the outer five grid nodes, with the weights varying from 1.0 at the open boundary to 0.2 at the fifth grid node into the FVCOM domain and then 0.0 beyond the fifth grid node). The FVCOM domain resolution varies from that of the HYCOM along the open boundary to about 150 m in the estuaries. The FVCOM also includes eight tidal constituents' inputs along the open boundary. By assimilating deep ocean observations, the HYCOM tends to get the position of the Loop Current and eddies correct so that their influence on the WFS may be included in the FVCOM. The WFS velocity and temperature observations are used to quantitatively assess the WFCOM performance for the coastal ocean, and on the basis of such assessment we add a passive tracer to the WFCOM to track where materials in the water column (such as hydrocarbons) may have been transported. Additional observations on fish lesions, fish liver chemistry and ecological biomarkers are used to demonstrate consistency between what is implied by the WFCOM simulation and actual observations in the field.

Section 2 provides background information on the WFS circulation, and Section 3 describes and explains the behavior during 2010. Section 4 introduces and shows the results from the passive tracer simulation, and Section 5 offers supporting data on fish lesions, fish liver chemistry and ecological biomarkers. The results are discussed in Section 6, followed by a summary and a set of recommendations in Section 7.

## 2. Background

Our WFS region of interest (Fig. 1) is bounded in the east by the Florida peninsula, in the west by the deep Gulf of Mexico, in the north by the Florida Panhandle (extending westward to include DeSoto Canyon) and in the south by the Florida Straits. Weisberg et al. (2009a) discuss a coordinated observing and modeling program for the purpose of describing the WFS water properties, including applications to *K. brevis* red tide. Using long time series of velocity (V) and temperature (T), Weisberg et al. (2009b) and Liu and Weisberg (2012) describe the WFS mean circulation and the seasonal variability. Along with the mean and the seasonal variations found to exist across the inner shelf, there also exist substantial inter-annual anomalies caused by interactions of the Gulf of Mexico Loop Current and eddies with the bounding shelf slope. Anomalous years include 1998 and 2010 when prolonged contact between the Loop Current and the shelf slope in the vicinity of the Dry Tortugas set the entire WFS in strong and persistent upwelling circulations. Such contacts are seen at other times, but distinguishing these two years are the extended durations of the contacts and the ensuing WFS circulation responses to such deep-ocean forcing.

The significance of the Dry Tortugas derives from the convergence of isobaths that occurs there because as the westward terminus of the Florida Keys chain (Fig. 1) all of the WFS isobaths must wrap around the Dry Tortugas. Thus when the Loop Current is in close proximity to the Dry Tortugas, a pressure gradient may

project across the isobaths to span the entire shelf. This facilitates, according to continental shelf wave dynamics (e.g., Gill, 1982) and the Taylor Proudman Theorem (e.g., Brink, 1983), the northward propagation of a Loop Current related, across isobaths pressure gradient field. Consequently, a high pressure perturbation near the Dry Tortugas may result in a pressure gradient force directed across the entire WFS (with pressure decreasing toward the coast) and an attendant southward directed geostrophic current. Leftward turning across the bottom Ekman layer (Ekman, 1905) then causes an upwelling circulation to exist from the shelf break to the shoreline.

Heeland et al. (1999) provide a discussion on the implications of Loop Current contacts with the shelf slope near the Dry Tortugas, and Weisberg and He (2003) make specific applications to the entire WFS in explanation of the anomalous 1998 conditions observed there. A companion paper by Walsh et al. (2003) expands on the observed ecological effects. A similar scenario of deep-ocean interactions with the shelf slope near the Dry Tortugas occurred in 2010, and Weisberg et al. (2014) explain, on that basis, why there was no red tide on the WFS in 2010. This latter paper is the departure point for our present study.

## 3. The WFS circulation during the Deepwater Horizon oil spill

The WFS experienced a strong and persistent period of upwelling that began within 1 month of the Deepwater Horizon explosion and then lasted through the end of the year (Weisberg et al. 2014). The upwelling onset was associated with the initial shedding of an eddy by the Loop Current that occurred in mid-May 2010 (Fig. 2). Both the Loop Current and the eddy tended to remain in place for the next few weeks, with the eddy remaining in close proximity (but never reattaching) to the parent Loop Current (Fig. 3). Throughout this initial time, both the Loop Current and the eddy were in contact with the shelf slope, the Loop Current near the Dry Tortugas and the eddy a little farther north. Even after the Loop Current and its eddy completely separated, smaller cyclonic eddy-like features remained in contact with the shelf slope to the north. The Loop Current itself remained in contact with the shelf slope near the Dry Tortugas for the remainder of 2010, and, in many of the Fig. 3 panels, the existence of a high pressure (sea surface height) anomaly is seen to emanate from the Loop Current and extend northwest to the DeSoto Canyon region and beyond. This persistent, deep-ocean interaction with the



Fig. 2. The positions of the Loop Current and its evolving eddy from the end of April to early June 2010 relative to the WFS and the surface oil of Deepwater Horizon (red circle) origin (black areas). Surface geostrophic velocity vectors (estimated from satellite altimetry) superimposed on surface temperature are shown. The lightly colored lines represent surface drifter tracks (from Liu et al., 2011).

R.H. Weisberg et al. / Deep-Sea Research II 129 (2016) 259–272



Fig. 3. Bi-weekly plots from May to December 2010 of surface geographic currents superimposed on surface height (by satellite altimetry). Red and blue denote high and low sea level, respectively (legend in upper right-hand panel). The black line is the 200 m isobath, and the purple line in panel (e) is the glider path for the in situ observations. (from Weisberg et al., 2014).

WFS was responsible for the persistent upwelling (Weisberg et al., 2014).

While the deep-ocean features are discernible in satellite altimetry (Fig. 3), determining how they project onto the WFS requires a numerical circulation model, which in this application is

our WFCOM, consisting of the FVCOM nested in the HYCOM. Prior to the Loop Current making contact with the shelf slope (for instance on May 6, 2010, as seen in Fig. 3, panel (a)) the WFS circulation (not shown) was downwelling favorable. This directionality reversed by May 19 (Fig. 3, panel (b)), and the subsequent

R.H. Weisberg et al. / Deep-Sea Research II 129 (2016) 259–272

263

upwelling favorable circulation continued nearly unabated for the remainder of the year. Several examples are provided in Fig. 4, which shows snapshots of daily averaged V and T over the WFCOM domain, both at the surface (left-hand panels) and the near

bottom (right-hand panels) for June 15, July 15 and August 15, 2010. As anticipated from the discussion of Fig. 2, these snapshots demonstrate how the Loop Current and eddy V fields project onto the outer shelf (best seen at the surface) and how these fields are



Fig. 4. Surface (left-hand panels) and near bottom (right-hand panels) velocity vectors superimposed on temperature for (from top to bottom) June 15, July 15 and August 15, 2010. Values over the entire WFCOM inner model domain are shown.



