# Brief Exhibit B

# HESI/TRANSOCEAN PUNITIVE DAMAGES & ASSIGNED CLAIMS SETTLEMENTS
## APPEAL DETERMINATION NOTICE
### DATE OF NOTICE: 9/9/2019

## I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| Name: | CITY OF ST PETERSBURG |
| HESI/Transocean Punitive Damages & Assigned Claims Settlements Claimant Number: | 180999F0A2 |
| Address: | Street: 175 FIFTH STREET NORTH<br>City: ST PETERSBURG   State: FL   Zip: 33701 |
| Representative: | No |

## II. DETERMINATION(S) EXPLANATION

This is an official Notice from the HESI/Transocean New Class Claims Administrator regarding the Claimant noted above and the specific New Class claim(s) indicated in Section III below.

Below please find the Claims Administrator's determination regarding your appeal.

For claimants whose Appeal has been granted, please note you may receive deficiency and/or determination correspondence in the coming weeks. Please continue to watch your mail for these communications from the Settlements Program.

## III. DETERMINATION(S)

| | |
|---|---|
| Claim Type: | Coastal Real Property |
| Claim Identifying Information: | Parcel ID: 03-31-17-93870-006-0330; Pinellas Parish/County; Florida; Claim Line 11 |
| Determination: | Appeal Granted. Remanded.<br><br>The Claims Administrator has determined that the University of South Florida study is a credible third-party confirmation that, at a minimum, limited oiling existed in areas adjacent to or adequately close to the claimed parcel. This finding is made pursuant to the equitable authority reserved to the Claims Administrator pursuant to the New Class Distribution Model and is limited to this specific waterfront and/or immersed parcels and is not a blanket finding for any other parcel(s) outside of the Coastal Real Property zone in Florida. As such, the appeal is granted and the claim is remanded to the Settlements Program for valuation under the Coastal Real Property framework as an "A1" claim.<br><br>The appeal is granted and remanded for further review. |

## IV. HOW TO CONTACT US WITH QUESTIONS

If you have questions about this Notice please contact our Call Center at 1-877-940-7792 or email us at Questions@GulfSpillPunitiveDamagesSettlement.com.