**BRIEF EXHIBIT C**

## Plaintiff's Brief Exhibit C
## Index of Exhibits

| Brief Exhibit Reference | Deposition Exhibit Reference | Description of Exhibit |
|---|---|---|
| A | | Articles *in globo* referencing University of South Florida Study |
| B | | HESI/Transocean Appeal Determination Notice for City of St. Petersburg |
| C | | Index of Exhibits |
| D | | John DeSilva May 19, 2021 Deposition Transcript |
| E | P-15 | June 15, 2010 ACG Termination of Commitment Letter |
| F | | Excerpts of Settlement Agreement |
| G | P-8 | License for Professional Regulation |
| H | P-1 | City of St. Pete Beach Variance Approval |
| BLANK | | |
| J | P-6 | Residential Contract for Sale and Purchase |
| BLANK | | |
| L | | Sworn Statement for Disclosures Regarding Remaining Non-Governmental Economic Loss and Property Damage Claims (B1 Claims) |
| M | | Short Form Joinder |
| N | D-3 | October 31, 2012 Opt-Out Exclusion Election |
| O | | Sworn Written Statement for Claimant Accounting Support |
| P | | PTO 65 Verified Statement Regarding Causation and Damages (B1 Claims) |
| Q | | Affidavit of Tom Limroth |
| R | | Judge Fallon's Chinese Drywall "Subsequent Purchaser Rule" Analysis |
| S | | Declaration and Assignment of Steven A. MacDonald |
| T | D-1 | Residential Contract for Sale and Purchase |
| | D-2 | Membership Interest Purchase Agreement |
| | P-2 | Settlement Agreement Between DeSilva and St. Pete Beach, Florida |
| | P-3 | Covenant Running With Land Between DeSilva and Sean Manning, LLC |
| | P-4 | July 15, 2005 Warranty Deed |
| | P-5 | August 7, 2006 Warranty Deed |
| | P-7 | City of St. Pete Beach August 4, 2009 to DeSilva |
| | P-9 | HUD Settlement Statement |
| | P-10 | June 16, 2017 Warranty Deed |
| | P-11 | Affidavit of Steven MacDonald Dated September 18, 2020 |
| | P-12 | Declaration of Steven A. MacDonald Dated May 17, 2021 With Exhibits |
| | P-13 | Renovation Plans |

| Brief Exhibit Reference | Deposition Exhibit Reference | Description of Exhibit |
|---|---|---|
|  | P-14 | February 15, 2010 ACG Commitment Letter |