# Brief Exhibit E



**Plaintiff Exhibit 15**



**ACG Companies**

## Aldo Datoli, *Senior Investment Advisor*

Acer Capital Group Chicago
Phone: 1-708-932-8900
Email: adatoli@acgcompanies.com
Website: www.acgcompanies.com

Mr. John R. DeSilva
c/o The Birds of Paradise LLC
2817 Pass-A-Grille Way
St. Pete Beach, Fl. 33706
RE: Refinancing and Construction Loan

June 15, 2010

Dear Mr. DeSilva,

Relative to our last several phone conversations regarding the progress of your loan, please be advised that ACG Capital Group Chicago has unfortunately, come to a different resolution.

We, at ACG Capital Group Chicago, have been monitoring the on-going and horrific events in the Gulf of Mexico for the past six weeks. Due to the tragic explosion of British Petroleum's " Deep Water Horizon" oil platform and the subsequent and seemingly endless spewing of crude oil and methane gas into the waters of the Gulf, we have come to a unilateral decision.

Many of our investors and lenders through which we are able to accommodate clients such as yourself with the unique services we provide such as difficult loans, land-bank purchases and speculative joint ventures hail from two primary sources. One is a European contingent and the other from the United Arab Emirates (UAE) .

We have been in very serious conversations with not only these two viable sources, but our National groups as well over the last month. The bottom line is that they all, across the board, have mandated a "cease and desist" on any monetary commitments in the Delta Gulf Region of the United States that involves waterfront to within one hundred miles of the Gulf Coast until further notice.

Regretfully, I am hereby informing you that ACG Companies, Acer Capital Group Chicago and any of our affiliates that were participating in your loan hereby terminate our  commitment for your project indefinitely. John, I am so sorry for all of us and the people in these areas, however, this decision is final.

Sincerely,

Aldo Datoli, Senior Investment Advisor
Acer Capital Group Chicago

**Deposition Exhibit 15**