**Brief Exhibit G**



Slideshow    Disclaimer    Terms & Conditions    Contact Us

Copyright © 2009 The Birds of Paradise LLC.
All Rights Reserved.