# Brief Exhibit H

**Plaintiff Exhibit 1**



CITY OF ST. PETE BEACH

In Re Variance Application of:
John R. De Silva
2707 Pass A Grille Way
St. Pete Beach, Florida 33706

BOARD OF ADJUSTMENT
DEVELOPMENT ORDER
Case No. #20090022

The Board of Adjustment reviewed your application for variances in the above-captioned case on June 24, 2009.

Address:                    2707 Pass A Grille Way

PIN:                        183216610020040130

Based on the record testimony and evidence and the variance criteria contained in City Code Section 3.12(a)(1)(a)-(e), and City Code Section 3.10(c)(1)(b);

IT IS HEREBY ORDERED:

1. The variance to Section 3.10(c)(1)(b) requirement relating to nonconforming use property in order to permit the enlargement, alteration, improvement or relocation of structures located on an existing nonconforming use property is APPROVED.

Any variance granted shall expire one (1) year from the date of the Development Order providing for such variance, unless a building permit for the construction authorized by such variance is obtained within such time and said building permit has not expired prior to the completion of construction in accordance therewith.

**Deposition Exhibit 1**

Any person aggrieved by this order may appeal the order to the circuit court on or before thirty (30) days from the date of the order.

A copy of this Development Order was sent to John R. De Silva, 621 Brightwaters Blvd., St. Petersburg, Florida 33704 on the _____ day of July, 2009.

_____          _____
Stephen McFarlin                          Date: 7-6-09
Vice-Chairman