# Brief Exhibit N

Ronnie G. Penton        Mary Anna Penton        Daniel Snellings
Trial Attorney          Trial Attorney          Trial Attorney
rgp@rgplaw.com          apenton@rgplaw.com      dsnellings@rgplaw.com



REPRESENTING PEOPLE WORLDWIDE SINCE 1985

October 31, 2012

CERTIFIED MAIL/RETURN RECEIPT REQUESTED
7009 1680 0002 0523 6126
Deepwater Horizon Court-Supervised Settlement
Exclusions Department
P.O. Box 222
Hammond, Louisiana 70404-0222

    RE:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of
           Mexico, on April 20, 2010; MDL No. 2179

Dear Sir:

    Please find enclosed an original "Opt Out Exclusion Election" on behalf of our client, John DeSilva and The Bird of Paradise, LLC, which is being sent pursuant to page sixteen (16) of the Economic and Property Damage class notice.

    Should you have any questions, please contact me at (985) 732-5651.

Sincerely,

Mary Anna Penton

mp

enclosure

**Defendant Exhibit 3**

Ronnie G. Penton — Trial Attorney — rgp@rgplaw.com
Mary Anna Penton — Trial Attorney
Daniel Snellings — Trial Attorney



THE PENTON LAW FIRM
Trial Lawyers Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

## OPT OUT EXCLUSION ELECTION

Claimant Name: <u>The Bird of Paradise, LLC by John De Silva</u>

BP Claim No: _____

GCCF Claim No.: _____

Federal Tax I. D.: <u>██-██-8841</u>

Driver's License/State: <u>D███-███-48-057-0</u>

Telephone No.: <u>727-822-0781</u>

Address: <u>2817 Pass-A-Grille Way</u>
<u>St. Pete Beach, FL 33706</u>

"I wish to be excluded from the Economic & Property Damage Class."

_John R. DeSilva_
The Bird of Paradise, LLC
by John De Silva

10/29/12
Date