**Brief Exhibit O**

## Sworn Written Statement for Claimant Accounting Support

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement ("Statement"), attach additional pages and they will be incorporated into this document.

### A. CLAIMANT INFORMATION

| | Last Name or Full Name of Business | First | Middle Initial |
|---|---|---|---|
| Name: | Desliva | John | R |

Deepwater Horizon Settlement Program Claimant Number: 

Social Security Number:
or
Individual Taxpayer Identification Number: 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
or
Employer Identification Number:

| Current Address: | Street: 621 Brightwaters Blvd NE | | |
|---|---|---|---|
| | City: St Petersburg | State: FL | Zip Code: 33704 |

### B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☐ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☒ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

| | Last | First | Middle Initial |
|---|---|---|---|
| Name: | Pastene | Evelyn | A |

| Address: | Street: 111 Veterans Blvd., 17th Floor | | |
|---|---|---|---|
| | City: Metairie | State: LA | Zip Code: 70005 |

| Telephone Number: | (504) 831-4949 |
|---|---|
| Email Address: | evelynp@bb-cpa.com |
| Accountant Website (if available): | www.bb-cpa.com |

SWS-38
v.2