# Brief Exhibit P

## EXHIBIT A

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* No. 10-MD-2179 |||||
|---|---|---|---|---|
| PTO 65 VERIFIED STATEMENT REGARDING CAUSATION AND DAMAGES (B1 CLAIMS) |||||
| Last Name DeSilva | First Name John | Middle Name/Maiden | | Suffix Mr. |
| Business Name The Bird of Paradise, LLC || Last 4 digits of Plaintiff's social security number (if individual) or full Tax ID number (if business plaintiff) EIN #90-0855071; SS #8841 |||
| MDL 2179 Member Case Number 16-05277 || Attorney Name and Firm Ronnie G. Penton, The Penton Law Firm |||

All "Remaining B1 Plaintiffs" (as defined in PTO 65) must answer the questions below regarding damages and causation. Responses must be as specific and accurate as practicable and shall be given under penalty of perjury. It is a violation of PTO 65 to submit an answer that is, for example, generic, vague, evasive, or misleading. **The plaintiff (not the plaintiff's attorney) must sign and date the verification and attestation at the end of this form.** Responses shall be filed in the record for the plaintiff's <u>individual lawsuit</u> (not the master docket for MDL 2179) by no later than **April 11, 2018.**

You may attach additional pages to this form if you need extra room to answer a question. Make sure to indicate the question you are continuing to answer.

1

> **Question 1:** Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount.

Claimant, John DeSilva, formerly doing business as The Bird of Paradise, LLC, has claimed compensatory damages for loss of income, profits, and earning capacity, diminution and loss of business value, loss of property, and loss of potential equity gain on the investment in the subject business, past and future. John DeSilva was the owner of a contiguous block of improved property located along Pass-A-Grille Way in St. Pete Beach, Florida, which is a barrier island on the Gulf Coast of Florida. The address of the property is 2707 Pass-A-Grille Way, St. Pete Beach, Florida 33706. Mr. DeSilva operated the property as a corporate retreat and meeting facility prior to 2010, and was in the process of physically and operationally transitioning the property into a celebrity guest and charity venue when, in mid-hurdle during this transition, the BP Oil Spill disaster occurred.

Through much effort on the part of Mr. DeSilva, the property in the name of the Bird of Paradise, LLC, has a Resort Dwelling License from the State of Florida, which enables the property to be rented. This rental use began when the Anheuser-Busch family owned and used the property as the world brewing company's winter international headquarters. As such, the property has historical significance. The U.S. Department of Interior has offered a historical registration to the property. "The Busch Estate," as it was commonly referred during its many-year occupation and corporate use, was host to U.S. Presidents, European royalty, Hollywood movie stars, and many famed sports personalities over its years. The Busch's prize professional baseball team, the St. Louis Cardinals, held its spring training at Al Lang Field in downtown St. Petersburg, just down the street.

In November 1997, Mr. DeSilva purchased the property and began to transform it into the Bird of Paradise boutique resort, which offered world-class amenities, including 7,000 square feet of living space, extremely large private deepwater dockage (240 feet), a private marina providing wharf dockage for vessels up to 140 feet, and nine deepwater boat slips that can accommodate 40 to 70 foot vessels. In June 2009, the City of St. Pete Beach granted The Bird of Paradise a zoning variance, which allowed a major renovation of the estate's living accommodations for the three buildings, with nine guest rooms, and bathrooms to fourteen guest rooms and seventeen bathrooms, post-renovation. This renovation was necessary as the income being generated from the boutique rentals was not sufficient to carry the property.

The Bird of Paradise reasonably calculates its compensatory damages, past, present, and future, under OPA, General Maritime law, Common law, and Florida State law, as provided and allowed under existing laws, utilizing an income approach as of April 2010 with a discounted cash flow analysis, in the amount of Thirty Five Million Five Hundred Ninety Four Thousand Seven Hundred Forty-Two ($35,594,742.00) Dollars.

See Continuation of Question 1, attached.

