**Brief Exhibit Q**

## Affidavit of Tom Limroth

ON THIS DAY personally appeared before me Tom Limroth, and after first being duly sworn, he deposes and says:

1. Affiant's name is Tom Limroth, a/k/a John Thomas Limroth

2. Affiant has executed this Affidavit and made the statements contained herein with the knowledge and understanding that the Affidavit will be used in conjunction with the litigation known as *In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*. Specifically, the Affidavit will be used in Plaintiff, John R. DeSilva's matter.

3. Affiant graduated from Florida State University in 1983, with a degree in Accounting.

4. Affiant has been a Certified Public Accountant since 1985.

5. Affiant has been a partner with Donovan & Limroth, C.P.A.'s, P.A., since 1994.

6. Affiant has prepared Mr. DeSivla's annual tax returns since 1994.

7. Affiant advised Mr. DeSilva, that since the Bird of Paradise, LLC is a single member LLC, the LLC can choose to be taxed as a corporation or as a "disregarded entity." Since the Bird of Paradise LLC was only the business license holder for the related rental properties so that they could be operated in the City of St. Pete Beach, Florida as short term rentals, my Firm advised for the Bird of Paradise, LLC to be taxed as a "disregarded entity" and to report any income or expenses on Mr. DeSilva's personal tax returns. Since there were no income or expenses related to holding the license, no activity was reported on his personal income tax returns. Mr. DeSilva has chosen to file as recommended by my Firm.

Affidavit of Tom Limroth, CPA
Page 2 of 2

8. Affiant states that the related rental properties located at 2701, 2703 & 2707 Pass-a-Grille Way, St. Pete Beach, Florida, were owned by Mr. DeSilva personally and as such, the rental income and expense activities were reported on his personal income tax returns, Schedule E of form 1040.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tom Limroth

SWORN TO and subscribed before me in Pinellas County, Florida this 12th day of November, 2019.

_____
Notary Public, in and for the State of Florida

Personally known ✓ or produced identification _____

My commission expires: 7/27/2023

Notary Public State of Florida
Nicole M Sanders
My Commission GG 354518
Expires 07/27/2023