# Brief Exhibit S

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, | CIVIL ACTION NO. 2:16-CV-05277 |
| AND AS THE SOLE MEMBER, | |
| OWNER, AND OPERATOR OF THE | |
| BIRD OF PARADISE, LLC, | SECTION J |
| | |
| VERSUS | JUDGE BARBIER |
| | |
| BP EXPLORATION AND | |
| PRODUCTION, INC., ET AL. | MAG. JUDGE SHUSAN |

## DECLARATION AND ASSIGNMENT

I, Steven A. MacDonald, individually; as Manager of The Bird of Paradise, LLC ("TBOP"), now dissolved; and Manager of the MacDonald Family Management, LLC, which is the Manager of the Barracuda Club, LLC ("BC"), hereby assigns, transfers, sells, and conveys any and all interests, claims, damages, etc. (hereinafter "Claims"), I, TBOP and BC have or might have in the litigation styled as *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-cv-05277, to John R. DeSilva. It was my, TBOP's and BC's intent that the Claims were always to be those of John R. DeSilva, and there was never any intent to acquire those Claims as

part of either TBOP or 2707 Pass-A-Grille Way property acquisitions from Mr. DeSilva, which occurred on June 16, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2021, by:

WITNESSES:

_____
Print Name: Brigitte Stephens

_____
Print Name: Melynda Read

_____
Steven A. MacDonald

STATE OF Florida
COUNTY OF Hillsborough

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, this 8 day of June 2021 by Steven A. MacDonald, individually; as Manager of The Bird of Paradise, LLC, now dissolved; and Manager of the MacDonald Family Management, LLC, which is the Manager of the Barracuda Club, LLC, who is personally known to me or who has produced _____ as identification.

SHARON ELIZABETH BROCK
MY COMMISSION # GG117631
EXPIRES July 05, 2021

Sharon Elizabeth Brock
Sharon Elizabeth Brock
Printed Name

My Commission Expires: 07-05-2021