# Exhibit M

```
                                                                    Page 1
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2
     In Re: Oil Spill by the   §
 3   Oil Rig "Deepwater         §   MDL NO. 2179
     Horizon" in the Gulf of    §
 4   Mexico on April 20,        §   SECTION J
     2010                       §
 5   _____   §   JUDGE BARBIER
                                §
 6   GULF MARINE INSTITUTE      §   MAGISTRATE JUDGE
     OF TECHNOLOGY AND          §   CURRAULT
 7   BIOMARINE TECHNOLOGIES,    §
     INC.                       §
 8                              §
                 Plaintiffs     §
 9                              §
     VS.                        §   Case No. 13-cv-01286
10                              §
     BP EXPLORATION AND         §
11   PRODUCTION, INC., ET       §
     AL.                        §
12                              §
                 Defendants     §
13   _____   §

14

15        30(B)(6) REMOTE VIDEOTAPED DEPOSITION OF

16         GULF MARINE INSTITUTE OF TECHNOLOGY

17          AND BIOMARINE TECHNOLOGIES, INC.

18     By and Through Its Designated Representative

19                   JOHN D. ERICSSON

20                  Gulf Breeze, Florida

21              Friday, February 19, 2021

22

23   Reported by:

24   MICHEAL A. JOHNSON, RDR, CRR

25   JOB NO. 189254
```

Page 73

1         J. ERICSSON - 2/19/2021

2      Q.   This document is from 2008, correct?

3      A.   Yes.  It would help me to go from the
4  beginning.

5      Q.   Let me try it a different way.  You
6  did not own the property covered by this permit,
7  correct?

8      A.   Own the property covered by this
9  permit.  If you will look at the description of
10 the project, you will see that it describes what
11 we're allowed to put into this 27.5-acre facility,
12 of which we do own interest in.

13           As far as I understand, and again, I'm
14 not a lawyer, but I don't think that there is a
15 federal agency that grants ownership to the
16 federal waters of the Gulf of Mexico.  They're
17 only given permits.  For instance, in oil and gas
18 drilling operations where platforms are put
19 offshore, on federal lands, the platform and the
20 oil company doesn't own the land that the platform
21 is sitting on and operating and drilling from.

22      Q.   Mr. Ericsson --

23      A.   So --

24      Q.   -- I'm sorry, but my question was
25 simple.  You did not own the property covered by

1        J. ERICSSON - 2/19/2021

2  this permit, correct?

3        A.   We do not own the water column.

4        Q.   You did not own -- you did not lease

5  the property covered by this permit, correct?

6        A.   No federal agency leases federal

7  lands.

8        Q.   So neither BioMarine nor Gulf Marine

9  leased the property covered by this permit,

10 correct?

11       A.   Leases do not occur in federal lands

12 or in federal waters, that I'm aware of at least.

13 You can check your own legalities in these

14 matters, but I'm just saying -- I'm not being

15 argumentative.  I'm trying to define what we do

16 and we didn't have in the permit.  And you can

17 have -- you'll have to go back -- may I call you

18 Anna?

19       Q.   Mr. Ericsson, I'm asking a simple

20 question.  I'm not asking for a legal analysis

21 whatsoever from you.  I'm just asking, neither

22 BioMarine nor Gulf Marine leased the property

23 covered by this permit, correct?

24       A.   The Army Corps is not authorized to

25 issue leases.  So no, we did not own a lease.

Page 160

```
 1                   C E R T I F I C A T E

 2

 3     STATE OF _____)
                            )
 4                          )  ss.:
                            )
 5     COUNTY OF _____ )

 6

 7              I, MICHEAL A. JOHNSON, do hereby

 8     certify:

 9              That JOHN D. ERICSSON, the witness

10     whose deposition is hereinbefore set forth, was

11     duly sworn by me and that such deposition is a

12     true record of the testimony given by such

13     witness.

14              I further certify that I am not

15     related to any of the parties to this action by

16     blood or marriage; and that I am in no way

17     interested in the outcome of this matter.

18              IN WITNESS WHEREOF, I have hereunto

19     set my hand this 3rd day of March, 2021.

20

21                    [signature: Micheal A. Johnson]

22                    _____

23                    MICHEAL A. JOHNSON, RDR, CRR

24

25
```