UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on May 24, 2021 <br><br> This Document Relates to: <br> Pleading Bundle B1 | § § § § § § § § | MDL NO. 2179 <br> SECTION J <br><br> JUDGE BARBIER <br> MAG. JUDGE CURRAULT |

---

| | | |
|---|---|---|
| CLASSY CYCLES, INC. <br><br><br> VS. <br><br> BP P.L.C.; BP AMERICA, INC.; BP AMERICA, INC.; <br> BP AMERICA PRODUCTION COMPANY; <br> BP EXPLORATION & PRODUCTION, INC. | § § § § § § § § § § § § | CIVIL ACTION NO. 16 CV 05923 <br><br> SECTION J <br><br><br> JUDGE BARBIER <br> MAG. JUDGE CURRAULT <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF COLLEEN SWAB

I, Colleen Swab, respectfully submit this Declaration in Support of Classy Cycles' Response and Opposition to BP's Motion for Summary Judgment, and state the following:

1. "The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows:

2. Classy Cycles, Inc. successfully rented motorized cycles and moped vehicles to tourists in the Florida Peninsula and has the largest selection of street legal golf carts, mopeds and motorcycles in the area for over 30 years. In 2001, we operated from one central location with four depot locations in Panama City Beach. The business was profitable and has low operating costs consisting of fuel, repairs and payroll. Over the years, the family run business added vehicles and continued to grow offering the best mode of tourist travel and sold out season after season. My father and I worked together tirelessly to build the business and it took a full six years for recovery after the spill. We both have a passion for motorized vehicles and for tourism and keeping the business alive took its toll on the family. We worked hard, and hired bookkeepers and accountants to manage the financials, and trusted them to do their job. Unfortunately, the books for 2010 did not convey the true extent of Classy Cycles' losses. It was not until the oil spill, that clerical errors and omission were found by former employees, and emergency cash influxes were

EXHIBIT A

made to keep the business afloat after errors were found to be booked incorrectly as revenue. This stress caused by father, Rick Roof to have a heart attack and tremendous strain and pressure. (See A2 Deposition of Swab, P. 126:7 – P. 127: 25; P. 133: 16-24; P. 134:21-24; P. 136:12-21; P.143 ln 11-14; P. 148:8-15; P. 153-154; P. 157.)

3. My father, Rick Roof, and my grandfather who is now deceased paid the fixed expenses with their own personal funds to keep the lights on, employees hired, and to maintain the vehicles.

4. After continuing review, I believe the revenues were misstated on the 2010 profit and loss statements. With a reasonable certainty, the revenues were as follows as evidenced in Defendants' Motion for Summary Judgment, Exhibit E, the 2019 calculation prepared by CSG, which is incorporated herein which details with reasonably certainty.



| 2010 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 4,651 | 232,809 | 161,112 | 179,297 | 124,323 | 201,521 | 88,270 | 77,346 | 47,141 | 9,210 | 3,351 | | 1,129,441 |

5. In 2010, the revenues on the federal tax return of $2,589,406 were overstated by $150,000 loan from my grandfather, $317,000 by my father as evidenced by promissory notes, and $192,000 of additional cash funds. BP's partial payment was also included in the 2010 revenues as reported on the tax returns.

6. In March of 2018, a damage calculation was prepared which included the loans which is attached as Exhibit 1 to this declaration. This is a true and correct copy of the damage calculation projecting losses into the future based on overstated 2010 revenues in 2018. Classy's loss shows $1,520,512 even with the loans improperly booked as revenue. Pre-spill revenues did not return until after 2014.

2

Classy Cycles, Inc    EIN # 59-3635668

**Restated Benchmark Calculation**

| 2007, 2008 & 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 227,290 | 246,687 | 355,174 | 158,675 | 106,375 | 56,145 | 41,656 | 97,103 | 1,890,450 |
| Total Variable Costs | 15,029 | 46,388 | 136,047 | 82,305 | 96,807 | 108,049 | 157,039 | 70,954 | 47,920 | 25,127 | 22,850 | 39,551 | 848,066 |
| Total Variable Profit | 16,557 | 40,739 | 160,947 | 103,332 | 130,483 | 138,638 | 198,135 | 87,721 | 58,455 | 31,018 | 18,805 | 57,552 | 1,042,382 |

| Step 1 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Profit Benchmark Period | 0 | 0 | 0 | 0 | 130,483 | 138,638 | 198,135 | 87,721 | 58,455 | 31,018 | 18,805 | 57,552 | 720,807 |
| Variable Profit Compensation Period | 0 | 0 | 0 | 0 | 55,436 | 34,172 | 48,902 | 68,640 | 64,748 | 52,661 | 39,507 | 8,813 | 372,879 |
| Step 1 Compensation | 0 | 0 | 0 | 0 | 75,047 | 104,466 | 149,233 | 19,081 | -6,293 | -21,643 | -20,702 | 48,739 | 347,928 |

| Step 2 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 601,345 |
| 2010 Revenue | 68,642 | 112,584 | 239,465 | 267,672 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688,363 |
| Claimant Specific Factor | | | | | | | | | | | | | 10.00% |
| General Adjustment Factor | | | | | | | | | | | | | 2.00% |
| Incremental Revenue | (May, June, July, August, September, October, November, December) | | | | | | | | | | | | $154,693.00 |
| Variable Margin Percentage | | | | | | | | | | | | | 55.92% |
| Step 2 Compensation | | | | | | | | | | | | | $86,504.00 |

| | Compensation |
|---|---|
| Step 1 & 2 Compensation | $434,432.00 |
| Risk Transfer Payment | $1,086,080.00 |
| Total Compensation | $1,520,512.00 |

