

Office: 350 East las Olas Blvd. 8th Floor
Fort Lauderdale, FL 33031
Phone: (561) 543-8963
Fax: (866) 270-2423

March 15, 2018

Re: Rick Roof and Colleen Swab, Owners and Operators of Classy Cycles, Inc. – 2:16 -05923, EIN 59-3635668

Claimant Responses to PTO 65 as follows:

1. Compensatory damages are detailed in the attached Exhibit "1". Damages arise because of the impact of the BP Oil Spill upon tourism revenues on the Gulf Coast of Florida. Exhibit "1" details the consequences of the loss of tourism revenues on the business. The losses calculated are based wholly upon examination and calculation in conformance with the Settlement Agreement.

   A report is attached that provides a detailed analysis of the claim and supporting documentation. The calculation in the report determines damages in the amount of $1,520,512.00 that includes compensation for loss of gross margin as defined in the Class Settlement Agreement, applicable RTP, and additional costs of accounting fees that have been submitted in the amount of $111,825.00.

2. The evidence to be relied upon to prove damages includes documents referred to in Exhibit "1".

3. The Deepwater Horizon Macondo well incident led directly to the decline of tourism revenues that has been well documented. The entire Gulf Coast region, and other areas, suffered economic damages as a consequence of the Oil Spill. The Claimant's business is a tourism business and is situated in areas directly affected by Macondo Oil that washed up on beaches and destroyed the Claimant's business. Panama City Beach, where the Claimant business is located had Oil on the beaches as is proven by NOAA Scat Team maps that are included. The Claimant had a direct causal connection to the Oil Spill.

4. The Claimant will rely upon his expert attorneys to represent him. The Claimant also relies upon the expert opinions and analysis of Claims Strategies Group, LLC.



## EXHIBIT "1"

Date of Preparation: Thursday, March 29, 2018

## FULL REVIEW FINAL PAYMENT CLAIM
## OF

## Classy Cycles, Inc
## 13416 Front Beach Road
## Panama City Beach, FL 32407

## <u>Claimant Specific Data</u>

| NAICS Code | 532111 - Automobile rental |
|---|---|
| **Presumptive Causation Test** | Passed |
| **V-Shaped Downturn Causation Test** | |
| **V-Shaped Revenue Pattern Upturn Causation Test** | |

| Type of Claim | Zone | RTP |
|---|---|---|
| Business Economic Loss | A | 2.50 |

| GCCF Claim # | DWH Claim # | Claimant # |
|---|---|---|
| | | |

Resulting from the

## Deepwater Horizon Gulf Oil Spill

Report prepared by:

## Claims Strategies Group
401 E. Las Olas Blvd Unit 130-327
Fort Lauderdale, FL 33301
(954) 527-8533

CLASSY00000007

Classy Cycles, Inc                                                    EIN # 59-3635668

## Table of Contents

1.     Claim Qualification Data
2.     Table of Contents
3.     Client Description and Claim Summary
4.     Photo and Map of Location
5.     Summary of Loss
6.     Preparer's Statement
7.     Schedule Expense Analysis
8.     Schedule of Loss Calculation

CLASSY00000008

Classy Cycles, Inc                                                    EIN # 59-3635668

## Description of Client

On April 20, 2010, the Deepwater Horizon oil rig exploded in the Gulf of Mexico. The explosion caused the single largest environmental disaster in the history of the United States with the release of millions of gallons of oil into the Gulf waters. The explosion and oil spill resulted in an immediate negative impact to both businesses and individuals in the Gulf Coast region.  Tourism, and the income generated by tourism in the Gulf Coast region, came to a halt. Classy Cycles, Inc. is among those who lost income because of the Deepwater Horizon Oil Spill.

## Details of Claim:

Claimant, Classy Cycles has been a Panama City Beach business in excess of 15 years.  It rents motorized cycles and moped vehicles (2-seater) to tourists that are fully licensed for use on roads as well as motorized bikes.  The Claimant operates from one central location but has depots in 4 locations in Panama City Beach.  The business has been profitable and has low operating costs consisting of fuel, repairs and payroll, and other costs as variable expenses that are detailed on the attached schedules.

The claim calculations appended hereto are calculated in the Oil Claim Calculator™ software and conform to the methodology for a Business Economic Loss in Zone A and tourism designated.  The calculations take into account the Fifth Circuit Court of Appeal requirement to conform to Policy 495 as ordered by Judge Barbier using Annual Variable Margin Methodology to "match" revenues and expenses.  The Claimant complies with all Settlement Class parameters and has a valid claim for damages.

CLASSY00000009

Classy Cycles, Inc                                                    EIN # 59-3635668

## Economic Loss Zone Map



## Settlement Agreement Reference Map



CLASSY00000010

Classy Cycles, Inc                                                    EIN # 59-3635668

## Oil Spill Map:

The map below is the NOAA Scat Team map that confirms the business is located in areas directly affected by Macondo Oil.



