UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on May 24, 2021<br><br>This Document Relates to:<br>Pleading Bundle B1 | § § § § § § § § | MDL NO. 2179<br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE CURRAULT |
| CLASSY CYCLES, INC.<br><br>VS.<br><br>BP P.L.C.; BP AMERICA, INC.; BP AMERICA, INC.;<br>BP AMERICA PRODUCTION COMPANY;<br>BP EXPLORATION & PRODUCTION, INC. | § § § § § § § § § § § § § | CIVIL ACTION NO. 16 CV 05923<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE CURRAULT<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF RICK ROOF

I, Rick Roof, respectfully submit this Declaration in Support of Classy Cycles' Response and Opposition to BP's Motion for Summary Judgment, and state the following:

1. "The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows:

2. For thirty years, I spent my life building and establishing a family run business on the beach catering to tourists, and providing motorized vehicles to use on vacation, including golf carts, scooters and cars. My business is 100% based on tourism. The BP oil spill devastated the Florida Panhandle, and all businesses that relied on tourism and customers coming to beach. Classy Cycles was negatively impacted by this far reaching and catastrophic spill. Customers did not show up to rent the cycles and carts. Overnight, business was shut down. See Exhibit B (2), p. 78: 13, to Page 80:15.

3. As a result of the oil spill, I had a heart attack in October of 2010, directly due to the financial strain and stress related to the lack of customers due to the spill. See Exhibit B (2), p. 11: 25 - p. 13: 5.

4. BP's more than 200 million gallons that pumped into the Gulf of Mexico for 87 days made it the biggest oil spill in United States history and cannot be compared to the oil

1

EXHIBIT B

spill in 2015 where 100,000 gallon oil spill near Refugio State Beach when a pipeline ruptured.

5. Classy Cycles was very successful and revenues were $2,717,255 in 2009 the year before the spill. Classy Cycles does not dispute the accuracy of the revenues in 2009.

6. In 2010, Classy Cycles filed its tax return identifying $2,590,339, a decline of approximately $130,000 in reported sales. The loss was due to the oil spill, and the reduction of customers. After the spill, and the termination of the bookkeeper, it was discovered that the loans and capital contributions to the company were incorrectly booked as revenue to Classy Cycle. I personally injected cash into the business on a daily basis to keep the doors open and to pay fixed costs. I also put injected my savings and retirement. The monies were incorrectly reported as revenues, and we paid taxes based which included the monies received from BP, and the loans.

7. Attached to this declaration as Exhibit 1, are promissory notes which evidence monies contributed to the business in 2010. The notes are true and correct copies of the notes for the sum total of $317,769.12, which were executed when Rick Roof used personal retirement and savings funds.

| | |
|---|---|
| $ | 50,000.00 |
| $ | 100,000.00 |
| $ | 100,000.00 |
| $ | 67,769.12 |
| | |
| $ | 317,769.12 |

8. In addition to the promissory notes, I also contributed $192,702.11 in cash that was incorrectly reported to the IRS as revenues. The $192,702.11 was planned to be used to purchase land and open a car wash to make more money. I was in due diligence at the time of the spill, and lost the opportunity as the investment capital was used to pay the fixed costs, utilities, salaries, and expenses of Classy Cycles.

9. In addition to the promissory notes, I borrowed $150,000 from my father to pay the expenses of Classy Cycles in 2010, and this amount was incorrected booked on Classy Cycles' profit and lost statements, and tax returns as sales and revenue. See Exhibit 2, p. 142: 22-24 and P. 143: 5-10; p. 151.

10. The oil spill caused 7 years of financial hardship on Classy Cycles, and its owners. The revenues for 2009-2017 were as follows:

| | |
|---|---|
| 2009 | 2,716,029 |
| 2010 | 2,589,406* |
| 2011 | 1,520,391 |
| 2012 | 1,481,216 |

2

| 2013 | 1,498,126 |
|------|-----------|
| 2014 | 1,621,449 |
| 2015 | 2,073,678 |
| 2016 | 2,146,663 |
| 2017 | 3,243,792 |

11. \* The revenues for 2010 are overinflated due to the loans and cash injections into the business. I believe this amount to be overstated by $792,769.12.

12. In 2010, the revenues reported to the Florida sales and use revenues office totaled $212,591.60 for May through December and this supports that revenues were down post spill.

13. According to my review of the files, I believe the actual monthly revenues to be as follows:

| 2010 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Totals |
|------|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|---------------|
| Revenue | 4,661 | 232,809 | 161,112 | 179,297 | 124,323 | 201,921 | 88,270 | 77,346 | 47,141 | 9,210 | 3,351 | | 1,129,441 |

14. I had an agreement to purchase the car wash location, and was in due diligence phase. If my savings had not been used to maintain Classy Cycles, this opportunity would have been realized.

15. Due to the stay, Plaintiff respectfully requests that if the Court finds that facts were not submitted that are essential to justify its opposition, that the Court: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order and allow more time for discovery, including lifting the stay and transferring the case to the originating Court.

16. Plaintiff respectfully requests that if the Court finds the Plaintiff failed to fully or properly address any assertion of fact by Defendants, as required by Rule 56(c), the Court: (1) give an opportunity to properly support or address the fact; or (2) issue any other appropriate order, including more time to properly address the disputed issue of fact.

17. Damages to date exceed $4,241,000, for the lost opportunity and years of recovery it took to maintain pre-spill revenues. The oil spill caused my business to decline. I relied heavily on the beaches and tourism for my business, and no one wanted to come to the beach, or rent tourist vehicles. See Exhibit B2, p. 79: 13 -25, p. 80: 20-23; p. 90: 3-8.

18. I lost the opportunity to purchase and buy a car wash, which generate $4-5 million a year, and I had an oral agreement to purchase the car wash lot but the funds were not available due to the spill. See Exhibit 2 attached, p. 81-82. I also lost the opportunity to buy the Party Shack West due to the spill. Exhibit 2, p. 86, p. 87: 6-11; p. 94: 17 to 95: 12.

3

19. All excerpts of the testimony from my deposition that took place on February 23, 2021 is true and correct, and is attached as Exhibit 2.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed in Florida on June 14, 2021.

_____
RICK ROOF

4