# Unsecured Demand Promissory Note

$50,000.00

06/06/2011

Panama City Beach, Florida

For value received, the undersigned CLASSY CYCLES, INC. (the **"Borrower"**) promises to pay to the order of Rick Roof/Colleen Swab (the **"Holder"**), in the manner and at the place provided below, the principal sum of $50,000.00 on demand, but in any event no later than 09/01/2014.

## 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 107 Colony Bay Harbor, Panama City Beach, Florida, 32407, or at such other place as the Holder may designate in writing.

## 2. INTEREST.

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of 10% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it accrues.

## 3. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before demand, without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal.

## 4. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note:

**(a)** the Borrower's failure to make a payment in full to the Holder within 30 business day(s) following the date of the Holder's demand for payment;

**(b)** the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;

**(c)** an assignment made by the Borrower for the benefit of creditors; or

**(d)** the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 5. ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 6. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated lump-sum payment listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

## 7. GOVERNING LAW.

**(a) Choice of Law.** The laws of the state of Florida govern this agreement (without giving effect to its conflicts of law principles).

CLASSY00001209

**(b) Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Bay County, Florida.

## 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

## 9. ASSIGNMENT AND DELEGATION.

**(a) No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

**(b) No Delegation.** The Borrower may not delegate any performance under this note.

**(c) Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

## 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

**(a) Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), or email.

CLASSY00001210

**(b) Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

Classy Cycles, Inc.

13416 Front Beach Road

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

If to the Holder:

Rick Roof/Colleen Swab

107 Colony Bay Harbor

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not

affect this note's construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

CLASSY00001212

Each party is signing this note on the date stated opposite that party's signature.

Classy Cycles, Inc.

Date: _____ 6 | 6 | 11 _____     By: _____

Name: Colleen Swab
Title: President

Date: _____ 6 | 6 | 11 _____     By: _____

Name: Rick Roof/Colleen Swab

CLASSY00001213

## Unsecured Demand Promissory Note

$100,000.00

04/02/2012

Panama City Beach, Florida

For value received, the undersigned CLASSY CYCLES, INC. (the **"Borrower"**) promises to pay to the order of Rick Roof/Colleen Swab (the **"Holder"**), in the manner and at the place provided below, the principal sum of $100,000.00 on demand, but in any event no later than 09/01/2014.

### 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 107 Colony Bay Harbor, Panama City Beach, Florida, 32407, or at such other place as the Holder may designate in writing.

### 2. INTEREST.

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of 5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it accrues.

### 3. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before demand, without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal.

### 4. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note:

(a) the Borrower's failure to make a payment in full to the Holder within 30 business day(s) following the date of the Holder's demand for payment;

(b) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;

(c) an assignment made by the Borrower for the benefit of creditors; or

(d) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 5. ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 6. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated lump-sum payment listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

## 7. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of Florida govern this agreement (without giving effect to its conflicts of law principles).

CLASSY00001215

**(b) Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Bay County, Florida.

## 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

## 9. ASSIGNMENT AND DELEGATION.

**(a) No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

**(b) No Delegation.** The Borrower may not delegate any performance under this note.

**(c) Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

## 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

**(a) Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), or email.

CLASSY00001216

**(b) Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

Classy Cycles, Inc.

13416 FRONT BEACH RD

P C BEACH, Florida 32407-3323

colleenswab1979@gmail.com

If to the Holder:

Rick Roof/Colleen Swab

107 Colony Bay Harbor

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not

affect this note's construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

CLASSY00001218

Each party is signing this note on the date stated opposite that party's signature.

Classy Cycles, Inc.

Date: _4/2/12_

By: _____

Name: Colleen Swab
Title: President

Date: _4/2/12_

By: _____

Name: Rick Roof/Colleen Swab

## Unsecured Demand Promissory Note

$100,000.00

05/01/2012

Panama City Beach, Florida

For value received, the undersigned CLASSY CYCLES, INC. (the **"Borrower"**) promises to pay to the order of Rick Roof/Colleen Swab (the **"Holder"**), in the manner and at the place provided below, the principal sum of $100,000.00 on demand, but in any event no later than 09/01/2014.

## 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 107 Colony Bay Harbor, Panama City Beach, Florida, 32407, or at such other place as the Holder may designate in writing.

## 2. INTEREST.

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of 5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it accrues.

## 3. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before demand, without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal.

## 4. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note:

CLASSY00001220

(a) the Borrower's failure to make a payment in full to the Holder within 30 business day(s) following the date of the Holder's demand for payment;

(b) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;

(c) an assignment made by the Borrower for the benefit of creditors; or

(d) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 5. ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 6. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated lump-sum payment listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

## 7. GOVERNING LAW.

(a) Choice of Law. The laws of the state of Florida govern this agreement (without giving effect to its conflicts of law principles).

CLASSY00001221

**(b) Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Bay County, Florida.

## 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

## 9. ASSIGNMENT AND DELEGATION.

**(a) No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

**(b) No Delegation.** The Borrower may not delegate any performance under this note.

**(c) Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

## 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

**(a) Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), or email.

CLASSY00001222

**(b) Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

Classy Cycles, Inc.

13416 FRONT BEACH RD

P C BEACH, Florida 32407-3323

colleenswab1979@gmail.com

If to the Holder:

Rick Roof/Colleen Swab

107 Colony Bay Harbor

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not

CLASSY00001223

affect this note's construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

CLASSY00001224

Each party is signing this note on the date stated opposite that party's signature.

Classy Cycles, Inc.

Date: 5/1/12

By:

Name: Colleen Swab
Title: President

Date: 5/1/12

By:

Name: Rick Roof/Colleen Swab

# Unsecured Demand Promissory Note

$67,769.12

12/31/2012

Panama City Beach, Florida

For value received, the undersigned CLASSY CYCLES, INC. (the **"Borrower"**) promises to pay to the order of Rick Roof/Colleen Swab (the **"Holder"**), in the manner and at the place provided below, the principal sum of $67,769.12 on demand, but in any event no later than 09/01/2014.

## 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 107 Colony Bay Harbor, Panama City Beach, Florida, 32407, or at such other place as the Holder may designate in writing.

## 2. INTEREST.

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of 5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it accrues.

## 3. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before demand, without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal.

## 4. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note:

(a) the Borrower's failure to make a payment in full to the Holder within 30 business day(s) following the date of the Holder's demand for payment;

(b) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;

(c) an assignment made by the Borrower for the benefit of creditors; or

(d) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 5. ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 6. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated lump-sum payment listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

## 7. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of Florida govern this agreement (without giving effect to its conflicts of law principles).

CLASSY00001227

**(b) Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Bay County, Florida.

## 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

## 9. ASSIGNMENT AND DELEGATION.

**(a) No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

**(b) No Delegation.** The Borrower may not delegate any performance under this note.

**(c) Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

## 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

**(a) Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), or email.

CLASSY00001228

**(b) Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

Classy Cycles, Inc.

13416 Front Beach Road

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

If to the Holder:

Rick Roof/Colleen Swab

107 Colony Bay Harbor

Panama City Beach, Florida 32407

colleenswab1979@gmail.com

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not

affect this note's construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

CLASSY00001230

Each party is signing this note on the date stated opposite that party's signature.

Classy Cycles, Inc.

Date: ___12/31/12___   By: _____

Name: Colleen Swab
Title: President

Date: ___12/31/12___   By: _____

Name: Rick Roof/Colleen Swab

CLASSY00001231