```
                                                              Page 1
 1                    ROOF - PERSONAL
 2        IN THE UNITED STATES DISTRICT COURT
 3       FOR THE EASTERN DISTRICT OF LOUISIANA
 4    -------------------------------
 5    IN RE:  OIL SPILL by the OIL RIG   MDL NO. 2179
 6    "DEEPWATER HORIZON" in the GULF
 7    OF MEXICO, on APRIL 20, 2010      SECTION J
 8    -------------------------------
 9    CLASSY CYCLES, INC.                JUDGE BARBIER
10    v.
11                                      Civil Action No.
12    BP P.L.C., et al.,                 16-cv-05923
13    -------------------------------
14
15
16           REMOTE VIDEOTAPED DEPOSITION OF
17             RICK ROOF - PERSONAL CAPACITY
18                   February 23, 2021
19
20
21
22
23
24    Reported by:  Susan S. Klinger, RMR-CRR, CSR
25    Job No. 189239
```

**EXHIBIT 2**

Page 2

1     ROOF - PERSONAL
2
3
4            February 23, 2021
5               9:30 a.m.
6
7
8
9     Remote Videotaped Deposition of RICK ROOF,
10 held remotely before Susan S. Klinger, a
11 Registered Merit Reporter and Certified
12 Realtime Reporter of the State of Texas.

Page 3

1     ROOF - PERSONAL
2 A P P E A R A N C E S:
3 (All appearances via Zoom.)
4 Attorneys for Plaintiff(s):
5     Ms. Caroline Adams
6     THE BUZBEE LAW FIRM
7     600 Travis Street
8     Houston, Texas  77002
9
10 Attorneys for Defendant(s):
11     Ms. Anna Terteryan
12     Ms. Ashley Littlefield
13     Mr. Charles Brennan
14     KIRKLAND & ELLIS
15     555 California Street
16     San Francisco, California  94104
17
18
19 Also Present:
20     Ms. Colleen Swab
21     Mr. Robert Rinkewich, videographer

Page 4

1     ROOF - PERSONAL
2           I N D E X
3 WITNESS                                PAGE
4 RICK ROOF
5 EXAMINATION BY MS. TERTERYAN              7
6
7        E X H I B I T S
8 No.     Description                    Page
9 Exhibit 29 2015 Tax returns, CLASSY 160   111
10 Exhibit 30 P&L Statement, BPB1_Classy 853  128

Page 5

1     ROOF - PERSONAL
2     P R O C E E D I N G S
3     VIDEOGRAPHER:  Good morning,
4 counselors.  My name is Robert Rinkewich.
5 I'm the legal videographer in association
6 with TSG Reporting, Inc.
7     Due to the severity of the COVID-19
8 and following the practice of social
9 distancing, I will not be in the same room
10 with the witness.  Instead, I will record
11 this videotaped deposition remotely.  The
12 reporter, Susan Klinger, also will not be
13 in the same room and will swear the witness
14 remotely.
15     Do all parties stipulate to the
16 validity of this video recording and remote
17 swearing and that it will be admissible in
18 the courtroom as if it had been taken
19 following Rule 30 of the Federal Rules of
20 Civil Procedures and the state's rules
21 where this case is pending?
22     MS. TERTERYAN:  Anna Terteryan on
23 behalf of -- with Kirkland & Ellis on
24 behalf of BP, yes, we agree.
25     MS. ADAMS:  And so does Caroline

Page 6

1     ROOF - PERSONAL
2  Adams on behalf of the plaintiff, Classy
3  Cycles.
4        VIDEOGRAPHER:  Thank you.  This is
5  the start of media label number 1 of the
6  video recorded deposition of Rick Roof in
7  the matter of Classy Cycles, Inc. versus BP
8  P.L.C., et al., in the United States
9  District Court Louisiana Eastern, New
10 Orleans.  This deposition is being held
11 telephonically and video streamed on
12 February 23rd, 2021 at approximately 9:32
13 a.m.
14       My name is Robert Rinkewich.  I'm
15 the legal video specialist from TSG
16 Reporting, Inc., headquartered at 228 East
17 45th Street, Suite 810, New York, New York.
18 The court reporter is Susan Klinger in
19 association with TSG Reporting.
20       Counsel, please introduce
21 yourselves.
22       MS. ADAMS:  Caroline Adams for the
23 plaintiff, Classy Cycles.
24       MS. TERTERYAN:  Anna Terteryan for
25 Kirkland & Ellis for the defendant BP --

Page 7

1     ROOF - PERSONAL
2     for the BP defendants rather.  With me on
3     the line I have my colleagues Ashley
4     Littlefield and Charles Brennan.
5        VIDEOGRAPHER:  Would the court
6     reporter please swear in the witness?
7        RICK ROOF,
8  having been first duly sworn testified as
9  follows:
10       EXAMINATION
11 BY MS. TERTERYAN:
12    Q.    Mr. Roof, my name is Anna Terteryan.
13 I am with Kirkland & Ellis on behalf of BP.  I
14 will be asking you some questions today.
15       Could you state your name and spell
16 it for the record, please?
17    A.    Ricki Roy Roof, R-i-c-k-i R-o-y
18 R-o-o-f.
19    Q.    Have you given a deposition before,
20 Mr. Roof?
21    A.    Yes, ma'am.
22    Q.    How many times?
23    A.    Twice that I recall.
24    Q.    And the most recent time that you
25 gave a deposition before today, when was that?

Page 8

1     ROOF - PERSONAL
2     A.    2003, I believe.
3     Q.    2003?
4     A.    Yes, ma'am.
5     Q.    What was that -- what was the case
6  generally about that you gave a deposition in?
7     A.    Divorce.
8     Q.    And the time before that, when did
9  you give your first deposition?  It can be
10 approximate.
11    A.    Okay.  It was also a divorce, same
12 person.  We got remarried and got divorced
13 again.  I made two mistakes, same person.
14    Q.    It sounds like it has been a while
15 since you gave a deposition.  Were you present
16 throughout Ms. Swab's individual and 30(b)(6)
17 depositions yesterday?
18    A.    Yes.
19    Q.    So you would have heard the ground
20 rules, but I will go over them with you again
21 before we get started.  If at any point you
22 want to take a break today, just let me know
23 and we can take a break.  I just ask that if
24 you -- if there is a question pending, you
25 answer the question and then we will go on

Page 9

1     ROOF - PERSONAL
2  break.
3     A.    I understand.
4     Q.    Okay.
5     A.    Yes, ma'am.
6     Q.    And it is really important that you
7  understand the questions I'm asking.  So if you
8  don't understand my question, will you please
9  let me know?
10    A.    Yes.
11    Q.    If you answer my question without
12 asking me to clarify it, I'm going to assume
13 that you understood it; fair?
14    A.    Yes.
15    Q.    I also ask that you please let me
16 finish asking my full question before you
17 answer; okay?
18    A.    Yes, ma'am.
19    Q.    And could you please remember to
20 give verbal answers like yes and no rather than
21 nodding your head or saying uh-huh; okay?
22    A.    Yes.
23    Q.    If I refer to Classy Cycles, Inc. as
24 Classy Cycles or the company or Classy, you
25 will understand what I mean?

