UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on May 24, 2021 | § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE CURRAULT |
| This Document Relates to: Pleading Bundle B1 | § § | |

---

| | | |
|---|---|---|
| CLASSY CYCLES, INC. |  § § § § | CIVIL ACTION  NO. 16 CV 05923  SECTION  J |
| VS. | § § § | |
| BP P.L.C.; BP AMERICA, INC.; BP AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § | JUDGE BARBIER MAG. JUDGE CURRAULT  JURY TRIAL DEMANDED |

## DECLARATION OF CAROLINE ADAMS

I, Rick Roof, respectfully submit this Declaration in Support of Classy Cycles' Response and Opposition to BP's Motion for Summary Judgment, and state the following:

1. "The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows:

2. I am an attorney with the Buzbee Law Firm in Houston, Texas. I am in good standing with the State Bar of Texas. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could provide the following testimony competently under oath.

3. Attached to Plaintiff's Response to Defendants' Motion for Summary as A2 is a true and correct copy of excerpts from the deposition transcript of testimony from Colleen Swab's deposition that took place on February 22, 2021.

4. Attached to Plaintiff's Response to Defendants' Motion for Summary as B2 is a true and correct copy of excerpts from the deposition transcript of testimony from Rick Roof's deposition that took place on February 23, 2021.

EXHIBIT C

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed i

*Carolin* [signature]

Ca

2