UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | SECTION J |
| GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | JUDGE BARBIER |
| | § | |
| This Document Relates to: | § | |
| Pleading Bundle B1 | § | |

| | | |
|---|---|---|
| **CLASSY CYCLES, INC.** | § | CIVIL ACTION  NO. 16 CV 05923 |
| | § | |
| | § | |
| | § | SECTION  J |
| VS. | § | |
| | § | |
| | § | |
| | § | JUDGE BARBIER |
| | § | MAGISTRATE CURRAULT |
| BP P.L.C.; BP AMERICA, INC.; BP | § | |
| PRODUCTS NORTH AMERICA, INC.; | § | |
| BP AMERICA PRODUCTION COMPANY; | § | |
| BP EXPLORATION & PRODUCTION, INC. | § | JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Considering BP Defendants's Motion for Summary Judgment, and responses thereto:

IT IS HEREBY ORDERED that the Motion (Rec. Doc. 27103) is **DENIED**. Motion for

Summary Judgment (the "Motion") are filed under seal pending further order.

New Orleans, Louisiana, this _____ day of _____2021.

_____
**UNITED STATES DISTRICT JUDGE**