UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| This Document Relates To: Civil Action No. 2:13-cv-01286 | SECTION: J |
| | JUDGE BARBIER |
| GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC. | MAGISTRATE JUDGE CURRAULT |
| v. | |
| BP AMERICA PRODUCTION COMPANY; ET AL. | |

_____

**BIOMARINE TECHNOLOGIES, INC. AND GULF MARINE INSTITUTE OF TECHNOLOGY'S MOTION FOR LEAVE TO FILE SURREPLY AND AMENDED AFFIDAVIT**
_____

BioMarine Technologies, Inc. and Gulf Marine Institute of Technology (collectively, "Plaintiffs") respectfully request leave of this Court to file a Surreply and to supplement the summary judgment evidence with an Amended Affidavit of George Hersbach, in further opposition to Defendants' Motion for Summary Judgment.

Local Rule 7.2 allows for the filing, with leave of court, of additional pleadings before the court has ruled on a motion. This Court has previously granted leave to file a surreply to a motion for summary judgement, even after the date of submission had passed. *Mays v. Bd. of Commissioners Port of New Orleans*, No. CV 14-1014, 2015 WL 13529948, at *3 (E.D. La. Oct. 22, 2015) (permitting a late filed Surreply based on local rule 7). As the Court in Mays explained:

> Moreover, this Court routinely considers parties' requests for leave to file additional pleadings even after the submission date for a motion has passed,

but before the Court has ruled on a motion, as L.R. 7.2 explicitly allows. Although leave to file reply memoranda is not automatically granted, the Court will generally allow additional pleadings if they are within the scope of a party's opposition and help develop a fuller record for the Court to consider.

*Id.*

Here, prior to the Court's ruling, Plaintiffs seek leave of Court to address two points made by Defendants in their Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.  First, Defendants seem to argue that Plaintiffs' claims under OPA for personal property damages fail because their personal property was not oiled or "actual[ly] damage[d]" by the Spill, because Plaintiffs' property damages were "unrealized," and because Plaintiffs did not own or lease the FlorAbama site.  Plaintiffs seek leave to explain why these arguments are without merit.

Second, Defendants contend that the affidavit of George Hersbach, which Plaintiffs filed with their Response and upon which they rely as summary judgment evidence, is "unsworn" and that it is not proper summary judgment evidence because it does not track the language of 33 U.S.C § 1746.  Plaintiffs seek leave to explain that the Hersbach Affidavit is in fact sworn and is proper summary judgment evidence.

In an abundance of caution, Plaintiffs seek leave to supplement the summary judgment evidence with an amended Affidavit of George Hersbach that includes the language specified in 33 U.S.C § 1746.  Like the Hersbach Affidavit, the Amended Hersbach Affidavit will assist the Court in developing a fuller understanding of the record and issues. Further, there is no prejudice or unfair surprise to Defendants by allowing the Amended Hersbach Affidavit to be filed because it is substantively identical to the original and is only intended to cure the alleged defect in the affiant's swearing statement.

For these reasons, Plaintiffs pray that this Motion be granted and that Plaintiffs be granted leave to file their Surreply and to supplement the summary judgment evidence with the Amended Hersbach Affidavit.

Date: June 21, 2021

Respectfully submitted,

THE KRELLER LAW FIRM

*/s/ Stephen Skelly Kreller*
Stephen Skelly Kreller (Bar No. 28440)
Katie M. Cusimano (Bar No. 28545)
757 Saint Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

And

GARCIA DE LA GARZA, LLP

*/s/ Mario de la Garza*
Mario de la Garza (Tex. Bar. No 24040785)
1616 S. Voss Road, Suite 870
Houston, Texas 77057
T: (713) 784-1010
F: (713) 784-1011
E: mdelagarza@dlgtriallaw.com

*Attorneys for plaintiffs, Gulf Marine Institute of Technology and BioMarine Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Surreply and Amended Affidavit in Case No. 2:13-cv-01286 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June, 2021.

*/s/ Stephen Skelly Kreller*

Stephen Skelly Kreller