UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To: Civil Action No. 2:13-cv-01286 | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |
| GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC. | |
| v. | |
| BP AMERICA PRODUCTION COMPANY; ET AL. | |

## ORDER

Considering Plaintiffs' Motion for Leave to File Surreply and Amended Affidavit, **IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their Surreply and Amended Affidavit.

New Orleans, Louisiana this ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE