UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is BP's Motion to Dismiss for Lack of Standing to Prosecute the Claim (Rec. Doc. 26922), which seeks to dismiss the complaint by "John DeSilva, individually, and as the sole member, owner, and operator of the Bird of Paradise, LLC." (Complaint at 1, No. 16-05277, Rec. Doc. 1). The motion was briefed (DeSilva Opp'n, Rec. Doc. 27005); BP Reply, Rec. Doc. 27013) and argued to the Court on April 21, 2021 (Minute Entry, Rec. Doc. 27059). At the end of the hearing, the Court deferred ruling on the motion and ordered the parties to take additional, limited discovery and then file supplemental briefs on June 11, 2021. (Minute Entry, Rec. Doc. 27059; Transcript at 31, Rec. Doc. 27067). The parties have now filed their supplemental briefs. (BP Suppl. Brief, Rec. Doc. 27145; DeSilva Suppl. Brief, Rec. Doc. 27144).

DeSilva's supplemental brief states in pertinent, "[T]o eliminate any confusion about who the real party in interest is, Mr. MacDonald has executed a document that, if necessary, transfers the Claim from himself and/or Barracuda, LLC back to Mr. DeSilva, personally, as the proper Rule 17 real party in interest (Brief Exhibit S), which procedure apparently comports with BP's latest suggestion." (Rec. Doc. 27144 at 5). BP's supplemental brief does not address the purported assignment—

presumably because BP was not aware of its existence.[1] The Court will give BP an opportunity to address the assignment.

Accordingly,

IT IS ORDERED that by no later than Monday, June 28, 2021, BP may file a response (limited to 5 pages, double-spaced) addressing Exhibit S to DeSilva's supplemental brief (Rec. Doc. 27144-17).

New Orleans, Louisiana, this 21st day of June, 2021.

_____
United States District Judge

---

[1] The assignment is dated June 8, 2021, three days before the parties' supplemental briefs were due to the Court. (Rec. Doc. 27144-17).