# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON"<br>in the GULF OF MEXICO,<br>on April 20, 2010<br><br>*This document relates to<br>2:13-cv-06730* | CIVIL ACTION: 2:10-md-02179<br><br>SECTION J(2)<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## JOINT MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE

**NOW COME** Plaintiff, Larry Griffin Towing Co., Inc., and Defendant, John D. Naples, who respectfully move this Honorable Court to dismiss with prejudice all claims asserted in the above-captioned lawsuit, pursuant to Federal Rule of Civil Procedure Rule 41(a), as such claims have been compromised and fully resolved. Each party will bear its own costs.

Respectfully submitted,

> **LARZELERE PICOU WELL SIMPSON LONERO, LLC**
>
> */s/ T. Justin Simpson_____*
> **T. JUSTIN SIMPSON, T.A. (18347)**
> Two Lakeway Center
> 3850 North Causeway Blvd., Suite 500
> Metairie, LA 70002
> Telephone: (504) 834-6500
> Fax: (504) 834-6565
> ***Counsel for Larry Griffin Towing Co., Inc.***

and

**NEXSEN PRUET, LLC**

*/s/ Paul A. Dominick*_____
**PAUL A. DOMINICK (*pro hac vice*)**
205 King Street, suite 400
Charleston, SC 29401
Telephone: (843) 577-9440
Fax: (843) 720-1777
PDominick@nexsenpruet.com

      and

Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA70119
Telephone: 504.482.5711
Fax: 504.482.5755
Dglsschmdt@yahoo.com
***Counsel for John D. Naples***