UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>*This document relates to 2:13-cv-06730* | CIVIL ACTION: 2:10-md-02179<br><br>SECTION J(2)<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## ORDER OF VOLUNTARY DISMISSAL, WITH PREJUDICE

Considering the foregoing Joint Motion for Voluntary Dismissal, With Prejudice filed by Plaintiff, Larry Griffin Towing Co., Inc., and Defendant, John D. Naples,

**IT IS HEREBY ORDERED** that the foregoing motion shall be and is hereby **GRANTED,** and all claims asserted in the above-captioned lawsuit shall be and are hereby **DISMISSED,** with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each party to bear its own respective costs.

New Orleans, Louisiana this _____ day of June, 2021

_____
**Hon. Carl J. Barbier, United States District Judge**