UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 12-2004, Valdivieso v. Southern Cat, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Sergio Valdivieso's Motion for Leave to File Sur-Reply. (Rec. Doc. 27129).

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 22nd day of June, 2021.

_____
United States District Judge