# Exhibit A

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | bp | Link to: Report How-To and Information Content | | IAP Personnel Query | | | | |
| 2 | | | | | | | | |
| 3 | Organization Name | TLG | Section/Unit | Badge ID | Last Name | First Name | Position | Cell |
| 4 | ERG | VOO Branch | Operations | 176868 | Valdivieso | Sergio | | 941-545-9778 |

Confidential

BP-B3-SValdivieso_00000003

|   | I | J | K | L |
|---|---|---|---|---|
| 1 | DataMart As Of Date: 8/19/201– 2:26:00 PM | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | demob_poc_jason_geiger Personal Confidential n/a | FL | | Bryan Personal Confidential |

Confidential
BP-B3-SValdivieso_00000004



# General Purpose

## Student Information / Test Answer Sheet ( S.I.T.A.S. )

ID#: **PEC 60 0028767**

**STUDENT INFORMATION:** Class Date: / /   Please PRINT using INK.

- First Name: SERGIO
- M.I.: V
- Last Name: VALDIVIESO
- Suffix: M
- SSN: 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 (Last 4-digits of SSN are OK.)
- DOB: 1/19/53
- Home Phone: 941-545-9778
- Country: U.S.A.

Home address, phone, and/or email address are optional. Company name is required.

- Home Address: 6708 36 AV DR W.
- City: Bradenton
- State: FL
- Zip Code: 34209
- Email Address:
- Company Name / Division / BU / etc: ERG
- Medical Alerts:
- Languages Spoken: Spanish - English

Course: MC252 MUD 35

**STUDENT DISCLAIMER:** (Student, please read the following disclaimer.)

The successful completion of this course and the possession of a valid PEC Photo-ID Card do not imply or document that the holder has been sufficiently trained to safely perform his or her job duties.

I give PEC/Premier the right to store and display the results of this course in industry approved databases such as PEC/Premier's *Training Tracker* database. I understand that my full Social Security Number will **not** be shown as part of the training information released in the Training Tracker database.

I have read and do understand the above disclaimer.

Student's Signature: _____ (SIGNATURE REQUIRED)    Date: 6/22/10

**INSTRUCTOR INFORMATION:**

- Instructor Signature: _____ (SIGNATURE REQUIRED)
- Printed Name: Michael _____
- Date: 6/22/10
- SSN: _____ (Last 4-digits of SSN are OK.) [Personal Confidential]

Students, please answer the five EVALUATION questions to the right by circling your answer. Your feedback aids us in improving the PEC/Premier safety program.

**STUDENT EVALUATION** – Complete these five questions:

Answer questions 2 - 4 by circling a rating of 1 to 5 where:
(1=Strongly Agree, 2=Agree, 3=Not Sure, 4=Disagree, 5=Strongly Disagree)

1. Regarding your time spent in this program; approximately how much time did your Instructor spend on:
   - Oral Presentations: 0-30 min  **31-60 min**  1-2 hrs  2+ hrs
   - Video Presentations: 0-30 min  **31-60 min**  1-2 hrs  2+ hrs
   - Slide/Overhead Presentations: 0-30 min  **31-60 min**  1-2 hrs  2+ hrs
   - Hands-On Presentations: 0-30 min  **31-60 min**  1-2 hrs  2+ hrs
2. The instructor presented the material in a clear and concise manner.  **1**  2  3  4  5
3. Upon completion of the course, I have a good understanding of the subjects presented.  **1**  2  3  4  5
4. I know when to apply the skills learned in this course.  **1**  2  3  4  5
5. This program lasted:  0-2 hrs  **2-4 hrs**  4-6 hrs  6-8 hrs  8+ hrs

©2010 COPYRIGHTED - ALL RIGHTS RESERVED BY PEC/PREMIER    FORM# BASIC-SITAS-001, Version: 1.2

Confidential    BP-B3-SValdivieso_00000009

**STUDENT:** The Evaluation on the front of this answer sheet is considered part of the Questionnaire. Please <u>complete the Evaluation</u>, as well as providing the <u>personal information</u> requested. Students must initial **ANY** corrections (including erasures) or changes made to test answers. Student initials should be placed in the student initials (S.I.) column on the row of the corrected or changed question. This should be done prior to test grading. Failure to do so could result in test being returned for correction.

