UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>*This document relates to 2:13-cv-06730* | CIVIL ACTION: 2:10-md-02179<br><br>SECTION J(2)<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## ORDER OF VOLUNTARY DISMISSAL, WITH PREJUDICE

Considering the foregoing Joint Motion for Voluntary Dismissal, With Prejudice (Rec. Doc. 27150) filed by Plaintiff, Larry Griffin Towing Co., Inc., and Defendant, John D. Naples,

**IT IS HEREBY ORDERED** that the foregoing motion shall be and is hereby **GRANTED,** and all claims asserted in member case no. 13-06730, *Larry Griffin Towing Co., Inc. v. Naples*, shall be and are hereby **DISMISSED,** with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a), with each party to bear its own respective costs.

New Orleans, Louisiana this 22nd day of June, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-06730.**