UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 13-6730* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |

## ORDER

Considering the Joint Motion for Voluntary Dismissal filed by plaintiff Larry Griffin Towing Co., Inc. and defendant John D. Naples (Rec. Doc. 27150), and the Order granting same (Rec. Doc. 27153);

IT IS ORDERED that Larry Griffin Towing Co., Inc.'s Motion to Remand (Rec. Doc. 12163) is DENIED AS MOOT.

New Orleans, Louisiana, this 23rd day of June, 2021.

_____
United States District Judge