IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J(2) |
| | * | JUDGE BARBIER |
| **This Document relates to:** | * | |
| | * | MAGISTRATE JUDGE CURRAULT |
| *Loggerhead Holdings, Inc. v. BP p.l.c., et al.*,<br>Case No. 16-cv-05952 | *<br>* | |

### DECLARATION OF ASHLEY E. LITTLEFIELD
### IN FURTHER SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT

I, Ashley E. Littlefield, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member of good standing of the Bar of the State of California.

2. I respectfully submit this declaration in further support of BP's motion for summary judgment (Rec. Doc. 27090). The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3. Attached hereto as Exhibit N is a true and correct copy of excerpts from the transcript of John Dixon's deposition in his individual capacity on February 19, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

2

Executed in San Francisco, California on this 23rd day of June, 2021.

                                                                              */s/ Ashley E. Littlefield*
                                                                              Ashley E. Littlefield