# Exhibit N

Page 1

1        JOHN DIXON - 2/19/2021

2        UNITED STATES JUDICIAL PANEL
         ON MULTI-DISTRICT LITIGATION
3              WASHINGTON, DC

4   LOGGERHEAD HOLDINGS,        )
    INC., ET AL.,               )
5                               )
            Plaintiffs,         )
6                               )   MDL NO.
    v.                          )
7                               )   2:10-MD-02179
    BP AMERICA PRODUCTION       )
8   COMPANY, INC., ET AL.,      )
                                )
9            Defendants.        )
    _____
10

11

12

13      REMOTE VIDEO DEPOSITION OF JOHN DIXON

14              Key West, Florida

15          Friday, February 19, 2021

16

17

18

19

20

21

22  Reported by:

23  KIM A. McCANN, RMR, CRR, CSR

24  JOB NO. 189241

25

```
 1                JOHN DIXON - 2/19/2021

 2    A P P E A R A N C E S:

 3       BY: Caroline Adams, Esq.
         THE BUZBEE LAW FIRM
 4       600 Travis Street
         Houston, Texas 77002
 5       Counsel for Plaintiffs

 6

 7
         BY: Ashley Littlefield, Esq.
 8           Christopher Keegan, Esq.
             Charles Brennan, Esq.
 9       KIRKLAND & ELLIS
         555 California Street
10       San Francisco, California 94104
         Counsel for Defendants
11

12
      ALSO PRESENT:
13
         Kevin Marth, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

1        JOHN DIXON - 2/19/2021

2        A.   Yes, ma'am.

3        Q.   And is that the entirety of what

4   Loggerhead Holdings is seeking in damages in this

5   lawsuit?

6        A.   At the time of this PTO 65, this is

7   some time ago, so I -- I -- yeah, this is in --

8   this is in 2018.  We're now into 2021.  So I

9   suspect that expert today would have a different

10  number than the number this expert had in 2018.

11       Q.   You see that there's various

12  different categories of damages listed here?

13       A.   Yes, ma'am.

14       Q.   And by "here," I mean there's -- let

15  me -- let me ask that again.

16            We're on page 6 of Exhibit 13, and

17  there are a number of bullets in the middle of

18  the page; correct?

19       A.   Yes, ma'am.

20       Q.   There are various categories of

21  damages; correct?

22       A.   Yes, ma'am.

23       Q.   Is Loggerhead Holdings still seeking

24  each of those categories of damages in this

25  lawsuit?

1                JOHN DIXON - 2/19/2021
2         A.   We have a different expert witness
3    engaged today, and their model, their valuation
4    might be different.
5         Q.   I understand that the valuation may
6    be different, but my question was specifically
7    about the categories.
8              Are you still seeking all of these
9    categories of damages?
10        A.   I believe the expert witness
11   currently engaged is using different categories,
12   in -- in the words -- in your words.  So I --
13   both expert witnesses, I respect their work, but
14   I believe that the valuation that is currently
15   being considered is different in the way it
16   presents categories.
17        Q.   Okay.  Let's take a look at that
18   other valuation that I think you're referring to.
19             Okay.  Are you seeing my screen?
20        A.   Yes, ma'am.  Are you -- is it the
21   PTO -- Tab 24, PTO 67?
22        Q.   That's right.
23        A.   Okay.
24        Q.   So I'm showing you Loggerhead
25   Holdings PTO 67 initial disclosures.

1  JOHN DIXON - 2/19/2021
2  considerations of each report.  And -- and that
3  is for the expert witness to defend, and I
4  respect the -- and value both of those
5  evaluations, those appraisals -- or valuations is
6  what they're called.
7    Q.  Okay.  So you, John Dixon, personally
8  do not know how much Loggerhead Holdings is
9  seeking in damages in this case?
10   A.  I know what the areas of the losses
11 are.  I know how badly I was hurt.  In preparing
12 an expert witness valuation for the Court and for
13 you, Counsel, then that's not me.  I would need
14 to rely on expert witnesses to -- to do that.
15   Q.  Sure.  Not asking for you to perform
16 a valuation.  I'm just trying to figure out if
17 there's a number.  So I'll just ask again.
18     John Dixon, you personally do not
19 know how much Loggerhead Holdings is seeking in
20 damages in this case; is that correct?
21   A.  I -- I know a order of magnitude,
22 which is expressed in this -- in these reports.
23 You know, the one report said -- let me open that
24 up again.  Okay.  Yeah, the one report was
25 $35,219,000 -- I'm sorry -- 35,219,425.  That's

1         JOHN DIXON - 2/19/2021
2    the expert witness report for PTO 65.  And then,
3    as you expressed earlier, we add the two numbers
4    together in the second report, which is
5    $19,626,820, plus the $24,498,887.58 of the value
6    losses.
7         Q.   Okay.  And you don't know which of
8    those numbers Loggerhead Holdings is seeking in
9    damages in this lawsuit?
10        A.   Again, these were in response to
11   pretrial orders.  My expectation is that once we
12   begin actual litigation in this case, we move
13   from pretrial orders, that there will be a final
14   expert witness report as part of our
15   presentation.
16        Q.   Okay.  But my question is a little
17   different.
18             Sitting here today, you don't know
19   how much Loggerhead Holdings is seeking in
20   damages in this lawsuit?
21        A.   I wouldn't agree with that.
22        Q.   How much?
23        A.   It's on the order of 40 million.
24        Q.   But you don't know between the
25   $35 million calculation or the $42 million

Page 294

JOHN DIXON - 2/19/2021

C E R T I F I C A T E

    I, Kim A. McCann, RMR, CRR, CSR in and for the State of Texas, do hereby certify:

    That JOHN DIXON, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness;

    That pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition;

    I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this March 5, 2021.

_____
Kim A. McCann, RMR, CRR, CSR