IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Classy Cycles, Inc., v. BP p.l.c., et al.,* Case No. 16-cv-05923 | * * * | |

**SUPPLEMENTAL DECLARATION OF ASHLEY E. LITTLEFIELD
IN FURTHER SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT**

I, Ashley E. Littlefield, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc., BP America Production Company, and BP P.l.c. (collectively, "BP") in the above-captioned action. I am a member of good standing of the State Bar of California.

2. I respectfully submit this declaration in further support of BP's motion for summary judgment (Rec. Doc. 27103). The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of Colleen Swab's deposition in her individual capacity on February 22, 2021.

4. Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition on February 22, 2021.

5.	Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of Rick Roof's deposition in his individual capacity on February 23, 2021.

6.	Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition on February 23, 2021.

7.	Attached hereto as Exhibit J is a true and correct copy of BP's Notice of Rule 30(b)(6) Deposition of Classy Cycles, Inc. dated January 22, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Francisco, California on this 28th day of June, 2021.

*Ashley E. Littlefield*
Ashley E. Littlefield