# Exhibit F

1          SWAB - PERSONAL

2      IN THE UNITED STATES DISTRICT COURT

3      FOR THE EASTERN DISTRICT OF LOUISIANA

4    -----------------------------

5  IN RE:  OIL SPILL by the OIL RIG  MDL NO. 2179

6  "DEEPWATER HORIZON" in the GULF

7  OF MEXICO, on APRIL 20, 2010     SECTION J

8    -----------------------------

9  CLASSY CYCLES, INC.,                JUDGE BARBIER

10  v.

11                             Civil Action No.

12  BP P.L.C., et al.,            16-cv-05923

13    -----------------------------

14

15

16          REMOTE VIDEOTAPED DEPOSITION OF

17          COLLEEN SWAB - PERSONAL CAPACITY

18                  February 22, 2021

19

20

21

22

23

24  Reported by:  Susan S. Klinger, RMR-CRR, CSR

25  Job No. 190194

```
 1                    SWAB - PERSONAL
 2   A P P E A R A N C E S:
 3   (All appearances via Zoom.)
 4   Attorneys for Plaintiff(s):
 5         Caroline Adams, Esq.
 6         THE BUZBEE LAW FIRM
 7         600 Travis Street
 8         Houston, Texas  77002
 9
10   Attorneys for Defendant(s):
11         Ashley Littlefield, Esq.
12         Anna Terteryan, Esq.
13         Nicolette Roger, Esq.
14         KIRKLAND & ELLIS
15         555 California Street
16         San Francisco, California  94104
17
18
19   Also Present:
20         Tara Kelly, BP
21         Rick Roof
22         Robert Rinkewich, videographer
23
24
25
```

```
 1                 SWAB - PERSONAL
 2   destroyed when our roof came off the building.
 3       Q.    So you don't remember one way or the
 4   other how much -- strike that.
 5             Am I correct that you don't under --
 6   sorry, let me have a little coffee.
 7             Am I correct that you don't remember
 8   exactly how much revenue Classy Cycles had in
 9   January 2010?
10       A.    That would be correct.
11       Q.    Am I correct that you don't remember
12   one way or the other whether Classy Cycles had
13   zero dollars revenue in January 2010; is that
14   right?
15       A.    Correct, I don't know.
16       Q.    So it is possible in January 2010
17   that Classy Cycles did have revenue, it is
18   possible that they did not; is that right?
19       A.    Well, this document is incomplete,
20   so I don't know if we did or not.
21       Q.    I'm not asking you about the
22   document, I'm just asking from your memory.
23       A.    Sure.
24       Q.    As far as you know -- as far as you
25   know, it is possible that Classy Cycles had
```

1                    SWAB - PERSONAL

2    zero dollars revenue in January 2010 or it is

3    possible they did have revenue, you don't know;

4    is that right?

5         A.    It is possible, yes, ma'am, I don't

6    know.

7         Q.    And if you wanted to find out how

8    much revenue Classy Cycles had, you would

9    normally look at the daily sheets; right?

10        A.    Yes, ma'am.

11        Q.    But you don't think you have the

12   daily sheets for January 2010 anymore; is that

13   correct?

14        A.    Correct.

15        Q.    And that is because those documents

16   were damaged in flooding from a hurricane;

17   right?

18        A.    Yes, ma'am.

19        Q.    So as of today, it is no longer

20   possible to confirm exactly how much revenue

21   Classy Cycles had in January 2010?

22        A.    Yes, ma'am, correct.

23        Q.    Is that also true for February 2010?

24        A.    I believe the documents -- the

25   documents have been sent and so you should have

1                      SWAB - PERSONAL

2          Q.     What is it?

3          A.     It is a promissory note.

4          Q.     It is the promissory note from

5     Classy Cycles to Rick Roof/Colleen Swab; is

6     that right?

7          A.     Yes.

8          Q.     For $50,000?

9          A.     Yes.

10         Q.     And the promissory note was issued

11    in June 2011; is that right?

12         A.     Yes.

13         Q.     Is it Classy Cycles' -- is it

14    typical for Classy Cycles to issue a promissory

15    note when you or your father make a loan to the

16    business?

17         A.     No, not usually.  We normally did

18    this -- we did this for my grandpa.

19         Q.     What do you mean?

20         A.     We did a promissory note for my

21    grandpa.

22         Q.     Did this loan come from your

23    grandfather?

24         A.     This loan, yes.  This is the loan

25    that we had to pay my grandfather back.

1              SWAB - PERSONAL

2      Q.    What is your grandfather's name?

3      A.    Robert Roof.

4      Q.    Okay.  Why if this is a loan from

5  your grandfather is the holder of the note

6  listed as Rick Roof/Colleen Swab?

7      A.    Because I made the mistake.

8      Q.    What do you mean?

9      A.    Because I thought I put his name on

10  there instead of our name.  It was supposed to

11  go borrower and it was Classy Cycles to Rick

12  Roof and Colleen Swab.  The holder was supposed

13  to be Robert Roof, but my grandpa didn't say

14  anything because he knew I was doing the best I

15  could.

16      Q.    So this -- this document, Exhibit

17  18, does not reflect the loan from you or

18  Mr. Roof to Classy Cycles; is that correct?

19      A.    It was for my grandpa.  We were

20  going to have to pay the loan back to my

21  grandpa.

22      Q.    Was Classy Cycles going to pay the

23  loan back to your grandfather or were you?

