# Exhibit G

Page 1

```
 1                SWAB - 30(b)(6)
 2      IN THE UNITED STATES DISTRICT COURT
 3      FOR THE EASTERN DISTRICT OF LOUISIANA
 4    -------------------------------
 5   IN RE:  OIL SPILL by the OIL RIG   MDL NO. 2179
 6   "DEEPWATER HORIZON" in the GULF
 7   OF MEXICO, on APRIL 20, 2010        SECTION J
 8    -------------------------------
 9   CLASSY CYCLES, INC.,                JUDGE BARBIER
10   v.
11                                       Civil Action No.
12   BP P.L.C., et al.,                  16-cv-05923
13    -------------------------------
14
15
16             REMOTE VIDEOTAPED DEPOSITION OF
17                  COLLEEN SWAB - 30(b(6)
18                     February 22, 2021
19
20
21
22
23
24   Reported by:  Susan S. Klinger, RMR-CRR, CSR
25   Job No. 190194
```

```
                                                           Page 3
 1                    SWAB - 30(b)(6)
 2   A P P E A R A N C E S:
 3   (All appearances via Zoom.)
 4   Attorneys for Plaintiff(s):
 5        Caroline Adams, Esq.
 6        THE BUZBEE LAW FIRM
 7        600 Travis Street
 8        Houston, Texas  77002
 9
10   Attorneys for Defendant(s):
11        Ashley Littlefield, Esq.
12        Anna Terteryan, Esq.
13        Nicolette Roger, Esq.
14        KIRKLAND & ELLIS
15        555 California Street
16        San Francisco, California  94104
17
18
19   Also Present:
20        Rick Roof
21        Robert Rinkewich
22
23
24
25
```

1                SWAB - 30(b)(6)
2    should ask Henry instead of me speculating on
3    what he did or didn't do.
4         Q.    Okay.  Certainly if Henry Sienema is
5    the only person who knows the amount of the
6    error, that is fine, I just want to make sure
7    we're clear.
8               Classy Cycles does not know the
9    amount of the error or how it was calculated;
10   is that correct?
11        A.    That's correct.
12        Q.    And can anybody besides Henry
13   Sienema testify to the amount of the error?
14        A.    I would say Ruth McClain who is our
15   accountant at that time, at that time, but I
16   know she's retired so...
17        Q.    I think you testified earlier that
18   when you-all found the error you didn't call
19   her, because she was already retired; right?
20        A.    Right, we did, but we have -- we
21   have Eric and Eric can testify to what we have.
22   But we -- I'm sorry, I would say that Henry is
23   the one that did the documents for the restated
24   revenue and he would be the one that I would --
25   I would think that needs to come up and attest

1                SWAB - 30(b)(6)

2     to this, so he redid the document, so...

3         Q.    Classy Cycles does not know how the

4     amount of the error was calculated?

5         A.    No, I do not.

6         Q.    And Classy Cycles does not intend to

7     offer testimony in this case about how the

8     amount of the error was calculated?

9         A.    No.

10             MS. ADAMS:  Well, hold on, I need to

11        object here.  You know, Ashley, as we've

12        discussed we are having an accountant

13        prepare an analysis of this, so there will

14        be future depositions and future reports

15        and this is limited discovery, so that --

16             MS. LITTLEFIELD:  I understand that

17        a future expert or accountant may testify

18        to that, but I just want to confirm what is

19        in the knowledge of Classy Cycles.

20             MS. ADAMS:  As of today, right now.

21             MS. LITTLEFIELD:  Well, this was a

22        30(b)(6) topic, so okay, we will move

23        forward.

