# Exhibit H

Page 1

```
 1                ROOF - PERSONAL
 2      IN THE UNITED STATES DISTRICT COURT
 3      FOR THE EASTERN DISTRICT OF LOUISIANA
 4   -------------------------------
 5   IN RE:  OIL SPILL by the OIL RIG   MDL NO. 2179
 6   "DEEPWATER HORIZON" in the GULF
 7   OF MEXICO, on APRIL 20, 2010      SECTION J
 8   -------------------------------
 9   CLASSY CYCLES, INC.               JUDGE BARBIER
10   v.
11                                     Civil Action No.
12   BP P.L.C., et al.,                16-cv-05923
13   -------------------------------
14
15
16          REMOTE VIDEOTAPED DEPOSITION OF
17            RICK ROOF - PERSONAL CAPACITY
18                  February 23, 2021
19
20
21
22
23
24   Reported by:  Susan S. Klinger, RMR-CRR, CSR
25   Job No. 189239
```

```
 1                 ROOF - PERSONAL
 2   A P P E A R A N C E S:
 3   (All appearances via Zoom.)
 4   Attorneys for Plaintiff(s):
 5        Ms. Caroline Adams
 6        THE BUZBEE LAW FIRM
 7        600 Travis Street
 8        Houston, Texas   77002
 9
10   Attorneys for Defendant(s):
11        Ms. Anna Terteryan
12        Ms. Ashley Littlefield
13        Mr. Charles Brennan
14        KIRKLAND & ELLIS
15        555 California Street
16        San Francisco, California   94104
17
18
19   Also Present:
20        Ms. Colleen Swab
21        Mr. Robert Rinkewich, videographer
22
23
24
25
```

1                ROOF - PERSONAL
2   rental cycles division, do you know what that
3   means?
4        A.   I think it was just her -- just her
5   way of keeping track of shit, I don't know.  I
6   don't know.  It was not us.  There is nothing
7   affiliated with us for rental cycles division,
8   so it was her way of keeping track of stuff.
9        Q.   So Classy Cycles didn't itself
10  differentiate a rental cycles division from
11  some other division?
12       A.   No, ma'am.
13       Q.   Mr. Roof, of the documents, the four
14  exhibits that I just showed you, do you know
15  which of those documents reflects Classy
16  Cycles' actual financial results?
17       A.   I couldn't answer that.
18       Q.   Okay.  You don't know one way or the
19  other, fair?
20       A.   Right, no, I don't know.  I don't
21  know, that is a long time ago.
22       Q.   Okay.
23       A.   There is a lot of numbers since
24  then.
25       Q.   And for a couple of the documents

1                ROOF - PERSONAL
2          Did your -- do you know if this is a
3     reference to your father, a loan from your
4     father?
5          A.   My mind is blank, I do not recall
6     that.
7          Q.   Okay.  Did your father -- as of the
8     end of December 2009, did Classy Cycles have a
9     $130,000 loan outstanding to your father?
10         A.   I do not recognize that at all.  Is
11    that taxes, is that on my taxes?
12         Q.   This is a document -- these are
13    financial statements.
14         A.   I am completely involved in every
15    part of the company's aspect except for the
16    keeping track of paperwork and doing the
17    paperwork.  I don't remember any of the
18    paperwork at all.  I don't remember that part,
19    so I'm at a loss for words.  I don't know.
20         Q.   Mr. Roof, is it possible that Classy
21    Cycles did, in fact, have a loan outstanding
22    from your father at the end of 2009?
23         A.   It could be part of what the funds
24    my brother got to purchase the golf carts.  To
25    purchase the golf carts, my brother got some

Page 166

ROOF - PERSONAL

C E R T I F I C A T E

1
2
3
4    I, SUSAN S. KLINGER, a certified shorthand
5    reporter within and for the State of Texas, do
6    hereby certify:
7        That RICK ROOF, the witness whose
8    deposition is hereinbefore set forth, was duly
9    sworn by me and that such deposition is a true
10   record of the testimony given by such witness.
11       I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage; and that I am in no way interested in
14   the outcome of this matter.
15       IN WITNESS WHEREOF, I have hereunto set my
16   hand this 5th day of March, 2021.
17
18   _____
19       Susan S. Klinger, RMR-CRR, CSR
20       Texas CSR# 6531
21
22
23
24
25