# Exhibit I

Page 1

```
 1                ROOF - 30(b)(6)
 2       IN THE UNITED STATES DISTRICT COURT
 3        FOR THE EASTERN DISTRICT OF LOUISIANA
 4    -------------------------------
 5    IN RE:  OIL SPILL by the OIL RIG   MDL NO. 2179
 6    "DEEPWATER HORIZON" in the GULF
 7    OF MEXICO, on APRIL 20, 2010      SECTION J
 8    -------------------------------
 9    CLASSY CYCLES, INC.              JUDGE BARBIER
10    v.
11                                     Civil Action No.
12    BP P.L.C., et al.,                16-cv-05923
13    -------------------------------
14
15
16          REMOTE VIDEOTAPED DEPOSITION OF
17               RICK ROOF - 30(b)(6)
18                 February 23, 2021
19
20
21
22
23
24    Reported by:  Susan S. Klinger, RMR-CRR, CSR
25    Job No. 189239
```

```
 1                  ROOF - 30(b)(6)
 2    A P P E A R A N C E S:
 3    (All appearances via Zoom.)
 4    Attorneys for Plaintiff(s):
 5         Ms. Caroline Adams
 6         THE BUZBEE LAW FIRM
 7         600 Travis Street
 8         Houston, Texas  77002
 9
10    Attorneys for Defendant(s):
11         Ms. Anna Terteryan
12         Ms. Ashley Littlefield
13         Mr. Charles Brennan
14         KIRKLAND & ELLIS
15         555 California Street
16         San Francisco, California  94104
17
18
19    Also Present:
20         Ms. Colleen Swab
21         Mr. Robert Rinkewich, videographer
22
23
24
25
```

1                    ROOF - 30(b)(6)
2    help you, but it didn't happen.
3         Q.    Relative to the same -- strike that.
4               Do you know what Classy Cycles'
5    revenue was in January through April 2010?
6         A.    No.
7         Q.    Do you know where I would look to
8    determine that number?
9         A.    I don't know what you have for
10   documentation, so I couldn't tell you.
11        Q.    Let me rephrase my question.  Where
12   would you look to determine the total number in
13   sales that Classy Cycles had from January
14   through April 2010?
15        A.    January through April?
16        Q.    Uh-huh.
17        A.    I don't know.
18        Q.    Do you know if relative to the
19   amount in sales Classy Cycles had January
20   through April 2009, whether the January through
21   April 2010 period was more or less than the
22   2009 sales for that period?
23        A.    I don't know.
24              MS. ADAMS:  I'm going to -- hold on.
25        I'm going to object as being out of scope,

```
 1                    ROOF - 30(b)(6)
 2       A.    Right, but the reason --
 3       Q.    Sorry, go ahead.
 4       A.    The reason I had to do cash is that
 5  you bring them a check they're going to hold it
 6  for seven days.  If you bring them cash, it is
 7  posted that day.  90 percent of the time I
 8  found out right at that time the bank would
 9  call and they would say, Rick, you need 4 grand
10  today.  Your bank is overdrawn.
11             So I would have to go to the bank
12  and put 10 grand in.  If you put more than
13  9,500 in there all of a sudden they think
14  you're a drug dealer and you get flags running
15  up.  So I wasn't doing huge amounts and things
16  causing flags going up at a time.  The whole
17  area was desecrated with no funds, so there you
18  go.  That is why I was doing it that way.
19       Q.    So when you did make loans to Classy
20  Cycles, would you always deposit that cash loan
21  into Classy Cycles' bank account?
22       A.    Ma'am, not all the time.
23       Q.    Okay.
24       A.    It just depended on what we had to
25  do.  A lot of the guys would come up here and
```

1                    ROOF - 30(b)(6)

2     we would cash their check.

3          Q.    I don't think I understood your

4     answer, what guys?

5          A.    The guys that work for us,

6     employees.

7          Q.    And when you --

8          A.    I can't say all of them cashed --

9     went into the bank -- it is just -- I had to

10    cover notes in the bank.  I would put the money

11    in the bank, I put the cash in the bank so it

12    would post right away.

13               And that is how it got misconstrued

14    as income, because I was putting all this money

15    in the bank without telling the accountant or

16    my daughter or anybody I was just putting money

17    in the bank and they were saying it was income,

18    but it wasn't.  It was money I put in there.

