UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To: Civil Action No. 2:16-cv-6118 Civil Action No. 2:16-cv-6131 Civil Action No. 2:16-cv-6126 | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |
| Fin & Feather, LLC Fin & Feather Cabins, LLC Fin & Feather Adventures, LLC | |

DECLARATION OF STEPHEN S. KRELLER IN SUPPORT OF FIN & FEATHER, LLC, FIN & FEATHER CABINS, LLC, AND FIN & FEATHER ADVENTURES, LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Stephen Skelly Kreller, declare as follows:

1. I am an attorney licensed to practice law in Louisiana, Alabama, Georgia and New York. And I am the owner and managing member of The Kreller Law Firm located at 757 St. Charles Avenue, Suite 301, New Orleans, Louisiana 70130.

2. I am counsel of record for Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC (collectively, "Fin & Feather") in the above captioned action.

3. I respectfully submit this Declaration in Support of Fin & Feather's Opposition to Defendants' Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I would provide testimony competently under oath as follows.

1

EXHIBIT 1

4. Attached hereto as Exhibit 1A is a true and correct copy of excerpts from the transcript of Kirk Prest's deposition in his individual capacity on February 10, 2021.

5. Attached hereto as Exhibit 1B is a true and correct copy of excerpts from the transcript of Kirk Prest's deposition on February 11, 2021.

6. Attached hereto as Exhibit 1C is a true and correct copy of excerpts from the transcript of Denise Prest's deposition on February 11, 2021.

7. Attached hereto as Exhibit 1D is a true and correct copy of Fin & Feather's Cabin Rates for the Dolphin, Speckled Trout, Greenwing, Mallard, Wahoo, Wigeon, Redfish and Pintail as they appears on its website, available at https://www.finandfeathercabins.com/cabins.html.

8. Attached hereto as Exhibit 1E is a true and correct copy of Fin & Feather's Lodge Rates for the Blue Marlin as they appears on its website, available at https://www.finandfeathercabins.com/blue-marlin-lodge.html.

9. Attached hereto as Exhibit 1F is a true and correct copy of a Fin & Feather social media posting on Instagram, marked as Exhibit 29 during the February 11, 2021 deposition of Denise Prest.

10. Attached hereto as Exhibit 1G is a true and correct copy of the Environmental Response Management Application (ERMA) map depicting the MC 252 wellhead location, Deepwater Horizon wreckage location, and surface oiling, and NRDA Restoration Projects which was used during the MDL 2179 Penalty Phase Trial and marked as TREX-013249.

11. Attached hereto as Exhibit 1H is a true and correct copy of the Louisiana Department of Wildlife and Fisheries' Recreational Fishing Licenses and Permit Requirements as they appears on its website, available at https://www.wlf.louisiana.gov/page/recreational-fishing-licenses-and-permits.

12. Attached hereto as Exhibit 1I is a true and correct copy of the Louisiana Department of Wildlife and Fisheries' Hunting License and Permit Requirements as they appears on its website, available at https://www.wlf.louisiana.gov/page/hunting-licenses-and-permits.

13. Attached hereto as Exhibit 1J is a true and correct copy of an email from BP's counsel to Plaintiffs' counsel, dated September 29, 2020.

14. I have read the above and same is true and correct to the best of my knowledge, information and belief.

Date: June 28, 2021

_____
Stephen Skelly Kreller