📞 Call Us Today! (504) 451-8072

*"We are the Originators not the Imitators"*

*5th Generation Native

*18 year family-owned business

*Respected 1st Class Operation

"BOOK NOW"...

EXHIBIT
1D


"BOAT STORAGE AVAILABLE"

HOME          ABOUT US          ADVENTURES & RATES          FAQS          GALLERY

CONTACT US/DIRECTIONS          CABINS          BLUE MARLIN LODGE



## Cabins

Contact us to learn more about how we can help you plan your next adventure!

Contact Us Today

### Dolphin Cabin   $275/night

The "Dolphin" Lodge is a large and luxurious 2BR/2BA lodge featuring vaulted ceilings, beautiful cypress tongue & groove walls, large granite bar, ceramic floors, and lovely décor. This fully furnished lodge features a master suite with queen bed and master bathroom, as well as 2nd guest bedroom and bathroom. Other amenities include: pillow-top quality bedding, (2)futons, recliner, stove/oven, microwave, dishwasher, double sink, refrigerator/freezer, toaster, dining table; central A/C-heat, ceiling fans, large flat screen TV, cable TV/DVD in bedrooms, washer & dryer, BBQ pits, commercial fish fryers & boilers, front porch, large rear covered patio(with freezer for your catch), fish & boat cleaning facilities, and much more. All linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo, & free wireless high speed internet.

(sleeps 7-9)



## Speckled Trout  $300/night      "BOOK NOW"...

The Speckled Trout Cabin is a very comfortable and fully furnished cabin, which will accommodate 8 persons. The interior construction is nicely done in a rustic pine board & trim; which places guests in that majestic cabin atmosphere, which is unmatched anywhere else in the area. The arrangement is 3BR/2BA with a centrally located full service kitchen and living room. This cabin includes pillow-top quality bedding, (2)futons, recliner, dining table/chairs for 6, large covered patio(with a freezer for your catch), patio table and chairs, central A/C &heat, ceiling fans, cable TV, refrigerator/freezer, stove/oven, overhead microwave, dishwasher, washer/dryer, charcoal BBQ pit, commercial fish fryers and boilers, fish and boat cleaning facilities, and much more.  All linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo, and free wireless high speed internet is provided.

(sleeps 8)



## Greenwing, Mallard, & Wahoo  $200/night      "BOOK NOW"...

These beautiful 2BR/2BA cedar cabins are fully furnished and will comfortably accommodate 4-6 persons. The cabins are arranged with 1 bedroom each- on opposite sides (bunk beds w/quality pillow top bedding). These cabins include full kitchen, living room, and centrally located bathroom; dining table/chairs, couches/recliner, central A/C & heat, ceiling fans, cable TV/DVD, refrigerator/freezer, stove/oven, microwave, washer/dryer, dishwasher, large covered patio with table & chairs, charcoal BBQ pits, commercial fish fryers & boilers, fish & boat cleaning facilities, & much more.
All linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo, and free wireless high speed internet is provided.

(sleeps 4-6)



## Wigeon  $250/night          "BOOK NOW"...

The Wigeon Cabin is a large 2BR/2BA cabin featuring all the comforts of home such as: pillow-top quality bedding, cable TV/DVD, central A/C-heat, ceiling fans, (2)futons, stove/oven, microwave, dishwasher, double sink, refrigerator/freezer, toaster, dining table, washer & dryer, BBQ pits, large covered pavilion w/commercial fish fryers & boilers, large front porch, fish & boat cleaning facilities, and much more. All linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo, & free wireless high speed internet provided.

(sleeps 6-8)



## Redfish & Pintail  $150/night     "BOOK  NOW"...

The Redfish & Pintail Cabins are fully furnished and will accommodate 2-3 persons. These are 1BR/1BA cabins with all the comforts of home such as: pillow-top quality bedding, living room(including 2 futons with extra-comfort mattresses), 4-person dining table, central A/C & heat, ceiling fans, cable TV/DVD, refrigerator/freezer, stove/oven, overhead microwave, washer/dryer, covered porch with chairs, charcoal BBQ pits, commercial fish fryers and boilers, fish and boat cleaning facilities, and much more.

All linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo, and free wireless high speed internet is provided.

(sleeps 2-3)



## Yellowfin  $450/night               "BOOK  NOW"...

The Yellowfin Cabin is a large spacious lodge which offers all of the comforts of home. This beautifully constructed cabin is designed for larger groups of up to 11 folks. Of the many unique features, some of these include the large living room with wet bar & seating, cable tv/dvd, free wireless internet, large fully equipped kitchen w/beautiful granite bar, 2 spacious bathrooms, and 5 bedrooms with pillow-top mattresses. Guests also enjoy the (2)large covered patios including outdoor furniture, BBQ pit, a freezer for your catch, as well as our covered pavilion/ entertainment area featuring ping pong table, & outdoor kitchen just steps from the lodge. The property amenities also include our fish cleaning facility on the canal, for easy fish & game cleaning;(and usually some up-close photo opportunities of the gators feeding on fish carcassas!) All (10) of our lodges are fully furnished including pillow-top bedding, linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap, shampoo & washer detergents. (sleeps 11)



