"We are the Originators not the Imitators"

*5th Generation Native

*18 year family-owned business

*Respected 1st Class Operation

📞 Call Us Today! (504) 451-8072

"BOOK NOW"...

EXHIBIT 1E



"BOAT STORAGE AVAILABLE"

| HOME | ABOUT US | ADVENTURES & RATES | FAQS | GALLERY |

CONTACT US/DIRECTIONS    CABINS    BLUE MARLIN LODGE



## Premium Lodging in Venice, LA

Contact us to learn more about how we can help you plan your next adventure!

Contact Us Today

### Blue Marlin Lodge    $475/night

Whether your travels bring you to Venice with family, friends, or business, you will enjoy the beauty, comfort, and amenities this large 4BR/2BA lodge offers guests.  The Blue Marlin Lodge is our signature lodge and is also the area's most luxurious accommodations.  The lodge interior is constructed of beautiful cypress tongue & groove walls, cypress trim, ceramic floors, and all of the lodge-themed décor.  This beautifully constructed lodge is designed for large or small groups, and is the main focal point for meals and entertainment.  Of the many unique features, some of these include the large living room, entertainment/game room including billiards, poker table, & foosball, large-screen cable tvs/dvd, full kitchen w/beautiful granite bar, large-beautiful custom cypress dining table, computer center w/free wireless internet, printer/copier/fax.  Guests also enjoy the large covered patio including BBQ pit, a freezer for your catch, as well as our pavilion, entertainment area, & outdoor kitchen just steps from the lodge.  All bedding is pillow-top quality, and our lodges are fully furnished including linens, towels, dishes, pots, pans, cookware, coffee pot with coffee & fixings, soap & shampoo.

(sleeps 9-11)



