

**finandfeathervenice2001** • Follow

**finandfeathervenice2001** DATES ARE FILLING FAST!! Book your Blast & Cast Adventure Now!! 1-Stop Shop...Saltwater fishing, duck hunting, lodging & meals @ Fin & Feather Cabins (504)615-7049 finandfeathercabins.com. #finandfeathercabins #BlueMarlinLodgeVenice. #BestLodgeVeniceLa #veniceredfish

172w

22 likes

AUGUST 27, 2017

Add a comment…                                        Post

**EXHIBIT 1F**

**Exhibit 29**