

13249
Exhibit No.
Worldwide Court Reporters, Inc.

EXHIBIT
1G

# ERMA® | Environmental Response Management Application
## Gulf of Mexico

Information | Help | Recent Data | Dashboards

Search Layers, Folders, and Bookmarks

☐ Geographic Search

Add Map Data | Login

**Layers** | Legend | Query Tools | Zoom | Download | Print

**Active View:** Deepwater Horizon Restoration Projects [info]

clear all   collapse all   **show all layers**

- ☐ **Background Layers**
  - ⦿ Esri National Geographic
- ☐ **Restoration**
  - ☐ Restoration Center Data Base Projects (NOAA)
  - ☑ Deepwater Horizon NRDA Restoration Projects (2020)
- ☐ Ocean Conservancy GAP Analysis
- ☐ **Deepwater Horizon MC 252 Incident**
  - ☑ Mississippi Canyon 252 Wellhead Location
  - ☑ Deepwater Horizon Wreckage
- ☐ Areas of Operation
- ☐ **NRDA Workgroup Data**
  - ☐ NRDA Integration Grid 5 Km (PDARP)
- ☐ Analytical Data
- ☐ **Cumulative Oiling**
  - ☑ Cumulative TCNNA SAR Oiling - Days of Oiling (PDARP)
  - ☐ DWH DMSC-TIR Potential Oiling (2010 OI)
  - ☐ Daily Integrated Oil Cover
  - ☐ Daily Integrated Oil Cover Update
  - ☐ Individual Sensor data
- ☐ Deepwater Benthic Communities
- ☐ Fish
- ☐ Instrument Data
- ☐ Lost Recreational Use
- ☐ Marine Mammals
- ☐ Natural Resource Exposure (Offshore Data)
- ☐ Oysters
- ☐ Sargassum
- ☐ Sea Turtles
- ☐ Shoreline
- ☐ Submerged Aquatic Vegetation (SAV)
- ☐ Response Injury
- ☐ Water Column
- ☐ Response Operations
- ☐ Overflight Observations and Photos
- ☐ Response Sampling and Monitoring
- ☐ Fisheries Management
- ☐ Shoreline Cleanup and Assessment Technique (SCAT)
- ☐ Trajectories
- ☐ Wildlife Observations
- ☐ Imagery & Remote Sensing Products
- ☐ Deepwater Report Products (JAG and OSAT)
- ☐ My Map Data

**Bookmark Views:**   Expand

Scale: 1 : 2,633,972   Zoom Level: 7.2   Location: 33.8492°, -96.4397°

Screenshot of NOAA ERMA (Environmental Response Management Application) Gulf of Mexico showing Deepwater Horizon Restoration Projects active view, with cumulative TCNNA SAR Oiling - Days of Oiling (PDARP) layer displayed over the Gulf Coast region from Louisiana to Florida.