


# Recreational Fishing Licenses and Permits

If you're age 16 or older, you must have a **Basic Fishing License** to fish recreationally in Louisiana waters. If you're fishing south of the saltwater line*, you must also have a **Saltwater License**. Please note that if you're fishing with a cane pole, you just need a **Hook and Line License**; no other license is required.

*State law has designated a saltwater line across south Louisiana; this line divides fresh and saltwater areas of the state. Louisiana has many areas where you can catch fresh and saltwater species side by side. Instead of trying to determine exactly where the saltwater line is, the best practice is to purchase the additional saltwater license if you're fishing anywhere in south Louisiana and plan to catch any saltwater species.

You also need **licenses or permits for certain types of gear or activities**.

Licenses are available at special rates for seniors, military, students, and people with disabilities. Lifetime licenses are also available.

You are not required to have Basic or Saltwater Fishing licenses if you are:

> A resident or nonresident under age 16 (i.e. age 15 and under)
> A resident born before June 1, 1940, who has lived in Louisiana for 6 months.

If you meet one of the above criteria, you must still have proof of age in your possession whenever fishing. In addition, residents born before June 1, 1940, must have appropriate gear licenses when using any legal fishing gear.

**BUY A LICENSE** 

**UPDATE YOUR LICENSE INFORMATION** 

**GET A RECREATIONAL OFFSHORE LANDING PERMIT** 

Annual recreational fishing licenses are valid from the date of purchase and expire on June 30 each year.  If you purchase a license on June 1, when they go on sale each year, they expire on June 30 the following year.

License and Permit Types and Fees 

| License / Permit Type | Resident Fee | Nonresident Fee |
| --- | --- | --- |

**EXHIBIT 1H**

 

| | | |
|---|---:|---:|
| Basic Fishing | $9.50 | $60 |
| Saltwater (Basic Fishing License required) | $13 | $30 |
| Nonresident Basic Trip (1 day) | — | $5 |
| Nonresident Saltwater Trip (1 day) | — | $17.50 |
| Nonresident Saltwater Season (Basic Fishing License required) | — | $30 |
| Senior Hunting/Fishing[2] | $5 | — |
| Louisiana Sportman's Paradise[3] | $100 | — |
| Charter Passenger[4] (3 day) | $10 | $10 |
| Charter Skiff[5] (3 day) | — | $30 |

[1] Allows license holder to fish with a cane pole. No other license is required.

[2] Any resident who turned 60 years old on or after June 1, 2000, must obtain a Senior Hunting/Fishing License to hunt or fish. This license is in lieu of Basic and Saltwater fishing licenses; Basic, Big Game, Bow, and Primitive Firearms hunting licenses; Louisiana Waterfowl and Turkey Stamps; and the WMA Hunting Permit. This license does not include special gear such as trawls, crab traps, crawfish traps, hoop nets, etc.

[3] Louisiana Sportsman's Paradise License includes Basic and Saltwater fishing Licenses; Basic, Big Game, Bow, and Primitive Firearms hunting licenses; Louisiana Waterfowl and Turkey stamps, the WMA Hunting Permit; and all recreational gear licenses except for recreational trawls longer than 16 feet.

[4] Valid to fish from a charter vessel in saltwater areas of the state, with a licensed guide on board at all times. This license is in lieu of Basic and Saltwater fishing licenses and is valid for three consecutive days. You must provide the charter guide's license number or mothership license when you purchase a Charter Passenger License.

[5] Valid for nonresidents to fish under the direction of a charter operation in a licensed charter skiff in saltwater areas of the state. This license is in lieu of Basic and Saltwater fishing licenses and is valid for three consecutive days.

## Gear Licenses

Recreational anglers age 16 and over, using any of the recreational gear listed below must purchase applicable gear licenses, in addition to their Basic Fishing License. If fishing in saltwater areas of the state, they must also have a Saltwater Fishing License. Lifetime Fishing License holders must purchase gear licenses to use recreational gear.

| License/Permit Type | Resident Fee | Nonresident Fee |
|---|---|---|




| | | |
|---|---|---|
| Crab Traps (limit 10) | $15 | $60 |
| Crawfish Traps (limit 35) | $15 | $60 |
| Hoop Nets[1] (limit 5) | $20 | $80 |
| Oyster Tong (per tong) | $5 | $20 |
| Pipes/Drums (limit 5) | $10 | $40 |
| Slat Traps (limit 5) | $20 | $80 |
| Trawls - less than 16 feet | $25 | $100 |
| Trawls - 16 feet up to 25 feet[2] | $80 | $320 |
| Wire Nets (limit 5) | $20 | $80 |

[1]You may only use recreational wire and hoop nets in the geographical areas of the state designated as freshwater (see regulations).

