

# Hunting Licenses and Permits

Residents and nonresident hunters age 16 or older must have a **Basic Hunting License** to hunt, take, possess or transport any wild birds or quadrupeds (for which hunting is permitted and seasons are opened).

**Additional special licenses** are required to hunt, take, possess, or transport deer, turkey, bobcat, or migratory waterfowl or to hunt with a bow or primitive firearm.

Hunters must have licenses (or license numbers) and a physical form of identification on their person while hunting.

No person born on or after September 1, 1969, shall hunt unsupervised unless that person has been issued a certificate of satisfactorily completion of a Hunter Education course approved by LDWF. Please see Mandatory Hunter Education for exceptions, requirements, and methods for taking approved hunter education courses.

Licenses are available at special rates for seniors, military, students, and people with disabilities. Lifetime licenses are also available.

The following individuals are not required to have Basic, Big Game, Bow, or Primitive Firearm hunting licenses or Louisiana Duck or Turkey stamps:

- Residents and nonresidents under age 16 (i.e. age 15 and under)
- Residents born before June 1, 1940 who have lived in Louisiana for 6 months

However, these individuals must have proof of age in their possession whenever hunting.

**BUY A LICENSE**

**UPDATE YOUR LICENSE INFORMATION**

**MANDATORY HUNTER EDUCATION**

Annual hunting licenses go on sale June 1 each year. They are valid from the date of purchase and expire on June 30 each year.

### License and Permit Types and Fees

| License / Permit Type | Resident Fee | Nonresident Fee |
|---|---|---|
| Basic Hunting | $15 | $150 |
| Big Game  (deer, turkey, or bobcat; required in addition to Basic Hunting License) | $14 | $150 |

**EXHIBIT 1I**




| | | |
|---|---|---|
| Primitive Firearm (special deer season for primitive firearms only) | $10.50 | $26 |
| Louisiana Duck (Waterfowl) | $5.50 | $25 |
| Federal Duck Stamp (required for all waterfowl hunters 16 years of age and older, even those who are not otherwise required to purchase a license) | $27.22 | $27.22 |
| Louisiana Wild Turkey (turkey; required in addition to Basic and Big Game Hunting licenses) | $5.50 | $20.50 |
| HIP Certification (required in addition to all other applicable licenses for migratory game birds—mourning doves, ducks, geese, woodcock, rails, snipe, coots or gallinules) | Free | Free |
| WMA Hunting Permit (to hunt on any land managed by LDWF, including wildlife refuges, wildlife management areas, and habitat conservation areas; required for hunters age 18-59) | $15 | $15 |
| Game Breeder's License for Falconry (Falconry License; to practice falconry in Louisiana; must also have a current, valid Hunting License; Falconry Licenses will not be issued for pets or the pet trade/industry) | $25 plus one-time $50 facility inspection fee | |
| Nonresident Small Game/Migratory Bird[1] (1 day) | — | $29 |
| Nonresident Deer[1] (1 day) | — | $36 |
| Nonresident Turkey[1] (1 day) | — | $36 |
| Senior Hunting/Fishing[2] | $5 | — |
| Louisiana Sportsman's Paradise[3] | $100 | — |
| Louisiana Native Basic Hunting[4] | — | $15 |
| Louisiana Native Big Game[4] | — | $14 |
| Louisiana Native Bow[4] | — | $10.50 |
| Louisiana Native Primitive Firearm[4] | — | $10.50 |
| Louisiana Native Louisiana Duck[4] | — | $5.50 |
| Louisiana Native Louisiana Turkey[4] | — | $5.50 |
| Nonresident Hunting Preserve (October 1-April 30)[5] | — | $15 |



A resident who turned 60 years old on or after June 1, 2000 must obtain a Senior Hunting/Fishing License to hunt or fish. This license is in lieu of Basic and Saltwater fishing licenses; Basic, Big Game, Bow, and Primitive Firearm hunting licenses; Louisiana Waterfowl and Turkey stamps; and the WMA Hunting Permit. This license does not include special gear such as trawls, crab traps, crawfish traps, hoop nets, etc.

[3]The Louisiana Sportsman's Paradise License includes Basic and Saltwater fishing licenses; Basic, Big Game, Bow, and Primitive Firearm hunting licenses; Louisiana Duck and Turkey stamps, the WMA Hunting Permit; and all recreational gear licenses except for recreational trawls longer

How do I purchase a hunting license? 

You can purchase a hunting license*:

> Online
> At LDWF Headquarters at 2000 Quail Drive in Baton Rouge and many local retailers.

*This does not apply to most military, student, disability, and lifetime licenses. See Special Licenses for details.

Online payment options include Visa, MasterCard, Discover, American Express, or E-check; these purchases include a small handling fee.

If you purchase your license online, you will receive an authorization number so you can use your license immediately. You will also receive a PDF of your license, which you can print and/or save to the electronic device you take hunting.

If you purchase your license via a mobile device (smartphone, laptop, tablet, etc.), you will not receive a license in the mail. You will receive a text with a temporary authorization number and an email with the temporary authorization number and a PDF of your licenses, which you can

How do I qualify for resident rates? 

To purchase a license at the resident rate, you must meet the bona fide residency requirements defined below and present one of the following valid forms of identification:

> Louisiana driver's license (valid for 6 months or more)
> Louisiana identification card (issued by the Louisiana Department of Public Safety)

If you obtain a resident license but do not comply with the bona fide residency requirements as stated below, you will be subject to criminal and/or civil sanctions.

### Bona Fide Residency Requirements:

You're a bona fide resident if you've resided in the state of Louisiana continuously during the 6 months immediately prior to the date you apply for any license and if you've established Louisiana as your legal domicile. You must demonstrate compliance with all of the following, as applicable:

> If you're registered to vote, you're registered to vote in Louisiana
> If you're licensed to drive a motor vehicle, you have a valid Louisiana driver's license
> If you own a motor vehicle located within Louisiana, you have a valid Louisiana registration for that vehicle



### How do I replace a lost license?

If you lost your license, you can purchase a duplicate for $2 per license. If you purchased it online or through a mobile device, you can reprint it for free. No duplicates are allowed for temporary licenses (e.g. 1-day nonresident licenses).

### Louisiana/Mississippi Agreement

If you hold a Mississippi hunting license, you have the same rights and privileges as provided by law for a Louisiana hunting license holder to hunt wild game birds and quadrupeds on islands in and around the waters of the Mississippi River and other land resulting from accretion along the Mississippi River at the Louisiana and Mississippi border.

## Did you know?

Next time you renew your driver's license at the Office of Motor Vehicles, you can add a Lifetime Hunting, Lifetime Fishing, Lifetime Combination, Boater Education, and/or Hunter Education endorsement to your license for free. If you have one or more of these endorsements, you do not have to carry the applicable license or certification card with you as long as you have your driver's license.





**Louisiana Department of Wildlife and Fisheries**

225.765.2800

CONTACT US

PO Box 98000
2000 Quail Drive
Baton Rouge, LA 70898

800.256.2749

- Administration
- Commissions, Task Forces, & Councils
- Resources