

Stephen Kreller <ssk@krellerlaw.com>

## BP-B1 CMO Discussions

**Keegan, Christopher W.** <chris.keegan@kirkland.com>   Tue, Sep 29, 2020 at 12:59 PM
To: Stephen Kreller <ssk@krellerlaw.com>, "Al Robert, Jr." <ajr@ajrobert.com>, "Terteryan, Anna" <anna.terteryan@kirkland.com>

Stephen and Al

As we have discussed, BP anticipates that it will seek dismissal of the claims by BioMarine and Gulf Marine, following the arguments set forth in the outline provided to you as part of the B1 mediation process. BP also anticipates that it will file motion practice to narrow the Fin and Feather claims with a focus on (a) limiting the categories of damages requested, such as seeking to dismiss the damages for future developments and (b) seeking to limit the time period for damages to a reasonable period. BP believes that the Case Management Order provides for an efficient path towards those motions in both instances.

To address the points we discussed earlier today, we agree that if the anticipated motions for Fin and Feather raise materially different issues or grounds than those we have discussed, that the parties should meet and confer about whether additional discovery is necessary or appropriate and whether the schedule put forth in the CMO should be revised and that we would not unreasonably withhold consent to a change in the schedule.

Also - attached is a revised CMO reflecting the change requested by Eric Newell and a draft of revised language at the introduction of section II. Please let me know if you are comfortable with the proposed language.

Chris

**Christopher W. Keegan**
-----------------------------------------------------
**KIRKLAND & ELLIS LLP**

**EXHIBIT 1J**

555 California Street, San Francisco, CA 94104

**T** +1 415 439 1882  **M** +1 415 238 6821

**F** +1 415 439 1500

------------------------------------------------------

chris.keegan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**2020-09-28 DRAFT B1 Case Management Order re Remaining B1 Plaintiffs_(71099611_6).DOC**
82K