PELICAN PLANTATION- Web Page Titled: "Adventure Rates"

*All-Inclusive Inshore fishing:

Per person……………………………..……………...$500  (Based on 3 persons per boat/per day)

Per person………………………………….…………$600 (Based on 2 persons per boat/per day)

*All-Inclusive Offshore fishing:

Full Day adventure…….per boat(1-6 persons)………$2,450+ fuel

Overnight adventure…..per boat(1-6 persons)………$2,950+ fuel

*All-Inclusive Duck hunting…………………………………………..………$550 (per person/per day)

*All-Inclusive Blast & Cast………………………………………………………$800 (per person/per day)

**The above packages include lodging, Gourmet prepared breakfast, lunch, and dinner; plus fish/game cleaning & Packaging, ice, bait, tackle, & on-water food &. refreshments.

Non-all Inclusive Rates below:

Inshore fishing only……………………………………….$700 (1-2 persons/per day)

Inshore fishing only……………………………………….$900 (3 persons/per day)

Inshore fishing only……………………………………….$1,000 (4 persons/per day)

Offshore fishing only(full day)………………………..…..$2,200+ fuel

Offshore fishing only(overnight)………………………….$2,600+ fuel

Duck hunting only………………………………………..$350 (per person)

Cast and blast only……………………………………….$650 (per person)

Nature/Wildlife Tour……………………………………..$800 (up to 4 persons)

*All Fin & Feather Adventures include free fish cleaning & packaging, ice, bait, tackle, lunch and refreshments.  Out of state fishing license available for a minimal charge.

**Security Deposit:**   A 50% non-refundable security deposit is required at time of confirmation to reserve your dates, and this amount will be applied to your final invoice.  Reservations are not considered guaranteed until deposit is received.  Reservations made within 30 days of your arrival date require full payment within 5 business days to be guaranteed.

**Cancellation Policy:**  If a cancellation occurs 30 days prior to your trip, the deposit may be used within a year of the original scheduled date.  If your cancellation occurs 30 days or less prior to your trip, then the deposit is forfeited.  FFA accepts cash, check, Visa, MasterCard, American Express, and  Discover.  No-shows and late arrivals will forfeit their deposit.  Example(a 12 person trip is booked, only 9 arrive, the other 3 will forfeit their deposits).  If FFA cancels a trip due to mother nature such as: a hurricane, tropical storm , or severe weather-- we will reschedule your trip within one year of your original scheduled dates.

F&F-30(B)(6)-00002