UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:16-cv-6118<br>Civil Action No. 2:16-cv-6131<br>Civil Action No. 2:16-cv-6126<br><br>Fin & Feather, LLC<br>Fin & Feather Cabins, LLC<br>Fin & Feather Adventures, LLC | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

STATE OF LOUISIANA
PARISH OF TANGIPAHOA

## AFFIDAVIT OF KIRK PREST

**BEFORE ME**, the undersigned notary public, came and appeared,

**KIRK PREST**

who, under penalty of perjury, stated as follows:

1. I am a person of full age and majority, and my address is 38920 Hwy. 23 Boothville, Louisiana.

2. I was born and raised in Buras, Louisiana and attended Delta Heritage Academy elementary in Buras, Louisiana and graduated from River Oaks Academy high school in Belle Chasse, Louisiana in 1986.

3. During high school, I harvested oysters for Mitchell Jurisich during the summers and holidays from approximately 1985 through 1988.

4. After high school, I attended Southeastern Louisiana University in Hammond, Louisiana and graduated in 1991 with a degree in Business. My major was in business marketing, and I had a minor in business management.

1

EXHIBIT
2

5. After graduation, I worked for my father's business, Delta Outboard, as a co-owner and general manager of the sales and service departments.

6. In 2001, I left the family business and began working as a Territory Sales Manager at Ryerson Metals Corp in St. Rose, Louisiana. In 2006, I took a buyout offer from the company due to post-Katrina reorganization.

7. I married Denise on June 29, 1991 and we have one son, Kirk Prest, Jr., who was born on February 9, 2000.

8. Both of our families have spent generations in Plaquemines Parish.

9. I grew up hunting and fishing and have remained an avid outdoorsman throughout my life.

10. I am intimately familiar with the inshore waters in and around Barataria Bay and have spent many years fishing for speckled trout, red fish, flounder and black drum, both for sport and as a guide for my clients.

11. Around 2001, Denise and I purchased 4.5 acres in Boothville with a plan to build a business that we could eventually grow into a full-time business that we could share with him the outdoors experience that I had as a child.

12. Our plan was always to pass the Fin & Feather businesses on to Kirk, Jr. at the appropriate time. He will graduate from Southeastern Louisiana University in May 2022 as a fourth generation business graduate of the Prest Family.

13. We started Fin & Feather by constructing and renting boat sheds because we could operate them without a substantial time commitment. At the outset, we hoped to cater to two core groups of clients. The first group was those with their own boats who were looking for a well-maintained place to spend the night so that they could get up and start fishing the next morning. Many of these clients stored their boats with Fin & Feather, but there were many from surrounding areas that would just drive in for a few days & rent our cabins. The other group of clients that we catered to were those looking for guided fishing and hunting adventures.

14. In 2006, after taking my buy-out, Denise and I devoted our full-time efforts to building the Fin & Feather businesses.

15. Once we recovered from Hurricane Katrina, we began marketing both inside and outside of Louisiana.

16. We developed a web site and put together "blast and cast" packages that marketed the hunting and fishing experiences that Fin & Feather provided via the internet and using

2

brochures distributed to tourist seeking a fishing or hunting adventure. *See* Exhibit A hereto.

17. Starting in 2008 and 2009, we were also advertising in Rod and Reel and Louisiana Sportsman, along with renting a booth and attending large outdoor trade shows in Tampa, Miami, and Atlanta to market our business. *See* Exhibit B for true and correct copies of expenses associated with those shows.

18. As a result of our marketing efforts, Fin & Feather started selling more all-inclusive experiences in 2008 and 2009.

19. On occasion, or upon request, we would prepare and serve speckled trout and/or redfish caught by a guest as part of an all-inclusive experience, or special request.

20. These packages allowed our customers to pay a single fee for lodging, food, and guided hunting and fishing tours.

21. Around 2008, after getting to know many of our clients, Denise and I realized that there was another market opportunity that we had not fully recognized: businesses using hunting and fishing trips as a means to build business relationships with clients, potential clients, employees, and/or potential employees.

22. We were fortunate to earn the business of Mr. Mark Patrick, an executive with Berry Plastics.

23. We sought his input before building the Blue Marlin Lodge and recognized that building a facility that could cater to larger higher-end corporate groups was worth pursuing.

24. Although Fin & Feather generated business from our advertising and marketing efforts, we also enjoyed significant business from customers who visited Fin & Feather on their own after visiting as a guest or with their work.

25. Many clients that visited with Mr. Patrick subsequently visited with their own parties, such as: Trey Spurlock, Craig Cain, Stephanie Henderson, Holden DuBos and Mark Butryn.

26. Similarly, many MLB players and coaches who have visited with Mr. Presley over the years, later visited with their own parties, such as: David Robertson (Pitcher), Jared Hoying (Outfielder), ChiChi Gonzales (Pitcher), RJ Alaverez (Pitcher), Preston Beck (Infielder), Chris Westcott (Pitcher) and Andrew Faulkner (Pitcher).

