

# FIN & FEATHER ADVENTURES & LODGE
## FISHING • HUNTING • LODGING

### "Louisiana's #1 Fishing, Hunting and Lodging Destination"

## "FFA Lodging"

FFA's lodging is designed for business as well as pleasure. Our "exclusive" lodging style offers individual cabins for your comfort and convenience. We recognize and understand that privacy and seclusion are often essential to many folks, when groups congregate. Once you've enjoyed a delicious gourmet dinner and had your fill of entertainment in the main lodge, and eager for some rest and relaxation; simply enter your respective fully-furnished cabin for a peaceful night of rest.

The FFA lodges are located in Boothville, La, in the heart of "Sportsman's Paradise"; just a short 5 minute drive to the area marinas, and also the nearby bays and bayous of the finest saltwater fishing you'll ever encounter. Whether your adventure consists of inland fishing, deep sea fishing, or waterfowl hunting, our 1st class FFA lodges and facilities will make your corporate, group, and individual trips an annual event. The FFA Lodges will comfortably accommodate a total of 44 individuals, in any combination.

Our lodges are fully furnished with every amenity necessary for a comfortable stay in "Sportsman's Paradise".

## "FFA's Ultimate Adventure"

Whether you are our corporate client entertaining your customers, a family, or traveling with friends–imagine a setting peaceful and far away from ringing phones and hectic work schedules. Far enough away from the nearest city, one hour south of New Orleans where the Mississippi River flows into the Gulf of Mexico is the "delta"– a natural estuary rich with minerals and nutrients from the river's sediment. For thousands of years this ecosystem has accounted for the areas vast array of fish, shellfish, and wildlife habitat. Surrounded by wetlands, shallow bays, and bayous, the Mississippi River, and the Gulf of Mexico is an adventure awaiting you—as you hook into a serious battle with a Louisiana Redfish, speckled trout, or for offshore anglers a 150lb. tuna or 300lb. blue marlin on the other end of your line.

Welcome to "Sportsman's Paradise"
Welcome to Fin & Feather Adventures







### AN ALL-INCLUSIVE REAL CAJUN ADVENTURE
(504) 451-8072
Email: FinandFeather@cox.net
FinandFeatherAdventures.com
FinandFeatherCabins.com



### AN ALL-INCLUSIVE REAL CAJUN ADVENTURE

Your All-Inclusive "Real Cajun Adventure" Starts Here:



504-451-8072
FinandFeatherAdventures.com

EXHIBIT 2A

# "Offshore Fishing Adventures"

Fin & Feather offers daily and overnight adventures specializing in tuna, dolphin (mahi-mahi), wahoo, swordfish, snapper, cobia, amberjack and more. If trolling for blue and white marlin is your favorite style of deep water fishing, we will accommodate your choice.

The FFA owner has spent many hours on these waters, and welcomes you to enjoy some of those same exciting adventures in search of these deep water species. Perhaps you will be lucky enough to set a new record, similar to the owner's father who still holds the Louisiana State Record for Dolphin weighing in at 71lbs.-4oz. caught in June of 1976. Just like our inshore and hunting adventures, FFA's offshore adventures, is without question — second to none.









# "Fin & Feather Hunting"

Plaquemines Parish's lower Mississippi River "delta" region offers some of the finest duck hunting in the country. Hunters from every major flyway in the USA come to Fin and Feather for the vast variety of waterfowl species this region is so renowned for.

You will generally harvest any of the following species common to this region including: pintail, mallard, wigeon, gadwall, blue and green-winged teal, redhead, black duck, canvasback, scaup, and shoveler. Your hunt will consist of hunting from a "Go-Devil" duck boat, which is a safe and comfortable shallow water vessel powered by an air-cooled engine which is easily navigated by your guide. We also offer our area's "Cast and Blast" – where you can enjoy fine Louisiana saltwater fishing after the morning's duck hunt.

**Come and experience a duck hunting adventure, Fin and Feather style.**



# "FFA's New Orleans Cuisine"

Imagine feasting on freshly prepared "New Orleans Cuisine" while fishing and hunting in "Sportsman's Paradise" from your favorite destination, Fin & Feather Adventures.

As your day begins, enjoy fresh brewed New Orleans blend coffee with our specially prepared gourmet breakfast. After a long day out on the water, satisfy your hearty appetite with any of our signature seafood dishes such as: everyone's favorite "Redfish on the halfshell", or our own Barbecue shrimp dish, or shrimp fettuccini and seafood gumbo.

If that wasn't enough choices, we have more selections such as grilled Ribeye steaks served with our own seafood baked potatoes, or any of our boiled seafoods including shrimp, crabs, and crawfish (when in season), and a boiling pot loaded with fresh corn on the cob, cajun sausage, fresh garlic and onions, potatoes, with all the fixings.

Good times and good food is a way of life in Louisiana. Come and experience this cultural tradition Fin & Feather style. As we say in Louisiana French "Laissez les bons temps Rouler" – meaning "let the good times roll".



