1036994

NB   2/24/08

# NMMA
**Miami International Boat Show**
Miami Beach Convention Center, Miami Beach, FL
Sea Isle Marina and Yachting Center, Miami, FL
February 11 – 15, 2010

**Exhibitor Application For Space**
NMMA (Payment Center)
33928 Treasury Center
Chicago, IL 60694
(Contact NMMA for Overnight Delivery Info)

Points: Show:____ Mbr:____ Total:____

Account #: 612584

Company Name: FIN & FEATHER ADVENTURES & LODGE

Address: P.O. BOX 632   City: BELLE CHASSE   State/Province: LA.   Zip/PostalCode: 70037

Phone: 504-433-2059   Cell: 504-615-7049   Fax: 504-433-2059   Web: FINANDFEATHERADVENTURES.COM

Company Contact: (Mr./Ms.) KIRK PREST   Contact Email: FINANDFEATHER@COX.NET

**Bill to: (IF DIFFERENT FROM ABOVE)**

Address:____ City:____ State/Province:____ Zip/PostalCode:____

Phone:____ Cell:____ Fax:____ Web:____

Billing Contact: (Mr./Ms.)____ Billing Contact Email:____

In order to receive the NMMA member rate for exhibit space, membership dues must be paid by July 1, 2009 for fall shows and by December 1, 2009 for winter shows. To review your status, please contact Bryan Welsh, NMMA Membership Director, at 312.946.6276 or bwelsh@nmma.org. Please make all checks payable to NMMA. All checks must be made in U.S. funds drawn on an U.S. account. A $25 fee will be added to your account for all returned checks.

### Rate Information (in Square Feet)

| | NMMA Member | Non-Member | | NMMA Member | Non-Member | | NMMA Member | Non-Member |
|---|---|---|---|---|---|---|---|---|
| Big Game Room Booth | 9.00 | 9.60 | In Water | 8.05 | 9.20 | Inside Booth | 14.65 | 17.90 |
| Inside Bulk | 14.65 | 17.90 | Outside Bulk | 7.90 | 9.80 | Tented Booth | 12.05 | 15.00 |

**PLEASE DO NOT WRITE IN THIS SPACE:**

| OrderNo | Booth No | Floor/Area | UnitPrice | Dimensions | TotalSqFt | TotalCost |
|---|---|---|---|---|---|---|
| 1008069290 | 2208 | Big Game Room | 9.60 | 10x20 | 200 | $1,920.00 |

Payment Schedules:
25% Due on 5/01/2009
25% Due on 8/03/2009
50% Due on 11/02/2009

**TO BE FILLED OUT BY EXHIBITOR**

What products/services will you be exhibiting? INSHORE & OFFSHORE FISHING, HUNTING & LODGING

Please list brand names:____

Our company is a:
- [ ] Manufacturer
- [ ] Marine Services
- [ ] Wholesaler
- [ ] Mfg. Rep.
- [x] Travel Resort/Tourism
- [x] Outfitter / Guide Service
- [ ] Dealer
- [ ] Retailer and/or Marina

**Last Years Exhibitors**
- [ ] We accept the same space as last year.
- [ ] We request the following change, but will accept the assigned space if the change cannot be made:____

We prefer to / not to (circle one) exhibit next to the following companies:____

(Every attempt within the allocation procedures will be made to satisfy your request; preference does not confirm the requests can be satisfied)

- [ ] We intend to retail "over the counter" at our exhibit.

Exhibiting companies that displayed at the 2009 Miami International Boat Show have until 05/01/2009 to return their application with deposit for the 2010 show. After that date, space not applied for will be considered available for allocation to another company.

#1813
$960   8/17

**New Exhibitors**

The dimensions we prefer are   10 x 20

Total Sq.ft requested: 200   X Rate 9.60   = Total $ 1,920.00

- MAYBE
- [x] We intend to retail "over the counter" at our exhibit.

50% deposit due on or before November 02, 2009 100% there after

The terms and conditions set forth herein are binding on NMMA only after the application is executed by NMMA and returned to the Exhibitor. NMMA will not make any assignment of show space unless and until the Exhibitor delivers the required deposit to NMMA. NMMA's acceptance of the deposit is not to be construed as its acceptance of the application. NMMA will return the deposit to the Exhibitor (without interest) promptly after NMMA determines that it will not accept the application. Once NMMA executes the application, the application becomes a binding contract between NMMA and the Exhibitor includes all the terms on both the face and reverse side of this application. The Exhibitor agrees to be bound by all such terms and conditions. By signing and submitting this form to NMMA, the Exhibitor acknowledges, agrees and consents to receipt of notices from NMMA and its affiliates by facsimile or electronically, using the contact information set forth on this form.

