

1st FLOOR PLAN
SCALE: 1/8"=1'-0"
(ALL EXTERIOR WALLS TO BE 2x10 STUDS)

EXHIBIT 2D

FIN & FEATHER PLANTATION — 1st FLOOR PLAN

D&K Drafting & Design — Lafitte, Louisiana 70067 — Phone: (504) 382-2889

Proposed Residence: FIN & FEATHER PLANTATION

| APPROXIMATE SQUARE FOOTAGE | |
|---|---|
| 1st FLOOR: | 10,665 SQ FT |
| 2nd FLOOR: | 8,237 SQ FT |
| 3rd FLOOR: | 10,665 SQ FT |
| TOTAL LODGING AREA: | 29,567 SQ FT |
| 1st FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 2nd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 3rd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| TOTAL: | 44,789 SQ FT |

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.

F&F-30(B)(6)-00401



**2nd FLOOR PLAN**
SCALE: 1/8"=1'-0"
(ALL EXTERIOR WALLS TO BE 2x10 STUDS)

| APPROXIMATE SQUARE FOOTAGE | |
|---|---|
| 1st FLOOR: | 10,665 SQ FT |
| 2nd FLOOR: | 8,237 SQ FT |
| 3rd FLOOR: | 10,665 SQ FT |
| TOTAL LODGING AREA: | 29,567 SQ FT |
| 1st FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 2nd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 3rd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| TOTAL: | 44,789 SQ FT |

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.

**D&K Drafting & Design**
LAFITTE, LOUISIANA 70067
PHONE: (504) 382-2889

Proposed Residence: **FIN & FEATHER PLANTATION**

PROJECT #: 0047
DRAWN BY: D. BOUTTE
APPROVED BY:
DATE:
SCALE: NOTED

A – ISSUED FOR REVIEW – 12/17/2009

SHEET: **2nd FLOOR PLAN**

F&F-30(B)(6)-00402

Case 2:10-md-02179-CJB-DPC   Document 27160-18   Filed 06/28/21   Page 3 of 10



3rd FLOOR PLAN
SCALE: 1/8"=1'-0"
(ALL EXTERIOR WALLS TO BE 2x10 STUDS)

Proposed Residence: FIN & FEATHER PLANTATION

D&K Drafting & Design
LAFITTE, LOUISIANA 70067
PHONE: (504) 382-2889

| APPROXIMATE SQUARE FOOTAGE | |
|---|---|
| 1st FLOOR: | 10,665 SQ FT |
| 2nd FLOOR: | 8,237 SQ FT |
| 3rd FLOOR: | 10,665 SQ FT |
| TOTAL LODGING AREA: | 29,567 SQ FT |
| 1st FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 2nd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 3rd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| TOTAL: | 44,789 SQ FT |

SHEET: 3rd FLOOR PLAN

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.



FRONT ELEVATION
SCALE: 3/32"=1'-0"



RIGHT ELEVATION
SCALE: 1/8"=1'-0"

D&K Drafting & Design
LAFITTE, LOUISIANA 70067
PHONE: (504) 382-2889

Proposed Residence: FIN & FEATHER PLANTATION

REVISION | DATE
A - ISSUED FOR REVIEW | 12/17/2009

PROJECT #: 0047
DRAWN BY: D. BOUTTE
APPROVED BY:
DATE:
SCALE: NOTED

SHEET
FRONT & RIGHT ELEVATION

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.

F&F-30(B)(6)-00404





F&F-30(B)(6)-00406



2nd FLOOR PLAN
SCALE: 1/8"=1'-0"
(ALL EXTERIOR WALLS TO BE 2x10 STUDS)

**D&K Drafting & Design**
LAFITTE, LOUISIANA 70067
PHONE: (504) 382-2889

Proposed Residence: FIN & FEATHER PLANTATION

| APPROXIMATE SQUARE FOOTAGE | |
|---|---|
| 1st FLOOR: | 10,665 SQ FT |
| 2nd FLOOR: | 8,237 SQ FT |
| 3rd FLOOR: | 10,665 SQ FT |
| TOTAL LODGING AREA: | 29,567 SQ FT |
| 1st FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 2nd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 3rd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| TOTAL: | 44,789 SQ FT |

SHEET 2 — 2nd FLOOR PLAN

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.



3rd FLOOR PLAN
SCALE 1/8"=1'-0"
(ALL EXTERIOR WALLS TO BE 2x10 STUDS)

| APPROXIMATE SQUARE FOOTAGE | |
|---|---|
| 1st FLOOR: | 10,665 SQ FT |
| 2nd FLOOR: | 8,237 SQ FT |
| 3rd FLOOR: | 10,665 SQ FT |
| TOTAL LODGING AREA: | 29,567 SQ FT |
| 1st FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 2nd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| 3rd FLOOR PORCH FRNT & BACK: | 5,074 SQ FT |
| TOTAL: | 44,789 SQ FT |

ALTHOUGH EVERY EFFORT HAS BEEN MADE IN PREPARING THESE PLANS THE CONTRACTOR IS ULTIMATELY RESPONSIBLE FOR CHECKING PLANS FOR ACCURACY AND OR ERRORS BEFORE CONSTRUCTION BEGINS.

D&K Drafting & Design
LAFITTE, LOUISIANA 70067
PHONE: (504) 382-2889

Proposed Residence: FIN & FEATHER PLANTATION

PROJECT #: 0047
DRAWN BY: D. BOUTTE
SCALE: NOTED

SHEET 3
3rd FLOOR PLAN

F&F-30(B)(6)-00408



FRONT ELEVATION
SCALE: 3/32"=1'-0"



RIGHT ELEVATION
SCALE: 1/8"=1'-0"

SHEET
4
FRONT & RIGHT ELEVATION

F&F-30(B)(6)-00409

