Fin Feather Adventures LLC 2010 Income Schedule

| Customer Name/Group | Adventure Description | Total |
|---|---|---|
| Mike Post Group | Inshore/Offshore-(A.I. x 6x4) | 8,400 |
| Millard McCoy | Blast & Cast/Offshore-(A.I.x4x6) | 8,800 |
| Deanna Marzoni | Inshore(A.I.x4x3) | 4,200 |
| Stein Bros. Mgmt Group | (4)Offshore(A.I.x6x4) | 31,200 |
| AMF Services Group | (4)Offshore(A.I.x9x3) | 37,800 |
| Jerry Dawson & Co. | (6)Inshore(A.I.x6x4) | 50,400 |
| Palm Tree Real Estate | Blast & Cast/Offshore-(A.I.x6x4) | 14,400 |
| Joe Wadle | (3)Inshore(A.I.x12x4) | 50,400 |
| Jim Dare | (4)Inshore(A.I.x10x3) | 42,000 |
| Todd Wadle | (2)Inshore(A.I.x6x4) | 16,800 |
| Jack Howard | (3)Inshore(A.I.x9x4) | 37,800 |
| Dr. Chuck Clark | (2)Inshore(A.I.x6x4) | 16,800 |
| Jim Presley-MLB Group | (6)Blast & Cast(A.I.x6x3) | 64,800 |
| Dr. Louis Ybos | (3)Inshore(A.I.x6x3) | 18,900 |
| Jeff Motes | (3)Blast & Cast(A.I.x6x3) | 32,400 |
| Jerry Baskin | (3)Blast & Cast(A.I.x8x4) | 57,600 |
| Gary Ragas | (3)Inshore(A.I.x12x3) | 37,800 |
| Dr. Jon Collier | (3)Inshore(A.I.x6x3) | 18,900 |
| Daniel Guerra | (2)Blast & Cast(A.I.x12x3) | 43,200 |
| Donnie Booher | (2)Blast & Cast(A.I.x6x3) | 21,600 |
| Franklin Clark Inv. Group | (4)Inshore(A.I.x9x4) | 50,400 |
| Sonny Thomas Group | (3)Blast & Cast(A.I.x6x4) | 43,200 |
| Jamie Fryou | (4)Inshore(A.I.x9x4) | 50,400 |
| Dr. Kurt Launey | (1)Inshore(A.I.x6x4) | 8,400 |
| The Lorie Co. | (3)Inshore(A.I.x8x3) | 25,200 |
| Mike Hollander Group | (3)Blast & Cast(A.I.x8x4) | 38,400 |
| Roger Villerie (Nov.) | (1)Blast & Cast(A.I.x6x4) | 14,400 |
| Roger Villerie (Dec.) | (1)Blast & Cast(A.I.x8x4) | 19,200 |
| TOTAL | ------- | 863,800 |

EXHIBIT 2E

F&F-30(B)(6)-00377



○ = Missed Opportunities

# APRIL 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 4 Easter | 5 George O'Neal Group A.I × 6 × 4 | 6 | 7 | 1 April Fool's Day | 2 Good Friday | 3 |
| 11 Kathy scalps - A.I × 6 × 5 | 12 | 13 | 14 McGrane Group Deports | 15 Taxes Due scalps Reports | 16 Mark Smith Group - I/S A.I × 6 × 3 | 10 O'Neal Group Deports Cal McGraw Group A.I × 6 × 4 |
| 18 | 19 Smith Group deports Aaron McDonough Group I/S A.I × 12 × 3 | 20 Demere Mason Group A.I × 6 × 5 | 21 Admin Assist Day | 22 Earth Day | 23 | 17 |
| 25 | 26 Mason Group Deports | 27 Doug Giglfle (3) s/s - I/S | 28 2 DAYS? Dr. Rust Lowrey Group A.I.IS × 6 × 4 | 29 Mike Lohman Group - I/S A.I × 6 × 4 Honorable Group Deports | 30 Joe Wadle Group - I/S A.I × 12 × 4 | 24 |
| | | Joe Wadle Group deports | March 2010 | May 2010 | Notes Doug Giglfle may add (2) DAYS - CALL 4/6 | |

