

Oil Photos (2010) 0001



Oil Photos (2010) 0002



Oil Photos (2010) 0003



Oil Photos (2010) 0004



Oil Photos (2010) 0005



Oil Photos (2010) 0006



Oil Photos (2010) 0007



Oil Photos (2010) 0008



Oil Photos (2010) 0009



Oil Photos (2010) 0010



Oil Photos (2010) 0011



Oil Photos (2010) 0012



2179-CJB-DPC   Document 27160-20   Filed 06/28/21

Oil Photos (2010) 0013



Oil Photos (2010) 0014



Oil Photos (2010) 0015



Oil Photos (2010) 0016



Oil Photos (2010) 0017



Oil Photos (2010) 0018



Oil Photos (2010) 0019



Oil Photos (2010) 0020



Oil Photos (2010) 0021



Oil Photos (2010) 0022