UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To:<br>Civil Action No. 2:16-cv-6118<br>Civil Action No. 2:16-cv-6131<br>Civil Action No. 2:16-cv-6126 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |
| Fin & Feather, LLC<br>Fin & Feather Cabins, LLC<br>Fin & Feather Adventures, LLC | |

## DECLARATION OF JAMES HOWARD

I, James (also known as Jack) Howard, state that the following is true, correct, and based on my own personal knowledge and observations:

1. I am a person of full age and majority and a resident of Mechanicsville, Virginia.

2. I attended LSU and have fished in South Louisiana many times.

3. In 2009, I started my own insurance business, Howard Insurance Solutions, LLC.

4. As part of my client development efforts, I booked several trips with Fin & Feather, which is located near Venice, Louisiana. I booked the trips planning to bring both potential and existing clients on fishing trips.

5. I had previously visited Fin & Feather on several occasions with friends and family and knew that my guests would experience a great fishing experience and that they would be well taken care of by Kirk and Denise Prest.

6. I had booked three trips, each for four nights, for eight clients/potential guests and myself with the intention on taking everyone out for inshore fishing for four days. These trips were scheduled for May, June, and November 2010.

1

EXHIBIT 3

7. Fin & Feather was going to provide all accommodations for the lodging and fishing, in addition to providing our meals for the duration of the trip. I was expecting to pay approximately $3,000 per day for these services for all nine of us, which would have totaled more than $36,000 for the three trips.

8. Unfortunately, as a result of the BP Oil Spill that occurred in April 2010, I was concerned about the impacts of the spill and its impact on the fishing. Rather than risk wasting money, I chose to cancel my reservations with Fin & Feather and intended to reschedule my trips for the Outer Banks in North Carolina. That did not happen, however, because there was not sufficient interest from my clients and potential clients.

9. Exhibit A to this declaration is a true and correct copy of an email that I sent to Kirk Prest raising concerns about the trip on June 1, 2010.

10. I visited Fin & Feather once approximately one year after the oil spill with my father-in-law and the fishing was nothing like it had been on my trips before the oil spill. I have not been back to Fin & Feather, or even South Louisiana, to fish since then.

11. The fishing experience was so much worse, in that we did not catch what we had caught on all of my prior trips, that I considered it a different world.

12. If the oil spill had not occurred, I would have gone forward with the trips that I had scheduled at Fin & Feather in 2010 and likely would have continued to bring potential and existing clients in the years that followed.

13. If called to testify, I would testify in accordance with the contents of this declaration and my correspondence attached hereto.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of June, 2021.

*[signature]*
Jack Howard

2



Howard Insurance Solutions, LLC
318 Prince Street, Ste. B
Tappahannock, VA 22560
804-443-5115·Fax 804-443-0909
jackhowardinsurance@yahoo.com

06/01/2010

Fin & Feather Adventures
P.O. Box 632
Belle Chasse, LA 70037

Dear Captain Kirk,

This letter is to notify you in writing of cancellation of my three scheduled adventures this year. As much as I hate to do this, my clients as well as myself are concerned with the current situation down there with the BP Oil Spill. From what I can see up here on the news, it looks like fishing is out in that area for this year at least. Hopefully, the cleanup effort will get it back in shape for next year. I know that this hurts you and I am sorry about that, but these trips are expensive and with things the way that they are I can't afford to waste the money. We have rescheduled our trips for this year for the Outer Banks in North Carolina. It will not be the same but we will get to fish.

Please do not hesitate to call if there is a problem with cancelling the trips. Also, please give me updates as to the progress of the cleanup and again I am very sorry. Please let me know where we stand by March 2011 so I can begin making my plans for next year.

Sincerely,

*Jack Howard*

Jack Howard
Owner/Agent

EXHIBIT A