UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, <br><br> This Document Relates To: <br> Civil Action No. 2:16-cv-6118 <br> Civil Action No. 2:16-cv-6131 <br> Civil Action No. 2:16-cv-6126 <br><br> Fin & Feather, LLC <br> Fin & Feather Cabins, LLC <br> Fin & Feather Adventures, LLC | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE CURRAULT |

### AFFIDAVIT OF ROY R. WILLIAMS, JR.

**ST. TAMMANY PARISH**
**STATE OF LOUISIANA**

    **BEFORE ME**, the undersigned notary public came and appeared,

**ROY R. WILLIAMS, JR.**

who, under oath, stated as follows:

1. I am a person of full age and majority and a resident of Covington, Louisiana. My residential and business address is 70360 L Street, Covington, Louisiana 70433.

2. I am the owner and manager of Nevalost, LLC, a Louisiana corporation specializing in custom map and chart drafting. Additionally, we create custom hurricane tracking charts, incident command charts, incident response maps, threat condition charts, control and access maps and books, river stage charts, EPS maps, chemical dispersion maps, and educational and training displays.

3. The Fin & Feather businesses are located at 38943 Highway 23, Boothville, Louisiana 70038, which I have plotted using Google Earth, attached hereto as Williams A, and using the NOAA Environmental Response Management Application (ERMA) Gulf of Mexico map for the *Deepwater Horizon*, attached hereto as Williams B, to document that the Fin & Feather businesses are surrounded by the cumulative oiling area documented by ERMA.

1

EXHIBIT 4

4. If called to testify, I would testify in accordance with the contents of this affidavit and the maps attached hereto as Williams A and B.

5. I have read the above and represent that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this June 21, 2021,

_____
Roy R. Williams, Jr.

Sworn to and subscribed before me this 21 day of June, 2021.

_____
Notary Public

STEPHEN S. KRELLER
Attorney/Notary Public
La. Bar No. 28440
NOTARY Id. No. 68523
STATE OF LOUISIANA
My commission is for life.



