UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION:  J |
| This Document Relates To: Civil Action Nos. 2:16-cv-06118; 2:16-cv-06126; and 2:16-cv-06131 FIN & FEATHER, LLC, FIN & FEATHER CABINS, LLC, AND FIN & FEATHER ADVENTURES, LLC | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |
| VERSUS | |
| BP AMERICA PRODUCTION COMPANY; ET AL. | |

---

## AFFIDAVIT OF CAPTAIN LLOYD L. LANDRY, IV

---

**ST. CHARLES PARISH**

**STATE OF LOUISIANA**

 **BEFORE ME**, the undersigned notary public came and appeared,

**CAPTAIN LLOYD L. LANDRY, IV**

who, under oath, stated as follows:

1. I am a person of full age and majority residing at 121 Asphodel Drive, Luling, Louisiana 70070.  The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2. I am a licensed professional charter fishing guide.  I obtained my Charter Boat Fishing Guide License from the State of Louisiana in 1997. I began serving as a part-time

1

EXHIBIT
5

professional charter fishing guide at that time and have been doing so full-time since approximately 2002.

3.  I am the owner and operator of Outcast Fishing Charters, LLC, a Louisiana limited liability company. I formed Outcast Fishing Charters, LLC to provide guided fishing and/or hunting experiences throughout the inland waters of Louisiana.

4.  From July 2007 through August 2017, I owned and operated a six-bedroom/four-bathroom camp that was located at 30593 Highway 11, Buras, Louisiana ("Buras Camp"). I used the Buras Camp to host charter fishing clients interested in catching speckled trout and red fish, along with those clients interested in duck hunting.

5.  I have identified the Buras Camp ("Camp 30593 Hwy. 11"), the Fin & Feather, LLC ("Fin & Feather") properties, and the boat launches ("BL") that I would use to access either side of the Mississippi River on the Landry Map attached hereto as Exhibit A. The Buras Camp is located several miles north of the Fin & Feather, LLC and Fin & Feather Cabins, LLC properties.

6.  I specialized in fishing speckled trout and built a client base on my ability to put clients on specked trout at any time of year.

7.  I often launched at Joshua's Marina in Buras, LA and during the winter months and fished the deep holes along the shoreline.

8.  Following the April 20, 2010 explosion of the Deepwater Horizon and subsequent BP oil spill, I observed a massive oil sheen in the Bay Long/Point Cheniere Ronquille waters. Thereafter, I was retained by George Stephanopoulos and Good Morning America to take him to this area to see if we could locate a similar oil sheen for him to videotape. After

2

we located another oil sheen, Mr. Stephanopoulos emptied my ice chest to collected an oil sample to document the BP oil spill.

9. Following the April 20, 2010 explosion of the Deepwater Horizon and subsequent oil spill, I also observed oil spill response workers block Chaland Pass and Grand Bayou Pass with sandbags to prevent oil from entering Bay Joe Wise and the surrounding areas. Nonetheless, I had already witnessed the oil from the spill make its way into these sensitive areas before the sandbags were placed.

10. I was hired onto the Vessels of Opportunity program in mid-June 2010, where I served on a Shoreline Cleanup and Assessment Technique (SCAT) team through October 2010. During my VoO service, I was responsible for monitoring the shoreline by boat to identify surface oil sheens, which I would report the latitude/longitude coordinates for the planes to carpet bomb with Corexit at night. During my VoO service, I observed displaced oil throughout the waters on the west side and east side of the Mississippi River, including the Summer Trout Fishing and Winter Trout Fishing areas identified on the Landry Map attached hereto.

11. During my VoO service, I was also asked to shuttle photographers and celebrities to areas impacted the least.

12. Following the April 20, 2010 explosion of the Deepwater Horizon and subsequent oil spill, I observed a decline in the speckled trout and red fish fisheries in the areas on the west side and east side of the Mississippi River, including the Summer Trout Fishing and Winter Trout Fishing areas identified on the Landry Map attached hereto.

3

13. Following the oil spill, my fishing days grew longer and my fuel expenses grew larger as I struggled to find speckled trout for clients to catch.

14. Based on comments made by wildlife biologists that were responding to the spill, I was hopeful that the speckled trout fisheries would recover in the Summer Trout Fishing and Winter Trout Fishing areas in 2 – 3 years. Before the spill, I would regularly see lots of trout under 12 inches in length.  After the spill, however, it took an hour boat ride to Grand Isle before I would see young fish again.  I understood from the biologists that the Corexit used to respond to the oil spill was sterilizing eggs and that it would interfere with fish reproduction for a few years. To this date, I have not seen the trout population recover.

15. Rather, I saw the speckled trout leave the areas on the west side and east side of the Mississippi River, including the Summer Trout Fishing and Winter Trout Fishing areas identified on the Landry Map attached hereto. And as the speckled trout disappeared from the area, I witnessed charter fishing businesses redirect their efforts to catching red fish, which caused a further decline to the red fish in the area.

16. During the years after the spill, I also witnessed significant land erosion that led to the loss of hatching grounds in the area.

17. The damage to the speckled trout fisheries caused a decline in my charter fishing business, which caused me to list the Buras Camp in 2015 and sell it at a loss in August 2017.

18. It still upsets me when I think about the damage to the fisheries in that area that ultimately resulted in me selling my Buras Camp.  Before the BP oil spill, it was easy for

4

my clients to catch their speckled trout and red fish limits by 3:00 pm.  Before the spill, I could put a client with no fishing experience on an area where he/she would catch fish— if a client could cast a reel, I could make sure that they would catch fish.

19. I witnessed first hand the devastation that the oil spill caused to the speckled trout and red fish fisheries in this area.  Given that the formerly abundant speckled trout and red fish had essentially migrated away from the area, it was my direct experience and observation that charter fishing operations became increasingly difficult to operate in the area. In my opinion, the fish didn't die, they ultimately just moved away from the areas that are easily reached from Buras.

20. I, like many of the other charter captains in the area, were hopeful that the fishing populations would ultimately rebound over time. Given the working knowledge developed over years in the area, along with the significant investments that were made in my camp, it was incredibly difficult to make the decision to finally leave the area.

21. In February 2017, I relocated my charter fishing business from Buras, LA to Theriot, LA, where I purchased a four-bedroom/four-bathroom fishing camp located at 1789 Bayou Dularge Road, Theriot, Louisiana 70397 ("Theriot Camp") to host charter fishing clients.

22. One of the reasons that I decided to relocate is that I knew that clients that I had brought fishing for years had started to go elsewhere, like Dularge, because they knew that they would more easily catch their limits.

23. It took over two and one-half years to sell the Buras Camp because the market has been seriously impacted by the loss of fishing in the area.  Although I was hoping that I could sell the Camp to another charter captain, I ultimately sold it to a family.

24. I have known Kirk Prest personally and professionally since at least 2005 as his brother, Byron Prest, owns and operates Delta Outboard and that is who I used to perform repairs on my boats.

25. It was incredibly difficult for me to relocate my operation and my investment in my camp was not nearly as significant as that made by Kirk.

26. I am familiar with his Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC businesses.   Although Kirk was a competitor of mine, I would occasionally refer him clients when I had a booking conflict at the Buras Camp.

27. I have read the above and same is true and correct to the best of my knowledge, information and belief.

June _9_, 2020

Captain Lloyd L. Landry, IV

Sworn to and subscribed before me
this __9__ day of June, 2020.

Notary Public

STEPHEN S. KRELLER
Attorney/Notary Public
La. Bar No. 28440
NOTARY Id. No. 68523
STATE OF LOUISIANA
My commission is for life.

6

