UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL 2179

PERTAINS TO:
*Fin & Feather, LLC v. BP, plc, et al.*, 16-6118
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131

SECTION J-1

### AFFIDAVIT OF JOHN MARK PATRICK

LAFAYETTE PARISH
STATE OF LOUISIANA

BEFORE ME, the undersigned notary public came and appeared,

**JOHN MARK PATRICK**

who, under penalty of perjury, stated as follows:

1. I am a person of full age and majority residing at 201 Settlers Trace Boulevard, No. 2301, Lafayette, Louisiana 70508. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2. I am employed by a Fortune 500 global manufacturer of plastic packaging products.

3. As Vice President of National Accounts, I am responsible for business development, including the maintenance, management, and cultivation of the business relationships with clients throughout the world.

4. I have been a Vice President for 16 years and have worked with my employer, or its legacy companies, for 25 years.

EXHIBIT 6

5. As part of my work, I regularly plan and participate in trips with existing and potential clients. These clients are generally high net-worth executive and/or management personnel of both public and private companies.

6. The purpose of such trips is to provide the group with a unique experience and atmosphere that is conducive to friendship and relationship building that will ultimately benefit my employer by selling more product.

7. Ninety-percent of these trips are either hunting or golfing related.

8. My company has been a regular client of Fin & Feather in Venice, Louisiana since 2006.

9. In addition to regular client marketing trips, my company has also regularly held management meetings at Fin & Feather over the years.

10. Over the course of my career, I have had the opportunity to hunt and fish across the world. These trips include visits to world-famous hunting locations such as the Buchanan Shoals and George Hi Plantation in North Carolina, and Pine Hill in Georgia.

11. The hunting and fishing opportunities that were available in Venice, Louisiana before the BP Oil Spill were second-to-none.

12. Additionally, travelling to Venice from anywhere in North American made for an easy trip.

13. Many of our clients fly by private plane to either the International Airport or to the Lakefront Airport. Fin & Feather is located less than 90 minutes from either airport.

14. My two favorite things in the world are duck hunting and fishing for redfish.

15. Before the oil spill, I could shoot more ducks and catch more fish in Venice than in South Carolina, Florida, or anywhere else. That made Venice one of my favorite places to travel and to bring clients to.

16. During our visits to Fin & Feather, it was not uncommon for a group of 8 to 12 to go out for a morning duck hunt and for everyone to reach their limit of ducks by 9:00 a.m. Afterward, we would return to Fin & Feather where we would change clothes and eat an early lunch. After eating, we would go fishing and regularly catch a limit of specked trout and redfish and return by 3:00 pm. This is what Fin & Feather marketed as the "Blast and Cast." To my knowledge, the Venice area was the only place that could consistently provide such results to my clients. It was truly a Sportsman's Paradise.

17. The exceptional hunting and fishing were only part of the reason that I continued to bring my clients to Fin & Feather. Another critical reason that Fin & Feather earned my repeat business was due to the hospitality of Kirk and Denise Prest. Over time, I knew that I could trust the Prests to provide the level of service that was expected by my clients.

18. The Prests offered exceptional southern hospitality to my clients. Over the many years that I brought clients, they remembered every person's name the first time they met them.

19. In addition to the daily hunting and/or fishing adventures, Fin & Feather prepared all of the meals that we had during the trip. The food was gourmet-quality and always met and exceeded the expectations of my most well-travelled clients. Denise did an incredible job of recognizing and recalling the likes and dislikes of my clients so that if someone didn't like a certain type of food or drink that was being served to the group, she would make sure to provide something else without being asked or reminded. This was a big reason that I continued to bring my clients to Fin & Feather.

20. Although the Prests and their staff provided excellent service, the Prests were not just there to serve my clients. They regularly got to know my clients on a personal level over the course of a two or three-day trip and made them feel like they were visiting the home of a loved one.

21. When I first started travelling to Fin & Feather, the facility did not easily provide a large space for me to entertain my clients. Although they had plans to build the Blue Marlin Lodge before I started visiting, they sought my input and advice in order to better accommodate my trips. As a result, several features were added to the Blue Marlin Lodge that made it more conducive to entertaining and for conducting meetings, when necessary.

22. As I indicated earlier, the primary reason to bring clients on these trips was to build relationships with them. Another benefit of visiting Venice with my clients was that there was very little for clients to do in the area, so the default was for everyone to hang around Fin & Feather whenever we were not hunting and fishing.

23. Nonetheless, the Fin & Feather facilities were not ideal because I typically booked a full cabin for each of my clients and they would sometimes choose to stay in their own cabin rather than returning to the Lodge.

24. Accordingly, well before the BP Oil Spill, I had multiple conversations with the Prests regarding their plans for the Pelican Plantation.

25. I offered substantial input, including reviewing blueprints, for the proposed facility.

26. I was excited about the Pelican Plantation because it would provide a central facility for clients to mingle and lodge throughout their stay. The individual rooms would be better-suited to my clientele, while the larger common areas would provide better areas for entertaining.

27. I encouraged the Prests to pursue building Pelican Plantation and told them that if they built it, my employer would spend $100,000 per year entertaining clients at their facility. If the facility had been operating in 2012 with hunting and fishing conditions that were comparable to before the oil spill, there is no reason that my company would not have spent $900,000 at Pelican Plantation by this time.

28. I believe that Pelican Plantation would have been a world-class hunting and fishing resort that would have attracted the same type of high net-worth customers as my clientele.

29. Many of the clients that I brought to Fin & Feather returned on their own, or with their own guests and/or clients. I believe this would have happened more often if the Pelican Plantation had been operating.

30. Over the course of several years, I watched the Prests expand Fin & Feather and cater to their growing customer base. I would not have encouraged them to build Pelican Plantation if I didn't believe that they could be successful.

31. I have continued to visit Fin & Feather since the BP Oil Spill.

32. Unfortunately, many of my clients that took regular trips to Fin & Feather before the oil spill are no longer interested in travelling to Venice because the hunting and fishing is not what it was before the spill.

33. I have been sport fishing for speckled trout and redfish in the inland waters of Venice since 2006 and I have personally observed the damage to the areas that we fished that were caused by the oil spill.

34. Before the BP Oil Spill, we could travel 15 minutes from the dock near Fin & Feather to any number of fishing spots and limit out in speckled trout before 10:00 am or 11:00 am. After the BP Oil Spill, we have to travel at least an hour to the Southwest Pass to find any fish, let alone speckled trout or redfish. I had not been to Southwest Pass before the oil spill, but it is now one of the only places that we can reliably catch fish.

35. Before the oil spill, it was expected that all of my clients would reach their limit on trout. Now, it's an exciting event when we catch a single trout.

36. Since the BP Oil Spill, I have spent at least 60 days fishing the inland waters of Venice for speckled trout, redfish, and flounder. With all of these trips combined, I have caught approximately 20 speckled trout and no flounder.

37. Additionally, the damage done to the bird hunting grass has made the duck hunting worse than it was before the spill.

[Concluded on next page.]

38. The impacts to the sporting activities is commonly discussed among those that used to hunt and fish in the Venice area before the BP Oil Spill. Now, most people have moved on from the area and are fishing in other areas, such as Dulac, Grand Isle, etc. Unfortunately, none of these areas provide the same combination of hunting and fishing that was available in the Venice area before the oil spill.

39. I have read the above and same is true and correct to the best of my knowledge, information and belief.

June 21, 2021

John Mark Patrick

Sworn to and subscribed before me this 21 day of June, 2021.

Notary Public

AMANDA K. VAUSSINE
Notary Public, State of LA.
Notary ID No. 131412