UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To:<br>Civil Action Nos. 2:16-cv-06118; 2:16-cv-06126; and 2:16-cv-06131 | JUDGE BARBIER |
| FIN & FEATHER, LLC, FIN & FEATHER CABINS, LLC, AND FIN & FEATHER ADVENTURES, LLC | MAGISTRATE JUDGE CURRAULT |
| VERSUS | |
| BP AMERICA PRODUCTION COMPANY; ET AL. | |

## AFFIDAVIT OF MICHAEL M. BUSH

**PLAQUEMINES PARISH**
**STATE OF LOUISIANA**

      **BEFORE ME**, the undersigned notary public came and appeared,

**MICHAEL M. BUSH**

who, under oath, stated as follows:

1. I am a person of full age and majority residing in Jefferson Parish. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2. I am the President and Chief Executive Officer of Mississippi River Bank located at 8435 Highway 23, Belle Chasse, Louisiana 70037.

3. I started with Mississippi River Bank on March 22, 1982 and become President in 1983 and have served in that capacity since that time.

4. Mississippi River Bank was established in 1980. It is locally-owned and operates its main branch in Belle Chasse, Louisiana with a second location in Port Sulphur, Louisiana.

1

EXHIBIT 7

5. In 1978, I had the only charter-boat business in Plaquemines Parish that was focused on serving local individuals, rather than those travelling from out of town.

6. In December 1982, I purchased Lafitte Seaway Marina, which served small boats fishing in the Barataria estuary. I sold my interest in May 1993.

7. I have been an avid sportsman in Plaquemines Parish for most of my life.

8. I, and Mississippi River Bank, was intimately involved in the development of the recreational fishing industry in Plaquemines Parish. The industry evolved over almost 40 years from small one or two-man operations into turnkey operations that began to focus on developing a business that began to serve more sophisticated clients.

9. Due to my position at Mississippi River Bank, I have worked closely with most of the businesses in Plaquemines Parish, especially those in Venice and Boothville.

10. I have known Kirk Prest and Denise Prest personally and professionally since they began banking with Mississippi River Bank since at least 2004.

11. The Prests are lifelong residents of Plaquemines Parish and, to my knowledge, they own three related businesses that are located in Boothville, Louisiana: (1) Fin & Feather, LLC ("Fin & Feather"), (2) Fin & Feather Cabins, LLC ("Fin & Feather Cabins"), and (3) Fin & Feather Adventures, LLC ("Fin & Feather Adventures").

12. The Fin & Feather businesses cater to people looking to inshore charter, small boat waters surrounding Plaquemines Parish, primarily speckled trout.

13. Fin & Feather Cabins owns and manages 8 fishing cabins and/or lodges located at 38920 Highway 23 in Boothville. They began development in 2005 and added cabins over time as they were able to do so. Mississippi River Bank provided funding for several for these projects.

14. In 2009, as the Prests were adding additional square footage to the Blue Marlin Lodge owned by Fin & Feather Cabins, Mississippi River Bank engaged in substantive discussions about financing a significant project referred to as Pelican Plantation.

15. The Prests spent considerable effort in designing Pelican Plantation to meet the demands of high-end corporate clients and they spoke to me on several occasions about the project and the ways in which they planned to market the project.

16. The Prests desired to build Pelican Plantation to serve large groups of clients, including corporate clients. The Pelican Plantation was to include store frontage, a full-service kitchen with an open floor dining area, 20 individual bedrooms with bathrooms, four

2

upscale-bedrooms with bathrooms, a fitness room, gaming room, swimming pool, and a designated area to clean and package seafood caught by clients.

17. The Prests had a strong and well-established financial history with Mississippi River Bank and paid their loans in a timely and consistent manner.

18. Nonetheless, based on the history of the Fin & Feather relationship, the Prests' proven development success, and the demand for such a project prior to the BP oil spill, I believe that Mississippi River Bank would have approved a significant loan to fund the construction of the Pelican Plantation development.

19. Loan approval would have required approval by the Mississippi River Bank Board, which is standard for any project in excess of $50,000. Additionally, due to the size of the project, it would have been amortized over a period longer than ten years. As a result, the project would have required a United States Department of Agriculture (USDA) guarantee.

