UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:16-cv-6118<br>Civil Action No. 2:16-cv-6131<br>Civil Action No. 2:16-cv-6126<br><br>Fin & Feather, LLC<br>Fin & Feather Cabins, LLC<br>Fin & Feather Adventures, LLC | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## DECLARATION OF MILLARD McCORD

I, Millard McCord, state under penalty of perjury that the following is true, correct, and based on my own personal knowledge and observations:

1. I am a person of full age and majority and a resident of Havana, Florida.

2. In 2010, I had a hunting and fishing trip scheduled for myself and my three sons out of Fin & Feather located near Venice, Louisiana.

3. We were planning to visit from September 10 to September 16, 2010 and planned to hunt and fish (both inshore and offshore) during the visit.

4. Fin & Feather was going to provide all accommodations for the lodging, hunting, and fishing, in addition to providing our meals for the duration of the trip. I was expecting to pay approximately $1,500 per day for these services for all four of us, which would have totaled nearly $9,000.

5. I was looking forward to spending this time with my sons and visiting south Louisiana.

1

EXHIBIT
8

6. Unfortunately, as a result of the BP Oil Spill, I was concerned about the environmental impacts of the spill and its impact on our chances of having successful hunting and fishing outings. Rather than risk having a bad experience, I chose to cancel my reservations with Fin & Feather.

7. Exhibit A to this declaration is a true and correct copy of an email that I sent to Kirk and Denise Prest raising concerns about the trip on May 2, 2010.

8. My sons and I ultimately made an alternative plan because we were uncomfortable hunting and fishing in waters that had been impacted by the BP Oil Spill.

9. We would have made the trip to Fin & Feather if the oil spill had not occurred.

10. If called to testify, I would testify in accordance with the contents of this affidavit and my correspondence attached hereto.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of June, 2021.

Millard McCord

2

**Date:** Sunday, May 2, 2010 10:02 AM
**From:** Millard C. McCord <mmccord@rose.net>
**To:** finandfeather@cox.net
**Cc:** 'Caldwell McCord' <caldwell@simpsonnurseries.com>, Heywood M. McCord <southerndeck@yahoo.com>, Richard McCord <richardlmccord@gmail.com>
**Subject:** Cast & Blast for Teal Season Opening

Dear Kirk & Denise –

There is not really a good way to deal with the situation we are in. As we watch in horror the unfolding saga of the failed oil rig, and pray that no one dear to you was harmed in the tragedy, we cannot help but be concerned that the environmental effects will also damage our chances of a successful outing in pursuit of ducks & fish there in the delta.

The result of this is that we have decided that under the circumstances we must consider cancelling our planned trip. Please do not charge my credit card. I wish you all the good fortune available & hope our fears for the environmental result prove to be wrong as it will be a great shame to have your fabulous marshes and estuaries smothered in oil.

For the time being we are content to watch the progress of the situation, but we may have to select an alternate plan before the result becomes clear. I am sorry for the inconvenience and hope our worst concerns are not fulfilled. Please keep us informed about the status of the area.

Sincerely,

Millard McCord



EXHIBIT A

FAFA 000089