UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To: Civil Action No. 2:16-cv-6118 | JUDGE BARBIER |
| Civil Action No. 2:16-cv-6131 Civil Action No. 2:16-cv-6126 | MAGISTRATE JUDGE CURRAULT |
| Fin & Feather, LLC Fin & Feather Cabins, LLC Fin & Feather Adventures, LLC | |

**AFFIDAVIT OF KENDELL HYATT**

**BEFORE ME**, the undersigned notary public, came and appeared,

**KENDELL HYATT**

who, under penalty of perjury, stated as follows:

1. I am a person of full age and majority, and my address is 11890 Mockingbird Lane, Walker, Louisiana, 70785.

2. I was born in Port Sulphur and grew up in Empire, Louisiana.

3. I worked with RBJ Contractors for approximately three years before starting by own business in the early to middle 1990s, Kenlor Enterprises, LLC (initially Bayou Remodeling). My business specialized in remodeling residential and commercial properties.

4. I worked primarily in Venice and the surrounding areas.

1

EXHIBIT 9

5. After Hurricane Katrina, my cousin, Kirk Prest, reached out to me because he was having some troubles with a contractor that he had hired to help rebuild the boat sheds on the Fin & Feather property in Boothville, Louisiana.

6. After Hurricane Katrina, I had relocated to the Hammond area. For several months, I would spend five days per week living at Fin & Feather while working on rebuilding the boat sheds and other projects.

7. At the time we started on rebuilding the boat sheds, the Pintail and Redfish cabins had already been completed and were nearly ready for occupancy.

8. In addition to rebuilding the boat sheds, I worked with Kirk to rebuild the Dolphin cabin, which had also been damaged by Hurricane Katrina.

9. In 2006, Fin & Feather purchased pre-fabricated buildings and had them erected on its premises to establish the Mallard, Greenwing Teal, and Wahoo cabins. Once the initial installation was complete, I worked with my crew to build second bedrooms on these cabins, along with porches and associated roofing tie-ins.

10. In 2007, Fin & Feather purchased two additional pre-fabricated buildings and had them installed on the Fin & Feather premises. I added porches and roof tie-ins to these buildings, along with brick work along the bottom perimeter of these buildings. These buildings became the Wigeon and Speckled Trout cabins.

11. In 2008, I worked with Kirk to build the Blue Marlin lodge on the Fin & Feather premises.

12. Around the time that we were working on Blue Marlin Lodge, the Prests began discussing plans for the Pelican Plantation, which they anticipated building on the adjoining property.

13. In 2009, after initial blueprints for Pelican Plantation were prepared, I worked with Kirk to prepare the cost estimates necessary to move forward with financing and building.

14. I reached out to subcontractors and assisted Kirk in obtaining cost estimates for the project. To the best of my recollection, by early 2010 we had obtained the estimates necessary to determine that the projected costs for the first phase of the project would be approximately $2.5 to $3.0 million.

15. I was not paid for this estimating work because I considered it part of the work that I would be doing to assist with building the Pelican Plantation.

16. I would not have spent the time assisting with the preparation of the cost estimates if I did not believe that Kirk and Denise intended to move forward with the project.

17. Although I had not worked on a project of the size and scope of Pelican Plantation, the job did not present any issues or difficulties that would have made me uncomfortable with the project.

18. I was not involved with the actual financing that was needed for the bank, but I knew that Kirk and Denise were working with Mike Bush at Mississippi River Bank to finance the project.

19. At the time that I was working on the costing of the project, I had relocated my family to Walker, Louisiana. Accordingly, I was planning to live at Fin & Feather for five days per week like we had in the aftermath of Hurricane Katrina to rebuld the boat sheds.

20. I estimated that we would have taken approximately one year to complete the project once we broke ground.

21. In the years that I worked with the Prests and Fin & Feather, we never had a written contract. The work was performed on a handshake basis.

22. If called to testify, I would testify in accordance with the contents of this affidavit and my correspondence attached hereto.

23. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of June, 2021.

_____
Kendell Hyatt

Sworn to and subscribed before me
this ____ day of June, 2021.

_____
Notary Public

3