UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates To: Civil Action No. 2:16-cv-6118 Civil Action No. 2:16-cv-6131 Civil Action No. 2:16-cv-6126 | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |
| Fin & Feather, LLC Fin & Feather Cabins, LLC Fin & Feather Adventures, LLC | |

## AFFIDAVIT OF JIM PRESLEY

**BEFORE ME**, the undersigned notary public, came and appeared,

**JIM PRESLEY**

who, under penalty of perjury, stated as follows:

1. I am a person of full age and majority and a resident of Pensacola, Florida.

2. I played Major League Baseball ("MLB") from 1984 through 1991. After retiring, I coached and/or managed for MLB teams for approximately 20 years.

3. I grew up near Pensacola, Florida and have been an avid fisherman for most of my life.

4. I have regularly fished in, and around, Venice, Louisiana for decades because of the great fishing that it offered.

5. I have regularly stored a boat near Venice and have stored a boat at Fin & Feather in Boothville, Louisiana since Hurricane Katrina.

6. I have also been a regular customer and client of Kirk and Denise Prest since I started storing my boat at Fin & Feather.

1



EXHIBIT 10

7. For many years, I made at least two trips for each month of teal/duck season, which was generally September, November, December. There were always MLB guys who were interested in hunting and fishing during the offseason.

8. Before the BP oil spill that occurred in April 2010, I would regularly bring groups to Fin & Feather so that they could experience the hunting and fishing experiences ("blast and cast") first-hand.

9. I was not compensated by the Prests or Fin & Feather, and simply made these efforts because I knew the guys would enjoy the experience and that it was helpful to Kirk and Denise.

10. The guys in my group handled payments for lodging/hunting/fishing/food directly with Kirk and/or Denise.

11. The types of guys interested in travelling to Venice were interested in fishing at nice lodges and I would not have made the efforts to introduce them to Fin & Feather if I had not trusted Kirk and Denise to take good care of them.

12. I know that some of the guys that visited Fin & Feather with me would subsequently visit on their own with their own families and friends.

13. If the oil spill had not occurred in April 2010, I would have brought groups of four to five guys on at least two trips during the months of September, November, and December 2010 (six trips total) and we would have gone hunting and fishing each day we were there.

14. Before the oil spill, our group would regularly go out for a morning duck hunt and it was common for everyone to reach their limit of ducks by 9:00 a.m. After the duck hunt, we would return to Fin & Feather where we would change clothes and eat an early lunch. After that, it was common for the group to go fishing and catch a limit of specked trout and redfish.

15. Since the oil spill, the hunting and fishing out of Venice has not been the same.

16. I still maintain my boat at Fin & Feather, but my visits are much less frequent. Since the oil spill, I have only brought one group of guys down in, or around, 2016. The experience that this group had was not comparable to the trips that were made before the oil spill.

17. Since the oil spill, the trout fishing has deteriorated to the point that it is not possible to reliably catch speckled trout and it is necessary to travel much further than before the oil spill to catch other fish.

18. Before the oil spill, Kirk had shared with me his plans to build Pelican Plantation. In my opinion, if the oil spill had not occurred and the development had been built, the Pelican Plantation would have been a must-visit destination for those interested in outstanding hunting and fishing.

19. In the years since the oil spill, the fishing industry in the Venice area has suffered and I've seen many people move to other areas because the fishing just is not the same.

20. If called to testify, I would testify in accordance with the contents of this affidavit and my correspondence attached hereto.

21. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of June, 2021.

_____
Jim Presley

Sworn to and subscribed before me this 28 day of June, 2021.

_____
Notary Public

PATRICIA GRIFFIN
Commission # HH 072043
Expires December 14, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

3