UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:16-cv-6118<br>Civil Action No. 2:16-cv-6131<br>Civil Action No. 2:16-cv-6126<br><br>Fin & Feather, LLC<br>Fin & Feather Cabins, LLC<br>Fin & Feather Adventures, LLC | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## DECLARATION OF RUDY J. WADLE, JR.

I, Rudy "Joe" Wadle, Jr., state that the following is true, correct, and based on my own personal knowledge and observations:

1. I am a person of full age and majority and a resident of Manakin-Sabot, Virginia. I am currently 77-years old.

2. I have known Kirk and Denise Prest for many years and have been a customer of Fin & Feather since at least 2006.

3. I lived in Baton Rouge and/or Mandeville, Louisiana for 20 years before moving to Virginia in 2007.

4. Before moving to Virginia, I estimate that I stayed and fished out of the Fin & Feather lodges more than ten times.

5. After moving to Virginia, I tried to travel to Venice and Fin & Feather at least once, but sometimes up to three times per year.

6. I am retired from the United States Marine Corps and ExxonMobil Chemical. Since returning to Virginia, I regularly volunteer at the National Museum of the Marine Corps that is located in Triangle, Virginia.

1

EXHIBIT
11

7. I have longstanding relationships with many of the men that I have served and worked with over the years.

8. Since moving to Virginia, I regularly bring Marines from all over the United States with me on my fishing trips to Fin & Feather.

9. There is a core group of veterans that has joined me on these trips. This core group is joined by others interested in making the trip to South Louisiana, whether they bring friends, or friends of friends.

10. We typically had 5 to 10 people meet at Fin & Feather to enjoy the fishing and one another's company. The trips were all inclusive and Fin & Feather would provide a cost estimate for the lodging, dining and fishing and then we split that cost by head. Most trips are for 3 or 4 days and nights and I recall my total cost would range from $700 to $1,000 per trip, but it may have cost more if we went duck hunting, offshore fishing, or stayed longer.

11. When inviting new friends to join me on the trips to Fin & Feather, I say that if you want to go fishing and catch "eating" and sport fish, it is a great place to go.

12. Before 2010 to 2012 or so, we would generally catch our limits of redfish and speckled trout each day withing a few hours of going out fishing.

13. Before the oil spill in April 2010, I had at least three trips scheduled to visit and fish with Fin & Feather in 2010.

14. I canceled these trips due to my concerns about the impacts that the oil spill had on the fishing.

15. Exhibit A to this declaration is a true and correct copy of a letter that I sent to Kirk Prest raising concerns about the scheduled trips in 2010 after the BP oil spill occurred.

16. When I fished, I would generally keep all speckled trout that were keepers and would also keep red fish that were large enough to keep, but weighed less than 18 or 19 pounds. Accordingly, I had real concerns about the impact of the oil spill because I was eating fish that we caught in, and near, the Gulf of Mexico.

17. The staff at Fin & Feather always did an outstanding job of putting us on fish and helping us to clean and prepare the fish that we brought back.

18. I have travelled many places to fish, and I believe the lodging at Fin & Feather is as good as it gets, especially in the Dolphin or Blue Marlin cabins.

2

19. In addition to travelling to Venice, our group regularly travels to Arkansas to fish there. Although the experience is excellent, it does not compare to the fishing out of Venice, nor does it compare to the food prepared by Denise and the Fin & Feather crew. I don't think you can find better food anywhere on the face of the earth.

20. Fin & Feather are amazingly fine hosts and the fishing is just part of the reason to be there, which is why I have continued to travel to Fin & Feather since the oil spill that occurred in 2010.

21. I estimate that I have been to Fin & Feather about 15 times since the oil spill, but I would have gone more frequently and with larger groups if the fishing was what it was before the oil spill.

22. Exhibit B to this declaration is a true and correct copy of a review that I left on tripadvisor.com regarding my stays at Fin & Feather in January 2012 and I still stand by that review 100 percent.

23. I wrote that review on my own and was not asked to do so by anyone associated with Fin & Feather.

24. Since writing that review in January 2012, the fishing out of Venice has continually gotten worse.

25. Although the speckled trout and redfish didn't seem to be impacted as much in the year or two after the spill, I don't recall the last time that I caught a limit of speckled trout and we must fish longer and travel further to catch redfish than we ever had to do so before the oil spill.

26. If you ask any of the people that have been regularly fishing out of Venice for the last 20 or 30 years, they will tell you same thing about the impact of the oil spill on the fishing—it is much worse now than it was before the spill.

27. If called to testify, I would testify in accordance with the contents of this affidavit and my correspondence attached hereto.

28. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of June, 2021.

Rudy "Joe" Wade, Jr.

3

1036994

Rudy J. Wadle Jr.
Sleepy Hollow Enterprises
1488 Stage Coach Road
Manakin-Sabot, VA 23013

Kirk Prest
Fin & Feather Adventures
PO Box 632
Belle Chasse, LA 70037

Dear Kirk,
I just wanted to let you know how sad and disappointed my three different groups of Veterans were about having to canceling the fishing and hunting plans at Fin & Feather Adventures last Fall-Winter. We have enjoyed previous trips in 2009 and before and it really left a void in 2010's fun to not be able to come down and visit with you. The great cabins, facilities, guide service and never getting skunked are just unique and special feathers of your operation.

I wanted to also assure you that we are now looking a possible dates and groupings for trips down there in Fall-Winter 2011. The rig disaster and subsequent environmental travesty has surely taken its toll on you and thousands of others in LA, MS, AL and FL. We all hope that you are recovering though at least the oysters may not recover for a long, long time. We all hope that all else is progressing and that your business is rapidly recovering and that you and your family and friends are doing well indeed. I'll be back in touch once I get the groups organized and get some potential dates for the September-November time frame.

God Bless and Best Wishes,

Rudy Joseph Wadle, Jr.

**EXHIBIT A**

Cancellations (2010) 0002

FAFA 000086

← See all Specialty Lodging in Boothville

Fin & Feather C... | About | Location | **Reviews**

●●●●●

### Deluxe accommodations - great setting - excellent fishing!

"Been to quite a few spots, from Canada to Key West, and honestly would have to say the Fin & Feathers lodge and cabins (completely rebuilt after the storm) are right at the top of the list. Spent almost a week in the area in June 2011, and the had a blast fishing with Kirk - the man knows where the redfish and speckled trout are, and treats his customers like family."

Read less ▲

Date of stay: June 2011

Trip type: Traveled with friends
Room Tip: All cabins are brand new and well-equipped.
See more room tips

●●●●○ Value
●●●●● Rooms
●●●●○ Location
●●●●● Cleanliness
●●●●● Service
●●●●○ Sleep Quality

This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.

👍 Helpful



**joewadle**
wrote a review Jan 2012
📍 Manakin Sabot, Virginia
2 contributions • 1 helpful vote

●●●●●

### Fantastic fishing, hunting and unbelievably GREAT time!

"I've been to Fin & Feather 5 times in the last 5 years with 5-7 great buds for fun, fishing, duck hunting and great eats. The facilities (i.e.cabins, entertainment, cooking, boats, gear) are as good as it gets. The guide Kirk Prest, was born and raised in the Venice area and knows when, where and how to get to the hot spots every time. Never been skunked! Always take lots of fish and duck (when in season) home. This is the place for great guys, gals, both, or family trip!
Joe Wadle
Manakin-Sabot, VA"

Read less ▲

Date of stay: October 2011

**EXHIBIT B**