UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:16-cv-6118<br>Civil Action No. 2:16-cv-6131<br>Civil Action No. 2:16-cv-6126<br><br>Fin & Feather, LLC<br>Fin & Feather Cabins, LLC<br>Fin & Feather Adventures, LLC | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

## DECLARATION OF JONATHAN COLLIER, M.D.

I, Jonathan Collier, M.D., state that the following is true, correct, and based on my own personal knowledge and observations:

1. I am a person of full age and majority and a resident of Paragould, Arkansas.

2. I love to fish.

3. I finished medical school in 1973 and had a general practice for about ten years before I went back and finished a radiology residency and fellowship from 1986 to 1990.

4. I began travelling to south Louisiana and Venice in the early 1980s and have been regularly travelling there for nearly forty years now.

5. I own a boat that I have stored at Fin & Feather for many years.

1



6. I have known the owners of Fin & Feather, Kirk and Denise Prest since before Hurricane Katrina.

7. I was impressed with the business that they were building at Fin & Feather.

8. In the years that I have been visiting Fin & Feather, I have watched it expand from boat sheds to a facility with multiple cabins and a first-rate lodge.

9. Starting around June 2000, I opened and began to operate my own radiology group.

10. The primary location was in rural Arkansas and the nearest city was Memphis, which was about 90 miles away.

11. The rural location made it difficult to recruit physicians to serve and grow the business.

12. Over the years, however, I was able to recruit multiple doctors who were also outdoorsmen by taking them on trips to fish out of Venice, Louisiana.

13. There was no fishing like fishing out of Venice and I regularly visited Fin & Feather with radiologists already under my employment, along with potential recruits, as a means of building my team.

14. I would typically visit for three days at a time and would bring four to five other physicians and/or family members on each trip.

15. Before the oil spill in April 2010, I had at least three trips scheduled to visit and fish with Fin & Feather in 2010.

16. I would generally spend about $6,000 per trip and would have spent in excess of $18,000 at Fin & Feather in 2010 if the oil spill had not occurred.

17. I cancelled these trips after the oil spill due to the impacts that the oil spill had on the fishing.

18. There was nowhere to replace the fishing that I experienced in Venice before the oil spill. In hindsight, my business lost much of the camaraderie that had been built and nurtured during those trips.

19. I had also spoken to Kirk and Denise about their plans for the Pelican Plantation—I jokingly referred to it as the Pelican Motel—before the oil spill occurred.

20. If the oil spill had not happened and the project had gone forward, I would have been a regular customer of the Pelican Planation with my employees and recruits.

21. I still keep my boat at Fin & Feather and travel down to fish on occasion. I have visited Fin & Feather as recently as May 2021. The speckled trout fishing has consistently gotten worse since the spill. I have recently begun to see some signs that the redfish might be adapting/returning to the area, but the fishing is nothing like it was before the oil spill.

22. If called to testify, I would testify in accordance with the contents of this affidavit and my correspondence attached hereto.

23. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of June, 2021.

_____
Jon Collier, M.D.