UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER<br><br>MAGISTRATE CURRAULT |
| FIN & FEATHER ADVENTURES, LLC<br>FIN & FEATHER CABINS, LLC<br>FIN AND FEATHER, LLC | CIVIL ACTION NO. 16-CV-06126<br>CIVIL ACTION NO. 16-CV-06131<br>CIVIL ACTION NO. 16-CV-06118 |

## DECLARATION OF RALPH A. LITOLFF, JR., CPA/ABV/CFF, MBA, CVA

1. My name is Ralph A. Litolff, Jr. and I am currently the Managing Member of RAL Forensics, L.L.C., a Certified Public Accounting Firm specializing in forensic accounting and business consulting that is licensed in the State of Louisiana. I make this Declaration of my own personal knowledge, voluntarily and without being promised anything of value or threatened with physical or financial harm. If called to testify concerning any of the matters set forth in this Declaration, I could and would do so competently.

2. My personal background also includes significant forensic accounting, auditing, and business consulting experience:

    A. I hold a BBA in Accounting from Loyola University of New Orleans and an MBA in Finance from the University of New Orleans.

    B. I am a Certified Public Accountant (CPA) licensed in the State of Louisiana and, additionally, Accredited in Business Valuation (ABV), Certified in Financial Forensics (CFF), and a Certified Valuation Analyst (CVA).

    C. I have over 27 years of experience in public accounting with an emphasis on business valuation, business consulting and forensic accounting services, including, but not limited to preparation of economic damages calculations, and assessment of economic damages calculations.

    D. Over the course of my career, I have been admitted as an expert witness in Federal Court and various state courts on numerous occasions and have never been denied as an expert when offered.

1

EXHIBIT
13

E. I have relevant experience in providing accounting, valuation, merger and acquisition, and business consulting services to professional service firms, including but not limited to Certified Public Accounting firms.

F. I am an Adjunct Professor of Forensic Accounting for the Master of Business Administration Program at Loyola University of New Orleans.

G. I serve as the CFF Champion for the State of Louisiana as appointed by the American Institute of Certified Public Accountants (AICPA).

H. I was selected by the Society of Louisiana CPAs (SLCPA) to serve as a CPA Ambassador for the State of Louisiana, in conjunction with the AICPA.

I. I serve as Chairman of the Forensic, Litigation & Valuation Services Committee of the SLCPA.

3. I have been engaged numerous times to calculate the economic damages, specifically in the form of future lost profits, associated with both established and unestablished businesses.

4. With respect to the recovery of lost profits sustained by new and / or unestablished businesses, the American Institute of Certified Public Accountants (**"AICPA"**) Publication *Attaining Reasonable Certainty in Economic Damage Calculations,* states that "The modern trend recognizes that the fact that the business is new does not prohibit lost profits from being recovered. It only is to be considered as a matter of evidentiary sufficiency rather an automatic bar to recovery."

5. The AICPA Publication *Attaining Reasonable Certainty in Economic Damage Calculations* further states that the classification of a business as "new" or "unestablished" does not automatically preclude such business from recovering economic damages sustained in its initial stages but, rather, requires that such damages be supported by evidence which is sufficient to establish reasonable certainty.

6. The AICPA Publication *Attaining Reasonable Certainty in Economic Damage Calculations* also states, "Courts generally recognize that new businesses often do not have a history of profits or performance on which to base a calculation of lost profits, but courts are often willing to admit other forms of evidence to calculate lost profits of new businesses."

7. In the textbook *Recovery of Damages for Lost Profits*, Robert L. Dunn states, "The development of the law has been to find damages for lost profits of an unestablished business recoverable when they can be adequately proved with reasonable certainty."

8. With respect to the economic damages sustained by Fin and Feather Adventures, LLC, Fin and Feather Cabins, LLC (formerly named Fin and Feather Chalets, LLC), and Fin and Feather, LLC, (collectively referred to as "Fin and Feather," unless otherwise indicated) in connection with the Pelican Plantation, one form of evidence that can be utilized when calculating lost profits of a new and / or unestablished business consists of financial projections, particularly when such projections were prepared prior to the subject litigation.

9. For purposes of calculating the economic damage sustained by Fin and Feather in connection with the Pelican Plantation project, I will utilize the available rate sheets that demonstrate the pricing associated with various fishing, lodging, and / or all-inclusive rates that were prepared in advance of the subject litigation, in the ordinary course of business, and by certain members of Fin and Feather management, all of whom have skills, experience, and / or track record with similar businesses, in conjunction with the anticipated occupancy rates of the Pelican Plantation.

