```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2   ****************************************************************

 3   IN RE:  OIL SPILL BY THE            Docket No. MDL-2179
     OIL RIG DEEPWATER HORIZON           Section "J"
 4   IN THE GULF OF MEXICO ON            New Orleans, LA
     APRIL 20, 2010                      Wednesday, January 21, 2015
 5   CIVIL

 6   ****************************************************************
     THIS DOCUMENT RELATES TO:
 7
     UNITED STATES OF AMERICA
 8                                       Docket No. 10-CV-4536
     V.                                  Section "J"
 9
     BP EXPLORATION & PRODUCTION,
10   INC., ET AL
     ****************************************************************
11
                     TRANSCRIPT OF TRIAL PROCEEDINGS
12             HEARD BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
13                    VOLUME II, MORNING SESSION

14
     APPEARANCES:
15
     FOR THE UNITED STATES
16   OF AMERICA:                         U.S. DEPARTMENT OF JUSTICE
                                         ENVIRONMENTAL ENFORCEMENT SECTION
17                                       BY:  SARAH HIMMELHOCH, ESQ.
                                              STEVE O'ROURKE, ESQ.
18                                            ABIGAIL ANDRE, ESQ.
                                              PATRICK CASEY, ESQ.
19                                            NANCY FLICKINGER, ESQ.
                                              RICHARD GLADSTEIN, ESQ.
20                                            MICHAEL ZEVENBERGEN, ESQ.
                                              A. NATHANIEL CHAKERES, ESQ.
21                                            DANIELLE FIDLER, ESQ.
                                              RACHEL HANKEY, ESQ.
22                                            JUDITH HARVEY, ESQ.
                                              RACHEL KING, ESQ.
23                                            BRANDON ROBERS, ESQ.
                                              ERICA PENCAK, ESQ.
24                                            GORDON YOUNG, ESQ.
                                         P.O. Box 7611
25                                       Washington, DC 20044
```

—OFFICIAL TRANSCRIPT—

EXHIBIT 16

```
 1
                                    U.S. DEPARTMENT OF JUSTICE
 2                                  TORTS BRANCH, CIVIL DIVISION
                                    BY:  SHARON SHUTLER, ESQ.
 3                                       MALINDA LAWRENCE, ESQ.
                                         LAURA MAYBERRY, ESQ.
 4                                  P.O. Box 14271
                                    Washington, D.C. 20004
 5

 6   FOR BP AMERICA INC., BP
     AMERICA PRODUCTION COMPANY,
 7   BP COMPANY NORTH AMERICA,
     INC., BP CORPORATION NORTH
 8   AMERICA, INC., BP EXPLORATION &
     PRODUCTION INC., BP HOLDINGS
 9   NORTH AMERICA LIMITED, BP
     PRODUCTS NORTH AMERICA INC.:   KIRKLAND & ELLIS
10                                  BY:  J. ANDREW LANGAN, ESQ.
                                         MATTHEW T. REGAN, ESQ.
11                                       HARIKLIA KARIS, ESQ.
                                         MARK J. NOMELLINI, ESQ.
12                                       A. KATRINE JAKOLA, ESQ.
                                    300 N. LaSalle
13                                  Chicago, IL 60654

14
                                    KIRKLAND & ELLIS
15                                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                         KIMBERLY BRANSCOME, ESQ.
16                                  655 Fifteenth St., N.W.
                                    Washington, D.C. 20005
17

18                                  LISKOW & LEWIS
                                    BY:  R. KEITH JARRETT, ESQ.
19                                  One Shell Square
                                    701 Poydras St., Suite 5000
20                                  New Orleans, LA 70139

21
     FOR ANADARKO PETROLEUM
22   CORPORATION, ANADARKO E&P
     COMPANY, LP:                   BINGHAM McCUTCHEN
23                                  BY:  KY E. KIRBY, ESQ.
                                         THOMAS R. LOTTERMAN, ESQ.
