UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig  MDL 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

PERTAINS TO:  SECTION J-1
*Fin & Feather, LLC v. BP, plc, et al.*, 16-6118
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131

## FIN & FEATHER'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, plaintiffs, Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC (collectively "Fin & Feather"), request that BP'S Motion for Summary Judgment (Rec. Doc. 27124) be scheduled for oral argument.

The summary judgment evidence submitted by both parties in this case is extensive and the issues in dispute are fact intensive. To the extent that the Court finds that oral argument would be helpful to resolving the issues in dispute, the undersigned counsel welcomes the opportunity to argue this matter in open court.

Date: June 28, 2021  Respectfully submitted,

**THE KRELLER LAW FIRM**

*s/Stephen S. Kreller*
Stephen Skelly Kreller (Bar No. 28440)

1

757 Saint Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

- and -

**AL J. ROBERT, JR., LLC**

<u>s/Al J. Robert, Jr.</u>
Al J. Robert, Jr. (Bar No. 29401)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 309-4852
E: ajr@ajrobert.com

***Attorneys for Fin & Feather, LLC, Fin & Feather Adventures, LLC, and Fin & Feather Cabins, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to BP's Statement of Uncontested Facts and List of Material Facts Genuinely Disputed in Case Nos. 2:16-cv-6118, 2:16-cv-6126, and 2:16-cv-6131 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of June, 2021.

                                            */s/ Stephen Skelly Kreller*
                                            Stephen Skelly Kreller