UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: Oil Spill by the Oil Rig                                                     MDL 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

_____

PERTAINS TO:                                                                         SECTION J-1
*Fin & Feather, LLC v. BP, plc, et al.*, 16-6118
*Fin & Feather Adventures, LLC v. BP, plc, et al.*, 16-6126
*Fin & Feather Cabins, LLC v. BP, plc, et al.*, 16-6131

# ORDER

Considering the request by plaintiffs, Fin & Feather, LLC, Fin & Feather Cabins, LLC, and Fin & Feather Adventures, LLC (collectively "Fin & Feather") for oral argument regarding BP'S Motion for Summary Judgment (Rec. Doc. 27124) in the above-captioned matter,

**IT IS HEREBY ORDERED** that oral argument is scheduled on BP's Motion for Summary Judgment before this Court on the _____ day of _____, 2021 at _____.

This _____ day of _____, 2021 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE,
HONORABLE CARL J. BARBIER

1