United States District Court
Eastern District of Louisiana

10 MD 2179

IN RE: Oil Spill By The Oil Rig  MDL-2179
"Deepwater Horizon In The Gulf
of Mexico, on April 20, 2010     Section: J(2)

Applies To:                      Judge Barbier

Claim ID: 309766
Claim ID: 371240                 Mag. Judge Currault

Notice of Appeal And Reasons

Comes Now The Claimant, Billy F. Larkin, Pro Se, and Move The Court To Grant Appeal In The Court Order Dated May 25, 2021, Denying Claimants Motion For An Out Of Time Appeal In The Matter Of Claim ID: 309766, And Claim ID: 371240 And Avers In Support Thereof:

This Notice Of Appeal And Reason Is Filed Strictly As A Matter Of Record, Claimant Will File A Writ Of Mandamus In The United States Supreme Court To Demonstrate This Courts High Level Of Bias That Persist Against Claimant, And The Circuit Courts Denial Of Extraordinary Relief For 21-30019 And 21-30075 After Its Raison De Etre Order

Appeal No. 21-30030, The Circuit Court Dismissed No. 21-30050 on March 31, 2021, yet on April 6, 2021 stated in its Order that No. 21-30050 was pending to justify denial of 21-30019 and 21-30075.

Claimant did not file a Motion for an Out of Time Appeal for 19-10295, as the Caption to said Motion indicate, it was the Court-Approved Flawed Notification Protocols that has, to date, fails to provide the Appeal Procedures for Claim ID: 309766 and Claim ID: 37124 per the Terms of the Settlement Agreement.

The Courts Pervasive Prejudicial Acts, taken together with its Application of 19-10295 in this matter amounts to a violation of Claimants' Due Process Rights.

The Ineluctable Conclusion is that only the United States Supreme Court can disseminate the link between this Courts past failure to grant Appeals and the Acts of the Circuit Court regarding 21-30019, and 21-30075 as it applies to MDL-2179, a Class-Action that is logistically staggering in its sheer enorminity with its 391,000 Claim Forms, and 291,000 Registration Forms from 262,000 unique Claimants, a Court-Created Controversey due to Court-Approved Flawed Notification

(2)

protocols, a court that abuses its discretion by adjudicating said controversy, the courts pervasive bias and outright prejudices, and the disparate impact within the statistical data of the settlement agreement that impact certain members of the class action that only the Supreme Court of the United States can protect.

Respectfully submitted

This the 22 day of June, 2021

*[signature]*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

(3.)

Larkin, Billy F. #0490812
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

US POSTAGE $000.55⁰
PITNEY BOWES
02 1P  0000932486
MAILED FROM ZIP CODE 27563

Office of the Clerk
U.S. District Court
500 Poydras St., Room C-151
New Orleans, LA 70130

Legal Documents — Black Lives Matter

7013 0600 0357 0026



MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.00⁰
JUN 23 2021
02 1P
0000932486
MAILED FROM ZIP CODE 27563