# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER |
| This Document relates to: | * * | MAGISTRATE JUDGE CURRAULT |
| *Fin & Feather Adventures, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06126; <br> *Fin & Feather Cabins, LLC v. BP Expl. & Prod., Inc., et al.,* Case No. 16-CV-06131; <br> *Fin & Feather, LLC v. BP Expl. & Prod., Inc., et al.*, Case No. 16-CV-06118 | * * * | |

### DECLARATION OF ANNA TERTERYAN
### IN SUPPORT OF BP'S MOTION FOR SUMMARY JUDGMENT

I, Anna Terteryan, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member in good standing of the State Bar of California.

2. I respectfully submit this Declaration in Support of BP's Motion for Summary Judgment. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath as follows.

3. Attached hereto as Exhibit M is a true and correct copy of excerpts from the transcript of Kirk Prest's deposition on February 10, 2021.

4. Attached hereto as Exhibit N is a true and correct copy of correspondence between counsel for the parties on September 2, 17, and 21, 2020.

5. Attached hereto as Exhibit O is a true and correct copy of correspondence between counsel for the parties on September 29, 2020.

6.   Attached hereto as Exhibit P is a true and correct copy of BP's Notice of Rule 30(b)(6) Deposition of Fin & Feather Adventures, LLC dated January 27, 2021.

7.   Attached hereto as Exhibit Q is a true and correct copy of BP's Notice of Rule 30(b)(6) Deposition of Fin & Feather, LLC dated January 27, 2021.

8.   Attached hereto as Exhibit R is a true and correct copy of BP's Notice of Rule 30(b)(6) Deposition of Fin & Feather Cabins, LLC dated January 27, 2021.

Executed in San Francisco, California on this 12th day of July, 2021.

_____
Anna Terteryan