# Exhibit N

| | |
|---|---|
| **From:** | Keegan, Christopher W. |
| **To:** | Stephen Kreller |
| **Cc:** | Terteryan, Anna; Al Robert, Jr. |
| **Subject:** | RE: Fin and Feather entities v. BP, Cases No. 16-cv-06126, 16-cv-06131, and 16-cv-06118 |
| **Date:** | Monday, September 21, 2020 1:12:00 PM |

Stephen

Happy to get on a call to discuss the proposal and your thoughts on the CMO. BP would reserve the right to move for whatever relief appropriate after the discovery set forth -- and that relief may vary by the plaintiffs and their claims. For example, BP will seek to have the BioMarine / Gulf Marine cases dismissed in their entirety based on the arguments in our draft motion provided to you. For the Fin and Feather entities, it is likely that the relief sought would be on discrete issues largely consistent with your email below, but BP would reserve rights if other issues arose.

Let me know some times that work for a call -- tomorrow morning is clear or Wednesday afternoon would work as well.

Chris

**Christopher W. Keegan**

------------------------------------------------

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104

**T** +1 415 439 1882  **M** +1 415 238 6821

**F** +1 415 439 1500

------------------------------------------------

chris.keegan@kirkland.com

**From:** Stephen Kreller
**Sent:** Thursday, September 17, 2020 12:56 PM
**To:** Keegan, Christopher W.
**Cc:** Terteryan, Anna ; Al Robert, Jr.
**Subject:** Re: Fin and Feather entities v. BP, Cases No. 16-cv-06126, 16-cv-06131, and 16-cv-06118



Chris:

Thank you for forwarding the proposed CMO. As discussed at the status conference, I understand the rationale underlying BP's proposal relates to obtaining rulings on discrete issues that might assist with resolution of the larger case--assuming such ruling does not result in dismissal of the case.

Regarding the Fin and Feather claims, I presume BP would agree that the primary issue that will benefit from the Court's consideration relates to Plaintiffs' plans to build the larger building and the extent of damages that can be recovered. As we are considering a response to your proposed CMO, it would be helpful to know if there are other issues that you intend to address via the contemplated motion practice. Let me know if you'd like to discuss by phone and we can get something scheduled.

Thanks,
Stephen

On Wed, Sep 16, 2020 at 10:04 PM Keegan, Christopher W. <chris.keegan@kirkland.com> wrote:

> Stephen

Following up on last week's conference -- attached is a draft CMO for you to review + the Court's minute order. Let me know when you would like to discuss - next week is generally good for me.
Chris
**Christopher W. Keegan**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1882  M +1 415 238 6821
F +1 415 439 1500

chris.keegan@kirkland.com

**From:** Keegan, Christopher W.
**Sent:** Wednesday, September 2, 2020 11:32 AM
**To:** 'ssk@krellerlaw.com' <ssk@krellerlaw.com>
**Cc:** James, Jessie <jessie.james@kirkland.com>
**Subject:** Fin and Feather entities v. BP, Cases No. 16-cv-06126, 16-cv-06131, and 16-cv-06118

Stephen

I hope you are doing well and staying safe. As I know you are aware, in June 2020 the Court set a status conference for the remaining B1 cases. Attached is the most recent order related to that proceeding. At that hearing, BP will request that the Court enter into a further Case Management Order to enable the parties to conduct limited discovery and then brief matters related to the causation and damages elements of your allegations. BP anticipates a proposal where the documents produced to date are sufficient and each side is given the opportunity for one or two depositions. BP believes that this discovery and briefing can be completed in a six to nine months and will be an efficient step towards resolving the outstanding cases.

Respectfully,
Chris
**Christopher W. Keegan**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1882  M +1 415 238 6821
F +1 415 439 1500

chris.keegan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

--
Stephen S. Kreller, Esq.
The Kreller Law Firm
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

www.krellerlaw.com
Licensed in AL, GA, LA, and NY

CAUTION: This electronic message contains information and/or attachments from The Kreller Law Firm, which may be privileged and/or confidential. The information and attachments (if any) are intended for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the addressee, you are prohibited from disclosing, distributing, copying, or otherwise using the contents of this message and its attachments (if any). If you received this electronic message in error, please notify me immediately by return email or by telephone at (504) 484-3488.