# Exhibit O

| | |
|---|---|
| **From:** | Al Robert, Jr. |
| **To:** | Keegan, Christopher W. |
| **Cc:** | Stephen Kreller; Terteryan, Anna |
| **Subject:** | Re: BP-B1 CMO Discussions |
| **Date:** | Tuesday, September 29, 2020 1:29:50 PM |

[?]

OK. We are agreeable to this as a joint proposal.

Thanks,
Al

On Tue, Sep 29, 2020 at 3:17 PM Keegan, Christopher W. <chris.keegan@kirkland.com>
wrote:

> Al and Stephen
>
> Apologies -- I had meant to send a draft that included your first sentence, but didn't do so. Your
> first sentence in the attached is good, except we would add
>
> the highlighted below.
>
> At the Status Conference, BP and the plaintiffs listed on EXHIBIT 2 (the "Exhibit 2
> Plaintiffs") advised the Court that motion practice may serve to narrow

<mark>or resolve</mark> those claims that remain pending by the Exhibit 2 Plaintiffs

As for the reply expert reports, we don't think that fits with the focused discovery here and your proposal would eat into the limited time for expert depositions.

It would put the parties in a position where an expert might need to be deposed twice. As with our other disputes -- if there is good cause for a reply expert report we can meet and confer at the time or seek guidance from the Court.

Chris

**Christopher W. Keegan**

--------------------------------------------------------

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104

**T** +1 415 439 1882

**M** +1 415 238 6821

**F** +1 415 439 1500

-------------------------------------------------------

chris.keegan@kirkland.com

**From:** Al Robert, Jr. <ajr@ajrobert.com>

**Sent:** Tuesday, September 29, 2020 1:02 PM

**To:** Keegan, Christopher W. <chris.keegan@kirkland.com>

**Cc:** Stephen Kreller <ssk@krellerlaw.com>; Terteryan, Anna <anna.terteryan@kirkland.com>

**Subject:** Re: BP-B1 CMO Discussions

Thanks Chris. I added a sentence to the beginning of Section II of the CMO and also added in Section II(B)(3) re experts being permitted to issue a reply report, if necessary.

If you are agreeable to this, we can submit as a joint CMO. Let us know what you think.

Thanks,

Al

Al J. Robert, Jr., LLC

757

St. Charles Avenue

Suite 301

New Orleans, Louisiana 70130

504.309.4852

877.765.2529 toll-free voice and fax

ajr@ajrobert.com

This message (and any attachments) may be privileged, confidential, or contain trade-secret information. If you are not an intended recipient of this message, please do not

use, share, print, copy, or keep this message or any attachments.

Additionally, if you received this message in error, please notify me immediately by replying to this e-mail or by calling toll-free at 877.765.2529. Let me know if you incur

any costs associated with destroying this message (and any attachments) and I will be glad to reimburse your reasonable expenses. Thank you.

On Tue, Sep 29, 2020 at 12:59 PM Keegan, Christopher W. <chris.keegan@kirkland.com>
wrote:

Stephen and Al

As we have discussed, BP anticipates that it will seek dismissal of the claims by
BioMarine and Gulf Marine, following the arguments set forth in the outline provided to
you as

part of the B1 mediation process. BP also anticipates that it will file motion practice to
narrow the Fin and Feather claims with a focus on (a) limiting the categories of damages
requested, such as seeking to dismiss the damages for future developments and

(b) seeking to limit the time period for damages to a reasonable period. BP believes that
the Case Management Order provides for an efficient path towards those motions in both
instances.

To address the points we discussed earlier today, we agree that if the anticipated motions
for Fin and Feather raise materially different issues or grounds than those we have
discussed,

that the parties should meet and confer about whether additional discovery is necessary or
appropriate and whether the schedule put forth in the CMO should be revised and that we
would not unreasonably withhold consent to a change in the schedule.

Also - attached is a revised CMO reflecting the change requested by Eric Newell and a draft of revised language at the introduction of section II. Please let me know if you are

comfortable with the proposed language.

Chris

**Christopher W. Keegan**

**-------------------------------------------------------**

**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104

**T** +1 415 439 1882

**M** +1 415 238 6821

**F** +1 415 439 1500

**-------------------------------------------------------**

chris.keegan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and

is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If

you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information,

and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.

If you have received this communication in error, please notify us immediately by return email or by email to

postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.