UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-05277* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER
**[Supplementing the Order to Show Cause Contained in the Order & Reasons of July 19, 2021, Rec. Doc. 27174]**

On July 19, 2021, the Court issued an Order & Reasons that, inter alia, required plaintiff John R. DeSilva and his attorney, Ronnie G. Penton, to show cause in writing by August 2, 2021 why either or both of them should not be sanctioned for misrepresenting certain facts to the Court. (Rec. Doc. 27174 at 7-12). As detailed in the Order & Reasons, DeSilva and Penton repeatedly told the Court that DeSilva never sold The Bird of Paradise, LLC ("TBOP"), when in fact he had. Many of these misrepresentations are contained in DeSilva's opposition brief filed on March 23, 2021. (Rec. Doc. 27005). That brief relies in part on a short affidavit from Steven MacDonald, who is not a party to this litigation. (Rec. Doc. 27005-6). MacDonald's affidavit essentially states two things: (1) that MacDonald purchased the real property at 2707 Pass-A-Grille Way ("the Property") in 2017 and (2) that MacDonald did not acquire any interest in the claims asserted in DeSilva's complaint. (*Id.*) Notably, MacDonald's affidavit does not state, one way or another, if he or any company he controlled also purchased TBOP when he purchased the Property. This was a conspicuous omission.

The Court hereby **FURTHER ORDERS** that John DeSilva and Ronnie Penton shall explain the circumstances surrounding the creation of MacDonald's affidavit dated September 18, 2020 (Rec. Doc. 27005-6), including to what extent, if any, DeSilva or Penton played in the affidavit's creation. For example, did either DeSilva or Penton help draft any language in the affidavit or suggest to MacDonald or his attorney what the affidavit should or should not state? If so, what exactly did they draft or suggest and why? DeSilva and Penton shall include this information in their written response to the show cause order due on August 2, 2021. (*See* Rec. Doc. 27174 at 7-12).

The Court stresses that DeSilva and Penton should be exceedingly mindful of their duty of candor to the Court as they prepare their written response to this Order and the July 19th Order & Reasons. A response that is remotely evasive or contains a partial or incomplete truth, etc., will not be tolerated.

New Orleans, Louisiana, this 20th day of July, 2021.

_____
United States District Judge