UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 12-2004, Valdivieso v. Southern Cat, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

The referenced member case was severed from the MDL and remanded to the Southern District of Texas. (*See* Rec. Doc. 27164). Consequently,

IT IS ORDERED that Sergio Valdivieso's Motion to Reconsider and for Status Conference (Rec. Doc. 9715) is DENIED AS MOOT.

New Orleans, Louisiana, this 21st day of July, 2021.

_____
United States District Judge