UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMIE G. SIMON | * | CIVIL ACTION NO: 10-MD-2179 |
| | * | 11-01432 |
| | * | |
| VERSUS | * | SECTION "J", DIVISION "1" |
| | * | |
| GRAND ISLE SHIPYARD, INC, BP | * | CHIEF JUDGE NANETTE |
| AMERICA, INC. BP P.L.C., BP | * | JOLIVETTE BROWN |
| EXPLORATION & PRODUCTION, INC. | * | MAG. JUDGE MICHAEL NORTH |
| | * | |

* * * * * * * * * * * * * * * * * *

**UNOPPOSED *EX PARTE* MOTION TO CONTINUE
SUBMISSION DATE OF MOTION TO STRIKE [REC. 27]**

**NOW COMES,** defendant, Grand Isle Shipyard, Inc. (hereinafter referred to as "GIS"), through undersigned counsel, who respectfully requests that the Motion to Strike filed on behalf of BP America, Inc. and BP Exploration & Production, Inc. (collectively "BP") [Rec. 27], currently set for Submission on August 11, 2021, be reset for this Honorable Court's next regular civil submission date of August 25, 2021, for reasons more fully detailed in the accompanying Memorandum in Support.

[Signature on Next Page.]

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s/Marva Jo Wyatt*

_____

**LAWRENCE R. PLUNKETT, JR. (#19739)**
**MARVA JO WYATT (#18052)**
Suite 1000, Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Tele: (504) 830-3999
Fax:  (504) 830-3950
***Attorneys for Grand Isle Shipyard, Inc.***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 22nd day of July, 2021.

*/s/ Marva Jo Wyatt*
MARVA JO WYATT

2