UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMIE G. SIMON | * | CIVIL ACTION NO: 10-MD-2179 |
| | * | 11-01432 |
| | * | |
| VERSUS | * | SECTION "J", DIVISION "1" |
| | * | |
| GRAND ISLE SHIPYARD, INC, BP | * | CHIEF JUDGE NANETTE |
| AMERICA, INC. BP P.L.C., BP | * | JOLIVETTE BROWN |
| EXPLORATION & PRODUCTION, INC. | * | MAG. JUDGE MICHAEL NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF UNOPPOSED *EX PARTE* MOTION TO CONTINUE THE SUBMISSION DATE OF MOTION TO STRIKE [REC. 27]**

**MAY IT PLEASE THE COURT:**

Defendant, Grand Isle Shipyard, Inc. (hereinafter "GIS"), submits this Memorandum in Support of its Unopposed *Ex Parte* Motion to Continue the August 11, 2021 Submission Date of the Motion to Strike [Rec. 27]. GIS respectfully requests the motion submission date be reset on this Honorable Court's next regular civil submission date of August 25, 2021. The Motion to Strike [Rec. 27] was filed by defendants, BP America, Inc. and BP Exploration & Production, Inc. (collectively "BP"). Undersigned counsel for GIS has contacted the moving parties, BP who does not oppose the brief continuance of the Submission date on this Motion. *See* Exhibit "1" attached hereto. GIS respectfully requests that the Court Order the Submission date of BP's Motion to Strike [Rec. 27] to be set for Submission on August 25, 2021.

[Signature on Next Page.]

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s/Marva Jo Wyatt*
_____
**LAWRENCE R. PLUNKETT, JR. (#19739)**
**MARVA JO WYATT (#18052)**
Suite 1000, Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Tele: (504) 830-3999
Fax:  (504) 830-3950
***Attorneys for Grand Isle Shipyard, Inc.***

## CERTIFICATE OF SERVICE

**I  HEREBY  CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 22nd day of July, 2021.

*/s/ Marva Jo Wyatt*
MARVA JO WYATT