## Marva Jo Wyatt

**From:** R. Keith Jarrett <rkjarrett@liskow.com>
**Sent:** Thursday, July 22, 2021 11:51 AM
**To:** Marva Jo Wyatt
**Cc:** Penny Steele; Larry Plunkett
**Subject:** RE: Jamie Gimon v. Grand Isle Shipyard, et al  11-cv-1432  Motion to Strike

Marva: BP is agreeable to sliding the submission date back to 8/25. Can you handle with the court?

R. Keith Jarrett
Shareholder
Direct 504.556.4133
Mobile 504.914.6316

Lawyer Profile  |  LinkedIn

## LISKOW&LEWIS
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000  |  New Orleans, LA 70139
Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Marva Jo Wyatt <mwyatt@rapllclaw.com>
**Sent:** Thursday, July 22, 2021 8:21 AM
**To:** R. Keith Jarrett <rkjarrett@liskow.com>
**Cc:** Penny Steele <psteele@rapllclaw.com>; Larry Plunkett <lplunkett@rapllclaw.com>
**Subject:** RE: Jamie Gimon v. Grand Isle Shipyard, et al 11-cv-1432 Motion to Strike

[EXTERNAL EMAIL]

Thanks, Keith. August 25th is the next date available for Judge Brown's civil motion calendar.

**From:** R. Keith Jarrett <rkjarrett@liskow.com>
**Sent:** Wednesday, July 21, 2021 6:54 PM
**To:** Marva Jo Wyatt <mwyatt@rapllclaw.com>
**Cc:** Penny Steele <psteele@rapllclaw.com>; Larry Plunkett <lplunkett@rapllclaw.com>
**Subject:** RE: Jamie Gimon v. Grand Isle Shipyard, et al 11-cv-1432 Motion to Strike


EXHIBIT 1

1

Thanks, Marva. Should have an answer for you tomorrow.

R. Keith Jarrett
Shareholder
Direct 504.556.4133
Mobile 504.914.6316

Lawyer Profile | LinkedIn

LISKOW&LEWIS
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Marva Jo Wyatt <mwyatt@rapllclaw.com>
**Sent:** Wednesday, July 21, 2021 2:52 PM
**To:** R. Keith Jarrett <rkjarrett@liskow.com>
**Cc:** Penny Steele <psteele@rapllclaw.com>; Larry Plunkett <lplunkett@rapllclaw.com>
**Subject:** Jamie Gimon v. Grand Isle Shipyard, et al 11-cv-1432 Motion to Strike

[EXTERNAL EMAIL]

Keith
As we discussed this afternoon, we would like a brief extension of the submission date for your client's Motion To Strike the Rule 14c tender we filed on behalf of Grand Isle Shipyard. May we confirm that we can file an unopposed Ex Parte motion to continue the submission date on your motion to strike to August 25, 2021?

Marva Jo Wyatt, Esq.
**REICH, ALBUM & PLUNKETT**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3971
Facsimile: (504) 830-3950
mwyatt@rapllclaw.com

2