UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMIE G. SIMON | * | CIVIL ACTION NO: 10-MD-2179 |
| | * | 11-01432 |
| | * | |
| VERSUS | * | SECTION "J", DIVISION "1" |
| | * | |
| GRAND ISLE SHIPYARD, INC, BP AMERICA, INC. BP P.L.C., BP EXPLORATION & PRODUCTION, INC. | * | CHIEF JUDGE NANETTE JOLIVETTE BROWN MAG. JUDGE MICHAEL NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER GRANTING CONTINUANCE OF SUBMISSION DATE OF MOTION TO STRIKE [REC. 27]**

Considering the foregoing Motion to Continue Submission Date on behalf of Grand Isle Shipyard, Inc., asking the Court to continue the submission date on the Motion to Strike the Rule 14(c) Tender filed by GIS against BP America, Inc. & BP Exploration & Production, Inc., and finding the Motion unopposed by the moving parties,

**IT IS HEREBY ORDERED** the Submission date on the Motion to Strike [Rec. 27] be reset to August 25, 2021.

**NEW ORLEANS, LOUISIANA**, this ____ day of ______________________, 2021.

______________________________________

**CHIEF JUDGE NANETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

*/s/Marva Jo Wyatt*

**LAWRENCE R. PLUNKETT, JR. (#19739)**
**MARVA JO WYATT (#18052)**
Suite 1000, Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Tele: (504) 830-3999
Fax: (504) 830-3950
***Attorneys for Grand Isle Shipyard, Inc.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 22nd day of July, 2021.

*/s/ Marva Jo Wyatt*
MARVA JO WYATT