Minute Entry
Barbier, J.
July 23, 2021
JS-10: 83 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : | MDL NO. 2179 SECTION: J (2) |
| Applies to: No. 21-00237 (Donovan) | : : : | JUDGE BARBIER MAG. JUDGE CURRAULT |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CASE MANAGER:                                      COURT REPORTER:
GAIL CHAUVIN                                       JODI SIMCOX

FRIDAY, JULY 23, 2021
JUDGE CARL J. BARBIER PRESIDING

MOTION HEARING

Case called at 9:35 a.m.

Participating:
Brian Donovan, plaintiff
Edward Trapolin and Gus Fritchie for defendants Stephen Herman and James Roy
Richard Stanley and Kathryn Munson for defendant Patrick Juneau

The Court held a hearing on (i) Stephen J. Herman and James P. Roy's "Motion for Sanctions and to Enjoin Further Frivolous Filings" against Brian J. Donovan (Rec. Doc. 26997, refiled as 26999) and (ii) Patrick A. Juneau's "Motion for Injunctive Relief and Consideration of Sanctions" against Brian J. Donovan (Rec. Doc. 27003).

Motions argued.

ORDERED that the Motions for Sanctions (Rec. Docs. 26999, 27003) are GRANTED as to Movers' request for both attorneys fees and a pre-suit injunction against Brian Donovan.

FURTHER ORDERED that Movers shall each file a motion for attorneys fees and costs within 21 days. Donovan may file a response within 14 days of the date each motion is filed.

FURTHER ORDERED that Brian Donovan or anyone acting on his behalf is ENJOINED from filing any lawsuit in state or federal court against Stephen Herman, James Roy, Patrick Juneau, or any other person or entity concerning or in any way related to the DEEPWATER HORIZON/Macondo Well casualty and oil spill that began on or around April 20, 2020 in the Gulf of Mexico or any of the claims processes arising from that incident, without first receiving express approval from this Court.

The Court will issue in due course a written opinion containing its findings and conclusions.

The hearing concluded at 10:58.