UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:   Oil Spill by the Oil Rig                    MDL 2179
         "Deepwater Horizon" in the Gulf
         of Mexico, on April 20, 2010                SECTION "J"

This Document Relates To:
         *No. 15-4143, 15-4146 & 15-4654*            **Judge Barbier**

                                                     **Magistrate Judge**
                                                     **Donna Phillips Currault**

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR | | | |
|---|---|---|---|
| **STATUS REPORT NO.** | 23 | **DATE** | AUGUST 1, 2021 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:**     Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Relates To:**<br>*No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier**<br>**Magistrate Judge Donna Phillips Currault** |

### STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR
### STATUS REPORT NO. 23 FOR AUGUST 1, 2021

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

     **I.**    **STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS**

    **A.**  **Overview**

**Old and New Classes**

Limited reissuance of payments previously issued continues as wind-down of the Settlements Program has begun. There are fewer than 100 claimants with outreach still in progress that are being wrapped up currently. Reconciliation of all claims to allow for escheatment in Fall 2021 has also been started.

### B. Distribution Processing

**Outstanding Old and New Class Distributions**

The Settlements Program combined efforts related to the three unique distribution tracks in conducting outreach to the population of claimants with payment deficiencies last quarter; these activities have continued as noted below:

1. Fewer than 100 claimants remain in active outreach for follow up on payment deficiencies related to decedent/dissolved business issues and a handful of third-party lien/litigation hold related items that are near resolution; and

2. Address updates, name changes, and processing reissue requests for uncashed and undeliverable checks continues upon request.

The Old and New Class distribution payments remain on schedule to wrap up as we enter Fall 2021 as these final claimants' payment documentation issues are resolved.

**Next Steps**

Escheatment is slated to occur in late Fall 2021 to maintain the planned track to close out these Settlements in early 2022 after IRS Forms 1099 and final tax returns can be completed for the Settlements Program. It is anticipated that a motion to handle residual funds related to the various distribution tracks will be filed with the Court before year end 2021 to allow for closure of this matter in the first quarter of 2022.

## II. CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

    /s/ Patrick A. Juneau
PATRICK A. JUNEAU
OLD & NEW CLASS CLAIMS ADMINISTRATOR