# Exhibit 1

## Jackson Bowman

**From:** Steven MacDonald <steve@goingalt.com>
**Sent:** Monday, May 17, 2021 11:42 AM
**To:** Jackson Bowman; John DeSilva
**Subject:** Fwd: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277

david's contact info below

Sent from my iPhone

Begin forwarded message:

> **From:** "David L. Koche" <dkoche@barnettbolt.com>
> **Date:** May 17, 2021 at 10:42:42 AM EDT
> **To:** Steven MacDonald <steve@goingalt.com>, Tina Dumar <tinadumar@outlook.com>
> **Subject: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277**
>
> We reconfirmed with BP that BP will agree no deposition is necessary if you execute the attached. Consequently, please execute the attached and return to me (a scanned copy is fine) and I will provide the same to BP's counsel.
>
> As always, I am available to discuss this matter in more detail at your convenience. Best personal regards
>
> **David L. Koche**
> Attorney at Law
> Barnett Kirkwood Koche Long & Foster, P.A.
> 601 Bayshore Boulevard, Suite 700
> Tampa, FL 33606
> Tel.: (813) 253-2020 ext. 111
> Fax: (813) 251-6711
> E-mail: dkoche@barnettbolt.com
> Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

1