# Exhibit 3

**Jackson Bowman**

| | |
|---|---|
| From: | jdesilva@tampabay.rr.com |
| Sent: | Wednesday, April 3, 2019 1:22 AM |
| To: | Jackson Bowman |
| Subject: | FW: John DeSilva - Contract and HUD Busch Estate |

FYI....

-----------------------------------------

From: "Tammy Graham"
To: JBowman@MBRFirm.com
Cc: JDesilva@tampabay.rr.com
Sent: Tuesday April 2 2019 3:37:51PM
Subject: John DeSilva - Contract and HUD Busch Estate

John asked me to forward a copy of the HUD and contract for the Busch Estate to you for his mediation.



PLEASE NOTE: DUE TO RECENT FRAUDULANT ACTIVITY, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE AT THE NUMBER BELOW TO VERBALLY CONFIRM OUR WIRING INSTRUCTIONS PRIOR TO SENDING ANY WIRES.

Cyber criminals are hacking email accounts and sending emails with fraudulent wiring instructions. These emails are convincing and sophisticated.
- Always independently confirm wiring instructions via telephone call to a trusted and verified phone number.
- Never wire money without double-checking that the wiring instructions are correct.
- Wiring instructions generally DO NOT CHANGE. If you receive an email indicating the instructions have changed, please contact the Title Company or Lender directly to verify the wiring instructions.

Tammy
Heritage Title Pinellas, Inc.

1

5200 Central Avenue
St. Petersburg, FL 33707
Telephone: 727-321-2600
Fax: 727-328-2070
Email: Tammy@hticlose.com

 

image003.png    20190402153143_