# Exhibit 4

## Jackson Bowman

| | |
|---|---|
| **From:** | Jackson Bowman |
| **Sent:** | Thursday, February 7, 2019 9:46 AM |
| **To:** | jdesilva@tampabay.rr.com |
| **Subject:** | BP Litigation Pretrial Order 67 |

John: See attached. We have work to do. So mediation will be starting in July, not April. The production of documents is due in April.

JACKSON H. BOWMAN
ATTORNEY AT LAW

300 W. Platt St., Ste. 100
Tampa, Florida 33606
813.318.9000
877.908.2800
Cell: 727.481.9550
Fax: 877.203.5748
jbowman@mbrfirm.com
www.mbrfirm.com

MOORE BOWMAN & RIX, P.A.

EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

IMPORTANT NOTICE

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 877-908-2800 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Rix, P.A. for damage arising in any way from its use.

