# Exhibit 5

## Jackson Bowman

**From:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Sent:** Monday, September 14, 2020 10:58 AM
**To:** Jackson Bowman
**Cc:** Dianne Schilling
**Subject:** RE: BP and DeSilva

NEED AFFIDAVIT AND SALES DOCUMENTATION.

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, September 14, 2020 9:54 AM
**To:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

Will an affidavit work?

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

MOORE BOWMAN & REESE, P.A.
EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

**From:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Sent:** Monday, September 14, 2020 10:53 AM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

UNDERSTOOD, BUT I NEED THE SALES DOCUMENTATION AND IF NO RESERVATION I THINK WE SHOULD GET AN ACKNOWLEDGEMENT BY THE BUYER.

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, September 14, 2020 9:48 AM
**To:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** BP and DeSilva

1

Ronnie (Hi Dianne): See attached. The last page highlight is what's important. The logic seems simple: If John sold a damaged property, and the buyer paid a price that reflected the damaged property, the buyer would receive a windfall if he were entitled to the litigation proceeds. John remains the one who is damaged. Importantly, no assignment of the litigation occurred. Shouldn't this close the door on BP's argument? Let me know. Thanks.

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM



MOORE BOWMAN & REESE, P.A.
EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

IMPORTANT NOTICE
The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 877-908-2800 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.

2