# Exhibit 7

**Jackson Bowman**

| | |
|---|---|
| **From:** | Jackson Bowman |
| **Sent:** | Monday, September 14, 2020 12:16 PM |
| **To:** | Ronnie Penton |
| **Cc:** | Dianne Schilling |
| **Subject:** | RE: BP and DeSilva |

Absolutely- How about this:

Affiant, Steven MacDonald, is the beneficial owner of 2707 Pass A Grille Way Land Trust, the grantee in the Warranty Deed recorded at OR Book 19670, Page 559 of the Public Records of Pinellas County, Florida ("the Transaction"). Related to the Transaction, Affiant did not purchase, nor acquire any interest in the Litigation and claims related thereto, and has no interest in and to those rights. Litigation refers to: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 30, 2010*, MDL 2179, pending before the United States District Court for the Eastern District of Louisiana, and the underlying suit filed in the Middle District of Florida known as *The Bird of Paradise, LLC and John DeSilva v. BP Exploration & Production, Inc., et al.*, 8:13 CV 960.

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

MOORE BOWMAN & REESE, P.A.

EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

**From:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Sent:** Monday, September 14, 2020 11:54 AM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

CAN HE SAY THAT HE DID NOT PURCHASE, NOR ACQUIRE ANY INTEREST IN THE LITIGATION AND CLAIMS AND HAS NO INTEREST NOR CLAIM TO THOSE RIGHTS?

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, September 14, 2020 10:43 AM
**To:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

1

BP has these I believe. See attached. I'll get an affidavit that says:

Affiant, Steven MacDonald, is the beneficial owner of 2707 Pass A Grille Way Land Trust, the grantee in the Warranty Deed recorded at OR Book 19670, Page 559 of the Public Records of Pinellas County, Florida. Affiant had and has no intention of acquiring from John R. DeSilva, the grantor in the above-referenced transaction, any interest in the litigation known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 30, 2010*, MDL 2179, pending before the United States District Court for the Eastern District of Louisiana, or the underlying suit filed in the Middle District of Florida known as *The Bird of Paradise, LLC and John DeSilva v. BP Exploration & Production, Inc., et al.*, 8:13 CV 960. Furthermore, the documents related to the referenced Warranty Deed and transaction reflect no intent to assign such rights to the referenced litigation. It has always been the intent for John R. DeSilva to retain the rights to the referenced litigation.

Will that work?


JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

MOORE BOWMAN & REESE, P.A.
EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

---

**From:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Sent:** Monday, September 14, 2020 10:58 AM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

NEED AFFIDAVIT AND SALES DOCUMENTATION.

---

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, September 14, 2020 9:54 AM
**To:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

Will an affidavit work?

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105

St. Petersburg, Florida 33701
727-579-9000 (Direct)
800-380-3337 (Toll Free)
877-203-5748 (Fax)
727-481-9550 (Cell)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

# Moore Bowman & Reese, p.a.
### Eminent Domain & Property Rights Lawyers

**From:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Sent:** Monday, September 14, 2020 10:53 AM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** RE: BP and DeSilva

UNDERSTOOD, BUT I NEED THE SALES DOCUMENTATION AND IF NO RESERVATION I THINK WE SHOULD GET AN ACKNOWLEDGEMENT BY THE BUYER.

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, September 14, 2020 9:48 AM
**To:** Ronnie Penton <ronnie@thepentonlawfirm.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** BP and DeSilva

Ronnie (Hi Dianne): See attached. The last page highlight is what's important. The logic seems simple: If John sold a damaged property, and the buyer paid a price that reflected the damaged property, the buyer would receive a windfall if he were entitled to the litigation proceeds. John remains the one who is damaged. Importantly, no assignment of the litigation occurred. Shouldn't this close the door on BP's argument? Let me know. Thanks.

Jackson H. Bowman, Esquire

735 Arlington Avenue North, Suite 105
St. Petersburg, Florida 33701
727-579-9000 (Direct)
800-380-3337 (Toll Free)
877-203-5748 (Fax)
727-481-9550 (Cell)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

# Moore Bowman & Reese, p.a.
### Eminent Domain & Property Rights Lawyers

IMPORTANT NOTICE
3

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 877-908-2800 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.