# Exhibit 8

# Jackson Bowman

**From:** Jackson Bowman
**Sent:** Monday, September 14, 2020 2:09 PM
**To:** Kristen Fernandez
**Subject:** Fwd: BP Language

Please put this in affidavit form for Hillsborough County- MacDonald will sign- need notary block too-

Jackson H. Bowman, Esquire
735 Arlington Avenue North, Suite 105
St. Petersburg, Florida 33701
727-579-9000 (Direct)
800-380-3337 (Toll Free)
877-203-5748 (Fax)
727-481-9550 (Cell)
jbowman@mbrfirm.com
www.mbrfirm.com

IMPORTANT NOTICE
The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 877-908-2800 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.

---

**From:** Jackson Bowman
**Sent:** Monday, September 14, 2020 12:36:17 PM
**To:** John DeSilva <jdesilva@tampabay.rr.com>
**Subject:** BP Language

Affiant, Steven MacDonald, is the beneficial owner of 2707 Pass A Grille Way Land Trust, the grantee in the Warranty Deed recorded at OR Book 19670, Page 559 of the Public Records of Pinellas County, Florida ("the Transaction"). Related to the Transaction, Affiant did not purchase, nor acquire any interest in the Litigation and claims related thereto, and has no interest in and to those rights. Litigation refers to: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 30, 2010*, MDL 2179, pending before the United States District Court for the Eastern District of Louisiana, and the underlying suit filed in the Middle District of Florida known as *The Bird of Paradise, LLC and John DeSilva v. BP Exploration & Production, Inc., et al.*, 8:13 CV 960.


JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)

1

877-203-5748 (Fax)
727-481-9550 (Cell)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM



MOORE BOWMAN & REESE, P.A.

EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

IMPORTANT NOTICE

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 877-908-2800 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.

2