# Exhibit 9

## Jackson Bowman

**From:** Jackson Bowman
**Sent:** Monday, September 14, 2020 3:49 PM
**To:** John DeSilva
**Subject:** FW: Affidavit

Here is the affidavit John. Thanks.

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

MOORE BOWMAN & REESE, P.A.
EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

**From:** Kristen Fernandez <kfernandez@mbrfirm.com>
**Sent:** Monday, September 14, 2020 3:42 PM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** Affidavit

Here it is.

Kristen A. Fernandez
Paralegal
Jackson H. Bowman
Ryan C. Reese
Attorneys at Law
4100 West Kennedy Boulevard
Suite 221
Tampa, Florida 33609
813-318-9000
800-380-3337
877-203-5748 (FAX)
kfernandez@mbrfirm.com
www.mbrfirm.com

MOORE BOWMAN & REESE, P.A.
EMINENT DOMAIN & PROPERTY RIGHTS LAWYERS

1

## IMPORTANT NOTICE

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 800-380-3337 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.



Affidavit Steven MacDonald.pdf