# Exhibit 11

## Jackson Bowman

**From:** jdesilva@tampabay.rr.com
**Sent:** Wednesday, September 23, 2020 12:06 AM
**To:** Jackson Bowman
**Subject:** FW: Affidavit

Jackson,

Here's MacDonald's notarized affidavit.

Please include in our proof the 1911 case history and all others that generally reads "unless it is specifically noted to the contrary, the rights to a litigation involving a property remain with the seller when said property is conveyed in a sale".

Thanks, Jackson

---------------------------------------

From: "Nici Stephens"
To: "jdesilva@tampabay.rr.com"
Cc:
Sent: Tuesday September 22 2020 2:34:40PM
Subject: FW: Affidavit


John,
I apologize for not getting this to you sooner. Please find attached the notarized affidavit from Steve MacDonald.

Thank you
Nici Stephens
Personal Assistant for MacDonald Family Office
813.277.4283 Office
nstephens@aixos.com


**From:** John DeSilva <jdesilva@tampabay.rr.com>
**Date:** Monday, September 14, 2020 at 7:18 PM
**To:** Steven MacDonald <steve@goingalt.com>, "'jbowman@mbrfirm.com'" <jbowman@mbrfirm.com>
**Subject:** FW: Affidavit

Steve,

Here's the Affidavit that Jackson structured for your signature regarding my litigation against BP. Please make sure it's notarized. You have no negative exposure here whatsoever.

On behalf of my Family, I thank you for giving us further clarification on this issue as we move forward in an effort to get whole again from this disaster.

1

You can e-mail the notarized document back to me at this e-mail and or Jackson at his e-mail. Again, thank you, Steve and I'm looking forward to seeing the improvements to the dock at the compound. I remain available to help you in your effort to improve the property. Be well. John

----------------------------------------

From: "Jackson Bowman"
To: "John DeSilva"
Cc:
Sent: Monday September 14 2020 3:49:04PM
Subject: FW: Affidavit


Here is the affidavit John.  Thanks.

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105
ST. PETERSBURG, FLORIDA 33701
727-579-9000 (DIRECT)
800-380-3337 (TOLL FREE)
877-203-5748 (FAX)
727-481-9550 (CELL)
JBOWMAN@MBRFIRM.COM
WWW.MBRFIRM.COM

From: Kristen Fernandez <kfernandez@mbrfirm.com>
Sent: Monday, September 14, 2020 3:42 PM
To: Jackson Bowman <jbowman@mbrfirm.com>
Subject: Affidavit

Here it is.

Kristen A. Fernandez
Paralegal
Jackson H. Bowman
Ryan C. Reese
Attorneys at Law
4100 West Kennedy Boulevard
Suite 221
Tampa, Florida 33609
813-318-9000
800-380-3337
877-203-5748 (FAX)
kfernandez@mbrfirm.com

2

www.mbrfirm.com

**IMPORTANT NOTICE**

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 800-380-3337 and return the original message. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Moore Bowman & Reese, P.A. for damage arising in any way from its use.



MacDonald Affidavit.pdf