# EXHIBIT 1

**Ronnie Penton**

| | |
|---|---|
| **From:** | Ritter, Kristopher <ritterk@kirkland.com> |
| **Sent:** | Tuesday, October 15, 2019 3:28 PM |
| **To:** | Ronnie Penton |
| **Cc:** | Keegan, Christopher W.; Dianne Schilling |
| **Subject:** | FW: BP PTO 67 Mediation - The Bird of Paradise, LLC -- time-sensitive |
| **Attachments:** | The Bird of Paradise LLC Amended Annual Report 2018.pdf; The Bird of Paradise LLC Annual Report 2018.pdf; The Bird of Paradise LLC Detail by Entity Name.pdf; BOP001714-25.pdf; Case No. 16-cv-05277 - The Bird of Paradise Complaint.pdf |

Ronnie,

I have not received a response from you to my email below regarding the Bird of Paradise claim. I ask that you please respond as soon as possible because in order to have a productive mediation on Thursday BP will need to know that you have authority to settle the claim of The Bird of Paradise, LLC.

Best,
Kris

Kristopher S. Ritter

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

---

**From:** Ritter, Kristopher
**Sent:** Sunday, October 13, 2019 8:41 PM
**To:** 'Ronnie Penton' <ronnie@thepentonlawfirm.com>
**Cc:** Keegan, Christopher W. <chris.keegan@kirkland.com>
**Subject:** BP PTO 67 Mediation - The Bird of Paradise, LLC

Dear Ronnie,

I am writing with regard to the claim of The Bird of Paradise, LLC, which is scheduled for mediation in New Orleans this coming Thursday. As part of BP's diligence of this matter, we have recently determined that there is reason to question whether the individual pursuing the claim on behalf of The Bird of Paradise, LLC currently has authority to do so, and we are requesting your prompt clarification on the issue.

1

As you know, the Bird of Paradise, LLC's operative complaint (Case No. 2:16-cv-05277, Dkt. No. 1) identifies Mr. John R. DeSilva as "the sole member, owner, and operator of The Bird of Paradise, LLC," and Mr. DeSilva signed the sworn statements for The Bird of Paradise, LLC that were required under the Court's Pretrial Orders 60, 64, and 65.  Based on recent filings with the Florida Secretary of State, however, it is not clear that Mr. DeSilva retains an ownership interest in The Bird of Paradise, LLC.

In its annual reports filed with the Florida Secretary of State from 2005 to February 2018, The Bird of Paradise, LLC identified Mr. DeSilva as its Manager.  In 2017, Mr. DeSilva sold the 2707 Pass-a-Grille Way property pursuant to a Residential Contact for Sale and Purchase (BOP001714-25) with Stephen A. McDonald as Buyer.  On April 18, 2018, The Bird of Paradise, LLC filed an Amended Annual Report with the Florida Secretary of State identifying Stephen A. McDonald as Manager.  Accordingly, it appears that Mr. DeSilva may have sold the plaintiff The Bird of Paradise, LLC to Mr. McDonald along with the Pass-a-Grille real property.

In view of the above, BP requests that you please inform BP whether Mr. DeSilva still owns the plaintiff The Bird of Paradise, LLC, and, if not, whether and how the lawsuit on behalf of The Bird of Paradise, LLC is currently authorized.  Because this issue may affect the parties' ability to have productive discussions at the scheduled mediation, we request your response no later than 3 p.m. central time on Tuesday, October 15.

Best regards,

Kris Ritter
Chris Keegan

Kristopher S. Ritter

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.