# EXHIBIT 2

# Dianne Schilling

**From:** Ritter, Kristopher <ritterk@kirkland.com>
**Sent:** Wednesday, October 16, 2019 11:47 AM
**To:** Dianne Schilling; Jackson Bowman
**Cc:** Keegan, Christopher W.
**Subject:** RE: Bird of Paradise

Dianne,

Are you saying that The Bird of Paradise, LLC's claim against BP was expressly reserved as part of the sale of the LLC by Mr. DeSilva, such that Mr. DeSilva still owns The Bird of Paradise, LLC's claim? Is there paperwork you can provide to us that shows that?

Thanks
Kris

Kristopher S. Ritter

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

---

**From:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Sent:** Wednesday, October 16, 2019 11:14 AM
**To:** Ritter, Kristopher <ritterk@kirkland.com>; Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** [EXT] Re: Bird of Paradise

This claim is owned by Mr. DeSilva and was not transferred with the acquisition of the Bird of Paradise by the new owner. We have no problem with providing an acknowledgement by the current owner that they have no interest in this claim. Our hurdle is BP's misguided opinion on the speculative nature of the claim being made. We look forward to seeing you on Thursday.

1

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Wednesday, October 16, 2019 9:55 AM
**To:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** Re: Bird of Paradise

Dianne- we can also make any settlement contingent on getting a disclaimer from the new Manager of the BOP-

---

**From:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Sent:** Wednesday, October 16, 2019 9:17:24 AM
**To:** kristopher.ritter@kirkland.com <kristopher.ritter@kirkland.com>
**Cc:** Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** Bird of Paradise

Mr. Ritter:

Mr. Penton asked me to send you the first page of this complaint where it clearly shows that Mr. DeSilva appears as the sole member, owner, and operator of the Bird of Paradise. Mr. Penton is travelling back to New Orleans, but should be in this afternoon and would be happy to speak with you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

2