# EXHIBIT 5

## Jackson Bowman

**From:** Steven MacDonald <steve@goingalt.com>
**Sent:** Monday, May 17, 2021 11:42 AM
**To:** Jackson Bowman; John DeSilva
**Subject:** Fwd: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277

david's contact info below

Sent from my iPhone

Begin forwarded message:

> **From:** "David L. Koche" <dkoche@barnettbolt.com>
> **Date:** May 17, 2021 at 10:42:42 AM EDT
> **To:** Steven MacDonald <steve@goingalt.com>, Tina Dumar <tinadumar@outlook.com>
> **Subject: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277**
>
> We reconfirmed with BP that BP will agree no deposition is necessary if you execute the attached. Consequently, please execute the attached and return to me (a scanned copy is fine) and I will provide the same to BP's counsel.
>
> As always, I am available to discuss this matter in more detail at your convenience. Best personal regards

**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

**Dianne Schilling**

| | |
|---|---|
| **From:** | Ritter, Kristopher <ritterk@kirkland.com> |
| **Sent:** | Monday, May 17, 2021 3:44 PM |
| **To:** | Ronnie Penton; Dianne Schilling |
| **Cc:** | Regan, Matthew T.; Keegan, Christopher W.; Jackson Bowman; John Pieksen |
| **Subject:** | The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277 |
| **Attachments:** | 2021.05.17 Ltr to Penton re The Bird of Paradise LLC.pdf |

Ronnie,

Please see the attached letter regarding facts that have come to light through Mr. Steven MacDonald regarding your client John DeSilva's 2017 sale of his membership interest in The Bird of Paradise, LLC. Based on this information that Mr. MacDonald has provided, it is clear that further discovery in this matter is neither necessary nor appropriate, but that it should instead be promptly dismissed.

Best,
Kris

Kristopher S. Ritter

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Kristopher S. Ritter
To Call Writer Directly:
+1 312 862 7118
kristopher.ritter@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

www.kirkland.com

May 17, 2021

Ronnie G. Penton
The Penton Law Firm
503 Georgia Avenue
Bogalusa, LA 70427

Re: *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC* (Case No. 16-cv-05277)

Dear Mr. Penton:

I write on behalf of BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") regarding the above-captioned matter.

In response to a subpoena for production of documents that BP served on Steven A. MacDonald on Thursday, May 13, Mr. MacDonald produced to BP on May 14 a Membership Interest Purchase Agreement ("Purchase Agreement") dated June 16, 2017. Under that Purchase Agreement, your client John DeSilva sold 100% of the membership interests in The Bird of Paradise, LLC to Barracuda Club LLC, an entity controlled by Mr. MacDonald. Mr. DeSilva signed the Purchase Agreement both as Seller and as Managing Member of The Bird of Paradise, LLC. Pursuant to the Purchase Agreement, Barracuda Club LLC was admitted as the sole member of The Bird of Paradise, LLC, and Mr. DeSilva withdrew as sole member of The Bird of Paradise, LLC. Nothing in the Purchase Agreement reserved to Mr. DeSilva any claims that The Bird of Paradise, LLC may have had against BP for any damages relating to the 2010 *Deepwater Horizon* Oil Spill.

As of this afternoon, Mr. MacDonald has also provided the attached declaration attesting to the above and attaching the Purchase Agreement.

In Plaintiff's Brief in Opposition to BP's Motion to Dismiss, you repeatedly stated that Mr. DeSilva had never sold The Bird of Paradise, LLC, representing that:

- "[T]he BOP, LLC was never sold," (Pls. Opp. Br. at 4, n.2 (MDL 2179, Rec. Doc. 27005));

## KIRKLAND & ELLIS LLP

May 17, 2021
Page 2

- "[T]here is zero evidence that Mr. DeSilva ever sold or otherwise actively transferred the LLC to Mr. MacDonald (or anyone else)," (*id.* at 8);

- "The BOP, LLC never filed a tax return, never owned any assets, was never sold . . .," (*id.*);

- Mr. DeSilva had no "active involvement of, or even any knowledge" of any change in the composition of The Bird of Paradise, LLC's membership interests, (*id.*);

- "the BOP LLC was never sold by Mr. DeSilva" (*id.* at 12); and

- the reason that Florida Division of Corporation records indicate that a change in ownership of The Bird of Paradise, LLC had taken place by April 2018 was because "Mr. MacDonald simply unilaterally listed himself as a member . . ." (*id.* at 4 n.2).

