# EXHIBIT 8

*Ronnie Glynn Penton*
ronnie@thepentonlawfirm.com
Licensed in LA, TX



THE PENTON LAW FIRM
Trial Attorneys

September 30, 2020

Mr. Christopher W. Keegan
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654
**Via Email Only**

    RE:    BP Litigation
              The Bird of Paradise, LLC
              Civil Action Number 16-cv-05277

Dear Chris:

Pursuant to our conversation this date, I enclose the following documents:

(a)    HUD Settlement Statement;
(b)    Coldwell Banker Contract for Sale and Purchase;
(c)    Coldwell Banker Rider to Contract for Sale and Purchase;
(d)    Warranty Deed dated June 16, 2017 between DeSilva and Joshua Keleske;
(e)    Affidavit of Steven MacDonald.

With best regards, I remain

                            Sincerely yours,

                            Ronnie G. Penton

RGP/dianne



*"REPRESENTING INJURED PEOPLE WORLDWIDE SINCE 1981"*
**503 Georgia Avenue • Bogalusa, LA 70427**
*(P): (985) 732-5651 • (F): (985) 735-5579*