# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates to: John DeSilva, et al v. BP Exploration and Production, et al Civil Action Number 16-cv-05277 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE CURRAULT |

*******************************************************************

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

TO:  BP EXPLORATION AND PRODUCTION, INC.
BP PLC
BP AMERICA PRODUCTION COMPANY
Through their counsel of record,
Christopher W. Keegan
Kristopher S. Ritter
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, Illinois 60654

You are hereby notified that the request for admissions found below is served upon you in accordance with Federal Rules of Civil Procedure, Rule 36. The requested admissions, if made, shall be for purposes of the above entitled and numbered cause only. Any fact that is not denied by serving the denial upon the plaintiff within thirty (30) days of the service hereof, shall be deemed admitted.

Plaintiff requests that Defendant admit the truth of the following facts within thirty (30) days after receipt of the request:

1. Please admit that The Bird of Paradise, LLC received its Florida Resort License from the State of Florida prior to the Macondo Oil Spill.

2. Please admit that the City of St. Pete Beach, Florida granted John DeSilva's application for variance on behalf of The Bird of Paradise, LLC on June 24, 2009.

3. Please admit that Broadway Bank filed a foreclosure on The Bird of Paradise, LLC property due to John DeSilva's inability to tender a "true-up payment," to bring the loan to value ratio with the existing collateral prior to the Macondo Oil Spill.

4. Please admit that, on February 15, 2010, Acer Capital Group provided a commitment letter to John DeSilva c/o The Birds of Paradise, LLC for $9,500,000.00 to retire the existing mortgage and to dismiss the foreclosure and committed to $3,800,000.00 for redevelopment of the subject property.

5. Please admit that the subject Macondo well experienced an oil spill into the Gulf of Mexico on April 20, 2010.

6. Please admit that, on June 15, 2010, Acer Capital Group and ACG Companies issued a cancellation letter for financing of the subject property's redevelopment project as a direct result of the subject oil spill.

7. Please admit that the St. Pete Beach, Florida's variance permitting redevelopment of the subject property expired on July 24, 2010.

8. Please admit that ACG Companies and Acer Capital Group's withdrawal of financial commitment to John DeSilva c/o The Birds of Paradise, LLC was due to a "cease and desist on any monetary commitments in the Delta Gulf Region of the United States that involves waterfront to within one hundred miles of the Gulf Coast until further notice," issued by the ACG Companies.

9. Please admit that the University of South Florida scientifically certified that Macondo 252 oil was found on Sunset Beach in St. Pete Beach, Florida.

10. Please admit that the HESI/Transocean Settlement Program has determined that the University of South Florida, "is a credible third-party confirmation that, at a minimum, limited oiling existed in areas adjacent to or adequately close the claimed parcel."

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA 70427
        (504) 732-5651


        /s/ Ronnie G. Penton
        Ronnie G. Penton
        Trial Counsel for Plaintiff
        Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record and/or all parties by ECF, email and/or by placing a copy of same in the United States Mail, postage pre-paid, properly addressed, and deposited same in a post office or official depository under the exclusive care and custody of the United States Postal Service, on this date.

January 18, 2021.

/s/ Ronnie G. Penton
Ronnie G. Penton