# EXHIBIT 11

*Ronnie Glynn Penton*
ronnie@thepentonlawfirm.com
Licensed in LA, TX



THE PENTON LAW FIRM

Trial Attorneys

January 25, 2021

Mr. Christopher W. Keegan
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

      RE:    BP Litigation
                  The Bird of Paradise

Dear Chris:

     I think it would be wise for you and I to talk about dates for depositions and discovery. I am available this entire week, but today is preferable as I am in the office working with Dianne today, so we could secure convenient dates to get this done. Please either respond to this email with a date and time we could talk or call me on my cell at 985-607-4335.

     With best regards, I remain

                              Sincerely yours,

                              Ronnie G. Penton

RGP/Dianne

Enclosures/As Stated

*"REPRESENTING INJURED PEOPLE WORLDWIDE SINCE 1981"*
***503 Georgia Avenue • Bogalusa, LA 70427***
***(P): (985)732-5651 • (F): (985)735-5579***