# EXHIBIT 12

*Ronnie Glynn Penton*
ronnie@thepentonlawfirm.com
Licensed in LA, TX



THE PENTON LAW FIRM

Trial Attorneys

January 18, 2021

Mr. Christopher W. Keegan
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104

      RE:    BP Litigation
                The Bird of Paradise

Dear Chris:

      The February dates previously forwarded to you for Mr. DeSilva's deposition are no longer available. We can now offer February 3rd and 4th. Please immediately advise if either of those date work for your schedule so we can get a date confirmed.

      Additionally, I enclose a 30(b)(6) Notice. Please identify the person(s) listed therein and provide all available dates for depositions. I also enclose our First Request for Admissions. Please respond within the legal time delays.

      With best regards, I remain

                            Sincerely yours,

                            Ronnie G. Penton

RGP/Dianne

Enclosures/As Stated

*"REPRESENTING INJURED PEOPLE WORLDWIDE SINCE 1981"*
**503 Georgia Avenue • Bogalusa, LA 70427**
*(P): (985)732-5651 • (F): (985)735-5579*