# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| *John DeSilva, et al v.* | * | |
| *BP Exploration and Production, et al* | * | MAGISTRATE JUDGE CURRAULT |
| *Civil Action Number 16-cv-05277* | * | |

*********************************************************************

### FIRST AMENDED NOTICE OF TAKING VIDEO DEPOSITION

TO:   BP AMERICA PRODUCTION COMPANY
BP EXPLORATION & PRODUCTION, INC.
Through their counsel of record,
Mr. Kristopher S. Ritter
Mr. Christopher W. Keegan
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, Illinois 60654


PLEASE TAKE NOTICE that the Plaintiff in the above entitled action will take the video deposition of the person whose name is listed below, for all general purposes, including trial, pursuant to Federal Rules of Civil Procedure, Rule 30, before an official court reporter, who is not of counsel or attorney of either of the parties nor a relative or employee of such counsel or party, nor financially interested in this cause on the date and at the time outlined below, and thereafter from day to day as the taking of the deposition may be adjourned at the location outlined below, and you are hereby notified to appear and take part in such manner as you shall see fit and proper.

1

| | | |
|---|---|---|
| DEPONENT | : | STEVEN MACDONALD |
| DATE | : | MAY 18, 2021 |
| TIME | : | BEGINNING AT 10:00 O'CLOCK A.M. EASTERN TIME AND CONTINUING UNTIL COMPLETE |
| LOCATION | : | LAW OFFICES OF MOORE BOWMAN & REESE<br>300 WEST PLATT STREET, SUITE 100<br>TAMPA, FLORIDA  33606 |
| ZOOM | : | |

https://us02web.zoom.us/j/89830364614?pwd=c0ZUc0FQQlpKWE9MZG8wRGZUOVBjdz09
Meeting ID: 898 3036 4614
Passcode: 385812
One tap mobile
+13462487799,,89830364614#,,,,*385812# US (Houston)
+12532158782,,89830364614#,,,,*385812# US (Tacoma)
Dial by your location
        +1 346 248 7799 US (Houston)
        +1 253 215 8782 US (Tacoma)
        +1 669 900 9128 US (San Jose)
        +1 646 558 8656 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
Meeting ID: 898 3036 4614
Passcode: 385812
Find your local number: https://us02web.zoom.us/u/kb5QNCoXi7

>THE PENTON LAW FIRM
>209 HOPPEN PLACE
>BOGALUSA, LOUISIANA  70427
>PHONE:       985-732-5651
>EMAIL:        fedcourtmail@thepentonlawfirm.com

/s/ Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record and/or all parties by ECF, email and/or by placing a copy of same in the United States Mail, postage pre-paid, properly addressed, and deposited same in a post office or official depository under the exclusive care and custody of the United States Postal Service, on this date.

May 11, 2021.

/s/ Ronnie G. Penton
Ronnie G. Penton