# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| *John DeSilva, et al v.* | * | |
| *BP Exploration and Production, et al* | * | MAGISTRATE JUDGE CURRAULT |
| *Civil Action Number 16-cv-05277* | * | |

*********************************************************************

## CROSS- NOTICE OF TAKING DEPOSITION

TO:   BP AMERICA PRODUCTION COMPANY
      BP EXPLORATION & PRODUCTION, INC.
      Through their counsel of record,
      Mr. Kristopher S. Ritter
      Mr. Christopher W. Keegan
      Kirkland & Ellis, LLP
      300 North LaSalle
      Chicago, Illinois 60654

PLEASE TAKE NOTICE that the Plaintiff in the above entitled action will take the deposition of the person whose name is listed below, for all general purposes, pursuant to Federal Rules of Civil Procedure, Rule 30, before an official court reporter, who is not of counsel or attorney of either of the parties nor a relative or employee of such counsel or party, nor financially interested in this cause on the date and at the time outlined below, and thereafter from day to day as the taking of the deposition may be adjourned at the location outlined below, and you are hereby notified to appear and take part in such manner as you shall see fit and proper.

DEPONENT :   JOHN DeSILVA

DATE :   MAY 19, 2021

TIME :   BEGINNING AT 9:30 O'CLOCK A.M. CENTRAL TIME AND CONTINUING UNTIL COMPLETE

LOCATION :   VIA ZOOM

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:   985-732-5651
EMAIL:   fedcourtmail@thepentonlawfirm.com

/s/ Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record and/or all parties by ECF, email and/or by placing a copy of same in the United States Mail, postage pre-paid, properly addressed, and deposited same in a post office or official depository under the exclusive care and custody of the United States Postal Service, on this date.

May 17, 2021.

/s/ Ronnie G. Penton
Ronnie G. Penton