# EXHIBIT 16

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE      *
     OIL RIG DEEPWATER HORIZON     *
 5   IN THE GULF OF MEXICO ON      *
     APRIL 20, 2010                *
 6                                 *
     THIS DOCUMENT RELATES TO:     *   Civil Action No.: 10-MD-2179
 7                                 *   Section "J"
     John DeSilva, Individually,   *   New Orleans, Louisiana
 8   and as the Sole Member,       *   April 21, 2021
     Owner, and Operator of The    *
 9   Bird of Paradise, LLC v. BP   *
     Expl. & Prod., Inc., et al.   *
10   Case No.: 16-CV-5277          *
     ******************************
11
12              TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
13                    UNITED STATES DISTRICT JUDGE
14
     APPEARANCES:
15
16   For the Plaintiff:             The Penton Law Firm
                                    BY:  RONNIE G. PENTON, ESQ.
17                                  209 Hoppen Place
                                    Bogalusa, Louisiana 70427
18
19
     For BP Exploration and
20   Production, Inc.:
                                    Kirkland & Ellis
21                                  BY:  MATTHEW T. REGAN, ESQ.
                                    BY:  KRISTOPHER S. RITTER, ESQ.
22                                  300 North LaSalle
                                    Chicago, Illinois  60654
23
24
25
                             OFFICIAL TRANSCRIPT
```

```
 1  area, Judge.  Tampa, St. Pete.
 2           THE COURT:  And what about Mr. DeSilva?
 3           MR. PENTON:  He lives in St. Petersburg, Judge.
 4           THE COURT:  Okay.  So you all may be able do them
 5  both at the same -- not at the same time, but the same trip
 6  there.
 7           MR. PENTON:  Yeah.  What I'm saying is Mr. DeSilva is
 8  not a problem, but Mr. MacDonald, I will ask local counsel
 9  there about who his counsel is, and we'll work through it
10  without a subpoena.  We should be able to.
11           THE COURT:  Okay.  All right.  So I'm going to defer
12  ruling on this for 30 days.  I'm going to allow the parties to
13  take the limited discovery that we just mentioned, which would
14  be depositions of Mr. DeSilva and Mr. MacDonald and a
15  production of any additional relevant documents on this issue.
16                Then following the completion of those
17  depositions, I'll give each side an additional 21 days to file
18  supplemental briefing and submit additional evidence such as
19  deposition testimony or any other documents that may come to
20  light.
21                Okay.  Is there anything else we need to talk
22  about on this issue or any other issue today, Mr. Regan?
23           MR. REGAN:  No, Your Honor.  Understood.  Thank you.
24           THE COURT:  Mr. Penton, anything from you?
25           MR. PENTON:  No, Your Honor.  Thank you.
```

OFFICIAL TRANSCRIPT