UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DeSILVA, INDIVIDUALLY,** | **CIVIL ACTION NO. 2:16-CV-05277** |
| **AND AS THE SOLE MEMBER,** | |
| **OWNER, AND OPERATOR OF THE** | |
| **BIRD OF PARADISE, LLC** | **SECTION J** |
| | |
| **VERSUS** | **JUDGE BARBIER** |
| | |
| **BP EXPLORATION AND** | |
| **PRODUCTION, INC., ET AL.** | **MAG. JUDGE SHUSHAN** |

### MOTION FOR LEAVE OF COURT TO SUBSTITUTE EXHIBIT 12

In response to this Court's Supplemental Order filed on July 20, 2021 (Rec. Doc. 27175), wherein the Court directed Plaintiff's Counsel and Mr. DeSilva to "explain the circumstances surrounding the [MacDonald] affidavit dated September 18, 2020 (Rec. Doc. 27005-6) . . . ," Plaintiff's Co-Counsel, Jackson Bowman, filed a Declaration of John R. DeSilva (Rec. Doc. 27181-12).

It has now been discovered that when scanning in the document for filing with this Honorable Court, two of the pages were apparently inadvertently omitted.  Plaintiff attaches the Declaration that should be substituted into the record.

WHEREFORE, Plaintiff prays that this Honorable Court allow him to substitute Exhibit 12 of Rec. Doc 27181-12 to include all pages of the Declaration.

                                              Respectfully submitted,

                                              */s/* Jackson H. Bowman
                                              Jackson H. Bowman (FL Bar # 143715)
                                              Moore, Bowman & Reese, P.A.
                                              735 Arlington Avenue North, Suite 105
                                              St. Petersburg, FL 33701
                                              Phone: 727-579-9000
                                              Email: jbowman@mbrfirm.com
                                              Co-Counsel for Plaintiff John R. DeSilva

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Response to Supplemental Order (Record Document 27175)* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electric filing, in accordance with the procedures established in MDL 2179, on this the 2nd day of August, 2021.

                                              Respectfully submitted,

                                              */s/* Jackson H. Bowman
                                              Jackson H. Bowman