UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DeSILVA, INDIVIDUALLY,** | CIVIL ACTION NO. 2:16-CV-05277 |
| **AND AS THE SOLE MEMBER,** | |
| **OWNER, AND OPERATOR OF THE** | |
| **BIRD OF PARADISE, LLC** | SECTION J |
| | |
| **VERSUS** | JUDGE BARBIER |
| | |
| **BP EXPLORATION AND** | |
| **PRODUCTION, INC., ET AL.** | MAG. JUDGE SHUSHAN |

**O R D E R**

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that Plaintiff's request for Leave be and hereby is granted and the document identified as Rec. Doc. 27181-12 be substituted with the attached Declaration.

Signed in New Orleans, Louisiana this 4th day of August, 2021.

_____
J U D G E