UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-06585, Global Disaster Recovery & Rebuilding Servs., LLC v. BP Expl. & Prod., Inc., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## JUDGMENT

In accordance with the Order & Reasons signed on August 5, 2021, granting BP's motion for summary judgment in the referenced member case;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendants BP Exploration and Production, Inc., BP America Production Company, Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc., Halliburton Energy Services, Inc., and Sperry Drilling Services (collectively, "Defendants") and against plaintiffs Global Disaster Recovery & Rebuilding Services LLC and Billy Burkette (collectively, "Plaintiffs"), and that Plaintiffs' claims in member case No. 16-06585 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 5th day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 16-06585.**