**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | |

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, | CIVIL ACTION NO. 2:16-CV-05277 |
| AND AS THE SOLE MEMBER, | |
| OWNER, AND OPERATOR OF THE | |
| BIRD OF PARADISE, LLC | SECTION J |
| | |
| VERSUS | JUDGE BARBIER |
| | |
| BP EXPLORATION AND | |
| PRODUCTION, INC., ET AL. | |

---

**O R D E R**

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that Plaintiff's request for Leave be and hereby is granted and the

document identified as Rec. Doc. 27181-12 be substituted with the attached Declaration

(Doc. 27184-2).

New Orleans, Louisiana this 5th day of August, 2021.

_____
United States District Judge