# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al., Case No. 16-cv-05277 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

## DECLARATION OF KRISTOPHER S. RITTER
### IN SUPPORT OF BP'S REPLY TO RESPONSES TO SHOW CAUSE ORDER

I, Kristopher S. Ritter, declare as follows:

1. I am a Partner at Kirkland & Ellis LLP, counsel of record for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member of good standing of the Bar of the State of Illinois.

2. I respectfully submit this Declaration of Kristopher S. Ritter in Support of BP's Reply to Responses to Show Cause Order. The statements in this declaration are based on my personal knowledge. If called upon to testify as a witness, I could provide testimony competently under oath.

3. Attached hereto as Exhibit A is a true and correct copy of October 13, 2019 and October 15, 2019 Ritter emails to Penton re BP PTO 67 Mediation - The Bird of Paradise, LLC.

4. Attached hereto as Exhibit B is a true and correct copy of October 15, 2019 Ritter email to Judges Duval and Shushan re BP PTO 67 Mediation - The Bird of Paradise, LLC.

5. Attached hereto as Exhibit C is a true and correct copy of October 16, 2019 Ritter email to Schilling re Bird of Paradise.

6. Attached hereto as Exhibit D is a true and correct copy of October 16, 2019 Ritter email to Schilling, et al. re Bird of Paradise.

7. Attached hereto as Exhibit E is a true and correct copy of October 16, 2019 Judge Duval email to Keegan, et al. re Bird of Paradise Mediation.

8. Attached hereto as Exhibit F is a true and correct copy of October 16, 2019 Judge Duval email to Schilling re Bird of Paradise Mediation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Chicago, Illinois on this 9th day of August, 2021.

_____
Kristopher S. Ritter

# Exhibit A to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Ritter, Kristopher |
| **Sent:** | Tuesday, October 15, 2019 1:28 PM |
| **To:** | Ronnie Penton |
| **Cc:** | Keegan, Christopher W.; Dianne Schilling |
| **Subject:** | FW: BP PTO 67 Mediation - The Bird of Paradise, LLC -- time-sensitive |
| **Attachments:** | The Bird of Paradise LLC Amended Annual Report 2018.pdf; The Bird of Paradise LLC Annual Report 2018.pdf; The Bird of Paradise LLC Detail by Entity Name.pdf; BOP001714-25.pdf; Case No. 16-cv-05277 - The Bird of Paradise Complaint.pdf |

Ronnie,

I have not received a response from you to my email below regarding the Bird of Paradise claim. I ask that you please respond as soon as possible because in order to have a productive mediation on Thursday BP will need to know that you have authority to settle the claim of The Bird of Paradise, LLC.

Best,
Kris

**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118

kristopher.ritter@kirkland.com

**From:** Ritter, Kristopher
**Sent:** Sunday, October 13, 2019 8:41 PM
**To:** 'Ronnie Penton'
**Cc:** Keegan, Christopher W.
**Subject:** BP PTO 67 Mediation - The Bird of Paradise, LLC

Dear Ronnie,

I am writing with regard to the claim of The Bird of Paradise, LLC, which is scheduled for mediation in New Orleans this coming Thursday. As part of BP's diligence of this matter, we have recently determined that there is reason to question whether the individual pursuing the claim on behalf of The Bird of Paradise, LLC currently has authority to do so, and we are requesting your prompt clarification on the issue.

As you know, the Bird of Paradise, LLC's operative complaint (Case No. 2:16-cv-05277, Dkt. No. 1) identifies Mr. John R. DeSilva as "the sole member, owner, and operator of The Bird of Paradise, LLC," and Mr. DeSilva signed the sworn statements for The Bird of Paradise, LLC that were required under the Court's Pretrial Orders 60, 64, and 65. Based on recent filings with the Florida Secretary of State, however, it is not clear that Mr. DeSilva retains an ownership interest in The Bird of Paradise, LLC.

In its annual reports filed with the Florida Secretary of State from 2005 to February 2018, The Bird of Paradise, LLC identified Mr. DeSilva as its Manager. In 2017, Mr. DeSilva sold the 2707 Pass-a-Grille Way property pursuant to a Residential Contact for Sale and Purchase (BOP001714-25) with Stephen A. McDonald as Buyer. On April 18, 2018, The Bird of Paradise, LLC filed an Amended Annual Report with the Florida Secretary of State identifying Stephen A.

1

McDonald as Manager. Accordingly, it appears that Mr. DeSilva may have sold the plaintiff The Bird of Paradise, LLC to Mr. McDonald along with the Pass-a-Grille real property.

