UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010,<br><br>This Document Relates To:<br>Civil Action No. 2:13-cv-01286<br><br><br>GULF MARINE INSTITUTE OF TECHNOLOGY, and BIOMARINE TECHNOLOGIES, INC.<br><br>v.<br><br>BP AMERICA PRODUCTION COMPANY; ET AL. | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE CURRAULT |

**<u>ORDER</u>**

Considering Plaintiffs' Motion for Leave to File Surreply and Amended Affidavit

(Doc. 27148), **IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their

Surreply and Amended Affidavit.

New Orleans, Louisiana this 10th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE