UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| Applies to:<br>*No. 17-4122* | * * | SECTION: J(2)<br>JUDGE BARBIER<br>MAG. JUDGE CURRAULT |

## ORDER

The Court has been advised that all claims in the referenced member case have settled. Accordingly,

**IT IS ORDERED** that all claims in Civil Action No. 17-4122, *Claimant ID 100117799 v. BP Exploration & Production, Inc., et al.*, are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this 10th day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and No. 17-4122. Mail a copy to Stanley Price (pro se).**