UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 12-00968 No. 12-00970 No. 15-04143 No. 15-04146 No. 15-04654 | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

The five member cases referenced above are the class actions that served as procedural vehicles for the various class action settlements in this MDL.[1] The Court has long since entered judgments granting final approval of these settlements and dismissing the class members' claims. (Rec. Docs. 8139, 8218, 22253). However, the Court retained continuing and exclusive jurisdiction to, inter alia, interpret, implement, administer, and enforce the settlements. (*Id.*)

The various settlement programs are nearing completion or are in the process of winding down. These five cases are still identified as "open" on the Court's docket. As part of the Court's ongoing efforts to manage the remaining cases in this MDL,

**IT IS ORDERED** the Clerk of Court shall mark the referenced member cases as **CLOSED** for administrative purposes.

The Court expressly retains, and nothing in this Order shall be interpreted as altering, its continuing and exclusive jurisdiction as set forth in the judgments, other

---

[1] Specifically, No. 12-00968 pertains to the Medical Benefits Class Action Settlement (Rec. Doc. 6427), No. 12-00970 pertains to the Economic and Property Damages Settlement (Rec. Doc. 6430), and Nos. 15-04143, 15-04146, 15-04645 pertain to the HESI and Transocean Punitive Damages and Assigned Claims Settlement Agreements (Rec. Docs. 14644 & 15322).

orders, and the settlements themselves. Any future filings pertaining to these settlements shall still be made in the master docket, No. 10-md-2179.

New Orleans, Louisiana, this 11th day of August, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in 10-md-2179 and in each of the referenced member cases.**