UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J(2) |
| **This Document Relates to:**<br>*Donovan v. Barbier, et al.,*<br>2:21-cv-00237 | **JUDGE BARBIER**<br><br>**MAG. JUDGE CURRAULT** |
| _____/ | |

## PROOF OF SERVICE

Brian J. Donovan ("Donovan") hereby respectfully submits this Proof of Service. Donovan certifies that a copy of the attached ORDER & REASONS [As to the Motions for Sanctions Against Brian J. Donovan] (Document 27180) was provided to the clients he represented in the *Feinberg* Actions (Nos. 11-01987, 11-02533, 13-06014) in accordance with this Honorable Court's Order (Document 27180) as follows.

(a) On August 3, 2021, a copy of this decision was immediately sent via email to Mr. John Mavrogiannis, Mr. Maurie Salvesen, and Mr. Andrew Ditch. A copy of each of the three emails is attached hereto; and

(b) On August 10, 2021, upon receipt of their respective current mailing addresses, a copy of this decision was also sent via U.S. mail to Mr. John Mavrogiannis, Mr. Maurie Salvesen, and Mr. Andrew Ditch. A stamped copy of each "Certificate of Mailing" is attached hereto.

DATED: August 12, 2021               Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System on this 12th day of August, 2021.

**/s/ Brian J. Donovan**
Brian J. Donovan