

Brian Donovan <donovanlawgroup@gmail.com>

## Re: MDL 2179 Order & Reasons Dated 08/02/2021

**Brian Donovan** <donovanlawgroup@gmail.com>  Tue, Aug 3, 2021 at 4:51 PM
To: "M. Salvesen" <msalv9@gmail.com>

Dear Maurie,

Pursuant to the MDL 2179 Court's decision, I attach a copy of the ORDER & REASONS [As to the Motions for Sanctions Against Brian J. Donovan].

This document relates to *Donovan v. Barbier, et al.* I have attached a copy of this civil RICO complaint for your convenience.

Please email your current address to me so I can also send a copy of this Order to you via U.S. mail.

As always, do not hesitate to contact me if you have any questions.

I trust all is well on your end.

Best regards,
Brian

Brian J. Donovan, Esq.
Cell: (352)328-7469

**2 attachments**



**Order and Reasons 08022021.pdf**
296K

**Donovan v. Barbier, et al.pdf**
2072K