**USPS Certificate Of Mailing**

From: Brian J. Donovan
P.O. Box 320781
Tampa, Fl. 33679

To: Mr. John Mavrogiannis
12157 Circle Lake Dr.
Hudson, Fl. 34669

PS Form 3817, April 2007  PSN 7530-02-000-9065

---

**USPS Certificate Of Mailing**

From: Brian J. Donovan
P.O. Box 320781
Tampa, Fl. 33679

To: Mr. Maurie Salvesen
11027 Mill Creek Way,
Apt. 507
Fort Myers, Fl. 33913

PS Form 3817, April 2007  PSN 7530-02-000-9065

---



**USPS Certificate Of Mailing**

From: Brian J. Donovan
P.O. Box 320781
Tampa, Fl. 33679

To: Mr. Andrew Ditch
2311 York Rd.
St. James City, Fl.
33956

PS Form 3817, April 2007  PSN 7530-02-000-9065



U.S. POSTAGE PAID
TAMPA, FL
33629
AUG 10, 21
AMOUNT
**$1.55**
R2304N118080-25

0000



U.S. POSTAGE PAID
TAMPA, FL
33629
AUG 10, 21
AMOUNT
**$1.55**
R2304N118080-25

0000



U.S. POSTAGE PAID
TAMPA, FL
33629
AUG 10, 21
AMOUNT
**$1.55**
R2304N118080-25

0000