## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>No. 13-01286, Gulf Marine Inst. of Tech. & BioMarine Techs., Inc. v. BP Expl. & Prod., Inc., et al. | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## J U D G M E N T

In accordance with the Order & Reasons signed on August 13, 2021, granting BP's motion for summary judgment;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendants BP Exploration and Production, Inc., BP America Production Company, BP p.l.c., Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., and Sperry Drilling Services (collectively, "Defendants") and against plaintiffs Gulf Marine Institute of Technology and BioMarine Technologies, Inc. (together, "Plaintiffs"), and that Plaintiffs' claims against Defendants in member case No. 13-01286 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 13th day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-01286.**