UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION: J(2)**<br><br>**JUDGE CARL J. BARBIER** |
| **Applies to:** 2:21-cv-237, Brian J. Donovan v. Carl J. Barbier; Stephen J. Herman; James P. Roy; Kenneth R. Feinberg; and Patrick A. Juneau | **MAG. JUDGE CURRAULT** |

### SUBMISSION OF PATRICK A. JUNEAU IN CONNECTION WITH THE COURT'S ORDER DATED AUGUST 2, 2021

In its Order dated August 2, 2021, the Court granted Mr. Juneau's request for attorneys' fees (along with the request for fees filed by Messrs. Herman and Roy) and entered an injunction against Mr. Donovan to prevent further harassing and vexatious filings concerning or in any way related to this matter. (Doc. No. 27180). The Court's Order further permitted Mr. Juneau to submit any further documentation in support of his fee request by August 13, 2021 and permitted Mr. Donovan 14 days to respond to that fee submission.

As the Court is aware, Mr. Juneau as the Claims Administrator of the Deepwater Horizon Court-Supervised Settlement Program is in the process of focusing his attention on the winddown of this matter. (*See* Doc. Nos. 27189-90). Mr. Juneau does not believe it would be prudent or necessary to those efforts to engage in further motion practice or litigation with Mr. Donovan over attorneys' fees. *First*, Mr. Juneau's counsel largely adopted the arguments of Messrs. Herman and Roy who undertook the primary role in these motions and the defense of these cases. *Second*, Mr. Juneau believes that the Court's injunction will be sufficient to protect him from further harassment. For these reasons, Mr. Juneau through his undersigned counsel, respectfully waives

1

his right to make a submission seeking recovery of his attorneys' fees in connection with the defense of this proceeding.

Respectfully submitted,

/s/ Richard C. Stanley
Richard C. Stanley, 8487
Kathryn W. Munson, 35933
STANLEY, REUTER, ROSS, THORNTON &
ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com
kwm@stanleyreuter.com

*Attorneys for Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August, 2021.

/s/ Kathryn W. Munson
