AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010

~~Plaintiff~~

V.

Applies To:
No. 19-10295

~~Defendant~~

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

10 MD 2179 J (2)

CASE NUMBER: 21-30381

FILED AUG 12 2021
CAROL L. MICHEL
CLERK

I, Billy F. Larkin #0490312, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Warren Correctional Institution

    Are you employed at the institution? No   Do you receive any payment from the _____

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    2021 $7.75 Per Week, Employed In Kitchen

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes   ☑ No
    b. Rent payments, interest or dividends              ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
    d. Disability or workers compensation payments       ☐ Yes   ☑ No
    e. Gifts or inheritances                             ☐ Yes   ☑ No
    f. Any other sources                                 ☑ Yes   ☐ No

    If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

    $1,400 From Government Stimulus Program

**TENDERED FOR FILING**

AUG 12 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Name | Relationship | Amount Contributed for Support |
   |---|---|---|
   | LARKIN, Paul J. | Brother | $1.000 From Stimulus Check |

I declare under penalty of perjury that the above information is true and correct.

_July 31, 2021_  _Billy F Larkin_
Date                Signature of Applicant

---

**STATEMENT OF ACCOUNT**
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, __Billy F. Larkin__, has a present inmate account balance of $ __148.59__ at the __Warren Correctional Institution__. I further certify that the average monthly deposits for the preceding six months is $ __233.33__

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).

I further certify that the average monthly balance for the prior six months is $ __498.15__

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_8/4/2021_                                         _[signature]_
Date Certified                                  Authorized Officer of Institution



# North Carolina Department of Public Safety
## Prisons

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Commissioner of Prisons
Brandeshawn Harris, Assistant Commissioner

August 4, 2021

Billy Larkin #0490312
2WARE-05

RE: Prisoner Trust Account Documents for NO. 19-10295; Case 21-30381

To Billy Larkin,

We receive your request for a Prisoner Trust Account Statement for No. 19-10295, Case 21-30381, with the United States District Court Eastern District of Louisiana.

I completed the Prisoner Trust Account Statement and mailed it along with your six-months trust account statement to the Office of the Clerk U.S. District Court 500 Poydras Street Room C-151 New Orleans, LA 70130

Sincerely,

C. Ferry
Accounting Clerk I
Warren Correctional Institution

**TENDERED FOR FILING**

**AUG 1 2 2021**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



MAILING ADDRESS:
4267 Mail Service Center
Raleigh NC 27699-4260

www.ncdps.gov

OFFICE LOCATION:
430 N. Salisbury Street
Raleigh, NC 27699-4267
Telephone: (919) 582-6125
Fax: (919) 715-4179

