July 30, 2021

Inmate Trust Fund

Warren Correctional Institution

RE: Enclosed Application to Proceed Without Prepayment of Fees and Affidavit, Statement of Account for the Past Six Months.

Dear Sir/Madam,

Please complete the lower portion of page two of the above-styled document, entitled Statement of Account and attach a printout for the past six(6) months.

Thank you for your usual, kind cooperation,

Larkin, Billy F. #0490312

Warren Correctional Institution

WAR-2, E-5

**TENDERED FOR FILING**

AUG 1 2 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk