UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION J |
| | JUDGE CARL J. BARBIER |
| This Document Relates to: *Donovan v. Barbier; et al* 2:21:cv-00237 | MAGISTRATE DONNA PHILLIPS CURRAULT |

**MOTION FOR LEAVE TO FILE**
**MOTION TO FIX ATTORNEYS' FEES OUT OF TIME**

NOW INTO COURT, through undersigned counsel, come Stephen J. Herman and James P. Roy to move this Honorable Court For Leave to File their Motion to Fix Attorneys' Fees Out of Time. As explained in the accompanying Memorandum in Support, undersigned filed his clients' Motion to Fix Attorneys' Fees, on Friday August 13, 2021, through File & ServeXpress but neglected to file the same through the ECF system. The error was discovered this weekend when Mr. Donovan emailed inquiring whether the motion was filed. The error was inadvertent and not chargeable to Mr. Herman and Mr. Roy.

WHEREFORE, Stephen J. Herman and James P. Roy pray that this Court will grant this Motion For Leave To File Motion To Fix Attorneys' Fees Out Of Time so that the Motion To Fix Attorneys' Fees may be filed through the Court' ECF system.

Respectfully submitted,

*/s/ Edward W. Trapolin*
Edward W. Trapolin, Esq. (Bar No. 27667)
Gus A. Fritchie, III (Bar No. 5751), T.A.

        IRWIN FRITCHIE URQUHART & MOORE LLC
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana 70130
        Phone:  (504) 310-2100
        FAX:  (504) 310-2101

*Attorneys for Stephen J. Herman and James P. Roy*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion For Leave to File Motion Out of Time* has been served on All Counsel by electronically uploading the same to File and ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August 2021.

        */s/ Edward W. Trapolin*