UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION  J |
| | JUDGE CARL J. BARBIER |
| This Document Relates to: *Donovan v. Barbier; et al* 2:21:cv-00237 | MAGISTRATE DONNA PHILLIPS CURRAULT |

**MEMORANDUM IN SUPPORT OF**
**MOTION FR LEAVE TO FILE MOTION OUT OF TIME**

MAY IT PLEASE THE COURT, Stephen J. Herman and James P. Roy present this Memorandum in Support of their Motion for Leave to File Motion Out of Time.

On July 23, 2021, this Court orally granted Mr. Herman's and Mr. Roy's Motion for Sanctions and to Enjoin Further Frivolous Filings by plaintiff and counsel, Brian J. Donovan of The Donovan Law Group (collectively "Mr. Donovan") (Rec. Doc. 26999) and provided 21 days for filing a Motion to Fix the Attorneys' Fees ("Motion").  On Friday, August 13, 2021, undersigned timely filed the Motion to Fix Attorneys' Fees through File & ServeXpress – the filing due date.  The same day, a courtesy copy was also emailed to Mr. Donovan at BrianJDonovan@verizon.net.  On Saturday, August 14, 2021, Mr. Donovan emailed undersigned from donovanlawgroup@gmail.com inquiring if the Motion had been timely filed. A copy of the Motion was then emailed to Mr. Donovan at the new email address.  This exchange was undersigned's first indication of a possible filing error, which was verified by Court staff on Monday, August 16, 2021.  Accordingly, undersigned was advised by Court staff that the Motion should have also been filed through the Court's ECF system and that the instant

00806206

1

Motion For Leave is now needed to correct undersigned's clerical error. The error is entirely by undersigned counsel and his clients should not be prejudiced by his unfamiliarity with MDL filing procedure. Accordingly, undersigned counsel seeks leave of Court to file the Motion via the ECF system out of time.

                Respectfully submitted,

                /s/ Edward W. Trapolin
                Edward W. Trapolin, Esq. (Bar No. 27667)
                Gus A. Fritchie, III (Bar No. 5751), T.A.
                IRWIN FRITCHIE URQUHART & MOORE LLC
                400 Poydras Street, Suite 2700
                New Orleans, Louisiana 70130
                Phone: (504) 310-2100
                FAX: (504) 310-2101

                *Attorneys for Stephen J. Herman and James P. Roy*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion For Leave to File Motion Out of Time** has been served on All Counsel by electronically uploading the same to File and ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of August 2021.

                /s/ Edward W. Trapolin