UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 <br><br> SECTION J <br><br> JUDGE CARL J. BARBIER |
| This Document Relates to: <br> *Donovan v. Barbier; et al* <br> 2:21:cv-00237 | MAGISTRATE <br> DONNA PHILLIPS CURRAULT |

## MOTION TO FIX ATTORNEYS' FEES

NOW INTO COURT, through undersigned counsel, come Stephen J. Herman and James P. Roy to move this Honorable Court to fix the amount of attorneys' fees that should be awarded in accordance with this Court's Order (Rec. Doc. 27180) granting their Motion for Sanctions and to Enjoin Further Frivolous Filings ("Motion") by plaintiff and counsel, Brian J. Donovan of The Donovan Law Group (collectively "Mr. Donovan") (Rec. Doc. 26999). For the reasons set forth in the accompanying supporting memorandum, this Court should fix the total amount of recoverable attorneys' fees and costs to be $86,154.70 and allocate $71,180.50 to Mr. Herman and $14,974.20 to Mr. Roy.[1]

WHEREFORE, Stephen J. Herman and James P. Roy pray that, after due proceedings are had, this Court will enter an order awarding to the amount of $71,180.50 to Mr. Herman and $14,974.20 to Mr. Roy representing the reasonable amount of attorneys' fees and costs expended by each them in responding to the repeated lawsuits filed and frivolous claims made against them by Brian J. Donovan in *Donovan I* and *Donovan III*.

---

[1] Additional hours have been expended and attorneys' fees incurred in preparing the instant Motion to Fix Attorney's Fees that are not reflected or being sought here.

00801648

1

Respectfully submitted,

/s/ Edward W. Trapolin
Edward W. Trapolin, Esq. (Bar No. 27667)
Gus A. Fritchie, III (Bar No. 5751), T.A.
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Phone: (504) 310-2100
FAX: (504) 310-2101

*Attorneys for Stephen J. Herman and James P. Roy*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Motion to Fix Attorneys' Fees*** has been served on All Counsel by electronically uploading the same to File and ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of August 2021.

/s/ Edward W. Trapolin