**Billing Summary for Donovan I and III engagement**

**Jim Roy**

- **Deductible\SIR - $25,000**
- ***Donovan III* only**
- **Costs: $0**

| Timekeeper | Hourly Rate | Time Expended | Fees |
|---|---|---|---|
| Robert M. Klein | $225.00 | 1.1 | $247.50 |
| Richard M. Jones | $225.00 | **24.10** | **$5,422.50** |
| | | **25.2** | **$5,670** |

**Stephen Herman**

- **Deductible\SIR - $200,000**

**COSTS:** $400 (for notice of Removal in *Donovan I*)

| Donovan I | | | |
|---|---|---|---|
| Timekeeper | Hourly Rate | Time Expended | Fees |
| Robert M. Klein (Partner) | $250.00 | 1.0; .1 [1.1] | **Total $275.00** |
| Richard M. Jones (Partner) | $250.00 | 46.70; 52.80; 26.80;.7 [127] | **Total $31,750.00** |
| Andrew M. Feldman (Partner) | $250.00 | 19.60 | **Total $4,900** |
| Lelia M. Schleier (Associate) | $200.00 | 25.50; 3.20; [28.7] | **Total $5,740** |
| Christopher J. Fraga (Associate) | $200.00 | 23.40; 22.00; .4 [45.8] | **Total $9,160** |
| Lucilla C. Marques (Paralegal) | $105.00 | 2.40 | **Total $252** |
| Kayla Heckman (Summer Associate\Law Clerk) | $105.00 | 6.0; 5.0; 7 [11.7] | **Total $1,228.50** |
| Total | | **236.3 Hours** | **$53,305.50** |
| Donovan III | | | |
| Robert M. Klein (Partner) | $250.00 | 1.2 | **Total $300.00** |
| Richard M. Jones (Partner) | $250.00 | 3.8; 20.10 [23.9] | **Total $5,975** |

Exhibit 1-A

| | | | |
|---|---|---|---|
| Total | | **25.1 Hours** | **$6,275** |
| **Grand Totals for *Donovan I* and *III*** | | | |
| **Totals:** | | **261 Hours** | **59,580.50** |

### Totals and Reductions Chart:

| Case | Hours | Fees Billed | Costs Billed | Total | Carrier Reduction | Actual Fees Paid |
|---|---|---|---|---|---|---|
| ***Donovan I (Herman)*** | 236.3 | $53.305.50 | | | | |
| ***Donovan III (Herman)*** | 25.1 | $ 6,275.00 | | | | |
| **Subtotal** | | $59,580.50 | 400.00 | **59,980.50** | **365.00** | **$59,615.50** |
| ***Donovan III (Roy)*** | 25.2 | $ 5,670.00 | | **5,670.00** | | **$5,670.00** |
| **Totals:** | **286.6** | **$65,250.50** | **400.00** | **$65,650.60** | **365.00** | **$65,285.50** |

LAW OFFICES OF



Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156
Telephone 305.670.3700
Fax 305.670.8592
I.D. # 30-0631150

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

PERSONAL AND CONFIDENTIAL
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
███████████████

April 24, 2019
**DEDUCTIBLE BILL NO.: 18186**

Re:   194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
      CLAIM #: MXXL55703 PROSIGHT: EWR0016103
      INS: Stephen J. Herman, Esq, Herman, Herman & Katz
      CLMT: Brian J. Donovan, Esquire/RMK/RMJ
      EMAIL: ████████████████████
      DIRECT ██████████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/25/19 | RMK | Multiple telephone conferences with Chad Zupke re: new matter | 0.40 |
| 02/27/19 | RMK | Review/analyze email from Steve Herman enclosing complaint, case law and initial thoughts on defense of matter | 0.60 |
| 02/27/19 | LCM | Review/analyze 28 USC 1441 and case law re: ██████████████████████████ (paralegal) | 0.80 |
| 02/28/19 | CJF | Review/analyze Review and analyze case file, including voluminous complaint, in preparation for ongoing legal research related to ████████ | 2.70 |
| 03/01/19 | RMK | Communicate (with client) letter to Stephen Herman confirming to represent by Markel (NO CHARGE) | 0.10 |
| 03/01/19 | RMK | Communicate (with client) new file acknowledgment letter to Chad Zupke (NO CHARGE) | 0.10 |
| 03/07/19 | CJF | Draft and Revise Begin to draft and revise Notice of Removal and various exhibits in preparation for filing and removal to federal court in the Middle District of Florida | 0.70 |
| 03/07/19 | CJF | Review/analyze Continued review of case file in preparation for drafting of motion for removal | 1.30 |
| 03/07/19 | CJF | Draft and Revise Begin drafting of motion for removal in order to remove to federal court in the Middle District of Florida | 1.60 |
| 03/08/19 | CJF | Review/analyze Review and analyze case file, including complaint, in preparation for filing motion to transfer to federal court | 1.70 |
| 03/08/19 | RMJ | Communicate (with client) initial conference with client and discussion re strategy | 0.50 |

### KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                                                      **Page 2**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/10/19 | CJF | Review/analyze Review and analyze case file re: ████ ████████████████ | 0.70 |
| 03/10/19 | CJF | Draft and Revise Begin to draft and revise Notice of Removal in order to remove case to federal court in the Middle District of Florida | 2.50 |
| 03/11/19 | CJF | Review/analyze Review and analyze docket, including two affidavits of service, in order to determine date of service for purposes of removal deadline | 0.10 |
| 03/11/19 | CJF | Draft and Revise Finalize drafting and revision of Notice of Removal, to incorporate factual specifics with regards to service, in order to remove case to federal court in the Middle District of Florida | 0.60 |
| 03/12/19 | CJF | Research Legal research re: ████████████ ████████████████ ████████████ per approval of Chad Zupke) | 1.00 |
| 03/12/19 | CJF | Draft and Revise Draft and revise affidavit of Herman to dispute jurisdiction in support of notice of removal | 3.20 |
| 03/12/19 | LMS | Review/analyze Review notice of removal prepared by CF to ensure compliance with and appropriate under federal law | 0.70 |
| 03/12/19 | LMS | Review/analyze Review proposed affidavit in support notice of removal prepared by CF to ensure compliance with and appropriate under federal law | 0.40 |
| 03/12/19 | LMS | Review/analyze Review of legal authority, including research by CF, re: ████████████ ████████████ | 0.60 |
| 03/13/19 | LMS | Draft and Revise Prepare civil cover sheet to file notice of transfer and ensure it accurately reflects posture of case | 0.20 |
| 03/13/19 | LMS | Review/analyze Final review and analysis of notice of removal, executed supporting affidavit, and all exhibits, and state court docket entries being filed to ensure compliant with Middle District rules and federal rules | 0.90 |
| 03/15/19 | CJF | Draft and Revise Draft and revise Motion for Extension of Time to file responsive pleading | 1.40 |
| 03/15/19 | CJF | Draft and Revise Draft and revise Proposed Order on Motion for Extension of Time to file responsive pleading | 0.30 |
| 03/18/19 | RMJ | Review/analyze standards for "tag-along" motion in MDL court | 0.50 |
| 03/20/19 | CJF | Review/analyze Review and analyze case file, including MDL docket, in preparation for drafting of notice of tag-along | 0.60 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                                **Page 3**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/20/19 | CJF | Review/analyze Review and analyze Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation in preparation for filing notice of tag-along, proof of service and schedule of action with MDL | 0.30 |
| 03/20/19 | CJF | Draft and Revise Draft and revise notice of tag-along, proof of service and schedule of action for submission to MDL | 1.30 |
| 03/20/19 | CJF | Research Legal research re: ██████████████ (per approval of Chad Zupke) | 1.50 |
| 03/20/19 | RMJ | Review/analyze and edit notice of tag along | 0.30 |
| 03/20/19 | RMJ | Communicate (with client) email to Chad Zupke ██████████████ | 0.10 |
| 03/21/19 | RMK | Review/analyze related case order and track two notice (NO CHARGE) | 0.10 |
| 03/22/19 | CJF | Draft and Revise Draft and revise updates to notice of tag-along in preparation for filing | 1.90 |
| 03/22/19 | RMJ | Research re: ██████████████ (per approval of Chad Zupke) | 1.90 |
| 03/23/19 | RMJ | Review/analyze Tag-Along notice prepared by CJF | 0.50 |
| 03/23/19 | RMJ | Review/analyze CJF notes on motion to dismiss | 0.40 |
| 03/25/19 | RMJ | Research Research re: ██████████████ (per approval of Chad Zupke) | 2.10 |
| 03/25/19 | RMJ | Communicate (with client) multiple emails with client re: ██████████████ | 0.30 |
| 03/25/19 | RMJ | Draft and Revise revised Notice of Tag-Along; significant revisions to notice to incorporate detailed road map from the complaint; materials from the other three cases filed by Donovan against Kenneth Feinberg; review of exhibits to be used in support of notice | 5.60 |
| 03/25/19 | LMS | Review/analyze Review of legal authority on ██████████████ (per approval of Chad Zupke) | 0.50 |
| 03/26/19 | RMJ | Draft and Revise motion to stay proceedings (if Conditional transfer order entered) | 4.10 |

### KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                                  **Page 4**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/26/19 | RMJ | Draft and Revise motion to dismiss; drafted arguments addressing issue of standing; drafted arguments related to claims for negligence, gross negligence, and negligence per se | 4.30 |
| 03/26/19 | RMJ | Draft and Revise finalized tag-along notice for filing | 0.90 |
| 03/26/19 | RMJ | Communicate (with client) multiple emails with Stephen Herman re: ▉▉▉▉▉▉▉▉▉▉▉ | 0.20 |
| 03/26/19 | LCM | Draft and Revise Notice of Filing Potential Tag Along, Proof of Service, Schedule of Potential Tag Along Action, Notice of Removal, etc. for any and all cites to exhibits, etc., (paralegal) | 1.60 |
| 03/27/19 | RMJ | Draft and Revise motion to dismiss complaint continued work on legal arguments re: negligence claims | 3.50 |
| 03/27/19 | RMJ | Research re: ▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ | 2.20 |
| 03/27/19 | RMJ | Communicate (with client) multiple emails re: ▉▉ ▉▉▉▉▉▉▉▉ | 0.40 |
| 03/27/19 | RMJ | Communicate (with client) ▉▉▉▉▉▉▉▉▉▉ | 0.30 |
| 03/27/19 | RMJ | Draft and Revise (continued) work on motion to dismiss; continued working through various counts contained in the complaint and drafting arguments re: same | 2.50 |
| 03/27/19 | RMJ | Review/analyze MDL rules on tag-along; review of other tag-along notices to determine rough time frame for CTO and when we can expert a ruling | 0.50 |
| 03/27/19 | LMS | Appear for/attend Attend case management conference to discuss case management report issues (per approval of Chad Zupke) | 0.50 |
| 03/27/19 | LMS | Review/analyze Review and analysis of voluminous Complaint to provide litigation support on Motion to Dismiss re: procedural arguments | 2.40 |
| 03/28/19 | RMK | Review/analyze Plaintiff's motion to remand | 0.40 |
| 03/28/19 | RMJ | Appear for/attend case management meeting with opposing counsel | 0.50 |
| 03/28/19 | RMJ | Draft and Revise case management report | 1.50 |
| 03/28/19 | RMJ | Communicate (with client) multiple emails with client re: ▉▉▉▉▉▉▉▉ | 0.20 |
| 03/28/19 | RMJ | Communicate (other external) multiple emails with opposing counsel re: mediator selection | 0.20 |
| 03/28/19 | RMJ | Draft and Revise additional work on standing argument in motion to dismiss; draft outline of Rule 8/Rule 9 arguments that will be drafted by LMS | 3.40 |
| 03/28/19 | RMJ | Draft and Revise motion to dismiss arguments attacking last six causes of action in the complaint related to fraud | 5.50 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                                **Page 5**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/28/19 | KH | Review/analyze Reviewed 130 page complaint and began drafting the fact section in preparation of motion to dismiss (billed at paralegal rate) | 3.60 |
| 03/28/19 | AMF | Plan and prepare for Plan and prepare for motion to dismiss complaint; reviewed 130 page complaint in preparation for drafting motion and specifically for drafting res judicata arguments | 1.40 |
| 03/28/19 | AMF | Review/analyze all relevant orders and opinions relating to MDL 2179 (extensive review of items in a docket containing over 2000 entries) | 2.20 |
| 03/28/19 | AMF | Research Research ██████████████████ ████████████████████████ (per approval of Chad Zupke) | 2.30 |
| 03/28/19 | AMF | Research ███████████████████ ████████████████ (per approval of Chad Zupke) | 0.90 |
| 03/28/19 | AMF | Draft and Revise Draft and revise motion to dismiss: argument portion based on doctrine of collateral estoppel; argued generally that the action is a collateral attack on litigation to which the plaintiff is bound  (per approval of Chad Zupke) | 1.70 |
| 03/28/19 | LMS | Review/analyze Review and analysis of legal authority re: ████████████████████ ████████████ (per approval of Chad Zupke) | 0.50 |
| 03/28/19 | LMS | Review/analyze Review and analysis of legal authority re: ████████████ (per approval of Chad Zupke) | 1.60 |
| 03/28/19 | LMS | Review/analyze Review and analysis of ████████████████████████ | 0.90 |
| 03/29/19 | KH | Draft and Revise Continued to draft and revise the fact section of motion to dismiss (billed at paralegal rate) | 2.40 |
| 03/29/19 | RMJ | Review/analyze and finalized case management report | 0.50 |
| 03/29/19 | RMJ | Communicate (other external) multiple emails with client re: ████ | 0.30 |
| 03/29/19 | AMF | ████████████████████████ ████████████████████ (continued) | 4.30 |

### KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                              **Page 6**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/29/19 | AMF | Draft and Revise Draft and revise motion to dismiss: outlining various specific challenges raised in complaint and included analysis and application of estoppel elements as recognized in the Eleventh Circuit | 3.20 |
| 03/29/19 | LMS | Draft and Revise Prepare certificate of interested persons | 0.40 |
| 03/29/19 | LMS | Communicate (other external) E-mail exchange with Chad Zupke re: ▇▇▇▇▇▇▇▇ | 0.20 |
| 03/29/19 | LMS | Communicate (with client) E-mail exchange with Steve Herman re: ▇▇▇▇▇▇▇▇ | 0.20 |
| 03/29/19 | LMS | Draft and Revise Multiple revisions to case management report to incorporate changes requested by Plaintiff's counsel and conform with directions from client and claims representative | 2.20 |
| 03/29/19 | LMS | Communicate (other outside counsel) Multiple e-mails with Plaintiff's counsel re: finalizing changes to case management report | 0.40 |
| 03/29/19 | LMS | Review/analyze Review of factual summary prepared by law clerk to revise and supplement the same for motion to dismiss | 0.80 |
| 03/29/19 | LMS | Communicate (other outside counsel) E-mail exchange with Tim Malloy re: certification in Middle District as mediator and whether he would be suited to this action | 0.10 |
| 03/29/19 | LMS | Draft and Revise motion to dismiss, focusing on introduction and summary of argument and factual allegations tailored to the legal argument | 3.60 |
| 03/30/19 | AMF | Draft and Revise Completed drafting portion of motion to dismiss complaint as an impermissible collateral attack on proceeding to which the plaintiff and his principals are legally bound | 3.60 |
| 03/30/19 | LMS | Review/analyze Review and analysis of legal authority re: ▇▇▇▇▇▇▇▇ | 2.30 |
| 03/30/19 | LMS | Review/analyze Conduct additional research on ▇▇▇▇▇▇▇▇ | 1.20 |
| 03/30/19 | LMS | Draft and Revise Continue to draft motion to dismiss, incorporating further analysis into each of the various arguments for standing, pleading deficiencies, and failure to sufficiently state elements of each claim, as well as incorporate estoppel argument | 4.90 |

### KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18186**                                                                              **Page 7**
**April 24, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/31/19 | RMJ | Draft and Revise motion to dismiss with prejudice; revised entire motion to bring it within page limits; modified various arguments to make them leaner and more focused; reworked arguments on breach of fiduciary duty; revised arguments to synergize sections prepared by the entire team | 3.50 |

