UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 |
| | SECTION J |
| This Document Relates to:<br>*Donovan v. Barbier; et al*<br>2:21:cv-00237 | JUDGE CARL J. BARBIER |
| | MAGISTRATE<br>DONNA PHILLIPS CURRAULT |

## **AFFIDAVIT OF EDWARD W. TRAPOLIN**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared

EDWARD W. TRAPOLIN

Who, after being duly sworn, did attest that:

1. I am a 2001 graduate of the Loyola University New Orleans College of Law, where I was a member of the Law Review;

2. I am admitted to practice law in all the state and federal courts in Louisiana (2001) and Mississippi (2004), as well as the United States Court of Appeals, Fifth Circuit, and the Supreme Court of the United States.

3. I became a partner of Irwin Fritchie Urquhart & Moore LLC in 2008.

4. I am member of the Defense Research Institute, Professional Liability Defense Federation, Counsel on Litigation Management, Thomas More Loyola Law School American Inn of Court (where I served as President from 2015 to 2017, and remain on

00805568

1

Exhibit 3

the Inn's Executive Committee); American Inns of Court, Leadership Summits Advisory Group; Federal Bar Association; Louisiana State Bar Association; Mississippi State Bar Association, and the New Orleans Bar Association;

5. I have earned the AV Preeminent, Martindale-Hubbell rating and have been recognized by Best Lawyers in America: Professional Malpractice Law - Defendants (2015-2021); Louisiana Super Lawyers, Professional Liability Defense; New Orleans Magazine Top Lawyers: Legal Malpractice Law; CityBusiness Leadership in Law, 2016; and received the Pro Bono Project Distinguished service award for over 100 hours of volunteered legal services, as well as the Loyola University Gillis Long Public Service Award, 2003;

6. Although the focus of my practice over the last fifteen years has been in professional liability and specifically legal malpractice defense, I have an active litigation practice handling claims involving Insurance, Casualty, Professional Liability, Toxic Torts, Premises Liability, Products Liability, Labor & Employment, Commercial Litigation, and Construction disputes.

7. I am a frequent volunteer for the less fortunate in our community by and through Ozanam Inn, the Pro Bono Project, and Covenant House.

8. I am also a frequent presenter on issues involving legal professional liability and ethics.

9. I am the partner with primary responsibility for this matter and have worked for the respective professional liability insurers Westport Insurance Company ("Westport"), which provides professional liability insurance coverage for James P. Roy and the law firm of Domengeaux Wright Roy & Edwards, L.L.C., and Markel Insurance Company ("Markel"), which provides professional liability insurance for Stephen J. Herman and the law firm of Herman, Herman & Katz, L.L.C., for more than five years;

10. I am personally aware, as a relationship partner with various clients, that Irwin Fritchie Urquhart & Moore LLC has a "standard" partner rate of $370.00 per hour and that the Firm has negotiated partner rates both above and below the "standard" rate.

11. The hourly rate charged to and paid by Westport and Markel for legal services provided by partners of the firm, including the captioned matter is a discounted rate of $225.00 per hour;[1]

12. In my role a defense counsel representing lawyers in the New Orleans area who are sued in legal malpractice and in fee disputes, I frequently receive and review attorney fee arrangements and invoices for legal services;

13. In my experience, the hourly rates charged to and paid by Westport and Markel fall within a range of fees that I have seen from partners providing similar legal services in the New Orleans area;

14. I attach as Exhibit A a copy of the contemporaneous time records or legal invoices kept by Irwin Fritchie Urquhart & Moore LLC reflecting the legal services, fees, and expenses provided to Mr. Herman (Markel) in responding to *Donovan III* and related to the Motion.

15. I attach as Exhibit B a copy of the contemporaneous time records or legal invoices kept by Irwin Fritchie Urquhart & Moore LLC reflecting the legal services, fees, and expenses provided to Mr. Roy (Westport) in responding to *Donovan III* and related to the Motion.

16. The Firm's invoices for services provided in *Donovan III* and that reflect the hours and costs billed from initial referral through the receipt and review of this Court's August 2,

---

[1] The Westport rate on initial assignment was $150.00/hour as reflected on the first invoice. After then, the rates were coordinated at $225.00/hour and the fees split amongst the insureds/insurers.

00805568

2021 Order and Reasons on the Motion for Sanctions and to Enjoin Further Frivolous Filings ("Motion") (Rec. Doc. 26999);[2]

17. The total amount of attorneys' fees and costs incurred during the *Donovan III* representation was $20,869.20 with $11,565.00 in legal fees and expenses charged to Mr. Herman[3] and $9,304.20 charged to Mr. Roy. *Id.*[4]

18. The amount of attorneys' fees and costs reflected in this affidavit and in the records provided to this Court does not include any fees or costs that were reduced or otherwise not approved by either Markel or Westport.

19. I provide this affidavit based on my own personal involvement with and knowledge of this matter.

FURTHER, AFFIANT SAYETH NOT.

_____
EDWARD W. TRAPOLIN

Sworn to and subscribed before me this 13th day of August 2021.

_____
NOTARY PUBLIC

My commission expires @ death

McDonald G. Provosty
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
LA Bar Roll No. 29389
My Commission is issued for Life.

---

[2] No reimbursement is being sought related to the preparation of the Motion to Fix Attorney's Fees.
[3] The invoices for legal services to Mr. Herman in Donovan III were reduced by a total of $1,522.50, which is not included in this number. In addition, some fees have been incurred but not yet billed and that is why the term "charged" is used in relation to the IFUM fees.
[4] The amounts charged to Mr. Roy include $9,225.00 in legal fees and $79.20 in expenses.

00805568