Irwin Fritchie Urquhart & Moore LLC
Time and Expense Details by Matter 10194.3

Inception - 8/2/2021

| Invoice Date | Invoice Number | Invoice Amount | Adjustments |
|---|---|---|---|
| 4/13/2021 | 83519 | $7,830.00 | $0.00 |
| 7/13/2021 | 84984 | $1,890.00 | $0.00 |
| Unbilled | | $1,845.00 | |
| Total for 10194.3 | | $11,565.00 | |

Exhibit 3-A

# Irwin Fritchie Urquhart & Moore LLC

400 POYDRAS STREET SUITE 2700
NEW ORLEANS, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

---

July 13, 2021

Markel
Attn: Chad A. Zupke
10275 West Higgins Road, Suite 750
Rosemont, IL 60018

Client: 10194
Matter: 00003
Invoice #: 84984

RE: Markel/ Brian Donovan vs. Carl Barbier, et al

    Claim # MXXL55703
    Submit in Bottomline Legal-X

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/21 | GAF | Receipt and review of 2 emails from Steve Herman re ███. | 0.20 | $225.00 | $45.00 |
| 04/12/21 | EWT | Telephone conference with Ms. Munson regarding ███ | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of e-mail from Ms. Munson ███ | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to motion for sanctions forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to Mr. Juneau's motion to enjoin forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Multiple email exchanges with clients regarding ███ | 0.20 | $225.00 | $45.00 |
| 04/13/21 | GAF | Receipt and review of email from Steve Herman re ███. | 0.10 | $225.00 | $22.50 |
| 04/15/21 | GAF | Receipt and review of email from S. LeBouef re our motion to enroll submitted to the court. | 0.10 | $225.00 | $22.50 |
| 04/15/21 | GAF | Receipt and review of email from Ben Allums re no need to send him copies of motion to enroll. | 0.10 | $225.00 | $22.50 |
| 04/15/21 | GAF | Receipt and review of email from Steve Herman re ███. | 0.10 | $225.00 | $22.50 |
| 04/16/21 | GAF | Receipt and review of email from Steve | 0.10 | $225.00 | $22.50 |

**Client #:**  **10194**       **Matter #:**  **00003**       **Invoice #:**  **84984**       **Page**  **2**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Herman re ▮▮▮▮▮. | | | |
| 04/16/21 | EWT | Receipt and review of order granting enrollment o/b/o Herman | 0.10 | $225.00 | $22.50 |
| 04/19/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/20/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/20/21 | EWT | Receipt and review of Donovan's motion for leave to file reply, proposed pleading, and order denying same | 0.20 | $225.00 | $45.00 |
| 04/21/21 | GAF | Receipt and review of 2 emails from Steve Herman and Jim Roy ▮▮▮▮▮. | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for leave to file reply and proposed reply briefing from Ms. Munson | 0.20 | $225.00 | $45.00 |
| 04/21/21 | EWT | Receipt and review of briefing order from Ms. Munson | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for clarification and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/26/21 | EWT | Receipt and review of Donovan's request for oral argument and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/27/21 | GAF | Receipt and review of email from Steve Herman re ▮▮▮▮▮. | 0.10 | $225.00 | $22.50 |
| 04/27/21 | GAF | Receipt and review of email from Steve Herman re ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | GAF | Receipt and review of email from K. Munson re ▮▮▮▮▮. | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of judge's order and reasons denying Donovan's multiple motions and enjoining him from filing any additional pleadings until court rules | 0.30 | $225.00 | $67.50 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of e-mail from Ms. Munson ▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ▮▮▮▮▮. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Study proposed reply to Donovan's latest | 0.10 | $225.00 | $22.50 |

