Exhibit 3-B

**Irwin Fritchie Urquhart & Moore LLC**
**Time and Expense Details by Matter 9703.180**
Inception - 8/2/2021

| Invoice Date | Invoice Number | Invoice Amount | Adjustments |
|---|---|---|---|
| 2/9/2021 | 82691 | $105.00 | $0.00 |
| 4/13/2021 | 83517 | $8,100.00 | -$1,522.50 |
| 7/16/2021 | 85077 | $1,673.50 | $0.00 |
| Unbilled | | $948.20 | |
| **Total for 9703.180** | | $10,826.70 | |
| | | -$1,522.50 | Adjustment |
| | | $9,304.20 | |

### Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street Suite 2700
New Orleans, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

_____

February 9, 2021

| | |
|---|---|
| Westport Insurance Corp.<br>Dave Marseille<br>P.O. Box 29221<br>Shawnee Mission , KS 66201 | Client:  09703<br>Matter:  00180<br>Invoice #:  82691 |

RE: Westport/Brian Donovan vs. Carl Barbier, et al

Claim #: 020191412901

Tymetrix #:

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/21 | GAF | Receipt and review of 2 emails from Jim Roy re "control" of file per Westport. | 0.20 | $150.00 | $30.00 |
| 01/13/21 | GAF | Email Jim Roy re "control" of file per Westport. | 0.10 | $150.00 | $15.00 |
| 01/14/21 | GAF | Two emails to David Marseille re control of file issue. | 0.20 | $150.00 | $30.00 |
| 01/14/21 | GAF | Receipt and review of 2 emails from David Marseille re control of file issue. | 0.20 | $150.00 | $30.00 |

TIMEKEEPER SUMMARY

| | | Hours | Rate | Total |
|---|---|---|---|---|
| GAF | Fritchie, Gus A | 0.70 | 150.00 | $105.00 |
| | TOTAL | 0.70 | | $105.00 |

| | |
|---|---|
| TOTAL FEES | $105.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| TOTAL THIS INVOICE | $105.00 |
| PAY THIS AMOUNT | $105.00 |

## Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street Suite 2700
New Orleans, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

___

April 13, 2021

| | |
|---|---|
| Westport Insurance Corp. | Client: 09703 |
| Dave Marseille | Matter: 00180 |
| P.O. Box 29221 | Invoice #: 83517 |
| Shawnee Mission , KS  66201 | |

RE: Westport/Brian Donovan vs. Carl Barbier, et al

   Claim #: 020191412901

   Tymetrix #: 811155        50%
   Markel #: MXXL55703     50%

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/04/21 | EWT | Multiple email exchanges with clients regarding co-retention for defense of Mr. Herman and Mr. Roy | 0.10 | $225.00 | $22.50 |
| 02/05/21 | EWT | Receipt and review of complaint and begin review and annotation of same | 1.20 | $225.00 | $270.00 |
| 02/05/21 | EWT | Review case record in Middle District of Florida, download filings and rulings | 0.50 | $225.00 | $112.50 |
| 02/09/21 | GAF | Prepare draft Budget for Westport. | 0.30 | $225.00 | $67.50 |
| 02/09/21 | EWT | Document preparation re: draft motion and order for extension of time to file responsive pleadings | 0.10 | $225.00 | $22.50 |
| 02/09/21 | EWT | Document Review reading plaintiff's complaint and related pleadings | 1.80 | $225.00 | $405.00 |
| 02/10/21 | EWT | Internet research re: Mr. Donovan's internet presence, blog posts, articles and reported cases involving MDL and sanctions | 1.40 | $225.00 | $315.00 |
| 02/10/21 | EWT | Finish review and annotation of plaintiff's complaint | 0.80 | $225.00 | $180.00 |
| 02/10/21 | EWT | Document Review: review MDL docket and select filings for download, and review same | 0.40 | $225.00 | $90.00 |
| 02/10/21 | EWT | Legal research re: ▬▬▬▬ | 0.60 | $225.00 | $135.00 |
| 02/11/21 | GAF | Email Steven Herman and Jim Roy re ▬▬▬▬ . | 0.10 | $225.00 | $22.50 |
| 02/11/21 | GAF | Receipt and review of 4 emails from Steven | 0.20 | $225.00 | $45.00 |

