UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 <br><br> SECTION  J <br><br> JUDGE CARL J. BARBIER |
| This Document Relates to: <br> *Donovan v. Barbier; et al* <br> 2:21:cv-00237 | MAGISTRATE <br> DONNA PHILLIPS CURRAULT |

## **ORDER**

CONSIDERING the Motion for Leave to File Motion Out of Time filed by Stephen J. Herman and James P. Roy, the Motion is granted.

New Orleans, Louisiana, this _____ day of August  2021.

_____
JUDGE CARL J. BARBIER

00806241