# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *No. 21-00237* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

Before the Court is Stephen Herman and James Roy's ("Herman & Roy") Motion for Leave to File Motion to Fix Attorneys' Fees Out of Time. (Rec. Doc. 27202). The Court set a deadline of Friday, August 13, 2021 for Herman & Roy to file their motion to fix fees (Rec. Doc. 27180 at 28; Rec. Doc. 27178 at 2). Herman & Roy's attorney served their motion on Brian Donovan ("Donovan") on August 13,[1] but he failed to also file their motion with the Court. On Monday, August 16, Herman & Roy filed the instant Motion asking permission to file their Motion to Fix Attorney Fees after the deadline.

**IT IS ORDERED** that the Motion for Leave (Rec. Doc. 27202) is **GRANTED**, and the Clerk shall accept Herman & Roy's Motion to Fix Attorney Fees, supporting memorandum, and exhibits (Rec. Doc. 27202-2 to -10).

**IT IS FURTHER ORDERED** that any response by Donovan to the Motion to

---

[1] According to the Motion for Leave, Herman & Roy's attorney served Donovan with the Motion to Fix Attorneys' Fees through File & ServeXpress on August 13. That same day, counsel emailed a courtesy copy of the motion to Donovan at BrianJDonovan@verizon.net. The next day, August 14, counsel emailed another copy to Donovan at donovanlawgroup@gmail.com.

Fix Attorneys' Fees shall be filed by no later than <u>Friday, August 27, 2021</u>. This deadline supersedes the prior deadlines that required Donovan to file a response "within 14 days of the date each motion is filed." (Rec. Doc. 27180 at 28; Rec. Doc. 27178 at 2).

New Orleans, Louisiana, this 17th day of August, 2021.

_____
United States District Judge