UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 02, 2010 | MDL 2179 <br><br> SECTION J <br><br> JUDGE CARL J. BARBIER |
| This Document Relates to: <br> *Donovan v. Barbier; et al* <br> 2:21:cv-00237 | MAGISTRATE <br> DONNA PHILLIPS CURRAULT |

## AFFIDAVIT OF GUS A. FRITCHIE III

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared

GUS A. FRITCHIE III

Who, after being duly sworn, did attest that:

1. I am a 1981 graduate of the Tulane University School of Law;

2. I am admitted to practice law in all the state and federal courts in Louisiana, the United States Court of Appeals, Fifth Circuit, and the Supreme Court of the United States.

3. I am a founding member and the President of Irwin Fritchie Urquhart & Moore LLC;

4. I am member of the Defense Research Institute, International Association of Defense Counsel, Lousiana Association of Defense Counsel, the Federal Bar Association, the Louisiana State Bar Association, and the New Orleans Bar Association;

5. I served as a faculty member for the IADC Trial Academy conducted at Stanford University in 2015;

00805539

Exhibit 2

6. I have earned the AV Preeminent, Martindale-Hubbell rating and have been recognized on numerous occasions by Best Lawyers in America: Professional Malpractice Law/Legal Malpractice Law - Defendants; Louisiana Super Lawyers, Professional Liability Defense; New Orleans Magazine Top Lawyers: Professional Malpractice Law/Legal Malpractice Law - Defendants; and the CityBusiness Leadership in Law;

7. My practice over the last twenty years has concentrated on the defense of professional liability claims, and specifically legal malpractice defense and disciplinary complaints. I also have an active litigation practice handling Insurance coverage disputes, Casualty claims, Long term exposure claims, and various other civil litigation matters;

8. I am also a presenter on issues involving professional liability and ethics;

9. I am personally aware, as a relationship partner with various clients, that Irwin Fritchie Urquhart & Moore LLC has a "standard" partner rate of $370.00 per hour and that the Firm has negotiated partner rates both above and below the "standard" rate;

10. The hourly rate charged to and paid by Westport Insurance Corporation and Markel Insurance Company, the two companies insuring our clients, James Roy and Steve Herman, respectively, for legal services provided by partners of the firm, including the captioned matter, is a discounted rate of $225.00 per hour;

11. In my role a defense counsel representing lawyers in the New Orleans area who are sued in legal malpractice and in fee disputes, I frequently receive and review attorney fee arrangements and invoices for legal services;

12. In my experience, the hourly rate charged to and paid by Westport Insurance Corporation and Markel Insurance Company falls within the lower range of fees that I have seen from partners providing similar legal services in the New Orleans area; and,

13. I provide this affidavit based on my own personal experience and knowledge of the facts stated therein

FURTHER, AFFIANT SAYETH NOT.

*[signature]*
**GUS A. FRITCHIE III**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY OF
SEPTEMBER, 2021.

*[signature]*
NOTARY PUBLIC

McDonald Provosty 29389
PRINTED NAME/NUMBER

**MY COMMISSION EXPIRES AT DEATH.**

McDonald G. Provosty
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
LA Bar Roll No. 29389
My Commission is issued for Life.

00805539