**Irwin Fritchie Urquhart & Moore LLC**

**Time and Expense Details by Matter 9703.180**

**Inception - 8/2/2021**

| Invoice Date | Invoice Number | Invoice Amount | Adjustments |
|---|---|---|---|
| 2/9/2021 | 82691 | $105.00 | $0.00 |
| 4/13/2021 | 83517 | $8,100.00 | -$1,522.50 |
| 7/16/2021 | 85077 | $1,673.50 | $0.00 |
| Unbilled | | $948.20 | |
| Total for 9703.180 | | $10,826.70 | |
| | | -$1,522.50 | Adjustment |
| | | $9,304.20 | |

Exhibit 3-B

# Irwin Fritchie Urquhart & Moore LLC
### 400 Poydras Street Suite 2700
### New Orleans, LA 70130

Telephone No.  (504) 310-2100
Fax No. (504) 310-2101
Tax ID No.  72-1484836

_____

February 9, 2021

Westport Insurance Corp.                                     Client:           09703
Dave Marseille                                               Matter:           00180
P.O. Box 29221                                               Invoice #:        82691
Shawnee Mission , KS  66201

RE: Westport/Brian Donovan vs. Carl Barbier, et al

   Claim #: 020191412901

   Tymetrix #:

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/21 | GAF | Receipt and review of 2 emails from Jim Roy re "control" of file per Westport. | 0.20 | $150.00 | $30.00 |
| 01/13/21 | GAF | Email Jim Roy re "control" of file per Westport. | 0.10 | $150.00 | $15.00 |
| 01/14/21 | GAF | Two emails to David Marseille re control of file issue. | 0.20 | $150.00 | $30.00 |
| 01/14/21 | GAF | Receipt and review of 2 emails from David Marseille re control of file issue. | 0.20 | $150.00 | $30.00 |

### TIMEKEEPER SUMMARY

| | | Hours | Rate | Total |
|------|----------------|-------|------|-------|
| GAF | Fritchie, Gus A | 0.70 | 150.00 | $105.00 |
| | TOTAL | 0.70 | | $105.00 |

| | |
|---|---|
| TOTAL FEES | $105.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| TOTAL THIS INVOICE | $105.00 |
| PAY THIS AMOUNT | $105.00 |

## Irwin Fritchie Urquhart & Moore LLC
### 400 POYDRAS STREET SUITE 2700
### NEW ORLEANS, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

_____

April 13, 2021

Westport Insurance Corp.
Dave Marseille
P.O. Box 29221
Shawnee Mission , KS  66201

Client:          09703
Matter:          00180
Invoice #:       83517

RE: Westport/Brian Donovan vs. Carl Barbier, et al

Claim #: 020191412901

Tymetrix #: 811155     50%
Markel #: MXXL55703    50%

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/21 | EWT | Multiple email exchanges with clients regarding co-retention for defense of Mr. Herman and Mr. Roy | 0.10 | $225.00 | $22.50 |
| 02/05/21 | EWT | Receipt and review of complaint and begin review and annotation of same | 1.20 | $225.00 | $270.00 |
| 02/05/21 | EWT | Review case record in Middle District of Florida, download filings and rulings | 0.50 | $225.00 | $112.50 |
| 02/09/21 | GAF | Prepare draft Budget for Westport. | 0.30 | $225.00 | $67.50 |
| 02/09/21 | EWT | Document preparation re: draft motion and order for extension of time to file responsive pleadings | 0.10 | $225.00 | $22.50 |
| 02/09/21 | EWT | Document Review reading plaintiff's complaint and related pleadings | 1.80 | $225.00 | $405.00 |
| 02/10/21 | EWT | Internet research re: Mr. Donovan's internet presence, blog posts, articles and reported cases involving MDL and sanctions | 1.40 | $225.00 | $315.00 |
| 02/10/21 | EWT | Finish review and annotation of plaintiff's complaint | 0.80 | $225.00 | $180.00 |
| 02/10/21 | EWT | Document Review: review MDL docket and select filings for download, and review same | 0.40 | $225.00 | $90.00 |
| 02/10/21 | EWT | Legal research re: ███████████████ | 0.60 | $225.00 | $135.00 |
| 02/11/21 | GAF | Email Steven Herman and Jim Roy re ████████ ███████. | 0.10 | $225.00 | $22.50 |
| 02/11/21 | GAF | Receipt and review of 4 emails from Steven | 0.20 | $225.00 | $45.00 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 2 |

