UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  *  *  *  *   MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | *  *   SECTION: J |
| CASE NO. 2:14-CV-00859-CJB-DPC (*Evanston Ins. Co. v. Down South Services, LLC, et al.*) AND CASE NO. 2:13-CV-00650-SSV-JVM (*Fitzgerald v. BP*)(Previously Severed) | *  *   JUDGE BARBIER *  *   MAG. JUDGE CURRAULT *  * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WILLIAM J. FITZGERALD, III and DIANNA M. FITGERALD'S MOTION TO SEVER RELATED DECLARATORY JUDGMENT ACTION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, who move this Honorable Court to sever the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859 from the MDL 2179.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY DUNBAR, L.L.C.
ATTORNEYS AT LAW

 s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2021.

                     /s/ Corey E. Dunbar
                     COREY E. DUNBAR