UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *<br>*<br>*<br>*<br>*   MDL NO. 2179<br>* |
| THIS DOCUMENT RELATES TO: | *<br>*   SECTION: J |
| CASE NO. 2:14-CV-00859-CJB-DPC (*Evanston Ins. Co. v. Down South Services, LLC, et al.*) AND | *<br>*   JUDGE BARBIER<br>*<br>*   MAG. JUDGE CURRAULT<br>* |
| CASE NO. 2:13-CV-00650- SSV-JVM (*Fitzgerald v. BP*)(Previously Severed) | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
WILLIAM J. FITZGERALD, III and DIANNA M. FITGERALD'S
MOTION TO SEVER RELATED DECLARATORY JUDGMENT ACTION**

**NOW INTO COURT**, through undersigned counsel, come William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, who move this Honorable Court to sever the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859 ("Evanston Action") from the MDL 2179.

On the day of the BP Oil Spill, Nathan Joseph Fitzgerald was a healthy 18-year old young man living and working in Plaquemines Parish. Less than two years later, Nathan Fitzgerald was deceased. Nathan Fitzgerald worked as a clean-up worker removing oil and chemical soaked boom following the BP Oil Spill. Nathan was exposed to oil, dispersants, and other hazardous and harmful chemicals, odors and emissions. As a result of his exposure, Nathan Fitzgerald was diagnosed with acute lymphoblastic leukemia and acute myeloid leukemia and died on April 9, 2012.

On April 8, 2013, William J. Fitzgerald, III and Dianna M. Fitzgerald filed a Complaint to recover for Nathan's injuries and death in the matter entitled *William J. Fitzgerald, III and Dianna M. Fitzgerald v. BP Exploration & Production, Inc.*, et al., E.D. La. Docket No. 2:13-cv-00650. ("Fitzgerald Action").  The Fitzgerald Action included claims against Down South Services, LLC and Betty R. Fisher.

On April 14, 2014, Evanston Insurance Company filed the Evanston Action, a declaratory judgment action, seeking to determine insurance coverage for the Fitzgerald Action claims against Down South Services, L.L.C. and Betty R. Fisher.

On April 6, 2021, this Honorable Court entered an Order severing from the MDL the Fitzgerald Action, along with 779 other cases in the B3 Pleading Bundle.  (See 2:10-md-02179 Rec. Doc. 27028).  The Evanston Action was not included in the April 6, 2021 Severance Order.

Recently, William J. Fitzgerald, III and Dianna M. Fitzgerald attempted to file an Answer in the Evanston Action and issue written discovery to Evanston Insurance Company, regarding the whereabouts and status of Down South Services, LLC and Betty R. Fisher.  At the time of filing, it became apparent that the Evanston Action has not been severed and any pleadings in that matter would have to be filed in the MDL

The Evanston Action is related to the previously-severed Fitzgerald Action.  Further, in order to permit discovery and consolidation, William J. Fitzgerald, III and Dianna M. Fitzgerald move this Honorable Court to sever the Evanston Action from the MDL.

Undersigned counsel certifies that he has attempted to communicate with counsel of record for Evanston Insurance Company regarding this matter and this motion without avail.  Further, Down South Services, LLC and Berry R. Fisher have not made any appearance in the Evanston Matter.

WHEREFORE, William J. Fitzgerald, III and Dianna M. Fitzgerald, individually and on behalf of decedent Nathan Joseph Fitzgerald, move this Honorable Court to sever the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859 ("Evanston Action") from the MDL 2179.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT,
THRIFFILEY DUNBAR, L.L.C.
ATTORNEYS AT LAW

 s/ Corey E. Dunbar
GEORGE PIVACH, II (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
cdunbar@pivachlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2021.

             s/ Corey E. Dunbar
            COREY E. DUNBAR