UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO, on<br>APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO. 2:14-CV-00859-CJB-DPC<br>  (*Evanston Ins. Co. v.*<br>  *Down South Services, LLC, et al.*)<br>  AND<br>CASE NO. 2:13-CV-00650- SSV-JVM<br>  (*Fitzgerald v. BP*)(Previously Severed) | *<br>*<br>*<br>*<br>*  MDL NO. 2179<br>*<br>*  SECTION: J<br>*<br>*  JUDGE BARBIER<br>*<br>*  MAG. JUDGE CURRAULT<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON
WILLIAM J. FITZGERALD, III and DIANNA M. FITGERALD'S
MOTION TO SEVER RELATED DECLARATORY JUDGMENT ACTION**

Considering the foregoing;

IT IS HEREBY ORDERED that William J. Fitzgerald, III and Dianna M. Fitzgerald's Motion to Seer Related Declaratory Judgment Action is hereby GRANTED; and

IT IS ORDERED that the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859-CJB-DPC is hereby SEVERED and DECONSOLIDATED from MDL 2179. Future filings for this case shall be filed in the individual docket, not in the MDL 2179 master docket (No. 10-md-2179), and will use the caption for the individual case, not the MDL 2179 caption.

IT IS FURTHER ORDERED that the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859-CJB-DPC is hereby referred to the Clerk of Court for re-allotment among the judges of the United States District Court for the Eastern District of Louisiana.

IT IS FURTHER ORDERED that the stay imposed by this Court's pretrial orders in MDL 2179 in the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859-CJB-DPC shall be deemed lifted when the Clerk of Court actually re-allots that case in accordance with this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall file a copy of this Order in the MDL 2179 master docket, No. 10-md-2179, and in the individual docket of the matter entitled *Evanston Insurance Company v. Down South Services, LLC, Betty Fisher, William Fitzgerald, and Dianne Fitzgerald*, E.D. La. Docket No. 2:14-00859.

New Orleans, Louisiana, this _____ day of August, 2021.

_____
JUDGE CARL J. BARBIER