UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 16-05952, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# J U D G M E N T

In accordance with the Order & Reasons signed on August 19, 2021, granting BP's motion for summary judgment;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of defendants BP, p.l.c., BP America, Inc., BP Products North America, Inc., BP America Production Company, and BP Exploration & Production, Inc. (collectively, "BP") and against plaintiff Loggerhead Holdings, Inc. ("Loggerhead"); that Loggerhead shall take nothing; and Loggerhead's claims against BP in member case no. 16-05952, *Loggerhead Holding, Inc. v. BP p.l.c., et al.* are dismissed with prejudice.

New Orleans, Louisiana, this 19th day of August, 2021.

Carl J. Barbier
United States District Judge

**Note to Clerk: File in 10-md-2179 and 16-05952.**