UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: *Nos. 13-00837, 16-06056, 16-06158, 16-05948* | * * | JUDGE BARBIER |
| | | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

The Court understands that the following cases have been resolved, although they still appear to be "open" on the Court's docket:

- *Bayouside Drive Seafood, LLC, et al. v. BP Expl. & Prod. Inc., et al.* (No. 13-00837)[1]
- *Arc on Welding, Inc. v. BP p.l.c.* (No. 16-06056)[2]
- *John Garrett McNeil, et al. v. BP Expl. & Prod., Inc., et al.* (No. 16-06158)[3]
- *International Capital Properties, Inc. v. BP p.l.c. et al* (No. 16-05948)[4]

Accordingly,

IT IS ORDERED that all claims in the above member cases are DISMISSED, and the Clerk shall CLOSE these cases.

New Orleans, Louisiana, this 23rd day of August, 2021.

*[signature]*
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in 10-md-2179 and in each of the referenced member cases.**

---

[1] *See* Rec. Docs. 24491, 25746, 25752.
[2] *See* Rec. Doc. 26353.
[3] *See* File & ServeXpress Transction No. 65908817.
[4] *See* Rec. Doc. 26352.