UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| Applies to: *All Cases* | * * * | SECTION: J(2) JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER TO SHOW CAUSE

Captain Suzanne Englebert was previously appointed custodian of evidence regarding the DEEPWATER HORIZON's blowout preventer ("BOP") and other evidence that had been stored at Michoud. On April 2, 2014, Captain Englebert delivered four boxes to the Court for safekeeping. The boxes contain hard copies and digital records that appear to relate to examinations of the BOP and capping stack. These boxes have been in the Court's possession for seven years. The Court intends to destroy this evidence unless good cause is shown. Accordingly,

**IT IS ORDERED** that any party that objects to the disposal and destruction of the evidence described above shall **SHOW CAUSE IN WRITING** by no later than September 23, 2021 why this evidence should be preserved.

New Orleans, Louisiana, this 23rd day of August, 2021.

Carl J. Barbier
United States District Judge