## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: No. 13-02306 | * * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

---

### ORDER

Member case No. 13-02306 is a multi-plaintiff case. Most of the plaintiffs in that case settled and voluntarily dismissed their claims in 2016. (Rec. Doc. 19574). Those who did not were subsequently dismissed by the PTO 65 Compliance Order of July 10, 2018. (Rec. Doc. 24686-3). However, this case is still listed as open on the Court's docket.

Because the claims in No. 13-02306 were dismissed years ago,

**IT IS ORDERED** that the Clerk shall **CLOSE** case No. 13-02306, *Gary L. Button, et al. v. BP Expl. & Prod. Inc., et al.*

New Orleans, Louisiana, this 23rd day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-02306.**