UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 18-11190* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Member case no. 18-11190 is an action by Richard McBride against "BP Oil Spill." This plaintiff previously settled and released his claims in the MDL. (*See* Notice of Vol. Dismissal with Prejudice, Rec. Doc. 20620; *see also* Jan. 31, 2019 PTO 66 Compliance Order at 11, Rec. Doc. 25356 (dismissing Richard McBride's claims in No. 16-06635); Order of July 11, 2019, Ex. 1 p. 34, Rec. Doc. 25814-1 (closing case Richard McBride's claims in No. 16-15253); Order of Nov. 8, 2017 at Ex. 3 p.4, Rec. Doc. 23649-3 (noting that Richard McBride's B1 claims were previously dismissed for failing to comply with PTO 60). Accordingly,

IT IS ORDERED that all claims in No. 18-11190, *Richard McBride v. BP Oil Spill*, are DISMISSED WITH PREJUDICE, and the Clerk shall CLOSE this case.

IT IS FURTHER ORDERED that Richard McBride's Motion for Entry of Default Judgment (Rec. Doc. 25609) is DENIED.

New Orleans, Louisiana, this 23rd day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 18-11190.**