UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 19-10295* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

# ORDER

Before the Court is a motion by Billy Larkin ("Larkin"), a pro se prisoner, to appeal in forma pauperis ("IFP"). (Rec. Doc. 27201). The Court **DENIES** the motion because the Court certifies that the appeal is not taken in good faith. Specifically:

On December 16, 2020, the Court issued a 10-page Order & Reasons ("the Dec. 16th Order") that dismissed Larkin's lawsuit, finding that it was frivolous and failed to state a claim. (Rec. Doc. 26823). Larkin timely appealed and moved to appeal IFP. (Rec. Doc. 26870). The Court denied the request to appeal IFP because it found, for reasons stated in the Dec. 16th Order, that the lawsuit was objectively frivolous and therefore was not taken in good faith. (Rec. Doc. 26870). In addition to Larkin's appeal (Fifth Cir. Dkt. No. 21-30030), Larkin also petitioned the Fifth Circuit for writs of prohibition (Fifth Cir. Dkt. No. 21-30019) and mandamus (Fifth Cir. Dkt. No. 21-30075). The Fifth Circuit dismissed Larkin's appeal on March 31, 2021. The Circuit also denied Larkin's two writ petitions on April 6, 2021, and denied his motion for reconsideration on May 4, 2021. On May 24, 2021, Larkin filed in this Court a Motion for an Out of Time Appeal. (Rec. Doc. 27119). The Court denied that Motion the next

day, noting that Larkin had already filed an appeal and two writ petitions. (Rec. Doc. 27120). Larkin then filed yet another appeal. (Rec. Doc. 27163; Fifth Cir. Dkt. No. 21-30381). As best the Court can tell, this most recent appeal is another attempt to appeal the Dec. 16th Order. Like his prior attempts, this appeal is objectively frivolous and therefore not taken in good faith.

Accordingly,

IT IS ORDERED that Larkin's most recent motion to appeal IFP (Rec. Doc. 27201) is DENIED.

New Orleans, Louisiana, this 24th day of August, 2021.

_____
United States District Judge

**Note to Clerk: Send a copy of this Order to the Fifth Circuit (Dkt. No. 21-30381).**