UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 11-01207* *No. 12-00528* *No. 14-00657* *No. 14-01872* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER TO SHOW CAUSE

Fewer than 20 cases remain pending in this MDL. Four of these are before the Court:

- No. 11-01207, Whitney National Bank v. W. Allen Cox, Jr.
- No. 12-00528, La. Dept. of Environmental Quality v. Transocean Offshore Deepwater Drilling, Inc., et al.,
- No. 14-00657, Melancon Rimes LLC, et al. v. Downs Law Group, P.A., et al.
- No. 14-01872, Harborwalk Two, LLC v. BP Expl. & Prod., Inc., et al.

The Court suspects that these four cases may no longer present a live controversy. Accordingly, the Court will dismiss without prejudice each of these cases unless at least one party to a case files a Response and Status Report by no later than **Tuesday, September 21, 2021**. The Response and Status Report **must** explain:

(1) the nature of the unresolved dispute(s) in the case,
(2) the status of the unresolved dispute(s) in the case (including whether the parties have attempted to settle same),
(3) whether the case should remain consolidated with the MDL or be severed from it, and
(4) if the case should be severed from the MDL, whether it should remain in this district for further proceedings or be transferred to another venue (e.g., pursuant to 28 U.S.C. § 1407 or 28 U.S.C. 1404).

The Response and Status Report may also include any other information the party(ies) believes to be relevant at this stage. For example, a party may propose a case management plan tailored to the case.

If no party in a case files a Response and Status Report by the deadline stated above, the Court will assume no live controversy remains and enter an order dismissing that case without prejudice.

Accordingly,

**IT IS ORDERED** that at least one of the parties to the four referenced member cases shall **SHOW CAUSE** in writing why the cases should not be dismissed without prejudice by filing a Response and Status Report, as described above, by no later than Tuesday, September 21, 2021.

New Orleans, Louisiana, this 24th day of August, 2021.

_____
Carl J. Barbier
United States District Judge