UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **Applies to:** *No. 17-02892* | * * | **JUDGE BARBIER** |
| | | **MAG. JUDGE CURRAULT** |
| | * | |

## ORDER & REASONS

Environmental Litigation Group, PC ("ELG") filed a complaint on October 19, 2016 against various BP entities to recover economic losses it allegedly incurred due to the oil spill. (Complaint, No. 17-02892, Rec. Doc. 1). ELG brings its claims under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. 2701, et seq. ELG also alleges that it is a member of the class of plaintiffs that settled their claims through the *Deepwater Horizon* Economic and Property Damages Settlement ("Economic Settlement"). (Complaint ¶ 17).

ELG's complaint will be dismissed for several reasons.

First, if ELG is a class member (as it alleges itself to be), then its claims are barred by the class-wide release contained in the Economic Settlement. (*See* Economic Settlement § 10, Rec. Doc. 6430-1; Order and Judgment of Dec. 21, 2012 ¶¶ 8-14, Rec. Doc. 8139).[1]

Second, if ELG is not a class member, then its claims are time-barred. OPA contains a three-year statute of limitations. 33 U.S.C. § 1717(f). The oil spill occurred

---

[1] "Rec. Doc." citations are to the MDL 2179 master docket, 10-md-2179, unless the citation indicates another member case, such as 17-02892.

in 2010. ELG filed its lawsuit six years later. (*See also* 7.14.16 PTO 60 Compliance Order at 5, Rec. Doc. 20996 (declaring time-barred any "B1" claims—private claims for economic loss or property damage—that had not been filed by July 14, 2016).

Third, ELG has never complied with any of the Pretrial Orders ("PTO") that applied to claims in the B1 bundle (which includes ELG's claim). (*See* 7.14.16 PTO 60 Compliance Order at 5, Rec. Doc. 20996) (dismissing with prejudice all B1 claims that failed to comply with PTO 60); 7.19.17 PTO 64 Compliance Order at 4, Rec. Doc. 23051 (explaining that 344 "B1" plaintiffs that submitted a response to PTO 64 but did not previously comply with PTO 60 were dismissed in 2016 by the PTO 60 Compliance Order); 7.10.18 PTO 65 Compliance Order at 3, Rec. Doc. 24686 (dismissing with prejudice all B1 claims that failed to comply with PTO 65)).

Accordingly,

IT IS ORDERED that ELG's claims in member case No. 17-02892 are DISMISSED with prejudice.

New Orleans, Louisiana, this 24th day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 17-02892.**