UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| Applies to: *No. 17-02892* | * * * | SECTION: J(2) JUDGE BARBIER MAG. JUDGE CURRAULT |

## JUDGMENT

For the reasons stated in the Order & Reasons signed on August 24, 2021,

IT IS ORDERED, ADJUDGED, AND DECREED that all claims by Environmental Litigation Group, PC asserted in No. 17-02892, *Environmental Litigation Group, PC v. BP p.l.c., et al.*, are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 24th day of August, 2021.

Carl J. Barbier
United States District Judge

**Note to Clerk: File in 10-md-2179 and 17-02892.**