# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *Nos. 17-03370, 17-03382, 17-03388* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

The three referenced member cases are declaratory judgment actions in which United States Environmental Services, LLC and its related entities seek contractual indemnity and defense from various BP entities.[1] These cases were consolidated with MDL 2179 as part of the "B3" pleading bundle and stayed. At the parties' request, the Court did not include these cases in its order that severed most of the B3 cases from the MDL in April 2021. (*See* Rec. Doc. 27028 at 11 n.5; *see also* 11.17.20 Minute Entry at 3, Rec. Doc. 26784). As part of its continuing management of this MDL, the Court has decided to sever these three cases from the MDL, although the stay will remain in place for the time being. Accordingly,

**IT IS ORDERED** that *United States Environmental Services, L.L.C. v. BP American Production Co., et al.* (No. 17-03370); *United States Maritime Services, Inc. v. BP American Production Company, et al.* (No. 17-03382); and *U.S. Maritime Services, Inc. v. BP America Production Company, et al.* (No. 17-03388) are hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

---

[1] Record citations in this Order are to the MDL 2179 master docket, No. 10-md-2179.

**IT IS FURTHER ORDERED** that the referenced cases are **STAYED**, and the Clerk of Court shall mark these cases as **CLOSED** for administrative purposes. Either side may move to lift the stay when they feel the time is appropriate.

All future filings for these cases shall be made in their respective individual dockets (Nos.17-03370, 17-03382, 17-03388), not in the MDL 2179 master docket (No. 10-md-2179), and must use the individual case caption, not the MDL 2179 caption.

Furthermore, while no answer is due at this time in light of the stay, the Court instructs counsel for BP to file a notice of appearance in each of the severed cases so that its counsel will receive electronic notice of any future filings.

New Orleans, Louisiana, this 24th day of August, 2021.

_____
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and Nos.17-03370, 17-03382, 17-03388**

2