UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 14-00859 | * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Before the Court is William J. Fitzgerald, III and Dianna M. Fitzgerald's Motion to Sever the referenced member case from MDL 2179. (Rec. Doc. 27205).

**IT IS ORDERED** that the Motion to Sever (Rec. Doc. 27205) is **GRANTED**, and Civil Action No. 14-00859, *Evanston Ins. Co. v. Down South Services, LLC, et al.*, is hereby **SEVERED** and **DECONSOLIDATED** from MDL 2179.

Furthermore, because No. 14-00859 appears to be related to No. 13-00650, *Fitzgerald, et al. v. BP Expl. & Prod., Inc.*, currently pending in Section R(1) of this Court,

**IT IS FURTHER ORDERED** that No. 14-00859 is **TRANSFERRED** from Section J(2) to Section R(1).

**IT IS FURTHER ORDERED** that the stay imposed by any pretrial orders in MDL 2179 is hereby **LIFTED**.

Absent further instruction from Section R or Division 1, all future filings for this case shall be made in the individual docket (No.14-00859), not in the MDL master

2

docket (No. 10-md-2179), and must use the individual case caption, not the MDL caption.

New Orleans, Louisiana, this 25th day of August, 2021.

August 26, 2021
TRANSFERRED TO
**SECT. R MAG 1**

_____
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and No. 14-00859.**

2