# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* Case No. 16-cv-05277 | * * * | MAGISTRATE JUDGE CURRAULT |

## BP'S MOTION FOR ATTORNEYS' FEES AND COSTS

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") move for attorneys' fees and costs from Plaintiff John DeSilva pursuant to the Court's order of August 12, 2021 (Rec. Doc. 27196). For the reasons set forth in the accompanying supporting memorandum, this Court should fix the total amount of recoverable attorneys' fees and costs to be $298,914.65.

August 26, 2021	Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Ashley Littlefield
(ashley.littlefield@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **BP's Motion for Attorneys' Fees and Costs** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2021.

*/s/ Devin C. Reid*
Devin C. Reid