# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: J |
| This Document Relates to: *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.,* Case No. 16-cv-05277 | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## DECLARATION OF CHRISTOPHER W. KEEGAN, P.C., IN SUPPORT OF BP'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Christopher W. Keegan, P.C., declare as follows:

1. I am a Partner at Kirkland & Ellis LLP and counsel for Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned action. I am a member in good standing of the Bar of the State of California and the Bar of the State of Illinois.

2. I respectfully submit this Declaration in Support of BP's Motion for Attorneys' Fees and Costs. The statements in this declaration are based on my personal knowledge following a reasonable investigation. If called upon to testify as a witness, I could provide testimony competently under oath.

3. I have practiced law at Kirkland & Ellis continuously for the past eighteen years and my practice has been focused on complex commercial litigation. As a senior partner at my firm, moreover, my responsibilities have included reviewing billing statements that were sent to clients for accuracy and fairness for matters pending in jurisdictions around the United States. As a result, I believe that I have a general understanding of billing practices in the United States for complex litigation, including prevailing rates that are charged.

4. The legal work on this matter on behalf of BP was performed by lawyers at Kirkland & Ellis LLP, serving as lead counsel, and by lawyers at Liskow & Lewis, serving as co-counsel.

5. Counsel for BP endeavored to work efficiently and without unnecessary duplication of efforts. Kirkland & Ellis LLP has represented BP and its predecessors for decades, and I have personally represented BP in the *Deepwater Horizon* Multi-District Litigation for over a decade. Accordingly, I am aware that BP expects its counsel to take steps to ensure that matters are handled appropriately, efficiently, and at the lowest possible cost to the company. I believe that BP has continued to retain me and its other counsel because of its belief that we have met its expectations to control its costs and provide effective advocacy.

6. Kirkland & Ellis LLP has represented BP in most litigation relating to the *Deepwater Horizon* incident since days after the April 20, 2010 accident. I, and the other Kirkland & Ellis attorneys who have worked on this matter, have worked extensively on other *Deepwater Horizon* cases. This collective experience has increased the efficiency of our work on this matter by allowing us to focus on novel issues rather than the litigation's background.

7. I understand that the hourly rate of $470/hour of my co-counsel R. Keith Jarrett is consistent with prevailing rates in the Eastern District of Louisiana. The hourly rates for each of the Kirkland & Ellis LLP attorneys who worked on this matter are reasonable for a large international law firm and for attorneys who specialize in complex litigation. Those rates exceed $470/hour. Thus, for purposes of this request for fees, we apply a $470/hour rate for the work performed by Kirkland & Ellis LLP attorneys.

8. To further streamline its fee request BP has also voluntarily agreed to forgo seeking fees for paraprofessionals who supported the attorneys on this matter.

9. BP's request for fees is based on contemporaneous billing records. For some time entries, multiple matters were referenced. For those entries, counsel for BP has tried in good faith to estimate the amount of time expended on this particular matter. In doing so, BP's counsel has been conservative in allocating time to this matter. Those time entries, moreover, are specifically identified in the attached documentation.

10. Since counsel for BP first raised the issue of The Bird of Paradise, LLC's ownership on October 13, 2019, the following lawyers have expended the following number of hours on this matter, as detailed in Exhibit A.

11. Matt Regan, a Partner, expended 31.5 hours on this matter during the relevant time period. Applying a $470/hour rate, the total amount of fees associated with Mr. Regan's work was $14,805.

12. I expended 29.6 hours on this matter during the relevant time period. As noted in Exhibit A, those hours are reflected in (a) 23.6 hours of contemporaneous time entries that reflect only work performed on the Bird of Paradise matter and (b) 25.9 hours of contemporaneous time entries that reflect both work performed on the Bird of Paradise matter and at least one other MDL 2179 matter, of which I estimate that the time attributable to the Bird of Paradise matter is no less than 6 hours. Applying a $470/hour rate, the total amount of fees associated with my work was $13,912.

13. Kristopher Ritter, a Partner, expended 152.6 hours on this matter during the relevant time period. As noted in Exhibit A, those hours are reflected in (a) 145.7 hours of contemporaneous time entries that reflect only work performed on the Bird of Paradise matter and (b) 12.4 hours of contemporaneous time entries that reflect both work performed on the Bird of Paradise matter and at least one other MDL 2179 matter, of which I estimate that the time

attributable to the Bird of Paradise matter is no less than 6.9 hours.  Applying a $470/hour rate, the total amount of fees associated with Mr. Ritter's work was $71,722.

14.     Aaron Nielson, an Of Counsel, expended 57.9 hours on this matter during the relevant time period.  As noted in Exhibit A, those hours are reflected in (a) 32.4 hours of contemporaneous time entries that reflect only work performed on the Bird of Paradise matter and (b) 60 hours of contemporaneous time entries that reflect both work performed on the Bird of Paradise matter and at least one other MDL 2179 matter, of which I estimate that the time attributable to the Bird of Paradise matter is no less than 25.5 hours.  Applying a $470/hour rate, the total amount of fees associated with Mr. Nielson's work was $27,213.

15.     Joy Dineo, an Associate formerly with Kirkland & Ellis, expended 196.4 hours on this matter during the relevant time period.  As noted in Exhibit A, those hours are reflected in (a) 146.4 hours of contemporaneous time entries that reflect only work performed on the Bird of Paradise matter and (b) 144.1 hours of contemporaneous time entries that reflect both work performed on the Bird of Paradise matter and at least one other MDL 2179 matter, of which I estimate that the time attributable to the Bird of Paradise matter is no less than 50 hours.  Applying a $470/hour rate, the total amount of fees associated with Ms. Dineo's work was $92,308.

16.     Marlee Piette, an Associate, expended 138.4 hours on this matter during the relevant time period.  Applying a $470/hour rate, the total amount of fees associated with Ms. Piette's work was $65,048.

17.     Charles Brennan, an Associate, expended 10.7 hours on this matter during the relevant time period.  Applying a $470/hour rate, the total amount of fees associated with Mr. Brennan's work was $5,029.

18. Accordingly, Kirkland & Ellis LLP attorneys have expended a total of 617.1 hours in connection with BP's defense of this matter during the relevant time period for which BP seeks attorneys' fees. Applying an hourly rate of $470/hour to this work results in total fees of $290,037.

19. Additional details concerning the services provided by lawyers at Liskow & Lewis are contained in the declaration of Devin C. Reid, submitted in support of BP's Motion for Attorneys' Fees and Costs.

20. As detailed in Exhibit B, BP also paid for court reporter and videographer services in connection with John R. DeSilva's deposition on May 19, 2021. The amount charged was $1,804.65.

21. In summary, the following fees and costs were incurred by BP's counsel in defense of this matter:

| | |
|---|---|
| Court Reporter/Videographer | $1,804.65 |
| Liskow and Lewis | $7,073.00 |
| Kirkland & Ellis | $290,037.00 |
| TOTAL | $298,914.65 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in San Ramon, California on this 26th day of August, 2021.

_____
Christopher W. Keegan, P.C.

# EXHIBIT A

Kirkland Ellis LLP                    Time Records Relating Solely to                    Page 1
                                      The Bird of Paradise, LLC

