# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * | JUDGE BARBIER |
| *John DeSilva, Individually, and as the Sole Member, Owner, and Operator of The Bird of Paradise, LLC v. BP Expl. & Prod., Inc., et al.* | * | MAG. JUDGE CURRAULT |
| Case No. 16-cv-05277 | * | |

## DECLARATION OF DEVIN REID IN SUPPORT OF BP's MOTION FOR ATTORNEYS' FEES AND COSTS

I, Devin C. Reid, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Devin C. Reid. I am over the age of majority, and I am fully competent to make this declaration.

2. I am a shareholder with the law firm of Liskow & Lewis, APLC, and I am one of the counsel of record for BP Exploration & Production Inc. and BP America Production Company ("BP") in the above captioned lawsuit (the "Bird of Paradise matter").

3. I was admitted to the Louisiana State Bar in 2009 and have practiced law at Liskow & Lewis for more than eleven years. I received a Juris Doctorate from the Paul M. Hebert Law Center, Louisiana State University, in 2009. I am admitted to practice in all Louisiana state courts, in the Eastern, Middle, and Western Districts of Louisiana, and the United States Courts of Appeal for the Fifth Circuit.

4. BP's legal work on the Bird of Paradise matter was performed primarily by lawyers at Kirkland & Ellis LLP and by attorneys at Liskow & Lewis in a local counsel role.

5. This declaration is submitted in support of BP's Motion for Attorneys' Fees and Costs called for by the Court's August 12, 2021, Order (Rec. Doc. 27196) in the Bird of Paradise matter.

6. I make this declaration based upon my personal knowledge of the firm's business records, and if called to testify could testify competently as to the matters set forth herein.

1437959_1

-2-

7. I am familiar with Liskow & Lewis's billing practices. I have reviewed the firm's billing records and can attest to the fact that the spreadsheet attached to this Declaration as Exhibit A accurately reflects the work that I and others at our firm performed in connection with the Bird of Paradise matter.

8. As shown in Exhibit A, attorneys at Liskow & Lewis expended approximately 20 hours in support of BP's defense in the Bird of Paradise matter.

9. Liskow & Lewis charged the following billing rates for lawyers working on this matter: R. Keith Jarrett -- $470 per hour, Devin Reid -- $305 per hour, and Brady Hadden -- $270 per hour. These rates are the standard hourly rates that Liskow & Lewis customarily bills for these lawyers. It is my understanding that the rates are within the prevailing market rates in this geographic area for persons equivalent experience, skill, and reputation.

10. As shown in Exhibit A, attorneys at Liskow & Lewis incurred a total of $7,073 in connection with BP's defense in the Bird of Paradise matter.

11. The legal fees set out in Exhibit A were billed to and paid by BP.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New Orleans, Louisiana, this 26th day of August, 2021.

_____
DEVIN C. REID

**10451 BP AMERICA, INC.**
**DEEPWATER HORIZON B1 ECONOMIC**
**217 DAMAGES APPEALS -- BP/AGILE NUMBER:**
**109989**

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 10-Feb-21 | Pleadings Review/Analyze - Review and coordinate filing of Motion to Stay PTO 69 Deadlines as to Bird of Paradise Case | DCR | 0.50 | $152.50 |
| 18-Feb-21 | Pleadings Review/Analyze - Review and comment on motion to dismiss in Bird of Paradise case | RKJ | 1.50 | $705.00 |
| 26-Feb-21 | Dispositive Motions Communicate (counsel) - Respond to request from Ms. Dineo regarding exhibits to Bird of Paradise motion and court's denial of motion to seal | DCR | 0.30 | $91.50 |
| 2-Mar-21 | Pleadings Review/Analyze - Review of notice regarding sealed exhibits in Bird of Paradise matter and filing of same | DCR | 0.50 | $152.50 |
| 29-Mar-21 | Dispositive Motions Review/Analyze - Review and revise reply in support of motion to dismiss Bird of Paradise matter for Ms. Dineo | DCR | 1.50 | $457.50 |
| 30-Mar-21 | Dispositive Motions Review/Analyze - Conduct review of final version of reply in support of motion to dismiss Bird of Paradise matter and coordinate filing of same | DCR | 0.50 | $152.50 |
| 13-Apr-21 | Dispositive Motions Review/Analyze - Bird of Paradise – Review of order setting oral argument on motion to dismiss and confer with Ms. Dineo regarding attendance needs | DCR | 0.20 | $61.00 |
| 20-Apr-21 | Dispositive Motions Review/Analyze - Review status of hearing regarding Bird of Paradise claim | DCR | 0.10 | $30.50 |
| 21-Apr-21 | Dispositive Motions Review/Analyze - Review minute entry regarding oral argument in Bird of Paradise matter | DCR | 0.20 | $61.00 |
| 13-May-21 | Document Productions Review/Analyze - Bird of Paradise – Review and assist with service of subpoena | DCR | 0.50 | $152.50 |
| 17-May-21 | Document Productions Communicate (counsel) - Bird of Paradise – Review update from Mr. Ritter regarding discovery | DCR | 0.20 | $61.00 |
| 11-Jun-21 | Dispositive Motions Review/Analyze - Bird of Paradise – Review of draft supplemental brief, review of plaintiff's as-filed supplemental brief, and coordinate filing of BP's brief | DCR | 2.00 | $610.00 |
| 11-Jun-21 | Other Written Motions and Submissions Manage data/files - Stand-by and file BP's supplemental brief in support of motion to dismiss - Bird of Paradise | BMH | 3.70 | $999.00 |
| 28-Jun-21 | Dispositive Motions Manage data/files - Stand-by and file BP's response to plaintiff's supplemental opposition to BP's motion to dismiss - Bird of Paradise | BMH | 1.50 | $405.00 |

**10451 BP AMERICA, INC.**
**DEEPWATER HORIZON B1 ECONOMIC**
**217 DAMAGES APPEALS -- BP/AGILE NUMBER: 109989**

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 28-Jun-21 | Dispositive Motions Review/Analyze - Review of supplemental memorandum regarding Bird of Paradise and coordinate filing of same | DCR | 1.00 | $305.00 |
| 28-Jun-21 | Pleadings Review/Analyze - Review proposed filing in Bird of Paradise and call Mr. Ritter regarding same | RKJ | 2.00 | $940.00 |
| 21-Jul-21 | Pleadings Review/Analyze - Review of order denying motion to dismiss Bird of Paradise matter | DCR | 0.30 | $91.50 |
| 9-Aug-21 | Pleadings Review/Analyze - Review and revise proposed response to sanctions order in Bird of Paradise; multiple calls with Kris Ritter, Matt Regan, Tara Kelly, and Devin Reid regarding same; handle logistical issues | RKJ | 3.50 | $1,645.00 |
| **Total Services:** | | | 20.00 | $7,073.00 |

**Summary**

| Attorney Name | Hours | Rate/Hr | Value |
|---|---|---|---|
| R. Keith Jarrett | 7.00 | $470.00 | $3,290.00 |
| Brady M. Hadden | 5.20 | $270.00 | $1,404.00 |
| Devin C. Reid | 7.80 | $305.00 | $2,379.00 |
| | **20.00** | | **7,073.00** |