# EXHIBIT 3

# KIRKLAND & ELLIS



# Matthew T. Regan, P.C.

Partner /  Litigation

matthew.regan@kirkland.com

**Chicago**   +1 312 862 2431

## Practices

- Litigation
- Trials
- Product Liability
- Class Action Litigation
- Antitrust & Competition
- Energy & Infrastructure

## Admissions & Qualifications

- 1995, Illinois

## Courts

- United States District Court for the Eastern District of Michigan
- United States District Court for the District of New Jersey (*pro hac vice*)

## Education

- Harvard Law School, J.D., *cum laude* , 1995

Matt Regan is a partner in Kirkland's Chicago office. He has broad experience representing plaintiffs and defendants in a variety of commercial litigation matters in both state and federal courts. Matt's cases have involved claims in the areas of antitrust and trade regulation, accountant/auditor malpractice, class actions, products liability, software consulting, fraud and breach of contract, and other complex commercial disputes. *The Legal 500 U.S.* 2013 and 2019–2021 recognized Matt for his work in Energy Litigation.

## Memberships & Affiliations

Illinois State Bar Association

Chicago Bar Association

# KIRKLAND & ELLIS

- Georgetown University,
  B.S.B.A., Accounting,
  *summa cum laude* ,
  1992

# KIRKLAND & ELLIS



# Christopher W. Keegan, P.C.

Partner / Litigation

chris.keegan@kirkland.com

**Bay Area – San Francisco**   +1 415 439 1882

## Practices

- Litigation
- Trials
- Government, Regulatory & Internal Investigations
- Class Action Litigation
- Employment Litigation & Counseling
- Restructuring
- Energy & Infrastructure
- M&A Litigation

## Admissions & Qualifications

- 2004, California
- 2002, Illinois

## Courts

- United States District Court for the Northern District of California
- United States District Court for the Central District of California
- United States District

Chris Keegan is a partner in Kirkland's Bay Area office. He has extensive experience representing parties in a broad variety of commercial litigation matters in both state and federal courts. Chris' cases have involved claims in the area of products liability, consumer claims, privacy, trade secrets, fraud and breach of contract, mass torts, energy litigation and other complex commercial disputes. Additionally, Chris has experience in white collar and government investigation matters in California and elsewhere.

## Clerk & Government Experience

Law CLerk, Honorable John T. Noonan, United States Court of Appeals for the Ninth Circuit

## Recognition

"Under 40 Hot List," *Benchmark Litigation*, 2016

# KIRKLAND & ELLIS

Court for the Eastern District of California

- United States District Court for the Southern District of California
- United States Court of Appeals for the Ninth Circuit

## Education

- Notre Dame Law School, J.D., *magna cum laude*, 2002
  Executive Editor, *Notre Dame Law Review*
- Stanford University, B.S., Geological and Environmental Sciences, with Honors, 1999

# KIRKLAND & ELLIS



# Kristopher Ritter

Partner / Litigation

kristopher.ritter@kirkland.com

**Chicago**   +1 312 862 7118

## Practices

- Litigation
- Class Action Litigation
- Product Liability
- Securities Litigation
- Appeals

## Admissions & Qualifications

- 2006, Illinois

## Courts

- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States District Court for the Northern District of Illinois
- United States District

Kris Ritter is a litigation partner with experience in a wide variety of complex litigation matters. He has represented clients in diverse industries, including energy, telecommunications, petrochemical, automotive, biotechnology, pharmaceuticals, tobacco, air travel, defense, and accounting/auditing services.

## Representative Matters

Illustrative recent and current representations include:

- Counsel for a leading auto manufacturer in product liability and economic loss litigation and settlements relating to vehicle recalls.
- Counsel for heating systems manufacturer on application for peremptory writ of mandate to state court of appeals (writ granted in favor of client regarding law applicable in upcoming personal injury jury trial arising out of alleged exposure to asbestos).
- Counsel for international energy company in highly complex multidistrict litigation arising out of the Deepwater Horizon oil spill.
- Counsel for leading international agribusiness in class settlement proceedings regarding the impact of genetically modified corn on U.S. grain market prices.
- Counsel for a manufacturer of military and consumer rifle accessories in a consolidated product liability class action

# KIRKLAND & ELLIS

Court for the Western
District of Tennessee

involving allegedly defective holographic weapons sights (matter was resolved in a nationwide class settlement approved in July 2017).

