**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | |
| on April 20, 2010 | * | SECTION: J(2) |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| No.: 1:21-CV-105-TBM-RPM | * | |
| Michael Brandon Vickers v | * | MAG. JUDGE CURRAULT |
| Knight's Marine & Industrial | * | |
| Services, Inc. (formerly | * | |
| Case No. 2:13-cv-00456 in the | * | |
| Eastern District of Louisiana) | * | |

---

## UNOPPOSED MOTION TO SUPPLEMENT THE JOINT OMNIBUS DESIGNATION OF RECORD FOR B3 CASES

COMES NOW, the Defendant, Knight's Marine & Industrial Services, Inc., (Knight's Marine) and seeks to supplement the Joint Omnibus Designation of Record for B3 cases to include parts of the MDL record relevant to this particular case and not included in the original Joint Omnibus Designation of Record, and would show as follows:

1. On November 20, 2020, the MDL Court held its status conference to address case management of the remaining cases in the B3 bundle and entered its Order [MDL Doc. 26784] instructing the parties to file in the master docket a Joint Omnibus Designation of Record for B3 Cases. The Court's Order specifically provided that the parties in each case would have the opportunity to later supplement the Omnibus Designation with any parts of the MDL record that were not included in the Omnibus Designation.

1

2.    On December 15, 2020, the parties filed in the MDL master docket a Joint Omnibus Designation of Record for the B3 Cases identifying those parts of the MDL 2179 master docket that are relevant to many or all of the cases in the B3 bundle. [MDL Recc. Doc. 26821].

3.    On April 1, 2021, the Court entered its Order Severing and Transferring 26 cases in the B3 bundle to other District Courts pursuant to 28 U.S.C. § 1404(a) and granted Knight's Marine's Motion to Transfer Venue to the United States District Court for the Southern District of Mississippi [MDL Rec. Doc. 27018].

4.    On April 1, 2021, the Court also entered its Joint Omnibus Designation of Record for the B3 cases transmitting records from the MDL to each of the transferee court dockets. Further, the Court instructed the Clerk of Court to file the Joint Omnibus Designation of Record and an Appendix in the individual case dockets.

5.    The parties in the present case now seek to supplement the Omnibus Designation with the following parts of the MDL record that were not included in the Omnibus Designation but which are specifically relevant only to this particular case:

| 04/08/2013 | 9215 | ANSWER to Complaint by Defendant Knight's Marine & Industrial Services, Inc. (Reference: 13-456)(Feeney, Fredrick) Modified on 4/9/2013 (gec, ). (Entered: 04/08/2013) |
| 05/13/2013 | 9913 | **DEFICIENT** MOTION to Sever *for Expedited Trial to Determine Plaintiff's Right to Cure Benefits* by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13-456)(Falcon, Timothy) Modified on 5/16/2013 (gec, ). (Entered: 05/13/2013) |
| 05/16/2013 | 10065 | MOTION to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 13-456)(Falcon, Timothy) Modified on 5/17/2013 (gec, ). (Entered: 05/16/2013) |
| 06/17/2013 | 10406 | MOTION to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13-456)(Falcon, Timothy) Modified on 6/18/2013 (gec, ). (Entered: 06/17/2013) |
| 08/15/2017 | 23267 | MOTION for Reconsideration re 23047 Order, by Plaintiff Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Profile Form, # 3 Exhibit 2 - Sworn Statement)(Reference: 13-456)(Feeney, Fredrick) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 08/23/2017 | 23321 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: |

3

| | | |
|---|---|---|
| | | No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 09/08/2017 | 23377 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Michael Vickers re 23267 MOTION for Reconsideration re 23047 Order. (Reference: 13-456)(Falcon, Timothy) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 10/09/2020 | 26720 | MOTION to Sever and Deconsolidation by Defendant Knight's Marine and Industrial Services, Inc. (Reference: 2:13-cv-00456)(Feeney, Fredrick) (Additional attachment(s) added on 10/13/2020: # 1 Memorandum in Support) (cg). (Entered: 10/09/2020) |
| 10/09/2020 | 26721 | *FILED IN ERROR--SEE REC DOC. 26720 FOR MEMORANDUM** MEMORANDUM filed by Defendant re 26720 MOTION to Sever and Deconsolidation . (Reference: 2:13-cv-00456)(Feeney, Fredrick) Modified on 10/13/2020 (cg). (Entered: 10/09/2020) |
| 12/08/2020 | 26807 | Response/Reply by Defendant to 26784 Status Conference Joint Submission of List of Cases Remaining in the B3 Pleading Bundle (Attachments: # 1 Exhibit 1)(Reference: All the Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/08/2020) |
| 12/15/2020 | 26821 | Response/Reply by Defendants BP America Production Company, BP Exploration & Production Inc., Knight's Marine & Industrial Services, Inc. and Plaintiffs to 26784 Status Conference Joint Omnibus Designation of Record for the B3 Cases. (Reference: All Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/15/2020) |
| 02/26/2021 | 26938 | ORDER finding as moot 26720 Motion for Severance and Deconsolidation as set forth in document. Signed by Judge Carl Barbier on 2/26/2021. (Reference: 13-456, 13-304)(lag) (Entered: 02/26/2021) |
| 03/16/2021 | 26987 | MOTION to Dismiss or Alternative Transfer *Venue* by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit A - Plaintiff's Complaint, # 2 Exhibit B - Affidavit of David Knight)(Reference: 13-00456)(Feeney, Fredrick) (Additional attachment(s) added on 3/16/2021: # 3 Memorandum in Support) (cg). |

