| *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico* \newline *2:10-md-02179-CJB-JCW* |
|---|---|---|
| **Date Filed** | **#** | **Docket Text** |
| 04/08/2013 | 9215 | ANSWER to Complaint by Defendant Knight's Marine & Industrial Services, Inc. (Reference: 13-456)(Feeney, Fredrick) Modified on 4/9/2013 (gec, ). (Entered: 04/08/2013) |
| 05/13/2013 | 9913 | **DEFICIENT** MOTION to Sever *for Expedited Trial to Determine Plaintiff's Right to Cure Benefits* by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13-456)(Falcon, Timothy) Modified on 5/16/2013 (gec, ). (Entered: 05/13/2013) |
| 05/16/2013 | 10065 | MOTION to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 13-456)(Falcon, Timothy) Modified on 5/17/2013 (gec, ). (Entered: 05/16/2013) |
| 06/17/2013 | 10406 | MOTION to Sever for Expedited Trial to Determine Plaintiff's Right to Cure Benefits by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13-456)(Falcon, Timothy) Modified on 6/18/2013 (gec, ). (Entered: 06/17/2013) |
| 08/15/2017 | 23267 | MOTION for Reconsideration re 23047 Order, by Plaintiff Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Profile Form, # 3 Exhibit 2 - Sworn Statement)(Reference: 13-456)(Feeney, Fredrick) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 08/23/2017 | 23321 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 |

**Exhibit "A"**

| \ | \ | *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico*<br>*2:10-md-02179-CJB-JCW* |
|---|---|---|
| **Date Filed** | **#** | **Docket Text** |
|  |  | and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 09/08/2017 | 23377 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Michael Vickers re 23267 MOTION for Reconsideration re 23047 Order. (Reference: 13-456)(Falcon, Timothy) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |
| 10/09/2020 | 26720 | MOTION to Sever and Deconsolidation by Defendant Knight's Marine and Industrial Services, Inc. (Reference: 2:13-cv-00456)(Feeney, Fredrick) (Additional attachment(s) added on 10/13/2020: # 1 Memorandum in Support) (cg). (Entered: 10/09/2020) |
| 10/09/2020 | 26721 | *FILED IN ERROR--SEE REC DOC. 26720 FOR MEMORANDUM** MEMORANDUM filed by Defendant re 26720 MOTION to Sever and Deconsolidation . (Reference: 2:13-cv-00456)(Feeney, Fredrick) Modified on 10/13/2020 (cg). (Entered: 10/09/2020) |
| 12/08/2020 | 26807 | Response/Reply by Defendant to 26784 Status Conference Joint Submission of List of Cases Remaining in the B3 Pleading Bundle (Attachments: # 1 Exhibit 1)(Reference: All the Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/08/2020) |
| 12/15/2020 | 26821 | Response/Reply by Defendants BP America Production Company, BP Exploration & Production Inc., Knight's Marine & Industrial Services, Inc. and Plaintiffs to 26784 Status Conference Joint Omnibus Designation of Record for the B3 Cases. (Reference: All Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/15/2020) |
| 02/26/2021 | 26938 | ORDER finding as moot 26720 Motion for Severance and Deconsolidation as set forth in document. Signed by Judge Carl Barbier on 2/26/2021. (Reference: 13-456, 13-304)(lag) (Entered: 02/26/2021) |
| 03/16/2021 | 26987 | MOTION to Dismiss or Alternative Transfer *Venue* by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit A - Plaintiff's Complaint, # 2 Exhibit B - Affidavit of David Knight)(Reference: 13-00456)(Feeney, Fredrick) (Additional attachment(s) added on 3/16/2021: # 3 Memorandum in Support) (cg). (Attachment 2 replaced on 3/23/2021 per Order filed at Rec. Doc. 27007) (ko). (Entered: 03/16/2021) |

| *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico* |
|---|---|---|
| *2:10-md-02179-CJB-JCW* |
| **Date Filed** | **#** | **Docket Text** |
| 03/16/2021 | 26988 | FILED IN ERROR--SEE REC DOC. 26987 FOR DOCUMENT---MEMORANDUM filed by Knight's Marine & Industrial Services, Inc re 26987 MOTION to Dismiss or Alternative Transfer *Venue* . (Reference: 13-0456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). (Entered: 03/16/2021) |
| 03/16/2021 | 26990 | EXPARTE/CONSENT MOTION for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a) by Knight's Marine & Industrial Services, Inc. (Reference: 13-cv-00456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). Modified on 3/17/2021 (cg). (Entered: 03/16/2021) |
| 03/17/2021 | 26991 | Correction of Docket Entry by Clerk re 26990 MOTION for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction. This motion is no longer deficient and will be accepted by the Court as is. (Reference: 13-456)(cg) (Entered: 03/17/2021) |
| 03/17/2021 | 26992 | ORDER granting 26990 Motion for Leave to File Motion (Rec. Doc. 26990). IT IS FURTHER ORDERED that any opposition to Knight's Marine's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Rec. Doc. 26987) must be filed by March 24, 2021. Signed by Judge Carl Barbier on 3/17/21. (Reference: 13-456, 13-304)(cg) (Entered: 03/17/2021) |
| 03/22/2021 | 27002 | EXPARTE/CONSENT MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit "1" Corrected Affidavit of David E. Knight, # 2 Proposed Order Re Unopposed Ex-Parte Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend it Motion to Transfer Venue)(Reference: 2:13-cv-00456)(Feeney, Fredrick) (Entered: 03/22/2021) |
| 03/23/2021 | 27007 | ORDER granting 27002 Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend Its Motion to Transfer Venue. FURTHER ORDERED that Knight's Marine's previously-filed Motion to Dismiss for Lack of Personal Jurisdiction is hereby WITHDRAWN (Rec. Doc. 26987). Knight's Marine's Alternative Motion to Transfer Venue Pursuant |

| *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico* <br> *2:10-md-02179-CJB-JCW* | | |
|---|---|---|
| **Date Filed** | **#** | **Docket Text** |
| | | to 28 U.S.C. 1404(a) (Rec. Doc. 26987) remains PENDING. FURTHER ORDERED that Exhibit "B" to Knight's Marine's previously-filed Motion is hereby withdrawn and the Corrected Affidavit of David E Knight is hereby substituted in its place. Signed by Judge Carl Barbier on 03/23/2021. (Reference: 13-456, 13-304)(ko) (Entered: 03/23/2021) |
| 03/24/2021 | 27009 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re 26932 MOTION to Transfer Case, 26931 MOTION to Transfer Case, 26930 MOTION to Transfer Case, 26987 MOTION to Dismiss or Alternative Transfer Venue, 26929 MOTION to Transfer Case. (Reference: All Cases in the B3 Bundle)(Reid, Devin) (Entered: 03/24/2021) |
| 03/24/2021 | 27010 | RESPONSE to Motion filed by Michael Brandon Vickers re 27002 MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit filed by Knight's Marine. (Reference: 13-456)(Sprague, Jeremiah) (Entered: 03/24/2021) |