UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DeSILVA, INDIVIDUALLY,** | **CIVIL ACTION NO. 2:16-CV-05277** |
| **AND AS THE SOLE MEMBER,** | |
| **OWNER, AND OPERATOR OF THE** | |
| **BIRD OF PARADISE, LLC** | **SECTION J** |
| | |
| **VERSUS** | **JUDGE BARBIER** |
| | |
| **BP EXPLORATION AND** | |
| **PRODUCTION, INC., ET AL.** | **MAG. JUDGE SHUSHAN** |

### JOHN R. DESILVA'S MOTION FOR EXTENSTION OF TIME TO RESPOND TO BP'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff, John R. DeSilva, by and through the undersigned counsel, hereby moves this Court for an extension of time to respond to BP's Motion for Attorneys' Fees and Costs and its incorporated memorandum thereto (hereinafter "Motion"), and as grounds for granting this motion, Plaintiff points to Hurricane Ida and its adverse impacts to the law offices of Ronnie Penton and Harry Rosenberg. More detailed reasons for granting this motion are stated briefly in the following supporting memorandum. Plaintiff requests an extension to file his response to BP's Motion for a period of time that the Court thinks is reasonable given the circumstances surrounding Hurricane Ida.

Respectfully submitted,

 /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva


 /s/ Ronnie G. Penton
Ronnie G. Penton (LA Bar #10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: 985-732-5651
Email: fedcourtmail@thepentonlawfirm.com
Co-Counsel for Plaintiff John R. DeSilva


 /s/ Harry Rosenberg
Harry Rosenberg (LA Bar #11465)
Schiff, Scheckman & White LLP
117 West Landry Street
Opelousas, Louisiana 70130
Phone: 504-566-1311
Email: harry.rosenberg@phelps.com
Co-Counsel for Plaintiff John R. DeSilva


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *John R. DeSilva's Motion for Extension of Time to Respond to BP's Motion for Attorneys' Fees and Costs* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which

2

will send a notice of electric filing, in accordance with the procedures established in MDL 2179, on this the 1st day of September, 2021.

    /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva