UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig  "Deepwater Horizon" in  The Gulf of Mexico, on  April 20, 2010 | * * * * | MDL 2179  SECTION J(2) |
| This Document Relates to: | * * | JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC | CIVIL ACTION NO. 2:16-CV-05277  SECTION J |
| VERSUS | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION, INC., ET AL. | MAG. JUDGE SHUSHAN |

### JOHN R. DESILVA'S MEMORANDUM IN SUPPOT OF HIS MOTION FOR EXTENSTION OF TIME TO RESPOND TO BP'S MOTION FOR ATTORNEYS' FEES AND COSTS

This Court's Order of August 12, 2021 (Rec. Doc. 27196), gave Plaintiff until September 2, 2021, to respond to BP's Motion, which was filed on August 26, 2021 (Rec. Doc. 27226). As this Court well knows, Hurricane Ida hit Southern Louisiana just before noon local time on Sunday, August 29, 2021, as a Category 4 hurricane with sustained winds of 150 mph. Power is out to hundreds of thousands of people in the area, and Governor Edwards has requested people in the area to shelter in place for 72 hours after the storm has passed. Given the above-stated general facts, Mr. Penton's and Mr. Rosenberg's offices are currently nonfunctional. Even basic communication has been compromised between Counsel representing Mr. DeSilva. While no

Executive Orders have been issued by Governor Edwards suspending filing periods, it is yet early in the damage assessment period.

### Conclusion

For the foregoing reasons, John R. DeSilva respectfully requests that the Court grant the motion, and give an extended filing deadline for Mr. DeSilva's response to BP's Motion as the Court determines is reasonable given the circumstances surrounding Hurricane Ida.

Respectfully submitted,

 /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva

 /s/ Ronnie G. Penton
Ronnie G. Penton (LA Bar #10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: 985-732-5651
Email: fedcourtmail@thepentonlawfirm.com
Co-Counsel for Plaintiff John R. DeSilva

 /s/ Harry Rosenberg
Harry Rosenberg (LA Bar #11465)
Schiff, Scheckman & White LLP
117 West Landry Street
Opelousas, Louisiana 70130
Phone: 504-566-1311
Email: harry.rosenberg@phelps.com
Co-Counsel for Plaintiff John R. DeSilva

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *John R. DeSilva's Memorandum in Support of His Motion for Extension of Time to Respond to BP's Motion for Attorneys' Fees and Costs* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electric filing, in accordance with the procedures established in MDL 2179, on this the 1st day of September, 2021.

       /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva