UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-00968: BELO** | |
| **17-cv-03367: B3** | **MAGISTRATE JUDGE CURRAULT** |

**Relates to:**

| 17-cv-03367 | 21-cv-01021 | | | |
|---|---|---|---|---|
| | | | | |

**THE BP PARTIES' SEPTEMBER 1, 2021 B3 AND BELO STATUS REPORT**

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly status report for the B3 and BELO lawsuits. The report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

**I.   B3 BUNDLE**

The BP Parties served a draft of this report by email on pro se plaintiff Sheri Allen Dorgan on August 24, 2021.[1] This report includes plaintiffs whose PTO submissions were due through August 25, 2021, and reflects the status of PTO submissions received as of 5 p.m. Eastern time on August 31, 2021.

---

[1] The BP Parties also served a draft of this report on pro se plaintiff Sheri Allen Dorgan by FedEx on August 26, 2021.

This Status Report contains one case in which a B3 plaintiff provided deficient or incomplete PTO submissions.

### A.     B3 Plaintiffs with Missing PTO Submissions

There are no cases eligible for this Status Report in which B3 plaintiffs have not provided PTO submissions.

### B.     B3 Plaintiffs with Deficient PTO Submissions

Pursuant to the B3 CMO and Section 2(C) of First Amended BELO CMO No. 2, the BP Parties have identified the following case in which plaintiff provided deficient or incomplete PTO submissions.

|   | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 17-cv-03367 | Dorgan, Sheri Allen | Pro Se | Response to Question 2.ii. of Plaintiff's PTO 68 Supplemental Medical Disclosure Form confirms that Plaintiff is currently seeking treatment, but fails to identify any medical providers who continue to provide plaintiff with such treatment. |

## II.    BELO CASES

The BP Parties served a draft of this report by email on counsel for the plaintiff whose case is listed in this Status Report on August 25, 2021.  This report includes plaintiffs whose initial disclosures were due through August 25, 2021, and reflects the status of initial disclosures received as of 5 p.m. Eastern time on August 31, 2021.

This Status Report contains one case in which a BELO plaintiff provided no initial disclosures.

2

### A. BELO Plaintiffs with Missing Initial Disclosures

Pursuant to Section 2(B) of First Amended CMO No. 2, the BP Parties have identified the following case in which plaintiff has provided no initial disclosures.

|   | **Docket Number** | **Plaintiff** | **Plaintiff's Counsel** |
|---|---|---|---|
| 1. | 21-cv-01021 | Subert, Igor | Downs Law Group |

### B. BELO Plaintiffs with Deficient Initial Disclosures

There are no cases eligible for this Status Report in which BELO plaintiffs have provided deficient or incomplete initial disclosures.

\* \* \*

Pursuant to First Amended CMO No. 2, the BP Parties on September 10, 2021, will submit a Status Report listing BELO plaintiffs who failed to provide full and complete disclosures after having been ordered to do so by September 3, 2021, pursuant to the Court's August 5, 2021, Order (Rec. Doc. 27185) (i.e., "Category II" plaintiffs).

DATED: September 1, 2021                    Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of September, 2021.  This pleading also has been served on counsel for all plaintiffs referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                                */s/ R Keith Jarrett* _____
                                                                R. Keith Jarrett