UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: J(2) |
| Of Mexico, on April 20, 2010 | * | |
| | * | |
| Applies to: Case No. 16-cv-06585 | * | JUDGE BARBIER |
| (*Global Disaster Recovery & Rebuilding* | * | |
| *Services., LLC)* | * | MAG. JUDGE CURRAUL |

## Notice of Appeal

COMES NOW, Global Disaster Recovery & Rebuilding Services, LLC, Plaintiff in the above-named case MDL 2179, which applies to case no. 16-cv-06585, and files this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (the "Order and Reasons") (Rec. Doc. No. 9) and Judgment (Rec. Doc. No. 10) (in the record of MDL-2179) dated August 5, 2021, dismissing its claims.

Date:  September 3, 2021

Respectfully submitted,

**BRENT COON & ASSOCIATES**

*/s/ Sidney R. Robert*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
eric_newell@bcoonlaw.com
Sidney F. Robert
Federal Bar No. 34730
Texas Bar No. 24074968
sidney.robert@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 – Facsimile

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of September, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Sidney R. Robert*
Sidney F. Robert