UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | MDL 2179 |
| | * | SECTION: J(2) |
| | * | JUDGE BARBIER |
| **Applies to:** *No. 16-05277* | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Ex Parte Motion for Extension of Time* filed by Plaintiff John DeSilva **(Rec. Doc. 27228)** and the Addendum to General Order No. 21-11,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff John DeSilva's response date of September 2, 2021 is **CONTINUED** to **September 9, 2021**.

New Orleans, Louisiana, this 2nd day of September, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE