**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | | MDL 2179 |
| of Mexico, on April 20, 2010 | * | |
| | | SECTION: J(2) |
| | * | |
| Applies to: | | JUDGE BARBIER |
| *All Cases* | * | |
| | | MAG. JUDGE CURRAULT |
| | * | |

## ORDER

**IT IS ORDERED** that the following motions in MDL 2179 are **DENIED**:

1. Bobby Rogers Sr.'s Motion for Funds of Compensation for the Use of Information and Knowledge (Rec. Doc. 13403)

2. Dana H. Fox's Motion for Letter(s) to Go to Judge Barbier (Rec. Doc. 13652)

3. Gulf Marine Institute of Technology's Motion for Leave to File Second Amended Complaint (Rec. Doc. 18795)

4. David M. Strong's Motion for Reconsideration (Rec. Doc. 21887)

5. Clinton F. Smith, et al's Motion for Equitable Interpretation of the Medical Benefits Settlement (Rec. Doc. 23270)

6. Marcus O. Tate-El-Bey-Tey-Washitaw's Motion to Appoint Counsel (Rec. Doc. 27040)

7. Marcus O. Tate-El-Bey-Tey-Washitaw's Motion to Correct Judgment (Rec. Doc. 27063)

8. Marcus O. Tate-El-Bey-Tey-Washitaw's Motion/Request for $100 Billion Dollars (Rec. Doc. 27064)

New Orleans, Louisiana, this 30th day of August, 2021.

_____
United States District Judge