UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE CURRAULT |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, | CIVIL ACTION NO. 2:16-CV-05277 |
| AND AS THE SOLE MEMBER, | |
| OWNER, AND OPERATOR OF THE | |
| BIRD OF PARADISE, LLC | SECTION J |
| | |
| VERSUS | JUDGE BARBIER |
| | |
| BP EXPLORATION AND | |
| PRODUCTION, INC., ET AL. | MAG. JUDGE SHUSHAN |

## MOTION TO ENROLL

NOW INTO COURT comes Jackson H. Bowman, Esquire of Moore Bowman & Reese, P.A., who wishes to enroll as additional counsel of record for Plaintiff, John R. DeSilva, in this matter and move this court for an Order granting Jackson H. Bowman, Esquire to become additional counsel of record. The enrollment of additional counsel will not prejudice Defendants, nor will it delay these proceedings in any way. Ronnie G. Penton will remain as designated Trial Attorney.

Respectfully submitted,

 /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105

St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Enroll* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electric filing, in accordance with the procedures established in MDL 2179, on this the 8th day of September, 2021.

  /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva