UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION J(2)** |
| | * | **JUDGE BARBIER** |
| **Applied to:** *No. 16-05277* | * | **MAG. JUDGE CURRAULT** |

### ORDER

Considering the foregoing Motion to Enroll filed by Jackson H. Bowman, Esquire.

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Jackson H. Bowman, Esquire is appointed as additional counsel for Plaintiff John DeSilva.

New Orleans, Louisiana, this ___ day of September, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE