UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| | * | JUDGE BARBIER |
| Applies to: *No. 16-05277* | * | MAG. JUDGE CURRAULT |

# ORDER

Considering the foregoing *Motion to Enroll* **(Rec. Doc. 27235)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Jackson H. Bowman is enrolled as additional counsel for Plaintiff John DeSilva.

New Orleans, Louisiana, this 9th day of September, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE