# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 20-30689

———————————

In re: Deepwater Horizon

Albert B. Moore, III; A'Donna Richardson; Rashawn
White; Yen Do; Ellasha Galloway, for the minor child
B.S.; Frances Roberts; George Pickett; Scott Porter,

*Plaintiffs—Appellants*,

*versus*

BP Exploration & Production, Incorporated; BP
America Production Company; BP, P.L.C.; Transocean
Holdings, L.L.C.; Transocean Deepwater,
Incorporated; Transocean Offshore Deepwater
Drilling, Incorporated; Halliburton Energy Services,
Incorporated,

*Defendants—Appellees.*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:17-CV-3344
USDC No. 2:17-CV-3407
USDC No. 2:17-CV-3571
USDC No. 2:17-CV-3623
USDC No. 2:17-CV-3903
USDC No. 2:17-CV-4482
USDC No. 2:17-CV-4513

No. 20-30689

USDC No. 2:17-CV-4566

_____

ON PETITION FOR REHEARING EN BANC

Before CLEMENT, HAYNES, and WILSON, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service having requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.

_____

*Judges Jerry E. Smith and James C. Ho did not participate in the consideration of the rehearing en banc.