# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 30, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30689    Moore v. BP Expl & Prod
                USDC No. 2:10-MD-2179
                USDC No. 2:17-CV-3344
                USDC No. 2:17-CV-3407
                USDC No. 2:17-CV-3571
                USDC No. 2:17-CV-3623
                USDC No. 2:17-CV-3903
                USDC No. 2:17-CV-4482
                USDC No. 2:17-CV-4513
                USDC No. 2:17-CV-4566
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Mr. Paul Allen Dominick
Mr. Daniel John Dysart
Mr. George W. Hicks Jr.
Ms. Carol L. Michel
Mr. Kerry J. Miller
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid
Mr. Robert Alan York