

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 9, 2021

Lyle W. Cayce
Clerk

**Certified as a true copy and issued
as the mandate on Aug 31, 2021**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30617

In re: Deepwater Horizon

------------------------------------------------------

Christopher Green,

*Plaintiff—Appellant*,

*versus*

BP Exploration & Production, Incorporated; BP
America Production Company; BP, P.L.C.,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
MDL No. 2:10-MD-2179
USDC No. 2:17-CV-3191

---

Before Jolly, Haynes, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.