# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 31, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

         No. 20-30617    Green v. BP Exploration & Production
                         USDC No. 2:10-MD-2179
                         USDC No. 2:17-CV-3191

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. George W. Hicks Jr.
     Mr. James Andrew Langan
     Mr. Aaron Lloyd Nielson
     Mr. Devin Chase Reid
     Mr. Michael Gregory Stag
     Mrs. Kelley B. Stewart