# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

August 6, 2021

|  |  |
|---|---|
| Invoice #: | 35119 |
| Billed Through: | July 31, 2021 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
      OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | July 31, 2021 | $2,600.00 |
| CURRENT EXPENSES THROUGH: | July 31, 2021 | $56.60 |
| TOTAL CHARGES FOR THIS BILL | | $2,656.60 |
| TOTAL NOW DUE | | $2,656.60 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.
* * PAYABLE UPON RECEIPT* ***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

August 6, 2021

| | |
|---|---|
| Invoice #: | 35119 |
| Billed through: | July 31, 2021 |
| Account #: | 001300   01580 |

RE:  HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $6,740.00 |
| Less payments received since previous invoice | $6,740.00 |

## PROFESSIONAL SERVICES                                                                           Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/06/21 | PJH | CORRESPOND RE: TRANSFER OF FUNDS RE: HESI/TO OLD CLASS ORDER | 0.20 |
| 05/18/21 | PJH | RECEIPT AND REVIEW OF HESI/TO INVOICES FROM VENDOR, AND CORRESPONDENCES, CONFER PAJ RE: SAME | 0.70 |
| 05/18/21 | PAJ | CONFER WITH HRON RE: VENDOR INVOICES | 0.30 |
| 05/21/21 | PJH | CORRESPONDENCES WITH TAX PREPARER RE: HESI/TO TAX RETURN NOTICE FROM IRS | 0.20 |
| 05/24/21 | PAJ | REVIEW EMAILS RE: QUARTERLY INVOICES, TAX REPORTING, DESTRUCTION OF DOCUMENTS, AND OUTSTANDING CLAIMS | 0.30 |
| 05/24/21 | PJH | CORRESPONDENCE WITH VENDOR RE: HESI/TO INVOICE INQUIRIES AND DRAFT MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES WITH CORRESPONDENCES RE: SAME | 1.30 |
| 05/25/21 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO DISBURSE ADMINISTRATIVE COSTS | 0.20 |
| 05/25/21 | PJH | VARIOUS CORRESPONDENCES RE: LN LOG IN INFORMATION RE: UPCOMING HESI/TO FILING, AND SEARCH RE: SAME; VARIOUS CORRESPONDENCES RE: HESI/TO MOTION FOR DISBURSEMENT OF ADMINISTRATIVE EXPENSES | 1.00 |
| 05/26/21 | PAJ | REVIEW FILED MOTION FOR DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 05/26/21 | PJH | FINALIZE MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE COSTS AND FILE SAME WITH COURT; RESOLVE ISSUES WITH FILE N SERVE LOGIN AND FILE SAME; VARIOUS CORRESPONDENCES TO PARTIES AND COURT RE: SAME | 1.00 |
| 06/01/21 | PAJ | REVIEW OF ORDER APPROVING DISBURSEMENT OF ADMINISTRATIVE EXPENSES | 0.10 |
| 06/01/21 | PJH | REVIEW AND CORRESPONDENCES RE: ORDER GRANTING MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES | 0.20 |
| 06/04/21 | PJH | REVIEW AND RESPOND TO CORRESPONDENCES RE: HESI/TO ADMINISTRATIVE EXPENSES DISBURSEMENT ORDER | 0.20 |
| 06/16/21 | PJH | REVIEW HESI/TO DMI JMOs AND FILE SAME WITH COURT | 0.60 |
| 06/30/21 | PJH | CORRESPONDENCES RE: HESI/TO DMI JMOs | 0.20 |
| 07/01/21 | PJH | CORRESPOND RE: HESI/TO DMI JMOs | 0.20 |

| 001300 | 01580 | | | Invoice # 35119 | Page | 2 |
|---|---|---|---|---|---|---|
| 07/07/21 | PJH | INQUIRY RE: HESI/TO IRS NOTICE AND CONFERS RE: SAME | | | | 0.30 |
| 07/08/21 | PJH | CORRESPONDENCES RE: HESI/TO IRS NOTICE | | | | 0.20 |
| 07/13/21 | PJH | CORRESPOND RE: HESI/TO DMI JMOs | | | | 0.10 |
| 07/15/21 | PJH | VARIOUS CORRESPONDENCES RE: HESI/TO DMI JMOs AND REVIEW SAME | | | | 0.60 |
| 07/26/21 | PAJ | REVIEW OF EMAILS RE: DRAFT QUARTERLY REPORT NO. 23 | | | | 0.40 |
| 07/26/21 | PJH | REVIEW AND EDIT HESI/TO QUARTERLY REPORT TO THE COURT, WITH VARIOUS CONFERS AND CORRESPONDENCES RE: SAME | | | | 0.60 |
| | | | | 9.00 | | $2,600.00 |

| PAJ | JUNEAU, PATRICK A. | 1.40 hrs @ | $500.00 /hr | $700.00 |
|---|---|---|---|---|
| PJH | HRON, PATRICK J | 7.60 hrs @ | $250.00 /hr | $1,900.00 |
| | Fee Recap Totals | 9.00 | | $2,600.00 |

**EXPENSES**                                                                                                              **Amount**

| 05/12/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
|---|---|---|
| 06/11/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 40.00 |
| 07/09/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 07/31/21 | COPYING | 6.60 |
| | | $56.60 |

**BILLING SUMMARY:**

| TOTAL FEES | $2,600.00 |
|---|---|
| TOTAL EXPENSES | $56.60 |
| TOTAL FEES & EXPENSES | $2,656.60 |
| **TOTAL NOW DUE** | **$2,656.60** |

# INVOICE



Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/31/2021 | 29104 |
| PERIOD START | THROUGH DATE |
| 5/1/2021 | 7/31/2021 |

| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Additional Printing | 324 | $0.0615 | $19.93 |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 22.4 Hrs. | | $1,718.50 |
| Format and load electronic files | 6 Hrs. | | $600.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 716,082 | $0.002 | $1,432.16 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 736.1 Hrs. | | $84,651.50 |
| **Contact Services** | | | |
| IVR (per minute) | 1,867.4 | $0.32 | $597.57 |
| Old Class – CSR/Live Operator including transcription of recorded messages | 318 | $0.8333 | $265.00 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 5.7 Hrs. | | $285.00 |
| Handling of class member communications | 425.6 Hrs. | | $48,944.00 |
| **Distribution Services** | | | |
| Records Paid by Check | 66 | $0.79 | $52.14 |
| Records Paid by Wire | 741 | $0.79 | $585.39 |
| Check reissues | 103 | $0.79 | $81.37 |
| IRS Form 1099 Printing | 29 | $1.50 | $43.50 |
| **Reporting** | 3 Hrs. | | $330.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 130.2 Hrs. | | $17,962.00 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Systems Support** | 7.7 Hrs. | | $804.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 103.3 Hrs. | | $17,377.50 |
| **Total Fees** | | | $176,766.56 |
| **Total Project Expenses (See Exhibit A)** | | | $156.46 |
| **Sub Total** | | | $176,923.02 |
| Sales Tax | | | $16,357.09 |
| **Grand Total** | | | $193,280.11 |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** <br> For the period: May 01, 2021 through Jul 31, 2021 | | |
| Postage | | $156.46 |
| **Total** | | **$156.46** |

**Please Remit To :**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-  

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com