IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 21-105 in the Southern District of Mississippi (formerly 13-456 in the Eastern District of Louisiana) | * * | MAGISTRATE JUDGE CURRAULT |

ORDER
[Regarding the Joint Omnibus Designation of Record for B3 Cases]

Considering the foregoing *Unopposed Motion to Supplement the Joint Omnibus Designation of Record for B3 Cases* **(Rec. Doc. 27227)**, filed by Defendant Knight's Marine & Industrial Services, Inc,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall create an appendix ("Appendix") to the Supplement to the Joint Designation of Record that contains hyperlinks to the documents listed on the Exhibit A attached to Rec. Doc. 27227.

New Orleans, Louisiana, this 2nd day of September, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File this order and the Appendix in No. 10-md-2179 and No. 21-105 in the Southern District of Mississippi.**