APPEAL,CLASS_REQUESTED,FR/R,MASTER,OIL_SPILL,PROTO,REMAND

Jump to Docket Table

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:10–md–02179–CJB–DPC

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | Date Filed: 08/10/2010 |
| Assigned to: Judge Carl Barbier | Jury Demand: Both |
| Referred to: Magistrate Judge Donna Phillips Currault | Nature of Suit: 893 Environmental Matters |
| | Jurisdiction: Federal Question |

Related Cases:  2:10–cv–08888–CJB–JCW

2:10–cv–09999–CJB–JCW

2:10–cv–07777–CJB–JCW

Case in other court:  5th Circuit, 11–30307

5th Circuit, 11–30368

USCA, Fifth Circuit, 11–31172

USCA, Fifth Circuit, 11–31178

USCA, Fifth Circuit, 11–31179

USCA, Fifth Circuit, 11–31180

USCA, Fifth Circuit, 11–31181

USCA, Fifth Circuit, 11–31183

USCA, Fifth Circuit, 11–31184

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012

USCA, Fifth Circuit, 12–30012, 12–30014

USCA, Fifth Circuit, 12–30136

USCA, 5th Circuit, 12–30230

USCA, Fifth Circuit, 12–30237

USCA 5th Circuit, 12–30883

5th Circuit COA, 12–30953

5th Circuit COA, 12–30956

USCA, 5th Circuit, 12–31155

USCA, 5th Circuit, 12–31261

USCA 5th Circuit, 13–30095
USCA 5th Circuit, 13–30095
USCA 5th Circuit, 13–30315
USCA 5th Circuit, 13–30315, 13–30329
USCA 5th Circuit,, 13–30329
USCA 5th Circuit, 13–30596
USCA 5th Circuit, 13–30714
USCA 5th Circuit, 13–30843
USCA 5th Circuit, 13–31070
5th Circuit COA, 13–31296
5th Circuit COA, 13–31299
USCA 5th Circuit, 13–31302
USCA 5th Circuit, 13–31316
USCA 5th Circuit, 14–30269
USCA 5th Circuit, 14–30269
USCA 5th Circuit, 14–30398
USCA 5th Circuit, 14–30400
USCA 5th Circuit, 14–31374
USCA, 14–31374
EDLA, 15–01735
USCA 5th Circuit, 15–30139
USCA 5th Circuit, 15–30139
USCA 5th Circuit, 15–30139
USCA 5th Circuit, 15–30139
USCA 5th Circuit, 15–30265
USCA, 15–30377
USCA, 15–30381
USCA 5th Circuit, 15–30395
USCA 5th Circuit, 15–30507
USCA 5th Circuit, 15–30574
USCA, 15–30597
USCA 5th Circuit, 15–30598
USCA, 15–30599
USCA, 16–30245
USCA, 16–30547
USCA, 16–30717
USCA, 16–30918
USCA, 5th Circuit, 16–31091
USCA, 16–60063
USCA, 5th Circuit, 17–30042
USCA, 5th Circuit, 17–30042
USCA, 5th Circuit, 17–30042
USCA, 17–30042

