UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2020 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al | * * * | Judge Barbier Mag. Judge Currault |

**********************************************

## RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who respectfully provide this Response to the Court's Order to Show Cause and Status Report dated August 24, 2021.

1.

The nature of Plaintiffs' dispute with Defendants lies in contract wherein joint venture attorney fees involving a number of mutual MDL-2179 Settlement Class clients were not shared in accordance with a preexisting agreement between the parties. The dispute raises issues of fraud and ill practices.

2.

The dispute remains unresolved between the parties. A limited amount of discovery was conducted but an attempt at settlement has not yet been attempted.

3.

At this time, Plaintiffs request the matter be severed from the MDL.

4.

Plaintiffs aver that the matter should remain in this district for further proceedings as the contract giving rise to this litigation related to ongoing business activities of both parties in Louisiana as well as the solicitation and joint representation of Louisiana residents in this district. Furthermore, the dispute involves attorney fees relating to claims in the Settlement Agreement which expressly provides for this Court's exclusive jurisdiction over this matter and Defendants have personally appeared before this Court by filing an objection to the Settlement Agreement. Finally, the matter should remain in this district in the interests of justice and the convenience of the parties and witnesses.

WHEREFORE, Plaintiffs respectfully request that this Court sever the matter entitled *Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow versus Downs Law Group, P.A., Craig T. Downs, Jeremy Friedman, and Daniel Perez*, E.D. La. Docket No. 2:14-cv-00657 from MDL 2179 and re-allot it for further proceedings in this district.

Respectfully submitted,

/s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

/s/ Jason L. Melancon
JASON L. MELANCON (Bar No. 28152)
*Melancon │ Rimes*
6700 Jefferson Hwy., Building 6
Baton Rouge, LA 70809
T: (225) 303-0455
F: (225) 303-0459
jason@melanconrimes.com

/s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

/s/ Marx D. Sterbcow
MARX D. STERBCOW (Bar No. 28425)
*Sterbcow Law Group, LLC*
1734 Prytania Street
New Orleans, LA 70130
T: (504) 523-4930
F: (888) 241-6248
E: marx@yourrealestatelawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND STATUS REPORT has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of September, 2020.

                                                                          /s/ Craig M. Robinson
                                                                          Craig M. Robinson