

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 3, 2021

Lyle W. Cayce
Clerk

**Certified as a true copy and issued as the mandate on Sep 07, 2021**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30689

In re: Deepwater Horizon

Albert B. Moore, III; A'Donna Richardson; Rashawn White; Yen Do; Ellasha Galloway, for the minor child B.S.; Frances Roberts; George Pickett; Scott Porter,

*Plaintiffs—Appellants*,

versus

BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C.; Transocean Holdings, L.L.C.; Transocean Deepwater, Incorporated; Transocean Offshore Deepwater Drilling, Incorporated; Halliburton Energy Services, Incorporated,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:17-CV-3344
USDC No. 2:17-CV-3407
USDC No. 2:17-CV-3571
USDC No. 2:17-CV-3623
USDC No. 2:17-CV-3903
USDC No. 2:17-CV-4482
USDC No. 2:17-CV-4513
USDC No. 2:17-CV-4566

---

Before CLEMENT, HAYNES, and WILSON, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.