# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 07, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30689    Moore v. BP Expl & Prod
                            USDC No. 2:10-MD-2179
                            USDC No. 2:17-CV-3344
                            USDC No. 2:17-CV-3407
                            USDC No. 2:17-CV-3571
                            USDC No. 2:17-CV-3623
                            USDC No. 2:17-CV-3903
                            USDC No. 2:17-CV-4482
                            USDC No. 2:17-CV-4513
                            USDC No. 2:17-CV-4566

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Monica R. Washington, Deputy Clerk
                                        504-310-7705

cc:  Mr. Paul Allen Dominick
     Mr. Daniel John Dysart
     Mr. George W. Hicks Jr.
     Mr. Kerry J. Miller
     Mr. Aaron Lloyd Nielson
     Mr. Devin Chase Reid
     Mr. Robert Alan York