# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2021
Lyle W. Cayce
Clerk

No. 21-30034
Summary Calendar

Hillard Doucet,

*Plaintiff—Appellant*,

*versus*

Danos and Curole Staffing, L.L.C.; BP Exploration & Production, Incorporated; BP America Production Company,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-67

_____

Before Wiener, Dennis, and Haynes, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 21-30034

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Sep 10, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**