# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 10, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30034   Doucet v. Danos and Curole
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-67

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Shea E. Pertuit, Deputy Clerk
                                       504-310-7666

cc:
    Mr. Sean Patrick Brady
    Mr. Brandon Charles Briscoe
    Mr. Harold J. Flanagan
    Mr. George W. Hicks Jr.
    Mr. Andre P. LaPlace I
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid