# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 13, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30381   Larkin v. Juneau
                       USDC No. 2:10-MD-2179
                       USDC No. 2:19-CV-10295

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. George W. Hicks Jr.
Mr. Billy F. Larkin
Ms. Carol L. Michel
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid