UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to:** *No. 15-4143, 15-4146 & 15-4654* | * | **JUDGE BARBIER** |
| | | **MAG. JUDGE CURRAULT** |
| | * | |

## ORDER

**[Authorizing Disbursement of New Class and Old Class Administrative Costs]**

Considering the foregoing *Motion for Disbursement of Administrative Costs* **(Rec. Doc. 27242)** filed by the Claims Administrator for the Old Class and New Class, Patrick A. Juneau,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Epiq Global is hereby authorized and directed to initiate payments from the HESI- Transocean Punitive Damages Combined Settlement Fund B account established with Huntington Bank to satisfy the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

<u>New Class Expenses</u>:

| | |
|---|---|
| Epiq invoice dated 8/31/2021 | $193,280.11 |
| Juneau David, APLC invoice dated 8/6/2021 | $2,656.60 |

1

Such New Class Expense payments are to be made from the HESI-Transocean Punitive Damages Combined Settlements Fund Account previously established with Huntington Bank.

New Orleans, Louisiana, this 14th day of September, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

                                                           _____
                                                           CARL J. BARBIER
                                                           UNITED STATES DISTRICT JUDGE

2

4