UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | SECTION J |
| GULF OF MEXICO, on | § | |
| May 24, 2021 | § | JUDGE BARBIER |
| | § | |
| This Document Relates to: | § | |
| Pleading Bundle B1 | § | |

---

| | | |
|---|---|---|
| LOGGERHEAD HOLDINGS, INC. | § | CIVIL ACTION  NO. 16 CV 05952 |
| | § | |
| | § | |
| | § | SECTION  J |
| VS. | § | |
| | § | |
| | § | |
| BP P.L.C.; BP AMERICA, INC.; BP | § | JUDGE BARBIER |
| | § | |
| | § | |
| PRODUCTS NORTH AMERICA, INC.; | § | MAGISTRATE CURRAULT |
| BP AMERICA PRODUCTION COMPANY; | § | |
| BP EXPLORATION & PRODUCTION, INC. | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |

## <u>PLAINTIFF LOGGERHEAD HOLDINGS, INC.'S NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Loggerhead Holdings, Inc. files this Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the District Court's Order & Reasons (Doc. 9) dated August 19, 2021, and Judgement (Doc.10) dated August 19, 2021.

Respectfully submitted,

## THE BUZBEE LAW FIRM

By:    /S/ Anthony G. Buzbee
   Anthony G. Buzbee
   Attorney in Charge
   State Bar No. 24001820
   S.D. Tex. I.D. No. 22679
   Caroline E. Adams
   State Bar No. 24011198
   S.D. Tex. I.D. No. 27655
   J.P. Morgan Chase Tower
   600 Travis, Suite 7300
   Houston, Texas 77002
   Telephone: (713) 223-5393
   Facsimile: (713) 223-5909
   www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 16, 2021.

/s/ Caroline Adams
**CAROLINE E. ADAMS**