UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 <br> SECTION: J(2) |
| **Applies to:** *All Cases* | * * * | JUDGE BARBIER <br> MAG. JUDGE CURRAULT |

## RESPONSE TO ORDER TO SHOW CAUSE

The Downs Law Group, P.A. ("**DLG**") as Counsel for certain B3 Plaintiffs' hereby respectfully files this response ("**Response**") to the Order to Show Cause dated August 23, 2021 (Rec. Doc. 27210) and in support states as follows:

This Court entered two orders on April 1, 2021[1] and April 21, 2021[2] respectively severing cases in the B3 pleading bundle and either re-allotting them among District Judges in the Eastern District of Louisiana or transferring them cases to other Districts. Subsequent to the re-allotment and/or transfer, counsels for the B3 Plaintiffs and Defendants have started negotiating proposed case management orders and joint discovery schedules for submission to the new trial courts.

As of the date of this Response there has been no blanket wide stipulation across all Courts from counsel of any Defendant as to your Honors findings on liability in Phase 1 Findings ("**Phase 1**"). Additionally, some Defendants, including BP, contend that liability issues not specifically covered in Phase 1 will likely require separate discovery. Due to this unique posture of the cases in the B3 pleading bundle, some District Court Judges such as the Honorable Judge M. Casey

---

[1] *See* Case No.: 2:20-cv-01980-CJB-DPC Rec Doc 9.

[2] *See* Case No.: 2:20-cv-02313-MLCF-DPC Rec Doc 9.

Rogers in the Northern District of Florida, have deferred a ruling on the parties' joint report for a case management order until simultaneous briefs are submitted by the parties setting out positions as to whether, and if so, why, fact or expert discovery is needed on liability for the Deepwater Horizon explosion and blowout.

In view of the aforesaid, as liability issues relating to the Deepwater Horizon explosion and blowout have not been fully fleshed out, DLG requests this Court to grant custody of the items of evidence listed below to be handed over at the firm's costs and expenses:

i. Hard copies of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert;

ii. Digital records of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert.

Dated: September 22, 2021

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**

*/s/ Charles David Durkee*
**CHARLES DAVID DURKEE,**
**Florida Bar No. 998435**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to Order to Show Cause has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of September 2021.

/s/ Charles D. Durkee

Charles D. Durkee