# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**Applies to:**<br>*All Cases* | *<br>*<br>*<br>*<br>* | **MDL 2179**<br><br>**SECTION: J(2)**<br><br>**JUDGE BARBIER**<br><br>**MAG. JUDGE CURRAULT** |

## ORDER

Upon considering the Response to the Order to Show Cause dated August 23, 2021 filed by the Downs Laws Group

**IT IS HEREBY ORDERED** that:

1. Downs Law Group is granted custody of the items of evidence listed below at the firm's cost and expenses:

    i. Hard copies of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert;

    ii. Digital records of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert.

2. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of_____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE