UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 11-01207* *No. 12-00528* *No. 14-01872* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

### ORDER
**[Dismissing Without Prejudice Three of the Cases Still Pending]**

Considering the *Order to Show Cause* (Rec. Doc. 27218),

**IT IS HEREBY ORDERED** that the following cases are **DISMISSED without prejudice**:

- No. 11-01207, Whitney National Bank v. W. Allen Cox, Jr.
- No. 12-00528, La. Dept. of Environmental Quality v. Transocean Offshore Deepwater Drilling, Inc., et al.,
- No. 14-01872, Harborwalk Two, LLC v. BP Expl. & Prod., Inc., et al.

New Orleans, Louisiana, this 22nd day of September, 2021.

_____
Carl J. Barbier
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and Nos. 11-01207; 12-00528; 14-01872**