# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30214
_____

A True Copy
Certified order issued Sep 29, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Robert Evans, *also known as* Engineers & Filmmakers Computer Users Group,

    *Plaintiff—Appellant*,

*versus*

BP Exploration & Production, Incorporated; BP America Production Company; BP Pipeline Company; Unidentified Parties,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:16-CV-3966

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of September 29, 2021, for want of prosecution. The appellant failed to timely file a sufficient brief and failed to file record excerpts.

    The brief also remains insufficient as noted in this court's letters dated July 26, 2021, August 10, 2021, and August 26, 2021. If appellant moves to

reopen the appeal, both record excerpts and a sufficient brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
      Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT