# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 29, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30214    Evans v. BP Exploration & Production
                            USDC No. 2:10-MD-2179
                            USDC No. 2:16-CV-3966

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shea E. Pertuit, Deputy Clerk
                                        504-310-7666

cc:
    Mr. Robert Evans
    Mr. George W. Hicks Jr.
    Mr. Russell Keith Jarrett
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid