UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-00968: BELO** | |
| **17-cv-03367: B3** | **MAGISTRATE JUDGE CURRAULT** |

## THE BP PARTIES' OCTOBER 1, 2021 B3 AND BELO STATUS REPORT

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly status report for the B3 and BELO lawsuits. The report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

Pursuant to the Court's General Order 21-12: Suspending Deadlines due to Hurricane Ida, the BP Parties understand that all deadlines in the B3 and BELO cases are suspended for thirty days commencing from August 26, 2021. Therefore, there are no B3 or BELO cases eligible for this Status Report that have a deadline between August 26, 2021, and September 25, 2021. The BP Parties will provide a report as to the B3 and BELO cases with deadlines impacted by the General Order 21-12 in the November 1, 2021 Status Report.

With respect to the two cases identified in the September 1, 2021 Status Report—a B3 lawsuit brought by Sheri Allen Dogan (17-cv-03367) and a BELO lawsuit brought by Igor Subert (21-cv-01021)—the BP Parties report that both plaintiffs have provided additional initial

disclosure materials since the filing of that Status Report, and that the BP Parties are not listing either plaintiff in future status reports.

DATED:  October 1, 2021                                  Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW *&* LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of October, 2021.

                                                */s/ R Keith Jarrett*
                                               R. Keith Jarrett