UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| **LOGGERHEAD HOLDINGS, INC.** | § § § § | CIVIL ACTION NO. 16 CV 05952  SECTION J |
| VS. | § § | |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN   JURY TRIAL DEMANDED |

## JOINT MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel, pursuant to Local Rule 83.2.11, request entry of an order authorizing James W. Stroup of the law firm of Stroup & Martin, P.A. to substitute in for Anthony G. Buzbee and Caroline E. Adams of The Buzbee Law Firm as counsel of record for Plaintiff, Loggerhead Holdings, Inc.  Upon entry of an order granting this motion, James W. Stroup will be counsel of record for Loggerhead Holdings, Inc. and Anthony G. Buzbee and Caroline E. Adams will be relieved from further responsibility in this case.  By signing below, counsel certify that John D. Dixon, President of Loggerhead Holdings, Inc., has consented to the substitution of counsel and entry of an order granting this motion.

Dated:   October _____, 2021.

Respectfully submitted,

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
E-mail: abuzbee@txattorneys.com
*/s/ Caroline E. Adams*
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
E-mail: cadams@txattorneys.com
The Buzbee Law Firm
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393

*/s/ James W. Stroup*
James W. Stroup
Florida Bar No. 0842117
E-mail: jstroup@strouplaw.com
Stroup & Martin, P.A.
119 Southeast 12 Street
Fort Lauderdale, Florida 33316
Telephone: (954) 462-8808

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Motion to Substitute Counsel has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order Nos. 12 and 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October ___, 2021.

*/s/ Caroline E. Adams*
Caroline E. Adams
State Bar No. 24011198
S.D. Tex. I.D. No. 27655
E-mail: cadams@txattorneys.com
The Buzbee Law Firm
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393