UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J  JUDGE BARBIER |
| This Document Relates to: Pleading Bundle B1 | § § | |

| | | |
|---|---|---|
| **LOGGERHEAD HOLDINGS, INC.** | § § § § | CIVIL ACTION NO. 16 CV 05952  SECTION  J |
| VS. | § § | |
| BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INC. | § § § § § | JUDGE BARBIER  JURY TRIAL DEMANDED |

**ORDER GRANING JOINT MOTION TO SUBSTITUTE COUNSEL**

ON THIS DAY came under consideration the Joint Motion to Substitute Counsel. The Court hereby GRANTS the motion.   James W. Stroup of the law firm of Stroup & Martin, P.A. is hereby substituted for Anthony G. Buzbee and Caroline E. Adams of The Buzbee Law Firm as counsel of record for Plaintiff, Loggerhead Holdings, Inc.  Anthony G. Buzbee and Caroline E. Adams will be relieved from further responsibility in this case.

Dated this _____ day of October, 2021.

_____
JUDGE CARL BARBIER