United States District Court

Eastern District of Louisiana

| | |
|---|---|
| Billy F. Larkin, <br><br> Plaintiff, <br><br><br> v. <br><br><br> Patrick Juneau, et al, <br><br> Defendants. | Case No. 21-30381 <br><br> USDC No. 2:10-MD-2179 <br><br> USDC No. 2:19-CV-10295 <br><br><br> Plaintiff's Proposed Joint Designation |

Comes now the Plaintiff, Billy F. Larkin, Pro Se, to Plaintiff's Proposed Joint Designation as ordered by the Fifth Circuit Court of Appeals and show the following:

The consolidation and stay of MDL-2179 has served to render the Plaintiff as blind to the record in this Sui Generis matter as Lady Justice.

The lack of discovery has denied the Plaintiff the right to have Lady Justice weigh her scales in the Plaintiff's favor. The District Court's view of appeals as stated in its 12-16-2020 order has her blindfold moist with tears.

Wherefore, Plaintiff respectfully request this appeal

BE HEARD ON THE FULL RECORD PURSUANT TO RULE 24(c) FED. R. App. P.

PLAINTIFF AWAITS ANY REASONABLE COMPROMISE OFFER FROM THE

DEFENDANTS COUNSEL.

RESPECTFULLY SUBMITTED

*Billy F. Larkin*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING PLAINTIFF'S PROPOSED JOINT DESIGNATION WAS DULY SERVED UPON THE FOLLOWING, BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL, POSTAGE-PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

OFFICE OF THE CLERK
U.S. COURT OF APPEALS
600 S. MAESTRI PLACE, SUITE 115
NEW ORLEANS, LA 70130


PATRICK J. JUNEAU
THE HARDING CENTER
1018 HARDING STREET, SUITE 202
LAYFAYETTE, LA 70553


THIS THE 24 DAY OF SEPTEMBER, 2021


_Billy F. Larkin_
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

September 24, 2021

Office of the Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: <u>Plaintiff's Proposed Joint Designation</u>

Dear Clerk,

Please find the enclosed Proposed Joint Designation for filing.

Thank you for your usual, kind cooperation.

*Billy F. Larkin*
Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

**TENDERED FOR FILING**

OCT 0 1 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

Legal mail

Black Lives Matter

7013 0360 0000 3967 0026

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130