UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | 10-MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| This Document Applies to: | : | DISTRICT JUDGE |
| | : | CARL J. BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | |
| *al. v. BP Exploration & Production Inc., et al* | : | MAGISTRATE JUDGE |
| | : | DONNA PHILLIPS CURRAULT |

## JOINT MOTION TO RECOGNIZE ASSIGNMENT OF JUDGMENTS AND TO SUBSTITUTE JUDGMENT CREDITOR

Patrick A. Juneau, in his capacities as Claims Administrator of the Court Supervised Settlement Program ("CSSP") and the Deepwater Horizon Economic Claims Center ("DHECC") and as Trustee of the Settlement Trust (in such capacities, "Assignor"), and The Louisiana Seafood Promotion and Marketing Board, an agency in the executive branch of Louisiana state government, placed in the Department of Culture, Recreation and Tourism ("DCRT") in accordance with La. R.S. 36:209, appearing through Nancy Watkins, DCRT Undersecretary ("Assignee"), through their respective undersigned counsel, jointly move this Court for the entry of the accompanying Order recognizing the "Assignment" hereafter defined and substituting Assignee as judgment creditor in place and stead of Assignor under the following judgments, and all rights to collection and enforcement, liens, claims and choses in action with respect thereto (collectively, the "Judgments") entered by this Court in this MDL 2179 proceeding in favor of the DHECC on the following respective dates, against the following respective parties, in the following respective amounts and at the following respective docket entries:

9/6/16 judgment against **Tommy Van Pham**, in the original amount of $325,861.00 [Rec. Doc. 21658], on which $188,347.49 is believed to be due;

7/16/14 judgment against **Casey Thonn**, in the original amount of $357,002.35 [Rec. Doc. 13150], on which $262,257.38 is believed to be due;

6/24/15 judgment against **Jason Zirlott and Captain Jay. LLC**, in the original aggregate amount of $239,519.32 [Rec. Doc. 14758], on which $229,319.32 is believed to be due;

9/8/15 judgment against **Joseph Anthony Nelson**, in the original amount of $83,625.69 [Rec. Doc. 15329], on which $ 40,278.86 is believed to be due;

9/8/15 judgment against **Rufus Young**, in the original amount of $199,864.25 [Rec. Doc. 15330], on which $ 199,864.25 is believed to be due;

4/9/15 judgment against **Timothy Seymour**, in the original amount of $282,582.87 [Rec. Doc. 14401], on which $211,937.15 is believed to be due;

8/23/16 judgment against **Christine Ho**, in the original amount of $405,848.15 [Rec. Doc. 21562], on which $ 304,386.11 is believed to be due;

7/1/15 judgment against **Jarrod Burle**, in the original amount of $50,015.87 [Rec. Doc. 14798], on which $ 37,011.90 is believed to be due;

10/6/15 judgment against **Tony Riley**, in the original amount of $221,681.62 [Rec. Doc. 15449], on which $ 165,074.46 is believed to be due;

10/2/15 judgment against **Gill Johnson, Sr.**, in the original amount of $330,748.99 [Rec. Doc. 15432], on which $330,748.99 is believed to be due;

6/29/15 judgment against **Bobby Lambert, Sr.**, in the original amount of $239,519.32 [Rec. Doc. 14781], on which $129,447.64 is believed to be due;

>    5/8/15 judgment against **Jimmy Shoemaker, Jr.**, in the original amount of $168,692.00 [Rec. Doc. 14555], on which $125,619.00 is believed to be due;
>
>    9/8/15 judgment against **Wardell Parker**, in the original amount of $178,584.00 [Rec. Doc. 15326], on which $ 175,584.00 is believed to be due;
>
>    1/20/16 first amended judgment against **Vision Design Management, Inc., Barbara J. Stokes and Scott B. Stokes**, in the original amount of $1,610,311.13 [Rec. Doc. 15753], on which $1,610,311.13 is believed to be due;
>
>    10/2/15 judgment against **Alliance & Associates, LLC,** in the original amount of $1,600,920.34 [Rec. Doc. 15433], on which $1,600,920.34 is believed to be due; and
>
>    3/24/16 first corrected judgment against **Beach & Luxury Realty, Inc.** ($397,884.93)**, Htun Nyunt, Inc.** ($148,091.98), **TNN Enterprises, Inc.** ($132,579.40) **and Joseph K. Bassler** (in the original aggregate amount of $678,431.31) [Rec. Doc. 16040], on which the aggregate amount of $678,431.31 is believed to be due.

all based on the following:

   1.  Well after the entry of each of the Judgments, and pursuant to this Court's January 22, 2021 Order [Regarding the Court Supervised Settlement Program] (the "<u>Wind Down Order</u>") [Rec. Doc. 26873], the CSSP and DHECC are in the process of winding down their operations.

