# EXHIBIT A

|  |  |
|---|---|
| ACT OF TRANSFER AND ASSIGNMENT OF JUDGMENTS | UNITED STATES OF AMERICA |
| BY: Patrick A. Juneau, in his Capacities As Claims Administrator of the Court Supervised Settlement Program and the Deepwater Horizon Economic Claims Center, and as Trustee of the Settlement Trust | STATE OF LOUISIANA |
| TO: The Louisiana Seafood Promotion and Marketing Board | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**BE IT KNOWN**, that on the days and dates hereinafter provided:

**BEFORE US**, the respective undersigned Notaries Public, each duly commissioned and qualified in and for the aforesaid State and Parishes, and in the presence of the respective undersigned competent witnesses:

**PERSONALLY CAME AND APPEARED:**

**Patrick A. Juneau,** in his Capacities as Claims Administrator of the Court Supervised Settlement Program and the Deepwater Horizon Economic Claims Center, and as Trustee of the Settlement Trust[1]

(hereinafter referred to as "Assignor"),

**WHO DECLARED** that Assignor does by these presents grant, bargain, convey, transfer, assign, set over, abandon and deliver, **without any warranties, of any kind and without recourse,** UNTO:

---

[1]. For the purposes hereof, the Settlement Trust is sometimes known and referred to as the "BP Economic & Property Damage Settlement Trust: Clawback Account" or the "Deepwater Horizon Oil Spill Trust, Garden City Group, LLC".

**The Louisiana Seafood Promotion and Marketing Board,** an executive branch agency placed in the Louisiana Department of Culture, Recreation and Tourism in accordance with La. R.S. 36:209 and domiciled in the Parish of East Baton Rouge, State of Louisiana, acting through Nancy Watkins, the duly authorized Undersecretary of the Louisiana Department of Culture, Recreation and Tourism.

Mailing Address:   c/o Samantha Carroll, Executive Director
Louisiana Seafood Promotion and Marketing Board
P.O. Box 44243
Baton Rouge, LA 70804

(hereinafter referred to as "Assignee"),

here present and accepting for itself, its successors and its assigns, and acknowledging due delivery and possession thereof, all and singular, the entirety of Assignor's interests in and to the following (a) sixteen (16) described judgments entered by the United States District Court for the Eastern District of Louisiana in its MDL Case No. 10-2179, and (b) three (3) described criminal restitution judgments based on plea agreements entered respectively by the United States District Court for the Middle District of Florida, Ft. Myers Division, and the United States District Court for the Western District of Louisiana, and all rights to collection and enforcement, liens, claims and choses in action relating to them (collectively, the "Judgments"):

9/6/16 judgment against **Tommy Van Pham**, in the original amount of $325,861.00 [Rec. Doc. 21658], on which $188,347.49 is believed to be due;

7/16/14 judgment against **Casey Thonn**, in the original amount of $357,002.35 [Rec. Doc. 13150], on which $262,257.38 is believed to be due;

6/24/15 judgment against **Jason Zirlott and Captain Jay. LLC**, in the original aggregate amount of $239,519.32 [Rec. Doc. 14758], on which $229,319.32 is believed to be due;

9/8/15 judgment against **Joseph Anthony Nelson**, in the original amount of $83,625.69 [Rec. Doc. 15329], on which $ 40,278.86 is believed to be due;

9/8/15 judgment against **Rufus Young**, in the original amount of $199,864.25 [Rec. Doc. 15330], on which $ 199,864.25 is believed to be due;

4/9/15 judgment against **Timothy Seymour**, in the original amount of $282,582.87 [Rec. Doc. 14401], on which $211,937.15 is believed to be due;

8/23/16 judgment against **Christine Ho**, in the original amount of $405,848.15 [Rec. Doc. 21562], on which $ 304,386.11 is believed to be due;

7/1/15 judgment against **Jarrod Burle**, in the original amount of $50,015.87 [Rec. Doc. 14798], on which $ 37,011.90 is believed to be due;

10/6/15 judgment against **Tony Riley**, in the original amount of $221,681.62 [Rec. Doc. 15449], on which $ 165,074.46 is believed to be due;

10/2/15 judgment against **Gill Johnson, Sr.**, in the original amount of $330,748.99 [Rec. Doc. 15432], on which $330,748.99 is believed to be due;

6/29/15 judgment against **Bobby Lambert, Sr.**, in the original amount of $239,519.32 [Rec. Doc. 14781], on which $129,447.64 is believed to be due;

