UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 16-0592, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Plaintiff Loggerhead Holdings, Inc.'s *Joint Motion to Substitute Counsel* (Rec. Doc. 27260), which seeks to replace Anthony G. Buzbee and Caroline E. Adams of The Buzbee Law Firm with James W. Stroup of Stroup & Martin, P.A. as counsel of record for Plaintiff Loggerhead Holdings, Inc.

IT IS ORDERED that the Motion (Rec. Doc. 27260) is GRANTED. James W. Stroup is hereby enrolled as counsel of record for Plaintiff Loggerhead Holdings, Inc. Anthony G. Buzbee and Caroline E. Adams of The Buzbee Law Firm are hereby discharged and withdrawn as counsel of record for Plaintiff Loggerhead Holdings, Inc.

New Orleans, Louisiana, this 5th day of October, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE