**TRANSCRIPT ORDER FORM (DKT-13)** - <span style="color:red">READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</span>

District Court: Eastern District of Louisiana (New Orleans)   District Court Docket No. 2:16-cv-05952-CJB-DPC

Short Case Title: Loggerhead Holdings, Inc. v. BP P.L.C.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court: September 16, 2021   Court of Appeals No. 21-30573

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☒ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ James W. Stroup   Date Transcript Ordered: _____

Print Name: James W. Stroup   Phone: (954) 462-8808

Counsel for: Plaintiff/Appellant, Loggerhead Holdings, Inc.

Address: 119 Southeast 12 Street, Fort Lauderdale, Florida 33316

Email of Attorney: jstroup@strouplaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Reporter _____