United States Court of Appeals

For The Fifth Circuit


Case No. 21-30318


| | |
|---|---|
| Billy F. Larkin, | USDC No. 2:10-md-2179 |
| Plaintiff-Appellant, | USDC No. 2:19-cv-10295 |
| | |
| v | |
| | Motion For Appointment Of |
| Patrick Juneau, Claims | Co-Counsel And Independent |
| Administrator: BP Exploration | Expert |
| And Production, Incorporation; | |
| BP American Production | TENDERED FOR FILING |
| Company | EB |
| Defendants-Appellees | OCT 04 2021 |
| | U.S. DISTRICT COURT |
| | Eastern District of Louisiana |
| | Deputy Clerk |

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, To File Plaintiffs Motion For Appointment Of Co-Counsel And Independent Expert Pursuant To 28 U.S.C. 23(A)(3) F.R.Civ.P. Alleging Representative Parties Failed To Fairly And Adequately Have Plaintiffs Standing In MDL-2179 Represented, PSC Counsel Was Negligent Regarding Plaintiffs Small Business Economic Loss Claims. In Support, Plaintiff Shows The Following:

Despite Plaintiff's exercise diligence after the claim filing in 2014, repeated attempts at contacting PSC counsel for status updates were ignored for five years.

The same was true when Plaintiff contacted the court to criticize counsel's negligence in a letter tendered for filing 6-17-2016.

The continuing wrongdoing caused claim ID 3009766 to be denied 8-15-2015 and claim ID 371240 1-16-2016.

The continuing wrongdoing cause Plaintiff to be time barred from appeals guaranteed under the MDL-2179 Settlement Agreement

The continuing wrongdoing caused Plaintiff to be time barred from filing a claim in No. 10-888 and No. 10-2771.

The court abused its discretion by denying Plaintiff's motion for appointment of counsel, 1-14-2020 (Rec. Doc. 25413).

The court abused its discretion by denying Plaintiff's motion for an out of time appeal 8-24-2021 (Rec. Doc. 27119).

The extraordinarily complex MDL-2179 supports appointment of co-counsel and independent expert equally qualified Defendants' counsel to advise on the factual and legal issues as well

as Joint Designation as it relates to the extremely voluminous record in this matter.

Wherefore, Plaintiff respectfully request the Court appoint Co-Counsel and Independent Expert from the Diligent Female Gender and order any compensation paid by the Representatives.

Respectfully Submitted

*Billy F. Larkin* (signature)

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Appoint of Co-Counsel and Independent Expert was duly served upon the following, by placing a copy of the same in the United States Mail, Postage-Prepaid, and Properly Addressed as follows:

Office of the Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Patrick J. Juneau
The Harding Center
1018 Harding Street, Suite 202
Layfayette, LA 70553

This the 27 Day of September, 2021

*Billy F. Larkin*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563

LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130

LEGAL MAIL

BLACK LIVES MATTER

70130000313 0025