UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION J(2) |
| This Document Relates to: | * * | JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE CURRAULT |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC** | **CIVIL ACTION NO. 2:16-CV-05277** <br><br> **SECTION J** |
| **VERSUS** | **JUDGE BARBIER** |
| **BP EXPLORATION AND PRODUCTION, INC., ET AL.** | **MAG. JUDGE CURRAULT** |

### JOHN R. DESILVA'S MOTION FOR EXTENSION OF TIME TO PAY THE $149,457.33 SANCTION TO BP

Plaintiff, John R. DeSilva, by and through the undersigned counsel, hereby moves this Court for an extension of time to pay the sanction of $149,457.33 to BP as ordered by this Court on September 15, 2021 (Rec. Doc. 27249). Plaintiff requests an additional **ninety (90) days** in order to obtain the money to satisfy the monetary sanction imposed by this Court. As set forth in the supporting memorandum, Plaintiff does not have the financial means to pay the sanction at this time. Also, by agreeing to pay the sanction, Plaintiff is not waiving or impairing his right to seek appellate review of both the imposition and amount of the sanction imposed against him. Plaintiff will make the sanctions payment with the reservation of all rights of review.

Respectfully submitted,

 /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva

 /s/ Ronnie G. Penton
Ronnie G. Penton (LA Bar #10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: 985-732-5651
Email: fedcourtmail@thepentonlawfirm.com
Co-Counsel for Plaintiff John R. DeSilva

 /s/ Harry Rosenberg
Harry Rosenberg (LA Bar #11465)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Phone: 504-584-9219
Email: harry.rosenberg@phelps.com
Co-Counsel for Plaintiff John R. DeSilva

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *John R. DeSilva's Motion for Extension of Time to Pay the $149,457.33 Sanction to BP* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice

of electric filing, in accordance with the procedures established in MDL 2179, on this the 8th day of October, 2021.

      /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva