# United States Court of Appeals
# for the Fifth Circuit

No. 21-30549

A True Copy
Certified order issued Oct 12, 2021

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

In re: Deepwater Horizon

---

Global Disaster Recovery & Rebuilding Services, L.L.C.,

*Plaintiff—Appellant*,

versus

BP Exploration & Production, Incorporated; BP America Production Company,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:16-CV-6585

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of October 12, 2021, for want of prosecution. The appellant failed to timely comply with the Court's notice of September 21, 2021.

No. 21-30549

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2