# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 12, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30549   Global Disaster v. BP Exploration
                          USDC No. 2:10-MD-2179
                          USDC No. 2:16-CV-6585

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc w/encl:
    Global Disaster Recovery & Rebuilding Services, L.L.C.
    Mr. George W. Hicks Jr.
    Mr. Aaron Lloyd Nielson
    Mr. Devin Chase Reid