UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 16-05277, John R. DeSilva v. BP Exploration and Production, Inc., et al.* | *<br><br>* | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion for Extension of Time to Pay the Sanction to BP* **(Rec. Doc. 27268),**

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff John R. DeSilva has a ninety (90) day extension to pay the $149,457.33 sanction to BP.

New Orleans, Louisiana, this 18th day of October, 2021.

CARL J. BARBIER
United States District Judge