TENDERED FOR FILING

OCT 1 5 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States Court of Appeals

For The Fifth Circuit

Case No. 21-30381

| | |
|---|---|
| Billy F. Larkin, | USDC No. 2:10-md-2179 |
| Plaintiff-Appellant, | USDC No. 2:14-cv-10295 |
| ✓ | |
| Patrick Juneau, Claims Administrator; BP Exploration And Production, Incorporated; BP American Production Company, Defendants-Appellees. | Plaintiff's Motion To Deem Motions Timely Filed<br>Fed. R. App. P. 26.(B) |

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, Pursuant To Rule 26(B) Of The Federal Rules Of Appellate Procedure To Request That To Motions, Affidavits, And Others, Filed Contemporaneously Herewith, Be Deemed Timely Filed. In Support Of This Motion, Moving Plaintiff Submits A Constitutional Question.

This The 11 day of October, 2021.

RESPECTFULLY SUBMITTED

*Billy F. Larkin*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563