United States Court of Appeals

For The Fifth Circuit

TENDERED FOR FILING

OCT 1 5 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case No. 21-30381

| | |
|---|---|
| Billy F. Larkin, | USDC No. 2:10-ML-2179 |
| Plaintiff-Appellant, | USDC No. 2:14-CV-10245 |
| V. | |
| Patrick Juneau, Claims Administrator; BP Exploration And Production, Incorporated; BP American Production Company, Defendants-Appellees. | Suspension of Rules  Fed. R. App. P. Rule 2 |

Comes Now The Plaintiff, Billy F. Larkin, Pro Se, To File This Suspension Of Rules, Pursuant To Rule 2 Of The Federal Rules Of Appellate Procedure, To Request That The Motions, Affidavits, And Others, Filed Contemporaneously, Herewith, Be Deemed Proper For A Suspension Of Rules, Due To Complex Matters And Multi Party Litigation And Constitutional Question. In Support Of This Motion, Moving Plaintiff Submits A Constitutional Question.

This the 11 day of October, 2021

*[signature]*

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA NC 27563