UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

TENDERED FOR FILING

OCT 1 5 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

CASE NO. 21-30381

| | |
|---|---|
| BILLY F. LARKIN, | USDC NO. 2:10-MD-2179 |
| PLAINTIFF - APPELLANT, | USDC NO. 2:19-CV-10295 |
| √ | |
| PATRICK JUNEAU, CLAIMS | AFFIDAVIT OF BILLY F. LARKIN |
| ADMINISTRATOR; BP EXPLORATION | |
| AND PRODUCTION, INCORPORATION; | |
| BP AMERICAN PRODUCTION | |
| COMPANY, | |
| DEFENDANTS - APPELLEES. | |

THE IMPACT ON HOTEL SECURITY SPECIALISTS, LLC WAS OF GREAT

MAGNITUDE WHEN THE ADMINISTRATIVE AGENCY AND THE DISTRICT COURT

CAUSED FAR GREATER INJUSTICE CREATING IMPACT UPON MY CONSTITUTIONAL

INALIENABLE RIGHTS.


FIRST: CONSTITUTIONAL IMPACT, ITS FOUNDATION GROUNDED IN ARTICLE III SECTION

1 AND 2 REGARDING THE ADMINISTRATIVE APPEAL TO THE DISTRICT COURT AND CLAIMS

OF ELEVENTH AMENDMENT IMMUNITY AS FOLLOWS:

1. 28 U.S.C. §1711 et seq. Class Action Fairness Act, AND:

2. 28 U.S.C. §1407 (F) Panel on Multi District Litigation with Other Rules:

11(b), (j): 33, 47(b) Emphasis Added, No Controlling Law Exist.

SECOND: The Initial Impact Of Error Was When Claims Process Opened The Door In 2011, A Year After Georgia Secretary Of State Provided Proof My Business Failed In 2010. Such Fcc Judicial Error Limited My Legal Redress And Ability To Petition The Government For A Grievance. First Amendment Impact Under The PLRA.

When As A Citizen In 2011, Article IV Section 1 And 2 Apply And The PLRA Is Disqualified.

Citizens Of Each State Shall Be Entitled To All Privileges And Immunities As Citizens In Several States.

When Commerce Is Impacted Both The 9th And 10th Amendment Apply To Case At Bar. When Such Impact Is Judicially Creating Fundamental Unfairness By Article IV, Section 1.

Full Faith And Credit Shall Be Given In Each State To The Public Acts, Records, And Judicial Proceedings Of Every Other State. And The Congress May By General Laws Prescribe The Manner In Which States Acts Records And Proceedings Shall Be Provided, And

THE EFFECT THEREOF.

FIRST: ADMINISTRATIVE AGENCY FAILED TO PROPERLY NOTIFY.

SECOND: RULES CREATING A NOTIFICATION LOOPHOLE CAUSED AN ISSUE OF TIMELYNESS.

THIRD: TO REMEDY ADMINISTRATIVE ERROR A LEGAL ACTION WAS FILED FOR WHICH THE COURT MADE PLRA 1983, THEN CONVERTED TO A MOTION.

FOURTH: COMPLAINT AGAINST JUDGE: WAS BY CLERK ERROR NOT FILED CREATING THE BREACH.

BUT FOR JUDICIAL ERROR AND ADMIN. AGENCY NOTIFICATION BREACH THE RECORD DOES NOT REFLECT THE TRUTH: IMPACT CAN BE THE MAJORITY ISSUE AT BAR, WHEN OTHER CITIZENS WERE DISENFRANCHIZED BY FILING NOTICE ERROR, OR BY COURT ACTION AND ARBITARY, CAPRICIOUS ABUSE OF DISCRETION TO REDUCE THE VOLUME OF CLAIMS.

THE FOURTEENTH AMENDMENT IS IMPACTED WHEN JUDICIAL ERROR BY MERE CONJECTURE ATTACHED THE PLRA STATUS A BREACH TO MY EQUAL PROTECTIONS COMPARED TO NON-INCARCERATED PETITIONERS.

HAD THESE ERRORS NOT BEEN MADE A DIFFERENT RESULT COULD HAVE RESULTED AND A CORRECTION OF A FLAW BY THE ADMINISTRATIVE NOTIFICATION PROCESS.

ASSUMING ARGUELDO WITH NO CONTROLLING LAW, WITHOUT STARE

DECISIS A CONSERVATIVE COURT RULES GREATER RISK OF THE OVERTBREADTH OF THE DOCTRINE. IT IS CONSTITUTIONAL, AND COMMERCE AT RISK WHEN ERROR DOES NOT IMPACT A LITIGANT, THE PEOPLE AND HUMAN INFRASTRUCTURE IMPACTED WHEN AS INCIDENT OF HUMAN ERROR BECOMES A PATTERN OF BEHAVIOR. ESCAPISM PER SE, WHEN OUR COURTS DO GREATER HARM THAN THE BP NEGLIGENCE, WHICH THE INSTANT CASE WAS BORN: IS GENESIS GROUNDED IN COMMERCE IN THE FORM OF SELLING PROFITS AND IGNORING PEOPLE. THE RULES DO REVEAL THE PATH AS SET OUT BY THE SUPREME COURT CHIEF JUSTICE, WHERE THERE IS NO RULES, THERE IS NO VIOLATION OF JUDEO-CHRISTIAN CONSERVATIVE VALUES OVER ANY DRACONIAN-CARTE BLANCHE HIDING BEHIND THE ELEVENTH AMENDMENT, WHEN THE CLASS ACTION FAIRNESS ACT AND THE RULES FOR MULTI DISTRICT LITIGATION EXIST. THE RECORD IN THIS MATTER REQUIRE A REMAND FOR RECORDATION.

PURSUANT TO 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

THIS THE 11 DAY OF ___OCTOBER___, 2021.

LARKIN, BILLY F.  #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NC 27563

<u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING <u>AFFIDAVIT AND</u> <u>MOTION TO REMAND FOR OTHER EXTRAORDINARY WRITS; RECORDATION INVOLVING</u> <u>CONSTITUTIONAL QUESTION UNDER JURISDICTIONAL ISSUE. FED. R. APP. P. RULES 21-44(A)</u> WAS DULY SERVED UPON THE FOLLOWING BY PLACING A COPY OF THE SAME IN THE UNITED STATES MAIL, POSTAGE- PREPAID, AND PROPERLY ADDRESSED AS FOLLOWS:

OFFICE OF THE CLERK

U.S. DISTRICT COURT

500 POYDRAS STREET

ROOM C-151

NEW ORLEANS, LA 70130

PATRICK JUNEAU

THE HARDING CENTER

1018 HARDING STREET

SUITE 202

LAYFAYETTE, LA 70553

THIS THE _11_ DAY OF _OCTOBER_, 2021.

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

Post Office Boy 228

Norlina, NC 27565