**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Deepwater Horizon** | * | **MDL NO. 2179** |
| | * | |
| | * | |
| | * | **SECTION J** |
| | * | |
| | * | |
| **This document relates to: 16-cv-5952** | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | **Magistrate Judge CURRAULT** |
| | * | |
| | * | |
| | * | |

**BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION
COMPANY'S DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 21-30573**

***Counsel Listed on the Final Page***

**Index of Relevant MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 1 | 08/10/2010 | TRANSFER ORDER FROM THE MDL PANEL transferring 77 actions to the Eastern District of LA and becoming part of MDL 2179 by Clerk MDL Panel. (sek,) (Entered: 12/10/2009) (sek,). (Entered: 08/10/2010) |
| 2:10-md-2179 | 2 | 08/10/2010 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: All Cases)(mmm,) (Entered: 08/10/2010) |
| 2:10-md-2179 | 110 | 08/27/2010 | PRETRIAL ORDER #6: ORDERED that James Parkerson Roy & Stephen J. Herman are appointed Plaintiffs' Co-Liaison Counsel. FURTHER ORDERED that Plaintiffs' Co-Liaison Counsel shall serve as ex officio members of the Plaintiff Steering Committee, with all authority vested therein. Plaintiffs' Co-Liaison Counsel shall also be members of any Executive Committee which may hereinafter be appointed by the Court. FURTHER, Plaintiffs' Co-Liaison Counsel shall continue to formulate the Plaintiffs' Response to PTO No. 1 & continue to work with Defense Interim Liaison Counsel to make (as much as possible) joint recommendations to the Court, in furtherance of the objectives of PTO No. 1. Signed by Judge Carl Barbier on 8/27/10. (Reference: all cases) (sek,) (Entered: 08/27/2010) |
| 2:10-md-2179 | 312 | 09/16/2010 | Minute Entry for proceedings held before Judge Carl Barbier: Conference held on 9/16/2010. Deadlines established re Master Complaints & Answers as set forth in document. Deadlines re Limitation Action also established as set forth in document. Both defense & plaintiffs' liaison counsel agree to use Lexis/Nexis for filing & service in this case. Ordered that docs # 243 & # 244 are denied. Ordered that doc # 211 is granted as set forth in document. Proposed Case Management Order No. 1 to be submitted to the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Court by 9/30/10. In-Court pre-trial conference set for 10/15/10 at 9:30 a.m. Liaison counsel are to file Joint proposed tentative agenda & status report by 10/12/10. (Court Reporter Cathy Pepper.) (Attachments: # 1 Attendance Record) (Reference: all cases) (sek,) (Entered: 09/21/2010) |
| 2:10-md-2179 | 337 | 9/24/2010 | APPLICATION OF JOSEPH F. RICE TO THE PLAINTIFFS' STEERING COMMITTEE: Founding member of law firm Motley Rice PSC applicant represents that if accepted will have resources of 70 attorneys and 300 support staff. Applicant Rice also represents that has long standing relationship with Mr. Kenneth Feinberg currently managing the Gulf Coast Claims Facility (GCCF). The relationship between Rice and Feinberg originated with the 9-11 fund and is a primary reason expressed by Rice for inclusion in the PSC (Entered: 09/24/10) |
| 2:10-md-2179 | 506 | 10/08/2010 | PRETRIAL ORDER #8: The Court hereby appoints the following members to the Plaintiffs' Steering Committee: Brian H. Barr, Jeffrey A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Paul M. Sterbcow, Scott Summy, Mikal C. Watts. Additionally, the Court appoints Plaintiffs Liaison Counsel, James Parkerson Roy and Stephen J. Herman, together with Brian Barr and Scott Summy, to comprise the Plaintiff Executive Committee. Duties & responsibilities are as set forth in order. Signed by Judge Carl Barbier on 10/8/10. (Reference: all cases)(sek,) (Entered: 10/08/2010) |
| 2:10-md-2179 | 556 | 10/15/2010 | MINUTE ENTRY for proceedings held before Judge Carl Barbier: Conference held on 10/15/2010. Plaintiffs' Motion to Amend/Correct PTO No. 1 (#509) Granted. Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion to Amend PTO No. 1 (510) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Denied. Granted. B-3 and B-4 bundle designation adopted. Proposed scheduling order is revised 14c tenders February 15, 2011, and third party and cross claims by March 15, 2011. Plaintiffs to complete a one-page "profile" form. Ordered that BP instruct its contractors, including the Gulf Coast Claims Facility, to preserve all evidence relating to all claims filed or paid. OPA trials begin June, 2011 and BP to advise $75 million damages cap. Counsel informed the Court of the status of the Gulf Coast Claims Facility. |
| 2:10-md-2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No.1): Instructions re filings and Deadlines are as set forth in document. Signed by Judge Carl Barbier on 10/19/10. (Attachments: #1 Exhibit A) (Reference: all cases) (sek,) (Entered: 10/19/2010) |
| 2:10-md-2179 | 587 | 10/21/2010 | ORDER: Feinberg confirms on behalf of GCCF that they are in compliance with PTO 1 for preserving evidence. |
| 2:10-md-2179 | 594 | 10/22/2010 | ORDER: BP acknowledges that presentment to the Gulf Coast Claims Facility (GCCF) constitutes presentment to BP under OPA 90. |
| 2:10-md-2179 | 641 | 11/2/2010 | PRETRIAL ORDER No. 13: Order protecting confidentiality providing protection for Confidential and Highly Confidential information. Procedures are described as well as to whom the order applies. |
| 2:10-md-2179 | 676 | 11/5/2010 | PRETRIAL ORDER #15: Before the Court are multiple motions, including Motions to Remand. Pending further orders of this Court, all pending and future motions, including the Motions to Remand, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the continued motions and in due course, set the motions for hearing. No responses to the motions are due until two weeks before the hearing date set by11/5/10. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Reference: all cases) (sek.) (Entered: 11/05/2010) |
| 2:10-md-2179 | 879 | 12/15/2010 | MASTER COMPLAINT against All Defendants (Filing fee $ 350 receipt number 053L-2739296) filed by Plaintiffs. (Reference: All Cases in B1 Bundle) (Herman, Stephen) Modified text on 1/26/2011 (sek,). (Entered: 12/15/2010) |
| 2:10-md-2179 | 912 | 12/21/2010 | MOTION to Supervise Ex Parte Communications Between BP Defendants and Putative Class Members by Plaintiff Steering Committee. Specifically, Mr. Kenneth Feinberg and the Gulf Coast Claims Facility (GCCF) are communicating messages that are misrepresentative. (attachments: #(1) Memorandum in Support, #(2) Motion of Notice, #(3) Request for Oral Argument, #(4) Proposed Order, #(5) Exhibit A, #(6) Exhibit B, #(7) Exhibit C-E, #(8) Exhibit F, #(9) Exhibit G, # (10) Exhibit H, # (11) Exhibit I-K, #(12) Exhibit L, # (13) Exhibit M – Manual attachment, #(14) Exhibit N, #(15) Exhibit O, #(16) Exhibit P-R, #(17) Exhibit S, #(18) Exhibit T-W, #(19) Exhibit X, #(20) Exhibit Y, #(21) Exhibit Z, # (22) Exhibit AA, #(23) Exhibit BB |
| 2:10-md-2179 | 963 | 1/10/2010 | RESPONSE/MEMORANDUM in Opposition filed by BP Defendants re 912 MOTION Supervise Ex Parte Communications with Putative Class. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Reference: All Cases)(Haycraft, Don) Modified text on 1/10/2011 (sek, ). (Entered: 01/07/2011) |
| 2:10-md-2179 | 982 | 01/12/2011 | PRE-TRIAL ORDER #24: [Deeming Short-Form Joinders to be filed within the MDL and Limitation] To facilitate efficient & effective management & prosecution of coordinated actions herein, the Clerk of Court has created: a. Civil Action no. 10-8888 for the sole purpose of filing the Claim in Limitation/Short Claim |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Forms ("Short-Form Joinder"). b. A separate page on the MDL website: http://www.laed.uscourts.gov/OilSpill/OilSpill.htm entitled FORMS, which provides necessary forms for all claimants. Instructions and Deadlines regarding filing Short-Form Joinders are as set forth in this Order. Signed by Judge Carl Barbier on 1/12/11. (Reference: MDL 10-2179, 10-2771 & 10-8888) (sek,) (Entered: 01/12/2011) |
| 2:10-md-2179 | 983 | 01/12/2011 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1 - Bundle A Cases, #2 Exhibit 2 - Bundle C Cases, #3 Exhibit 3 - Short-Form Joinder, #4 Exhibit 4- Amended PPF) (Reference: all cases) (ijg,) (Entered: 01/12/2011) |
| 2:10-md-2179 | 1071 | 1/26/2011 | RESPONSE/MEMORANDUM in Opposition filed by BP Defendants re 912 MOTION Supervise Ex Parte Communications with Putative Class. (Attachments: # 1 Exhibit 1) (Reference: All Cases) (Haycraft, Don) Modified text on 1/26/2011 (sek,). (Entered: 01/26/2011) |
| 2:10-md-2179 | 1098 | 2/2/2011 | ORDER & REASONS REQUIRING Ken Feinberg, Feinberg Rozen LLP and the Gulf Coast Claims Facility in oral and written communications to comply with six specific actions and to submit additional briefing on question is BP complying with OPA specifically interim, short-term damages, or final damages, methodologies for claims processing and required release forms to be filed by February 11, 2011. |
| 2:10-md-2179 | 1128 | 02/09/2011 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re 879 Complaint *for Non-Governmental Economic Losses ("B1 Bundle")* filed by plaintiffs (Reference: B1 Bundle Cases; No.10-2771)(Herman, Stephen) Modified text on 2/9/2011 (sek,). (Entered: 02/09/2011) |
| 2:10-md-2179 | 1308 | 2/17/2011 | MEMORANDUM BY LOUSIANA STATE in response to Judge Barbier's 1098 of 02/02/2011 concerning interim payments, subrogation, released parties, and methodologies for evaluation of claims |
| 2:10-md-2179 | 1312 | 2/18/2011 | MEMORANDUM BY FLORIDA STATE in response to Judge Barbier's 1098 of 02/02/2011 concerning interim payments, methodologies for evaluation of claims, appellate process, and released form. |
| 2:10-md-2179 | 1318 | 2/18/2011 | SUPPLEMENTAL MEMORANDUM BY PSC RE BP'S failure to comply with OPA |
| 2:10-md-2179 | 1324 | 2/18/2011 | BRIEF OF THE STATE OF ALABAMA REGARDING THE GULF COAST CLAIMS FACILITY. Asks the Court to add three additional rules to ensure OPA compliance 1. Apply "as a result of" rather than direct, publish its methodology for claims and provide detailed reasoning for denials or offers less then requested. #(1) Exhibit A., #(2) Exhibit B, #(3) Exhibit C, #(4) Exhibit D #(5) Exhibit E, #(6) Exhibit F, #(7) Exhibit G, #(8) Exhibit H, #(9) Exhibit I, # (10) Exhibit J, |
| 2:10-md-2179 | 1327 | 2/18/2011 | BRIEFING AND MEMORANDUM of Mississippi regarding BPs failure to fully comply with OPA#(1) Exhibit A., #(2) Exhibit B, #(3) Exhibit C, #(4) Exhibit D #(5) Exhibit E, #(6) Exhibit F, #(7) Exhibit G, #(8) Exhibit H, #(9) Exhibit I, # (10) Exhibit J, #(11) Exhibit A., #(12) Exhibit B, #(13) Exhibit C, #(14) Exhibit D #(15) Exhibit E |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 1330 | 2/18/2011 | Supplemental Memorandum re OPA & GCCF filed by BP Exploration & Production Inc 912 . (Attachments: # 1 Exhibit 1 (Bloomer declaration and Exhibits A-D), # 2 Exhibit 2 (Robinson Declaration))(Reference: All Cases)(Haycraft, Don) Modified text on 2/22/2011 (sek, ). (Entered: 02/18/2011) |
| 2:10-md-2179 | 1390 | 02/28/2011 | MOTION to Dismiss The First Amended B1 Master Claim In Limitation & 1st Amended Master Complaint by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission) (Reference: All B1 Bundle Cases; and 2:10-cv-2771) (Miller, Kerry) Modified text on 2/28/2011 (sek,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1395 | 02/28/2011 | MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury by Cameron International Corporation. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Notice of Submission) (Reference: All Cases in Pleading Bundle B1 and 10-2771) (Wittmann, Phillip) Modified defendant on 3/1/2011 (mmm,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1414 | 02/28/2011 | MOTION to Dismiss Master Complaint for Pleading Bundle B1 by Anadarko Petroleum Corporation; Anadarko E&P Company LP; Moex offshore 2007 LLC; Moex USA Corporation. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A part 1 of 3, # 3 Exhibit A part 2 of 3, # 4 Exhibit A part 3 of 3, # 5 Exhibit B, # 6 Exhibit C, # 7 Notice of Submission, # 8 Proposed Order) (Reference: All Cases in Pleading Bundle B1) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Kirby, Ky) Modified filers on 3/1/2011 (mmm,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1429 | 02/28/2011 | MOTION to Dismiss Plaintiffs' Master Complaint for Economic Losses (B1 Bundle) by Halliburton Energy Services Inc. Motion set for 4/29/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support of Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint for Economic Losses, # 2 Appendix Appendices 1, 2, 3 and 4, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Notice of Submission) (Reference: All B1 Bundle Cases)(Godwin, Donald) Modified text/filer on 3/1/2011 (mmm,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1433 | 02/28/2011 | MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private Economic Losses by Weatherford U.S., L.P. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Notice of Submission) (Reference: 10-01222, 10-1561, 10-1556, 10 1560, 10-01573, 10-01574, 10-03113, 10-03112, 10-02984, 10 02985, 10-03274, 10-03269, 10-01752, 10-02986, 10-01850, 10-01852, 10-01855, 10-01857, 10-03272, 10-02669, 10-02654, 10-1920, 10-03095, 10-01935, 10-04207, 10-04359, 10-03114, 10-03115, 10-03105, 10-01908, 10-03085, 10-03100, 10-2114, 10-02116, 10-02770) (Goodier, Glenn) (Entered: 02/28/2011) |
| 2:10-md-2179 | 1440 | 02/28/2011 | MOTION to Dismiss Case Pleading Bundle B1 by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc. and BP p.l.c. Motion set for 5/11/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 12 Tabs A-D, # 15 Exhibit 12 Tab E, # 16 Exhibit 12 Tabs F-L, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Notice of Submission)(Reference: All Cases in Pleading Bundle B1)(Haycraft, Don) Modified text on 3/2/2011 (sek,). (Entered: 02/28/2011) |
| 2:10-md-2179 | 1597 | 03/11/2011 | MOTION to Dismiss by Defendant M-I LLC. Motion set for 5/25/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support of Defendant M-I L.L.C.'s Motion to Dismiss Bundle B1 Economic Damages Claims, # 2 Proposed Order, # 3 Notice of Submission) (Reference: All Case in B1 Bundle and 10-2771) (Tanner, Hugh) Modified text on 3/14/2011 (sek, ). (Entered: 03/11/2011) |
| 2:10-md-2179 | 1894 | 4/7/2011 | SUPPLEMENTAL NOTICE by Mississippi re: continued violations of OPA by BP and its Agents Kenneth Feinberg and the Gulf Coast Claims Facility |
| 2:10-md-2179 | 1924 | 4/12/2011 | Response/Reply by Gulf Coast Claims Facility 1894 as Amicus Curiae to the Supplemental Notice on Behalf of the State of Mississippi Filed on April 7, 2011. (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(Pitofsky, David) Modified text on 4/13/2011 (sek, ). (Entered: 04/12/2011) |
