Office of the Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130


I need copies of the following documents, from my two consolidated cases in this court. I prefer that they be emailed to me if possible. I cannot understand how to retrieve them from the electronic filing system.

I require the documents to include in the Record of Excerpts that I must file in the Fifth Circuit Court of Appeals. I was proceeding pro se in this District Court and have informa pauperis status in both this court and in the Appeals Court.

The name and case number of my case in the appeals court is:
Robert Evans, also known as Engineers & Filmmakers Computer Users Group, Plaintiff - Appellant  v.  BP Exploration & Production, Incorporated;  BP American Production Company;  BP Pipeline Company;  Unidentified Parties, Defendants - Appellees    Case Number 21-30214.

The names and same case number of my two cases in the district court are:
In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. Applies to:  Number 16-3966, Robert Evans  v.  BP Exploration & Production Incorporated, et al.

Copies of the documents I need are: Docket Sheets, Notice of Appeal, Judgment (filed March, 23, 2021), and Order and Reasons (filed March, 23, 2021).

Robert Evans
333 Baker Street apt 213
San Francisco, California 94117
(415) 235-6863
email: efcug@hotmail.com
Pro se, Informa paupéris litigant
Case Number:  Number 16-3966

TENDERED FOR FILING
EB

OCT 2 1 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

AND

Case Number:   Number 16-3966

Robert Evans  v.  BP Exploration  &  Production Incorporated, et al.

Oct. 18, 2021