UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| | * | JUDGE BARBIER |
| Applies to: *All cases* | * | MAG. JUDGE CURRAULT |

### ORDER

Before the Court is a *Response to the Order to Show Cause* **(Rec. Doc. 27254)** filed by the Downs Law Group and no objections to that request.

**IT IS HEREBY ORDERED** that the Court grants custody of the items listed below to the Downs Law Group at the firm's cost and expense.

i. Hard copies of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert;

ii. Digital records of evidence that appear to relate to examinations of the DEEPWATER HORIZON's blowout preventer ("BOP"), capping stack, and other evidence located in the four boxes delivered to the Court on April 2, 2014, by Captain Suzanne Englebert.

**IT IS FURTHER ORDERED** that the Downs Law Group is to make arrangements to retrieve the above detailed evidence from the custody of the Court

not later than thirty (30) days from this order. Failing to do so will result in the evidence being discarded.

New Orleans, Louisiana, this 25th day of October, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE