UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** * * * **Applies to:** *No. 14-657, Melancon Rimes, LLC, et al v. Downs Law Group, P.A., et al.* * *No. 16-05277, DeSilva v. BP Exploration and Production, et al.* *No. 16-05923, Classy Cycles, Inc. v. BP p.l.c., et al.* *Nos. 16-06118, 16-06126, 16-06131, "Fin & Feather"* | MDL 2179<br><br>SECTION: J(2)<br><br>JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

### ORDER
### [Scheduling Status Conference]

**IT IS ORDERED** that a status conference is scheduled for **Tuesday, November 23, 2021 at 10:00 a.m. CST.** The purpose of the status conference is to discuss proceedings going forward. Specifically, the following matters will be addressed:

1. B1 Cases

    a. Whether each case will remain in the Eastern District of Louisiana for further proceedings.

2. 14-657: *Melancon Rimes, LLC, et al v. Downs Law Group, P.A., et al.*

    a. Oral argument on Defendants' *Joint Motion to Dismiss* (Rec. Doc. 12729)

The conference will be conducted remotely via Zoom video conference. Only attorneys who intend to speak at the conference shall appear via Zoom.

ADDITIONAL NOTES REGARDING THE ZOOM CONFERENCE:

- The Court will email the Zoom link to the attorneys of record in the above captioned cases. The fact that an attorney receives a Zoom link does not mean that that attorney must appear at the Zoom conference. Again, only attorneys who intend to speak at the conference shall appear via Zoom.

- Attorneys participating by Zoom shall log on fifteen minutes before the start of the conference.

- Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

New Orleans, Louisiana, this 25th day of October, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE