UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    MDL No. 2179
   "DEEPWATER HORIZON" in the
   Gulf of Mexico on April 20, 2010

            JUDGE BARBIER

Applies to:
12-cv-968: BELO and
21-cv-0837; 21-cv-1419     MAG. JUDGE CURRAULT

## ORDER

Defense counsel has advised that plaintiffs in two (2) BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 26569 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED** that, no later than **DECEMBER 6, 2021** plaintiffs Roger Torres Guerra and Justin Lawson, Sr. must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which the above-listed plaintiffs must submit his venue filing is extended to no later than **JANUARY 6, 2022.**

New Orleans, Louisiana, this 4th day of November, 2021.

_Donna Phillips Currault_
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 21-0837; 21-1419.