UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Judge Barbier Mag. Judge Currault |

*********************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who now move this Honorable Court for an Order for leave to allow Plaintiffs to file the attached Supplemental Memorandum in Opposition to the Motion to Dismiss filed by Defendants Downs Law Group, P.A., Craig T. Downs, Jeremy Friedman, and Daniel Perez (R. Doc. 12729).  The present case and the Defendants' Motion to Dismiss were filed in 2014.  Defendants' Motion to Dismiss is now set for oral argument before the Court on November 23, 2021.  It has been seven years since the filing and briefing on the subject Motion to Dismiss, and new counsel of record, Craig M. Robinson of Robinson Law Offices, LLC and Alexis A. Butler of the Whitaker Law Firm, APC, enrolled for Plaintiffs in 2020. While Plaintiffs believe the arguments at issue in Defendants' Motion to Dismiss were thoroughly and properly briefed in Plaintiffs' original Memorandum in Opposition (R. Doc. 12826), Plaintiffs, represented by new counsel, seek leave to file the attached Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss to briefly highlight the pertinent arguments against the Motion to Dismiss in advance of the oral argument.

Respectfully submitted,

/s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

/s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ Craig M. Robinson
Craig M. Robinson