**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON" IN** | * | **SECTION: J** |
| | **THE GULF OF MEXICO ON** | * | |
| | **APRIL 20, 2010** | * | |
| | | * | **Judge Barbier** |
| **Relates to:** | **2:14-cv-657** | * | **Mag. Judge Currault** |
| | **Melancon │ Rimes, LLC et al.** | * | |
| | **v. Downs Law Group, LLC, et al.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss filed by Plaintiffs Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow is GRANTED and Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss is entered on the record and docket hereof.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2021.

_____

JUDGE