UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION J(2) |
| This Document Relates to: | * * | JUDGE BARBIER |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE CURRAULT |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, AND AS THE SOLE MEMBER, OWNER, AND OPERATOR OF THE BIRD OF PARADISE, LLC | CIVIL ACTION NO. 2:16-CV-05277 SECTION J |
| VERSUS | JUDGE BARBIER |
| BP EXPLORATION AND PRODUCTION, INC., ET AL. | MAG. JUDGE CURRAULT |

### JOHN R. DESILVA'S NOTICE OF COMPLIANCE WITH SANCTIONS ORDER

Plaintiff, John R. DeSilva, by and through the undersigned counsel, hereby files this Notice of Compliance with the Court's Order & Reasons dated September 15, 2021 (Rec. Doc. 27249), which required Mr. DeSilva to pay $149,457.33 to BP as a sanction. John R. DeSilva has tendered payment in the amount of $149,457.33 to BP Exploration & Production Inc. via a cashier's check from Wells Fargo Bank, N.A. (Check No.: 6637101332) sent by FedEx priority overnight delivery with Direct Signature Required, to BP's counsel, Christopher W. Keegan, P.C., Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104. This payment is being made with the understanding and condition that Mr. DeSilva is not waiving any of his rights and remedies

available under the law, and specifically his appellate rights, to challenge the sanction. A copy of the cashier's check and FedEx mailing label are attached hereto as Exhibits.

        Respectfully submitted,

        */s/* Jackson H. Bowman
        Jackson H. Bowman (FL Bar # 143715)
        Moore, Bowman & Reese, P.A.
        735 Arlington Avenue North, Suite 105
        St. Petersburg, FL 33701
        Phone: 727-579-9000
        Email: jbowman@mbrfirm.com
        Co-Counsel for Plaintiff John R. DeSilva

        /s/ Ronnie G. Penton
        Ronnie G. Penton (LA Bar #10462)
        The Penton Law Firm
        209 Hoppen Place
        Bogalusa, Louisiana 70427
        Phone: 985-732-5651
        Email: fedcourtmail@thepentonlawfirm.com
        Co-Counsel for Plaintiff John R. DeSilva

        /s/ Harry Rosenberg
        Harry Rosenberg (LA Bar #11465)
        Phelps Dunbar LLP
        365 Canal Street, Suite 2000
        New Orleans, LA 70130
        Phone: 504-584-9219
        Email: harry.rosenberg@phelps.com
        Co-Counsel for Plaintiff John R. DeSilva

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *John R. DeSilva's Notice of Compliance of Payment of $149,457.33 Sanction to BP* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

electric filing, in accordance with the procedures established in MDL 2179, on this the 17th day of November, 2021.

      /s/ Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva