## CASHIER'S CHECK

| | |
|---|---|
| 0066371 — Office AU # | 11-24 — 1210(8) |

SERIAL #: 6637101332
ACCOUNT #: 4861-508935

Remitter: JOHN DESILVA
Purchaser: JOHN DESILVA
Purchaser Account: ......3000
Operator I.D.: u645394 u645394
Funding Source: Paper Item(s)

November 17, 2021

PAY TO THE ORDER OF   ***BP EXPLORATION & PRODUCTION INC.***

**One Hundred Forty-Nine Thousand Four Hundred Fifty-Seven and 33/100 -US Dollars**

**$149,457.33**

Payee Address:
Memo:   REC. DOC 27226 PAYMENT

VOID IF OVER US $ 149,457.33

WELLS FARGO BANK, N.A.
1101 PASADENA AVE S
SOUTH PASADENA, FL 33707
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

Purchaser Copy

F8004 (10/19)  M4203  10093959

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

## CASHIER'S CHECK

0066371 — Office AU #    11-24 — 1210(8)

6637101332

Remitter: JOHN DESILVA
Operator I.D.: u645394 u645394

November 17, 2021

PAY TO THE ORDER OF   ***BP EXPLORATION & PRODUCTION INC.***

**One Hundred Forty-Nine Thousand Four Hundred Fifty-Seven and 33/100 -US Dollars**

**$149,457.33**

Payee Address:
Memo:   REC. DOC 27226 PAYMENT

VOID IF OVER US $ 149,457.33

WELLS FARGO BANK, N.A.
1101 PASADENA AVE S
SOUTH PASADENA, FL 33707
FOR INQUIRIES CALL (480) 394-3122

Authorized Signature       Authorized Signature

⑆6637101332⑆ ⑉121000248⑉ 4861 508935⑈