UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: | * | JUDGE BARBIER |
| *No. 14-657* | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion for Leave to File Reply* **(Rec. Doc. 12855)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The Clerk of Court is ordered to file Defendants' Reply to Memorandum of Law in Opposition to Defendants' Motion to Dismiss into the record of this matter.

New Orleans, Louisiana, this 18th day of November, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE