# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 1, 2021
Lyle W. Cayce
Clerk

No. 21-30080

---

IN RE: DEEPWATER HORIZON

---

ANGELA THIBODAUX, INDIVIDUALLY AND *on behalf of* HER MINOR CHILDREN, CAROLINE NICOLE THIBODAUX AND TY JOSEPH THIBODAUX AND *on behalf of* THE ESTATE OF GLENN CLARENCE THIBODAUX,

*Plaintiff—Appellant*,

*versus*

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; BP, P.L.C.; BP AMERICA, INCORPORATED; BP CORPORATION NORTH AMERICA, INCORPORATED; BP COMPANY NORTH AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:14-CV-1026

---

Before CLEMENT, SOUTHWICK, and WILLETT, *Circuit Judges*.

J U D G M E N T

No. 21-30080

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Nov 23, 2021**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**