# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 23, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

  No. 21-30080  Thibodaux v. Transocean Offshore
           USDC No. 2:10-MD-2179
           USDC No. 2:14-CV-1026

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

           Sincerely,

           LYLE W. CAYCE, Clerk

           /s/ Whitney M. Jett

           By: _____
           Whitney M. Jett, Deputy Clerk
           504-310-7772

cc:
  Mr. Daniel John Dysart
  Mr. George W. Hicks Jr.
  Mr. Kerry J. Miller
  Mr. Aaron Lloyd Nielson
  Mr. Devin Chase Reid
  Mr. Joseph Arthur Smith III