MINUTE ENTRY
BARBIER, J.
NOVEMBER 23, 2021
JS 10:  57 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J (2) |
| Applies to:<br>No. 14-657, Melancon Rimes, LLC, et al v. Downs Law Group, P.A., et al.<br>No. 16-5277, DeSilva v. BP Exploration and Production, et al.<br>Nos. 16-6118, 16-6126, 16-6131, "Fin & Feather" | JUDGE BARBIER<br><br><br><br>MAG. JUDGE CURRAULT |
| CASE MANAGER:<br>Gail Chauvin, Cheyenne Green | COURT REPORTER:<br>Cathy Pepper |

TUESDAY, NOVEMBER 23, 2021
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE (via Video Conference)

Participating:
    Jackson Bowman for John DeSilva (16-5277)
    Stephen Kreller, Al Robert, Jr. for Fin & Feather entities (16-6118, 16-6126, 16-6131)
    Craig Robinson, for Melancon Rimes, LLC, Jason L Melancon, Sterbcow Law Group, LLC, Marx D. Sterbcow (14-657)
    Jeremy D. Friedman for Downs Law Group, P.A., Craig T. Downs, Jeremy Friedman (14-657)
    Matthew Regan, Christopher Keegan, Kristopher Ritter for BP entities (16-5277, 16-6118, 16-6126, 16-6131)

Proceedings began at 10:07 a.m.

The Court held a status conference to address three cases in the MDL – Nos. 14-657; 16-5277; and 16-6118, 16-6126, 16-6131.

Re: Nos. 16-5277, 16-6118, 16-6126, 16-6131
**ORDERED** that the parties in the remaining cases in the B1 pleading bundle (DeSilva: 16-5277; Fin & Feather: 16-6118, 16-6126, 16-6131) submit a report to the Court after each's mediation on December 13, 2021 and December 1, 2021, respectively.

**ORDERED** that if mediation is not successful, the Court will set a status conference after January 1, 2022 to determine the remaining course of proceedings of each case.

Re: No. 14-657
**ORDERED** that Plaintiffs have thirty (30) days to file a restated complaint. Absent of which, Defendants' Motion to Dismiss is granted for failure to state a claim.

**ORDERED** that Defendants will have then have thirty (30) days to file responsive pleadings to Plaintiffs' restated complaint.

Proceedings ended at 11:12 a.m.

Signed on November 29, 2021 in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in 10-md-2179, 14-657, 16-5277, 16-6118, 16-6126, and 16-6131.**