UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *All cases* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

**ORDER**

**[Appointing Adjudicator for Resolution of Third-Party Claim Disputes]**

**CONSIDERING** the Court's prior *Order Appointing Adjudicator for Resolution of Third-Party Claim Disputes* (Rec. Doc. 10876), Section 1, paragraph (b),[1] and the death of Judge Jerry A. Brown, the Court appoints Magistrate Judge Donna Phillips Currault of the Eastern District of Louisiana as the Third Party Claims Adjudicator ("Adjudicator") over disputes regarding third party claims for attorney fees or fees for other services performed in connection with a Settlement Program claim filed against payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement. This Appointment is made pursuant to the terms of the Settlement Agreement and the inherent authority of the Court.

---

[1] If the appointed Adjudicator should need to be replaced due to incapacitation by death or illness (including mental health illness) or dereliction of responsibility, or he or she is unable to perform the role of Adjudicator in accordance with the terms of this Order, and upon a showing of cause to the Court, the Claims Administrator shall recommend candidate(s) to the Court for a replacement and the Court shall make any necessary appointment.

**IT IS HEREBY ORDERED** that Judge Currault has all authorities, duties, and responsibilities as detailed in Record Document 10876 (attached).

**IT IS FURTHER ORDERED** that the Adjudicator's decision resolving the dispute shall be final and binding on the Third-Party Claimant, the Claimant, and the Claims Administrator.

New Orleans, Louisiana this 13th day of December, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179  Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER

**[Appointing Adjudicator for Resolution of Third Party Claim Disputes]**

**CONSIDERING** the request by Patrick A. Juneau, the Claims Administrator of the Economic and Property Damages Settlement (the "Claims Administrator") for entry of an Order in aid of implementation of the Court Supervised Settlement Program, pursuant to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012 and approved on December 21, 2012) (the "Settlement Agreement"), and being fully apprised, **IT IS HEREBY ORDERED** as follows:

1.  *Appointment of Third Party Claims Adjudicator.*

    (a)     The Court appoints Judge Jerry A. Brown of the United State Bankruptcy Court for the Eastern District of Louisiana as the Third Party Claims Adjudicator ("Adjudicator") over disputes regarding third party claims for attorney fees or fees for other services performed in connection with a Settlement Program claim filed against payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement.  This Appointment is made pursuant to the terms of the Settlement Agreement and the inherent authority of the Court.

(b) If the appointed Adjudicator should need to be replaced due to incapacitation by death or illness (including mental health illness) or dereliction of responsibility, or he or she is unable to perform the role of Adjudicator in accordance with the terms of this Order, and upon a showing of cause to the Court, the Claims Administrator shall recommend candidate(s) to the Court for a replacement and the Court shall make any necessary appointment.

2. *Third Party Claims Dispute Resolution Process.* The Adjudicator shall resolve disputes over third party claims for attorney fees or fees for other services performed in connection with a Settlement Program claim as part of the Claims Administrator's Third Party Claims Process in an orderly, transparent, and timely manner.

3. *Duties of the Adjudicator.*

(a) The Adjudicator shall resolve disputes over third party claims for attorney fees or fees for other services performed in connection with a Settlement Program claim and shall issue a final written decision resolving the dispute. The Adjudicator's decision resolving the dispute shall be final and binding on the Third Party Claimant, the Claimant and the Claims Administrator.

(b) The Adjudicator shall send a copy of the final decision to the Claims Administrator. The Claims Administrator will make payments to the Third Party Claimant and/or the Claimant according to the provisions of the Settlement Agreement and Court Orders regarding settlement implementation, including the First Amended Court Approved Procedure Order No. 1 regarding Third Party Claims and the June 15, 2012 Order setting limits on individual attorneys' fees, if the dispute is over an attorney fee lien.

2

(c) The Adjudicator shall, upon request of the Court, report regarding matters relating to the operation of the Third Party Claims Dispute Resolution Process.

(d) The Adjudicator shall have the authority to take all appropriate measures to perform the assigned duties.

4. *Immunity.* The Adjudicator shall have the same immunity as judges for his actions as the Adjudicator.

5. *Jurisdiction.* This Court retains exclusive jurisdiction over the Third Party Claims Dispute Resolution Process described in this Order to supervise its operation and to enforce all decisions and awards made by the Adjudicator, as necessary.

New Orleans, Louisiana this 26th day of July, 2013.

_____
Carl J. Barbier
United States District Judge

3