UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE CURRAULT |
| BELO Cases identified below | * | |

## ORDER
**[Order to Show Cause re: BP's Dec. 13, 2021 Status Report Pursuant to First Amended BELO CMO No. 2]**

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of Dec. 13, 2021 (Rec. Doc. 27298), the 2 BELO plaintiffs identified below failed to provide full and complete disclosures by the initial 90-day deadline (Oct. 25, 2021), were granted an extension and ordered to comply by the extended deadline (Dec. 6, 2021), and then failed to provide a full and complete disclosure by the extended deadline. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 2 BELO plaintiffs identified below shall **SHOW CAUSE** <u>in writing</u> why their cases should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The plaintiffs shall file

a written response to this Show Cause Order by no later than <u>Tuesday, December 28, 2021</u>. The response shall be filed in the MDL master docket, No. 10-md-2179, and reference the individual BELO case to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiff's response, then BP shall file a reply by no later than <u>Thursday, December 30, 2021</u>. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|  | **Docket Number** | **Plaintiff** | **Counsel** | **Deficiency (per BP's status report)** |
|---|---|---|---|---|
| 1. | 21-0837 | Roger Torres Guerra | Pro se | No production |
| 2. | 21-1419 | Justin Lawson, Sr. | Falcon Law Firm | Missing signed PPF and authorizations; missing medical records |

New Orleans, Louisiana, this 14th day of December, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: Mail a copy of this order to Roger Torres Guerra, No. 21-0837.**