# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **Section J** |
| *Applies: 12-968, Plaisance, et al. versus BP Exploration & Production, Inc., et al.* | * | **JUDGE BARBIER** |
| *-AND-* <br> Case No. 21-2175, <br> Claim ID: LMPC1481852 | * | **MAG. JUDGE CURRAULT** |

## ORDER and JUDGMENT

[Denying Claimant's Challenge to the Claims Administrator's Denial of Class Membership]

Pursuant to Section V.N of the Medical Settlement Agreement, Claimant LMPC1481852 has challenged the Deepwater Horizon Medical Benefits Claims Administrator's determination that the Claimant failed to qualify as a member of the Medical Benefits Settlement Class. Following a review of Claimant's file, the Court hereby **DENIES** Claimant's challenge and upholds the Claims Administrator's determination.

New Orleans, Louisiana, this 16th day of December, 2021.

_____
CARL J. BARBIER
United States District Judge