# INVOICE



Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/30/2021 | 29355 |
| PERIOD START | THROUGH DATE |
| 8/1/2021 [1] | 10/31/2021 |

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 19.9 Hrs. | | $1,787.00 |
| Format and load electronic files | 19.5 Hrs. | | $1,950.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 721,479 | $0.002 | $1,442.96 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 576.9 Hrs. | | $66,343.50 |
| Deficiency/rejection Claim notification | 43.5 Hrs | | $2,392.50 |
| **Contact Services** | | | |
| IVR (per minute) | 1,820.9 | $0.32 | $582.69 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 88.7 Hrs. | | $4,435.00 |
| Handling of class member communications | 168 Hrs. | | $19,320.00 |
| **Website Services** | | | |
| Design and Maintain Website | 0.8 Hrs | | $100.00 |
| **Distribution Services** | | | |
| Records Paid by Check | 565 | $0.79 | $446.35 |
| Records Paid by Wire | 167 | $0.79 | $131.93 |
| Check reissues | 58 | $0.79 | $45.82 |
| **Reporting** | 0.7 Hrs. | | $77.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 178.6 Hrs. | | $23,032.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |
| **Systems Support** | 13.3 Hrs. | | $1,485.00 |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Quality Assurance** | 173 Hrs. | | $30,275.00 |
| **Total Fees** | | | **$154,864.25** |
| **Total Project Expenses (See Exhibit A)** | | | $296.67 |
| **Sub Total** | | | **$155,160.92** |
| Sales Tax | | | $13,474.14 |
| **Grand Total** | | | **$168,635.06** |

1

The Intercompany time exhibit includes time from 05/01/2021 - 07/31/2021 that was not included on Invoice 29104 issued in August of 2021, in addition to the time from 08/01/2021 - 10/31/2021.

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Aug 01, 2021 through Oct 31, 2021 | | |
| Postage | | $257.35 |
| Stationery & Supplies | | $21.68 |
| Copy Charges | | $17.64 |
| **Total** | | **$296.67** |

**Please Remit To:**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

November 4, 2021

| | |
|---|---|
| Invoice #: | 35361 |
| Billed Through: | October 31, 2021 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
        OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | October 31, 2021 | $5,325.00 |
| CURRENT EXPENSES THROUGH: | October 31, 2021 | $58.20 |
| TOTAL CHARGES FOR THIS BILL | | $5,383.20 |
| TOTAL NOW DUE | | $5,383.20 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

November 4, 2021

| | |
|---|---|
| Invoice #: | 35361 |
| Billed through: | October 31, 2021 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $2,656.60 |
| Less payments received since previous invoice | $2,656.60 |

## PROFESSIONAL SERVICES                                                                                            Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/21 | PJH | REVIEW AND CORRESPOND RE: FILING OF HESI/TO STATUS REPORT TO THE COURT; CONFER PAJ RE: SAME | 0.40 |
| 08/02/21 | PAJ | CONFER PJH RE: COURT REPORT | 0.20 |
| 08/12/21 | PJH | VARIOUS CORRESPONDENCES RE: IRS CHECK AND PROCESS FOR DEPOSITING | 0.40 |
| 08/19/21 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: HESI/TO IRS CHECK AND PROCESS FOR ENDORSING AND DEPOSITING THE SAME | 0.60 |
| 08/20/21 | PJH | INQUIRY RE: HESI/TO DMI JMO AND RESEARCH, CORRESPONDENCES RE: SAME | 0.30 |
| 08/23/21 | PJH | CORRESPONDENCES RE: FILING OF HESI/TO DMI JMOs | 0.60 |
| 08/25/21 | PAJ | CONFER PJH RE: HESI/TO SUBPOENA | 0.40 |
| 08/25/21 | PJH | VARIOUS CORRESPONDENCES RE: SUBPOENA FOR PAYMENT RECORDS IN HESI/TO PROGRAM AND TIMELINE AND PROCESS FOR SAME RE: NOTICE TO PARTIES PER CONFIDENTIALITY ORDER; CONFER PAJ RE: SAME | 1.40 |
| 08/26/21 | PJH | REVIEW AND RESPOND TO CORRESPONDENCE FROM VENDOR RE: ADDITIONAL HESI/TO SUBPOENAS | 0.30 |
| 09/07/21 | PJH | REVIEW AND CONFER WITH PAJ RE: COMPLEX HESI/TO CLAIM REMANDED FROM COURT, AND DETERMINATION ON SAME | 0.80 |
| 09/07/21 | PAJ | CONFER WITH PJH RE: HESI/TO REMANDED CLAIM | 0.40 |
| 09/08/21 | PAJ | REVIEW EMAIL RE: QUARTERLY INVOICES AND DETAILED BILLING EXHIBITS | 0.20 |
| 09/08/21 | PAJ | REVIEW EMAILS RE: DRAFT MOTION AND ORDER RE: DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.30 |
| 09/08/21 | PJH | VARIOUS CORRESPONDENCES RE: RESPONSES TO SUBPOENAS FOR HESI/TO CLAIM PAYMENT INFORMATION AND NOTIFICATION TO COUNSEL RE: OPPORTUNITY TO OBJECT RE: SAME; DRAFT MOTION OF DISBURSEMENT OF ADMINISTRATIVE EXPENSES | 0.70 |
| 09/09/21 | PAJ | REVIEW VARIOUS EMAILS RE: WILBURN SUBPOENA AND RESPONSE | 0.40 |
| 09/09/21 | PAJ | REVIEW EMAILS RE: HESI/TO SETTLEMENT FUNDS | 0.20 |
| 09/09/21 | PJH | VARIOUS CORRESPONDENCES WITH VENDOR RE: RESPONSE TO SUBPOENA RE: HESI/TO SETTLEMENT PROGRAM CLAIMS AND APPEARANCE AS WITNESS AT TRIAL RE: SAME | 0.60 |

