UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | District Judge Carl J. Barbier<br><br>Magistrate Judge Donna Phillips Currault |

### ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the *Motion for Disbursement of Administrative Costs* **(Rec. Doc. 27303)** filed by the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau,

**IT IS HEREBY ORDERED** that:

Epiq Global is hereby authorized and directed to initiate payments from the HESI-Transocean Punitive Damages Combined Settlement Fund B account established with Huntington Bank to satisfy the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

New Class Expenses:

| | |
|---|---|
| Epiq invoice dated 11/30/2021 | $168,635.06 |
| Juneau David, APLC invoice dated 11/4/2021 | $5,383.20 |

Such New Class Expense payments are to be made from the HESI-Transocean Punitive Damages Combined Settlements Fund Account previously established with Huntington Bank.

New Orleans, Louisiana, this 21st day of December, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE