UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in | * | |
| The Gulf of Mexico, on | * | SECTION J(2) |
| April 20, 2010 | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| *Remaining Cases in the B1 Bundle* | * | MAG. JUDGE CURRAULT |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DeSILVA, INDIVIDUALLY, | CIVIL ACTION NO. 2:16-CV-05277 |
| AND AS THE SOLE MEMBER, | |
| OWNER, AND OPERATOR OF THE | |
| BIRD OF PARADISE, LLC | SECTION J |
| | |
| VERSUS | JUDGE BARBIER |
| | |
| BP EXPLORATION AND | |
| PRODUCTION, INC., ET AL. | MAG. JUDGE CURRAULT |

### JOHN R. DESILVA'S NOTICE OF FILING MEDIATION REPORT WITH THE COURT

Plaintiff, John R. DeSilva, by and through the undersigned counsel, hereby files this Notice of Filing Mediation Report with the Court, in compliance with the Court's Status Conference Order signed November 29, 2021 (Doc. No. 9), which required Mr. DeSilva to submit a report to the Court after mediation. Mr. DeSilva reports that the parties have agreed to settle this case. To that end, the parties are finalizing the settlement documents, and Mr. DeSilva will file a motion to dismiss with the Court upon completion of related paperwork.

Respectfully submitted,


 /s/ Ronnie G. Penton
Ronnie G. Penton (LA Bar #10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana 70427
Phone: 985-732-5651
Email: fedcourtmail@thepentonlawfirm.com
Co-Counsel for Plaintiff John R. DeSilva


 */s/* Jackson H. Bowman
Jackson H. Bowman (FL Bar # 143715)
Moore, Bowman & Reese, P.A.
735 Arlington Avenue North, Suite 105
St. Petersburg, FL 33701
Phone: 727-579-9000
Email:  jbowman@mbrfirm.com
Co-Counsel for Plaintiff John R. DeSilva


 /s/ Harry Rosenberg
Harry Rosenberg (LA Bar #11465)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Phone: 504-584-9219
Email: harry.rosenberg@phelps.com
Co-Counsel for Plaintiff John R. DeSilva

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing *John R. DeSilva's Notice of Filing Mediation Report with the Court* has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electric filing, in accordance with the procedures established in MDL 2179, on this the 23rd day of December, 2021.

                                                          /s/ Ronnie G. Penton
                                                          Ronnie G. Penton