**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-00968: BELO**<br>**17-cv-03367: B3** | **MAGISTRATE JUDGE CURRAULT** |

**Relates to:**

| 21-cv-01732 | | | |
|---|---|---|---|

**THE BP PARTIES' JANUARY 1, 2022 B3 AND BELO STATUS REPORT**

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly Status Report for the B3 and BELO lawsuits.[1] The Status Report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

**I.     B3 BUNDLE**

The BP Parties served a draft of this Status Report by email on counsel for the B3 plaintiff whose case is listed in this Status Report on December 23, 2021. This Status Report includes plaintiffs whose PTO submissions were due through December 25, 2021, and reflects the status of PTO submissions received as of 5 p.m. Eastern time on January 2, 2022.

---

[1] The BP Parties are filing this Status Report on January 3, 2022, because January 1, 2022 is a Saturday.

### A. B3 Plaintiffs with Missing PTO Submissions

There are no cases eligible for this Status Report in which B3 plaintiffs have provided no PTO submissions.

### B. B3 Plaintiffs with Deficient PTO Submissions

Pursuant to the Court's Case Management Order for the B3 Bundle and Section 2(C) of First Amended CMO No. 2, the BP Parties have identified the following case in which a B3 plaintiff provided deficient or incomplete initial disclosures.[2]

|    | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|----|---------------|-----------|---------------------|------------|
| 1. | 21-cv-01732 | G.C. (Minor Child) | Downs Law Group | PTO 66: Failed to respond to damages question |

## II. BELO CASES

There are no cases eligible for this Status Report in which BELO plaintiffs provided either no initial disclosures, or deficient or incomplete disclosures.

---

[2] Following a meet-and-confer discussion between the BP Parties and plaintiff in this matter, plaintiff has agreed to cure the deficiency and resubmit their PTO 66 submission.  The BP Parties will update the Court if they receive the cured submission.

DATED:  January 3, 2022

Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production
Inc. and BP America Production Company*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of January, 2022.  This pleading also has been served on counsel for the plaintiff referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

*/s/ R Keith Jarrett* _____
R. Keith Jarrett