UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | JUDGE BARBIER |
| AND | MAG. JUDGE CURRAULT |
| BELO Cases identified below | |

## ORDER

On December 21, 2021, the Court issued an Amended Order to Show Cause requiring one BELO plaintiff, Roger Torres Guerra, to show cause in writing why his claim should not be dismissed with prejudice for failing repeatedly to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26911). Guerra's response to the Show Cause Order was due on Tuesday, December 28, 2021. To date, no response has been filed.

Accordingly,

**IT IS ORDERED** that the Order to Show Cause (Rec. Doc. 27306) is not satisfied with respect to the BELO plaintiff identified below, and his claim is **DISMISSED WITH PREJUDICE**:

| | Docket Number | Plaintiff |
|---|---|---|
| 1. | 21-0837 | Roger Torres Guerra |

The Court will issue a judgment of dismissal in the individual docket for this case.

New Orleans, Louisiana, this 3rd day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: Mail a copy of this Order to Roger Torres Guerra, 21-0837.**