UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| | JUDGE BARBIER |
| Applies to:  12-cv-968: BELO and 17-3367: B3; | |
| Relates to:  21-1732 | MAG. JUDGE CURRAULT |

## ORDER

Defense counsel has advised that plaintiff in one (1) B3 case[1] has provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1 (ECF No. 14099) and/or B3 Case Management Order (ECF No. 26924). *See* ECF No. 27310 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2 (ECF No. 25486, as amended by ECF No. 25738),

**IT IS ORDERED** that, no later than **FEBRUARY 4, 2022**, Plaintiffs Jessica Ann-Marie Clark and Robert Nicholas Clark II, on behalf of their minor child G.C., must provide full and complete initial disclosures, including a response to the damages question in PTO 66. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear before Judge Barbier to show cause why the claims of G.C. cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

New Orleans, Louisiana, this 4th day of January, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 21-1732.

1