**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | ) | **MDL NO: 2179** |
| | **"DEEPWATER HORIZON" IN** | ) | |
| | **THE GULF OF MEXICO, ON** | ) | **SECTION: J** |
| | **APRIL 20, 2010** | ) | |
| | | ) | |
| Relates to: | **2:14-cv-657** | ) | **Judge Barbier** |
| | **Melancon | Rimes, LLC et. al.** | ) | **Mag. Judge Currault** |
| | **v. Downs Law Group, et. al.** | ) | |

<u>**ORDER GRANTING DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**</u>

Considering Defendant's Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (the "Motion"):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion is GRANTED.  Defendant shall have thirty (30) days from January 21, 2022, to respond to Plaintiffs' First Amended Complaint.  Accordingly, Defendants' response to the First Amended Complaint shall be due on or before February 21, 2022.

Signed this ___ day of January 2022 at New Orleans, Louisiana.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE