UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: No. 14-657 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Joint Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint* **(Rec. Doc. 27314),**

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff's First Amended Complaint is extended thirty (30) days, or until February 21, 2022.

New Orleans, Louisiana, this 12th day of January, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE