# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| Classy Cycles, Inc. | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs | |
| vs. | |
| bp P.L.C.; bp AMERICA, INC.; bp PRODUCTS NORTH AMERICA, INC.; bp AMERICA PRODUCTION COMPANY; bp EXPLORATION & PRODUCTION, INC., | |
| Defendants | |
| Docket Number(s) | |
| 2:16-cv-05923-CJB-JCW | |

## ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff's Voluntary Motion to Dismiss with Prejudice is hereby **GRANTED**. It is therefore **ORDERED** that all claims and causes of action pending between Plaintiff Classy Cycles, Inc., are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 (a)(2).

Respectfully submitted this **28th day of January** 2022.

        **THE BUZBEE LAW FIRM**

        */s/ __Caroline Adams_____*
        Anthony G. Buzbee
        State Bar No. 24001820
        S.D. Tex. I.D. No. 22679
        Caroline E. Adams
        State Bar No. 24011198
        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone:  (713) 223-5393
        Facsimile: (713)223-5909
        www.txattorneys.com

        *Classy Cycles, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Plaintiff's Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and 60, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 28, 2022.

        /s/ Caroline Adams_____
        **CAROLINE E. ADAMS**