UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL 2179** <br><br> **SECTION: J** |
| **THIS DOCUMENT RELATES TO:** <br> **2:21-cv-02243  and Future B3 Cases** | **JUDGE: CARL BARRBIER** <br><br> **MAG JUDGE: CURRAULT** |

## MOTION FOR CLARIFICATION OR CORRECTION OF THE B3 CASE MANAGEMENT ORDER

The Downs Law Group, P.A. ("**DLG**") as Counsel for Plaintiff Sonja Johnson and other similarly situated B3 Plaintiffs', current and potential, hereby respectfully moves for clarification or correction of the Court's B3 Case Management Order[1] attached as Exhibit B to the Court's Order dated April 21, 2021 on the grounds more particularly set forth in the accompanying memorandum. The undersigned counsel reached out to the Counsel for the Defendants January 26, 2022, for obtaining their consent; however, Counsel for the Defendants objected to the Motion. Respectfully submitted,

                                                       **THE DOWNS LAW GROUP, P.A.**

                                                       */s/ C. David Durkee*
                                                       **C. DAVID DURKEE**
                                                       Florida Bar No.: 998435
                                                       3250 Mary Street Ste 307
                                                       Coconut Grove, FL 33133
                                                       Telephone: (305) 444-8226
                                                       Facsimile: (305) 444-6773
                                                       Email: ddurkee@downslawgroup.com

---

[1] See Rec Doc 26924 dated February 23, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 28th day of January 2022

                                            */s/ Charles D. Durkee*

                                            Charles D. Durkee