UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010  THIS DOCUMENT RELATES TO:  2:21-cv-02243 and Future B3 Cases | MDL 2179  SECTION: J  JUDGE: CARL BARRBIER  MAG JUDGE: CURRAULT |

## ORDER

Considering the Motion for Clarification or Correction of the Court's B3 Case Management Order, filed by The Downs Law Group on behalf of Plaintiff Sonja Johnson and other similarly situated B3 Plaintiffs, current and potential.

**IT IS HEREBY ORDERED THAT**

1. Lawsuits that share a common set of facts with MDL-2179 and filed in a district other than the Eastern District of Louisiana are not automatically required to be transferred and merged into MDL- 2179.

2. The JPML shall apply the appropriate the statutory criteria when analyzing whether or not a lawsuit that shares a common set of facts with MDL-2179 should be transferred to the main MDL-2179.

1

3. B3 Lawsuits filed in a district other than the Eastern District of Louisiana are not required to comply with the Pre-Trial Orders 63, 66, and 68 that are applicable only to the future B3 cases filed in this Court

4. Any other reliefs this Court seems just and equitable.

New Orleans, Louisiana, this _____ day of_____, 2022

_____

UNITED STATES DISTRICT JUDGE