## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 16-05923, Classy Cycles, Inc. v. BP p.l.c., et al.* | * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

### ORDER

Considering the foregoing *Motion for Voluntary Dismissal with Prejudice* **(Rec. Doc. 27319)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims and causes of action of Plaintiff, Classy Cycles, Inc., against all Defendants are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of January, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE