UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to: *No. 21-2243 and Future B3 Cases* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is The Downs Law Group, P.A.'s *Motion for Clarification or Correction of the B3 Case Management Order* **(Rec. Doc. 27320)**.

**IT IS ORDERED** that any opposition to The Downs Law Group, P.A.'s *Motion for Clarification or Correction of the B3 Case Management Order* **(Rec. Doc. 27320)** shall be filed by no later than **Monday, February 14, 2022**. Any reply by The Downs Law Group, P.A. shall be filed by **Monday, February 21, 2022**.

New Orleans, Louisiana, this 31st day of January, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE