UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | Judge Barbier<br><br>Magistrate Judge<br>Donna Phillips Currault |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR |||||
|---|---|---|---|---|
| STATUS REPORT NO. | 24 | DATE | FEBRUARY 1, 2022 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | Judge Carl Barbier<br><br>Magistrate Judge<br>Donna Phillips Currault |

## STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR
## STATUS REPORT NO. 24 FOR FEBRUARY 1, 2022

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

### I.   STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

**A.   Overview**

**Old and New Classes**

Final reconciliation of all payments made and funds remaining has begun. Escheatment of the funds for uncashed checks to the various states' unclaimed property offices will begin in the near term in order to close out the Settlements Program.

### B. Distribution Processing

**Outstanding Old and New Class Distributions**

All outreach efforts to clear payment-related holds were completed in 2021, and payments have been attempted for all Old and New Class claims; there are no claims still in process or initial payments to be made at this time.

**Final Steps**

Final payment reconciliations, tax preparation, and escheatment preparations are currently underway. The 2021 after IRS Forms 1099 were issued January 31, 2022. A motion to handle residual funds related to the various distribution tracks will be filed with the Court. Upon approval and implementation of the Court-approved plan for the residual funds, the final tax returns will be prepared and all accounts will be closed following receipt of any last tax return refunds.

## II. CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

    /s/ Patrick A. Juneau
PATRICK A. JUNEAU
OLD & NEW CLASS CLAIMS ADMINISTRATOR