UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| | JUDGE BARBIER |
| Applies to: 12-cv-968: BELO; 17-3367: B3 | MAG. JUDGE CURRAULT |

Relates to: 21-1949

### ORDER

Defense counsel has advised that plaintiff in one (1) BELO case[1] has failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1 (ECF No. 14099), BELO CMO No. 2 (ECF No. 25486, as amended, ECF No. 25738), and/or B3 Case Management Order (ECF No. 26924). *See* ECF No. 27323 in 10-md-2179. Accordingly,

**IT IS ORDERED** that, no later than **MARCH 7, 2022**, plaintiff Lawrence Tucei must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which Lawrence Tucei must submit a venue filing is extended to no later than **APRIL 4, 2022**.

New Orleans, Louisiana, this 3rd day of February, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 21-1949.

1