# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>21-cv-01736, 21-cv-01811, 21-cv-02104, 21-cv-01732, 21-cv-02386, 21-cv-01456, 19-cv-03047 | **Civil Action No.**<br><br>**SECTION: J**<br><br>**JUDGE: CARL BARRBIER**<br><br>**MAG JUDGE: CURRAULT** |

## PLAINTIFF'S EXPARTE UNOPPOSED MOTION TO WITHDRAW ATTORNEY

COMES NOW, through the undersigned counsel, Plaintiffs:

(i) ERIN AVILA and BRIAN AVILA Individually and as Parents on Behalf of K.A., a Minor Child;

(ii) SARA M. BRIGHTBILL and GARY A. BRIGHTBILL Individually and as Parents on Behalf of M.B., a Minor Child;

(iii) SCOT R. BYRD and JESSICA E. BRANDON Individually and as Parents on Behalf of S.J.B., a Minor Child;

(iv) JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II Individually and as Parents on Behalf of G.C., a Minor Child;

(v) SHAINA M. [REDACTED] and BRANT T. [REDACTED] Individually and as Parents on Behalf of M.R.D., a Minor Child;

(vi) ZACHARY LEE DUDDY and BROOK LAUREN DUDDY Individually and as Personal Representatives on Behalf of the Estate of B.L.D., a Minor Child Decedent; and

(vii)    JONATHAN F., as Parent and Legal Guardian on Behalf of L.F., a Minor,

Pursuant to Eastern District of Louisiana Local Rule 83.2.11, respectfully move this Court for an order withdrawing, as attorney of record Ms. Riana Maryanoff (FL Bar #1024768 ) and as grounds thereof state as follows:

1. Ms. Riana Maryanoff has provided her consent to withdraw as counsel.

2. The aforementioned Plaintiffs have been given notice of the relief sought in this Motion and consent to said relief.

3. The Counsel for Plaintiff has met and conferred with the Defendants' Counsel via email, and Defendants' Counsel has no opposition to this motion.

4. The Plaintiffs will continue to be represented by Mr. David Durkee of the Downs Law Group.

5. The relief sought herein will not prejudice any party or affect deadlines as these cases are still merged in the MDL Docket and are in the pre-transfer stage.

WHEREFORE, the aforesaid Plaintiffs pray that this Honorable Court issue an Order granting this Motion to withdraw Ms. Riana Maryanoff as counsel of record.

Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**
*Attorneys for Plaintiffs*
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Phone: (305) 444-8226
Facsimile: (305)-444-6773

*/s/ David Durkee*
**DAVID DURKEE, ESQ.**
**FL BAR NO.: 998435**
Email: ddurkee@downslawgroup.com

*/s/ Riana Maryanoff*
**RIANA MARYANOFF, ESQ.**
**FL BAR NO.: 1024768**
Email: rmaryanoff@downslawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 7th day of February 2022

By: */s/ David Durkee*
David Durkee, Esq.
FL Bar No.: 998435