## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J** |
| **THIS DOCUMENT RELATES TO:**<br><br>**21-cv-01736, 21-cv-01811, 21-cv-02104, 21-cv-01732, 21-cv-02386, 21-cv-01456, 19-cv-03047** | **JUDGE: CARL BARRBIER**<br><br>**MAG JUDGE: CURRAULT** |

### ORDER GRANTING PLAINTIFFS' EX PARTE UNNOPPOSED MOTION TO WITHDRAW COUNSEL OF RECORD

Considering the foregoing Ex Parte Motion to Withdraw Counsel by Plaintiffs:

(i)     ERIN AVILA and BRIAN AVILA Individually and as Parents on Behalf of K.A., a Minor Child;

(ii)     SARA M. BRIGHTBILL and GARY A. BRIGHTBILL Individually and as Parents on Behalf of M.B., a Minor Child;

(iii)     SCOT R. BYRD and JESSICA E. BRANDON Individually and as Parents on Behalf of S.J.B., a Minor Child;

(iv)     JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II Individually and as Parents on Behalf of G.C., a Minor Child;

(v)     SHAINA M. [REDACTED] and BRANT T. [REDACTED] Individually and as Parents on Behalf of M.R.D., a Minor Child;

(vi)     ZACHARY LEE DUDDY and BROOK LAUREN DUDDY Individually and as Personal Representatives on Behalf of the Estate of B.L.D., a Minor Child Decedent; and

(vii)    JONATHAN F., as Parent and Legal Guardian on Behalf of L.F., a Minor.

**IT IS HEREBY ORDERED** that Riana Maryanoff be withdrawn as counsel in this proceeding for Plaintiffs:

(i)      ERIN AVILA and BRIAN AVILA Individually and as Parents on Behalf of K.A., a Minor Child;

(ii)     SARA M. BRIGHTBILL and GARY A. BRIGHTBILL Individually and as Parents on Behalf of M.B., a Minor Child;

(iii)    SCOT R. BYRD and JESSICA E. BRANDON Individually and as Parents on Behalf of S.J.B., a Minor Child;

(iv)     JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II Individually and as Parents on Behalf of G.C., a Minor Child;

(v)      SHAINA M. [REDACTED] and BRANT T. [REDACTED] Individually and as Parents on Behalf of M.R.D., a Minor Child; and

(vi)     ZACHARY LEE DUDDY and BROOK LAUREN DUDDY Individually and as Personal Representatives on Behalf of the Estate of B.L.D., a Minor Child Decedent.

(vii)    JONATHAN F., as Parent and Legal Guardian on Behalf of L.F., a Minor,

It is further ordered that the aforementioned Plaintiffs will continue to be represented by Charles David Durkee of the Downs Law Group.

New Orleans, Louisiana this <u>7th</u> day of February 2022.

_____
UNITED STATES DISTRICT JUDGE