# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 22-30003   In re: Billy Larkin
                           USDC No. 2:10-MD-2179
                           USDC No. 2:19-CV-10295

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Monica R. Washington, Deputy Clerk
                           504-310-7705

cc w/encl:
    Mr. Billy F. Larkin