UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **Civil Action No. 2:10-MD-02179**<br><br>**SECTION: J** |
| **THIS DOCUMENT RELATES TO:**<br><br>21-cv-02104, 21-cv-01732, 21-cv-02386, 21-cv-01456. | **JUDGE: CARL BARRBIER**<br><br>**MAG JUDGE: CURRAULT** |

### ORDER

Upon Considering the foregoing Unopposed Motion to Withdraw Counsel of Record filed by Plaintiffs:

(i) SCOT R. BYRD and JESSICA E. BRANDON Individually and as Parents on Behalf of S.J.B., a Minor Child;

(ii) JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II Individually and as Parents on Behalf of G.C., a Minor Child;

(iii) SHAINA M. [REDACTED] and BRANT T. [REDACTED] Individually and as Parents on Behalf of M.R.D., a Minor Child; and

(iv) ZACHARY LEE DUDDY and BROOK LAUREN DUDDY Individually and as Personal Representatives on Behalf of the Estate of B.L.D., a Minor Child Decedent.

**IT IS HEREBY ORDERED** that Riana Maryanoff be withdrawn as counsel for Plaintiffs

(i)     SCOT R. BYRD and JESSICA E. BRANDON Individually and as Parents on Behalf of S.J.B., a Minor Child;

(ii)    JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II Individually and as Parents on Behalf of G.C., a Minor Child;

(iii)   SHAINA M. [REDACTED] and BRANT T. [REDACTED] Individually and as Parents on Behalf of M.R.D., a Minor Child; and

(iv)    ZACHARY LEE DUDDY and BROOK LAUREN DUDDY Individually and as Personal Representatives on Behalf of the Estate of B.L.D., a Minor Child Decedent.

**IT IS FURTHER ORDERED** that the aforementioned Plaintiffs will continue to be represented by Charles David Durkee of the Downs Law Group.

New Orleans, Louisiana this ____day of _____2022.

_____
UNITED STATES DISTRICT JUDGE