UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| | JUDGE BARBIER |
| Applies to:<br>12-cv-968: BELO;<br>17-3367: B3 | MAG. JUDGE CURRAULT |

Relates to:   21-1949

# O R D E R

Plaintiff Lawrence Tucei has filed a Notice of Compliance in this matter at Case No. 21-cv-1949, ECF No. 6, advising that he has satisfied his obligation to provide a Plaintiff Profile Form to defendants and is therefore in compliance with BELO Case Management Order No. 1 (ECF No. 14099), BELO CMO No. 2 (ECF No. 25486, as amended, ECF No. 25738), and/or B3 Case Management Order (ECF No. 26924).   Accordingly,

**IT IS ORDERED** that the Show Cause Order (ECF No. 27327 in 10-md-2179; ECF No. 5 in 21-1949) is **SATISFIED**.[1]

New Orleans, Louisiana, this __10th__ day of February, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in 21-1949.