UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 21-1456; 21-1732; 21-2104; 21-2386* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is Plaintiffs' *Motion to Withdraw Counsel of Record* **(Rec. Doc. 27330)**.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Riana Maryanoff shall be withdrawn as counsel for Plaintiffs in the above captioned cases.

New Orleans, Louisiana, this 10th day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE