IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *Doucet v. Danos and Curole Staffing LLC, et al.*, Case No. 21-cv-01761 | * * * * | MAGISTRATE JUDGE CURRAULT |

## BP'S MOTION FOR PARTIAL LIFTING OF THE STAY AND TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") move to dismiss Plaintiff Hillard Doucet's lawsuit for the reasons set forth in the accompanying supporting memorandum and respectfully move the Court for an order partially lifting the stay imposed by this Court's pretrial orders (including but not limited to Pre-Trial Order No. 15, Rec. Doc. 676) to the extent needed to permit briefing and a decision on BP's motion to dismiss.

February 11, 2022

Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth
(martin.roth@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing BP's Motion for Partial Lifting of the Stay and to Dismiss Pursuant to Rule 12(b)(6) has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2022.

>  */s/ Devin C. Reid*
>  Devin C. Reid