UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **Applies to:**<br>12-cv-00968: BELO<br>21-cv-01732: B3 | MAGISTRATE<br>JUDGE CURRAULT |

**Relates to:**

| 21-cv-1732 | | | |
|---|---|---|---|

## THE BP PARTIES' FEBRUARY 11, 2022 STATUS REPORT

Pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit the foregoing Status Report. This Report includes B3 plaintiffs previously listed as having deficient PTO submissions on the January 3, 2022 Status Report (Rec. Doc. 27310) who failed to provide full and complete PTO submissions after having been ordered to do so by February 4, 2022 (Rec. Doc. 27313) (i.e. "Category II" plaintiffs), and whose cases have not been voluntarily dismissed.

**B3 Plaintiffs with Deficient PTO Submissions**

| Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency | Category I Report Date |
|---|---|---|---|---|
| 21-cv-01732 | G.C. (Minor Child) | Downs Law Group | PTO 66: Failed to include the date(s) of alleged damages, any amount, or the calculations used to arrive at any alleged damages amount in response to damages question. | January 3, 2022 |

1

DATED:  February 11, 2022

Respectfully submitted,

*/s/ R. Keith Jarrett*
R. Keith Jarrett (Bar #16984)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW *&* LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress, in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2022.  This pleading also has been served on counsel for the plaintiff referenced herein via electronic mail, pursuant to Section (3) of the First Amended BELO Cases Initial Proceedings Case Management Order No. 2.

                                                          */s/ R Keith Jarrett*
                                                          R. Keith Jarrett