UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 21-1761, Doucet v. Danos and Curole Staffing LLC, et al* | * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion for Partial Lifting of the Stay* **(Rec. Doc. 27333)** filed by BP America Production Company and BP Exploration & Production Inc.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay imposed by this Court's MDL 2179 pretrial orders (including but not limited to Pre-Trial order No. 15, Rec. Doc. 676) is lifted for the limited purpose of permitting briefing and decision on BP's Motion to Dismiss (Rec. Doc. 27333). The stay remains in effect for all other purposes.

New Orleans, Louisiana, this 14th day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE