# Exhibit 1

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

CONSOL,OIL_SPILL

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:21-cv-02243-CJB-DPC

| | |
|---|---|
| Johnson v. BP America Production Company et al | Date Filed: 12/09/2021 |
| Assigned to: Judge Carl Barbier | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Donna Phillips Currault | Nature of Suit: 360 P.I.: Other |
| Demand: $75,000 | Jurisdiction: Diversity |
| Lead case: 2:10-md-02179-CJB-DPC | |
| Member case: (View Member Case) | |
| Case in other court: Alabama Southern, 1:21-cv-00312 | |
| Cause: 42:1396 - Tort Negligence | |

**Plaintiff**

**Sonja Johnson**                    represented by    **Charles David Durkee**
                                                      Downs Law Group, PA
                                                      3250 Mary Street
                                                      Suite 307
                                                      Coconut Grove, FL 33133
                                                      305-444-8226
                                                      Email: ddurkee@downslawgroup.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Sheeba Shyam Ajwani**
                                                      Downs Law Group PA
                                                      3250 Mary Street
                                                      Ste 307
                                                      Coconut Grove, FL 33133
                                                      305-444-8226
                                                      Fax: 305-444-6773
                                                      Email: sajwani@downslawgroup.com
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP America Production Company**    represented by    **Harlan I. Prater , IV**
                                                      Lightfoot, Franklin & White
                                                      400 North 20th Street

        Birmingham, AL 35203
205-581-0700
Fax: 2055810799
Email: hprater@lfwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon K. Essig**
Lightfoot Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
205-581-0738
Fax: 205-581-0799
Email: bessig@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Randall Little**
Lightfoot, Franklin & White
400 North 20th Street
Birmingham, AL 35203
205-581-0741
Email: jlittle@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**William H. Brooks**
Lightfoot, Franklin & White
The Clark Building
400 20th St. North
Birmingham, AL 35203
205-581-0700
Email: wbrooks@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Exploration & Production, Inc.**    represented by    **Harlan I. Prater , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon K. Essig**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Randall Little**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H. Brooks**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Halliburton Energy Service, Inc.**      represented by    **Robert Alan York**
Reed Smith LLP (Houston)
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Email: ayork@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transocean Holdings, LLC**      represented by    **Philip Michael Boyd**
Fishman Haygood L.L.P.
201 St. Charles Ave.
Suite 4600
New Orleans, LA 70170
504-556-5531
Email: mboyd@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transocean Offshore Deepwater Drilling, Inc.**      represented by    **Philip Michael Boyd**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transocean Deepwater, Inc.**      represented by    **Philip Michael Boyd**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number AALSDC-2839718, Online Credit Card Payment), filed by Sonja Johnson. 90 day Rule 4m deadline set for 10/14/2021. (Attachments: # 1 Civil Cover Sheet) (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 07/16/2021) |
| 07/16/2021 | 2 | NOTICE of Appearance by Charles David Durkee on behalf of Sonja Johnson (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 07/16/2021) |

