# Exhibit 2

| | |
|---|---|
| From: | Sheeba Ajwani <sajwani@downslawgroup.com> |
| Sent: | Tuesday, January 4, 2022 12:55 PM |
| To: | Jakola, Katie; Barsanti, Vanessa; Roth, Martin L.; Sramek, Frank J. |
| Cc: | David Durkee, Esq; Matthew Street |
| Subject: | RE: PTO 68 Production : Johnson v. BP Exploration and Production Inc., et al 21-cv-02243 |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Counsel,

The Eastern District of Louisiana B3 Case Management Order was made applicable to Plaintiff Sonja Johnson's case on December 9, 2021 post completion of the proceedings before the Judicial Panel on Multidistrict Litigation.

In the aforesaid circumstances the 90 days deadline for completion of the PTOs would end on March 9, 2022.

Please let us know if you disagree.

Regards,

**Sheeba Ajwani**



**Miami-Dade - Main Office**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226 EXT 213
F. 305-444-6773
e-mail: sajwani@downslawgroup.com
Website: www.downslawgroup.com
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, FL 33067
T. 954-447-3556

**NOT ADMITTED IN FLORIDA**

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally

privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Sramek, Frank J. <fsramek@kirkland.com>
**Sent:** Monday, January 3, 2022 3:07 PM
**To:** Craig Downs <cdowns@downslawgroup.com>; David Duran <dduran@downslawgroup.com>; David Durkee, Esq <ddurkee@downslawgroup.com>; Discovery Email <discovery@downslawgroup.com>; MandatoryDisclosures <mandatorydisclosures@downslawgroup.com>
**Cc:** Jakola, Katie <kjakola@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Barsanti, Vanessa <vanessa.barsanti@kirkland.com>
**Subject:** PTO 68 Production

Counsel,

Please see the attached correspondence.

Best,
Frank

**Frank J. Sramek**
Senior Paralegal

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 8740
**F** +1 312 862 2200

[frank.sramek@kirkland.com](mailto:frank.sramek@kirkland.com)

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.