UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* *No. 17-2678, Miller v. BP* *No. 19-1418, O'Brien's Response Management LLC v. BP* *No. 21-1761, Doucet v. Danos and Curole Staffing LLC, et al* *No. 21-2243, Johnson v. BP* *All Severed B3 Cases* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

### REVISED ORDER[1]
### [Updating Rec. Doc. 27338 in MDL Docket]

**IT IS ORDERED** that the status conference currently scheduled for Wednesday, March 23, 2022 at 9:30 a.m. is **RESET** to **Friday, April 1, 2022 at 9:30a.m.** This status conference will be held **in person** in Judge Barbier's courtroom (C-268). Counsel for each of the parties as well as counsel with an interest in the severed B3 cases shall attend. The following matters will be addressed:

1. 14-657: *Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.*

    a. Status of the Case

2. 17-2678: *Miller v. BP*

    a. Oral Argument on Plaintiff's *Motion for Partial Summary Judgment* (Rec. Doc. 34)

---

[1] This Order changes the date of the status conference; reiterates it will be held in person; and invites the parties to submit suggestions re: *O'Brien's Response Management v. BP*.

3. 19-1418: *O'Brien's Response Management LLC v. BP*

    a. Impact of the Fifth Circuit's decision on the pending Severed B3 cases and how to proceed forward.
    b. The Court invites the parties to submit suggestions as to how the Court should proceed forward in light of the Fifth Circuit's decision. Each submission should not exceed 5 pages in length and must be submitted by **Tuesday, March 29, 2022**.

4. 21-1761: *Doucet v. Danos and Curole Staffing LLC, et al.*

    a. Oral argument on BP's *Motion to Dismiss* (Rec. Doc. 27333)

5. 21-2243: *Johnson v. BP*

    a. Oral Argument on Downs Law Group, P.A.'s *Motion for Clarification or Correction of the B3 Case Management Order* (Rec. Doc. 27230)

New Orleans, Louisiana, this 17th day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: file in Nos. 10-md-2179; 14-657; 17-2678; 19-1418; 21-1761; 21-2243; and all severed B3 cases.**