## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| Applies to: <br> 21-cv-01732 | JUDGE BARBIER <br> MAGISTRATE JUDGE CURRAULT |

### RESPONSE TO SHOW CAUSE ORDER RELATED TO BP PARTIES STATUS REPORT

**COMES NOW** Plaintiffs JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II, Individually and as Parents on Behalf of G.C., a Minor Child, ("**Plaintiffs**") by and through the undersigned counsel, file this Response to the show cause order dated February 14, 2022 ("**Show Cause Order**"), Rec. Document 27335 entered by this Court pursuant to the status report ("**BP Status Report**") filed by counsel for Defendants BP Exploration & Production Inc and BP America Production Company on February 11, 2022 (collectively the "**BP Parties**").

1. The aforesaid Plaintiffs case is listed as deficient for "Failed to include the date(s) of alleged damages, any amount, or the amount, or the calculations used to arrive at any alleged damages amount in response to damages question." per the BP Status Report, and therefore subject to the Show Cause Order.

2. The Downs Law Group and Counsel for the BP Parties met and conferred to resolve the deficiency listed in the BP Status Report. The deficiency has been resolved and further the BP Parties do not oppose this Response, notifying the Court that these Plaintiffs have satisfied the Show Cause Order.

WHEREFORE Plaintiffs, JESSICA ANN-MARIE CLARK, and ROBERT NICHOLAS CLARK II, Individually and as Parents on Behalf of G.C., a Minor Child, respectfully request that this Honorable Court (a) enter an Order setting aside the Show Cause Order with respect to these Plaintiffs; (b) their claims be subjected to further proceedings in this Court; and (c) any other relief this Court deems just and proper.

Dated: February 18, 2022

Respectfully Submitted,

                **THE DOWNS LAW GROUP, P.A.**
                *Attorney for Plaintiff*

                */s/ C. David Durkee*
                **C. David Durkee**
                Florida Bar No.: 998435
                3250 Mary Street. Suite 307
                Coconut Grove, FL 33133
                Telephone: (305) 444-8226
                Facsimile: (305)-444-6773
                Email:ddurkee@downslawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February 2022.

Dated this 18th of February 2022

*/s/ C. David Durkee*
C. David Durkee