UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to:<br>21-cv-01732 | JUDGE BARBIER<br>MAGISTRATE JUDGE CURRAULT |

### ORDER

Upon considering the Response filed by JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK II, Individually and as Parents on Behalf of G.C., a Minor Child ("**Plaintiffs**")

**IT IS HEREBY ORDERED** that:

1. The Show Cause Order dated February 14, 2022, with respect to these Plaintiffs is set aside;

2. Their claims are subjected to further proceedings in this Court; and

3. Any other relief this Court deems just and proper.

New Orleans, Louisiana, this _____ day of _____, 2022

_____
UNITED STATES DISTRICT COURT JUDGE