UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010 | * * * * * * * | MDL 2179 <br><br> SECTION J(2) <br><br> JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |

### EXPARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Max N. Tobias, Jr., independent executor of the Succession of Val P. Exnicios and an attorney at law, for the late Val P. Exnicios, Esq., who moves this Honorable Court to withdraw Val P. Exnicios and his law firm, Liska, Exnicios & Nungesser, from this matter as Val P. Exnicios died on January 17, 2022. Mr. Exnicios' client's cases have been resolved and he no longer has any clients in this matter. Counsel request that Mr. Exnicios' name be removed from the MDL master service and file and serve express service lists.

/s/ Max N. Tobias, Jr.
**VAL PATRICK EXNICIOS, T.A.  (LA Bar #19563)**
**MAX N. TOBIAS, JR (LA Bar #12837)**
*Liska, Exnicios & Nungesser*
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937

### CERTIFICATE OF SERVICE

I hereby certify that on 2/21/22 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/Max N. Tobias
**MAX N. TOBIAS, JR (LA Bar #12837)**
Val P. Exnicios #19563