UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010 | * * * * * * * | MDL 2179 <br><br> SECTION J(2) <br><br> JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |

## ORDER

UPON consideration of the Motion to Max N. Tobias, Jr., independent executor for the Succession of Val P. Exnicios and an attorney at law, to withdraw Val P. Exnicios and the law firm of Liska, Exnicios & Nungesser from this matter. It is hereby ORDERED that the name of Val P. Exnicios and the firm of Liska, Exnicios & Nungesser are withdrawn as counsel and their names be removed from the MDL master service list and the file and serve express service list.

_____
Honorable Judge Barbier