UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) | MDL NO: 2179 |
| | "DEEPWATER HORIZON" IN ) | |
| | THE GULF OF MEXICO, ON ) | SECTION: J |
| | APRIL 20, 2010 ) | |
| | ) | |
| Relates to: 2:14-cv-657 | | |
| | Melancon Rimes, LLC et. al. ) | Judge Barbier |
| | v. Downs Law Group, LLC, et. al. ) | Mag. Judge Currault |
| | ) | |
| | ) | |

**DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED
COMPLAINT PURSUANT TO RULE 12(b)(2) AND 12(b)(6)**

COMES NOW, Defendants Downs Law Group, P.A., Craig T. Downs, and Jeremy D. Friedman, by and through undersigned counsel, jointly, hereby files their Motion to Dismiss the Plaintiffs' Amended Complaint pursuant to Rule 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a cause of action.

In support of the Defendants' Motion to Dismiss, the Court is referred to the accompanying Memorandum of Law. For the reasons set forth in the Defendants' Memorandum of Law in Support of its Motion to Dismiss, the Defendants respectfully submit that this Court lacks personal jurisdiction over the Defendants Jeremy Friedman and Craig Downs, and that the Plaintiffs have failed to state a cause of action in their Amended Complaint. The Defendants thus requests that the Court dismiss the Plaintiffs' Amended Complaint with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was also sent via electronic mail on this 21st day of February, 2022 to: Craig Robinson, Esq., Robinson Law Offices, LLC

                                                  Jeremy D. Friedman, Esq.
                                                  The Downs Law Group, PA
                                                  3250 Mary Street, Suite 307
                                                  Coconut Grove, FL 33133
                                                  (305) 444-8226
                                                  Attorney for Claimants

                                                  __/s/ Jeremy Friedman____
                                                  Jeremy D. Friedman
                                                  Florida Bar # 134643