**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | ) | **MDL NO: 2179** |
| | **"DEEPWATER HORIZON" IN** | ) | |
| | **THE GULF OF MEXICO, ON** | ) | **SECTION: J** |
| | **APRIL 20, 2010** | ) | |
| | | ) | |
| **Relates to: 2:14-cv-657** | | | |
| | **Melancon Rimes, LLC et. al.** | ) | **Judge Barbier** |
| | **v. Downs Law Group, LLC, et. al.** | ) | **Mag. Judge Currault** |
| | | ) | |
| | | ) | |

**ORDER GRANTING DEFENDANTS'  JOINT MOTION TO DISMISS PLAINTIFFS'
AMENDED COMPLAINT PURSUANT TO RULE 12(b)(2) AND 12(b)(6) WITH
PREJUDICE**

Considering the Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint

pursuant to Rule 12(b)(2) and (12)(b)(6),

IT IS ORDERED that the Motion is GRANTED with Prejudice.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT JUDGE


cc: All Counsel of Record