# EXHIBIT B

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:22-cv-00394**

| | |
|---|---|
| Avila et al v. BP Exploration & Production, Inc. et al | Date Filed: 02/07/2022 |
| Assigned to: Judge Andrew S Hanen | Jury Demand: Plaintiff |
| Case in other court:  Louisiana Eastern, 2:21-cv-01736 | Nature of Suit: 360 P.I.: Other |
| Cause: 43:1349 | Jurisdiction: Federal Question |

**Plaintiff**

**Erin Avila**
*Individually and on behalf of minor child, K.A.*

represented by **Riana Maryanoff**
The Downs Law Group
3250 Mary St
Suite 307
Coconut Grove, FL 33133
305-444-8226
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles David Durkee**
The Downs Law Group
3250 Mary St
Ste 307
Miami, FL 33133
305-444-8226
Email: ddurkee@downslawgroup.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Avila**
*Individually and on behalf of minor child, K.A.*

represented by **Riana Maryanoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles David Durkee**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production, Inc.**

**Defendant**

**BP America Production Company**

**Defendant**

| | | |
|---|---|---|
| **Transocean Deepwater, Inc.** | represented by | **Kerry J. Miller**<br>Fishman Haygood LLP<br>201 St Charles Ave<br>Ste 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel John Dysart**<br>FISHMAN HAYGOOD LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Fax: 504-586-5250<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul C. Thibodeaux**<br>Fishman Haygood LLP<br>201 St. Charles Ave<br>46th Floor<br>New Orleans, LA 70170<br>504-586-5258<br>Email: pthibodeaux@fishmanhaygood.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Transocean Holdings LLC** | represented by | **Kerry J. Miller**<br>(See above for address) |

|  |  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|---|---|---|
|  |  | **Daniel John Dysart**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
|  |  | **Paul C. Thibodeaux**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

**Transocean Offshore Deepwater Drilling, Inc.**   represented by   **Kerry J. Miller**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Daniel John Dysart**
(See above for address)
ATTORNEY TO BE NOTICED

**Paul C. Thibodeaux**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Halliburton Energy Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2022 | 11 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/9/2022 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy(Judge Andrew S Hanen) Parties notified. (BrendaLacy, 4) (Entered: 02/07/2022) |
| 02/07/2022 | 10 | Case transferred in from Louisiana Eastern. Case Number 2:21-cv-01736; certified copy of transfer order, certified docket sheet, and transfer letter received (Entered: 02/07/2022) |
| 02/07/2022 | 9 | ORDER - IT IS ORDERED that the instant matter is hereby TRANSFERRED to the United States District Court for the Southern District of Texas. Signed by Magistrate Judge Donna Phillips Currault on 2/4/2022. (NEF: Section J) (sa) (Entered: 02/07/2022) |

| | | | |
|---|---|---|---|
| 12/20/2021 | 8 | | Statement by Brian Avila, Erin Avila *PTO 66* (Maryanoff, Riana) (Entered: 12/20/2021) |
| 12/20/2021 | 7 | | Statement by Brian Avila, Erin Avila *PTO 63* (Maryanoff, Riana) (Entered: 12/20/2021) |
| 12/20/2021 | 6 | | WAIVER OF SERVICE Returned Executed; waiver sent to BP America Production Company on 11/19/2021, answer due 1/18/2022; BP Exploration & Production, Inc. on 11/19/2021, answer due 1/18/2022; Halliburton Energy Services, Inc. on 11/19/2021, answer due 1/18/2022; Transocean Deepwater, Inc. on 11/19/2021, answer due 1/18/2022; Transocean Holdings, LLC on 11/19/2021, answer due 1/18/2022; Transocean Offshore Deepwater Drilling, Inc. on 11/19/2021, answer due 1/18/2022. (Attachments: # 1 Summons Executed Waiver of Summons, # 2 Summons Executed Waiver of Summons, # 3 Summons Executed Waiver of Summons, # 4 Summons Executed Waiver of Summons, # 5 Summons Executed Waiver of Summons)(Maryanoff, Riana) (Entered: 12/20/2021) |
| 09/22/2021 | 5 | | CASE MANAGEMENT ORDER FOR THE B3 BUNDLE. Signed by Judge Carl Barbier.(gec) (Entered: 09/22/2021) |
| 09/22/2021 | 4 | | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(gec) (Entered: 09/22/2021) |
| 09/22/2021 | 3 | | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, #41 2nd Amended, #68, #68 1st Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO #11, # 2 PTO #12 1st Amended, # 3 PTO #25, # 4 PTO #31, # 5 PTO #41 2nd Amended, # 6 PTO #68, # 7 PTO #68 1st Amended)(gec) (Entered: 09/22/2021) |
| 09/22/2021 | 2 | | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Donna Phillips Currault. (go) (Entered: 09/22/2021) |
| 09/21/2021 | 1 | | COMPLAINT with jury demand against All Defendants (Filing fee $ 402 receipt number ALAEDC-9034613) filed by Erin Avila, Brian Avila. (Attachments: # 1 Civil Cover Sheet)Attorney Riana Maryanoff added to party Erin Avila (pty:pla). (Maryanoff, Riana) (Entered: 09/21/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2022 11:24:17 | | | |
| **PACER Login:** | Red123Rover456 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-00394 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00063-JB-MU-C

