# EXHIBIT D

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  )
 )
 )
OIL SPILL BY THE OIL RIG  )  MDL Docket No. 2179
"DEEPWATER HORIZON" IN THE  )
GULF OF MEXICO ON APRIL 20, 2010  )
 )

### NOTICE OF POTENTIAL TAG-ALONG ACTION

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.C. 20002-8004

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation defendant BP Exploration & Production Inc. ("BP") hereby gives notice that the case listed on the accompanying Schedule of Potential Tag-Along Actions is a potential tag-along action that relates to the cases which have been consolidated as *In re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico On April 20, 2010*, MDL 2179, pursuant to the Panel's August 10, 2010 Order. The action identified in the accompanying Schedule of Potential Tag-Along Action was filed, served, and/or has come to BP's attention as a potential tag-along action recently.

In her Complaint in this action, plaintiff Sonja Johnson alleges claims for personal injury due to exposure to oil and/or other chemicals used during the *Deepwater Horizon* oil spill response. (Exhibit A (Original Petition) at ¶¶ 78-81.)   District Judge Carl J. Barbier, who is overseeing MDL 2179 in the United States District Court for Eastern District of Louisiana, has

organized such claims for "personal injury and wrongful death due to exposure to oil and/or other chemicals used during the oil spill response" into a "B3 bundle" for purposes of case management. (Exhibit B (Case Management Order for the B3 Bundle) at 1.)  On February 23, 2021, Judge Barbier issued a Case Management Order directing any future "B3 case" be consolidated with MDL 2179 and the plaintiff shall comply with certain requirements of the Court's Pretrial Orders. (*Id.* at 8.)

Copies of the Complaint and Docket Sheet for the Potential Tag-Along Action identified in the accompanying Schedule are filed herewith.

Dated: July 27, 2021

Respectfully submitted,

By: /s/ *Kristopher S. Ritter*
Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Phone: (312) 862-2000
Fax:   (312) 862-2200

*Attorneys for BP Exploration & Production Inc.*

**Before the United States Judicial Panel on Multidistrict Litigation**
**MDL-2179**
*In re Oil Spill By The Oil Rig "Deepwater Horizon"*
*In The Gulf Of Mexico On April 20, 2010*

### SCHEDULE OF POTENTIAL TAG-ALONG ACTION

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Sonja Johnson<br><br>**Defendants:**<br>BP Exploration & Production Inc., BP America Production Co., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc. | S.D. Ala. (Mobile Division) | 1:21-cv-00312 | **Judge:**<br>Jeffrey U. Beaverstock<br><br>**Magistrate Judge:**<br>P. Bradley Murray |

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: )<br>)<br>)<br>OIL SPILL BY THE OIL RIG )<br>"DEEPWATER HORIZON" IN THE )<br>GULF OF MEXICO ON APRIL 20, 2010 )<br>) | MDL Docket No. 2179 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

To: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation defendants BP Exploration & Production Inc. and BP America Production Co. (together, "BP") hereby give notice that the case listed on the accompanying Schedule of Potential Tag-Along Actions is a potential tag-along action that relates to the cases which have been consolidated as *In re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico On April 20, 2010*, MDL 2179, pursuant to the Panel's August 10, 2010 Order. The action identified in the accompanying Schedule of Potential Tag-Along Action was filed, served, and/or has come to BP's attention as a potential tag-along action recently.

In his Complaint in this action, plaintiff Marian Law alleges claims for personal injury due to exposure to oil and/or other chemicals used during the *Deepwater Horizon* oil spill response. (Exhibit A (Original Petition) at ¶¶ 78-81.)  District Judge Carl J. Barbier, who is overseeing MDL 2179 in the United States District Court for Eastern District of Louisiana, has

organized such claims for "personal injury and wrongful death due to exposure to oil and/or other chemicals used during the oil spill response" into a "B3 bundle" for purposes of case management. (Exhibit B (Case Management Order for the B3 Bundle) at 1.) On February 23, 2021, Judge Barbier issued a Case Management Order directing any future "B3 case" be consolidated with MDL 2179 and the plaintiff shall comply with certain requirements of the Court's Pretrial Orders. (*Id.* at 8.)

Copies of the Complaint and Docket Sheet for the Potential Tag-Along Action identified in the accompanying Schedule are filed herewith.

Dated: December 9, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Kristopher S. Ritter*
　　　　　　　　　　　　　　　　　　　　Matthew T. Regan, P.C.
　　　　　　　　　　　　　　　　　　　　(matthew.regan@kirkland.com)
　　　　　　　　　　　　　　　　　　　　Kristopher S. Ritter
　　　　　　　　　　　　　　　　　　　　(kristopher.ritter@kirkland.com)
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　300 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Phone: (312) 862-2000
　　　　　　　　　　　　　　　　　　　　Fax: (312) 862-2200

　　　　　　　　　　　　　　　　　　　　*Attorneys for BP Exploration & Production Inc.*
　　　　　　　　　　　　　　　　　　　　*and BP America Production Co.*

Before the United States Judicial Panel on Multidistrict Litigation
MDL-2179
*In re Oil Spill By The Oil Rig "Deepwater Horizon"
In The Gulf Of Mexico On April 20, 2010*

### SCHEDULE OF POTENTIAL TAG-ALONG ACTION

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Marian Law<br><br>**Defendants:**<br>BP Exploration & Production Inc., BP America Production Co., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc. | S.D. Ala. (Mobile Division) | 1:21-cv-00520 | **District Judge:**<br>Kristi K. DuBose<br><br>**Magistrate Judges:**<br>P. Bradley Murray and William E. Cassady |