UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL 2179** |
| | * | **SECTION: J(2)** |
| **Applies to:** *No. 14-657* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court is a *Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Rule 12(b)(2) and 12(b)(6)* **(Rec. Doc. 27343)**.

**IT IS ORDERED** that any opposition to the *Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Rule 12(b)(2) and 12(b)(6)* **(Rec. Doc. 27343)** shall be filed by no later than **Tuesday, March 15, 2022**. Any reply shall be filed by **Wednesday, March 23, 2022**. Oral Argument will be had at the Status Conference currently set for **Friday, April 1, 2022**.

New Orleans, Louisiana, this 22nd day of February, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE