UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE CURRAULT |
| BELO Cases identified below | * | |

## ORDER

On February 14, 2022, the Court issued an Order to Show Cause requiring counsel for 1 BELO plaintiff to show cause why his claims should not be dismissed with prejudice for failing to provide full and complete disclosures as required under BELO Initial Proceedings Case Management Order Nos. 1 & 2. (Rec. Doc. 26317). The 1 BELO plaintiff filed a response stating that he has since provided full and complete disclosures and should not be dismissed. (Rec. Doc. 27340). The response indicated that counsel for plaintiff and the BP Parties met and conferred to resolve the deficiency, and the deficiency has been resolved. As such, the BP Parties do not oppose the response.

In light of the above,

**IT IS ORDERED** that the Order to Show Cause (Rec. Doc. 27335) is **SATISFIED** and **SET ASIDE** with respect to the following 1 BELO plaintiff, and his claims are **NOT** dismissed:

|   | Docket Number | Plaintiff |
|---|---|---|
| 1 | 21-1732 | G.C. (Minor Child) |

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE