## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HILLARD DOUCET** | * | CASE No. 21-cv-01761-CJB-DPC |
| | * | |
| v. | * | SECTION J |
| | * | |
| **BP AMERICA PRODUCTION COMPANY,** | * | JUDGE BARBIER |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., and DANOS AND CUROLE** | * | MAGISTRATE JUDGE CURRAULT |
| **STAFFING, LLC** | * | |
| ************************************* | * | |

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM TO ADOPT BP'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendant Danos and Curole Staffing, LLC moves for an order pursuant to Fed. R. Civ. P. 10 to allow it adopt and join in defendants BP America Production Company and BP Exploration & Production Inc.'s motion to dismiss plaintiff Hillard Doucet's lawsuit. BP filed its motion to dismiss and to partially lift the stay in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL no. 2179). (MDL Rec. Doc. 27333.) The Court granted the motion to partially lift the stay for the limited purpose of briefing and a decision on BP's motion to dismiss Doucet's lawsuit. (MDL Rec. Doc. 27336.) The Court also set a status conference to conduct oral argument on BP's motion to dismiss for April 1, 2022. (Rec. Doc. 14.)

Pursuant to Fed. R. Civ. P. 10, Danos and Curole seeks to adopt by reference BP's motion and supporting memorandum (MDL R. Docs. 27333 and 27333-1) to dismiss Mr. Doucet's lawsuit, including his claims against Danos and Curole. Mr. Doucet re-urges claims already dismissed by this Court and affirmed by the Fifth Circuit; they should be summarily dismissed.

Wherefore, Danos and Curole asks that its motion be granted and that the Court permit it to adopt by reference and join in BP's motion (and supporting memorandum) to dismiss Mr. Doucet's lawsuit, including his claim against it, as if copied in full and pled herein.

> Respectfully Submitted,
>
> /s/ Brandon C. Briscoe
> Sean P. Brady (#34558) (Trial Attorney)
> Brandon C. Briscoe (#29542)
> FLANAGAN PARTNERS LLP
> 201 St. Charles Avenue, Suite 3300
> New Orleans, Louisiana 70170
> Telephone: (504) 569-0235
> sbrady@flanaganpartners.com
> bbriscoe@flanaganpartners.com
>
> Attorneys for Danos and Curole Staffing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 25th day of February, 2022, by using the CM/ECF System, which will send a notice of electronic filing to all counsel.

> /s/ Brandon C. Briscoe