## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HILLARD DOUCET** | * | **CASE No. 21-cv-01761-CJB-DPC** |
| | * | |
| **v.** | * | **SECTION J** |
| | * | |
| **BP AMERICA PRODUCTION COMPANY,** | * | **JUDGE BARBIER** |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., and DANOS AND CUROLE** | * | **MAGISTRATE JUDGE CURRAULT** |
| **STAFFING, LLC** | * | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * | |

### ORDER

Considering Danos and Curole Staffing, LLC's motion to allow it to adopt and join in defendants BP America Production Company and BP Exploration & Production Inc.'s (1) motion to dismiss plaintiff Hillard Doucet's lawsuit and (2) BP's supporting memorandum (2010-MD-2179 Rec. Docs. 27333 and 27333-1), the motion is hereby **GRANTED.**

**IT IS ORDERED** that Danos and Curole, LLC hereby adopts by reference the motion to dismiss Hillard Doucet's lawsuit and the arguments asserted in 2010-MD-2179 Record Documents 27333 and 27333-1.

New Orleans, Louisiana, this _____ day of March 2022.

_____
**UNITED STATES DISTRICT JUDGE**