UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HILLARD DOUCET | CIVIL ACTION |
| VERSUS | NO. 21-1761 |
| BP AMERICA PRODUCTION CO., ET AL | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Ex Parte Motion to Adopt BP's Motion to Dismiss Pursuant to Rule 12(b)(6)* **(MDL 2179 Rec. Doc. 27347)** filed by Defendant, Danos and Curole Staffing, LLC,

**IT IS HEREBY ORDERED** that motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant, Danos and Curole Staffing, LLC hereby adopts by reference the BP Defendants' Motion to Dismiss and the arguments asserted in MDL 2179 Record Documents 27333 and 27333-1.

New Orleans, Louisiana, this 2nd day of March, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE