# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/28/2022 | 29589 |
| PERIOD START | THROUGH DATE |
| 11/1/2021 | 1/31/2022 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 9.4 Hrs. | | $740.00 |
| Format and load electronic files | 8.4 Hrs. | | $840.00 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 723,584 | $0.002 | $1,447.17 |
| **Claim Validation** | | | |
| Process Paper Claims, Deficiencies, Appeals, & Court Review Requests | 304.6 Hrs. | | $35,029.00 |
| Prepare Deficiency/Rejection Letters | 11.2 Hrs | | $616.00 |
| **Contact Services** | | | |
| IVR (per minute) | 1,861.6 | $0.32 | $595.71 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 50.4 Hrs. | | $2,520.00 |
| Handling of class member communications | 164.3 Hrs. | | $18,894.50 |
| **Distribution Services** | | | |
| Records Paid by Check | 5 | $0.79 | $3.95 |
| Records Paid by Wire | 14 | $0.79 | $11.06 |
| Check reissues | 30 | $0.79 | $23.70 |
| **Reporting** | 3.1 Hrs. | | $341.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 144.2 Hrs. | | $17,714.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |
| **Systems Support** | 1.6 Hrs. | | $171.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 72.3 Hrs. | | $12,652.50 |
| **Total Fees** | | | **$92,617.09** |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| Total Project Expenses (See Exhibit A) | | | | $23.13 |
| **Sub Total** | | | | $92,640.22 |
| Sales Tax | | | | $3,324.46 |
| **Sub Total** | | | | $95,964.68 |
| Less Payment Received | | | | ($7,026.83) |
| **Grand Total** | | | | $88,937.85 |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| | **Description** | **Amount** |
| | **Project Expenses** | |
| | For the period: Nov 01, 2021 through Jan 31, 2022 | |
| Postage | | $21.35 |
| Stationery & Supplies | | $0.60 |
| Copy Charges | | $1.18 |
| **Total** | | **$23.13** |

**Please Remit To:**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com



**ADAMS, JENKINS AND CHEATHAM**
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS CONSULTANTS

HESI - Transocean Assigned Claims
Combined Settlements Fund
Juneau David APLC
Attn: Patrick Juneau
1200 Camellia Blvd., Suite 202
Lafayette, LA 70508

Client ID: 5272
Invoice: 61024
Date: 10/15/2021

For professional service rendered as follows:

Preparation of corporate income tax returns and extensions for the year ended December 31, 2020. Also, includes estimated tax calculations and related communications.     5,800.00

| | |
|---|---:|
| Billed Time & Expenses | $5,800.00 |
| Invoice Total | $5,800.00 |

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Invoices | 5,800.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $5,800.00 |



**ADAMS, JENKINS AND CHEATHAM**
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS CONSULTANTS

HESI -Transocean Punitive Damages
Combined Settlements Fund
Juneau David APLC
Attn: Patrick Juneau
1200 Camellia Blvd., Suite 202
Lafayette, LA 70508

| | |
|---|---|
| Client ID: | 5654 |
| Invoice: | 61025 |
| Date: | 10/15/2021 |

For professional service rendered as follows:

| | |
|---|---:|
| Preparation of corporate income tax returns and extensions for the year ended December 31, 2020. Also, includes estimated tax calculations and related communications. | 5,700.00 |
| Billed Time & Expenses | $5,700.00 |
| Invoice Total | $5,700.00 |

| | |
|---|---:|
| Beginning Balance | $0.00 |
| Invoices | 5,700.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $5,700.00 |

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA  70505-1268

February 3, 2022

|  |  |
|---|---|
| Invoice #: | 35664 |
| Billed Through: | January 31, 2022 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 31, 2022 | $6,800.00 |
| CURRENT EXPENSES THROUGH: | January 31, 2022 | $666.33 |
| TOTAL CHARGES FOR THIS BILL | | $7,466.33 |
| TOTAL NOW DUE | | $7,466.33 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70505-1268

February 3, 2022

|  |  |
|---|---|
| Invoice #: | 35664 |
| Billed through: | January 31, 2022 |
| Account #: | 001300  01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $5,383.20 |
| Less payments received since previous invoice | $5,383.20 |

