**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | **Oil Spill by the Oil Rig** | **MDL 2179** |
| | **"Deepwater Horizon" in the Gulf** | |
| | **of Mexico, on April 20, 2010** | **SECTION "J"** |

**This Document Relates To:**
   *No. 15-4143, 15-4146 & 15-4654*  **District Judge Carl J. Barbier**

               **Magistrate Judge Donna Phillips Currault**

## ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed by the Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau;

IT IS HEREBY ORDERED that:

Epiq Global is hereby authorized and directed to initiate payments from the HESI-Transocean Punitive Damages Combined Settlement Fund B account established with Huntington Bank to satisfy the following invoices as Administrative Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages and Assigned Claims Settlement Agreements:

New Class Expenses:

| | |
|---|---|
| Epiq invoice dated 2/28/2022 | $88,937.85 |
| Juneau David, APLC invoice dated 2/3/2022 | $7,466.33 |
| Adams, Jenkins and Cheatham two (2) invoices dated 10/15/2021 | $11,500.00 |

Such New Class Expense payments are to be made from the HESI-Transocean Punitive

Damages Combined Settlements Fund Account B previously established with Huntington Bank.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE