UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| This document relates to: | * | |
| *No.21-00237* | * | |
| | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| | * | |
| | * | **MAGISTRATE JUDGE CURRAULT** |
| | * | |

## STATUS REPORT

The undersigned respectfully provide the Court the following Status Report regarding the Court's Order of August 26, 2021 [Rec. Doc. 27223]:

**MAY IT PLEASE THE COURT:**

On August 26, 2021, the Court entered an Order setting the amount of attorneys' fees and costs owed by Brian J. Donovan to Stephen J. Herman as $71,180.50 and to James P. Roy as $14,974.20, plus interest running from that date until paid.[1]

The undersigned has conferred with Mr. Donovan regarding the status of such payment, and Mr. Donovan advises that he intends to satisfy the Court's Order in full within the next sixty (60) days.

---

[1] *See* Rec. Doc. 27223.

This 14th day of March, 2022.


Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman<br>**Stephen J. Herman**, La. Bar No. 23129<br>**HERMAN HERMAN & KATZ LLC**<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax. No. (504) 569-6024<br>Email: sherman@hhklawfirm.com<br><br>*Defendant* |    /s/ James Parkerson Roy<br>**James Parkerson Roy**, La. Bar No.11511<br>**DOMENGEAUX WRIGHT ROY**<br>   **& EDWARDS, LLC**<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br><br>*Defendant* |

**Certificate of Service**

I HEREBY CERTIFY that the above and foregoing Status Report will be filed into the record using the Court's ECF electronic filing system, and will be served upon Mr. Donovan *via* E-Mail and by U.S. Mail, to:

> 3015 W. Santiago St., #6
> Tampa, Florida 33629
> donovanlawgroup@gmail.com

This 14th day of March, 2022.

       /s/ Stephen J. Herman