# DEEPWATER HORIZON CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

English | Español | Bằng Tiếng Việt

Home

## Check Claim Status

<< Back

### Claimant Information

**Claimant ID:** 100014157     **Taxpayer ID:** *****4315

The status for this claimant is shown below. If the latest status is a Notice, the response deadline is also shown.

### Claimant Status

| Status | Status Date | Response Deadline |
|---|---|---|
| Claimant Opted Out of Settlement | 03/01/2013 | |

The status for each claim is shown below. If the latest status is a Notice, the response deadline is also shown.

### Claim Status

| Claim ID | Claim Type | Details | Status | Status Date | Response Deadline |
|---|---|---|---|---|---|
| 2739 | VoO Charter Payment | | Claim Closed - Claimant Opted Out of Settlement | 03/06/2013 | |
| 415377 | Subsistence | | Claim Closed - Claimant Opted Out of Settlement | 08/06/2015 | |

To view and respond to Notices or to submit claims and upload documents for this claimant, you must logon to the DWH Portal at www2.deepwaterhorizoneconomicsettlement.com.

If you are represented by an attorney and have any questions regarding your status, contact your attorney. If you are unrepresented and have questions regarding your status, call 1-800-353-1262.



EXHIBIT B



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS |||
|---|---|---|
| DATE OF NOTICE: March 1, 2013 |||
| **I. CLAIMANT INFORMATION** |||
| **Claimant Name** | Last: DOUCET | First: HILLARD  Middle: |
| **Claimant ID** | 100014157 ||
| **Law Firm** | Law Offices of Andre' P. LaPlace ||

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

## III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.