# ACUERDO DE RETENCIÓN

Con este acuerdo de retención se establecen los términos y condiciones en que _Carlos Estrada_ ("Cliente/ su nombre") compromete a retener The Law Offices of Downs Law Group ("Firma") como asesor legal y bajo el cual la firma se compromete a representar al cliente. Este acuerdo de retención sirve como el acuerdo vinculante y en control. Este acuerdo de retencion revoca cualquier y todos los retenedores anteriores. Los términos y condiciones de esta empresa son los siguientes:

1. **El cliente cuenta con la firma para representar a cliente en la aplicación de una causa de acción por lesiones personales que surjan de: Demanda de acción de Clase contra BP-Deepwater Horizon Derrames de Petróleo.**

La empresa acepta este tipo de empleo y se compromete a tomar las medidas que son a su juicio razonables y convenientes para hacer cumplir los derechos de los clientes.

2. Como compensación por sus servicios, el Cliente se compromete a pagar a la firma la mas alta cantidad concedida por la Corte o un honorario razonable de la siguiente manera:

   (A) 25 % de cualquier recuperación hasta $ 1,000,000 a través del momento de la presentación de una respuesta o una demanda de nombramiento de los árbitros;

3. Además, el cliente es responsable de todos los gastos razonables y necesarios y los gastos incurridos por la firma, **amenos que el client no recibe compensacion**. Estos gastos, tomado del importe bruto, incluyen, pero no se limitan a, los honorarios de presentación, costos, honorarios de transcripción reportero de la corte, copia e impresión, costos de correo, cuentas de teléfono, la investigación por computadora legal el tiempo de conexión, los costos del investigador, honorarios profesionales, y cualesquiera otros gastos necesarios realizados en la representación del cliente, más los intereses. Estos gastos no deben execder $250.00, y no se le corara a menos que el cliente receibe una compensacion. Siempre que sea posible, el Cliente deberá ser consultado antes de incurrir en grandes gastos. El Cliente acepta la firma de firmar cualquier "carta de protección" cuando la empresa lo estima conveniente, una carta "de la protección es un acuerdo por la empresa para retener los fondos suficientes de cualquier acuerdo o sentencia recibida por el cliente a pagar las facturas pendientes de pago a un médico u hospital.

4. El monto del honorario contingente se basa en la recuperación bruta antes de costos. Todos los costos serán pagados de cualquier cantidad recuperada para el cliente después de contar el costo, y si no hay recuperación, el cliente no va a estar en deuda con la firma de cualquier cantidad que sea como honorarios o costos. Costos de la empresa son independientes de las tasas, y son responsabilidad del cliente. Además, la firma se da un derecho de retención por parte del Cliente de cualquier acuerdo o un juicio a deducir y retener a los honorarios y costos de su cuenta de fideicomiso antes de desembolsar el saldo al Cliente.

5. El cliente que suscribe entiende que él/ella va a ser visto por los médicos con respecto a la matriz pertinente del caso BP, Beneficios Medicos. Este cliente incurrirá gastos médicos para las visitas de asistencia en el programa del caso BP que seran necesarios y requeridos para participar en la solución por compensacion. El abajo firmante está de acuerdo en que cuando se recuperen daños monetarios del acuerdo BP, una parte de ese acuerdo será tomado y distribuido para el pago de cualquier y todos los gastos médicos incurridos a través y por la preparación de la solucion por compensacion. Los gastos generados variarán en las evaluaciones médicas requeridas para ese

individuo. El abajo firmante está de acuerdo en que fue notificado verbalmente de esta información. Esta firma enseña su consentimiento a la disposición anterior.

6. El cliente que suscribe ha, antes de firmar este contrato, a recibido y leído la declaración de los derechos del cliente y entiende cada uno de los derechos en ella consagrados. El cliente que suscribe ha firmado la declaración y recibió una copia firmada para referirse al mismo tiempo está representado por la firma.

7. Este contrato puede ser cancelado por notificación escrita dirigida al abogado en cualquier momento dentro de los 3 días hábiles de la fecha en que se firmó el contrato, como se muestra a continuación, y si se cancela el cliente no estará obligado a pagar los honorarios al abogado por el trabajo realizado durante ese tiempo. Si el abogado ha avanzado los fondos a otros en representación del cliente, el abogado tiene derecho a ser reembolsados ??por las cantidades que el abogado ha avanzado bastante en nombre del cliente. El cliente podrá dar por terminado el compromiso de la firma mediante notificación por escrito después de tres (3) días hábiles de la fecha en que se firmó este acuerdo, como se muestra abajo, pero si lo cancela, la empresa puede poner un embargo preventivo por el cobro de la empresa por la labor que realizado. La firma también tiene derecho a rescindir el presente contrato, sin perjuicio de la obligación de dar al cliente un aviso razonable para permitir que se obtenga una representación alternativa o servicios, y sujeto a las disposiciones éticas. En el caso de dicha terminación, la empresa proporcionará una asistencia razonable en la ejecución de una transferencia de responsabilidades a la nueva empresa.

8. <u>Craig T. Downs, Esq.</u>, serán el abogado de los principales responsables de este asunto, ademas Marx Sterbcow, Esquire y Jason Melacon, Esquire ayudara con este asunto. El cliente entiende y acepta que otros miembros de la empresa, asociados o asistentes legales, puede ayudar el abogado principal en la preparación y el juicio del caso.

9. El cliente y la firma estan de acuerdo y solicitar que este acuerdo de retención, sus términos y condiciones y la cuantía de las tasas o gastos pagados en relación con el mismo, se mantendrán en estricto secreto, confidencial, privado y la considera parte de la de abogado-cliente y trabajar los privilegios del producto, a menos que y hasta que el cliente renuncie afirmativamente a tal privilegio y confidencialidad, o un tribunal ordene la divulgación, después de todos los litigios adecuada y recursos de apelación se han buscado.

10. Este acuerdo de retención constituye el acuerdo completo entre la empresa y el cliente, y no hay acuerdos verbales o entendimientos distintos de lo que está contenido en este documento. Todas las enmiendas, adiciones o cambios a este acuerdo deberá ser por escrito y aceptado y firmado por las partes. Las leyes del Estado de la Florida deben regir la interpretación de este acuerdo de retención, incluyendo todas las normas o códigos de ética que se aplican a la prestación de servicios.

Yo he leído el Acuerdo de retención anterior, y acepto y apruebo los términos y condiciones en este documento y acepta quedar obligado por el mismo documento.

Fechado el dia _____ del mes de _____, del 20 ____.

x_Carlos A. Estrada_  
Cliente                                                                             Abogado