UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 21-237* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the Status Report (Rec. Doc. 27352) filed by Stephen J. Herman and James P. Roy,

**IT IS HEREBY ORDERED** that the parties are to advise the Court by **May 20, 2022** whether Brian J. Donovan has paid the amounts due to Stephen J. Herman and James P. Roy under the Court's Order of August 26, 2021 (Rec. Doc. 27233). If Brian J. Donovan has not paid the amounts due, the Court may consider if any further action is warranted.

New Orleans, Louisiana, this 17th day of March, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE