UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.*<br>*No. 17-2678, Miller v. BP*<br>*No. 17-3686, Coon v. BP*<br>*No. 19-1418, O'Brien's Response Management LLC v. BP*<br>*No. 21-1761, Doucet v. Danos and Curole Staffing LLC, et al*<br>*No. 21-2243, Johnson v. BP*<br>*All Severed B3 Cases* | * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## NOTICE
**[Dial-In Information for the Upcoming Status Conference]**

The Court has scheduled a Status Conference on April 1, 2022 at 9:30a.m. regarding a variety of pending matters related to MDL 2179.  *See* (Rec. Doc. 27339).

The conference will be conducted in person in Judge Barbier's Courtroom (C-268). Parties not in attendance, including the public, may listen to the proceedings by dialing **1-551- 285-1373 (Meeting ID: 161 282 1697), (Passcode: 349106).**  Be advised that this number is "listen only."

Recording these proceedings is prohibited.

New Orleans, Louisiana, this 30th day of March, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE