UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

******************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUR-REPLY IN SUPPORT OF THEIR MEMORANDUM IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED
COMPLAINT PURSUANT TO RULE 12(b)(2) AND 12(b)(6)**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, herein who respectfully seek leave of Court to file Plaintiffs' Sur Reply in support of their Memorandum in Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint (R. Doc. 27356).

Plaintiff asks this Court to grant leave to file the attached sur-reply memorandum in support of their Motion in Opposition to Defendants' Motion to Dismiss the Amended Complaint in order to clarify the allegations of Plaintiffs and respond to Defendants' Reply.

WHEREFORE, Plaintiff prays that this Honorable Court will grant leave to file the

attached Sur-Reply Memorandum.

                                                Respectfully submitted,

| /s/ Craig M. Robinson | /s/ Alexis A. Butler |
|---|---|
| CRAIG M. ROBINSON (Bar No. 32934) | Alexis A. Butler (Bar No. 32376) |
| *Robinson Law Offices, LLC* | *The Whitaker Law Firm, APC* |
| 700 Camp Street | 201 St. Charles Avenue |
| New Orleans, Louisiana 70130 | Suite 2500 |
| T: (504) 458-5100 | New Orleans, LA 70170 |
| F: (504) 717-4627 | T: (504) 313-0168 |
| E: craig@rlolegal.com | E: lexybutler@whitakerlaw.net |

## CERTIFICATE OF SERVICE

I hereby certify that on this  31st   day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

                                                   /s/ Craig M. Robinson
                                                  Craig M. Robinson