UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

*******************************************

## ORDER

Considering Plaintiff's, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow's, Motion for Leave to File their Sur Reply in support of their Memorandum in Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint and for the good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Sur Reply in support of their Memorandum in Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint is **GRANTED** and the Sur Reply filed on behalf of Plaintiffs be filed into the record as prayed for and according to law.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HON. CARL J. BARBIER
JUDGE
UNITED STATES DISTRICT COURT