UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

******************************************

## ORDER

Considering Plaintiff's, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow's, Motion for Leave to File their Second Amended Complaint and for the good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File their Second Amended Complaint is **GRANTED** and the Second Amended Complaint filed on behalf of Plaintiffs be filed into the record as prayed for and according to law.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HON. CARL J. BARBIER
JUDGE
UNITED STATES DISTRICT COURT