UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG   * | MDL NO. 2179 | |
| | "DEEPWATER HORIZON" IN   * | SECTION: J | |
| | THE GULF OF MEXICO ON   * | | |
| | APRIL 20, 2010   * | | |
| | * | Judge Barbier | |
| Relates to: | 2:14-cv-657   * | Mag. Judge Currault | |
| | Melancon │ Rimes, LLC et al.   * | | |
| | v. Downs Law Group, LLC, et al.   * | | |
| ********************************************** | | | |

**PLAINTIFFS' MOTION TO AMEND
THE APRIL 1, 2022, ORDER ON DEFENDANTS' MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, herein who respectfully file their Motion to Amend the April 1, 2022, Order on Motion to Dismiss filed by Defendants Downs Law Group, P.A. and Craig T. Downs.[1]

Plaintiff asks this Court to grant their Motion to Amend the April 1, 2022, Order on Defendants' Motion to Dismiss for the reasons set forth in the accompanying Memorandum in Support pursuant to Federal Rule of Civil Procedure 54(b) to permit Plaintiffs to pursue their claims of breach of fiduciary duty and violation of the Louisiana Unfair Trade Practices Act ("LUTPA") because the Court's Order contains the following manifest errors of fact and law.

First, the Court's reliance on *In the Matter of P&E Boat Rentals, Inc. v. Martzell, Thomas & Bickford*, 928 F.2d 622 (5th Cir. 1991), to dismiss Plaintiffs' claims and order the calculation of damages based upon *quantum meruit* was legal error. *P & E Boat Rentals* is outdated and based upon a superseded Louisiana Rule of Professional Conduct and superseded Louisiana case law. The Louisiana Supreme Court subsequently ruled that attorney fee disputes arising out of joint

---

[1] Former Defendant Jeremy Friedman also originally filed this Motion but has since been dismissed from this case for lack of personal jurisdiction.

venture agreements between two law firms are not subject to Rule 1.5 of the Louisiana Rules of Professional Conduct, nor properly resolved by *quantum meruit*, but rather are governed by the terms of the agreement, oral or written, between the two law firms.

Second, the Court's Order erroneously finds that Plaintiffs are limited to pursuing remedies under *quantum meruit*, only, which is foreclosed by the Plaintiffs' properly alleged legal claims for breach of fiduciary duty and violation of LUTPA arising from Defendants' breach of the parties' joint venture agreement. Accordingly, Plaintiffs are legally entitled to pursue the remedies prayed for in their complaint, not the remedy of *quantum meruit*.

Third, the Court committed manifest legal and factual errors by soliciting and relying upon statements of counsel and facts outside the First Amended Complaint in issuing its Order on Rule 12(b)(6).

WHEREFORE, Plaintiffs prays that this Honorable Court will grant their Motion to Amend the April 1, 2022, Order on Defendants' Motion to Dismiss and permit Plaintiffs to pursue their claims of breach of fiduciary duty and violation of the Louisiana Unfair Trade Practices Act

Respectfully submitted,

*s/ Craig M. Robinson*_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*/s/ Alexis A. Butler*_____
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170

T: (504) 313-0168  
E: lexybutler@whitakerlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this __11th__ day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

    /s/ Craig M. Robinson_____  
Craig M. Robinson