UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: | JUDGE BARBIER |
| 12-cv-968: BELO AND | |
| 21-cv-2257, 21-cv-2322 | MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiff(s) in two BELO case(s)[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 27365 in 10-md-2179. Accordingly, pursuant to BELO CMO #2,

**IT IS ORDERED THAT**, no later than **MAY 13, 2022**, plaintiffs **JULIO CESAR BONILLA AND VERNON CLEMONS** must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which plaintiffs must submit their venue filings is extended to no later than **JUNE 12, 2022.**

New Orleans, Louisiana, this ____13th____ day of April, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in **Nos. 21-cv-2257 and 21-cv-2322**.

1