UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC et. al. v. Downs Law Group, et. al. | ) ) ) ) | Judge Barbier Mag. Judge Currault |

**DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES AND COSTS**

**COMES NOW,** Defendants, Downs Law Group, P.A., Craig T. Downs, and Jeremy D. Friedman (collectively, "Defendants"), jointly, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 54(d), the Local Rules for the Eastern District of Louisiana 54.1 and 54.2, and the Court's April 4, 2022 Order [Rec. Doc. 27368], hereby move for attorneys' fees and costs from Plaintiffs Melancon | Rimes, LLC and Sterbcow Law Group, LLC relating to their claim alleging violations Louisiana's Unfair Trade Practices and Consumer Protection Law. For the reasons set forth in the accompanying supporting memorandum, including but not limited to any and all attached exhibits therein, this Court should award Defendants their attorneys' fees and costs in the amount of $19,360.00 in attorneys' fees and $739.59 in costs.

Dated: April 15, 2022

Respectfully submitted,

**The Downs Law Group, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773
jfriedman@downslawgroup.com

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.
Florida Bar No. 134643
*Attorney for Defendants*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana on April 15, 2022, by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above, as well as via electronic mail to: Jason L. Melancon, Suite B Baton Rouge, LA 70809, jason@melanconrimes.com.

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.