IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 13-039679-CA-01

STERBCOW LAW GROUP, LLC, a Foreign
Limited Liability Company and
MELANCON | RIMES, LLC, a Foreign Limited
Liability Company,

   Plaintiffs,

v.

THE DOWNS LAW GROUP, P.A., a Florida
Corporation, CRAIG T. DOWNS, individually,
JEREMY FRIEDMAN, individually, and
DANIEL PEREZ, individually,

   Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, STERBCOW LAW GROUP, LLC and MELANCON | RIMES, LLC, by and through their undersigned counsel and hereby files this Notice of Voluntary Dismissal Without Prejudice as to the Defendants, THE DOWNS LAW GROUP, P.A., CRAIG T. DOWNS, individually, JEREMY FRIEDMAN, individually, and DANIEL PEREZ, individually, in accordance with the attached Federal Court order. ***(SEE** attached – **Exhibit "A")**.*

WE HEREBY CERTIFY that a true and correct copy has been forwarded via **Electronic Mail** this **21ˢᵗ** day of **March, 2014** to: All Counsel on the attached Service List.

THE MCKEE LAW GROUP LLC
Attorney for **Plaintiffs**
17150 Royal Palm Blvd., Suite 1
Weston, FL 33327
Phone:  (954) 888-9877
Fax:  (954) 217-0150


BY: /s/ Robert J. McKee
ROBERT J. MCKEE, ESQUIRE
Florida Bar Number: 972614
rmckee@themckeelawgroup.com
MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE
Florida Bar Number: 106636
mrodriguez@themckeelawgroup.com

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **JEREMY D. FRIEDMAN, ESQUIRE**<br>The Downs Law Group, P.A.<br>3250 Mary Street, Suite 307<br>Coconut Grove, FL 33133<br>Phone: (305) 444-8226<br>Fax: (305) 444-6773<br>Email: jfriedman@downslawgroup.com<br>jcollazo@downslawgroup.com | **COUNSEL FOR DEFENDANTS** |

| | |
|---|---|
| **ROBERT J. MCKEE, ESQUIRE**<br>**MARY LUZ RODRIGUEZ ALVAREZ, ESQUIRE**<br>The McKee Law Group LLC<br>17150 Royal Palm Blvd., Suite 1<br>Weston, FL 33327<br>Phone: (954) 888-9877<br>Fax: (954) 217-0150<br>Email: rmckee@themckeelawgroup.com<br>mrodriguez@themckeelawgroup.com<br>slaurin@themckeelawgroup.com | **COUNSEL FOR PLAINTIFFS** |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>*Actions within B3 Pleadings Bundle and 12-968, Plaisance, et al. v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Motion to Apportion Attorney's Fees, for Injunctive Relief and for Damages…
and Motion to Stay Pending Florida State Court Action (Rec. doc. 12509)]

Before the Court is the motion of Melancon | Rimes, LLC, Sterbcow Law Group, LLC, Jason L. Melancon, and Marx D. Sterbcow ("Petitioners") seeking apportionment of attorney's fees, injunctive relief, damages, and a stay of a pending Florida state court proceeding.

This matter involves a dispute between Petitioners and a Florida law firm, Downs Law Group, PA ("Downs Law") regarding the medical class settlement and whether clients are mutual, clients of Downs Law or clients of Petitioners, as well as a dispute regarding corresponding attorney's fees that may become payable pursuant to the medical class settlement. As a result of the dispute, in December 2013, Sterbcow Law Group and Melancon | Rimes filed suit against Downs Law in Florida state court. Rec. doc. 12509-3, Exhibit "A."

Petitioners aver that on February 13, 2014, when the remaining appeal relative to the medical class settlement was dismissed, the medical benefits class members and their counsel became subject to the exclusive jurisdiction of this Court. Petitioners therefore argue that this Court should resolve their dispute with the Downs Firm, or alternatively, should name Petitioners as exclusive counsel of record for all Louisiana resident clients. Petitioners also seek statutory


EXHIBIT A

and/or punitive damages.

The proposed order submitted by Petitioners, in addition to suggesting that this Court assert exclusive and ancillary jurisdiction over the dispute, provides that the Florida state court action which <u>Petitioners</u> initiated be permanently enjoined and stayed.

The Court declines to intervene in this dispute. First, a Claims Administrator has been appointed to administer the settlement, including the "… resolution of liens, claims, or rights of subrogation, indemnity, reimbursement, conditional or other payments of interests of any type; … ." Section XXIA.8)(d) Medical Benefits Class Settlement Agreement as Amended May 1, 2012. Petitioners may contact the Claims Administrator regarding filing a lien in the disputed claims. Second, Petitioners are able to dismiss the Florida suit on their own initiative and do not need the assistance of the Undersigned. Lastly, if Petitioners seek further relief, they may file a separate action stating their claims.

Accordingly, the subject motion is DENIED.

New Orleans, Louisiana, this 20th day of March, 2014.

*CARL J. BARBIER*
**United States District Judge**