UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG )<br>"DEEPWATER HORIZON" IN )<br>THE GULF OF MEXICO, ON )<br>APRIL 20, 2010 )<br>) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: | 2:14-cv-657 )<br>Melancon \| Rimes, LLC et. al. )<br>v. Downs Law Group, et. al. )<br>) | Judge Barbier<br>Mag. Judge Currault |

## AFFIDAVIT OF JEREMY D. FRIEDMAN, ESQ.

**State of Florida**         )
                                            SS
**County of Duval**         )

BEFORE ME, the undersigned authority, personally appeared Jeremy D. Friedman, Esq. who after being by me first duly sworn, deposes and says:

1. I, Jeremy D. Friedman, Esq. am an attorney with the law firm of Down Law Group, P.A. located at 6620 Southpoint Dr. S., Suite 450E, Jacksonville, Florida 32216. I have been a member of the Florida Bar since April 14th, 1998. This affidavit is made upon the basis of my personal knowledge concerning the attorneys' fees and costs incurred by the Downs Law Group, P.A. in relation to the case of *Sterbcow Law Group, LLC et. al. v. The Downs Law Group, P.A.*, Case No. 2:14-cv-657.

2. I have been a member of the Florida Bar since April, 1998 and have been practicing law in the state of Florida for the past 24 years. My principal office is in Jacksonville Florida. The Downs Law Group, P.A.'s main office is in Miami, Florida.

3. As a result of defending against the Plaintiffs' unfair trade practices claims on behalf of Defendants Downs Law Group, P.A., Craig Downs, Esq. and Jeremy Friedman, Esq. attorneys' fees and costs have been incurred. The Defendants' counsel hourly rate is $400.00 per hour.

4. The time being sought that was expended on this matter between the date of the filing of the Complaint on March 24, 2014 through April, 2022 is 48.40 hours. See attached billing records for the Downs Law Group related to this matter.

1

5. The total amount of out of pocket costs incurred related to this case is $739.59. See attached itemization of costs.

6. The Defendants contend that the claims were brought in bad faith by the Plaintiffs and thus the Defendants would be entitled to the recovery of their attorneys' fees and costs.

**FURTHER AFFIANT SAYETH NAUGHT**

**VERIFICATION**

Pursuant to Fla. Stat. 92.525(1)(b), under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated are true and are given to the best of my personal knowledge, information, and belief.

_____          4/14/22
Jeremy D. Friedman                                    Date



# INVOICE

Invoice # 40
Date: 04/14/2022
Due Upon Receipt

6620 Southpoint Dr. S. Suite 450E
Jacksonville, Florida 32216
United States

Downs Law Group, P.A.

