UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: J(2) |
| Applies to:<br>*No. 14-657* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion to Amend the April 1, 2022 Order* **(Rec. Doc. 27372)** and *Motion for Attorney Fees and Costs* **(Rec. Doc. 27374)**,

**IT IS HEREBY ORDERED** that the motions are **DENIED**.

New Orleans, Louisiana, this 18th day of April, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE