UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates To:<br><br>2:21-CV-02243 | MDL No.: 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Currault |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff, Sonja Johnson ("**Plaintiff**") hereby moves this Court to issue a Suggestion of Remand in accordance with 28 U.S.C. § 1407(a) and Rule 10(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation for this case to remanded back to the United States District Court for the Southern District of Alabama ("**SDAL**"), and in support thereof states as follows:

1. On July 16, 2021, Plaintiff filed her Complaint in the SDAL (**Case No: 21-00312**) seeking damages against Defendants for injuries caused by exposure to crude oil and toxic dispersants resulting from the oil spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, and the SDAL B3 Case Management Order was made applicable to this case.

2. Subsequently, on July 27, 2021, BP Defendants filed a Notice of Potential Tag-Along ("**Notice**") with the Judicial Panel on Multi-District Litigation ("**JPML**") for this case to be consolidated with MDL 2179 and that Plaintiff shall comply with the requirements of United State District Court for the Eastern District of Louisiana's Pretrial Orders pursuant to the EDLA B3 Case Management Order dated February 23, 2021 ("**EDLA B3 CMO**") and Plaintiff filed a Motion to Vacate the Conditional Transfer Order ("**Motion to Vacate**") issued by JPML.

1

3. On October 22, 2021, SDAL issued an order clarifying Plaintiff's case filed directly in that Court is stayed pending a final determination on transfer by JPML.

4. After the parties' briefing, on December 7, 2021, JPML denied the Motion to Vacate, and Plaintiff's case was transferred to this Court for inclusion in the coordinated or consolidated pretrial proceedings.

5. Upon transfer, Plaintiff was required to comply with Pre-Trial Orders in this Court; specifically, PTOs 63, 66, and 68.

6. On March 9, 2022, Plaintiff timely complied with all PTOs 63, 66, and 68 in accordance with the EDLA B3 CMO.

7. Defendants do not object to this lawsuit being remanded to SDAL for further proceedings and trial in accordance with the SDAL B3 Case Management Order.

8. Based upon the foregoing, Plaintiff request that this Court grant this Motion by issuing a Suggestion of Remand to remand this case to SDAL for further proceedings and trial

Respectfully Submitted,

                                                       **THE DOWNS LAW GROUP, P.A.**
                                                       *Attorneys for Plaintiff*

                                                       */s/ C. David Durkee*
                                                       **C. DAVID DURKEE**
                                                       Florida Bar No.: 998435
                                                       **SHEEBA S. AJWANI**
                                                       Texas Bar No.: 24121356
                                                       3250 Mary Street Ste 307
                                                       Coconut Grove, FL 33133
                                                       Telephone: (305) 444-8226
                                                       Facsimile: (305) 444-6773
                                                       Email: ddurkee@downslawgroup.com
                                                       Email: sajwani@downslawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Dated this 21st day of April 2022

*/s/ C David. Durkee*

C David. Durkee