# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**  **This Document Relates To:**  **2:21-CV-02243** | **MDL No.: 2179**  **SECTION: J**  **Judge Barbier**  **Mag. Judge Currault** |

## ORDER

Considering the foregoing Motion to Remand by Plaintiff Sonja Johnson.

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:21-CV-02243 to the Southern District of Alabama for further proceedings and trial

NEW ORLEANS, LOUISIANA, this _____ day of_____, 2022

_____
United States District Court Judge