## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J(2) |
| 21-2243, Johnson v. BP | * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

### ORDER RE: SUGGESTION OF REMAND

Considering the foregoing *Motion for Suggestion of Remand* **(Rec. Doc. 27376)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before <u>Monday, May 9, 2022</u>, BP and Plaintiff Sonja Johnson shall file with this Court a Joint Suggestion of Remand.[1] Upon the Court's review of the Suggestion of Remand, the Court will then issue the Suggestion of Remand, which will be provided to the Judicial Panel on Multidistrict Litigation.

**IT IS FURTHER ORDERED** that the parties shall begin the process of designating the record as set forth in Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Upon receipt of an order to remand from the Clerk of the Panel, a "record on remand," including a designation of the

---

[1] See Rec. Docs. 25951-1; 27027; and 27157 for examples.

contents of the record or part thereof to be remanded, shall be furnished by the parties to the Clerk of this Court.

New Orleans, Louisiana, this 25th day of April, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE