UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179<br><br>JUDGE BARBIER |
| Applies to:<br>21-cv-2257 | MAG. JUDGE CURRAULT |

# ORDER

Counsel for Plaintiff Julio Cesar Bonilla filed a Notice of Compliance of Discovery Obligations (ECF No. 6) in Case No. 21-2322, confirming the production of Initial Disclosures as ordered by this Court (ECF No. 5). Accordingly,

**IT IS ORDERED** that the Court's Show Cause Order (ECF No. 5) is **SATISFIED**.[1]

New Orleans, Louisiana, this 27th day of April, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in **No. 21-cv-2257**.