UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACHARY LEE DUDDY, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-1456 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J"(2) |
| | Related to MDL No. 2179 |

### ORDER

Pursuant to the Case Management Orders for the B3 bundle cases in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (ECF No. 26924 in MDL No. 2179 and ECF No. 5 in the captioned case; ECF No. 27028, Exhibit B, in MDL 2179 ((incorporating venue stipulation procedure from BELO Case Management Order No. 2, ECF No. 25738 in MDL No. 2179) and ECF No. 3 in the captioned case), all parties have stipulated that the appropriate venue for further proceedings in this case is the United States District Court for the Southern District of Alabama. ECF No. 27371 in MDL No. 2179.

The convenience of the parties and witnesses and the interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is authorized to transfer a case of this sort to another district. *Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United States District Court for the Southern District of Alabama.[1]

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in **No. 21-cv-1456**.

New Orleans, Louisiana, this \_\_\_27th\_\_\_ day of April, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE