MINUTE ENTRY
CURRAULT, M. J.
MAY 2, 2022
MJSTAR 0:26

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELANCON RIMES, LLC, ET AL | CIVIL ACTION |
| VERSUS | NO. 14-657 |
| DOWNS LAW GROUP, P.A., ET AL | SECTION "J" (2) |

**ORDER**

    A status and scheduling conference was held on this date via videoconference to discuss proceeding on the claims for unpaid rent and quantum meruit, which were referred to the undersigned United States Magistrate Judge pursuant to U.S.C. § 636(b) by Honorable Carl J. Barbier.  ECF No. 14.

    Participating were: Craig Robinson and Alexis Butler for plaintiffs;
                            Jeremy Friedman and Paul Hankin for defendants.

    The parties are discussing whether or not to consent to proceed before the undersigned pursuant to 28 U.S.C. § 636(c), and were advised of the right to withhold consent without adverse consequences.  The parties should notify the undersigned within **fourteen (14) days** whether there is unanimous consent under § 636(c).

    In order to proceed with resolution of the referred matters (i.e., determination of unpaid rent and quantum meruit), the parties indicated the need for discovery.  Accordingly, the Court enters this Scheduling Order to establish the following deadlines for all purposes, including resolution of the referred matter:

Counsel adding new parties subsequent to mailing of this Notice must serve on each new party a copy of this order.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims must be filed no later than **Monday, May 16, 2022.**

The deadline to answer any Amended Complaint is **Monday, May 30, 2022.** Any other responsive pleadings, when required, must be filed within the applicable delays.

The parties must hold a Rule 26(f) conference no later than **Monday, May 9, 2022.**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged either at the Rule 26(f) conference or within fourteen (14) days of holding the Rule 26(f) conference.

Pursuant to the Order of Reference (ECF No. 14), an evidentiary hearing on Plaintiff's quantum meruit and unpaid rents claims will be held on **Friday, September 2, 2022 at 9:00 a.m.** before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana. The hearing will be conducted **in person**[1], unless otherwise notified by the court. Plaintiff's Memorandum of Law will be due by **Tuesday, August 16, 2022**, and Defendant's Memorandum of Law will be due by **Tuesday, August 23, 2022**.

All pretrial motions, including motions in limine regarding the admissibility of expert testimony, must be filed and served in sufficient time to permit notice of submission no later than **Wednesday, August 31, 2022**. Any motions filed in violation of this order are deemed waived unless good cause is shown. All other motions in limine may be filed up to five working days before trial for all other motions in limine, with responses due three working days before trial unless otherwise ordered by the court. Counsel are advised that the court is receptive to requests

---

[1] Effective March 24, 2022: In accordance with General Order No. 22-4, masks may be required at the discretion of the judge.

for oral argument. Hearing dates for Section J and Section 2 may be found at www.laed.uscourts.gov.

Depositions for trial use must be taken and all discovery must be completed no later than **Tuesday, July 26, 2022**.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs must be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **Tuesday, August 2, 2022.**

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants must be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **Tuesday, August 9, 2022.**

Counsel for the parties must file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **Tuesday, July 12, 2022**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. The parties must contact the undersigned no later than **Tuesday, July 12, 2022** to schedule a settlement conference either with the undersigned, or with another Magistrate Judge should the parties consent pursuant to §636(c). The Court encourages the parties to contact chambers as early as possible for a settlement conference.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this court are established.

**The Final Pretrial Conference will be held January 12, 2023 at 2:30 p.m. before Honorable Carl J. Barbier**. Counsel must be prepared in accordance with the final Pretrial Notice attached.

**Trial commences on February 6, 2023 at 8:30 a.m. before the Honorable Carl J. Barbier**. Attorneys must report for trial no later than 30 minutes before this time. **Trial is estimated to last 2 days**.

Deadlines, cut-off dates, or other limits in this order may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HONORABLE CARL J. BARBIER**