# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J (2) <br> * <br> *  JUDGE BARBIER |
| This Document Relates To: | * <br> *  MAG. JUDGE CURRAULT |
| *21-cv-02243, Johnson v. BP Expl. & Prod. Inc., et al.* | * <br> * |

## NOTICE OF FILING OF JOINT SUGGESTION OF REMAND

PLEASE TAKE NOTICE that BP Exploration & Production Inc., BP America Production Company (collectively "BP") and plaintiff, Sonja Johnson ("Plaintiff") hereby file into the record a Joint Suggestion of Remand pursuant to this Court's order dated April 25, 2022.[1]

Dated:  May 9, 2022                                    Respectfully submitted,

*/s/ Charles David Durkee*
Charles David Durkee,
Florida Bar No. 998435
Sheeba Shyam Ajwani
Texas Bar No. 24121356
**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street. Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com
*Counsel for Plaintiff*

*/s/ Devin C. Reid*
Don Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
J. Andrew Langan, P.C.

---

[1] *See* Rec.Doc. 27378

(andrew.langan@kirkland.com)
Christina L. Briesacher
(christina.briesacher@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May 2022.

                                              */s/ C. David Durkee*
                                              C. David Durkee