# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Donovan v. Barbier, et al.,*<br>2:21-cv-00237<br>_____/ | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## BRIAN J. DONOVAN'S RESPONSE TO THE COURT'S ORDER OF MARCH 17, 2022

Brian J. Donovan ("Donovan") hereby respectfully advises the Court that, as of May 19, 2022, he has not paid the amounts due to Stephen J. Herman and James P. Roy under the Court's Order of August 26, 2021 (Rec. Doc. 27233).

Donovan fully understands the reason why Mr. Herman sent an email concerning Rec. Doc. 27233 to him on March 7, 2022. As he pointed out to Mr. Herman, Donovan believes that the Status Report (Rec. Doc. 27352) filed by Mr. Herman and Mr. Roy is unnecessary because any further action by the Court is not warranted. Given that interest runs from the date the Court's Order of August 26, 2021 was entered in the docket until paid, it is in Donovan's best interest, and it is his sincere desire, to be able to pay the award to Mr. Herman and Mr. Roy at the earliest. (*See* Exhibit A and Exhibit B attached hereto).

DATED: May 19, 2022

Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Florida Bar No. 143900
3015 W. Santiago St., #6
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, and will be served upon Messrs. Herman and Roy *via* E-mail to:

| | |
|---|---|
| Stephen J. Herman | James Parkerson Roy |
| sherman@hhklawfirm.com | jimr@wrightroy.com |

This 19th day of May, 2022.

**/s/ Brian J. Donovan**
Brian J. Donovan