5/14/22, 9:20 AM
Case 2:10-md-02179-CJB-DPC   Document 27396-1   Filed 05/19/22   Page 1 of 3
Gmail - Donovan v. Herman, et al



Brian Donovan <donovanlawgroup@gmail.com>

## Donovan v. Herman, et al
6 messages

**Steve Herman** <SHERMAN@hhklawfirm.com>  
To: "BrianJDonovan@verizon.net" <BrianJDonovan@verizon.net>  
Cc: "James P. Roy (jimr@wrightroy.com)" <jimr@wrightroy.com>  
Mon, Mar 7, 2022 at 3:29 PM

Dear Mr. Donovan,

It does not appear that you have complied with the Court's Order of August 26, 2021, (attached).

Please call me at your convenience to discuss, (Cell No. below).  If we do not hear from you by the end of the week, we will be forced to file a Motion to Enforce.

Thanks.

Stephen J. Herman, Esq.

New Orleans, Louisiana

Direct: (504) 680-0554

Cell: (504) 232-5154

E-Mail: sherman@hhklawfirm.com

Please view updates on Class Actions, Product Liability,

Legal Ethics and Professionalism, E-Discovery and Spoliation

at: www.gravierhouse.com

 **Order Awarding Fees from Donovan [Doc 27223] 8-26-2021.pdf**
128K

**Brian Donovan** <donovanlawgroup@gmail.com>  
To: Steve Herman <SHERMAN@hhklawfirm.com>  
Wed, Mar 9, 2022 at 4:12 AM

Steve,

Thank you for reaching out.

As per your request, I will call you early Friday morning. In the meantime, please find attached my email to Ed Trapolin which you may not have received.

Best regards,
Brian

[Quoted text hidden]

 **Ed Trapolin 11162021 Email.pdf**
100K

---

**Brian Donovan** <donovanlawgroup@gmail.com>	Fri, Mar 11, 2022 at 9:40 AM
To: Steve Herman <SHERMAN@hhklawfirm.com>

Steve,

It was a pleasure speaking with you by phone earlier this morning.

As discussed, it is my intention to fully comply with the court's order, and make payment to you and Jim, as expeditiously and amicably as possible.

Thank you for your understanding.

Best regards,
Brian

[Quoted text hidden]

 **Ed Trapolin 11162021 Email.pdf**
100K

---

**Steve Herman** <SHERMAN@hhklawfirm.com>	Mon, Mar 14, 2022 at 5:21 PM
To: Brian Donovan <donovanlawgroup@gmail.com>
Cc: "James P. Roy (jimr@wrightroy.com)" <jimr@wrightroy.com>, Soren Gisleson <SGISLESON@hhklawfirm.com>, Regina Valenti <Rvalenti@hhklawfirm.com>

See attached.

[Quoted text hidden]

 **Status Report [Doc 27223] 3-14-2022.pdf**
55K

---

**Brian Donovan** <donovanlawgroup@gmail.com>	Mon, Mar 14, 2022 at 6:12 PM
To: Steve Herman <SHERMAN@hhklawfirm.com>

Steve,

Thanks for the update.

"Within 60 days" is not guaranteed but I intend to do my best.

Brian

Sent from my iPhone

On Mar 14, 2022, at 5:21 PM, Steve Herman <SHERMAN@hhklawfirm.com> wrote:

[Quoted text hidden]
<Status Report [Doc 27223] 3-14-2022.pdf>

**Steve Herman** <SHERMAN@hhklawfirm.com>	Mon, Mar 14, 2022 at 6:19 PM
To: Brian Donovan <donovanlawgroup@gmail.com>

Thanks. Take care

Stephen J. Herman, Esq.

New Orleans, Louisiana

Direct: (504) 680-0554

Cell: (504) 232-5154

E-Mail: sherman@hhklawfirm.com

Please view updates on Class Actions, Product Liability,

Legal Ethics and Professionalism, E-Discovery and Spoliation

at: www.gravierhouse.com

**From:** Brian Donovan <donovanlawgroup@gmail.com>
**Sent:** Monday, March 14, 2022 5:12 PM
**To:** Steve Herman <SHERMAN@hhklawfirm.com>
**Subject:** Re: Donovan v. Herman, et al

Steve,

[Quoted text hidden]