

Brian Donovan &lt;donovanlawgroup@gmail.com&gt;

# Re: ORDER & REASONS [As to the Motions for Sanctions Against Brian J. Donovan]

**Brian Donovan** &lt;donovanlawgroup@gmail.com&gt;        Tue, Nov 16, 2021 at 5:16 AM
To: Edward Trapolin &lt;etrapolin@irwinllc.com&gt;

Dear Ed,

Thank you for your email.

It is my intention to fully comply, as always, with the Court's orders including the order, dated August 26, 2021, setting the amount of attorneys' fees and costs I owe to Stephen J. Herman and James P. Roy. Given that interest has been running from the date this order was entered in the docket until paid, it is my sincere desire to be able to pay the award to your clients at the earliest.

Best regards,
Brian


Brian J. Donovan, Esq.
3015 W. Santiago St., #6
Tampa, FL 33629
Cell: (352)328-7469

[Quoted text hidden]