### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL BY THE OIL RIG** | ) | **MDL NO: 2179** |
| | **"DEEPWATER HORIZON" IN** | ) | |
| | **THE GULF OF MEXICO, ON** | ) | **SECTION: J** |
| | **APRIL 20, 2010** | ) | |
| | | ) | |
| **Relates to:** | **2:14-cv-657** | ) | **Judge Barbier** |
| | **Melancon \| Rimes, LLC et. al.** | ) | **Mag. Judge Currault** |
| | **v. Downs Law Group, et. al.** | ) | |

_____)_____

### DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT WITH PREJUDICE

     **COMES NOW,** Defendants, Downs Law Group, P.A. and Craig T. Downs (collectively, "Defendants"), jointly, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure, as well as the Local Rules for the Eastern District of Louisiana, hereby file their Motion to Dismiss Plaintiffs' Third Amended Complaint [Rec. Doc. 27394].

     For the reasons set forth in Defendants' accompanying Memorandum of Law in Support of its Motion to Dismiss, including but not limited to any attached exhibits therein, Defendants respectfully that the Court grant Defendants' instant Motion and dismiss Plaintiffs' Third Amended Complaint with prejudice.

Dated: May 31, 2022                 Respectfully submitted,

                                  **The Downs Law Group, P.A.**
                                  3250 Mary Street, Suite 307
                                  Coconut Grove, FL 33133
                                  Telephone: (305) 444-8226
                                  Facsimile: (305) 444-6773
                                  jfriedman@downslawgroup.com

                                  /s/ Jeremy D. Friedman
                                  Jeremy D. Friedman, Esq.
                                  Florida Bar No. 134643
                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana on May 31, 2022, by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above, as well as via electronic mail in compliance with rules and regulations of this Court and the agreement to accept service via email between the parties herein on all counsel of record identified on the attached Service List.

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.

## SERVICE LIST

Robinson Law Offices, LLC
**Craig M. Robinson, Esq.**
Bar No.: 32934
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E-mail: craig@rlolegal.com

The Whitaker Law Firm, APC
**Alexis A. Butler, Esq.**
Bar No.: 32376
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E-mail: lexybutler@whitakerlaw.net