# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG ) <br> "DEEPWATER HORIZON" IN ) <br> THE GULF OF MEXICO, ON ) <br> APRIL 20, 2010 ) <br> ) | MDL NO: 2179 <br><br> SECTION: J |
| Relates to: | 2:14-cv-657 ) <br> Melancon \| Rimes, LLC et. al. ) <br> v. Downs Law Group, et. al. ) <br> ) | Judge Barbier <br> Mag. Judge Currault |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendants, Downs Law Group, P.A. and Craig T. Downs (collectively, "Defendants"), Joint Motion to Dismiss Plaintiffs' Third Amended Complaint with Prejudice is hereby set for submission before Magistrate Judge Currault on June 14, 2022

Respectfully submitted,

**The Downs Law Group, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773
jfriedman@downslawgroup.com

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.
Florida Bar No. 134643
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana on May 31, 2022, by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above, as well as via electronic mail in compliance with rules and regulations of this Court and the agreement to accept service via email between the parties herein on all counsel of record identified on the attached Service List.

/s/ Jeremy D. Friedman
Jeremy D. Friedman, Esq.

## SERVICE LIST

Robinson Law Offices, LLC
**Craig M. Robinson, Esq.**
Bar No.: 32934
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E-mail: craig@rlolegal.com

The Whitaker Law Firm, APC
**Alexis A. Butler, Esq.**
Bar No.: 32376
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E-mail: lexybutler@whitakerlaw.net