# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/24/2022 | 29825 |
| PERIOD START | THROUGH DATE |
| 2/1/2022 | 4/30/2022 |

Patrick Juneau, Esq.
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

**Project Name:** HESI Punitive Damages & Assigned Claims Settlements

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort, Prep & Scan Mail / Process Undeliverable Mail | 3.5 Hrs. | | $296.50 |
| Document Storage - Paper (per box/per month) | 339 | $3.00 | $1,017.00 |
| Document Storage - Electronic (per img./record per month) | 724,588 | $0.002 | $1,449.18 |
| **Claim Validation** | | | |
| Follow up on payment documentation defects and corrective actions | 289.4 Hrs. | | $33,281.00 |
| Prepare Deficiency/Rejection Letters | 3.60 Hrs | | $198.00 |
| **Contact Services** | | | |
| IVR (per minute) | 1,079.3 | $0.32 | $345.38 |
| CSR/Live Operator including transcriptions of recorded messages (per hour) | 37.8 Hrs. | | $1,890.00 |
| Handling of class member communications | 86.5 Hrs. | | $9,947.50 |
| **Distribution Services** | | | |
| Records Paid by Check | 24 | $0.79 | $18.96 |
| Records Paid by Wire | 5 | $0.79 | $3.95 |
| Check reissues | 3 | $0.79 | $2.37 |
| **Reporting** | 1.8 Hrs. | | $198.00 |
| Support production and management teams in internal monitoring, external reports, an case related tasks including queries, status reports, and determination data. | | | |
| **Project Management** | 97.00 Hrs. | | $12,485.50 |
| Management of all aspects of the New Class claims review process including all review staff, creation of procedures and monitoring of compliance, communications with attorneys and claimants, appeals processing, Court reviews, and reporting/status updates. | | | |
| **Systems Support** | 3.9 Hrs | | $429.00 |
| The Systems Team provides all technology and IT support for the case and supports the operational requirements and processes required for settlement administration. | | | |
| **Quality Assurance** | 67.3 Hrs. | | $11,777.50 |
| **Total Fees** | | | **$73,339.84** |

# INVOICE



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | | | |
|---|---|---|---|---|
| **Description** | | Quantity | Rate | Amount |
| **Fees** | | | | |
| Total Project Expenses (See Exhibit A) | | | | $115.78 |
| **Sub Total** | | | | $73,455.62 |
| Sales Tax | | | | $3,148.87 |
| **Grand Total** | | | | $76,604.49 |

# EXHIBIT A



| Project Name: | HESI Punitive Damages & Assigned Claims Settlements | |
|---|---|---|
| | **Description** | **Amount** |
| | **Project Expenses** | |
| | For the period: Feb 01, 2022 through Apr 30, 2022 | |
| Postage | | $115.78 |
| **Total** | | **$115.78** |

**Please Remit To:**

Epiq Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

-Or-

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 10, 2022

| | |
|---|---|
| Invoice #: | 36000 |
| Billed Through: | April 30, 2022 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | April 30, 2022 | $2,100.00 |
| CURRENT EXPENSES THROUGH: | April 30, 2022 | $53.90 |
| TOTAL CHARGES FOR THIS BILL | | $2,153.90 |
| TOTAL NOW DUE | | $2,153.90 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268

May 10, 2022

|  |  |
|---|---|
| Invoice #: | 36000 |
| Billed through: | April 30, 2022 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

| | |
|---|---|
| Balance forward from previous invoice | $7,466.33 |
| Less payments received since previous invoice | $7,466.33 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/15/22 | PJH | VARIOUS CORRESPONDENCES, CONFERS RE: IRS CHECK RE: HESI/TO PROGRAMS | 0.30 |
| 02/18/22 | PJH | VARIOUS ADDITIONAL CORRESPONDENCES, CONFERS RE: IRS CHECK RE: HESI/TO PROGRAMS | 0.30 |
| 03/11/22 | PAJ | REVIEW EMAILS RE: DRAFT MOTION TO PAY QUARTERLY INVOICES | 2.00 |
| 03/11/22 | PJH | REVIEW VENDOR INVOICES AND DRAFT MOTION FOR REIMBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES, WITH CORRESPONDENCES, FURTHER EDITS RE: SAME; CORRESPONDENCES WITH PARTIES RE: SAME | 1.00 |
| 03/14/22 | PAJ | REVIEW OF FILED MOTION FOR DISBURSEMENT OF ADMINISTRATIVE COSTS AND EXHIBITS | 0.10 |
| 03/14/22 | PJH | FILE MOTION FOR REIMBURSEMENT OF HESI/TO ADMINISTRATIVE EXPENSES IN MDL DOCKET AND ON FILESERVE AND CORRESPOND WITH COURT RE: SAME | 0.70 |
| 04/25/22 | PAJ | REVIEW EMAIL RE: DRAFT QUARTERLY REPORT, REISSUANCE OF CHECKS, AND TIMELINE FOR FINAL MOTION AND DECLARATION | 0.30 |
| 04/26/22 | PAJ | REVIEW EMAIL RE: DRAFT QUARTERLY REPORT | 0.10 |
| 04/27/22 | PJH | REVIEW AND APPROVAL OF HESI/TO STATUS REPORT; CONFER PAJ AND CORRESPOND WITH VENDOR RE: SAME | 0.70 |
| 04/27/22 | PAJ | CONFER WITH PJH RE: DRAFT QUARTERLY REPORT AND FINAL MOTION | 0.20 |
| | | | 5.70   $2,100.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 2.70 hrs @ | $500.00 /hr | $1,350.00 | |
| PJH | HRON, PATRICK J | 3.00 hrs @ | $250.00 /hr | $750.00 | |
| | Fee Recap Totals | 5.70 | | $2,100.00 | |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/04/22 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 03/15/22 | FILE & SERVEXPRESS; REPOSITORY FEE | 5.00 |
| 04/29/22 | FILE & SERVEXPRESS; RESPOSITORY FEE | 40.00 |

| 001300 | 01580 | Invoice # 36000 | Page | 2 |
|---|---|---|---|---|
| 04/30/22 | COPYING | | | 3.90 |
| | | | | $53.90 |

## BILLING SUMMARY:

| | | |
|---|---|---|
| | TOTAL FEES | $2,100.00 |
| | TOTAL EXPENSES | $53.90 |
| | TOTAL FEES & EXPENSES | $2,153.90 |
| | **TOTAL NOW DUE** | **$2,153.90** |