UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon ∣ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Judge Barbier Mag. Judge Currault |

**********************************************

## CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

Plaintiffs in the above-captioned litigation, Melancon ∣ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, (collectively "Plaintiffs"), with the consent of Defendants, respectfully request that the submission date for Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Rec. Doc. 27399), originally noticed for submission on June 14, 2022 before Magistrate Judge Donna Phillips Currault, be continued to June 22, 2022.

Wherefore, Plaintiffs pray that this Motion be granted and that the submission date for Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Rec. Doc. 27399) be continued to June 22, 2022 before Magistrate Judge Donna Phillips Currault.

Respectfully submitted,

*s/ Craig M. Robinson*
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

2

        /s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this  1st  day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

        /s/ Craig M. Robinson
Craig M. Robinson