# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON" IN** | * | **SECTION: J** |
| | **THE GULF OF MEXICO ON** | * | |
| | **APRIL 20, 2010** | * | |
| | | * | **Judge Barbier** |
| **Relates to:** | 2:14-cv-657 | * | **Mag. Judge Currault** |
| | Melancon │ Rimes, LLC et al. | * | |
| | v. Downs Law Group, LLC, et al. | * | |

******************************************

## ORDER

Considering the Consent Motion to Continue Submission Date for Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, filed by Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow:

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint (Rec. Doc. 27399) is continued to June 22, 2022 before Magistrate Judge Donna Phillips Currault.

_____
UNITED STATES MAGISTRATE JUDGE