UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:    Oil Spill by the Oil Rig                    MDL 2179
          "Deepwater Horizon" in
          the Gulf of Mexico, on April          SECTION "J"
          20, 2010

This Document Relates To:                 **District Judge Carl J. Barbier**
    *No. 15-4143, 15-4146 & 15-4654*
                                          **Magistrate Judge Donna Phillips
                                          Currault**

## ORDER AUTHORIZING DISBURSEMENT OF NEW CLASS AND OLD CLASS ADMINISTRATIVE COSTS

Considering the Motion for Disbursement of Administrative Costs filed by the

Claims Administrator for the Old Class and for the New Class, Patrick A. Juneau;

**IT IS HEREBY ORDERED** that:

Epiq Global is hereby authorized and directed to initiate payments from the

HESI-Transocean Punitive Damages Combined Settlement Fund B account

established with Huntington Bank to satisfy the following invoices as Administrative

Costs pursuant to Section 8(c) of the Halliburton and Transocean Punitive Damages

and Assigned Claims Settlement Agreements:

New Class Expenses:

Epiq invoice dated 5/24/2022                                 $76,604.49

Juneau David, APLC invoice dated 5/10/2022                   $2,153.90

Such New Class Expense payments are to be made from the HESI-Transocean Punitive Damages Combined Settlements Fund Account B previously established with Huntington Bank.

New Orleans, Louisiana, this 1st day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE