UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: <br> 12-cv-968: BELO <br> AND <br> 22-cv-00149; 22-cv-00481 | JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |

### ORDER

Defense counsel has advised that plaintiffs in two (2) BELO cases[1] have failed to provide initial disclosures or have provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF Nos. 27385 and 27402 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED** that, no later than **JULY 6, 2022**, plaintiffs Katherine Bova-Beard and Floyd Malveaux must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and their counsel must appear before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which Katherine Bova-Beard and Floyd Malveaux must submit a venue filing is extended to no later than **AUGUST 8, 2022**.

New Orleans, Louisiana, this __3rd__ day of June, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 22-00149, 22-00481.

1