UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

# ORDER

Considering the foregoing *Motion to Continue Submission Date* **(Rec. Doc. 27401)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the submission date for Defendants' *Motion to Dismiss Plaintiffs' Third Amended Complaint* (Rec. Doc. 27399) is **CONTINUED** to June 22, 2022 before District Judge Carl J. Barbier.

New Orleans, Louisiana, this 8th day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE