UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

**IT IS HEREBY ORDERED** that the undersigned will resolve all remaining issues of quantum meruit and unpaid rent that may be due to Plaintiffs, Melancon Rimes, LLC and Sterbcow Law Group, LLC.

New Orleans, Louisiana, this 8th day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE