UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 <br> SECTION: J(2) |
| Applies to: <br> *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* <br> *No. 21-237, Donovan v. Barbier, et al.* | * * * | JUDGE BARBIER <br> MAG. JUDGE CURRAULT |

**ORDER**
**[Scheduling Status Conference]**

**IT IS ORDERED** that an in-person status conference is scheduled for **Friday, July 8, 2022 at 9:30 a.m.** in Judge Barbier's courtroom (C-268). The following matters will be addressed:

1. 14-657: *Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.*

    a. Plaintiffs' entitlement to fees for quantum meruit and unpaid rent per the Court's Order of April 1, 2022 (Rec. Doc. 27367)

2. 21-237: *Donovan v. Barbier, et al.*

    a. Brian Donovan's compliance with the Court's Order of August 26, 2021 (Rec. Doc. 27233)

New Orleans, Louisiana, this 10th day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in Nos. 10-md-2179; 14-657; and 21-237.**