UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: J(2) |
| Applies to:<br>No. 14-657, *Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## ORDER
### [Scheduling Hearing]

**IT IS HEREBY ORDERED** that the in-person hearing scheduled for Friday, July 8, 2022 in No. 14-657, *Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* is hereby **CONTINUED** and **RESET** for <u>**July 12, 2022 at 9:30 a.m.**</u> in Judge Barbier's courtroom (C-268).[1] The following matters will be addressed at the hearing:

1. Defendants' *Motion to Dismiss Plaintiffs' Third Amended Complaint* (Rec. Doc. 27399)

2. Plaintiffs' entitlement to fees for quantum meruit and unpaid rent per the Court's Order of April 1, 2022 (Rec. Doc. 27367)

**IT IS FURTHER ORDERED THAT** not less than fourteen (14) days before the hearing, the parties shall:

1. File in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at the hearing, and all exhibits that may or will be used

2. Exchange any documents or evidence that will be used at the hearing

3. File in the record any further legal memoranda

---

[1] The status conference in 21-237, *Donovan, et al. v. Barbier, et al.* remains on July 8, 2022 at 9:30a.m.

New Orleans, Louisiana, this 16th day of June, 2022.

_____<br>
CARL J. BARBIER<br>
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in Nos. 10-md-2179 and 14-657.**