UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Judge Barbier Mag. Judge Currault |

*********************************************

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who respectfully bring the present Motion to Compel Defendants' Responses to Requests for Production pursuant to Federal Rule of Civil Procedure Rule 37(a).

For the reasons more fully set forth in the accompanying Memorandum in Support, Plaintiffs move to compel the Defendants Craig Downs and Downs Law Group, PA to produce the relevant and critical documents requested in Plaintiffs' Requests for Production of Documents attached as Exhibit A. Plaintiffs also seek an award of attorneys' fees and costs incurred in bringing the present Motion.

Finally, Plaintiffs certify that they have in good faith conferred with Defendants regarding the deficient discovery production in an effort to resolve this dispute without Court action, as further addressed in the below Certificate of Conference required by this Section of Court.

Respectfully submitted,

*s/ Craig M. Robinson*_____
CRAIG M. ROBINSON (Bar No. 32934)

*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

/s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure Rule 37(a)(1) and this Section of Court's Rules, Plaintiffs in the above-captioned matter, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, provide this Certificate of Conference.

Plaintiffs hereby certify that they have in good faith conferred with Defendants, Downs Law Group, P.A. and Craig T. Downs, which have failed to make discovery, in an effort to obtain this discovery without court action. Specifically, Plaintiffs certify the following facts:

1. Plaintiffs' counsel Craig Robinson contacted Defendants' counsel, Jeremy Friedman, via email to schedule the Rule 37 conference;

2. Plaintiffs' counsel, Craig Robinson and Alexis Butler, and Defendants' counsel, Jeremy Friedman, participated in the Rule 37 conference;

3. The Rule 37 conference was held on June 10, 2022, at approximately 3:00 p.m. CST;

4. The Rule 37 conference was held telephonically;

5. The Rule 37 conference lasted approximately 15 minutes;

6. During the Rule 37 conference, Plaintiffs addressed the Defendants' deficient Response to Plaintiffs' Request for Production of Documents;

7. The parties were unable to resolve any disputes during the Rule 37 conference, with counsel for Defendants reasserting all objections in the Response to Requests for Production and refusing to produce any responsive documents.

/s/ Craig M. Robinson<br>
CRAIG M. ROBINSON

## CERTIFICATE OF SERVICE

I hereby certify that on this  17th   day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

 /s/ Craig M. Robinson<br>
Craig M. Robinson