**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON" IN** | * | **SECTION: J** |
| | **THE GULF OF MEXICO ON** | * | |
| | **APRIL 20, 2010** | * | |
| | | * | **Judge Barbier** |
| Relates to: | **2:14-cv-657** | * | **Mag. Judge Currault** |
| | **Melancon │ Rimes, LLC et al.** | * | |
| | **v. Downs Law Group, LLC, et al.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S FIRST**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

To:

**Downs Law Group, P.A. and**
**Craig T. Downs**
*Through its attorneys:*
Jeremy Friedman (FL # 134643)
The Downs Law Group, PA
3250 Mary Street, Ste. 307
Coconut Grove, FL 33133

**Definitions and Instructions**

A.  Document – As used herein, the term "document" shall be construed broadly and expansively to include any medium upon which information is recorded including, but not limited to, contracts, agreements, applications, forms, policies, claims, files, records, letters, correspondence, minutes, memoranda, notes, e-mails, photocopies, facsimiles, transcripts, graphs, photographs, videotapes, audiotapes, microfilm, charts, studies, tables, calculations, acknowledgments, and any draft of the foregoing, which is, or has been, at any time, in the control, custody or possession of Defendants, respectively.

B.  Communication – Shall refer to all communication, both written and oral, including but not limited to, telephone conversations, letters, memoranda, e-mails, facsimiles, reports, interviews, statements, contracts, agreements and consultations. Whenever a request refers to conversations with others, such request also refers to communications with all persons acting on behalf of that other, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, associates, consultants, investigators, secretaries, assistants, agents, brokers, claim adjusters, or attorneys.

C.  You and Your – Shall refer to Defendants, respectively, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, associates,

consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

D. Identify – When asked to "identify" a natural person, please provide: (a) the person's full name, (b) current or last known home address and telephone number, (c) current or last known business address and telephone number, (d) birth date, (e) social security number, (f) current or last known place of employment, and (g) job title or description.

When asked to "identify" a corporation or other business entity, please provide: (a) the full name of the entity, (b) the type of entity, (e.g. partnership, limited partnership, corporation), (c) the state of formation or incorporation, (d) the date of formation or incorporation, (e) principle business address and telephone number, and (f) the principal business address (if any) within the State of Louisiana.

E. Privilege – If a privilege is claimed over any document, (as "document" is defined above), please provide: (a) the identity of the author of the document, (b) the identity of the recipient of the document, (c) the date that the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

F. The terms "and" and "or" and "and/or" shall be construed broadly and expansively as "and/or", and shall not be construed to limit the documents or information sought in any manner.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

AND NOW, pursuant to the Federal Rules of Civil Procedure, Plaintiff respectfully requests that, within legal delays, you please make available, for inspection and copying, the following documents, at mover's office, located at 700 Camp Street, New Orleans, Louisiana 70130, at mover's expense, and to amend and/or supplement your responses on a continuing basis:

**REQUEST FOR PRODUCTION NO. 1:**

Any and all attorney-client contracts containing plaintiffs names, including but not limited to Jason L. Melancon, Melancon │ Rimes, LLC, Sterbcow Law Group, LLC, or Marx D. Sterbcow, related in any way to the BP Oil Spill litigation, MDL-2179.

**REQUEST FOR PRODUCTION NO. 2:**

For those contracts/clients identified in Response to Request No. 1, any attorney-client contracts executed in those same matters subsequent to Your October 22, 2013 letter to clients and

which may or may not contain plaintiffs names.

**REQUEST FOR PRODUCTION NO. 3:**

For those contracts/clients identified in Response to Request No. 1, any and all closing statements and/or fee sheets identifying settlement(s) and attorney fees.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all lists prepared by You or your employees identifying the contracts and/or clients represented in association with Plaintiff(s).

**REQUEST FOR PRODUCTION NO. 5:**

Any and all contemporaneous time logs of work kept on the contracts and/or clients identified in the previous requests for production of documents.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all contemporaneous data identifying the substance of the work contained in the time logs provided in Response to Request no. 5.

                                        Respectfully submitted,

 /s/ Craig M. Robinson_____          /s/ Alexis A. Butler_____
CRAIG M. ROBINSON (Bar No. 32934)      Alexis A. Butler (Bar No. 32376)
*Robinson Law Offices, LLC*             *The Whitaker Law Firm, APC*
700 Camp Street                         201 St. Charles Avenue
New Orleans, Louisiana 70130            Suite 2500
T: (504) 458-5100                       New Orleans, LA 70170
F: (504) 717-4627                       T: (504) 313-0168
E: craig@rlolegal.com                   E: lexybutler@whitakerlaw.net

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel

of record via email, by facsimile, or by placing same in the United States mail, postage pre-paid

on this ___22nd_____ day of _____April_____, 2022.


_/s/ Craig M. Robinson_____
Craig M. Robinson