

Craig M. Robinson, Esq.
700 Camp Street
New Orleans, LA 70130

*Admitted in Louisiana

Phone: (504) 458-5100
Fax: (504) 717-4627
Email: craig@rlolegal.com
www.rlolegal.com

June 7, 2022

**VIA E-MAIL**: jfriedman@downslawgroup.com
Jeremy Friedman
*The Downs Law Group*
6620 Southpoint Drive South, Suite 450-E
Jacksonville, Florida 32216

      RE:    **DEFICIENT DISCOVERY RESPONSES: RULE 37 CONFERENCE**
                  *Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al.*
                  2:14-cv-657 (ED LA); BP MDL 2179

Dear Mr. Jeremy Friedman:

      On Friday, June 6, 2022, our offices received deficient responses from you/your client to Plaintiff's First Request for Production of Documents dated April 22, 2022 and which we re-affirmed at our 26(f) conference on May 9, 2022 per our status conference with Magistrate Currault. I am attaching the discovery requests and your responses for your convenience.

      In order to discuss and/or expedite these issues, I would like to set a 37.1 Conference for **Tuesday, June 14, 2022 at 10:00am (cst)** to discuss the deficient responses. Our office will initiate the call.

      Should you have any questions or concerns, please do not hesitate to contact our offices.

                                                                Sincerely,

                                                              Craig M. Robinson, Esq.

CC:    Alexis Butler, Esq.