UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

*******************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 72.1, the Motion to Compel Defendants' Responses to Requests for Production filed by Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, is hereby set for submission before Magistrate Donna Phillips Currault[1] on July 6, 2022, at 11:00 a.m.

Respectfully submitted,

*s/ Craig M. Robinson*
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*/s/ Alexis A. Butler*
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500

---

[1] Plaintiffs are aware of the Court's June 9, 2022 Order (Rec. Doc. 27406) stating that all issues of *quantum meruit* and unpaid rent will be resolved by Judge Barbier but were unclear as to whether that extended to discovery matters and, thus, adhered to the Local Rules on this discovery matter.

New Orleans, LA 70170  
T: (504) 313-0168  
E: lexybutler@whitakerlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this __17th__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

  /s/ Craig M. Robinson  
Craig M. Robinson