**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON" IN** | * | **SECTION: J** |
| | **THE GULF OF MEXICO ON** | * | |
| | **APRIL 20, 2010** | * | |
| | | * | **Judge Barbier** |
| **Relates to:** | **2:14-cv-657** | * | **Mag. Judge Currault** |
| | **Melancon │ Rimes, LLC et al.** | * | |
| | **v. Downs Law Group, LLC, et al.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF**
**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS'**
**RESPONSES TO REQUESTS FOR PRODUCTION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who respectfully bring the present Ex Parte Motion for Expedited Consideration of Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production pursuant to Federal Rule of Civil Procedure Rule 37(a).

Plaintiffs file the present Motion in an effort to obtain critical, relevant discovery responses from Defendants in time to present this discovery as evidence at the Court's recently scheduled hearing on July 12, 2022, and to meet the deadline of June 28, 2022, set by the Court to file these documents as exhibits to be used at the hearing.  Without these documents, Plaintiffs will be severely prejudiced in presenting their claims for attorneys' fees and costs to the Court at the evidentiary hearing.

This Court originally set the discovery deadline in this case for July 26, 2022, and scheduled the evidentiary hearing on Plaintiffs' claims for September 2, 2022.  (R. Doc. 16, Case No. 14-657).  Accordingly, when Plaintiffs first sought to file their Motion to Compel, the Court's July 6, 2022, submission date provided more than sufficient time for the Plaintiffs to obtain the

disputed discovery prior to the evidentiary hearing and relevant deadlines.

However, on June 16, 2022, the Court issued an order rescheduling the evidentiary hearing for July 12, 2022, and setting June 28, 2022, as the deadline for filing witness and exhibit lists and exhibits, to exchange documents or evidence to be used at the hearing, and file legal memoranda. (R. Doc. 18, Case No. 14-657).  Accordingly, under the current submission deadline of July 6, 2022, even if Plaintiffs prevail in their Motion to Compel, Plaintiffs will not be able to file the disputed discovery as an exhibit or include this discovery in their legal memorandum on June 28, 2022.  As set forth in Plaintiffs' Memorandum in Support of Motion to Compel, the disputed discovery is highly critical and relevant to the resolution of Plaintiffs' claims.  Accordingly, Plaintiffs will be greatly prejudiced if forced to proceed to the evidentiary hearing without these documents.

For these reasons, Plaintiffs respectfully request that this Honorable Court grant expedited consideration to Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production to allow sufficient time for production of the disputed documents prior to the Court's evidentiary and memoranda deadline of June 28, 2022.  Plaintiffs respect and recognize the Court's busy docket and are greatly appreciative of any accommodations that can be made for resolving the Motion to Compel on an expedited basis.  Plaintiffs filed this Motion as soon as possible upon receipt of the Court's order rescheduling the evidentiary hearing.

Respectfully submitted,


*s/ Craig M. Robinson*_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100

F: (504) 717-4627
E: craig@rlolegal.com

*/s/ Alexis A. Butler*_____
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __17__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

_/s/ Craig M. Robinson_____
Craig M. Robinson