**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | * | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON" IN** | * | **SECTION: J** |
| | **THE GULF OF MEXICO ON** | * | |
| | **APRIL 20, 2010** | * | |
| | | * | **Judge Barbier** |
| **Relates to:** | **2:14-cv-657** | * | **Mag. Judge Currault** |
| | **Melancon │ Rimes, LLC et al.** | * | |
| | **v. Downs Law Group, LLC, et al.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

CONSIDERING the Ex Parte Motion for Expedited Consideration of Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production filed by Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow;

IT IS ORDERED that the Plaintiffs' Ex Parte Motion for Expedited Consideration is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Motion to Compel Defendants' Responses to Requests for Production is set for submission on June _____ , 2022, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of June, 2022.

_____
HONORABLE MAGISTRATE DONNA PHILLIPS CURRAULT[1]

---

[1] Plaintiffs are aware of the Court's June 9, 2022 Order (Rec. Doc. 27406) stating that all issues of *quantum meruit* and unpaid rent will be resolved by Judge Barbier but were unclear as to whether that extended to discovery matters and, thus, adhered to the Local Rules on this discovery matter.