UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

*********************************************

**PLAINTIFFS' MOTION FOR SETTLEMENT CONFERENCE
WITH THE MAGISTRATE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, herein who respectfully file their Motion for Settlement Conference with the Magistrate.

Plaintiff asks this Court to grant their Motion for Settlement Conference for the reasons set forth in the accompanying Memorandum in Support including the fact that Plaintiffs and Defendants were already planning to have a settlement conference at the end of July with Magistrate Currault before a hearing on the *quantum meruit* and unpaid rent was moved up to July 12th.

WHEREFORE, Plaintiffs prays that this Honorable Court will grant their Motion for Settlement Conference with the Magistrate.

Respectfully submitted,

*s/ Craig M. Robinson*
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

        /s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __20th__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

        /s/ Craig M. Robinson
Craig M. Robinson