UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Judge Barbier Mag. Judge Currault |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SETTLEMENT CONFERENCE WITH THE MAGISTRATE**

MAY IT PLEASE THE COURT:

Plaintiffs in the above-captioned litigation, Melancon | Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, respectfully submit this Memorandum in Support of their Motion for Settlement Conference with the Magistrate.

In accordance with the Magistrate's Scheduling Order (Rec. Doc. 16 of 2:14-cv-657), the parties to this case had been in talks to set a settlement conference with Magistrate Currault for the end of July after the completion of substantial discovery (*see* June 10, 2022 email chain between Plaintiffs and Defendants attached as **Exhibit A**).

With the Court's recent Orders noticing that Judge Barbier will resolve all remaining issues of *quantum meruit* and unpaid rent (Rec. Doc. 27406), setting a status conference on those issues (Rec. Doc. 27407) for July 8th, and then converting the status conference to a July 12, 2022 hearing on Plaintiffs' entitlement to *quantum meruit* and unpaid rent (Rec. Doc. 18 of 2:14-cv-657), Plaintiffs request the opportunity for a Settlement Conference *prior to* the hearing to explore the possibilities of settlement of the captioned litigation which would include substantial time and travel costs.

Plaintiffs maintain that the limited documentation they have sought in discovery, and which has been discussed in a separate Expedited Motion to Compel filed June 17, 2022 (Rec. Doc. 27411), would aid the conference, the Parties, and the Magistrate in any attempts to dispose of the action through a negotiated process.

Prior to filing this Motion, Plaintiffs sought the cooperation and consent of Defendants in agreeing to a settlement conference who suggested they would attend only upon compliance with a Court order, necessitating this motion (*see* June 19/20, 2022 emails chain between Plaintiffs and Defendants attached as **Exhibit B**).

For the foregoing reasons, Plaintiffs respectfully request that this Honorable Court will grant their Motion for Settlement Conference with the Magistrate.

        Respectfully submitted,

        *s/ Craig M. Robinson*
        CRAIG M. ROBINSON (Bar No. 32934)
        *Robinson Law Offices, LLC*
        700 Camp Street
        New Orleans, Louisiana 70130
        T: (504) 458-5100
        F: (504) 717-4627
        E: craig@rlolegal.com

        */s/ Alexis A. Butler*
        Alexis A. Butler (Bar No. 32376)
        *The Whitaker Law Firm, APC*
        201 St. Charles Avenue
        Suite 2500
        New Orleans, LA 70170
        T: (504) 313-0168
        E: lexybutler@whitakerlaw.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on this __20th__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

                                                                                   /s/ Craig M. Robinson_____
                                                                                   Craig M. Robinson