# Craig Robinson

| | |
|---|---|
| **From:** | Jeremy Friedman <jfriedman@downslawgroup.com> |
| **Sent:** | Friday, June 10, 2022 12:37 PM |
| **To:** | Craig Robinson |
| **Cc:** | Paul Hankin; Fadme Zafe; Alexis Butler |
| **Subject:** | RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657 |

Yes, any mediation would be after the discovery period is completed.

**Jeremy Friedman, Esq.**



| **Duval** | **Broward** | **Main Office - Miami** |
|---|---|---|
| 6620 Southpoint Drive South | 707 N.E. 3rd Avenue, Suite 201 | 3250 Mary Street, Suite 307 |
| Suite 450-E | Fort Lauderdale, Florida 33304 | Coconut Grove, Florida 33133 |
| Jacksonville, Florida 32216 | T. 954-447-3556 | T. 305-444-8226 |
| T. 904-296-3233 | F. 305-444-6773 | F. 305-444-6773 |
| F. 305-444-6773 | | |

E-mail:jfriedman@downslawgroup.com
Website: www.downslawgroup.com

**Confidentiality and Privilege Notice**
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Craig Robinson <craig@rlolegal.com>
**Sent:** Friday, June 10, 2022 11:21 AM
**To:** Jeremy Friedman <jfriedman@downslawgroup.com>
**Cc:** Paul Hankin <phankin@downslawgroup.com>; Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Jeremy,

I'm fine with Mag Currault acting as our mediator but my concern is that substantial discovery remains and a mediation may not be fruitful until we have all available information. For instance, we have yet to receive any documentation responsive to our requests for production of documents from your client. You are welcome to, and I think it makes sense, to ask for *potential* dates after the discovery period/end of July and assuming we are able to sort out our discovery issues as I am hopeful we will be able to. Thanks,



**Craig M. Robinson**
Attorney-At-Law
Robinson Law Offices
700 Camp Street
New Orleans, LA 70130
504-458-5100 (Phone)
504-717-4627 (Fax)
craig@rlolegal.com
www.rlolegal.com

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have receive

**From:** Jeremy Friedman <jfriedman@downslawgroup.com>
**Sent:** Friday, June 10, 2022 10:02 AM
**To:** Craig Robinson <craig@rlolegal.com>
**Cc:** Paul Hankin <phankin@downslawgroup.com>; Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** Re: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Craig,

Now that the magistrate is no longer going to be on this case at all, I have confirmed that she would now be eligible to be our mediator. Do you agree to have her serve as the mediator of this case and for us to request potential dates from her?

**Jeremy Friedman, Esq.**

**Duval**
6620 Southpoint Drive South
Suite 450-E
Jacksonville, Florida 32216
T. 904-296-3233
F. 305-444-6773
E-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

**Broward**
707 N.E. 3rd Avenue, Suite 201
Fort Lauderdale, Florida 33304
T. 954-447-3556
F. 305-444-6773

**Main Office - Miami**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
T. 305-444-8226
F. 305-444-6773

**Confidentiality and Privilege Notice**

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

On Jun 9, 2022, at 4:33 PM, Craig Robinson <craig@rlolegal.com> wrote:

Jeremy,

To work with your schedule, we can plan the Rule 37 Conference for Monday, June 20th at 10:00am(cst).



**Craig M. Robinson**
Attorney-At-Law
Robinson Law Offices
700 Camp Street
New Orleans, LA 70130
504-458-5100 (Phone)
504-717-4627 (Fax)
craig@rlolegal.com
www.rlolegal.com

**CONFIDENTIAL ATTORNEY WORK PRODUCT**
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you

**From:** Jeremy Friedman <jfriedman@downslawgroup.com>
**Sent:** Thursday, June 9, 2022 3:07 PM
**To:** Craig Robinson <craig@rlolegal.com>; Paul Hankin <phankin@downslawgroup.com>
**Cc:** Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Craig,

I am available for the Rule 37 Conference on June 20, anytime in the morning.

