# Craig Robinson

| | |
|---|---|
| **From:** | Jeremy Friedman <jfriedman@downslawgroup.com> |
| **Sent:** | Monday, June 20, 2022 10:29 AM |
| **To:** | Craig Robinson |
| **Cc:** | Alexis Butler; Paul Hankin; Fadme Zafe |
| **Subject:** | RE: Downs: Motion to Continue- Settlement Conference |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Craig,

We will be prepared to proceed forward on the 12th as scheduled and therefore will not be joining in your request to move the hearing. As to a settlement conference, if the Court orders the parties to attend we will comply with the Court's order. I will be unavailable beginning on the 28th until the hearing date due to a vacation so if a settlement conference is ordered to occur prior the hearing date, I personally will most likely not be in attendance unless it is scheduled prior to June 28.

**Jeremy Friedman, Esq.**



| **Duval** | **Broward** | **Main Office - Miami** |
|---|---|---|
| 6620 Southpoint Drive South | 707 N.E. 3rd Avenue, Suite 201 | 3250 Mary Street, Suite 307 |
| Suite 450-E | Fort Lauderdale, Florida 33304 | Coconut Grove, Florida 33133 |
| Jacksonville, Florida 32216 | T. 954-447-3556 | T. 305-444-8226 |
| T. 904-296-3233 | F. 305-444-6773 | F. 305-444-6773 |
| F. 305-444-6773 | | |

E-mail:jfriedman@downslawgroup.com
Website: www.downslawgroup.com

**Confidentiality and Privilege Notice**
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

**From:** Craig Robinson <craig@rlolegal.com>
**Sent:** Sunday, June 19, 2022 10:35 PM
**To:** Jeremy Friedman <jfriedman@downslawgroup.com>
**Cc:** Alexis Butler <lexybutler@whitakerlaw.net>; Paul Hankin <phankin@downslawgroup.com>; Fadme Zafe <fzafe@downslawgroup.com>
**Subject:** Downs: Motion to Continue- Settlement Conference

Jeremy,

Per the Court's Order on June 10th, Judge Barbier took back the case from Magistrate Currault and set an in-person status conference for July 8th.  Per the Court's June 16th Order, the status conference was moved by consent per your request (you were going to be out on vacation) to July 12th but the Court also converted the status conference to a hearing - which appears to be an evidentiary hearing, moving up the prior scheduling order nearly two months and limiting the time for essential discovery to be conducted in the case.

**We will be filing a Motion to Continue the Hearing for those reasons and are contacting you to see if you would consent to same**.

To the extent that Judge Barbier denies our Motion to Continue, **we will also be seeking a Settlement Conference with the Court/Magistrate before the hearing** and I recall our office previously worked with yours to set something up tentatively for the end of July with the Magistrate's office . **Is that something you are interested in and/or consent to?**  Thanks,



**Craig M. Robinson**
Attorney-At-Law
Robinson Law Offices
700 Camp Street
New Orleans, LA 70130
504-458-5100 (Phone)
504-717-4627 (Fax)
craig@rlolegal.com
www.rlolegal.com

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have receive