UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

******************************************

### PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who respectfully bring the present Ex Parte Motion for Expedited Consideration of Plaintiffs' Motion for Settlement Conference with the Magistrate Judge.

To explore the possibilities of settlement of the captioned litigation, Plaintiffs file the present Motion for a Settlement Conference with the Magistrate in an effort to avoid substantial time and costs as well as for judicial efficiency and to preserve Court resources *prior to* the Court's July 12, 2022 hearing on *quantum meruit* and unpaid rent.

The Court originally set this matter for a status conference on the issues of *quantum meruit* and unpaid rent (Rec. Doc. 27407) for July 8th and then converted the status conference to a July 12, 2022 hearing on Plaintiffs' entitlement to *quantum meruit* and unpaid rent (Rec. Doc. 18 of 2:14-cv-657) which precluded the opportunity for the parties to discuss settlement opportunities at a potential settlement conference with the Magistrate later in July and in accordance with the Magistrate's Scheduling Order (Rec. Doc. 16 of 2:14-cv-657).

Prior to filing this Motion, Plaintiffs sought the cooperation and consent of Defendants in

agreeing to a settlement conference who suggested they would attend only upon compliance with a Court order, necessitating this expedited motion.

For these reasons, Plaintiffs respectfully request that this Honorable Court grant expedited consideration to Plaintiffs' Motion for Settlement Conference with the Magistrate. Plaintiffs respect and recognize the Court's busy docket and are greatly appreciative of any accommodations that can be made for setting the Motion for Settlement Conference with the Magistrate on an expedited basis. Plaintiffs filed this Motion as soon as practical upon receipt of the Court's order rescheduling the evidentiary hearing and upon receipt of Defendant's response to their request for Consent.

Respectfully submitted,

*s/ Craig M. Robinson*
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

*/s/ Alexis A. Butler*
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## CERTIFICATE OF SERVICE

     I hereby certify that on this __20th__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

                                                      /s/ Craig M. Robinson
                                                      Craig M. Robinson