UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

******************************************

## ORDER

CONSIDERING the Ex Parte Motion for Expedited Consideration of Plaintiffs' Motion for Settlement Conference with the Magistrate Judge filed by Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow;

IT IS ORDERED that the Plaintiffs' Ex Parte Motion for Expedited Consideration is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Motion for Settlement Conference with the Magistrate Judge is set for submission on June _____ , 2022, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of June, 2022.

_____
HONORBABLE CARL J. BARBIER