UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al. | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Before the Court are a *Motion to Compel* **(Rec. Doc. 27410)** and a *Motion to Expedite* **(Rec. Doc. 27411)** filed by Plaintiffs, Melancon Rimes, LLC; Jason L. Melancon; Sterbcow Law Group, LLC; and Marx D. Sterbcow,

**IT IS HEREBY ORDERED** that the *Motion to Expedite* is **GRANTED.**

**IT IS FURTHER ORDERED** that the *Motion to Compel* is **DENIED.** Per the Court's Order of April 1, 2022 (Rec. Doc. 27367), Plaintiffs' only remaining claims are for unpaid rent and quantum meruit. Quantum meruit allows a party to recover "a reasonable sum for the services or materials furnished." *Whitbeck v. Kay*, 921 So. 2d 1178, 1182 (La. Ct. App. 3 Cir. 2006). A "plaintiff must show only the reasonable value of his services regardless of whether defendant's patrimony is commensurately enriched." *Morphy, Makofsky & Masson, Inc. v. Canal Place 2000*, 538 So. 2d 569, 575 (La. 1989) (citation omitted).

Here, in Request for Production No. 1, Plaintiffs request "any and all attorney-client contracts containing plaintiffs [*sic*] names." (Rec. Doc. 27410-1, at 5). The attorney-client contracts of Defendants will not assist Plaintiffs in determining the value of their services rendered. If anything, it will show the work that Defendants

performed, which is irrelevant to Plaintiffs' quantum meruit claim. Therefore, the Court finds that Request for Production No. 1 is irrelevant, and Defendants do not need to produce the requested contracts. Moreover, because the remaining Requests for Production are based upon these attorney-client contracts, they are also found to be irrelevant, and Defendants do not need to produce the requested information.

New Orleans, Louisiana, this 21st day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in Nos. 10-md-2179 and 14-657.**