UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

*********************************************

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who, pursuant to Federal Rule of Civil Procedure 59(e), respectfully bring the present Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel.

For the reasons more fully set forth in the accompanying Memorandum in Support, Plaintiffs have demonstrated manifest errors of law in the Court's Order of June 21, 2022, denying Plaintiffs' Motion to Compel (R. Doc. 27414). Pursuant to Rule 59(e), these manifest errors of law require reconsideration of the Court's Order and that Defendants produce the disputed discovery, which is highly relevant and critical to Plaintiffs' claims, immediately and advance of the Court's June 28, 2022, deadline to submit evidence for the evidentiary hearing.

Respectfully submitted,

*s/ Craig M. Robinson*_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100

F: (504) 717-4627
E: craig@rlolegal.com

*/s/ Alexis A. Butler*
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this _22nd__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and in accordance with the procedures established in MDL 2179.

 _/s/ Craig M. Robinson_
Craig M. Robinson