UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

******************************************

**PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, who respectfully bring the present Ex Parte Motion for Expedited Consideration of Plaintiffs' Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel.

Plaintiffs file the present Motion in an effort to expedite the Court's resolution of Plaintiffs' concurrently filed Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel, which seeks reconsideration of the Court's denial of Plaintiffs' Motion to Compel to discovery that is critical to Plaintiffs' claims. Without this evidence, Plaintiffs will be greatly prejudiced at the Court's July 12, 2022, evidentiary hearing. The deadline to submit evidence for this hearing is June 28, 2022, yet the Court's next available submission deadline is July 13, 2022; accordingly, Plaintiffs' cannot obtain relief under their Motion for Reconsideration prior to the deadline for submission of evidence for the evidentiary hearing. Plaintiffs file this Motion without any delay, and just one day after receiving the Court's Order of June 21, 2022. For these reasons, Plaintiffs respectfully request that this Honorable Court grant expedited consideration to Plaintiffs'

Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel, as soon as possible and prior to the quickly approaching evidentiary deadline of June 28, 2022, for the July 12, 2022, hearing.  Plaintiffs respect and recognize the Court's busy docket and are greatly appreciative of any accommodations that can be made for resolving the Motion for Reconsideration on an expedited basis.

Respectfully submitted,

s/ Craig M. Robinson
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com

/s/ Alexis A. Butler
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this _22nd__ day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties of record and that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12,

3

as amended, and in accordance with the procedures established in MDL 2179.

                                                                                                       /s/ Craig M. Robinson
                                                                                                        Craig M. Robinson