**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG * | | MDL NO. 2179 |
| | "DEEPWATER HORIZON" IN * | | SECTION: J |
| | THE GULF OF MEXICO ON * | | |
| | APRIL 20, 2010 * | | |
| | * | | Judge Barbier |
| Relates to: | 2:14-cv-657 * | | Mag. Judge Currault |
| | Melancon │ Rimes, LLC et al. * | | |
| | v. Downs Law Group, LLC, et al. * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Ex Parte Motion for Expedited Consideration of the Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel filed by Plaintiffs in the above-captioned litigation, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow;

IT IS ORDERED that the Plaintiffs' Ex Parte Motion for Expedited Consideration is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Motion for Reconsideration of Court's Order Denying Plaintiffs' Motion to Compel is set for submission on June _____ , 2022, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of June, 2022.

_____
HONORABLE JUDGE CARL J. BARBIER
