UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al. | * * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER

Before the Court are a *Motion for Reconsideration* **(Rec. Doc. 27416)** and a *Motion to Expedite* **(Rec. Doc. 27417)** filed by Plaintiffs, Melancon Rimes, LLC; Jason L. Melancon; Sterbcow Law Group, LLC; and Marx D. Sterbcow,

**IT IS HEREBY ORDERED** that the *Motion to Expedite* (Rec. Doc. 27417) is **GRANTED.**

**IT IS FURTHER ORDERED** that the *Motion for Reconsideration* (Rec. Doc. 27416) is **DENIED.** Plaintiffs cite to *Corey v. Brocato*, 626 F. App'x 480 (5th Cir. 2015) in which the court relied upon the Louisiana Rules of Professional Conduct Rule 1.5(a) factors to determine that the intervening law firm had made "positive contributions" and "value in advancing the case to its successful conclusion" such as "participating in discovery, including initial disclosures, discovering three additional defendants through discovery and joining them to the suit, and defending Corey at his deposition, all of which 'advanced the lawsuit to some degree.'" *Corey*, 626 F. App'x at 483. In that case, a percentage rather than a dollar figure was used as "a proxy for the value of the work performed by the Intervenors in the context of the entire case." *Id.*

The overarching question in allocating fees under quantum meruit is: what contribution did a lawyer make to his client's case? *See City of Alexandria v. Brown*, 740 F.3d 339, 352 (5th Cir. 2014). Before the Court can determine the specific amount owed to Plaintiffs, if any, under quantum meruit, Plaintiffs must put forth evidence that their legal representation had value, which requires a showing of the work that Plaintiffs did, not the work that Defendants did. Once the Plaintiffs make that showing, and if the Court decides it wants to allocate owed fees by percentage and not the more traditional hours worked multiplied by a reasonable local rate, then the current discovery issue may be raised again.

New Orleans, Louisiana, this 23rd day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in Nos. 10-md-2179 and 14-657.**