UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** |
| | **SECTION: J(2)** |
| **Applies to:** | **JUDGE BARBIER** |
| *No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | **MAG. JUDGE CURRAULT** |

## ORDER

Considering the 60 Day Order issued by this Court on June 24, 2022 (Rec. Doc. 27419),

**IT IS HEREBY ORDERED** that the *Motion to Dismiss* **(Rec. Doc. 27399)** is **DENIED as moot**.

New Orleans, Louisiana, this 27th day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE