UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Donovan v. Barbier, et al.,*<br>2:21-cv-00237 | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

_____/

## BRIAN J. DONOVAN'S EMERGENCY REQUEST FOR CONTINUANCE OF IN-PERSON STATUS CONFERENCE DUE TO MEDICAL CONDITION

Brian J. Donovan ("Donovan") hereby respectfully moves the Court to continue the in-person status conference scheduled for Friday, July 8, 2022 at 9:30 a.m. in Judge Barbier's courtroom (C-268) (Rec. Doc. 17) for the reasons set out herein.

### I.  BACKGROUND

In April 2018, Donovan suffered congestive heart failure and subsequently underwent heart surgery in November 2018. In October 2019 and November 2019, Donovan had two major surgeries for skin cancer. Donovan has scheduled an appointment for August 1, 2022 at Moffitt Cancer Center to determine if his cancer has metastasized. Since in or about January 2022, Donovan has experienced intermittent dizziness, fatigue, low energy levels, and exertional intolerance similar to the symptoms he felt prior to his congestive heart failure in April 2018. On June 30, 2022, the earliest appointment date available, Donovan underwent an EKG for atrial flutter at USF Health Department of Cardiology. Donovan was also fitted with a Zio XT heart monitor to assess for underlying atrial flutter which could be contributing to his symptoms and initiated medication. The Zio XT heart monitor must be worn 24/7 until July 14, 2022. While

wearing the Zio XT heart monitor, it is advisable not to go near a metal detector. A transthoracic echocardiogram ("TTE") has been scheduled for July 15, 2022 at USF Health Department of Cardiology. An office visit has been scheduled for August 18, 2022 at USF Health Department of Cardiology.

## II.  GOOD CAUSE FOR A CONTINUANCE HAS BEEN SHOWN

The Court may grant a continuance for good cause. Donovan respectfully points out that "good cause" exists in this case for the following reasons.

(1) the inconvenience to the Court and opposing counsel is minimal. Donovan's compliance with the Court's Order of August 26, 2021 (Rec. Doc. 27233) is not the only matter scheduled to be addressed at the in-person status conference on July 8, 2022. Opposing counsel who are scheduled to appear at the status conference in *Donovan v. Barbier, et al*. are all located within walking distance of the Court in New Orleans;

(2) Donovan has briefed the Court and Messrs. Herman and Roy in regard to the nature of the evidence which would be presented at the status conference concerning Donovan's compliance with the Court's Order of August 26, 2021 (Rec. Doc. 27233). Donovan respectfully points out that any further action by the Court is not warranted and would be a waste of the Court's time. Given that interest runs from the date the Court's Order of August 26, 2021 was entered in the docket until paid, it is in Donovan's best interest, and it is his sincere desire, to be able to pay the award to Mr. Herman and Mr. Roy at the earliest. (Rec. Doc. 27396);

(3) the need for the continuance is based on Donovan's reasonable conduct. Donovan is eager to attend the status conference, but is unable to do so because he is physically incapable of traveling between Tampa, Florida and New Orleans, Louisiana. In general, only about half of all

people diagnosed with congestive heart failure will survive five years. As noted above, Donovan's current symptoms are similar to the symptoms he felt prior to his congestive heart failure in April 2018. Donovan does not desire to risk experiencing a second congestive heart failure. Therefore, the need for this continuance arises only due to Donovan's heart condition, and not through any conduct of his own.

Donovan's inability to travel to the status conference should not come as a surprise to the Court. In or about March 2022, Donovan shared his medical history with Mr. Herman in order to better explain the delay in his compliance with the Court's Order of August 26, 2021. Donovan logically assumes Mr. Herman fully briefed the Court in regard his medical history; and

(4) if this motion is granted, it will be the first continuance requested by, and granted to, Donovan in *Donovan v. Barbier, et al*.

### III. CONCLUSION

This motion is not being made in bad faith nor to unduly delay these proceedings. A continuance is required for the reasons set forth above. Donovan respectfully requests from this Court a continuance of the in-person status conference until September 1, 2022 which is two weeks after his scheduled office visit at USF Health Department of Cardiology.

DATED: July 5, 2022				Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Florida Bar No. 143900
3015 W. Santiago St., #6
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, and will be served upon Messrs. Herman and Roy *via* E-mail to:

| | |
|---|---|
| Stephen J. Herman | James Parkerson Roy |
| sherman@hhklawfirm.com | jimr@wrightroy.com |

This 5th day of July, 2022.

**/s/ Brian J. Donovan**
Brian J. Donovan