**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig "Deepwater                 MDL 2179
       Horizon" in the Gulf of Mexico, on
       April 20, 2010                                          SECTION: J

This Document Relates to:                                  JUDGE BARBIER
*Donovan v. Barbier, et al.,*
2:21-cv-00237

                              MAG. JUDGE CURRAULT

_____/

## ORDER

Considering BRIAN J. DONOVAN'S EMERGENCY REQUEST FOR
CONTINUANCE OF IN-PERSON STATUS CONFERENCE DUE TO MEDICAL
CONDITION,

IT IS ORDERED that the Emergency Request for Continuance is GRANTED.

New Orleans, Louisiana, this_____ day of _____, 2022.


_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE