UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  *  * | MDL 2179  SECTION: J(2) |
| Applies to: No. 21-237, Donovan v. Barbier, et al. | *  * | JUDGE BARBIER  MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Emergency Request for Continuance* **(Rec. Doc. 27423)** and the reasons stated therein by Plaintiff, Brian J. Donovan,

**IT IS HEREBY ORDERED** that the in-person status conference scheduled for July 8, 2022 is **RESET** as a **zoom status conference** to be held on **Friday, July 8, 2022 at 9:30a.m. C.S.T.**

ADDITIONAL NOTES REGARDING THE ZOOM CONFERENCE:

- The Court will email the Zoom link to the attorneys of record in the above captioned case. The fact that an attorney receives a Zoom link does not mean that that attorney must appear at the Zoom conference. Only attorneys who intend to speak at the conference shall appear via Zoom.

- Attorneys participating by Zoom shall log on fifteen minutes before the start of the conference.

- Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

New Orleans, Louisiana, this 5th day of July, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE