UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to:<br>12-cv-968: BELO<br>AND<br>22-cv-00768 | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## ORDER

Defense counsel has advised that plaintiff in one BELO case[1] (#22-768) has failed to provide initial disclosures or have provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 27422 in 10-md-2179. Accordingly, pursuant to BELO CMO No. 2,

**IT IS ORDERED** that no later than **AUGUST 5, 2022**, plaintiff Reynaldo Amaro-Perez must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff and his counsel must appear before Judge Barbier to show cause why this case should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED** that the deadline by which Reynaldo Amaro-Perez must submit a venue filing is extended to no later than **SEPTEMBER 5, 2022**.

New Orleans, Louisiana, this __6th__ day of July, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in No. 22-00768.

1