UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| <u>Applies to:</u><br>12-cv-968: BELO<br>AND<br>22-cv-481 | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## ORDER

Counsel for Plaintiff Floyd Malveaux filed a Notice of Compliance of Discovery Obligations (ECF No. 6) in Case No. 22-481, confirming the production of Initial Disclosures as ordered by this Court (ECF No. 5). Accordingly,

**IT IS ORDERED** that the Court's Show Cause Order (ECF No. 5) is **SATISFIED**.[1]

New Orleans, Louisiana, this __7th__ day of July, 2022.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 <u>and</u> in **No. 22-cv-481**.