UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J(2) |
| Applies to: 21-237 | JUDGE BARBIER<br>MAG. JUDGE CURRAULT |

**N O T I C E**
[Dial-In Information for Status Conference]

The Court has scheduled a Status Conference for Friday, July 8, 2022 at 9:30 a.m. CST.

This hearing will be conducted remotely via Zoom. Only attorneys who will be speaking shall appear via Zoom (details below). All others, including the public, may listen to the proceedings by dialing **1-855-244-8681 (Access Code: 172 392 6917).** Be advised that this number is "listen only."

ADDITIONAL NOTES:

1. The Court has emailed the Zoom link to the attorneys of record.
2. The fact that an attorney receives a Zoom link does not mean that that attorney must appear at the Zoom conference. Again, **only attorneys who will speak at the conference may appear via Zoom.** All others should use the dial-in number provided above.
3. Attorneys who will be speaking shall log onto Zoom fifteen minutes before the start time.
4. Attorneys participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom
5. Recording these proceedings is prohibited.

New Orleans, Louisiana, this 7th day of July 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE