MINUTE ENTRY
BARBIER, J.
JULY 8, 2022
JS 10:  24 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J (2) |
| | JUDGE BARBIER |
| Applies to: No. 21-237, Donovan v. Barbier, et al. | MAG. JUDGE CURRAULT |
| CASE MANAGER: Gail Chauvin | COURT REPORTER: Cathy Pepper |

FRIDAY, JULY 8, 2022
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

Participating:
    Brian J. Donovan representing himself and Ed Trapolin for Stephen J. Herman and James P. Roy

Proceedings began at 9:55 a.m.

**ORDERED** that Brian Donovan shall provide the Court and opposing counsel within 21 days (1) a bank or financial statement showing any and all assets and liabilities and (2) an income statement showing income for himself and his wife, including expenses. These statements shall be sworn statements under oath and provided under seal.

Proceedings ended at 10:19 a.m.

Signed on July 8, 2022 in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE