Brian J. Donovan
Income Statement[a]
(2018 - 2021)

|  | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Revenue** | 0 | 0 | 0 | 6250.00[b] |
| **Expenses**[c] | | | | |
| Lexis Nexis | 60.00 | 110.00 | 230.00 | 136.00 |
| Book Publisher | 256.54 | 18.00 | 91.84 | 18.00 |
| Court Filing Fees |  | 434.70 | 400.00 |  |
| Process Service |  | 302.80 |  |  |
| Office Expenses | 116.00 | 264.51 | 357.01 | 738.36 |
| Airfare |  | 1491.81 |  | 264.59 |
| Car Rental | 1708.13 |  |  |  |
| Taxes & Licenses | 712.50 | 692.50 | 707.50 | 692.50 |
| T-Mobile | 946.57 | 834.87 | 635.00 | 643.67 |
| Frontier | 555.76 | 575.76 | 575.76 | 309.40 |
| Rent | 3125.48 | 3179.47 | 3266.58 | 2247.06 |
| Electricity | 189.05 | 166.26 | 156.98 | 153.82 |
| **Total Expenses** | 7670.03 | 8070.68 | 6420.67 | 5203.40 |
| **Net Profit (Loss)** | (7670.03) | (8070.68) | (6420.67) | 1046.60 |

(a) Chinamerica Legal Advisors, PLLC is a Florida LLC. The Donovan Law Group, PLLC is a Florida LLC. If an LLC has only one member and is classified as an entity disregarded as separate from its owner, its income, deductions, gains, losses, and credits are reported on the owner's income tax return. For example, if the owner of the LLC is an individual, the LLC's income and expenses would be reported on the following schedules filed with the owner's Form 1040: Schedule C, Profit or Loss from Business.

(b) This amount of $6,250.00 is an adjustment of rent due to early termination of the apartment lease by the landlord. I reported it as income for tax purposes.

(c) Since I work out of my home, these expenses were reported to the IRS on Schedule C and Form 8829 (Expenses for Business Use of Your Home).

(d) Revenue from January 1, 2022 through July 29, 2022 is $0.00.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location.

DATED: July 29, 2022                                                             Respectfully submitted,

**/s/ Brian J. Donovan**_____
Brian J. Donovan
Florida Bar No. 143900
3015 W. Santiago St., #6
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net