Brian J. Donovan
Assets vs. Liabilities
(As of July 29, 2022)

**Assets**

| | |
|---|---:|
| Cash and Bank Account Balances | 117.86 (a) |
| Real Property | 0.00 (b) |
| Cars and Other Vehicles | 0.00 (c) |
| Computer | 899.99 |
| Total Value of Assets | 1,017.85 |

**Liabilities**

| | |
|---|---:|
| Mortgages on Real Property | 0.00 (d) |
| Car and other Vehicle Loans | 0.00 (e) |
| Student Loans | 78,789.36 (f) |
| Personal Loans | 21,114.78 (g) |
| Judgments | 86,154.70 (h) |
| Total Value of Liabilities | 186,058.84 |

(a) Total amount in Pilot Bank IOTA Trust Account + Wells Fargo Account. Current Bank Statements are attached hereto.

(b) I do not own my residence. I rent my apartment. I do not own any other real property.

(c) As a result of my congestive heart failure in 2018, I do not own a car or other vehicle.

(d) Again, I do not own any real property.

(e) Again, I do not own a car or other vehicle.

(f) These are student loans which I owe to the U.S. Department of Education.

(g) These are loans to cover expenses for 2018 through 2021 (See enclosed Income Statement).

(h) See ORDER [Setting the Amount of Attorneys' Fees and Costs Brian J. Donovan Owes to Stephen J. Herman and James P. Roy] (Rec. Doc. 27223). This amount accrues interest running from the date this order was entered in the docket until paid.

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location.

DATED: July 29, 2022                                          Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Florida Bar No. 143900
3015 W. Santiago St., #6
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net