

PO Box 16828
Tampa, FL 33687
813-349-4575



1465812
THE DONOVAN LAW GROUP PLLC
IOTA TRUST ACCOUNT
3015 W SANTIAGO ST
UNIT 6
TAMPA FL 33629

| Date 6/30/22 | Page 1 |
|---|---|
| Primary Account | Acct Ending 6160 |
| Short Name | DONOVAN LAW GROUP PL |
| Enclosures | |

## Summary of Accounts

| Account Number | Account Title | Current Balance |
|---|---|---|
| Acct Ending 6160 | IOTA | 95.77 |

## CHECKING ACCOUNTS

Account Title: THE DONOVAN LAW GROUP PLLC
              IOTA TRUST ACCOUNT

| IOTA | | | |
|---|---|---|---|
| Account Number | Acct Ending 6160 | Number of Enclosures | 0 |
| Previous Balance | 95.77 | Statement Dates  6/01/22 thru 6/30/22 | |
| Deposits/Credits | .00 | Days in the statement period | 30 |
| Checks/Debits | .00 | Average Ledger | 95.77 |
| Service Charge | .00 | Average Collected | 95.77 |
| Interest Paid | .00 | | |
| Current Balance | 95.77 | | |



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft Fees year to date | $.00 | $.00 |
| Non-Sufficient Funds Fees year to date | $.00 | $.00 |

### Daily Balance Information

| Date | Balance |
|---|---|
| 6/01 | 95.77 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION