UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>*No. 15-4143, 15-4146 & 15-4654* | | Judge Barbier<br><br>Magistrate Judge<br>Donna Phillips Currault |

| REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR | | | | |
|---|---|---|---|---|
| STATUS REPORT NO. | 26 | DATE | AUGUST 1, 2022 |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| | **This Document Relates To:**<br>*No. 15-4143, 15-4146 & 15-4654* | **Judge Carl Barbier**<br><br>**Magistrate Judge Donna Phillips Currault** |

# STATUS REPORT BY THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS' OLD AND NEW CLASS CLAIMS ADMINISTRATOR STATUS REPORT NO. 26 FOR AUGUST 1, 2022

The Old and New Class Claims Administrator (the "Claims Administrator") for the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("Settlement Agreements") submits this Status Report pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements. All capitalized terms in this Status Report shall have the same meaning as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

## I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

### A. Overview

**Old and New Classes**

Escheatment of the funds for uncashed checks to the various states' unclaimed property offices began in July 2022. There are forty states receiving escheatment files and funds. The escheatment of unclaimed funds is anticipated to be complete by the end of August 2022.

### B. Distribution Processing

**Outstanding Old and New Class Distributions**

There are no claims still in process or initial payments outstanding at this time. Escheatment to the various states of residence for claimants who did not cash their checks is currently underway and this will provide final resolution for all unclaimed funds.

**Final Steps**

Tax returns for 2021 will be filed by the deadline later this year. The motion to request closure of this matter that will provide for costs to close, data retention, and the handling of residual funds related to the various distribution tracks is currently in process and will be filed with the Court after the escheatment process is complete.

## II. CONCLUSION

The Claims Administrator respectfully submits this Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. In the event the Court would like additional information, the Claims Administrator is prepared to provide further details at the Court's request.

    /s/ Patrick A. Juneau
PATRICK A. JUNEAU
OLD & NEW CLASS CLAIMS ADMINISTRATOR