UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE CURRAULT** |
| **Applies to: 12-cv-968: BELO** | |

## THE BP PARTIES' AUGUST 12, 2022 STATUS REPORT

Pursuant to the Court's July 6, 2022 Order (Rec. Doc. 27373) and Section 4 of the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2 (Rec. Doc. 25738), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, the "BP Parties") respectfully submit the foregoing Status Report. The BP Parties are listing no plaintiffs for this Status Report.

DATED: August 12, 2022                                    Respectfully submitted,

                  */s/ Scott C. Seiler*
                 Scott C. Seiler (Bar #19784)
                 Devin C. Reid (Bar #32645)
                 LISKOW & LEWIS
                 701 Poydras Street, Suite 5000
                 New Orleans, LA 70139
                 Telephone:  (504) 581-7979
                 Telefax:  (504) 556-4108

                  */s/ Kevin M. Hodges*
                 Kevin M. Hodges
                 WILLIAMS & CONNOLLY LLP
                 725 Twelfth Street, N.W.
                 Washington, D.C. 20005
                 Telephone:  (202) 434-5000
                 Telefax:  (202) 434-5029

                  */s/ Catherine Pyune McEldowney*
                 Catherine Pyune McEldowney
                 MARON MARVEL BRADLEY
                 ANDERSON & TARDY LLC
                 1201 North Market Street, Suite 900
                 Wilmington, DE 19801
                 Telephone:  (302) 425-5177
                 Telefax:  (302) 425-0180

                  */s/ Georgia L. Lucier*
                 Georgia L. Lucier
                 HUNTON ANDREWS KURTH LLP
                 600 Travis Street, Suite 4200
                 Houston, TX 77002
                 Telephone: (713) 220-4200
                 Telefax:  (713) 220-4285

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of August, 2022.

                                          */s/ Scott C. Seiler*
                                          Scott C. Seiler