**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" IN | * | SECTION: J |
| | THE GULF OF MEXICO ON | * | |
| | APRIL 20, 2010 | * | |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 | * | Mag. Judge Currault |
| | Melancon │ Rimes, LLC et al. | * | |
| | v. Downs Law Group, LLC, et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

## MOTION FOR DISMISSAL WITH PREJUDICE

---

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow, (collectively "Plaintiffs"), who move for an Order of Dismissal, with prejudice, as all of the claims against defendants Downs Law Group, P.A. and Craig T. Downs in the above-captioned and numbered matter have been fully and completely compromised and settled.

Accordingly, Plaintiffs respectfully request this Honorable Court grant their *Motion for Dismissal with Prejudice*, and issue an *Order* dismissing any and all claims asserted by them against defendants Downs Law Group, P.A., Craig T. Downs and Jeremy Friedman in the above-

captioned and numbered cause, with prejudice, with each party to bear their own costs.

Respectfully submitted,

s/ Craig M. Robinson_____
CRAIG M. ROBINSON (Bar No. 32934)
*Robinson Law Offices, LLC*
700 Camp Street
New Orleans, Louisiana 70130
T: (504) 458-5100
F: (504) 717-4627
E: craig@rlolegal.com


 /s/ Alexis A. Butler_____
Alexis A. Butler (Bar No. 32376)
*The Whitaker Law Firm, APC*
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
T: (504) 313-0168
E: lexybutler@whitakerlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd  day of August 2022, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all

parties of record and that the above and foregoing pleading has been served on All Counsel by

electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12,

as amended, and in accordance with the procedures established in MDL 2179.

 /s/ Craig M. Robinson_____
Craig M. Robinson