# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | | * | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon │ Rimes, LLC et al. v. Downs Law Group, LLC, et al. | * * * | Mag. Judge Currault |

*********************************************

## ORDER

Considering the Foregoing *Motion for Dismissal with Prejudice,*

IT IS ORDERED, ADJUDGED, AND DECREED that any and all claims of Melancon │ Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow in the above-captioned and numbered cause, be and are hereby dismissed with prejudice, with each party to bear their own costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2022.

_____
**JUDGE CARL J. BARBIER**