UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J(2) |
| Applies to:<br>*No. 14-657, Melancon Rimes, LLC, et al. v. Downs Law Group, P.A., et al.* | JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

### ORDER

Considering the foregoing *Motion for Dismissal with Prejudice* **(Rec. Doc. 27434)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims of Plaintiffs, Melancon Rimes, LLC; Jason L. Melancon; Sterbcow Law Group, LLC; and Marx D. Sterbcow, against Defendants, Downs Law Group, P.A. and Craig T. Downs, shall be and are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this 23rd day of August, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE