UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: *No. 16-5952 Loggerhead Holdings, Inc. v. BP* | * * | JUDGE BARBIER MAG. JUDGE CURRAULT |

## ORDER
[Scheduling Status Conference]

**IT IS ORDERED** that a telephone status conference is scheduled for **Wednesday, September 7, 2022 at 10:00a.m. (CDT).** To join the call, dial 877-848-7030, then enter 2704006 when prompted for an access code.

New Orleans, Louisiana, this 6th day of September, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: file in Case Nos. 10-md-2179 and 16-5952.**