MINUTE ENTRY
BARBIER, J.
SEPTEMBER 7, 2022
JS 10: 24 mins.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J (2) |
| | JUDGE BARBIER |
| Applies to: No. 16-5952 Loggerhead Holdings Inc. v. BP | MAG. JUDGE CURRAULT |

WEDNESDAY, SEPTEMBER 7, 2022
JUDGE CARL J. BARBIER PRESIDING

TELEPHONE STATUS CONFERENCE

Participating:
    James Weller Stroup representing Loggerhead Holdings, Inc. and Matthew Regan and Christopher Keegan representing the BP Entities.

Proceedings began at 10:03 a.m.

**ORDERED** that once the Fifth Circuit issues its mandate in *Loggerhead Holdings, Inc. v. BP, P.L.C.*, Case No. 21-30573, both parties shall have twenty-eight (28) days to submit a proposed plan on how this Court should proceed. Both parties will then have fourteen (14) days to respond to each's proposals.

Proceedings ended at 10:27 a.m.

Signed on September 7, 2022 in New Orleans, Louisiana.

                                  CARL J. BARBIER
                                  UNITED STATES DISTRICT JUDGE