**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**<br><br>**This Document Relates To:**<br><br>**2:22-CV-00964** | **MDL No.: 2179**<br><br>**SECTION: J**<br><br>**Judge Barbier**<br>**Mag. Judge Currault** |

### ORDER

Considering the foregoing Motion to Remand by Plaintiff Marian Law.

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:22-CV-00964 to the Southern District of Alabama for further proceedings and trial

NEW ORLEANS, LOUISIANA, this _____ day of_____, 2022

_____
United States District Court Judge