# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30573
_____

United States Court of Appeals
Fifth Circuit
**FILED**
September 2, 2022
Lyle W. Cayce
Clerk

IN RE   DEEPWATER HORIZON

_____

LOGGERHEAD HOLDINGS, INCORPORATED,

*Plaintiff—Appellant*,

versus

BP, P.L.C.; BP AMERICA, INCORPORATED; BP PRODUCTS NORTH AMERICA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION, INCORPORATED,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:16-CV-5952

_____

Before KING, ELROD, and SOUTHWICK, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

**Certified as a true copy and issued as the mandate on Sep 26, 2022**

Attest:

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-30573

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.