# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 26, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 21-30573    Loggerhead Holdings v. BP
                          USDC No. 2:10-MD-2179
                          USDC No. 2:16-CV-5952

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Allison G. Lopez, Deputy Clerk
                         504-310-7702

cc:  Mr. George W. Hicks Jr.
     Mr. Aaron Lloyd Nielson
     Mr. Devin Chase Reid
     Mr. James Weller Stroup