UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| Applies to: 12-cv-968: BELO AND 22-cv-1681; 22-cv-1716 | JUDGE BARBIER MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiffs in two BELO cases[1] have failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1. ECF No. 27441 in 10-md-2179. Accordingly, pursuant to BELO CMO #2,

**IT IS ORDERED THAT**, no later than **NOVEMBER 3, 2022**, **plaintiffs Patrina Carletha Love, and Alfonso Ernesto, Rowland, Jr.,** must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which plaintiffs must submit their venue filings is extended to no later than **DECEMBER 5, 2022.**

New Orleans, Louisiana, this 4th day of October, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179, 22-cv-1681 and 22-cv-1716.

1

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**