UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J(2) |
| This Document Relates To: | JUDGE BARBIER |
| No. 22-964 | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing Motion to Remand **(Rec. Doc. 27439)**, filed by Plaintiff, Marian Law

**IT IS HEREBY ORDERED** that the Motion is Granted. This Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:22-CV-964 to the Southern District of Alabama for further proceedings and trial.

New Orleans, Louisiana, this 6th day of October, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE