# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates to: No. 12-968 | JUDGE BARBIER |
| | MAGISTRATE JUDGE CURRAULT |

## MOTION TO REPLACE THE MEDICAL SETTLEMENT TRUST WITH AN ESCROW ACCOUNT

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully move the Court for entry of an order to terminate the Medical Settlement Trust and Paying Agent Agreement and to replace the Medical Settlement Trust with a Medical Settlement Escrow Agreement (the "Escrow Agreement"). As explained below, the requested relief seeks to adjust the financial administration of the Medical Benefits Settlement Program to better reflect its current needs and obligations while continuing to meet all requirements of the Medical Settlement Agreement. The proposed adjustments will not change or reduce the benefits to be received by the Medical Benefits Settlement Class pursuant to the Medical Settlement Agreement or relieve BP of its obligations to pay for those benefits or costs in accordance with the Medical Settlement Agreement.

BP has shared this motion with the Claims Administrator and the Trustee of the Medical Settlement Trust. Both have indicated that they do not oppose the granting of the relief requested by the Motion on the terms set forth in the proposed order. BP also has shared this motion with Class Counsel, who has not raised any objections.

**DISCUSSION**

On January 11, 2013, the Court approved the Medical Benefits Class Action Settlement Agreement dated April 18, 2012 and as amended May 1, 2012 ("Medical Settlement Agreement"). Since that time, due to the tremendous efforts of the Claims Administrator, more than 22,800 Class Members have received compensation through the Specified Physical Conditions ("SPC") component of the Medical Settlement Agreement. Additionally, more than 27,000 Medical Benefit Class Members have been deemed eligible for the Periodic Medical Consultation Program ("PMCP").

The Medical Settlement Trust Agreement dated May 4, 2012 ("Medical Settlement Trust") and the accompanying Paying Agent Agreement dated May 14, 2012, were designed to facilitate the payment of a large number of SPC claims. This goal has now been fulfilled, as almost all SPC claims have been resolved. The primary expenditures going forward will be associated with the PMCP. A complex trust with multiple trustees and a Paying Agent Agreement designed to facilitate payments to thousands of claimants are unnecessary and indeed inefficient for the remaining tasks under the Medical Settlement Agreement. Rather, the escrow account to be formed pursuant to the Escrow Agreement (the "Escrow Account") will allow the Claims Administrator to receive and manage the remaining funds to be paid by BP in accordance with the terms of the Medical Settlement Agreement in a more streamlined yet equally protective manner.

On September 25, 2019, this Court, following joint motion filed by Medical Benefits Class Counsel and counsel for BP, ordered the appointment of Sylvius H. von Saucken, as Successor Trustee of the Medical Settlement Trust (the "Trustee") (Doc. No. 26034).

As the proposed order (attached as Exhibit 1 hereto) shows, the requested relief does not alter or effect –

a) BP's payment obligations under the Medical Settlement Agreement;

b) any indemnity obligations undertaken by BP in favor of the Trustee, the Claims Administrator, or any of their contract vendors under any agreements entered into by BP; or

c) the obligations of BP Corporation North America Inc. to serve as guarantor pursuant to the terms of the Medical Settlement Agreement.

*See* Ex. 1, Proposed Order, ¶¶ 5 and 6.

Upon formation of the Escrow Account, the Trustee is directed by the proposed order, and has agreed, to transfer all assets constituting the Funds of the Medical Settlement Trust from the Medical Settlement Trust into the corresponding subaccount of the Escrow Account. *Id*. at ¶¶ 1 and 2. Only *after* this transfer is accomplished, are the Settlement Trust and related Paying Agent Agreement terminated under the proposed order, and the Trustee discharged following the Trustee's wind down activities, including but not limited to arranging for the filing of a final income tax return for the Medical Settlement Trust. *Id*. at ¶¶ 3 and 4.

Finally, the proposed order confirms expressly that this Court continues to retain exclusive jurisdiction over this matter, including specifically over the proposed Escrow Agreement and Escrow Account. *Id*. at ¶ 7.

The Claims Administrator has reviewed the proposed Escrow Agreement (attached as Exhibit 2 hereto) and has informed BP and Class Counsel that it deems the Escrow Agreement appropriate for carrying out its duties under the Medical Settlement Agreement.

Accordingly, BP respectfully requests that the Court enter an order substantially in the form of proposed order attached as Exhibit 1, (1) authorizing the Claims Administrator to establish the Escrow Account, (2) terminating the Medical Settlement Trust and the Paying Agent Agreement upon transfer of all assets from the Medical Settlement Trust to the Escrow Account, and (3)

3

providing for the other relief set forth therein, including the Trustee's discharge following completion of wind down activities.

Dated: October 18, 2022          Respectfully submitted,

*/s/ Devin Reid*
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
Devin C. Reid (Bar #32645)
(dcreid@liskow.com)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(mregan@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Replace the Medical Settlement Trust with an Escrow Account** has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Devin Reid*