# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-30030    Larkin v. Juneau
                USDC No. 2:10-MD-2179
                USDC No. 2:19-CV-10295

The court has taken the following action in this case:

The Court has DENIED Appellant's motion to reinstate the appeal.

The Court has DENIED Appellant's motion to waive the filing fee.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Billy F. Larkin
Ms. Carol L. Michel