UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | | **MDL 2179** |
| **of Mexico on April 20, 2010** | * | |
| | | **SECTION: J(2)** |
| | * | |
| **Applies to:** | | **JUDGE BARBIER** |
| *No. 2:16-cv-5952 Loggerhead* | * | |
| *Holdings, Inc. v. BP* | | **MAG. JUDGE CURRAULT** |
| | * | |

## PROPOSED PLAN ON HOW THIS COURT SHOULD PROCEED

Pursuant to this Court's Order issued September 7, 2022 (DE 27438), Plaintiff, Loggerhead Holdings, Inc.("Loggerhead"), submits its Proposed Plan on How This Court Should Proceed as follows:

1. Loggerhead's proposed plan on how this Court should proceed is for the Court to file a Suggestion of Remand with The Judicial Panel on Multidistrict Litigation based on Loggerhead's Motion for Remand, filed contemporaneously herewith and incorporated by reference pursuant to Fed. R. Civ. P. 10 (c), attached as Exhibit "1" for the Court's convenience.

Dated:  October 24, 2022

                                      Respectfully submitted,

                              By:   /s/James W. Stroup
                                    JAMES W. STROUP
                                    Florida Bar No. 842117
                                    STROUP & MARTIN, P.A.
                                    119 S.E. 12th Street
                                    Fort Lauderdale, Florida  33316
                                    Telephone:  (954) 462-8808
                                    Email:  jstroup@strouplaw.com
                                    *Counsel for Loggerhead Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Proposed Plan on How this Court Should Proceed** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of October, 2022.

By: _/s/ James W. Stroup_
JAMES W. STROUP
Florida Bar No. 842117