UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *   MDL 2179<br><br>*   Section J |
| Applies: 12-968, Plaisance, et al. versus BP Exploration & Production, Inc. et al. -AND-<br>Case No. 21-00540,<br>Claim ID: LMPC1298035 | *   JUDGE BARBIER<br><br>*   MAG. JUDGE CURRAULT |

## MOTION TO ENFORCE

**NOW COMES** Claimant, **DARLEEN JACOBI**, through her undersigned counsel and respectfully moves this Court for Enforcement of this Court's Judgment and Order of May 17th, 2021, a copy of which is attached, showing that the **GARRISON RESOLUTION GROUP** represented by **KATHERINE HOSTY** has ignored repeated attempts to obtain the relief herein sought.

It is so moved.

*[signature]*
R. N. Clark, Esq., LA Bar # 4161
2301 Idaho, Apt. 203
Kenner, Louisiana 70062
Telephone: (504) 415-3395

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the U.S. Mail, postage prepaid, in envelopes addressed to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on 27 October, 2022.

_____
R. N. CLARK