UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | Section J |
| *Applies: 12-968, Plaisance, et al. versus BP Exploration & Production, Inc. et al.* *-AND-* *Case No. 21-00540,* *Claim ID: LMPC1298035* | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## PROPOSED ORDER

THE FOREGOING CONSIDERED;

Let **GARRISON RESOLUTION GROUP** and **KATHERINE HOSTY** be hereby ordered to make payment on the Order of May 17, 2021.

New Orleans, Louisiana this _____ day of November, 2022.

_____
Honorable Carl J. Barbier
U. S. District Judge