UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | Section J |
| Applies: 12-968, Plaisance, et al. versus BP Exploration & Production, Inc., et al. -AND- Case No. 21-00540, Claim ID: LMPC1298035 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

### ORDER and JUDGMENT

[Upholding Claimant's Challenge to the Claims Administrator's Denial of Class Membership]

Pursuant to Section V.N of the Medical Settlement Agreement, LMPC1298035 has challenged the Deepwater Horizon Medical Benefits Claims Administrator's determination that the Claimant failed to qualify as a member of the Medical Benefits Settlement Class. Following a review of Claimant's file, the Court hereby **UPHOLDS** the Claimant's challenge and finds that the Claimant qualifies as a member of the Medical Benefits Settlement Class as a Zone B Resident.

New Orleans, Louisiana, this 17th day of May, 2021.

CARL J. BARBIER
United States District Judge