27 October '22

Clerk:

Please file the enclosed and forward to the Case Manager for Judge Barbier's Section. Electronic filing has been dispensed with by Order of Judge Clement previously and notices are not necessary.

Thank you,

BY Clemency, Battey.

P.S. I would appreciate a copy of the Court's action on the motion.



RECEIVED
OCT 28 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

BY/CABARIS, 5518
2301 UTAH ST
KENNER, LA 70062

NEW ORLEANS LA 700
27 OCT 2022 PM 1 L

CLERK, USDC
500 POYDRAS ST
NEW ORLEANS, LA 70130

70130-331998