TENDERED FOR FILING

OCT 27 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

October 21, 2022

Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

RE: <u>Claimant ID: 100286371</u>
    <u>Claim ID: 309766</u>

Dear Clerk:

I request a <u>Failed Business Economic Loss Form (Red Form)</u>, pursuant to <u>Settlement Agreement 6.1.1</u>. That states "<u>In the event that a Claim's Supporting Documentation is Deemed or Conceded to Be Insufficient, The Settlement Agreement Provides That "At Any Time Prior To Termination Of The Settlement Agreement" The Claimant Can Resubmit The Claim</u>".

Thank you for your Usual, Kind Cooperation

*[signature]*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563-0728

LARKIN, BILLY F. #0440312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563-0728

Legal Document

7013 0330 0001 3367 0025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
ROOM C-151
NEW ORLEANS, LA 70130