UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J(2)** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 16-5952, Loggerhead Holdings, Inc. v. BP p.l.c., et al.* | * * | **MAG. JUDGE CURRAULT** |

## ORDER

Before the Court are two proposals, *Proposed Plan on How This Court Should Proceed* **(Rec. Doc. 47449)**, filed by Plaintiff, and *Case Management Proposal Regarding Loggerhead Holdings, Inc.* **(Rec. Doc. 27450)**.

On August 19, 2021, the Court entered an order dismissing Loggerhead's claims, and Loggerhead timely appealed. On September 2, 2022, the Fifth Circuit affirmed in part and reversed in part, finding there were open issues of fact underlying certain of Loggerhead claims. In accordance with this Court's September 7, 2022 Order (Rec. Doc. 27438), both parties submitted the instant recommendations for how the Court should proceed in this matter.

Considering the submitted memoranda, the court adopts Defendant's recommended case management plan.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall proceed within the following case schedule:

- 45 days from entry of this Order: Loggerhead shall produce any additional evidence addressing issues identified by Fifth Circuit
- 30 days after production of documents: Loggerhead shall produce any expert reports which satisfy the requirements of Rule 26(a)(2)(B)
- 15 days after Loggerhead expert report deadline: BP shall depose any Loggerhead expert witness/witnesses
- 10 days after expert deposition deadline: BP shall produce expert rebuttal reports, if any, which satisfy the requirements of Rule 26(a)(2)(B)
- 15 days after BP rebuttal report deadline: Loggerhead shall depose any BP expert witness/witnesses
- 30 days after expert rebuttal deposition deadline: Any additional dispositive motion may be filed
- 30 days after dispositive motion filing deadline: Response briefs to dispositive motion(s) to be filed
- 14 days after response brief deadline: Motions for leave to file reply brief(s) to be filed

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Remand* **(Rec. Doc. 27451)** is **DENIED as moot.**

The Court encourages parties to engage in good faith mediation and settlement efforts with retired magistrate judge Sally Shushan.

New Orleans, Louisiana, this 10th day of November, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE