UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates To:<br><br>2:22-CV-00919-CJB-DPC | MDL No.: 2179<br><br>SECTION: J(2)<br><br>Judge Barbier<br>Mag. Judge Currault |

**PLAINTIFF'S *EXPARTE* MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, STEVEN JOHN RIPP ("Plaintiff"), Individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, by and through undersigned counsel, moves this Court pursuant to Fed. R. Civ. P. 55 for the entry of default against Defendants, BP EXPLORATION & PRODUCTION, INC. ("BP Exploration"), BP AMERICA PRODUCTION COMPANY ("BP America"), TRANSOCEAN HOLDINGS, LLC ("Transocean Holdings"), TRANSOCEAN DEEPWATER, INC. ("Transocean Deepwater"), TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. ("Transocean Offshore"), and HALLIBURTON ENERGY SERVICES, INC. ("Halliburton") (collectively "Defendants"). Filed concurrently herewith is a memorandum in support of Plaintiff's motion, which is incorporated herein by reference.

WHEREFORE, Plaintiff prays that a Default be entered on record against defendants.

Dated: November 16, 2022                    Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773

*/s/ Elsa De Lima*
Elsa De Lima, Esq.
Florida Bar No.: 1004953
Email: edelima@downslawgroup.com

*/s/ C. David Durkee*
C. David Durkee, Esq.
Florida Bar No.: 998435
Email: ddurkee@downslawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on Counsel registered to receive electronic service via electronically filing using the CM/ECF System, which will send a notice of electronic filing through the Court's electronic filing system, on this 16th of November 2022.

*/s/ Elsa De Lima*
Elsa De Lima, Esq.