UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates To:<br><br>2:22-CV-00919-CJB-DPC | MDL No.: 2179<br><br>SECTION: J(2)<br><br>Judge Barbier<br>Mag. Judge Currault |

**PLAINTIFF'S MEMORANDUM IN SUPPORT
OF *EXPARTE* MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, STEVEN JOHN RIPP ("Plaintiff"), Individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, by and through undersigned counsel, moves this Court pursuant to Fed. R. Civ. P. 55 for the entry of default against Defendants BP EXPLORATION & PRODUCTION, INC. ("BP Exploration"), BP AMERICA PRODUCTION COMPANY ("BP America"), TRANSOCEAN HOLDINGS, LLC ("Transocean Holdings"), TRANSOCEAN DEEPWATER, INC. ("Transocean Deepwater"), TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. ("Transocean Offshore"), and HALLIBURTON ENERGY SERVICES, INC. ("Halliburton") (collectively "Defendants"). For the reasons appearing below, Plaintiff's motion should be granted.

1. Plaintiff initiated this action on March 15, 2022 in the Southern District of Alabama. [Doc. 1].

2. Defendants were properly and effectively served.

3. On March 23, 2022, James Matthew Kestler of Kirkland & Ellis LLP, waived service on behalf of Defendants BP Exploration and BP America. [Doc. 4, Doc. 5].

4. The waiver forms executed on behalf of Defendants BP Exploration and BP America were filed into the record on March 31, 2022. *Id*.

5. On March 24, 2022, Paul C. Thibodeaux of Fishman Haygood LLP, waived service on behalf of Defendants Transocean Holdings, Transocean Deepwater, and Transocean Offshore. [Doc. 7, Doc. 8, Doc. 9].

6. The waiver forms executed on behalf of Defendants Transocean Holdings, Transocean Deepwater, and Transocean Offshore were filed into the record on March 31, 2022. *Id*.

7. On March 30, 2022, R. Allen York of Reed Smith, LLP, waived service on behalf of Defendant Halliburton. [Doc. 6].

8. The waiver form executed on behalf of Defendant Halliburton was filed into the record on March 31, 2022. *Id*.

9. On April 11, 2022, the Judicial Panel on Multidistrict Litigation transferred the case to this District, the Eastern District of Louisiana. [Doc. 11].

10. To date, no answer or other response has been filed herein by Defendants.

11. More than thirty (30) days have elapsed since the filing of the waivers of service with the Court.

12. Plaintiff and Defendants completed initial disclosures pursuant to the Pretrial Orders [Doc. 12] and Case Management Order for the B3 Bundle [Doc. 14] entered by this Court on April 11, 2022.

13. On November 7, 2022, undersigned reached out to opposing counsel in order to obtain Defendants' position on the appropriate venue.

14. Only one attorney responded informing undersigned that the present case is not handled by his firm, McDonald Toole Wiggins, P.A.

15. No other communication with counsel for Defendant has been had, and there is no listed counsel of record for Defendants on the Court's CM/ECF System.

16. Fed. R. Civ. P. 55(a) mandates the entry of default against a defendant when that defendant "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

17. There are two steps in the default judgment process – one for the clerk and one for the court. *See Jefferson v. La. Dep't. of Pub. Safety & Corrs.*, 401 Fed. Appx. 927, 929 (5th Cir 2010).

18. The first step in the default judgment process is the entry of default. *Id*. If a plaintiff files a sufficient application for entry of default, "the clerk **must** enter the party's default." *Id*.; citing Fed. R. Civ. P. 55(a) (emphasis in original).

CONCLUSION

As Defendants have failed to plead or otherwise defend themselves in this matter, the requirements of Fed. R. Civ. P. 55 have been met. Plaintiff therefore respectfully requests that the Clerk enter Default against Defendants BP Exploration & Production, Inc., BP America Production Company, Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc. In support of this motion, undersigned counsel has submitted Declaration under penalty of perjury.

Dated: November 16, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**THE DOWNS LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　3250 Mary Street, Suite 307
　　　　　　　　　　　　　　　　　　　　Coconut Grove, Florida 33133
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 444-8226
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 444-6773

　　　　　　　　　　　　　　　　　　　　*/s/ Elsa De Lima*
　　　　　　　　　　　　　　　　　　　　Elsa De Lima, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1004953
　　　　　　　　　　　　　　　　　　　　Email: edelima@downslawgroup.com

　　　　　　　　　　　　　　　　　　　　*/s/ C. David Durkee*
　　　　　　　　　　　　　　　　　　　　C. David Durkee, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 998435
　　　　　　　　　　　　　　　　　　　　Email: ddurkee@downslawgroup.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on Counsel registered to receive electronic service via electronically filing using the CM/ECF System, which will send a notice of electronic filing through the Court's electronic filing system, on this 16th of November 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Elsa De Lima*
　　　　　　　　　　　　　　　　　　　　Elsa De Lima, Esq.