UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No.: 2179 <br><br> SECTION: J(2) |
| This Document Relates To: <br><br> 2:22-CV-00919-CJB-DPC | Judge Barbier <br> Mag. Judge Currault |

## DECLARATION OF ELSA DE LIMA

I, ELSA DE LIMA, do hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following statements made by me are true and accurate to the best of my knowledge:

1. My name is Elsa De Lima, and I am over the age of 18 years and have personal knowledge of the matters set forth herein.

2. I am an attorney barred by the State of Florida practicing with the Downs Law Group.

3. On behalf of Plaintiff, my office initiated this action on March 15, 2022, with the filing of his original complaint.

4. Defendants were properly and effectively served.

5. Waiver forms executed on behalf of all Defendants were filed into the record on March 31, 2022. *See* attached **Composite Exhibit A**.

6. To date, no answer or other response has been filed herein by Defendants.

7. Plaintiff and Defendants completed initial disclosures pursuant to the Pretrial Orders [Doc. 12] and Case Management Order for the B3 Bundle [Doc. 14] entered by this Court on April 11, 2022.

8. On November 7, 2022, undersigned reached out to opposing counsel in order to obtain Defendants' position on the appropriate venue.

9. Only one attorney responded informing undersigned that the present case is not handled by his firm, McDonald Toole Wiggins, P.A.

10. No other communication with counsel for Defendant has been had, and there is no listed counsel of record for Defendants on the Court's CM/ECF System.

2

11. No Defendant is a minor, incompetent, or in the military.

I, ELSA DE LIMA, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2022

_____
Elsa De Lima, Esq.