UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL No.: 2179** <br><br> **SECTION: J(2)** |
| **This Document Relates To:** <br><br> **2:22-CV-00919-CJB-DPC** | **Judge Barbier** <br> **Mag. Judge Currault** |

## ORDER

Considering Plaintiff STEVEN JOHN RIPP's ("Plaintiff"), *Exparte* Motion for Clerk's Entry of Default:

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**CLERK OF UNITED STATES DISTRICT JUDGE**