**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010** | **2:10-md-02179-CJB-JCW** <br> **MDL No. 2179** <br> **Section J** <br> **Judge Carl J. Barbier** |

### NON-PARTIES HOWARD L. NATIONS, CINDY L. NATIONS, HOWARD L. NATIONS, APC, GREGORY D. RUEB, RUEB & MOTTA, APLC, AND THE RUEB LAW FIRM, APLC'S MOTION TO INTERVENE AND FOR LIMITED RELIEF FROM CONFIDENTIALITY ORDER

Howard L. Nations, Cindy L. Nations, Howard L. Nations, APC, Gregory D. Rueb, Rueb & Motta, APLC and the Rueb Law Firm APLC ("NRM") request the entry of an order permitting NRM to intervene for the limited purpose of addressing the Confidentiality Order (Rec. Doc. 6822) and granting relief from the Order sufficient to allow NRM to fully prepare for trial in the Gaudet case, Civil Action No. 19-cv-10356 on the docket of the Eastern District of Louisiana which case is set for trial on January 9, 2023. In accordance with the Confidentiality Order, NRM will notify all legal counsel for defendants and experts of the Confidentiality Order and have them sign and acknowledge that they have been made aware of and are bound by said Confidentiality Order. NRM requests the ability to contact Ms. Christina Hendricks and Mr. Patrick Juneau, speak with them, request them to testify, subpoena them for trial and/or to perpetuate their trial testimony. NRM requests all other relief the Court deems to be just and proper under the circumstances.

Before filing this Motion and supporting materials, counsel for NRM provided the Motion and materials to counsel for the Claims Administrator J. David Forsyth and to counsel for the Plaintiffs. See

correspondence of November 17 from NRM's counsel attached as Exhibit "A." The Claims Administrator responded that the Claims Administrator opposes this Motion. The emails of November 18 and November 21 by which the Claims Administrator's counsel expressed the Claims Administrator's position are attached as Exhibit "B." Counsel for Plaintiffs has not yet expressed Plaintiffs' position on NRM's Motion.

**RESPECTFULLY SUBMITTED**,

/s/ *Judy L. Burnthorn*
JUDY L. BURNTHORN (#17496)
jburnthorn@deutschkerrigan.com
CHRISTOPHER H. CORKERN (#39476)
ccorkern@deutschkerrigan.com
MARK P. ALLAIN (#39782)
mallain@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 593-0688
Facsimile: (504) 566-4088
*Attorneys for Defendants Howard L. Nations, APC; Howard L. Nations; Cindy Nations; Rueb & Motta, APLC; The Rueb Law Firm, APLC and Gregory D. Rueb*

/s/ *Alexandre E. Bonin*
Alexandre E. Bonin (#31054)
**BONIN LAW**
4224 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-0064
aeb@boninlawfirm.com
*Counsel for defendants, Howard L. Nations, APC, Howard L. Nations, and Cindy L. Nations*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of November, 2022, I electronically filed the foregoing document or other paper with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Judy L. Burnthorn*
_____
JUDY L. BURNTHORN