## Collier, Nancy

| | |
|---|---|
| **From:** | Collier, Nancy <ncollier@deutschkerrigan.com> |
| **Sent:** | Thursday, November 17, 2022 3:19 PM |
| **To:** | jdf@sessions-law.com |
| **Cc:** | Jerald Block; Burnthorn, Judy L.; Englert, Jasmine H. |
| **Subject:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon", MDL 2179; Gaudet, et al v. Nations, et al, USDC, No. 19-10356 [IMAN-DKS.FID701626] |
| **Attachments:** | Forsyth.L01(12965161.1).pdf; Motion for Limited Relief(12965132.1).pdf; MIS Mot to Intervene(12965123.1).pdf; Request for Notice of Submission(12965118.1).pdf |

Mr. Forsyth,

Attached please find correspondence from Judy Burnthorn with referenced enclosures.

*Nancy*

**Nancy Collier**
Deutsch Kerrigan, L.L.P.
Assistant to Judy L. Burnthorn,
Karen P. Holland and Sloan L. Abernathy
T. 504.581.5141 | ncollier@deutschkerrigan.com
❖ DeutschKerrigan

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

EXHIBIT A

 **DeutschKerrigan**

755 Magazine Street
New Orleans, LA 70130
T. 504 593 0688
F. 504 566 4088
jburnthorn@deutschkerrigan.com

Judy L. Burnthorn

November 17, 2022

*VIA E-MAIL: jdf@sessions-law.com*

J. David Forsyth, Esq.
Sessions Fishman & Nathan
400 Poydras Street
Suite 2550
New Orleans, LA 70130

      Re:   *Deborah Gaudet, et al vs. Howard L. Nations, et al*
               USDC – EDLA, No. 19-10356
               Our ref: 70864-014

Dear David:

      We are set for trial in the *Gaudet v. Howard Nations* case on January 9, 2023. As I believe you know, the Gaudet plaintiffs were BP subsistence claimants and are suing Howard Nations, the Nations Law Firm, and other defendants as the plaintiffs did not recover subsistence awards. Both the plaintiffs' counsel and the defendants' counsel have included Christina Hendricks and Patrick Juneau on their witness lists. Based on information you previously provided to me, I am aware of certain orders by Judge Barbier preventing counsel from subpoenaing, deposing, or calling as witnesses Ms. Hendricks or Mr. Juneau. We certainly do not want to violate any of Judge Barbier's orders. Therefore, to make sure that we do not, we plan to file with him the enclosed motion. The motion is in draft form, and we may revise it before filing. We wanted to share it with you. Do you have a continuing role in the BP matter? If so, could you provide us with your position on our motion?

      We will accurately reflect your position in the motion and provide you with a final filed copy. I am also copying plaintiffs' counsel Jerald Block on this correspondence.

                                   Sincerely,

                                   Judy L. Burnthorn

JLB/nhc
Enclosure
cc: Jerald Block, Esq. (via e-mail: jpb@blocklawfirm.com w/enclosure)

Deutsch Kerrigan, L.L.P.