## Collier, Nancy

| | |
|---|---|
| **From:** | J. David Forsyth <dforsyth@sessions-law.com> |
| **Sent:** | Friday, November 18, 2022 9:19 AM |
| **To:** | Collier, Nancy |
| **Cc:** | Jerald Block; Burnthorn, Judy L.; Englert, Jasmine H. |
| **Subject:** | Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon", MDL 2179; Gaudet, et al v. Nations, et al, USDC, No. 19-10356 [IMAN-DKS.FID701626] |
| **Attachments:** | Forsyth.L01(12965161.1).pdf; Motion for Limited Relief(12965132.1).pdf; MIS Mot to Intervene(12965123.1).pdf; Request for Notice of Submission(12965118.1).pdf |

**[EXTERNAL SENDER]**

Thank you for reaching out.

As you probably know from prior Court orders, the Settlement Program (which essentially acted as an arm of the Court under its supervision) has wound down its operations and is no longer in effect. However, we have no reason to believe or take the position that any existing orders by Judge Barbier, including Rec. Doc. 26234, do not or should not remain in full force and effect in accordance with their terms.


J. David Forsyth
Sessions, Fishman & Nathan, LLC
400 Poydras Street, Suite 2550
New Orleans, LA 70130
(504) 582-1521
dforsyth@sessions-law.com

> On Nov 17, 2022, at 3:20 PM, Collier, Nancy <ncollier@deutschkerrigan.com> wrote:
>
> Mr. Forsyth,
>
> Attached please find correspondence from Judy Burnthorn with referenced enclosures.
>
> *Nancy*
>
> **Nancy Collier**
> Deutsch Kerrigan, L.L.P.
> Assistant to Judy L. Burnthorn,
> Karen P. Holland and Sloan L. Abernathy
> T. 504.581.5141 | ncollier@deutschkerrigan.com
> ❖ DeutschKerrigan

1

# Collier, Nancy

| | |
|---|---|
| **From:** | J. David Forsyth <dforsyth@sessions-law.com> |
| **Sent:** | Monday, November 21, 2022 9:22 AM |
| **To:** | Burnthorn, Judy L. |
| **Cc:** | Collier, Nancy; Jerald Block; Englert, Jasmine H. |
| **Subject:** | Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon", MDL 2179; Gaudet, et al v. Nations, et al, USDC, No. 19-10356 [IMAN-DKS.FID701626] |

**EXTERNAL SENDER**

Judy:

In supplement to the contents of my earlier email, the Claims Administrator's position would be that the Court's prior ruling [Rec. Doc. 26234] remains correct, precludes the relief you seek and there is no reason to deviate from it here, since its Office and personnel were acting at the direction and under the supervision of the Court.

David

J. David Forsyth
Sessions, Fishman & Nathan, LLC
400 Poydras Street, Suite 2550
New Orleans, LA 70130
(504) 582-1521
dforsyth@sessions-law.com

> On Nov 18, 2022, at 1:31 PM, Burnthorn, Judy L. <jburnthorn@deutschkerrigan.com> wrote:
>
> Thanks David.
>
> I assumed that the orders were still in effect, but I wanted to accurately reflect whether or not you oppose, or do not oppose. Would you let me know which, if either? Thanks very much and have a great weekend Judy.
>
> Get Outlook for iOS
>
> ---
> **From:** J. David Forsyth <dforsyth@sessions-law.com>
> **Sent:** Friday, November 18, 2022 9:19:18 AM
> **To:** Collier, Nancy <ncollier@deutschkerrigan.com>
> **Cc:** Jerald Block <jpb@blocklawfirm.com>; Burnthorn, Judy L. <jburnthorn@deutschkerrigan.com>; Englert, Jasmine H. <jenglert@deutschkerrigan.com>
> **Subject:** Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon", MDL 2179; Gaudet, et al v. Nations, et al, USDC, No. 19-10356 [IMAN-DKS.FID701626]
>
> **EXTERNAL SENDER**

1