**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010** | **2:10-md-02179-CJB-JCW** <br> **MDL No. 2179** <br> **Section J** <br> **Judge Carl J. Barbier** |

## NOTICE OF REQUEST FOR SUBMISSION DATE

PLEASE TAKE NOTICE that non-party Defendants, Howard L. Nations, Cindy L. Nations, Howard L. Nations, APC, Gregory D. Rueb, Rueb & Motta, APLC, and The Rueb Law Firm, APLC, (collectively "NRM") request the Court to set a submission date for their Motion on or about December 14, 2022, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana. NRM notes that this Court has in a previous ruling ordered that parties not notice Motions for Submission and that his Court would itself assign submission dates to Motions. Accordingly, in an attempt to comply, NRM is requesting a submission date. See Rec. Doc. 24348 entered April 13, 2018 stating "Pursuant to Pretrial Order 15: … A Notice of Submission should not be filed in this MDL."

**RESPECTFULLY SUBMITTED**,

/s/ *Judy L. Burnthorn*
JUDY L. BURNTHORN (#17496)
jburnthorn@deutschkerrigan.com
CHRISTOPHER H. CORKERN (#39476)
ccorkern@deutschkerrigan.com
MARK P. ALLAIN (#39782)
mallain@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone: (504) 593-0688
Facsimile: (504) 566-4088
*Attorneys for Defendants Howard L. Nations,*
*APC; Howard L. Nations; Cindy Nations, Rueb*
*& Motta, APLC, The Rueb Law Firm, APLC*
*and Gregory D. Rueb*

/s/ *Alexandre E. Bonin*_____
Alexandre E. Bonin (#31054)
**BONIN LAW**
4224 Canal Street
New Orleans, LA 70119
Telephone: (504) 586-0064
aeb@boninlawfirm.com
*Counsel for defendants, Howard L. Nations, APC,*
*Howard L. Nations, and Cindy L. Nations*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November, 2022, I electronically filed the

foregoing document or other paper with the Clerk of Court by using the CM/ECF system which

will send a notice of electronic filing to all counsel of record.

/s/ *Judy L. Burnthorn*
JUDY L. BURNTHORN

2