UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J(2) |
| Applies to: No. 19-10356 | * | JUDGE BARBIER |
| | * | |

## ORDER

**IT IS HEREBY ORDERED** that the *Motion to Intervene and for Limited Relief from Confidentiality Order* **(Rec. Doc. 27463)** is **SET** for submission on **December 14, 2022**, without oral argument. Pursuant to Local Rule 7.5, the parties must file any memoranda in opposition at least eight (8) days prior to the submission date, or by **Tuesday, December 6, 2019**.

New Orleans, Louisiana this 30th day of November, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE