November 22, 2022

Office of the Clerk
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE: Supplemental Motion to Resubmit Claim Due to Breach of Contractual Agreement, Legal Malpractice, and Appointment of Special Master.

Dear Clerk:

Please find the enclosed Supplemental Motion for filing and confirm the same.

Thank you for your usual, kind cooperation.

*Billy F. Larkin*

Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, NC 27563-0728

TENDERED FOR FILING

NOV 28 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana

Billy F. Larkin
Claimant ID: 100283484
Claimant ID: 100286371
Requesting Party

v.

Patrick Juneau, Claims Administrator; BP Exploration And Production, Incorporated; BP America Production Company
Objecting Party

File No: _____

Supplemental Motion To Resubmit Claim Due To Breach Of Contractual Agreement, Legal Malpractice And Appointment Of Special Master

Comes Now The Claimant, Billy F. Larkin, Pro Se, And File This Supplemental Motion To Resubmit Claim Due To Breach Of Contractual Agreement, Legal Malpractice And Appointment Of Special Master. In Support Thereof, The Following Is Averred:

The Issue Is Fact-Specific, Centering Around <u>Plaintiffs' Steering Committee (PSC)</u> And BP Who Negotiated And Entered Into The <u>Deepwater Horizon Economic And Property Damages Settlement (DHEPDS)</u>, And <u>HESI/Transocean Settlements</u>,

Following the implementation of the BP-PSC settlement, PSC member Elizabeth Cabraser publicly stated that DHEPDS "was a model, up until the day it wasn't."

Cabraser's trust in DHEPDS was questioned for reason known only to Cabraser who joined in the 04-18-2012 Joint Motion for Settlement (Doc. No. 6266), making DHEPDS a model for legal malpractice and future breach of agreement that led to the denial of claimants' claim.

Trust in DHEPDS was questioned the day claimant attempted to file a Failed Business Economic Loss Claim in 2014 for Hori Security Specialists LLC, a business registered in the State of Georgia, dissolved 2010. The registration requested the address for the Current Holder of Rights. The claim form requested the business address. Claimant provided a printout from Georgia Secretary of State to prove the former address for dissolved HSS, reasoning the address request was for that purpose.

The fact PSC and BP required the former address for a business dissolved four years prior constituted legal malpractice by PSC and BP that caused future breach of agreement that led to the denial of claimants' claim.

The 04-18-2012 Joint Motion for Settlement failed to include a framework specific to a dissolved business claim, constituting legal malpractice by PSC and BP, causing future breach of agreement that lead to the denial of claimants' claim.

-2-

The fact PSC and BP failed to include a framework for GCCF and CSSP to notify the current holder of rights at claimants' prison address to comply with Pretrial Order No. 60 (PTO #60) constituted legal malpractice by PSC and BP, causing future breach of agreement that led to the denial of claimants' claim.

The fact PSC included claimant on the list of unrepresented claimant who failed to comply with PTO #60 constituted legal malpractice and breach of the agreement that led to the denial of claimants' claim.

The fact PSC and BP failed to include a framework that determined a dissolved business located outside the settlements geographic boundaries that formerly provided security for high-end clients at hotels and casinos within the settlements geographic boundaries fit the settlements <u>Exhibit 2 (Tourism Definition)</u> constituted legal malpractice by PSC and BP causing future breach of agreement that led to denial of claimants' claim.

The fact PSC, BP and HESI/Transocean included a framework for HESI/Transocean to rely on information from DHEPDS for the purpose of determining eligibility for payment and exclude claimant constituted breach of DHEPDS and HESI/Transocean caused by PSC, BP, and HESI/Transocean.

There exist no cleavage between HESI/Transocean, the fruit, and DHEPDS, the poisonous tree. The only realistic solution will open the "floodgate" to review filed claims between DHEPDS

-3-

AND HESI/TRANSOCEAN BY SPECIAL MASTER.

THIS SECTION 6.1.1. INVOLVE THE PRESSING QUESTION OF CLAIMS ADMINISTRATION MALPRATICE AND LEGAL MALPRACTICE BY PSC MEMBERS AND UN-NAMED COUNSEL FOR BP AND HESI/TRANSOCEAN. THUS, DHEPDS AND HESI/TRANSOCEAN SHOULD BE SUSPENDED PENDING REVIEW BY SPECIAL MASTER.

WHEREFORE, A SPECIAL MASTER IS REQUIRED TO DETERMINE THAT THE COURT COMMITTED JUDICIAL MALPRACTICE AND ABUSE OF DISCRETION BY DISMISSING THE CSSP AND APPEAL PANALIST PURSUANT TO SECTION 6.1.1.

RESPECTFULLY SUBMITTED

_Billy F. Larkin_
LARKIN, BILLY F. #0490312
WARREN CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
NORLINA, NC 27563-0728

-4-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Supplemental Motion to Resubmit Claim Due to Breach of Contractual Agreement, Legal Malpractice and Appointment of Special Master was duly served upon the following, by placing a copy of the same in the United States mail, postage-prepaid, and properly addressed as follows:

George W. Hicks, Jr.  
1301 Pennsylvania Ave, N.W.  
Washington, DC 20004

Kathryn W. Munson  
909 Poydras St., Suite 2500  
New Orleans, LA 70112

This the 22 day of November, 2022.

_____  
Billy F. Larkin

Larkin, Billy F. #0490312  
Warren Correctional Institution  
Post Office Box 728  
Norlina, NC 27563-0728

ARKIN, Billy F. #0440312
JARRRON CORRECTIONAL INSTITUTION
POST OFFICE BOX 728
HOFLUMA, NC 27563-0128

7013 0830 0001 3557 0026

LEGAL DOCUMENT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130