UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: *22-919* | * * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court is a *Motion for Clerk's Entry of Default* **(Rec. Doc. 27462).** Plaintiff Steven John Ripp has requested that the Court enter default judgment against BP Exploration & Production, Inc. and other defendants, because these parties never answered or otherwise defended against his complaint. (Rec. Doc 27462-1, at 1-2).

On September 6, 2022, Magistrate Judge Currault ordered Steven John Ripp to provide full and complete disclosures as required by the Case Management Order for the B3 Bundle by October 6, 2022 and a venue filing by November 7. (No. 22-919; Rec. Doc. 18). Failure to provide the disclosures would result in an order that plaintiff and his counsel appear before Judge Barbier to show cause why this case should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), as required by the Case Management Order for the B3 Bundle. *Id.*

Steven John Ripp failed to provide the required filings. Accordingly,

**IT IS ORDERED** that the motion for entry of default **(Rec. Doc. 27462)** is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff and his counsel appear in this Court on January 4, 2023 at 10:00 a.m to show cause why he failed to comply with the Court's orders and why this case should not be dismissed.

New Orleans, Louisiana, this 2nd day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE