# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No.: 2179 |
| | SECTION: J(2) |
| This Document Relates To: | Judge Barbier |
| 2:22-CV-00919-CJB-DPC | Mag. Judge Currault |

## PLAINTIFF'S VENUE STATEMENT

Pursuant to the Case Management Order for the B3 Bundle ("CMO") (Rec. Doc. 27028, Exhibit B),[1] Plaintiff, Steven John Ripp ("Plaintiff"), individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, hereby states that this matter, in accordance with the standards of 28 U.S.C. § 1404(a) and § 1391, should be transferred to the Southern District of Alabama for further proceedings.[2] Plaintiff is of the position that the Southern District of Alabama is the most appropriate venue for these proceedings because it is where Plaintiff resides, where Plaintiff's witnesses reside, and where Minor Decedent's treating doctors are or were located. On November 7, 2022, undersigned counsel reached out to Defendants' counsel via e-mail to confer on this matter and gather Defendants' position to no avail.

---

[1] The CMO incorporated the First Amended BELO Cases Initial Proceeding Case Management Order No. 2 (Rec. Doc. 25738) for the venue stipulation procedure. See CMO, Ex. B at p. 8.
[2] The venue selection made herein is based on information provided by Plaintiff pursuant to the CMO and MSA.

Dated: December 2, 2022							Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773

*/s/ Elsa De Lima*
Elsa De Lima, Esq.
Florida Bar No.: 1004953
Email: edelima@downslawgroup.com

*/s/ C. David Durkee*
C. David Durkee, Esq.
Florida Bar No.: 998435
Email: ddurkee@downslawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 2nd of December 2022 by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Elsa De Lima*
Elsa De Lima, Esq.