UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BILLY F. LARKIN

CLAIMANT ID: 100283484

CLAIMANT ID: 100286371

<u>REQUESTING PARTY</u>

V.

PATRICK JUNEAU, CLAIMS ADMINISTRATOR; BP EXPLORATION AND PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY

<u>OBJECTING PARTY</u>

FILE NO: _____

<u>MOTION FOR DISCLOSURE OF PANEL ATTORNEY SERVICE LIST PURSUANT TO FILING SECTION 6.1.1.</u>

COMES NOW THE CLAIMANT, BILLY F. LARKIN, PRO SE, AND MOVE THE COURT TO PROVIDE THE PANEL ATTORNEY SERVICE LIST RELATING THE <u>DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT</u>, AND <u>HESI/TRANSOCEAN SETTLEMENTS</u> PURSUANT TO CLAIMANT'S PENDING SECTION 6.1.1. MOTION TO RESUBMIT CLAIM. IN SUPPORT THEREOF, THE FOLLOWING IS AVERRED:

1. THE VEIL OF SILENCE THAT ENSHROUDS CLAIMANT'S <u>FAILED BUSINESS ECONOMIC LOSS CLAIM</u> FOR OVER SIX YEARS WAS A RESULT OF

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
DEC 02 2022
TENDERED FOR FILING

Legal Malpractice and proximate cause of the late filing of section 6.1.1. Filing due to incarceration and inaccessibility to required claim documentation.

2. Incarceration does not lessen the duties of the Plaintiff's Steering Committee who failed to fulfill a duty as advocates for unrepresented claimant. PSC was not mere advocates, but advocates with ethical obligations per Pretrial Order #1, Paragraph 17, Plaintiff's Steering Committees.

3. The PSC-Claimant relationship can only be waived by claimant making the communication to opt-out of the DHEPDS and HESI/Transocean settlements. At no time did PSC request claimant sign, nor did claimant sign any written document articulating opting out of the settlements.

4. The most persuasive issue pertaining to PTO #1 and PSC's conduct and ommissions is found in the Court's 06-07-2016 Order To Show Cause RE: Compliance with PTO 60 (Doc. No. 18724).

5. Said Order is a prima facie showing of the failure of PSC mail a compliance order to unrepresented claimant per at least two Court Orders.

6. PSC members was plainly incompetent, or it was legal malpractice, which was vexatious and sactionable.

7. There has been countless meetings, negotiating sessions

-2-

and discussion listed between counsel on the panel attorney service list that may properly be sanctioned for issues related to legal-malpractice and breach of agreements. Claimant request the Court provide address and phone of the following:

- Steering Committees for all Partys
- Liaison Counsel for all Partys
- Executive Committees for all Parties
- Subcommittees for all Partys
- Class Representatives for all Partys
- Counsel To Claims Administrator for all Partys
- Counsel To Appeal Panelist Pool for all Partys
- Counsel To GCCF and CSSP for all Partys
- Counsel To Neutrals for all Partys
- Due to potential liability, to the extent appropriate, a listing of Counsel associated with DHEPDS-HESI/Transocean at private firm and partnerships.

Under no circumstances should such blatant abuse of the PSC-Claimant relationship that caused the demise of Claimants' claim, particularly in the unrepresented context, go unaddressed. A just and efficient resolution of the malpractice and breach issues as they pertain to the termination deadline pursuant to Section 6.1.1 will depend on compiling of the above Court-Ordered listing.

Wherefore, Claimant request the Court provide listing of all Counsel assigned to act on behalf of, or assisted in the DHEPDS-HESI/Transocean Agreements and include the following:

-3-

A) <u>COUNSEL TIME AND FEE ASSOCIATED</u>

B) <u>REQUESTED FEES IN THE FORM OF TIMESHEETS</u>

C) <u>COUNSEL RECIEVING A PORTION OF $600 MILLION FEE PAID BY BP</u>

D) <u>COUNSEL RECIEVING A PORTION OF $125 MILLION FEE PAID BY HESI/TRANS-OCEAN.</u>

  THIS MOTION MAY BE AMENDED ATTENDANT MALPRACTICE AND BREACHES REVEALED IN DUE COURSE IN THE RE-SUBMISSION OF CLAIMANTS CLAIM PURSUANT TO SECTION 6.1.1.

RESPECTFULLY SUBMITTED

_Billy F Larkin_

LARKIN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NORTH CAROLINA 27563-0728

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion For Disclosure of Panel Attorney Service List Pursuant to Filing Section 6.1.1. was duly served upon the following, by placing a copy of the same into the United States Mail, Postage Prepaid, and properly addressed as follows:

George W. Hicks, Jr.
Kirkland and Ellis, LLP
1301 Pennsylvania Ave, N.W.
Washington, DC 20004

Kathryn W. Munson
Stanley, Reuter, Ross, Thornton and Alford, LLC
909 Poydras St. Suite 2500
New Orleans, LA 70112

This the 28 Day of November, 2022

_Billy F. Larkin_
Larkin, Billy F. #0490312
Warren Correctional Institution
Post Office Box 728
Norlina, North Carolina 27563-0728

LARICUN, BILLY F. #0490312

WARREN CORRECTIONAL INSTITUTION

POST OFFICE BOX 728

NORLINA, NORTH CAROLINA 27563-0728

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

500 POYDRAS ST. RM C-151

NEW ORLEANS, LA 70130

Legal Document