UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>*19-10295* | * * | MAG. JUDGE CURRAULT |

## ORDER

    Before the Court are a *Motion to Resubmit Claim Due to Breach of Contract Agreement, Legal Malpractice and Appointment of Special Master* **(Rec. Doc. 27465)**, a *Supplemental Motion* thereto **(Rec. Doc. 27466)**, and a *Motion for Disclosure of Panel Attorney Service List* **(Rec. Doc. 27470)** filed by Plaintiff Billy Larkin**.** Plaintiff's claim was dismissed, and the dismissal was affirmed multiple times. Accordingly,

    **IT IS ORDERED** that the motions **(Rec. Docs. 27465, 27466, 27470) are DENIED.**

    **IT IS FURTHER ORDERED** that Plaintiff is prohibited from filing additional pleadings in this case without prior permission of the Court. Filing any documents in defiance of this order will result in sanctions imposed on Mr. Larkin.

    New Orleans, Louisiana, this 9th day of December, 2022.

                                                        CARL J. BARBIER
                                                        UNITED STATES DISTRICT JUDGE