December 4, 2022

19-10295 J(2)

Office Of The Clerk

United States District Court

500 Poydras Street, Room C-151

New Orleans, LA 70130

| | U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|---|
| FILED | Dec 12 2022 |
| AJ | CAROL L. MICHEL CLERK       Mail |

RE: Notice Of Change Of Address

Dear Clerk:

Please File This Notice Of Change Of Address As Follows:

Maury Correctional Institution

Post Office Box 506

Maury, North Carolina   28554

Thank You For Your Usual, Kind Cooperation

Billy F. Larkin

Larkin, Billy F. #0490312

Maury Correctional Institution

Post Office Box 506

Maury, North Carolina 28554

TENDERED FOR FILING

DEC 12 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Larkin, Billy F. #0490312
Maury Correctional Institution
Post Office Box 506
Maury, North Carolina 28554

MAILED FROM
MAURY CORRECTIONAL
INSTITUTION

7 DEC 2022 PM 5 L

Office Of The Clerk
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Legal Document
70130-331999