**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No.: 2179 |
| | SECTION: J(2) |
| This Document Relates To: | |
| 2:22-CV-00919-CJB-DPC | Judge Barbier |
| | Mag. Judge Currault |

<u>**PLAINTIFF'S MOTION FOR SUGGESTION TO REMAND**</u>

Plaintiff, Steven John Ripp ("**Plaintiff**"), individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, hereby moves this Court to issue a Suggestion of Remand in accordance with 28 U.S.C. § 1407(a) and Rule 10(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("**JPML**") for this case to remanded back to the United States District Court for the Southern District of Alabama ("**SDAL**"), and in support thereof states as follows:

1.      On March 15, 2022, Plaintiff filed his Complaint in the SDAL (Case No: 1:22-cv-00116) seeking damages against Defendants for injuries caused by exposure to crude oil and toxic dispersants resulting from the oil spill by the oil rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, and the SDAL B3 Case Management Order was made applicable to this case.

2.      On April 11, 2022, the Judicial Panel on Multidistrict Litigation transferred the case to the United States District Court for the Eastern District of Louisiana ("EDLA"). [Doc. 11].

3.      Subsequently, on July 11, 2022, Plaintiff complied with PTOs 63 and 66 [ Doc. 15, 16], in accordance with the EDLA B3 CMO.

4.      On August 26, 2022, Plaintiff filed an Amended PTO 66 to account for certain updates. [Doc.17].

5.      On September 6, 2022, this Court issued an order for Plaintiff to provide full and complete disclosures. [Doc. 18]  Plaintiff later complied with that order.

6.      On December 5, 2022, Plaintiff conferred via email, with counsel for BP, who proposed that a motion for suggestion of remand was the appropriate means to address the future venue of this case.  Defendants have advised that they agree that Plaintiff materially complied with the Court's Pretrial Orders 63, 66, and 68 by no later than September 20, 2022, and that they do not object to this lawsuit being remanded by the JPML back to the SDAL for further proceedings and trial in accordance with the SDAL B3 Case Management Order.

7.      Based upon the foregoing, Plaintiff requests that this Court grant this Motion by issuing a Suggestion of Remand to remand this case to SDAL for further proceedings and trial.

Dated: December 13, 2022                    Respectfully Submitted,


**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773

*/s/ Elsa De Lima*
Elsa De Lima, Esq.
Florida Bar No.: 1004953
Email: edelima@downslawgroup.com

*/s/ C. David Durkee*
C. David Durkee, Esq.
Florida Bar No.: 998435
Email: ddurkee@downslawgroup.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 13th of December 2022 by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Elsa De Lima*
Elsa De Lima, Esq.