**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL No.: 2179** |
| | **SECTION: J(2)** |
| **This Document Relates To:** | |
| **2:22-CV-00919-CJB-DPC** | **Judge Barbier** |
| | **Mag. Judge Currault** |

## ORDER

Considering the foregoing Motion for Suggestion to Remand by Steven John Ripp, individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent:

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:22-CV-00919 to the Southern District of Alabama for further proceedings and trial

NEW ORLEANS, LOUISIANA, this _____ day of_____, 2022

_____
United States District Court Judge