UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates To:<br><br>2:22-CV-00919-CJB-DPC | MDL No.: 2179<br><br>SECTION: J(2)<br><br>Judge Barbier<br>Mag. Judge Currault |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF COMPLIANCE WITH COURT'S ORDER**

COMES NOW Plaintiff, Steven John Ripp ("Plaintiff"), individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, by and through undersigned counsel, files this Response ("**Response**") to Order to Show Cause dated December 2, 2022 ("**Show Cause Order**") [Rec. Doc 27468] and Notice of Compliance with Court's Order dated September 6, 2022 ("**September 6 Order**") [No. 22-cv-919; Rec. Doc. 18], and in support states as follows:

1. On July 11, 2022, Plaintiff complied with his initial disclosure requirements, specifically PTOs 63 and 66 [No. 22-cv-919; Rec. Doc. 15, 16], in accordance with the EDLA B3 CMO.

2. On August 26, 2022, Plaintiff filed an Amended PTO 66 to account for certain updates. [No. 22-cv-919; Rec. Doc.17].

3. On September 6, 2022, this Court issued its September 6 Order [No. 22-cv-919; Rec. Doc. 18], requiring Plaintiff to provide full and complete disclosures. In Addition, the Court further ordered that Plaintiff submit a venue filing no later than November 7, 2022.

4. On November 7, 2022, undersigned counsel reached out to opposing counsel to obtain Defendants' position on the appropriate venue. Counsel for the Halliburton parties were inadvertently excluded from this correspondence.

5. Only one attorney responded informing undersigned that the present case is not handled by his firm, McDonald Toole Wiggins, P.A.

6. No other communication with counsel for Defendant had been had at that point, and *there is no listed counsel of record for Defendants on the Court's CM/ECF System*.

7. Since Defendants had not filed an answer or other response to Plaintiff's complaint, or otherwise responded to undersign's inquiry pertaining to venue, Plaintiff filed an *Exparte* Motion for Clerk's Entry of Default ("**Motion for Default**") [Rec. Doc. 27462] on November 16, 2022.

8. On December 2, 2022, the Court issued a Show Cause Order [Rec. Doc. 27468] denying Plaintiff's Motion for Default and further ordering Plaintiff and his counsel to appear in this Court on January 4, 2023 at 10:00 a.m. to show cause why he failed to comply with the Court's orders.

9. That same day, on December 2, Plaintiff filed his Venue Statement [Rec. Doc. 27469] to comply with the Court's orders.

10. Plaintiff conferred with Defendants via email on December 5, 2022 pertaining to the Plaintiff's impending Motion for Suggestion of Remand, and Defendants advised they agree to this matter being remanded back to SDAL for further proceedings and trial in accordance with the SDAL B3 Case Management Order.

11. On December 13, 2022, Plaintiff filed his Motion for Suggestion of Remand. [Rec. Doc. 27473].

12. Since Plaintiff is now in compliance with all Court orders, and considering the Parties agreement that this matter be remanded back to SDAL, Plaintiff kindly requests the Court set aside the Show Cause Order and take notice of Plaintiff's compliance.

WHEREFORE Plaintiff, Steven John Ripp ("Plaintiff"), individually and as Personal Representative on Behalf of the Estate of L.J.R., a Minor Decedent, respectfully requests that this Honorable Court (a) enter an Order setting aside the Show Cause Order requiring Plaintiff and his Counsel to appear in this Court on January 4, 2022, (b) take notice that Plaintiff is in full compliance with this Court's orders, and (c) any other relief this Court deems just and proper.

Dated: December 14, 2022            Respectfully Submitted,

**THE DOWNS LAW GROUP, P.A.**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Facsimile: (305) 444-6773

*/s/ Elsa De Lima*
Elsa De Lima, Esq.
Florida Bar No.: 1004953
Email: edelima@downslawgroup.com

*/s/ C. David Durkee*
C. David Durkee, Esq.
Florida Bar No.: 998435
Email: ddurkee@downslawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 14th of December 2022 by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Elsa De Lima*
Elsa De Lima, Esq.