## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010**<br><br>**This Document Relates To:**<br><br>**2:22-CV-00919-CJB-DPC** | **MDL No.: 2179**<br><br>**SECTION: J(2)**<br><br>**Judge Barbier**<br>**Mag. Judge Currault** |

### ORDER

Considering Plaintiff STEVEN JOHN RIPP's ("Plaintiff") Response to Order to Show Cause and Notice of Compliance with Court's Orders:

**IT IS HEREBY ORDERED** that the Show Cause Order [Rec. Doc 27468 in 10-md-2179] is **SATISFIED** and Plaintiff is now in compliance with all Court Orders.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**