UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND BARBOUR,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 2:22-cv-03587 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION** | * | **JUDGE BARBIER** |
| **INC. and BP AMERICA PRODUCTION** | * | **MAGISTRATE JUDGE CURRAULT** |
| **COMPANY, ET AL.** | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S *EX PARTE* MOTION TO ENROLL
### AS ADDITIONAL COUNSEL OF RECORD

COMES NOW, Plaintiff, RAYMOND BARBOUR ("Plaintiff"), by and through undersigned counsel, moves this Court to enroll Samuel J Gittle, Esq., of the Downs Law Group, P.A., as additional counsel of record for the Plaintiff. This motion will not prejudice any party or affect any pre-trial or trial deadlines. Samuel J Gittle, Esq., has provided the following email address as a method of communication: sgittle@downslawgroup.com.

Dated: December 16, 2022,         Respectfully Submitted,

                                               THE DOWNS LAW GROUP, P.A.
                                               *Attorneys for Plaintiffs*
                                               3250 Mary Street, Suite 307
                                               Coconut Grove, Florida 33133
                                               (305) 444-8226 Telephone
                                               ddurkee@downslawgroup.com

                                               By: */s/ C. David Durkee*
                                               **C. DAVID DURKEE, ESQ.**
                                               Florida Bar No.: 998435

                                               By: */s/ Samuel J Gittle*
                                               **SAMUEL J GITTLE, ESQ.**
                                               Florida Bar No.: 099778

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record for Defendants via electronic delivery on the CM/ECF E-Filing portal and on the counsel of record for Defendants via e-mail of record on this 16th day of December 2022.

*/s/ C. David Durkee*
C. David Durkee, Esq.