UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAYMOND BARBOUR,** | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 2:22-cv-03587 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY,** | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE JUDGE CURRAULT** |
| | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |
| Related to:   12-968 BELO in MDL No. 2179 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Upon considering Plaintiff's, Raymond Barbour, *Exparte* Motion to Enroll as Additional Counsel of Record,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
