UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND BARBOUR | * | CIVIL ACTION |
| VERSUS | * | NO: 22-3587 |
| BP EXPLORATION & PRODUCTION INC., ET AL. | * | SECTION: "J"(2) |

Related to: 12-968 BELO in MDL 10-2179

## ORDER

Considering Plaintiff Raymond Barbour's Ex Parte *Motion to Enroll as Additional Counsel of Record* **(Rec. Doc. 27475)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** Samuel J. Gittle of the Downs Law Group, P.A. may be enrolled as additional counsel of record for the Plaintiff.

New Orleans, Louisiana, this 19th day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1