UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | **MDL 2179** <br><br> **SECTION: J(2)** |
| **Applies to:** <br> *No. 19-10356* | * * | **JUDGE BARBIER** |
| | * | |

## ORDER

Before the Court is an unopposed *Motion to Intervene and for Limited Relief from Confidentiality Order* **(Rec. Doc. 27463)** filed by non-parties Howard L. Nations, Cindy L. Nations, Howard L. Nations, APC, Gregory D. Rueb, Rueb & Motta, APLC and the Rueb Law Firm APLC ("NRM"). NRM is requesting clarification of or relief from the Confidentiality Order (Rec. Doc. 6822) so they may subpoena witnesses or informally request their presence for trial in the case *Gaudet et al v. Howard L. Nations, APC et al*, No. 19-10356. Having reviewed the Motion, along with the provided materials and applicable authorities,

**IT IS ORDERED** that the motion is **GRANTED** for the limited purpose of seeking relief from the Court's Confidentiality Order (Rec. Doc. 6822).

**IT IS FURTHER ORDERED** that NRM, Gaudet, and any deponents, witnesses, or subpoenaed parties in the *Gaudet* case are hereby granted relief from this Court's Confidentiality Order (Rec. Doc. 6822), along with any other confidentiality order entered in this case, solely for the purposes of discovery and trial in the *Gaudet* case; *provided*, however, that nothing in this Order shall be construed

as permitting anyone to subpoena, depose, call as a witness, etc., the Court-Appointed Neutrals, Christine Hendricks and Patrick Juneau.

New Orleans, Louisiana this 15th day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE