UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *22-919* | * * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Response to Order to Show Cause* **(Rec. Doc. 27474)** and the Court's *Suggestion of Remand* **(Rec. Doc. 27478)**,

**IT IS HEREBY ORDERED** that the show cause hearing set for January 4, 2023 is **CANCELLED.**

New Orleans, Louisiana, this 19th day of December, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE