UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico on April 20, 2010** | ✳ | MDL NO. 2179 |
| | ✳ | SECTION (J2) |
| | ✳ | JUDGE BARBIER |
| **Applies to:** | ✳ | |
| *No. 2:16-cv-5952 Loggerhead Holdings, Inc. v. BP* | ✳ | MAG JUDGE CURRAULT |

## PLAINTIFF'S NOTICE OF PRODUCING DOCUMENTS

Pursuant to this Court's Order dated November 10, 2022, Plaintiff, Loggerhead Holdings, Inc., files this Notice of Producing Documents that have been served on the BP Defendants and which relate to issues identified by the Fifth Circuit Court of Appeals.

Dated: December 23, 2022

                                                        Respectfully submitted,

                                            By: */s/ James W. Stroup*
                                                  JAMES W. STROUP
                                                  Florida Bar No. 842117
                                                  STROUP & MARTIN, P.A.
                                                  119 S.E. 12th Street
                                                  Fort Lauderdale, Florida 33316
                                                  Telephone: (954) 462-8808
                                                  Email: jstroup@strouplaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Plaintiff's Notice of Producing Documents has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2022.

    By:  */s/ James W. Stroup*
          JAMES W. STROUP
          Florida Bar No. 842117