# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:**       RAYMOND TERRY BARBOUR

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1:  . 3520 Magnolia Downs E
   Address Line 2:
   City: Mobile            State: Alabama      Zip: 36695
2. Telephone number:  (251) 510-6608
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  None

4. Date and Place of Birth:  ▮▮▮▮▮, Bayou La Batre, Alabama

5. Male  X     Female

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 11090 Beverly Rd. Irvington, Alabama | 1996-December 2017 |
| 26800 Perdido Beach Blvd. Orange Beach, AL 36561 | 2010 (14 days) |
| 3520 Magnolia Downs E, Mobile, AL 36695 | November 2022-Present |
| 3423 Woodward Dr. Mobile, AL 36695 | December 2017-November 2022 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| J & B Seafood, Inc. (Junior Barbour Seafood) | 9301 Faith St. Coden, AL 36523 | 1979-Present | Owner and President. Supplies seafood including crab and oyster from the Gulf of Mexico. |
| Brad Pawn Broker, Inc. | 260 Schillinger Rd. N, Mobile, AL 36608 | 2006 - Present | Owner and president.. |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__No_____ If *"Yes,"* when were you out of work and why? From about May 2019 until August 2020 I was out of work for a bone marrow transplant due to my Myelodysplastic Syndrome, which turned into Leukemia. I was out due to recovering from the transplant.

B.   **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____    No _X_

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.   Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____    Offshore_____    Both_____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____    No_____

12.   Did you handle hazardous materials as part of your cleanup work?

   Yes_____    No_____

13.   Please set forth the following information about your cleanup work:

   A.   Your employer(s): _____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

   _____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____

   _____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

_____

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes _X_   No __

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ____   No _X_

16. List all address(es) at which you resided in 2010: _11090 Beverly Rd. Irvington, Alabama, 26800 Perdido Bch Blvd. Orange Beach, AL 36561_

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _X_ Bodily injury from exposure to oil and/or dispersants

    ____ Bodily injury other than from exposure to oil and/or dispersants

    ____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.      EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____        Dispersants_____        Both X

19. How were you exposed? (*Check all that apply*)

    A. Inhalation              Yes X    No_____
    B. Dermal (skin) contact   Yes X    No_____
    C. Ingestion               Yes X    No:_____
    D. Other (please describe): N/A

20. What was the date(s) of your exposure?

    Day: _____    Month: April-September    Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Every time I went to my rental property located in Orange Beach Alabama, I was exposed to any oil and dispersant in the air and in the water, as I would walk along the beach in that neighborhood. This was approximately on a weekly basis through the April to September time period. I was also exposed to whatever was in the air at my places of business at the time, at 9301 Faith St. Coden, AL 36523. I worked approximately 6-8 hours per day during the time period of April 2010 until September 2010. I also may have been exposed by eating seafood from the Gulf of Mexico during this time.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Orange Beach, AL (April-September 2010 – Both Oil and Dispersants.

    26800 Perdido Bch Blvd. Orange Beach, AL 36561 (April – September 2010) Both Oil and Dispersants.

    9301 Faith St. Coden, AL 36523 (April – September 2010) Both Oil and Dispersants.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    While at work, I would be exposed for a few hours each day, 6 to 8 hours per day, at least 5 days a week. At Orange Beach I would be exposed while I was at my rental property and when I walked approximately one mile back and forth along the beach. This would take about thirty minutes.to an hour. I would do this on a daily basis.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to theoil spill and/or chemical dispersant occurred:

    Every time I went to my rental property located in Orange Beach Alabama, I was exposed to any oil and dispersant in the air and in the water, as I would walk along the beach in that neighborhood. This was approximately on a weekly basis through the April to September time period. I was also exposed to whatever was in the air at my places of business at the time, at 9301 Faith St. Coden, AL 36523. I worked approximately 6-8 hours per day during the time period of April 2010 until September 2010. I also may have been exposed by eating

          <u>seafood from the Gulf of Mexico during this time.</u>

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: N/A

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.    The nature of your injury:_____

    B.    The date(s) of your injury:_____

    C.    The location(s) of your injury:_____

    D.    The work that you were performing when you sustained your injury:_____

    _____

    _____

    E.    Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

    _____

    _____

    _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that youclaim resulted from the spill or your cleanup work in response to the oil spill:

    I was diagnosed with Myelodysplastic Syndrome (MDS) in November of 2017 which is a group of diverse bone marrow disorders in which the bone marrow does not produce enough healthy blood cells. This disease has the potential to turn into Luekemia, which it did my case, and I was diagnosed in 2019 with Acute Myeloid Leukemia

30. Please explain how your injury (or medical condition) resulted from the spill or yourcleanup work in response to the oil spill:

    I was subjected to constant toxic exposure from April 2010 onwards by virtue of (i) working at and operating my business in Coden, Alabama. (ii) Handling and eating seafood from the Gulf (iii) Being exposed at 26800 Perdido Bch Blvd. Orange Beach, AL 36561. (iv) walking along Orange Beach for approximately one mile and walking in the water (v) consuming potentially contaminated seafood weekly at local restaurants near my home and places of work. (vii) I plan to retain an expert whom I anticipate will associate my exposure to oil and its related harmful toxins with my cancer diagnosis.

