December 21, 2022

Office of the Clerk
United States District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Notice of Change of Address

Dear Clerk:

Please file the change of address for Billy F. Larkin as follows:

Nash Correctional Institution
Post Office Box 600, Hwy 64
Nashville, North Carolina 27856

Thank you for your usual, kind cooperation.

*Billy F Larkin*

Larkin, Billy F. 0490312
Nash Correctional Institution
Post Office Box 600, Hwy 64
Nashville, North Carolina 27856

TENDERED FOR FILING

DEC 2 8 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

nd-02179-CJB-DPC Document 27489 Filed 12/28/22

ARKINS, Billy F. #0496312
NASH CORRECTIONAL INSTITUTION
POST OFFICE BOX 600, HWY 64
NASHVILLE, NORTH CAROLINA 27856

LEGAL MAIL

LEGAL DOCUMENT
7013 0336 731

RALEIGH NC 275
Research Triangle Region
21 DEC 2022 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130