21 December, 2022

To the Hon. Carl J. Barbier:

        Argument In Support
          of Motion to Enforce.

May It Please the Court,

Mover has submitted Forty (40) lbs of medical records appertaining to the last illness of Charles Jacobs all of which may be taken as documentary of the pain and suffering of Charles Jacobs, prior to his demise and are unremarkable save for repeated use of a ventilator. Additionally enclosed and marked for identification is an abstract of those records as Mover 1 shewing the totality of charges.

And pray for judgment.

        Respectfully Submitted
        Appearance Waived
        Robert N. Chamberlin, Atty
        No. 4141
        for Plaintiff and
        Mover

TENDERED FOR FILING

DEC 29 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

```
05-24-2013    CLINICAL RECORD ABSTRACT :     HOUMA-AMG SPECIALTY HOSP, LLC
MED RECORD # 000000883 BILLING # 102019002217   NAME:  JACOBI, CHARLES

ADMISSION DATE......... 4/19/2013    DISCHARGE DATE.......... 5/21/2013
ADMISSION CLASS........ Elective     DISCHARGE STATUS........ 20
ADMISSION HOUR......... 20           POST-OP DEATH........... NO
BIRTH DATE............. 4/01/        TIME OF DEATH........... OVER 48 HOURS
SEX.................... MALE         TRANSFER DESTINATION...
RACE................... WHITE        HOSP. DEST. ID.........
REFFERAL SOURCE........ Transfer - Hosp ACCOMMODATION..........
REFFERAL HOSPITAL ID... 254          PRIMARY SERVICE......... MS
PRIMARY PAY STATUS..... MEDICARE
SECONDARY PAY STATUS...
ATTENDING PHYSICIAN....    2019      OTHER PHYSICIAN........

      TRANSFERS TO LEAVE              CONSULTATION BY SERVICE
  ---------------------------       ---------------------------
  FROM         TO                    SRV 60    NO   1   PHYS #    2606
  ---------  ----------  ------      SRV 93    NO   1   PHYS #     408
                                     SRV 01    NO   1   PHYS #     384
                                     SRV       NO       PHYS #
  ---------------------------       ---------------------------

           DIAGNOSES                           PROCEDURES          DATE    SURG.
PR 51881 ACUTE RESPIRATRY FAILURE  9672 CONT INV MEC VEN 96+ HRS   4/19    2019
01 41071 SUBENDO INFARCT, INITIAL  3895 VEN CATH RENAL DIALYSIS    5/02    2150
02 70723 PRESSURE ULCER, STAGE III 3995 HEMODIALYSIS               4/19     408
03 0389  SEPTICEMIA NOS            9904 PACKED CELL TRANSFUSION    4/30    2019
04 99591 SEPSIS                    9904 PACKED CELL TRANSFUSION    4/30    2019
05 4254  PRIM CARDIOMYOPATHY NEC   9904 PACKED CELL TRANSFUSION    5/03    2019
06 4170  ARTERIOVEN FISTU PUL VES  9904 PACKED CELL TRANSFUSION    5/08    2019
07 2639  PROTEIN-CAL MALNUTR NOS   9904 PACKED CELL TRANSFUSION    5/08    2019
08 V4611 RESPIRATOR DEPEND STATUS  3895 VEN CATH RENAL DIALYSIS    4/30     384
09 2764  MIXED ACID-BASE BAL DIS   9904 PACKED CELL TRANSFUSION    5/01    2019
10 00845 INT INF CLSTRDIUM DFCILE  9739 REMOVE HEAD/NECK DEV NEC   5/09    2019
11 5849  ACUTE KIDNEY FAILURE NOS
12 2762  ACIDOSIS
13 2761  HYPOSMOLALITY
14 2859  ANEMIA NOS
15 4976  STATUS AMPUT ABOVE KNEE
16 41401 CRNRY ATHRSCL NATVE VSSL
17 5859  CHRONIC KIDNEY DIS NOS
18 4439  PERIPH VASCULAR DIS NOS
19 25000 DMII WO CMP NT ST UNCNTR
20 V1254 HX TIA/STROKE W/O RESID
21 70709 PRESSURE ULCER, SITE NEC
22 70722 PRESSURE ULCER, STAGE II
23 V5867 LONG-TERM USE OF INSULIN
24 78720 DYSPHAGIA NOS
25 7823  EDEMA
26 2767  HYPERPOTASSEMIA
27 4401  RENAL ARTERY ATHEROSCLER
28 496   CHR AIRWAY OBSTRUCT NEC
29 04149 E.COLI INFECTION NEC/NOS
30 2768  HYPOPOTASSEMIA

RES. CODE 44970    ZIP CODE 70358   TOTAL CHARGES    246922.10   LOS    32

DRG NO:0207   DRG WT:  1.95490   GEO LOS: 32.00   5/6 LOS: 26.66   OUTLIER STS:N
```

Mover 1°

21 Dec '22
CLERK, USDCT

Please forward the enclosed letter to Judge Barbier as arguments upon the enclosed Motion.

Thank you
RN Clarke Esq.
N̸ 414)

TENDERED FOR FILING

DEC 29 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk