UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: *19-10295* | * * | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion for Sanctions* **(Rec. Doc. 27487)** filed by Plaintiff Billy Larkin,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 30th day of December, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**TO THE CLERK: Please mail this Order <u>and</u> the Order filed at Rec. Doc. 27471 to Mr. Larkin at his updated address.**