UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | | |
| Gulf of Mexico on April 20, 2010 | * | JUDGE BARBIER |
| | | |
| Applies to: | * | MAG. JUDGE CURRAULT |
| 12-cv-968 BELO | | |
| AND | * | |
| 22-cv-3159 and 22-cv-3218 | | |

**ORDER**

Defense counsel has advised that plaintiff(s) in two BELO case(s)[1] has/have failed to provide initial disclosures or have provided deficient initial disclosures as required by BELO Case Management Order ("CMO") No. 1.  ECF No. 27492 in 10-md-2179.  Accordingly, pursuant to BELO CMO #2,

**IT IS ORDERED THAT**, no later than **FEBRUARY 3, 2023**, plaintiff **HAMID ALIZADEH** must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff(s) and their counsel must appear in person before Judge Barbier to show cause why their case(s) should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v);

**IT IS FURTHER ORDERED THAT**, no later than **FEBRUARY 3, 2023**, plaintiff **SHON BARKLEY** must cure the deficient initial disclosures and provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiff(s) and their counsel must appear in person before Judge Barbier to show cause why their

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in **22-cv-3159 and 22-cv-3218**.

case(s) should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS FURTHER ORDERED THAT** the deadline by which plaintiff(s) must submit their venue filing(s) is/are extended to no later than **MARCH 4, 2023.**

New Orleans, Louisiana, this _____4th_____ day of January, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

2