**EXHIBIT A**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Brannon Kent Janca

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 87 Garden Street
   Address Line 2: _____
   City: Santa Rosa Beach    State: FL    Zip: 32459

2. Telephone number: (850) 259-8027

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: ▮▮▮ 1978 Pascagoula, MS

5. Male _X_    Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 87 Garden Street, Santa Rosa Beach, FL 32459 | Approximately 2004 till Present. |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Stinky's Fish Camp | 5960 W County Hwy 30A, Santa Rosa Beach, FL 32459 | 2003 – 2018 | Chef |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No ____ If "*Yes,*" when were you out of work and why? Plaintiff was hospitalized for 6 months towards the end of 2019. When first diagnosed with cancer, his lungs filled with fluids and he was catheterized.

**B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____   No  X

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1. Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____    Offshore_____    Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____   No_____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s):_____

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

    C. A description of the work performed for employer(s) identified in Question No. 13(A):_____

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

    E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _____

    F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

    **2.**    **Residents/Tourists**

14.  Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__    No ____

15.  Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ____    No __X__

16.  List all address(es) at which you resided in 2010: 87 Garden Street, Santa Rosa Beach, FL 32459.

**C.**    **INFORMATION ABOUT YOUR B3 CLAIM**

17.  Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil _____      Dispersants _____     Both  X

19. How were you exposed? (*Check all that apply*)

    A. Inhalation              Yes  X      No _____
    
    B. Dermal (skin) contact   Yes  X      No _____
    
    C. Ingestion               Yes  X      No _____
    
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: Approx      Month: April         Year: 2010 - 2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Plaintiff believes that his exposure to oil and oil-based dispersants was continuous from his residence, place of business, as well as all of his recreational activities, all of which are located within Zone A.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Plaintiff's believes he was primarily exposed in Santa Rosa Beach, FL (located in Zone A). Plaintiff also frequents Pascagoula Beach, MS, Petit Bois Island, MS, and Horn Island, MS, in addition to the Barrier Islands, resulting in further exposure. Plaintiff believes that his exposure consisted of a mixture of oil and oil-based dispersants.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Plaintiff believes that his exposure to oil/dispersants was continuous based on the location of his home and place of work, in addition to his recreational activities. Plaintiff believes that he was exposed anywhere between 10-12 hours a day, between 5-7 days per week.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: At the time of the spill, Plaintiff was a chef at a local beach-side restaurant that was exposed to the Southern Gulf of Mexico winds. As a chef, Plaintiff was constantly touching and preparing locally caught seafood. Plaintiff frequently ingested the locally caught seafood. Plaintiff frequently visited local beaches where he would walk the shoreline and breathe contaminated air.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes___   No___

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury: _____

    B. The date(s) of your injury: _____

    C. The location(s) of your injury: _____

    D. The work that you were performing when you sustained your injury: _____

    E. Identify any individual(s) who witnessed your injury: _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

### F.  INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: As a result of Plaintiff's exposure, he was diagnosed with Stave IV Adenocarcinoma of the Lung.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
Plaintiff believes that his exposure to the air caused his injury, as Plaintiff is a non–

    smoker.

31. On what date did you first report or seek treatment for your injury or illness: Plaintiff first sought treatment on August 27, 2019

32. On what date was your injury first diagnosed: October 18, 2019

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| David E. Mann, Jr. MD | Sacred Heart Medical Oncology Group – 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Frank V. Fossella, MD. | MD Anderson Medical Center – 1515 Holcombe Blvd #853, Houston, TX 77030 |
| Mose S. Hayes, III, MD. | Sacred Heart Medical Oncology Group – 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No __X__. If "Yes,"

   A. When? N/A

   B. Who diagnosed the injury (or condition) at that time? N/A

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No __X__. If "Yes,"

   A. What date did you first experience such injury or condition? N/A

   B. What injury (or condition) was made worse? N/A

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Kyle Chavers, MD, IFMCP. | Foundations Medical Center – 4467 Commons Drive West, Suite F-6, Destin, FL 32541. |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes_____ No __X__

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: To be calculated.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____ No __X__

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? N/A

    B.    When did you receive this compensation or reimbursement? <u>N/A</u>

    C.    What was the amount of the compensation or reimbursement? <u>N/A</u>

### G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____    No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44. Describe how the contract was breached:

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 1/9/2023 BKJ

Location (City and State): SANTA ROSA BEACH, FL 32459

_____
Signature of Plaintiff*

*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

BRANNON JANCA
Print Name

OWNER, DOWN ISLAND RESTAURANT
Title/Position (if signed on behalf of a business or other entity)

This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |