US District Court
Eastern District of Louisiana
Judge Barbier
Section J
Mag Judge Currault

MDL 2179

Darlies, et al
Plaisance vs BP
Case No 21-0058 Motion To Consolidate Case

Now Comes Darleen Jacobs and moves the Court to consolidate the cases above referenced, showing an identity of facts and issues exists between them.

Proposed Order

The foregoing considered, Let these cases be and they are hereby consolidated.

_____
JUDGE

TENDERED FOR FILING

JAN 0 3 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

27 Dec. 22

Chuck:

Please file and tender.

T. Barbier,

B.N. Clark.

NEW ORLEANS LA 700
27 DEC 2022 PM 3 L

CLERK, US DIST CT
500 POYDRAS ST
RM B Lot
New Orleans, LA 70130

US MARSHALS

Return By:
2301 Isaaks Dr
Apt 203
Lufkin TX, LA 70062

RECEIVED
2023 JAN -3 P 1:02
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA