# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This Document Relates To: | * * * | HONORABLE CARL J. BARBIER |
| No. 12-970 | * * * * | MAG. JUDGE CURRAULT |

## ORDER

**[Order to Show Cause Regarding Iron Mountain Document Storage Invoices]**

In August 2021, this Court issued its Order Regarding Materials of the Gulf Coast Claims Facility and Document Retention by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement (Rec. Doc. 27189) (the "Document Destruction Order"). Generally, the Document Destruction Order charged the Claims Administrator with destroying all GCCF Materials and Documents, claim files, etc., whether stored in hard copy or electronic format.

Iron Mountain, Incorporated ("Iron Mountain") provided document retention and destruction services to the Deepwater Horizon Economic and Property Damages Settlement Trust (the "Trust") over the 10-plus year span of the Court-Supervised Settlement Program ("CSSP"), which has now been closed.

The Claims Administrator has informed the Court that, shortly after the issuance of the Document Destruction Order, his staff contacted representatives of Iron Mountain, informing Iron Mountain that the documents it had stored on behalf of the Trust needed to be destroyed in light of this Court's instructions. The Claims Administrator further has informed the Court that Iron Mountain representatives indicated that it would take several months to destroy the several thousand boxes of documents that were in storage at that time.

In order to comply with the Court's instructions in other wind-down orders (Rec. Docs. 26873 and 27190), and to timely terminate the Trust, the Claims Administrator has informed this Court that it was agreed that Iron Mountain would be pre-paid for the destruction of all of the boxes of documents in its possession associated with the CSSP, with Iron Mountain to later provide certificate of destruction once it was completed.

The Claims Administrator has informed the Court that his representatives repeatedly over the course of several months attempted to contact Iron Mountain representatives to confirm destruction, particularly with regard to a set of boxes stored in Iron Mountain's Baton Rouge facility (the "Baton Rouge Boxes"), but received no response. Eventually, in September 2022, a representative of Iron Mountain informed that the Baton Rouge Boxes had in fact not been destroyed but indicated that they would be immediately.

The Claims Administrator has further informed this Court that, following this destruction, his representative received for the first time from Iron Mountain a series of invoices for document storage and destruction services spanning December 2021 to October 2022.  The Claims Administrator also informs the Court, however, that these were the very services that he had sought to and did pre-pay Iron Mountain to perform.

Pursuant to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012 and approved on December 21, 2012), and in light of the fact that the CSSP has been closed and the Trust has been terminated according to the instructions of this Court, **IT IS ORDERED** that a representative of Iron Mountain appear before this Court on March 3, 2023 at 10:30 regarding the above.

New Orleans, Louisiana, this 12th day of January, 2023.

_____
CARL J. BARBIER
United States District Judge

**To the Clerk of Court: Please mail this Order to Iron Mountain's registered agent for service at: Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.**