UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico on April 20, 2010 | * * * | MDL NO. 2179 SECTION (J2) JUDGE BARBIER |
| Applies to: No.  2:16-cv-5952 Loggerhead Holdings, Inc. v. BP | * * | MAG JUDGE CURRAULT |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff, Loggerhead Holdings, Inc., by and through its undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, files this Designation of Expert Witnesses, and respectfully shows:

**I.**

Plaintiff will call the following individuals by deposition or live at trial to give testimony in this matter:

**Retained Experts**

1. William Cline
   President and Owner
   Cline Group Advertising
   1740 Air Park Lane
   Plano, Texas  75093
   Telephone:  (972) 267-6700

Mr. Cline has more than 40 years of experience working in the SCUBA diving industry and has expertise in the advertising, marketing, market research, growth, and trends in the dive industry. Mr. Cline will provide his expert opinion that BP's Deepwater Horizon spill created a mass media incident that contributed to public perception of oil moving to dive destinations used by Plaintiff and that the perception caused actual loss of SCUBA diving related bookings in South Florida, the Florida Keys, and the Bahamas during 2010 – 2011, including for Plaintiff's liveaboard SCUBA diving cruise vessel.  Mr. Cline's opinions in this matter, as well as his bases

for same, are set forth in his expert report which is being produced contemporaneously herewith to counsel for all parties along with his C.V.

    2.    Mr. Robert L. Anthony, M.S.E., P.E., CFEI, CVFI
          Senior Project Engineer
          Design Research Engineering
          46475 Desoto Court
          Novi, Michigan  48377
          Telephone:  (248) 668-3450

Mr. Anthony is a naval architect, marine engineer, and licensed professional engineer. Mr. Anthony will offer opinions that Plaintiff's vessel *Nekton Rorqual* was capable of functioning and operating as a liveaboard SCUBA diving vessel with only one (1) operational generator within a reasonable degree of engineering certainty. Mr. Anthony's opinions in this matter, as well as his bases for same, are set forth in his expert report which is being produced contemporaneously herewith to counsel for all parties along with his C.V.

    3.    R. Joseph Corkin, CFA, ASA
          Partner
          Davis/Chambers & Company, Ltd.
          5701 Woodway Drive
          Suite 200
          Houston, Texas  77057
          Telephone:  (713) 552-1333

Mr. Corkin is a Chartered Financial Analyst with 19 years of experience working as a financial analyst and business valuation professional. Mr. Corkin has analyzed the financials and has formed opinions concerning Plaintiff's lost profits and/or impairment of earning potential as a result of the BP Deepwater Horizon oil spill. Mr. Corkin's opinions in this matter, as well as his bases for same, are set forth in his expert report which is being produced contemporaneously herewith to counsel for all parties along with his C.V.

## II.

Plaintiff designates all other parties' experts, as well as fact witnesses identified by each party that have or will express expert opinions in this case, to the extent that such opinions are not adverse to the Plaintiff's interests. The Plaintiff reserves the right to elicit expert testimony from their own as well as other parties' past and present employees, the witnesses identified in the other parties' expert witness designations, and each party's discovery disclosures.

Plaintiff reserves the right to elicit expert testimony on cross-examination from any person or entity from whom any other party is allowed to present expert testimony.

**IV.**

Plaintiff reserves the right to withdraw the designation of any expert witness and to aver positively that a previously-designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel.

**V.**

Plaintiff reserves the right to file amended reports and elicit opinion testimony from individuals and expert witnesses as needed for rebuttal or impeachment testimony and to supplement its designation as necessary for such purposes as this case is fully developed.

Dated:  January 23, 2023

        Respectfully submitted,

By:  */s/ James W. Stroup*
JAMES W. STROUP
Florida Bar No. 842117
STROUP & MARTIN, P.A.
119 Southeast 12th Street
Fort Lauderdale, Florida  33316
Telephone:  (954) 462-8808
Email:  jstroup@strouplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Designation of Expert Witnesses has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2023.

By:  */s/ James W. Stroup*
JAMES W. STROUP
Florida Bar No. 842117