# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This Document Relates To: | * * * | HONORABLE CARL J. BARBIER |
| No. 12-970 | * * * * | MAG. JUDGE CURRAULT |

## ORDER

**[Order Cancelling Show Cause Hearing Regarding Iron Mountain Document Storage Invoices]**

On January 12, 2023, the Court ordered that a representative of Iron Mountain appear before this Court regarding document storage invoices. Having been advised that the issue subject to the Show Cause Order (Rec. Doc. 27497) has been resolved,

**IT IS ORDERED** that the Show Cause Hearing scheduled for March 3, 2023 is **CANCELLED.**

New Orleans, Louisiana, this 31st day of January, 2023.

_____
CARL J. BARBIER
United States District Judge