UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * * * | MDL No. 2179 JUDGE BARBIER |
| Applies to: 12-cv-968 BELO AND 22-cv-3218 | * * | MAG. JUDGE CURRAULT |

# ORDER

Counsel for Plaintiff, Shon Barkley, filed a Notice of Compliance with Discovery Obligations (ECF No. 6) in Case No. 22-3218, confirming the production of Initial Disclosures as ordered by this Court (ECF No. 5). Accordingly,

**IT IS ORDERED** that the Court's Show Cause Order (ECF No. 5) is **SATISFIED**.[1]

New Orleans, Louisiana, this \_\_\_6th\_\_\_ day of February, 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in **No. 22-cv-3218**.