UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | | JUDGE BARBIER |
| AND | * * | MAG. JUDGE CURRAULT |
| BELO Cases identified below | | |

### ORDER
[Order to Show Cause re: BP's Feb. 10, 2023 Status Report Pursuant to First Amended BELO CMO No. 2]

BELO Case Management Order No. 1 requires BELO plaintiffs to provide the BP defendants with certain information and materials within 90 days of the date the complaint was filed. (Rec. Doc. 14099 ¶ II(1), *amended by* Rec. Doc. 24221). According to BP's status report of Feb. 10, 2023 (Rec. Doc. 27505), the 1 BELO plaintiff identified below failed to provide full and complete disclosures after having been ordered to do so by February 3, 2023. Therefore, and in accordance with First Amended BELO Case Management Order No. 2 ¶ 5 (Rec. Doc. 25738),

**IT IS ORDERED** that the 1 BELO plaintiff identified below shall **SHOW CAUSE** in writing why his case should not be dismissed with prejudice for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v). The plaintiff shall file a written response to this Show Cause Order by no later than Monday, February 27,

2023. The response shall be filed in the MDL master docket, No. 10-md-2170, and reference the individual BELO case to which it pertains.

**IT IS FURTHER ORDERED** that if BP disagrees with any of the representations in plaintiff's response, then BP shall file a reply by no later than Friday, March 3, 2023. If BP does not file a reply, the Court will assume that BP does not disagree with the response and rule accordingly.

|    | **Docket Number** | **Plaintiff** | **Counsel** | **Deficiency (per BP's status report)** |
|----|---|---|---|---|
| 1. | 22-3159 | Alizadeh, Hamid | Falcon Law Firm/ Stag Liuzza, LLC | Missing signed PPF and authorizations; missing medical records |

New Orleans, Louisiana, this 13th day of February, 2023.

_____
United States District Judge

2