EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** Lucille Rogers

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.  YOUR BACKGROUND INFORMATION

1.  Current address:

    Address Line 1: 3622 Goldsbys Way

    Address Line 2:

    City: Destin              State: FL              Zip: 32541

2.  Telephone number: (850) 598-5999

3.  Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Lucille Giaccio – Birth till 1975. Lucille Pace 1975 – 1992. Lucille Rogers 1992 till present

4.  Date and Place of Birth: ▮▮▮ 1954 – Long Island, NY.

5.  Male_____  Female__X__

6.    Each address (other than your current address) at which you have lived during the last ten
      (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 3622 Goldsbys Way, Destin, FL 32541 | Approx. 2000 – Present |

7.    Employment Information:

      A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last
            employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Emerald Grande Hotel | 10 Harbor Blvd, Destin, FL 32541 | 2012 – 2019 | Worked in the Spa. |
| Pace PC Solutions | 127 Harbor Boulevard, Suite 12A, Destin, FL 32541 | 2010 - 2012 | Assisted her son with office work. |
| Classic Cookie | 1209 Airport Rd, Suite #1 Silver Beach Destin, FL 32541 | 2000 – 2010 | Retail Sales in malls and worked on IT matters and other sales. |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your
      health (other than pregnancy)? Yes_____No__X__ If *"Yes,"* when were you out of work
      and why? N/A

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____    No   X

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____    Offshore_____    Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____    No_____

12.    Did you handle hazardous materials as part of your cleanup work?

Yes_____    No_____

13.    Please set forth the following information about your cleanup work:

A.    Your employer(s): _____

B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_____

C.    A description of the work performed for employer(s) identified in Question No. 13(A):_____

_____

D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

_____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

### 2.   Residents/Tourists

14.   Do you allege that you were exposed to oil or chemical dispersants while a **_resident_** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes __X__   No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a **_tourist_** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____   No_____

16.   List all address(es) at which you resided in 2010: 3622 Goldsbys Way, Destin, FL 32541

_____

### C.   INFORMATION ABOUT YOUR B3 CLAIM

17.   Are you claiming that you suffered damages from (*Check all that apply*):

__X__ Bodily injury from exposure to oil and/or dispersants

_____ Bodily injury other than from exposure to oil and/or dispersants

_____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.   EXPOSURE CLAIMS**

18.   Were you exposed to oil, dispersants, or both?

Oil_____        Dispersants_____        Both__X__

19.   How were you exposed? (*Check all that apply*)

A.   Inhalation              Yes__X__    No_____

B.   Dermal (skin) contact    Yes__X__    No_____

C.   Ingestion               Yes__X__    No_____

D.   Other (please describe): _____

20.   What was the date(s) of your exposure?

Day: _20__     Month: _April_____     Year: _2010___

21.   How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Plaintiff believes her exposure was constant due to her residence and place of work being in close

proximity to the beach. Additionally, Plaintiff spent a considerable amount of time walking and

swimming at the beach. Also, Plaintiff believes she was exposed when she would frequently dine

at local beach-side restaurants.

22.   What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

Plaintiff's exposure occurred primarily in Destin, FL. Plaintiff's residence is four-tenths of a miles

from the Destin Harbor and her workplace was on the beach. Plaintiff believes that her exposure to

oil and oil based dispersants was continuous based on the location of her residence and workplace.

23.   For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

Plaintiff believes that her exposure to oil/dispersants was continuous based on the location of her

home and place of work, in addition her recreational activities. Plaintiff believes she was exposed

7 days per week.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: __At the time of the spill, Plaintiff's__ residence and place of work was in close proximity to the Destin Harbor. Additionally, Plaintiff spent a considerable amount of time walking the beach and swimming in the ocean. Plaintiff also frequently dined at local beach side restaurants.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____     No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____

    _____

    _____

## E.   NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A.   The nature of your injury:_____

    B.   The date(s) of your injury:_____

    C.   The location(s) of your injury:_____

    D.   The work that you were performing when you sustained your injury:_____

         _____

         _____

    E.   Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

    _____

    _____

    _____

## F.   INFORMATION ABOUT YOUR INJURY OR ILLNESS

29.   Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: As a result of Plaintiff's exposure to oil and oil-based dispersants, Plaintiff was diagnosed with

Non-Hodgkins Lymphoma on November 19, 2019.

30.   Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

Plaintiff's condition is a result of constant exposure to oil and oil-based dispersants. Plaintiff's residence and workplace are in close proximity to the Destin Harbor. Plaintiff also spent time recreationally walking, cleaning and swimming in the local beaches breathing and touching contaminated oil and debris. Additionally, Plaintiff frequented local beach side restaurants and consumed locally caught seafood.

31.   On what date did you first report or seek treatment for your injury or illness: Plaintiff does not recall the first date/time she sought treatment for her alleged condition. Plaintiff

ultimately discovered her illness when she was informed by her doctor on November 19, 2019.

32.   On what date was your injury first diagnosed: November 19, 2019.

33.   Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Joseph Papiez, MD | Fort Walton Beach Medical Center 1000 Mar Walt Drive, Fort Walton Beach, FL 32547 |

34.  Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| Mark C. Deleon, MD. | 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |
| David E. Mann, Jr., MD. | 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |
| Chi Kim Nguyen, MD. | 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |
| Brenda Whigham APRN. | 27 Mack Bayou Loop #1000, Santa Rosa Beach, FL 32459 |
| Gale T. Tuper, Jr. MD | 1000 Mar Walt Drive, Fort Walton Beach, FL 32547 |

35.  Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No __X___. If "*Yes*,"

   A.  When? N/A

   B.  Who diagnosed the injury (or condition) at that time? N/A

   C.  Who treated the injury (or condition) at that time?

36.  Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes_____ No_X___. If "*Yes*,"

   A.  What date did you first experience such injury or condition? N/A

   B.  What injury (or condition) was made worse? N/A

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Rachel L. White, APRN | 9375 Emerald Coast Parkway West #1 Miramar Beach, FL 32550 |
| Matthew Kinzelman, MD | 9375 Emerald Coast Parkway West #1 Miramar Beach, FL 32550 |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes_____No ___X___

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Past and future medical expenses, medical monitoring,

past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering and the loss

of enjoyment of life. The value of these damages are to be calculated as I continue to receive medical bills and

ongoing treatment and I have no ability to value my own claim and place a monetary value on the losses

I have suffered. I plan to retain an expert to calculate the total damages, however, I estimate the total overall

compensatory damages to be $10,000,000.

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____No__X___

If "Yes":

A.    From whom did you receive this compensation or reimbursement? N/A

B.     When did you receive this compensation or reimbursement? N/A

C.     What was the amount of the compensation or reimbursement? N/A

## G.     CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41.   Is your claim based on a breach of contract?

      Yes_____     No_____

42.   Was the contract that you claim was breached made as part of the VOO Program?

      Yes_____     No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44.   Describe how the contract was breached:

45.   *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 2/9/2023 , 2023

Location (City and State): Destin FL

Signature of Plaintiff*

*Plaintiff's Attorney _Cannot_ Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Lucille Rogers

Print Name

Title/Position (*if signed on behalf of a business or other entity*)

This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |