EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** William Plybon

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
    Address Line 1: 22531 Putter Lane
    Address Line 2: _____
    City: Foley    State: AL    Zip: 36535
2. Telephone number: (251) 786-4435
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: None, just William Plybon
4. Date and Place of Birth: ▮ 1981, Greve Hill, AL
5. Male  X    Female ___

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1601 Governors Drive<br>Pensacola, FL 32514 | From 2014-2015 |
| 201 Stillman Street<br>Pensacola, FL 32502 | From Jan 2015 – Aug 2015 |
| 8641 Blue Jay Way<br>Pensacola, FL 32534 | From 2015 - 2018 |
| 7473 Steeplechase Blvd<br>Pensacola, FL 32526 | From 2018 - 2021 |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| UPS | 2425 Longleaf Dr<br>Pensacola, FL 32526 | From 2008 - Present | Operations Management |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__ No____ If "Yes," when were you out of work and why? Lung tumor removal

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____   No  X  

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

    **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.  Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____   Offshore_____   Both_____

11.  Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____   No_____

12.  Did you handle hazardous materials as part of your cleanup work?

Yes_____   No_____

13.  Please set forth the following information about your cleanup work:

    A.   Your employer(s): _____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
_____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____
_____

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____
_____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes__X__    No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

16. List all address(es) at which you resided in 2010:_____

    ____19923 Chestnut Drive, Foley, AL 36535_____

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both__X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation              Yes_X__   No_____
    B. Dermal (skin) contact   Yes_X__   No_____
    C. Ingestion               Yes_X__   No_____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: _____   Year: Approximately 2010 to 2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    From 2010 to 2012, I was exposed, daily while residing at Foley Alabama and approximately 2 to 3 times a week while visiting Gulf Shores and Fort Morgan beach Additionally, between 2010 – 2012, I was working for UPS as an operation management and suffered possible cross contamination at my workplace. Additionally, I would go swimming 2 to 3 times a month, and I would stop at local restaurants to consume or buy local seafood in Alabama.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Foley Alabama (2010 – onward)
    Fort Morgan Alabama (2010 – onward)
    Gulf Shore Beach, Alabama (2010-2012)
    Pensacola, Florida (2010 – 2012)

23. exposed to this substance or chemical?

    While at my residence at all times. While at work, I would be exposed for approximately 8 hours, five days a week. While swimming at Gulf Shore Beach, and/or Fort Morgan AL for approximately 2 to 3 hours. Additionally, I regularly consumed contaminated seafood from the waters of the Gulf of Mexico.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    While residing at my residence and working for my employer during the Oil Spill I do recall smelling oil and/or dispersants that would fill the air on a daily basis which I kept inhaling. Further while swimming at Gulf Shore Beach, AL and Fort Morgan Beach during 2010-2012 for approximately 2-3 hours I inhaled and came in contact with oil and oil based dispersants. Lastly, I consumed seafood form the waters of the Gulf of Mexico on a regular basis during the relevant time period..

25. direct supervisor? N/A

    Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

E.  **NON-EXPOSURE PERSONAL INJURY CLAIMS**

    N/A

27. For your non-exposure personal injury, please state:

    A.  The nature of your injury:_____

    B.  The date(s) of your injury:_____

    C.  The location(s) of your injury:_____

    D.  The work that you were performing when you sustained your injury:_____

    _____
    _____

    E.  Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

    _____
    _____
    _____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    I was diagnosed with Neuroendocrine Tumor due to my exposure to the Oil Spill.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I was regularly splashed with oily water, chemicals, and dispersants while swimming in the waters of the Gulf of Mexico. Additionally, while residing at my residence in Foley, AL, the the smell of oil and/or dispersants would fill the air on a daily basis and I possibly also suffered seafood contamination. I intend to hire an expert to review my medical records along with other documents in this case. It is anticipated that the expert will associate my exposure to oil, dispersants, other hydrocarbons/decontaminants, and other substances with my present condition.

31. On what date did you first report or seek treatment for your injury or illness: March 13, 2017

32. On what date was your injury first diagnosed: January 24, 2020,

    Neuroendocrine Tumor

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Dr. Charles Bryan, MD | West Florida Hospital – 8383 North Davis Highway Pensacola, FL 32514 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Joseph Bardinelli, MD | West Florida Hospital – 8383 North Davis Highway Pensacola, FL 32514 |
| Dr. Charlton Dennison, MD | West Florida Hospital – 8383 North Davis Highway Pensacola, FL 32514 |
| Dr. Rex D Delaune, MD | West Florida Hospital – 8383 North Davis Highway Pensacola, FL 32514 |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No__X__. If "*Yes,*"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No__X__. If "*Yes,*"

   A. What date did you first experience such injury or condition? _____
   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| West Florida Hospital | 8383 North Davis Highway Pensacola, FL 32514 |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes__X__  No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering, and loss of employment of life. Since my diagnosis, I, have been suffering from pain and mental anguish amongst others. These amounts are being calculated as I continue to receive medical bills and ongoing treatment. I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damage, however I, estimate the overall compensatory damages to be $ 25 million.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes_____  No__X__

   If "Yes":

   A. From whom did you receive this compensation or reimbursement?_____

   B.   When did you receive this compensation or reimbursement?_____

   _____

   C.   What was the amount of the compensation or reimbursement?_____

   _____

G.   **CONTRACT CLAIMS** N/A

   *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

   Yes_____   No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

   Yes_____   No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

   _____

   _____

44. Describe how the contract was breached:_____

   _____

   _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

   _____

   _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

   _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

   _____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: February 16, 2023

Location (City and State): Foley, AL

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

William C Tyson
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |