IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER |
| This Document relates to:<br>*Loggerhead Holdings, Inc. v. BP p.l.c, et al.*,<br>Case No. 16-cv-05952 | *<br>*   MAGISTRATE JUDGE CURRAULT<br>* |

**BP'S DISCLOSURE OF RETAINED EXPERT WITNESS
AND NOTICE OF SERVICE OF EXPERT REPORT**

Pursuant to the Court's November 10, 2022 Case Management Order (Docket No. 27461), BP America Inc., BP America Production Company, BP Exploration & Production Inc., and BP Products North America Inc. (together, "BP") identify the following expert witness whom BP expects to call in this action and the general subject matter of her testimony.

1. Holly Sharp

Ms. Sharp is expected to provide testimony on subjects within her education, experience, research, practice, and expertise, based on her review of relevant materials including, without limitation, literature, publicly available materials and information, and the documents, transcripts, and other materials produced in this case. Ms. Sharp is a Director of Consulting with LaPorte CPAs & Business Advisors. Ms. Sharp is a Certified Public Accountant, a Certified Fraud Examiner, and Certified in Financial Forensics. Ms. Sharp may provide expert opinion testimony concerning Plaintiff Loggerhead Holdings, Inc.'s lost profits in connection with the *Deepwater Horizon* event on April 20, 2010, as well as rebuttal opinions to opinions offered by Joe Corkin, CFA, ASA of Davis/Chambers & Company, Ltd. in his report titled "An Evaluation as of January 23, 2023 of the Lost Profits of Loggerhead Holdings, Inc. in connection with the BP Deepwater

1

Horizon Disaster on April 20, 2010". Ms. Sharp's opinions, and bases therefor, are set forth in her expert report, which is being served on Plaintiff's counsel contemporaneously herewith.

Ms. Sharp's report and this disclosure have been prepared on the basis of information reviewed and available as of the date of the report and disclosure. BP reserves the right to submit additional expert reports and to offer new or revised opinions based on new information as it is discovered, as this case further develops, or as appropriate following rulings by the Court. In addition, BP reserves the right to expand on the expected areas of testimony for purposes of rebuttal or impeachment. This identification does not include any persons that may be designated to provide expert testimony rebutting reports served on or after the date of this disclosure.

By responding to allegations raised in the expert reports submitted by Loggerhead, BP does not waive its right to object to documents, testimony, or opinions contained in those reports.

Dated: February 17, 2023   Respectfully submitted,

*/s/ Devin C. Reid*

R. Keith Jarrett (Bar # 16984)
Devin Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Matthew T. Regan, P.C.
(matthew.regan@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Christopher W. Keegan
(chris.keegan@kirkland.com)
Anna Terteryan
(anna.terteryan@kirkland.com)

2

**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for BP America Inc., BP America Production Company BP Exploration & Production Inc., and BP Products North America Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing BP's Disclosure of Retained Expert Witness and Notice of Service of Expert Report has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February 2023.

                   */s/ Devin C. Reid*
                   Devin C. Reid