UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to: 12-cv-00968: BELO<br>         B3 Pleading Bundle | MAGISTRATE<br>JUDGE CURRAULT |

Relates to:

| 22-cv-3159 | | | |
|---|---|---|---|

**JOINT RESPONSE TO ORDER TO SHOW CAUSE
RE: BP'S FEB. 10, 2023 STATUS REPORT**

Plaintiff Hamid Alizadeh and Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit the foregoing joint response to the Court's Order to Show Cause re: BP's Feb. 10, 2023 Status Report Pursuant to First Amended CMO No. 2 (Rec. Doc. 27506). The Parties state that Plaintiff Alizadeh has, subsequent to the Order to Show Cause, provided full and complete initial disclosures to the BP Parties. Plaintiff Alizadeh requests that the Court order the Order to Show Cause be satisfied and set aside. The BP Parties do not object to the request.

| | |
|---|---|
| DATED: February 27, 2023 | Respectfully submitted, |
| */s/ Timothy J. Falcon*<br>Timothy J. Falcon (Bar #16909)<br>Jeremiah A. Sprague (Bar #24885)<br>Jarrett S. Falcon (Bar #34539)<br>**FALCON LAW FIRM**<br>5044 Lapalco Boulevard<br>Marrero, Louisiana 70072<br>Telephone: (504) 341-1234<br>Telefax: (504) 348-7714 | */s/ R. Keith Jarrett*<br>R. Keith Jarrett (Bar #16984)<br>Scott C. Seiler (Bar #19784)<br>Devin C. Reid (Bar #32645)<br>**LISKOW *&* LEWIS**<br>One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |

1

Michael G. Stag (Bar #23314)
Ashley M. Liuzza (Bar #34645)
Matthew D. Rogenes (Bar #36652)
**STAG LIUZZA, L.L.C.**
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Telefax: (504) 593-9601

*Counsel for Plaintiff Hamid Alizadeh*

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 North Market Street, Suite 1100
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of February, 2023.

                                                      */s/ R Keith Jarrett*
                                                      R. Keith Jarrett