UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * | MDL 2179 |
| | | SECTION: J(2) |
| **Applies to: 12-cv-968, BELO** | * | JUDGE BARBIER |
| **AND** | * | MAG. JUDGE CURRAULT |
| **BELO Case identified below** | * | |

# ORDER
### [Order that Order to Show Cause re: BP's Feb. 10, 2023 Status Report Pursuant to First Amended BELO CMO No. 2 is satisfied]

Before the Court is a *Joint Response to Order to Show Cause* (Rec. Doc. 27517). In the response, Plaintiff and the BP Parties state that Plaintiff Hamid Alizadeh has, subsequent to the Order to Show Cause, provided full and complete initial disclosures to the BP Parties.

Accordingly

**IT IS ORDERED** that the Court's previous Show Cause Order is satisfied and **SET ASIDE.**

New Orleans, Louisiana, this 2nd day of March, 2023.

_____
United States District Judge