FEBRUARY 24, 2023

OFFICE OF THE CLERK

U.S. DISTRICT COURT

500 POYDRAS STREET, ROOM C-151

NEW ORLEANS, LA 70130

RE: MOTION FOR COURT APPROVAL TO FILE COMPLAINTS ALLEGING LEGAL-
MALPRACTICE AND BREACH OF CONTRACT

DEAR CLERK:

PLEASE FIND THE ENCLOSED MOTION FOR COURT-APPROVAL TO FILE COMPLAINTS

ALLEGING LEGAL MALPRACTICE AND BREACH OF CONTRACT FOR FILING.

THANK YOU FOR YOUR USUAL, KIND COOPERATION.

LARKIN, BILLY E. #0490312

NASH CORRECTIONAL INSTITUTION

POST OFFICE BOX 600

NASHVILLE, NORTH CAROLINA 27856

TENDERED FOR FILING

MAR 0 2 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court

Eastern District of Louisiana

| | |
|---|---|
| Billy F. Larkin | |
| Claimant ID: 100283484 | |
| Claimant ID: 100286371 | |
| Requesting Party | File No: _____ |
| V. | |
| Patrick Juneau, Claims | Motion For Court-Approval To |
| Administrator; BP Exploration | File Complaints Alleging Legal- |
| And Production, Incorporated; BP | Malpractice And Breach Of Contract |
| America Production Company | |
| Objecting Party. | |

    Comes Now The Claimant, Billy F. Larkin, Pro Se, And File This Motion For Court-Approval To File Complaints Alleging Legal-Malpractice Pursuant To L.A. 9:560 (A), And Breach Of Contract, Pursuant To LSA-C.C. Art. 3499. In Support Thereof, Claimant Averres:

    The Court's 12-08-2022 Order Prohibit Claimants' Filing Filing Of Additional Pleading In The Above-Style Matter Without Prior Approval Of The Court, Under Threat Of Sanctions.

    Claimant Request Court Approval To Address Numerous Acts Of Legal Malpractice And Breach Of The Deepwater Horizon Economic And Property Damages Settlement That Spans A Near Decade,

And Counting.

The Court's 12-08-2022 Order Failed To Address The Agreement's Ambiguous Framework. Thus, Recusal Is Warranted Pursuant To 28 U.S.C. A. § 453. As Fiduciary The Court Failed To Circumvent The Preclusive Effects Of The Legal-Malpractice That Caused The Breach Of DHEPDS.

On 09-27-2021, Claimant Recieved Appellee's Supplemental Designation Record On Appeal And Discovered The 04-18-2012 Notice Of Filing DHEPDS (Doc. No. 6276) Is Prima Facie Proof Of Legal-Malpractice And Breach Of DHEPDS Due To Plaintiff's Steering Committee (PSC) And BP's Failure To Establish A Framework That Properly Interpet The Term "Dissolved Business."

Claimant seeks To Challenge The Validity Of The Framework Pertaining To Claimant's Failed Business Economic Loss Claim For A Business Dissolved In September 2010 And The Framework That Require The Address Of A Dissolved Business In 2014 For Notification Purposes.

The Framework's Interpetation Requiring A Four Year Old Address For A Dissolved Business Clearly Violate Fed. R. Civ. P. Rule 23, And U.S.C. A. § 1711.

It Is Unfathomable That GCCF And GSSP Follows A

2.

Systematic Procedure To Notify Claimant Based On The Former Address Of Hotel Security Specialists, LLC Dissolved Four Years Prior. To Do so Equal A Contractual Breach, Of A Fiduciary Duty Owed Claimant, And Other Similarly situated Claimants With Dissolved Business Claims.

Claimant Had No Way To Discover Malpractice And Breach Prior To Implementation Of DHEPDS And Never Agreed To The Framework But Relied upon Class Representatives, Liaison Counsel, Class Counsel, PSC, Claims Administrator, And The Court, Who On 12-21-2012 Agreed With BP As To DHEPDS' Framework At It Pertain To A Dissolved Business (Doc. No. 8138)

Further, I Express And Implies The United States Is Liable As A Contracting Party With BP And The Structure Of The Framework Was Signed Off By The Federal Government.

Wherefore, Claimant Request Court-Approval To File Complaints For Legal Malpractice And Breach Of Contract Against Named Parties

Respectfully Submitted, This  24  Day Of  February  , 2023

Larkin, Billy F. #0490312

Nash Correctional Institution

Post Office Box 600

Nashville, NC 27856

3.

LARKIN, BILLY F. #0440312

NASH CORRECTIONAL INSTITUTION

POST OFFICE BOX 600

NASHVILLE, NORTH CAROLINA 27856

**MAILED FROM**
**NASH CORRECTIONAL**

**LEGAL MAIL**

LEGAL DOCUMENT
70130-331955

RALEIGH NC 275

27 FE      11

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

500 POYDRAS STREET, ROOM C-151

NEW ORLEANS, LA 70130-3408