UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN GORY,** | * | |
| | * | **CIVIL NO. 23-CV-00170** |
| Plaintiff, | * | |
| | * | **JUDGE BARBIER** |
| v. | * | |
| | * | **MAGISTRATE** |
| **BP EXPLORATION & PRODUCTION** | * | **JUDGE CURRAULT** |
| **INC. and BP AMERICA PRODUCTION** | * | |
| **COMPANY, et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| Related to:   12-968 BELO | * | |
|                     in MDL No. 2179 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## RULE 41(a) NOTICE OF DISMISSAL

Plaintiff, Evelyn Gory, appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses with prejudice all claims that she has asserted or could have asserted in this action.

    Respectfully submitted,

/s/   C.   David   Durkee
**C. DAVID DURKEE, ESQ.**
FL BAR NO: 998435
THE DOWNS LAW GROUP, P.A.
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone (305) 444-8226
Facsimile: (305)-444-6773
Email: ddurkee@downslawgroup.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct going of the foregoing instrument was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

Dated this 7th day of March 2023

*/s/ C. David Durkee*
**C. DAVID DURKEE, ESQ.**