UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>*19-10295* | *<br>* | MAG. JUDGE CURRAULT |

## ORDER

Considering the foregoing *Motion for Court Approval to File Complaints Alleging Legal Malpractice and Breach of Contract* **(Rec. Doc. 27520)**;

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 7th day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

NOTE TO CLERK: Please mail a copy of this Order to Mr. Larkin.