# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| **This Document Relates to:** *Coyle v. BP Exploration & Production, Inc., et al.* | * * * * | MAGISTRATE JUDGE CURRAULT |
| **MICHAEL JAMES COYLE** *Plaintiff* <br><br> vs. <br><br> **BP EXPLORATION & PRODUCTION, INC., et al.** | * * * * * * * * * | CIVIL ACTION NO.: 2:22-CV-05105 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |

## JOINT/UNOPPOSED MOTION TO EXTEND THE PRETRIAL ORDER NO. 68 DEADLINE

COMES NOW, Plaintiff, Michael James Coyle ("Plaintiff"), by and through his undersigned counsel, who respectfully submits this Unopposed Motion to Extend the Pretrial Order No. 68 Deadline by thirty (30) days, thereby making Pretrial Order No. 68 ("PTO 68") disclosures due April 6, 2023. The parties have jointly met and agreed to extend this deadline due to the recent medical procedures Plaintiff has undergone and is still recovering from.

Plaintiff has recently undergone intensive chemotherapy treatment to kill all his bone marrow and received a stem cell transplant at the University of Alabama (Mobile, AL). Given his current state of health and recovery, the parties have mutually agreed to extend compliance with

the PTO 68 deadline.[1]

**WHEREFORE**, the parties request that this Court extend the deadline to provide PTO 68 responses by thirty (30) days to April 6, 2023.

        Respectfully submitted,

        */s/ C. David Durkee*
        C. Davide Durkee, Esq.
        Florida Bar No.: 998435
        3250 Mary Street, Suite 307
        Coconut Grove, Florida 33133
        (305) 444-8226 Telephone
        ddurkee@downslawgroup.com
        ***Attorney for Plaintiff***

        */s/ Alexander Blume*
        Alexander Blume, Esq.
        Florida Bar No.: 1036944
        3250 Mary Street, Suite 307
        Coconut Grove, Florida 33133
        (305) 444-8226 Telephone
        ablume@downslawgroup.com
        ***Attorney for Plaintiff***

        */s/ Vanessa Barsanti*
        Vanessa Barsanti, Esq.
        California Bar No.: 292103
        300 North La Salle Street
        Chicago, Illinois 60654
        (312) 862-2000 Telephone
        Vanessa.barsanti@kirkland.com
        ***Attorney for Defendant***

        */s/ R. Alan York*
        R. Alan York, Esq.
        Texas Bar No.: 22167500
        811 Main Street, Suite 1700
        Houston, Texas 77002-6110
        (713) 469-3800 Telephone

---

[1] *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-MD-02179, Doc. 26070 (E.D. La. Oct. 21, 2019) (J. Barbier).

ayork@reedsmith.com
***Attorney for Defendant***

*/s/ Paul C. Thibodeaux*
Paul C. Thibodeaux, Esq.
Louisiana Bar No.: 29446
201 Street Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
(504) 556-5548 Telephone
pthibodeaux@fishmanhaygood.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2023, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ C. David Durkee*
C. David Durkee, Esq.