# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| **This Document Relates to:** *Coyle v. BP Exploration & Production, Inc., et al.* | * * * * | MAGISTRATE JUDGE CURRAULT |
| * * * * * * * * * * * * * * * * * * * * * * * | * * | * * * * * * * * * * * * * * * * * * * * * * |
| **MICHAEL JAMES COYLE** *Plaintiff* <br><br> vs. <br><br> **BP EXPLORATION & PRODUCTION, INC., et al.** | * * * * * * * * * | CIVIL ACTION NO.: 2:22-CV-05105 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE CURRAULT |
| * * * * * * * * * * * * * * * * * * * * * * * | * * | * * * * * * * * * * * * * * * * * * * * * * |

## ORDER ON JOINT/UNOPPOSED MOTION TO EXTEND THE PRETRIAL ORDER NO. 68 DEADLINES

The Parties' Joint/Unopposed Motion to Extend the Pretrial Order No. 68 Deadlines is **HEREBY GRANTED**.

It is ORDERED the deadline for PTO 68 compliance in this matter is now _____, 2023.

So ORDERED this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**
*Honorable Carl J. Barbier*