UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to:<br>*Coyle v. BP Exploration & Production, Inc., et al.* | *<br>*<br>*<br>* | MAGISTRATE JUDGE CURRAULT |
| * * * * * * * * * * * * * * * * * * * * * * | * * | * * * * * * * * * * * * * * * * * * * * * * |
| MICHAEL JAMES COYLE<br>*Plaintiff* | *<br>*<br>*<br>* | CIVIL ACTION NO.: 2:22-CV-05105<br><br>SECTION: J |
| vs. | *<br>* | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC., et al. | *<br>*<br>* | MAG. JUDGE CURRAULT |
| * * * * * * * * * * * * * * * * * * * * * * | * * | * * * * * * * * * * * * * * * * * * * * * * |

**ORDER ON JOINT/UNOPPOSED MOTION TO**
**EXTEND THE PRETRIAL ORDER NO. 68 DEADLINES**

The Parties' Joint/Unopposed Motion to Extend the Pretrial Order No. 68 Deadlines is **HEREBY GRANTED**.

It is ORDERED the deadline for PTO 68 compliance in this matter is now April 6, 2023.

So ORDERED this 9th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE
*Honorable Carl J. Barbier*