James Anthony Johns  Plaintiff

V.

BP Exploration & Production, INC and BP America
Production Company  Defendants.


March 7, 2023

Case No: 2:23-CV-00261-CJB-DPC

TENDERED FOR FILING

MAR 13 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

On March 2, 2023 I had a in-person meeting
with Deputy Medical Director Doctor Timothy J.
Donovan about my treatment for my 2022 diagnosis.
He informed me in order for me to receive Physical
Therapy, I would have to be moved to Central
Mississippi Correctional Facility in Rankin County
Mississippi. I agreed to the movement so I can get
the proper Medical Care I need for my Conditions. I'm
writing this Court ahead of time because I am
Considered indigent and would have to depend on
M.D.O.C Legal assistance program to write the
Court to let them know I've been moved so I can
Keep my legal Obligation to inform the Court that
I've been moved. So as soon as I'm able to go
through M.D.O.C Legal assistance program. I would
let the Court Know ~~that~~ where I am.

Thanks  James Johns  130014

James A Johns #130094
P.O. BOX 1419
LEAKESVILLE, MS
39451

Office of Legal Services
Inmate Legal Mail
South MS Correctional Institution
Leakesville, MS 39451

Clerk U.S. District Court
500 Poydras st Room C-151
New Orleans, LA 70130

70130-33967

GULFPORT MS 395
08 MAR 2023 PM1

U.S. POSTAGE >> PITNEY BOWES
$000.60°

ILAP
APPROVED LEGAL MAIL
MAR 07 2023

State Postage Paid Legal Mail
South MS Correctional Inst.
Leakesville, MS 39451
If the writer enclosed any material not pertaining to legal
other addressee, please return the enclosure to the above