UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: *21-540* | * * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court are a *Motion to Enforce Judgment* **(Rec. Doc. 27454)** and a *Motion to Consolidate* **(Rec. Doc. 27496).** Claimant Darleen Jacobi seeks to enforce the Court's May 17, 2021 Order and Judgment finding that claimant qualifies as a member of the Medical Benefits Settlement Class as a Zone B Resident. (No. 21-540, Rec. Doc. 3).

The Judgment to which the motion refers was based on a Claim Denial Challenge, and the ruling therein only established that Charles Jacobi lived in a valid zone of residency. It did not indicate that Charles Jacobi has a valid Later-Manifested Physical Condition nor is entitled to compensation. Charles Jacobi's claim was later denied by the Claims Administrator as untimely, and Darleen Jacobi's claim was also denied as untimely. Further, medical benefits settlement class members are entitled to a one-time review within 14 days of the receipt of the notice of denial from the Claims Administrator. The review of the Claims Administrator's denial of a claim for compensation is final and not appealable. (Medical Benefits Class Action Settlement Agreement, Rec. Doc. 6427-1, at 42).

Accordingly,

**IT IS ORDERED** that the *Motion to Enforce Judgment* **(Rec. Doc. 27454)** and the *Motion to Consolidate* **(Rec. Doc. 27496)** are **DENIED.**

New Orleans, Louisiana, this 28th day of March, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE