# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-30779

---

Kirk Prest,

*Plaintiff—Appellant,*

*versus*

BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-MD-2179
USDC No. 2:17-CV-3409

---

ORDER:

    IT IS ORDERED that Appellant's unopposed motion to view and obtain sealed documents is GRANTED. It is further ordered that both parties shall file letter briefs within 10 days not to exceed five pages each indicating the legal reasons that the document should remain sealed or stating non-objection to unsealing.

                                       /s/Jennifer W. Elrod
                                      Jennifer Walker Elrod
                                       *United States Circuit Judge*