# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 28, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30779   Prest v. BP Expl & Prod
                     USDC No. 2:10-MD-2179
                     USDC No. 2:17-CV-3409

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Timothy John Falcon
Mr. George W. Hicks Jr.
Ms. Adrianne Katrine Jakola
Mr. Russell Keith Jarrett
Mr. Robert Beattie McNeal
Ms. Carol L. Michel
Mr. Aaron Lloyd Nielson
Mr. Devin Chase Reid
Mr. Kristopher Scott Ritter
Mr. Alvin Joseph Robert Jr.
Mr. Jeremiah Alexander Mark Sprague
Mr. Charles B. Wilmore