UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| **Applies to: 12-cv-00968: BELO B3 Pleading Bundle** | **MAGISTRATE JUDGE CURRAULT** |

**Relates to:**

| 22-cv-04218 | | | |
|---|---|---|---|

**THE BP PARTIES' APRIL 3, 2023 B3 AND BELO STATUS REPORT**

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly Status Report for the B3 and BELO lawsuits.[1] The Status Report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

**I.   B3 BUNDLE**

There are no cases eligible for this Status Report in which B3 plaintiffs provided either no PTO submissions, or deficient or incomplete PTO submissions.

---

[1] The BP Parties are filing this Status Report on April 3, 2023, because April 1, 2023 is a Saturday.

## II.     BELO CASES

The BP Parties served a draft of this Status Report by Fedex overnight delivery on pro se plaintiff Jennifer Boudreaux on March 24, 2023. This Status Report includes plaintiffs whose initial disclosures were due through March 25, 2023, and reflects the status of initial disclosures received as of 5 p.m. Eastern time on March 31, 2023.

### A.     BELO Plaintiffs with Missing Initial Disclosures

Pursuant to Section 2(B) of First Amended BELO CMO No. 2, the BP Parties have identified the following case in which the BELO plaintiff provided no initial disclosures.

|    | Docket Number | Plaintiff | Plaintiff's Counsel |
|----|---------------|-----------|---------------------|
| 1. | 22-cv-04218   | Boudreaux, Jennifer | Pro Se |

### B.     BELO Plaintiffs with Deficient Initial Disclosures

There are no cases eligible for this Status Report in which BELO plaintiffs provided deficient or incomplete initial disclosures.

DATED:  April 3, 2023                                   Respectfully submitted,

/s/ R. Keith Jarrett
R. Keith Jarrett (Bar #16984)
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW *&* LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Matthew T. Regan, P.C.
A. Katrine Jakola, P.C.
Martin L. Roth, P.C.
Kristopher Ritter
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Kevin M. Hodges
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Catherine Pyune McEldowney
**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
1201 North Market Street, Suite 1100
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

Georgia L. Lucier
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Telefax: (713) 220-4285

*Counsel for BP Exploration & Production Inc. and BP America Production Company*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of April, 2023.  This pleading also has been served on pro se plaintiff Jennifer Boudreaux via Fedex overnight delivery at the address provided in her complaint.

                                                                        */s/ R Keith Jarrett*
                                                                        R. Keith Jarrett