G:

Please file & tender.

Thankry

R Wilson, Esq
3/28/23

(CAPTION)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2023 MAR 31  P 2:47

Petition for Mandamus

Now comes Plaintiff, Charles Jacobi, by and through his personal representative Darlene Jacobi and respectfully moves the Court to grant mandamus condemning the Minister pursuant the payment of the order of Court of date hearing of date May 17, 2021.

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

(Approved)

Proposed Order

The foregoing considered

Let a writ of mandamus issue herein

Condemning the MDL to cause payment

of the claim of Claude Jacobi,

This ___ day of _____, 2023

_____

Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | Section J |
| Applies: 12-968, Plaisance, et al. versus BP Exploration & Production, Inc., et al. -AND- Case No. 21-00540, Claim ID: LMPC1298035 | * | JUDGE BARBIER |
| | * | MAG. JUDGE CURRAULT |

## ORDER and JUDGMENT

[Upholding Claimant's Challenge to the Claims Administrator's Denial of Class Membership]

Pursuant to Section V.N of the Medical Settlement Agreement, LMPC1298035 has challenged the Deepwater Horizon Medical Benefits Claims Administrator's determination that the Claimant failed to qualify as a member of the Medical Benefits Settlement Class. Following a review of Claimant's file, the Court hereby **UPHOLDS** the Claimant's challenge and finds that the Claimant qualifies as a member of the Medical Benefits Settlement Class as a Zone B Resident.

New Orleans, Louisiana, this 17th day of May, 2021.

CARL J. BARBIER
United States District Judge

NEW ORLEANS LA 700
30 MAR 2023 PM 1 L

US MARSHALS

R. Claude, BOP
2301 Idaho St.
Apt 203
Kpmmerche, TX 76692

Clerk US District Court
500 Poydras St
Rom 151
New Orleans, La. 70130

70130-336651