EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Jillian Hebert

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 129 Whitehall Drive
   Address Line 2: _____
   City: Slidell   State: LA   Zip: 70458

2. Telephone number: (504) 484-2744

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Jillian Hebert

4. Date and Place of Birth: ████ 2001 – Houma, LA

5. Male ___   Female  X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 112 W 8th Street<br>Larose, LA 70373 | (From 2010-2013) |
| 5A Auburn Court<br>Thibodaux, LA 70301 | (From 2014-2016) |
| 3208 Rosetta Drive<br>Chalmette, AL 70073 | (From 2015-2018) |
| 573 Terry Parkway<br>Terrytown, LA 70056 | (From 2018-2019) |
| 1303 Town Center Parkway, Apt 14209<br>Slidell, LA 70458 | (From 2019-2020) |
| 201 Spartan Loop<br>Slidell, LA 70458 | (From 2020-2021) |
| 3530 Oak Harbor Blvd #336<br>Slidell, LA 70461 | (From 2021-2022) |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| CarMax | 68348 Hwy 190 SR Covington LA, 70433 | May 2022 - Present | Salesperson |
| Starbucks | 798 E-I-10 SR Slidell, LA 70461 | February 2018 – May 2022 | Barista |
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

8.  Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes __X__ No _____ If "*Yes,*" when were you out of work and why? Starbucks at the beginning of COVID. I went on LOA for precautionary measures concerning my autoimmune system.

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____     No_X___

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.  Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____     Offshore_____     Both_____

11.  Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____     No_____

12.  Did you handle hazardous materials as part of your cleanup work?

   Yes_____     No_____

13.  Please set forth the following information about your cleanup work:

   A.   Your employer(s): _____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

   _____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A): _____

   _____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____

   _____

E.   The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.   Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

2.   **Residents/Tourists**

14.   Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X__    No_____

15.   Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____    No__X__

16.   List all address(es) at which you resided in 2010:_____

__112 W 8th Street, Larose, LA 70373_____

C.   **INFORMATION ABOUT YOUR B3 CLAIM**

17.   Are you claiming that you suffered damages from (*Check all that apply*):

__X__ Bodily injury from exposure to oil and/or dispersants

_____ Bodily injury other than from exposure to oil and/or dispersants

_____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil_____    Dispersants_____    Both _X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation           Yes_____   No _X__

    B. Dermal (skin) contact   Yes_____   No _X__

    C. Ingestion           Yes_____   No _X__

    D. Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: _____   Month: _____   Year: _Approximately 2010-2012_

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    I was exposed to both almost every day while living at my residence from May 2010. Additionally, I was exposed to it whenever I visited Grand Isle Beach, Point-aux-Chens from 2010 to 2012.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Larose LA (2010 to 2012), Grand Isle Beach, LA (2010-2012), and Point -au-Chens (2010 to 2012) to both oil and dispersants.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    At my residence, the exposure was all day long. When I was at Grand Isle Beach, LA I would be there from sunrise to sundown for many days to a week at a time. I went on multiple trips to Grand Isle Beach during the summer. I also went fishing with my grandfather every summer for 8 to 10 days at Pointe-aux-Chens and was exposed during those days.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    <u>Inhaling toxic chemicals around my residence. Digging in the sand and finding tar. Ingesting water from playing at Grand Isle Beach, LA. I did not shower before eating after playing on the beach all day. Also, I was exposed whenever I went with my grandfather fishing at Pointe-aux-Chens  When the oil spill first occurred, my eyes, throat, and nose would burn due to the exposure.</u>

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?  **N/A**

    Yes_____   No_____

26. *If you answered "Yes" to Question No. 25*, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS   N/A

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____
    _____
    _____

F.   **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

    I was diagnosed with Metastatic Melanoma due to my exposure to the Oil Spill.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I was exposed to toxic chemicals during and after the Deepwater Horizon Oil Spill. The exposure to chemicals damaged the skin barrier as well as my immune system which

    increased the likelihood of developing skin cancer. However, having to be diagnosed with

    Metastatic Melanoma at age 18 years old is very rare in a healthy adult. I intend to hire an expert to

    review my case and it is anticipated that the expert will associate my exposure to oil, dispersants

    and other toxic substances to my present condition.

31. On what date did you first report or seek treatment for your injury or illness: November 27, 2019

32. On what date was your injury first diagnosed: January 9, 2020.

    Metastatic Melanoma

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. James E. Elder, MD | Skin Pathology – 3550 Independence Drive Birmingham, AL 35209 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
| --- | --- |
| Dr. James E. Elder, MD | Skin Pathology Associates, Inc. – 3550 Independence Drive Birmingham, AL 35209 |
| Dr. Philip Weiss, MD | Dermatology – 8050 W Judge Perez Drive, Suite 3600 Chalmette, LA 70043 |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No__X__. If "*Yes,*"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No__X__. If "*Yes,*"

   A. What date did you first experience such injury or condition?_____
   B. What injury (or condition) was made worse?_____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. James E. Elder, MD | Skin Pathology Associates, Inc. – 3550 Independence Drive Birmingham, AL 35209 |
| Dr. Philip Weiss, MD | Dermatology – 8050 W Judge Perez Drive, Suite 3600 Chalmette, LA 70043 |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering, and loss of employment of life. Since my diagnosis, I have been suffering from pain and mental anguish amongst others. I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damage, however, I estimate the overall compensatory damages to be $20 million.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____ No __X__

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? _____

   _____


B.    When did you receive this compensation or reimbursement?_____

C.    What was the amount of the compensation or reimbursement?_____

G.    **CONTRACT CLAIMS**   N/A

*(For plaintiffs claiming breach of contract.)*

41.   Is your claim based on a breach of contract?

Yes_____    No_____

42.   Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.   Describe how the contract was breached:_____

_____

45.   *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __April 5__, 2023

Location (City and State): _St. Tammany, LA_

_____
Signature of Plaintiff*

*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |