**EXHIBIT A**

***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010***
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Michael James Coyle

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:

   Address Line 1: 2905 Greystone Drive

   Address Line 2: ______

   City: Pace State: FL Zip: 32571

2. Telephone number: (850) 313 - 9868

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: Michael J. Vandegrift – approx. 3 years; Michael Coyle Vandegrift – approx. 3 years; Michael James Coyle – 2001 – present.

4. Date and Place of Birth: [redacted]/1967 – Phillipsburg, NJ

5. Male X Female ______

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 2905 Greystone Drive, Pace, FL 32571 | 2010 – Present (13 years) |

7. Employment Information:

A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Coyle Institute for Female Pelvic and Reconstructive Surgery, PA. | 9295 Scenic Hwy, Pensacola, FL 32514 | 2015 – Present | Owner/OB-GYN and Surgeon |
| Santa Rosa Medical Center | 6002 Berryhill Rd, Milton, FL 32570 | Approx. 2012 - 2015 | OB-GYN and Urogynecologist |
| Progressive Women's Health | 6072 Doctor's Park Rd, Milton, FL 32570 | Approx. 2004 - 2012 | Owner/OB-GYN and Urogynecologist |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X___No_____ If *"Yes,"* when were you out of work and why? In December of 2019, Plaintiff had surgery for his brain cancer and was unable to work for three months. In 2020, Plaintiff spent four weeks in Switzerland to receive treatment.

## B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes______ No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

### 1. Cleanup Workers

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore______ Offshore______ Both______

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes______ No______

12. Did you handle hazardous materials as part of your cleanup work?

Yes______ No______

13. Please set forth the following information about your cleanup work:

A. Your employer(s): ________________________________

B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

________________________________

C. A description of the work performed for employer(s) identified in Question No. 13(A):________________________________

________________________________

D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):________________________________

________________________________

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):________________________________________

________________________________________________________________

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):______________________

________________________________________________________________

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e*., Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X__ No______

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e*., Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes______ No__X__

16. List all address(es) at which you resided in 2010: 2905 Greystone Drive, Pace, FL 32571

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

__X__Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D. EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

Oil______ Dispersants_______ Both__X__

19. How were you exposed? (*Check all that apply*)

A. Inhalation Yes__X__ No_______

B. Dermal (skin) contact Yes__X__ No_______

C. Ingestion Yes__X__ No_______

D. Other (please describe): ______________________________

20. What was the date(s) of your exposure?

Day: 20 Month: April Year: 2010 - 2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

Plaintiff believes that his exposure to oil/dispersants. Specifically during the months of March to October, Plaintiff and his family would go boating and fishing. Plaintiff believes that his exposure would be approximately 9-12 hours per day, approximately 3 weekends each month.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

During the time of the spill, Plaintiff was worked near Santa Rosa Island, located in Zone A. Also, Plaintiff spent a significant of time fishing and boating in the Pensacola Beach, Ft. McCree and Sand Island areas. Plaintiff regularly consumed the fish he caught during his fishing trips. In addition, Plaintiff regularly frequented restaurants in the area and consumed locally caught seafood.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

Plaintiff believes that his exposure was continuous based on his place of work along with his the locations of his recreational activities.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: At the time of the spill, Plaintiff was working near Santa Rosa Island, located in Zone A. During the months of March to October, Plaintiff and his family would go boating and fishing in the Pensacola Beach, Ft. McCree and Sand Island areas. Plaintiff believes his exposure would be approximately 9-12 hours per day, approximately 3 weekends each month. Plaintiff regularly consumed the fish he caught during his fishing trips. In addition, Plaintiff regularly dined at restaurants in the area and consumed locally caught seafood.

*For cleanup workers only*: Did you report your exposure to oil and/or dispersants to yourdirect supervisor?

Yes______ No_______

25. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

______________________________

______________________________

______________________________

**E. NON-EXPOSURE PERSONAL INJURY CLAIMS**

26. For your non-exposure personal injury, please state:

A. The nature of your injury:______________________________

B. The date(s) of your injury:______________________________

C. The location(s) of your injury:______________________________

D. The work that you were performing when you sustained your injury:____________

______________________________

______________________________

E. Identify any individual(s) who witnessed your injury:__________________________

______________________________

27. Describe in as much detail as possible the circumstance(s) of your injury: ______________

______________________________

______________________________

______________________________

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

28. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: As a result of his exposure to oil and oil based dispersants, Plaintiff was diagnosed with Diffuse B Cell Lymphoma leading to CNS lymphoma.

29. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Plaintiff believes that his exposure to the oil and oil based dispersants caused his injury.

30. On what date did you first report or seek treatment for your injury or illness: December 3, 2019.

31. On what date was your injury first diagnosed: December 11, 2019.

32. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| James R. Hackney, MD | UAB – 1802 6th Avenue South, Birmingham, AL 35233 |

33. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Ali Kizibalsh, MD | 5153 North 9th Ave, Suite 304, Pensacola, FL 32504 |
| Winfield Fisher, MD | 1813 South 6th Ave, Birmingham, AL 35232 |
| Mina Lobbous, MD | 510 20th Street South, Birmingham, AL 35233 |
| Thomas Rau, MD | Paracelsus Clinic - Switzerland |

34. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes________No___X___. If "*Yes*,"

A. When? N/A

B. Who diagnosed the injury (or condition) at that time? N/A

C. Who treated the injury (or condition) at that time? N/A

35. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

Yes______No___X___. If "*Yes*,"

A. What date did you first experience such injury or condition? N/A

B. What injury (or condition) was made worse? N/A

36. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Travis Larson, MD | 5907 Berryhill Rd, Milton, FL 32570 |
| Dennis Mayeaux, MD | 5907 Berryhill Rd, Milton, FL 32570 |

37. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes______No ___X___

38. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering and loss of enjoyment of life. Since my diagnosis, I had to cut back my hours working and miss family events, which has caused me to suffer pain and mental anguish, among others. Additionally, the value of these damages are to be calculated as I continue to receive medical bills and ongoing treatment and I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plaint to retain an expert to calculate the total damages, however, I estimate the overall compensatory damages to be approximately $12-$20 million.

39. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_______No__X____

If "Yes":

A. From whom did you receive this compensation or reimbursement? N/A__________

_______________________________________________

B. When did you receive this compensation or reimbursement? N/A______________

____________________________________________________________

C. What was the amount of the compensation or reimbursement? N/A______________

____________________________________________________________

**G. CONTRACT CLAIMS**

(*For plaintiffs claiming breach of contract.)*

40. Is your claim based on a breach of contract?

Yes______ No_______

41. Was the contract that you claim was breached made as part of the VoO Program?

Yes______ No_______

42. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

____________________________________________________________

____________________________________________________________

43. Describe how the contract was breached:______________________________

____________________________________________________________

____________________________________________________________

44. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

____________________________________________________________

____________________________________________________________

45. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

____________________________________________________________

46. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:______________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

47. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

____________________________________________________________

____________________________________________________________

____________________________________________________________

**ATTESTATION**

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date:__________________, 2022

Location (City and State): ______________________

_________________________________________________________

Signature of Plaintiff*

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

_________________________________________________________

Print Name

_________________________________________________________

Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |