**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** Mary Hancock as Personal Representative of the Estate of James Hancock (Deceased)

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.      YOUR BACKGROUND INFORMATION**
         **(Decedent's Last Address)**

1.      Current address:

        Address Line 1:  10425 Tanner Williams Road

        Address Line 2:

        City: Mobile                          State: AL                 Zip: 36608

2.      Telephone number:  (251) 610-1353

3.      Maiden or other names used or by which you have been known, and the dates during which
        you were known by such names:  N/A

4.      Date and Place of Birth:  07/30/1944 – Cullman, AL

5.      Male   X      Female

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 18469 County Road 10<br>Foley, AL 36535 | 2005 - 2020 |
| 3736 Cypress Point Drive, Apt 202B<br>Gulf Shores AL, 36542 | 2004 - 2022 |
| | |

7.    Employment Information:

A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Vertex Refining AL LLC / Previously known as Shell Chemicals | 400 Industrial Parkway, Saraland, AL 36571 | 1992 - 2020 | Supervisor |
| Real Estate | 10425 Tanner Williams Rd Mobile, AL 36608 | 1995 - 2021 | Self Employed |
| | | | |
| | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes_____ No  X  If "Yes," when were you out of work and why? _____

_____

**B.      THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.      Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes_____      No\_\_X\_\_\_

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

**1.      Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).)

10.     Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____        Offshore_____        Both_____

11.     Were you hired as part of the Vessels of Opportunity ("VoO") Program?

Yes_____      No_____

12.     Did you handle hazardous materials as part of your cleanup work?

Yes_____      No _____

13.     Please set forth the following information about your cleanup work:

A.      Your employer(s): _____

B.      Your supervisor(s) at the employer(s) identified in Question No. 13(A):

_____

C.      A description of the work performed for employer(s) identified in Question No. 13(A):_____

_____

D.      The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

_____

E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

**2.    Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X___    No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____    No__X____

16.    List all address(es) at which you resided in 2010:_____

10425 Tanner Williams Road, Mobile, AL 36608

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

__X__Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X___

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation                Yes_____     No__X___

B.     Dermal (skin) contact     Yes_____     No__X___

C.     Ingestion                 Yes_____     No__X___

D.     Other (please describe): _____

20.     What was the date(s) of your exposure?

Day: _____     Month: _____     Year: Approximately 2010-2012

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

The Decedent was exposed frequently while visiting and residing at his rental properties in Gulf Shores, AL, and Foley, AL whenever they were vacant. Additionally, he was exposed to it whenever he visited Gulf Shores Beach, AL from 2010 – 2012. Lastly, the Decedent regularly consumed contaminated seafood from restaurants within the zones.

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

Gulf Shores Beach, AL (2010-2012)

Foley, AL (2010-2012)

The Descendant was exposed to both Oil and dispersants.

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

At the Decedent's rental properties, the exposure was continuous to oil and dispersants in the air that he would breathe in and whenever he walked at the beaches and at the waterfront. The Decedent would also visit Gulf Shores Beach, AL every 2-3 times a month for approximately 1-2 hours at a time. Lastly, the Decedent regularly consumed contaminated seafood from restaurants within the zones.

24.   Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

25.   direct supervisor? **N/A**

       Yes_____        No_____

26.   *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

       _____

       _____

       _____

**E.**   **NON-EXPOSURE PERSONAL INJURY CLAIMS**  N/A

27.   For your non-exposure personal injury, please state:

    A.   The nature of your injury:_____

    B.   The date(s) of your injury:_____

    C.   The location(s) of your injury:_____

    D.   The work that you were performing when you sustained your injury:_____

          _____

          _____

    E.   Identify any individual(s) who witnessed your injury:_____

          _____

28.   Describe in as much detail as possible the circumstance(s) of your injury: _____

       _____

       _____

       _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

Diagnosed with Clear Cell Renal Cell Carcinoma due to exposure to the Oil Spill. The decedent passed away on February 22, 2021.

30.    Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

The Decedent was diagnosed with Clear Cell Renal Cell Carcinoma; this condition caused him to

pass away on February 22, 2021. I intend to hire an expert to review the decedent's case and it is

anticipated that the experts will associate his exposure to oil, dispersants, and other toxic substances

to his condition and death.

31.    On what date did you first report or seek treatment for your injury or illness: September 20, 2018

32.    On what date was your injury first diagnosed: September 24, 2018

Clear Cell Renal Cell Carcinoma

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Glenn A Nelson, MD | Pathology Laboratory Associates, PA – 100 Memorial Hospital Drive, Suite 1D, Mobile, AL 36616 |
|  |  |

34.  Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Southern Cancer Center | 29653 Anchor Cross Blvd, Daphne |
| University of South Alabama HCA | 3290 Dauphin Street, Mobile, AL 36606 |
| | |
| | |

35.  Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____No__X____. If "*Yes*,"

   A.   When? _____

   B.   Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C.   Who treated the injury (or condition) at that time?_____

36.  Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____No_X___. If "*Yes*,"

   A.   What date did you first experience such injury or condition?_____

   B.   What injury (or condition) was made worse? _____
   _____

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Charles H. Bryars, MD | 2270 Hillcrest Road, Mobile, AL 36695 |
|  |  |
|  |  |
|  |  |
|  |  |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes   X   No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

A)  Past medical expenses until the date of death (to be calculated);

B)  Third-Party Payers (to be calculated);

C)  Funeral and burial costs (to be calculated);

D)  Loss of financial support (to be calculated);

E)  Damages for the Decedent's pre-death mental anguish, disfigurement, pain and suffering, and loss of enjoyment of life, which I do not know how to calculate;

F)  Additional damages for loss of support and services, loss of nurture and guidance, loss of inheritance for the beneficiaries, and other damages allowed under the law which I do not know how to calculate;

While technically it is beyond my expertise to value the claim and place a monetary value on the loss. If forced to place a monetary value my personal estimate of the overall compensatory damages is approximately $20,000,000 (twenty million); however, an expert will be retained to arrive at a precise amount.

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____No   X

If "Yes":

A.    From whom did you receive this compensation or reimbursement?_____

_____

B.     When did you receive this compensation or reimbursement?_____

_____

C.     What was the amount of the compensation or reimbursement?_____

_____

**G.     CONTRACT CLAIMS** N/A

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____     No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____     No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44
        caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____April 6_____, 2023

Location (City and State): _Mobile, AL_____

_Mary Hancock_
Signature of Plaintiff's Representative

***Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Mary Hancock as personal representative of James Hancock
Print Name

Personal Representative
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |