UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document relates to: | * * | JUDGE BARBIER |
| *Johns v. BP Expl. & Prod. Inc., et al.*, Case No. 23-cv-00261 | * * * | MAGISTRATE JUDGE CURRAULT |

### BP'S MOTION FOR PARTIAL LIFTING OF THE STAY AND TO DISMISS PLAINTIFF'S COMPLAINT

Defendants BP America Production Company and BP Exploration & Production Inc. (together, "BP") move to dismiss Plaintiff James Johns's lawsuit for the reasons set forth in the accompanying supporting memorandum and respectfully move the Court for an order partially lifting the stay imposed by this Court's pretrial orders (including but not limited to Pre-Trial Order No. 15, Rec. Doc. 676) to the extent needed to permit briefing and a decision on BP's motion to dismiss.

April 21, 2023

Respectfully submitted,

*/s/ R. Keith Jarrett*

R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth
(martin.roth@kirkland.com)
Kristopher S. Ritter

(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000


*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing BP's Motion for Partial Lifting of the Stay and to Dismiss Pursuant Plaintiff's Complaint has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of April, 2023.

The above and foregoing pleading was also served by certified mail dated April 21, 2023 upon Plaintiff James Anthony Johns at the below address:

James Anthony Johns
#130094
South MS Correctional Institution
P.O. Box 1419
Leaksville, MS 39451

*/s/ Devin C. Reid*
Devin C. Reid