James Anthony Johns

V.

BP Exploration + Production, INC. ET AL

TENDERED FOR FILING
APR 20 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Civil Action No: 23-0261 J(2)          4-12-2023

Motion for Representation (or) Motion for Voluntary Dismissal

The Summons Forms I received and sent back may have the wrong Address on them. This is my very First time filing anything with the Courts so I have zero knowledge and understanding as to how it works. When I sent the forms back in I was under the impression that you was asking for BP America Production Company Address of the location of where I was living and where I got both Jobs as a beach clean-up worker and boom decontamination worker. I did not realize until soon after I sent the forms out the Summons suppose to go to the actual Companies I worked for. See thats the thing I remember where I got both Jobs but their not the actual Companies I worked for. The beach clean up Job I got that through The Win Job Center in pascagoula, MS and the boom decontamination Job I got that through Global International also in pascagoula, MS. I do not recall of the actual companies I worked for as a response worker. But God as my witness I did.

I ask the Courts to either appoint me representation to help me get the Name and Address of the Company I worked for. Or send me Voluntary dismissal forms to fill out so I can see if I can find out what Companies I worked for in 2010. That way when I have what I need I can refile without ruining My chances because I really need this Medical Settlement because I will be unable to work once release from prison so thats something I must depend on for the rest of my Life. Please and thank you

   Sorry if I inconvene the Court

   I declare under penalty of perjury that the above is correct and true.

4-12-23

                              James Johns
                                    #130094

James A Johns #130094
S.M.C.I
P.O. Box 1419
Leakesville, MS 39451

GULFPORT MS 395
13 APR 2023 PM 2 T

Clerk, U.S District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

70130$3367

(urgent)