**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010** | * <br> * <br> * <br> * <br> * <br> * | **MDL No. 2179** <br><br> **Section: J** <br><br> **District Judge Carl J. Barbier** |

-------------------------------------------------------------------------------------------------------------

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the Motion to Intervene and For Relief From Order to Permit Discovery in State Court Litigation will be submitted to the Honorable Judge Carl J. Barbier for consideration, without a hearing, or with hearing if Ordered by this Court, on the 17th day of May, 2023 at 9:30 AM.

Respectfully submitted,

*Paul A. Grego*

_____
**PAUL GREGO**
**GREGO LAW FIRM LLC**
Attorney for Movants
16368 Old Jefferson Hwy
Prairieville, LA 70769
pgrego@pgtaxlaw.com
o (504) 302-4948 – f (504) 708-1057

1