# Exhibit "D"

## Paul Grego

| | |
|---|---|
| **From:** | Jason Joy <jason@jasonjoylaw.com> |
| **Sent:** | Monday, March 16, 2020 5:53 PM |
| **To:** | Kent Aguillard; Jim Gibson; Gina Neumeyer |
| **Cc:** | Jason Joy; Colin Wood; Paul Grego |
| **Subject:** | FW: ▓▓▓▓▓▓▓▓▓ |
| **Attachments:** | ▓▓▓▓Invoice GTAC LLC.pdf |

Kent & Jim:

I just received the Paul Grego's invoice and time sheet for accounting & litigation consulting services rendered on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Paul did a great job in going back through his files and making sure he was thorough

Jim, I retained Paul Grego in 2012 to assist my firm in our BP cases by virtue of his education and specialized work experience at KPMG for several years. Paul, copied, is a JD but he attended the London School of Economics, among others, he's a former paratrooper in the 82nd Airborne and more recently a JAG Officer in the Army (he served in Iraq), Mr. Grego played a big role in helping my firm analyze and prepare our more important (& valuable) Business Economic Loss (BEL) and Start-Up BEL claims (like Monster Heavy Hauler / Deep Well). Mr. Grego provided these services through a separate entity, Grego Tax and Accounting Consulting, LLC, and the attached timesheets are sufficiently detailed and can be supported with contemporaneous documentation if necessary.

Paul constructed various accounting and claims-related programs for us to use when calculating causation and/or compensation, and these were updated every time the settlement program changed – which was a frequent occurrence. He also frequently butted heads with our other main accounting expert, Jared Sanders, CPA, (Lightheart Sanders & Associates, CPAs, in Madison, Mississippi), and those exchanges actually helped everybody at my office understand what, specifically, was going on from an accounting perspective (for example, with the settlement language called for, versus what BP was arguing for, and how certain clients were affected by the same – and how to get around any adverse policy interpretations by the Accounting Vendors / DHECC).

My insurance carrier denied a defense for the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ lawsuit so I'd like to get this case settled if at all possible, immediately.

Grego's invoice is around $125,000.00.

Thanks,

Jason

---

**From:** Paul Grego [mailto:pgrego@pgtaxlaw.com]
**Sent:** Monday, March 16, 2020 5:01 PM
**To:** Jason Joy <jason@jasonjoylaw.com>
**Subject:** ▓▓▓▓▓▓▓▓▓

These entries are backed up by meta data and email traffic

1

**Paul Grego**

| | |
|---|---|
| **From:** | Kent Aguillard <kaguillard@yhalaw.com> |
| **Sent:** | Wednesday, March 6, 2019 10:38 PM |
| **To:** | Paul Grego; 'Jason Joy' |
| **Cc:** | 'Jerry Cooper' |
| **Subject:** | RE: ▮▮▮ |

Great. I sent them to mediator. Thanks Paul

K

**From:** Paul Grego [mailto:pgrego@pgtaxlaw.com]
**Sent:** Wednesday, March 06, 2019 7:49 PM
**To:** 'Jason Joy'; Kent Aguillard
**Cc:** 'Jerry Cooper'
**Subject:** Re: ▮▮▮

They are final, unless Jason has changes.

Get Outlook for Android

**From:** Kent Aguillard <kaguillard@yhalaw.com>
**Sent:** Wednesday, March 6, 2019 5:20:12 PM
**To:** 'Jason Joy'
**Cc:** 'Jerry Cooper'; Paul Grego
**Subject:** RE: ▮▮▮

Ok, do you want me to send these to David?

**From:** Jason Joy [mailto:jason@jasonjoylaw.com]
**Sent:** Wednesday, March 06, 2019 2:46 PM
**To:** kaguillard@yhalaw.com
**Cc:** Jason Joy; Jerry Cooper; Paul Grego
**Subject:** FW: ▮▮▮

Here's an invoice & email from Paul. He's sending me his final stuff now

He's got a bunch of stuff – he really did at least as much as Jared, especially early on.

His son just got his feeding tube & trach (sp?) removed – as mentioned previously, this is why his invoices are coming in late, i.e. his son nearly died in December and remains in the hospital.

JJJ

1

**From:** Paul Grego [mailto:pgrego@pgtaxlaw.com]
**Sent:** Wednesday, March 06, 2019 2:39 PM
**To:** Jerry Cooper <jerry@jcforensics.com>; Jason Joy <jason@jasonjoylaw.com>
**Subject:** RE: ▇

Hi Jerry – My outlook data was corrupted.    If I had more time, I could identify the the trip days from other sources like email, but I don't have the time.  I also never spent a night away from home, so the travel total is only mileage and small incidentals, not hotels, large meals, and other significant expenditures.

Attached is the supplemental invoice for the gross income allocation project, arguably the most important part of the ▇ because without it, causation would have failed.  This was for time in April and early ▇ ▇ accountant probably spent three months on this project alone.  I do not know what Jared did, but he did provide input.  I had to estimate the hours because of data corruption.  I estimated based on file metadata, emails, and a call with Fred Gossen.  This work, the time completed, the hours spent, and the significance thereof can be verified by Fred or Jason.  I also billed for the invoice review.  Let me know if this is sufficient.  We did this when the team determined that relying on a contingent revenue theory was much too risky for a claim of this potential size.  I do not remember where this idea originated, but it was either me or ▇    It may have been a takeaway from an alll hands conference, and the impact was undeniable.

Sincerely,

Paul A. Grego
Attorney
3535 Canal Street Suite 101
New Orleans, Louisiana 70119
Office (504) 302-4948
Fax (504) 708-1057
pgrego@pgtaxlaw.com
www.neworleanstaxlaw.com
skype - pagrego

This e-mail and any attachments to it are subject to the attorney client privilege, and may include confidential information. Please be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

To ensure compliance with requirements imposed by the IRS and by Circular 230, any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code, or for promoting, marketing or recommending the transactions or the matters addressed herein.

**From:** Jerry Cooper <jerry@jcforensics.com>
**Sent:** Wednesday, March 6, 2019 11:49 AM
**To:** Paul Grego <pgrego@pgtaxlaw.com>; Jason Joy <jason@jasonjoylaw.com>
**Subject:** RE: ▇

Hi Paul-

Thanks.  I'm looking at the invoice.  Total expenses are $1,750 based in mileage is what I see.  I guess I was thinking it would be more.

Regards-