# Exhibit "F"

| | |
|---|---|
| **From:** | Catherine Keith |
| **To:** | Paul Grego |
| **Cc:** | Rachel Edwards |
| **Subject:** | FW: Motion to Temporarily Seal(2026598.1).pdf |
| **Date:** | Thursday, March 23, 2023 4:11:19 PM |
| **Attachments:** | Doc 15466 - Order re Appt of Neutrals & Confidentiality (10-13-15).pdf |
| | Confidentiality Order re DHECC CSSP (Doc 6822) 6-29-2012.pdf |
| | Doc 26234 Order re Desormeaux M2 Intervene 4 Relief from CA (2-4-20).pdf |

[redacted]

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

---

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Thursday, March 23, 2023 3:53 PM
**To:** Mary Kate Raffetto <mkraffetto@beckredden.com>; Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Rachel Edwards <rachel@cookkeithdavis.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine – I also need to respond to the second half of the confidentiality discussion – the confidentiality orders from the EDLA.

First, regarding your reporting on your discussions with Judge Juneau, we have questions. We start with the fact that we have never heard of federal district judges taking phone calls to talk about orders entered by other federal judges who specifically retained jurisdiction to enforce their own orders. Moreover, we do not know what you discussed with Judge Juneau and what information you provided him. Without any information and approval in writing, we are not comfortable ignoring numerous orders from the federal judges in the Deepwater Horizon litigation.

Second, and to support our request that you seek relief from the EDLA, we note that there are numerous orders on confidentiality entered in the Deepwater Horizon litigation. Searches can be performed in the docket to locate those orders. For example, one order specifically deals with the use of neutrals – which some of the matters on Exhibit A to your Petition involved. Here is an excerpt from that order:

> Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, any information discussed or exchanged with the Neutrals and/or Liaison Counsel to the Neutrals in
> furtherance of possible settlement shall be treated as strictly confidential and disclosed to no one
> unless specifically permitted in advance by the undersigned. Documents related to

settlement
shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. §552, and any corresponding state open records acts absent good cause shown in this proceeding. ==Any person found to be in violation of this order will be subject to imposition of sanctions.==

This is but one example of the confidentiality orders. I have attached another for your consideration as well (and there are others). In addition, if you search that docket, you will find examples of people seeking specific relief from the confidentiality orders to allow the sharing of information in other litigation. Again, I have attached an example for your consideration. And as you can see from the order, even when allowed, they call for state court protections preventing the sharing of the information outside of the state court litigation (hence the need for the sealing requirements).

==Again, we request that you seek relief from the EDLA to allow the sharing of information relating to the matters made the basis of Mr. Grego's claims.==

We look forward to hearing from you.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

