James Anthony Johns

V.

BP Exploration + Production, INC. ET AL

Civil Action No: 23-0261 J(2)                              4-18-23

TENDERED FOR FILING

APR 24 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

### Motion for Appointment of Counsel

I asked the court to appoint me representation in this case. Because there is certain information I am unable to get by me being in prison. I need a power of attorney to help me get my work history and My 2010 I.D will prove I lived at 1208 Belair st Apt #4 with my Mother Juanita Johnson at the time of the oil spill. To be honest I do not know if I put the right name and address on the Summons forms I had received. Furthemore even though I know I worked as a response worker for BP I do not know for a fact what entity I worked under because BP had a lot of them. However I do remember I got my beach clean-up job at the win Job Center in Pascagoula, MS and the boom decontamination job site I worked at I got that at Global international also located in Pascagoula, MS and I've heard it is no longer there. I have been trying to get my worked history from the department of human services, but they said I would have to pay 100$ dollars for it and I don't have it. I would not be wasting the courts time if I did not feel like I'm entitled to the trust fund from the Medical Settlement Agreement. I know I meet all of the requirements.

James Anthony Johns

V.

BP Exploration + Production, INC. ET AL

Civil Action No: 23-0261 J(2)                4-18-23

## Notice

After receiving the Summons forms from your office. It was very unclear as to who name and address I put down, so I put BP America production Company 5912 Old Mobile Ave Pascagoula, MS 39581. I did this for 2 reasons because I lived and worked in pascagoula, MS and even though I worked for entities of BP, BP is still responsible for my injuries. By me filing pro se the information and documents I had to read and sign that I sent to the Counsel for BP Attorney Frank Sramek at Kirkland + Ellis LLP 300 North Lasalle St, Suite 2400 Chicago, IL 60654 Said that I suppose to receive all work history and anything else that would help me with my case. I did not receive nothing at all from the people that should send it. Because that happened in 2010 and I have no family or friends to make power of attorney to help me get the name and address of the actual Companies I worked for. All I remember is the beach clean-up Job I got that through Win Job Center in pascagoula, MS and the decontamination Job I got at Global International also located in pascagoula, MS. I know for a fact this would show up in my Social Security work history. I've been trying my best to find the name of the Companies

that were of my checks, but it was unsuccessful. I no longer have my badge, W2 form or any proof to show I worked as a response worker for the 2010 Deepwater horizon BP Oil Spill that happened in the Gulf of Mexico. This letter is to inform your office of the facts and to ensure my case. Because I know I am entitled to the trust fund under the Medical Settlement Agreement. Please tell me what can be done in this situation so I can have a fair shot at recovery. I am considered indigent and can not pay for my work history.

I declare under penalty of perjury that the above information is correct and True.

Dated 4-18-23

The Physical Address

whose name and address are:

*James Johns*
#130094

James Anthony Johns #130094
South MS Correctional Institution
22689 MS Hwy 463 North
Leakesville, 39451

James A Johns #130049
P.O. BOX 1419
LEAKESVILLE, MS 39451

**iLAP**
**APPROVED LEGAL MAIL**

Office of Legal Services
Inmate Legal Mail
South MS Correctional Institution
Leakesville, MS 39451

7013 0830 0001 3367 C025

Clerk, U.S District Court
500 Poydras Street Room C-151
New Orleans, LA 70130