UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL 2179<br>*  SECTION: J(2)<br>*  JUDGE BARBIER<br>*<br>* |

## ORDER

Before the Court is a *Motion to Intervene and for Relief from Confidentiality Order to Permit Discovery in State Court Litigation* **(Rec. Doc. 27547)** filed by non-parties Paul Grego, Grego Tax & Accounting Consulting LLC, and Grego Law Firm LLC (collectively "Grego"). Grego is requesting clarification of or relief from the Court's Confidentiality Orders (Rec. Docs. 641, 6822, 15718) so they may discover Jason J. Joy & Associates and Jason J. Joy's settlement information and recovered fee and expense totals in connection with the above captioned MDL. Grego seeks this information in connection with the case *Paul Grego et al. v. Jason J. Joy & Assoc., P.L.L.C., et al.* in the District Court of Harris County, State of Texas ("State Court Litigation").

**IT IS ORDERED** that the *Motion to Intervene and for Relief from Confidentiality Order to Permit Discovery in State Court Litigation* **(Rec. Doc. 27547)** is **SET FOR SUBMISSION** on May 17, 2023, without oral argument. Pursuant to Local Rule 7.5, any opposition memoranda must be filed at least eight (8) days prior to the submission date, or May 9, 2023.

**IT IS FURTHER ORDERED** that Grego shall serve a copy of this Order on all counsel of record in the State Court Litigation.

New Orleans, Louisiana this 25th day of April, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE