EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** William Grider

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 29701 Burbone Lane
   Address Line 2: _____
   City: Robertsdale     State: AL     Zip: 36567

2. Telephone number: (251) 269-2695

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: William Grider

4. Date and Place of Birth: ▓▓▓▓ /1988 – Fairhope, AL

5. Male  X    Female ____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 24566 Aventura Drive<br>Loxley, AL 36551 | From 2012 - 2017 |
| 21300 Cotton Creek Drive, E202<br>Gulf Shores, AL 36542 | From 2011 - 2012 |
|  |  |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A | N/A | N/A | On social security disability and long term disability from May 9, 2023 |
| Collins Aerospace (UTC Aerospace Systems) | 111 Airport Drive Foley, AL 36535 | From 2012 – to May 2023 | O.E.M and Mechanical Overhaul |
| Security Engineers Inc | Ono Island Bridge Orange Beach, AL 36561 | From 2009 - 2012 | Security Guard |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__ No_____ If "Yes," when were you out of work and why?  I have not worked since the first seizure when I was diagnosed with Glioblastoma. The recurring seizure from surgery leaves me unable to drive.

B. **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____   No **X**

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____   Offshore_____   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

   Yes_____   No_____

13. Please set forth the following information about your cleanup work:

   A.  Your employer(s): _____

   B.  Your supervisor(s) at the employer(s) identified in Question No. 13(A):

   _____

   C.  A description of the work performed for employer(s) identified in Question No. 13(A):_____

   _____

   D.  The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

   _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes  X        No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No  X

16. List all address(es) at which you resided in 2010:_____

    16410 County Road 52, Silverhill, AL 36576

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both_X___

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes_X___    No_____
    B. Dermal (skin) contact  Yes_X___    No_____
    C. Ingestion             Yes_X___    No_____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____    Month: _____    Year: Approximately 2010-2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    While at my residence I was exposed continuously, at work I was exposed every shift from working for Security Engineers Inc after the Deepwater Horizon Oil Spill. Lastly, I was exposed whenever I visited Orange Beach and Gulf Shores Beach recreationally.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Ono Island, AL (2010-2012)
    Gulf Shores Beach, AL (2010 – 2012)
    Orange Beach, AL (2010-2012)
    Foley, AL (2010-2012)
    Loxley, AL (2012)

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    While at my residence at all times. While at work, I would be exposed to approximately 8-12 hours depending on each shift. At Orange Beach and Gulf Shores Beach I was exposed for a couple of hours during each visit. I visited the beaches more frequently during the months of April to November.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    While at work, I would drive at night around Ono Island, AL with the windows down patrolling the area or working in a guard shack with open doors sometimes more than one shift in a row. At Gulf Shores beach and Orange Beach, I was exposed for a couple of hours each time when I conducted recreational activities like walking on the sand. Lastly my residence in Gulf Shores at the time of the Deepwater Horizon Oil Spill was close to the zone and I've suffered likely inhalation of toxic chemicals due to the proximity.

25. direct supervisor? N/A

    Yes_____   No_____

26. If you answered "Yes" to Question No. 25, Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____
    _____
    _____
    _____

**F.     INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _____

    I was diagnosed with Glioblastoma IDH-mutant, WHO Grade IV due to my exposure to the Oil Spill.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I would be exposed to oil dispersants and other toxic chemicals due to my residence, work, and recreational activities in the affected areas. This exposure resulted in me being diagnosed with Glioblastoma (brain cancer) which affected my entire life. I intend to hire an expert to review my case and it is anticipated that the expert will associate my exposure to oil, dispersants, and other toxic substances to my present condition.

31. On what date did you first report or seek treatment for your injury or illness:
    May 12, 2020.

32. On what date was your injury first diagnosed: June 2, 2020.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Augustus J. Perez, MD | Ascension Medical Group Sacred Heart Hospital 5153 North 9th Avenue, Suite 302, Pensacola, FL 32504 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Augustus J. Perez, MD | Ascension Medical Group Sacred Heart Hospital 5153 North 9th Avenue, Suite 302, Pensacola, FL 32504 |
| Dr. Ashley Ghiaseddin, MD | 1505 SW Archer Rd Gainesville, FL 32608 |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No __X__. If "Yes,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____
   _____
   _____

   C. Who treated the injury (or condition) at that time? _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No __X__. If "Yes,"

   A. What date did you first experience such injury or condition? _____

   B. What injury (or condition) was made worse? _____
   _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Stacey King, NP | 7530 Parker Rd #200, Fairhope, AL 36532 |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes __X__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering, and loss of employment of life. Since my diagnosis, I have been suffering from pain and mental anguish amongst others. I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damage, however, I estimate the overall compensatory damages to be $25 million.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes _____ No __X__

    If "Yes":

    A. From whom did you receive this compensation or reimbursement? _____

  B. When did you receive this compensation or reimbursement?_____

_____

  C. What was the amount of the compensation or reimbursement?_____

_____

**G.** **CONTRACT CLAIMS** N/A

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____ No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44. Describe how the contract was breached:_____

_____

_____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __May 1__, 2023

Location (City and State): __Robertsdale, AL__

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

William Grider
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle St., Suite 2400<br>Chicago, IL 60654 | c/o: Steve Herman<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |