| | |
|---|---|
| From: | Tom Ganucheau |
| Sent: | Wednesday, February 1, 2023 12:55 PM |
| To: | Catherine Keith |
| Cc: | Tom Ganucheau; Kent Aguillard |
| Subject: | RE: Grego v. Joy |

Catherine – thank you again for the extension of the answer date to February 13, 2023. Also, we followed up on your designation of the confidential information document (Exhibit A) on file with the district court and found that the document is still available on line. While it does not pop up as viewable, it is available for download. As such, this is not sufficient protection of the protected/confidential information. We ask that you please take the necessary steps to seal that document as an immediate (but partial) solution. Not only is the information likely subject to the EDLA DWH order, but it is also "confidential information" under the rules since it is information arising out of legal representation. And again, we believe that it is necessary to address the disclosure of this information with the EDLA which issued the underlying confidentiality order, and to further seek approval to use such information in this case. We do not want to violate the EDLA order, and believe that the sooner it is addressed the better (especially since this information has been on file for more than 3 months). Please let us know if you need any more information surrounding the EDLA order, and confirm that you will take the necessary steps to address the issue.

Thanks for your immediate attention to this matter.

**THOMAS E. GANUCHEAU**
Partner

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax

Beck|Redden LLP

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Catherine Keith <catherine@cookkeithdavis.com>
**Sent:** Tuesday, January 24, 2023 3:57 PM
**To:** Kent Aguillard <kent@aguillardlaw.com>
**Cc:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** RE: Grego v. Joy

*** This message came from outside Beck Redden LLP. ***

All:

The exhibit has been marked as sensitive data and is now protected.  See print screen.

| 104697393 | Filing | Plaintiff's Original Petition | 10/20/2022 | 8 | Add to Basket |
| 104697395 | Filing | Affidavit | 10/20/2022 | 3 | Add to Basket |
| Sensitive Data Download Only | Filing | Exhibit A | 10/20/2022 | 2 | Add to Basket |

We agree to give the Defendants, Jason Joy and the entity, until February 13th to file an answer in exchange for you accepting service via email and waiving all prior issues/concerns with service.  If you agree please indicate same pursuant to Rule 11 of the Texas Rules of Civil Procedure.

---

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

**From:** Kent Aguillard <kent@aguillardlaw.com>
**Sent:** Tuesday, January 24, 2023 11:11 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** tganucheau@beckredden.com
**Subject:** Grego v. Joy

## Catherine – do you have time to visit briefly with Tom and I this afternoon, after 1:30 ?

**Kent**

H. Kent Aguillard
Attorney at Law
141 S. 6th Street
Eunice, LA 70535
tel. 337.457.9331
fax 337.457.2917

**You cannot shake hands with a clenched fist.**
                               **Golda Meir**

**Deuteronomy 6:5**

Certified by the Louisiana Board of Legal Specialization and the American Board of Certification as a Business Bankruptcy Law Specialist

Any tax related material contained in this email is subject to the following disclaimer pursuant IRS circular 230. This office offers no tax advice or services. However, any tax advise contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the

2

United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any tax related matter.

This electronic transmission (and/or the documents accompanying it may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 1521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify H. Kent Aguillard immediately by telephone 337.457.9331 and then destroy the original message. Messages to and from us may be monitored.