| | |
|---|---|
| From: | Catherine Keith <catherine@cookkeithdavis.com> |
| Sent: | Tuesday, March 14, 2023 1:27 PM |
| To: | Tom Ganucheau |
| Cc: | Kent Aguillard; Rachel Edwards; Mary Kate Raffetto |
| Subject: | RE: Motion to Temporarily Seal(2026598.1).pdf |
| Attachments: | Proposed Joint Stip Conf. O v3.docx |

*** This message came from outside Beck Redden LLP. ***

Tom:

We talked to Judge Juneau and the order is not applicable to the current matters. Nevertheless, we plan to keep all the "names" confidential pursuant to the protective order and out of the Court's records. See my attached redlines.

We will get you a proposed scheduling order.

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

From: Tom Ganucheau <TGANUCHEAU@beckredden.com>
Sent: Friday, March 10, 2023 9:20 AM
To: Catherine Keith <catherine@cookkeithdavis.com>
Cc: Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
Subject: RE: Motion to Temporarily Seal(2026598.1).pdf

Good morning Catherine. Just wanted to follow up on the issues set out below. Can you please let us hear from you on these.

Also, the court requires a docket control order be submitted by the parties. Will you be sending a proposal with deadlines for us to work from?

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended

recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

From: Tom Ganucheau <TGANUCHEAU@beckredden.com>
Sent: Friday, March 3, 2023 7:08 AM
To: Catherine Keith <catherine@cookkeithdavis.com>
Cc: Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
Subject: RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine – can we please here from you on this.  Thanks.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

From: Tom Ganucheau <TGANUCHEAU@beckredden.com>
Sent: Wednesday, February 22, 2023 11:46 AM
To: Catherine Keith <catherine@cookkeithdavis.com>
Cc: Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>
Subject: RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine – below are a few items that we believe we need to address in this matter for it to proceed forward.

First, do you intend to seek relief from the protective order in the EDLA?  If so, can you let us know the status?

Second, I have attached for your consideration a proposed protective order for our litigation.  Your thoughts and approval are appreciated.  Given the nature of the underlying claims, we believe that this is necessary.

Finally, we filed special exceptions to your petition.  Can you let us know whether you intend to replead to meet those special exceptions, and if so, when.

Thanks for your attention.  We look forward to hearing from you.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Catherine Keith <catherine@cookkeithdavis.com>
**Sent:** Thursday, February 9, 2023 11:21 AM
**To:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

*** This message came from outside Beck Redden LLP. ***

See attached. The document is sealed.

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Thursday, February 9, 2023 7:32 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** Motion to Temporarily Seal(2026598.1).pdf

Catherine – just checking in on the motion to temporary seal. I have attached an example. The motion can be very simple – stating it is protected information etc. That can later be followed by a permanent sealing motion under Rule 76. We are concerned that the records are still publicly available.

Also, can you let us know the status of addressing the issue with the EDLA DWH court. Much appreciated.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.