Fig. 5. Temperature, salinity, chlorophyll and CDOM sampled along an across-shelf glider path just to the north of Tampa Bay from July 4 through July 12, 2010 (from Weisberg et al. 2014). Note the effects of upwelling on the WFS water properties.



Fig. 6. 2010 year-long comparisons between surface and near bottom temperatures observed and modeled at moorings C10, C12, C13 and C15 on the 25 m, 50 m, 50 m and 10 m isobaths, respectively, plus correlation coefficients, biases and standard deviations. C10 and C15 are offshore of Sarasota FL, C12 is offshore of Tampa Bay, and C13 is offshore of Sanibel Island. The wintertime descrepancy at C15 is an artifact of a shallow water bias in satellite SST.

associated with an upwelling circulation extending across the entire WFS (best seen near the bottom). As a consequence of this intense and persistent upwelling, note how the near bottom T is cold right up to the coastline on July 15, despite this being a midsummer month. Even on August 15, the inner shelf bottom T is cooler than that at the surface when in a normal year the entire inner shelf tends to be well mixed and warm.

The model simulation draws credibility from in situ observations. Shown in Fig. 5 is a cross section of T, salinity (S), Chlorophyll (CHL) and colored dissolved organic matter (CDOM), sampled by a glider just to the north of Tampa Bay from July 4 through July 12, 2010 (see Enright et al. (2008) for a discussion on bio-optics sampling methods). Relatively cool bottom T is seen to extend inshore to about the 30 m isobath (the inner shelf terminus of the glider transect). All of the other water properties

shown are also indicative of waters of offshore origin, and previous inferences on upwelling were provided by ocean color satellite imagery (Hu et al. 2011). A qualitative comparison between the Fig. 4 near bottom T on July 15th and the glider (Fig. 5) near bottom T shows similar values ranging from around 18°C at the 50 m isobath to around 22 °C at the 30 m isobath. The model simulation veracity is also demonstrated by other in situ T and V data (Fig. 6 and Fig. 7, respectively) collected at fixed moorings. The first of these (Fig. 6) shows year-long time series of surface and near bottom T sampled across the inner shelf (see the inner shelf definition provided by Weisberg et al. (2005) at the 10 m, 25 m and 50 m isobaths (Fig. 1) south of the glider transect. Except for a model warm bias near the coast (10 m isobaths only) in winter months, the surface fidelity is very good. The near bottom fidelity is also good except for a few low frequency deviations that may be attributed to errors imposed by the HYCOM at the open boundary (see Zheng and Weisberg, 2012). Thus the presence of upwelled cold water in the model simulation is confirmed by the observations.

The fidelity between the simulated and observed V is also very good. Fig. 7 shows time series of velocity vectors (low pass filtered to remove oscillations at time scales shorter than 36 h) sampled on the 10 m isobath offshore from Sarasota, FL. From top to bottom there are three pairs of observed and modeled time series: near the surface, at mid-depth and near the bottom. Visual inspection confirms a general fidelity between the observed and simulated currents, and this is quantified by vector correlations, angular



Fig. 7. 2010 year-long comparisons of velocity vectors observed and modeled near the surface, at mid-depth and near the bottom, plus vector correlations, angular deviations and regression coefficients for mooring C15 located on the 10 m isobath offshore of Sarasota, FL. For the component directions north is up and east is to the right.

rotations and regression coefficients averaged over the entire year. The most obvious shortcoming of the model is its underestimation of speed (as given by the regression coefficients). We note that He et al. (2004) attributed reduced variance to the wind forcing in a previous WFS modeling study. Also, while not shown, such fidelity occurs across the entire inner shelf for which observations exist (i.e., at the 25 m and 50 m isobaths).

Given the existence of anomalous upwelling, as explained and confirmed by observations, and the ability of the model to simulate its structure across the WFS, we will now use the model to simulate how a tracer, originating in the northern portion of the model domain, may be transported throughout the domain.

## 4. The tracer experiment

Various data sources exist to define the locations of Deepwater Horizon oil at the sea surface. For instance, a surface oil location product compiled by the Incident Command and available at http://gomex.erma.noaa.gov/erma.html#x=-90.4200&y=28.0300&z=6&layers is composited (in Fig. 8) to show the surface oil locations on several different days in June 2010, when surface oil advanced eastward along the north Florida coastline toward Cape San Blas, before

retreating back toward the west and dissipating. Our own satellite data analysis from the Moderate Resolution Imaging Spectroradiometer (MODIS) for June 19, 2010 (Fig. 9) is used to initialize our tracer simulation. The analysis shows both the surface oil expression (outlined in black) from the MODIS Rayleigh-corrected reflectance (Hu et al., 2009) and relative color patterns using the color index algorithm of Hu (2011).

The upwelling circulation described in Section 3 argues that any material property (e.g., T, S, Chl, CDOM, and dissolved or small particulate hydrocarbons) that may be present in the northern portion of the WFS would be transported southward. Thus, whereas visible evidence for surface oil east of Cape San Blas does not exist, there is no a priori reason to believe that hydrocarbons beneath the surface, and hence not visible, did not find their way to the west coast of Florida. We explore the hypothesis that subsurface hydrocarbons of Deepwater Horizon origin reached the southern portion of the WFS by initializing the water column where surface oil was known to exist with a normalized tracer concentration and then tracking the evolution of the tracer concentration in time and space.

The tracer experiment was conducted online, coincident with the simulation of the circulation previously discussed. We used the tracer algorithm available in the FVCOM users' manual and as applied elsewhere (e.g., Chen et al. 2008; Weisberg, 2011). The portion of the model domain initialed with tracer uniformly distributed across the entire water column is shown in Fig. 10 (justified by the Fig. 9 observations). With tracer initialized along the WFCOM open boundary it must be recognized that tracer may be exchanged between the inner (FVCOM) model and the outer (HYCOM) model that when nested together comprise the WFCOM. This makes physical sense if indeed tracer (our proxy for subsurface hydrocarbons) exists in the outer model domain. But since we cannot put a tracer in the outer model (we do not run the outer model) we must rely on the tracer concentration at the open boundary of the inner model. We argue that if subsurface hydrocarbons exist within the inner model, where we have observations of surface oil, then it must similarly exist in the outer model where there also are observations of surface oil (Fig. 9). Support for this argument is found in some of the previous modeling studies such as North et al. (2011) and Weisberg et al. (2011) where subsurface hydrocarbons were found to be advected to the vicinity of the shelf slope adjacent to the WFS.

To avoid allowing too much tracer to enter the inner model domain through the open boundary we impose certain restrictions, as follows. To the north of 29°N, and for the period from June 19 through July 15, we vary the influx values to equal the open boundary values at the previous time step. From July 15 through August 8, we reduce the influx values linearly to 0.5 times the open boundary values. We further reduce this linearly to 0.1 times the open boundary values from August 10 through August 20, and, for the remainder of the simulation (through September 30), the influx values are kept constant at 0.1 times the open boundary values. To the south of 29°N, we hold the influx values constant at 0.1 times the open boundary values at the previous time step throughout the experiment. In this way we attempt to reduce any bias that may exist by virtue of the flow being upwelling favorable, while recognizing that if hydrocarbons were to exist in the outer model domain then it would be reasonable for some of this material to enter the inner model domain. As will be shown, the potential for such bias is mitigated by our approach.

The results of the tracer evolution experiment are presented in two figures. Fig. 11a shows the near bottom tracer distributions on June 30, 2010 and September 30, 2010, i.e., 11 days into and at the end of the experiment, respectively. Concentrations are color coded logarithmically from zero (or the initial normalized tracer concentration of 1) to minus two (or $10^{-2}$ times the initial normalized tracer concentration). The left-hand panel shows that

266                                          R.H. Weisberg et al. / Deep-Sea Research II 129 (2016) 259–272



Fig. 8. Daily composites of surface oil locations for (clockwise from upper right) June 21, June 26, June 27 and June 29, 2010 from http://www.ssd.noaa.gov/PS/MPS/deepwater.html.

concentrations of $10^{-2}$ extend halfway down the WFS on June 30, 2010 and that concentrations of $10^{-1}$ extend past Cape San Blas. By the end of the simulation (September 30, 2010 in the right-hand panel) values of $10^{-2}$ cover the entire domain, with values of 0.04 at the Dry Tortugas and 0.1 offshore of Sarasota FL. The highest values at the end of the simulation are in the Florida Big Bend at 0.25. These values are simply the consequence of dilution through advection and diffusion without any consideration given to dissipation by biological consumption and weathering. Whereas we only show the near bottom values because this is what bottom dwelling reef fish would be exposed to, the patterns sampled throughout the water column are similar. For instance, the only major difference between the surface (not shown) and the bottom is that the overall surface pattern is displaced somewhat offshore relative to the bottom by virtue of the upwelling nature of circulation.

The pattern evolutions at intermediate time steps are provided in Fig. 11b, where clockwise from the upper left are the near bottom tracer distributions on July 15, 2010; July 30, 2010; August 15, 2010; and August 30, 2010. The July 15 panel is particularly illuminating. A large patch of tracer, with concentration exceeding 0.31, extends from the northern portion of the domain across a substantial portion of the Florida Middle Grounds known to be a major reef fish habitat. Lesser concentrations extend landward and southward from the region shown in green color.

Through July 15, 2010, we also see that such concentrations are along the inner model open boundary and hence are subject to being advected into the inner model from the outer model. It is for this reason that we placed restrictions on the amount of tracer that could be advected into the inner model, as previously discussed. How significant an issue this may be is assessed by integrating the total amount of tracer found within the entire inner model domain. Given an initial normalized concentration of 1.0 that evolves through a

conservative tracer equation (advection and diffusion only) the total amount of mass divided by the volume containing that mass should equal 1.0 in the absence of additional tracer being added or removed through the open boundary. Thus the Fig. 12 time series begins with the value of 1.0 and ends with a lesser value (~0.5). However, from around day 5 (June 24) through day 26 (July 15) the mass of tracer is seen to increase prior to decreasing. This increase is a consequence of tracer influx through the open boundary over the northern portion of the inner model domain. The approximate increase by a factor of two in the overall tracer concentration by July 15, 2010 is not unreasonable in light of the fact that surface oil was present in the outer model domain to the north of 29°N for a portion of this time period and also that subsurface hydrocarbons were modeled (e.g., North et al. 2011 and Weisberg et al. 2011) to be at the vicinity of the WFS slope. After July 15, 2010, as the tracer concentration decreases along the open boundary and tracer begins to exit the domain to the Loop Current and Gulf Stream in the south, the tracer concentration steadily decreases as expected.

Returning to Fig. 11b, the extension of tracer values to the south and farther inshore after July 15, 2010 is systematically observed consistent with the upwelling circulation. With dark blue colors representing values of concentration exceeding $10^{-1}$ we see that the entire inner shelf portion of the WFS to as far south as Sanibel Island, FL is bathed in tracer with normalized values higher than $10^{-1}$. By mid-August, the region of maximum upwelling (Tampa Bay to Sanibel Island, e.g., Weisberg et al. 2000, 2001) exhibits values greater than 0.3, reducing down to values greater than 0.1 by the end of August.

In summary the persistent and anomalously strong upwelling that existed throughout the WFS from May 20, 2010 to the end of the year carried with it materials of northern Gulf of Mexico origin that would have included any dissolved or small particulate hydrocarbons from the Deepwater Horizon oil spill.



Fig. 9. Satellite condition of ocean color along with an interpretation of surface oil locations (inside the black outline) for June 19, 2010. The MODIS color index is designed to reveal relative color patterns under both optimal and non-optimal (i.e., sun glint, thin cloud) conditions (Hu, 2011). Overlain white contours show bathymetric isobaths of 50 m, 100 m, 200 m, 500 m, and 1000 m.



Fig. 10. A map of the northeastern Gulf of Mexico showing the region (in brown) where our passive tracer is initialized on June 19, 2010 in accordance with Fig. 9. The seaward edge of the initial tracer distribution corresponds to the WFCOM inner model open boundary. A tracer concentration color bar is provided on a log₁₀ scale in the upper right.

## 5. Evidence in support of the tracer experiment

Subsequent to the Deepwater Horizon oil spill and the reopening of fishing throughout the northern Gulf of Mexico and the WSF, anecdotal reports of fish exhibiting skin lesions and other disease symptoms were reported. Surveys were then undertaken to place these reports within a scientific framework. One such study is reported on by Murawski et al. (in press) from which Figs. 13 and 14 are adapted. Fig. 13 shows the location of sampling stations occupied between June and August 2011 and the occurrence of fish caught at these stations with skin lesions. As would be expected, the stations with the largest occurrence of fish lesions are located within the northern Gulf of Mexico region where oil was observed at the surface. Nevertheless, the WFS also exhibits a broad distribution of stations, extending from the vicinity of Cape San Blas, across the Florida Big Bend, inshore to the coast near Tampa Bay and then all the way south to the vicinity of the Dry Tortugas, where fish with lesions were also observed. The frequency of such lesions declined significantly for all species combined and for snappers and groupers after 2011 suggesting an episodic cause for these samples (Murawski et al. in press).

Complementing the fish lesions, Murawski et al. (in press) also examined the livers of red snapper, *Lutjanus campechanus*, and red grouper, *Epinephelus morio*, caught at these stations to determine whether or not the polycyclic aromatic hydrocarbon (PAH) parent compounds and alkylated homologs bore a resemblance to the compounds found in the Deepwater Horizon wellhead oil (analyzed by Reddy et al. 2011). The results are shown in Fig. 14, where the individual compounds [see Reddy et al. (2011) and Murawski et al. (in press)] and their concentrations are provided.

R.H. Weisberg et al. / Deep-Sea Research II 129 (2016) 259–272



Fig. 11. (A) Normalized near bottom tracer concentration on June 30, 2010 (left panel) and September 30, 2010 (right panel). The initial value for the tracer is 1.0, and the tracer concentration color bar is provided on a log₁₀ scale. Thus the orange region on the June 30 panel corresponds to 0.63, and the dark blue region on the September 30 panel corresponds to 0.12. The gray region represents the lowest tracer concentration value plotted. Its location on the left-hand side of the WFCOM model domain demarks the offshore extent of the inner model domain. (B). Normalized near bottom tracer concentration on July 15, 2010; July 30, 2010; August 15, 2010; and August 30, 2010. The initial value for the tracer is 1.0, and the tracer concentration color bar is provided on a log₁₀ scale. Thus the green region on the upper two panels corresponds to 0.40, and the dark blue and mid-range magenta regions on all panels correspond to 0.12 and 0.05, respectively. The gray region represents the lowest tracer concentration value plotted. Its location on the left-hand side of the WFCOM model domain demarks the offshore extent of the inner model domain.

R.H. Weisberg et al. / Deep-Sea Research II 129 (2016) 259–273



Fig. 12. The total mass of tracer found throughout the model domain as a function of time normalized to the initial mass of tracer. Note that tracer mass increased early in the model simulation due to more tracer entering by upwelling over the northernmost portion of the model domain than leaving. This tendency reversed on day 28.

Here we are only interested in the pattern overlay, not the details. For the fish samples composited over the northern Gulf of Mexico region (west of Cape San Blas in Fig. 14) the pattern coherence between the fish liver samples and the Deepwater Horizon oil is compelling. A similar pattern is also observed for the fish liver samples composited from the WFS region (located to the east of Cape San Blas).

Taken together, the conformity of the Fig. 13 fish lesion distribution with the Fig. 11a,b tracer evolutions, plus the Fig. 14 chemical fingerprinting of PAH parent compounds and alkylated homolog compounds with actual Deepwater Horizon wellhead oil, presents an argument that hydrocarbons of Deepwater Horizon origin did transit to the WFS, albeit sight unseen.

As a complement to the fish lesion and liver chemistry data, other microbiology sampling is also suggestive of Deepwater Horizon hydrocarbons on the WFS. Through a series of shipboard samples beginning in July 2010 and continuing through November 2012, Paul et al. (2013) show evidence in water column and pore water samples for toxicity and mutagenicity in association with the Deepwater Horizon oil spill using bacterial, phytoplankton and viral bioassays. Beginning with the samples taken in July 2010, two stations situated on the outer portion of a transect across the Florida Big Bend showed positive indications of toxicity, consistent with where tracer is seen in Fig. 11b, upper left panel. Then, in August 2010 at two stations situated within the region where we initiated the tracer simulation (Fig. 10), hydrocarbon concentrations in subsurface water column samples were found to range from 24 to 298 ppb, despite no oil being visible at the surface. Comparing these measured concentrations to the diluted, normalized tracer concentrations at the same time suggests initial concentration



Fig. 13. Location of sampling stations and numbers of skin lesions per station, June–August 2011 (adapted from Murawski et al., in press).

values for this region from 240 ppb to as high as 7450 ppb. Albeit of limited sample size, these observations provide a set of calibration points for our model simulation. Later, during the September 2011 and November 2011 cruises, evidence for mutagenicity was reported for stations along a transect offshore from Tampa Bay.

A more recent report by Sammarco et al. (2013) considered hydrocarbons found in seawater (plus sediments and biota) samples taken along the north Florida coast from Pensacola to Panama City. The largest total petroleum hydrocarbon concentrations that they reported in subsurface seawater were from the near shore region between Panama City and Ft. Walton Beach sampled on June 22 and 23, nearly coincident in time and alongshore location with our tracer experiment initialization. Mean concentrations reported were 202 ppm, even much larger than the values provided by Paul et al. (2013).

## 6. Discussion

The upwelling nature of the circulation, when combined with the fish lesion, liver chemistry and microbiology evidence, is suggestive of Deepwater Horizon hydrocarbons having been advected to the WFS. In this section we attempt to convert normalized tracer distribution to what may have been reasonable estimates of hydrocarbon concentrations. Lacking observations on how hydrocarbon concentrations within the water column may have varied with time (with the exception of the Paul et al. (2013) and Sammarco et al. (2013) samples discussed in the previous section) we must rely on certain assumptions.

That surface oil of Deepwater Horizon origin was observed along the north Florida coastline is a fact. Such observations included sheen, brown oil and other weathered forms. Sheen and brown oil are considered to have thicknesses of 0.1 μm to 1.0 μm and 0.1 mm to 1.0 mm, respectively. Such oil thicknesses may be transformed to oil volumes via multiplication by surface area, and if a fraction of that volume is mixed over the water column then that fraction may be transformed to a concentration. Given a spectrum of sizes and the understanding that sizes below a certain threshold (~100 μm) may become entrapped in the water column, let us assume lower and upper bounds on particle sizes to be 1 μm and 100 μm, respectively, and let us further assume that between 10% and 20% of these particles are mixed beneath the surface through the effects of Langmuir circulation and the associated waves. The resulting concentration thus derives from particle size times surface area times the incorporated fraction divided by the surface area times depth, which reduces to particle size times the fraction incorporated divided by water depth. The continental shelf off the north Florida coast is relatively narrow when compared to the WFS, and its shelf break begins at about 60 m depth. For ease of arithmetic let us further assume a mean shelf depth of 33 m. These assumptions lead to upper and lower bounds on initial hydrocarbon concentration across the water column of the north Florida continental shelf regions of between 3 ppb to 300 ppb based on a 10% incorporation and 6 ppb to 600 ppb based on a 20% incorporation. Thus the lower and upper bounds for the initial concentration of hydrocarbons either dissolved in or sufficiently small size to be effectively dissolved in the water column for use in Figs. 10,11,12 and 13 are 3 ppb and 600 ppb, respectively, which is much more conservative than the upper bound estimated from the limited water column samples of Section 5.

These bounds on concentration would then decrease by virtue of the divergence associated with advection and diffusion. Using the upper bound, Fig. 11a implies 6 ppb at the leading edge of the plume and 60 ppb over a large region past Cape San Blas on June 30. Similarly, by the end of the simulation (September 30) values of 6 ppb would cover the entire domain, with values of 24 ppb at the Dry Tortugas and 60 ppb offshore of Sarasota. The highest values at the end of the simulation are in the Florida Big Bend at 150 ppb.

Extending the discussion to Fig. 11b, by July 15 some 180 ppb would cover a major portion of the Florida Middle Grounds and some 60 ppb would extend over the entire inner portion of the WFS as far south as Sanibel. By mid-August, the maximum upwelling region between Tampa Bay and Sanibel would have concentrations of some 180 ppb, reducing down to 60 ppb by the end of August.

The discussion thus far leaves open the possibility that substantial levels of hydrocarbons may have permeated much of the WFS, consistent with the evidence provided in Section 5. Further reductions in concentration may have occurred through biodegradation, but the temperature dependent rates for this remain widely varying from days to months (e.g., Adcroft et al., 2010, Camilli et al., 2011, Hazen et al., 2010). The shortest rates are estimated when attributing the disappearance of surface oil to biodegradation, for instance the disappearance after the wellhead was capped on July 15 or the disappearance after the northern Gulf of Mexico surface oil retreated westward from June 27 to June 29 (Fig. 8). Whether such rapid rates are reasonable or if the disappearance of surface oil also relates to incorporation in the water column through Langmuir cells remains an important research topic. The temperature dependent decay rate formula of Adcroft et al. (2010) and the bottom temperature of Fig. 4 (~18°C) suggest an e-folding scale of 15 days that over the course of the entire simulation would decrease the concentration substantially. Nevertheless, such decay would not materially alter the results shown through July.

## 7. Summary and conclusions

Motivated by the anomalously strong and protracted upwelling that occurred coincident with the Deepwater Horizon oil spill, we investigated the possibility that hydrocarbons of Deepwater Horizon origin transited to the WFS unseen beneath the surface. A West Florida Coastal Ocean Model (WFCOM) was employed, which downscales from the deep ocean, across the continental shelf and into the estuaries by nesting the FVCOM into the HYCOM. Introduced into the model on the continental shelf along north Florida, where surface oil was known to exist, was a passive tracer with a normalized concentration. The evolution of the tracer was then simulated by the model, and the ensuing patterns were compared with observations from a purposeful sampling program of fish lesions and fish liver chemistry, which demonstrated fidelity between tracer location and fish disease. Additional evidence for hydrocarbon contamination on the WFS was presented on the basis of microbiological toxicity and mutagenicity analyses. Given the normalized tracer (hypothetical hydrocarbon) simulation and the evidence for ecological impacts we then speculated on what the actual hydrocarbon concentrations may have been based on reasonable assumptions.

Given the consistency between the tracer simulation and the in situ evidence for ecological effects, plus the conservative assumptions made on initial concentrations when viewed against the limited supporting data, we conclude that hydrocarbons of Deepwater Horizon origin were likely transported to the WFS and may even have entered Tampa Bay and contacted the beachfront between Tampa Bay and Sanibel. Response to future events, particularly how to design sampling programs for damage assessment, would benefit greatly from closer interactions between agency personnel charged with such activities and local scientists knowledgeable in the coastal ocean workings of the region.



Fig. 14. Concentrations of some PAH parent compounds and alkylated homologs sampled from the Macondo (Deepwater Horizon) wellhead (after Sudley et al. 2011; gray bars), from 56 red snapper aggregated into 18 composite samples of livers from the NGM in 2011 (triangles and dashed line), and from four composite samples of 16 red snapper and red grouper from the WFS (open circles and solid line; adapted from Murawski et al., in press).

## Acknowledgments

This work benefitted from several previous grants: ONR Grant #s: N00014-05-1-0483, N00014-10-0785 and N000014-10-1-0794; NOAA Ecohab Grant # NA06NOS4780246; NSF Grant # OCE-0741705; and NOAA Grant # NA07NOS4730409 (through South Carolina sea grant as passed through from the NOAA IOOS Program Office). The more recent model developments and the modeling specific to this paper were made possible by a grant from BP/The Gulf of Mexico Research Initiative to the Deep-C Consortium. Other biological and geochemical contributions were made possible by a grant from BP/Gulf of Mexico Research Initiative to the C-Image Consortium. Fish liver PAH data were analyzed by the Northwest Fisheries Science Center, and we appreciate the efforts of Gina Ylitalo and the staff there in making these data available. Samples were collected under NOAA/NMFS Grant #NA11NMF4720151. This is CPR Contribution 26. We thank all of our colleagues in the Ocean Circulation Group at USF, particularly Messrs. J Donovan, P. Smith, and D. Mayer for maintaining our computational resources and data archives, and J. Law (and formerly R. Cole) for their sea-going mooring skills. We also acknowledge our colleagues at Florida State University, led by Dr. E. Chassignet, who kindly serve the HYCOM fields.

## References

Adcroft, A., Hallberg, R., Dunne, J.P., Samuels, B.L., Galt, J.A., Barker, C.H., Payton, D., 2010. Simulations of underwater plumes of dissolved oil in the Gulf of Mexico. Geophys. Res. Lett. 37, L18605, http://dx.doi.org/10.1029/2010GL044689.

Brink, K., 1983. Deep-sea forcing and exchange processes. In: Brink, T.H., Robinson, A.R. (Eds.), The Sea, 10. Wiley, NY, pp. 151–167.

Camilli, R., Reddy, C.M., Yoerger, D.R., Van Mooy, B.A.S., Jakuba, M.V., Kinsey, J.C., McIntyre, C.P., Sylva, S.P., Maloney, J.V., 2010. Tracking hydrocarbon plume transport and biodegradation at Deepwater Horizon. Science 330 (6001), 201–204, http://dx.doi.org/10.1126/science.1195223.

Camilli, R., et al., 2011. Acoustic measurement of the Deepwater Horizon Macondo well flow rate and oil and gas. Proc. Natl. Acad. Sci. U.S.A. 108, 20235–20239.

Chassignet, E.P. Hurlburt, H.E., Metzger, E.J., Smedstad, et al., Cummings, J., Halliwell, G.R., Bleck, R., Baraille, R., Wallcraft, A.J., Lozano, C., Tolman, H., Srinivasan, A., Hankin, S., Cornillon, P., Weisberg, R., Barth, A., He, R., Werner, F., Wilkin, J., 2009. U.S. GODAE: global ocean prediction with the HYCOM coordinated ocean model (HYCOM). Oceanography 22, 64–75.

Chen, C.S., Liu, H., Beardsley, R.C., 2003. An unstructured, finite-volume, three-dimensional, primitive equations ocean model: application to coastal ocean and estuaries. J. Atmos. Oceanic Technol. 20, 159–186.

Chen, C.S., Xu, Q., Houghton, R., Beardsley, R.C., 2008. A model-dye comparison experiment in the tidal mixing front zone on the southern flank of Georges Bank. J. Geophys. Res. 113, C02005, http://dx.doi.org/10.1029/2007JC004106.

Flierl, V.M., 1993. On the influence of the earth's rotation on oceanic currents. Arch. Math. Astron. Phys. 2, 1–53.

English, D., Hu, C., Lembke, C., Weisberg, R.H., Edwards, D., Lorenzoni, L., Gonzalez, C., and Muller-Karger, F. 2009. Observing the 3-dimensional distribution of bio-optical properties of West Florida Shelf waters using gliders and autonomous platforms. Ppa, October 26–29, MTS/IEEE Oceans'09 conference, Biloxi, Mississippi. Paper published in conference proceedings (ISBN: 978-933957-35-1).

Gill, A.E., 1982. Atmosphere-Ocean Dynamics. Academic, San Diego, pp. 662.

Hazen, T.C., Dubinsky, E.A., DeSantis, T.Z., Andersen, G.L., Piceno, Y.M., et al., 2010. Deep-sea oil plume enriches indigenous oil-degrading bacteria. Science 330, 204–208, http://dx.doi.org/10.1126/science.1195979.

He, R., Weisberg, R.H., Liu, Y. 2004. Coastal ocean wind fields gauged against the performance of an ocean circulation model. Geophys. Res. Lett. 31, L14303, http://dx.doi.org/10.1029/2003GL019011.

Hetland, R.D., Hsueh, Y., Leben, R., Niiler, P., 1999. A loop current-induced jet along the edge of the west Florida shelf. Geophys. Res. Lett, 26, 2239–2242. http://dx.doi.org/10.1029/1999GL900463.

Hu, C., Li, X., Pichel, W.G., Muller-Karger, F.E., 2009. Detection of natural oil slicks in the NW Gulf of Mexico using MODIS imagery. Geophys. Res. Lett. 36, L01604, http://dx.doi.org/10.1029/2008GL036119.

Hu, C., 2011. An empirical approach to derive MODIS ocean color patterns under severe sun glint. Geophys. Res. Lett. 38, L01603, http://dx.doi.org/10.1029/2010GL045422.

Hu, C., Weisberg, R.H., Liu, Y. Zheng, L., Daly, K.L., English, D.C., Zhao, J., Vargo, G.A., 2011. Did the northeastern Gulf of Mexico become greener after the Deepwater Horizon oil spill? Geophys. Res. Lett. 38, L09601, http://dx.doi.org/10.1029/2011GL047184.

Liu, Y., Weisberg, R.H., Hu, C., Kovach, C., Riethmüller, R., 2011a. Evolution of the Loop Current system during the Deepwater Horizon oil spill event as observed with drifters and satellites. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195, 91–101, http://dx.doi.org/10.1029/2011GM001127.

Liu, Y., Weisberg, R.H., Hu, C., Zheng, L., 2011b. Tracking the deepwater horizon oil spill: a modeling perspective. Eos Trans. Am. Geophys. Union 92 (6), 45–46. http://dx.doi.org/10.1029/2011EO060001.

Liu, Y., Weisberg, R.H., Hu, C., Zheng, L., 2011c. Trajectory forecast as a rapid response to the Deepwater Horizon oil spill. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195, 153–165, http://dx.doi.org/10.1029/2011GM001121.

Liu, Y., Weisberg, R.H., 2012. Seasonal variability on the West Florida Shelf. Prog. Oceanogr. 104, 80–98, http://dx.doi.org/10.1016/j.pocean.2012.06.001.

MacFadyen, A., Watabayashi, G.Y., Barker, C.H., Beegle-Krause, C.J., 2011. Tactical modeling of surface oil transport during the Deepwater Horizon spill response. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195, http://dx.doi.org/10.1029/2011GM001128.

Murawski, S.A., Hogarth, W.T., Peebles, E.B., Stein, J.E., Ylitalo, G.M., Barbeiri, L. Prevalence of fish diseases in the Gulf of Mexico, Post-Deepwater Horizon. http://geoweb.cima.noaa.gov/c-ima.html?os=90.4200&ys=25.00000&z=6&layers=0+1+2+3+4+5. Transactions of the American Fisheries Society, in press.

North, E.W., Adams, E.E., Schlag, Z., Sherwood, C.R., He, R., Hyun, K.H., Socolofsky, S. A. 2011. Simulating oil droplet dispersal from the Deepwater Horizon spill with a Lagrangian approach. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195. http://dx.doi.org/10.1029/2011GM001102.

Paul, J.H., Hollander, D., Coble, P., Daly, K.L., Murasko, S., English, D., Bason, J., Delaney, J., McDaniel, L., Kovach, C.W., 2013. Toxicity and mutagenicity of Gulf of Mexico waters during and after the Deepwater Horizon oil spill. Environ. Sci. Technol. 47, 9651–9659.

Reddy, C.M., Arey, J.S., Seewald, J.S., Sylva, S.P., Lemkau, K.L., Nelson, R.K., Carmichael, C.A., McIntyre, C.P., Fenwick, J., Ventura, G.T., Van Mooy, B.A.S., Camilli, R., 2011. Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill. Proc. Natl. Acad. Sci. U.S.A. 109 (50), 20229–20234. http://dx.doi.org/10.1073/pnas.1101242108.

Ryan, J.P., Zhang, Y., Thomas, H., Rienecker, E.V., Nelson, R.K., Cummings, S.R., 2011. A high-resolution survey of a deep hydrocarbon plume in the Gulf of Mexico during the 2010 Macondo blowout. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195, http://dx.doi.org/10.1029/2011GM001106.

Sammarco, P.W., Kolian, S.R., Warby, R.A.F., Bouldin, J.L., Subra, W.A., Porter, S.A., 2013. Distribution and concentrations of petroleum hydrocarbons associated with the 2010 Deepwater Horizon oil spill, Gulf of Mexico. Mar. Pollut. Bull. 73, 129–143.

Streett, D. (2011). NOAA's satellite monitoring of marine oil. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series 195, 9–18, http://dx.doi.org/10.1029/2011GM001186.

Valentine, D.L., et al., 2010. Propane respiration jump-starts microbial response to a deep oil spill. Science 330, 208–211.

Walker, N.D., Pilley, C.T., Raghunathan, V.V., D'Sa, E.J., Leben, R.R., Hoffmann, N.G., Brickley, P.J., Coholan, P.D., Sharma, N., Graber, H.C., Turner, R.E., 2011. Loop Current cyclonic eddy merger impacts 2010 Gulf of Mexico oil spill. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-

272

Breaking Enterprise, Geophysical Monograph Series 195, http://dx.doi.org/10.1029/2011GM001126.

Walsh, J.J., Weisberg, R.H., Dieterle, D.A., He, R., Darrow, B.P., Jolliff, J.K., Lester, K.M., Vargo, G.A., Kirkpatrick, G.J., Fanning, K.A., Sutton, T.T., Jochens, A.E., Briggs, D.C., Nababan, B., Hu, C., Muller-Karger, F., 2003. The phytoplankton response to intrusions of slope water on the West Florida Shelf: models and observations. J. Geophys. Res. 108 (C6), 15, http://dx.doi.org/10.1029/2002JC001406.

Weisberg, R.H., 2011. Coastal ocean pollution, water quality and ecology: a commentary. Mar. Technol. Soc. J. 45 (2), 35–42.

Weisberg, R.H., Black, B.D., Li, 2000b. An upwelling case study on Florida's west coast. J. Geophys. Res. 105 (11), 459–11,469.

Weisberg, R.H., Barth, A., Alvera-Azcárate, A., Zheng, L.Y., 2009a. A coordinated coastal ocean observing and modeling system for the west Florida continental shelf. Harmful Algae 8, 585–597, http://dx.doi.org/10.1016/j.hal.2008.11.003.

Weisberg, R.H., He, R.Y., 2003. Local and deep-ocean forcing contributions to anomalous water properties on the west Florida shelf. J. Geophys. Res. 108 (C6), 3184, http://dx.doi.org/10.1029/2002JC001407.

Weisberg, R.H., He, R., Liu, Y., Virmani, J.I., 2005. West Florida shelf circulation on synoptic, seasonal, and interannual time scales. In: Sturges, W., Lugo-

Fernandez, A. (Eds.), Circulation in the Gulf of Mexico: Observations and Models. Geophysical Monograph Series 161, American Geophysical Union, Washington, D.C., pp. 325–347.

Weisberg, R.H., Li, Z., Muller-Karger, F.E., 2001. West Florida shelf response to local wind forcing: April 1998. J. Geophys. Res. 106, 31239–31262.

Weisberg, R.H., Liu, Y., Mayer, D., 2009b. West Florida Shelf mean circulation observed with long-term moorings. Geophys. Res. Lett. 36, L19610, http://dx.doi.org/10.1029/2009GL040028.

Weisberg, R.H., Zheng, L., Liu, Y., 2011. Tracking subsurface oil in the aftermath of the Deepwater Horizon well blowout. In: Monitoring and Modeling the Deepwater Horizon Oil Spill: A Record-Breaking Enterprise, Geophysical Monograph Series, 195, 205–215, http://dx.doi.org/10.1029/2011GM001131.

Weisberg, R.H., Zheng, L., Liu, Y., Lembke, C., Lenes, J.M., Walsh, J.J., 2014. Why a red tide was not observed on the West Florida Continental Shelf in 2010. Harmful Algae (in press).

Zheng, L., Weisberg, R.H., 2012. Modeling the West Florida coastal ocean by downscaling from the Deep Ocean, Across the continental shelf and into the estuaries. Ocean Modell. 48, 10–29, http://dx.doi.org/10.1016/j.ocemod.2012.02.002.

Scientists say sandy clumps on Sunset Beach contained BP oil from 2010 spill                    Page 1 of 3

# Scientists say sandy clumps on Sunset Beach contained BP oil from 2010 spill

USF scientists detect chemicals used in the wake of the 2010 Deepwater disaster.

1 inch 1 inch of body type 1 inch 1 inch of body type 1 inch 1 inch of body type 1

By Craig Pittman

Published June 29 2015
Updated June 30 2015

Five years after the Deepwater Horizon disaster off the coast of Louisiana dumped between 3 million and 5 million barrels of oil into the Gulf of Mexico, scientists now say they have proof that a little bit of it wound up on a Pinellas County beach.

Small sand patties that washed ashore along a 30-yard stretch of Sunset Beach near Caddy's on the Beach restaurant in Treasure Island contained traces of the Deepwater Horizon oil, as well as of the chemical dispersant that BP sprayed on the spill, according to a just-published paper by scientists from the University of South Florida.

The amount was too small to be any threat to humans, unless for some reason a beachgoer ate one, according to one of the paper's authors, John Paul. Nevertheless, BP officials do not believe it's really the company's oil.

The scientists came across those strange little clumps by accident, Paul said.

In January 2013, nearly three years after the spill, Paul said a friend told him "his girlfriend was walking on the beach and she stepped in some Deepwater Horizon oil."

"They were like little, firm pieces of sand that you had put some Elmer's glue in to hold it together," Paul said Monday.

USF scientists took samples of the patties and carefully compared their contents to samples found along the Panhandle beaches that were among the hardest hit by the BP oil. They found a match to the BP oil, according to the paper published in the *Marine Pollution Bulletin*.

They also compared it to samples from a 1993 oil spill that resulted from a tanker collision in Tampa Bay. The oil from the 1993 spill did not match the oil that was in the sand patties, they said.

Scientists say sandy clumps on Sunset Beach contained BP oil from 2010 spill

As further evidence of the origin of the oil particles, scientists said they found traces of the dispersant Corexit. BP used nearly 2 million gallons of Corexit on the spill — a record amount — trying to break up the oil before it could form a slick and wash up on the beaches and in the marshes.

Prior USF studies found that traces of the oil from Deepwater Horizon had landed on the underwater shelf off Florida's west coast, but this marks the first time anyone has found that the oil made it all the way to one of Pinellas' famous beaches.

However, BP vice president Geoff Morrell contended that the USF paper was based on faulty science, and that "the researchers did not conduct the type of rigorous chemical analysis necessary to determine the source of the material found at Sunset Beach in January 2013."

USF officials have not publicized the paper, which was published about two weeks ago.

"We've been not wanting to draw attention to this," Paul said. "The last thing we want to do is cause a panic."

Instead, the paper was sent to the *Tampa Bay Times* by a publicist for attorney Steve Yerrid, who is representing the city of Tampa in a lawsuit against BP.

*Contact Craig Pittman at craig@tampabay.com. Follow @craigtimes.*



**CRAIG PITTMAN**
Environment, Growth and
Development Reporter

TRENDING NOW

See the Best 2019 Suv Deals Everybody is Talking About

The Highest Paying Cashback Card Has Hit the Market

Trump Supporters: Get This Trump 2020 Cap For Free!

# Oil from BP spill pushed onto shelf off Tampa Bay by underwater currents, study finds

It's off Florida's coast. It's hurting plankton and bacteria, and it's not going away soon

Clean up crews work on Pensacola Beach in July 2010, months after the BP Deepwater Horizon oil spill. Associated Press

By Craig Pittman

Published August 29 2016
Updated September 1 2016

The thick globs of BP oil that washed ashore on beaches along Florida's Panhandle in 2010 never reached Tampa Bay, to the relief of hotel owners, restaurateurs, anglers, beachgoers and local officials.

But oil from the Deepwater Horizon spill, floating beneath the surface after being sprayed with dispersant, settled on a shelf 80 miles from the Tampa Bay region within a year of the spill's end, according to a scientific study published this week.

There is some evidence it may have caused lesions in fish caught in that area, according to John Paul, the University of South Florida oceanography professor who is lead author on the study, published in *Environmental Science & Technology*. However, research is continuing on that question.

Oil from BP spill pushed onto shelf off Tampa Bay by underwater currents, study finds

Tests of the samples from those areas on bacteria and other microscopic creatures normally found in that part of the gulf found that "organisms in contact with these waters might experience DNA damage that could lead to mutation," the study reported.

The oil that landed on the shelf, which extends miles into the gulf, is likely to stay there a long time, Paul said.

"Once it's in the sediment, it's kind of immobile," he said.

BP spokesman Jason Ryan said scientists working for the company, as well as various government agencies, had "conducted extensive sampling to identify, track and map oil in the water column over time," and found no signs of BP oil on the shelf near the Tampa Bay area.

But Paul said the researchers looked for signs of the Deepwater Horizon spill on the shelf based on observations by a colleague, USF oceanographer Bob Weisberg.

Weisberg found a major upwelling — a swirling current of cool water from deep in the gulf — had begun in May 2010 and continued through the rest of that year. The upwelling could have caught hold of the underwater plumes of dispersed oil off the Panhandle and then pushed them southward onto the shelf that lies off the state's west coast, he said.

"It made its way southeast across the bottom and eventually it gets to the beach," Weisberg said. "A little bit probably got into Tampa Bay, and a little bit probably got into Sarasota Bay, and it exited the Florida shelf down around the Dry Tortugas."

When he put forward his theory in 2010, Weisberg called for sampling to be done along the shelf to test whether he was right, but that proposal did not get any funding, he said.

Eventually, though, as part of a series of 12 trips into the gulf for their own research, Paul and his colleagues collected samples along the shelf, as well as closer to the site of the Deepwater Horizon disaster off Louisiana.

They found nothing in 2010, but when they went back in 2011 and 2012, they found what Weisberg had predicted. The oil did not reach the southern end of the shelf until last year. Water samples collected off the shelf were toxic to bacteria, phytoplankton and other small creatures, the report said.

The USF discovery shows that scientists continue to grapple with measuring the full impact of the disaster, which began with a fiery explosion aboard an offshore drilling rig on April 20, 2010,

Oil from BP spill pushed onto shelf off Tampa Bay by underwater currents, study finds     Page 3 of 4

The disaster held the nation spellbound for months as BP struggled to stop the oil. To try to break up the oil before vast sheets of it washed ashore on the beaches and marshes along the Gulf Coast, the company sprayed the dispersant Corexit directly at the wellhead spewing oil from the bottom of the gulf — even though no one had ever tried spraying it below the water's surface before. BP also used more of the dispersant than had been used in an oil spill, 1.8 million gallons.



**Sign up for our Daystarter newsletter**

Today's top headlines and information delivered to your inbox every morning.

TYPE YOUR EMAIL ADDRESS HERE

SIGN UP

The Corexit broke the oil down into small drops, creating underwater plumes of oil, something no one had ever seen before in an oil spill. The discovery of the plumes raised questions about how they would affect sea life in the gulf.

Yet even before BP managed to shut off the undersea flow July 15, 2010, observers ranging from *Time* magazine to Rush Limbaugh said damage from the 4.9 million-barrel spill seemed far less severe than predicted. In the three years since, though, scientists have uncovered ongoing damage — deformed crabs, dying dolphins and other woes.

Getting this study published in a peer-reviewed journal was a long process, Paul said.

"Publishing anything about the oil spill is inherently more difficult than anything else because it's so contentious," he said.

BP agreed last year to pay $4 billion to settle criminal charges, including manslaughter, in connection the disaster, and rig owner Transocean settled civil and criminal charges for $1.4 billion.

BP is now locked in a civil court battle with the U.S. Justice Department and hundreds of businesses affected by the spill. If it loses, BP could face damages of $17.5 billion, although company officials have predicted the fines will be less than $5 billion.

*Craig Pittman can be reached at craig@tampabay.com*

Oil from BP spill pushed onto shelf off Tampa Bay by underwater currents, study finds

Page 4 of 4



CRAIG PITTMAN

TRENDING NOW

Trump Supporters Look Great In This Hat – Get Yours Free!

Learn How To Invest Like A Shark (With Just $50)

The Highest Paying Cashback Card Has Hit the Market

Top Cardiologist: This One Thing Will Properly Flush out Your Bowels

Watch: Tay'lor Smith sentenced with jail and work crew for pushing friend off bridge

90% of People Have No Idea What These Two Little Holes Are For