### Calculation-Income Approach (as of April 2010)

Attached are Cash Flow Statements. Those Cash Flow Statements present an alternative calculation of the claim based on the positive cash flow the business would have returned with investment as per the financial plan developed in 2008-2009. The Cash Flow Statements estimate the potential revenues that would be generated by the business and expenses to derive a monthly projected positive cash flow and return to investors.

### Income Approach to Valuation - *PriceWaterhouseCoopers*

Income-producing real estate is typically purchased as an investment, and from an investor's point of view, earning power is the critical element affecting property value. One basic investment premise is that the higher the earnings, the higher the value. An investor who purchases income producing real estate is essentially trading present dollars for the right to receive future dollars. The income capitalization approach to value consists of methods, techniques, and mathematical procedures that are used to analyze a property's capacity to generate profits and convert these profits into an indication of present value.

It is generally accepted that all investments are predicated on the expectation of receiving a return on capital that represents the time value of money with an appropriate adjustment for perceived risk. The minimum rate of return for invested capital is sometimes referred to as the safe, or riskless, rate. Theoretically, the difference between the total rate of return on capital and the safe rate may be considered a premium to compensate the investor for risk, the burden of management, and the illiquidity of invested capital. To a real estate investor, risk is the chance of incurring a financial loss and the uncertainty of realizing projected future benefits. Most investors avoid excessive risk; they prefer certainty to uncertainty and expect a reward in return for assuming a risk. The income or yield rate used in capitalization must be consistent with market evidence and reflect the level of risk associated with receiving the anticipated benefits.

### Discounted Cash Flow Analysis

The concept of discounted cash flow analysis, or yield capitalization, serves as the most comprehensive form of real estate analysis and valuation which is available in the industry. The methods associated with this concept have been used for years in the capital budgeting function of financial management. The accounting profession and others have also used discounted cash flow methods of evaluating investments and for performing cost benefit analysis. Moreover, professional real estate appraisers and analysts are using the concept in their practices as a result of market demands for more sophisticated valuation work. The discounted cash flow analysis is essentially a process of evaluating the return on invested cash equity. *The income to be processed in the application of the discounted cash flow methods is therefore the annual amounts of cash flow which are expected to be generated by the investment during the income projection period, or investment-holding period.* In summary, this concept is exceptionally fundamental in its application and, moreover it most reflects the time-value relationship of money. Incomes and expenditures are not always received or incurred in equal amounts. Revenue patterns of income properties are the best illustration of this circumstance, even on a pre-tax basis. Thus, when net receivables from the operation of real estate have a variable or fluctuating pattern, it is necessary to employ a method of evaluating such investments, which recognizes these periodic changes. Only this method can properly accomplish this task.

Inherent in the utilization of this technique is the selection of a proper and appropriate discount rate; a rate equivalent to a yield commanded on alternative investments. The main criteria in the selection of discount rates are based on comparison of real estate with other forms of investments. The basis parameter is a comparison with the equivalent yield for long-term bonds. Secondly, a comparison with mortgage interest rates is important, being another alternative avenue of investment.

### Calculation of the Income Valuation Approach

Inherent in our approach to these financial instruments is the calculation of ROI (Return on Investment). Asset Class Analysts are specialists in calculation of discounted rates of return. In this case, the discount rate has been set at 6.5%.

**THIRD QUARTER**
**CURRENT 2015**
**DISCOUNT RATE (IRR)**
Range 6.50%

The value of the investment; the ROI as measured by the cash flow projections suggests a yield of $101,969,675.87 by year-end 2017. Commencing with January 2011, the 5-year yield by which the ROI would be measured by an investor as of April 2010 is $73,067,617.23. Five years following investment, at April 2010 through April 2015, the ROI as per the cash flow statements, is $60,725,545.79. Discounted at 6.5%, the ROI, inclusive of a factor for risk, is $40,989,742.00. The yield in gross terms is approximately a factor of 4.3 for the investment that would have been made in April 2010, within acceptable rates of return.

The Claimant sold the property in 2017 for $5,395,000.00. Accordingly, this amount would be deducted from the ROI potential to derive a value loss of $35,594,742.00

All economic calculations of this loss were audited and/or performed during the history of this claim by Ralph Litolff, CPNABU/CFF/ MBNCV A, formerly of Bourgeois Bennett, Certified Public Accountants and Henry Sienema, MA, AIIC, FPOIII, CMEA, SBA of Claims Strategies Group, LLC (See attached Exhibit B for the calculations). The evidentiary support and basis of the calculations were derived from financial and tax documents, as well as research and discussions with numerous financial and economic consultants, witnesses, parties, and attorneys for Claimant. (See Exhibit C1-C26)

4

> **Question 2: Describe specifically the evidence you rely on to prove the damages you allege in response to Question no. 1.**
>
> **Historical Data**
>
> Revenues in November and December of 2009 were attributable to the advertising on VRBO and other sources as well as referrals from prior clients. The client recorded the revenues as follows:
>
> | | |
> |---|---|
> | November 2009 | $56,000.00 |
> | December 2009 | $28,000.00 |
> | Total | $84,000.00 ($10,500.00/month)* |
>
> *The 2009 tax return records revenues of $81,000.00.
>
> The first few months of operations fell short of projections of $14,000.00 per week. The client recorded 2010 revenues in the period prior to the Oil Spill as follows:
>
> | | |
> |---|---|
> | January 2010 | $ 28,000.00 |
> | February 2010 | $ 42,000.00 |
> | March 2010 | $ 56,000.00 |
> | April 2010 (1 week) | $ 14,000.00 |
> | Total | $140,000.00 ($10,000.00/week) |
>
> Immediately after the Oil Spill, bookings were cancelled and the revenues for the remainder of the year were only $15,000.00. Specifically, in 2010, Pure Limousine cancelled their July 4th booking resulting in a $30,000.00 lost booking. Anhueser-Busch cancelled reservations for both Memorial Day and Labor Day for losses of $36,000.00 for each occasion. And, a group from Chicago cancelled their booking for Thanksgiving, which resulted in a lost booking of $25,000.00. Potential other bookings were never made after the Oil Spill. (The supporting documents are all attached).
>
> In 2010, prior to the Oil Spill, revenues were $140,000.00. The projected revenues post-Spill should have been $477,200.00 ($617,200.00 - $140,000.00) based upon the anticipated revenues forecast for the 40 weeks of the principal tourist season. The owner calculates the potential or projected annual revenues as follows:
>
> | | |
> |---|---|
> | 40 weeks per season @ $14,000.00 per booking = | $560,000.00 |
> | Housekeeping fees @ 12% = | $ 67,200.00 |
> | Total Projected Annual Sales = | $617,200.00 |

5

The periods able to be measured by the information above are not the primary tourist season, however. The actual revenues post-Spill were $15,000.00 and the loss-projected post-Spill was thus $462,200.00. This gross estimate was reduced in calculating the Business Economic Compensation Plan loss by the Variable Expenses and we applied a Loss of Income percent (LOI%) of 88% to arrive at a projected net loss of income of $406,736.00 plus RTP.

We sought to compare revenues in 2010 to 2011 to see if the trend had remained constant in 2011. For the period January to June in 2010, the revenues were $140,000.00, while in 2011, the same period revenues were $112,000.00, a 20% decrease over the prior year. This indicated that the trend of loss was worsening in 2011.

The average consumer would not contemplate such exclusive and costly accommodations. Indeed, we were conscious when preparing our projections for this claim that there would be an innate reluctance to appreciate this business model. Accordingly, we sought out information on comparable resort accommodations or frightfully expensive adventures. A few examples are stipulated as follows:

1. Tuscany, in Italy, is a favorite tourist destination. Attached are samples of 10 exclusive and costly vacation alternatives that rival the claimant property.

2. The website, http://www.most-expensive.net/resort/world, features numbers of properties, including the Bahamas Cay, owned by Peter Nygard, the fashion mogul, which rented at the rate of $35,000.00 per day in 2007.

3. Or, consider the future space flights offered by Virgin entrepreneur, Sir Richard Branson, where one can reserve a seat on a future space flight for $200,000.00 in a space vehicle still under development. See www.richardbranson.com/spaceflight.

A letter from Unusual Villa & Island Rentals is attached to confirm the concept of weekly rentals and the efforts the client was undertaking in 2009 to launch the rental program. Unusual Villa & Island Rentals of Richmond, Virginia is one of the leading exclusive resort booking agencies in the United States and agreed to undertake listing the property for rental, in addition to the VRBO listing the client undertook. Unfortunately, due to the Oil Spill, they were unable to secure any bookings in 2010.

We also attach copies of the website viewings as recorded from the Server-Provider. In 2009, when the webiste was first created, there were 111,697 hits to the site in the 8 months of May-December and of those "visits", 1,187 people reviewed the site. In 2010, there were 93,610 hits to the site and 2,034 views. The reality was that those views were mostly curiosity seekers who inquired regarding the Oil Spill.

## ADDITIONAL RESPONSE TO QUESTION NUMBER 2:

### Timeline of Important Events

**November 27, 1997** John DeSilva purchases the Anheuser Busch estate property located at 2807-2817 Pass-A-Grille Way, St. Pete Beach, Florida 33706 for $1,100,850.00. Mr. DeSilva recognized the potential value of the property as a private resort property and commenced his efforts to have the property licensed as a Resort Property and then to allow redevelopment to confirm to planned best use.

**February 19, 2002** John DeSilva commences suit and application to receive Resort License from the State of Florida. Name is changed from Anheuser-Busch to The Bird of Paradise, LLC during this period.

**October 22, 2004** John DeSilva receives Resort License for property. It is important to note that his is the singular resort license issued in the United States to a private residential property that encompasses an entire City block. The property now becomes able to be rented as a resort property and to generate potential revenue. DeSilva leases property as whole in general to corporate clients for business and pleasure retreats because it is large and can accommodate groups and is secluded and private with beach and bay access. Corporate clients include Anheuser-Busch and Pure Limousine.

**March 22, 2007- July 6, 2009** The Bird of Paradise receives a variance June 24, 2009 and permission for redevelopment from St. Pete Beach, Florida. After a 5-year legal action with the City of St. Pete Beach, DeSilva achieves permission to renovate the property and implement his business plan for the property.

**2008 - 2009** DeSilva is diagnosed with Stage I lung cancer and struggles with health issues.

| | |
|---|---|
| 2008 - 2009 | DeSilva develops Financial Plan that is put on website and distributed to potential investors. The Financial Plan provides a detailed projection of corporation rental earnings, as well as development of use of the property as a Celebrity-Guest Charity Event Venue. The Financial Plan also provides a proposal for investor return and exit strategy. DeSilva projects earnings for the property exceeding $18,000,000.00 per year following the renovation for which approval was obtained. |
| February 15, 2010 | Acer Capital Group (ACG) provides a Commitment Letter for financing in the amount of $9,500,000.00 to retire mortgage and provide $3,800,000.00 for redevelopment. The planned redevelopment will include changing the property from 9 bedrooms with baths to 14 guest rooms with 17 bathrooms, renovate the yard and pool and demolish the center home and build a 2-story building to include a kitchen and dining facility and convention meeting facility. Additionally, the Bird of Paradise would complete purchase and renovations of a beachfront property directly to front to incorporate in the property for private beachfront access. |
| April 21, 2010 | Deepwater Horizon Macondo Oil Spill occurs. Oil continuously spews forth until the underwater well is finally capped in the summer of 2010. The largest oil spill in U.S. history creates uncertainty for all business and property owners in the Gulf of Mexico region. |
| June 15, 2010 | Acer Capital Group rescinds financing commitment by letter. ACG advised, "...we have come to a unilateral decision...The bottom line is that they all, across the board, [investors] have mandated a 'cease and desist' on any monetary commitments in the Delta Gulf Region of the United States that involved waterfront to within one hundred miles of the Gulf Coast until further notice. Regretfully, I am hereby informing you that ACG Companies, Acer Capital Group Chicago and any of our affiliates that were participating in your loan hereby terminate our commitment for your project indefinitely." |

8

| | |
|---|---|
| June 2010 - November 2010 | All reservations at The Bird of Paradise are canceled due to the Oil Spill. DeSilva is in foreclosure with no recourse, given the spill and his loss of financing. |
| December 10, 2013 | DeSilva contracts with Pass-A-Grille Beach House, LLC (a private lender) to consolidate all loans and settle outstanding mortgages with MB Financial Bank in the amount of $5,640,000.00. DeSilva obtains title to property and The Bird of Paradise subject to private mortgage with interest 18% per annum compounded monthly. |
| September 8, 2015 | Modification to private lender financing. As detailed below, DeSilva did dispose of his personal properties in order to pay down the original financed amount that disposed of the MB Financial Bank encumbrances. This First Modification Agreement acknowledges debt with interest in the amount of $2,750,749.00, including further advances to DeSilva to allow for payment of property tax. |
| January 21, 2016 | Second Modification Agreement with private lender. This Second Modification Agreement with Pass-A-Grille Beach House, LLC consolidates the prior Agreement along with advances made November 15, 2015 and acknowledges current debt in the amount of $3,263,484.00, with interest accumulated. |
| November 17, 2016 | Forbearance Agreement completed with Pass-A-Grille Beach House, LLC. The Forbearance Agreement allowed DeSilva an opportunity to secure alternate financing or to sell property in lieu of foreclosure as he was in arrears with private lender due to lack of revenues directly attributable to the Oil Spill. DeSilva obtained deferral of foreclosure proceedings until December 31, 2016. The Agreement detailed that amount due at that time was $3,847,994.00, but lender was willing to settle for $3,700,000.00, if paid by December 31, 2016. DeSilva also agreed to provide lender with operator agreement for The Bird of Paradise, but reserves the proceeds of any claim against BP net of payment of the debt. Agreement was extended through to eventual sale in June 16, 2017. |

9

| | |
|---|---|
| April 29, 2016 | Global Valuations and Consulting provided an appraisal of The Bird of Paradise based on an income approach in the amount of $12,000,000.00. The appraisal was reviewed and supported by Beshears & Associates, the leading US commercial property analysts. Global Valuation, interestingly, used the Income Capitalization Approach developed by PWC. |
| June 16, 2017 | Sale of The Bird of Paradise in the amount of $5,395,000.00 with proceeds paid to Pass-A-Grille Beach House, LLC. In the context of this final disposition of The Bird of Paradise, LLC, it is informative to understanding the economic opportunities associated with The Bird of Paradise, but also because he had to pledge his personal assets throughout the last 7 years as he struggled to maintain the financing obligations, he has lost all his personal equity in these assets. |

## ADDITIONAL RESPONSE TO QUESTION NUMBER 2:

Post-expansion, in addition to luxurious vacation rentals on the property, The Bird of Paradise was to provide professional sport fishing with world champion fishing guides working for Henry Waszchuk, championship golf and club access at Isla Del Sol, spa and resort activities at the world-renowned, 100 year old Don Cesar Resort, which is located only three (3) blocks away, yachting aboard the resort's 60 foot sport fisherman, or cruising the inland waterways on the resort's 26 foot launch. Finally, the resort was preparing to launch its trophy revenue program after completion of all renovation in late 2010. During the nine-month renovation, agents for celebrities, sports giants, political figures and dignitaries, were to be contacted and invited to a celebrity visit at the resort.

The resort had planned engagements and bookings for late 2010-2011 with invited guests, including Sarah Palin, former President Bill Clinton, Shaquille O'Neal, Koby Bryant, Charles Barkley, and Rush Limbaugh. Chef Emeril, and similar food guru chefs, would attend each event. The average two-day event was projected to net the resort $1,000,000.00 to $1,500,000.00, less the charity donation of at least 10% of the net proceeds generated. Guest rates would range from $150,000.00 to $250,000.00 for the privilege of socializing, dining, golfing, fishing, or boating with the invited celebrity.

On April 20, 2010, the *Deepwater Horizon*, at approximately 10:00 p.m., experienced a well blowout while on the Macondo 252 well, where hydrocarbons escaped to the surface of the rig, ignited, exploded, caught fire, killed eleven good men, injured many others, and sank to the bottom of the Gulf.

As a direct result of the sinking of the *Deepwater Horizon*, the Macondo well began bleeding huge volumes of crude oil into the Gulf and marine environment, and later onto the beaches, waterways, coastal marshes, lands, and wetlands of the Gulf Coast states, including Florida. As a further direct result of this human, environmental, ecological, and financial disaster, the public and private institutions, as well as citizens of the United States, responded to this disaster by severing its business, personal, commercial, and recreational activities with the Gulf Coast out of, among other things, fear of hydrocarbon exposure.

The coastal communities and economies experienced cancelled vacations, conventions, sporting events, festivals, fairs, business meetings, political meetings, daytrips, and many other commercial adverse reactions, including cancellation and withdrawal from financial commitments, and commercial development along the Gulf Coast.

On June 15, 2010, ACG Companies of Chicago, Illinois withdrew its financial commitment issued February 15, 2010, to fund the renovation and provide capital to the resort and specifically cited the Oil Spill as the sole reason (See Exhibit C-13). The St. Pete Beach building permit had to be secured by July 24, 2010. Needless to say, the planned, approved, and financed development began to fail. Other financial institutions refused to fund the development because of uncertainties in the Gulf Coast economies (See Exhibit C-21; C-22; C-23)

For approximately ninety (90) days, until early August 2010, crude oil gushed into the Gulf Waters until the Macondo was officially capped. In the hours after the sinking of the *Deepwater Horizon*, BP utilized various toxic dispersants intended to bind to and sink the crude oil to the bottom of the sea. Latest crude oil spill statistics published estimate 200,000,000 gallons of oil contaminated the environment and 1,800,000 gallons of Corexit dispersant was sprayed on the oil.

The news coverage coming from the Gulf Coast was mixed and confusing. Oil was depicted on the beaches, in the Gulf waters, in the inland waterways, and in the wetlands and coastal marshes. Medical and health television interviews spoke of severe illnesses due to exposure to crude oil and the toxic chemical dispersants washing ashore and inland. Congressional hearings and U.S. Coast Guard hearing and investigations uncovered evidence of BP minimizing the volume of oil spilled and the detrimental effects to the sea, marine life, land and human beings.

BP embarked upon a billion dollar, world-wide propaganda program which was reporting a Gulf Coast economic and environmental recovery. The remaining 2010 fiscal year was wrought with resort cancellations and no new reservations. The Bird of Paradise rental program only earned $15,000.00 in revenue from late April 20, 2010 until December 31, 2010. This catastrophic loss of revenue due to the Oil Spill, the economic impact to the Gulf Coast and the withdrawal of financial investment in coastal developments, destroyed the financial viability of this business development project.

After 2010, the Gulf Coast has experienced continued re-oiling in connection with normal ebb and tidal flow, as well as adverse weather, storms, and hurricanes. Experts from the University of South Florida, as well as other marine and biological scientists, have reported the presence of oil, tar mats, and subsea plumes which lie on the sea bottom, from West Louisiana to the Western Coast of Florida, and as far south as Key West. The future probability of re-oiling will exist as long as the oil plumes are present in the Gulf and the risk of future oiling and the need for future removal, cleanup, and restoration of the coastal lands and water is omnipresent. Sunset Beach, one of the most photographed beach in the world, located very near the Resort, was reported by the University of South Florida to have Macondo 252 oiling on June 12, 2015 (See Exhibit D).

Currently, marine scientists from many Gulf Coast area universities cite to physical evidence of subsea damage, which produces uncertainties for the viability and health consequences for the food chain, including dead coral reefs, fish with lesions, and other birth and exposure abnormalities, such as dead dolphins, dead amoeba structures, death and absence of microscopic worms indigenous to the area, red snapper liver damage, more than 8,000 dead or injured sea turtles, birds, and mammals, diseases in other fish, and miles of dead coral and sea bottom stretching eastward to Florida.

Marine scientists opine that the subsea oil plumes travelled east from the Macondo well in and out of the DeSoto Canyon, and that large oil plumes remain in the Gulf, posing an imminent threat to the Gulf Coast for more than a century to come.

Finally, the resort was preparing to launch its trophy revenue program after completion of all renovation in late 2010. During the nine-month renovation, agents for celebrities, sports giants, political figures and dignitaries, were to be contacted and invited to a celebrity visit at the resort.

| Question 3: Describe specifically how the Deepwater Horizon/Macondo Well incident and oil spill caused the damages you allege in response to Question no. 1. |
|---|

On June 15, 2010, ACG Companies of Chicago, Illinois withdrew its financial commitment, issued February 15, 2010, to fund the renovation and provide capital to the resort and specifically cited the Oil Spill as the sole reason.

Despite never-ending attempts to gain financing, no conventional options could be secured. A private 18% blanket loan for $5,640,000.00 that encumbered Mr. DeSilva's homestead at 621 Brightwaters Boulevard; his home at 2817 Pass-A Grille Way; and The Bird of Paradise was finally secured in December 2013. This loan enabled Mr. DeSilva to satisfy his delinquent loan to MB Financial Bank. After selling his homestead and 2817 Pass-A-Grille Way, both at below fair market value prices in accordance with the terms of the 18% loan, on June 16, 2017, Mr. DeSilva finally had to sell The Bird of Paradise just before title transferred to the 18% lender via a deed in lieu. The sale price was $5,395,000.00, far less than $12,000,000.00 appraisal that was completed by Global Valuation in April of 2016.

At the most essential, but for the spill, Mr. DeSilva had financing in place that would have enabled him to carry out his plan and vision for The Bird of Paradise.

## CONCLUSION:

But for the BP Oil Spill, the capital development loan was committed to the property improvement project, the City of St. Pete Beach had granted the right to develop the property as long as the building permits were requested by July 2011, and the vendors for implementation of the celebrity venue were engaged in booking events to begin in late 2010 or early 2011.

This loss is no different from any other early-stage property development along the Gulf Coast, which has been handsomely compensated by the Settlement Program, including hotels, condominiums, residential developments, real estate development projects, as well as existing businesses.

14

Case 2:10-md-02179-CJB-JCW Document 23825-1 Filed 01/11/18

> Question 4: Do you have at this time an expert who will opine as to any of your responses to the above questions? (Yes or No)
> Yes.

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above four questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the damages described in response to Question no. 1 were caused by the Deepwater Horizon/Macondo Well incident and oil spill.

Executed on the following date at the following location:

Date: 04/09, 2018

Location (City and State): TAMPA, FLORIDA

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

The Bird of Paradise, LLC / JOHN R DESILVA
_____
Print Name

Sole Member, Owner and Operator of The Bird of Paradise, LLC,
at the time of the spill

_____
Title/Position (if signed on behalf of a business or other entity)

The verified statement, must be filed into the record of the plaintiff's <u>individual lawsuit</u> (as opposed to the master docket for MDL 2179) no later than <u>April 11, 2018.</u>