Claims Strategies Group    21

CLASSY00000027

7. I testified that I did not know if the profit and loss statements were accurate one way or the other out of frustration from determining the errors made in 2010 as it related to gross overbooking of revenue. I have no factual basis to believe that the pre spill numbers are inaccurate. See Exhibit A2; P. 126:7 – P. 127: 25; P. 133: 16-24; P. 134:21-24; P. 136:12-21; P.143 ln 11-14; P. 148:8-15; P. 153-154; P. 157.

8. Rick Roof paid expenses and salaries with his cash on hand during 2010, which were loans to the business. Classy Cycles was devastated by the spill. We could not rent our property to the customers because they did not show up. There were no customers. Had the oil spill not occurred, we would have expanded our business earlier, reduced the contract to buy the car wah earlier, and had cash on hand to purchase the car wash.

9. Due to the stay, Plaintiff respectfully requests that if the Court finds that facts were not submitted that are essential to justify its opposition, that the Court: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order and allow more time for discovery.

10. Plaintiff respectfully requests that if the Court finds the Plaintiff failed to fully or properly address any assertion of fact by Defendants, as required by Rule 56(c), the

3

Court: (1) give an opportunity to properly support or address the fact; or (2) issue any other appropriate order, including more time to properly address the disputed issue of fact.

11. Current to date damages now exceed $4,241,906 as evidenced in Defendants' Motion for Summary Judgment, Exhibit E, the 2019 calculation prepared by CSG, which is incorporated herein which details with reasonably certainty what the damages to Classy Cycles total.

| 2010 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 4,661 | 232,809 | 161,112 | 179,297 | 124,323 | 201,921 | 88,270 | 77,346 | 47,141 | 9,210 | 3,351 | 1,129,441 |
| Total Revenue | 0 | 4,661 | 232,809 | 161,112 | 179,297 | 124,323 | 201,921 | 88,270 | 77,346 | 47,141 | 9,210 | 3,351 | 1,129,441 |
| Total Variable Costs | 0 | 7,462 | 372,699 | 257,921 | 287,033 | 199,026 | 323,251 | 141,310 | 123,822 | 75,467 | 14,744 | 5,365 | 1,808,100 |
| Variable Profit | 0 | -2,801 | -139,890 | -96,809 | -107,736 | -74,703 | -121,330 | -53,040 | -46,476 | -28,326 | -5,534 | -2,014 | -678,659 |

| 2011 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | 0 |
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Profit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Step 1 Calculation | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Profit - Benchmark Period | 0 | 0 | 0 | 0 | 124,973 | 141,033 | 214,118 | 94,586 | 61,083 | 32,262 | 24,774 | 79,985 | 772,814 |
| Variable Profit - Compensation Period | 0 | 0 | 0 | 0 | -107,736 | -74,703 | -121,330 | -53,040 | -46,476 | -28,326 | -5,534 | -2,014 | -439,159 |
| Step 1 Compensation | 0 | 0 | 0 | 0 | 232,709 | 215,736 | 335,448 | 147,626 | 107,559 | 60,588 | 30,308 | 81,999 | 1,211,973 |

| Step 2 Calculation | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Revenue | 36,470 | 121,339 | 364,491 | 214,562 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 736,862 |
| 2010 Revenue | 0 | 4,661 | 232,809 | 161,112 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398,582 |
| Claimant Specific Factor | | | | | | | | | | | | | -2 % |
| General Adjustment Factor | | | | | | | | | | | | | 2 % |
| Incremental Revenue | | | | Months Selected: | May, June, July, August, September, October, November, December | | | | | | | | 0 |
| Variable Margin Percentage | | | | | | | | | | | | | 49.89 % |
| Step 2 Compensation | | | | | | | | | | | | | 0 |

| Compensation | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Step 1 And Step 2 Compensation | | | | | | | | | | | | | 1,211,973 |
| Risk Transfer Premium | | | | | | | | | | | | | 3,029,933 |
| Total Compensation | | | | | | | | | | | | | 4,241,906 |

12. Attached to Plaintiff's Response to Defendants' Motion for Summary as A2 is a true and correct copy of excerpts from the deposition transcript of testimony from Colleen Swab's deposition that took place on February 22, 2021.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed in Florida on June 14, 2021.

_____
COLLEEN SWAB

4