CLASSY00000011

Classy Cycles, Inc                                              EIN # 59-3635668

| Loss Summary | |
|---|---|
| Step 1 Compensation | $347,928.00 |
| Step 2 Compensation | $86,504.00 |
| Risk Transfer Premium | $1,086,080.00 |
| Claim Payable Including Prior Payment | $1,520,512.00 |

CLASSY00000012

Classy Cycles, Inc                                                EIN # 59-3635668

## Preparer's Statement

We performed internal procedures in connection with this file and solely to assist the client representative and their attorney(s) to prepare a claim in compliance with provisions within the Deepwater Horizon Settlement claim recovery fund.   We performed inquiries and analyses based on the information made available to us.   In performing our services, we relied on the sufficiency, accuracy, and reliability of information provided by the client.  Except as otherwise noted, we did not independently verify the information provided to us.

Our work plan primarily consisted of inquiries and analysis based on the information made available to us.   Based on the areas needed to prepare the report and of concern, our procedures focused on business tax returns, internal financial statements, monthly sales tax reports, bank statements, individual tax returns, employment records, and reports and files.

Our procedures were performed pursuant to the Standards for Consulting Services issued by the American Institute of Public Accountants.  We were not engaged to, and did not perform an audit or an examination, the objective of which would be the expression of an opinion on the financial statements prepared by the Company.  Because the procedures do not constitute an audit or examination, we did not express an opinion on any of the accounts or any other items. Based on the procedures performed, we are not aware of any material errors, irregularities or illegal acts that came to our attention.

Our findings are intended solely for the use of the client representative and their attorney(s) who have a right to distribute the report and attachments to others.  We make no representation that the amount of claim suggested by this report will be recovered, only that we have used our best efforts to calculate the loss in accordance within the guidelines approved by the Court.  We reserve the right to amend, modify or supplement this report based on receipt of new or additional information.  We do not take responsibility to update this report to take into account events and circumstances occurring subsequent to the date of this report.

CLASSY00000013

Classy Cycles, Inc                                                                                                    EIN # 59-3635668

## Variable Cost Worksheet

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Car Repairs & details | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Credit Card fees | 213 | 158 | 391 | 2,806 | 5,059 | 2,689 | 9 | 3,052 | 1,441 | 1,264 | 596 | 231 | 17,909 |
| Cycle Fuel | 0 | 0 | 0 | 0 | 0 | 0 | 422 | 0 | 500 | 489 | 0 | -233 | 1,178 |
| Cycle Parts & Repairs | 3,305 | 9,543 | 18,833 | 8,144 | 4,257 | 13,491 | 4,145 | 9,073 | 2,407 | 971 | 2,579 | 5,997 | 82,745 |
| Car Lot Fuel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Donations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 300 |
| Extra help | 0 | 400 | 1,174 | 209 | 86 | 0 | 0 | 0 | 0 | 0 | 765 | 0 | 2,634 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Referal fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 24 | 574 | 12 | 513 | 69 | 454 | 125 | 1,335 | 222 | 13 | 13 | 0 | 3,354 |
| Salvage Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| reposession expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 3,542 | 10,675 | 20,410 | 11,672 | 9,471 | 16,634 | 4,701 | 13,460 | 4,870 | 2,737 | 3,953 | 5,995 | 108,120 |
| payroll leasing | 0 | 0 | 23,724 | 29,502 | 36,636 | 39,906 | 33,372 | 28,384 | 16,599 | 14,386 | 9,479 | 6,122 | 238,110 |
| labor, salaries and wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Payroll & Benefits | 0 | 0 | 23,724 | 29,502 | 36,636 | 39,906 | 33,372 | 28,384 | 16,599 | 14,386 | 9,479 | 6,122 | 238,110 |
| Fixed Payroll | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 168,912 |
| Variable Payroll | 0 | 0 | 9,648 | 15,426 | 22,560 | 25,830 | 19,296 | 14,308 | 2,523 | 310 | 0 | 0 | 109,901 |
| Total Variable Cost | 3,542 | 10,675 | 30,058 | 27,098 | 32,031 | 42,464 | 23,997 | 27,768 | 7,393 | 3,047 | 3,953 | 5,995 | 218,021 |

CLASSY00000014

Classy Cycles, Inc                                                                                                    EIN # 59-3635668

## Variable Cost Worksheet (Continued)

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 1,120 | 6,901 | 4,762 | 4,993 | 16,980 | 37,938 | 1,279 | 109,566 | 2,672 | 22,961 | 10,864 | 178,071 | 398,107 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Car Repairs & details | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 726 | 1,495 | 1,409 | 3,630 |
| Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 829 | 6,601 | 8,791 | 8,254 | 24,475 |
| Credit Card fees | 108 | 148 | 530 | 4,020 | 2,159 | 3,074 | 4,037 | 4,517 | 2,805 | 1,132 | 695 | 335 | 23,560 |
| Cycle Fuel | 92 | 1,327 | 1,592 | 0 | 0 | 0 | 1,191 | 0 | 1,437 | 0 | 320 | -4,363 | 1,596 |
| Cycle Parts & Repairs | 1,332 | 4,306 | 16,822 | 10,105 | 16,852 | 28,125 | 29,279 | 21,919 | 19,510 | 14,597 | 6,418 | 1,670 | 170,935 |
| Car Lot Fuel | 0 | 0 | 0 | 100 | 0 | 50 | 0 | 1,635 | 600 | 0 | 300 | 87 | 2,772 |
| Donations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Extra help | 0 | 0 | 578 | 0 | 1,187 | 0 | 194 | 2,368 | 0 | 1,100 | 631 | -1,345 | 4,713 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Referal fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 64 | 417 | 1,001 | 151 | 112 | 738 | 542 | 97 | 273 | 270 | 502 | 255 | 4,422 |
| Salvage Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| reposession expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 2,716 | 13,099 | 25,285 | 19,369 | 37,290 | 69,925 | 36,522 | 140,102 | 28,126 | 47,387 | 30,016 | 184,373 | 634,210 |
| payroll leasing | 8,174 | 9,201 | 28,492 | 34,420 | 25,384 | 43,683 | 56,421 | 35,463 | 21,724 | 7,220 | 6,343 | 3,766 | 280,291 |
| labor, salaries and wages | 0 | 0 | 0 | 0 | 0 | 1,600 | 0 | 0 | 0 | 0 | 0 | 18,000 | 19,600 |
| Total Payroll & Benefits | 8,174 | 9,201 | 28,492 | 34,420 | 25,384 | 45,283 | 56,421 | 35,463 | 21,724 | 7,220 | 6,343 | 21,766 | 299,891 |
| Fixed Payroll | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 168,912 |
| Variable Payroll | 0 | 0 | 14,416 | 20,344 | 11,308 | 31,207 | 42,345 | 21,387 | 7,648 | 0 | 0 | 7,690 | 156,345 |
| Total Variable Cost | 2,716 | 13,099 | 39,701 | 39,713 | 48,598 | 101,132 | 78,867 | 161,489 | 35,774 | 47,387 | 30,016 | 192,063 | 790,555 |

CLASSY00000015

Classy Cycles, Inc                                                                                                          EIN # 59-3635668

## Variable Cost Worksheet (Continued)

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 2,950 | 0 | 306,937 | 10,315 | 45,191 | 109,625 | 26,328 | 11,284 | 156,373 | 6,322 | 0 | 181,394 | 856,719 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Car Repairs & details | 4,293 | 15,227 | 6,492 | 5,043 | 6,666 | 6,501 | 8,665 | 2,981 | 6,532 | 9,043 | 7,016 | 13,055 | 91,514 |
| Commissions | 13,384 | 17,958 | 12,996 | 6,207 | 500 | 0 | 0 | 0 | 600 | 4,382 | 6,807 | 8,451 | 71,285 |
| Credit Card fees | 165 | 148 | 1,255 | 3,503 | 2,356 | 2,466 | 3,605 | 4,472 | 2,379 | 1,276 | 503 | 149 | 22,277 |
| Cycle Fuel | 63 | 30 | 621 | 376 | 1,305 | 845 | 1,234 | 708 | 291 | 188 | 0 | -5,662 | -1 |
| Cycle Parts & Repairs | 4,174 | 18,491 | 31,732 | 28,482 | 15,502 | 10,911 | 20,281 | 28,858 | 19,724 | 34,475 | -25,207 | 15,621 | 203,044 |
| Car Lot Fuel | 0 | 0 | 0 | 0 | 0 | 0 | 178 | 401 | 283 | 227 | 99 | 529 | 1,717 |
| Donations | 0 | 0 | 160 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 660 |
| Extra help | 120 | 40 | -120 | 0 | 190 | 1,090 | 250 | 150 | 8,379 | 480 | 1,835 | 400 | 12,814 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Referal fee | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Repairs and Maintenance | 131 | 685 | 74 | 400 | 435 | 885 | 530 | 198 | 0 | 105 | 38 | 852 | 4,333 |
| Salvage Expense | 230 | 75 | 175 | 40 | 440 | 90 | 105 | 115 | 120 | 375 | 0 | 35 | 1,800 |
| Towing | 0 | 0 | 0 | 0 | 129 | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 429 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,022 | 3,022 |
| reposession expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 0 | -300 | 0 |
| Total Variable Expenses | 25,510 | 52,754 | 360,322 | 54,366 | 72,714 | 132,413 | 61,176 | 49,667 | 194,681 | 57,473 | -8,909 | 217,546 | 1,269,713 |
| payroll leasing | 0 | 13,641 | 38,948 | 48,303 | 34,082 | 49,008 | 55,150 | 42,339 | 12,399 | 14,300 | 2,769 | 0 | 310,939 |
| labor, salaries and wages | 0 | 0 | 11,009 | 8,115 | 7,340 | 15,296 | 0 | 0 | 42,235 | 0 | 0 | 0 | 83,995 |
| Total Payroll & Benefits | 0 | 13,641 | 49,957 | 56,418 | 41,422 | 64,304 | 55,150 | 42,339 | 54,634 | 14,300 | 2,769 | 0 | 394,934 |
| Fixed Payroll | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 168,912 |
| Variable Payroll | 0 | 0 | 35,881 | 42,342 | 27,346 | 50,228 | 41,074 | 28,263 | 40,558 | 224 | 0 | 0 | 265,916 |
| Total Variable Cost | 25,510 | 52,754 | 396,203 | 96,708 | 100,060 | 182,641 | 102,250 | 77,930 | 235,239 | 57,697 | -8,909 | 217,546 | 1,535,629 |

CLASSY00000016

Classy Cycles, Inc                                                                                          EIN # 59-3635668

## Variable Cost Worksheet (Continued)

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 7,501 | 1,000 | 155,312 | 2,105 | 554 | 153,912 | 71 | 31 | 409,592 | 2,530 | 607 | 304,795 | 1,038,010 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,912 | 40,912 |
| Car Repairs & details | 4,871 | 8,955 | 14,599 | 10,597 | 2,771 | 8,201 | 13,052 | 7,850 | 7,502 | 7,483 | 15,430 | 8,000 | 109,311 |
| Commissions | 4,342 | 9,159 | 7,453 | 6,459 | 3,716 | 1,062 | 7,717 | 5,933 | 8,041 | 8,150 | 9,791 | 3,147 | 74,970 |
| Credit Card fees | 38 | 620 | 265 | 5,652 | 2,910 | 2,395 | 3,574 | 3,781 | 1,798 | 1,374 | 1,377 | 1,067 | 24,851 |
| Cycle Fuel | 0 | 0 | 1,981 | 1,040 | 615 | 1,312 | 950 | 135 | 166 | 0 | 0 | -6,199 | 0 |
| Cycle Parts & Repairs | 10,492 | 12,130 | 46,751 | 30,951 | 16,031 | 11,083 | 23,642 | 8,315 | 11,423 | 23,468 | 10,323 | 15,815 | 220,424 |
| Car Lot Fuel | 0 | 0 | 0 | 0 | 267 | 0 | 0 | 0 | 0 | 0 | 139 | 1,925 | 2,331 |
| Donations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 700 | 0 | 700 |
| Extra help | 8,345 | 9,965 | 4,292 | 2,468 | 6,350 | 1,222 | 4,609 | 7,581 | 4,378 | 3,864 | 5,063 | -39,065 | 19,072 |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 54,625 | 25,250 | 16,234 | 2,357 | 9,359 | 0 | 0 | 107,825 |
| Referal fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 100 | 0 | 200 |
| Repairs and Maintenance | 1,787 | 1,049 | 658 | 520 | 42 | 356 | 406 | 2,702 | 272 | 661 | 180 | 650 | 9,283 |
| Salvage Expense | 2,348 | 72 | 205 | 519 | 0 | -300 | 495 | 135 | 40 | 60 | 0 | 681 | 4,255 |
| Towing | 0 | 0 | 0 | 70 | 0 | 139 | 0 | 40 | 40 | 80 | 0 | 0 | 369 |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| repossesion expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 39,724 | 42,950 | 231,516 | 60,381 | 33,256 | 234,007 | 79,766 | 52,837 | 445,609 | 57,029 | 43,710 | 331,728 | 1,652,513 |
| payroll leasing | 0 | 0 | 32,661 | 49,474 | 21,596 | 46,687 | 38,917 | 33,274 | 27,462 | 17,968 | 14,231 | 13,921 | 296,191 |
| labor, salaries and wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Payroll & Benefits | 0 | 0 | 32,661 | 49,474 | 21,596 | 46,687 | 38,917 | 33,274 | 27,462 | 17,968 | 14,231 | 13,921 | 296,191 |
| Fixed Payroll | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 14,076 | 168,912 |
| Variable Payroll | 0 | 0 | 18,585 | 35,398 | 7,520 | 32,611 | 24,841 | 19,198 | 13,386 | 3,892 | 155 | 0 | 155,586 |
| Total Variable Cost | 39,724 | 42,950 | 250,101 | 95,779 | 40,776 | 266,618 | 104,607 | 72,035 | 458,995 | 60,921 | 43,865 | 331,728 | 1,808,099 |

Claims Strategies Group                                                                                          11

Classy Cycles, Inc                                                                                         EIN # 59-3635668

## Revenue Stream Worksheet

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Total Sales | 21,820 | 18,705 | 162,000 | 127,790 | 176,498 | 166,949 | 207,260 | 92,289 | 66,356 | 35,586 | 8,566 | 15,825 | 1,099,644 |
| Total Revenue | 21,820 | 18,705 | 162,000 | 127,790 | 176,498 | 166,949 | 207,260 | 92,289 | 66,356 | 35,586 | 8,566 | 15,825 | 1,099,644 |
| Total Variable Cost | 3,542 | 10,675 | 30,058 | 27,098 | 32,031 | 42,464 | 23,997 | 27,768 | 7,393 | 3,047 | 3,953 | 5,995 | 218,021 |
| Variable Profit | 18,278 | 8,030 | 131,942 | 100,692 | 144,467 | 124,485 | 183,263 | 64,521 | 58,963 | 32,539 | 4,613 | 9,830 | 881,623 |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Total Sales | 6,751 | 23,515 | 269,069 | 156,899 | 220,279 | 240,923 | 398,261 | 163,307 | 91,877 | 50,327 | -808 | 272,513 | 1,892,913 |
| Total Revenue | 6,751 | 23,515 | 269,069 | 156,899 | 220,279 | 240,923 | 398,261 | 163,307 | 91,877 | 50,327 | -808 | 272,513 | 1,892,913 |
| Total Variable Cost | 2,716 | 13,099 | 39,701 | 39,713 | 48,598 | 101,132 | 78,867 | 161,489 | 35,774 | 47,387 | 30,016 | 192,063 | 790,555 |
| Variable Profit | 4,035 | 10,416 | 229,368 | 117,186 | 171,681 | 139,791 | 319,394 | 1,818 | 56,103 | 2,940 | -30,824 | 80,450 | 1,102,358 |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Total Sales | 66,188 | 219,162 | 459,913 | 272,224 | 285,094 | 332,190 | 460,001 | 220,428 | 160,892 | 82,523 | 117,209 | 2,971 | 2,678,795 |
| Total Revenue | 66,188 | 219,162 | 459,913 | 272,224 | 285,094 | 332,190 | 460,001 | 220,428 | 160,892 | 82,523 | 117,209 | 2,971 | 2,678,795 |
| Total Variable Cost | 25,510 | 52,754 | 396,203 | 96,708 | 100,060 | 182,641 | 102,250 | 77,930 | 235,239 | 57,697 | -8,909 | 217,546 | 1,535,629 |
| Variable Profit | 40,678 | 166,408 | 63,710 | 175,516 | 185,034 | 149,549 | 357,751 | 142,498 | -74,347 | 24,826 | 126,118 | -214,575 | 1,143,166 |

CLASSY00000018

Classy Cycles, Inc                                                                                          EIN # 59-3635668

## Revenue Stream Worksheet

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 68,642 | 112,584 | 239,465 | 267,672 | 245,056 | 151,060 | 216,172 | 303,428 | 286,224 | 232,793 | 174,642 | 38,959 | 2,336,697 |
| Total Revenue | 68,642 | 112,584 | 239,465 | 267,672 | 245,056 | 151,060 | 216,172 | 303,428 | 286,224 | 232,793 | 174,642 | 38,959 | 2,336,697 |
| Total Variable Cost | 39,724 | 42,950 | 250,101 | 95,779 | 40,776 | 266,618 | 104,607 | 72,035 | 458,995 | 60,921 | 43,865 | 331,728 | 1,808,099 |
| Variable Profit | 28,918 | 69,634 | -10,636 | 171,893 | 204,280 | -115,558 | 111,565 | 231,393 | -172,771 | 171,872 | 130,777 | -292,769 | 528,598 |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 7,701 | 39,194 | 184,254 | 206,150 | 211,432 | 259,421 | 302,278 | 173,419 | 31,360 | 78,281 | 24,215 | 2,687 | 1,520,392 |
| Total Revenue | 7,701 | 39,194 | 184,254 | 206,150 | 211,432 | 259,421 | 302,278 | 173,419 | 31,360 | 78,281 | 24,215 | 2,687 | 1,520,392 |
| Total Variable Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Profit | 7,701 | 39,194 | 184,254 | 206,150 | 211,432 | 259,421 | 302,278 | 173,419 | 31,360 | 78,281 | 24,215 | 2,687 | 1,520,392 |

CLASSY00000019

Classy Cycles, Inc                                                                                                    EIN # 59-3635668

## Benchmark Calculation

| 2007, 2008 & 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 227,290 | 246,687 | 355,174 | 158,675 | 106,375 | 56,145 | 41,656 | 97,103 | 1,890,450 |
| Total Variable Costs | 10,589 | 25,509 | 155,321 | 54,506 | 60,230 | 108,746 | 68,371 | 89,062 | 92,802 | 36,044 | 8,353 | 138,535 | 848,068 |
| Total Variable Profit | 20,997 | 61,618 | 141,673 | 131,131 | 167,061 | 137,942 | 286,803 | 69,612 | 13,573 | 20,102 | 33,302 | -41,432 | 1,042,382 |

| Step 1 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Profit Benchmark Period | 0 | 0 | 0 | 0 | 0 | 137,942 | 286,803 | 69,612 | 13,573 | 20,102 | 33,302 | -41,432 | 519,902 |
| Variable Profit Compensation Period | 0 | 0 | 0 | 0 | 0 | -115,558 | 111,565 | 231,393 | -172,771 | 171,872 | 130,777 | -292,769 | 64,509 |
| Step 1 Compensation | 0 | 0 | 0 | 0 | 0 | 253,500 | 175,238 | -161,781 | 186,344 | -151,770 | -97,475 | 251,337 | 455,393 |

| Step 2 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 601,345 |
| 2010 Revenue | 68,642 | 112,584 | 239,465 | 267,672 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688,363 |

| | |
|---|---|
| Claimant Specific Factor | 10.00% |
| General Adjustment Factor | 2.00% |
| Incremental Revenue     (June, July, August, September, October, November, December) | $127,418.00 |
| Variable Margin Percentage | 53.29% |
| Step 2 Compensation | $67,901.00 |

| Compensation | |
|---|---|
| Step 1 & 2 Compensation | $523,294.00 |
| Risk Transfer Payment | $1,308,235.00 |
| **Total Compensation** | **$1,831,529.00** |

CLASSY00000020

Classy Cycles, Inc                                                                                          EIN # 59-3635668

## Matching Tests

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 21,820.00 | 18,705.00 | 162,000.00 | 127,790.00 | 176,498.00 | 166,949.00 | 207,260.00 | 92,289.00 | 66,356.00 | 35,586.00 | 8,566.00 | 15,825.00 |
| Total Variable Costs | 3,542.00 | 10,675.00 | 30,058.00 | 27,098.00 | 32,031.00 | 42,464.00 | 23,997.00 | 27,768.00 | 7,393.00 | 3,047.00 | 3,953.00 | 5,995.00 |
| Variable Profit | 18,278.00 | 8,030.00 | 131,942.00 | 100,692.00 | 144,467.00 | 124,485.00 | 183,263.00 | 64,521.00 | 58,963.00 | 32,539.00 | 4,613.00 | 9,830.00 |
| Variable Margin | 83.77 % | 42.93 % | 81.45 % | 78.79 % | 81.85 % | 74.56 % | 88.42 % | 69.91 % | 88.86 % | 91.44 % | 53.85 % | 62.12 % |
| Matching Test #1 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #2 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #3 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #4 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #5 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #6 | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail |
| Matching Test #7 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 6,751.00 | 23,515.00 | 269,069.00 | 156,899.00 | 220,279.00 | 240,923.00 | 398,261.00 | 163,307.00 | 91,877.00 | 50,327.00 | -808.00 | 272,513.00 |
| Total Variable Costs | 2,716.00 | 13,099.00 | 39,701.00 | 39,713.00 | 48,598.00 | 101,132.00 | 78,867.00 | 161,489.00 | 35,774.00 | 47,387.00 | 30,016.00 | 192,063.00 |
| Variable Profit | 4,035.00 | 10,416.00 | 229,368.00 | 117,186.00 | 171,681.00 | 139,791.00 | 319,394.00 | 1,818.00 | 56,103.00 | 2,940.00 | -30,824.00 | 80,450.00 |
| Variable Margin | 59.77 % | 44.30 % | 85.25 % | 74.69 % | 77.94 % | 58.02 % | 80.20 % | 1.11 % | 61.06 % | 5.84 % | 3814.85 % | 29.52 % |
| Matching Test #1 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Fail | Pass |
| Matching Test #2 | Pass | Pass | Pass | Pass | Pass | Pass | Fail | Pass | Pass | Pass | Pass | Pass |
| Matching Test #3 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Fail | Pass |
| Matching Test #4 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #5 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #6 | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail |
| Matching Test #7 | Pass | Pass | Fail | Pass | Pass | Pass | Fail | Fail | Pass | Pass | Pass | Fail |

CLASSY00000021

Classy Cycles, Inc                                                                                                    EIN # 59-3635668

## Matching Tests

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 66,188.00 | 219,162.00 | 459,913.00 | 272,224.00 | 285,094.00 | 332,190.00 | 460,001.00 | 220,428.00 | 160,892.00 | 82,523.00 | 117,209.00 | 2,971.00 |
| Total Variable Costs | 25,510.00 | 52,754.00 | 396,203.00 | 96,708.00 | 100,060.00 | 182,641.00 | 102,250.00 | 77,930.00 | 235,239.00 | 57,697.00 | -8,909.00 | 217,546.00 |
| Variable Profit | 40,678.00 | 166,408.00 | 63,710.00 | 175,516.00 | 185,034.00 | 149,549.00 | 357,751.00 | 142,498.00 | -74,347.00 | 24,826.00 | 126,118.00 | -214,575.00 |
| Variable Margin | 61.46 % | 75.93 % | 13.85 % | 64.47 % | 64.90 % | 45.02 % | 77.77 % | 64.65 % | -46.21 % | 30.08 % | 107.60 % | -7222.32 % |
| Matching Test #1 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #2 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #3 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #4 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Fail | Pass |
| Matching Test #5 | Pass | Pass | Fail | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #6 | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail |
| Matching Test #7 | Pass | Pass | Fail | Pass | Pass | Pass | Fail | Pass | Fail | Pass | Pass | Fail |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 68,642.00 | 112,584.00 | 239,465.00 | 267,672.00 | 245,056.00 | 151,060.00 | 216,172.00 | 303,428.00 | 286,224.00 | 232,793.00 | 174,642.00 | 38,959.00 |
| Total Variable Costs | 39,724.00 | 42,950.00 | 250,101.00 | 95,779.00 | 40,776.00 | 266,618.00 | 104,607.00 | 72,035.00 | 458,995.00 | 60,921.00 | 43,865.00 | 331,728.00 |
| Variable Profit | 28,918.00 | 69,634.00 | -10,636.00 | 171,893.00 | 204,280.00 | -115,558.00 | 111,565.00 | 231,393.00 | -172,771.00 | 171,872.00 | 130,777.00 | -292,769.00 |
| Variable Margin | 42.13 % | 61.85 % | -4.44 % | 64.22 % | 83.36 % | -76.50 % | 51.61 % | 76.26 % | -60.36 % | 73.83 % | 74.88 % | -751.48 % |
| Matching Test #1 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #2 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #3 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #4 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #5 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Fail | Pass | Pass | Pass |
| Matching Test #6 | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail | Fail |
| Matching Test #7 | Pass | Pass | Pass | Pass | Fail | Fail | Pass | Fail | Fail | Pass | Pass | Fail |

CLASSY00000022

Classy Cycles, Inc                                                                    EIN # 59-3635668

## Matching Tests

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Total Revenue | 7,701.00 | 39,194.00 | 184,254.00 | 206,150.00 | 211,432.00 | 259,421.00 | 302,278.00 | 173,419.00 | 31,360.00 | 78,281.00 | 24,215.00 | 2,687.00 |
| Total Variable Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Variable Profit | 7,701.00 | 39,194.00 | 184,254.00 | 206,150.00 | 211,432.00 | 259,421.00 | 302,278.00 | 173,419.00 | 31,360.00 | 78,281.00 | 24,215.00 | 2,687.00 |
| Variable Margin | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % |
| Matching Test #1 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #2 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #3 | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| Matching Test #4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Matching Test #5 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Matching Test #6 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Matching Test #7 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

CLASSY00000023

Classy Cycles, Inc                                                          EIN # 59-3635668

# RESTATED FINANCIAL WORKSHEETS PER POLICY 495

| Restated Loss Summary | |
|---|---|
| Step 1 Compensation | $347,928.00 |
| Step 2 Compensation | $86,504.00 |
| Risk Transfer Premium | $1,086,080.00 |
| Claim Payable Including Prior Payment | $1,520,512.00 |

CLASSY00000024

Classy Cycles, Inc                                                                                    EIN # 59-3635668

## Restated Revenue Stream Worksheet

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 21,820 | 18,705 | 162,000 | 127,790 | 176,498 | 166,949 | 207,260 | 92,289 | 66,356 | 35,586 | 8,566 | 15,825 | 1,099,644 |
| Total Variable Cost | 4,326 | 3,709 | 32,119 | 25,336 | 34,993 | 33,100 | 41,092 | 18,298 | 13,156 | 7,055 | 1,698 | 3,138 | 218,020 |
| Variable Profit | 17,494 | 14,996 | 129,881 | 102,454 | 141,505 | 133,849 | 166,168 | 73,991 | 53,200 | 28,531 | 6,868 | 12,687 | 881,624 |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 6,751 | 23,515 | 269,069 | 156,899 | 220,279 | 240,923 | 398,261 | 163,307 | 91,877 | 50,327 | -808 | 272,513 | 1,892,913 |
| Total Variable Cost | 2,819 | 9,821 | 112,374 | 65,527 | 91,997 | 100,619 | 166,329 | 68,203 | 38,371 | 21,019 | -337 | 113,812 | 790,554 |
| Variable Profit | 3,932 | 13,694 | 156,695 | 91,372 | 128,282 | 140,304 | 231,932 | 95,104 | 53,506 | 29,308 | -471 | 158,701 | 1,102,359 |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 66,188 | 219,162 | 459,913 | 272,224 | 285,094 | 332,190 | 460,001 | 220,428 | 160,892 | 82,523 | 117,209 | 2,971 | 2,678,795 |
| Total Variable Cost | 37,943 | 125,635 | 263,647 | 156,053 | 163,431 | 190,429 | 263,697 | 126,361 | 92,232 | 47,307 | 67,190 | 1,703 | 1,535,628 |
| Variable Profit | 28,245 | 93,527 | 196,266 | 116,171 | 121,663 | 141,761 | 196,304 | 94,067 | 68,660 | 35,216 | 50,019 | 1,268 | 1,143,167 |

CLASSY00000025

Classy Cycles, Inc                                                                                                    EIN # 59-3635668

## Restated Revenue Stream Worksheet

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Total Revenue | 68,642 | 112,584 | 239,465 | 267,672 | 245,056 | 151,060 | 216,172 | 303,428 | 286,224 | 232,793 | 174,642 | 38,959 | 2,336,697 |
| Total Variable Cost | 53,114 | 87,116 | 185,294 | 207,120 | 189,620 | 116,888 | 167,270 | 234,788 | 221,476 | 180,132 | 135,135 | 30,146 | 1,808,099 |
| Variable Profit | 15,528 | 25,468 | 54,171 | 60,552 | 55,436 | 34,172 | 48,902 | 68,640 | 64,748 | 52,661 | 39,507 | 8,813 | 528,598 |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Total Revenue | 7,701 | 39,194 | 184,254 | 206,150 | 211,432 | 259,421 | 302,278 | 173,419 | 31,360 | 78,281 | 24,215 | 2,687 | 1,520,392 |
| Total Variable Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Profit | 7,701 | 39,194 | 184,254 | 206,150 | 211,432 | 259,421 | 302,278 | 173,419 | 31,360 | 78,281 | 24,215 | 2,687 | 1,520,392 |

CLASSY00000026

Classy Cycles, Inc                                                                                           EIN # 59-3635668

## Restated Benchmark Calculation

| 2007, 2008 & 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 227,290 | 246,687 | 355,174 | 158,675 | 106,375 | 56,145 | 41,656 | 97,103 | 1,890,450 |
| Total Variable Costs | 15,029 | 46,388 | 136,047 | 82,305 | 96,807 | 108,049 | 157,039 | 70,954 | 47,920 | 25,127 | 22,850 | 39,551 | 848,066 |
| Total Variable Profit | 16,557 | 40,739 | 160,947 | 103,332 | 130,483 | 138,638 | 198,135 | 87,721 | 58,455 | 31,018 | 18,805 | 57,552 | 1,042,382 |

| Step 1 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Profit Benchmark Period | 0 | 0 | 0 | 0 | 130,483 | 138,638 | 198,135 | 87,721 | 58,455 | 31,018 | 18,805 | 57,552 | 720,807 |
| Variable Profit Compensation Period | 0 | 0 | 0 | 0 | 55,436 | 34,172 | 48,902 | 68,640 | 64,748 | 52,661 | 39,507 | 8,813 | 372,879 |
| Step 1 Compensation | 0 | 0 | 0 | 0 | 75,047 | 104,466 | 149,233 | 19,081 | -6,293 | -21,643 | -20,702 | 48,739 | 347,928 |

| Step 2 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Revenue | 31,586 | 87,127 | 296,994 | 185,638 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 601,345 |
| 2010 Revenue | 68,642 | 112,584 | 239,465 | 267,672 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688,363 |

| | |
|---|---|
| Claimant Specific Factor | 10.00% |
| General Adjustment Factor | 2.00% |
| Incremental Revenue    (May, June, July, August, September, October, November, December) | $154,693.00 |
| Variable Margin Percentage | 55.92% |
| Step 2 Compensation | $86,504.00 |

| Compensation | |
|---|---|
| Step 1 & 2 Compensation | $434,432.00 |
| Risk Transfer Payment | $1,086,080.00 |
| **Total Compensation** | $1,520,512.00 |

Claims Strategies Group                                                                                           21

CLASSY00000027