Page 10

ROOF - PERSONAL

2   A.   Yes.
3   Q.   And if I refer to the oil spill that
4   started on April 20th, 2010 that is the subject
5   of this case, will you understand what I mean?
6   A.   Yes.
7   Q.   If I refer to it as "the spill"?
8   A.   Yes, ma'am.
9   Q.   All right. Mr. Roof, you understand
10  you are under oath today; right?
11  A.   Yes, ma'am.
12  Q.   Do you understand you have to
13  truthfully answer -- strike that.
14       Do you understand you have to
15  testify truthfully and answer questions
16  completely?
17  A.   Yes, ma'am.
18  Q.   Is there any reason why you are not
19  able to testify fully and truthfully today?
20  A.   No, ma'am.
21  Q.   Are you on any medications that
22  would affect your ability to testify truthfully
23  and fully?
24  A.   No, ma'am.
25  Q.   Do you have any illnesses that would

Page 11

ROOF - PERSONAL

2   prevent you from testifying fully and
3   truthfully today?
4   A.   I do not believe so.
5   Q.   Okay. Well, let's get started then.
6        What is your relationship to Classy
7   Cycles?
8   A.   Owner, developer. It was all me 35
9   years ago.
10  Q.   And have you always been in the same
11  role with respect to Classy Cycles since 35
12  years ago or has your role changed?
13  A.   It has changed over the years, but
14  yes, but pretty much, yes, it did change. I
15  kept changing my role as my daughter got older.
16  Q.   And in 2010, what was your role with
17  respect to Classy Cycles?
18  A.   I got all these words popping into
19  my head. Controlling interest, in charge,
20  training my daughter, purchaser, developer.
21  Q.   And since 2010, has that role
22  changed?
23  A.   Yes.
24  Q.   When did that role change?
25  A.   2010 October I had a heart attack,

Page 12

ROOF - PERSONAL

2   stress-related from what I dealt with for BP.
3   I continued to try and develop new avenues for
4   us to go with, per se, a car wash between my
5   shop and my home.
6        We were unable to purchase the
7   property to try to expand into a different
8   area, because our BP lawsuit and development of
9   the local area felt BP damage over the next
10  four or five years made it extremely difficult
11  to get loans. The banks didn't want to give
12  out money, because they weren't sure how the
13  economy was going to go because of the BP oil
14  spill and how much it affected the area.
15       I wasn't able to buy the property I
16  needed, a half million dollar piece of property
17  in order to make the car wash work that I
18  wanted to make happen. So now every day I
19  drive past that piece of property and somebody
20  else has built a car wash on it. So I see
21  hundreds of cars every day and that is my money
22  going to someone else, that is very stressful.
23       It is, like, I'm trying to retire is
24  my whole idea. My daughter has reached the
25  point where she has settled down to where she

Page 13

ROOF - PERSONAL

2   is getting a better idea of what is going on
3   with the company and handling the company
4   better over the past three years of my heart
5   attack and what has been going on.
6        This year, COVID means -- I have had
7   a quadruple bypass three years ago and I'm a
8   diabetic. I've reached the point where I
9   didn't come to work as much last year, only
10  when I actually had to.
11       So it is, like, my daughter is
12  taking over, she is doing very well. Last year
13  was her first year of actually working the
14  company, making things happen and we did $5
15  million last year in sales. So it is, like,
16  I'm able to step back and let her handle more
17  things now. In 2010, it wasn't possible.
18       So from then until now, things have
19  changed constantly. I've constantly tried to
20  take more time off, do less things. Three
21  years ago a quadruple bypass, that was a lot.
22  That was a lot, because one day I was going in
23  to see what blockage I had the next day I was
24  having a quadruple bypass. It was very
25  traumatic, very much a life changer.

Page 14

ROOF - PERSONAL

2 So a lot of things have changed over
3 the past 10 years. I hope I answered your
4 question, I don't know what else I need to say.
5 Q. That is a lot -- a lot of
6 information. I want to make sure I understand
7 all of the pieces.
8 So since 2010 you have had instances
9 where you couldn't do as much for the -- for
10 the company because of your health?
11 A. Yes, yes, ma'am.
12 Q. And during those times, was your
13 daughter, Ms. Swab, stepping in to run the
14 company?
15 A. Yes, ma'am. She has worked here
16 since she was 9 years old.
17 Q. And then Ms. Swab kind of took over
18 principally running Classy last year?
19 A. She pretty much ran it herself last
20 year, but I was hands-on financial, my wife
21 doing the books and calculating the money and
22 turning the money into my wife. We had a good
23 crew last year so it helped a lot.
24 Q. Understood. I want to understand
25 the property that you said you wanted to buy to

Page 15

ROOF - PERSONAL

2 start a car wash on. Were you personally going
3 to buy that property?
4 A. Actually I was trying to buy it
5 under California Cycles to expand our holdings
6 and increase the company. I was trying to grow
7 the company.
8 Q. When you say "California Cycles," do
9 you mean Classy Cycles or do you mean a
10 different entity?
11 A. That is the -- let's make that point
12 right now. Classy Cycles is d/b/a California
13 Cycles, legally, Inc. So it is Classy Cycles
14 d/b/a California Cycles, Inc.
15 Q. Understood.
16 A. When I say "California Cycles," I'm
17 talking about Classy Cycles.
18 Q. Has Classy Cycles -- strike that.
19 How has Classy Cycles paid you for
20 the work that you do for the company?
21 A. Now, then, before?
22 Q. Before 2010, how did Classy Cycles
23 pay you for the work you did for the company?
24 A. It was called a shareholders draw is
25 what Ruthie called it. We always had to do tax

Page 16

ROOF - PERSONAL

2 stuff. It comes down to books. I can't do
3 books, I don't do numbers. I don't have the
4 patience to paint trim, do numbers, do
5 paperwork, not my style, not what I do. I hire
6 people to do that for me.
7 I would figure out -- usually it was
8 about the same. Colleen and I were on a 50/50
9 purchase. She would get the same check I would
10 get. So the agreement I made with her when I
11 divorced her mom back in 2002 is that if she
12 would stand with me, that I would make sure she
13 got half the profits. The properties and
14 whatnot stayed (inaudible), but half the
15 profits went to her.
16 So the way we did that was -- I
17 don't remember how much that was for her or for
18 me, but it was always a shareholder draw and I
19 don't remember any more about that. I think
20 that is enough, though, isn't it? That is what
21 we did.
22 Q. That is helpful.
23 A. We got a check once a week and that
24 reflected the shareholders draw.
25 Q. I want to make sure I understand

Page 17

ROOF - PERSONAL

2 that last answer you gave. You said --
3 A. Yes.
4 Q. -- you got a check once a week and
5 that reflected the shareholder draw. So the
6 check once a week was your draw?
7 A. Yes, ma'am.
8 Q. You didn't take any payments from
9 Classy other than a weekly check representing a
10 shareholder draw?
11 A. Okay. If I loaned money to Classy
12 Cycles, I would get a check -- a lot of the
13 times I would get a check to reflect that
14 before the spill. That is how we -- we are
15 still talking about before the spill; correct?
16 Q. We are.
17 A. Okay.
18 Q. At the time of the spill, how did
19 Classy Cycles pay you?
20 A. Okay. If I recall correctly, we
21 still received our check but were unable to
22 cash it at the time of the spill, at the time
23 the spill was going on. We didn't have funds
24 to cash the check. Now, I had to give Colleen
25 a certain amount of money to survive along with

Page 18

ROOF - PERSONAL

2 employees that had been here for years and
3 couldn't work.  I had to give them money out of
4 my pocket to survive.
5           It ended up being pretty much money
6 came out of my pocket.  I had 325,000 at home
7 in my bank that I was putting in on a constant
8 basis.  The money was at home in my bank, so I
9 can explain it to you, you are going to ask
10 that question anyway.
11          That is the year before we were at
12 the bottom of the recession.  Money was scarce,
13 things were happening.  I was nervous.  I made
14 sure I had my cash at home, not in the bank
15 because I didn't trust the bank not to lose it.
16 Who knew where it was going to go, nobody had
17 any idea where it was going to go, but it was
18 down at the bottom.  So I had to make sure I
19 was covered, I had my cash at home.
20     Q.   Okay.  Mr. Roof, so you're saying
21 that at the time of the spill those weekly
22 shareholder draw checks that you had been
23 receiving and cashing you still received from
24 Classy but you didn't cash the checks?
25     A.   Couldn't cash them.  Colleen could,

Page 19

ROOF - PERSONAL

2 I had to have Colleen cash some of them because
3 she had to be able to eat.  This is when we
4 were having a lot of problems, a lot of issues.
5     Q.   How long did it last that you didn't
6 cash your weekly shareholder draw checks?
7     A.   Until September, when I got the
8 large check from BP.
9     Q.   Okay.  And then in September --
10    A.   Maybe summer, in July.  I don't
11 recall, it was a long time ago, the exact.  You
12 can probably look at the bank statements and
13 stuff and see what happened.  I'm trying to
14 answer without knowing that information or
15 having even looked at it I don't think ever.
16    Q.   Sure, we can take it in pieces.  I
17 will ask you kind of short questions --
18    A.   Okay.
19    Q.   -- about this.  So in September 2010
20 when you got you said a large check from BP,
21 are you referring to the $401,000 from the
22 GCCF?
23    A.   Yes, ma'am.
24    Q.   Okay.  And so when you got that
25 $401,000 from the GCCF, you started cashing the

Page 20

ROOF - PERSONAL

2 weekly shareholder draw checks from Classy?
3     A.   I don't remember what we did, I
4 don't remember.  The bank statements would show
5 and you have the bank statements.  It was all
6 given to GCCC whatever.  I had all of that.
7          MS. TERTERYAN:  We actually, Ms.
8      Adams, we actually don't have bank
9      statements past July 2010, I believe.  So
10     if they do exist, we would ask that they be
11     produced.
12         MS. ADAMS:  Okay.  And I think we're
13     going to get together a document request so
14     I will produce anything that we have.  I
15     think that is fine.
16    Q.   Okay.  Mr. Roof, do you still have
17 -- strike that.
18         How much were the weekly shareholder
19 draw checks --
20    A.   I don't remember that long ago.
21    Q.   -- that you received.  Does $1,800
22 sound about right?
23    A.   Sound about right, hell, I don't
24 know.  At one time we had 18 -- in change as we
25 did more money, our shareholder draws changed.

Page 21

ROOF - PERSONAL

2 So I don't know how much we were actually
3 getting at the time, I just don't recall.
4     Q.   Do you remember if it changed on a
5 weekly basis --
6     A.   No.
7     Q.   -- or a monthly basis?
8     A.   No.
9     Q.   A yearly basis?
10    A.   Yes, ma'am.
11    Q.   So the amount of the shareholder
12 draw changed on an annual basis?
13    A.   Usually, but I went by what we did
14 the year before that would give me a better
15 idea.  We're going to get in that race this
16 year, we might have to sacrifice this year,
17 so...
18    Q.   Understood.  And Ms. Swab received
19 the same amount of weekly shareholder draw
20 check that you did; correct?
21    A.   Yes, from Classy Cycles she received
22 the same amount I did.
23    Q.   Do you know if there was a time when
24 she didn't cash her weekly shareholder checks?
25    A.   No, I can't remember that far back.

Page 62

```
 1                  ROOF - PERSONAL
 2   that was marked as Exhibit 1 yesterday, and I
 3   will put it in the chat again as well.
 4           This is the big one.  Do you see
 5   Exhibit 1 on your screen, Mr. Roof?  Do you see
 6   the exhibit, Mr. Roof?
 7      A.   Yes, ma'am, I'm looking at it.
 8      Q.   Okay.  This is a copy of Classy
 9   Cycles' application to the Gulf Coast Claims
10   Facility for a full review for final payment of
11   its claim; right?
12      A.   Full review for final payment?
13      Q.   Yes.
14      A.   Okay.
15      Q.   I know it is hard to see, I will
16   zoom in to the first page.
17      A.   You're fine, you're fine.
18      Q.   This is Classy Cycles' GCCF
19   application for full review final payment;
20   right?
21      A.   It looks like it, yes, ma'am.
22      Q.   I'm taking you to a specific page in
23   this document.  Do you see a profit and loss
24   statement for December of 2008?
25      A.   Yes, I see there is a December 2008
```

Page 63

```
 1                  ROOF - PERSONAL
 2   profit and loss.
 3      Q.   Okay.  Did you prepare this
 4   document?
 5      A.   No.
 6      Q.   Did you have any involvement in
 7   preparing this document?
 8      A.   Other than picking up and returning
 9   it or dropping off documents, no, I have never
10   seen it.
11      Q.   Okay.  So do you know who prepared
12   this document?
13      A.   Ruthie McClain.
14      Q.   Ruthie McClain prepared this profit
15   and loss statement?
16      A.   Yes, ma'am.
17      Q.   Okay.  And fair to say that -- I'm
18   scrolling through a couple of the pages.
19      A.   Everything I did for BP was done
20   through Ruthie McClain.
21      Q.   All right.  So Ruthie McClain
22   created monthly profit and loss statements?
23      A.   Yes, ma'am, for thousands of
24   companies, yes.  She did a bunch of them.
25      Q.   On page 90 it says Classy Cycles
```

Page 64

```
 1                  ROOF - PERSONAL
 2   rental cycles division, do you know what that
 3   means?
 4      A.   I think it was just her -- just her
 5   way of keeping track of shit, I don't know.  I
 6   don't know.  It was not us.  There is nothing
 7   affiliated with us for rental cycles division,
 8   so it was her way of keeping track of stuff.
 9      Q.   So Classy Cycles didn't itself
10   differentiate a rental cycles division from
11   some other division?
12      A.   No, ma'am.
13      Q.   Mr. Roof, of the documents, the four
14   exhibits that I just showed you, do you know
15   which of those documents reflects Classy
16   Cycles' actual financial results?
17      A.   I couldn't answer that.
18      Q.   Okay.  You don't know one way or the
19   other, fair?
20      A.   Right, no, I don't know.  I don't
21   know, that is a long time ago.
22      Q.   Okay.
23      A.   There is a lot of numbers since
24   then.
25      Q.   And for a couple of the documents
```

Page 65

```
 1                  ROOF - PERSONAL
 2   you said you didn't -- you didn't recognize
 3   them without further research.  What further
 4   research would you have to do to know where
 5   they came from?
 6      A.   I don't know, I don't know.  It just
 7   -- it was like, you are showing me professional
 8   documents that, damn, somebody is going to be
 9   upset with what the hell is going on here.  I
10   own the place, I should know.  That was my
11   response, and why I responded.  I should know.
12   Maybe if somebody tells me what it was then I
13   would know what it is.
14      Q.   But you don't know what it is
15   sitting here today and you don't know what you
16   would have to do to determine what those were?
17      A.   I would give a gung ho try if I had
18   to.
19      Q.   Okay.  Do you know who tracked
20   Classy Cycles' revenues in 2010?
21      A.   There is two people involved in that
22   action, Barbara Trask and Colleen Swab, that is
23   my daughter.  We gathered everything, Barbara
24   separated everything and put it in the right
25   manila envelope and off it went to Ruthie.
```

Page 66

ROOF - PERSONAL

Usually once a month we would deliver all of the stuff to her and she would draw our monthlies that way.

Q. Do you know how the company kept track of its inventory in 2010?

A. Yes.

Q. Was it also Ms. Trask and Ms. Swab who kept track of the company's inventory?

A. Overall, but not each store. Each store -- would you like me to answer that?

Q. Yes, please?

A. Each store had a manager. That store manager, the day manager who is in charge of keeping track of each one. You look at our daily sheets and it will say such and such amount of golf carts, such and such amount of this bike, that bike, this bike, that bike. Each day they made sure they had the right bike.

If it was to be repaired at the store's -- at the repair shop, then that was Store Number 1, we had to send it to that store to be repaired and they would keep track of it. It was sent down there and sent back as it was

Page 67

ROOF - PERSONAL

repaired.

Q. So to sum that up, each location's manager kept track of the inventory on daily sheets in 2010; correct?

A. Yes, yes, ma'am.

Q. Do you know how Classy Cycles kept track of its expenses in 2010?

A. Yes, I do.

Q. How?

A. I thought you would ask that. For me to keep track of it and know what is going on, every Tuesday Colleen would save -- she would save all the receipts for the week and on Tuesday she would write a check for all the bills we received during that week period. Then I would come in and I would sign the checks or she would sign the checks or I would authorize with her to go ahead and send them, because I have to make sure there is enough money in the bank to pay them.

So she would send the money, put it in the envelope, manila envelope again, which is how we worked on it, have receipts in it. Once a month she would take it to Ruthie. Barb

Page 68

ROOF - PERSONAL

would keep track of it, she would put it in different envelopes for her. And then Barb would send -- Barb would give those envelopes to Colleen once a month and those would go to Ruthie. And that is how we -- how we kept track of it. And she would tabulate everything and do the bookkeeping on it and that is how we did it.

Q. So Ms. Swab would save all of the receipts from Classy's expenses and on a weekly basis write checks from Classy's account to pay Classy's bills; is that right?

A. Yes, ma'am.

Q. And then on a monthly basis, all those receipts and information would be provided to your accountant, Ms. McClain; correct?

A. Yes. Barbara Trask would keep track of all of that after Colleen wrote checks for them. I don't know exactly everything Barb did, but...

Q. Besides writing checks and -- strike that.

Did Classy Cycles have a corporate

Page 69

ROOF - PERSONAL

credit card?

A. Timeframe?

Q. In 2010?

A. I do not believe I had one working then.

Q. When you had receipts for expenses that you had paid or that Ms. Swab had paid out-of-pocket, how did Classy Cycles pay you back for those?

A. I believe we wrote a check. We had to have a receipt to get that money back. That was at that time, yes.

Q. Before the spill, did Classy Cycles regularly prepare financial projections of what it thought it was going to make in the coming year?

A. No, we didn't.

Q. Okay. Did it prepare financial projections ever for what it thought it was going to make before the spill?

A. No, ma'am.

Q. In 2010, Classy Cycles did its banking with Prosperity Bank; right?

A. To the best that I recall.

```
                                                Page 78
 1                  ROOF - PERSONAL
 2       A.    No, ma'am.
 3       Q.    -- copies of Classy Cycles' daily
 4  sheets?
 5       A.    No, ma'am.
 6       Q.    Is there anywhere else that Classy
 7  Cycles' daily sheets from 2007 to 2014 could
 8  be?
 9       A.    No, I don't know.
10       Q.    Is there anyone at Classy Cycles who
11  would know?
12       A.    No.
13       Q.    Mr. Roof, Classy Cycles is seeking
14  lost profits that it alleges it suffered due to
15  the spill; right?
16       A.    Yes, ma'am.
17       Q.    Besides lost profits it alleges it
18  suffered due to the spill, is Classy Cycles
19  seeking any other types of damages as a result
20  of the spill?
21       A.    Yes.
22       Q.    What?
23       A.    Everything.
24       Q.    What is everything?
25       A.    Everything I lost, I want it back.
```

```
                                                Page 79
 1                  ROOF - PERSONAL
 2       Q.    Mr. Roof --
 3       A.    I know.
 4       Q.    -- besides the profits it alleges it
 5  lost due to the spill, does Classy Cycles
 6  allege the business suffered any other damages
 7  from the spill?
 8       A.    I don't know how to answer that.  I
 9  guess I don't know specifically what you are
10  talking about.  Are you talking about
11  opportunities I have had missed, things that I
12  could have had that I don't have, things I
13  would have had now that I don't have because of
14  that oil spill?  What are you asking me?
15       Q.    Mr. Roof, Classy Cycles has filed a
16  claim against BP in court.  I'm trying to
17  understand what Classy Cycles' allegations are
18  about the damages that it --
19       A.    Yes.
20       Q.    So one of the allegations is that
21  Classy Cycles lost profits because of the
22  spill; right?
23       A.    Yes, ma'am.
24       Q.    Is Classy Cycles seeking
25  compensation for any other type of damage that
```

```
                                                Page 80
 1                  ROOF - PERSONAL
 2  it suffered due to the spill?
 3            MS. ADAMS:  Objection, calls for a
 4       legal conclusion, but Mr. Roof you can go
 5       ahead and answer.
 6       A.    Opportunities missed that aren't on
 7  paper.  The motels across the street from my
 8  businesses were no longer able to bring
 9  anything, because the motels across the street
10  had Gulf Coast cleanup people, filled the whole
11  motel.  There were no tourists there at all.
12  It was all Gulf Coast people.  There was, like,
13  six motels right in front of my stores that all
14  were housing Gulf Coast people.  There were no
15  tourists there for us to work with.
16            Property that I could have bought
17  that I wasn't able to that have to do with the
18  company buying property, making stuff happen.
19  I wasn't able to do so.  So it is, like, better
20  investments.  All the investments that Classy
21  Cycles needed to make but couldn't.
22            So it is like, what could I have
23  done with the funds if I had the funds.  So I
24  can't really put -- I don't know how to say it.
25  I'm not a smart man when it comes to what legal
```

```
                                                Page 81
 1                  ROOF - PERSONAL
 2  things I can say.
 3       Q.    I'm not asking you to reach any
 4  legal conclusions, Mr. Roof.  I want to take
 5  your answer in pieces.  You said that Classy
 6  Cycles missed opportunities due to the spill.
 7  What opportunities specifically did
 8  Classy Cycles miss due to the spill?
 9       A.    The piece of property for the car
10  wash that I wanted to do, right.  Had I been
11  able to buy that piece of property and make the
12  down payment I was supposed to make, the whole
13  thing fell through because we weren't able to
14  live up to their obligations of the contract.
15  We tried to buy it, weren't able to get a loan
16  for it because after we had done it, because
17  the BP oil spill nobody was giving loans here
18  in Bay County at that time, wasn't happening.
19            So it was like on top of that, our
20  revenue was down because we couldn't make it
21  happen.  Next three years we couldn't bring it
22  back up any better than it already was.  It was
23  just like we weren't able to make the
24  adjustments we needed to make in order to move
25  in a different direction.
```

Page 82
```
 1                ROOF - PERSONAL
 2              Had I been able to get the car wash
 3     that is now built as a car wash, had I been
 4     able to have that for myself, I would have
 5     three or four car washes by now.  Car washes
 6     generate between 4 and $5 million a year each.
 7     Four or five of them, you do the math.  A lot
 8     of things got missed out, it would have been
 9     way big.
10              It is, like, we did $5 million last
11     year between the two companies.  I own another
12     house on the water now which I bought last year
13     in December.  And for Christmas, I got a
14     brand-new Lamborghini.  I should have had that
15     before I had a heart attack, before COVID-19, I
16     should have had it way before.
17              And you took this away from me, you
18     took it away from me.  I should have had this,
19     this is mine.  My daughter, she never had to
20     have gotten divorce.  She should have had the
21     same smooth life I did, right, it didn't
22     happen.
23              So it is like, we all have to fight
24     our own battles and do our own thing.  Well,
25     you have gone, calling you, BP, you didn't
```

Page 83
```
 1                ROOF - PERSONAL
 2     actually do it, but BP put me through hell.  I
 3     think it should be millions.  There is no way
 4     to put a price on what they did to me.
 5              You know, I had people who came up
 6     to me, grown man I had known for 15 years
 7     crying, because he couldn't feed the kids, ever
 8     had to deal with that?  No, you haven't.  It is
 9     like, not just one, we're talking 15 or 20
10     different people, family members.  I was the
11     only one who had any funds or access to funds,
12     everybody else was just dying out here.  It
13     just wasn't happening.
14              So it is like, put a price on it,
15     yeah, I will put a price on it.  If I had a
16     choice it would be 50 million, 100 million.
17     This is, you know, where could I be if that
18     hadn't happened.  If that five years out of my
19     life hadn't been changed what would have
20     happened, what would happen to me.  I'm very
21     upset about this, because this is something
22     that happened to me, you know, and I had to
23     deal with it.
24         Q.   I understand this is difficult for
25     you to --
```

Page 84
```
 1                ROOF - PERSONAL
 2         A.   It is not difficult, this is easy.
 3         Q.   Do you feel you need a break?
 4         A.   No, no, I'm fine, I'm tough.
 5         Q.   Let me know if you need a break at
 6     any time?
 7         A.   Okay.  To be honest with you, after
 8     this happened the sky was the limit.  But now,
 9     it is happening for me, right?  I can go do
10     these things that I need to do.  I can get the
11     company to where it needs to be, right?  You
12     don't do $5 million a year by doing something
13     wrong, you do it by doing it right.  We have
14     been doing it right for a long time.
15         Q.   Mr. Roof --
16         A.   And I've been -- had I had the funds
17     when the funds were there -- because each year
18     who knows what we would have made each year,
19     who knows.  You guys don't think it happened,
20     it did happen.  We had tar balls all over my
21     equipment because people were bringing tar
22     balls off the God damn beach and bringing it up
23     here and putting on the golf carts and bring it
24     back with them.  Did they think it was, I don't
25     know, a souvenir.
```

Page 85
```
 1                ROOF - PERSONAL
 2              You know, two blocks -- two blocks,
 3     I'm sorry, two stores away from one of my main
 4     stores Obama showed up here with his wife and
 5     went to dinner at this high dollar restaurant
 6     that was two doors away from one of my shops.
 7     It was a fiasco, because she didn't want to get
 8     out in the water and get her feet wet, she was
 9     afraid to.
10              If you saw in the news today --
11     well, I can't, but I have this thing on my
12     phone where there is a class action lawsuit
13     against BP.  People that are sick, people that
14     got hurt mentally and physically from the BP
15     oil spill.  Today I am like are you kidding me,
16     this is ridiculous.
17              So yes, ma'am, I will shut up now,
18     but sometimes you have just got to vent.  There
19     is a lot of things that happen back then.
20         Q.   Mr. Roof, I want you to try to focus
21     my question specifically.
22         A.   Okay.
23         Q.   And answer just those questions.
24         A.   Yes, ma'am, I will.  I will do my
25     best to try.
```

```
                                              Page 86
 1              ROOF - PERSONAL
 2      Q.    Classy Cycles, the entity, alleges
 3   that it lost the opportunity to buy the
 4   property to start a car wash, yes?
 5      A.    Yes, ma'am.
 6      Q.    Does it allege any other specific
 7   business opportunities it lost as a result of
 8   this spill?
 9      A.    Yes, ma'am.
10      Q.    What business opportunity is that?
11      A.    Party Shack West, the building was
12   for sale $200,000, right.  Same year, BP oil
13   spill because a lot of these places couldn't
14   stay in business because they couldn't make any
15   money, there was no tourists here.  I had a
16   chance to buy that property for $200,000.  I
17   couldn't get the funds out.  I had already
18   spent all my money on BP and it went to
19   somebody else.
20            That property sold last year, $2.5
21   million.  I did not have the kind of money to
22   buy it, but that was the location.  It was
23   doors away from a place that I rent for $60,000
24   a year now.
25      Q.    What was Classy Cycles going to do
```

```
                                              Page 87
 1              ROOF - PERSONAL
 2   with the property that it couldn't buy
 3   because --
 4      A.    It was going to open up another
 5   location.
 6      Q.    Okay.  Was Classy Cycles going to
 7   buy that property or you personally?
 8      A.    Classy Cycles.  I am Classy Cycles,
 9   but we're the same.  It is the same.  I have to
10   personally guarantee everything Classy Cycles
11   does.
12      Q.    I understand that Classy Cycles is
13   largely run by you and Ms. Swab, but it is a
14   distinct corporate entity separate from you
15   personally, which is why I'm being very
16   specific.  So if you could listen --
17      A.    Just a moment.  Classy Cycles is
18   buying a piece of property on Thomas Drive to
19   build a location to do their repairs
20   maintenance and sales of golf carts.
21      Q.    Okay.
22      A.    And it is Classy Cycles' property --
23   I'm sorry, Outlaw Rentals' property, not Classy
24   Cycles on that one.  At that time it would have
25   been Classy Cycles, not Outlaw.
```

```
                                              Page 88
 1              ROOF - PERSONAL
 2      Q.    In 2010 Classy Cycles was going to
 3   buy a property to open up a new location, but
 4   it alleges it couldn't because of the spill;
 5   correct?
 6      A.    Yes, ma'am.  We did not have the
 7   opportunity to have the loan.
 8      Q.    Was Classy Cycles planning on buying
 9   both the property for the new location and the
10   property for the car wash or just one of those
11   things?
12      A.    One first, the other one came
13   available.  Made an effort for the second time
14   to try and buy that one because it was -- it
15   was a couple of hundred thousand less than the
16   other one.  The car wash was 400,000 and the
17   other one was 200,000.  And the Party Shack was
18   less than 200,000, so that was two different
19   opportunities that were missed.
20      Q.    Other than looking at those two
21   properties that Classy Cycles wanted to buy,
22   did Classy Cycles write down any business plans
23   for the car wash or the new location?
24      A.    No, ma'am, we didn't get that far.
25      Q.    Okay.
```

```
                                              Page 89
 1              ROOF - PERSONAL
 2      A.    I answered that before.
 3      Q.    Besides those two properties we just
 4   discussed that Classy wanted to buy but
 5   couldn't, was there any other specific business
 6   opportunity Classy alleges it missed due to the
 7   spill there?
 8      A.    There is about five more.  I've
 9   already been turned down twice, I wasn't going
10   to do it anymore.
11      Q.    Were any of those business
12   opportunities written down as business plans at
13   the time of the spill?
14      A.    No, ma'am.
15      Q.    Besides lost profits and the lost
16   business opportunities we discussed, is Classy
17   Cycles, the entity, seeking any other specific
18   damages against BP?
19      A.    Can you repeat that one more time?
20      Q.    Besides lost profits and the lost
21   business opportunities we just discussed, is
22   Classy Cycles seeking any other types of
23   damages from BP?
24      A.    I don't know.  I would have to ask
25   my lawyer, but I don't believe so.
```

```
                                                    Page 90
 1                 ROOF - PERSONAL
 2       Q.    Has Classy Cycles -- strike that.
 3             During what time period is Classy
 4   Cycles seeking damages for?
 5       A.    I say 2010 to 2015.  I have been
 6   told otherwise, so I believe it is 2013 is
 7   where we're going to, 2010 to 2013.  I was told
 8   four years.
 9       Q.    So Classy Cycles is seeking damages
10   from 2010 through the end of 2013?
11       A.    I believe that's right.
12       Q.    Okay.
13       A.    I also show one for 2014, so I don't
14   know.  But I believe 2013 is what we were told
15   we could do.  Like I said, I believe 2015 is
16   what I should go through, but they're not
17   allowing that so I believe it is 2010 to 2013.
18       Q.    How does Classy Cycles allege that
19   the spill caused its lost profits and lost
20   business opportunities from 2010 through the
21   end of 2013?
22       A.    I don't know, tourists, tourist
23   season the way it went.  Lack of customers,
24   didn't really start back up until the end of
25   2013, '14 or 2014, beginning of.
```

```
                                                    Page 91
 1                 ROOF - PERSONAL
 2       Q.    So Classy Cycles alleges that the
 3   spill caused a decrease in tourism which caused
 4   a decrease in its business revenues; correct?
 5       A.    Correct, but we also had to -- each
 6   year was a recovery trying to recoup what we
 7   lost the year before, so it kind of compounded
 8   and snowballed.  Even though we were getting
 9   people here, we still had funds that we didn't
10   have before.  Had we had the funds that we
11   didn't lose we would have more equipment.  With
12   more equipment we could have serviced more
13   people and that would have made things -- more
14   income.  It didn't happen, because we didn't
15   have the money and the assets to make it happen
16   from what happened in 2010.
17       Q.    Okay.  I want to make sure I
18   understand that correctly.  So because the
19   spill caused a decline in tourism and the
20   decline in tourism caused Classy Cycles to have
21   less in revenue, Classy Cycles had less money
22   with which to do its business.  Is that what
23   you were saying?
24       A.    Yes, ma'am.
25       Q.    Besides what we just discussed, is
```

```
                                                    Page 92
 1                 ROOF - PERSONAL
 2   there any other way that the spill caused
 3   Classy Cycles damage?
 4       A.    I believe so.
 5       Q.    What?
 6       A.    I am the owner of Classy Cycles.  My
 7   mental attitude, my peace of mind, and how I am
 8   changes by how much you have had pressure,
 9   stress.  It is hard when you go in and they
10   deny you loans, and deny you this and deny you
11   that because you can't move forward because of
12   what has happened with the BP oil spill.
13             So you really can't put a price on
14   the way it has suppressed my ability to move
15   forward.  And my creative mind was suppressed,
16   because I couldn't create more ideas knowing I
17   couldn't get more loans yet.  It took me four
18   or five years to get over that, to get past
19   that to where I could actually start making
20   things happen and have things happen for us.
21   It was actually 2016 when things just totally
22   turned around and started happening.  So yeah,
23   it hurt for a while.
24       Q.    I understand it has been an
25   incredibly difficult experience for you
```

```
                                                    Page 93
 1                 ROOF - PERSONAL
 2   personally.
 3       A.    I am California Cycles, Classy
 4   Cycles.
 5       Q.    Mr. Roof --
 6       A.    Sorry.
 7       Q.    -- I want to understand from Classy
 8   Cycles, the entity's, perspective how else
 9   besides causing a reduction in tourism which
10   caused a reduction in revenues the spill has
11   caused Classy Cycles, the entity, damage?
12       A.    I guess I don't understand the
13   question completely.  If I'm not able to create
14   and have the funds, the ability to create more
15   for Classy Cycles, that is damage.  Had I had
16   the half million dollars and not taken out of
17   my pocket, had the half million dollars plus
18   had the half million dollars or million dollars
19   I would have made of profit all of that could
20   have been turned back into profit instead of
21   where I am now, not suppressed from where I was
22   at.
23       Q.    Mr. Roof, I understand you are
24   saying if you had more funds -- strike that.
25             If Classy Cycles had had more funds,
```

```
                                                  Page 94
 1                ROOF - PERSONAL
 2   I understand you are saying it would have done
 3   more business.  But the reason Classy Cycles
 4   was alleging it had fewer funds is because of
 5   the decline in tourism, and therefore, the
 6   decline in revenues; right?  It is not some
 7   other event?
 8        A.   That is why I was trying to open a
 9   car lot.  That is why I had opened the car lot,
10   that is why I had -- Classy Cycles was opening
11   a car wash is what I was trying to say, car
12   wash.  So had we been able to open the car
13   wash, we could have made multiple more car
14   washes, but we weren't able to get the first
15   one opened because we weren't able to get the
16   funds.  It got shut down right from the ground.
17        Q.   Right, so I want to make sure I
18   understand that.  If the spill hadn't happened,
19   how would Classy Cycles have gotten the funds
20   to open up the car wash?
21        A.   I had $325,000 cash at home, right.
22   I also had access to getting money to build a
23   car wash from the bank, great credit.
24        Q.   Did Classy Cycles apply to any banks
25   or any other lenders for a loan for the car
```

```
                                                  Page 95
 1                ROOF - PERSONAL
 2   wash?
 3        A.   We were denied because it was
 4   already during -- we were actually putting
 5   everything together, had the people come out
 6   and tell us how much it would cost to put a car
 7   wash there, had done a contract with the
 8   property owner, but it was unable to get funded
 9   because BP oil spill happened during that same
10   time.  And they shut everything down, no
11   finances, no loans, no nothing.  And I was
12   afraid to do anything else anyway.
13        Q.   Do you have that contract with the
14   property owner?
15        A.   No, I don't.
16        Q.   Where is it?
17        A.   Where is it?
18        Q.   Yes.
19        A.   I got a copy, but I have no idea
20   where that copy is at.
21        Q.   Okay.  Was that contract signed or
22   just drafted?
23        A.   It was drafted.
24        Q.   Okay.  It wasn't signed?
25        A.   I had due diligence.  I had 90 days
```

```
                                                  Page 96
 1                ROOF - PERSONAL
 2   due diligence to get the car wash people there
 3   to see if I can make that happen and get
 4   financing.
 5        Q.   Okay.  You didn't have any signed
 6   contracts related to the car wash; right?
 7        A.   I was under process making the car
 8   wash happen.
 9        Q.   But you didn't have --
10        A.   I don't remember.  I don't remember
11   what all I had signed and I hadn't had signed.
12        Q.   And --
13        A.   But, yes, I had contracts that said,
14   I gave them $5,000 down, and I had due
15   diligence for 90 days, and that when I
16   contacted car wash people and they came out to
17   tell me how much it would be for a car wash and
18   I did -- I did a lot of shit.
19        Q.   Mr. Roof, I want you to listen to my
20   question.  Is Classy Cycles -- strike that.
21             Do you know if there are any signed
22   contracts related to Classy Cycles' effort to
23   buy the car wash in 2010?
24        A.   No, there was no reason to retain
25   that.
```

```
                                                  Page 97
 1                ROOF - PERSONAL
 2        Q.   Okay.  I'm going to show you a
 3   document that was marked as Exhibit 22
 4   yesterday.
 5             MS. ADAMS:  We could see it.
 6        Q.   You can see -- there we go.  Can you
 7   see Exhibit 22, Mr. Roof?
 8        A.   Yes.
 9        Q.   Do you know what this document is?
10        A.   No.
11        Q.   Have you seen this report before?
12        A.   No.
13        Q.   Okay.  This is a full review final
14   payment claim of Classy Cycles dated November
15   2019 and scrolling down to -- let's see, sorry,
16   here we go, the fourth page.  Do you see at the
17   top this box that says loss summary?
18        A.   Loss summary, what?
19        Q.   This box that says loss --
20        A.   Yes.
21        Q.   Okay.  So do you know anything about
22   Classy Cycles asking Claim Strategies Group to
23   do a damages calculation for it in 2019?
24        A.   Probably, that is Henry, I believe,
25   right?  I don't know who that is.
```

Page 98
ROOF - PERSONAL

1
2  Q.  Do you know anything about Classy
3  Cycles asking Henry Sienema to do a damages
4  analysis for it in 2019?
5  A.  Yes, yes.
6  Q.  Why did Classy Cycles ask Henry
7  Sienema to do a damages analysis for it in
8  2019?
9  A.  Because we dug for paperwork, final
10 paperwork we needed to find and we gave it to
11 Henry and Henry gave us how much he thought it
12 was worth.
13 Q.  Did you give, in 2019, paperwork to
14 Mr. Sienema that had never been given before?
15 A.  I did not.
16 Q.  Did anyone at Classy Cycles give
17 Mr. Sienema paperwork in 2019 that Mr. Sienema
18 had never had before?
19 A.  Colleen, I believe Colleen found a
20 bunch of paperwork that she gave Mr. Sienema.
21 Q.  Do you have -- it says at the bottom
22 line of this box claim payable including prior
23 payment $4,241,906.  Do you have any idea what
24 this amount is based on?
25 A.  No, I do not.  I know it is

Page 99
ROOF - PERSONAL

1
2  paperwork we found.
3  Q.  Okay.  So you don't know one way or
4  another if this calculation is based on
5  accurate data?
6  A.  Why would it not be?
7  Q.  Mr. Roof, do you know one way or
8  another whether this calculation is based on
9  accurate data?
10 A.  I believe it is accurate data.
11 Q.  What is the basis for your belief?
12 A.  I have to trust the people that I'm
13 surrounded with, therefore, I do trust their
14 documents and everything they have done
15 together is accurate.  There is no reason for
16 it not to be.  No one has lied, no one has
17 cheated, no one has nothing, so it is accurate.
18 Q.  Mr. Roof, do you know personally how
19 this $4.2 million was calculated?
20     MS. ADAMS:  Wait.  Mr. Roof, sorry,
21     calls for speculation, vague and
22     misleading.
23 Q.  Mr. Roof, let me ask again.  Do you
24 know personally how this $4.2 million was
25 calculated?

Page 100
ROOF - PERSONAL

1
2  A.  No.
3  Q.  Do you know personally what data
4  this $4.2 million calculation is based on?
5  A.  No.
6  Q.  You said you believe, however, that
7  this $4.2 million calculation is accurate?
8  A.  Yes.
9  Q.  Is there any reason, to your
10 knowledge, why this $4.2 million calculation is
11 inaccurate today?
12 A.  Yes, it is missing a year's
13 interest.
14 Q.  Besides missing a year's interest --
15 A.  I said it is missing a year's
16 interest.
17 Q.  I'm sorry.  Besides missing a year's
18 interest, do you have any other reason to
19 believe that this calculation is inaccurate
20 today other than --
21 A.  I understand --
22     MS. ADAMS:  Objection, sorry, it is
23     vague and misleading, but go ahead and
24     answer if you can, Mr. Roof.
25 A.  It possibly is inaccurate, because

Page 101
ROOF - PERSONAL

1
2  we couldn't find all the documentation.  That
3  number came from the documentation that we
4  could find.  There is still a lot of
5  documentation that was damaged in hurricanes we
6  were unable to accumulate.  So if we had that
7  extra paperwork that is missing, we would have
8  a lot more than 4.2 million, I believe.
9  Q.  Understood.  Between November 2019
10 and today, to your knowledge, has Classy Cycles
11 identified additional relevant documentation
12 that it had not provided Mr. Sienema before?
13 A.  Well, you have to say that one more
14 time.
15 Q.  Between November 2019 when this
16 report was created and today, to your
17 knowledge, has Classy Cycles identified
18 additional relevant documentation that it had
19 not provided Mr. Sienema before?
20 A.  I do not know.
21 Q.  You don't know.  I think it might be
22 a good time for a break actually.  Would you
23 like 10 minutes?
24 A.  Sure, that is fine.
25     MS. ADAMS:  Yes, yes, that works, so

Page 142

```
 1            ROOF - PERSONAL
 2       A.   I'm going to answer the question my
 3  way.  You want to hear it or you don't want to
 4  hear it?  I don't understand it (inaudible),
 5  this is bullshit.
 6            MS. ADAMS:  Okay, hey, this is
 7       getting very argumentative on both of
 8       y'all's sides.
 9       A.   This is a bunch of crap.  I don't do
10  crap.
11            MS. ADAMS:  Let's take a break, yes.
12            MS. TERTERYAN:  Take a break.
13            VIDEOGRAPHER:  The time is 12:36
14       p.m., we're off the record.
15            (Recess, 12:36 to 1:15 p.m.)
16            VIDEOGRAPHER:  The time is 1:15 p.m.
17       This is the start of Media Number 4, we're
18       on the record.
19       Q.   Mr. Roof, Classy Cycles took out
20  loans from your father in 2010; correct?
21       A.   Yes.
22       Q.   What is the total amount in loans
23  that Classy took from your father in 2010?
24       A.   150,000.
25       Q.   Did Classy Cycles take out loans
```

Page 143

```
 1            ROOF - PERSONAL
 2  from your father before 2010?
 3       A.   No.
 4       Q.   Classy Cycles -- strike that.
 5            The first time Classy Cycles ever
 6  took loans from your father was in 2010?
 7       A.   Yes.
 8       Q.   Did Classy Cycles take loans from
 9  your father in 2011?
10       A.   No.
11       Q.   Did Classy Cycles take loans from
12  your father anytime after 2010?
13       A.   I believe so.
14       Q.   When?
15       A.   Yes, either '12 or '13.
16       Q.   In 2012 how much total did Classy
17  Cycles take out in loans from your father?
18       A.   No, he did not.  No, he did not.  I
19  misspoke.  It was only for 2010 I got a loan
20  from him.
21       Q.   Okay.  So besides 2010 Classy
22  Cycles -- strike that.
23            Besides the 150,000 in loans that
24  Classy Cycles took out from your father in
25  2010, Classy Cycles did not take out any loans
```

Page 144

```
 1            ROOF - PERSONAL
 2  from your father in 2011, '12 or '13?
 3       A.   No.
 4            MS. ADAMS:  Objection, vague,
 5       misleading, mischaracterizes the testimony.
 6       Q.   I'm showing you the document that we
 7  -- I'm showing you the document that I marked
 8  earlier as Exhibit 30, if I can get it up.
 9  This is the financial statements as of December
10  31st, 2009 and 2008 for Classy Cycles prepared
11  by Jinks & Moody; right?  I'm taking you to
12  page 6 of this document.
13            Do you see this document says
14  liabilities and equity at the top?
15       A.   Okay.
16       Q.   Mr. Roof, do you see under
17  non-current liabilities in the middle looking
18  at the second to last line from the bottom it
19  says note payable grandpa.  Do you see that --
20  that line?
21       A.   Yes, ma'am.
22       Q.   All right.  And then do you see it
23  says, this year, which would be 2009, end of
24  2009.  It says, $130,000 for note payable
25  grandpa.  Do you know what that -- strike that.
```

Page 145

```
 1            ROOF - PERSONAL
 2            Did your -- do you know if this is a
 3  reference to your father, a loan from your
 4  father?
 5       A.   My mind is blank, I do not recall
 6  that.
 7       Q.   Okay.  Did your father -- as of the
 8  end of December 2009, did Classy Cycles have a
 9  $130,000 loan outstanding to your father?
10       A.   I do not recognize that at all.  Is
11  that taxes, is that on my taxes?
12       Q.   This is a document -- these are
13  financial statements.
14       A.   I am completely involved in every
15  part of the company's aspect except for the
16  keeping track of paperwork and doing the
17  paperwork.  I don't remember any of the
18  paperwork at all.  I don't remember that part,
19  so I'm at a loss for words.  I don't know.
20       Q.   Mr. Roof, is it possible that Classy
21  Cycles did, in fact, have a loan outstanding
22  from your father at the end of 2009?
23       A.   It could be part of what the funds
24  my brother got to purchase the golf carts.  To
25  purchase the golf carts, my brother got some
```

Page 150

```
 1                  ROOF - PERSONAL
 2       A.    I don't remember.  It was in the
 3  bank.
 4       Q.    Which bank did -- strike that.
 5             The bank account that you put the
 6  150 -- some of the $150,000 loan into, which
 7  bank was that at?
 8       A.    I believe it was Prosperity Bank is
 9  where we put the money to cover the checks
10  through.
11       Q.    So you have a personal bank account
12  with Prosperity Bank as well?
13       A.    Yes, I do, but I don't use that for
14  anything to do with the company.  The reason I
15  don't is if the company is overdrawn, has a bad
16  -- bounced check they take it out of my
17  account.  That is why I have it at Prosperity
18  Bank.
19       Q.    Mr. Roof, you said that you put some
20  of the $150,000 loan from your father into your
21  own personal account.  I want to understand
22  which bank that personal account was with?
23       A.    I don't remember.
24       Q.    Do you have bank accounts at banks
25  other than Prosperity Bank as well?
```

Page 151

```
 1                  ROOF - PERSONAL
 2       A.    Yes, ma'am.
 3       Q.    Which banks?
 4       A.    Panhandle Educators and Tyndall
 5  Federal Credit Union.
 6       Q.    Did you have those accounts in 2010?
 7       A.    I don't remember.  I have had them a
 8  long time.
 9       Q.    You said you put some of the
10  $150,000 loan into a personal bank account, but
11  you don't remember which one.  What did you do
12  with the rest of the money?
13       A.    I used it to pay bills over the next
14  two or three weeks.  It didn't last long.
15       Q.    ==Did your father give you any of the==
16  ==$150,000 loan in cash?==
17       A.    ==Yes, ma'am, I told you that.==
18       Q.    I'm sorry, I didn't --
19       A.    He brought me cash.  He brought me
20  cash.
21       Q.    He brought you $150,000 in cash?
22       A.    Yes, ma'am.
23       Q.    In two separate payments, yes?
24       A.    One time on our way down he brought
25  100 grand, the other he brought 50.  It was a
```

Page 152

```
 1                  ROOF - PERSONAL
 2  little more than that at the time.
 3       Q.    Understood, understood.  And just so
 4  I'm clear, did you put any of that $150,000 in
 5  cash into Classy Cycles' bank account at
 6  Prosperity?
 7       A.    Yes, ma'am.  Most all of it went
 8  to -- went there, but I had some money I had to
 9  put in my personal account to cover the checks
10  I wrote the day before because I knew he was
11  coming down.  Other things I owed, so...
12       Q.    When you say you put most of the
13  $150,000 in cash into Classy's bank account,
14  would that be more than $100,000 into Classy's
15  account?
16       A.    No.  Maybe, yeah, in the course of
17  over four weeks, yeah.
18       Q.    Would it be more than $125,000?
19       A.    I don't remember.
20       Q.    So something more than $100,000 and
21  less than $150,000 went into Classy Cycles'
22  Prosperity Bank account; is that correct?
23       A.    Yes, ma'am.
24       Q.    Okay.
25       A.    But the 100,000 from BP showed up
```

Page 153

```
 1                  ROOF - PERSONAL
 2  while I had that money at home.  I did not
 3  return the funds.  I kept the funds until we
 4  started disbursing money back to him the
 5  following year.  Over the next five years I
 6  took to get the money back to him.  I don't
 7  remember exactly how we paid that back either.
 8       Q.    When you say that you didn't -- I'm
 9  sorry, strike that.
10             You said that you kept the funds,
11  you didn't disburse the funds.  What funds were
12  you talking about?
13       A.    The money I borrowed from my dad.
14       Q.    Okay.  But you put at least $100,000
15  of that money that you borrowed from your dad
16  into Classy Cycles' bank account; right?
17       A.    Over the course of the month and a
18  half.  I don't know how much I actually put in
19  of his money in there.  At that point it became
20  my money.
21       Q.    Which month and a half was that?
22       A.    Pardon?
23       Q.    You said over the course of a month
24  and a half you put something around $100,000
25  into Classy Cycles' bank account?
```

Page 154

ROOF - PERSONAL

A. BP said they were going to pay me and they never did. They told me every week I had this much coming, this much coming. 200,000 this week, 250,000 this week, always changed every week for nine weeks. I was just trying to survive. No, I don't remember all of it.

Q. Mr. Roof, I just want to understand which --

A. Ask me yes or no questions then.

Q. Mr. Roof, which month -- strike that.

When in 2010 did your father loan you $150,000 for Classy Cycles?

A. I don't remember, sometime between June 1st and October 1st.

Q. Okay. So that is helpful. Sometime between June 1st and October 1st your father loaned Classy Cycles $150,000; correct?

A. Correct.

Q. And sometime between June 1st and October 1st, you put $100,000 in cash into Classy Cycles' bank account?

A. No, I didn't say that.

Page 155

ROOF - PERSONAL

Q. When --

A. I put 100,000 into Classy Cycles' company, not the bank account, company.

Q. Okay. Mr. Roof, how much of the $150,000 loan did you put into Classy Cycles' bank account?

A. I have no idea, I don't remember.

Q. Was it more than 50,000?

A. Okay. I don't remember when or what or how much I put in there. I told you that.

Q. Is there anything you could look at to be able to determine how much in loans you put into Classy Cycles' Prosperity Bank account in 2010?

A. I have no idea, I don't know. I don't do the book work. I don't know if you can get access to those, I have no idea. You are asking for things I don't know. I am hands-on on all the stuff. I know where I got the money, I know I used it for a lot of different things.

At that point it was my personal funds. He gave it to me, I used it on the company. I was trying to save my company. I

Page 156

ROOF - PERSONAL

didn't do anything wrong. You make it sound like I did something wrong. I didn't do anything wrong.

I was dealing in cash, because bank accounts weren't working very well around here at that time. Things looked very freaky out here. You wouldn't know, you weren't here.

Q. To be clear, you don't know if there are any documents you could look at to determine how much in loans were put into Classy Cycles' Prosperity Bank account?

A. I know you have all my bank account information; correct? So I'm going to give it to you from what I understand.

Q. Mr. Roof --

A. I don't have that information in front of me.

Q. Mr. Roof, I want you to listen to my question. Just so I'm clear, you don't know what document I should look at in order to be able to determine how much in loans Classy Cycles received in 2010 into its bank account; correct?

MS. ADAMS: Objection, vague,

Page 157

ROOF - PERSONAL

misleading, mischaracterizes past testimony.

Q. You can answer.

A. I think I've answered that question three times, but I will try to do it again. My hands are in a lot of stuff. In that particular time in my life, life was hell. A lot of things going on, thousand different directions. If you think I just sit here and look at my money and look at my money, I don't. I have to run a multitude of processes in my company. There is a lot of shit going on here, not just focusing on money.

At that time, I was fighting with everything, everybody, and everyone including BP. So I was like, I don't know -- I don't know what you want to hear from me. No, I don't have a clue. I don't know where you would look.

Q. You said that the $150,000 in loans from your father was repaid. What year was it repaid in?

A. I don't know.

Q. Was it repaid in 2011?

```
                                              Page 166                                                  Page 167
 1            ROOF - PERSONAL                            1                ERRATA SHEET
 2         C E R T I F I C A T E                         2   Case Name:
 3                                                       3   Deposition Date:
 4      I, SUSAN S. KLINGER, a certified shorthand       4   Deponent:
 5   reporter within and for the State of Texas, do      5   Pg.  No. Now Reads      Should Read    Reason
 6   hereby certify:                                     6   ___  ___ _____      _____     _____
 7      That RICK ROOF, the witness whose                7   ___  ___ _____      _____     _____
 8   deposition is hereinbefore set forth, was duly      8   ___  ___ _____      _____     _____
 9   sworn by me and that such deposition is a true      9   ___  ___ _____      _____     _____
10   record of the testimony given by such witness.     10   ___  ___ _____      _____     _____
11      I further certify that I am not related to     11   ___  ___ _____      _____     _____
12   any of the parties to this action by blood or     12   ___  ___ _____      _____     _____
13   marriage; and that I am in no way interested in   13   ___  ___ _____      _____     _____
14   the outcome of this matter.                        14   ___  ___ _____      _____     _____
15      IN WITNESS WHEREOF, I have hereunto set my     15   ___  ___ _____      _____     _____
16   hand this 5th day of March, 2021.                  16   ___  ___ _____      _____     _____
17                                                      17   ___  ___ _____      _____     _____
18          _____                     18   ___  ___ _____      _____     _____
19          Susan S. Klinger, RMR-CRR, CSR              19   ___  ___ _____      _____     _____
20          Texas CSR# 6531                             20
21                                                      21                               _____
22                                                      22                               Signature of Deponent
23                                                           SUBSCRIBED AND SWORN BEFORE ME
24                                                      23   THIS ____ DAY OF _____, 2021.
25                                                      24   _____
                                                        25   (Notary Public)   MY COMMISSION EXPIRES:_____
```