**INSTRUCTOR:** When grading the test modules, the Instructor should write the correct answer in the "Correct Answer" column for **any** skipped or incorrect answers by the Student. The reverse side of this form **must** be completed. Missing student photos or **ANY** incomplete information will cause this form to be returned to you for completion. This may cause a delay in the processing and may result in the student being removed from the Training Tracker and other industry databases.

ID#: **PEC 60 0028767**



(Page 2)

## General Purpose
### Student Information / Test Answer Sheet ( S.I.T.A.S. )

CIRCLE the letter that corresponds to the correct answer for each of the questions. **Notice: A=True, B=False.** Be sure to write in the version letter (A, B, C, or D) of the test you are taking into the Test Version field. S.I. is an abbreviation for Student Initial and indicates the column for students to initial any corrections or changes.

| Test 1 Version: ___ | S.I. ⇩ | Test 2 Version: ___ | S.I. ⇩ | Test 3 Version: ___ | S.I. ⇩ | Test 4 Version: ___ | S.I. ⇩ | Test 5 Version: ___ | S.I. ⇩ | Test 6 Version: ___ | S.I. ⇩ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. A (B) C D | | 1. A B C D | | 1. A B C D | | 1. A B C D | | 1. A B C D | | 1. A B C D | |
| 2. (A) B C D | | 2. A B C D | | 2. A B C D | | 2. A B C D | | 2. A B C D | | 2. A B C D | |
| 3. (A) B C D | | 3. A B C D | | 3. A B C D | | 3. A B C D | | 3. A B C D | | 3. A B C D | |
| 4. A (B) C D | | 4. A B C D | | 4. A B C D | | 4. A B C D | | 4. A B C D | | 4. A B C D | |
| 5. (A) B C D | | 5. A B C D | | 5. A B C D | | 5. A B C D | | 5. A B C D | | 5. A B C D | |
| 6. (A) B C D | | 6. A B C D | | 6. A B C D | | 6. A B C D | | 6. A B C D | | 6. A B C D | |
| 7. (A) B C D | | 7. A B C D | | 7. A B C D | | 7. A B C D | | 7. A B C D | | 7. A B C D | |
| 8. (A) B C D | | 8. A B C D | | 8. A B C D | | 8. A B C D | | 8. A B C D | | 8. A B C D | |
| 9. (A) B C D | | 9. A B C D | | 9. A B C D | | 9. A B C D | | 9. A B C D | | 9. A B C D | |
| 10. (A) B C D | | 10. A B C D | | 10. A B C D | | 10. A B C D | | 10. A B C D | | 10. A B C D | |
| 11. (A) B C D | | 11. A B C D | | 11. A B C D | | 11. A B C D | | 11. A B C D | | 11. A B C D | |
| 12. A (B) C D | | 12. A B C D | | 12. A B C D | | 12. A B C D | | 12. A B C D | | 12. A B C D | |
| 13. A (B) C D | | 13. A B C D | | 13. A B C D | | 13. A B C D | | 13. A B C D | | 13. A B C D | |
| 14. A (B) C D | | 14. A B C D | | 14. A B C D | | 14. A B C D | | 14. A B C D | | 14. A B C D | |
| 15. (A) B C D | | 15. A B C D | | 15. A B C D | | 15. A B C D | | 15. A B C D | | 15. A B C D | |
| 16. A (B) C D | | 16. A B C D | | 16. A B C D | | 16. A B C D | | 16. A B C D | | 16. A B C D | |
| 17. (A) B C D | | 17. A B C D | | 17. A B C D | | 17. A B C D | | 17. A B C D | | 17. A B C D | |
| 18. (A) B C D | | 18. A B C D | | 18. A B C D | | 18. A B C D | | 18. A B C D | | 18. A B C D | |
| 19. (A) B C D | | 19. A B C D | | 19. A B C D | | 19. A B C D | | 19. A B C D | | 19. A B C D | |
| 20. (A) B C D | | 20. A B C D | | 20. A B C D | | 20. A B C D | | 20. A B C D | | 20. A B C D | |
| 21. A B C D | | 21. A B C D | | 21. A B C D | | 21. A B C D | | 21. A B C D | | 21. A B C D | |
| 22. A B C D | | 22. A B C D | | 22. A B C D | | 22. A B C D | | 22. A B C D | | 22. A B C D | |
| 23. A B C D | | 23. A B C D | | 23. A B C D | | 23. A B C D | | 23. A B C D | | 23. A B C D | |
| 24. A B C D | | 24. A B C D | | 24. A B C D | | 24. A B C D | | 24. A B C D | | 24. A B C D | |
| 25. A B C D | | 25. A B C D | | 25. A B C D | | 25. A B C D | | 25. A B C D | | 25. A B C D | |
| Score: 95 | ⇧ Correct Answer | Score: ___ | ⇧ Correct Answer | Score: ___ | ⇧ Correct Answer | Score: ___ | ⇧ Correct Answer | Score: ___ | ⇧ Correct Answer | Score: ___ | ⇧ Correct Answer |

Student Signature (Required): _[signature]_  Date: 6/22/10

**STUDENT DISCLAIMER:** I the Student, agree that any and all questions that I skipped or answered incorrectly have been reviewed with the Instructor and that I am aware of the correct answer.

Instructor Signature (Required): _[signature]_  Date: 6/22/10

**INSTRUCTOR DISCLAIMER:** I the Instructor, agree that any and all questions skipped or answered incorrectly by the Student have been reviewed and that the correct answer has been written in the space provided.

©2010 COPYRIGHTED – ALL RIGHTS RESERVED BY PEC/PREMIER

FORM# GENERAL-SITAS-001, Version. 1.2

# DAILY PROJECT REPORT

**EAGLE SWS**
A "Progressive Environmental" Company

| | | | |
|---|---|---|---|
| JOB NUMBER | CO1-004-7000 | DATE | 6/26/10 |
| CLIENT NAME | MSRC | DAY OF THE WEEK | WEDS |
| JOB LOCATION | Grand Isle, La. | REPORT 2 OF 4 | |
| DESCRIPTION OF WORK PERFORMED TODAY: | On Water | | |

## DAILY PERSONNEL

| EMPLOYEE NAME | LABOR CLASSIFICATION | Start Time - End Time | Break Time | Per Diem? |
|---|---|---|---|---|
| Non-Responsive | | | | |
| Sergio Valdivieso | TECH II | 0600-1800 | | Y |

Non-Responsive

**EAGLE SVS**

DATE: 5/26/2010
DAY OF THE WEEK: Wednesday
CLIENT NAME: MSRC

DAILY REPORT - PERSONNEL CHARGES

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
|---|---|---|---|---|---|---|
| Grand Isle, LA | C01-004-7000 | 920300 | 5/2/2010 | 5/26/2010 | 5 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | TIME Start | TIME End | HOURS ST | HOURS OT | RATE ST | RATE OT | AMOUNT ST | AMOUNT OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | **Non-Responsive** | | | | | | | | | | |
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 18:00 | 8.00 | 4.00 | 48.00 | 72.00 | 384.00 | 288.00 | 672.00 | 125.00 |

**Non-Responsive**

Confidential                                                                                                 BP-B3-SValdivieso_00000156

EAGLE & SVCS

DAILY REPORT - PERSONNEL CHARGES

DATE: 5/27/2010
DAY OF THE WEEK: Thursday
CLIENT NAME: MSRC

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
|---|---|---|---|---|---|---|
| Grand Isle, LA | C01-004-7000 | 920300 | 5/2/2010 | 5/27/2010 | 6 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | TIME Start | TIME End | HOURS ST | HOURS OT | RATE ST | RATE OT | AMOUNT ST | AMOUNT OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Non-Responsive

| ID | Name | Labor Classification | Start | End | ST | OT | ST | OT | ST | OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 18:00 | 8.00 | 4.00 | 48.00 | 72.00 | 384.00 | 288.00 | 672.00 | 125.00 |

# Non-Responsive

EAGLE

| DATE: | 5/28/2010 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DAY OF THE WEEK: | Friday | | | | | DAILY REPORT - PERSONNEL CHARGES | | |
| CLIENT NAME: | MSRC | | | | | | | |

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
| --- | --- | --- | --- | --- | --- | --- |
| Grand Isle, LA | C01-004-7000 | 920300 | 5/2/2010 | 5/28/2010 | 7 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | TIME Start | TIME End | HOURS ST | HOURS OT | RATE ST | RATE OT | AMOUNT ST | AMOUNT OT | Total | Per Diem |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | |
| | | | | | **Non-Responsive** | | | | | | | |
| | | | | | | | | | | | | |
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 18:00 | 8.00 | 4.00 | 48.00 | 72.00 | 384.00 | 288.00 | 672.00 | 125.00 |
| | | | | | **Non-Responsive** | | | | | | | |

Confidential                                                                                                                 BP-B3-SValdivieso_00000170

**SANDDOLLAR, INC.**
P.O. BOX 600
GRAND ISLE, LA 70358
(985) 787-2500

(985) 787-2500 Marina
(985) 787-2893 Motel
(985) 787-3900 Fax

Date: 6 ___ 20 10

SOLD: Eagle SWS

M/V B-201

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5-7 | ice pro | | Highly Confidential |
| | | | |
| | Sergio Valdivieso | | |
| | | | |
| | | TOTAL ▶ | Highly Confidential |

Rec'd by: _____ 95575

---

**SANDDOLLAR, INC.**
P.O. BOX 600
GRAND ISLE, LA 70358
(985) 787-2500

(985) 787-2500 Marina
(985) 787-2893 Motel
(985) 787-38__

Date: 6-20 20__

SOLD: Eagle SWS

M/V B-84

| QTY. | DESCRIPTION | PRICE | AMOUN |
|---|---|---|---|
| 12 | ice pro | | Highly Confidential |
| | | | |
| | Sergio Valdivieso | | |
| | | | |
| | | TOTAL ▶ | Highly Confidential |

Rec'd by: _____

Confidential                                                                 BP-B3-SValdivieso_00000828

P31

EAGLE SWS

DATE: 6/21/2010
DAY OF THE WEEK: Monday
CLIENT NAME: MSRC

DAILY REPORT - PERSONNEL CHARGES

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
|---|---|---|---|---|---|---|
| Grand Isle, LA | C01-004-7000 | 920300 | 5/2/2010 | 6/21/2010 | 31 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | TIME Start | TIME End | HOURS ST | HOURS OT | RATE ST | RATE OT | AMOUNT ST | AMOUNT OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Non-Responsive**

| ID | Name | Labor Classification | Start | End | ST | OT | ST | OT | ST | OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 18:00 | 8.00 | 4.00 | 48.00 | 72.00 | 384.00 | 288.00 | 672.00 | 125.00 |

**Non-Responsive**

# Non-Responsive

**SANDDOLLAR, INC.**
P.O. BOX 600
GRAND ISLE, LA 70358
(985) 787-2500

(985) 787-2500 Marina
(985) 787-2893 Motel

(985) 787-3800 Fax

Date _____ 20 __

SOLD _____

_____

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 112 | gils gas | | |
| | | | |

Highly Confidential

TOTAL ▶   Highly Confidential

Rec'd by: _____

**SANDDOLLAR, INC.**
P.O. BOX 600
GRAND ISLE, LA 70358
(985) 787-2500

787-2500 Marina
787-2893 Motel

(985) 787-3800 Fax

Date 6-28 20 10

LD Gayle Blues

m/v Roxy

| TY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  |  |  | Highly Confidential |
|  | Sergio Valdivieso |  |  |
|  |  | TOTAL ▶ | Highly Confidential |

c'd by: _____

Non-Responsive

P47

**EAGLE SWS**

DATE: 7/7/2010
DAY OF THE WEEK: Wednesday
CLIENT NAME: MSRC

DAILY REPORT - PERSONNEL CHARGES

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
|---|---|---|---|---|---|---|
| Grand Isle, LA | C01-004-7000 | 920300 | 6/2/2010 | 7/7/2010 | 47 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | Time Start | Time End | Hours ST | Hours OT | Rate ST | Rate OT | Amount ST | Amount OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Non-Responsive | | | |
| | | | | Non-Responsive | | | | | | | | |
| | Non-Responsive | | | | Non-Responsive | | | | | | Non-Responsive | |
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 10:00 | 4.00 | - | 48.00 | 72.00 | 192.00 | - | 192.00 | 125.00 |
| | | | | | | | | | Non-Responsive | | Non-Responsive | |

# Non-Responsive

P48

**EAGLE SWS**

DATE: 7/8/2010
DAY OF THE WEEK: Thursday
CLIENT NAME: MSRC

DAILY REPORT - PERSONNEL CHARGES

| Location | Tracking Code | Client P.O. | Contract Date | Report Date | Report Number | Region |
|---|---|---|---|---|---|---|
| Grand Isle, LA | C01-004-7000 | 820009 | 5/2/2010 | 7/8/2010 | 48 | Gulf Coast |

SCOPE OF WORK: Staging for oil spill in the Gulf of Mexico

| ID | Name | Labor Classification | TIME Start | TIME End | HOURS ST | HOURS OT | RATE ST | RATE OT | AMOUNT ST | AMOUNT OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Non-Responsive | | | | | Non-Responsive |
| | | | | | | | | | | | | |

## Non-Responsive

| ID | Name | Labor Classification | Start | End | ST | OT | ST | OT | ST | OT | Total | Per Diem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Non-Responsive | | | | | | | | | | | |
| ERG | Valdivieso, Sergio | Tech II (40hr) | 6:00 | 18:00 | 8.00 | 4.00 | 48.00 | 72.00 | 384.00 | 288.00 | 672.00 | 126.00 |
| | | | | | | | Non-Responsive | | | | | Non-Responsive |

## Non-Responsive

# BP – MC252 Post Emergency Response
## SHORELINE – MODULE 3S Class Roster

DR
1
3S
15

| Course Title: | MC252 4-Hr Shoreline Response Training (Module 3S) | | | Module: | 2  3S  3M  (circle highest module taught) |
|---|---|---|---|---|---|
| Training Location Description: | GRAND ISLE, LA | | | Date | 6.22.10 |
| Training Location State: | Training Location City: | | | Start Time | 9aM |
| | | | | End Time | 1PM |
| | | | | Hrs. Trained | 4 |

| Student Name (PRINT CLEARLY) | SS# (Last 4 digits) | Company/Boat | Address [Non-Responsive] | Phone Number | O W N E R | C A P T | D E C K | Student Signature |
|---|---|---|---|---|---|---|---|---|

**Non-Responsive**

| 9. |  | | | 6708 36 Ave Dr W | 941-545-9778 | | | | |

**Non-Responsive**

| 14. | Sergio Valdivieso | 5366 | ERG | 6708 36 AVE Dr.W / Florida 34209 | 941-545-9778 | | | | Sergio Valdivieso |

**Non-Responsive**