24      A.    We were the cosigners for Classy

25  Cycles to give the money back to my grandpa.

```
 1                     SWAB - PERSONAL
 2   name.
 3        Q.    Who signed Rick Roof's name?
 4        A.    I signed it.
 5        Q.    I'm showing you the next document,
 6   which is Bates number CLASSY00001214.  Will the
 7   court reporter please mark this as the next
 8   exhibit, Exhibit 19?
 9              (Exhibit 19 marked.)
10        Q.    Ms. Swab, can you see Exhibit 19?
11        A.    Yes.
12        Q.    This is for -- this is another
13   promissory note; correct?
14        A.    Yes.
15        Q.    Dated April 2012?
16        A.    Yes.
17        Q.    And for $100,000?
18        A.    Yes, this is from my grandpa.
19        Q.    So this is another loan -- another
20   promissory note that was --
21        A.    We did these -- I'm sorry.
22        Q.    That is okay.  Let me finish my
23   question, then you can answer.
24              You and Rick Roof are listed as the
25   holder.  Should this actually list your
```

```
 1                  SWAB - PERSONAL

 2   grandfather as the holder?

 3        A.    Yes.

 4        Q.    Was this loan ever repaid?

 5        A.    Yes.  All the loans were repaid to

 6   my grandpa, I just can't tell you what date

 7   they were repaid back.

 8        Q.    I'm showing you a document that is

 9   Bates numbered CLASSY00001220.  I will ask the

10   court reporter to please mark this as the next

11   exhibit, Exhibit 20?

12              (Exhibit 20 marked.)

13        Q.    Ms. Swab, can you see the document?

14        A.    I can.

15        Q.    Do you recognize this document?

16        A.    I do.

17        Q.    This is another promissory note?

18        A.    From my grandpa, yes.

19        Q.    So this is another example of a

20   promissory note that was intended to be on

21   behalf of your grandfather?

22        A.    Well, it was, yes.

23        Q.    Well, I guess the holder is listed

24   as Rick Roof/Colleen Swab.  And so what I'm

25   trying to clarify was --
```

1                    SWAB - PERSONAL

2       A.      They were all templates.  So what I

3   did was is I just took that information and

4   posted it on there for the dates.

5       Q.      Yeah, I totally understand.

6       A.      That was --

7       Q.      All I'm asking is it -- is this a

8   mistake?  Should this -- where it says Rick

9   Roof/Colleen Swab, should that have your

10   grandfather's name?

11       A.      It should say Robert Roof, yes, it

12   should.

13       Q.      And when this loan is -- this note

14   is dated May 1st, 2012.  What does that date

15   reflect?

16       A.      I believe when we were told that we

17   needed a promissory note or when we received

18   funds from my grandpa --

19       Q.      And who told you --

20       A.      -- to pay the money back.

21       Q.      Sorry.  Who told you you needed a

22   promissory note?

23       A.      My grandpa.

24       Q.      Did he make you this loan on 100 --

25   sorry.  Did he make this loan of $100,000 on

```
 1                  SWAB - PERSONAL
 2   May 1st, 2012?
 3        A.    I'm not sure of when we got that
 4   exact money at that time, but yes, it was
 5   around 5/1 of '12.
 6        Q.    So you created the promissory note
 7   around the same time that you got the --
 8        A.    Correct.
 9        Q.    It wasn't by a couple of years later
10   you made the promissory note?
11        A.    No.
12        Q.    Got it.  Last one, I think this will
13   be easy.  Can you see the document?
14        A.    I can.
15        Q.    Okay.  I'm showing you a document
16   which has been Bates labeled CLASSY00001226.  I
17   will ask the court reporter to mark this as the
18   next exhibit, Exhibit 21.
19              (Exhibit 21 marked.)
20        Q.    Ms. Swab, can you see the document?
21        A.    I do.
22        Q.    Do you recognize it?
23        A.    I do.  This is the money that we
24   paid my -- well, my grandpa loaned us this
25   money.
```

1          SWAB - PERSONAL

2          Q.    Okay.  So similar to the other

3    promissory notes we reviewed, the holder here

4    says Rick Roof/Colleen Swab, but that is a

5    mistake.  It should actually say Robert Roof;

6    is that correct?

7          A.    Correct.

8          Q.    Okay.  I want to talk just a little

9    bit more about, like, the regular operations of

10   the business.  I know you currently have seven

11   locations, but let's go back to 2010 when you

12   had five.

13         A.    Okay.

14         Q.    For vehicles that were going to be

15   rented out, were they stored full-time at that

16   location?

17         A.    Yes.

18         Q.    So while the locations were closed

19   perhaps at night or for longer periods, did you

20   just keep all the vehicles inside the store?

21         A.    Usually, yeah, yeah, inside the

22   store.

23         Q.    Have you ever stored your rental

24   vehicles somewhere other than your rental

25   locations?

1                    SWAB - PERSONAL

2            C E R T I F I C A T E

3

4        I, SUSAN S. KLINGER, a certified

5   shorthand reporter within and for the State

6   of Texas, do hereby certify:

7        That COLLEEN SWAB, the witness whose

8   deposition is hereinbefore set forth, was

9   duly sworn by me and that such deposition

10   is a true record of the testimony given by

11   such witness.

12        I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage; and that I am

15   in no way interested in the outcome of this

16   matter.

17        IN WITNESS WHEREOF, I have hereunto

18   set my hand this 4th of March, 2021.

19

20        _____

21        Susan S. Klinger, RMR-CRR, CSR

22        Texas CSR# 6531

23

24

25