24        Q.    Classy Cycles currently has no

25     knowledge of the amount of the error or how it

Page 62

1                SWAB - 30(b)(6)
2  was calculated?
3       A.    No, ma'am, I don't.
4       Q.    And when Claims Strategies Group
5  said that they went through the bank
6  statements, was anyone from Classy Cycles
7  involved in that process?
8       A.    I don't remember.
9       Q.    I'm showing you the same document
10 PTO 65, page 9.  This is a paragraph you have
11 already read and confirmed the accuracy of.
12 This says, we have received and reviewed all
13 the 2010 bank statements with the claimant and
14 accounted for the loans that were thus not
15 operating revenues.
16            Did someone from Classy Cycles
17 walk-through the bank statements with Claims
18 Strategies Group?
19      A.    I don't remember at this time.
20      Q.    So you are not prepared to testify
21 to that topic today?
22      A.    I don't remember exactly what we did
23 at that time.
24      Q.    Did you do anything to prepare for
25 this deposition to be able to answer that

```
 1                    SWAB - 30(b)(6)
 2    it discovered the error?
 3         A.    What do you mean?
 4         Q.    Did you tell anybody outside of
 5    Classy Cycles or Mr. Howell that there was an
 6    error in your income statements or tax returns?
 7         A.    I don't -- I don't remember if I did
 8    or not.  I mean, I'm sure that we contacted our
 9    attorney, but I don't remember at this time who
10    we contacted.
11         Q.    Do you know how many loans make-up
12    the alleged error?
13         A.    I don't offhand.
14         Q.    Is that information that you could
15    find out?
16         A.    I don't believe so.
17         Q.    If you needed to know how many loans
18    were included in the error, are there any
19    documents you could look to to figure that out?
20         A.    I don't -- I don't know.
21         Q.    Is there anybody you could talk to
22    to find out the answer to that?
23         A.    I don't believe so.
24         Q.    When did your father make each of
25    the loans that made up the alleged error?
```

1                SWAB - 30(b)(6)
2  money in, I didn't do that.  And he didn't do
3  that either, because we were trying to save our
4  company because BP did this to us.  It wasn't
5  that we did this to us.
6           And no, I don't know exactly which
7  ones he put in, I don't know that.  And I said
8  I don't know that, and then you still ask me --
9  I still don't know which ones.  I said that we
10 could try to research that, but that is my
11 answer.
12     Q.    Classy Cycles has deducted more than
13 half a million dollars from its 2010 income
14 statements to account for the alleged error.
15 Sitting here today, Classy Cycles does not know
16 how that more than half million dollars is
17 calculated; is that correct?
18         MS. ADAMS:  I'm going to object to
19      mischaracterizes testimony and evidence.
20     Q.    You can answer the question.
21     A.    I don't understand the question.
22     Q.    Sitting here today, you don't know
23 how to determine the amount of the error based
24 on the bank statements you provided?
25     A.    I don't.  That is going to be Henry

Page 81

```
 1                SWAB - 30(b)(6)
 2   is the one that did it, so we need to ask him.
 3        Q.   I have good news, we have a new
 4   topic.  I'm showing you a document that was
 5   previously marked as Exhibit 8 and it is your
 6   2008 tax return.
 7             Do you see that document?
 8        A.   Yes, ma'am, I do.  This is 2008
 9   Classy Cycles, Inc.'s tax return.
10        Q.   Great.  I'm going to page 6 of this
11   document.  Do you see that this is a Schedule
12   K-1 for Colleen Swab?
13        A.   No.
14        Q.   Do you see on the top left of the
15   document it says Schedule K-1?
16        A.   No.
17        Q.   Do you see there --
18        A.   No, there is -- we can't see it.
19        Q.   Okay, I can scroll in more.
20        A.   Sorry.
21        Q.   No, no problem.
22             MS. ADAMS:  We don't see you
23        scrolling at all.  It is just 2008.
24        Q.   Are you now looking at page 6 of the
25   2008 tax return, Ms. Swab?
```

Page 96

1           SWAB - 30(b)(6)

2        C E R T I F I C A T E

3

4        I, SUSAN S. KLINGER, a certified

5   shorthand reporter within and for the State

6   of Texas, do hereby certify:

7        That COLLEEN SWAB, the witness whose

8   deposition is hereinbefore set forth, was

9   duly sworn by me and that such deposition

10  is a true record of the testimony given by

11  such witness.

12       I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage; and that I am

15  in no way interested in the outcome of this

16  matter.

17       IN WITNESS WHEREOF, I have hereunto

18  set my hand this 4th of March, 2021.

19

20       _____

21       Susan S. Klinger, RMR-CRR, CSR

22       Texas CSR# 6531

23

24

25