19               I screwed it up pretty bad.  I don't

20    do book work, never have.  I make the mess and

21    everybody else cleans it up.  I hire people to

22    do it.  If you want to get the proper

23    information, they can actually take care of

24    you.  I learned that in the past five, six

25    years now.  It is different now, but I can't do

Case 2:10-md-02179-CJB-DPC   Document 27158-5   Filed 06/28/21   Page 7 of 16

Page 30

1                ROOF - 30(b)(6)
2    anything about that.
3        Q.    Mr. Roof, I want to understand that
4    better actually.  So in 2010 when you made
5    loans to Classy Cycles, some of those loans
6    were cash deposits you made into Classy Cycles'
7    bank account; is that right?
8        A.    Yes.
9        Q.    And would those cash amounts --
10   strike that.
11             What would determine how much cash
12   you would deposit in Classy Cycles' bank
13   account at one time?
14       A.    It would be determined by what I
15   needed, the phone call from the bank telling me
16   I was overdrawn or I'm happy to write a check
17   for whatever bill had to cover it.  When my
18   daughter is sick, I had to cover this.  This is
19   what I had to cover.  There was no means to the
20   madness, just God damn crazy.  It was just
21   crazy, I apologize.  It was just crazy.
22       Q.    Would you deposit kind of, like,
23   round numbers of cash into Classy Cycles' bank
24   accounts when you made those loans so like --
25       A.    No, ma'am, because --

Page 42

1                ROOF - 30(b)(6)
2    up -- I don't know.  Ma'am, I don't know, I
3    don't know.
4         Q.    Okay.
5         A.    Honestly, I just don't.
6         Q.    That is fine if you don't know.
7               So you have no knowledge personally
8    or because of what someone else has told you as
9    to how much in loans from you in 2010 was
10   mistakenly mischaracterized as revenue for
11   2010; right?
12        A.    Right, because it was told to me by
13   my daughter.  There is no person -- there is
14   nothing else to do, but I got a refund for the
15   few years it didn't -- that it -- that he was
16   able to go back and adjust it, but other than
17   that, no.  I don't know anybody else, I haven't
18   talked to anybody else about it.  I was told to
19   sign a document, I did and that was it.  I got
20   a refund.
21        Q.    Understood.  So Mr. Howell was able
22   to amend some of Classy Cycles' tax returns to
23   correct for the error; is that what you are
24   saying?
25        A.    What I was told, yes, that is what I

1                ROOF - 30(b)(6)

2   pieces.

3              When Classy Cycles repaid its loans
4   to you, how would it do that?  Would that be by
5   check or something else?
6        A.    You know, I don't remember.  I'm
7   still getting my money back, giving money I was
8   still struggling (inaudible) going to go down,
9   and it wasn't there.  Like I said before, this
10  was in October.  I had a heart attack, I was in
11  the hospital.  It was not a good time.  I just
12  don't remember, a lot of distractions.
13       Q.    Mr. Roof, was there ever a time
14  where you made a loan to Classy Cycles and you
15  wrote up a loan agreement for that loan?
16       A.    Yes, yes, yes, yes.  It was a couple
17  of them, 150,000 I think.
18       Q.    Got it, but that was your loan from
19  your father; right?
20       A.    Yes, yeah, yeah.
21       Q.    Okay.
22       A.    At the time we got the loan, I
23  didn't have to have any documentation.  But
24  when he started getting sick and his health
25  started failing, my older sister who was the

1                ROOF - 30(b)(6)

2  protector of the estate, demanded that we have

3  a paper trail from Cycles to Colleen and I and

4  from Colleen and I to my dad.  So my dad had

5  one from Colleen and I and Colleen and I had

6  one from Cycles, but my sister had all the

7  copies and had all the stuff, all the

8  documentation to make sure that that 150,000

9  went to my dad's estate when he died.

10       Q.    So the $150,000 that your father

11  loaned for Classy Cycles was actually loaned

12  out to you and Ms. Swab, and then you in turn

13  loaned it out to Classy Cycles, is that what

14  you are saying?

15       A.    It was all Classy Cycles, so it is

16  just how he wanted it done.  So we did it

17  however -- we did that a couple of years later

18  when his health started failing.

19       Q.    I know -- I know that you and Ms.

20  Swab are principally responsible for Classy

21  Cycles, but Classy Cycles is its own entity.

22  So I just want to make sure I understand --

23       A.    It went to Cycles, Cycles paid it

24  back.

25       Q.    The $150,000 went from who to

```
                                                    Page 48
 1                   ROOF - 30(b)(6)
 2    Cycles?
 3         A.    Pardon?
 4         Q.    The $150,000 went directly from
 5    your --
 6         A.    My dad.
 7         Q.    -- dad to Classy Cycles, okay.
 8               And you said your sister wanted it
 9    documented.  When was it that your sister said
10    the loan should be documented?
11         A.    A couple of years later.  I don't
12    know the dates for sure, I don't know.
13         Q.    So even though your father made the
14    $150,000 loan in 2010, it was not documented
15    until after 2010?
16         A.    My family didn't need documents
17    until my dad's health went down.  He was 84,
18    83, at the time.  It was, like, he had issues
19    and they wouldn't operate on his heart again,
20    because he was just too old.  They couldn't do
21    it, he wouldn't survive anyway.  He was going
22    down.  We had roughly -- we had a lot of money
23    coming, each one of the kids.  She just wanted
24    to be -- make sure it was all where it should
25    be and all was handled.  I had no -- I had no
```

Page 49

```
 1                  ROOF - 30(b)(6)
 2   complaints with that.
 3        Q.    Okay.  I want to make sure I
 4   understand the facts, because you know them
 5   well and I don't.  So I'm just asking even
 6   though your father made the $150,000 loan in
 7   2010, that loan was documented later after
 8   2010?
 9        A.    A few years later, yeah.  A few
10   years later, yeah.
11        Q.    And was that documented in those
12   promissory notes we reviewed with Ms. Swab
13   yesterday?
14        A.    Yeah, I believe that is what we were
15   talking about.
16        Q.    Okay.  So let me show you -- let's
17   take a look at these to make sure we're on the
18   same page.  I'm sending you what has been
19   marked as Exhibit 18 and I will display it as
20   well.
21              Do you see Exhibit 18 on your
22   screen, Mr. Roof?
23        A.    Yes, ma'am.
24        Q.    Okay.  Is this -- this promissory
25   note is dated June 6th, 2011.
```

1                    ROOF - 30(b)(6)

2             Do you see that?

3        A.   Yes, ma'am.

4        Q.   This -- is it your testimony that

5   this promissory note was reflecting $50,000 in

6   loans from your father to Classy Cycles that

7   were made --

8        A.   Yes, ma'am.

9        Q.   -- in 2010?

10       A.   Yes, ma'am.

11       Q.   Did Classy Cycles pay interest on

12  this loan?

13       A.   Yes, we did.  Yes, we did.

14       Q.   How do you know that?

15       A.   Because my dad wouldn't have it any

16  other way.

17       Q.   And how much was the interest paid?

18       A.   Hell, I don't remember.  I'm sure it

19  was 10 percent, I don't know.

20       Q.   You're on the first page of Exhibit

21  18.  It says, 2, interest, and it says interest

22  on the unpaid principal balance of this note is

23  payable from the date of this note until this

24  note is paid in full at a rate of 10 percent

25  per year.

```
                                                         Page 51
 1                    ROOF - 30(b)(6)
 2        A.    Okay, he got his 10 percent.
 3        Q.    Do you remember when this note was
 4   repaid by Classy Cycles?
 5        A.    No, ma'am, I do not.
 6        Q.    Was it sometime after June 6, 2011?
 7        A.    Oh, yes, ma'am.
 8        Q.    But it has been repaid in full;
 9   right?
10        A.    Oh, yes, ma'am.
11        Q.    Okay.
12        A.    His estate has been settled and
13   canceled for years.
14        Q.    Do you know how much in interest
15   Classy Cycles paid --
16        A.    No, ma'am.
17        Q.    -- on this note total?  Is there a
18   record of that somewhere?
19        A.    I don't do the books, I have no
20   idea.
21        Q.    And then looking at Exhibit 19,
22   which was also admitted yesterday -- well,
23   introduced yesterday.  This Exhibit 19 is a
24   promissory note dated April 2nd, 2012.
25              Do you see that?
```

Page 52

1                ROOF - 30(b)(6)

2      A.     Yeah, I see it.

3      Q.     And it is for $100,000; is that

4  right?

5      A.     Yes, ma'am.

6      Q.     So was -- is it your testimony that

7  this note as well represents $100,000 of loans

8  your father made to Classy Cycles in 2010?

9      A.     Yes, ma'am.

10     Q.     Okay.

11     A.     I'm giggling for a reason. Sibling

12 rivalry, sibling rivalry all the way. This is

13 Rick trying to be smarter than his sister and

14 got caught about 10 months later. She showed

15 her ass and I had to give a promissory note.

16 That is the whole thing in a nutshell. I'm

17 laughing because this is funny. I'm looking at

18 it, I didn't think I would see this again.

19            MS. ADAMS:  It has been about an

20      hour.  I know you wanted to get through

21      this -- this document, but whenever you

22      want to take a break, that would be great.

23            MS. TERTERYAN:  Yeah, we can take a

24      break soon, that sounds good.

25     Q.     Mr. Roof, so let's try to get

1              ROOF - 30(b)(6)

2          C E R T I F I C A T E

3

4      I, SUSAN S. KLINGER, a certified shorthand

5  reporter within and for the State of Texas, do

6  hereby certify:

7      That RICK ROOF, the witness whose

8  deposition is hereinbefore set forth, was duly

9  sworn by me and that such deposition is a true

10  record of the testimony given by such witness.

11      I further certify that I am not related to

12  any of the parties to this action by blood or

13  marriage; and that I am in no way interested in

14  the outcome of this matter.

15      IN WITNESS WHEREOF, I have hereunto set my

16  hand this 5th day of March, 2021.

17

18           _____

19              Susan S. Klinger, RMR-CRR, CSR

20              Texas CSR# 6531

21

22

23

24

25