[2]Not included in the Louisiana Sportsman's Paradise License.

## Offshore and Federal Permits

**Recreational Offshore Landing Permit (ROLP)**

Private recreational anglers are required to have a valid Recreational Offshore Landing Permit (ROLP) to possess tunas, billfish, swordfish, amberjacks, groupers, snappers, hinds, cobia, wahoo, and dolphinfish in Louisiana waters. This permit is free of charge. Minors (under 16) are not required to have an ROLP. Only register for an ROLP if you are planning to go on a private, recreational offshore trip. You do not need an ROLP if you do not fish offshore, if you only go offshore on charter boats as a client (as you're covered by the captain's Charter ROLP), or if you do not fish for or land those species. So, if you are fishing for speckled trout offshore, you do not

**How do I purchase a recreational fishing license?** 

You can purchase a recreational fishing license*:

> Online
> At LDWF Headquarters at 2000 Quail Drive in Baton Rouge and many local retailers.

*This does not apply to most military, student, disability, and lifetime licenses. See Special Licenses for details.

Online payment options include Visa, MasterCard, Discover, American Express, or E-check; these purchases include a small handling fee.

If you purchase your license online, you will receive an authorization number so you can use your license immediately. You will also receive a PDF of your license, which you can print and/or save to the electronic device you take fishing.




To purchase a license at the resident rate, you must meet the bona fide residency requirements defined below and present one of the following valid forms of identification:

- Louisiana driver's license (valid for 6 months or more)
- Louisiana ID card (issued by the Louisiana Department of Public Safety)

If you obtain a resident license but do not comply with the bona fide residency requirements as stated below, you will be subject to criminal and/or civil sanctions.

### Bona Fide Residency Requirements:

You're a bona fide resident if you've resided in the state of Louisiana continuously during the 6 months immediately prior to the date you apply for any license and if you've established Louisiana as your legal domicile. You must demonstrate compliance with all of the following, as applicable:

- If you're registered to vote, you're registered to vote in Louisiana
- If you're licensed to drive a motor vehicle, you have a valid Louisiana driver's license
- If you own a motor vehicle located within Louisiana, you have a valid Louisiana registration for that vehicle
- If you earn an income, you have filed a Louisiana state income tax return and have complied with state income tax law and regulations.

Any person, corporation, or other legal entity that possesses a resident license from any other

### How do I replace a lost license? 

If you lost your license, you can purchase a duplicate for $2 per license. If you purchased it online or through a mobile device, you can reprint it for free. No duplicates are allowed for

### Louisiana/Texas Agreement 

The waters in western Louisiana form a mutual border with Texas, so Louisiana and Texas have a reciprocal agreement that allows Louisiana and Texas recreational fishermen to fish border waters (except the Gulf of Mexico) under their resident license from their home state. They are not required to purchase a non-resident license. Those exempted from resident licenses for their state (see above) are also included in this agreement. Border waters include:

- Caddo Lake
- Toledo Bend Reservoir
- Sabine River
- Sabine Lake
- Sabine Pass

Louisiana residents age 65 or older are not required to purchase a Texas nonresident license to fish in any Texas public waters (both freshwater and saltwater), but they must have a valid Louisiana resident senior fishing license(s) and comply with Texas law. Louisiana residents from 17 to 64 years of age are still required to purchase a Texas nonresident fishing license when fishing in Texas waters, except border waters.

Likewise, Texas residents age 65 or older may fish in any Louisiana public waters (both



 

 

**Louisiana Department of Wildlife and Fisheries**

225.765.2800

CONTACT US

PO Box 98000
2000 Quail Drive
Baton Rouge, LA 70898

800.256.2749



Administration

Commissions, Task Forces, & Councils

Resources