27. After the BP Oil Spill, individuals from the USDA returned to Fin & Feather to fish and hunt on their own, including Keith Langston, Eli & Triston Steen, Blake Stamp, David

3

Moore, and Kent Moore. Likewise, with the CDC, including Donnie Booher, Dave Sundin, Rick Fontenot, Ronald Hendrickson, Chris Cardino, and Eddie DeFreeze.

28. Individuals that have visited from Cabela's include Bubba Bourgeois, Bernard Sheets, Brian Gonzales, and Roderick Saylor.

29. The following provides an approximate timeline of the construction of the various buildings that now make up Fin & Feather:

    **2001** – Purchased 4.5 acres. Contracted out to build ten 40-foot boat storage rental sheds.

    **2002** – Due to demand, contracted out to build twelve 52-foot boat storage rental sheds.

    **2003** – Due to demand, contracted out to build fifteen 35-foot boat storage units.

    **2004/2005** – Due to strong demand, contracted out to build sixteen 40-foot boat storage rental units, bringing the total available for rent to 53. Mr. Prest also built the Dolphin cabin (a 2 BR/2 BA that sleeps seven to eight). Hurricane Katrina struck and caused substantial damage to the boat sheds and the Dolphin cabin.

    **2006** – Contracted out to rebuild twelve 52-foot and twenty-six 40-foot boat storage rental sheds after the original sheds were damaged and removed after Hurricane Katrina. Refurbished the Dolphin cabin with the assistance of his father.

    Purchased two A-Frame structures that became the Redfish and Pintail cabins in 2004 (each cabin is 1 BR/1 BA and sleeps two to three) and installed them at the front of the property (nearest Highway 23) where the 35-foot boat sheds had been located before being damaged by Hurricane Katrina.

    Purchased pre-fabricated cedar cabins that were installed behind Dolphin Cabin. These cabins (Greenwing Teal, Mallard, and Wahoo) are each 2 BR/2 BA and sleep four to six people.

    **2007** – Purchased pre-fabricated structures and installed them to the south of the Dolphin Cabin. These cabins (Wigeon and Speckled Trout) were each 2 BR/2BA that can accommodate six to eight people.

    **2008** – Built Blue Marlin Lodge with 3 BR/2B to accommodate seven to nine people. Hurricanes Issac and Hurricane Gustav both strike and impact operations at F&F.

4

**2009** – Purchased 2.6 acres of adjacent property with the intent of building Pelican Plantation. Cleared land and brought in dirt (approximately 24 truck loads) to prepare site. Began construction of Captains' Quarters and an outdoor pavilion.

**2010** – Completed construction of Captains' Quarters and outdoor pavilion. Closed in patio on Blue Marlin Lodge to add 2 extra bedrooms, increasing capacity to nine-to-eleven people.

29. I also prepared the attached site plan, Exhibit C, that provides further detail on the phases & location of these cabins and the anticipated placement of future cabins.

30. Exhibit D contains the final version of design prints for Pelican Plantaiton.

31. As detailed on the attached Exhibit E, our building and marketing efforts were scheduled to pay off due to the large number of all-inclusive hunting and fishing trips that we had scheduled. I prepared this document in approximately 2010 after the BP oil spill.

32. The listing (and associated calendar) provide in Exhibit E lists already-scheduled trips with the following denotation behind them: (No. trips)(type of guided tours)(number in party "x" number of nights). By way of example, Mr. Jack Howard has the following Adventure Description noted: (3)Inshore(A.l.x9x4), which translates into three separate trips with nine people for four nights, billed at an all-inclusive rate for inshore fishing (meaning the rate includes lodging, food, guide fees).

33. These trips and our future development plans never happened as a result of the BP Oil Spill.

34. In the wake of the BP Oil Spill, I reluctantly participated in the Vessels of Opportunity ("VoO") program and travelled daily throughout the toxic and oiled estuaries, fisheries, and nurseries that I had fished my entire life.

35. During that time period, I took many pictures of the damage that occurred to the areas that I had fished before the spill. Those pictures are attached hereto as Exhibit F and they are true and correct representations of the conditions that I personally witnessed in the areas in, and around, Barataria in the months after the BP Oil Spill.

36. The Oil Spill has caused substantial damage to the fisheries and, as a result, to the businesses of Fin & Feather. Moreover, when tropical events now come through, it results in re-oiling of the estuaries and fisheries.

37. We have made efforts to sell the Fin & Feather property and business, most recently to Mr. Mike Frenette (another businessman in the area), but the efforts have been unsuccessful.

38. In order to survive, we have sold our family home in Gretna to minimize expenses.

39. We have also diversified our business by renting to longer-term business users, which was never the intent for these cabins.

40. To this date, no Fin & Feather entity has received any compensation from BP Oil, or related entity, related to the BP Oil Spill.

41. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of June, 2021.

_____
Kirk Prest

Sworn to and subscribed before me this 28th day of June, 2021.

_____
Notary Public

JOHN R. PINO
Notary Public
ID: 153744
Tangipahoa Parish, Louisiana
Commission Expires at Death



6