Your Name: KIRK PREST   Signature: Kirk Prest   Date: 8/11/09

NMMA Signature: Joanne Zito   Date: 9/29/09

Questions? Please call   Show Contact   Ms. Joanne Zito   PH: (954) 441-3229   FAX: (954) 430-4171   EMAIL: jzito@nmma.org

NEW CONTRACT

**EXHIBIT 2B**

F&F-30(B)(6)-00399

10/15/2010 06:08    5044332059    FIN AND FEATHER

1036994
PAGE 03

# NMMA

**Atlanta Boat Show**
Georgia World Congress Center-Hall C ◆ Atlanta, GA
January 13 – 17, 2010

**Exhibitor Application For Space**
NMMA (Payment Center)
33928 Treasury Center
Chicago, IL 60694
(Contact NMMA for Overnight Delivery Info.)

Points: Show:         Total:

**Company Name:** FIN & FEATHER ADVENTURES & LODGE    **Account#:**
**Address:** P.O. BOX 632          BELLE CHASSE    LA.    70037
                                   City            State/Province   Zip/PostalCode
**Phone:**        Cell: (504) 615-7049  Fax: (504) 433-2059  Web: FINANDFEATHERADVENTURES.COM
**Company Contact:** (Mr.)/Ms.) KIRK PREST    Contact Email: FINANDFEATHER@COX.NET

**Bill to: (IF DIFFERENT FROM ABOVE)**
Address:                                City        State/Province   Zip/PostalCode
Phone:    Cell:        Fax:        Web:
Billing Contact: (Mr. / Ms.)        Billing Contact Email:

* In order to receive the NMMA member rate for exhibit space, membership dues must be paid by July 1, 2009 for fall shows and by December 1, 2009 for winter shows. To review your status contact Bryan Welsh, NMMA Membership Director, at 312.946.6278 or bwelsh@nmma.org. Please make all checks payable to NMMA. All checks must be made in U.S. funds drawn on an U.S. account. A $25 fee will be added to your account for all returned checks.

**PLEASE DO NOT WRITE IN THIS SPACE:**

### Rate Information (in Square Feet)

|  | NMMA/MTAMA Member* | Non-Member |  | NMMA/MTAMA Member* | Non-Memb. |
|---|---|---|---|---|---|
| Regular Booth | 8.20 | 9.00 | Regular Bulk | 4.30 | 5.05 |

| OrderNo | Booth No | Floor/Area | UnitPrice | Dimensions | TotalSqFt | TotalCost |
|---|---|---|---|---|---|---|
| 1008071991 | 314 | Mainfloor | $9.00 | 10x20 | 200 | $1800.00 |

What products/services will you be exhibiting? FISHING &
HUNTING CHARTERS WITH LODGING

Please list brand names: _____

Our company is a:
- [ ] Manufacturer
- [ ] Marine Services
- [ ] Wholesaler
- [ ] Mfg. Rep.
- [X] Travel Resort/Tourism
- [X] Outfitter / Guide Service
- [ ] Dealer
- [ ] Retailer and/or Marina

- [ ] We accept the same space as last year.
- [ ] We request the following change, but will accept the assigned space if the change cannot be made:

We prefer to / not to (circle one) exhibit next to the following companies:

(Every attempt within the allocation procedures will be made to satisfy your request; preference does not o... requests can be satisfied)

- [ ] We intend to retail "over the counter" at our exhibit.

Exhibiting companies that displayed at the 2009 Atlanta Boat Show have until 07/01/2009 to return their application with deposit for the 2010 show. After that space not applied for will be considered available for allocation to another comp...

The dimensions we prefer are    10  x  20

Total Sq.ft requested: ___ X Rate ___ = Total $ ___

- [ ] We intend to retail "over the counter" at our exhibit.

**50% deposit due with application 100% due December 04, 2009**

The terms and conditions set forth herein are binding on NMMA only after the application is executed by NMMA and returned to the Exhibitor. NMMA will not make any assignment of show space unless and until the Exhibitor delivers the required deposit to NMMA. NMMA's acceptance of the deposit is not to be construed as its acceptance of the application. NMMA will return the deposit to the Exhibitor (without interest) promptly after NMMA determines that it will not accept the application. Once NMMA executes the application, the application becomes a binding contract between NMMA and the Exhibitor and includes all the terms on both the face and reverse side of this application. The Exhibitor agrees to be bound by all such terms and conditions. By signing and submitting this form to NMMA, the Exhibitor acknowledges, agrees and consents to receipt of notices from NMMA and its affiliates by facsimile or electronically, using the contact information set forth on this form.

Your Name: KIRK PREST    Signature: [signed]    Date: 10/16/09
                                                       12/1/09

F&F-30(B)(6)-00400