© 2009 Vertex42 LLC
www.vertex42.com

**F&F-30(B)(6)-00378**

# MAY 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 → |
| 2 Lohman Group departs / Ford Wade AI x 6x4 / Launay Group Departs | 3 ◯ Lorie Co. Group AI x 8 x 3 | 4 → | 5 Wadle Group Departs / Lorie Co. Departs | 6 Stein Group AI x 6x4 o/s / Jerry Dawson Co. AI x 6x4 | 7 | 8 → |
| 9 Mother's Day → | 10 Stein Group Departs / Franklin Clark Group AI x 9x4 / Dawson Group Departs | 11 → | 12 ◯ | 13 ◯ Dr. Jon Collier AI x 6x3 | 14 ◯ Franklin Clark Group Departs → | 15 ◯ Dr. Collier Group Departs |
| 16 ◯ Fla. Sportfishing Mag. Group A.I. x 6x4 | 17 ◯ → | 18 ◯ | 19 ◯ | 20 Jack Howard Group AI x 9x4 → | 21 Delorma Margoni Group AI x 4x3 / Fl. S. Magazine Group Departs → | 22 → |
| 23 → | 24 Margoni Group Departs → | 25 Jack Howard Group Departs | 26 Gary Rogea Group AI x 12 x 3 | 27 → | 28 Dr. Iowa Ybor AI x 6x3 / Gary Rogea Group Departs | 29 → |
| 30 → | 31 Memorial Day / Dr. Ybor Departs ◯ / James Group Departs | | | April 2010 / June 2010 | Notes *Call Dr. Ybor on 21st | James Group (6) I/s |

F&F-30(B)(6)-00379

○ = Missed Opportunities

# JUNE 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1 Jamie Fryer AI×9×4 | 2 → | 3 → | 4 → | 5 Fryou Grp Departs / Franklin Clark Group AI×9×4 |
| 6 ○ → | 7 AMF SVCS. Group - O/S AI×9×3 ↑ | 8 → | 9 ○ | 10 AMF Svcs Group Departs / Stern Bros. Group - O/S AI.×6×4 | 11 Jenny Dawson Group AI×6×4 | 12 → |
| 13 ○ → | 14 Flag Day Dawson Group Departs / Jack Howard Group AI×9×4 / Stern Bros. Group Departs ↑ | 15 ○ → | 16 ○ / Franklin Clark Depart | 17 → | 18 ○ / Howard Group Departs | 19 ○ / Mike Post Group - AI.×6×4 |
| 20 Father's Day ○ I/S → | 21 June Solstice ○ O/S → | 22 ○ O/S → | 23 Gary Rogers Group AI×12×3 / Mike Post Group Departs | 24 → | 25 Gary Rogers Group Departs | 26 Gordon (6) Dawes Group I/S ○ |
| 27 ○ | 28 ○ | 29 ○ | 30 ○ | | | |

May 2010 / July 2010

Notes — Jamie Group may add (2) - CALL 5/25

© 2009 Vertex42 LLC — www.vertex42.com

O = Missed Opportunities

# JULY 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 Jamie Fryer AIx 9x4 | 2 ↑ ○ | 3 ↑ |
| 4 Independence Day Fryer Group Departs ○ | 5 Dave Group AIx 10x3 I/S ○ | 6 ↑ ○ | 7 ○ | 8 Dave Departs Stein Bros. Group - O/S AIx 6x4 | 9 ↑ ○ | 10 ○ |
| 11 ○ | 12 Jerry Dawson Group AIx 6x4 / Stein Bros. Group Departs | 13 ↑ ○ | 14 ↑ ○ | 15 ↑ | 16 Dawson Group Departs / Franklin Clark Group AIx 9x4 ↑ | 17 ↑ ↑ |
| 18 ↑ / Steve Short Departs | 19 ↑ ○ | 20 ↑ ○ | 21 Clark Group Departs / Gary Rogce Group AIx 12x3 | 22 ↑ | 23 ↑ | 24 ○ |
| 25 Parents' Day ○ | 26 ○ | 27 ○ | 28 ○ | 29 Dr. Lowe y602 - AIx 6x3 / AMF Svcs. Group - O/S AI x 9x3 | 30 ↑ / Gary Rogce Group Departs | 31 Dr. y602 Departs ↑ |

Notes

June 2010
S M T W Th F Sa
        1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

August 2010
S M T W Th F Sa
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

© 2009 Vertex42 LLC
www.vertex42.com

F&F-30(B)(6)-00381

O = Missed Opportunities

# AUGUST 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 AMF Svea. Group Departs  Dave Group A.1x10x3 - F/s | 2 ○ | 3 ○ | 4 Jamie Fryou x9x4 Dave Group Departs | 5 ○ → | 6 ○ → | 7 ○ → |
| 8 ○ Fryou Group Departs | 9 ○ Dr. Jon Collier AI x 6x3 | 10 ○ → | 11 Ramadan begins  Jerry Dawson Group AI x 6x4  Dr. Collier Group Departs | 12 → Stein Bros Group - O/S A.1. x 6x4 | 13 → | 14 → |
| 15 Dawson Group Departs Todd Wade AI. x 6x4 → | 16 Franklin Cook Group AI x 9x4 Stein Grp. Departs | 17 → | 18 → | 19 Aviation Day → Wade Grp. Departs | 20 Franklin Clark Departs | 21 ○ |
| 22 ○ | 23 ○ | 24 ○ | 25 ○ | 26 ○ | 27 ○ | 28 ○ |
| 29 ○ | 30 ○ | 31 ○ | | | | |

Notes

July 2010
S M T W Th F Sa
            1  2  3
 4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

September 2010
S M T W Th F Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

© 2009 Vertex42 LLC
www.vertex42.com

○ = Missed Opportunities

# SEPTEMBER 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 Jim Dave Group - T/S A.I × 10 × 3 | 2 → | 3 → | 4 Dave Group departs |
| 5 ○ | 6 Labor Day ○ | 7 ○ | 8 ○ | 9 Rosh Hashanah ○ | 10 ○ Millard/McCoy Group A.I × 4 × 6 | 11 Patriot Day Jim Presley Group A.I.B.C. × 6 × 3 → |
| 12 Grandparents Day → → | 13 → → | 14 Presley Group departs → S. Thomas Group AIB.C × 6 × 4 | 15 → → | 16 McCoy Group departs → | 17 Donnie Booker Group A.I.B.C × 6 × 3 → | 18 Yom Kippur Booker → Denzel Guerra AIBC × 12 × 3 Sonny Thomas Group departs |
| 19 → → | 20 Booker Group departs Guerra Departs | 21 Jeff Motes Group AIBC × 6 × 3 ○ | 22 → → | 23 Autumnal equinox Jeff Motes Departs (evening) Mike Hollander Group AIBC × 8 × 4 | 24 Jim Presley Group AIBC × 6 × 3 → | 25 → |
| 26 → | 27 Presley Group departs Jenny Dawson AI × 6 × 4 Hollander Departs | 28 Dr. Powis Yboz AI × 6 × 3 → | 29 ○ | 30 Dr. Yboz Group Departs Jenny Dawson Departs | | |

Notes

August 2010
S M T W Th F Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

October 2010
S M T W Th F Sa
                1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

© 2009 Vertex42 LLC    www.vertex42.com

F&F-30(B)(6)-00383

○ = Missed Opportunities

# OCTOBER 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 Joe Wadle Group - I/S A.I. × 12 × 4 | 2 ↑ |
| 3 ↑ | 4 ↑ | 5 Joe Wadle Group departs | 6 ○ | 7 ○ | 8 ○ | 9 ○ |
| 10 ○ | 11 Columbus Day ○ | 12 ○ | 13 ○ | 14 ○ | 15 ○ | 16 ↑ |
| 17 Dr. Clark Group AI × 6×4   Jamie Fryou AI × 9×4   AMF Svcs. Departs | 18 ↑ ↑ | 19 ↑ ↑ | 20 ↑ Fryou Grp Departs | 21 Dr. Clark Group Departs   Jamie Dawson AI × 6×4   Jim Dave Group AI × 10 × 3 | 22 Lorie Co. Group AI × 8×3 ↑ | 23 ↑ |
| 24 United Nations Day ↑   Dawson Group departs | 25 ↑   Dawson Group departs | 26 Lorie Co. Group Departs | 27 ○ | 28 ○ | 29 ○ | 30 ○ |
| 31 Halloween   Joe Wadle Group - I/S AI × 12 × 4 |  |  |  | Notes |  |  |

September 2010
S M T W Th F Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

November 2010
S M T W Th F Sa
    1  2  3  4  5  6
 7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

© 2009 Vertex42 LLC   www.vertex42.com

F&F-30(B)(6)-00384

○ = Missed Opportunities

# NOVEMBER 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 Wadle → | 2 Wadle → | 3 Wadle → | 4 Wadle Group departs / Lorie Co. Group AF x 3 x 3 | 5 Donnie Booher AIBC x 6 x 3 → | 6 → |
| 7 Daylight Savings → / Lorie Co. Departs | 8 Donnie Booher departs / Jack Howard Group / AMF SVCS. Group / AI x 9 x 3 | 9 → | 10 → | 11 Veterans Day → | 12 / Jack Howard Group departs ○ | 13 Jim Presley Group AIBC x 6 x 3 → / Sonny Thomas Group AIBC x 6 x 4 |
| 14 → / Thomas → | 15 → / Thomas → | 16 Presley Group departs / Sonny Thomas Group departs | 17 Palm Tree Real estate AIBC x 6 x 4 / Jenny Boskin Group AIBC x 8 x 4 | 18 → / Group departs | 19 → | 20 Palm Tree Group departs → |
| 21 Roger Villines Group AIBC x 6 x 4 / Jenny Boskin Group departs | 22 Villines → / Dr. Clark Group - F/S A.I x 6 x 4 | 23 Villines → | 24 Villines Group departs (EVENING) | 25 Thanksgiving → / Dr. Clark Group Departs | 26 ○ / Jeff Motes Group AIBC x 6 x 3 | 27 Jim Presley Group AIBC x 6 x 3 → |
| 28 → | 29 → / Jeff Motes Group departs | 30 Presley Group departs / Mike Holland Group AIBC x 8 x 4 |  |  | Notes |  |

October 2010
S M T W Th F Sa
          1  2
 3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

December 2010
S M T W Th F Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

© 2009 Vertex42 LLC   www.vertex42.com

F&F-30(B)(6)-00385

○ = Missed Opportunities

# DECEMBER 2010

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 ○ Hollander → | 2 Chanukkah Roger Villere Group AIBC×6×4 Hollander → | 3 Villere → Daniel Guerra AIBC×12×3 Hollander → | 4 Villere Guerra Hollander Group departs |
| 5 Villere Group departs (EVENING) Guerra → Jenny Baxter Group → | 6 Daniel Guerra Group departs → | 7 Dr. Jon Collier Group AIT×6×3 ↑ | 8 ↑ | 9 Dr. Collier Group D departs Baxter Group departs | 10 ○ | 11 ○ |
| 12 ○ | 13 ○ | 14 | 15 ○ | 16 ○ | 17 Presley Group AIBC×6×3 Mike Hollander Group AIBC×8×4 | 18 ↑ |
| 19 ↑ | 20 Presley Group departs – PM Hollander Group departs (Evening) | 21 Dec. Solstice Jeff Motes AIBC×6×3 Jenny Baxter Group AIBC×8×4 | 22 ↑ | 23 Motes Group departs Evening | 24 Christmas Eve Baxter Group departs | 25 Christmas Day |
| 26 Kwanzaa begins | 27 ○ Sonny Thomas Group AIBC×6×4 | 28 Presley Group AIBC×6×3 ↑ | 29 ↑ | 30 ↑ | 31 New Year's Eve Presley Group departs Thomas Group departs | |
| | | November 2010<br>S M T W Th F Sa<br> 1 2 3 4 5 6<br> 7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 | | January 2011<br>S M T W Th F Sa<br>                1<br> 2 3 4 5 6 7 8<br> 9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 31 | Notes | |

© 2009 Vertex42 LLC    www.vertex42.com

F&F-30(B)(6)-00386