20. Based on the underwriting environment at the time, I am confident that the Prests would have obtained the necessary approvals from both the Mississippi River Bank and the USDA.

21. Due to the impacts of the BP oil spill, however, the Prests' work came to an abrupt stop and Mississippi River Bank was never presented with construction plans and a budget that it would have required to make the anticipated loan.

22. But for the BP oil spill, I have no reason to believe that the Pelican Plantation development would not have gone forward and flourished under the Prests management.

23. Because of the BP oil spill, Fin & Feather and the Prests experienced a significant decrease in revenue due to negative impacts on fishing in Plaquemines Parish that would make such a loan on the Pelican Plantation project an impossibility today.

[CONCLUDED ON PAGE 4 OF 4]

24. I authored and submitted the attached January 20, 2011 correspondence and the July 15, 2019 correspondence in support of the Prests claims against BP.

25. I have read the above and represent that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this July __1__, 2020,

Michael M. Bush

Sworn to and subscribed before me this 1st day of July, 2020.

Notary Public

STEPHEN S. KRELLER
Attorney/Notary Public
La. Bar No. 28440
NOTARY Id. No. 68523
STATE OF LOUISIANA
My commission is for life.



**Mississippi River Bank**

Belle Chasse • Buras • Harvey

Member F.D.I.C.

January 20, 2011

Gulf Coast Claims Facility

To Whom It May Concern:

In December of 2009 MRB did an increased loan to Fin & Feather to add additional square footage to one of their lodges. At the time they had also discussed their plans on developing approximately 2 acres of land they had purchased to be used as an upscale commercial lodging facility and were interested in discussing financing through our bank. Prior to our loan they had spoken with me regarding the ways they planned on expanding the business which included a new website, passing out brochures in New Orleans Hotels, and going out of state for trade shows to drum up additional business. The customer followed through on all of the above, with the exception of the development, but was unable to successfully reap the benefits of increased clientele due to the B.P. oil spill. The development of the purchased land will now have to take a back seat to the uncertainty of the fishing industry.

If you have any questions or comments you can contact me at (504) 392-1111.

Sincerely,

Michael M. Bush
President/CEO

BELLE CHASSE OFFICE
P. O. Box 607
8435 Highway 23
Belle Chasse, Louisiana 70037
Phone: (504) 392-1111

BURAS OFFICE
35774 Highway 11
Buras, Louisiana 70041
Phone: (985) 657-5555
Fax: (985) 391-6996

HARVEY OFFICE
1440 Lapalco Boulevard
Harvey, Louisiana 70058
Phone: (504) 391-6965
Fax: (504) 391-6968



**Mississippi River Bank**
Member F.D.I.C.

July 15, 2019

To Whom It May Concern:

In 2009 Fin & Feather began their phase 3 plans to develop 2 acres of land they purchased to build an upscale commercial lodging facility. Due to the B.P oil spill in 2010 they were unable to follow through with the development and experienced a significant decrease in revenue created by the negative optics of fishing in Plaquemines Parish. As I recall, prior to the spill, our customers' revenue was strong and we would have acted favorably on the request. Over the past 9 years the spill not only created a delay in their plans to develop the land, but has created a major reduction in their most loyal clients; not to mention their struggles against all of the elements brought on by BP. Their business has also been challenged by the fact that charter fisherman, who received lump sum B.P payments, were able to purchase rental condos, therefore, decreasing the number of renters that they would receive otherwise. It was an unexpected consequence, but a significant one nonetheless. Based on these observations, the loan request to develop land and expand their business, which was once approvable prior to the BP disaster, is not one we would consider today.

If you have any questions or comments you can contact me at (504) 392-1111.

Sincerely,

Michael M. Bush
President/CEO

BELLE CHASSE OFFICE: P. O. Box 607 • 8435 Highway 23 • Belle Chasse, Louisiana 70037 • Phone: (504) 392-1111 • Fax: (504) 392-6501
PORT SULPHUR OFFICE: 27104 Highway 23 • Port Sulphur, Louisiana 70083 • Phone: (504) 391-6995 • Fax: (504) 391-6053