10. The Pelican Planation line of business would have been operating in the same industry as the line of business related to the rental cabins. Accordingly, the projected expenses utilized in connection with the Pelican Plantation will be based on the historical operating expense percentages experienced by Fin and Feather in connection with their operation of rental properties, and then increased appropriately, to provide a reliable estimation of the operating expenses to be incurred in connection with the Pelican Plantation.

11. With respect to types of evidence to be utilized when calculating lost profits of a new or unestablished business, management's internal projections are typically the best indicator and predictor of future performance of the company since management of such business usually has a high level of understanding with respect to the business, the industry, and the market in which the business operates. Furthermore, when performing economic damage calculations, management projections that were contemporaneously prepared prior to any potential litigation, rather than in anticipation of litigation and / or solely for the purpose of litigation, are typically deemed more reliable.

12. When calculating lost profits stemming from the expansion of the line of business involving rental cabins managed by Fin and Feather, it is generally acceptable to utilize the historical results of operations for similar sectors of the business. In this case, as of the date of the BP Oil Spill, Fin & Feather, LLC had two (2) rental cabins with historical occupancy rates and historical data regarding the average nightly rental rates generated for each cabin, while Fin & Feather Cabins, LLC had seven (7) rental cabins with historical occupancy rates and historical data regarding the average nightly rental rates generated for each cabin, for a total of nine (9) cabins that were available for rent as of the date of the BP Oil Spill.

13. Although the records maintained by Fin and Feather do not consist of automated reservation systems and computerized general ledger / accounting software packages, relevant information, although manual in form, is available to document the historical occupancy rates and average nightly rates attributable to the line of business involving rental cabins, all of which are components of calculating economic damages.

3

14. The use of manual accounting and reservations systems, similar to those utilized by Fin and Feather, is not unusual for small business operating in similar industries.

15. The historical operating performance of these nine (9) cabins provides an adequate benchmark to be utilized to project the future operating activity of the six (6) additional cabins that were part of the planned expansion of the Fin & Feather entities as of the date of the BP Oil Spill; however, were never built as a result of the aftermath of the BP Oil Spill.

16. Projections based on the actual operating performance of similarly-situated assets, in this case, rental cabins, provide a reasonable basis on which to base economic damage calculations sustained as a result of the failure to construct and market other similarly-situated assets that would have generated additional revenues and profits for the Fin & Feather entities "but for" the BP Oil Spill.

17. When calculating economic damages, it is typical and reasonable to assume that the level of revenues generated and / or that would have been generated during a particular year or time period would have continued for the foreseeable future "but for" the result of the event giving rise to the economic damages.

18. When dealing with closely-held businesses similar to Fin and Feather, it is common for related entities to manage their business operations as a single entity. Considering the financial data and operating results of all three Fin and Feather entities collectively provides a reliable overview of the entities' financial performance over time.

19. The aggregate net revenues, expenses, and net income generated by Fin & Feather during the years 2007 through 2019, as reflected on the separate income tax return of each Fin and Feather entity, provide a reasonable basis for evaluating economic trends.

20. This financial information has been compiled and is presented in detail as Exhibit A to the Declaration (attached) and is summarized in the table below:

|      | Total Net Revenue | Total Expenses | Net Income |
|------|-------------------|----------------|------------|
| 2007 | $ 215,239.00      | $ 190,312.00   | $ 24,927.00 |
| 2008 | $ 242,154.00      | $ 201,379.00   | $ 40,775.00 |
| 2009 | $ 261,779.00      | $ 288,715.00   | $ (26,936.00) |
| 2010 | $ 664,523.00      | $ 291,851.00   | $ 372,672.00 |
| 2011 | $ 360,785.30      | $ 417,992.30   | $ (57,207.00) |
| 2012 | $ 302,604.00      | $ 326,950.00   | $ (24,346.00) |
| 2013 | $ 346,950.00      | $ 337,946.00   | $ 9,004.00 |
| 2014 | $ 304,579.00      | $ 343,790.00   | $ (39,211.00) |
| 2015 | $ 378,900.00      | $ 367,518.00   | $ 11,382.00 |
| 2016 | $ 393,951.00      | $ 348,122.00   | $ 45,829.00 |
| 2017 | $ 315,919.00      | $ 266,591.00   | $ 49,328.00 |
| 2018 | $ 302,142.00      | $ 279,780.00   | $ 22,362.00 |
| 2019 | $ 327,689.00      | $ 298,108.00   | $ 29,581.00 |

21. I have had numerous meetings and conference calls with management of Fin and Feather, as well as conducted a site visit to each and every existing cabin as well as the grounds on which the additional cabins and Pelican Plantation were to be constructed.

22. Based upon my review of the reservation books, accounting records, bank statements, and tax returns for the years 2007 through 2019, such documents provide adequate information upon which economic damages can be calculated with reasonable certainty, for both the pre-existing lines of business of Fin and Feather, as well as the unestablished businesses in the form of the cabin expansion and the Pelican Plantation.

23. Based on the financial documents and other information reviewed to date, I believe that such documents provide a reasonable and reliable basis upon which to prepare the calculations of the economic damages sustained by each Fin and Feather entity.

24. My personal knowledge, skill, experience, training, and education are qualifications for my expert testimony to be admitted in this matter.

25. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of June, 2021.

_Ralph A. Litolff, Jr._
Ralph A. Litolff, Jr.

5

**Fin & Feather Entities:**  
**Combined Schedule of Revenues, Expenses, and Net Income(Loss)**  
**For the Years 2007 through 2019**

Exhibit A

| | Fin and Feather Adventures, LLC | | | Fin & Feather Cabins, LLC | | | Fin & Feather Chalets, LLC | | | Fin & Feather, LLC | | | Fin & Feather, LLC (Rental Income) | | | Schedule C (Fisherman / Team National) | | | GRAND TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income | Total Net Revenue | Total Expenses | Net Income |
| 2007 | - | - | - | - | - | - | 152,513 | 131,056 | 21,457 | - | - | - | 62,726 | 59,256 | 3,470 | - | - | - | 215,239 | 190,312 | 24,927 |
| 2008 | - | - | - | - | - | - | 178,465 | 137,251 | 41,214 | - | - | - | 63,689 | 64,128 | (439) | - | - | - | 242,154 | 201,379 | 40,775 |
| 2009 | - | - | - | - | - | - | 190,217 | 212,429 | (22,212) | - | - | - | 71,562 | 76,286 | (4,724) | - | - | - | 261,779 | 288,715 | (26,936) |
| 2010 | - | - | - | - | - | - | 594,831 | 229,566 | 365,265 | - | - | - | 69,692 | 62,285 | 7,407 | - | - | - | 664,523 | 291,851 | 372,672 |
| 2011 | 14,555 | 16,995 | (2,440) | - | - | - | 230,268 | 306,359 | (76,091) | - | - | - | 115,962 | 94,638 | 21,324 | - | - | - | 360,785 | 417,992 | (57,207) |
| 2012 | 59,018 | 58,411 | 607 | 159,852 | 192,434 | (32,582) | - | - | - | 7,800 | - | 7,800 | 75,934 | 76,105 | (171) | - | - | - | 302,604 | 326,950 | (24,346) |
| 2013 | 41,022 | 41,952 | (930) | 141,463 | 150,090 | (8,627) | - | - | - | 114,065 | 85,667 | 28,398 | 8,800 | 6,998 | 1,802 | 41,600 | 53,239 | (11,639) | 346,950 | 337,946 | 9,004 |
| 2014 | 52,324 | 44,607 | 7,717 | 125,807 | 160,802 | (34,995) | - | - | - | 118,248 | 99,858 | 18,390 | 8,200 | 6,720 | 1,480 | - | 31,803 | (31,803) | 304,579 | 343,790 | (39,211) |
| 2015 | 33,235 | 25,339 | 7,896 | 210,918 | 204,096 | 6,822 | - | - | - | 133,747 | 130,475 | 3,272 | - | 6,385 | (6,385) | 1,000 | 1,223 | (223) | 378,900 | 367,518 | 11,382 |
| 2016 | 5,849 | 5,499 | 350 | 176,700 | 153,516 | 23,184 | - | - | - | 208,812 | 176,530 | 32,282 | - | 6,327 | (6,327) | 2,590 | 6,250 | (3,660) | 393,951 | 348,122 | 45,829 |
| 2017 | - | - | - | 158,086 | 128,229 | 29,857 | - | - | - | 156,838 | 135,981 | 20,857 | - | - | - | 995 | 2,381 | (1,386) | 315,919 | 266,591 | 49,328 |
| 2018 | - | - | - | 172,982 | 177,915 | (4,933) | - | - | - | 129,160 | 101,835 | 27,325 | - | - | - | - | 30 | (30) | 302,142 | 279,780 | 22,362 |
| 2019 | - | - | - | 167,260 | 163,188 | 4,072 | - | - | - | 160,429 | 134,920 | 25,509 | - | - | - | - | - | - | 327,689 | 298,108 | 29,581 |