24                                  2020 K Street, N.W.
                                    Washington, D.C. 20006
25
```

———OFFICIAL TRANSCRIPT———

```
 1                                       MORGAN LEWIS & BOCKIUS
                                         BY:  JAMES J. DRAGNA, ESQ.
 2                                       355 South Grand Ave, Suite 4400
                                         Los Angeles, CA 90071
 3

 4   FOR THE STATE OF LOUISIANA:         KANNER & WHITELEY
                                         BY:  ALLAN KANNER, ESQ.
 5                                            DOUGLAS R. KRAUS, ESQ.
                                              SUSANNAH McKINNEY, ESQ.
 6                                            CYNTHIA ST. AMANT, ESQ.
                                         701 Camp St.
 7                                       New Orleans, LA 70130

 8

 9
     OFFICIAL COURT REPORTER:            Karen A. Ibos, CCR, RPR, CRR, RMR
10                                       500 Poydras Street, Box 2-13
                                         New Orleans, LA 70130
11                                       (504) 589-7776

12

          Proceedings recorded by mechanical stenography, transcript
13   produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

WITNESSES FOR THE GOVERNMENT:                          PAGE/LINE:

DR. DONALD BOESCH

| | |
|---|---|
| Voir Dire Examination by Ms. Andre | 337/17 |
| Direct Examination by Ms. Andre | 341/3 |
| Cross-Examination by Mr. Brock | 413/7 |
| Redirect Examination by Ms. Andre | 463/12 |

08:17:36 1          THE COURT: Okay. He is accepted. Go ahead.
08:17:38 2                        DIRECT EXAMINATION
08:17:38 3 BY MS. ANDRE:
08:17:40 4 Q. Do your rounds 1, 2, and 3 expert reports accurately summarize
08:17:44 5 your opinions in this matter and the bases for those opinions?
08:17:46 6 A. Yes, I do. Other than a few inconsequential details that I
08:17:51 7 would probably correct now with the benefit of time, yes, they do.
08:17:54 8 Q. And do you adopt these reports as your testimony here today?
08:17:57 9 A. I do.
08:17:58 10         MS. ANDRE: At this time, we also move in Dr. Boesch's
08:18:02 11 expert reports TREX 13183, 13184, and 13185R.
08:18:09 12         THE COURT: We'll take up the admission of all of the
08:18:11 13 exhibits in accordance with the procedure as Ms. Himmelhoch referred
08:18:15 14 to.
08:18:15 15         MS. ANDRE: Thank you, your Honor.
08:18:17 16 BY MS. ANDRE:
08:18:20 17 Q. First, Dr. Boesch, I would like to have you summarize some of
08:18:23 18 your conclusions.
08:18:24 19         As a preliminary matter, did the Macondo oil spill harm
08:18:27 20 the Gulf ecosystem?
08:18:29 21 A. Yes, I concluded, based upon all of the evidence and literature
08:18:31 22 that I've reviewed, that it did result in serious harm to a number
08:18:35 23 of components of both offshore and coastal systems. Basically
08:18:39 24 everywhere the oil went, it created harm.
08:18:41 25 Q. Now, how did you categorize those harms in your report?

08:21:59 1  looked at but I couldn't convince myself, based upon the information
08:22:04 2  in the scientific literature, that were at this point potential.
08:22:09 3  They're speculative in that sense, but there is no real solid basis
08:22:13 4  of concluding that there was a strong potential that harm occurred.
08:22:17 5  Q.  What have past oil spills taught you about how long signs of
08:22:23 6  harm might take to surface?
08:22:25 7  A.  Well, you know, these effects can dissipate quickly but also can
08:22:31 8  be revealed later on, as both additional studies are done.  But also
08:22:35 9  sometimes there are repercussions in an ecosystem.  One of the most
08:22:41 10 widely cited is the collapse of populations of herring after the
08:22:45 11 Exxon Valdez.  I know there's speculation and controversy about
08:22:49 12 exactly the cause, but it's indicative of the kinds of things that
08:22:52 13 might occur down the road after a disturbance like this.
08:22:58 14 Q.  Have you prepared a slide summarizing your conclusions regarding
08:23:01 15 actual harm caused by the BP oil spill?
08:23:04 16 A.  I have.
08:23:04 17 Q.  Please call up D-32152.  Now, we'll discuss these conclusions in
08:23:10 18 more detail, but for now, please briefly describe your conclusions
08:23:14 19 regarding actual harm.
08:23:16 20 A.  Well, I'll try to treat these in terms of the path of the oil
08:23:20 21 coming out of the wellhead.
08:23:24 22      So the first environment ecosystem to experience this oil
08:23:27 23 is the deep Gulf of Mexico.  And as we'll reveal, quite a lot of the
08:23:33 24 oil and the gas remained in the deep Gulf.  That actually had
08:23:38 25 consequences on the ecosystems, including affecting deep seabed

organisms where this material was deposited, as well as coral, cold water coral sparsely distributed populations in the deep waters in the Gulf.

As the oil rose to the surface, we all know that there were very dense mats of slicks of oil floating around, that entrained floating seaweed, important habitat that had important resources associated with it, sunk that seaweed.  In addition to that, air-breathing animals such as sea turtles, dolphins, birds, things that have to travel across the air sea surface to travel or feed, they're obviously exposed and obviously mortalities, but we'll talk more about them as well.

And then as that oil floated in the Gulf in the near surface, some of that oil actually was entrained again into the water column by waves, by dispersant application, that affected the near-surface plankton.  There's evidence, strong evidence that that occurred as well.

And then as the oil moved ashore and impacted the coast, obviously shorelines, generally, but particularly the marshes and mangroves of the Gulf Coast -- which are important habitats but also are very susceptible because it's difficult to remove oil from them -- were affected.  And the associated animals that provide the productivity of the system also, suffered the ill effects of that.
Q.  Have you prepared a slide summarizing your conclusions regarding potential harm caused by the BP spill?
A.  I have.

```
08:25:11  1   Q.  Please call up D-32153.  Now, please briefly describe your
08:25:18  2   conclusions regarding potential harm.
08:25:20  3   A.  Well, again, following the same path from the deep Gulf to the
08:25:23  4   coastline, there is evidence that the biota on the outer continental
08:25:31  5   shelf could potentially have been affected because of the elevated
08:25:35  6   concentrations of oil contaminants in the sediments.  But in
08:25:38  7   particular, there is evidence in the literature that fish that live
08:25:43  8   at the near -- nearest sediments on the bottom on the outer shelf
08:25:48  9   had sub lethal consequences of that.  We'll talk about that some
08:25:52 10   more.
08:25:53 11             And then as we moved in, moved out to the surface, surface
08:25:56 12   waters, there is the same kind of evidence that I mentioned of
08:26:00 13   toxicity levels and concentrations that match that suggest potential
08:26:04 14   harm to ocean fishes, the larvae of which live at that near surface
08:26:10 15   interface.  And then as the oil came ashore, there is still
08:26:13 16   lingering concern that this is somehow responsible -- the spill or
08:26:18 17   response is responsible for the depletion and reduction of oyster
08:26:23 18   population --
08:26:23 19             THE COURT:  I have a question for you, excuse me.  Give me
08:26:27 20   some examples of "sub lethal consequences."
08:26:33 21             THE WITNESS:  This is with respect to which --
08:26:35 22             THE COURT:  I think you used that in connection with --
08:26:38 23   said there's evidence in the literature that fish live at or near
08:26:41 24   the sediments on the bottom and had -- there were sublethal
08:26:45 25   consequences.
```

```
08:34:36  1   231547 entitled "Coral Communities as Indicators of Ecosystem Level
08:34:43  2   Impacts of the Deepwater Horizon Spill."
08:34:45  3             And the third -- Mr. Jackson, can you please blow that
08:34:49  4   up a little?  It's difficult to read.  It's a paper by Dr. Murawski,
08:34:57  5   et al, about fish lesions, as you said.  And let me just wait for it
08:35:02  6   to come up so I make sure I get the TREX into evidence properly.
08:35:21  7   The TREX number for this is 231516 and the title is "Prevalence of
08:35:31  8   External Skin Lesions and Poly" -- I apologize, your Honor.  This is
08:35:40  9   not the best way to do this one.
08:35:41 10             It's entitled "Prevalence of External Skin Lesions and
08:35:46 11   Polycyclic Aromatic Hydrocarbon Concentrations in Gulf of Mexico
08:35:49 12   Fishes, Post Deepwater Horizon."
08:35:52 13             Thank you.  You can take that down, Mr. Jackson.
08:35:55 14             Now, Dr. Boesch, I would like to change gears and
08:35:59 15   discuss the physical extent of the spill.  Have you prepared a slide
08:36:03 16   illustrating the geographic area that you considered in your
08:36:06 17   assessment?
08:36:06 18   A.   I have.
08:36:07 19   Q.   Please call up D-32155A.  First, can you explain what offshore
08:36:16 20   region you considered in your analysis?
08:36:19 21   A.   Well, first, this large mass out in the Gulf with shades of gray
08:36:26 22   is the cumulative footprint of the oil when it was floating on the
08:36:30 23   surface waters of the Gulf.  The darker the shade, the more days the
08:36:35 24   oil was there.  So the lighter the shade, oil was there just for a
08:36:41 25   few days.
```

```
08:36:41  1              So it's this region where the oil went that I think is the
08:36:45  2   critical bounds of the assessment that one should focus on.  And you
08:36:53  3   will -- and the -- yeah.  So that's the area where -- and the area
08:36:58  4   around that we would want to go look for effects.
08:37:03  5   Q.  Approximately how large was that area?
08:37:05  6   A.  That area on this image is 45,000 square miles based upon NOAA's
08:37:11  7   data set from satellite images.  There are other parties that have
08:37:16  8   assessed these satellite images as well.  Mind you, these are
08:37:21  9   snapshots taken, so you don't see the full movie.  So others have
08:37:24 10   assessed the same data and have come up with a slightly larger area
08:37:29 11   of 68,000 square miles.  But, roughly, in the same region.
08:37:33 12   Q.  In your mind, does it matter which of these estimates, 45,000 or
08:37:38 13   68,000, is actually correct?
08:37:40 14   A.  Well, you know, from the standpoint of our analysis it doesn't
08:37:44 15   because they both define generally the area where the concentrations
08:37:48 16   and exposure to oil was most likely and heaviest.
08:37:51 17   Q.  What shoreline area did you consider?
08:37:57 18   A.  Well, the shoreline indicated in blue is the shoreline that was
08:38:03 19   covered during these shoreline cleanup and assessment technique
08:38:07 20   surveys that were done by both the responsible party, and the
08:38:13 21   government responses, and the Unified Command.  So that doesn't mean
08:38:17 22   that all of that shoreline was oiled.  In fact, only a portion of
08:38:20 23   that shoreline was oiled.
08:38:21 24              But again, with respect to focusing my analysis, this is
08:38:24 25   the area that I would want to know what the harm is or where the oil
```

```
08:38:30   1   likely went.
08:38:31   2   Q.  Approximately how many miles of shoreline were oiled?
08:38:34   3   A.  This SCAT surveys indicated approximately 1,100 miles, linear
08:38:43   4   miles of shoreline oiled.  Just to put this in context, I checked it
08:38:47   5   yesterday, that's slightly less than the distance from this
08:38:51   6   courthouse to the U.S. Capital in Washington, D.C.
08:38:55   7   Q.  You can take the slide down, Mr. Jackson.  Thank you.
08:38:58   8           How did the amount of oil released impact your
08:39:01   9   analysis?
08:39:01  10   A.  Well, I think it's important.  It's important to recognize that
08:39:06  11   the government, whether it's the government's estimate of
08:39:09  12   4.2 million barrels of oil or the Court's determination of 3.2 that
08:39:13  13   this release was unprecedented in U.S. waters, and, certainly, from
08:39:19  14   an offshore oil and gas production installation.  It lasted for
08:39:24  15   87 days.
08:39:25  16           And in addition to that, I think, it's important to think
08:39:28  17   not only the total amount of oil, but the actual -- especially when
08:39:32  18   we talk about the deepwater environment -- the flow rate.  The
08:39:35  19   amount of oil that was being ejected pretty quickly in large volumes
08:39:39  20   over a period of time.
08:39:41  21   Q.  Did you give any consideration to the use of dispersant in this
08:39:45  22   case?
08:39:45  23   A.  Well, yes, we didn't assess the wisdom of applying dispersants
08:39:53  24   because it's already been done.  But recognizing when one puts
08:39:57  25   dispersants on oil, whether that was injection at the wellhead or
```

08:40:03 1  spraying the surface, the intent is to keep the oil in the water and
08:40:08 2  off of the surface where it could come to shore.  That is not
08:40:12 3  removal of the oil.  That is injection of the oil into the aquatic
08:40:17 4  system, even though it may or may not enhance the biodegradation
08:40:22 5  rate depending on the circumstances.  It means that you're making a
08:40:25 6  trade-off of putting more of the toxic components of the oil into
08:40:28 7  the aquatic system to keep it off the shoreline.
08:40:32 8           So in that sense, it is a factor with both respect to the
08:40:36 9  deepwater plume as well as the near surface waters, that is what
08:40:40 10 that contributed to toxic exposure.
08:40:43 11 Q.  So to make sure we're clear, you're testifying that dispersant
08:40:48 12 does not remove oil from the environment?
08:40:49 13 A.  That's right.  It basically mixes that oil.  It's designed to
08:40:54 14 break the oil up into small particles and promote dissolution as
08:41:00 15 well as enhanced degradation.  But to keep it off the surface;
08:41:04 16 reduce the likelihood the oil would come ashore.
08:41:09 17 Q.  Have you prepared a slide illustrating BP's consideration of the
08:41:13 18 geographic extent of the spill?
08:41:14 19 A.  Yes, I have.
08:41:15 20 Q.  Please, call up D-32156.  How did the approaches of BP's
08:41:21 21 experts, Dr. Taylor and Dr. Paskewich, differ from your own when
08:41:27 22 considering the geographic extent of the spill?
08:41:30 23 A.  Well, first of all, their experts expressed results as a small
08:41:34 24 percentage of a very large universe of samples in area.  So it
08:41:39 25 doesn't tell you exactly what the consequences are where the oil

```
08:48:13  1  consequences on the bottom really affected mostly the continental
08:48:17  2  slope environments in this area.
08:48:19  3  Q.  And what happened to oil and hydrocarbons as they were released
08:48:23  4  from the well at the bottom of the Gulf?
08:48:25  5  A.  Well, this large flow of oil; but, also, importantly, lots of
08:48:32  6  gas -- for every barrel of oil released there was about 2,000 cubic
08:48:36  7  feet of gas.  Even though I recognize that's out of the equation
08:48:40  8  with respect to the Clean Water Act issues, that gas has
08:48:44  9  consequences.  It goes into solution and it feeds the microbiota in
08:48:50 10  the ocean, and, as we'll see, that had some pretty stark,
08:48:54 11  substantial consequences to the deepwater environment.
08:48:56 12          So as this oil and gas mixture, the gas expanding rapidly,
08:49:01 13  coming out at high velocity is a lot of mixing that takes place that
08:49:05 14  breaks the oil into little droplets as well as enhances its solution
08:49:09 15  into the deepwater.  That, interestingly, resulted in what we
08:49:14 16  generally call the deepwater plume; that is, it rose above the
08:49:19 17  seabed and it was trapped by the density differences in the water in
08:49:22 18  the deep Gulf.  So between 1,100 meters below the ocean surface and
08:49:29 19  1,300 meters, that's where this plume existed.  And then, the
08:49:32 20  currents, therefore, could transport that over some fairly large
08:49:36 21  distances.
08:49:36 22  Q.  And are the yellow arrows on this demonstrative, D-32157A, meant
08:49:42 23  to illustrate the directions in which the deep sea plume moved?
08:49:47 24  A.  Not the exact linear course, because the currents ebb and flow
08:49:52 25  and move around with the bottom topography, but it shows you that
```

09:09:51 1  planktonic crustaceans, as well as comb jellies and jellyfish and
09:09:58 2  protozoans which live in the surface water.
09:10:00 3  Q.  And how did oiling impact these organisms?
09:10:03 4  A.  The evidence is from a number of papers and sources, and they
09:10:08 5  include evidence that the carbon -- that is, the organic matter
09:10:14 6  that's in oil -- was incorporated into food chains.  In fact -- and
09:10:17 7  being exchanged from one level to another.
09:10:19 8         So that doesn't address the toxicity itself, but it
09:10:25 9  basically says the whole basis of how food is provided and
09:10:28 10 distributed through the system was altered.  So it fits my
09:10:32 11 definition by saying this is an alteration of a natural function of
09:10:35 12 an ecosystem.
09:10:37 13        Secondly, there's evidence that for some of these animal
09:10:41 14 plankton, that there is evidence that there was bioaccumulation,
09:10:46 15 actually PAHs, polycyclic aromatic hydrocarbons, almost certainly
09:10:52 16 from that source, the Macondo well source, that had been taken up by
09:10:56 17 the organisms, a key part of their exposure to the toxins.
09:11:02 18        And then in addition to that, there is experimental
09:11:04 19 evidence from laboratory studies that have exposed planktonic
09:11:11 20 organisms in various concentrations of this Macondo well oil that
09:11:16 21 basically indicates that these exposure conditions were sufficient
09:11:20 22 to have induced a toxic effect.
09:11:23 23 Q.  Can you give some examples of what animals that feed on these
09:11:26 24 organisms?
09:11:26 25 A.  Yes, these organisms are very critical, for example, to support

09:11:32 1 another important organism we'll than talk about, the larvae of fish
09:11:38 2 that, because of the availability of food source and how that allows
09:11:42 3 their dispersal, they tend to aggregate up near the surface of the
09:11:46 4 ocean.  And as they develop and they begin their first feeding,
09:11:49 5 they're feeding on these plankton that -- and they're abundance and
09:11:54 6 availability of that nutritious food source is critical to their
09:11:57 7 survival.
09:11:58 8 Q.  Let's discuss your conclusions regarding impact to fish in more
09:12:03 9 detail.  Have you prepared a slide summarizing those impacts?
09:12:06 10 A.  I have.
09:12:07 11 Q.  Please call up D-32161.  As an initial matter, where were Gulf
09:12:16 12 fish impacted by the BP oil spill?
09:12:19 13 A.  Well, again, where there was high concentration of oil.  That
09:12:25 14 included near the surface in these near-surface waters.  And we
09:12:27 15 review evidence that suggests that there is a clear potential for
09:12:31 16 harm of larvae, of ocean fish, such as bluefin tuna, yellowfin tuna,
09:12:41 17 Mahi Mahi, and greater Amberjack.  And that are at the near-surface
09:12:46 18 waters, just as I described.
09:12:48 19         And then there's also this issue of potential harm to the
09:12:51 20 bottom-dwelling fish that I described in addressing Judge Barbier's
09:12:58 21 question about PAH concentrations in the liver and bile, as well as
09:13:06 22 the skin lesions.
09:13:07 23 Q.  And which species of bottom-dwelling fish were potentially
09:13:11 24 impacted by the spill?
09:13:12 25 A.  Well, scientists who published the paper identified three