At the April 21, 2021 hearing, you told the Court that "[t]here was never ever any type of transaction selling any business, The Bird of Paradise, stock, or anything else, Judge. And as far as the Secretary of State filings in the state of Florida, Mr. DeSilva just simply quit filing annual reports in 2017 when he sold the real estate. Mr. MacDonald, on his own, unilaterally simply went into the Secretary of State and filed reports and basically took that over. . . ." (4/21/21 Tr. at 13:8-20). When asked by the Court whether Mr. MacDonald was being accused of a crime of filing a false annual report, you stated "Well, I'm telling you this, Mr. DeSilva never sold the LLC to Mr. MacDonald nor anyone else." (4/21/21 Tr. at 14:8-9).

The Purchase Agreement and Mr. MacDonald's declaration demonstrate, contrary to what the Court has been told, Mr. DeSilva did in fact sell his membership interest in The Bird of Paradise, LLC to an entity controlled by Mr. MacDonald in June 2017. The Purchase Agreement and declaration also directly answer the question posed by the Court at the April 21 hearing, which was to determine from Mr. MacDonald whether Mr. DeSilva "sold or transferred the LLC when he sold or transferred -- when he sold the real estate." (*See* 4/21/21 Tr. at 29:4-6). It is now clear that he did.

Accordingly, BP sees no need for any deposition of Stephen MacDonald to proceed nor for a deposition of John DeSilva on May 19. I have advised Mr. MacDonald's counsel that in view of Mr. MacDonald's declaration, he has provided sufficient information and BP sees no need to require his deposition. (It is also unclear whether Mr. MacDonald's deposition was ever properly noticed, as his counsel had indicated that he was unaware that any deposition notice had been provided to Mr. MacDonald.) Mr. MacDonald's counsel has confirmed that MacDonald does not plan to appear for a deposition tomorrow.

## KIRKLAND & ELLIS LLP

May 17, 2021
Page 3

     Finally, we see no good faith basis for Mr. DeSilva to continue to maintain this action on behalf of The Bird of Paradise, LLC. He has no authority to represent that entity, and the documents that have been provided by Mr. MacDonald confirm that Mr. DeSilva has lacked standing to act in Court on behalf of The Bird of Paradise, LLC *for years*. Mr. DeSilva should promptly dismiss this action rather than impose additional unnecessary burden to BP and the Court.

     We intend to inform the Court via letter this week that we believe no further briefing is necessary, that Mr. MacDonald's declaration and the Purchase Agreement answer all outstanding issues raised at the April 21 hearing, and that the case should be dismissed. Alternatively, if the court wants a further hearing, we would ask that Mr. DeSilva be required to attend. BP also reserves its rights to seek further relief and direction from the Court with respect to Mr. DeSilva's conduct and the facts brought to light by Mr. MacDonald.

Sincerely,

*/s/ Kristopher S. Ritter*

Kristopher S. Ritter

*Ronnie Glynn Penton*
ronnie@thepentonlawfirm.com
Licensed in LA, TX



THE PENTON LAW FIRM
Trial Attorneys

May 17, 2021

Mr. Kristopher S. Ritter
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
**Via E-Mail Only**

RE:  BP Litigation - The Bird of Paradise

Dear Mr. Ritter:

In response to your 3:45 p.m. letter on Monday, May 17th, the claimant responds as follows.

The deposition of Mr. Steven MacDonald was discussed with him over the last few weeks and he consented to sitting for a deposition in this matter, without the necessity of a subpoena. A Notice of Deposition for Mr. MacDonald was served on BP on May 11th. That Notice was forwarded to Mr. MacDonald.

The first we have heard that he would not appear for this deposition and did not have a Notice was in your letter this afternoon. Therefore, the previously scheduled deposition of Mr. Steven MacDonald will proceed, as noticed, on Tuesday morning, May 18th at 10:00 EDT.

Also, the duly-noticed and cross-noticed deposition of Mr. John DeSilva will be conducted on Wednesday May 19th at 10:30 EDT.

If you have any questions or comments, please give me a call.

With best regards, I remain

Sincerely yours,

Ronnie G. Penton

RGP/Dianne

cc:  Mr. Jackson H. Bowman



*"REPRESENTING INJURED PEOPLE WORLDWIDE SINCE 1981"*
**503 Georgia Avenue • Bogalusa, LA 70427**
*(P): (985)732-5651 • (F): (985)735-5579*

**Dianne Schilling**

| | |
|---|---|
| **From:** | Ritter, Kristopher <ritterk@kirkland.com> |
| **Sent:** | Monday, May 17, 2021 6:02 PM |
| **To:** | Ronnie Penton |
| **Cc:** | Regan, Matthew T.; Keegan, Christopher W.; Jackson Bowman; Dianne Schilling; David M. Hemeyer; David L. Koche |
| **Subject:** | RE: Bird of Paradise |
| **Attachments:** | May 17, 2021 to Ritter on MacDonald Deposition.pdf |

Ronnie,

In response to your attached letter of an hour ago:

We do not control Mr. MacDonald, whose counsel informed me that they are aware of no subpoena for his deposition and that Mr. MacDonald does not plan to appear for deposition tomorrow. If you insist on pursuing this litigation and seeking Mr. MacDonald's deposition, we suggest you speak with Mr. MacDonald's counsel.

As to your client, Mr. DeSilva, if you insist on pursuing this litigation, we will depose him on May 19. We reserve the right to seek all relief from the Court for the need to continue defending this case in light of the clear evidence that your client has no authority to pursue this litigation, and has known he has no right to represent the Bird of Paradise, LLC since selling the LLC in 2017.

Regards,
Kris

Kristopher S. Ritter

KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

---

**From:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Sent:** Monday, May 17, 2021 4:56 PM
**To:** Ritter, Kristopher <ritterk@kirkland.com>
**Cc:** Dianne Schilling <dianne@thepentonlawfirm.com>; Ronnie Penton <ronnie@thepentonlawfirm.com>; Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** Bird of Paradise

1

Mr. Ritter:

Please see attached correspondence from Mr. Penton.



*PLEASE NOTE OUR NEW ADDRESS AS OF*
*DECEMBER 1, 2020*
**Dianne Schilling**
Litigation Supervisor

The Penton Law Firm

*Phone:* (985) 732 5651
*Fax:* (985) 735 5579
*Email:* Dianne@ThePentonLawFirm.com

209 Hoppen Place
Bogalusa, LA 70427

*"Representing Injured People Worldwide Since 1981"*

CONFIDENTIALITY NOTICE: This is a transmission from The Penton Law Firm, PLLC and may contain information which is privileged, confidential, or protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message, including any attachments, is prohibited. If you have received this message in error, please destroy it and notify us immediately at (985) 732 5651 or (985) 735 5579.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

2

**Dianne Schilling**

| | |
|---|---|
| **From:** | Jackson Bowman <jbowman@mbrfirm.com> |
| **Sent:** | Monday, May 17, 2021 7:15 PM |
| **To:** | Ronnie Penton; Dianne Schilling |
| **Subject:** | Fwd: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277 |
| **Attachments:** | image001.png; BBKLDOCS-#1309747-v1-Declaration_of_Steven_A_MacDonald_-_The_Bird_of_Paradise_LLC.docx |

See below for context- I'm sending another from MacDonald next.

Jackson H. Bowman
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
(727) 579-9000 (Direct)
(727) 481-9550 (Cell)
jbowman@mbrfirm.com

Begin forwarded message:

> **From:** Steven MacDonald <steve@goingalt.com>
> **Date:** May 17, 2021 at 11:41:37 AM EDT
> **To:** Jackson Bowman <jbowman@mbrfirm.com>, John DeSilva <jdesilva@tampabay.rr.com>
> **Subject: Fwd: The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277**
>
> david's contact info below
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "David L. Koche" <dkoche@barnettbolt.com>
>> **Date:** May 17, 2021 at 10:42:42 AM EDT

1

**To:** Steven MacDonald <steve@goingalt.com>, Tina Dumar <tinadumar@outlook.com>
**Subject:** The Bird of Paradise, LLC v. BP, et al., Case No. 16-cv-05277

We reconfirmed with BP that BP will agree no deposition is necessary if you execute the attached. Consequently, please execute the attached and return to me (a scanned copy is fine) and I will provide the same to BP's counsel.

As always, I am available to discuss this matter in more detail at your convenience. Best personal regards

**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

2

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

# Dianne Schilling

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Monday, May 17, 2021 7:16 PM
**To:** Ronnie Penton; Dianne Schilling
**Subject:** Fwd: Bird of Paradise

See MacDonald's email below-

Jackson H. Bowman
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
(727) 579-9000 (Direct)
(727) 481-9550 (Cell)
jbowman@mbrfirm.com

Begin forwarded message:

> **From:** jdesilva@tampabay.rr.com
> **Date:** May 17, 2021 at 11:29:57 AM EDT
> **To:** Jackson Bowman <jbowman@mbrfirm.com>
> **Subject: FW: Re: Bird of Paradise**
>
> ---
>
> From: "Steven MacDonald"
> To: "jdesilva@tampabay.rr.com"
> Cc:

1

Sent: Monday May 17 2021 11:25:39AM
Subject: Re: Bird of Paradise

john my atty has been speaking with BPs counsel over the last weeek, we have provided an affidavit stating there was no financial relationship between the two of us and that i bought BOP from you. they don't need a deposition from me in lieu of the affidavit

Sent from my iPhone

On May 17, 2021, at 11:22 AM, jdesilva@tampabay.rr.com wrote:

Steve,

Here's BP's subpoena. I sent you all the call in instructions on the last one from us, knowing BP would try to make it so last minute. If you have any questions, please call me. Thanks, Steve. John

---

From: "Jackson Bowman"
To: "John DeSilva"
Cc:
Sent: Monday May 17 2021 10:20:23AM
Subject: FW: Bird of Paradise

JACKSON H. BOWMAN, ESQUIRE

735 ARLINGTON AVENUE NORTH, SUITE 105

ST. PETERSBURG, FLORIDA 33701

727-579-9000 (DIRECT)

800-380-3337 (TOLL FREE)

877-203-5748 (FAX)

2

727-481-9550 (Cell)

JBOWMAN@MBRFIRM.COM

WWW.MBRFIRM.COM



**From:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Sent:** Monday, May 17, 2021 10:16 AM
**To:** Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** Bird of Paradise



*PLEASE NOTE OUR NEW ADDRESS AS OF DECEMBER 1, 2020*

**Dianne Schilling**

Litigation Supervisor

The Penton Law Firm

*Phone:* (985) 732 5651

*Fax:* (985) 735 5579

Email: Dianne@ThePentonLawFirm.com

209 Hoppen Place

Bogalusa, LA 70427



*"Representing Injured People Worldwide Since 1981"*

3

CONFIDENTIALITY NOTICE: This is a transmission from The Penton Law Firm, PLLC and may contain information which is privileged, confidential, or protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message, including any attachments, is prohibited. If you have received this message in error, please destroy it and notify us immediately at (985) 732 5651 or (985) 735 5579.

\<image001.jpg\>
\<image002.jpg\>
\<image003.jpg\>
\<2021-05-13 BP Subpoena to MacDonald.pdf\>

4