In view of the above, BP requests that you please inform BP whether Mr. DeSilva still owns the plaintiff The Bird of Paradise, LLC, and, if not, whether and how the lawsuit on behalf of The Bird of Paradise, LLC is currently authorized. Because this issue may affect the parties' ability to have productive discussions at the scheduled mediation, we request your response no later than 3 p.m. central time on Tuesday, October 15.

Best regards,

Kris Ritter
Chris Keegan


**Kristopher S. Ritter**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118

kristopher.ritter@kirkland.com

# Exhibit B to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Ritter, Kristopher |
| **To:** | Stanwood Duval; Sally Shushan; Sally Shushan |
| **Cc:** | Keegan, Christopher W. |
| **Subject:** | BP PTO 67 Mediation - The Bird of Paradise, LLC |
| **Date:** | Tuesday, October 15, 2019 4:16:28 PM |

Dear Judges Duval and Shushan,

Chris and I wanted to alert you to an issue that has come up regarding The Bird of Paradise, LLC claim that is scheduled for mediation on Thursday.

In short, over this weekend our team located filings with the Florida Secretary of State that indicate that the individual (John DeSilva) identified in The Bird of Paradise, LLC's operative complaint as "the sole member, owner, and operator of The Bird of Paradise, LLC" may have sold his interest in the plaintiff LLC to the same individual to whom he sold the Pass-a-Grill rental property in 2017 and thus may no longer have a right to pursue a claim on its behalf.

To confirm that plaintiff's counsel will have authority on Thursday to resolve the claim of The Bird of Paradise, LLC, we emailed Ronnie Penton on Sunday and asked him to let us know by 3 pm central today whether Mr. DeSilva still owns the plaintiff The Bird of Paradise, LLC, and, if not, whether and how the lawsuit on behalf of The Bird of Paradise, LLC is currently authorized. We did not receive a response by 3 pm today, but since then have connected with Mr. Penton's litigation supervisor who has informed us that Mr. Penton's office has been having issues with receiving incoming emails since last Friday but that she will make sure he receives our request for an immediate response today.

We will keep you apprised of what response we hear on this issue. We would like to have a productive session on Thursday, but this is a threshold issue that will need to be addressed before productive settlement discussions can take place.

Best,

Kris

**Kristopher S. Ritter**

═══════════════════════════════════════════

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118
═══════════════════════════════════════════

kristopher.ritter@kirkland.com

# Exhibit C to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Ritter, Kristopher |
| **To:** | Dianne Schilling |
| **Cc:** | Jackson Bowman; Keegan, Christopher W. |
| **Subject:** | Re: [EXT] Bird of Paradise |
| **Date:** | Wednesday, October 16, 2019 9:31:48 AM |
| **Attachments:** | attachment 1.pdf |
| | ATT00001.htm |

Dianne,

Thank you for your response. We are aware of this complaint from 2016 and its representation that Mr. DeSilva is the sole member, owner, and operator of the Bird of Paradise. The issue we need Mr Penton to address is whether that is still the case or whether The Bird of Paradise, LLC is now under new ownership and if under new ownership whether he has authority to settle the claim on The Bird of Paradise, LLC's behalf.

Kris

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL 2179 SECTION: J |
| This Document Relates To: *Pleading Bundle B1* | § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC, | CIVIL ACTION NO. _____ |
| VERSUS | SECTION J |
| BP EXPLORATION AND PRODUCTION, INC., BP. PLC, BP AMERICA PRODUCTION COMPANY, HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, TRANSOCEAN HOLDINGS, INC., TRANSOCEAN DEEPWATER, INC., and TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**COMPLAINT**
**JURY TRIAL REQUESTED**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC, for damages caused by the April 20, 2010 blowout, explosions, and resulting oil spill in the Gulf of Mexico (the "Spill") involving the Mobile Offshore Drilling Unit, DEEPWATER HORIZON ("HORIZON"), who files this Complaint herein pursuant to Pretrial Order No. 60, Document Number 16050, dated March 29, 2016, who respectfully represents as follows:

# Exhibit D to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Ritter, Kristopher |
| **To:** | Dianne Schilling; Jackson Bowman |
| **Cc:** | Keegan, Christopher W. |
| **Subject:** | RE: Bird of Paradise |
| **Date:** | Wednesday, October 16, 2019 11:46:39 AM |

Dianne,

Are you saying that The Bird of Paradise, LLC's claim against BP was expressly reserved as part of the sale of the LLC by Mr. DeSilva, such that Mr. DeSilva still owns The Bird of Paradise, LLC's claim? Is there paperwork you can provide to us that shows that?

Thanks

Kris

**Kristopher S. Ritter**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7118

--------------------------------------------------

kristopher.ritter@kirkland.com

**From:** Dianne Schilling
**Sent:** Wednesday, October 16, 2019 11:14 AM
**To:** Ritter, Kristopher ; Jackson Bowman
**Subject:** [EXT] Re: Bird of Paradise

This claim is owned by Mr. DeSilva and was not transferred with the acquisition of the Bird of Paradise by the new owner. We have no problem with providing an acknowledgement by the current owner that they have no interest in this claim. Our hurdle is BP's misguided opinion on the speculative nature of the claim being made. We look forward to seeing you on Thursday.

**From:** Jackson Bowman <jbowman@mbrfirm.com>
**Sent:** Wednesday, October 16, 2019 9:55 AM
**To:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Subject:** Re: Bird of Paradise

Dianne- we can also make any settlement contingent on getting a disclaimer from the new Manager of the BOP-

**From:** Dianne Schilling <dianne@thepentonlawfirm.com>
**Sent:** Wednesday, October 16, 2019 9:17:24 AM
**To:** kristopher.ritter@kirkland.com <kristopher.ritter@kirkland.com>
**Cc:** Jackson Bowman <jbowman@mbrfirm.com>
**Subject:** Bird of Paradise

Mr. Ritter:

Mr. Penton asked me to send you the first page of this complaint where it clearly shows that Mr. DeSilva appears as the sole member, owner, and operator of the Bird of Paradise. Mr. Penton is travelling back to New Orleans, but should be in this afternoon and would be happy to speak with you.

# Exhibit E to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Stanwood Duval |
| **To:** | Keegan, Christopher W.; Ritter, Kristopher; diane@thepentonlawfirm.com; ronnie@thepentonlawfirm.com |
| **Subject:** | [EXT] Bird of Paradise Mediation |
| **Date:** | Wednesday, October 16, 2019 12:34:17 PM |

Counsel

Considering the issue as to the ownership of the BP claim and the related issues attendant thereto, should we consider continuing the mediation to another date? I suggest that Mr. Penton contact Mr. Ritter ASAP and I will be glad to participate in the conference if you can give me lead time of about 30 minutes.

Thanks,
STANWOOD


--
**Stanwood R. Duval, Jr.**
**Cell: (504) 228-9209**

# Exhibit F to Declaration of K. Ritter

| | |
|---|---|
| **From:** | Stanwood Duval |
| **To:** | Dianne Schilling |
| **Cc:** | Ritter, Kristopher; Jackson Bowman |
| **Subject:** | [EXT] Re: Bird of Paradise Mediation |
| **Date:** | Wednesday, October 16, 2019 1:57:21 PM |

There is no need for a conference. We will proceed tomorrow at 8:30 as planned and the standing issue will be item number one.
Thanks,
Stan

Sent from my iPhone

> On Oct 16, 2019, at 1:09 PM, Dianne Schilling wrote:
>
> Ronnie is in the air flying home. The client is already in New Orleans. We don't want this mediation cancelled. Ronnie will call when he lands if you feel that a phone conference is necessary. Let me know.
>
> **From:** Stanwood Duval
> **Sent:** Wednesday, October 16, 2019 1:00 PM
> **To:** Dianne Schilling
> **Subject:** Fwd: Bird of Paradise Mediation
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Ritter, Kristopher"
>> **Date:** October 16, 2019 at 12:44:48 PM CDT
>> **To:** Stanwood Duval , "Keegan, Christopher W." , "diane@thepentonlawfirm.com" , "ronnie@thepentonlawfirm.com"
>> **Subject: RE: Bird of Paradise Mediation**
>>
>> Judge Duval and Ronnie,
>> I'm generally available this afternoon for a call to discuss this issue and what makes sense for tomorrow. Ronnie, let me know when you are available (with at least 30 minutes lead time), and I can circulate a dial in number.
>> Kris
>> **Kristopher S. Ritter**
>> -------------------------------------------------------
>> **KIRKLAND & ELLIS LLP**

300 North LaSalle, Chicago, IL 60654
T +1 312 862 7118
---------------------------------------------------
kristopher.ritter@kirkland.com
**From:** Stanwood Duval
**Sent:** Wednesday, October 16, 2019 12:34 PM
**To:** Keegan, Christopher W. ; Ritter, Kristopher ; diane@thepentonlawfirm.com; ronnie@thepentonlawfirm.com
**Subject:** [EXT] Bird of Paradise Mediation
Counsel
Considering the issue as to the ownership of the BP claim and the related issues attendant thereto, should we consider continuing the mediation to another date? I suggest that Mr. Penton contact Mr. Ritter ASAP and I will be glad to participate in the conference if you can give me lead time of about 30 minutes.
Thanks,
STANWOOD
--
**Stanwood R. Duval, Jr.**
**Cell: (504) 228-9209**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.