*An Equal Opportunity Employer*

```
                      NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY            08/02/21
IBSR140 (60)                  TRUST FUND ACCOUNT STATEMENT                  15:17:31
                         FACILITY: 4290  - WARREN CI                        PAGE    1
                           FOR: 02/01/21 - 08/02/21

   ACCT. NAME: LARKIN, BILLY F.                                 ACCT#: 0490312
         BED: 2WARE-05                                          TYPE: INMATE

            ENDING BALANCE 08/02/21  $    148.59  INCLUDES CANTEEN LIMIT OF $60.00

      BATCH                      REFERENCE
   DATE      NBR.   TYPE          NUMBER    FACL   +/-    AMOUNT        BALANCE
   ----      ----   ----          ------    ----   ---    ------        -------
   07/31/21  025  CASHLS CANTEEN-I 00485    4290   - $      1.90   $     148.59
   07/29/21  017  CASHLS CANTEEN-I 00071    4290   - $      1.22   $     150.49
   07/27/21  062  CASHLS CANTEEN-I 00605    4290   - $      2.43   $     151.71
   07/26/21  090  CASHLS CANTEEN-I 00636    4290   - $      2.56   $     154.14
   07/23/21  061  CASHLS CANTEEN-I 00582    4290   - $      2.20   $     156.70
   07/23/21  044  CASHLS CANTEEN-I 00450    4290   - $      6.53   $     158.90
   07/22/21  075  CASHLS CANTEEN-I 00638    4290   - $      2.95   $     165.43
   07/22/21  012  CASHLS CANTEEN-I 00099    4290   - $      1.54   $     168.38
   07/21/21  071  CASHLS CANTEEN-I 00844    4290   - $      1.22   $     169.92
   07/18/21  028  CASHLS CANTEEN-I 00311    4290   - $      1.87   $     171.14
   07/17/21  031  CASHLS CANTEEN-I 00382    4290   - $      2.36   $     173.01
   07/15/21  048  CASHLS CANTEEN-I 00519    4290   - $      0.19   $     175.37
   07/14/21  069  CASHLS CANTEEN-I 00421    4290   - $      2.14   $     175.56
   07/14/21  033  CASHLS CANTEEN-I 00245    4290   - $      1.16   $     177.70
   07/12/21  061  CASHLS CANTEEN-I 00522    4290   - $      1.22   $     178.86
   07/12/21  061  CASHLS CANTEEN-I 00520    4290   - $      0.13   $     180.08
   07/07/21  107  CASHLS CANTEEN-I 00631    4290   - $      7.72   $     180.21
   07/07/21  014  CASHLS CANTEEN-I 00047    4290   - $      3.98   $     187.93
   07/06/21  076  CASHLS CANTEEN-I 00648    4290   - $      2.90   $     191.91
   07/05/21  025  CASHLS CANTEEN-I 00715    4290   - $      0.72   $     194.81
   07/05/21  009  CASHLS CANTEEN-I 00201    4290   - $      2.96   $     195.53
   07/03/21  032  CASHLS CANTEEN-I 00553    4290   - $      2.73   $     198.49
   07/02/21  070  CASHLS CANTEEN-I 00684    4290   - $      3.56   $     201.22
   07/02/21  035  CASHLS CANTEEN-I 00161    4290   - $      2.10   $     204.78
   06/29/21  072  CASHLS CANTEEN-I 00608    4290   - $      1.29   $     206.88
   06/28/21  111  CASHLS CANTEEN-I 00473    4290   - $      3.79   $     208.17
   06/26/21  031  CASHLS CANTEEN-I 00394    4290   - $      3.60   $     211.96
   06/25/21  081  CASHLS CANTEEN-I 00629    4290   - $      0.72   $     215.56
   06/25/21  041  CASHLS CANTEEN-I 00270    4290   - $      3.67   $     216.28
   06/23/21  087  CASHLS CANTEEN-I 01030    4290   - $      1.33   $     219.95
   06/19/21  030  CASHLS CANTEEN-I 00399    4290   - $      3.49   $     221.28
   06/18/21  067  CASHLS CANTEEN-I 00563    4290   - $      3.36   $     224.77
   06/17/21  069  CASHLS CANTEEN-I 00601    4290   - $      4.37   $     228.13
   06/17/21  013  CASHLS CANTEEN-I 00056    4290   - $      2.09   $     232.50
   06/16/21  120  CASHLS CANTEEN-I 00621    4290   - $      4.21   $     234.59
   06/16/21  012  CASHLS CANTEEN-I 00056    4290   - $      2.75   $     238.80
   06/15/21  061  CASHLS CANTEEN-I 01001    4290   - $      9.08   $     241.55
   06/13/21  026  CASHLS CANTEEN-I 00348    4290   - $      2.15   $     250.63
   06/12/21  040  CASHLS CANTEEN-I 00538    4290   - $      2.07   $     252.78
   06/11/21  056  CASHLS CANTEEN-I 00481    4290   - $      4.13   $     254.85
   06/11/21  039  CASHLS CANTEEN-I 00407    4290   - $      0.84   $     258.98
   06/10/21  063  CASHLS CANTEEN-I 00483    4290   - $      0.84   $     259.82
   06/09/21  086  CASHLS CANTEEN-I 00531    4290   - $      1.33   $     260.66
   06/08/21  106  CASHLS CANTEEN-I 00651    4290   - $      3.66   $     261.99
   06/07/21  044  CASHLS CANTEEN-I 00404    4290   - $      0.72   $     265.65
```

```
                     NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY              08/02/21
IBSR140 (60)              TRUST FUND ACCOUNT STATEMENT                       15:17:31
                        FACILITY: 4290  - WARREN CI                          PAGE    2
                           FOR: 02/01/21 - 08/02/21

   ACCT. NAME: LARKIN, BILLY F.                              ACCT#: 0490312
          BED: 2WARE-05                                       TYPE: INMATE

           ENDING BALANCE 08/02/21  $    148.59   INCLUDES CANTEEN LIMIT OF $60.00

     BATCH                         REFERENCE
   DATE   NBR.     TYPE             NUMBER       FACL   +/-    AMOUNT        BALANCE
   ----   ----     ----             ------       ----   ---    ------        -------
 06/06/21 019 CASHLS CANTEEN-I     00195         4290   - $       1.98   $      266.37
 06/04/21 053 CASHLS CANTEEN-I     00854         4290   - $       1.35   $      268.35
 06/04/21 044 CASHLS CANTEEN-I     00461         4290   - $       0.84   $      269.70
 06/03/21 055 CASHLS CANTEEN-I     00608         4290   - $       1.26   $      270.54
 06/03/21 012 CASHLS CANTEEN-I     00057         4290   - $       0.63   $      271.80
 06/02/21 073 CASHLS CANTEEN-I     00573         4290   - $       0.72   $      272.43
 06/02/21 063 SPECIAL DRAW CHK     429038398     4290   - $   1,010.00   $      273.15
 06/01/21 077 CASHLS CANTEEN-I     00660         4290   - $       0.37   $    1,283.15
 05/30/21 028 CASHLS CANTEEN-I     00319         4290   - $       3.00   $    1,283.52
 05/29/21 026 CASHLS CANTEEN-I     00422         4290   - $       4.46   $    1,286.52
 05/27/21 076 CASHLS CANTEEN-I     00586         4290   - $       1.39   $    1,290.98
 05/25/21 136 CASHLS CANTEEN-I     01006         4290   - $       2.66   $    1,292.37
 05/24/21 068 CASHLS CANTEEN-I     00931         4290   - $       2.05   $    1,295.03
 05/23/21 017 CASHLS CANTEEN-I     00429         4290   - $       0.72   $    1,297.08
 05/22/21 038 CASHLS CANTEEN-I     00599         4290   - $       3.67   $    1,297.80
 05/21/21 107 CASHLS CANTEEN-I     00905         4290   - $       1.64   $    1,301.47
 05/20/21 080 CASHLS CANTEEN-I     00726         4290   - $       1.82   $    1,303.11
 05/19/21 119 CASHLS CANTEEN-I     00338         4290   - $       4.01   $    1,304.93
 05/18/21 064 CASHLS CANTEEN-I     00622         4290   - $       2.09   $    1,308.94
 05/16/21 020 CASHLS CANTEEN-I     00184         4290   - $       5.94   $    1,311.03
 05/15/21 027 CASHLS CANTEEN-I     00490         4290   - $       1.87   $    1,316.97
 05/14/21 045 CASHLS CANTEEN-I     00553         4290   - $       4.46   $    1,318.84
 05/12/21 087 CASHLS CANTEEN-I     00511         4290   - $       3.32   $    1,323.30
 05/10/21 054 CASHLS CANTEEN-I     00423         4290   - $       6.01   $    1,326.62
 05/10/21 014 CASHLS CANTEEN-I     00040         4290   - $       1.10   $    1,332.63
 05/09/21 026 CASHLS CANTEEN-I     00374         4290   - $       2.31   $    1,333.73
 05/09/21 016 CASHLS CANTEEN-I     00102         4290   - $       4.01   $    1,336.04
 05/06/21 097 CASHLS CANTEEN-I     00772         4290   - $       3.36   $    1,340.05
 05/05/21 072 CASHLS CANTEEN-I     00518         4290   - $       1.10   $    1,343.41
 05/04/21 069 CASHLS CANTEEN-I     00638         4290   - $       2.09   $    1,344.51
 05/03/21 057 CASHLS CANTEEN-I     00732         4290   - $       3.26   $    1,346.60
 04/30/21 080 CASHLS CANTEEN-I     00717         4290   - $       4.87   $    1,349.86
 04/28/21 074 CASHLS CANTEEN-I     00975         4290   - $       3.11   $    1,354.73
 04/22/21 073 CASHLS CANTEEN-I     00809         4290   - $       4.12   $    1,357.84
 04/21/21 068 CASHLS CANTEEN-I     00644         4290   - $       1.52   $    1,361.96
 04/20/21 070 CASHLS CANTEEN-I     00865         4290   - $       4.53   $    1,363.48
 04/19/21 046 CASHLS CANTEEN-I     00961         4290   - $       1.67   $    1,368.01
 04/18/21 013 CASHLS CANTEEN-I     00071         4290   - $       4.86   $    1,369.68
 04/17/21 036 CASHLS CANTEEN-I     00393         4290   - $       3.28   $    1,374.54
 04/16/21 071 CASHLS CANTEEN-I     00689         4290   - $       0.84   $    1,377.82
 04/16/21 008 CASHLS CANTEEN-I     00033         4290   - $       3.67   $    1,378.66
 04/15/21 066 CASHLS CANTEEN-I     00663         4290   - $       2.86   $    1,382.33
 04/14/21 109 CASHLS CANTEEN-I     00629         4290   - $       0.89   $    1,385.19
 04/14/21 079 CASHLS CANTEEN-I     00446         4290   - $       9.49   $    1,386.08
 04/13/21 058 CASHLS CANTEEN-I     00930         4290   - $       3.26   $    1,395.57
```

```
IBSR140 (60)            NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY        08/02/21
                              TRUST FUND ACCOUNT STATEMENT                15:17:31
                         FACILITY: 4290  - WARREN CI                      PAGE    3
                              FOR: 02/01/21 - 08/02/21

     ACCT. NAME: LARKIN, BILLY F.                            ACCT#: 0490312
           BED: 2WARE-05                                     TYPE: INMATE

           ENDING BALANCE 08/02/21  $    148.59  INCLUDES CANTEEN LIMIT OF $60.00

      BATCH                         REFERENCE
  DATE    NBR.      TYPE             NUMBER    FACL  +/-   AMOUNT         BALANCE
  ----    ----      ----             ------    ----  ---   ------         -------
  04/12/21 081 CASHLS CANTEEN-I 00744           4290  - $      1.17  $    1,398.83
  04/06/21 039 DRAW FORWARDED   404408232324    4290  + $  1,400.00  $    1,400.00

                                        BEGINNING BALANCE 02/01/21  $        0.00


   DEBT    DEBT                                          AMOUNT OF       AMOUNT
   DATE    TIME   TYPE OF DEBT                             DEBT        STILL OWED
  -------- -----  -----------------------------------    ---------     ----------
  04/14/14 15:42 FILING FEES-CASE# 5:14-CT-3056-BO   $      350.00 $       265.55
  10/18/16 12:52 FILING FEES-CASE# 5:16-CT-3230-D    $      350.00 $       344.00
  03/13/19 10:03 FILING FEES-CASE# 5:19-CT-3047-BO   $      350.00 $       347.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 02/01/2021 AT 01:01:01 AND 08/02/2021 AT 15:17:31.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    AUGUST    2, 2021 AT 15:17:31.
```

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION

Legal Mail

7013 0330 3367 0026

Office Of The Clerk
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130



02 1P $ 000.55⁰
0000932486
MAILED FROM ZIP CODE 27563
UNITED STATES POSTAGE
PITNEY BOWES

MAIL FROM
WARREN
CORRECTIONAL
INSTITUTION



02 1P
0000932486
MAILED FROM ZIP C
UNITED STATES POSTAGE
$ 0