### Summary of Services

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| RMK | ROBERT M. KLEIN (M) | 0.00 | 0.70 | 0.00 |
| RMK | ROBERT M. KLEIN (M) | 250.00 | 1.00 | 250.00 |
| RMJ | RICHARD M. JONES (M) | 250.00 | 46.70 | 11,675.00 |
| AMF | ANDREW M. FELDMAN (M) | 250.00 | 19.60 | 4,900.00 |
| LMS | LELIA M. SCHLEIER (M) | 200.00 | 25.50 | 5,100.00 |
| CJF | CHRISTOPHER J. FRAGA (M) | 200.00 | 23.40 | 4,680.00 |
| LCM | LUCILLA C. MARQUES (M) | 105.00 | 2.40 | 252.00 |
| KH | KAYLA HECKMAN (M) | 105.00 | 6.00 | 630.00 |
| **Total for Services** | | | **125.30** | **$27,487.00** |

| Date | Expenses | Amount |
|------|----------|--------|
| 03/13/19 | Filing Fee 3/13 GSGAMEX/AL/FLMD CM ECF;Check#18327 - GREGORY S. GLASSER | 400.00 |
| **Total Expenses** | | **$400.00** |

|  |  |
|--|--|
| **Sub Total** | **$27,887.00** |
| **Your portion of due amount  100 %** | **$27,887.00** |
| **Total for Services and Expenses** | **$27,887.00** |

# Please return this page with remittance

to
Klein Glasser Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 18186
Bill Date:               April 24, 2019
Matter Code:         194154A
Matter Name:        DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

| | |
|---|---|
| **Sub Total** | **$27,887.00** |
| **Your portion of due amount** | **$27,887.00** |
| **Total for Services and Expenses** | **$27,887.00** |

Amount enclosed: _____

LAW OFFICES OF



**KG Klein Glasser Park & Lowe**

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156
Telephone 305.670.3700
Fax 305.670.8592
I.D. # 30-0631150

PERSONAL AND CONFIDENTIAL
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
████████████████

June 28, 2019
**DEDUCTIBLE BILL NO.: 18509**

Re:   194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
      CLAIM #: MXXL55703 PROSIGHT: EWR0016103
      INS: Stephen J. Herman, Esq, Herman, Herman & Katz
      CLMT: Brian J. Donovan, Esquire/RMK/RMJ
      EMAIL: ████████████████
      DIRECT ████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/28/19 | KH1 | Review/analyze Revise and read through Donovan complaint (130 pages) and organized facts in preparation of drafting motion to dismiss (paralegal) | 3.40 |
| 03/29/19 | KH1 | Review/analyze Review of docket and related suits under Donovan case in preparation of drafting motion to dismiss fact section (paralegal) | 0.60 |
| 03/30/19 | KH1 | Draft and Revise Continued draft and revise fact section for the Donovan motion to dismiss (paralegal) | 1.00 |
| 04/01/19 | RMK | Draft and Revise finalize Defendant's motion to dismiss (NO CHARGE) | 0.30 |
| 04/01/19 | RMJ | Draft and Revise and finalized motion to dismiss | 2.50 |
| 04/01/19 | RMJ | Communicate (with client) multiple emails re: motion to dismiss | 0.30 |
| 04/01/19 | RMJ | Communicate (with client) multiple emails with Chad Zupke re: ████████████████ | 0.20 |
| 04/02/19 | CJF | Review/analyze Review and analyze Middle District of Florida Local Rules in preparation for drafting Response to Plaintiff's Motion to Remand in order to assure compliance | 0.20 |
| 04/03/19 | CJF | Review/analyze Review and analyze Plaintiff's Motion to Remand in preparation for drafting Response | 0.40 |
| 04/03/19 | CJF | Draft and Revise Draft and revise introductory section of Response to Plaintiff's Motion to Remand | 0.60 |
| 04/03/19 | CJF | Research Legal research re: ████████████████ | 0.30 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18509**                                                    **Page 2**
**June 28, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/03/19 | CJF | Draft and Revise Draft and revise argument section of Response to Plaintiff's Motion to Remand related to no need to identify non-parties in Motion to Remove | 1.10 |
| 04/03/19 | CJF | Draft and Revise Draft and revise argument section of Response to Plaintiff's Motion to Remand addressing propriety of remand for the purposes of transferring and consolidating under MDL | 2.10 |
| 04/04/19 | RMK | Review/analyze notice of hearing on Plaintiff's Motion to Remand and Defendant's Motion to Dismiss (NO CHARGE) | 0.10 |
| 04/04/19 | CJF | Review/analyze Review and analyze dockets, including complaints and transfer orders, of three related cases previously filed by Plaintiff and subsequently transferred to MDL in order to determine citizenship of parties and in preparation for drafting Notice of Pendency of Other Action for filing | 0.40 |
| 04/04/19 | CJF | Draft and Revise Draft and revise Notice of Pendency of Other Action for filing as required by Middle District of Florida Local Rule 1.04(d) | 0.90 |
| 04/04/19 | CJF | Review/analyze Review and analyze MDL Conditional Transfer Order | 0.10 |
| 04/04/19 | RMJ | Draft and Revise notice of pendency of other actions | 0.10 |
| 04/04/19 | RMJ | Communicate (with client) multiple emails with client re: ▇▇▇▇▇▇▇▇ | 0.20 |
| 04/04/19 | RMJ | Review/analyze order from court setting case management hearing | 0.10 |
| 04/04/19 | RMJ | Communicate (with client) multiple emails with client re: ▇▇▇▇▇▇▇▇▇ | 0.20 |
| 04/04/19 | RMJ | Review/analyze conditional transfer order | 0.20 |
| 04/04/19 | RMJ | Communicate (with client) multiple emails with client re: ▇▇▇▇▇▇▇▇r | 0.20 |
| 04/04/19 | RMJ | Review/analyze paperless order from court cancelling case management hearing and awaiting transfer to MDL-2179 | 0.20 |
| 04/04/19 | RMJ | Review/analyze pendency of related case filed by Plaintiff | 0.20 |
| 04/04/19 | RMJ | Communicate (with client) email to adjustor letting him know that ▇▇▇▇▇▇▇▇▇ | 0.10 |
| 04/08/19 | CJF | Draft and Revise Draft and revise arguments section of response to Motion to Remand related to removal being proper irrespective of it having been done for purposes of subsequent transfer to MDL incorporating arguments related to case law and holdings in MDL No. 10 and 18 | 1.10 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18509**                                                                **Page 3**
**June 28, 2019**

| Date | Atty | Services | Hours |
|------|------|---------|-------|
| 04/08/19 | CJF | Research Legal research re: ███████████ ███████████████████ | 1.50 |
| 04/08/19 | CJF | Draft and Revise Draft and Revise arguments section of Response to Motion to Remand related to complete diversity of the parties and no need for the Notice of Removal to address citizenship of non-party members of the plaintiffs' steering committee | 2.50 |
| 04/08/19 | CJF | Draft and Revise Revise entirety of Response to Motion to Remand in preparation for submission to RMJ in anticipation of filing | 0.40 |
| 04/09/19 | CJF | Review/analyze Review and analyze Plaintiff's Notice of Opposition to Conditional Transfer Order | 0.10 |
| 04/09/19 | CJF | Review/analyze Review and analyze docket, with particular focus on August 10, 2010 Order, in order to determine justifications underpinning clerk's decision to issue conditional transfer order in preparation for drafting additional arguments in response to motion for remand re: no guarantee of transfer to MDL at time of filing notice of removal | 0.40 |
| 04/09/19 | CJF | Draft and Revise Draft and revise arguments section re: "PARTIES" section of complaint only includes Donovan and client based on RMJ comments in preparation for filing | 0.50 |
| 04/09/19 | CJF | Draft and Revise Draft and revise arguments section re: no guarantee of transfer to MDL at time of filing notice of removal fact and that MDL clerk issued conditional transfer order cuts against plaintiff's argument that removal for transfer was improper | 0.70 |
| 04/09/19 | CJF | Research Legal research re: ███████████ ███████████████████ | 0.60 |
| 04/09/19 | CJF | Draft and Revise Draft and revise arguments section re: absent CTO from MDL, we fully intended to file for transfer under 28 USC 1404 | 0.30 |
| 04/09/19 | RMJ | Communicate (with client) email to client ██████ ██████ | 0.10 |
| 04/09/19 | RMJ | Draft and Revise revisions to response in opposition to motion to remand | 0.40 |
| 04/10/19 | CJF | Draft and Revise Further draft and revise response to motion to remand, including refining argument related to misattribution of quotations to Celotex holding, in preparation for filing | 0.80 |

### KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18509**                                                                          **Page 4**
**June 28, 2019**

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/10/19 | RMJ | Draft and Revise edits and revisions to motion to remand; reworked legal arguments and added extra focus on the allegations in the complaint; sent back to CJF for citation edits | 0.90 |
| 04/11/19 | RMJ | Draft and Revise and finalized response in opposition to motion to remand, filed same | 0.50 |
| 04/11/19 | RMJ | Review/analyze paper less order denying motion to remand | 0.10 |
| 04/12/19 | RMJ | Communicate (other external) telephone conference with Judge's Chambers re: hearing inadvertently set for April 17, 2019 | 0.20 |
| 04/15/19 | CJF | Review/analyze Review and analyze plaintiff's response to our motion to dismiss | 0.30 |
| 04/15/19 | RMK | Review/analyze Receipt of Plaintiff's opposition to our motion to dismiss (14 pages) (NO CHARGE) | 0.20 |
| 04/15/19 | RMJ | Review/analyze response to motion to dismiss | 0.50 |
| 04/22/19 | CJF | Review/analyze Review and analyze Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-139), including memorandum of law in support thereof | 0.60 |
| 04/22/19 | RMJ | Review/analyze brief in opposition to motion to transfer to MDL 2179 (CTO- 139) | 0.40 |
| 04/22/19 | RMJ | Communicate (with client) multiple emails re: ███████ ████████████████████ | 0.20 |
| 04/23/19 | CJF | Review/analyze Review and analyze Plaintiff's Memorandum of Law in support of their motion to request the court place on the public record the total amount and source of compensation | 0.50 |
| 04/23/19 | CJF | Research Legal research re: ███████████████ ████████████████████████████████ | 1.00 |
| 04/23/19 | RMJ | Draft and Revise notice of attorney appearance and corporate disclosure | 0.40 |
| 04/23/19 | RMJ | Review/analyze jurisdictional arguments used in the earlier Ken Feinberg cases to secure transfer to MDL 2179 | 0.40 |
| 04/29/19 | RMJ | Draft and Revise work on response to motion to vacate conditional transfer order | 0.80 |
| 04/30/19 | RMJ | Draft and Revise work on opposition to Plaintiff's motion to vacate CTO | 4.80 |
| 04/30/19 | RMJ | Draft and Revise budget | 0.50 |
| 05/01/19 | RMJ | Draft and Revise (continued) on response in opposition to motion to vacate CTO; significant drafting of section comparing this case to prior Donovan cases | 3.50 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18509**                                                                      **Page 5**
**June 28, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/02/19 | RMJ | Draft and Revise (Continued) on response in opposition to motion to vacate CTO; continued drafting analysis of earlier claims | 5.60 |
| 05/03/19 | RMJ | Draft and Revise continued work on response in opposition to motion to vacate; detailed dive into Plaintiff's activities in MDL 2179 to justify why this case should be transfer to the E.D.LA; continued drafting of arguments showing the overlap between this claim and Plaintiff's three earlier filed lawsuits | 3.80 |
| 05/06/19 | RMJ | Draft and Revise (continued) work on opposition to motion to vacate; review of PTO regarding fees to compare against claims made by Donovan; review of earlier filed CTO opposition papers filed by the parties in the three earlier fineberg cases | 3.80 |
| 05/07/19 | RMJ | Draft and Revise continued work on response to motion to vacate CTO based upon findings from earlier cases | 4.60 |
| 05/09/19 | CJF | Review/analyze Review and analyze exhibits for inclusion in support of revised response to motion to vacate | 2.10 |
| 05/09/19 | LMS | Draft and Revise Continue to draft response to Plaintiff's motion to vacate conditional transfer order, including referencing appropriate exhibits to same (additional timekeeper approved by Chad Zupke) | 1.80 |
| 05/10/19 | RMJ | Communicate (with client) re: current ███████ ████████████ | 0.20 |
| 05/12/19 | LMS | Review/analyze Review and analysis of client's proposed edits to motion to vacate CTO to prepare revisions incorporating same (additional timekeeper approved by Chad Zupke) | 0.80 |
| 05/12/19 | LMS | Draft and Revise Supplement and amend motion to vacate CTO incorporating proposed revisions from client (additional timekeeper approved by Chad Zupke) | 0.60 |
| 05/13/19 | CJF | Research Legal research re: ██████████████ ████████████████████████ | 1.60 |
| 05/13/19 | CJF | Draft and Revise Draft and revise arguments section of response in opposition to motion to vacate conditional transfer order incorporating case law governing transfer to MDL | 0.60 |
| 05/13/19 | RMJ | Draft and Revise significant revisions to response to motion to vacate CTO ██████████████ | 3.10 |
| 05/14/19 | RMJ | Draft and Revise and finalized response to motion to vacate; made addition revisions to sections dealing with related CTO | 3.40 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 18509**                                                                      **Page 6**
**June 28, 2019**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/14/19 | RMJ | Draft and Revise and approve exhibits to response to motion to vacate | 0.50 |
| 05/14/19 | RMJ | Communicate (with client) multiple emails ▮ | 0.30 |
| 05/15/19 | RMJ | Communicate (other external) update to adjustor re: | 0.30 |
| 05/15/19 | RMJ | Draft and Revise work on initial case analysis | 2.20 |
| 05/16/19 | RMJ | Draft and Revise (significant) case analysis report for carrier | 2.50 |
| 05/17/19 | RMJ | Review/analyze order requesting a status update from the parties | 0.10 |
| 05/17/19 | RMJ | Review/analyze ▮ | 0.40 |
| 05/17/19 | RMJ | Draft and Revise continued work on case analysis | 0.60 |
| 05/17/19 | RMJ | Review/analyze order requesting status conference by Judge Covington | 0.10 |
| 05/20/19 | RMJ | Draft and Revise joint status report to Court | 0.50 |
| 05/20/19 | RMJ | Draft and Revise continued work on case analysis | 1.30 |
| 05/21/19 | RMJ | Review/analyze Plaintiff's reply in support of motion to vacate | 0.50 |
| 05/21/19 | RMJ | Review/analyze Plaintiff's notice of filing reply in support of motion to vacate | 0.10 |
| 05/21/19 | RMJ | Draft and Revise revisions to joint status report | 0.10 |
| 05/21/19 | RMJ | Communicate (other external) multiple emails with opposing counsel re: status report to judge | 0.20 |
| 05/22/19 | CJF | Review/analyze Review and analyze Plaintiff's Reply in Support of his Motion to Vacate CTO | 0.30 |
| 05/22/19 | RMJ | Review/analyze paperless order closing briefing | 0.10 |
| 05/22/19 | RMJ | Draft and Revise status update to the carrier | 0.20 |
| 05/24/19 | RMJ | Review/analyze plaintiff's second notice of appearance | 0.10 |
| 05/24/19 | RMK | Review/analyze Donovan's notice of appearance in MDL (NO CHARGE) | 0.10 |

### Summary of Services

| Atty | | Rate | Hours | Amount |
|------|---|------|-------|--------|
| RMK | ROBERT M. KLEIN (M) | 0.00 | 0.70 | 0.00 |
| RMJ | RICHARD M. JONES (M) | 250.00 | 52.80 | 13,200.00 |
| LMS | LELIA M. SCHLEIER (M) | 200.00 | 3.20 | 640.00 |
| CJF | CHRISTOPHER J. FRAGA (M) | 200.00 | 22.00 | 4,400.00 |
| KH1 | KAYLA HECKMAN (M) | 105.00 | 5.00 | 525.00 |
| **Total for Services** | | | **83.70** | **$18,765.00** |

| | |
|---|---|
| **Sub Total** | **$18,765.00** |
| **Your portion of due amount  100 %** | **$18,765.00** |
| **Total for Services and Expenses** | **$18,765.00** |
| **Past Due** | **$12,887.00** |
| **Amount Due** | **$31,652.00** |

## BILLING HISTORY FOR OUTSTANDING AR - THIS BILL

| Matter Code | Date | Bill Number | Fees | Costs | Bill Amount | Balance Due |
|---|---|---|---|---|---|---|
| 194154A | 4/24/2019 | 18186 | 27,487.00 | 0.00 | 27,487.00 | 12,887.00 |
| | | | | | 27,487.00 | 12,887.00 |

# Please return this page with remittance

to
Klein Glasser Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 18509
Bill Date:                      June 28, 2019
Matter Code:                194154A
Matter Name:               DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

|  |  |
|---|---|
| **Sub Total** | **$18,765.00** |
| **Your portion of due amount** | **$18,765.00** |
| **Total for Services and Expenses** | **$18,765.00** |
| **Past Due** | **$12,887.00** |
| **Amount Due** | **$31,652.00** |

Amount enclosed: _____

LAW OFFICES OF



**KG Klein Glasser Park & Lowe**

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156
Telephone 305.670.3700
Fax 305.670.8592
I.D. # 30-0631150

PERSONAL AND CONFIDENTIAL                                    October 25, 2019
Stephen J. Herman, Esquire                          **DEDUCTIBLE BILL NO.: 19102**
Herman, Herman & Katz, LLC
█████████████

Re:     194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
        CLAIM #: MXXL55703 PROSIGHT: EWR0016103
        INS: Stephen J. Herman, Esq, Herman, Herman & Katz
        CLMT: Brian J. Donovan, Esquire/RMK/RMJ
        EMAIL: ██████████████████
        DIRECT ████████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/04/19 | RMJ | Review/analyze latest filings in MDL 2179 matter | 0.40 |
| 06/18/19 | RMJ | Review/analyze order designating the case as not appropriate for oral argument and placing consideration of the motion to transfer on the July 25, 2019 docket | 0.20 |
| 06/18/19 | RMJ | Communicate (with client) ████████████ ████████████████████████ | 0.20 |
| 07/12/19 | RMJ | Draft and Revise work on case analysis for Markel | 3.30 |
| 07/15/19 | RMJ | Draft and Revise Significant work on case analysis for Markel, ████████████████████ | 4.40 |
| 07/15/19 | RMJ | Draft and Revise Continued work on initial case analysis | 4.10 |
| 07/16/19 | RMJ | Draft and Revise Continued work on liability analysis ████████████████████ | 6.50 |
| 07/17/19 | KH1 | Draft and Revise revise and edit our case report to carrier for proofreading purposes (paralegal) (NO CHARGE) | 1.20 |
| 07/17/19 | KH1 | Research ████████████████ ████████████████████ ████████████ (paralegal) | 0.70 |

## KLEIN GLASSER PARK & LOWE P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 19102**                                           **Page 2**
October 25, 2019

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 07/17/19 | RMJ | Draft and Revise completed first draft of case analysis, | 4.50 |
| 07/18/19 | RMJ | Communicate (with client) email from Steve Herman | 0.10 |
| 07/29/19 | RMJ | Review/analyze Brian Donovan's motion to recuse Judge Barbier | 0.40 |
| 07/29/19 | RMJ | Communicate (with client) multiple emails with client re: | 0.20 |
| 07/31/19 | RMK | Review/analyze transfer order from the Multidistrict Litigation Panel | 0.10 |
| 07/31/19 | CJF | Review/analyze Review and analyze MDL No. 2179 transfer order | 0.10 |
| 07/31/19 | RMJ | Review/analyze order transferring case to MDL 2179 | 0.20 |
| 07/31/19 | RMJ | Communicate (with client) multiple emails with client re: | 0.20 |
| 07/31/19 | RMJ | Communicate (with client) multiple emails with carrier re: | 0.20 |
| 07/31/19 | RMJ | Review/analyze Plaintiff's social media to see if any discussion of order has been made | 0.20 |
| 08/09/19 | RMJ | Review/analyze various PTOs filed in the transferred case | 0.40 |
| 08/09/19 | RMJ | Review/analyze Brian Donovan's motion to disqualify Judge Barbier | 0.30 |
| 08/09/19 | RMJ | Review/analyze social media posts of Brian Donovan re: transfer motion | 0.30 |
| 08/16/19 | RMJ | Review/analyze PTO-12 filing requirements | 0.20 |
| 09/11/19 | RMJ | Review/analyze response in opposition to motion to recuse filed by Steve Herman | 0.30 |
| 09/18/19 | CJF | Review/analyze Review and analyze Plaintiff's Reply in Support of Motion to Recuse | 0.30 |
| 09/18/19 | RMJ | Communicate (with client) multiple emails re: | 0.20 |

### Summary of Services

| Atty | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| RMK | ROBERT M. KLEIN (M) | 250.00 | 0.10 | 25.00 |
| RMJ | RICHARD M. JONES (M) | 250.00 | 26.80 | 6,700.00 |
| CJF | CHRISTOPHER J. FRAGA (M) | 200.00 | 0.40 | 80.00 |
| KH1 | KAYLA HECKMAN (M) | 0.00 | 1.20 | 0.00 |
| KH1 | KAYLA HECKMAN (M) | 105.00 | 0.70 | 73.50 |
| **Total for Services** | | | **29.20** | **$6,878.50** |

| | | | **Sub Total** | | | | | **$6,878.50** |

**Your portion of due amount  100 %**      **$6,878.50**

**Total for Services and Expenses**      **$6,878.50**

**Past Due**      **$450.50**

**Amount Due**      **$7,329.00**

## BILLING HISTORY FOR OUTSTANDING AR - THIS BILL

| Matter Code | Date | Bill Number | Fees | Costs | Bill Amount | Balance Due |
|---|---|---|---|---|---|---|
| 194154A | 6/28/2019 | 18509 | 18,765.00 | 0.00 | 18,765.00 | 450.50 |
| | | | | | 18,765.00 | 450.50 |

# Please return this page with remittance

to
Klein Glasser Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 19102
Bill Date:                        October 25, 2019
Matter Code:                   194154A
Matter Name:                  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

| | |
|---|---:|
| **Sub Total** | **$6,878.50** |
| **Your portion of due amount** | **$6,878.50** |
| **Total for Services and Expenses** | **$6,878.50** |
| **Past Due** | **$450.50** |
| **Amount Due** | **$7,329.00** |

Amount enclosed: _____

LAW OFFICES OF



**KG Klein Glasser Park & Lowe**

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156
Telephone 305.670.3700
Fax 305.670.8592
I.D. # 30-0631150

PERSONAL AND CONFIDENTIAL
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
██████████████

January 14, 2020
**DEDUCTIBLE BILL NO.: 19482**

Re: 194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
CLAIM #: MXXL55703 PROSIGHT: EWR0016103
INS: Stephen J. Herman, Esq, Herman, Herman & Katz
CLMT: Brian J. Donovan, Esquire/RMK/RMJ
EMAIL: ████████████████
DIRECT ██████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/08/19 | RMJ | Review/analyze order denying Donovan's motion to recuse | 0.30 |
| 11/09/19 | RMJ | Communicate (with client) multiple emails with client re: ██████████████ | 0.20 |
| 11/11/19 | CJF | Review/analyze Review and analyze Order on Donovan's Motion to Recuse (NO CHARGE) | 0.20 |
| 11/11/19 | CJF | Communicate (with client) ████████████ ████████████████ (NO CHARGE) | 0.20 |
| 11/11/19 | RMJ | Communicate (with client) ████████████ | 0.20 |

**Summary of Services**

| Atty | | Rate | Hours | Amount |
|------|---|------|-------|--------|
| RMJ | RICHARD M. JONES (M) | 250.00 | 0.70 | 175.00 |
| CJF | CHRISTOPHER J. FRAGA (M) | 0.00 | 0.40 | 0.00 |
| **Total for Services** | | | **1.10** | **$175.00** |

| | | |
|---|---|---|
| **Sub Total** | | **$175.00** |
| **Your portion of due amount  100 %** | | **$175.00** |
| **Total for Services and Expenses** | | **$175.00** |

# Please return this page with remittance

to
Klein Glasser Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 19482
Bill Date:                    January 14, 2020
Matter Code:             194154A
Matter Name:            DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

|  |  |
|---|---|
| **Sub Total** | **$175.00** |
| **Your portion of due amount** | **$175.00** |
| **Total for Services and Expenses** | **$175.00** |

Amount enclosed: _____

LAW OFFICES OF

# K P Klein Park & Lowe

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156

I.D. # 30-0631150

MIAMI OFFICE
Telephone 305.670.3700
Fax 305.670.8592

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

PERSONAL AND CONFIDENTIAL
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
████████████████

January 29, 2021
**DEDUCTIBLE BILL NO.: 21399**

Re:  194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
     CLAIM #: MXXL55703 PROSIGHT: EWR0016103
     INS: Stephen J. Herman, Esq, Herman, Herman & Katz
     CLMT: Brian J. Donovan, Esquire/RMK/RMJ
     EMAIL: ████████████████
     DIRECT NO..(████████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/20/20 | RMJ | Review/analyze multiple orders and motions filed in MDL-2179 to prepare report to Markel\Prosight (NO CHARGE) | 0.30 |
| 02/21/20 | RMJ | Communicate (with client) follow up to carrier that ████████ (NO CHARGE) | 0.10 |
| 03/27/20 | RMK | Review/analyze Defendant Herman's Motion to Dismiss (NO CHARGE) | 0.10 |
| 03/27/20 | RMK | Review/analyze Judgment Dismissing Defendant Herman (NO CHARGE) | 0.10 |
| 03/30/20 | RMK | Review/analyze Order granting Herman's Motion to Dismiss (NO CHARGE) | 0.30 |
| 03/31/20 | LMS | Review/analyze Review and analysis of MDL procedures and relevant legal authority re: when appeal can be taken by plaintiff in light of order granting dismissal with prejudice (NO CHARGE) | 0.50 |
| 11/16/20 | RMK | Communicate (with client) letter to Stephen Herman advising ████████████████████ | 0.20 |
| 11/16/20 | RMK | Communicate (with client) email to Chad Zupke ████████████████ | 0.20 |
| 11/16/20 | RMJ | Review/analyze (initial) voluminous 180 page RICO complaint (billed at 50 percent) | 0.80 |
| 11/16/20 | RMJ | Review/analyze status of various Donovan related cases; including the four dismissed plaintiffs cases (billed at 50 percent) | 0.60 |
| 11/16/20 | RMJ | Review/analyze Donovan qui tam case that was unsealed and voluntarily dismissed (billed at 50 percent) | 0.40 |

# Klein Park & Lowe, P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 21399**                                                    **Page 2**
**January 29, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/16/20 | RMJ | Communicate (with client) multiple emails with clients ███████████ (billed at 50 percent) | 0.20 |
| 11/17/20 | RMK | Communicate (with client) email to and from Chad Zupke re: ████████████████████ | 0.20 |
| 11/18/20 | RMJ | Review/analyze interested persons and corporate disclosure order (billed at 50 percent) | 0.10 |
| 11/18/20 | RMJ | Review/analyze previously filed Motions to Dismiss; Motions to Transfer; and other core documents from previous dispute with Donovan (billed at 50 percent) | 0.30 |
| 11/18/20 | RMJ | Review/analyze Continued review of voluminous complaint to evaluate possible res juidicata defenses; review of docket and any signs of possible service (billed at 50 percent) | 0.50 |
| 11/19/20 | RMJ | Review/analyze ████████████████████ ████████████████████ (billed at 50 percent) | 0.40 |
| 11/23/20 | RMJ | Review/analyze comparison of the original complaint to the new complaint (billed at 50 percent) | 0.30 |
| 11/23/20 | RMJ | Review/analyze JMPL transfer notice and briefing schedule (billed at 50 percent) | 0.20 |
| 11/23/20 | RMJ | Communicate (with client) Extended telephone conference with client to discuss case | 0.40 |
| 11/23/20 | RMK | Review/analyze file review in preparation for telephone conference with Jim Roy and Steve Herman, ████████████████████ | 0.40 |
| 11/23/20 | RMK | Communicate (with client) telephone conference with Jim Roy and Steve Herman ████████████████ (billed at 50 percent) | 0.20 |
| 11/30/20 | RMJ | Review/analyze multiple orders re: Donovan's opposition to CTO (billed at 50 percent) | 0.10 |
| 11/30/20 | RMJ | Communicate (with client) multiple emails with client re: ████████████ | 0.20 |
| 12/10/20 | RMJ | Review/analyze Donovan's Motion to Vacate conditional transfer order with brief in support (billed at 50 percent) | 0.40 |
| 12/11/20 | RMJ | Draft and Revise outlines of argument in support of transfer to MDL and in support of CTO-140 (billed at 50 percent) | 0.30 |
| 12/14/20 | RMJ | Review/analyze Donovan's exhibit package for Motion to Vacate CTO (billed at 50 percent) | 0.50 |
| 12/14/20 | RMJ | Draft and Revise begin work on opposition to Donovan's Motion to Vacate CTO (billed at 50 percent) | 0.90 |
| 12/15/20 | RMJ | Draft and Revise work on opposition to Motion to Vacate CTO (billed at 50 percent) | 0.30 |

## Klein Park & Lowe, P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 21399**                                                                                    **Page 3**
**January 29, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/16/20 | RMJ | Draft and Revise Continued drafting response in opposition to Motion to Vacate (billed at 50 percent) | 1.10 |
| 12/16/20 | RMJ | Review/analyze documents filed in MD. Fla re: Notice of CTO-140 (billed at 50 percent) | 0.10 |
| 12/17/20 | RMJ | Communicate (other outside counsel) Extended telephone conference with all defense counsel re: response to CTO-140 (billed at 50 percent) | 0.50 |
| 12/17/20 | RMJ | Plan and prepare for meeting with all defense counsel to discuss approach to Motion to Vacate (billed at 50 percent) | 0.30 |
| 12/18/20 | RMJ | Review/analyze authorities on ███████████ ███████████ (billed at 50 percent) | 0.30 |
| 12/18/20 | RMJ | Draft and Revise work on response to Motion to Vacate CTO-140 including work on Barbier issue (billed at 50 percent) | 0.20 |
| 12/21/20 | RMJ | Draft and Revise (continued) work on opposition to Motion to Vacate CTO-140 including work on Barbier issue (billed at 50 percent) | 1.10 |
| 12/21/20 | RMJ | Draft and Revise continued review of prior filings by Donovan to prepare opposition to motion to vacate CTO-140; including detailed review of order, motions , complaints, etc for similarities (billed at 50 percent) | 0.60 |
| 12/22/20 | RMJ | Communicate (other outside counsel) telephone conference meeting with all defense counsel re: joint approach to complaint (billed at 50 percent) | 0.40 |
| 12/22/20 | RMJ | Draft and Revise continued work on Response in Opposition to Motion to Vacate CTO-140; continued work on section of paper comparing Donovan I to Donovan II (billed at 50 percent) | 1.10 |
| 12/23/20 | RMJ | Draft and Revise continued analysis of Donovan I and Donovan II complaints to prepare Response to Motion to Vacate CTO-140; detailed analysis of same (billed at 50 percent) | 0.70 |
| 12/24/20 | RMJ | Draft and Revise continued work on Response to Motion to Vacate CTO-140; drafting of short argument re: Barbier recusal issue; research re: same to bring into alignment with findings and agreed approach of all defense counsel (billed at 50 percent) | 0.40 |
| 12/28/20 | RMJ | Review/analyze Co-Defendant's Response in Opposition to Motion to Vacate with focus on Barbier issue (billed at 50 percent) | 0.20 |
| 12/28/20 | RMJ | Draft and Revise Continued work on Response in Opposition to Motion to Vacate CTO-140; reworked entire argument section to incorporate comparison of allegations in Donovan I complaint with Donovan II (billed at 50 percent) | 2.20 |

# Klein Park & Lowe, P.L.

Client Ref: 194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 21399**                                                                 **Page 4**
**January 29, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/28/20 | RMJ | Draft and Revise revisions to Response in Opposition to Motion to Vacate CTO-140; added arguments re: RICO claim merely repackaged version of eight-step fraud theory (billed at 50 percent) | 1.50 |
| 12/28/20 | RMJ | Draft and Revise Completed first draft of Response in Opposition to Motion to Vacate CTO-140 (billed at 50 percent) | 0.60 |
| 12/30/20 | RMJ | Review/analyze Co-Defendant's Response in Opposition to Motion to Vacate (billed at 50 percent) | 0.20 |
| 12/30/20 | RMJ | Draft and Revise Completed revisions to Motion to Vacate CTO-140 based upon further analysis and research (billed at 50 percent) | 1.20 |
| 12/31/20 | RMJ | Communicate (other external) Extended telephone conference with all counsel re: filings for Monday (billed at 50 percent) | 0.30 |
| 12/31/20 | RMJ | Draft and Revise minor revisions to Response to Motion to Vacate CTO-140 (billed at 50 percent) | 0.20 |

## Summary of Services

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| RMK | ROBERT M. KLEIN (M) | 0.00 | 0.50 | 0.00 |
| RMK | ROBERT M. KLEIN (M) | 250.00 | 1.20 | 300.00 |
| RMJ | RICHARD M. JONES (M) | 0.00 | 0.40 | 0.00 |
| RMJ | RICHARD M. JONES (M) | 250.00 | 20.10 | 5,025.00 |
| LMS | LELIA M. SCHLEIER (M) | 0.00 | 0.50 | 0.00 |
| **Total for Services** | | | **22.70** | **$5,325.00** |

|  | | | |
|--|--|--|--|
| | **Sub Total** | | **$5,325.00** |
| | **Your portion of due amount  100 %** | | **$5,325.00** |
| | **Total for Services and Expenses** | | **$5,325.00** |

# Please return this page with remittance

to
Klein Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 21399
Bill Date:                        January 29, 2021
Matter Code:                 194154A
Matter Name:                DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

|  |  |
|---|---|
| **Sub Total** | **$5,325.00** |
| **Your portion of due amount** | **$5,325.00** |
| **Total for Services and Expenses** | **$5,325.00** |

Amount enclosed: _____

LAW OFFICES OF

# K P Klein Park & Lowe

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156

I.D. # 30-0631150

MIAMI OFFICE
Telephone 305.670.3700
Fax 305.670.8592

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

PERSONAL AND CONFIDENTIAL
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
███████████████

April 29, 2021
**DEDUCTIBLE BILL NO.: 21798**

Re:     194154A  DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
        CLAIM #: MXXL55703 PROSIGHT: EWR0016103
        INS: Stephen J. Herman, Esq, Herman, Herman & Katz
        CLMT: Brian J. Donovan, Esquire/RMK/RMJ
        EMAIL: ████████████████████
        DIRECT ████████████████████████

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/04/21 | RMJ | Review/analyze and finalized response in opposition to motion to vacate; completed citation review; review of exhibits, edited motion to stylistic conform to co-defendants' anticipated submissions (billed at 50 percent) | 2.20 |
| 01/04/21 | RMJ | Communicate (other external) email to all counsel re: caught issue in conducting citation check (billed at 50 percent) | 0.10 |
| 01/04/21 | RMJ | Communicate (with client) status report to carrier (billed at 50 percent) | 0.20 |
| 01/04/21 | RMJ | Review/analyze co-defendant's respective oppositions to CTO-140 motion to vacate (billed at 50 percent) | 0.20 |
| 01/08/21 | RMJ | Review/analyze Donovan's objections to proposed settlement (where he basically repeats his 8-step fraud argument) (billed at 50 percent) | 0.20 |
| 01/11/21 | RMJ | Review/analyze Plaintiff's response to response in opposition to motion to vacate (billed at 50 percent) | 0.20 |
| 01/26/21 | RMJ | Review/analyze paperless order disposing of Donovan's surreply (billed at 50 percent) | 0.10 |
| 01/26/21 | RMJ | Review/analyze Plaintiff's motion for permission to file motion for clarification (billed at 50 percent) | 0.10 |
| 02/03/21 | RMJ | Communicate (with client) multiple emails with carriers re: ███████████████ ████ ) | 0.20 |
| 02/04/21 | RMJ | Communicate (other external) status report to carrier ████████████████████ | 0.10 |
| 02/04/21 | RMJ | Review/analyze order transferring case to MDL 2179 (billed at 50 percent) | 0.20 |

# Klein Park & Lowe, P.L.

Client Ref:   194154 - DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.
**DEDUCTIBLE BILL NO.: 21798**                                                                **Page 2**
**April 29, 2021**

### Summary of Services

| Atty | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| RMJ | RICHARD M. JONES (M) | 250.00 | 3.80 | 950.00 |
| **Total for Services** | | | **3.80** | **$950.00** |

|  |  |
|---|---|
| **Sub Total** | **$950.00** |
| **Your portion of due amount  100 %** | **$950.00** |
| **Total for Services and Expenses** | **$950.00** |

# Please return this page with remittance

to
Klein Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 21798
Bill Date:                    April 29, 2021
Matter Code:            194154A
Matter Name:           DONOVAN, ESQ., BRIAN J. STEPHEN J. HERMAN, ESQ.

|  |  |
|---|---|
| **Sub Total** | **$950.00** |
| **Your portion of due amount** | **$950.00** |
| **Total for Services and Expenses** | **$950.00** |

Amount enclosed: _____

LAW OFFICES OF

# K P Klein Park & Lowe

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156

I.D. # 30-0631150

MIAMI OFFICE
Telephone 305.670.3700
Fax 305.670.8592

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

PERSONAL AND CONFIDENTIAL
James Roy, Esquire
Domengeaux Wright Roy & Edwards, LLC
██████████████      ██████

January 28, 2021
**DEDUCTIBLE BILL NO.: 21400**

Re:      204585A  DONOVAN, BRIAN J. v JAMES P. ROY
         CLM #:  020191412901 ELEC:
         INS: James Roy, Esquire
         CLMT: Brian J. Donovan/RMJ/RMK
         OFFICE: ████████████████████████
         DIRECT: ██████████████████████████
         Deductible:      $25,000.00

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/16/20 | RMK | Communicate (with client) email to Jim Roy ██████ ████████████████████████████ | 0.10 |
| 11/16/20 | RMK | Communicate (other external) Extended telephone conference with David Marseilles ████████████ ████ | 0.40 |
| 11/16/20 | RMJ | Review/analyze (initial) voluminous 180 page RICO complaint (billed at 50 percent) | 0.80 |
| 11/16/20 | RMJ | Review/analyze status of various Donovan related cases; including the four dismissed Plaintiff's cases (billed at 50 percent) | 0.60 |
| 11/16/20 | RMJ | Review/analyze Donovan qui tam case that was unsealed and voluntarily dismissed (billed at 50 percent) | 0.40 |
| 11/16/20 | RMJ | Communicate (with client) multiple emails with clients ████████████████████ (billed at 50 percent) | 0.20 |
| 11/18/20 | RMK | Communicate (with client) new file acknowledgment correspondence to David Marsielle (NO CHARGE) | 0.20 |
| 11/18/20 | RMK | Communicate (with client) retention to represent correspondence to insured along with statement of insured's rights (NO CHARGE) | 0.20 |
| 11/18/20 | RMJ | Review/analyze interested persons and corporate disclosure order (billed at 50 percent) | 0.10 |
| 11/18/20 | RMJ | Review/analyze previously filled Motions to Dismiss; Motions to Transfer, and other core documents from previous dispute with Donovan (billed at 50 percent) | 0.30 |

# Klein Park & Lowe, P.L.

Client Ref:   204585 - DONOVAN, BRIAN J. v JAMES P. ROY
**DEDUCTIBLE BILL NO.: 21400**                                           **Page 2**
**January 28, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/18/20 | RMJ | Review/analyze continued review of voluminous complaints to evaluate ███████████████ ████████ billed at 50 percent ) | 0.50 |
| 11/19/20 | RMJ | Review/analyze ██████ ████████████████████ ██████ (billed at 50 percent) | 0.40 |
| 11/23/20 | RMK | Review/analyze file review in preparation for telephone conference with Jim Roy and Steve Herman, including history of prior litigation (billed at 50 percent) | 0.40 |
| 11/23/20 | RMK | Communicate (with client) telephone conference with Jim Roy and Steve Herman to discuss ████████ (billed at 50 percent) | 0.20 |
| 11/23/20 | RMJ | Review/analyze comparison of the original complaint to new complaint (billed at 50 percent) | 0.30 |
| 11/23/20 | RMJ | Review/analyze JMPL transfer notice and briefing schedule (billed at 50 percent) | 0.20 |
| 11/30/20 | RMJ | Review/analyze multiple orders re: Donovan's opposition to CTO (billed at 50 percent) | 0.10 |
| 12/01/20 | RMJ | Draft and Revise outlines of Argument in Support of Transfer to MDL and in support of CTO-140 (billed at 50 percent) | 0.30 |
| 12/10/20 | RMJ | Review/analyze Donovan's Motion to Vacate Conditional Transfer Order with brief in support (billed at 50 percent) | 0.40 |
| 12/14/20 | RMJ | Review/analyze Donovan's exhibit package for Motion to Vacate CTO (billed at 50 percent) | 0.50 |
| 12/14/20 | RMJ | Draft and Revise begin work on opposition to Donovan's Motion to Vacate CTO (billed at 50 percent) | 0.90 |
| 12/15/20 | RMJ | Draft and Revise work on opposition to Motion to Vacate CTO (billed at 50 percent) | 0.30 |
| 12/16/20 | RMJ | Review/analyze continued drafting Response in Opposition to Motion to Vacate (billed at 50 percent) | 1.10 |
| 12/16/20 | RMJ | Review/analyze documents filed in MD. Fla re: Notice of CTO-140 (billed at 50 percent) | 0.10 |
| 12/17/20 | RMJ | Communicate (with client) multiple emails with client re: ███████████ | 0.30 |
| 12/17/20 | RMJ | Communicate (other outside counsel) extended telephone conference with all defense counsel re: ████████ (billed at 50 percent) | 0.50 |
| 12/17/20 | RMJ | Plan and prepare for meeting with all defense counsel to discuss ████████████ (billed at 50 percent) | 0.30 |
| 12/18/20 | RMJ | Communicate (with client) email from and to James Roy re: ██████████ | 0.50 |

# Klein Park & Lowe, P.L.

Client Ref:   204585 - DONOVAN, BRIAN J. v JAMES P. ROY
**DEDUCTIBLE BILL NO.: 21400**                                                          **Page 3**
**January 28, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/18/20 | RMJ | Draft and Revise work on Response to Motion to Vacate CTO-140 including work on Barbier issue (billed at 50 percent) | 0.20 |
| 12/18/20 | RMJ | Review/analyze authorities on ███████████ ████████████ (billed at 50 percent) | 0.30 |
| 12/21/20 | RMJ | Review/analyze Continued review of prior filings by Donovan to prepare Opposition to Motion to Vacate cto-140; including detailed review of order, motions, complaints, etc for similarities (billed at 50 percent) | 0.60 |
| 12/21/20 | RMJ | Draft and Revise (continued) work on opposition to Motion to Vacate CTO-140 including work on Barbier issue (billed at 50 percent) | 1.10 |
| 12/22/20 | RMJ | Communicate (other outside counsel) Telephone conference meeting with all defense counsel re: ██████ ████████████████ (billed at 50 percent) | 0.40 |
| 12/22/20 | RMJ | Draft and Revise continued work on Response in Opposition to Motion to Vacate cto-140; continued work on section of paper comparing Donovan I to Donovan II (billed at 50 percent) | 1.10 |
| 12/23/20 | RMJ | Draft and Revise continued analysis of Donovan I and Donovan II complaints to prepare Response to Motion to Vacate CTO-140; detailed analysis of same (billed at 50 percent) | 0.70 |
| 12/24/20 | RMJ | Draft and Revise continued work on Response to Motion to Vacate CTO-140; drafting of short argument re: ████████████████; research re: same to bring into alignment with findings and agreed approach of all defense counsel (billed at 50 percent) | 0.40 |
| 12/28/20 | RMJ | Review/analyze Co-Defendant's Response in Opposition to Motion to Vacate with focus on Barbier issue (billed at 50 percent) | 0.20 |
| 12/28/20 | RMJ | Draft and Revise continued work on Response in Opposition to Motion to Vacate CTO-140; reworked entire argument section to incorporate ████████ ██████████████████████ (billed at 50 percent) | 2.20 |
| 12/28/20 | RMJ | Draft and Revise revisions to Response in Opposition to Motion to Vacate CTO-140; added arguments re: RICO claim merely repackaged version of eight-step fraud theory (billed at 50 percent) | 1.50 |
| 12/28/20 | RMJ | Draft and Revise (completed) first draft of Response in Opposition to Motion to Vacate CTO-140 (billed at 50 percent) | 0.60 |
| 12/30/20 | RMJ | Review/analyze Co-Defendant's Response in Opposition to Motion to Vacate (billed at 50 percent) | 0.20 |
| 12/30/20 | RMJ | Draft and Revise (completed) revisions to Motion to Vacate CTO-140 based upon further analysis and research (billed at 50 percent) | 1.20 |

# Klein Park & Lowe, P.L.

Client Ref:   204585 - DONOVAN, BRIAN J. v JAMES P. ROY
**DEDUCTIBLE BILL NO.: 21400**                                                                        **Page 4**
**January 28, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/31/20 | RMJ | Communicate (other external) extended telephone conference with all counsel re: ▮▮▮▮▮▮ (billed at 50 percent) | 0.30 |
| 12/31/20 | RMJ | Draft and Revise minor revisions to Response to Motion to Vacate CTO-140 (billed at 50 percent) | 0.20 |

## Summary of Services

| Atty | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| RMK | ROBERT M. KLEIN (M) | 0.00 | 0.40 | 0.00 |
| RMK | ROBERT M. KLEIN (M) | 225.00 | 1.10 | 247.50 |
| RMJ | RICHARD M. JONES (M) | 225.00 | 20.30 | 4,567.50 |
| **Total for Services** | | | **21.80** | **$4,815.00** |

|  |  |
|--|--|
| **Sub Total** | **$4,815.00** |
| **Your portion of due amount  100 %** | **$4,815.00** |
| **Total for Services and Expenses** | **$4,815.00** |

# Please return this page with remittance

to
Klein Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 21400
Bill Date:                    January 28, 2021
Matter Code:              204585A
Matter Name:             DONOVAN, BRIAN J. v JAMES P. ROY

| | |
|---|---|
| **Sub Total** | **$4,815.00** |
| **Your portion of due amount** | **$4,815.00** |
| **Total for Services and Expenses** | **$4,815.00** |

Amount enclosed: _____

LAW OFFICES OF

# K P Klein Park & Lowe

Two Datran Center - Suite 2000
9130 South Dadeland Boulevard
Miami, Florida 33156

I.D. # 30-0631150

MIAMI OFFICE
Telephone 305.670.3700
Fax 305.670.8592

WEST PALM BEACH OFFICE
Telephone 561.655.1500
Fax 561.659.2093

PERSONAL AND CONFIDENTIAL
James Roy, Esquire
Domengeaux Wright Roy & Edwards, LLC
██████████████████

April 29, 2021
**DEDUCTIBLE BILL NO.: 21799**

Re:      204585A  DONOVAN, BRIAN J. v JAMES P. ROY
         CLM #:  020191412901 ELEC:
         INS: James Roy, Esquire
         CLMT: Brian J. Donovan/RMJ/RMK
         OFFICE: ███████████████████
         DIRECT: ████████████████████
         Deductible:      $25,000.00

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/04/21 | RMJ | Review/analyze and finalized response in opposition to motion to vacate; completed citation review; review of exhibits, edited motion to stylistic conform to co-defendants' anticipated submissions (billed at 50 percent) | 2.20 |
| 01/04/21 | RMJ | Communicate (other external) email to all counsel re: ████████████████████ (billed at 50 percent) | 0.10 |
| 01/04/21 | RMJ | Communicate (with client) status report to carrier (billed at 50 percent) | 0.20 |
| 01/04/21 | RMJ | Review/analyze co-defendant's respective oppositions to CTO-140 motion to vacate (billed at 50 percent) | 0.20 |
| 01/08/21 | RMJ | Review/analyze Donovan's objections to proposed settlement (where he basically repeats his 8-step fraud argument) (billed at 50 percent) | 0.20 |
| 01/11/21 | RMJ | Review/analyze Plaintiff's response to response in opposition to motion to vacate (billed at 50 percent) | 0.20 |
| 01/26/21 | RMJ | Review/analyze paperless order disposing of Donovan's surreply (billed at 50 percent) | 0.10 |
| 01/26/21 | RMJ | Review/analyze Plaintiff's motion for permission to file motion for clarification (billed at 50 percent) | 0.10 |
| 02/03/21 | RMJ | Communicate (with client) multiple emails with carriers re: status of transfer order (billed at 50 percent) | 0.20 |
| 02/04/21 | RMJ | Review/analyze order transferring case to MDL 2179 (billed at 50 percent) | 0.20 |

# Klein Park & Lowe, P.L.

Client Ref:   204585 - DONOVAN, BRIAN J. v JAMES P. ROY
**DEDUCTIBLE BILL NO.: 21799**                                                              **Page 2**
**April 29, 2021**

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/04/21 | RMJ | Communicate (other external) status report to carrier | 0.10 |

### Summary of Services

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| RMJ | RICHARD M. JONES (M) | 225.00 | 3.80 | 855.00 |
| **Total for Services** | | | **3.80** | **$855.00** |

|  |  |
|--|--|
| **Sub Total** | **$855.00** |
| **Your portion of due amount  100 %** | **$855.00** |
| **Total for Services and Expenses** | **$855.00** |

# Please return this page with remittance

to
Klein Park & Lowe, P.L.
9130 South Dadeland Blvd.
Suite 2000
Miami, Florida  33156
(305)670-3700

DEDUCTIBLE BILL NO.: 21799
Bill Date:                    April 29, 2021
Matter Code:              204585A
Matter Name:             DONOVAN, BRIAN J. v JAMES P. ROY

|  |  |
|---|---|
| **Sub Total** | **$855.00** |
| **Your portion of due amount** | **$855.00** |
| **Total for Services and Expenses** | **$855.00** |

Amount enclosed: _____