| **Client #:** | **10194** | **Matter #:** | **00003** | **Invoice #:** | **84984** | **Page** | **3** |
|---|---|---|---|---|---|---|---|
| | | | filings. | | | | |
| 04/28/21 | GAF | | Receipt and review of email from K. Munson re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | | Receipt and review of email from Steve Herman re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | | Email clients re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | | Receipt and review of email from K. Munson re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | | Receipt and review of email from Steve Herman re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | | Receipt and review of 2 emails from Steve Herman and Jim Roy re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | EWT | | Receipt and review of e-mail from Mr. Herman with recently filed pleadings by Mr. Donovan | | 0.10 | $225.00 | $22.50 |
| 04/28/21 | EWT | | Multiple email exchanges with clients ▮▮▮▮▮▮ | | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | | Receipt and review of Donovan's second motion for clarification | | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | | Receipt and review of draft reply brief for Mr. Juneau from Ms. Munson | | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | | Document preparation re: drafting proposed reply in support of motion for sanctions and addressing Donovan's arguments in opposition | | 1.50 | $225.00 | $337.50 |
| 04/28/21 | EWT | | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮▮ | | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | | Final revision and file Reply brief | | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | | Receipt and review of order and reasons from court ordering Donovan not to file any more pleadings until the court rules on the motion for sanctions | | 0.20 | $225.00 | $45.00 |
| 04/29/21 | GAF | | Receipt and review of email from Steve Herman re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 04/29/21 | GAF | | Study Judge's order re prohibiting Donovan from making any further filings. | | 0.10 | $225.00 | $22.50 |
| 04/29/21 | EWT | | Multiple email exchanges with clients regarding ▮▮▮▮▮▮ | | 0.10 | $225.00 | $22.50 |
| 06/08/21 | GAF | | Receipt and review of email from Steve Herman re ▮▮▮▮▮▮. | | 0.10 | $225.00 | $22.50 |
| 06/08/21 | GAF | | Receipt and review of email re Steve Herman | | 0.10 | $225.00 | $22.50 |

| **Client #:** | **10194** | **Matter #:** | **00003** | **Invoice #:** | **84984** | **Page** | **4** |
|---|---|---|---|---|---|---|---|

|  |  | re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |  |  |  |
|---|---|---|---|---|---|
| 06/08/21 | EWT | Receipt and review of order setting oral argument on motion for sanctions | 0.10 | $225.00 | $22.50 |
| 06/08/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.10 | $225.00 | $22.50 |

### TIMEKEEPER SUMMARY

|  |  |  | Hours | Rate | Total |
|---|---|---|---|---|---|
| GAF | Fritchie, Gus A |  | 2.30 | 225.00 | $517.50 |
| EWT | Trapolin, Edward W. |  | 6.10 | 225.00 | $1,372.50 |
|  |  | TOTAL | 8.40 |  | $1,890.00 |

| **TOTAL FEES** | **$1,890.00** |
|---|---|
| **TOTAL DISBURSEMENTS** | **$0.00** |
| **TOTAL THIS INVOICE** | **$1,890.00** |
| **PREVIOUS BALANCE** | **$7,830.00** |
| **PAY THIS AMOUNT** | **$9,720.00** |

# Irwin Fritchie Urquhart & Moore LLC

400 Poydras Street Suite 2700
New Orleans, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

_____

April 13, 2021

|  |  |
|---|---|
| Client: | 10194 |
| Matter: | 00003 |
| Invoice #: | 83519 |

Markel
Attn: Chad A. Zupke
10275 West Higgins Road, Suite 750
Rosemont, IL 60018

RE: Markel/ Brian Donovan vs. Carl Barbier, et al

   Claim # MXXL55703
   Submit in Bottomline Legal-X

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/21 | EWT | Multiple email exchanges with clients regarding co-retention for defense of Mr. Herman and Mr. Roy. | 0.10 | $225.00 | $22.50 |
| 02/05/21 | EWT | Receipt and review of Complaint and begin review and annotation of same. | 1.20 | $225.00 | $270.00 |
| 02/05/21 | EWT | Review case record in Middle District of Florida, download filings and rulings. | 0.50 | $225.00 | $112.50 |
| 02/09/21 | EWT | Document preparation re: draft motion and order for extension of time to file responsive pleadings. | 0.10 | $225.00 | $22.50 |
| 02/09/21 | EWT | Document review, reading plaintiff's Complaint and related pleadings. | 1.80 | $225.00 | $405.00 |
| 02/10/21 | GAF | Email Chad Zupke re confirming retention. | 0.10 | $225.00 | $22.50 |
| 02/10/21 | GAF | Receipt and review of 2 emails from Chad Zupke and Steve Herman re retaining us for Steve and Herman & Herman. | 0.20 | $225.00 | $45.00 |
| 02/10/21 | EWT | Multiple email exchanges with Mr. Herman and other clients regarding ████████ ████████ | 0.20 | $225.00 | $45.00 |
| 02/10/21 | EWT | Internet research re: ████████ ████████████████ | 1.40 | $225.00 | $315.00 |
| 02/10/21 | EWT | Finish review and annotation of plaintiff's Complaint. | 0.80 | $225.00 | $180.00 |
| 02/10/21 | EWT | Document review: review MDL docket and select filings for download, and review same. | 0.40 | $225.00 | $90.00 |
| 02/10/21 | EWT | Legal research re: ████████████████. | 0.60 | $225.00 | $135.00 |
| 02/11/21 | GAF | Receipt and review of 6 emails from ████████ ████████ | 0.40 | $225.00 | $90.00 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 83519 | Page | 2 |
|---|---|---|---|---|---|---|---|
| 02/11/21 | GAF | Receipt and review of 4 emails from Steve Herman and Jim Roy re ▇▇▇. | | | 0.20 | $225.00 | $45.00 |
| 02/11/21 | GAF | Email Steve Herman and Jim Roy re ▇▇▇. | | | 0.10 | $225.00 | $22.50 |
| 02/11/21 | GAF | Receipt and review of 2 emails from Chad Zupke and Carolyn Finch re approval of retention. | | | 0.20 | $225.00 | $45.00 |
| 02/11/21 | EWT | Telephone conference with Mr. Herman about ▇▇▇. | | | 0.20 | $225.00 | $45.00 |
| 02/11/21 | EWT | Multiple email exchanges with clients regarding ▇▇▇. | | | 0.10 | $225.00 | $22.50 |
| 02/11/21 | EWT | Multiple email exchanges with Mr. Herman, Mr. Roy, et al. regarding ▇▇▇. | | | 0.20 | $225.00 | $45.00 |
| 02/12/21 | GAF | Email Rick Stanley re his handling of case. | | | 0.10 | $225.00 | $22.50 |
| 02/12/21 | GAF | Receipt and review of 3 emails from Rick Stanley re his handling of case. | | | 0.20 | $225.00 | $45.00 |
| 02/12/21 | GAF | Receipt and review of email from Steve Herman re ▇▇▇. | | | 0.10 | $225.00 | $22.50 |
| 02/12/21 | EWT | Legal research re: ▇▇▇. | | | 0.90 | $225.00 | $202.50 |
| 02/12/21 | EWT | Multiple email exchanges with clients and defense counsel regarding ▇▇▇. | | | 0.20 | $225.00 | $45.00 |
| 02/15/21 | GAF | Receipt and review of 5 emails from Chad Zupke and Carolyn Finch re handling of file and splitting billing. | | | 0.30 | $225.00 | $67.50 |
| 02/22/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ▇▇▇. | | | 0.10 | $225.00 | $22.50 |
| 02/22/21 | EWT | Document preparation re: begin drafting FRCP letter and accompanying motion. | | | 0.70 | $225.00 | $157.50 |
| 02/22/21 | EWT | Multiple email exchanges with Mr. Stanley regarding ▇▇▇. | | | 0.10 | $225.00 | $22.50 |
| 02/23/21 | GAF | Receipt and review of 9 emails from Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ▇▇▇. | | | 0.40 | $225.00 | $90.00 |
| 02/23/21 | GAF | Two emails to Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ▇▇▇. | | | 0.10 | $225.00 | $22.50 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 83519 | Page | 3 |
|---|---|---|---|---|---|---|---|
| 02/23/21 | EWT | Receipt and review of plaintiff's motion to dismiss. | | | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Multiple email exchanges with clients and defense counsel re: ▮▮▮. | | | 0.30 | $225.00 | $67.50 |
| 02/23/21 | EWT | Legal research re: ▮▮▮. | | | 0.20 | $225.00 | $45.00 |
| 02/23/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions. | | | 0.40 | $225.00 | $90.00 |
| 02/23/21 | EWT | Legal research re: ▮▮▮. | | | 1.20 | $225.00 | $270.00 |
| 02/23/21 | EWT | Multiple email exchanges with Mr. Roy and Mr. Herman ▮▮▮. | | | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Legal research re: ▮▮▮. | | | 0.20 | $225.00 | $45.00 |
| 02/26/21 | EWT | Document preparation re: drafting memorandum in support of sanctions and to enjoin future filings under court's inherent authority and 28 USC 1927. | | | 2.20 | $225.00 | $495.00 |
| 03/01/21 | EWT | Legal research re: ▮▮▮. | | | 0.40 | $225.00 | $90.00 |
| 03/02/21 | EWT | Document preparation re: briefing cases on sanctions and injunction for use in motion for sanctions and to enjoin. | | | 0.70 | $225.00 | $157.50 |
| 03/02/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions, reviewing and collecting articles written by Donovan to create timeline as to why his claims are unreasonable and untimely. | | | 1.30 | $225.00 | $292.50 |
| 03/03/21 | EWT | Legal research re: ▮▮▮. | | | 0.30 | $225.00 | $67.50 |
| 03/03/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions. | | | 1.30 | $225.00 | $292.50 |
| 03/04/21 | EWT | Document preparation re: continue drafting memorandum in support of motion for sanctions. | | | 1.20 | $225.00 | $270.00 |
| 03/05/21 | GAF | Receipt and review of 2 emails from K. Munson re ▮▮▮. | | | 0.10 | $225.00 | $22.50 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 83519 | Page | 4 |
|---|---|---|---|---|---|---|---|
| 03/05/21 | EWT | Legal research re: ▌ | | 0.30 | $225.00 | | $67.50 |
| 03/05/21 | EWT | Document preparation re: edit and review memorandum in support of motion for sanctions and email to clients for review. | | 1.90 | $225.00 | | $427.50 |
| 03/05/21 | EWT | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ▌. | | 0.10 | $225.00 | | $22.50 |
| 03/08/21 | GAF | Receipt and review of 6 emails from Steve Herman and Jim Roy re ▌. | | 0.20 | $225.00 | | $45.00 |
| 03/08/21 | EWT | Legal research re: ▌ | | 0.20 | $225.00 | | $45.00 |
| 03/08/21 | EWT | Multiple email exchanges with Mr. Roy and Mr. Herman regarding ▌ | | 0.10 | $225.00 | | $22.50 |
| 03/08/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions to incorporate comments received from Mr. Roy and Mr. Herman. | | 0.90 | $225.00 | | $202.50 |
| 03/09/21 | GAF | Receipt and review of 5 emails from S. Herman, J. Roy and K. Munson re ▌ | | 0.20 | $225.00 | | $45.00 |
| 03/09/21 | GAF | Edit Motion for Sanctions. | | 0.50 | $225.00 | | $112.50 |
| 03/09/21 | EWT | Document preparation re: editing and revising memorandum in support of motion for sanctions ▌. | | 1.60 | $225.00 | | $360.00 |
| 03/09/21 | EWT | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ▌ | | 0.10 | $225.00 | | $22.50 |
| 03/09/21 | EWT | Legal research re: ▌. | | 0.40 | $225.00 | | $90.00 |
| 03/10/21 | GAF | Email K. Munson re ▌ | | 0.10 | $225.00 | | $22.50 |
| 03/10/21 | GAF | Receipt and review of 9 emails from K. Munson, J. Roy and S. Herman re ▌. | | 0.30 | $225.00 | | $67.50 |
| 03/10/21 | EWT | Receipt and review of e-mails from Mr Herman ▌ | | 0.10 | $225.00 | | $22.50 |
| 03/10/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions and to include arguments under the All Writs Act. | | 1.80 | $225.00 | | $405.00 |
| 03/10/21 | EWT | Telephone conference with Ms. Munson | | 0.10 | $225.00 | | $22.50 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 83519 | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | | regarding ▮. | | | | |
| 03/10/21 | EWT | Receipt and review of email from Ms. Munson ▮. | | 0.40 | $225.00 | | $90.00 |
| 03/10/21 | EWT | Legal research re: ▮. | | 0.30 | $225.00 | | $67.50 |
| 03/10/21 | EWT | Edit and review memorandum in support of motion for sanctions and for injunction to reorder arguments in light of better understanding of application of two dismissal rule. | | 0.60 | $225.00 | | $135.00 |
| 03/10/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/12/21 | EWT | Document preparation re: edit and review memo in support of motion for sanctions. | | 0.20 | $225.00 | | $45.00 |
| 03/12/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/15/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/16/21 | EWT | Telephone conference with Mr. Herman's office regarding ▮. | | 0.20 | $225.00 | | $45.00 |
| 03/16/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | GAF | Study draft Motion and Memo by Pat Juneau for sanctions/injunctive relief. | | 0.20 | $225.00 | | $45.00 |
| 03/17/21 | GAF | Receipt and review of 2 emails from Kathryn re ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | GAF | Email Kathryn re ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | EWT | Final edit and revise motion for sanctions, check all record cites, etc. | | 0.40 | $225.00 | | $90.00 |
| 03/18/21 | EWT | Multiple email exchanges with clients re: ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/19/21 | EWT | Receipt and review of e-mail from Mr. Herman ▮. | | 0.10 | $225.00 | | $22.50 |
| 03/19/21 | EWT | Edit and review motion for sanctions to address deficiency notice and re-file. | | 0.20 | $225.00 | | $45.00 |
| 03/23/21 | EWT | Receipt and review of Mr. Juneau's Motion for Injunctive Relief. | | 0.10 | $225.00 | | $22.50 |
| 03/29/21 | GAF | Receipt and review of email from Steve Herman re ▮. | | 0.10 | $225.00 | | $22.50 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 83519 | Page | 6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/29/21 | EWT | Draft and send email to clients reporting ▮▮▮ | | | 0.20 | $225.00 | $45.00 |
| 03/30/21 | GAF | Receipt and review of email from C. Finch re ▮▮▮ | | | 0.10 | $225.00 | $22.50 |
| 03/30/21 | EWT | Receipt and review of e-mail from Ms. Finch ▮▮▮ | | | 0.10 | $225.00 | $22.50 |

### TIMEKEEPER SUMMARY

| | | | Hours | Rate | Total |
|---|---|---|---|---|---|
| GAF | Fritchie, Gus A | | 4.50 | 225.00 | $1,012.50 |
| EWT | Trapolin, Edward W. | | 30.30 | 225.00 | $6,817.50 |
| | | TOTAL | 34.80 | | $7,830.00 |

| | |
|---|---|
| TOTAL FEES | $7,830.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| TOTAL THIS INVOICE | $7,830.00 |
| PAY THIS AMOUNT | $7,830.00 |

| | | | |
|---|---|---|---|
| **Prebill Number:** | 205078 | | |
| **Billing Timekeeper:** | GAF | Fritchie, Gus A | |
| **Client:** | 10194 | Markel Corporation | |
| **Matter:** | 00003 | Brian Donovan | |
| **Bill Format:** | JJ22 | J & J W FED ID 2 | |
| **Begin Date:** | 07/01/2021 | End Date: | 08/02/2021 |

| | |
|---|---|
| Date of Last Bill | 07/13/2021 |
| Date of Last Statement | 01/01/1900 |
| Date of Last Payment | 07/26/2021 |
| Amount of Last Payment | $7830.00 |

**A/R Aging:**

| | |
|---|---|
| 0 - 30 | $1890.00 |
| 31 - 60 | $0.00 |
| 61 - 90 | $0.00 |
| 91 - 120 | $0.00 |
| 121 & up | $0.00 |

**Action to be taken:**

[ ] None

[ ] Full Detail (Fees and Expenses)

[ ] Expense Only  (Hold Fees)

[ ] Summary Bill  (Summarize Fees and Expenses)

[ ] Summary with Expense  (Summarize Fees, Detail Expenses)

# Irwin Fritchie Urquhart & Moore LLC

400 POYDRAS STREET SUITE 2700
NEW ORLEANS, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

August 12, 2021

Markel
Attn: Chad A. Zupke
10275 West Higgins Road, Suite 750
Rosemont, IL 60018

Client: 10194
Matter: 00003
Invoice #: 0

RE: Markel/ Brian Donovan vs. Carl Barbier, et al

Claim # MXXL55703
Submit in Bottomline Legal-X

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/21 | EWT | Multiple email exchanges with Mr. Roy regarding ▮ | 0.10 | $225.00 | $22.50 |
| 07/12/21 | EWT | Telephone conference with counsel for Mr. Juneau regarding ▮ | 0.20 | $225.00 | $45.00 |
| 07/16/21 | GAF | Study ▮ | 0.20 | $225.00 | $45.00 |
| 07/16/21 | GAF | Receipt and review of email from Steve Herman re ▮ | 0.10 | $225.00 | $22.50 |
| 07/16/21 | GAF | Email Steve Herman re ▮ | 0.10 | $225.00 | $22.50 |
| 07/19/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮ | 0.10 | $225.00 | $22.50 |
| 07/21/21 | GAF | Receipt of call from Rick Stanley re ▮ | 0.10 | $225.00 | $22.50 |
| 07/21/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ▮ | 0.10 | $225.00 | $22.50 |

| Client #: | 10194 | Matter #: | 00003 | Invoice #: | 0 | Page | 2 |
|---|---|---|---|---|---|---|---|
| EWT | 07/21/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/21/21 | EWT | Multiple email exchanges with Mr. Stanley ▮ | | | 0.10 | $225.00 | $22.50 |
| EWT | 07/22/2021 | L250 | 1.50 | 1.50 | 225.00 | | 337.50 |
| 07/22/21 | EWT | Review all briefing on motion for sanctions, including motion, opposition, reply and review case law cited by Mr. Donovan related to 28 USC 1927 | | | 1.50 | $225.00 | $337.50 |
| EWT | 07/22/2021 | L250 | 0.50 | 0.50 | 225.00 | | 112.50 |
| 07/22/21 | EWT | Document preparation re: drafting outline for oral argument on motion for sanctions and injunction, including developing timeline of filings and rulings | | | 0.50 | $225.00 | $112.50 |
| GAF | 07/23/2021 | L240 | 0.50 | 0.50 | 225.00 | | 112.50 |
| 07/23/21 | GAF | Study and review memo in support of sanctions in preparation for hearing on same Study and review. | | | 0.50 | $225.00 | $112.50 |
| GAF | 07/23/2021 | L240 | 2.00 | 2.00 | 225.00 | | 450.00 |
| 07/23/21 | GAF | Attend Motion for Sanctions. | | | 2.00 | $225.00 | $450.00 |
| GAF | 07/23/2021 | L240 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/23/21 | GAF | Receipt and review of email from Robert Klein re ▮ | | | 0.10 | $225.00 | $22.50 |
| GAF | 07/23/2021 | L240 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/23/21 | GAF | Receipt and review of email from Steve Herman re ▮ | | | 0.10 | $225.00 | $22.50 |
| GAF | 07/23/2021 | L240 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/23/21 | GAF | Receipt and review of minute entry from court on hearing summary. | | | 0.10 | $225.00 | $22.50 |
| EWT | 07/23/2021 | L250 | 1.00 | 1.00 | 225.00 | | 225.00 |
| 07/23/21 | EWT | Attend hearing on motion for sanctions and for injunction | | | 1.00 | $225.00 | $225.00 |
| EWT | 07/23/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/23/21 | EWT | Receipt and review of Minute Entry from hearing on motion for sanctions and injunction | | | 0.10 | $225.00 | $22.50 |
| EWT | 07/26/2021 | L250 | 0.20 | 0.20 | 225.00 | | 45.00 |
| 07/26/21 | EWT | Multiple email exchanges with clients and co-counsel regarding ▮ | | | 0.20 | $225.00 | $45.00 |
| GAF | 07/28/2021 | L240 | 0.40 | 0.40 | 225.00 | | 90.00 |
| 07/28/21 | GAF | Receipt and review of 4 emails from Carolyn Finch, Jim Roy and Steve Herman re ▮ | | | 0.40 | $225.00 | $90.00 |

| **Client #:** 10194 | **Matter #:** 00003 | **Invoice #:** 0 | **Page** 3 |

| Date | TK | Code | Hours | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 07/28/2021 | EWT | L250 | 0.20 | Multiple email exchanges with Ms. Finch and clients [redacted] | 0.20 | $225.00 | $45.00 |
| 07/30/2021 | EWT | L250 | 0.10 | Multiple email exchanges with Mr. Jones regarding [redacted] | 0.10 | $225.00 | $22.50 |
| 08/02/2021 | EWT | L250 | 0.20 | Receipt and review of Order and Reasons for imposing sanctions on Mr. Donovan. | 0.20 | $225.00 | $45.00 |
| 08/02/2021 | EWT | L250 | 0.10 | Draft and send e-mail to clients [redacted] | 0.10 | $225.00 | $22.50 |

**TIMEKEEPER SUMMARY**

| | | | Hours | Rate | Total |
|---|---|---|---|---|---|
| GAF | Fritchie, Gus A | | 3.80 | 225.00 | $855.00 |
| EWT | Trapolin, Edward W. | | 4.40 | 225.00 | $990.00 |
| | | TOTAL | 8.20 | | $1,845.00 |

| | |
|---|---|
| **TOTAL FEES** | $1,845.00 |
| **TOTAL DISBURSEMENTS** | $0.00 |
| **TOTAL THIS INVOICE** | $1,845.00 |
| **PREVIOUS BALANCE** | $9,720.00 |
| **PAYMENTS RECEIVED** | $7,830.00 |
| **PAY THIS AMOUNT** | $3,735.00 |