Client #:  09703     Matter #:  00180     Invoice #:  83517     Page  2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Herman and Jim Roy re ▮▮▮. | | | |
| 02/11/21 | GAF | Receipt and review of 6 emails from R. Klein, S. Herman, Mark Barbre, R. Jones re ▮▮. | 0.40 | $225.00 | $90.00 |
| 02/11/21 | EWT | Multiple email exchanges with clients regarding billing rates and transfer to Louisiana | 0.10 | $225.00 | $22.50 |
| 02/11/21 | EWT | Multiple email exchanges with Mr. Herman, Mr. Roy, et al. regrading ▮▮. | 0.20 | $225.00 | $45.00 |
| 02/12/21 | GAF | Email Rick Stanley re ▮▮. | 0.10 | $225.00 | $22.50 |
| 02/12/21 | GAF | Receipt and review of 3 emails from Rick Stanley re ▮▮. | 0.30 | $225.00 | $67.50 |
| 02/12/21 | EWT | Legal research re: ▮▮ | 0.90 | $225.00 | $202.50 |
| 02/12/21 | EWT | Multiple email exchanges with clients and defense counsel regarding ▮▮ | 0.20 | $225.00 | $45.00 |
| 02/22/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ▮▮. | 0.10 | $225.00 | $22.50 |
| 02/22/21 | EWT | Document preparation re: begin drafting FRCP letter and accompanying motion | 0.70 | $225.00 | $157.50 |
| 02/22/21 | EWT | Multiple email exchanges with Mr Stanley regarding ▮▮ | 0.10 | $225.00 | $22.50 |
| 02/23/21 | GAF | Receipt and review of 9 emails from Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ▮▮. | 0.40 | $225.00 | $90.00 |
| 02/23/21 | GAF | Two emails to Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ▮▮. | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Receipt and review of plaintiff's motion to dismiss | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Multiple email exchanges with clients and defense counsel regarding ▮▮ | 0.30 | $225.00 | $67.50 |
| 02/23/21 | EWT | Legal research re: ▮▮ | 0.20 | $225.00 | $45.00 |
| 02/23/21 | EWT | Legal research re: ▮▮ | 0.20 | $225.00 | $45.00 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions | 0.40 | $225.00 | $90.00 |
| 02/23/21 | EWT | Legal research re: [redacted] | 1.20 | $225.00 | $270.00 |
| 02/23/21 | EWT | Multiple email exchanges with Mr. Roy and Mr. Herman regarding [redacted] | 0.10 | $225.00 | $22.50 |
| 02/26/21 | EWT | Document preparation re: drafting memorandum in support of sanctions and to enjoin further filings under court's inherent authority and 28 USC 1927. | 2.20 | $225.00 | $495.00 |
| 03/01/21 | EWT | Legal research re: [redacted] | 0.40 | $225.00 | $90.00 |
| 03/02/21 | EWT | Document preparation re: briefing cases on sanctions and injunction for use in motion for sanctions and to enjoin | 0.70 | $225.00 | $157.50 |
| 03/02/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions, reviewing and collecting articles written by Donovan to create timeline as to why his claims are unreasonable and untimely | 1.30 | $225.00 | $292.50 |
| 03/03/21 | GAF | Receipt and review of 4 emails from Jim Roy re [redacted]. | 0.40 | $225.00 | $90.00 |
| 03/03/21 | EWT | Receipt and review of e-mail from Mr. Roy regarding [redacted] | 0.10 | $225.00 | $22.50 |
| 03/03/21 | EWT | Multiple email exchanges with Mr. Roy regarding [redacted] | 0.40 | $225.00 | $90.00 |
| 03/03/21 | EWT | Receipt and review of qui tam suit from Mr. Roy and briefly review same | 0.70 | $225.00 | $157.50 |
| 03/03/21 | EWT | Multiple email exchanges with Mr. Roy regarding [redacted] | 0.20 | $225.00 | $45.00 |
| 03/03/21 | EWT | Legal research re: [redacted] | 0.30 | $225.00 | $67.50 |
| 03/03/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions | 1.30 | $225.00 | $292.50 |
| 03/04/21 | EWT | Document preparation re: continue drafting memorandum in support of motion for sanctions | 1.20 | $225.00 | $270.00 |
| 03/05/21 | GAF | Receipt and review of 2 emails from K. | 0.10 | $225.00 | $22.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | | Munson re ▮. | | | | |
| 03/05/21 | EWT | | Multiple email exchanges with Ms. Munson regarding ▮ | 0.20 | $225.00 | | $45.00 |
| 03/05/21 | EWT | | Legal research re: ▮ | 0.30 | $225.00 | | $67.50 |
| 03/05/21 | EWT | | Document preparation re: edit and revise memorandum in support of motion for sanctions and email to clients for review | 1.90 | $225.00 | | $427.50 |
| 03/05/21 | EWT | | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ▮ | 0.10 | $225.00 | | $22.50 |
| 03/08/21 | GAF | | Receipt and review of 6 emails from Steve Herman and Jim Roy re ▮. | 0.20 | $225.00 | | $45.00 |
| 03/08/21 | EWT | | Legal research re: Judge Barbier's ruling on motion to recuse and referral of Mr. Donovan for disciplinary action | 0.20 | $225.00 | | $45.00 |
| 03/08/21 | EWT | | Receipt and review of e-mail from Mr. Roy with comments on ▮ | 0.10 | $225.00 | | $22.50 |
| 03/08/21 | EWT | | Multiple email exchanges with Mr. Roy and Mr. Herman regarding ▮ | 0.10 | $225.00 | | $22.50 |
| 03/08/21 | EWT | | Document preparation re: drafting memorandum in support of motion for sanctions ▮ | 0.90 | $225.00 | | $202.50 |
| 03/09/21 | GAF | | Receipt and review of 5 emails from S. Herman, J. Roy and K. Munson re ▮ | 0.20 | $225.00 | | $45.00 |
| 03/09/21 | GAF | | Edit Motion for Sanctions. | 0.50 | $225.00 | | $112.50 |
| 03/09/21 | EWT | | Document preparation re: editing and revising memorandum in support of sanctions ▮ | 1.60 | $225.00 | | $360.00 |
| 03/09/21 | EWT | | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ▮ | 0.10 | $225.00 | | $22.50 |
| 03/09/21 | EWT | | Multiple email exchanges with Ms. Munson regarding ▮ | 0.10 | $225.00 | | $22.50 |
| 03/09/21 | EWT | | Legal research re: ▮ | 0.40 | $225.00 | | $90.00 |
| 03/10/21 | GAF | | Receipt and review of 9 emails from K. Munson, J. Roy and S. Herman re ▮ | 0.30 | $225.00 | | $67.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 5 |
|---|---|---|---|---|---|---|---|
| 03/10/21 | GAF | Email K. Munson re ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/10/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions and to include arguments under the All Writs Act | | 1.80 | $225.00 | | $405.00 |
| 03/10/21 | EWT | Telephone conference with Ms. Munson regarding ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/10/21 | EWT | Receipt and review of e-mail from Ms. Munson ▇ | | 0.40 | $225.00 | | $90.00 |
| 03/10/21 | EWT | Legal research re: ▇ | | 0.30 | $225.00 | | $67.50 |
| 03/10/21 | EWT | Edit and revise memorandum in support of motion for sanctions and for injunction to reorder arguments in light of ▇ | | 0.60 | $225.00 | | $135.00 |
| 03/10/21 | EWT | Draft and send e-mail to Mr. Herman and Mr. Roy ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/10/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/12/21 | GAF | Receipt and review of email from K. Munson re ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/12/21 | EWT | Document preparation re: edit and revise memo in support of motion for sanctions | | 0.20 | $225.00 | | $45.00 |
| 03/12/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/15/21 | EWT | Multiple email exchanges with Ms Munson regarding ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/16/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | GAF | Receipt and review of 2 emails from Kathryn re ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | GAF | Email Kathryn re ▇ | | 0.10 | $225.00 | | $22.50 |
| 03/17/21 | GAF | Study draft Motion and Memo by Pat Juneau for sanctions/injunctive relief. | | 0.20 | $225.00 | | $45.00 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 6 |

| Date | TK | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03/17/21 | EWT | Complete counsel appearance form | 0.10 | $225.00 | $22.50 |
| 03/17/21 | EWT | Final edit and revise motion for sanctions, check all record cites, etc. | 0.40 | $225.00 | $90.00 |
| 03/18/21 | GAF | Receipt and review of email from Jim Roy re ███████████████. | 0.10 | $225.00 | $22.50 |
| 03/18/21 | GAF | Email Jim Roy re ████████████████. | 0.10 | $225.00 | $22.50 |
| 03/18/21 | EWT | Telephone conference with court staff regarding request to file motion for sanctions and case relationships needed for filing | 0.10 | $225.00 | $22.50 |
| 03/18/21 | EWT | Multiple email exchanges with clients regarding ███████████████ | 0.10 | $225.00 | $22.50 |
| 03/19/21 | EWT | Edit and revise motion for sanctions to address deficiency notice and re-file | 0.20 | $225.00 | $45.00 |
| 03/23/21 | EWT | Receipt and review of Mr Juneau's Motion for Injunctive Relief | 0.10 | $225.00 | $22.50 |
| 03/29/21 | EWT | Draft and send e-mail to clients reporting █████████████████████ | 0.20 | $225.00 | $45.00 |

TIMEKEEPER SUMMARY

| | | | Hours | Rate | Total |
|---|---|---|---|---|---|
| EWT | Trapolin, Edward W. | | 31.50 | 225.00 | $7,087.50 |
| GAF | Fritchie, Gus A | | 4.50 | 225.00 | $1,012.50 |
| | | TOTAL | 36.00 | | $8,100.00 |

| | |
|---|---|
| TOTAL FEES | $8,100.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| TOTAL THIS INVOICE | $8,100.00 |
| PREVIOUS BALANCE | $105.00 |
| PAY THIS AMOUNT | $8,205.00 |

## Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street Suite 2700
New Orleans, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

_____

July 16, 2021

| | |
|---|---|
| Westport Insurance Corp. | Client: 09703 |
| Dave Marseille | Matter: 00180 |
| P.O. Box 29221 | Invoice #: 85077 |
| Shawnee Mission , KS  66201 | |

RE: Westport/Brian Donovan vs. Carl Barbier, et al

   Claim #: 020191412901

   Tymetrix #: 811155         50%
   Markel #: MXXL55703      50%

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/21 | EWT | Telephone conference with Ms. Munson regarding ▇▇▇▇ | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of e-mail from Ms. Munson with Donvan's opposition to motion for sanctions | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to motion for sanctions forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to Mr. Juneau's motion to enjoin forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Multiple email exchanges with clients regarding ▇▇▇▇ | 0.20 | $225.00 | $45.00 |
| 04/16/21 | EWT | Receipt and review of order granting enrollment for Mr. Roy | 0.10 | $225.00 | $22.50 |
| 04/19/21 | EWT | Multiple email exchanges with Ms Munson regarding ▇▇▇▇ | 0.10 | $225.00 | $22.50 |
| 04/20/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇▇▇▇ | 0.10 | $225.00 | $22.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 85077 | Page | 2 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/21 | EWT | Receipt and review of Donovan's motion for leave to file reply, proposed pleading, and order denying same | 0.20 | $225.00 | $45.00 |
| 04/21/21 | GAF | Receipt and review of 2 emails from Steve Herman and Jim Roy ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for leave to file reply and proposed reply briefing from Ms. Munson | 0.20 | $225.00 | $45.00 |
| 04/21/21 | EWT | Receipt and review of briefing order from Ms. Munson | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for clarification and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/26/21 | EWT | Receipt and review of Donovan's request for oral argument and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇▇▇ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of judge's order and reasons denying Donovan's multiple motions and enjoining him from filing any additional pleadings until court rules | 0.30 | $225.00 | $67.50 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▇▇▇ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of e-mail from Ms. Munson ▇▇▇ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Study proposed reply to Donovan's latest filings. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Email clients re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from Jim Roy ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of 2 emails from Steve Herman and Jim Roy re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from Jim Roy re ▇▇▇. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ▇▇▇. | 0.10 | $225.00 | $22.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 85077 | Page | 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/21 | EWT | Multiple email exchanges with clients ▮ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | EWT | Receipt and review of Donovan's second motion for clarification | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Receipt and review of draft reply brief for Mr. Juneau from Ms. Munson | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Document preparation re: drafting proposed reply in support of motion for sanctions and addressing Donovan's arguments in opposition | 1.50 | $225.00 | $337.50 |
| 04/28/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮ | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Final revision and file Reply brief | 0.30 | $225.00 | $67.50 |
| 04/28/21 | EWT | Receipt and review of order and reasons from court ordering Donovan not to file any more pleadings until the court rules on the motion for sanctions | 0.20 | $225.00 | $45.00 |
| 04/29/21 | GAF | Receipt and review of email from Jim Roy re ▮. | 0.10 | $225.00 | $22.50 |
| 04/29/21 | EWT | Multiple email exchanges with clients regarding ▮ | 0.10 | $225.00 | $22.50 |
| 06/08/21 | EWT | Receipt and review of order setting motion for sanctions for oral argument | 0.10 | $225.00 | $22.50 |
| 06/08/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▮ | 0.10 | $225.00 | $22.50 |

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/07/21 | File & ServeXpress LLC; Filing fees | 35.00 |
| 04/16/21 | Clerk of Court, Civil District Court, Orleans Parish - court fees | 1.00 |
| 05/10/21 | File & ServeXpress LLC; Reply Memorandum in Support of Motion for Sanctions and to Enjoin Further Frivolous Filings | 40.00 |
| | TOTAL | $76.00 |

Client #:   09703       Matter #:  00180        Invoice #:   85077            Page   4

TIMEKEEPER SUMMARY

|     |                    | Hours | Rate   | Total      |
|-----|--------------------|-------|--------|------------|
| EWT | Trapolin, Edward W.| 6.00  | 225.00 | $1,350.00  |
| GAF | Fritchie, Gus A    | 1.10  | 225.00 | $247.50    |
|     | TOTAL              | 7.10  |        | $1,597.50  |

| | |
|---|---|
| TOTAL FEES | $1,597.50 |
| TOTAL DISBURSEMENTS | $76.00 |
| TOTAL THIS INVOICE | $1,673.50 |
| PREVIOUS BALANCE | $8,205.00 |
| PAYMENTS RECEIVED | $6,682.50 |
| ADJUSTMENT APPLIED | ($1,522.50)CR |
| PAY THIS AMOUNT | $1,673.50 |

| | | | |
|---|---|---|---|
| **Prebill Number:** | 205077 | | |
| **Billing Timekeeper:** | GAF | Fritchie, Gus A | |
| **Client:** | 09703 | Westport Insurance Corporation | |
| **Matter:** | 00180 | Brian Donovan | |
| **Bill Format:** | CORE | Coregis | |
| **Begin Date:** | 07/01/2021 | **End Date:** | 08/02/2021 |

| | |
|---|---|
| Date of Last Bill | 07/16/2021 |
| Date of Last Statement | 01/01/1900 |
| Date of Last Payment | 05/24/2021 |
| Amount of Last Payment | $6577.50 |

**A/R Aging:**

| | |
|---|---|
| 0 - 30 | $1673.50 |
| 31 - 60 | $0.00 |
| 61 - 90 | $0.00 |
| 91 - 120 | $0.00 |
| 121 & up | $0.00 |

**Action to be taken:**

[ ] None

[ ] Full Detail (Fees and Expenses)

[ ] Expense Only  (Hold Fees)

[ ] Summary Bill  (Summarize Fees and Expenses)

[ ] Summary with Expense  (Summarize Fees, Detail Expenses)

## Irwin Fritchie Urquhart & Moore LLC
400 POYDRAS STREET SUITE 2700
NEW ORLEANS, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

August 12, 2021

Westport Insurance Corp.
Dave Marseille
P.O. Box 29221
Shawnee Mission, KS 66201

Client: 09703
Matter: 00180
Prebill #: 205077

RE: Westport/Brian Donovan vs. Carl Barbier, et al

Claim #: 020191412901

Tymetrix #: 811155    50%

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EWT | 07/19/2021 | L250    0.10    0.10 | | 225.00 | 22.50 |
| 07/19/21 | EWT | Multiple email exchanges with Ms. Munson regarding ▓▓▓▓ | 0.10 | $225.00 | $22.50 |
| GAF | 07/21/2021 | L240    0.10    0.10 | | 225.00 | 22.50 |
| 07/21/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ▓▓▓▓ | 0.10 | $225.00 | $22.50 |
| GAF | 07/21/2021 | L240    0.10    0.10 | | 225.00 | 22.50 |
| 07/21/21 | GAF | Receipt of call from Rick Stanley re ▓▓▓▓ | 0.10 | $225.00 | $22.50 |
| EWT | 07/21/2021 | L250    0.10    0.10 | | 225.00 | 22.50 |
| 07/21/21 | EWT | Multiple email exchanges with Mr. Stanley ▓▓▓▓ | 0.10 | $225.00 | $22.50 |
| EWT | 07/22/2021 | L250    1.50    1.50 | | 225.00 | 337.50 |
| 07/22/21 | EWT | Review all briefing on motion for sanctions, including motion, opposition, reply and review case law cited by Mr. Donovan related to 28 USC 1927 | 1.50 | $225.00 | $337.50 |
| EWT | 07/22/2021 | L250    0.50    0.50 | | 225.00 | 112.50 |
| 07/22/21 | EWT | Document preparation re: drafting outline for oral argument on motion for sanctions and injunction, including developing timeline of filings and rulings | 0.50 | $225.00 | $112.50 |
| EWT | 07/23/2021 | L430    1.00    1.00 | | 225.00 | 225.00 |
| 07/23/21 | EWT | Attend hearing on motion for sanctions and for injunction | 1.00 | $225.00 | $225.00 |

| Client #: | 09703 | Matter #: | 00180 | Prebill #: | 205077 | Page | 2 |

| Timekeeper | Date | Task | Hours | Rate | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| EWT | 07/23/21 | L250 | 0.10 | 225.00 | Receipt and review of e-mail from Mr. Herman | 0.10 | $225.00 | $22.50 |
| EWT | 07/23/21 | L250 | 0.10 | 225.00 | Receipt and review of Minute Entry from hearing on motion for sanctions and injunction | 0.10 | $225.00 | $22.50 |
| EWT | 07/26/21 | L250 | 0.20 | 225.00 | Multiple email exchanges with clients | 0.20 | $225.00 | $45.00 |
| EWT | 07/30/21 | L250 | 0.10 | 225.00 | Multiple email exchanges with Mr. Jones regarding collection and verification of fees | 0.10 | $225.00 | $22.50 |
| EWT | 08/02/21 | L250 | 0.20 | 225.00 | Receipt and review of Order and Reasons for imposing sanctions on Mr. Donovan. | 0.20 | $225.00 | $45.00 |
| EWT | 08/02/21 | L250 | 0.10 | 225.00 | Draft and send e-mail to clients | 0.10 | $225.00 | $22.50 |

### DISBURSEMENTS

| Code | Date | Description | Amount |
|---|---|---|---|
| E112 PACER | 07/30/21 | PACER Service Center; Public access to court records for billing cycle 04/01/2021 - 06/30/2021 | 3.20 |
| | | TOTAL | $3.20 |

### TIMEKEEPER SUMMARY

| | | | Hours | Rate | Total |
|---|---|---|---|---|---|
| EWT | Trapolin, Edward W. | | 4.00 | 225.00 | $900.00 |
| GAF | Fritchie, Gus A. | | 0.20 | 225.00 | $45.00 |
| | | TOTAL | 4.20 | | $945.00 |

**TOTAL FEES** $945.00
**TOTAL DISBURSEMENTS** $3.20
**TOTAL THIS INVOICE** $948.20
**PREVIOUS BALANCE** $1,673.50

| Client #: | 09703 | Matter #: | 00180 | Prebill #: | 205077 | Page | 3 |

**PAY THIS AMOUNT** $2,621.70