| | | | | | |
|---|---|---|---|---|---|
| | | Herman and Jim Roy re ███████████████████. | | | |
| 02/11/21 | GAF | Receipt and review of 6 emails from R. Klein, S. Herman, Mark Barbre, R. Jones re ████. | 0.40 | $225.00 | $90.00 |
| 02/11/21 | EWT | Multiple email exchanges with clients regarding billing rates and transfer to Louisiana | 0.10 | $225.00 | $22.50 |
| 02/11/21 | EWT | Multiple email exchanges with Mr. Herman, Mr. Roy, et al. regrading ██████████ | 0.20 | $225.00 | $45.00 |
| 02/12/21 | GAF | Email Rick Stanley re ██████████. | 0.10 | $225.00 | $22.50 |
| 02/12/21 | GAF | Receipt and review of 3 emails from Rick Stanley re ██████████. | 0.30 | $225.00 | $67.50 |
| 02/12/21 | EWT | Legal research re: ██████████ | 0.90 | $225.00 | $202.50 |
| 02/12/21 | EWT | Multiple email exchanges with clients and defense counsel regarding ██████████ | 0.20 | $225.00 | $45.00 |
| 02/22/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ██████████ | 0.10 | $225.00 | $22.50 |
| 02/22/21 | EWT | Document preparation re: begin drafting FRCP letter and accompanying motion | 0.70 | $225.00 | $157.50 |
| 02/22/21 | EWT | Multiple email exchanges with Mr Stanley regarding ██████████ | 0.10 | $225.00 | $22.50 |
| 02/23/21 | GAF | Receipt and review of 9 emails from Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ██████████. | 0.40 | $225.00 | $90.00 |
| 02/23/21 | GAF | Two emails to Mark Barbre, Steve Herman, Jim Roy, Rick Stanley re ██████████ | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Receipt and review of plaintiff's motion to dismiss | 0.10 | $225.00 | $22.50 |
| 02/23/21 | EWT | Multiple email exchanges with clients and defense counsel regarding ██████████ | 0.30 | $225.00 | $67.50 |
| 02/23/21 | EWT | Legal research re: ██████████ | 0.20 | $225.00 | $45.00 |
| 02/23/21 | EWT | Legal research re: ██████████ | 0.20 | $225.00 | $45.00 |

Client #:   09703       Matter #:   00180       Invoice #:   83517       Page   3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions | 0.40 | $225.00 | $90.00 |
| 02/23/21 | EWT | Legal research re: ███████████████ | 1.20 | $225.00 | $270.00 |
| 02/23/21 | EWT | Multiple email exchanges with Mr. Roy and Mr. Herman regarding ███████████ | 0.10 | $225.00 | $22.50 |
| 02/26/21 | EWT | Document preparation re: drafting memorandum in support of sanctions and to enjoin further filings under court's inherent authority and 28 USC 1927. | 2.20 | $225.00 | $495.00 |
| 03/01/21 | EWT | Legal research re: ██████████ | 0.40 | $225.00 | $90.00 |
| 03/02/21 | EWT | Document preparation re: briefing cases on sanctions and injunction for use in motion for sanctions and to enjoin | 0.70 | $225.00 | $157.50 |
| 03/02/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions, reviewing and collecting articles written by Donovan to create timeline as to why his claims are unreasonable and untimely | 1.30 | $225.00 | $292.50 |
| 03/03/21 | GAF | Receipt and review of 4 emails from Jim Roy re ███████████████. | 0.40 | $225.00 | $90.00 |
| 03/03/21 | EWT | Receipt and review of e-mail from Mr. Roy regarding ████████ | 0.10 | $225.00 | $22.50 |
| 03/03/21 | EWT | Multiple email exchanges with Mr. Roy regarding ██████████████ | 0.40 | $225.00 | $90.00 |
| 03/03/21 | EWT | Receipt and review of qui tam suit from Mr. Roy and briefly review same | 0.70 | $225.00 | $157.50 |
| 03/03/21 | EWT | Multiple email exchanges with Mr. Roy regarding ████████████ | 0.20 | $225.00 | $45.00 |
| 03/03/21 | EWT | Legal research re: █████████ | 0.30 | $225.00 | $67.50 |
| 03/03/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions | 1.30 | $225.00 | $292.50 |
| 03/04/21 | EWT | Document preparation re: continue drafting memorandum in support of motion for sanctions | 1.20 | $225.00 | $270.00 |
| 03/05/21 | GAF | Receipt and review of 2 emails from K. | 0.10 | $225.00 | $22.50 |

Client #:    09703        Matter #:    00180        Invoice #:    83517        Page    4

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Munson re ███████. | | | |
| 03/05/21 | EWT | Multiple email exchanges with Ms. Munson regarding ███████ | 0.20 | $225.00 | $45.00 |
| 03/05/21 | EWT | Legal research re: ███████ ███████ | 0.30 | $225.00 | $67.50 |
| 03/05/21 | EWT | Document preparation re: edit and revise memorandum in support of motion for sanctions and email to clients for review | 1.90 | $225.00 | $427.50 |
| 03/05/21 | EWT | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ███████ | 0.10 | $225.00 | $22.50 |
| 03/08/21 | GAF | Receipt and review of 6 emails from Steve Herman and Jim Roy re ███████ ███████. | 0.20 | $225.00 | $45.00 |
| 03/08/21 | EWT | Legal research re: Judge Barbier's ruling on motion to recuse and referral of Mr. Donovan for disciplinary action | 0.20 | $225.00 | $45.00 |
| 03/08/21 | EWT | Receipt and review of e-mail from Mr. Roy with comments on ███████ | 0.10 | $225.00 | $22.50 |
| 03/08/21 | EWT | Multiple email exchanges with Mr. Roy and Mr. Herman regarding ███████ | 0.10 | $225.00 | $22.50 |
| 03/08/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions ███████ | 0.90 | $225.00 | $202.50 |
| 03/09/21 | GAF | Receipt and review of 5 emails from S. Herman, J. Roy and K. Munson re ███████ ███████ | 0.20 | $225.00 | $45.00 |
| 03/09/21 | GAF | Edit Motion for Sanctions. | 0.50 | $225.00 | $112.50 |
| 03/09/21 | EWT | Document preparation re: editing and revising memorandum in support of sanctions ███████ | 1.60 | $225.00 | $360.00 |
| 03/09/21 | EWT | Multiple email exchanges with Mr. Herman and Mr. Roy regarding ███████ ███████ | 0.10 | $225.00 | $22.50 |
| 03/09/21 | EWT | Multiple email exchanges with Ms. Munson regarding ███████ | 0.10 | $225.00 | $22.50 |
| 03/09/21 | EWT | Legal research re: ███████ ███████ | 0.40 | $225.00 | $90.00 |
| 03/10/21 | GAF | Receipt and review of 9 emails from K. Munson, J. Roy and S. Herman re ███████ | 0.30 | $225.00 | $67.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | █████████████████████████. | | | | |
| 03/10/21 | GAF | Email K. Munson re ████████████ | 0.10 | $225.00 | $22.50 |
| 03/10/21 | EWT | Document preparation re: drafting memorandum in support of motion for sanctions and to include arguments under the All Writs Act | 1.80 | $225.00 | $405.00 |
| 03/10/21 | EWT | Telephone conference with Ms. Munson regarding ████████████████ ████ | 0.10 | $225.00 | $22.50 |
| 03/10/21 | EWT | Receipt and review of e-mail from Ms. Munson ████████████████ | 0.40 | $225.00 | $90.00 |
| 03/10/21 | EWT | Legal research re: ████████████ | 0.30 | $225.00 | $67.50 |
| 03/10/21 | EWT | Edit and revise memorandum in support of motion for sanctions and for injunction to reorder arguments in light of ████ ████████████████ | 0.60 | $225.00 | $135.00 |
| 03/10/21 | EWT | Draft and send e-mail to Mr. Herman and Mr. Roy ████████████████ | 0.10 | $225.00 | $22.50 |
| 03/10/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████ | 0.10 | $225.00 | $22.50 |
| 03/12/21 | GAF | Receipt and review of email from K. Munson re ████████████. | 0.10 | $225.00 | $22.50 |
| 03/12/21 | EWT | Document preparation re: edit and revise memo in support of motion for sanctions | 0.20 | $225.00 | $45.00 |
| 03/12/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████ | 0.10 | $225.00 | $22.50 |
| 03/15/21 | EWT | Multiple email exchanges with Ms Munson regarding ████████ | 0.10 | $225.00 | $22.50 |
| 03/16/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████ | 0.10 | $225.00 | $22.50 |
| 03/17/21 | GAF | Receipt and review of 2 emails from Kathryn re ████████ | 0.10 | $225.00 | $22.50 |
| 03/17/21 | GAF | Email Kathryn re ████████ ████ | 0.10 | $225.00 | $22.50 |
| 03/17/21 | GAF | Study draft Motion and Memo by Pat Juneau for sanctions/injunctive relief. | 0.20 | $225.00 | $45.00 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 83517 | Page | 6 |

| 03/17/21 | EWT | Complete counsel appearance form | 0.10 | $225.00 | $22.50 |
|---|---|---|---|---|---|
| 03/17/21 | EWT | Final edit and revise motion for sanctions, check all record cites, etc. | 0.40 | $225.00 | $90.00 |
| 03/18/21 | GAF | Receipt and review of email from Jim Roy re ████████████████ . | 0.10 | $225.00 | $22.50 |
| 03/18/21 | GAF | Email Jim Roy re ██████████████████ ████ . | 0.10 | $225.00 | $22.50 |
| 03/18/21 | EWT | Telephone conference with court staff regarding request to file motion for sanctions and case relationships needed for filing | 0.10 | $225.00 | $22.50 |
| 03/18/21 | EWT | Multiple email exchanges with clients regarding ███████████████ | 0.10 | $225.00 | $22.50 |
| 03/19/21 | EWT | Edit and revise motion for sanctions to address deficiency notice and re-file | 0.20 | $225.00 | $45.00 |
| 03/23/21 | EWT | Receipt and review of Mr Juneau's Motion for Injunctive Relief | 0.10 | $225.00 | $22.50 |
| 03/29/21 | EWT | Draft and send e-mail to clients reporting █ ████████████████ | 0.20 | $225.00 | $45.00 |

## TIMEKEEPER SUMMARY

| | | Hours | Rate | Total |
|---|---|---|---|---|
| EWT | Trapolin, Edward W. | 31.50 | 225.00 | $7,087.50 |
| GAF | Fritchie, Gus A | 4.50 | 225.00 | $1,012.50 |
| | TOTAL | 36.00 | | $8,100.00 |

| | |
|---|---|
| TOTAL FEES | $8,100.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| TOTAL THIS INVOICE | $8,100.00 |
| PREVIOUS BALANCE | $105.00 |
| PAY THIS AMOUNT | $8,205.00 |

# Irwin Fritchie Urquhart & Moore LLC

400 POYDRAS STREET SUITE 2700
NEW ORLEANS, LA 70130

Telephone No. (504) 310-2100
Fax No. (504) 310-2101
Tax ID No. 72-1484836

_____

July 16, 2021

Westport Insurance Corp.                                    Client:              09703
Dave Marseille                                              Matter:              00180
P.O. Box 29221                                             Invoice #:            85077
Shawnee Mission , KS  66201

RE: Westport/Brian Donovan vs. Carl Barbier, et al

   Claim #: 020191412901

   Tymetrix #: 811155        50%
   Markel #: MXXL55703    50%

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/21 | EWT | Telephone conference with Ms. Munson regarding ████████████ | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of e-mail from Ms. Munson with Donvan's opposition to motion for sanctions | 0.10 | $225.00 | $22.50 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to motion for sanctions forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Receipt and review of Donvan's opposition to Mr. Juneau's motion to enjoin forwarded by Ms. Munson, and have exhibits pulled from record and review same | 0.40 | $225.00 | $90.00 |
| 04/12/21 | EWT | Multiple email exchanges with clients regarding ████████████ | 0.20 | $225.00 | $45.00 |
| 04/16/21 | EWT | Receipt and review of order granting enrollment for Mr. Roy | 0.10 | $225.00 | $22.50 |
| 04/19/21 | EWT | Multiple email exchanges with Ms Munson regarding ████████████ | 0.10 | $225.00 | $22.50 |
| 04/20/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████████ | 0.10 | $225.00 | $22.50 |

Client #:   09703      Matter #:   00180      Invoice #:   85077      Page   2

| | | | | | |
|---|---|---|---|---|---|
| 04/20/21 | EWT | Receipt and review of Donovan's motion for leave to file reply, proposed pleading, and order denying same | 0.20 | $225.00 | $45.00 |
| 04/21/21 | GAF | Receipt and review of 2 emails from Steve Herman and Jim Roy ██████ ████ | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for leave to file reply and proposed reply briefing from Ms. Munson | 0.20 | $225.00 | $45.00 |
| 04/21/21 | EWT | Receipt and review of briefing order from Ms. Munson | 0.10 | $225.00 | $22.50 |
| 04/21/21 | EWT | Receipt and review of Donovan's motion for clarification and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/26/21 | EWT | Receipt and review of Donovan's request for oral argument and supporting memorandum | 0.20 | $225.00 | $45.00 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████████ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of judge's order and reasons denying Donovan's multiple motions and enjoining him from filing any additional pleadings until court rules | 0.30 | $225.00 | $67.50 |
| 04/27/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████████ | 0.10 | $225.00 | $22.50 |
| 04/27/21 | EWT | Receipt and review of e-mail from Ms. Munson ████████████ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Study proposed reply to Donovan's latest filings. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Email clients re ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from Jim Roy ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of 2 emails from Steve Herman and Jim Roy re ████████████ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from Jim Roy re ████████████. | 0.10 | $225.00 | $22.50 |
| 04/28/21 | GAF | Receipt and review of email from K. Munson re ████████████. | 0.10 | $225.00 | $22.50 |

| Client #: | 09703 | Matter #: | 00180 | Invoice #: | 85077 | Page | 3 |

| 04/28/21 | EWT | Multiple email exchanges with clients ███████ ███████ | 0.10 | $225.00 | $22.50 |
| 04/28/21 | EWT | Receipt and review of Donovan's second motion for clarification | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Receipt and review of draft reply brief for Mr. Juneau from Ms. Munson | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Document preparation re: drafting proposed reply in support of motion for sanctions and addressing Donovan's arguments in opposition | 1.50 | $225.00 | $337.50 |
| 04/28/21 | EWT | Multiple email exchanges with Ms. Munson regarding ██████████████████ | 0.20 | $225.00 | $45.00 |
| 04/28/21 | EWT | Final revision and file Reply brief | 0.30 | $225.00 | $67.50 |
| 04/28/21 | EWT | Receipt and review of order and reasons from court ordering Donovan not to file any more pleadings until the court rules on the motion for sanctions | 0.20 | $225.00 | $45.00 |
| 04/29/21 | GAF | Receipt and review of email from Jim Roy re ███████████████. | 0.10 | $225.00 | $22.50 |
| 04/29/21 | EWT | Multiple email exchanges with clients regarding ████████████████████ | 0.10 | $225.00 | $22.50 |
| 06/08/21 | EWT | Receipt and review of order setting motion for sanctions for oral argument | 0.10 | $225.00 | $22.50 |
| 06/08/21 | EWT | Multiple email exchanges with Ms. Munson regarding ██████████████████ ████████ | 0.10 | $225.00 | $22.50 |

## DISBURSEMENTS

| 04/07/21 | File & ServeXpress LLC; Filing fees | 35.00 |
| 04/16/21 | Clerk of Court, Civil District Court, Orleans Parish - court fees | 1.00 |
| 05/10/21 | File & ServeXpress LLC; Reply Memorandum in Support of Motion for Sanctions and to Enjoin Further Frivolous Filings | 40.00 |
| | TOTAL | $76.00 |

Client #:    09703        Matter #:    00180        Invoice #:    85077        Page    4

### TIMEKEEPER SUMMARY

|     |                      | Hours | Rate   | Total      |
|-----|----------------------|-------|--------|------------|
| EWT | Trapolin, Edward W.  | 6.00  | 225.00 | $1,350.00  |
| GAF | Fritchie, Gus A       | 1.10  | 225.00 | $247.50    |
|     |           TOTAL       | 7.10  |        | $1,597.50  |

| | |
|---|---|
| TOTAL FEES | $1,597.50 |
| TOTAL DISBURSEMENTS | $76.00 |
| TOTAL THIS INVOICE | $1,673.50 |
| PREVIOUS BALANCE | $8,205.00 |
| PAYMENTS RECEIVED | $6,682.50 |
| ADJUSTMENT APPLIED | ($1,522.50)CR |
| PAY THIS AMOUNT | $1,673.50 |

| | | | |
|---|---|---|---|
| **Prebill Number:** | 205077 | | |
| **Billing Timekeeper:** | GAF | Fritchie, Gus A | |
| **Client:** | 09703 | Westport Insurance Corporation | |
| **Matter:** | 00180 | Brian Donovan | |
| Bill Format: | CORE | Coregis | |
| Begin Date: | 07/01/2021 | End Date: | 08/02/2021 |

| | |
|---|---|
| Date of Last Bill | 07/16/2021 |
| Date of Last Statement | 01/01/1900 |
| Date of Last Payment | 05/24/2021 |
| Amount of Last Payment | $6577.50 |

**A/R Aging:**

| | |
|---|---|
| 0 - 30 | $1673.50 |
| 31 - 60 | $0.00 |
| 61 - 90 | $0.00 |
| 91 - 120 | $0.00 |
| 121 & up | $0.00 |

**Action to be taken:**

[ ] None

[ ] Full Detail (Fees and Expenses)

[ ] Expense Only  (Hold Fees)

[ ] Summary Bill  (Summarize Fees and Expenses)

[ ] Summary with Expense  (Summarize Fees, Detail Expenses)

# Irwin Fritchie Urquhart & Moore LLC
400 POYDRAS STREET SUITE 2700
NEW ORLEANS, LA 70130

Telephone No.  (504) 310-2100
Fax No. (504) 310-2101
Tax ID No.  72-1484836

---

August 12, 2021

Westport Insurance Corp.
Dave Marseille
P.O. Box 29221
Shawnee Mission , KS  66201

| | |
|---|---|
| Client: | 09703 |
| Matter: | 00180 |
| Prebill #: | 205077 |

RE: Westport/Brian Donovan vs. Carl Barbier, et al

Claim #: 020191412901

Tymetrix #: 811155          50%

| Date | Attorney | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| EWT | 07/19/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/19/21 | EWT | Multiple email exchanges with Ms. Munson regarding ████████████████ | | | 0.10 | $225.00 | $22.50 |
| GAF | 07/21/2021 | L240 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/21/21 | GAF | Receipt and review of 2 emails from Rick Stanley re ████████████ | | | 0.10 | $225.00 | $22.50 |
| GAF | 07/21/2021 | L240 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/21/21 | GAF | Receipt of call from Rick Stanley re ██████ ████████ | | | 0.10 | $225.00 | $22.50 |
| EWT | 07/21/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/21/21 | EWT | Multiple email exchanges with Mr. Stanley ████████████ | | | 0.10 | $225.00 | $22.50 |
| EWT | 07/22/2021 | L250 | 1.50 | 1.50 | 225.00 | | 337.50 |
| 07/22/21 | EWT | Review all briefing on motion for sanctions, including motion, opposition, reply and review case law cited by Mr. Donovan related to 28 USC 1927 | | | 1.50 | $225.00 | $337.50 |
| EWT | 07/22/2021 | L250 | 0.50 | 0.50 | 225.00 | | 112.50 |
| 07/22/21 | EWT | Document preparation re: drafting outline for oral argument on motion for sanctions and injunction, including developing timeline of filings and rulings | | | 0.50 | $225.00 | $112.50 |
| EWT | 07/23/2021 | L430 | 1.00 | 1.00 | 225.00 | | 225.00 |
| 07/23/21 | EWT | Attend hearing on motion for sanctions and for injunction | | | 1.00 | $225.00 | $225.00 |

| Client #: | 09703 | Matter #: | 00180 | Prebill #: | 205077 | Page | 2 |

| EWT | 07/23/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
|-----|-----------|------|------|------|--------|--------|--------|
| 07/23/21 | EWT | Receipt and review of e-mail from Mr. Herman ████████ | | 0.10 | $225.00 | | $22.50 |
| EWT | 07/23/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/23/21 | EWT | Receipt and review of Minute Entry from hearing on motion for sanctions and injunction | | 0.10 | $225.00 | | $22.50 |
| EWT | 07/26/2021 | L250 | 0.20 | 0.20 | 225.00 | | 45.00 |
| 07/26/21 | EWT | Multiple email exchanges with clients █████ | | 0.20 | $225.00 | | $45.00 |
| EWT | 07/30/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 07/30/21 | EWT | Multiple email exchanges with Mr. Jones regarding collection and verification of fees | | 0.10 | $225.00 | | $22.50 |
| EWT | 08/02/2021 | L250 | 0.20 | 0.20 | 225.00 | | 45.00 |
| 08/02/21 | EWT | Receipt and review of Order and Reasons for imposing sanctions on Mr. Donovan. | | 0.20 | $225.00 | | $45.00 |
| EWT | 08/02/2021 | L250 | 0.10 | 0.10 | 225.00 | | 22.50 |
| 08/02/21 | EWT | Draft and send e-mail to clients ████ | | 0.10 | $225.00 | | $22.50 |

### DISBURSEMENTS

| E112 PACER | 07/30/2021 | | $3.20 | |
|------------|-----------|---|-------|---|
| 07/30/21 | PACER Service Center; Public access to court records for billing cycle 04/01/2021 - 06/30/2021 | | | 3.20 |
| | | | TOTAL | $3.20 |

### TIMEKEEPER SUMMARY

| | | | Hours | Rate | Total |
|-----|----------------------|-------|-------|--------|----------|
| EWT | Trapolin, Edward W. | | 4.00 | 225.00 | $900.00 |
| GAF | Fritchie, Gus A | | 0.20 | 225.00 | $45.00 |
| | | TOTAL | 4.20 | | $945.00 |

| | |
|-----------------------|-----------|
| **TOTAL FEES** | $945.00 |
| **TOTAL DISBURSEMENTS** | $3.20 |
| **TOTAL THIS INVOICE** | $948.20 |
| **PREVIOUS BALANCE** | $1,673.50 |

| Client #: | 09703 | Matter #: | 00180 | Prebill #: | 205077 | Page | 3 |

**PAY THIS AMOUNT**                                                                                    $2,621.70