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 10/16/19 | Plan and prepare for mediation with B1 plaintiff The Bird of Paradise. | Dineo, Joy M. | Associate | 5.20 |
| 10/17/19 | Attend mediation for B1 plaintiff The Bird of Paradise. | Dineo, Joy M. | Associate | 3.50 |
| 09/09/20 | Review and outline potential arguments for dispositive motion as to Bird of Paradise claim. | Ritter, Kristopher | Partner | 0.60 |
| 09/30/20 | Call with R. Penton re Bird of Paradise. | Keegan, Christopher W. | Partner | 0.50 |
| 11/16/20 | Review and analyze case file production documents re Bird of Paradise claim; review and analyze public materials re same. | Dineo, Joy M. | Associate | 2.10 |
| 11/16/20 | Call with K. Ritter and M. Petite to discuss Bird of Paradise claim. | Dineo, Joy M. | Associate | 0.60 |
| 11/16/20 | Review and investigate relevant work product, pleadings, and procedural history for Bird of Paradise claim, develop litigation strategy for same, and attend telephone conference regarding same with J Dineo and M Piette. | Ritter, Kristopher | Partner | 3.90 |
| 11/17/20 | Review and analyze Bird of Paradise production regarding ownership of claim; correspond with K. Ritter re same; review case file documents; research and review precedent re 30(b)(6) deposition notices; correspond with M. Petite and C. Brennan re same. | Dineo, Joy M. | Associate | 3.20 |
| 11/17/20 | Review and analyze affidavit and other documents provided by plaintiff relating to ownership of claim. | Ritter, Kristopher | Partner | 0.80 |
| 11/30/20 | Incorporate edits to Bird of Paradise order of proof. | Piette, Marlee | Associate | 0.70 |
| 12/01/20 | Incorporate revisions into order of proof for Bird of Paradise. | Piette, Marlee | Associate | 1.70 |
| 12/03/20 | Team meeting re Bird of Paradise. | Keegan, Christopher W. | Partner | 0.50 |
| 12/03/20 | Telephone call with J. Dineo, K. Ritter, C. Keegan to discuss claims related to The Bird of Paradise. | Piette, Marlee | Associate | 0.30 |
| 12/03/20 | Telephone call with J. Dineo, K. Ritter to discuss claims related to The Bird of Paradise. | Piette, Marlee | Associate | 0.30 |
| 12/03/20 | Prepare for and attend telephone conferences with C Keegan, J Dineo, and M Piette regarding status of work on Bird of Paradise case, potential litigation strategy, and next steps. | Ritter, Kristopher | Partner | 2.00 |
| 12/04/20 | Research and review public documentation re ownership status of The Bird of Paradise LLC and the real property associated with same; review business affiliations of Steven MacDonald in connection with same. | Dineo, Joy M. | Associate | 3.00 |
| 12/04/20 | Coordinate with library to set up public documents research for Bird of Paradise entities and real estate ownership issues; review initial results. | Piette, Marlee | Associate | 1.40 |
| 12/11/20 | Research and review public records reports on Steven A. MacDonald and associations re The Bird of Paradise; research Pinellas County Property Appraiser records and deed records re same; research MacDonald and DeSilva litigation history. | Dineo, Joy M. | Associate | 3.90 |
| 12/14/20 | Draft summary analysis re The Bird of Paradise LLC and real estate ownership issues. | Dineo, Joy M. | Associate | 2.20 |
| 12/17/20 | Research renovation permitting procedures and zoning variances for City of St. Pete Beach in connection with The Bird of Paradise claim; review production documents re same. | Dineo, Joy M. | Associate | 1.60 |
| 12/17/20 | Review and revise draft timeline of key events re The Bird of Paradise. | Dineo, Joy M. | Associate | 1.20 |
| 12/17/20 | Review and analyze B1 PTO 69 Plaintiff case files of The Bird of Paradise LLC in connection with fact development research. | Dineo, Joy M. | Associate | 2.50 |
| 12/17/20 | Telephone call with M. Piette to discuss strategy re The Bird of Paradise claim. | Dineo, Joy M. | Associate | 0.50 |
| 12/17/20 | Telephone call with J. Dineo re work streams for Bird of Paradise. | Piette, Marlee | Associate | 0.50 |
| 12/18/20 | Look into freedom of information requests for Bird of Paradise. | Piette, Marlee | Associate | 1.70 |
| 12/18/20 | Review results of factual investigation into current ownership and status of The Bird of Paradise, LLC, and coordinate with J Dineo and M Pinette regarding next steps for factual investigation and preparation of dispositive motion. | Ritter, Kristopher | Partner | 1.00 |
| 12/22/20 | Review and revise proposed FOIA request to Florida Department of State for materials relevant to sale of The Bird of Paradise LLC, and communicate with J Dineo and M Piette regarding next steps. | Ritter, Kristopher | Partner | 0.40 |
| 12/28/20 | Telephone call with M. Piette to discuss dispositive motion re The Bird of Paradise, LLC. | Dineo, Joy M. | Associate | 0.30 |
| 12/28/20 | Review and analyze fact development research from library; coordinate with firm librarians and attend to correspondence re same; review and analyze B1 plaintiff case files in connection with same; review and analyze Mueller water briefing and orders; review and analyze prior briefing and case law re failure to present re Bird of Paradise dispositive motion. | Dineo, Joy M. | Associate | 4.30 |
| 12/28/20 | Telephone call with J. Dineo re Bird of Paradise fact development tasks. | Piette, Marlee | Associate | 0.30 |
| 12/28/20 | Draft letter to Steven MacDonald re The Bird of Paradise, LLC ownership. | Piette, Marlee | Associate | 0.80 |
| 12/29/20 | Review and analyze fact development research from library; coordinate with firm librarians and attend to correspondence re same; review and analyze B1 plaintiff case files in connection with same; review and analyze Mueller water briefing and orders; review and analyze prior briefing and case law re failure to present re Bird of Paradise dispositive motion. | Dineo, Joy M. | Associate | 3.50 |
| 12/29/20 | Review and revise general topics and definitions for B1 30(b)(6) notices for all plaintiffs; review and revise draft letter to MacDonald re The Bird of Paradise, LLC ownership questions; draft outline of early dispositive motion re The Bird of Paradise. | Dineo, Joy M. | Associate | 3.10 |
| 12/29/20 | Draft motion to dismiss outline for Bird of Paradise. | Piette, Marlee | Associate | 5.30 |
| 12/30/20 | Review and analyze fact development research from library; coordinate with firm librarians and attend to correspondence re same; review and analyze B1 plaintiff case files in connection with same; review and analyze Mueller water briefing and orders; review and analyze prior briefing and case law re failure to present re Bird of Paradise dispositive motion. | Dineo, Joy M. | Associate | 2.50 |
| 12/30/20 | Draft, review and revise outline of early dispositive motion re The Bird of Paradise, LLC; draft Rule 30 deposition notices for B1 Plaintiffs. | Dineo, Joy M. | Associate | 5.30 |
| 12/30/20 | Research standing case law for The Bird of Paradise motion to dismiss. | Piette, Marlee | Associate | 2.50 |
| 01/03/21 | Investigate, research, and develop arguments for dispositive motion in case. | Ritter, Kristopher | Partner | 1.00 |
| 01/08/21 | Review and analyze research memorandum re factors considered for lost profits damages; review and analyze The Bird of Paradise, LLC production materials in connection with deposition outline preparation; review and analyze public documents re same; review and analyze draft dispositive motion re standing issues re same. | Dineo, Joy M. | Associate | 4.10 |
| 01/14/21 | Attention to Bird of Paradise materials and deposition items. | Keegan, Christopher W. | Partner | 0.50 |
| 01/15/21 | Review and analyze The Bird of Paradise PTO 65 submission re preservation of claim; review and analyze timeline of key events; review case documents re same. | Dineo, Joy M. | Associate | 1.90 |
| 01/18/21 | Draft project status update and attend to correspondence re same; review and revise deposition schedule re same; draft correspondence re case management re The Bird of Paradise, LLC claim. | Dineo, Joy M. | Associate | 2.80 |
| 01/18/21 | Attention to Bird of Paradise discovery materials. | Keegan, Christopher W. | Partner | 0.50 |

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 01/19/21 | Team call to discuss ongoing projects and strategy; call with K. Ritter to discuss The Bird of Paradise; call with C. Keegan to discuss The Bird of Paradise offensive discovery and response strategy; attend to correspondence re same; attend to correspondence with junior team members re deposition outlines. | Dineo, Joy M. | Associate | 3.60 |
| 01/19/21 | Discuss letter addressing standing issue and legal needs for The Bird of Paradise with J. Dineo. | Piette, Marlee | Associate | 0.20 |
| 01/19/21 | Review materials from team re Bird of Paradise discovery issues; participate in team conference re plan for same. | Regan, Matthew T. | Partner | 1.40 |
| 01/19/21 | Review and analyze draft deposition notice to plaintiff, written discovery and 30(b)(6) notice served on BP, draft outline for deposition of plaintiff, and draft letter to J. McDonald regarding ownership of The Bird of Paradise LLC; prepare for and attend telephone conference with M. Regan and B1 team regarding Bird of Paradise case strategy and recently-served deposition notice and discovery request to BP. | Ritter, Kristopher | Partner | 2.80 |
| 01/20/21 | Review transcript from September 2020 hearing re The Bird of Paradise; review and analyze The Bird of Paradise documentation re LLC ownership and sale of property rights. | Dineo, Joy M. | Associate | 1.60 |
| 01/20/21 | Draft letter to Penton regarding ownership of The Bird of Paradise LLC and discovery requests. | Dineo, Joy M. | Associate | 1.40 |
| 01/20/21 | Call with T. Kelly and K. Ritter re docket status and Bird of Paradise. | Keegan, Christopher W. | Partner | 0.80 |
| 01/20/21 | Discuss legal research needs for letter to The Bird of Paradise with J. Dineo. | Piette, Marlee | Associate | 0.40 |
| 01/20/21 | Research case law for the letter to the Bird of Paradise. | Piette, Marlee | Associate | 6.10 |
| 01/20/21 | Prepare for and attend telephone conference with client and C Keegan re Bird of Paradise case strategy and recently-served deposition notice and discovery request to BP. | Ritter, Kristopher | Partner | 0.80 |
| 01/21/21 | Draft letter to Penton regarding ownership of The Bird of Paradise LLC and discovery requests; draft summary of research findings re Florida limited liability companies and asset ownership. | Dineo, Joy M. | Associate | 4.10 |
| 01/21/21 | Prepare correspondence to plaintiff's counsel regarding threshold legal issue of ownership of claim and discovery issues. | Ritter, Kristopher | Partner | 0.90 |
| 01/22/21 | Review and revise draft letter to Penton regarding ownership of The Bird of Paradise LLC and discovery requests; attend to correspondence re same. | Dineo, Joy M. | Associate | 1.10 |
| 01/22/21 | Research case law for the letter to the Bird of Paradise. | Piette, Marlee | Associate | 2.70 |
| 01/22/21 | Prepare correspondence to plaintiff's counsel regarding threshold legal issue of ownership of claim and discovery issues. | Ritter, Kristopher | Partner | 0.40 |
| 01/25/21 | Attention to Bird of Paradise, review and revise draft letter. | Keegan, Christopher W. | Partner | 0.50 |
| 01/25/21 | Review proposed revisions to letter to plaintiff's counsel regarding threshold legal issue and potential stay of discovery, and review response from plaintiff; identify/review key document sets and current outline of deposition of plaintiff and outline of potential dispositive motion. | Ritter, Kristopher | Partner | 2.50 |
| 01/26/21 | Preparation call with K. Ritter on The Bird of Paradise. | Keegan, Christopher W. | Partner | 0.50 |
| 01/26/21 | Call with R. Penton and K. Ritter re The Bird of Paradise matter. | Keegan, Christopher W. | Partner | 1.00 |
| 01/26/21 | Prepare for and attend telephone conferences with C. Keegan and plaintiff's counsel regarding dispositive threshold issue and stay of discovery in Bird of Paradise matter; prepare of dispositive motion as to plaintiff's claim. | Ritter, Kristopher | Partner | 1.50 |
| 01/27/21 | Follow up with client re Bird of Paradise and next steps. | Keegan, Christopher W. | Partner | 1.30 |
| 01/27/21 | Go through outline of dispositive motion for The Bird of Paradise, locate all case law and compile into network folder. | Piette, Marlee | Associate | 2.50 |
| 01/28/21 | Research additional case law for dispositive motion for The Bird of Paradise. | Piette, Marlee | Associate | 1.50 |
| 01/29/21 | Review and revise draft dispositive motion outline re The Bird of Paradise. | Dineo, Joy M. | Associate | 1.00 |
| 02/01/21 | Communicate with client re briefing schedule for dispositive motion. | Ritter, Kristopher | Partner | 0.20 |
| 02/03/21 | Seek and review internal precedent for consent motion to stay proceedings for The Bird of Paradise. | Piette, Marlee | Associate | 0.50 |
| 02/03/21 | Prepare for and attend telephone conferences with court's clerk re parties' agreement to suspend discovery and brief dispositive issue in case, provide update to team re same, including re preparation of consent motion to suspend discovery. | Ritter, Kristopher | Partner | 0.50 |
| 02/05/21 | Draft consent motion and proposed order for The Bird of Paradise, LLC. | Piette, Marlee | Associate | 4.30 |
| 02/06/21 | Review case file and revise detailed outline of dispositive motion. | Ritter, Kristopher | Partner | 2.40 |
| 02/08/21 | Prepare draft motion and proposed order to suspend PTO 69 discovery and motion practice deadlines in Bird of Paradise case pending a ruling on BP's dispositive motion, coordinate comments from B1 team on same, circulate same to client, and communicate with plaintiff's counsel to confirm consent to motion; review case file and revise detailed outline of dispositive motion. | Ritter, Kristopher | Partner | 2.40 |
| 02/09/21 | Review and revise draft memorandum in support of motion to dismiss claims of The Bird of Paradise, LLC. | Dineo, Joy M. | Associate | 2.80 |
| 02/09/21 | Call with M. Piette to discuss The Bird of Paradise claim. | Dineo, Joy M. | Associate | 0.50 |
| 02/09/21 | Draft dispositive motion for The Bird of Paradise, LLC. | Piette, Marlee | Associate | 1.50 |
| 02/10/21 | Draft dispositive motion for The Bird of Paradise, LLC. | Piette, Marlee | Associate | 9.50 |
| 02/10/21 | Finalize and file motion and proposed order to suspend PTO 69 discovery and motion practice deadlines in Bird of Paradise case pending a ruling on BP's dispositive motion. | Ritter, Kristopher | Partner | 0.80 |
| 02/11/21 | Review order granting stay of PTO 69 deadlines in case pending resolution of BP's motion and setting deadline for same, provide update to client re same, and update tracking work product accordingly. | Ritter, Kristopher | Partner | 0.20 |
| 02/12/21 | Review and analyze The Bird of Paradise case documents re motion to dismiss; review and analyze Mueller Water and Allstar Pipe briefing re same. | Dineo, Joy M. | Associate | 2.70 |
| 02/17/21 | Review K. Ritter's changes to Bird of Paradise memorandum in support of motion to dismiss; draft declaration and motion for same. | Piette, Marlee | Associate | 4.00 |
| 02/17/21 | Prepare BP's Rule 12(b)(1) motion to dismiss plaintiff's claims. | Ritter, Kristopher | Partner | 5.10 |
| 02/18/21 | Research Florida LLC law for Bird of Paradise motion to dismiss. | Piette, Marlee | Associate | 3.00 |
| 02/18/21 | Revise BP's 12(b)(1) motion to dismiss case, and circulate same to client for comment. | Ritter, Kristopher | Partner | 0.80 |
| 02/19/21 | Review and revise draft motion to dismiss re The Bird of Paradise; draft, review and revise motion to seal re BP's motion to dismiss the claims of The Bird of Paradise; draft proposed order re same; draft, review and revise slide deck re status and strategy update for remaining B1 claims. | Dineo, Joy M. | Associate | 6.80 |
| 02/19/21 | Revise BP's 12(b)(1) motion to dismiss, exhibit set, affidavit of counsel re exhibits, and motion to seal. | Ritter, Kristopher | Partner | 1.00 |

Kirkland Ellis LLP

Time Records Relating Solely to
The Bird of Paradise, LLC

Page 3

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 02/20/21 | Attend to correspondence re finalizing The Bird of Paradise motion to dismiss papers; review and analyze drafts re same. | Dineo, Joy M. | Associate | 3.80 |
| 02/22/21 | Attend to correspondence re finalizing filing papers for motion to dismiss the claims of The Bird of Paradise. | Dineo, Joy M. | Associate | 1.00 |
| 02/22/21 | Review and finalize Bird of Paradise materials. | Keegan, Christopher W. | Partner | 0.50 |
| 02/22/21 | Revise, finalize, and filed Rule 12(b)(1) motion to dismiss of Bird of Paradise case, along with motion to seal certain exhibits to same. | Ritter, Kristopher | Partner | 2.50 |
| 02/23/21 | Review briefing schedule and order re sealing of exhibits, provide update to client re same, and assess whether exhibits to be publicly filed contain any information required to be redacted under EDLA local rules. | Ritter, Kristopher | Partner | 0.50 |
| 02/25/21 | Review exhibits A, E, and F to Motion to Dismiss for Lack of Standing for any required redactions, and communicate with plaintiff's counsel re public filing of same. | Ritter, Kristopher | Partner | 0.70 |
| 03/02/21 | Revise filing re public filing of exhibits A, E, and F to Motion to Dismiss for Lack of Standing. | Ritter, Kristopher | Partner | 0.30 |
| 03/17/21 | Review motion by Halliburton to join in and adopt BP's motion to dismiss Bird of Paradise claim. | Ritter, Kristopher | Partner | 0.10 |
| 03/23/21 | Telephone call with K. Ritter to discuss response strategy re BP reply in support of motion to dismiss The Bird of Paradise matter; attend to correspondence re reply strategy. | Dineo, Joy M. | Associate | 1.00 |
| 03/23/21 | Draft summary of The Bird of Paradise opposition to BP motion to dismiss; draft outline re BP's reply in support of its motion to dismiss. | Dineo, Joy M. | Associate | 3.10 |
| 03/23/21 | Review and analyze The Bird of Paradise opposition brief to BP's motion to dismiss; review and analyze case documents re same. | Dineo, Joy M. | Associate | 2.20 |
| 03/23/21 | Review Bird of Paradise opposition and follow up with team. | Keegan, Christopher W. | Partner | 1.00 |
| 03/23/21 | Review plaintiff's brief in opposition to BP's motion to dismiss, develop potential arguments for reply brief, attend telephone conference with J. Dineo re same, and review and revise draft note to client re same. | Ritter, Kristopher | Partner | 2.10 |
| 03/24/21 | Draft, review, and revise BP reply brief in support of motion to dismiss in The Bird of Paradise matter. | Dineo, Joy M. | Associate | 3.10 |
| 03/24/21 | Research, review and analyze case law re BP's reply in support of motion to dismiss the complaint of The Bird of Paradise. | Dineo, Joy M. | Associate | 1.80 |
| 03/24/21 | Discuss plan for reply to The Bird of Paradise with J. Dineo. | Piette, Marlee | Associate | 0.60 |
| 03/25/21 | Research, review and analyze case law re BP's reply in support of motion to dismiss the complaint of The Bird of Paradise; attend to correspondence re same. | Dineo, Joy M. | Associate | 5.30 |
| 03/25/21 | Research standing and mootness case law for reply brief for The Bird of Paradise; review case law cited in plaintiff's brief for property law point and research case law to refute it; research case law showing that a business license can be an asset. | Piette, Marlee | Associate | 6.30 |
| 03/25/21 | Review plaintiff's brief in opposition to BP's motion to dismiss and develop potential arguments for reply brief. | Ritter, Kristopher | Partner | 1.10 |
| 03/26/21 | Research, review and analyze case law re BP's reply in support of motion to dismiss the complaint of The Bird of Paradise. | Dineo, Joy M. | Associate | 1.20 |
| 03/26/21 | Prepare reply brief in support of BP's motion to dismiss. | Ritter, Kristopher | Partner | 1.10 |
| 03/27/21 | Prepare reply brief in support of BP's motion to dismiss. | Ritter, Kristopher | Partner | 6.80 |
| 03/28/21 | Review and analyze The Bird of Paradise opposition to BP's motion to dismiss; review and analyze case documents in connection with BP's reply in support of its motion to dismiss. | Dineo, Joy M. | Associate | 1.20 |
| 03/28/21 | Attend to correspondence re Reply filing in support of BP's motion to dismiss The Bird of Paradise matter. | Dineo, Joy M. | Associate | 0.70 |
| 03/28/21 | Review and revise draft reply in support of BP's motion to dismiss The Bird of Paradise matter; draft, review and revise declaration of Ritter in support of same. | Dineo, Joy M. | Associate | 2.50 |
| 03/28/21 | Review and revise Bird of Paradise reply brief. | Keegan, Christopher W. | Partner | 1.30 |
| 03/28/21 | Review draft reply to The Bird of Paradise, incorporate edits. | Piette, Marlee | Associate | 1.00 |
| 03/28/21 | Prepare reply brief in support of BP's motion to dismiss. | Ritter, Kristopher | Partner | 3.20 |
| 03/29/21 | Review and revise Bird of Paradise materials. | Keegan, Christopher W. | Partner | 0.50 |
| 03/29/21 | Review draft reply to The Bird of Paradise, incorporate edits. | Piette, Marlee | Associate | 1.10 |
| 03/29/21 | Review and revise reply brief in support of motion to dismiss, including coordinate comments from other outside counsel re same. | Ritter, Kristopher | Partner | 1.10 |
| 03/30/21 | Attend to correspondence with paralegals and local counsel re finalization of filing Reply in support of BP's motion to dismiss The Bird of Paradise matter. | Dineo, Joy M. | Associate | 1.00 |
| 03/30/21 | Review and revise reply brief in support of motion to dismiss and declaration attached to same. | Ritter, Kristopher | Partner | 1.50 |
| 04/13/21 | Attention to Bird of Paradise argument items. | Keegan, Christopher W. | Partner | 0.50 |
| 04/15/21 | Review and analyze draft hearing preparation materials re The Bird of Paradise hearing; attend to correspondence re same. | Dineo, Joy M. | Associate | 2.60 |
| 04/15/21 | Telephone call with J. Dineo to discuss preparation for upcoming hearing for The Bird of Paradise. | Piette, Marlee | Associate | 0.30 |
| 04/15/21 | Collect documents for network folder for The Bird of Paradise hearing. | Piette, Marlee | Associate | 2.30 |
| 04/15/21 | Attention to planning for upcoming motion hearing. | Regan, Matthew T. | Partner | 0.60 |
| 04/15/21 | Prepare for upcoming hearing on BP's motion to dismiss Bird of Paradise case, and communicate with M. Regan, J. Dineo, and M. Piette re same. | Ritter, Kristopher | Partner | 0.80 |
| 04/16/21 | Review materials re Bird of Paradise argument. | Keegan, Christopher W. | Partner | 1.30 |
| 04/16/21 | Collect documents in advance of hearing for The Bird of Paradise. | Piette, Marlee | Associate | 0.50 |
| 04/16/21 | Prepare for upcoming hearing on BP's motion to dismiss Bird of Paradise case. | Ritter, Kristopher | Partner | 1.00 |
| 04/19/21 | Review and analyze draft hearing preparation materials re The Bird of Paradise hearing; attend to correspondence re same. | Dineo, Joy M. | Associate | 2.30 |
| 04/19/21 | Prepare for upcoming hearing on BP's motion to dismiss Bird of Paradise case. | Ritter, Kristopher | Partner | 0.40 |
| 04/20/21 | Team call to discuss arguments and strategy re hearing on BP's motion to dismiss The Bird of Paradise claims; prepare for same. | Dineo, Joy M. | Associate | 0.80 |
| 04/20/21 | Prepare for hearing on BP's motion to dismiss the claims of The Bird of Paradise; review and analyze case file documents and briefing re same. | Dineo, Joy M. | Associate | 4.20 |
| 04/20/21 | Strategy discussion re Bird of Paradise argument. | Keegan, Christopher W. | Partner | 1.00 |
| 04/20/21 | Take notes on call with M. Regan, C. Keegan, K. Ritter, J. Dineo and client in advance of hearing for The Bird of Paradise motion to dismiss. | Piette, Marlee | Associate | 0.40 |

| Kirkland Ellis LLP | Time Records Relating Solely to The Bird of Paradise, LLC | | Page 4 |

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 04/20/21 | Review BOP materials for hearing; conference with client re same. | Regan, Matthew T. | Partner | 2.50 |
| 04/20/21 | Prepare for upcoming hearing on BP's motion to dismiss Bird of Paradise case, including attend conference with client, M. Regan, C. Keegan to discuss BP's arguments. | Ritter, Kristopher | Partner | 0.90 |
| 04/21/21 | Attend hearing on BP's motion to dismiss the claims of The Bird of Paradise. | Dineo, Joy M. | Associate | 1.00 |
| 04/21/21 | Prepare for hearing on BP's motion to dismiss the claims of The Bird of Paradise; review and analyze case file documents and briefing re same; review and analyze notes from proceedings; draft summary of hearing proceedings. | Dineo, Joy M. | Associate | 2.60 |
| 04/21/21 | Draft, review and revise draft notice of deposition to John DeSilva re The Bird of Paradise; draft, review and revise draft subpoena for testimony to Steven A. MacDonald re same; draft document requests to MacDonald re same; review precedent re same. | Dineo, Joy M. | Associate | 3.80 |
| 04/21/21 | Attend and follow up on Bird of Paradise argument. | Keegan, Christopher W. | Partner | 1.50 |
| 04/21/21 | Attend and take notes at hearing for The Bird of Paradise motion to dismiss. | Piette, Marlee | Associate | 1.00 |
| 04/21/21 | Prepare subpoena for third party in The Bird of Paradise. | Piette, Marlee | Associate | 1.50 |
| 04/21/21 | Prepare for BOP hearing; conduct hearing; follow-up with client and team re developments re same. | Regan, Matthew T. | Partner | 3.30 |
| 04/21/21 | Prepare for and attend hearing on BP's motion to dismiss Bird of Paradise case, attend follow up telephone conference with client, and complete follow up tasks re limited jurisdictional discovery. | Ritter, Kristopher | Partner | 3.00 |
| 04/22/21 | Review and revise draft notice of deposition to John DeSilva re The Bird of Paradise; review and revise draft subpoena for testimony and documents to Steven A. MacDonald re same; research MacDonald contact for service re same. | Dineo, Joy M. | Associate | 3.30 |
| 04/26/21 | Attend teleconference with M. Regan re next steps in case. | Ritter, Kristopher | Partner | 0.40 |
| 04/28/21 | Attention to Bird of Paradise deposition matters, review materials re Keleske and MacDonald. | Keegan, Christopher W. | Partner | 1.30 |
| 04/28/21 | Prepare for upcoming depositions of S. MacDonald, J. DeSilva, and potentially others. | Ritter, Kristopher | Partner | 0.40 |
| 05/03/21 | Plan and prepare for upcoming depositions in Bird of Paradise matter. | Ritter, Kristopher | Partner | 1.00 |
| 05/04/21 | Telephone call with K. Ritter and M. Piette to discuss preparation for depositions in The Bird of Paradise matter; review and revise draft subpoenas to MacDonald and Keleske re same; review and revise draft deposition outlines re same. | Dineo, Joy M. | Associate | 2.80 |
| 05/04/21 | Call with K. Ritter, J. Dineo re Bird of Paradise depositions. | Piette, Marlee | Associate | 0.50 |
| 05/04/21 | Prepare for upcoming depositions of Stephen McDonald, Joshua Keleske, and John DeSilva, and prepare for and attend telephone conference with J. Dineo and M. Piette re same. | Ritter, Kristopher | Partner | 1.00 |
| 05/05/21 | Draft deposition shells with high level structure for upcoming Bird of Paradise depositions. | Piette, Marlee | Associate | 4.00 |
| 05/05/21 | Prepare for upcoming depositions of Stephen McDonald, Joshua Keleske, and John DeSilva. | Ritter, Kristopher | Partner | 0.40 |
| 05/06/21 | Review and revise draft deposition outlines re The Bird of Paradise matter; review and analyze key documents re same; call with M. Piette to discuss strategy re same. | Dineo, Joy M. | Associate | 4.10 |
| 05/06/21 | Prepare key documents folder for upcoming The Bird of Paradise depositions. | Piette, Marlee | Associate | 3.00 |
| 05/06/21 | Discuss outlines for depositions in The Bird of Paradise matter with J. Dineo. | Piette, Marlee | Associate | 0.90 |
| 05/06/21 | Prepare for upcoming depositions of Stephen McDonald, Joshua Keleske, and John DeSilva. | Ritter, Kristopher | Partner | 0.30 |
| 05/07/21 | Edit deposition notice for John DeSilva and subpoenas for Stephen MacDonald and Joshua Keleske, send to K. Ritter, C. Keegan, J. Dineo; draft high level outlines for depositions of DeSilva, Keleske, and MacDonald. | Piette, Marlee | Associate | 7.00 |
| 05/07/21 | Prepare for upcoming depositions, including review and comment on draft deposition notices and subpoenas, and communicate with plaintiff's counsel re scheduling and noticing depositions. | Ritter, Kristopher | Partner | 1.30 |
| 05/09/21 | Prepare for upcoming depositions, including locate information for Joshua Keleske and prepare communication to him re upcoming depositions and ownership of The Bird of Paradise, LLC. | Ritter, Kristopher | Partner | 1.00 |
| 05/10/21 | Team call to discuss ongoing projects and strategy; prepare for same; draft letter to Penton re depositions in The Bird of Paradise matter; review and revise same; review and analyze case file materials in preparation for deposition of Stephen MacDonald; draft outline re same. | Dineo, Joy M. | Associate | 3.50 |
| 05/10/21 | Prepare letter for K. Ritter to send to opposing counsel for The Bird of Paradise related to upcoming depositions, send to J. Dineo for review. | Piette, Marlee | Associate | 0.70 |
| 05/10/21 | Prepare for upcoming depositions, including review draft deposition outlines; communicate with J. Keleske and attempt communication with counsel for S. MacDonald; communicate with plaintiff's counsel re deposition scheduling, including prepare letter to same. | Ritter, Kristopher | Partner | 3.20 |
| 05/11/21 | Build out deposition outline for deposition of S. MacDonald in The Bird of Paradise matter. | Piette, Marlee | Associate | 5.10 |
| 05/11/21 | Prepare for upcoming depositions, including attend telephone conference with counsel for S MacDonald and correspond with plaintiffs' counsel. | Ritter, Kristopher | Partner | 0.90 |
| 05/12/21 | Coordinate court reporter and Zoom links for upcoming depositions in The Bird of Paradise matters. | Piette, Marlee | Associate | 0.20 |
| 05/12/21 | Build out deposition outline for deposition of J. DeSilva in The Bird of Paradise matter. | Piette, Marlee | Associate | 2.20 |
| 05/12/21 | Prepare for upcoming depositions, including prepare deposition outlines and attend telephone conference with counsel for S MacDonald and correspond with plaintiffs' counsel. | Ritter, Kristopher | Partner | 2.20 |
| 05/13/21 | Draft proposed affidavit of S. MacDonald and subpoena for documents related to The Bird of Paradise. | Piette, Marlee | Associate | 3.50 |
| 05/13/21 | Incorporate edits into outline for deposition of J. DeSilva in The Bird of Paradise matter, continue drafting. | Piette, Marlee | Associate | 1.30 |
| 05/13/21 | Prepare for and attend telephone conference with counsel for S. MacDonald, and prepare update to team re same along with proposed next steps; work with J. Dineo and M. Piette to prepare subpoena to and proposed declaration by S. MacDonald; prepare for upcoming depositions in case. | Ritter, Kristopher | Partner | 4.10 |
| 05/14/21 | Attention to Bird of Paradise materials; discussion with team re same. | Keegan, Christopher W. | Partner | 0.80 |
| 05/14/21 | Review document production from S. MacDonald of the The Bird of Paradise purchase agreement. | Piette, Marlee | Associate | 0.50 |
| 05/14/21 | Review and analyze Membership Interest Purchase Agreement produced by Steven MacDonald; attend telephone conference with counsel for MacDonald to discuss production and potential declaration; attend telephone conferences with M. Regan and T. Kelly to discuss next steps in case; prepare revised proposed declaration of S MacDonald; prepare for upcoming depositions, should they go forward. | Ritter, Kristopher | Partner | 3.70 |
| 05/16/21 | Prepare for upcoming depositions, should they go forward. | Ritter, Kristopher | Partner | 0.50 |
| 05/17/21 | Discuss depositions for The Bird of Paradise with J. Dineo. | Piette, Marlee | Associate | 0.20 |

| Kirkland Ellis LLP | Time Records Relating Solely to The Bird of Paradise, LLC | | | Page 5 |

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 05/17/21 | Communicate with counsel for Stephen MacDonald re preparation and execution of declaration setting forth history of transfer of ownership of The Bird of Paradise LLC from John DeSilva to an entity controlled by Stephen MacDonald; prepare correspondence to plaintiff's counsel forwarding declaration of S MacDonald and Membership Interest Purchase Agreement and requesting that plaintiff promptly dismiss case without need for further proceedings; correspond with plaintiff's counsel re upcoming scheduled depositions; prepare for depositions of S MacDonald and J DeSilva. | Ritter, Kristopher | Partner | 4.70 |
| 05/18/21 | Attend deposition of Steven MacDonald (no-show) in connection with The Bird of Paradise matter; review and revise draft deposition outline for John DeSilva in connection with same. | Dineo, Joy M. | Associate | 3.10 |
| 05/18/21 | Review Bird of Paradise briefing and transcripts. | Nielson, Aaron L. | Of Counsel | 2.00 |
| 05/18/21 | Draft deposition outline for John DeSilva of The Bird of Paradise. | Piette, Marlee | Associate | 1.30 |
| 05/18/21 | Prepare for deposition of Stephen MacDonald, including prepare updated and revised outline of potential examination and set of exhibits; attend deposition of Stephen MacDonald, for which witness did not appear, but during which parties made statements on the record, and prepare updates to team re same; communicate with A Nielsen re plans for preparing supplemental brief; prepare revised and updated deposition outline and exhibit set for deposition of John DeSilva. | Ritter, Kristopher | Partner | 5.40 |
| 05/19/21 | Attend deposition of John DeSilva in connection with The Bird of Paradise matter. | Dineo, Joy M. | Associate | 1.50 |
| 05/19/21 | Review Bird of Paradise correspondence. | Nielson, Aaron L. | Of Counsel | 0.20 |
| 05/19/21 | Discuss deposition of John DeSilva with K. Ritter and follow up plan. | Piette, Marlee | Associate | 0.20 |
| 05/19/21 | Attend and take notes at the deposition of John DeSilva of The Bird of Paradise. | Piette, Marlee | Associate | 1.30 |
| 05/19/21 | Prepare revised and updated deposition outline and exhibit set for deposition of John DeSilva; prepare for and conduct deposition of John DeSilva; prepare email memorandum to client re case, including updates on recent developments, anticipated next steps, and strategic recommendations; plan and prepare for supplemental briefing in case. | Ritter, Kristopher | Partner | 5.50 |
| 05/20/21 | Telephone call with K. Ritter re Bird of Paradise reply and review record re same. | Nielson, Aaron L. | Of Counsel | 0.50 |
| 05/20/21 | Prepare supplemental brief in support of BP's motion to dismiss case, and attend telephone conference with A. Nielsen re same. | Ritter, Kristopher | Partner | 1.10 |
| 05/25/21 | Review and comment on proposed outline for supplemental brief. | Ritter, Kristopher | Partner | 0.40 |
| 05/27/21 | Begin drafting supplemental memorandum re Bird of Paradise litigation; research history and potential arguments re same. | Nielson, Aaron L. | Of Counsel | 3.90 |
| 06/01/21 | Review J. DeSilva deposition transcript. | Ritter, Kristopher | Partner | 0.40 |
| 06/02/21 | Compile exhibits from deposition of the Bird of Paradise, work with J. James to get them added to index. | Piette, Marlee | Associate | 1.80 |
| 06/02/21 | Coordinate with M. Piette to address errata and errors in exhibit numbering in J. DeSilva deposition transcript. | Ritter, Kristopher | Partner | 0.40 |
| 06/03/21 | Draft email to opposing counsel in the Bird of Paradise matter re deposition exhibit index. | Piette, Marlee | Associate | 0.70 |
| 06/03/21 | Coordinate with M. Piette to address errata and errors in exhibit numbering in J. DeSilva deposition transcript. | Ritter, Kristopher | Partner | 0.30 |
| 06/04/21 | Work on edits to Bird of Paradise supplemental briefing; draft declaration for same. | Piette, Marlee | Associate | 4.80 |
| 06/04/21 | Call with K. Ritter, A. Nielson re Bird of Paradise supplemental submission. | Piette, Marlee | Associate | 0.30 |
| 06/04/21 | Prepare BP's supplemental brief in support of its motion to dismiss, and attend telephone conference with A. Nielsen and M. Piette re same. | Ritter, Kristopher | Partner | 2.50 |
| 06/07/21 | Revise edits to Bird of Paradise supplemental brief on motion to dismiss. | Piette, Marlee | Associate | 1.50 |
| 06/07/21 | Attention to Bird of Paradise draft supplemental brief from K. Ritter. | Regan, Matthew T. | Partner | 1.80 |
| 06/08/21 | Review edits to Bird of Paradise brief. | Piette, Marlee | Associate | 0.30 |
| 06/08/21 | Coordinate deposition of John DeSilva transcript updates with J. James and court reporter. | Piette, Marlee | Associate | 0.30 |
| 06/08/21 | Revise updated Bird of Paradise draft supplemental brief; confer with team re same. | Regan, Matthew T. | Partner | 2.10 |
| 06/08/21 | Prepare supplemental brief in support of BP's motion to dismiss and declaration in support of same and forward same to client for review. | Ritter, Kristopher | Partner | 1.10 |
| 06/09/21 | Incorporate A. Nielson's and F. Sramek's edits into Bird of Paradise brief. | Piette, Marlee | Associate | 0.50 |
| 06/09/21 | Coordinate deposition of John DeSilva transcript updates with J. James and court reporter; confirm updates with K. Ritter re same. | Piette, Marlee | Associate | 0.30 |
| 06/09/21 | Revise supplemental brief in support of BP's motion to dismiss to reflect further comments, forward same to client for review and respond to questions from client. | Ritter, Kristopher | Partner | 0.70 |
| 06/11/21 | Attention to Bird of Paradise filings and follow up with team. | Keegan, Christopher W. | Partner | 1.00 |
| 06/11/21 | Incorporate and finalize brief and supporting documents in advance of filing; research and aid K. Ritter in building out potential additional argument in response to DeSilva's brief. | Piette, Marlee | Associate | 4.00 |
| 06/11/21 | Draft update note for client re supplemental brief; attention to new developments from plaintiff's filing and confer with team re same. | Regan, Matthew T. | Partner | 1.70 |
| 06/11/21 | Review and analyze plaintiff's supplemental brief, including new affidavit and assignment of S. MacDonald, research and outline potential arguments in response to same and communicate with B1 team and client re same; review, finalize and file BP's supplemental brief. | Ritter, Kristopher | Partner | 3.90 |
| 06/14/21 | Research case law to use for potential Bird of Paradise supplemental briefing. | Piette, Marlee | Associate | 5.00 |
| 06/14/21 | Research and prepare outline of arguments in response to plaintiff's supplemental brief and prepare summary note to client re same. | Ritter, Kristopher | Partner | 2.70 |
| 06/15/21 | Research case law to use for potential Bird of Paradise supplemental briefing on discovery violations, send to A. Nielson and K. Ritter. | Piette, Marlee | Associate | 6.80 |
| 06/16/21 | Continue research re Bird of Paradise and prepare argument re dissolution of claims. | Nielson, Aaron L. | Of Counsel | 1.70 |
| 06/16/21 | Build out outline for potential Bird of Paradise motion. | Piette, Marlee | Associate | 0.60 |
| 06/16/21 | Review potential strategic options for sur-reply. | Regan, Matthew T. | Partner | 0.80 |
| 06/16/21 | Research and prepare outline of arguments in response to plaintiff's supplemental brief and prepare summary note to client re same. | Ritter, Kristopher | Partner | 1.40 |
| 06/17/21 | Revise outline for potential Bird of Paradise motion. | Piette, Marlee | Associate | 0.50 |
| 06/17/21 | Review transcript of deposition and pleadings for statements to use in Bird of Paradise briefing. | Piette, Marlee | Associate | 1.00 |
| 06/17/21 | Revise errata sheet for deposition of J. DeSilva and circulate to opposing counsel. | Piette, Marlee | Associate | 1.90 |

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 06/17/21 | Research Fifth Circuit case law for potential Bird of Paradise motion. | Piette, Marlee | Associate | 3.30 |
| 06/17/21 | Review and approve errata sheet for deposition of J. DeSilva; research and prepare outline of arguments in response to plaintiff's supplemental brief and prepare summary note to client re same. | Ritter, Kristopher | Partner | 1.40 |
| 06/18/21 | Review email from team with outline for potential sur-reply. | Regan, Matthew T. | Partner | 0.50 |
| 06/18/21 | Research and prepare outline of arguments in response to plaintiff's supplemental brief and prepare summary note to client re same. | Ritter, Kristopher | Partner | 2.00 |
| 06/19/21 | For Bird of Paradise, research Florida law re requirements for valid assignment and ability a dissolved entity to pursue claims. | Nielson, Aaron L. | Of Counsel | 1.70 |
| 06/21/21 | Review court's order related to supplemental briefing for Bird of Paradise, review outline for potential brief, correspond with A. Nielson related to same. | Piette, Marlee | Associate | 1.50 |
| 06/21/21 | Review court order inviting response brief from BP to plaintiff's supplemental brief and revise and update outline of BP's arguments in response. | Ritter, Kristopher | Partner | 1.40 |
| 06/23/21 | Finish draft of Bird of Paradise supplemental response. | Nielson, Aaron L. | Of Counsel | 3.00 |
| 06/24/21 | Review draft of supplemental brief for The Bird of Paradise. | Piette, Marlee | Associate | 1.00 |
| 06/24/21 | Confer with K. Ritter re supplemental brief; review and revise brief and confer with team re same. | Regan, Matthew T. | Partner | 2.50 |
| 06/24/21 | Review and revise draft brief in response to plaintiff's supplemental memorandum and forward to client for review. | Ritter, Kristopher | Partner | 1.30 |
| 06/28/21 | Research and prepare revised drafting of Bird of Paradise supplemental response. | Nielson, Aaron L. | Of Counsel | 3.70 |
| 06/28/21 | Research, revise, finalize and file BP's brief in response to plaintiff's supplemental memorandum and purported assignment of claims. | Ritter, Kristopher | Partner | 2.90 |
| 07/19/21 | Attention to Bird of Paradise ruling; follow up with team and client re same. | Keegan, Christopher W. | Partner | 1.40 |
| 07/19/21 | Review order re Bird of Paradise. | Nielson, Aaron L. | Of Counsel | 0.20 |
| 07/19/21 | Review Court order on BOP claim and confer with team re same; attention to email with client re ruling and next steps. | Regan, Matthew T. | Partner | 1.20 |
| 07/19/21 | Review and analyze order and reasons on motion to dismiss, discuss same with client and B1 team, assess potential next steps in action and prepare summary note for client. | Ritter, Kristopher | Partner | 3.40 |
| 07/20/21 | Attention to Bird of Paradise matters; evaluate next steps. | Keegan, Christopher W. | Partner | 0.50 |
| 07/20/21 | Attention to emails with client and team re ruling summary and potential go forward options; review supplemental ruling from Court. | Regan, Matthew T. | Partner | 1.10 |
| 07/20/21 | Respond to client inquiries re Bird of Paradise case and at client request collect and circulate all briefing on BP's motion to dismiss; review and analyze order supplementing order to show cause and discuss same with B1 team and client. | Ritter, Kristopher | Partner | 1.80 |
| 07/21/21 | Discussion re potential next steps for Bird of Paradise. | Keegan, Christopher W. | Partner | 0.50 |
| 08/02/21 | Review Bird of Paradise supplemental briefing and attached documents. | Nielson, Aaron L. | Of Counsel | 1.90 |
| 08/02/21 | Review and analyze show cause responses filed by J. DeSilva, R. Penton and J. Bowman, discuss same with K&E team and prepare and send summary note to client. | Ritter, Kristopher | Partner | 2.00 |
| 08/03/21 | Review Bird of Paradise opposition from Penton and De Silva. | Keegan, Christopher W. | Partner | 1.00 |
| 08/03/21 | Call with K. Ritter, A. Nielson to discuss motion in support of sanctions. | Piette, Marlee | Associate | 0.50 |
| 08/03/21 | Research sanctions case law for A. Nielson, K. Ritter. | Piette, Marlee | Associate | 3.20 |
| 08/03/21 | Review show cause responses; correspond with T. Kelly and team re same. | Regan, Matthew T. | Partner | 2.00 |
| 08/03/21 | Review and analyze show cause submissions filed by J. DeSilva, R. Penton and J. Bowman, assess BP's arguments in response, attend teleconference with A Nielsen and M Piette re same and coordinate preparation of BP's reply brief. | Ritter, Kristopher | Partner | 2.50 |
| 08/04/21 | Research issues for Bird of Paradise sanctions briefing. | Brennan, Charles P. | Associate | 8.00 |
| 08/04/21 | Attention to BOP briefing, discuss same with team. | Keegan, Christopher W. | Partner | 0.80 |
| 08/04/21 | Finish first draft of Bird of Paradise response. | Nielson, Aaron L. | Of Counsel | 7.60 |
| 08/04/21 | Review revised show cause responses filed by plaintiff; attention to response outline for BP briefing; confer with K. Ritter re planning for same. | Regan, Matthew T. | Partner | 1.90 |
| 08/04/21 | Review and analyze new, substituted declaration from J. DeSilva in response to sanctions order, prepare note to client re same and respond to client inquiries re same; review and revise proposed outline for BP's reply brief re show cause order, including investigate and develop arguments, confirm factual record and procedural history and coordinate legal research on key issues, and conduct teleconferences with M Regan and A Nielsen re same. | Ritter, Kristopher | Partner | 3.80 |
| 08/05/21 | Review and respond to follow-up emails re research issues for Bird of Paradise sanctions briefing. | Brennan, Charles P. | Associate | 0.50 |
| 08/05/21 | Research issues for Bird of Paradise sanctions briefing. | Brennan, Charles P. | Associate | 2.20 |
| 08/05/21 | Attention to Bird of Paradise items. | Keegan, Christopher W. | Partner | 0.80 |
| 08/05/21 | Call with K. Ritter re Bird of Paradise response; prepare second draft of response. | Nielson, Aaron L. | Of Counsel | 4.80 |
| 08/05/21 | Review draft BOP response brief. | Regan, Matthew T. | Partner | 1.50 |
| 08/05/21 | Prepare reply brief re court's show cause order re potential sanctions of plaintiff and his counsel. | Ritter, Kristopher | Partner | 3.50 |
| 08/06/21 | Review draft BOP reply brief, provide comments same. | Keegan, Christopher W. | Partner | 0.80 |
| 08/06/21 | Review and revise draft BOP response brief; coordinate edits with team re same; confer with K&E counsel re sanctions issues re same. | Regan, Matthew T. | Partner | 3.10 |
| 08/06/21 | Prepare reply brief re court's show cause order re potential sanctions of plaintiff and his counsel, circulate same to client and state counsel for review and respond to client inquiries re same, and review and comment on note to E. Nitcher re same; prepare declaration in support of reply brief re court's show cause order re potential sanctions of plaintiff and his counsel. | Ritter, Kristopher | Partner | 4.00 |
| 08/08/21 | Review potential cases to cite re sanctions. | Nielson, Aaron L. | Of Counsel | 0.30 |
| 08/08/21 | Review legal research on range of appropriate sanctions under Rule 11 and other authorities and prepare response to client inquiry about same. | Ritter, Kristopher | Partner | 1.00 |
| 08/09/21 | Review and revise Bird of Paradise items, follow up with team re same. | Keegan, Christopher W. | Partner | 1.00 |
| 08/09/21 | Revise Bird of Paradise motion and research law re dismissal as sanction. | Nielson, Aaron L. | Of Counsel | 0.90 |
| 08/09/21 | Review and revise bp response to sanctions responses; confer with K. Ritter, T. Kelly and K. Jarrett re same; attention to final brief. | Regan, Matthew T. | Partner | 2.40 |

**Kirkland Ellis LLP**            **Time Records Relating Solely to The Bird of Paradise, LLC**            **Page 7**

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 08/09/21 | Revise, finalize and file response to Bird of Paradise show cause submissions, including discuss edits with respect to how plaintiff's counsel are discussed in response brief and finalize and execute declaration to be attached to same. | Ritter, Kristopher | Partner | 4.70 |
| 08/12/21 | Review order on motion to show cause; confer with client, co-counsel and team re same; review summary for client. | Regan, Matthew T. | Partner | 1.10 |

| Summary | | |
|---|---|---|
| Attorney | | Total Hours |
| Regan, Matthew T. | Partner | 31.5 |
| Keegan, Christopher W. | Partner | 23.6 |
| Ritter, Kristopher | Partner | 145.7 |
| Nielson, Aaron L. | Of Counsel | 32.4 |
| Dineo, Joy M. | Associate | 146.4 |
| Piette, Marlee | Associate | 138.4 |
| Brennan, Charles P. | Associate | 10.7 |
| **Total** | | **528.7** |

| Kirkland Ellis LLP | Time Records Attributable in Part to<br>The Bird of Paradise, LLC | | Page 1 |

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 10/15/19 | Plan and prepare for mediations with B1 plaintiffs The Bird of Paradise ▮. | Dineo, Joy M. | Associate | 4 00 |
| 10/15/19 | Prepare for upcoming mediations, discussions re Bird of Paradise ownership issues. | Keegan, Christopher W. | Partner | 4 50 |
| 10/16/19 | ▮ discussion with Ritter and Dineo re Bird of Paradise mediation. | Keegan, Christopher W. | Partner | 7 50 |
| 10/16/19 | Prepare for Bird of Paradise mediation; ▮ | Ritter, Kristopher | Partner | 6.10 |
| 10/17/19 | Prepare for and attend Bird of Paradise mediation; ▮ | Ritter, Kristopher | Partner | 6 30 |
| 11/24/20 | Review case files re ▮ Bird of Paradise. | Keegan, Christopher W. | Partner | 1 00 |
| 12/04/20 | Telephone call with M. Petite to discuss The Bird of Paradise ▮ claims. | Dineo, Joy M. | Associate | 0 50 |
| 12/09/20 | Review and analyze case files for B1 PTO 69 plaintiffs ▮ The Bird of Paradise in connection with public records fact development. | Dineo, Joy M. | Associate | 3 00 |
| 12/10/20 | ▮ research Florida department of state records re corporate formation and ownership in connection with The Bird of Paradise; research City of St. Pete Beach public records re same. | Dineo, Joy M. | Associate | 4 20 |
| 12/10/20 | Review and analyze case files for B1 PTO 69 plaintiffs ▮ The Bird of Paradise in connection with public records fact development. | Dineo, Joy M. | Associate | 3 50 |
| 12/11/20 | Review and analyze case files for B1 PTO 69 plaintiffs ▮ The Bird of Paradise in connection with public records fact development. | Dineo, Joy M. | Associate | 1 20 |
| 12/14/20 | Research and review public records reports on Steven A. MacDonald and associations re The Bird of Paradise; research Pinellas County Property Appraiser records and deed records re same; research MacDonald and DeSilva litigation history; ▮ | Dineo, Joy M. | Associate | 3 00 |
| 12/14/20 | ▮ review and analyze case files for The Bird of Paradise ▮ in connection with fact development research. | Dineo, Joy M. | Associate | 3.40 |
| 12/18/20 | Review prior pre-trial orders re stay of proceedings in connection with dispositive briefing; review and analyze Mueller Water briefing in connection with dispositive motion for The Bird of Paradise claim; | Dineo, Joy M. | Associate | 3 80 |
| 12/18/20 | Review and revise draft orders of proof re B1 PTO 69 claims for The Bird of Paradise ▮ draft outline of early dispositive motion re The Bird of Paradise standing issue. | Dineo, Joy M. | Associate | 2 20 |
| 12/21/20 | ▮ communication with ▮ Ronnie Penton; | Keegan, Christopher W. | Partner | 1 00 |
| 12/22/20 | Telephone call with M. Piette to discuss The Bird of Paradise ▮ claims. | Dineo, Joy M. | Associate | 0 50 |
| 01/06/21 | Schedule call with R. Penton ▮. | Keegan, Christopher W. | Partner | 0 50 |
| 01/20/21 | Call with M. Piette to discuss The Bird of Paradise; ▮ | Dineo, Joy M. | Associate | 2.40 |
| 01/25/21 | Team call to discuss ongoing projects and strategy; call with M. Piette to discuss The Bird of Paradise; | Dineo, Joy M. | Associate | 2 50 |
| 01/25/21 | Review and revise draft Letter to Penton re The Bird of Paradise; ▮ | Dineo, Joy M. | Associate | 5 80 |
| 01/27/21 | ▮ review and revise draft outline re dispositive motion dismissing claims of The Bird of Paradise. | Dineo, Joy M. | Associate | 3.10 |
| 02/05/21 | ▮ review and revise draft consent motion re suspending discovery deadlines as to the Bird of Paradise, LLC; review and revise draft proposed order re same. | Dineo, Joy M. | Associate | 4 80 |
| 02/07/21 | Draft consent motion to stay discovery re The Bird of Paradise; draft proposed order re same; ▮ | Dineo, Joy M. | Associate | 5 20 |
| 02/09/21 | Review and analyze Mueller Water briefing re caw law on entity asset disposition after sale for The Bird of Paradise LLC dispositive motion  review and analyze briefing re AllStar pipe re same. | Dineo, Joy M. | Associate | 3.40 |
| 02/11/21 | ▮ review and analyze The Bird of Paradise case documents re motion to dismiss. | Dineo, Joy M. | Associate | 3 80 |
| 02/11/21 | ▮ review and revise draft motion to dismiss for failure to prosecute re The Bird of Paradise  LLC. | Dineo, Joy M. | Associate | 5.10 |
| 02/12/21 | Review and revise draft motion to dismiss for lack of standing to prosecute the claim re The Bird of Paradise; ▮ | Dineo, Joy M. | Associate | 3.70 |
| 02/17/21 | Team call to discuss ongoing projects and strategy; ▮ attend to correspondence re The Bird of Paradise motion to dismiss. | Dineo, Joy M. | Associate | 1 80 |
| 02/17/21 | ▮ review and revise draft motion to dismiss re The Bird of Paradise, LLC. | Dineo, Joy M. | Associate | 4.10 |
| 02/18/21 | Attend to correspondence re The Bird of Paradise motion to dismiss filing and pleadings preparation; | Dineo, Joy M. | Associate | 1 50 |

Kirkland Ellis LLP                    Time Records Attributable in Part to                    Page 2
                                              The Bird of Paradise, LLC

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 02/18/21 | review and revise draft motion to dismiss re The Bird of Paradise; review and revise draft Ritter declaration in support of same  review and revise draft notice of motion re same. | Dineo, Joy M. | Associate | 4 90 |
| 02/22/21 | Review and revise draft notice of motion to dismiss re The Bird of Paradise; review and revise draft memorandum in support of same; review and revise draft declaration of Ritter in support of same; review and revise draft exhibits re same; review and revise draft motion to seal exhibits re same; | Dineo, Joy M. | Associate | 5 80 |
| 02/23/21 | Review Court order denying BP's motion to seal re The Bird of Paradise exhibits; review and analyze Eastern District of Louisiana local rules re confidentiality and sealing procedures; review and analyze The Bird of Paradise documents re potential confidential information to be redacted; | Dineo, Joy M. | Associate | 4.40 |
| 03/24/21 | call with M. Piette to discuss response strategy re The Bird of Paradise reply in support of BP's motion to dismiss. | Dineo, Joy M. | Associate | 1 50 |
| 03/24/21 | Review and analyze The Bird of Paradise case documents in connection with BP's reply brief in support of its motion to dismiss; review and analyze public documents re same; | Dineo, Joy M. | Associate | 1 80 |
| 03/25/21 | Review and analyze The Bird of Paradise case documents in connection with BP's reply brief in support of its motion to dismiss; review and analyze public documents re same; | Dineo, Joy M. | Associate | 1 50 |
| 03/25/21 | Draft, review, and revise BP reply brief in support of motion to dismiss in The Bird of Paradise matter; | Dineo, Joy M. | Associate | 3 80 |
| 03/26/21 | Draft, review, and revise BP reply brief in support of motion to dismiss in The Bird of Paradise matter; | Dineo, Joy M. | Associate | 6 80 |
| 03/26/21 | Review and analyze The Bird of Paradise case documents in connection with draft reply in support of BP's motion to dismiss; review and analyze public fact research re same; review and analyze case law research re same; | Dineo, Joy M. | Associate | 3 80 |
| 03/29/21 | Review and revise draft Reply in support of BP's motion to dismiss The Bird of Paradise matter and attend to correspondence re same; | Dineo, Joy M. | Associate | 5 20 |
| 03/30/21 | Review and revise draft reply in support of BP's motion to dismiss The Bird of Paradise matter; | Dineo, Joy M. | Associate | 4 30 |
| 04/15/21 | Telephone call with K. Ritter to discuss hearing preparation re The Bird of Paradise; call with M. Piette to discuss same; | Dineo, Joy M. | Associate | 1 50 |
| 04/22/21 | follow up on subpoena for Bird of Paradise. | Keegan, Christopher W. | Partner | 2 50 |
| 05/03/21 | follow up re Bird of Paradise items. | Keegan, Christopher W. | Partner | 1 50 |
| 05/06/21 | Attention to Bird of Paradise; | Keegan, Christopher W. | Partner | 1 00 |
| 05/10/21 | Attention to Bird of Paradise matters; | Keegan, Christopher W. | Partner | 0 80 |
| 05/11/21 | attention to Bird of Paradise issues. | Keegan, Christopher W. | Partner | 2 00 |
| 05/12/21 | ; review and revise draft deposition outline for Steven MacDonald in The Bird of Paradise matter. | Dineo, Joy M. | Associate | 3.40 |
| 05/12/21 | ; attention to Bird of Paradise | Keegan, Christopher W. | Partner | 1 50 |
| 05/13/21 | Draft subpoena for production of documents to Steven MacDonald in The Bird of Paradise matter; attend to internal correspondence and communications with local counsel re same; draft affidavit of Steven MacDonald in connection with same; review and revise same; call with K. Ritter re same; draft, review and revise deposition outlines for MacDonald and DeSilva in connection with The Bird of Paradise. | Dineo, Joy M. | Associate | 8 20 |
| 05/14/21 | Review and analyze Membership Interest Purchase agreement in connection with The Bird of Paradise; | Dineo, Joy M. | Associate | 6 50 |
| 05/17/21 | review and revise draft letter to Penton re Membership Interest Purchase Agreement in connection with The Bird of Paradise matter; call with K. Ritter to discuss deposition strategy re Steven MacDonald. | Dineo, Joy M. | Associate | 4 20 |
| 05/24/21 | prepare outline of Bird of Paradise brief. | Nielson, Aaron L. | Of Counsel | 2.10 |
| 05/28/21 | continue drafting supplemental submission in Bird of Paradise litigation. | Nielson, Aaron L. | Of Counsel | 4 80 |
| 06/02/21 | Finish first draft of Bird of Paradise response; | Nielson, Aaron L. | Of Counsel | 8.10 |
| 06/04/21 | Call with K. Ritter re Bird of Paradise and review record and revised draft re same; | Nielson, Aaron L. | Of Counsel | 3.10 |
| 06/05/21 | review edits to Bird of Paradise supplemental filing. | Nielson, Aaron L. | Of Counsel | 7 80 |
| 06/07/21 | Prepare revised draft of Bird of Paradise supplemental filing; | Nielson, Aaron L. | Of Counsel | 5 20 |
| 06/08/21 | Review and revise Bird of Paradise materials; | Keegan, Christopher W. | Partner | 1 30 |

Kirkland Ellis LLP　　　　Time Records Attributable in Part to　　　　Page 3
　　　　　　　　　　　　　The Bird of Paradise, LLC

| Date | Services | Attorney | Position | Hours |
|---|---|---|---|---|
| 06/11/21 | finalize Bird of Paradise pleading and review other side's pleading and call with K. Ritter re same | Nielson, Aaron L. | Of Counsel | 4.10 |
| 06/14/21 | begin researching Bird of Paradise supplemental response. | Nielson, Aaron L. | Of Counsel | 8.90 |
| 06/15/21 | Continue research re judicial admissions for Bird of Paradise; | Nielson, Aaron L. | Of Counsel | 3.20 |
| 06/17/21 | Compare Thibodaux district court filings to identify when new issues were raised; | Nielson, Aaron L. | Of Counsel | 1.20 |
| 06/18/21 | Call with K. Ritter re Bird of Paradise; prepare revised draft of Bird of Paradise outline; | Nielson, Aaron L. | Of Counsel | 1.80 |
| 06/21/21 | review order re Bird of Paradise and begin drafting brief re same. | Nielson, Aaron L. | Of Counsel | 1.40 |
| 06/22/21 | and continue researching and drafting Bird of Paradise response. | Nielson, Aaron L. | Of Counsel | 2.60 |
| 06/24/21 | review revised Bird of Paradise filing; | Nielson, Aaron L. | Of Counsel | 1.40 |
| 06/28/21 | Final review of Bird of Paradise submissions. | Keegan, Christopher W. | Partner | 0.80 |
| 08/03/21 | Call with K. Ritter re Bird of Paradise and begin researching and drafting response; | Nielson, Aaron L. | Of Counsel | 3.90 |
| 08/06/21 | review revised Bird of Paradise reply. | Nielson, Aaron L. | Of Counsel | 0.40 |

| Summary | | |
|---|---|---|
| Attorney | Total Hours | BOP Hours* |
| Keegan, Christopher W. | 25.9 | 6 |
| Ritter, Kristopher | 12.4 | 6.9 |
| Nielson, Aaron L. | 60 | 25.5 |
| Dineo, Joy M. | 144.1 | 50 |
| Total | 242.4 | 88.4 |
| * Hours attributable to Bird of Paradise. | | |

# EXHIBIT B

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**
**INVOICE DATE:** 5/27/2021
**INVOICE #:** 2048933
**JOB #:** 194051

| | |
|---|---|
| **BILL TO:** | Kirkland & Ellis LLP<br>c/o Kristopher Ritter<br>300 North LaSalle<br>Chicago, IL 60654 US |
| **SHIP TO:** | Kirkland & Ellis LLP<br>c/o Kristopher Ritter<br>300 North LaSalle<br>Chicago, IL 60654 US |
| **CASE:** | John DeSilva, Individually and as the Sole Member of The Bird of Paradise, LLC v. BP Expl. &Prod., Inc. et al. |
| **WITNESS:** | John DeSilva |
| **JOB DATE:** | 5/19/2021 |
| **LOCATION:** | TELEPHONIC, Bogalusa, LA, 70427, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **John DeSilva** | | | | |
| Original & 1 Certified Transcript - Complimentary | 1 | 69 | $4.65 | $0.00 |
| Certified Transcript Sold Discount - Complimentary | 2 | 69 | ($0.35) | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - Immediate Delivery | 1 | 69 | $5.25 | $362.25 |
| Remote Real-time Transcription - Complimentary | 1 | 69 | $1.65 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 87 | $0.20 | $17.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $125.00 | $125.00 |
| Reporter Appearance Fee / Session - Video Recorded Telephonic - Complimentary | 1 | | $145.00 | $0.00 |
| Real-Time Reporter Deposition Scheduling Fee - Minimum | 1 | | $575.00 | $575.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | **SUBTOTAL** | $1,229.65 |
| | | | **SHIPPING & HANDLING** | $40.00 |
| | | | **TOTAL** | $1,269.65 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.   Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**

**INVOICE DATE:** 5/27/2021
**INVOICE #:** 2048934
**JOB #:** 194051

| | |
|---|---|
| **BILL TO:** | Kirkland & Ellis LLP<br>c/o Kristopher Ritter<br>300 North LaSalle<br>Chicago, IL 60654 US |
| **SHIP TO:** | Kirkland & Ellis LLP<br>c/o Kristopher Ritter<br>300 North LaSalle<br>Chicago, IL 60654 US |
| **CASE:** | John DeSilva, Individually and as the Sole Member of The Bird of Paradise, LLC v. BP Expl. &Prod., Inc. et al. |
| **WITNESS:** | John DeSilva |
| **JOB DATE:** | 5/19/2021 |
| **LOCATION:** | TELEPHONIC, Bogalusa, LA, 70427, US |

**NOTES:**

| **SHIP VIA** | Overnight | **TERMS** | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **John DeSilva** | | | | |
| Video Sync / Tape | 1 | 1 | $95.00 | $95.00 |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 1 | | $115.00 | $115.00 |
| | | | SUBTOTAL | $535.00 |
| | | | **TOTAL** | $535.00 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.   Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.