**Education**

- Notre Dame Law School, J.D., *magna cum laude*, 2006
  Federal Courts, Practice and Procedure Editor, Symposium Editor, *Notre Dame Law Review*
  Dean's Awards in Legal Writing, Jurisprudence, and Judicial Process

- Wheaton College, M.A., 2002

- Wheaton College, B.A., 2000

# KIRKLAND & ELLIS



# Aaron L. Nielson

Of Counsel / Antitrust & Competition

aaron.nielson@kirkland.com

**Washington, D.C.**   +1 202 389 5180

## Practices

- Antitrust & Competition
- Litigation
- Appeals

## Admissions & Qualifications

- 2016, Utah
- 2010, District of Columbia
- 2008, Arizona (inactive)

## Courts

- Supreme Court of the United States
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of

Aaron Nielson is of counsel in the Washington, D.C., office of Kirkland & Ellis LLP, focusing primarily on appeals, antitrust, and administrative law matters, as well as other questions of law arising in complex litigation. Aaron has particular experience regarding petitions for review of agency rulemakings and the intersection of antitrust and intellectual property. He has participated in litigation matters in courts throughout the country, including before the United States Supreme Court. Aaron serves as a public member of the Administrative Conference of the United States, a federal agency that studies the administrative process and makes recommendations on ways to improve it. He also serves on the Council of the American Bar Association's Section of Administrative Law & Regulatory Practice. Previously he chaired or co-chaired the Section's Rulemaking and Antitrust & Trade Regulation Committees.

## Representative Matters

### Administrative Law and Statutory Appeals

- *Horne v. Dep't of Agriculture*, 133 S. Ct. 2053 (2013): Obtained unanimous U.S. Supreme Court decision allowing raisin farmers to challenge the constitutionality of a federal marketing order.
- *Compucredit Corp. v. Greenwood*, 132 S. Ct. 665 (2012): Secured U.S. Supreme Court decision upholding enforceability of arbitration clauses for claims brought under the Credit Repair

# KIRKLAND & ELLIS

Appeals for the Sixth
Circuit

- United States Court of
  Appeals for the Eleventh
  Circuit
- United States Court of
  Appeals for the Federal
  Circuit
- District of Columbia
  Court of Appeals

## Education

- Harvard Law School,
  J.D., *magna cum laude*,
  2007
- Faculty of Law,
  University of Cambridge,
  LL.M., First Class
  Honors, 2006
  Elected a Bateman
  Scholar of Trinity Hall
- University of
  Pennsylvania, B.A.,
  *summa cum laude*, 2003
  Robert Holtz Memorial
  Award as Most
  Outstanding Graduating
  Senior in Political
  Science

Organizations Act.

- *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011): Obtained U.S.
  Supreme Court decision holding that the Hatch-Waxman Act and
  associated FDA regulations preempt state-law tort claims
  targeting generic pharmaceutical products.
- *Dow AgroSciences LLC v. National Marine Fisheries Serv.*, 707
  F.3d 462 (4th Cir. 2013): Secured decision vacating an agency's
  biological opinion as arbitrary and capricious.
- *Dow AgroSciences LLC v. National Marine Fisheries Serv.*, 637
  F.3d 259 (4th Cir. 2011): Obtained reversal of district court
  decision refusing to exercise jurisdiction over client's
  administrative law challenge to federal agency's Biological
  Opinion.
- *Apotex, Inc. v. Sebelius*, 384 Fed. App'x 4 (D.C. Cir. 2010), cert.
  denied. (Jan. 18, 2011): Successfully intervened and defended
  client's 180-day marketing exclusivity under the Hatch-Waxman
  Act.
- *Teva Pharms. USA, Inc. v. Sebelius*, 595 F.3d 1303 (D.C. Cir.
  2010): Obtained pre-enforcement review and secured injunctive
  relief precluding FDA from denying client 180-day Hatch-Waxman
  exclusivity.

**Antitrust**

- *Eatoni Ergonomics, Inc. v. Research In Motion Corp.*, 826 F. Supp.
  2d 705 (S.D.N.Y. 2011), aff'd, 486 Fed. App'x 186 (2d Cir. 2012):
  Obtained dismissal with prejudice of claim of alleged
  monopolization in case raising patent infringement, essential
  facilities, and duty to deal theories.
- Represented Teva Pharmaceuticals in its successful $6.8 billion
  acquisition of Cephalon that was cleared with divestitures
  following a second request from the Federal Trade Commission.
- Represented Chiquita in investigating and securing leniency from
  the European Commission in connection with bananas and
  pineapple price and volume information exchanges.
- *Silvious v. Chiquita Brands Int's, Inc.* , (D.D.C 2010): Obtained

**KIRKLAND & ELLIS**

dismissal with prejudice of putative representative action alleging price-fixing.

## Clerk & Government Experience

Honorable Samuel Alito, Supreme Court of the United States

Honorable Janice Rogers Brown, United States Court of Appeals for the District of Columbia Circuit

Honorable Jerry E. Smith, United States Court of Appeals for the Fifth Circuit

## Thought Leadership

**Recent Law Review Articles**

*The Minor Questions Doctrine*, 169 University of Pennsylvania Law Review _ (forthcoming 2021).

*Deconstruction, Not Destruction, Daedalus*: The Journal of the American Academy of Arts & Sciences (forthcoming 2021).

*Three Wrong Turns in Agency Adjudication*, 28 George Mason Law Review _ (forthcoming 2021).

*Narrowing Chevron's Domain* , 70 Duke Law Journal 931 (2021) (with Kristin E. Hickman).

*Foreword: The Future of Chevron Deference*, 70 Duke Law Journal 1015 (2021) (with Kristin E. Hickman).

*How Agencies Choose Whether to Enforce the Law: A Preliminary Investigation*, 93 Notre Dame Law Review 1517 (2018).

*Optimal Ossification*, 86 George Washington Law Review 1209

# KIRKLAND & ELLIS

(2018).

*Sticky Regulations*, 85 University of Chicago Law Review 85 (2018).

*Chevron Step One-and-a-Half,* 84 University of Chicago Law Journal 757 (2017) (with Daniel Hemel).

*Clarence Thomas the Questioner*, 111 Northwestern University Law Review 1185 (2017) (with RonNell Andersen Jones).

*Confessions of an "Anti-Administrativist"* , 131 Harvard Law Review Forum 1 (2017).

*Beyond Seminole Rock*, 105 Georgetown Law Journal 943 (2017).

**Other Publications**

*Developments in Administrative Law & Regulatory Practice 2014: Antitrust*, American Bar Association (2015) (with Marin Boney & Varnitha Siva)

*Rethinking Formal Rulemaking*, Mercatus Research Paper (May 2014) (peer reviewed)

*Developments in Administrative Law & Regulatory Practice 2014: Antitrust*, American Bar Association (2014) (with Marin Boney & Brad Masters)

*The Law Clerk Hiring Plan is Dead*, National Law Journal (Feb. 11, 2013)

*Whither Harmonization? India's Draft Combination Regulations* , CPI Antitrust Chronicle (2011) (with Christine Wilson & Ellen M. Jakovic)

# KIRKLAND & ELLIS

## Memberships & Affiliations

Public Member and Chair of the Administrative and Management Committee, Administrative Conference of the United States

Council, American Bar Association's Section of Administrative Law & Regulatory Practice

# KIRKLAND & ELLIS



# Charles P. Brennan

Associate / Litigation

charles.brennan@kirkland.com

**Bay Area – San Francisco**   +1 415 439 1352

### Practices

- Litigation

### Admissions & Qualifications

- 2021, California

### Education

- University of California, Berkeley, School of Law, J.D., 2020
- University of San Francisco, B.A., Philosophy, 2012

Charles Brennan is a litigation associate in the Bay Area office of Kirkland & Ellis LLP.

The Wayback Machine - https://web.archive.org/web/20210305103402/https://www…

# KIRKLAND & ELLIS

# Joy M. Dineo

Associate  /  Litigation
joy.dineo@kirkland.com
Bay Area – San Francisco +1 415 439 1351
Joy M. Dineo

## Practices

- Litigation
- Antitrust & Competition
- Transactional
- Mergers & Acquisitions
- Government, Regulatory & Internal Investigations

## Overview

Joy M. Dineo is a litigation associate based in the Bay Area office of Kirkland & Ellis LLP. Joy counsels clients on many facets of antitrust practice, including regulatory approval for mergers and acquisitions, government cartel investigations, and complex civil litigation. Joy has experience litigating merger challenges against the Federal Trade Commission and has been a core member on trial teams. She has represented clients across a broad range of industries, including consumer goods and retail, energy, pharmaceuticals, software/technology, sports broadcasting, and water chemicals.

Joy focuses her pro bono efforts on immigration matters, where she represents LGBT individuals seeking asylum due to persecution in their home countries on the basis their sexual orientation or gender identity.

## Experience

### Prior Experience

Weil, Gotshal & Manges LLP (Associate, 2014–2017)

Cypress LLP (Paralegal, 2010–2011)

# More

## Memberships & Affiliations

American Bar Association

National LGBT Bar Association

## Credentials

### Admissions & Qualifications

- 2020, California
- 2015, New York

### Education

- Northwestern Pritzker School of Law, J.D., *cum laude*, 2014
  1st Place, Best Advocate, CACJ National Criminal Trial Advocacy Competition, 2013
  Co-Captain, Bartlit Center National Trial Team
- University of Southern California, B.A., Theatre; Psychology Minor, *summa cum laude*, 2007
  Phi Beta Kappa
  Steven and Kathryn Sample Renaissance Scholar

# KIRKLAND & ELLIS



# Marlee Piette

Associate / Litigation

marlee.piette@kirkland.com

**Bay Area – San Francisco**   +1 415 439 1505

---

**Practices**

- Litigation

**Admissions & Qualifications**

- 2021, California

**Education**

- Notre Dame Law School, J.D., *magna cum laude*, 2020
  Federal Courts & Submissions Editor, *Notre Dame Law Review*
- University of Wisconsin-Madison, B.A., History & Political Science, 2015

Marlee Piette is a litigation associate in the Bay Area office of Kirkland & Ellis LLP.

# LISKOW & LEWIS



# Keith

## R. Keith Jarrett

Shareholder, New Orleans
D 504.556.4133
rkjarrett@liskow.com

Hancock Whitney Center
701 Poydras Street
New Orleans, Louisiana 70139

## Overview

Keith Jarrett is an experienced trial lawyer, often handling complex litigation involving maritime accidents, environmental damage, toxic torts, ship construction, and oilfield disputes.  Keith's lead trial experience includes:

- Well blowouts, and pipeline and drilling rig accidents
- Shipbuilding disputes
- Environmental contamination and coastal erosion lawsuits
- Wrongful death, personal injury, occupational disease, and diving-related claims
- Vessel collisions
- Oil spills
- Indemnity and insurance coverage
- Class-action defense

Keith has also litigated claims involving catastrophic explosions and fires, engineering malpractice, property construction, and oilfield reservoir damage.

Keith formerly served as Liskow & Lewis' President and Managing Partner from 2009 to 2015.  He is a Fellow in the prestigious American College of Trial Lawyers.  Before joining Liskow, he clerked for the Honorable Alvin Rubin of the United States Court of Appeals. And prior to law school he sailed as an engineer and deck officer aboard oceangoing ships in foreign and domestic trade, and served as a Lieutenant in the U.S. Naval Reserve.

## Experience

### Maritime

- Obtained a multi-million dollar jury verdict for extra costs incurred by a major oil company after a survey vessel collided with its chartered drilling rig
- Defended a major oil company from claims arising out of a well blowout and the sinking of a semi-submersible drilling rig
- Successfully defended an independent oil company at trial from multi-million-dollar lawsuit by a pipeline owner who claimed its pipeline was damaged by a semi-submersible drilling rig

## Practice Areas

Maritime, Oilfield & Insurance Litigation
Toxic Tort & Environmental Litigation
Energy Litigation
Construction
Appellate

## Bar Admissions

Louisiana, 1985

## Education

U.S. Merchant Marine Academy, B.S., *with highest honors*, 1980
Tulane University Law School, J.D., *summa cum laude*, 1985
- Order of the Coif
- *Tulane Law Review*, Editor, 1984–1985

## Clerkship

Law Clerk to the Honorable Alvin B. Rubin, Circuit Judge, United States Court of Appeals for the Fifth Circuit, 1985–1986

# LISKOW&LEWIS

- Represented pipeline owners in trial seeking damages for a pipeline that was struck by a drilling rig that broke free during a hurricane
- Obtained a multi-million-dollar verdict in favor of a pipeline owner whose transmission line was damaged by a pipelay barge
- Obtained favorable result for a shipyard with a multi-million-dollar builder's risk claim for an oil tanker that suffered major structural damage during construction
- Defeated class certification in a lawsuit alleging the monopolization of marine salvage services after Hurricane Katrina
- Defeated class certification for a vessel owner facing allegations that toxic fumes escaping from a barge injured citizens in nearby city
- Obtained a favorable result for vessel owner in multi-million-dollar claim against a shipyard for cost overruns associated with construction of a dive support vessel
- Regularly defends a leading marine construction company from suits by maritime workers claiming injury through offshore construction and diving operations

## Environmental

- Defended a major oil company in a Clean Water Act penalty trial following an oil spill of national significance
- Successfully defended several oil companies in a claim by state agency seeking billions of dollars for alleged marsh loss in south Louisiana
- Defending a major oil company from claims by parish governments seeking damages for land loss allegedly caused by non-compliance with environmental permits
- Defended a major oil company at trial from claims by a land owner seeking billions of dollars in damages for alleged oilfield contamination resulting from decades of oil and gas production
- Defended a jury trial against a major oil company accused of contaminating 18,000 acres of marsh through 40 years of oil and gas production

## Other

- Obtained a $21 million jury verdict for a large independent oil company in suit seeking indemnity for monies spent in settlement of disputed wrongful death claims
- Obtained a jury verdict against insurer for bad faith handling of a first-party toxic mold claim
- Secured a defense jury verdict in favor of an oil company accused of injuring a truck driver during the loading of a supply vessel
- Defended an exploration company from claims on behalf of seven workers killed during a well blowout that occurred during snubbing operations in the deadliest such accident in U.S. history
- Defended a production company from claims filed on behalf of four workers killed during a tank explosion during start-up operations at an on-shore oil production site

# Involvement

## Professional

- American College of Trial Lawyers
- New Orleans, Louisiana State and American Bar Associations
- Maritime Law Association of the United States
- Southeastern Admiralty Law Institute
- Louisiana Association of Defense Counsel
- Louisiana Bar Foundation

# LISKOW&LEWIS

- Tulane Admiralty Law Institute, National Advisory Board
- Society of Naval Architects and Marine Engineers

**Community**
- U.S. Merchant Marine Academy Alumni Association

## Recognition
- *Best Lawyers* "Lawyer of the Year" 2022
- American College of Trial Lawyers - Fellow
- New Orleans Bar Association's Distinguished Maritime Lawyer, 2016
- *New Orleans Magazine*'s List of "Top Lawyers," 2015–2019
- *The Best Lawyers in America*, 2010–2022
- *Louisiana Super Lawyers*, 2010–2021
- *Chambers USA – America's Leading Lawyers for Business* – Litigation: General Commercial, 2013–2017
- Benchmark Litigation - Local Litigation Star, 2018
- New Orleans CityBusiness Leadership in Law Award, 2011
- Martindale-Hubbell - *AV Preeminent*





R. Keith Jarrett

Rated by Super Lawyers

loading ...

## After Hours
"I love to play golf and  travel.  And I fly fish when I get the chance."

# LISKOW&LEWIS

---

## News/Insights

NEWS
8.19.21
73 Lawyers Recognized in *The Best Lawyers in America* 2022 Edition

NEWS
1.4.21
Forty-One Liskow Lawyers Selected to 2021 *Louisiana Super Lawyers*, Thomson Reuters

NEWS
8.20.20
Sixty-Two Attorneys Recognized in The Best Lawyers in America, BL Rankings, LLC, 2021 Edition

NEWS
12.19.19
Forty-Six Liskow Lawyers Selected to 2020 *Louisiana Super Lawyers, Thomson Reuters*

NEWS
11.7.19
Forty-Two New Orleans Liskow Lawyers Named "Top Lawyer" by New Orleans Magazine

NEWS
8.15.19
Fifty-Seven Attorneys Recognized in The Best Lawyers in America, BL Rankings, LLC, 2020 Edition

NEWS
12.27.18
Thirty-Nine Liskow Lawyers Selected to 2019 *Louisiana Super Lawyers, Thomson Reuters*

NEWS
11.9.18
Thirty-Eight New Orleans Liskow Lawyers Named "Top Lawyer" by New Orleans Magazine

NEWS
8.15.18
Eight Liskow Attorneys named *Best Lawyer*s "Lawyer of the Year" and Fifty-Two Attorneys Recognized in *The Best Lawyers in America,* BL Rankings, LLC, 2019

NEWS
12.27.17
Forty-Four Liskow Lawyers Selected to 2018 *Louisiana Super Lawyers, Thomson Reuters*

NEWS
11.3.17
Forty Liskow Lawyers Named "Top Lawyer" by *New Orleans Magazine*

NEWS
10.4.17
Liskow & Lewis Receives 2018 *Benchmark Litigation's* "Highly Recommended" Ranking and Six "Local Litigation Stars" Are Recognized

---

# LISKOW&LEWIS

NEWS
8.16.17
Seven Liskow Attorneys Named *Best Lawyers* "Lawyer of the Year" and Forty-Nine Attorneys Recognized in *The Best Lawyers in America, Woodward White, Inc.* 2018

NEWS
5.26.17
Twenty Liskow Lawyers, Seven Practice Areas Recognized in Chambers USA

NEWS
12.29.16
Forty-One Liskow Lawyers Selected to *Louisiana Super Lawyers, Thomson Reuters* 2017

NEWS
11.10.16
Forty-Four Liskow Lawyers Named "Top Lawyer" by New Orleans Magazine

NEWS
11.4.16
Keith Jarrett Receives Distinguished Maritime Lawyer Award

NEWS
8.15.16
Eight Eight Liskow Attorneys named Best Lawyers "Lawyer of the Year" and Fifty-One Attorneys Recognized in *The Best Lawyers in America, Woodward White, Inc.*

NEWS
5.27.16
Twenty Liskow Lawyers, Seven Practice Areas Recognized in Chambers USA

NEWS
3.3.16
Liskow Attorneys Win $9.04 Million Verdict in Favor of Shell Offshore Inc.

NEWS
8.28.15
Forty Liskow Attorneys Named "Top Lawyer" by New Orleans Magazine

NEWS
8.17.15
Fifty Attorneys Recognized in *The Best Lawyers in America, Woodward White, Inc.*

NEWS
5.27.15
Twenty-One Attorneys, Seven Practice Areas Recognized in Chambers USA

NEWS
4.13.15
Liskow & Lewis Announces The Election Of Robert S. Angelico As Firm President and Managing Partner

NEWS
1.9.15

# LISKOW&LEWIS

Liskow & Lewis Attorneys Named to *Louisiana Super Lawyers, Thomson Reuters* 2015

# LISKOW&LEWIS



# Devin

## Devin C. Reid

Shareholder, New Orleans
D 504.556.4151
dcreid@liskow.com

Hancock Whitney Center
701 Poydras Street
New Orleans, Louisiana 70139

## Overview

Devin Reid is a litigator focusing on maritime, energy and environmental issues and related insurance matters. His practice includes federal multi-district litigation, offshore blowouts, personal injury, property damage, insurance coverage, vessel allisions, and joint operating agreement disputes.

He has completed a course in Well Control Fundamentals and served as an on-site attorney representing the interests of major oil companies during governmental forensic examinations of well control equipment as well as the preservation of physical evidence related to maritime casualties.

Devin's environmental experience includes assisting with issues related to oil spills, including serving on a legal team providing support for response compliance under both federal and state laws.

His trial preparation experience includes managing discovery, deposition defense, preparation of expert reports and experts, assisting in direct and cross-examinations during trial, and motion practice.

During his studies at LSU, Devin served as a research assistant to Professor William E. Crawford, Director of the Louisiana State Law Institute, and as a judicial extern to the Honorable Robert D. Downing of the Louisiana First Circuit Court of Appeals in Baton Rouge.

## Experience

**Recent Representative Matters:**
Environmental Litigation

- Served on trial team defending major oil company in quantification of oil released from an offshore loss of well control under the Clean Water Act (U.S. v. BP Exploration & Production Inc., No. 10-4536 (E.D. La.)

- Served as on-site attorney representing a lessee's interest in the forensic examination of oilfield equipment during both a governmental investigation and civil litigation related to an offshore loss of well control

- Defending major oil company against claims of toxic exposure related to response to oil spill off the coast of Louisiana

### Practice Areas
Maritime, Oilfield & Insurance
Energy Litigation

### Bar Admissions
Louisiana, 2009

### Education
Paul M. Hebert Law Center, Louisiana State University, J.D./D.C.L., *summa cum laude*, 2009
- *Louisiana Law Review*, Member
- Order of the Coif
- CALI Excellence Awards

Louisiana State University, B.A., *summa cum laude*, 2006
B.A. (Latin), B.A. (Political Science);
- Phi Beta Kappa
- Omicron Delta Kappa

# LISKOW&LEWIS

- Served as part of team that won summary judgment in federal court against claims of oyster leaseholders for alleged damages to lease interests from offshore oil spill (In re Manson Constr. Co., 2013 U.S. Dist. LEXIS 71114 (E.D. La. May 20, 2013))
- Served as part of team that won summary judgment in federal court against intellectual property claims brought by claimant who alleged that major oil company appropriated individual's suggestion to control offshore blowout without compensation to individual (Cutler v. BP, 2012 U.S. Dist. LEXIS 143764 (E.D. La. Oct. 4, 2012))

Personal Injury

- Obtained summary judgment that was subsequently affirmed for oilfield services contractor against personal injury plaintiff on grounds that contractor owed no duty of care to plaintiff during concurrent operations in the Gulf of Mexico (McCarroll v. Seatrax Servs., et al., 2013 U.S. Dist. LEXIS 103452 (E.D. La. July 24, 2013),affirmed 2014 U.S. App. LEXIS 6504, April 9, 2014 (U.S. 5th Cir. April 9, 2014))

Property Casualty

- Served as on-site attorney for pipeline operator responsible for evidence preservation and legal supervision of repairs and remediation after allision of vessel with submerged pipeline in Louisiana territorial waters

## Involvement

Professional
- Southeastern Admiralty Law Institute, Member
- Louisiana Association of Defense Counsel, Member
- New Orleans Association of Defense Counsel, Member
- New Orleans Bar Association, Member
- Federal Bar Association, Member
- Louisiana State Law Institute – Tutorship Procedure Committee, Member

## Recognition
- *Best Lawyers in America,* 2019-2021
- *Louisiana Super Lawyers*, 2021
- *Louisiana Super Lawyers* "Rising Star," 2016-2019, 2021

Devin C. Reid

Rated by Super Lawyers

loading ...

## Publications
- "Louisiana Appellate Court Affirms Summary Judgment in Asbestos Case," Liskow & Lewis' The Energy Law Blog, February 26, 2021
- "Riding to the Danger Zone: U.S. Fifth Circuit Panel Considers the Zone-of-Danger Test for Maritime Emotional Distress," Liskow & Lewis' The Energy Law Blog, February 9, 2021
- "Fifth Circuit Identifies Potential Conflict with Supreme Court on Jones Act Seaman Test," Liskow & Lewis' The Energy Law Blog, November 18, 2020

# LISKOW&LEWIS

- "U.S. Fifth Circuit Clarifies 'Substantial Nexus' Test for LHWCA," Liskow & Lewis' The Energy Law Blog, August 19, 2020
- "Louisiana Governor Signs 2020 Tort Reform Legislation," Liskow & Lewis' The Energy Law Blog, July 24, 2020
- "Louisiana Supreme Court Limits Effect of Collateral Source Rule in Personal Injury Cases," Liskow & Lewis' The Energy Law Blog, May 10, 2019
- The Fifth Circuit Rejects the DOJ's Attempt to Charge Black Elk Contractors with OCSLA Felonies
- United States Fifth Circuit Confirms Remedies Available to Subrogated Insurer
- U.S. Fifth Circuit Adopts Broad Definition of "Good Faith" for Louisiana Environmental Whistleblower Claims
- United States Supreme Court Limits Forums Available to Railroad Workers
- Fifth Circuit Limits Effect of Collateral Source Rule Under General Maritime Law
- U.S. Fifth Circuit Limits Vessels' Obligations Under Louisiana One-Call Reporting
- "Availability of a Sliding Scale for Seaman Status: How and Why Pragmatism Has Survived," 8 *Loyola Maritime Law Journal* 73 (2010)

## After Hours

"I enjoy quality time with my family, running, and organizing events for my alumni association."

## News/Insights

NEWS
8.19.21
73 Lawyers Recognized in *The Best Lawyers in America* 2022 Edition

INSIGHTS
2.26.21
Louisiana Appellate Court Affirms Summary Judgment in Asbestos Case

INSIGHTS
2.9.21
Riding to the Danger Zone: U.S. Fifth Circuit Panel Considers the Zone-of-Danger Test for Maritime Emotional Distress

NEWS
1.4.21
Forty-One Liskow Lawyers Selected to 2021 *Louisiana Super Lawyers*, Thomson Reuters

NEWS
8.20.20
Sixty-Two Attorneys Recognized in The Best Lawyers in America, BL Rankings, LLC, 2021 Edition

INSIGHTS
8.19.20
U.S. Fifth Circuit Clarifies "Substantial Nexus" Test for LHWCA

INSIGHTS
7.24.20
Louisiana Governor Signs 2020 Tort Reform Legislation

NEWS
12.19.19

# LISKOW&LEWIS

Forty-Six Liskow Lawyers Selected to 2020 *Louisiana Super Lawyers, Thomson Reuters*

NEWS
8.15.19
Fifty-Seven Attorneys Recognized in The Best Lawyers in America, BL Rankings, LLC, 2020 Edition

INSIGHTS
5.10.19
Louisiana Supreme Court Limits Effect of Collateral Source Rule in Personal Injury Cases

NEWS
12.27.18
Thirty-Nine Liskow Lawyers Selected to 2019 *Louisiana Super Lawyers, Thomson Reuters*

NEWS
8.15.18
Eight Liskow Attorneys named *Best Lawyers* "Lawyer of the Year" and Fifty-Two Attorneys Recognized in *The Best Lawyers in America,* BL Rankings, LLC, 2019

NEWS
12.27.17
Forty-Four Liskow Lawyers Selected to 2018 *Louisiana Super Lawyers, Thomson Reuters*

INSIGHTS
7.17.17
United States Fifth Circuit Confirms Remedies Available to Subrogated Insurer

INSIGHTS
6.7.17
U.S. Fifth Circuit Adopts Broad Definition of "Good Faith" for Louisiana Environmental Whistleblower Claims

INSIGHTS
5.31.17
United States Supreme Court Limits Forums Available to Railroad Workers

NEWS
1.3.17
Liskow & Lewis Announces Seven New Shareholders

NEWS
12.29.16
Forty-One Liskow Lawyers Selected to *Louisiana Super Lawyers, Thomson Reuters* 2017

INSIGHTS
11.29.16
Fifth Circuit Limits Effect of Collateral Source Rule Under General Maritime Law

INSIGHTS
11.28.16
Fifth Circuit Limits Effect of Collateral Source Rule Under General Maritime Law

INSIGHTS

LISKOW&LEWIS

9.15.15
U.S. Fifth Circuit Limits Vessels' Obligations Under Louisiana One-Call Reporting