| | | |
|---|---|---|
| | | (Attachment 2 replaced on 3/23/2021 per Order filed at Rec. Doc. 27007) (ko). (Entered: 03/16/2021) |
| 03/16/2021 | 26988 | FILED IN ERROR--SEE REC DOC. 26987 FOR DOCUMENT---MEMORANDUM filed by Knight's Marine & Industrial Services, Inc re 26987 MOTION to Dismiss or Alternative Transfer *Venue* . (Reference: 13-0456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). (Entered: 03/16/2021) |
| 03/16/2021 | 26990 | EXPARTE/CONSENT MOTION for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a) by Knight's Marine & Industrial Services, Inc. (Reference: 13-cv-00456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). Modified on 3/17/2021 (cg). (Entered: 03/16/2021) |
| 03/17/2021 | 26991 | Correction of Docket Entry by Clerk re 26990 MOTION for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction. This motion is no longer deficient and will be accepted by the Court as is. (Reference: 13-456)(cg) (Entered: 03/17/2021) |
| 03/17/2021 | 26992 | ORDER granting 26990 Motion for Leave to File Motion (Rec. Doc. 26990). IT IS FURTHER ORDERED that any opposition to Knight's Marine's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Rec. Doc. 26987) must be filed by March 24, 2021. Signed by Judge Carl Barbier on 3/17/21. (Reference: 13-456, 13-304)(cg) (Entered: 03/17/2021) |
| 03/22/2021 | 27002 | EXPARTE/CONSENT MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit "1" Corrected Affidavit of David E. Knight, # 2 Proposed Order Re Unopposed Ex-Parte Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend it Motion to Transfer Venue)(Reference: 2:13-cv-00456)(Feeney, Fredrick) (Entered: 03/22/2021) |
| 03/23/2021 | 27007 | ORDER granting 27002 Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend Its Motion to Transfer Venue. FURTHER ORDERED that Knight's Marine's |

| | | | |
|---|---|---|---|
| | | | previously-filed Motion to Dismiss for Lack of Personal Jurisdiction is hereby WITHDRAWN (Rec. Doc. 26987). Knight's Marine's Alternative Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Rec. Doc. 26987) remains PENDING. FURTHER ORDERED that Exhibit "B" to Knight's Marine's previously-filed Motion is hereby withdrawn and the Corrected Affidavit of David E Knight is hereby substituted in its place. Signed by Judge Carl Barbier on 03/23/2021. (Reference: 13-456, 13-304)(ko) (Entered: 03/23/2021) |
| 03/24/2021 | | 27009 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re 26932 MOTION to Transfer Case, 26931 MOTION to Transfer Case, 26930 MOTION to Transfer Case, 26987 MOTION to Dismiss or Alternative Transfer Venue, 26929 MOTION to Transfer Case. (Reference: All Cases in the B3 Bundle)(Reid, Devin) (Entered: 03/24/2021) |
| 03/24/2021 | | 27010 | RESPONSE to Motion filed by Michael Brandon Vickers re 27002 MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit filed by Knight's Marine. (Reference: 13-456)(Sprague, Jeremiah) (Entered: 03/24/2021) |

See Exhibit "A" list of pleadings and Orders making up the proposed Supplement to the Joint Omnibus Designation of Record.

6.   The undersigned counsel on behalf of Knight's Marine has consulted with counsel on behalf of Plaintiff Michael Brandon Vickers, who has no objection to the Motion and joins in the relief requested.

WHEREFORE PREMISES CONSIDERED, the movant, Defendant Knight's Marine, seeks the Court's permission to supplement the Joint Omnibus Designation with the above identified records from the MDL

2179 Docket for inclusion in it's individual case pending in the United States District Court for the Southern District of Mississippi, Cause No. 1:21-CV-105-TBM-RPM.  A proposed Order is attached as Exhibit "B".

    Respectfully submitted, this the 27th day of August, 2021.

                          **KNIGHT'S MARINE & INDUSTRIAL**
                          **SERVICES, INC., DEFENDANT**

                          BY:   FRANKE & SALLOUM, PLLC

                          BY:   <u>s/ Fredrick B. Feeney, II</u>
                                  FREDRICK B. FEENEY, II
                                MS BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
<u>fbf@frslaw.com</u>

7

## CERTIFICATE OF SERVICE

I, Fredrick B. Feeney, II, of the law firm of Franke & Salloum, PLLC, do hereby certify that I have this day electronically filed the foregoing Unopposed Motion to Supplement the Joint Omnibus Designation of Record for B3 Cases with the Clerk of the Court using the ECF system, and served the same by using LexisNexis File & Serve in accordance with Pretrial Order No. 12, which sent notice of filing to all counsel of record.

THIS, the 27th day of August, 2021.

s/Fredrick B. Feeney, II
FREDRICK B. FEENEY, II
MS STATE BAR NO. 5168

FRANKE & SALLOUM, PLLC
Attorneys at Law
Post Office Drawer 460
Gulfport, MS 39502
Telephone: 228/868-7070
Facsimile: 228/868-7090
EMAIL: fbf@frslaw.com