USCA, 17–30233

USCA, 17–30475

USCA, 17–30505

USCA, 17–30544

USCA, 17–30544

USCA, 5th Circuit, 17–30727

USCA, 5th Circuit, 17–30727

USCA, 17–30727

USCA, 5th Circuit, 17–30727

USCA, 17–30777

USCA, 17–30912

USCA, 17–30921

USCA 5th Circuit, 17–30936

USCA, 5th Circuit, 17–30936

USCA, 17–30936

USCA, 17–30936

USCA, 18–30008

USCA, 18–30008

USCA, 18–30008

USCA, 18–30243

Fifth Circuit Court of Appeal, 18–30413

USCA, 18–30533

5th Circuit Court of Appeals, 18–31076

5th Circuit Court of Appeals, 18–31172

USCA, 18–31177

USCA, 18–31177 & 19–30267

5th Circuit Court of Appeals, 18–31289

5th Circuit Court of Appeals, 18–31292

5th Circuit Court of Appeals, 19–30001

5th Circuit Court of Appeals, 19–30267

USCA, 5th Circuit, 19–30391

5th Circuit Court of Appeals, 19–30440

USCA, 19–30440

USCA, 19–30440

5th Circuit Court of Appeals, 19–30440

5th Circuit Court of Appeals, 19–30440

5th Circuit Court of Appeals, 20–30101

USCA, 20–30239

USCA, 20–30239

USCA, 20–30300

5th Circuit Court of Appeals, 20–30617

USCA, 20–30689

USCA, 20–30791

5th Circuit Court of Appeals, 21−30030
5th Circuit Court of Appeals, 21−30034
USCA, 21−30080
5th Circuit Court of Appeals, 21−30156
USCA, 5th Circuit, 21−30381
5th Circuit Court of Appeals, 21−30549

Cause: 43:1333 Outer Continental Shelf Lands Act

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2013 | 9215 | ANSWER to Complaint by Defendant Knight's Marine & Industrial Services, Inc. (Reference: 13−456)(Feeney, Fredrick) Modified on 4/9/2013 (gec, ). (Entered: 04/08/2013) |
| 05/13/2013 | 9913 | **DEFICIENT** MOTION to Sever *for Expedited Trial to Determine Plaintiff's Right to Cure Benefits* by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13−456)(Falcon, Timothy) Modified on 5/16/2013 (gec, ). (Entered: 05/13/2013) |
| 05/16/2013 | 10065 | MOTION to Sever *for Expedited Trial to Determine Plaintiff's Right to Cure Benefits* by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 13−456)(Falcon, Timothy) Modified on 5/17/2013 (gec, ). (Entered: 05/16/2013) |
| 06/17/2013 | 10406 | MOTION to Sever *for Expedited Trial to Determine Plaintiff's Right to Cure Benefits* by Plaintiff Michael Vickers. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Reference: 13−456)(Falcon, Timothy) Modified on 6/18/2013 (gec, ). (Entered: 06/17/2013) |
| 08/15/2017 | 23267 | MOTION for Reconsideration re 23047 Order, by Plaintiff Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 – Profile Form, # 3 Exhibit 2 – Sworn Statement)(Reference: 13−456)(Feeney, Fredrick) Modified on 8/16/2017 (gec). (Entered: 08/15/2017) |
| 08/23/2017 | 23321 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double−spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 09/08/2017 | 23377 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Michael Vickers re 23267 MOTION for Reconsideration re 23047 Order. (Reference: 13−456)(Falcon, Timothy) Modified on 9/11/2017 (gec). (Entered: 09/08/2017) |

| 10/09/2020 | 26720 | MOTION to Sever *and Deconsolidation* by Defendant Knight's Marine and Industrial Services, Inc. (Reference: 2:13−cv−00456)(Feeney, Fredrick) (Additional attachment(s) added on 10/13/2020: # 1 Memorandum in Support) (cg). (Entered: 10/09/2020) |
|---|---|---|
| 10/09/2020 | 26721 | *FILED IN ERROR−−SEE REC DOC. 26720 FOR MEMORANDUM** MEMORANDUM filed by Defendant re 26720 MOTION to Sever *and Deconsolidation* . (Reference: 2:13−cv−00456)(Feeney, Fredrick) Modified on 10/13/2020 (cg). (Entered: 10/09/2020) |
| 12/08/2020 | 26807 | Response/Reply by Defendant to 26784 Status Conference *Joint Submission of List of Cases Remaining in the B3 Pleading Bundle* (Attachments: # 1 Exhibit 1)(Reference: All the Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/08/2020) |
| 12/15/2020 | 26821 | Response/Reply by Defendants BP America Production Company, BP Exploration & Production Inc., Knight's Marine & Industrial Services, Inc. and Plaintiffs to 26784 Status Conference *Joint Omnibus Designation of Record for the B3 Cases.* (Reference: All Cases in the B3 Pleading Bundle)(Jarrett, Russell) (Entered: 12/15/2020) |
| 02/26/2021 | 26938 | ORDER finding as moot 26720 Motion for Severance and Deconsolidation as set forth in document. Signed by Judge Carl Barbier on 2/26/2021. (Reference: 13−456, 13−304)(lag) (Entered: 02/26/2021) |
| 03/16/2021 | 26987 | MOTION to Dismiss or Alternative Transfer *Venue* by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit A − Plaintiff's Complaint, # 2 Exhibit B − Affidavit of David Knight)(Reference: 13−00456)(Feeney, Fredrick) (Additional attachment(s) added on 3/16/2021: # 3 Memorandum in Support) (cg). (Attachment 2 replaced on 3/23/2021 per Order filed at Rec. Doc. 27007) (ko). (Entered: 03/16/2021) |
| 03/16/2021 | 26988 | FILED IN ERROR−−SEE REC DOC. 26987 FOR DOCUMENT−−−MEMORANDUM filed by Knight's Marine & Industrial Services, Inc re 26987 MOTION to Dismiss or Alternative Transfer *Venue* . (Reference: 13−0456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). (Entered: 03/16/2021) |
| 03/16/2021 | 26990 | EXPARTE/CONSENT MOTION for Leave to File *Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a)* by Knight's Marine & Industrial Services, Inc. (Reference: 13−cv−00456)(Feeney, Fredrick) Modified on 3/16/2021 (cg). Modified on 3/17/2021 (cg). (Entered: 03/16/2021) |
| 03/17/2021 | 26991 | Correction of Docket Entry by Clerk re 26990 MOTION for Leave to File Motion to Dismiss for Lack of Personal Jurisdiction. This motion is no longer deficient and will be accepted by the Court as is. (Reference: 13−456)(cg) (Entered: 03/17/2021) |
| 03/17/2021 | 26992 | ORDER granting 26990 Motion for Leave to File Motion (Rec. Doc. 26990). IT IS FURTHER ORDERED that any opposition to Knight's Marine's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue (Rec. Doc. 26987) must be filed by March 24, 2021. Signed by Judge Carl Barbier on 3/17/21. (Reference: 13−456, 13−304)(cg) (Entered: 03/17/2021) |
| 03/22/2021 | 27002 | |

| | | |
|---|---|---|
| | | EXPARTE/CONSENT MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit by Knight's Marine & Industrial Services, Inc. (Attachments: # 1 Exhibit "1" Corrected Affidavit of David E. Knight, # 2 Proposed Order Re Unopposed Ex–Parte Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend it Motion to Transfer Venue)(Reference: 2:13–cv–00456)(Feeney, Fredrick) (Entered: 03/22/2021) |
| 03/23/2021 | 27007 | ORDER granting 27002 Motion to Voluntarily Withdraw Its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend Its Motion to Transfer Venue. FURTHER ORDERED that Knight's Marine's previously–filed Motion to Dismiss for Lack of Personal Jurisdiction is hereby WITHDRAWN (Rec. Doc. 26987). Knight's Marine's Alternative Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) (Rec. Doc. 26987) remains PENDING. FURTHER ORDERED that Exhibit "B" to Knight's Marine's previously–filed Motion is hereby withdrawn and the Corrected Affidavit of David E Knight is hereby substituted in its place. Signed by Judge Carl Barbier on 03/23/2021. (Reference: 13–456, 13–304)(ko) (Entered: 03/23/2021) |
| 03/24/2021 | 27009 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company re 26932 MOTION to Transfer Case, 26931 MOTION to Transfer Case, 26930 MOTION to Transfer Case, 26987 MOTION to Dismiss or Alternative Transfer *Venue*, 26929 MOTION to Transfer Case. (Reference: All Cases in the B3 Bundle)(Reid, Devin) (Entered: 03/24/2021) |
| 03/24/2021 | 27010 | RESPONSE to Motion filed by Michael Brandon Vickers re 27002 MOTION To Voluntarily Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction and to Amend its Motion to Transfer Venue Pursuant to 28 USC Section 1404(a) in order to submit a Corrected Exhibit *filed by Knight's Marine*. (Reference: 13–456)(Sprague, Jeremiah) (Entered: 03/24/2021) |

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (2:10–md–02179–CJB–DPC)