   2.  Though the Judgments are in relatively large face amounts, they have been determined to be largely uncollectible, or at least difficult to collect. However, some amounts have been paid and relatively small amounts may continue to be paid under some or all of the Judgments (or based on any bankruptcy proofs of claim based on any of the Judgments that may have been filed on behalf of Assignor).

3. The amounts owed under the Judgments arise from amounts owed by the respective judgment debtors in restitution to the Seafood Compensation Fund and/or to the Clawback Account.

4. Under this Court's Wind Down Order, Assignor was granted the authority to effect the "finalization and closure of any Funds established by Section 5.12.1.1 [of the Settlement Agreement] or otherwise, including for example the Seafood Compensation Fund and the Promotional Fund as and when determined to be appropriate by the Claims Administrator in his sole discretion".

5. Assignor has determined that considering the wind down of the CSSP and the DHECC, that in the near future Assignor shall no longer have any administrative staff to monitor or handle the receipt of any potential recoveries in the future, that the potential additional recoveries, if any, should be relatively minimal and the cost and expense to administer them would not justify or warrant any further distributions to Seafood Compensation Fund claimants[1] or to the Clawback Account.

6. Accordingly, and with the express consent having been given by BP (which has no rights to any residual amounts in the Seafood Compensation Fund) and by the Plaintiffs' Steering Committee/Class Counsel, by instrument dated September 29, 2021 (the "Assignment"), copy attached as Exhibit "A", Assignor has transferred and assigned to Assignee, **without warranties or recourse of any kind**, which has accepted such Assignment, all of Assignor's rights, title and

---

[1] In addition, the September 19, 2014 Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution [Rec. Doc. 13416, page 17], which was adopted by this Court's November 18, 2014 Order [Adopting Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution] [Rec. Doc. 13678] presaged that should the Seafood Compensation Fund become so depleted that it would become impractical to disburse another round, an appropriate disposition of the balance under the circumstances should be considered, including a *cy pres* award. Since such Neutrals' role has ended, Assignor does not believe that the Court requires or should seek any recommendation from them in order to grant this Motion.

interests in, to and under the Judgments[2], and accordingly Assignor and Assignee seek to have this Court recognize the Assignment and that Assignee be substituted as judgment creditor under the Judgments in place and stead of Assignor, and ask that the accompanying Order be entered, *ex parte*.

WHEREFORE, Assignor and Assignee pray that this motion be granted and that the accompanying Order be entered, *ex parte*, recognizing the Assignment and substituting Assignee in place and stead of Assignor under the Judgments.

DATED this 4th day of October, 2021.

Respectfully submitted,

/s/ J. David Forsyth
J. David Forsyth (LA Bar No. 5719)
Sessions, Fishman & Nathan, LLC
400 Poydras Street, Suite 2550
New Orleans, LA 70130
Telephone: (504) 582-1521
Email: dforsyth@sessions-law.com
*Attorneys for the Deepwater Horizon Economic Claims Center, Assignor*

JEFF LANDRY
ATTORNEY GENERAL

By: /s/ Ryan M. Seidemann
Ryan M. Seidemann (#28991)
Assistant Attorney General
Chief, Lands & Natural Resources
Civil Division
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6000
Facsimile: (225) 326-6099
Email: seidemannr@ag.louisiana.gov
*Attorneys for the Louisiana Seafood Promotion and Marketing Board, Assignee*

---

[2] The Assignment also transfers two (2) criminal restitution plea agreement judgments entered by the United States District Court for the Middle District of Florida, Ft. Myers Division, and one (1) criminal restitution plea agreement judgment entered by the United States District Court for the Western District of Louisiana, which are not the subject of this Motion.

5

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of October, 2021.

                                                    */s/ J. David Forsyth*
                                                     J. David Forsyth