5/8/15 judgment against **Jimmy Shoemaker, Jr.**, in the original amount of $168,692.00 [Rec. Doc. 14555], on which $125,619.00 is believed to be due;

9/8/15 judgment against **Wardell Parker**, in the original amount of $178,584.00 [Rec. Doc. 15326], on which $ 175,584.00 is believed to be due;

1/20/16 first amended judgment against **Vision Design Management, Inc., Barbara J. Stokes and Scott B. Stokes**, in the original amount of $1,610,311.13 [Rec. Doc. 15753], on which $1,610,311.13 is believed to be due;

10/2/15 judgment against **Alliance & Associates, LLC,** in the original amount of $1,600,920.34 [Rec. Doc. 15433], on which $1,600,920.34 is believed to be due;

3/24/16 first corrected judgment against **Beach & Luxury Realty, Inc.** ($397,884.93), **Htun Nyunt, Inc.** ($148,091.98), **TNN Enterprises, Inc.** ($132,579.40) **and Joseph K. Bassler** (in the original aggregate amount of $678,431.31) [Rec. Doc. 16040], on which the aggregate amount of $678,431.31 is believed to be due; and

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10/29/15 criminal restitution judgment by the United States District Court for the Western District of Louisiana, Case No. 2:15-CR-00116-001 [Rec. Doc. 73] against Yvette Kocik, [a] in favor of "BP Economic & Property Damage Settlement Trust: Clawback Account" in the amount of $28,868.62, and [b] in favor of "Deepwater Horizon Oil Spill Trust" in the amount of $75,787.58 [Rec. Doc. 16], payable in equal monthly payments of $1,745.00, on which $18,627.81 in the aggregate is believed to be due;

3/8/17 Criminal Restitution Plea Agreement and June 14, 2017 Judgment in a Criminal Case by the United States District Court for the Middle District of Florida, Ft. Myers Division, USM No. 99313-179, Case No. 2:16-cr-57-Ft.M.-38CM against Marque Amason, in the amount of $113,681.78, on which $110,571.78 is believed to be due; and

10/20/16 Criminal Restitution Plea Agreement and April 3, 2017 Judgment in a Criminal Case by the United States District Court for the Middle District of Florida, Ft. Myers Division, USM No, 60612-408, Case No. 2:16-cr-58-Ft.M.-38CM against William Robert Soong, in the amount of $162,884.12, on which $162,884.12 is believed to be due.

**Assignee understands and accepts that some or all of the assigned Judgments may be uncollectible.**

**TO HAVE AND TO HOLD** the Judgments unto Assignee, its successors and assigns forever.

THIS TRANSFER AND ASSIGNMENT is made and accepted for good and valuable consideration, the receipt, adequacy and sufficiency of which is hereby acknowledged by Assignor and Assignee to be adequate and sufficient.

STATE OF LOUISIANA

PARISH OF LAFAYETTE

THUS DONE AND PASSED, in multiple originals, on this 29th day of September, 2021, before me, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid State, in the presence of the undersigned competent witnesses, who have hereunto signed their names with the said Appearer, and me, Notary, after reading of the whole.

WITNESSES:

Print name: Karen Blanchard

Print name: Edie Lane

Assignor: Patrick A. Juneau, in his capacities as Claims Administrator of the Court Supervised Settlement Program and the Deepwater Horizon Economic Claims Center, and as Trustee of the Settlement Trust

By: _____
Name: Patrick A. Juneau
Title: Claims Administrator and Trustee

NOTARY PUBLIC

My commission expires: Never

Patrick Moon
LA BAR # 34598

[SEAL]

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

THUS DONE AND PASSED, in multiple originals, on this 29th day of September 2021, before me, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid State, in the presence of the undersigned competent witnesses, who have hereunto signed their names with the said Appearer, and me, Notary, after reading of the whole.

WITNESSES:

Print name: _Jeff Harlan_

Print name: _William Sconzert-Hall_

Assignee: The Louisiana Seafood Promotion and Marketing Board, an agency of the Louisiana, Department of Culture, Recreation and Tourism

By: _Nancy Watkins_
Name: Nancy Watkins
Title: Undersecretary, Louisiana Department of Culture, Recreation and Tourism

_____
NOTARY PUBLIC
JULIA GEORGE   BAR ROLL #23752
My commission expires: At death

[SEAL]