| 2:10-md-2179 | 2471 | 05/20/2011 | Master ANSWER to Complaint Claims in Limitation by Defendants and Petitioners in Limitation Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings, LLC and Triton Asset Leasing GmbH. (Reference: 10-2771, MDL 2179, Bundle A, Bundle B, Bundle C)(Miller, Kerry) Modified text on 5/23/2011 (sek, ). (Entered: 05/20/2011) |
| 2:10-md-2179 | 2472 | 05/20/2011 | *Master* ANSWER to Complaint with Jury Demand *to Tendered Claims, Together With,* |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | CROSSCLAIM with Jury Demand against Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; and Triton Asset Leasing GMBH ; p.l.c.; Exploration and Production, Inc., America Production Company; Halliburton Energy Services, Inc.; M-I LLC ; Anadarko Petroleum Corporation ; Anadarko E&P Company, LP; MOEX Offshore 2007 LLC; MOEX USA Corporation; Mitsui Oil Exploration Co. Ltd.; Weatherford International Ltd.; Weatherford U.S. L.P. ; Dril-Quip, Inc.; Marine Spill Response Corporation; Airborne Support, Inc.; Airborne Support International, Inc.; Lynden, Inc. ; Dynamic Aviation Group, Inc. ; International Air Response, Inc. ; Lane Aviation; National Response Corporation ; O'Brien Response Management, Inc.; Tiger Safety, LLC; DRC Emergency Services LLC ; and Nalco Company by Defendant Cameron International Corporation.(Reference: 10-2771)(Wittmann, Phillip) Modified text on 5/23/2011 (sek,). (Entered: 05/20/2011) |
| 2:10-md-2179 | 3584 | 8/5/2011 | REPLY to Response to Motion filed by Defendants BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc. BP America Production Company, and BP p.l.c. re 2644 MOTION to Dismiss Case Pursuant to Rules 12(b)(1) and 12(b)(6) the First Amended Complaints of the States of Louisiana and Alabama. (Attachments: # 1 Exhibit)(Reference: 10-cv-4182; 10-cv-4183; 11-cv-516; 10-cv-3059)(Haycraft, Don) Modified on 8/8/2011 (blg). (Entered: 08/05/2011) |
| 2:10-md-2179 | 3735 | 8/15/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 912 MOTION Supervise Ex Parte Communications with Putative Class Filed on Behalf of the BP Defendants. (Attachments: # 1 Exhibit Declaration of Andrew Bloomer with Exhibits A to E (attached))(Reference: All Cases)(Haycraft, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Don) Modified on 8/16/2011 (blg). (Entered: 08/15/2011) |
| 2:10-md-2179 | 3830 | 08/26/2011 | ORDER AND REASONS GRANTING IN PART, DENYING IN PART (as set forth in document) Defendants' Motions to Dismiss the B1 Master Complaint - Rec Docs. 1440, 1390, 1429, 1597, 1395, 1433, 1414, 2107. Signed by Judge Carl Barbier on 8/26/2011. (Reference: B1 Master Complaint)(blg) (Entered: 08/26/2011) |
| 2:10-md-2179 | 3901 | 9/2/2011 | ORDER Setting oral argument on 3211 MOTION for Judgment on the Pleadings BP Parties' Motion for Judgment on the Pleadings on Insurance Actions, 2630 MOTION to Dismiss the State of Alabama's First Amended Complaint filed by Defendant M-I L.L.C., 2631 MOTION to Dismiss the State of Louisiana's First Amended Complaint filed by M-I L.L.C., 2637 MOTION to Dismiss First Amended Complaint, 2638 MOTION to Dismiss, 2639 MOTION to Dismiss First Amended Complaint, 2642 MOTION to Dismiss the Claims of Local Government Entities and the States of Louisiana and Alabama, 2644 MOTION to Dismiss Case Pursuant to Rules 12(b)(1) and 12(b)(6) the First Amended Complaints of the States of Louisiana and Alabama, 2645 MOTION to Dismiss Alabama's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 2646 MOTION to Dismiss the State of Louisiana's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 2647 MOTION to Dismiss Case, 2649 MOTION to Dismiss Case, 2651 MOTION to Dismiss Case, 2653 MOTION to Dismiss Case, 2655 MOTION to Dismiss Party Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc and Triton Asset Leasing GmbH Under Rule 12(b)(6) Dismissing State of Alabama's First Amended Complaint, 2656 MOTION to Dismiss Party Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH Under Rule 12(b)(6) Dismissing State of Louisiana's First Amended Complaint: Motion Hearing with Oral Argument, set for 9/16/2011 before Judge Carl Barbier, following the Status Conference scheduled for 9:30 a.m. Signed by Judge Carl Barbier on 9/2/2011.(Reference: ALL CASES)(blg) (Entered: 09/02/2011) |
| 2:10-md-2179 | 4114 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint with Jury Demand, CROSSCLAIM with Jury Demand against Defendants by Defendant Cameron International Corporation. (Reference: 10-2771 and All Cases in Pleading Bundle B1)(Wittmann, Phillip) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |
| 2:10-md-2179 | 4117 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint, Cross-Claim and Third Party Complaint for Private Economic Losses In Accordance With PTO No.11 [CMO No. 1] Section III(B1) ["B1 Bundle"] by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP. (Reference: All Cases in Pleading Bundle B1; 10-2771) (Kirby, Ky) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |
| 2:10-md-2179 | 4118 | 9/26/2011 | ANSWER to 1128 First Amended Master Complaint Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11, Section III (B1), First Amended Claim in Limitation, CROSSCLAIM with Jury Demand against Defendants, with Jury Demand by Defendant Halliburton Energy Services, Inc. (Reference: All Cases in Pleading Bundle B1 and 10-2771) (Godwin, Donald) Modified on 9/27/2011 (blg). (Entered: 09/26/2011) |
| 2:10-md-2179 | 4129 | 09/27/2011 | ANSWER to 1128 First Amended Master Complaint filed by B1 Plaintiffs by Defendants Weatherford U.S., L.P., Weatherford International, Inc. (Reference: 10-2771, 10- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 2179) (Goodier, Glenn) Modified on 9/28/2011 (blg). (Entered: 09/27/2011) |
| 2:10-md-2179 | 4130 | 09/27/2011 | ANSWER to 1128 First Amended Master Complaint, *Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"]* by Defendants Exploration & Production Inc., America Production Company, p.l.c. (Reference: All Cases in Pleading Bundle B1 and 10-2771) (Haycraft, Don) Modified on 9/28/2011 (blg). (Entered: 09/27/2011) |
| 2:10-md-2179 | 4226 | 10/5/2011 | PRETRIAL ORDER NO. 46. Appointing Plaintiffs' Co-Liaison Counsel, Plaintiff Executive Committee, and Plaintiff's Steering Committee. |
| 2:10-md-2179 | 4568 | 11/15/2011 | ORDER AND REASONS granting in part and denying in part 2630, 2631, 2637, 2638, 2639, 2642, 2644, 2645, 2646, 2647, 2649, 2651, 2653, 2655, 2656 Motions to Dismiss the Complaints of the States of Alabama and Louisiana. Signed by Judge Carl Barbier. (Reference: Actions by the State of Alabama and Louisiana, Part of PLeading Bundle "C", 10-4182, 10-4183, 10-3059, 11-516) (gec,) (Entered: 11/14/2011) |
| 2:10-md-2179 | 4578 | 11/15/2011 | ORDER AND REASONS granting in part and denying in part 2630, 2631, 2637, 2638, 2639, 2642, 2644, 2645, 2646, 2647, 2649, 2651, 2653, 2655, 2656. Motions to Dismiss the Complaints of the States of Alabama and Louisiana. Signed by Judge Carl Barbier. (Reference: Actions by the State of Alabama and Louisiana, Part of Pleading Bundle "C", 10-4182, 10-4183, 10-3059, 11-516) (gec,) (Entered: 11/14/2011) |
| 2:10-md-2179 | 4799 | 12/5/2011 | MOTION By BP for Spoliation Sanctions. (attachments: #(1) Memorandum in Support, #(2) Exhibit 1, #(3) Exhibit 2, #(4) Exhibit 3, #(5) Exhibit 4, #(6) Exhibit 5, #(7) Exhibit 6, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | #(8) Exhibit 7, #(9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, #(12) Exhibit 11, # (13) Exhibit 12, #(14) Exhibit 13, #(15) Exhibit 14, #(16) Exhibit 15, #(17) Exhibit 16, #(18) Exhibit 17, #(19) Exhibit 18, #(20) Exhibit 19, #(21) Exhibit 20, # (22) Exhibit 21, #(23) Exhibit 22, #(24) Exhibit 23, #(25) Exhibit 24, #(26) Exhibit 25, #(27) Exhibit 26, #(28) Exhibit 27, # (29) Exhibit 28, #(30) Exhibit 29, #(31) Exhibit 30, # (32) Exhibit 31, #(33) Exhibit 32, #(34) Exhibit 33, #(35) Exhibit 34, #(36) Exhibit 35, #(37) Exhibit 36 |
| 2:10-md-2179 | 5061 | 1/4/2012 | REPLY to Response to Motion filed by Defendant BP Exploration & Production Inc. re 4799 MOTION for Sanctions for Spoliation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 - Redacted, # 3 Exhibit 3, # 4 Exhibit 4 - Under Seal, # 5 Exhibit 5 - Under Seal, # 6 Exhibit 6 - Under Seal, # 7 Exhibit 7 - Under Seal, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Reference: ALL CASES)(blg) (Additional attachment(s) added on 1/4/2012: # 13 SEALED - Unredacted Reply, # 14 SEALED - Exhibit 2 Unredacted, # 15 SEALED - Exhibit 4, # 16 SEALED - Exhibit 5, # 17 SEALED - Exhibit 6, # 18 SEALED - Exhibit 7) (blg). Modified on 1/4/2012 - pursuant to 5062 Order. (blg). (Entered: 01/04/2012) |
| 2:10-md-2179 | 5126 | 1/10/2012 | Supplemental Memorandum filed by Defendant BP Exploration & Production Inc., in Support of 4799 MOTION for Sanctions for Spoliation. (Attachments: # 1 Exhibit 1 - Provided Under Seal)(Reference: ALL CASES)(blg) (Additional attachment(s) added on 1/10/2012: # 2 SEALED - Unredacted Supplemental Memorandum, # 3 SEALED - Exhibit 1) (blg). Modified on 1/10/2012 - pursuant to 5127 Order. (blg). (Entered: 01/10/2012) |
| 2:10-md-2179 | 5307 | 1/20/2012 | ORDER granting in part and denying in part 4799 BP's Motion for Spoliation Sanctions; any appeal from this order shall be filed by |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Thursday, January 26, 2012. Signed by Magistrate Judge Sally Shushan on 1/20/2012. (Reference: ALL CASES) (cc: Captain Englebert) (blg) (Entered: 01/20/2012) |
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: All Cases) (blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec,) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6039 | 3/13/2012 | ORDER: Regarding Protection of Confidential Information. (re 641 PTO #13, 2376 PTO #36). Signed by Magistrate Judge Sally Shushan on 3/13/2012 (Reference: ALL CASES) (blg) (Entered: 03/13/2012) |
| 2:10-md-2179 | 6049 | 03/14/2012 | ORDER Clarifying the Court's 5995 First Amended Order of March 8, 2012, Creating Transition Process. Signed by Judge Carl Barbier on 3/14/2012. |
| 2:10-md-2179 | 6085 | 03/21/2012 | ORDER Regarding Claims Currently Pending in the GCCF Appeals Process; Further Clarifying the (First Amended) Order of March 8, 2012, Creating Transition Process (Rec. Doc. [5995]; see also Rec. Doc. [6049]). Signed by Judge Carl Barbier on 3/21/2012. |
| 2:10-md-2179 | 6266 | 04/18/2012 | Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval* by Plaintiffs Steering Committee, through Interim Class Counsel, and Defendants Exploration & Production Inc., America Production Company. (Attachments: #1 Memorandum in Support, #2 Exhibit 1 (Azari Declaration), #3 Exhibit 2 (Kinsella Declaration), #4 Exhibit 3 (Wehatman Declaration), #5 Proposed Order) (Reference: All Cases Cases, 12-970) (Haycraft, Don) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters)) (Reference: All Cases (including No. 12-970) (Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6272 | 04/18/2012 | MOTION for Certification of a Rule 23(b) (3) Class for Purposes of Settlement by Plaintiffs. (Attachments: # 1 Memorandum in Support). |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and Exploration & Production Inc., America Production Company re [6266] Joint MOTION *for Settlement for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A ( Corporation North America Inc. Guarantee), # (43) Exhibit 24B ( PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970) (Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6279 | 4/18/2012 | ORDERED that on Wednesday, April 25, 2012, at 2:00 p.m., the Court will consider (1) the request for conditional and Preliminary Certification of the Economic/Property Damage Class and the Medical Benefits Class and (2) the Request for Preliminary Approval of the Proposed Settlements respecting these putative classes, re Rec. Docs. 6266, 6269, 6276 (Economic/Property); Rec. Docs. 6267 6272, 6273 (Medical Benefits). Signed by Judge Carl Barbier on 4/18/2012. (Reference: All Cases, 12-968, 12-970) (b1g) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6310 | 04/23/2012 | ORDER re 6266 Joint Motion for Preliminary Approval of Class Action Settlement; requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process. This issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012 (Rec. Doc. 6061). ORDERED that any party wishing to file a brief in support or opposition of Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266) shall do so by Tuesday May 1, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 2012. Briefs shall not exceed five pages, double spaced. Attorneys shall file their briefs using CM/ECF. Signed by Judge Carl Barbier on 4/25/2012. (Reference: ALL CASES) (blg) (Entered: 04/23/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants' Exploration & Production Inc., American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970) (Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6349 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration &Production Inc., BP American Production Company re Rec. Doc. 6272 MOTION to Certify Class for Settlement Purposes. |
| 2:10-md-2179 | 6366 | 04/25/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/25/2012, re Motions for conditional certification of Rule 23(b) (3) classes for settlement purposes (Rec. Docs. 6269, 6272) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266, 6267), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement. The Motions were taken under advisement. (Court Reporter Cathy Pepper.) (Attachments: #1 Attendance Record) (Reference: All Cases, 12-968, 12-970) (blg) (Entered: 04/26/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b) (3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: All Cases, 12-968, 12-970) (clu,) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants Exploration & Production Inc., America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E) (Reference: ALL CASES, and 12-970) (Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6416 | 05/02/2012 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re Rec. Doc. 6266 Joint MOTION for Settlement for Economic and Property Damage/Preliminary Approval. |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012. (Reference: Actions in B1 Pleading |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants Exploration & Production Inc. and America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6431 | 05/03/2012 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 5/3/2012, re the existing trial plan and Motions (Rec. Docs. 6266, 6267) to adjourn the Limitation and Liability Trial until after the Final Fairness Hearing on the proposed settlements. ORDERED that Phase 1 of the Limitation and Liability Trial shall be re—set for 1/14/2013. The Court will issue a revised Trial |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Plan. (Reference: ALL CASES) (bIg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants' America Production Company, Exploration & Production Inc., p.l.c. (Reference: 10md2179; 12-970) (Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |
| 2:10-md-2179 | 6567 | 05/22/2012 | EXPARTE/CONSENT MOTION for Entry of Order to Facilitate Implementation of Settlement by Economic and Property Damages Settlement Class, through Lead Class Counsel. (Attachments: #1 Proposed Order) (Reference: All Cases (including No.12-970)) (Herman, Stephen) Modified on 5/22/2012 (blg). (Entered: 05/22/2012) |
| 2:10-md-2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement (6567). Signed by Judge Carl Barbier on 5/22/2012. (Reference: All Cases, 12-970) (blg) (Entered: 05/22/2012) |
| 2:10-md-2179 | 6599 | 05/31/2012 | ORDER Authorizing Transfer of Certain Data to the Claims Administrator for the Economic Loss and Property Damage Settlement Agreement. Signed by Judge Carl Barbier on 5/31/2012. |
| 2:10-md-2179 | 6619 | 05/06/2012 | CLAIMS ADMINISTRATOR'S STATUS AND FINAL REPORT on the Transfer of Claims, Claims—Related Information, Files and Data, filed by Claims Administrator. |
| 2:10-md-2179 | 6796 | 6/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12. (Reference: all cases) (sek) (Entered: 06/26/2012) |
| 2:10-md-2179 | 6822 | 06/29/2012 | ORDER Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 6/29/12. (Reference: all cases, including 12-970) (sek,) (Entered: 06/29/2012) |
| 2:10-md-2179 | 6932 | 07/19/2012 | TRANSCRIPT of Monthly Status Conference held on July 13, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 10/17/2012 |
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | #1 Proposed Order, #2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, #3 Exhibit A (in globo) - Seafood Compensation Fund, #4 Exhibit B (in globo) - GCCF Stated Methodologies, #5 Affidavit Klonoff, #6 Affidavit Issacharoff, #7 Affidavit Herman, #8 Affidavit Rice - Negotiations, #9 Affidavit Rice - Seafood Program, #10 Affidavit Rice - Fees, #11 Affidavit Bon Secour, #12 Affidavit Friloux, #13 Affidavit Gallo, #14 Affidavit Ft Morgan Realty, #15 Affidavit GW Fins, #16 Affidavit Hutto, #17 Affidavit Irwin, #18 Affidavit Kee, #19 Affidavit Tesvich, #20 Affidavit LKEU, #21 Affidavit Lundy, #22 Affidavit Guidry, #23 Affidavit PCB Dolphin Tours, #24 Affidavit Sellers, #25 Affidavit Zeke's)(Reference: B1 Cases; Voo Charter Cases;  Bon  Secour  No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF Final Approval of Economic and Property Damages Class Settlement by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice - Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * Voo Charter Dispute Cases, 12-970)(sek,) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, Exploration& Production Inc., and America Production Company *of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E) (Reference: All Cases, 12-970) (Haycraft, Don) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Modified on 8/14/2012 (gec,). (Entered: 08/13/2012) |
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendant's Exploration & Production Inc. and America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7130 | 08/16/2012 | NOTICE *of Filing of Stipulation Regarding Presentment* by Plaintiffs' Steering Committee, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit Stipulation Regarding Presentment) (Reference: All Cases including 12-970) (Haycraft, Don) Modified on 8/17/2012 (gec,). (Entered: 08/16/2012) |
| 2:10-md-2179 | 7176 | 08/27/2012 | ORDER Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement. The Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval Order regarding the Medical Benefits Class Action Settlement 6419 to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec, ) (Entered: 08/27/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7282 | 09/05/2012 | STATUS REPORT No. 1 By the Claims Administrator of the Deepwater Horizon Economic and Property Damage Settlement Agreement on the Status of Claims Review by Lynn C Greer. (Attachments: # 1 Appendix A, # 2 Appendix B) (Reference: 10md2179). |
| 2:10-md-2179 | 7350 | 09/10/2012 | PRETRIAL ORDER NO. 53: [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Mikal C. Watts, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy & Stephen J. Herman as Plaintiffs' Co-Liaison Counsel & ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, & Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 & 8 & any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 & further orders of this Court. Signed by Judge Carl Barbier on 9/10/12. (Reference: all cases) (sek,) (Entered: 09/10/2012) |
| 2:10-md-2179 | 7358 | 09/11/2012 | ORDER regarding procedures for November 8, 2012 Fairness hearing as set forth in document. Signed by Judge Carl Barbier on 9/11/12. (Reference: all cases, 12-970, 12-968) (sek,) (Entered: 09/11/2012) |
| 2:10-md-2179 | 7359 | 09/11/2012 | ORDER Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Damages Settlement Agreement of Third Party Claims Against Claimant Recoveries as set forth in document. Signed by Judge Carl Barbier on 9/11/12. (Reference: all cases, 12-970) (sek,) (Entered: 09/11/2012) |
| 2:10-md-2179 | 7459 | 09/21/2012 | TRANSCRIPT of Monthly Status Conference held on September 14, 2012 before Judge Carl Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/20/2012 |
| 2:10-md-2179 | 7462 | 09/24/2012 | ORDER: Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement of Claims on Behalf of Deceased, Minor and Incompetent Claimants as set forth in document. Signed by Judge Carl Barbier on 9/24/12. (Reference: All cases Including Civil Action No. 12-970)(sek,) (Entered: 09/24/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE *of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr.* by Class Counsel, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G) (Reference: All Cases & 12-970) (Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | May 2, 2012. (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (Voo Offset), # (7) Exhibit Submission (Voo Offset), # (8) Exhibit Cantor Ltr (Voo Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; Voo Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7728 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7112 MOTION for Final Approval of the Medical Benefits Class Action Settlement. (Attachments: #1 Exhibit A (Summary of Medical Objections), #2 Affidavit Klonoff — Supplemental Report, #3 Affidavit Harbut — Supplemental Declaration) (Reference: B3 Bundle Cases; No.12-968; No.10-7777) (Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7730 | 10/22/2012 | NOTICE of Joint Filing of the Declarations of Cameron R. Azari; John C. Coffee, Jr; Matthew Garretson; and Bernard D. Goldstein by Medical Benefits Class Representatives, Exploration & Production Inc., and America Production Company. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: All Cases &12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek,). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 970)(Haycraft, Don) Modified text on 10/23/2012 (sek,) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7819 | 11/01/2012 | ORDER Regarding Objectors' Presentations at the November 8 Fairness Hearing. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970) (gec,) (Entered: 11/01/2012) |
| 2:10-md-2179 | 7827 | 11/2/2012 | TRANSCRIPT of Monthly Status Conference held on October 26, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number (504) 5897778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 1/31/2013. |
| 2:10-md-2179 | 7878 | 11/09/2012 | ORDER: [Regarding Exchange & Submission of Lists of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic & Property Damages Settlement Agreement & Deepwater Horizon Medical Benefits Class Action Settlement Agreement]; ORDERED that: Pursuant to the authority provided to the Court in Section 28.1 of the Amended Deepwater Horizon Economic & Property Damages Settlement Agreement (Rec. Doc. 6430-1) & based on the agreement of parties, the Court hereby modifies Paragraph 41 of its May 2, 2012 Preliminary Approval Order regarding the Economic & Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which the parties are to exchange a complete list of all timely & valid requests for exclusion (requests to opt-out) to November 21, 2012. The parties shall submit the list of all such opt-out requests to the Court by that date as well. Additionally, based on the agreement of parties, the Court hereby orders that the parties shall likewise exchange, & submit to the Court, a complete list of all timely & valid requests for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | exclusion (requests to opt-out) from the Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) by November 21, 2012. Signed by Judge Carl Barbier on 11/9/12. (Reference: 12-968 and 12-970) (sek,) (Entered: 11/09/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970) (clu,) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) under advisement. (Court Reporter Cathy Pepper.) (Reference: 10md2179) (sek,) (Entered: 11/15/2012) |
| 2:10-md-2179 | 7932 | 11/16/2012 | The Parties' ANSWER to Complaint (First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III B (3) [B3 Bundle]).(Reference: All Cases in Pleadings Bundle B3; 10- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 2771)(Haycraft, Don) Modified text on 11/19/2012 (sek,). (Entered: 11/16/2012) |
| 2:10-md-2179 | 7945 | 11/19/2012 | Proposed Findings of Fact & Conclusions of Law by Class Counsel and BP Defendants. (Attachments: # 1 Proposed Order) (Reference: 12-970) (Haycraft, Don) Modified on 11/20/2012 (gec,). (Additional attachment(s) added on 11/27/2012: # 2 Replacement pages 141 through 147 per Order #8023) (sek.). (Entered: 11/19/2012) |
| 2:10-md-2179 | 8001 | 11/26/2012 | Report on Objections to and Opt-Outs From the Economic and Property Damages Settlement as Amended on May 2, 2012 by Defendants and Class Counsel. (Attachments: #1 Exhibit 1 Declaration of J. Hanhan, #2 Exhibit 2 Declaration of J. Keough, #3 Exhibit 3 Email 8-6012, #4 SEALED Exhibit 4 Letter 10-31-12, #5 Exhibit 5 Email 11-5-12, #6 Exhibit 6 Black Elk reference)(Reference: 12-970)(gec,) (Additional attachment(s) added on 12/11/2012: #7 Exhibit A, #8 Exhibit B, #9 SEALED Exhibit C, #10 SEALED Exhibit D, #11 SEALED Exhibit E, #12 SEALED Exhibit F, #13 SEALED Exhibit G, #14 Exhibit H, #15 Exhibit I, #16 Exhibit J, #17 Exhibit K, #18 Exhibit L, #19 Exhibit M, #20 SEALED Exhibit N Part 1, #21 SEALED Exhibit N Part 2, #22 SEALED Exhibit O Part 1, #23 SEALED Exhibit O Part 2, #24 SEALED Exhibit O Part 3, #29 SEALED Exhibit P, #30 SEALED Exhibit Q, # 31 SEALED Exhibit R, #32 SEALED Exhibit S, #33 SEALED Exhibit T) (gec, ). (Additional attachment(s) added on 12/11/2012: #34 Exhibit C - REDACTED, #35 Exhibit D - REDACTED, #36 Exhibit E - REDACTED, # 37 Exhibit F - REDACTED, #38 Exhibit G - REDACTED, #39 Exhibit N - REDACTED, #40 Exhibit O - REDACTED, #41 Exhibit P - REDACTED, #42 Exhibit Q - REDACTED, #43 Exhibit R - REDACTED, #44 Exhibit S - REDACTED, #45 Exhibit T - REDACTED) (gec,). (Additional attachment(s) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | added on 12/11/2012: #46 Exhibit 4 - REDACTED) (gec,). (Entered: 11/26/2012) |
| 2:10-md-2179 | 8009 | 11/26/2012 | EXPARTE/CONSENT MOTION to Substitute *Replacement Pages* by Class Counsel and Defendants. (Attachments: #1 Proposed Order, #2 Exhibit A (Replacement Pages 141 through 147 in Parties' Proposed Findings of Fact and Conclusions of Law in Support of DWH Economic and Property Damages Settlement Agreement))(Reference: 12-970)(Haycraft, Don) Modified on 11/27/2012 (gec,). (Entered: 11/26/2012) |
| 2:10-md-2179 | 8088 | 12/07/2012 | ORDER Regarding Joint Report on Settlement Objections and Opt-Outs --- Exhibits Under Seal - 7989, 8001. Signed by Judge Carl Barbier.(Reference: 12-968, 12-970)(gec,) (Entered: 12/12/2012) |
| 2:10-md-2179 | 8094 | 12/14/2012 | Liaison Counsel Memorandum Providing STATUS REPORT of December 14, 2012 by Defendant BP. (Attachments: # (1) Exhibit 1 (CTO Status Chart)). |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. Exploration & Production Inc., et al. and All Actions) (sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. Exploration & Production Inc. and All Actions) (sek,) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8866 | 03/11/2013 | ORDER: Regarding Materials of the Gulf Coast Claims Facility as set forth in document. Signed |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | by Judge Carl Barbier on 3/11/13. (Reference: all cases including civil action 12-970) |
| 2:10-md-2179 | 8867 | 03/11/2013 | ORDER: Regarding Document Retention by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement. Signed by Judge Carl Barbier on 3/11/13. |
| 2:10-md-2179 | 9836 | 5/8/2013 | TRANSCRIPT of Hearing on motions held on April 5, 2013 before Judge Carl Barbier. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/6/2013. (Reference: 12-970 and 13-492) |
| 2:10-md-2179 | 10185 | 5/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations) (Reference: 12-970) (sek.) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 6/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2) (Reference: 12-970) (Haycraft, Don) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Modified on 6/18/2013 (gec,) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 7/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970) (sek.) (Entered: 07/16/2013) |
| 2:10-md-2179 | 11287 | 9/6/2013 | REPORT of Special Master Louis J. Freeh, September 6, 2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Reference: 12-970) (sek.) (Entered: 09/06/2013) |
| 2:10-md-2179 | 11557 | 10/01/2013 | PRETRIAL ORDER NO. 55 [Re-Appointing Plaintiffs' Co-Liaison Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee]; the Court re-appoints the following counsel to the PSC: Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiff Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from the date of this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 10/1/13. (Reference: all cases) (sek,) (Entered: 10/01/2013) |
| 2:10-md-2179 | 12345 | 2/14/2014 | MOTION to Strike the State of Alabama's Jury Demand by Defendants BP America Production |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Company, BP Exploration & Production Inc., and BP p.l.c. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Reference: 10-2771, 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813)(Haycraft, Don) Modified on 2/18/2014 (gec, ). (Entered: 02/14/2014) |
| 2:10-md-2179 | 12590 | 3/25/2014 | REPLY to Response to Motion filed by Defendant BP re 12345 MOTION to Strike the State of Alabama's Jury Demand. (Attachments: # 1 Exhibit 6 (Examples of English Non-Prize Cases))(Reference: 10-2771, 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813)(Haycraft, Don) Modified on 3/27/2014 (gec). (Entered: 03/25/2014) |
| 2:10-md-2179 | 13355 | 9/4/2014 | FINDINGS OF FACT AND CONCLUSIONS OF LAW PHASE ONE TRIAL |
| 2:10-md-2179 | 13381 | 09/09/2014 | ORDER Revising Phase One Findings of Fact and Conclusions of Law.  The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc.13355), which are listed below.  These revisions do not alter the substance of the document. A revised copy of the Findings of Fact and Conclusions of Law is attached to this Order. Page 21, paragraph 74: "Which Wild Depart" page 59, paragraph 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. ON APRIL 20, 2010"; PAGE 82, PARAGRAPH 323: "Transocean's Flow Out Sensor was not bypassed, and therefore the Transocean Drill Crew could still Monitor Flow Out Sensor by Judge Carl Barbier on 9/9/14. (Attachments: #1 revised Findings of Fact and Conclusions of Law) (Reference: 10-2771 and 10-4536) (sek) (Entered: 09/09/2014) |
| 2:10-md-2179 | 13393 | 09/15/2014 | ORDERED that the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superceding" Cause Defense Premised |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | on Governmental Action or Inaction Following the Spill (Rec. Doc. 13108) is DENIED for reasons stated within document. Oral argument on this motion is CANCELLED. Signed by Judge Carl Barbier. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006) (gec) (Entered: 09/15/2014) |
| 2:10-md-2179 | 13716 | 11/25/2014 | NOTICE of Filing the process audit reports from McGladrey LLP dated November 7, 2014, pursuant to 13709 Order, by Patrick A. Juneau. (Attachments: # 1 Exhibit Claims Processing Review Report, # 2 Exhibit Process Review Vendor Compliance Report, # 3 Exhibit Process Review Financial Controls Report, # 4 Exhibit Process Review Management and Design, # 5 Exhibit Process Review Vendor Oversight) (Reference: 12-970) (Stanley, Richard) Modified on 11/26/2014 (gec). (Entered: 11/25/2014) |
| 2:10-md-2179 | 13717 | 11/25/2014 | NOTICE of Filing the DHECC's Response to the McGladrey Claims Review Report dated November 25, 2014, pursuant to 13709 Order, by Patrick A. Juneau. (Attachments: # 1 Exhibit DHECC Response) (Reference: 12-970) (Stanley, Richard) Modified on 11/26/2014 (gec). (Entered: 11/25/2014) |
| 2:10-md-2179 | 13718 | 11/25/2014 | NOTICE of Filing the First Report by the Audit Committee dated November 17, 2014 pursuant to 13709 Order, by Patrick A. Juneau. (Attachments: # 1 Exhibit 1st Report by the Audit Committee) (Reference: 12-970) (Stanley, Richard) Modified on 11/26/2014 (gec). (Entered: 11/25/2014) |
| 2:10-md-2179 | 13720 | 11/25/2014 | NOTICE of Filing the July 22, 2014 Independent Auditor's Report of CliftonLarsonAllen, LLP and July 22, 2014 Management Letter by CliftonLarsonAllen, LLP pursuant to 13709 Order, by Patrick A. Juneau. (Attachments: # 1 Exhibit Independent Auditors Report, # 2 Exhibit Management Letter) (Reference: 12-970) (Stanley, Richard) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Modified on 11/26/2014 (gec). (Entered: 11/25/2014) |
| 2:10-md-2179 | 13817 | 12/10/2014 | ORDER: the Court re-appoints the following counsel to the PSC: Brian Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from October 1, 2014, through September 30, 2015, and shall be retroactive following this Order. Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court. Signed by Judge Carl Barbier on 12/10/14. (Reference: all cases) (sek) (Entered: 12/10/2014) |
| 2:10-md-2179 | 14021 | 01/15/2015 | FINDINGS FACT AND CONCLUSIONS OF LAW– PHASE TWO TRIAL. Signed by Judge Carl Barbier on 1/15/15. (Reference: 10-2771, 10-4536) (sek) (Entered: 01/15/2015) |
| 2:10-md-2179 | 14347 | 3/30/2015 | ORDER & REASONS the State of Alabama is entitled to a jury trial on its present claims under OPA 90 |
| 2:10-md-2179 | 14801 | 07/02/2015 | CONFIDENTIALITY ORDER concerning settlement documents and discussions. The U.S. Government, the Gulf States and Local Governments are directed to serve this order on all persons who have been included in settlement discussions before Friday, July 3, at 12:01 a.m. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Local Governmental entities are directed to return the releases to the Court by no later than the close of business on Wednesday, July 15, 2015. Signed by Magistrate Judge Sally Shushan. (Reference: All Cases)(bbc) (Entered: 07/02/2015) |
| 2:10-md-2179 | 14806 | 07/02/2015 | AMENDED CONFIDENTIALITY ORDER concerning settlement documents and discussions. The Court's Confidentiality Order (Rec. doc. 14801) is hereby amended herein. Signed by Magistrate Judge Sally Shushan. (Reference: All Cases) (bbc) (Entered: 07/02/2015) |
| 2:10-md-2179 | 14821 | 07/09/2015 | ORDER: Regarding Appointment of Neutrals and Liaison to Neutrals; The Court appointed Magistrate Judge Sally Shushan, Special Master Louis Freeh, and Claims Administrator Patrick Juneau as Neutrals to assist in the settlement process. In addition, the Court appointed Mike Moore and S. Drake Martin to assist the Neutrals in the course of settlement negotiations. This order memorializes, nunc pro tunc, these appointments. The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau and Mr. Moore and Mr. Martin will continue until further orders of the Court and at least until a consent decree is confected and submitted to the Court. Signed by Judge Carl Barbier on 7/9/15. (Reference: all cases) (sek) (Entered: 07/09/2015) |
| 2:10-md-2179 | 15466 | 10/13/2015 | ORDER Regarding Reappointment of Neutrals and Liaison Counsel to Neutrals and Confidentiality: The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau, Mr. Moore and Mr. Martin shall continue until further order of this Court as set forth in document. Signed by Judge Carl Barbier on 10/13/15. (Reference: all cases) (sek) (Entered: 10/13/2015) |
| 2:10-md-2179 | 15575 | 11/16/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Determinations as set forth in document. Signed by Judge Carl Barbier on 11/16/15. (Attachments: # 1 Amended Rules) (Reference: 12-970) (sek) (Entered: 11/16/2015) |
| 2:10-md-2179 | 15643 | 12/8/2015 | ORDER Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations as Set Forth in Document. Signed by Judge Carl Barbier on 12/8/15. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determinations, # 2 Index of Relevant MDL 2179 Filings re ECON and Property Damages Settlement Agreement) (Reference:12-970) (SEK) (Entered: 12/08/2015) |
| 2:10-md-2179 | 15987 | 03/10/2016 | ORDER & REASONS As to the OPA Test Cases/Moratorium Claims : IT IS ORDERED that BP's Motion to Dismiss Moratoria/Permitoria Claims (Rec. Doc. 15663) is GRANTED; IT IS FURTHER ORDERED that the OPA Test Case Plaintiffs' Renewed Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill (Rec. Doc. 15655) is DENIED; IT IS FURTHER ORDERED that the claims asserted in the OPA Test Cases (Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006) are DISMISSED with prejudice. Signed by Judge Carl Barbier on 3/10/16. (Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1386, 13-2006 (OPA Test Cases)) (sek) (Entered: 03/10/2016) |
| 2:10-md-2179 | 16050 | 03/29/2016 | PRETRIAL ORDER NO. 60 (PTO #60): as to all remaining claims in Pleading Bundle B1; requiring B1 Plaintiffs to file a Complaint and/or Sworn Statement on or before May 2, 2016 as set forth in document (Service Instructions are also included in this Order.) by May 20, 2016, the PSC and shall provide to the Court a list of all plaintiffs who did not comply with this Order and whose claims are therefore subject to |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | dismissal for all other Plaintiffs. The Court will discuss procedures for addressing their claims at a hearing to be set by further Order of the Court hereby dismisses the amended B1 Master Complaint and Orders the designated Plaintiffs to act in compliance with this Order or face dismissal of their claims with prejudice without further notice signed by Judge Carl Barbier on 3/29/16. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 EXHIBIT C) (Reference: All Cases in Pleading Bundle B1) (sek) (Main Document 16050 Replaced on 3/29/2016) (gec). (Entered: 03/29/2016) |
| 2:10-md-2179 | 16090 | 04/01/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented Claims Program Claimants (Reference all cases in Pleading Bundle BI) (gec) Modified File date on 4/42016 (gec). (Entered 04/04/2016) |
| 2:10-md-2179 | 16091 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 Mailing to Unrepresented OPTS outs. (Reference all cases in Pleading Bundle B1) (gec) (Entered: 04/04/2016) |
| 2:10-md-2179 | 16093 | 04/04/2016 | CONSENT DECREE among Defendant BP Exploration & Production Inc. (BPXP), the United States of America, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas as set forth in document. Signed by Judge Carl Barbier on 4/4/16. (Attachments: # 1 Appendix 1 - Appendix 4, # 2 Appendix 5 - Appendix 11) (Reference: 10-4536, 10-04182, 10-03059,13-4677, 13-158, 13-00123,) (sek) (Entered: 04/04/2016) |
| 2:10-md-2179 | 16137 | 04/05/2016 | DECLARATION OF KRISTOPHER S. RITTER re PTO 60 re-Mailing to 1585 Unpresented OPT OUTS and 497 MDL 2179 Plaintiffs who were Unpresented Claims Program Claimants. (Reference all cases in Pleading Bundle B1) (gec) (Entered: 04/05/2016) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 16183 | 04/12/2016 | PRELIMINARY APPROVAL ORDER: As to the Proposed HESI and Transocean Punitive Damages and Assigned Claims Class Action Settlements as set forth in document; Pertinent deadlines: a) Notice to be sent out in accordance with the Notice Plan, b) Submission and posting of the Distribution Model by the Claims Administrator Wednesday, June 15, 2016, c) Motion papers in support of final settlement approval to be filed by Friday, August 5, 2016, d) Objections to be filed by Friday, September 23, 2016, e) Opt-Out period to be closed by Friday, September 23, 2016, f) Reply submissions to be filed by Friday, October 16, 2016, g) Fairness Hearing on Thursday, October 20, 2016 at 9:30 a.m. Signed by Judge Carl Barbier on 4/12/16.(Reference: 12-970, 15-4143, 15-4146 and 15-4654)(sek) (Entered: 04/12/2016) |
| 2:10-md-2179 | 16225 | 04/15/2016 | ORDER regarding new lawsuits filed pursuant to pretrial order no. 60: ordered: 1. The clerk of court shall consolidate new lawsuits with mdl 2179. 2. As stated in PTO 60, paragraph 9, new lawsuits are stayed until further order of the court. accordingly, until the stay is lifted, or the court instructs otherwise: The clerk of court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a new lawsuit; etc. 3. Upon consolidating a new lawsuit with the mdl, the clerk of court shall file a copy of this order and pretrial order 12 (rec. doc. 600) (concerning electronic service by LexisNexis file & serve) into the docket for that new lawsuit (i.e., not the master docket for mdl 2179). The clerk of court need not issue the other pretrial orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for and the Plaintiffs' Steering Committee. (See PTO 60 Paragraph 7, Rec. Doc. 16050). Signed by Judge Carl Barbier on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 4/15/16. (Reference: Cases in Pleading Bundle B1) (sek) (Entered: 04/15/2016) |
| 2:10-md-2179 | 18657 | 06/03/2016 | EXPARTE/CONSENT Motion to Amend Pre-trial Order No. 60 16050 by the Plaintiffs' Steering Committee and America Production Company and Exploration & Production Inc. (Attachments: #1 Proposed Order) Reference: All Cases in Pleading Bundle b1) (sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18659 | 06/03/2016 | ORDER Granting 18657 Joint Motion to Amend Pre-Trial Order No. 60; Ordered that: 1.Paragraph 10 of PTO 60 is Amended to provide that on June 3, 2016,  will submit in camera to the court and to the PSC: a) a list of Plaintiffs that  in good faith believes made submissions in response to PTO 60 that complied with the requirements of PTO 60, and b) a list of Plaintiffs that made some form of submission in response to PTO 60, but whose submissions  in good faith believes are materially deficient for one or more identified reasons. 2. Under Paragraph 10 of PTO 60, there is no longer a requirement that the lists provided on June 3 represent a joint list from and the PSC. Signed by Judge Carl Barbier on 6/3/16. (Reference: All Cases in Pleading Bundle B1) (sek) (Entered: 06/03/2016) |
| 2:10-md-2179 | 18724 | 06/07/2016 | ORDER TO SHOW CAUSE re: Compliance with PTO 60; [regarding all remaining claims in Pleading Bundle B1]: Ordered that certain Plaintiffs as set forth in document must show cause in writing on or before June 28, 2016, why this Court should not Dismiss their B1 Claim(s) With Prejudice for failing to comply with the requirements of PTO 60. All short-form Joinders filed in this MDL are hereby Dismissed as unnecessary to the extent they asserted a B1 claim. Counsel for shall mail this order to each unrepresented individual and business to which it previously mailed PTO 60 at the court's direction (see PTO 60, Paragraph 11), except for those individuals and businesses whose mailing |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | was returned to counsel for as undeliverable. For purposes of this mailing, is only required to attach Exhibit 1A, Exhibit 2, and Exhibit 3 to the mailing. Does not need to include Exhibit 1B with the mailing. Finally, to the extent practicable, the PSC shall email a copy of this order to known counsel of record for Plaintiffs who joined the amended B1 Master Complaint, and/or opted out of the Economic and Property Damages Settlement and may therefore be subject to this Order. This procedure is deemed sufficient to satisfy Notice requirements for all Claimants with "B1" claims. Signed by Judge Carl Barbier on 6/7/16. (attachments: #1 Exhibit 1A, #2 Exhibit 1B, #3 Exhibit 2, #4 Exhibit 3) (Reference: All Cases in Pleading Bundle "B1") (sek) (Entered: 06/07/2016) |
| 2:10-md-2179 | 19699 | 06/25/2016 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiff Co-Liaison re 18724 Order to Show Cause. (Attachments: # 1 Exhibit A - List of Plaintiffs Serving PTO 60 Materials on Liaison Counsel by Mail and/or E-Mail) (Reference: B1 Bundle Claims) (Herman, Stephen) Modified on 6/30/2016 to edit text. (clc). (Entered: 06/25/2016) |
| 2:10-md-2179 | 20992 | 07/13/2016 | NOTICE by Defendant of Filing of BP's Updated PTO 60 Compliance List and Remaining Noncompliance List. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2) (Reference: All Cases in Pleading Bundle B1) (Haycraft, Don) (Entered: 07/13/2016) |
| 2:10-md-2179 | 20996 | 07/14/2016 | ORDER re: Compliance with PTO 60; regarding all remaining claims in Pleading Bundle B1. Ordered as follows: 1. The Plaintiffs listed on Exhibits 1A and 1B to this Order are deemed Compliant with PTO 60 and are subject to further proceedings in this court solely on their claims as pled in their individual complaints. (See PTO 60, at Paragraph 8.) To the extent any of these plaintiffs is relying upon a previously-filed Complaint that, in addition to individual claims, also contains class allegations, any |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | embedded class allegations in those complaints are deemed stricken and only the individual Plaintiff claims are compliant with PTO 60 and can continue. 2.  also filed with the court an updated list of the remainder of those Plaintiffs on 's Good Faith Non-Compliant List attached to the Court's June 7, 2016 Order, who have made timely show cause filings but as to whom still has an objection to that plaintiff's compliance with PTO 60. (rec. doc. 20992-3.) This list is attached to this Order as Exhibit 2. By July 21, 2016, shall file its Objections to those Plaintiffs' responses to the Show Cause Order (i.e., those pertaining to any Plaintiff listed in Exhibit 2 to this Order) that were timely filed with the Court in response to the June 7, 2016 Show Cause Order. 's objections shall be filed as a single Brief organized, to the extent practical, by issue (rather than by Plaintiff or claim), with a page limit of 5 pages per issue. By July 28, 2016, any Plaintiff listed in Exhibit 2 may file a Reply, not exceeding 3 pages, to objections. 3. All remaining plaintiffs in the b1 bundle, other than those that are either (1) identified in Paragraph 1 above as compliant with PTO 60 or (2) have filed a timely response to the Show Cause Order as indicated in Paragraph 2 above, are deemed noncompliant with PTO 60, and their B1 claims are hereby Dismissed With Prejudice. 4. As to all Plaintiffs in the B1 Bundle, only those Plaintiffs who have not previously released their claims, have made timely presentment as required by OPA, have previously filed an individual lawsuit, and have otherwise complied with the requirements of PTO 60 have preserved their individual claims. All other B1 Bundle Claims are time-barred. Signed by Judge Carl Barbier on 7/14/16. (Attachments: #1 Exhibits) (Reference: all cases in Pleading Bundle B1) (sek) (Entered: 07/14/2016) |
| 2:10-md-2179 | 21131 | 07/21/2016 | Response/Reply by Defendants BP Exploration & Production Inc., BP America Production Company re 20996 Order BP's Objections and Responses to Plaintiffs' PTO Show Cause |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Submissions. (Attachments: #1 Appendix 1, #2 Appendix 2, #3 Appendix 3, #4 Appendix 4, #5 Appendix 5, #6 Appendix 6, #7 Appendix 7, #8 Appendix 8, #9 Appendix 9) (Reference: All Cases in Pleading Bundle B1) (Haycraft, Don) Modified on 7/22/2016 (gec). (Entered: 07/21/2016) |
| 2:10-md-2179 | 21614 | 09/02/2016 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply as to Certain Plaintiffs' PTO 60 Show Cause Submissions by Defendants BP America Production Company, BP Exploration & Production Inc. (Attachments: #1 Proposed Order, #2 Proposed Pleading)(Reference: All Cases in Pleading Bundle "B1")(Haycraft, Don) Modified on 9/6/2016 (gec). (Entered: 09/02/2016) |
| 2:10-md-2179 | 21652 | 09/07/2016 | ORDER granting 21614 Motion for Leave to file Sur-Reply. Signed by Judge Carl Barbier. (Reference: all cases in Pleading Bundle B1) (gec) (Entered: 09/07/2016) |
| 2:10-md-2179 | 22003 | 12/16/2016 | ORDER & REASONS: PTO 60 Reconciliation Order regarding all remaining claims in Pleading Bundle B1; further Orders set forth herein. Signed by Judge Carl Barbier. (Reference: all cases in Pleading Bundle "B1") (bbc) modified on 1/11/2017 (gec). (cc: Batiste, Ladner, Haney, Sanderson Enterprises, Shepherd, Ashley) (Entered: 12/16/2016) |
| 2:10-md-2179 | 22007 | 12/16/2016 | ORDERED that a Status Conference is set for 2/17/2017 09:30 am before Judge Carl Barbier primarily to receive reports on the current status of MDL 2179. The PSC and lead or liaison counsel for drafts shall submit a Proposed Agenda one week in advance of the Status Conference. The PSC and lead/liaison defense counsel shall also file a Joint Status Report on or before Tuesday, February 14. Claims Administrators for the Economic and Property Damages Settlement, Medical Benefits Settlement, and the Halliburton and Transocean Punitive Damages and Assigned Claims |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Settlements shall also file Status Reports on or before Tuesday, February 14. Signed by Judge Carl Barbier.(Reference: all cases)(bbc) (entered: 12/16/2016) |
| 2:10-md-2179 | 22247 | 02/14/2017 | STATUS REPORT of February 14, 2017 by Defendant (Attachments: # (1) Exhibit A (List of MDL 2179 Remaining Cases)) (Reference: All Cases) (Haycraft, Don) |
| 2:10-md-2179 | 22248 | 02/14/2017 | STATUS REPORT by Patrick A. Juneau (Reference: All cases) (Stanley, Richard) |
| 2:10-md-2179 | 22269 | 02/17/2017 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 2/17/2017. Motion to Authorize the Claims Administrator to Implement Settlement re Oil & Gas Support Industry Claims re "Moratoria Loss" Holds/Review (Rec. Doc. 11156): Class Counsel and shall discuss and attempt to come to an agreement over the next 60 days, and then report to the Court. Motion to Interpret and Enforce the Settlement Agreement (re Customer Mix Test/Policy 345 v.3) (Rec. Doc.14599): ORDERED that shall file a response no later than March 10, 2017. Request that Court allow counsel for claimants in Economic Settlement to obtain contact information for other claimants' counsel who have similar issues pending in the Economic Settlement: ORDERED that the request is DENIED. (Court Reporter Karen Ibos.) (Reference: ALL CASES) (gec) (Entered: 02/17/2017) |
| 2:10-md-2179 | 22294 | 02/22/2017 | NOTICE by Patrick A. Juneau re 22248 Status Report Notice of Filing of PowerPoint presentation utilized by the Claims Administrator at the Status Conference conducted in this Court on February 17, 2017. (Attachments: # 1Exhibit Status Conference PowerPoint Presentation) (Reference: All cases) (Stanley, Richard) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22297 | 02/22/2017 | PRETRIAL ORDER #64 (PTO 64): CASE MANAGEMENT ORDER NO. 6 - Re various |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | pleading bundles within MDL 2179 as well as CA 12-987. Parties are required to respond as forth in document. Signed by Judge Carl Barbier on 2/22/17. (Attachments: # 1 Exhibit A) (Reference: all cases and 12-987)(sek) (Entered: 02/22/2017) |
| 2:10-md-2179 | 22390 | 03/17/2017 | ORDER Regarding Claims in the Economic Settlement that Are Subject to Moratoria Hold. It is ORDERED that any Claimant who has received a notice from the Settlement Program that his, her, or its claim is subject to a "Moratoria Hold" and that claim has not been resolved by March 25, 2017, shall have the option to exclude ("Opt Out") that claim from the Settlement Program and proceed in litigation. Claimants who wish to avail themselves of this option must properly complete and submit the attached Opt-Out Form (Exhibit A to this Order) no later than April 24, 2017. It is FURTHER ORDERED that any Claimant who elects to Opt Out a claim pursuant to this Order and has not previously filed an individual complaint and complied with Pretrial Order No. 60 must file an individual complaint (one per plaintiff) and Sworn Statement that substantially complies with the requirements of Pretrial Order No. 60 (10-md-2179, Rec. Doc. 16050) by no later than June 23, 2017. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit A)(Reference: 12-970)(gec) (Entered: 03/17/2017) |
| 2:10-md-2179 | 22769 | 04/27/2017 | STATUS REPORT #54 by Patrick A. Juneau (Attachments: #1 Exhibit A) (Reference: All cases) (Stanley, Richard) (Entered: 04/27/2017) |
| 2:10-md-2179 | 22824 | 05/15/2017 | ORDER Regarding Motions for Reconsideration, Etc., of the "PTO 60 Reconciliation Order". It is ORDERED that Weller, Green, Toups & Terrell, L.L.P.'s Motion for Leave to Reply (Rec. Doc. 22055) is GRANTED. It is ORDERED that Brent Coon & Associates' Motion to File Under Seal (Rec. Doc.22117) is DENIED. It is ORDERED that |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | the Motions for Reconsideration (Rec. Docs.22034,22100,22086,22087,22088,22089, 22090,22079,22084 are DENIED. Signed by Judge Carl Barbier. (Reference: 16-4122, 16-4123, 16-4124, 16-4154, 16-13365, 16-13364, 16-13367, 16-13366, 16-6259, 13-2791, 16-6330, 16-7285, 16-6298, 13-5367, 16-6333) (gec) (Entered: 05/15/2017) |
| 2:10-md-2179 | 23047 | 07/18/2017 | ORDER as to Compliance with Pretrial Order No. 63 22295. It is ORDERED that the 960 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 1 are subject to further proceedings of this Court. It is FURTHER ORDERED that the 173 plaintiffs listed in EXHIBIT 2 are deemed to be non-compliant with PTO 63. The B3 claims of the plaintiffs listed in EXHIBIT 2 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that B3 claims that are not listed in EXHIBIT 1 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall mail or e-mail a copy of this Order and EXHIBITS 1 and 2 to any plaintiff listed in those exhibits who is not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Reference: All Claims In Pleading Bundle B3) (gec) (Entered: 07/18/2017) |
| 2:10-md-2179 | 23051 | 07/19/2017 | ORDER as to the Remaining Cases in the B1 Pleading Bundle Following PTO 60, PTO 64 22297, and the Moratorium Hold Opt-Out Order 22390. It is ORDERED that the 215 plaintiffs listed in EXHIBIT 1 to this Order are deemed to be compliant with PTO 60 and PTO 64. To the extent a plaintiff listed in EXHIBIT 1 asserted in his/her/its individual complaint a B1 claim under the Oil Pollution Act of 1990, 33 U.S.C. 2701 et seq., and/or general maritime law, which has not been otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 419 plaintiffs listed in |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | EXHIBIT 2 to this Order are deemed to be compliant with PTO 60, but are not compliant with PTO 64. To the extent a plaintiff in EXHIBIT 2 asserted or could have asserted a B1 claim under general maritime law, that claim is DISMISSED WITH PREJUDICE. To the extent a plaintiff in EXHIBIT 2 asserted in its individual complaint a B1 claim under OPA which was not otherwise dismissed, that claim is not dismissed by this Order and is subject to further proceedings of this Court. It is FURTHER ORDERED that the 344 individuals and entities listed in EXHIBIT 3 are not compliant with PTO 60 or PTO 64. The B1 claims of the individuals and entities listed in EXHIBIT 3 previously were dismissed with prejudice in the Compliance Order (Rec. Doc.20996) or, in select instances, the PTO 60 Reconciliation Order (Rec. Doc. 22003). It is FURTHER ORDERED that the cases listed in EXHIBIT 4 are DISMISSED WITH PREJUDICE. It is FURTHER ORDERED that BP shall, to the extent practicable, mail or e-mail a copy of this Order and the attached Exhibits to all parties who indicated on their PTO 64 Sworn Statement or PTO 60 Sworn Statement that they are not represented by an attorney. Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4) (Reference: All Cases in the B1 Pleading Bundle) (gec) (Entered: 07/19/2017) |
| 2:10-md-2179 | 23321 | 08/23/2017 | ORDER Calling for Responses to the Motions for Reconsideration, Etc., of the PTO 63 Compliance Order and PTO 64 Compliance Order. Regarding the PTO 63 Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. IT IS FURTHER ORDERED that any other party who opposes a motion for reconsideration, etc., (e.g., Plaintiff Sergio Valdivieso and Plaintiff Michael Brandon Vickers) shall also file a response by Friday, September 8, 2017. Regarding the PTO 64 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Compliance Order: IT IS ORDERED that BP shall file a single, omnibus response to the motions for reconsideration, etc., by Friday, September 8, 2017. Regarding both the PTO 63 Compliance Order and the PTO 64 Compliance Order: No response may exceed 25 pages, double-spaced without leave of Court. Signed by Judge Carl Barbier. (Reference: All Remaining Cases in Pleading Bundle B1 and All Remaining Cases in Pleading Bundle B3) (gec) (Entered: 08/23/2017) |
| 2:10-md-2179 | 23433 | 09/21/2017 | ORDER & REASONS as to BP's Dispositive Motion as to Presentment (Rec. Doc. 22480). It is ORDERED that the motion is GRANTED IN PART. It is FURTHER ORDERED that the claims asserted by the following plaintiffs are DISMISSED WITH PREJUDICE: 10-2771 Louisiana Workers' Compensation Corporation; 16-6349 Dailey's Iron & Machine Works, Inc; 16-6334 Midnite Energy, Inc; 16-7295 Monster Heavy Haulers, LLC; 16-7262 Fred Gossen Company, LLC; 16-6337 The Carmel Group, Inc; 16-6383 Finance Motors of Crowley, LLC; 16-7269 Hernandez Properties, LLC; 16-6009 James Crocker; 16-6233 Hilton Creel; 16-6339 Carmel Enterprises, LLC; 13-1146 & 16-4184 Ballay, Braud & Colon, PLC; 16-4104 Sanderson Realty, Inc; 16-6384 Deep South Machine, Inc; 16-6364 Fred Gossen Carmel Foods, LLC; 15-1943 Williams Fabrication Inc; 16-7273 Highway 14 Cattle Company; 16-6017 Barfield Produce, LLC; 16-3927 Bunni J. Ladner; 13-2791 & 16-6309 Omar Garcia. The Clerk of Court is instructed to close those of the above cases with no remaining plaintiffs. It is FURTHER ORDERED that the personal injury claims of Kent McConaghy and Kara McConaghy, individually and on behalf of their children, asserted in case no. 17-3116 are PRESERVED and are not dismissed. It is FURTHER ORDERED that the claims of the McConaghys asserted in case nos. 13-5369, 13-5371, and 16-5862 are DISMISSED as stated within document. It is FURTHER ORDERED |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | that all claims by all other remaining plaintiffs in case nos. 13-5369 and 13-5371 are DISMISSED, and the Clerk of Court shall close case nos. 13-5369 and 13-5371 as stated within document. Signed by Judge Carl Barbier. (Reference: Certain Cases Remaining in the B1 Pleading Bundle) (gec) (Entered: 09/21/2017) |
| 2:10-md-2179 | 23456 | 09/29/2017 | ORDER. The Court re-appoints the following counsel to the PSC: Brian Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Conrad S. P. Williams. Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee. Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court. Appointments are for one year from October 1, 2017, through September 30, 2018. Signed by Judge Carl Barbier. (Reference: All Cases) (gec) (Entered: 09/29/2017) |
| 2:10-md-2179 | 23560 | 10/20/2017 | ORDER & REASONS. It is ORDERED that BP's Dispositive Motion as to Released Claims (Rec. Doc. 22479 ) is GRANTED IN PART and the following claims are DISMISSED with prejudice: Lamulle Construction, L.L.C. 16-4181, Alabama Roll, Inc. 13-2232, Cephas Concrete (Patrick D Franklin, Sr.) 16-6003, Cutting Horse Yachts, LLC d/b/a Chittum Skiffs 16-5831, Barry Gene Fanguy 13-1900, Sidney Rafael Floyd, Jr. 16-3804, Fred Gossen Co., LLC 16-7262, Mitchell Lee Galbreath 13-1626, Harris Builders, LLC 16-5451, Ryan C. Harry 16-3878, Kibbe & Company, Inc. 13-2677, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Samuel Jay Lyons 16-5770, Nicole Moxey 16-5906, OBrien Crab Company (Stacie T. OBrien) 16-4799, Peyton Cottrell Interest, Inc. 13-1829, RK Turbine Consultants, LLC 16-6980, Richard Lee Blick 16-4061, Richard E. Seward, Sr. 16-4068, Richard E. Seward, Jr. 16-4072, Jelp Barber 16-5533, Johnny's Clams, Inc. 16-5541, David K. Edwards 16-6696, Dach V. Hoang 16-6071, Tuoi Pham 16-6200, DDK Partners 16-7155. It is FURTHER ORDERED that the claims of Mark Mead (No. 10-3261) and Raymond Merchant (No. 15-4290) are DISMISSED IN PART and only insofar as they assert "Released Claims" as stated within document. To the extent Mead or Merchant assert "Bodily Injury Claims," "Moratoria Losses," or any other "Expressly Reserved Claims," as defined under the Economic Settlement, those claims are NOT dismissed. It is FURTHER ORDERED that Perry Family Properties, LLC's Motion to Amend Sworn Statement (Rec. Doc. 23159) is GRANTED. It is FURTHER ORDERED that the motions for leave to file sur-replies by Jelp Barber and Johnny's Clams, Inc. (Rec. Docs.23320, 23322) are GRANTED. It is FURTHER ORDERED that the motion for leave to file sur-reply (Rec. Doc. 23327) is DENIED. Signed by Judge Carl Barbier. (Attachments: #1 Exhibits A - B) (Reference: Certain Cases Remaining in the B1 Pleading Bundle) (gec) (copy mailed to Raymond Merchant) (Entered: 10/20/2017) |
| 2:10-md-2179 | 23591 | 10/31/2017 | STATUS REPORT No. 56 2017 Q3 by Patrick A. Juneau (Attachments: #1 Exhibit A) (Reference: All cases) (Stanley, Richard) (Entered: 10/31/2017) |
| 2:10-md-2179 | 23825 | 1/11/2018 | PRETRIAL ORDER NO. 65 (PTO 65): Requiring Remaining B1 Plaintiffs to File Verified Statements Regarding Causation and Damages by April 11, 2018, as stated within document. The provisions of PTO 1 and PTO 25 staying responsive pleadings in all MDL 2179 matters and staying individual petitions or |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | complaints that fall within pleading bundles B1 and B3 remain in effect until further order of the Court. Signed by Judge Carl Barbier. (Attachments: # (1) Exhibit A) (Reference: All Cases in Pleading Bundle B1) (cc: 8 pro se plaintiffs listed) (gec) Modified on 1/19/2018 (cc: John V. Hanks, Jr. d/b/a Lucky Lady Fishing) (gec). |
| 2:10-md-2179 | 24077 | 2/20/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination Letters and an email from claimant concerning the appeal of Carlos Valdes, Claim No. 5B6*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result has been provided. Claimant never previously asserted the commercial fisherman claim he now proffers either in a lawsuit or in the separate DHEPDS program; nor did he comply with Pretrial Order No. 60. The legal basis for these requirements concerning prior claim assertion and compliance with Pretrial Order No. 60 is explained at In re Oil Spill by the Oil Rig "Deepwater Horizon", No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). (Reference: 12-970, 15-4143, 15-4146, 15-4654) (mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 02/20/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 24093 | 2/21/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claim Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter and letters from claimants counsel concerning the appeal of Andre Davis, Claim No. 6CA*******, denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator, which are wholly consistent with the Settlement Agreements, the Allocation and the court's orders approving the Settlement Agreements, the Distribution Model and the law supporting them. No basis requiring a different result has been provided. Claimant never previously asserted the subsistence claim he now proffers, either in a lawsuit or in the separate DHEPDS program; nor did he comply with Pretrial Order No. 60. His prior payment from the DHEPDS was for a category of compensatory damages that does not support the recovery of punitive damages. The legal basis for these requirements concerning prior claim assertion, particular types of underlying compensatory damages to support punitive damages recovery and 2:10-md-2179compliance with Pretrial Order No. 60 is explained in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018), and in the Allocation. (Reference: 12-970, 15-4143, 15-4146, 15-4654) (mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 02/21/2018) |
| 2:10-md-2179 | 24119 | 03/06/2018 | ORDER & REASONS. IT IS ORDERED that Defendants' Motion to Dismiss (Rec. Doc. 22589) is GRANTED and the claims of the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Mexican State of Yucatan are DISMISSED with prejudice. Signed by Judge Carl Barbier. (Reference: 13-6649) (gec) (Entered: 03/07/2018) |
| 2:10-md-2179 | 24238 | 3/26/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with five sets of Appeal Forms, Appeal Determination Notices, Court Review Requests, Claim Forms, Settlement Program Appeal Determination Letter, letters (constituting briefs) from claimants' counsel and briefs and objections to the court's prior appeal determination addressing similar claims of menhaden fishermen. These materials concern the appeals of Dobby L. Darna, Claim No. F01*******; Darrin Covert, Claim No. 4D0*******; Richard A. DeLacey, Claim No. A74*******; Joseph Williamson, Claim No. 3EF*******; and George Zirlott, Claim No. B26*******; denying their claims for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator and for the same reasons set out in detail in In re Oil Spill by the Oil Rig "Deepwater Horizon", No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in In Re: Deepwater Horizon, 5th Cir. Case No. 17-30475 ("Eduardo Pineiro Perez v. BP, P.L.C. et al." and consolidated cases), 5th Cir. Record Doc. No. 00514364341 (Feb. 27, 2018). (Reference: 12-970, 15-4143, 15-4146, 15-4654) (mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 03/26/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 24347 | 04/12/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claims Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, Appeal Determination Notice, Court Review Request, Claim Form, Settlement Program Appeal Determination Letter concerning the appeal of Charles Joseph Eagan, II, Claim No. 4FC*******; denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. Eagan asserts relevant claim types (physical damage to his dock and boat and subsistence fishing) and x-marked the "Yes" box in answer to the claim form question, "Have you preserved your rights in compliance with PTO ["Pretrial Order"] 60?" However, he has not received either a prior Deepwater Horizon Economic and Property Damage Settlement ("DHEPDS") or a court-appointed neutrals settlement payment, and there is no record that he filed an individual lawsuit in compliance with Pretrial Order No. 60 as set forth in document. (Reference: 12-970, 15-4143, 15-4146 and 15-4654) (mmv) (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Entered: 04/13/2018) |
| 2:10-md-2179 | 24426 | 5/01/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Claim Appeal Determination and Reasons (Halliburton and Transocean Settlement). The Claims Administrator has provided me with the Appeal Form, including the supporting briefs of claimants counsel; Appeal Determination Notice; Court Review Request; Claim Form; and Settlement Program Appeal Determination Letter concerning the appeal of Vivian L. Granado, Claim No. E4C*******; denying her claim for payment from the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. The reasons supporting the requirements of having received prior payment of a Deepwater Horizon Economic and Property Damages Settlement [DHEPDS] claim or from a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). In addition, the United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in In Re: Deepwater Horizon, (Eduardo Pineiro Perez v. BP, P.L.C. et al.and consolidated cases), 713 F. Appx 360, 363 (5th Cir. 2018). The assertions in the briefs of claimants counsel that her claim is still pending an eligibility determination with the claims administrator in the separate DHEPDS program supports denial of her claim for a Halliburton/Transocean settlement payment at this time. If she in fact ever receives such a DHEPDS payment, Granado will automatically become eligible for payment under the New Class distribution model from the Halliburton/Transocean Settlements. Claimant is instructed to resubmit this claim, when and if she receives a DHEPDS payment. (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Reference: 12-970, 15-4143, 15-4146 and 15-4654) (caa) (Entered: 05/01/2018) |
| 2:10-md-2179 | 24427 | 05/01/2018 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: CLAIM APPEAL DETERMINATION AND REASONS [Halliburton and Transocean Settlement] The Claims Administrator has provided me with the Appeal Form; Appeal Determination Notice; Court Review Request; Claim Form asserting an Ecosystem claim and |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | including claimants affidavit attesting to his status as an indigenous Moorish American National of the Continental United States... seeking payment of [$] 20 Billion; and Settlement Program Appeal Determination Letter concerning the appeal of Marcus O. Tate-El-Bey-Tey-Washitaw, Claim No. 359*******; denying his claim for payment from the Halliburton/Transocean Settlement Agreements. Having reviewed these materials, the determination of the Claims Administrator is AFFIRMED essentially for the reasons provided by the Claims Administrator. The necessity and requirement of receiving prior payments from the separate Deepwater Horizon Economic and Property Damages Settlement [DHEPDS] program or a neutrals settlement and compliance with Pretrial Order No. 60 are set out in detail in In re Oil Spill by the Oil Rig Deepwater Horizon, No. 2179, 2018 WL 334030 (E.D. La. Jan. 4, 2018). The United States Court of Appeals for the Fifth Circuit has recently affirmed the validity, enforceability and requirement of compliance with Pretrial Order No. 60 in InRe: Deepwater Horizon, (Eduardo Pineiro Perez v. BP, P.L.C. et al. and consolidated cases), 713 F. Appx 360, 363 (5th Cir. 2018). In addition, Washitaws DHEPDS claim was denied on grounds of fraud, waste or abuse. By its terms, the Halliburton/Transocean Settlement Agreements Distribution Model approved by the court expressly excluded from recovery any claimant who wassubject to a valid and final fraud, waste or abuse denial in the DHEPDS program. Record Doc. No. 18797 at p. 27. (NEF: HON. CARL J. BARBIER and HESI/TRANSOCEAN SETTLEMENT CLAIMS ADMINISTRATOR) (Reference: 12-970, 15-4143, 15-4146 and 15-4654) (caa) (Entered: 05/01/2018) |
| 2:10-md-2179 | 24558 | 05/25/2018 | ORDER TO SHOW CAUSE RE: COMPLIANCE WITH PTO 65 23825. IT IS ORDERED that (1) The Plaintiffs appearing on EXHIBIT 1 are not required to respond to this |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Order. The Plaintiffs appearing on EXHIBIT 1 are subject to further proceedings of this Court. (2) Any Plaintiff appearing on EXHIBIT 2 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (3) Any Plaintiff appearing on EXHIBIT 3 must show cause in writing on or before June 15, 2018 why this Court should not dismiss his/her/its B1 claim(s) with prejudice for failing to comply with the requirements of PTO 65. (4) EXHIBIT 4 is a list of 25 individuals who made PTO 65 submissions but are not Remaining B1 Plaintiffs. As indicated on the Exhibit, many of these plaintiffs B1 claims were previously dismissed. Some of the plaintiffs on Exhibit 4 do not assert B1 claims and so were not required to comply with PTO 65. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4Exhibit 4) (Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaintiffs listed) (gec) (Entered: 05/25/2018) |
| 2:10-md-2179 | 24686 | 7/10/2018 | ORDER - PTO 65 Compliance Order. It is ORDERED that the plaintiffs listed on EXHIBIT 1 to this Order are COMPLIANT with PTO 65 and their B1 claims are NOT dismissed by this Order. It is ORDERED that the plaintiffs listed on EXHIBIT 2 and EXHIBIT 3 to this Order are NON-COMPLIANT with PTO 65 and their B1 claims are DISMISSED WITH PREJUDICE, as stated within document. Additionally, it is ORDERED that Motions for Leave to Amend PTO 65 Verified Statement (Rec. Doc. 24560, 24612) are granted, as stated within document. Signed by Judge Carl Barbier. (Reference: Remaining Cases in Pleading Bundle B1) (copies mailed to 9 plaintiffs listed) (gec) (Main Document 24686 replaced on 7/10/2018) (gec). (Additional attachment(s) added on 7/10/2018: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (gec). (Entered: 07/10/2018) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 24717 | 7/31/2018 | STATUS REPORT # 59 by Patrick A. Juneau (Attachments: # 1 Exhibit A) (Reference: All cases) (Stanley, Richard) (Entered: 07/31/2018) |
| 2:10-md-2179 | 25198 | 11/29/18 | ORDER - Regarding the Motions for Reconsideration, Etc., of the PTO 65 Compliance Order. Signed by Judge Carl Barbier on 11/29/2018. (Attachments: # 1 Exhibit 1) (Reference: All Remaining Cases in Pleading Bundle B1)(cg) (Entered: 11/29/2018) |
| 2:10-md-2179 | 25370 | 02/05/2019 | PRETRIAL ORDER 67 (Case Management Order, Regarding Remaining B1 Claims) as stated herein. Signed by Judge Carl Barbier on 2/5/2019. (Attachments: # (1) Attachment A, # (2) Attachment B, # (3) Exhibit 1, # (4) Exhibit 2) (Reference: Remaining Cases in the B1 Bundle) (cg) Modified text on 2/12/2019 (cg). |
| 2:10-md-2179 | 25494 | 02/14/2019 | ORDER - The Clerk of Court is instructed to mail a copy of Pretrial Order No. 67 [Case Management Order No. 7, Regarding Remaining B1 Claims] (Rec. Doc. 25370), including the attachments and exhibits thereto, to the following plaintiffs listed herein. These plaintiffs appear to be the only unrepresented plaintiffs identified in Exhibits 1 and 2 to Pretrial Order No. 67. Signed by Judge Carl Barbier on 2/14/2019. (Reference: 16-3966, 16-11769, 16-4149) (cg) (Entered: 02/14/2019) |
| 2:10-md-2179 | 25489 | 03/12/2019 | ORDERED that 25405 Motion for Reconsideration of Pretrial Order No. 67 is DENIED. Signed by Judge Carl Barbier. (Reference: 16-5993, 16-5983, 16-5984, 16-6025, 16-6297, 16-5979, 16-6002, 16-5980, 16-5981, 16-6300, 16-6304, 16-5995, 16-6007, 16-6306, 16-6011, 16-5982, 16-6294, 16-6018, 16-4571, 16-4717, 16-4775, 16-4586, 16-4345, 16-4345, 16-4556, 16-5315, 16-4783, 16-4499, 16-4521, 16-4563, 16-4724, 16-4797, 16-4594, 16-4512, 16-4550, 16-4567, 16-4762, 16-4802, 16-4584, 16-4684, 16-4806, 16-4712, 16-4873, 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 4730, 16-4706, 16-4697, 16-4769, 16-4700) (gec) (Entered: 03/12/2019) |
| 2:10-md-2179 | 29190 | 01/10/2020 | ORDER Regarding the PTO 67 Mediation Process - Pretrial Order No. 67 § I ("PTO 67," Rec. Doc. 25370) required certain plaintiffs in the B1 bundle (identified in Exhibit 1 to PTO 67) to participate in a mandatory mediation process.1 The mediator has informed the Court that the mediations have concluded. Accordingly, IT IS ORDERED that by no later than Friday, January 17, 2020, BP shall file a status report on the result of the PTO 67 mediation process as stated herein. BP shall also mail or email a copy of its status report to any unrepresented plaintiffs that were required to participate in the PTO 67 mediation process. Signed by Judge Carl Barbier on 1/10/2020. (Reference: Certain Cases in the B1 Pleading Bundle) (cg) (cc:Pro-Se Plaintiffs via U.S. Mail) (Entered: 01/10/2020) |
| 2:10-md-2179 | 26214 | 01/17/2020 | STATUS REPORT on the Result of the PTO 67 Mediation Process by Defendants BP Exploration & Production Inc., BP America Production Company. (Reference: Certain Cases in the B1 Pleading Bundle) (Jarrett, Russell) (Entered: 01/17/2020) |
| 2:10-md-2179 | 26666 | 09/09/2020 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 9/9/2020. ORDERED: Within 7 days (by Sept. 16, 2020), BP to prepare and circulate a case management proposal with the other parties. Parties to confer regarding BPs proposal. Within 21 days (by Sept. 30, 2020), BP to file proposed case management order with the Court and state whether all parties agree. Any parties that do not agree may file an alternative case management proposal on Sept. 30, 2020. (Court Reporter Cathy Pepper.) (Reference: 13-1658, 13-1286, 16-5923, 16-5941, 16-, 18-11120, 16-3966, 16-6126, 16-6131, 16-6118, 16-6585,16-4149, 16- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 7488, 16-5277, 18-11122, 13-948 (certain cases in the B1 bundle) (cg) (Entered: 09/09/2020) |
| 2:10-md-2179 | 26700 | 09/29/2020 | TRANSCRIPT of Status Conference held on September 9, 2020 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/28/2020. (Reference: THIS DOCUMENT RELATES TO 13-1658, 13-1286, 16-5923, 16-5941, 16-, 18-11120, 16-3966, 16-6126, 16-6131, 16-6118, 16-6585, 16-4149, 16-7488, 16-5277, 18-11122, 13-948; Certain cases in the B1 bundle)(rsg) (Entered: 09/29/2020) |
| 2:10-md-2179 | 26709 | 10/02/2020 | PRETRIAL ORDER NO. 69 - Case Management Re: 14 Cases in the B1 Bundle (Non-Mexican Fisherman). The Court hereby ORDERS each of the Exhibit 1 Plaintiffs to SHOW CAUSE in writing by October 16, 2020 why their claims should not be dismissed with prejudice because they are barred, as noted in EXHIBIT 1. Any reply by BP shall be filed by October 30, 2020. Exhibit 2 Plaintiffs, in order to proceed with their pending actions, the Exhibit 2 Plaintiffs, and the properly served defendants in their actions, shall be bound by the discovery and briefing deadlines and procedures set forth herein. Signed by Judge Carl Barbier on 10/2/20. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2) (Reference: Certain Cases in Pleading Bundle "B1") (cg) (cc: Robert Evans 16-3966, John Hanks, Jr. 16-4149, Kirk Williams 13-00948, via U.S. Mail) |
| 2:10-md-2179 | 26745 | 10/26/2020 | ORDER AND REASONS as to the Claims of the Mexican Plaintiffs - For the reasons set forth in Parts A, B, and C of the Discussion, IT IS |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | ORDERED that BP's Dispositive Motion as to the B1 Claims of the Mexican Plaintiffs (Rec. Doc. 25477) is GRANTED. IT IS FURTHER ORDERED that all claims by the Mexican Plaintiffs, listed in Exhibit A to this Order & Reasons, are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 10/26/20. (Attachments: # (1) Exhibit A) (Reference: Certain Cases in the B1 Bundle (See Exhibit A)) (cg) (Main Document 26745 replaced on 12/7/2020) (gec). |
| 2:10-md-2179 | 26755 | 10/30/2020 | Response/Reply by Defendants BP Exploration & Production Inc., BP America Production Company to 26729 Response to Order to Show Cause, 26709 Order Regarding the PTO 69 Show Cause Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Reference: 13-00948; 13-01658; 16-04149; 16-07488; 18-11120) (Jarrett, Russell) (Additional attachment(s) added on 11/2/2020: # 11 Sealed, # 12 SEALED, # 13 Sealed, # 14 Sealed, # 15 Sealed, # 16 Sealed, # 17 Sealed) (cg). (Entered: 10/30/2020) |
| 2:10-md-2179 | 26760 | 11/02/2020 | ORDER granting 26756 Motion to Seal Document and it is further ORDERED that Exhibits CH and J to BP's Reply Regarding the PTO 69 Show Cause Order (Doc. 26755) are filed under seal pending further order of the Court. Signed by Judge Carl Barbier on 11/2/20. (Reference: 13-948, 13-1658, 16-4149, 16-7488, 18-11120) (cg) (Entered: 11/02/2020) |
| 2:10-md-2179 | 26802 | 12/04/2020 | ORDER - Pretrial Order No. 69 ("PTO 69") required, inter alia, that five plaintiffs show cause in writing by October 16, 2020 why their claims should not be dismissed with prejudice for the reasons identified in an exhibit to the PTO. Counsel for BP has informed the Court that it has reached a settlement with one of the plaintiffs, Enviro Tech Systems, LLC. As to the four other plaintiffs, only one (Allstar Pipe |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Services) responded to the show cause order. IT IS ORDERED that PTO 69 (Rec. Doc. 26709) is MOOT with respect to Enviro Tech (No. 18-11120). Enviro Tech shall promptly move to dismiss its case as soon as all settlement paperwork is finalized. IT IS FURTHER ORDERED that the claims by Nabaa Gas Montgomery Village, LLC (No. 16-07488), Kirk Williams (No. 13-00948), and Lucky Lady Fishing/John Hanks (No. 16-04149) are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 12/4/20. (Reference: 13-1658, 18-11120, 16-4149, 16-7488, 13-0948) (cg)(cc: John Hanks, Jr., Kirk Williams,) (Entered: 12/04/2020) |
| 2:10-md-2179 | 26873 | 1/22/2021 | ORDER Regarding the Court Supervised Settlement Program. Signed by Judge Carl Barbier on 1/22/21. (Reference: 12-970) (cg) (Entered: 01/22/2021) |
| 2:10-md-2179 | 27090 | 05/10/2021 | MOTION for Summary Judgment by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Memorandum in Support, # 3 Exhibit 1, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit 2, # 18 Exhibit 3 SEALED, # 19 Exhibit 4 SEALED, # 20 Exhibit 5 SEALED, # 21 Exhibit 6, # 22 Exhibit 7, # 23 Exhibit 8, # 24 Exhibit 9, # 25 Exhibit 10, # 26 Exhibit 11, # 27 Exhibit 12, # 28 Exhibit 13, # 29 Exhibit 14)(Reference: 16-cv-)(Reid, Devin) Modified on 5/12/2021 (gec). (Attachment 18 replaced on 5/14/2021) (cg). (Attachment 19 replaced on 5/14/2021) (cg). (Attachment 20 replaced on 5/14/2021) (cg). (Additional attachment(s) added on 5/14/2021: # 30 Memorandum of Law, # 31 Statement of Facts) (cg). (Additional attachment(s) added on 6/8/2021: # 32 Exhibit 3, |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | # 33 Exhibit 4, # 34 Exhibit 5) (cg). (Entered: 05/10/2021) |
| 2:10-md-2179 | 27091 | 05/10/2021 | EXPARTE/CONSENT MOTION for Leave to File Certain Documents Under Seal by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Proposed Order) (Reference: 16-cv-) (Reid, Devin) (Entered: 05/10/2021) |
| 2:10-md-2179 | 27094 | 5/11/2021 | ORDER regarding 27090 MOTION for Summary Judgement the claims of Loggerhead Holdings, Inc. It is ORDERED that any response to BP's motion shall be filed no later than Wed. June 9, 2021. BP's reply in support of its motion shall be filed within 14 days from the date the response brief is filed. Signed by Judge Carl Barbier on 5/11/2021 (cg) |
| 2:10-md-2179 | 27103 | 5/13/2021 | MOTION for Summary Judgement by Defendant against Classy Cycles with exhibits |
| 2:10-md-2179 | 27104 | 05/13/2021 | ORDER denying 27091 Motion for Leave to File Under Seal with respect to the unredacted memorandum in support and the unredacted statement of uncontested material facts. The Clerk shall file these two documents as Unsealed attachments to the MSJ (Rec. Doc. 27090). IT IS FURTHER ORDERED that the Clerk shall file Exhibits 3, 4, and 5 UNDER SEAL as attachments to the MSJ (Rec. Doc. 27090). By no later than May 17, 2021, Loggerhead shall file a response explaining why these Exhibits should remain under seal; otherwise the Court will have them unsealed. Signed by Judge Carl Barbier on 5/12/21. (Reference: 16-) (cg) (Entered: 05/13/2021) |
| 2:10-md-2179 | 27111 | 05/17/2021 | RESPONSE to Motion filed by Plaintiff Loggerhead Holdings, Inc. re 27091 MOTION for Leave to File Certain Documents Under Seal Plaintiff Loggerhead Holdings, Inc.'s Response to Motion by BP. (Attachments: # 1 Proposed |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Order) (Reference: 16cv0) (Buzbee, Anthony) (Entered: 05/17/2021) |
| 2:10-md-2179 | 27112 | 05/18/2021 | ORDER regarding 27104 Order on Motion for Leave to File Under Seal. Loggerhead has since filed the requested response. (Rec. Doc. 27111). Having considered Loggerhead's response, IT IS ORDERED that Exhibits 3, 4, and 5 to BP's Motion for Summary Judgment (Rec. Doc. 27090) shall remain UNDER SEAL. Signed by Judge Carl Barbier on 5/18/21. (Reference: 16-Loggerhead) (cg) (Entered: 05/18/2021) |
| 2:10-md-2179 | 27134 | 06/04/2021 | ORDER denying 27114 Motion to Seal. IT IS FURTHER ORDERED that the above documents will be entirely unsealed unless, by no later than June 9, 2021, Classy Cycles, Inc. provides the Court with redacted versions that conceal only information protected by Fed. R. Civ. P. 5.2. IT IS FURTHER ORDERED that the Court's prior order (Rec. Doc. 27112) sealing Exhibits 3, 4, and 5 to BP's Motion for Summary Judgment (Rec. Doc. 27090) against Loggerhead Holdings, Inc. is VACATED, and those documents will be entirely unsealed unless, by no later than June 9, 2021, Loggerhead Holdings, Inc. provides the Court with redacted versions that conceal only information protected by Fed. R. Civ. P. 5.2. Signed by Judge Carl Barbier on 6/3/21. (Reference: 16-5923 and 16-)(cg) (Entered: 06/04/2021) |
| 2:10-md-2179 | 27143 | 06/09/2021 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 27090 MOTION for Summary Judgment. (Attachments: # 1 Loggerhead Disputed Issues of Facts, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Proposed Order) (Reference: 16cv0) (Buzbee, Anthony) (Entered: 06/09/2021) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 27147 | 6/14/2021 | RESPONSE MEMORANDUM in opposition to 27103 MOTION for Summary Judgement Attachments: |
| 2:10-md-2179 | 27155 | 06/23/2021 | REPLY to Response to Motion filed by Defendant re 27090 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1, # 2 Exhibit N) (Reference: 16-cv-) (Reid, Devin) (Entered: 06/23/2021) |
| 2:10-md-2179 | 27158 | 6/28/2021 | REPLY to Response to Motion filed by Defendants BP America Production Company, BP Exploration & Production Inc. re 27103 MOTION for Summary Judgment. (Attachments: # 1 Supplemental Declaration of Ashley E. Littlefield, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J)(Reference: 16-cv-05923)(Reid, Devin) (Entered: 06/28/2021) |
| 2:10-md-2179 | 27189 | 8/5/2021 | ORDER Regarding Materials of the Gulf Coast Claims Facility and Document Retention by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement. Signed by Judge Carl Barbier on 08/05/2021. (Reference: 12-970) (ko) (Entered: 08/05/2021) |
| 2:10-md-2179 | 27206 | 08/19/2021 | ORDER granting 27090 Motion for Summary Judgment. For the reasons herein, IT IS ORDERED that BP's Motion for Summary Judgment (Rec. Doc. 27090) is GRANTED, and Loggerheads claims in the referenced member case are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 8/19/21. (Reference: 16-) (cg)(cc:16-) (Entered: 08/19/2021) |
| 2:10-md-2179 | 27207 | 08/19/2021 | JUDGMENT - In accordance with the Order & Reasons signed on August 19, 2021, granting BP's motion for summary judgment; IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendants BP, p.l.c., BP America, Inc., BP Products North America, Inc., BP America Production Company, and BP Exploration & |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Production, Inc. (collectively, "BP") and against plaintiff Loggerhead Holdings, Inc. ("Loggerhead"); that Loggerhead shall take nothing; and Loggerhead's claims against BP in member case no. 16-0, Loggerhead Holding, Inc. v. BP p.l.c., et al. are dismissed with prejudice. Signed by Judge Carl Barbier on 8/19/21. (Reference: 16-) (cg) (Entered: 08/19/2021) |
| 2:10-md-2179 | 27224 | 8/26/2021 | ORDER granting in part and denying in part 27103 Defendant's Motion for Summary Judgment against Classy Cycles. |
| 2:10-md-2179 | 27234 | 9/7/2021 | REVISED ORDER AND REASONS granting in part and denying in part 27103 Defendant's Motion for Summary Judgment against Classy Cycles. |
| 2:10-md-2179 | 27247 | 9/14/2021 | ORDER of USCA - As stated herein, the parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary. (Attachments: # 1 Letter) (Reference: 19-10295) (cg) (Entered: 09/14/2021) |
| 2:10-md-2179 | 27250 | 09/16/2021 | NOTICE OF APPEAL by Plaintiff Loggerhead Holdings, Inc. regarding 27206 Order and 27207 Judgment. (Filing fee $ 505, receipt number ALAEDC-9028052.) (Reference: 16cv0) (Buzbee, Anthony) Modified on 9/16/2021 (cg). (Entered: 09/16/2021) |
| 2:10-md-2179 | 27256 | 09/23/2021 | USCA Case Number 21-30573 appealed to 5th Circuit Court of Appeals for 27250 Notice of Appeal filed by Plaintiff (Reference: 16-) (cg) (Entered: 09/23/2021) |
| 2:10-md-2179 | 27260 | 10/04/2021 | Joint MOTION to Substitute Attorney. Attorney James W. Stroup to be substituted in place of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Anthony Buzbee & Caroline Adams by Plaintiff Loggerhead Holdings, Inc. (Reference: 16cv0) (Buzbee, Anthony) (Additional attachment(s) added on 10/4/2021: # 1 Proposed Order) (cg). (Entered: 10/04/2021) |
| 2:10-md-2179 | 27263 | 10/05/2021 | ORDER granting 27260 Motion to Substitute Attorney. James W. Stroup is hereby enrolled as counsel of record for Plaintiff Loggerhead Holdings, Inc. Anthony G. Buzbee and Caroline E. Adams of The Buzbee Law Firm are hereby discharged and withdrawn as counsel of record for Plaintiff Loggerhead Holdings, Inc. Signed by Judge Carl Barbier on 10/5/21. (Reference: 16-) (cg) (Entered: 10/05/2021) |
| 2:10-md-2179 | 27265 | 10/06/2021 | APPEAL TRANSCRIPT REQUEST by Plaintiff Loggerhead Holdings, Inc. re 27250 Notice of Appeal. (No hearings) (Reference: 16-cv-) (Stroup, James) (Entered: 10/06/2021) |

## Loggerhead Holdings, Inc. v. BP p.l.c., at al. No. 16-cv-5952 (EDLA)

| Case No. | Doc. No | Date Filed | Name of Document |
|---|---|---|---|
| 16-cv-5952 | 1 | 05/15/2016 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5408769) filed by Loggerhead Holdings, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet) Attorney Caroline E. Adams added to party Loggerhead Holdings, Inc.(pty:pla).(Adams, Caroline) (Attachment 2 replaced on 6/16/2016) (mmm). (Entered: 05/15/2016) |
| 16-cv-5952 | 2 | 05/17/2016 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Sally Shushan. (mmv) (Entered: 05/17/2016) |
| 16-cv-5952 | 3 | 06/17/2016 | Correction of Docket Entry by Clerk re 1 Complaint. Filing attorney submitted documents upside down/sideways. Clerk took |

| Case No. | Doc. No | Date Filed | Name of Document |
|---|---|---|---|
| | | | corrective action by rotating the filing. (mmm) (Entered: 06/16/2016) |
| 16-cv-5952 | 4 | 6/17/2016 | FIRST AMENDED PRETRIAL ORDER # 12. Signed by Judge Carl Barbier on 6/2/2016. (ADI) (Entered: 06/17/2016) |
| 16-cv-5952 | 5 | 06/17/2016 | ORDER Regarding New Lawsuits Filed Pursuant to Pretrial Order No. 60: ORDERED: 1. The Clerk of Court shall consolidate New Lawsuits with MDL 2179. 2. As stated in PTO 60, paragraph 9, New Lawsuits are STAYED until further order of the Court. Accordingly, until the stay is lifted or the Court instructs otherwise: The Clerk of Court need not sign, seal, and issue a summons; the time limit for serving a summons and complaint is suspended; a defendant need not answer or otherwise respond to a New Lawsuit; etc. 3. Upon consolidating a New Lawsuit with the MDL, the Clerk of Court shall file a copy of this Order and Pretrial Order 12 (Rec. Doc. 600) (concerning electronic service by LexisNexis File & Serve) into the docket for that New Lawsuit (i.e., not the master docket for MDL 2179). The Clerk of Court need not issue the other Pretrial Orders that previously issued upon consolidation. 4. All requirements of PTO 60 remain in effect, including the requirement that the sworn statement (Exhibit A to PTO 60) be served on counsel for BP and the Plaintiffs' Steering Committee. (See PTO 60 paragraph 7, Rec. Doc. 16050).(Reference: Cases in Pleading Bundle B1). Signed by Judge Carl Barbier on 04/15/2016. (ADI) (Entered: 06/17/2016) |
| 16-cv-5952 | 6 | 08/04/2016 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Joseph C. Wilkinson, Jr for all further proceedings. Magistrate Judge Sally Shushan no longer assigned to case. Signed by Chief Judge Kurt D. Engelhardt. (ADI) (Entered: 08/04/2016) |
| 16-cv-5952 | 7 | 04/06/2018 | Statement by Loggerhead Holdings, Inc. Exhibit A PTO 65 (Buzbee, Anthony) (Entered: 04/06/2018) |

| Case No. | Doc. No | Date Filed | Name of Document |
|---|---|---|---|
| 16-cv-5952 | 8 | 06/05/2020 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Donna Phillips Currault. Magistrate Judge Joseph C. Wilkinson, Jr no longer assigned to case. Signed by Chief Judge Nannette Jolivette Brown. (lag) (Entered: 06/05/2020) |
| 16-cv-5952 | 9 | 08/19/2020 | ORDER AND REASONS- Before the Court is BP's Motion for Summary Judgment against the claims of Loggerhead Holding, Inc. ("Loggerhead"). (Rec. Doc. 27090). For the reasons above, IT IS ORDERED that BP's Motion for Summary Judgment (Rec. Doc. 27090) is GRANTED, and Loggerhead's claims in the referenced member case are DISMISSED WITH PREJUDICE. Signed by Judge Carl Barbier on 8/19/21. (cg) (Entered: 08/19/2021) |
| 16-cv-5952 | 10 | 08/19/2020 | JUDGMENT - In accordance with the Order & Reasons signed on August 19, 2021, granting BP's motion for summary judgment; IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendants BP, p.l.c., BP America, Inc., BP Products North America, Inc., BP America Production Company, and BP Exploration & Production, Inc. (collectively, "BP") and against plaintiff Loggerhead Holdings, Inc. ("Loggerhead"); that Loggerhead shall take nothing; and Loggerhead's claims against BP in member case no. 16-05952, Loggerhead Holding, Inc. v. BP p.l.c., et al. are dismissed with prejudice. Signed by Judge Carl Barbier on 8/19/21. (cg) (Entered: 08/19/2021) |

**Loggerhead Holdings, Inc. v. BP p.l.c., at al. No. 4:13-CV-01128 (SDTX)**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 4:13-cv-01128 | 1 | 4/19/2013 | COMPLAINT with jury demand against all BP defendants by Loggerhead Holdings, Inc. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) |

| | | | |
|---|---|---|---|
| | | | Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J |
| 4:13-cv-01128 | 2 | 4/19/2013 | SUMMONS Request to BP defendants. (Attachments: # (1) Summons, # (2) Summons, # (3) Summons, # (4) Summons, # (5) Summons, # (6) Summons, # (7) Summons # (8) Summons, # (9) Summons |
| 4:13-cv-01128 | 3 | 4/22/2013 | ORDER for Pretrial and Scheduling Conference and Order to Disclose Interested Persons |
| 4:13-cv-01128 | 6 | 4/23/2013 | SUMMONS Request to BP defendants. (Attachments: # (1) Summons to BP Exploration and Production, # (2) Summons as to BP PLC, # (3) Summons as to Transocean Deepwater, Inc., # (4) Summons as to Transocean Holdings, LLC, # (5) Summons as to Transocean, Ltd., # (6) Summons as to Transocean Offshore Deepwater Drilling, Inc., # (7) Summons as to Triton Asset Leasing GmbH |
| 4:13-cv-01128 | 7 | 5/8/2013 | RETURN OF SERVICE executed as to Transocean Offshore Deepwater Drilling, Inc. |
| 4:13-cv-01128 | 8 | 5/8/2013 | CERTIFICATE OF INTERESTED PARTIES by Loggerhead Holdings, Inc. |
| 4:13-cv-01128 | 9 | 5/6/2013 | JPML TRANSFER ORDER case to Eastern District of Louisiana to be included in MDL Docket No. 2179 |
| 4:13-cv-01128 | 10 | 5/10/2013 | RETURN OF SERVICE executed as to Transocean Deepwater, Inc. |
| 4:13-cv-01128 | 11 | 5/10/2013 | RETURN OF SERVICE executed as to Transocean Holdings, LLC |
| 4:13-cv-01128 | 12 | 5/10/2013 | RETURN OF SERVICE executed as to BP America Production Company |
| 4:13-cv-01128 | 13 | 5/10/2013 | RETURN OF SERVICE executed as to BP Exploration & Production, Inc. |

Respectfully Submitted,

Matthew T. Regan, P.C.
Kristopher S. Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
Ashley Littlefield
Anna Terteryan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-140

/s/ Devin C. Reid
R. Keith Jarrett
Devin C. Reid
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
rkjarrett@liskow.com
dcreid@liskow.com

*Attorneys for Defendant-Appellants BP
Exploration & Production Inc. and BP
America Production Company*

George W. Hicks, Jr.
Aaron L. Nielson
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
george.hicks@kirkland.com
aaron.nielson@kirkland.com

-and-

/s/ James Weller Stroup
James Weller Stroup
Stroup & Martin
119 S.E. 12TH ST
Fort Lauderdale, FL 33316-1813

*Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 21st  day of October, 2021.

/s/ Devin C. Reid