| | | | | | |
|---|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 35361 | Page | 2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/10/21 | PJH | CORRESPONDENCES RE: PRODUCTION IN RESPONSE TO SUBPOENA OF HESI/TO CLAIM INFORMATION AND ISSUE WITH APPEARANCE FOR TRIAL AS WITNESS VIA ZOOM | 0.30 |
| 09/13/21 | PJH | FINALIZE MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES AND CORRESPONDENCES WITH COUNSEL, COURT RE: SAME | 0.60 |
| 09/13/21 | PAJ | REVIEW OF FILED MOTION AND ORDER FOR DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 09/14/21 | PAJ | REVIEW OF SIGNED ORDER APPROVING DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 09/14/21 | PJH | FINALIZE AND FILE MOTION FOR DISBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES AND VARIOUS CORRESPONDENCES RE: SAME; ISSUE WITH LOGIN FOR FILING WITH FILENSERVE AND VARIOUS CONFERS RE: SAME | 0.80 |
| 09/15/21 | PJH | CORRESPONDENCES WITH VENDOR RE: SUBPOENA AND CERTIFIED RESPONSE REGARDING THE SAME | 0.20 |
| 09/16/21 | PJH | CONFER PAJ RE: RESPONSE TO SUBPOENA AND CORRESPONDENCES WITH VENDOR RE: SAME AND RE: NECESSITY OF APPEARANCE VIA ZOOM AT TRIAL, WITH CONFER TO COURT RE: SAME | 0.70 |
| 09/16/21 | PAJ | CONFER PJH RE: HESI/TO SUBPOENA | 0.20 |
| 09/16/21 | PAJ | CONFER WITH HRON RE: SUBPOENAS | 2.00 |
| 09/17/21 | PJH | VARIOUS CORRESPONDENCES RE: PROCEDURE FOR RESPONDING TO SUBPOENA FOR HESI/TO CLAIMANT INFORMATION | 0.30 |
| 09/20/21 | PJH | VARIOUS CORRESPONDENCES RE: RESPONDING TO DOCUMENT SUBPOENA AND ISSUE WITH ATTENDING HEARING BY ZOOM | 0.40 |
| 09/22/21 | PJH | VARIOUS CORRESPONDENCES WITH COURT, VENDOR RE: FILING OF HESI/TO DMI JMO AND ORDER GRATING SAME | 0.40 |
| 09/30/21 | PAJ | CONFER PJH RE: HESI/TO CLAIM AND CLAWBACK | 0.30 |
| 09/30/21 | PJH | INQUIRY FROM VENDOR RE: CLAWBACK PAYMENTS AND HESI/TO NEW CLASS CLAIM DETERMINATION AND HANDLING RE: SAME RE: ASSIGNMENT OF JUDGMENTS; CONFER PAJ RE: SAME | 1.00 |
| 10/07/21 | PJH | CORRESPOND WITH VENDOR RE: ASSIGNMENT OF DHEPDS CLAWBACK ORDERS RE: INSTRUCTIONS FOR POTENTIAL NEW CLASS PAYMENT TO CLAWBACK CLAIMANT TO BE SENT TO NON PROFIT ENTITY | 0.20 |
| 10/11/21 | PAJ | CONFER PJH RE: HESI/TO TAX RETURN | 0.10 |
| 10/11/21 | PJH | CORRESPONDENCE RE: PREPRARATION OF HESI/TO TAX RETURN AND CONFER, CORRESPOND RE: SAME; CONFER PAJ RE: SAME | 0.30 |
| 10/26/21 | PAJ | REVIEW OF EMAIL RE: LAST ROUND OF INITIAL DISTRIBUTIONS AND FINAL TAX RETURNS | 0.10 |
| | | | 16.30   $5,325.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | | 5.00 hrs @ | $500.00 /hr | $2,500.00 |
| PJH | HRON, PATRICK J | | 11.30 hrs @ | $250.00 /hr | $2,825.00 |
| | Fee Recap Totals | | 16.30 | | $5,325.00 |

**EXPENSES**                                                                                                                **Amount**

| | | |
|---|---|---|
| 08/13/21 | FILE & SERVEXPRESS; RESPOSITORY FEE | 5.00 |
| 09/08/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |

| | | | | |
|---|---|---|---|---|
| 001300 | 01580 | | Invoice # 35361 | Page 3 |
| 10/11/21 | FILE & SERVEXPRESS; REPOSITORY FEE | | | 40.00 |
| 10/31/21 | COPYING | | | 8.20 |
| | | | | $58.20 |

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $5,325.00 |
| TOTAL EXPENSES | $58.20 |
| TOTAL FEES & EXPENSES | $5,383.20 |
| **TOTAL NOW DUE** | **$5,383.20** |