| 07/22/2021 | | This action has been transferred from the docket of Magistrate Judge Bert W. Milling, Jr and District Judge William H. Steele and is now assigned to the docket of District Judge Jeffrey U. Beaverstock and Magistrate Judge P. Bradley Murray. To insure that your pleadings are referred to the proper Judge and Magistrate Judge with as little delay as possible, please use the letter suffix JB-MU after the case number on all future pleadings. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 07/22/2021) |
|---|---|---|
| 07/22/2021 | 3 | Service Order entered 7/22/2021. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 8/30/2021.. Signed by District Judge Jeffrey U. Beaverstock on 7/22/21. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 07/22/2021) |
| 07/29/2021 | | Notice of Appearance Pro Hac Vice by C. David Durkee. Pursuant to the Case Management Order entered in 19-cv-5000-KD-MU-C only the pro hac vice fee is being paid. I certify that documentation has been previously filed in 19-cv-00447. ( Filing fee $ 75, Receipt number AALSDC-2846875, Online Credit Card Payment.) (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 07/29/2021) |
| 08/20/2021 | 4 | B3 Case Management Order. Signed by Chief Judge Kristi K. DuBose on 8/20/2021. (Attachments: # 1 Attachment A - Protective Order, # 2 Attachment B - HIPAA Protective Order, # 3 Attachment C). (jlr) [Transferred from alsd on 12/9/2021.] (Entered: 08/20/2021) |
| 08/20/2021 | 5 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. Halliburton Energy Service, Inc. waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/20/2021) |
| 08/20/2021 | 6 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. Transocean Deepwater Inc waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/20/2021) |
| 08/20/2021 | 7 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. Transocean Holdings LLC waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/20/2021) |
| 08/20/2021 | 8 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. Transocean Offshore Deepewater Drilling, Inc. waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/20/2021) |
| 08/24/2021 | 9 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. BP America Production Company waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/24/2021) |
| 08/24/2021 | 10 | WAIVER OF SERVICE Returned Executed by Sonja Johnson. BP Exploration & Production, Inc. waiver sent on 8/18/2021, answer due 10/18/2021. (Durkee, Charles) [Transferred from alsd on 12/9/2021.] (Entered: 08/24/2021) |
| 09/02/2021 | 11 | NOTICE of Appearance by Harlan I. Prater, IV on behalf of BP America Production Company, BP Exploration & Production, Inc. (Prater, Harlan) |

|  |  | [Transferred from alsd on 12/9/2021.] (Entered: 09/02/2021) |
|---|---|---|
| 09/02/2021 | 12 | NOTICE of Appearance by William H. Brooks on behalf of BP America Production Company, BP Exploration & Production, Inc. (Brooks, William) [Transferred from alsd on 12/9/2021.] (Entered: 09/02/2021) |
| 09/02/2021 | 13 | NOTICE of Appearance by Brandon Keith Essig on behalf of BP America Production Company, BP Exploration & Production, Inc. (Essig, Brandon) [Transferred from alsd on 12/9/2021.] (Entered: 09/02/2021) |
| 09/02/2021 | 14 | NOTICE of Appearance by Jonathan Randall Little on behalf of BP America Production Company, BP Exploration & Production, Inc. (Little, Jonathan) [Transferred from alsd on 12/9/2021.] (Entered: 09/02/2021) |
| 09/08/2021 | 15 | NOTICE by Halliburton Energy Service, Inc. *of Service of Initial Disclosures* (York, Robert) [Transferred from alsd on 12/9/2021.] (Entered: 09/08/2021) |
| 09/15/2021 | 16 | NOTICE by Transocean Deepwater Inc, Transocean Holdings LLC, Transocean Offshore Deepewater Drilling, Inc. *(Notice of Service of Initial Disclosures)* (Boyd, Philip) [Transferred from alsd on 12/9/2021.] (Entered: 09/15/2021) |
| 09/30/2021 |  | Notice of Appearance Pro Hac Vice by R. Alan York. Pursuant to the Case Management Order entered in 21-cv-5000-KD-MU-C only the pro hac vice fee is being paid. I certify that documentation has been previously filed in 1:10-cv-00532. ( Filing fee $ 75, Receipt number AALSDC-2882200, Online Credit Card Payment.) (York, Robert) [Transferred from alsd on 12/9/2021.] (Entered: 09/30/2021) |
| 10/18/2021 |  | Notice of Appearance Pro Hac Vice by Sheeba Shyam Ajwani. Pursuant to the Case Management Order entered in 21-cv-5000-KD-MU-C only the pro hac vice fee is being paid. I certify that documentation has been previously filed in 21cv171. ( Filing fee $ 75, Receipt number AALSDC-2891278, Online Credit Card Payment.) (Ajwani, Sheeba) [Transferred from alsd on 12/9/2021.] (Entered: 10/18/2021) |
| 10/19/2021 | 17 | MOTION and APPLICATION for P. Michael Boyd to Appear Pro Hac Vice. Attorney affirms that a certificate of good standing that complies with **S.D. Ala. GenLR 83.3(d)** is attached. ( Filing fee $ 75, Receipt number AALSDC-2893348, Online Credit Card Payment) filed by Transocean Deepwater Inc, Transocean Holdings LLC, Transocean Offshore Deepewater Drilling, Inc.. (Attachments: # 1 Certificate of Good Standing) (Boyd, Philip) [Transferred from alsd on 12/9/2021.] (Entered: 10/19/2021) |
| 10/20/2021 |  | MOTIONS REFERRED: 17 MOTION and APPLICATION for P. Michael Boyd to Appear Pro Hac Vice. Attorney affirms that a certificate of good standing that complies with **S.D. Ala. Referred to Judge P. Bradley Murray. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 10/20/2021)** |
| 10/21/2021 | 18 | NOTICE by Transocean Deepwater Inc, Transocean Holdings LLC, Transocean Offshore Deepewater Drilling, Inc. re 17 MOTION and APPLICATION for P. Michael Boyd to Appear Pro Hac Vice. Attorney affirms |

|  |  |  |
|---|---|---|
|  |  | that a certificate of good standing that complies with **S.D. Ala. *Certificate of Good Standing* (Boyd, Philip) [Transferred from alsd on 12/9/2021.] (Entered: 10/21/2021)** |
| 10/21/2021 |  | MOTIONS REFERRED: 17 MOTION and APPLICATION for P. Michael Boyd to Appear Pro Hac Vice. Attorney affirms that a certificate of good standing that complies with **S.D. Ala. Referred to Judge P. Bradley Murray. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 10/21/2021)** |
| 10/21/2021 | 19 | ORDER granting 17 Motion to Appear Pro Hac Vice. Upon a review of the motion and application, it is hereby ORDERED, adjudged, and decreed that counselor P. Michael Boyd, as a member in good standing of the Bar of the United States District Court for the Eastern District of Louisiana (Doc. 18, PageID. 137), who has complied with the rules of this Court (Doc. 17, PageID. 134-35), be and is hereby admitted pro hac vice to serve the interests of justice in this action. Signed by Magistrate Judge P. Bradley Murray on 10-21-21. (lly) [Transferred from alsd on 12/9/2021.] (Entered: 10/21/2021) |
| 10/22/2021 | 20 | Order clarifying the record that this B3 action is stayed pending a final determination on transfer by MDL. Signed by Magistrate Judge P. Bradley Murray on 10/22/21. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 10/22/2021) |
| 12/09/2021 | 21 | Transfer Order (MDL) from Eastern District of Louisiana requesting transfer of action. Entire case file transferred electronically as requested. Case Closed. (cmj) [Transferred from alsd on 12/9/2021.] (Entered: 12/09/2021) |
| 12/09/2021 | 22 | Case transferred in from District of Alabama Southern; Case Number 1:21-cv-00312. Electronic file certified copy of transfer order and docket sheet received (gec) (Entered: 12/09/2021) |
| 12/09/2021 | 23 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, #41 2nd Amended, #68, #68 1st Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO #11, # 2 PTO #12 1st Amended, # 3 PTO #25, # 4 PTO #31, # 5 PTO #41 2nd Amended, # 6 PTO #68, # 7 PTO #68 1st Amended)(gec) (Entered: 12/09/2021) |
| 12/09/2021 | 24 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013. (gec) (Entered: 12/09/2021) |
| 12/09/2021 | 25 | CASE MANAGEMENT ORDER FOR THE B3 BUNDLE. Signed by Judge Carl Barbier. (gec) (Entered: 12/09/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/11/2022 09:34:15 | | | |
| PACER Login: | KirklandPACER | Client Code: | 24000-1251 |
| Description: | Docket Report | Search Criteria: | 2:21-cv-02243-CJB-DPC |
| Billable Pages: | 5 | Cost: | 0.50 |