Brightbill et al v. BP Exploration & Production, Inc. et al
Panel: Chief District Judge Jeffrey U. Beaverstock
    Magistrate Judge P. Bradley Murray
    Magistrate Judge William E. Cassady
Lead case: 1:21-cv-05000-KD-MU-C
Member case: (View Member Case)
Case in other court: Louisiana Eastern, 2:21-cv-01811
Cause: 43:1349

Date Filed: 02/10/2022
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

### Plaintiff

**Sara M. Brightbill**
*Individually and on behalf of M.B., Minor Child*

represented by **Riana Maryanoff**
Downs Law Group PA
3250 Mary Street
Suite 307
Coconut Grove, FL 33133
305-444-8226
Fax: 305-444-6773
Email: rmaryanoff@downslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles David Durkee**
Downs Law Group PA
3250 Mary Street
Suite 307
Miami, FL 33133
305-444-8226
Fax: 305-444-6773
Email: ddurkee@downslawgroup.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

| | |
|---|---|
| **Gary A. Brightbill**<br>*Individually and on behalf of M.B.,Minor Child* | represented by **Riana Maryanoff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charles David Durkee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**BP Exploration & Production Inc**

**Defendant**

**BP America Production Company**

**Defendant**

**Transocean Deepwater Inc**

**Defendant**

**Transocean Holdings LLC**

**Defendant**

**Transocean Offshore Deepwater Drilling Inc**

**Defendant**

**Halliburton Energy Services, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2022 | | Notice of Appearance Pro Hac Vice by Charles David Durkee. Pursuant to the Case Management Order entered in 21-cv-5000-KD-MU-C only the pro hac vice fee is being paid. I certify that documentation has been previously filed in 19cv00447. ( Filing fee $ 75, Receipt number AALSDC-2965279, Online Credit Card Payment.) (Durkee, Charles) (Entered: 02/18/2022) |
| 02/11/2022 | 12 | B3 CASE MANAGEMENT ORDER. Signed by District Judge Kristi K. DuBose on 8/20/2021. (Attachments: # 1 B3 - Attachment A, # 2 B3 - Attachment B, # 3 B3 - Attachment C) (meh) (Entered: 02/11/2022) |
| 02/11/2022 | 11 | OMNIBUS ORDER MODIFYING B3 CASE MANAGEMENT ORDER. Signed by Chief District Judge Jeffrey U. |

| | | |
|---|---|---|
| | | Beaverstock on 12/17/2022. (meh) (Entered: 02/11/2022) |
| 02/10/2022 | 10 | Case transferred in from District of Louisiana Eastern; Case Number 2:21-cv-01811. Original file certified copy of transfer order and docket sheet received. (Entered: 02/10/2022) |
| 02/08/2022 | 9 | ORDER - IT IS ORDERED that the instant matter is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama. Signed by Magistrate Judge Donna Phillips Currault on 2/7/2022. (NEF: Section J) (sa) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 02/08/2022) |
| 01/04/2022 | 8 | Statement by Gary A. Brightbill, Sara M. Brightbill *PTO 66* (Maryanoff, Riana) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 01/04/2022) |
| 01/04/2022 | 7 | Statement by Gary A. Brightbill, Sara M. Brightbill *PTO 63* (Maryanoff, Riana) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 01/04/2022) |
| 01/04/2022 | 6 | WAIVER OF SERVICE Returned Executed; waiver sent to BP America Production Company on 11/29/2021, answer due 1/28/2022; BP Exploration & Production, Inc. on 11/29/2021, answer due 1/28/2022; Halliburton Energy Services, Inc. on 11/28/2021, answer due 1/27/2022; Transocean Deepwater, Inc. on 11/28/2021, answer due 1/27/2022; Transocean Holdings, LLC on 11/28/2021, answer due 1/27/2022; Transocean Offshore Deepwater Drilling, Inc. on 11/28/2021, answer due 1/27/2022. (Attachments: # 1 Summons Waiver of Summons, # 2 Summons Waiver of Summons, # 3 Summons Waiver of Summons, # 4 Summons Waiver of Summons, # 5 Summons Waiver of Summons)(Maryanoff, Riana) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 01/04/2022) |
| 10/04/2021 | 5 | CASE MANAGEMENT ORDER FOR THE B3 BUNDLE. Signed by Judge Carl Barbier.(gec) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 10/04/2021) |
| 10/04/2021 | 4 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 05/20/2013.(gec) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 10/04/2021) |
| 10/04/2021 | 3 | PRETRIAL ORDERS #1, #11, #12 1st Amended, #25, #31, #41 2nd Amended, #68, #68 1st Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO #11, # 2 PTO #12 1st Amended, # 3 PTO #25, # 4 PTO #31, # 5 PTO #41 2nd Amended, # 6 PTO #68, # 7 PTO #68 1st Amended)(gec) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 10/04/2021) |
| 10/01/2021 | 2 | Initial Case Assignment to Judge Carl Barbier and Magistrate Judge Donna Phillips Currault. (ess) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 10/01/2021) |
| 10/01/2021 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 402 receipt number ALAEDC-9048909) filed by M.B., a Minor Child. (Attachments: # 1 Civil Cover Sheet)Attorney Riana Maryanoff added to party M.B., a Minor Child(pty:pla). (Maryanoff, Riana) [Transferred from Louisiana Eastern on 2/10/2022.] (Entered: 10/01/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2022 11:27:02 | | | |
| PACER Login: | Red123Rover456 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:22-cv-00063-JB-MU-C |
| Billable Pages: | 3 | Cost: | 0.30 |