**PROFESSIONAL SERVICES**                                                                                                       **Hours**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/11/21 | PJH | CORRESPOND WITH COURT, VENDOR RE: HESI/TO DMI JMO | 0.30 |
| 11/15/21 | PJH | CORRESPOND WITH COURT, VENDOR RE: HESI/TO DMI JMO | 0.10 |
| 11/16/21 | PJH | CORRESPOND WITH VENDOR RE: HESI/TO DMI JMO | 0.20 |
| 11/24/21 | PJH | REVIEW AND CORRESPOND RE: HESI/TO TAX RETURN MAILING | 0.30 |
| 12/15/21 | PAJ | REVIEW OF EMAIL RE: QUARTERLY INVOICES AND STATUS OF HANDLING REISSUES | 0.30 |
| 12/15/21 | PJH | REVIEW EMAIL FROM VENDOR RE: QUARTERLY INVOICES AND FURTHER REVIEW OF SAME | 0.50 |
| 12/20/21 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES AND APPROVALS OF SAME FROM COUNSEL | 0.20 |
| 12/20/21 | PJH | DRAFT MOTION, PROPOSED ORDER, ETC FOR DISTRIBUTION FOR ADMINISTRATIVE EXPENSES AND CORRESPOND WITH VENDOR, PARTIES RE: SAME; FILE MOTION AND CORRESPOND WITH COURT RE: SAME | 1.50 |
| 12/20/21 | PAJ | REVIEW FILED MOTION FOR DISBURSEMENT OF ADMINISTRATIVE COSTS AND EXHIBITS | 0.10 |
| 12/22/21 | PAJ | REVIEW OF SIGNED ORDER APPROVING DISBURSEMENT OF ADMINISTRATIVE COSTS | 0.10 |
| 01/20/22 | PAJ | TRAVEL TO AND FROM NEW ORLEANS, LA FOR MEETING WITH COURT | 7.00 |
| 01/20/22 | PJH | TRAVEL TO AND FROM NEW ORLEANS, LA FOR MEETING WITH COURT | 7.00 |
| 01/26/22 | PAJ | REVIEW OF EMAIL RE: DRAFT QUARTERLY REPORT NO. 24, STATUS OF RECONCILIATION, SENDING OUT 1099S FOR 2021, AND ADMINISTRATIVE COSTS | 0.30 |
| 01/27/22 | PAJ | REVIEW OF EMAIL RE: DRAFT QUARTERLY REPORT NO. 24 | 0.10 |
| 01/27/22 | PAJ | CONFER WITH HRON RE: COURT REPORT | 0.20 |
| 01/27/22 | PJH | REVIEW, EDIT, AND CONFER PAJ RE: COURT REPORT AND CORRESPONDENCE RE: SAME | 0.50 |
| 01/31/22 | PJH | REVIEW TAX DOCUMENT RE: HESI/TO PROGRAM AND CORRESPONDENCES RE: SAME | 0.20 |
|  |  |  | 18.90       $6,800.00 |

| | | | | Invoice # 35664 | Page | 2 |
|---|---|---|---|---|---|---|
| 001300 | 01580 | | | | | |
| PAJ | JUNEAU, PATRICK A. | 8.30 hrs @ | $500.00 /hr | $4,150.00 | | |
| PJH | HRON, PATRICK J | 10.60 hrs @ | $250.00 /hr | $2,650.00 | | |
| | Fee Recap Totals | 18.90 | | $6,800.00 | | |

| EXPENSES | | Amount |
|---|---|---|
| 11/12/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 12/07/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 12/30/21 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 01/14/22 | FILE & SERVEXPRESS; REPOSITORY FEE | 40.00 |
| 01/20/22 | PATRICK A. JUNEAU, JR.; MILEAGE - ROUND TRIP TO NEW ORLEANS, LA - 270 MILES @ $0.585 PER MILE RE: MEETING WITH COURT | 157.95 |
| 01/20/22 | PATRICK J. HRON; MILEAGE - ROUND TRIP TO NEW ORLEANS, LA - 270 MILES @ $0.585 PER MILE RE: MEETING WITH COURT | 157.95 |
| 01/20/22 | PATRICK A. JUNEAU, JR.; MEAL WITH JUDGE BARBIER AND STAFF | 288.93 |
| 01/31/22 | COPYING | 6.50 |
| | | $666.33 |

**BILLING SUMMARY:**

| TOTAL FEES | $6,800.00 |
|---|---|
| TOTAL EXPENSES | $666.33 |
| TOTAL FEES & EXPENSES | $7,466.33 |
| **TOTAL NOW DUE** | **$7,466.33** |