## 00031-Downs Law Group, P.A.

## Sterbcow Law Group, P.A. et. al. v. Downs Law Group, P.A. et. al.

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/04/2014 | R/r Complaint to conduct discovery, for damages, and for equitable relief. | 0.80 | $400.00 | $320.00 |
| Service | 04/08/2014 | Prepare Motion to Appear Pro Hac Vice | 0.70 | $400.00 | $280.00 |
| Service | 04/08/2014 | Prepare proposed order for Motion to Appear pro hac vice | 0.40 | $400.00 | $160.00 |
| Service | 04/08/2014 | Prepare Affidavit of Jeremy D. Friedman | 1.00 | $400.00 | $400.00 |
| Service | 04/21/2014 | Prepare Defendant's Joint Motion to Dismiss and memorandum of law; review state court docket, prepare factual history, review class action settlement agreement; conduct legal research as to personal jurisdiction; conduct legal research as to forum shopping; Review state court file for contract provisions; conduct legal research as to venue and forum selection clause. | 6.40 | $400.00 | $2,560.00 |
| Service | 04/23/2014 | Continue preparation of memorandum of law and joint motion to dismiss. | 2.60 | $400.00 | $1,040.00 |
| Service | 05/05/2014 | R/r Plaintiff's Response to Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 05/07/2014 | Prepare Defendant's Reply in Opposition to Plaintiff's Response to Motion to Dismiss. | 2.50 | $400.00 | $1,000.00 |
| Service | 05/13/2014 | Prepare Motion for Leave to File Reply to Response to Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 05/04/2015 | R/r Motion for Status Conference filed by the Plaintiffs | 0.30 | $400.00 | $120.00 |
| Service | 09/20/2021 | R/r Plaintiff's Response to Order to Show Cause. | 0.30 | $400.00 | $120.00 |
| Service | 09/20/2021 | R/r Court Order to Show Cause | 0.20 | $400.00 | $80.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/21/2021 | Prepare Defendant's Response to Show Cause Order | 1.30 | $400.00 | $520.00 |
| Service | 11/23/2021 | R/r Order regarding status conference | 0.20 | $400.00 | $80.00 |
| Service | 11/23/2021 | Attend Status conference via zoom regarding Motion to Dismiss and related matters. | 0.50 | $400.00 | $200.00 |
| Service | 01/11/2022 | Prepare Extension of Time to Respond to Amended Complaint. | 0.40 | $400.00 | $160.00 |
| Service | 02/18/2022 | R/r Revised Order regarding Motion to Dismiss scheduled hearing. | 0.20 | $400.00 | $80.00 |
| Service | 02/21/2022 | Prepare Joint Motion to Dismiss Plaintiff's First Amended Complaint; Prepare Memorandum of Law in Support of Motion to Dismiss. | 3.40 | $400.00 | $1,360.00 |
| Service | 02/21/2022 | Prepare Affidavit of Jeremy D. Friedman in Support of Motion to Dismiss. | 0.80 | $400.00 | $320.00 |
| Service | 02/22/2022 | Continue preparation of Memorandum of law in Support of Joint Motion to Dismiss; Review state court file and contractual agreement; conduct legal research on personal jurisdiction; conduct legal research on claims for breach of fiduciary duty; conduct legal research on unfair trade practices; conduct legal research on choice of law provisions; conduct legal research on joint venture agreements involving co-counsel | 6.50 | $400.00 | $2,600.00 |
| Service | 03/17/2022 | R/r Plaintiff's Response in Opposition to Motion to Dismiss | 0.40 | $400.00 | $160.00 |
| Service | 03/23/2022 | Prepare Reply to Response to Motion Dismiss. | 3.20 | $400.00 | $1,280.00 |
| Service | 03/25/2022 | Prepare Affidavit of Craig T. Downs | 0.50 | $400.00 | $200.00 |
| Service | 03/28/2022 | Tc with oc regarding a demand for dismissal of case based on misrepresentations concerning rents demanded and received and false statements concerning the joint venture agreement. | 0.30 | $400.00 | $120.00 |
| Service | 03/28/2022 | Prepare lt to oc regarding evidence showing false statements were made, attaching files of proof and demanding dismissal. | 0.30 | $400.00 | $120.00 |
| Service | 03/29/2022 | R/r Lt. from oc regarding rent issue and demand for dismissal of all claims. | 0.20 | $400.00 | $80.00 |
| Service | 03/30/2022 | Review electronic mail correspondence involving renting of office space and related correspondence from Melancon. | 0.80 | $400.00 | $320.00 |
| Service | 03/31/2022 | Air Travel to New Orleans from Jacksonville Florida for Court hearing on Motion to Dismiss at E.D. Federal Courthouse. | 6.00 | $400.00 | $2,400.00 |
| Service | 03/31/2022 | R/r Plaintiff's Motion for Leave to File Sur-Reply in Support of their Memorandum in Opposition to | 0.40 | $400.00 | $160.00 |

|   |   | Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint. |   |   |   |
|---|---|---|---|---|---|
| Service | 04/01/2022 | Attend hearing and argue Motion to Dismiss in New Orleans Federal Courthouse, drive back from New Orleans to Jacksonville, Florida. | 6.00 | $400.00 | $2,400.00 |
| Service | 04/12/2022 | R/r Motion to Amended Rule 12(b)(6) order. | 0.30 | $400.00 | $120.00 |
| Service | 04/14/2022 | R/r Plaintiff's First Amended Complaint. | 0.50 | $400.00 | $200.00 |
|   |   |   |   | **Total** | **$19,360.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 40 | 04/14/2022 | $19,360.00 | $0.00 | $19,360.00 |
|   |   |   | **Outstanding Balance** | **$19,360.00** |
|   |   |   | **Total Amount Outstanding** | **$19,360.00** |

Please make all amounts payable to: Downs Law Group, P.A.

Please send all payments to:

Downs Law Group, P.A.
6620 Southpoint Dr. S. Suite 450E
Jacksonville, Florida 32216

Payment is due upon receipt.



**Sterbcow Law Group, P.A. et. al. v. Downs Law Group, P.A. et. al.**

### ITEMIZED STATEMENT OF COSTS

| Description | Amount |
| --- | --- |
| Pro Hac Vice Filing Fee | $ 100.00 |
| Certificate of Good Standing | $1.00 |
| Court Parking | $9.00 |
| Car Rental | $345.91 |
| Hotel Stay | $199.69 |
| Plane Ticket | $83.99 |
| | |
| **Total** | $ 739.59 |

www.downslawgroup.com