**Jeremy Friedman, Esq.**



| **Duval** | **Broward** | **Main Office - Miami** |
|---|---|---|
| 6620 Southpoint Drive South | 707 N.E. 3rd Avenue, Suite 201 | 3250 Mary Street, Suite 307 |
| Suite 450-E | Fort Lauderdale, Florida 33304 | Coconut Grove, Florida 33133 |
| Jacksonville, Florida 32216 | T. 954-447-3556 | T. 305-444-8226 |
| T. 904-296-3233 | F. 305-444-6773 | F. 305-444-6773 |
| F. 305-444-6773 | | |

E-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

**\*\*Confidentiality and Privilege Notice\*\***
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

**From:** Craig Robinson <craig@rlolegal.com>
**Sent:** Thursday, June 9, 2022 10:43 AM
**To:** Jeremy Friedman <jfriedman@downslawgroup.com>; Paul Hankin <phankin@downslawgroup.com>
**Cc:** Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Jeremy,

If you are unavailable for the Rule 37 on Tuesday, June 14, 2022 at 10:00am (cst), we can make it work on Monday, June 13th at 10:00am (cst) or Wednesday, June 15th at 10:00am(cst) to accommodate your schedule. If those times don't mesh with your schedule, please provide alternative time(s) you can be available on those dates and we will confirm our availability.

Thanks,



**Craig M. Robinson**
Attorney-At-Law
Robinson Law Offices
700 Camp Street
New Orleans, LA 70130
504-458-5100 (Phone)
504-717-4627 (Fax)
craig@rlolegal.com
www.rlolegal.com

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you h

**From:** Jeremy Friedman <jfriedman@downslawgroup.com>
**Sent:** Thursday, June 9, 2022 9:07 AM
**To:** Craig Robinson <craig@rlolegal.com>; Paul Hankin <phankin@downslawgroup.com>
**Cc:** Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Craig,

I am not available on the date that you selected without clearing it with us.

Please provide alternative dates.

In addition, please provide alternative dates for the deposition of Craig Downs as I had previously requested.

Thank you.

**Jeremy Friedman, Esq.**



| | | |
|---|---|---|
| **Duval** | **Broward** | **Main Office - Miami** |
| 6620 Southpoint Drive South | 707 N.E. 3rd Avenue, Suite 201 | 3250 Mary Street, Suite 307 |
| Suite 450-E | Fort Lauderdale, Florida 33304 | Coconut Grove, Florida 33133 |
| Jacksonville, Florida 32216 | T. 954-447-3556 | T. 305-444-8226 |
| T. 904-296-3233 | F. 305-444-6773 | F. 305-444-6773 |
| F. 305-444-6773 | | |
| E-mail:jfriedman@downslawgroup.com | | |
| Website: www.downslawgroup.com | | |

**\*\*Confidentiality and Privilege Notice\*\***
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Craig Robinson <craig@rlolegal.com>
**Sent:** Tuesday, June 7, 2022 11:30 AM
**To:** Jeremy Friedman <jfriedman@downslawgroup.com>; Paul Hankin <phankin@downslawgroup.com>
**Cc:** Fadme Zafe <fzafe@downslawgroup.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

Jeremy,

Please see attached correspondence setting a Rule 37.1 Conference for Tuesday, June 14, 2022 at 10am (cst).  Thanks,



**Craig M. Robinson**
Attorney-At-Law
Robinson Law Offices
700 Camp Street
New Orleans, LA 70130
504-458-5100 (Phone)
504-717-4627 (Fax)
craig@rlolegal.com
www.rlolegal.com

**CONFIDENTIAL ATTORNEY WORK PRODUCT**
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you

**From:** Fadme Zafe <fzafe@downslawgroup.com>
**Sent:** Friday, June 3, 2022 5:15 PM
**To:** Craig Robinson <craig@rlolegal.com>; Alexis Butler <lexybutler@whitakerlaw.net>
**Cc:** Jeremy Friedman <jfriedman@downslawgroup.com>; Paul Hankin <phankin@downslawgroup.com>
**Subject:** RE: Melancon | Rimes, LLC et. al. v. Downs Law Group 2:14-cv-657

| CASE NAME: | Melancon \| Rimes, LLC et. al. v. Downs Law Group, et. al. |
|---|---|
| CASE NO.: | 2:14-cv-657 |
| COURT: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
| DOCUMENT(S) TITLE: | 1. DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

**Fadme Zafe, F.R.P**
**Paralegal**



Email:fzafe@downslawgroup.com
Phone/SMS: 305-444-8226
Fax : 305-444-6773
3250 Mary Street,
Suite #307
Miami, FL 33133
www.downslawgroup.com
www.bpclaimoilspill.com



**Click Here To Learn More About Our Email Confidentiality and Privilege Notice **