31. On what date did you first report or seek treatment for your injury or illness:

    October 5, 2017 for Myelodysplastic Syndrome, and October 4, 2019 for Acute Myeloid Leukemia.

32. On what date was your injury first diagnosed: October 24, 2017 for Myelodysplastic Syndrome and October 4, 2019 for Acute Myeloid Leukemia

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (orcondition):

| Name | Address |
|---|---|
| Robert J. Soiffer, MD, | Dana Farber Cancer Institute, 450 Brookline Ave. Boston, MA, 02215-5418 |
| John R. Ross, MD | Baptist Medical Center South, 2105 East South Blvd. Montgomery, Alabama 36116 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
| --- | --- |
| Frank Martin Lester, MD | 1700 Springhill Ave. #100, Mobile AL 36604 |
| Stephen L. Davidson | 4145 Carmichael Rd., Montgomery, AL 36106 |
| Victoria Backman, MD | American Family Care, 10040- County Road, Suite A, Fairhope AL 36532 |
| Greyson McGowin, MD | Baptist Medical Center South, 2105 East South Blvd. Montgomery, Alabama 36116 |
| Douglas W Sharp, DO | Thomas Hospital, 750 Morphy Avenue, Fairhope, AL 36532 |
| Arthur E Frankel, MD | Mitchell Cancer Institute, 1660 Spring Hill Avenue, Mobile, AL 36604 |
| Vanessa Jones, CRNP | Mitchell Cancer Institute, 1660 Spring Hill Avenue, Mobile, AL 36604 |
| Omar A. Alkharabsheh, MD | Mitchell Cancer Institute, 1660 Spring Hill Avenue, Mobile, AL 36604 |
| Samuel G. Borak, MD | Baptist Medical Center South, 2105 East South Blvd. Montgomery, Alabama 36116 |
| John Koreth, MD | Dana Farber Cancer Institute, 450 Brookline Ave. Boston, MA, 02215-5418 |
| Amy C Joyce, NP | Dana Farber Cancer Institute, 44 Binney Street, Bosdton, MA 02115 |
| Patricia Severns, ANP-BC | Dana Farber Cancer Institute, 450 Brookline Ave. Boston, MA, 02215-5418 |
| Bonnie J Dirr, NP | Dana Farber Cancer Institute, 450 Brookline Ave. Boston, MA, 02215-5418 |
| Eric S. Winer, MD | Dana Farber Cancer Institute, 450 Brookline Ave. Boston, MA, 02215-5418 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No X. If "*Yes*,"

    A.    When? _____

    B.    Who diagnosed the injury (or condition) at that time? _____

_____

_____

        C.        Who treated the injury (or condition) at that time?_____

36.    Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes_____No X. If "*Yes*,"

        A.        What date did you first experience such injury or condition?_____

        B.        What injury (or condition) was made worse?_____

_____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Frank Martin Lester, MD | 1700 Springhill Ave. #100, Mobile AL 36604 |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes: X  No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    i. Past and future medical expenses; ii. Medical monitoring; iii. Past and future lost wages; iv. Pre-judgment and post-judgment interest; v. Past and future loss of personal services; vi. Any Third Party Payers; vii. Past and future intangible losses including those for physical pain and suffering, loss of life's enjoyment, mental anguish, anxiety, emotional distress, and fear of cancer or other future medical issues.

    ii. While technically I have no ability to value the claim and place a monetary value on the loss. If forced to place a monetary value my personal estimate of the overall compensatory damages is approximately $ 3 (three) million; however, an expert will be retained to arrive at a precise amount.

    iii. The Damage occurred from the date I first experienced symptoms until the present.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____  No  X

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

    _____

      B.      When did you receive this compensation or reimbursement? _____

                _____

      C.      What was the amount of the compensation or reimbursement? _____

                _____

**G.    CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.*)

41.    Is your claim based on a breach of contract?

       Yes _____      No <u>X</u>

42.    Was the contract that you claim was breached made as part of the VoO Program?

       Yes _____      No _____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached: _____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: December 27, 2022

Location (City and State): Mobile, Alabama

_[Signature]_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Raymond Terry Barbour
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**By no later than _____, this Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |