| | |
|---|---|
| **From:** | Tom Ganucheau |
| **Sent:** | Thursday, March 23, 2023 3:53 PM |
| **To:** | Mary Kate Raffetto; Catherine Keith |
| **Cc:** | Rachel Edwards; Tom Ganucheau |
| **Subject:** | RE: Motion to Temporarily Seal(2026598.1).pdf |
| **Attachments:** | Doc 15466 - Order re Appt of Neutrals & Confidentiality (10-13-15).pdf; Confidentiality Order re DHECC CSSP (Doc 6822) 6-29-2012.pdf; Doc 26234 Order re Desormeaux M2 Intervene 4 Relief from CA (2-4-20).pdf |

Catherine – I also need to respond to the second half of the confidentiality discussion – the confidentiality orders from the EDLA.

First, regarding your reporting on your discussions with Judge Juneau, we have questions. We start with the fact that we have never heard of federal district judges taking phone calls to talk about orders entered by other federal judges who specifically retained jurisdiction to enforce their own orders. Moreover, we do not know what you discussed with Judge Juneau and what information you provided him. Without any information and approval in writing, we are not comfortable ignoring numerous orders from the federal judges in the Deepwater Horizon litigation.

Second, and to support our request that you seek relief from the EDLA, we note that there are numerous orders on confidentiality entered in the Deepwater Horizon litigation. Searches can be performed in the docket to locate those orders. For example, one order specifically deals with the use of neutrals – which some of the matters on Exhibit A to your Petition involved. Here is an excerpt from that order:

> Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, any information discussed or exchanged with the Neutrals and/or Liaison Counsel to the Neutrals in furtherance of possible settlement shall be treated as strictly confidential and disclosed to no one unless specifically permitted in advance by the undersigned. Documents related to settlement shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. §552, and any corresponding state open records acts absent good cause shown in this proceeding. ==Any person found to be in violation of this order will be subject to imposition of sanctions.==

This is but one example of the confidentiality orders. I have attached another for your consideration as well (and there are others). In addition, if you search that docket, you will find examples of people seeking specific relief from the confidentiality orders to allow the sharing of information in other litigation. Again, I have attached an example for your consideration. And as you can see from the order, even when allowed, they call for state court protections preventing the sharing of the information outside of the state court litigation (hence the need for the sealing requirements).

Again, we request that you seek relief from the EDLA to allow the sharing of information relating to the matters made the basis of Mr. Grego's claims.

We look forward to hearing from you.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Mary Kate Raffetto <mkraffetto@beckredden.com>
**Sent:** Monday, March 20, 2023 11:19 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine:

Thank you for sending over your proposed edits. Unfortunately, I don't think we can agree to these. We will not agree that the parties only have to file a motion to seal if their counsel desires to do so—it seems unlikely that the parties in this case are going to agree on what should or should not be sealed. Additionally, we cannot circumvent the requirements of Rule 76a, and I think any attempts to do so would (rightfully) be rejected by the Court.

Finally, is there a particular reason you deleted the provision that specifies the parties cannot attempt to recover confidential information from a backup system after the case concludes? That is a fairly standard provision in my experience but let me know if you were thinking of a scenario where that would be necessary.

Happy to discuss these further via a call.

Thanks,
Mary Kate

**MARY KATE RAFFETTO**
*Associate*

**Beck Redden LLP**
(713) 951-6223 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | mkraffetto@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Catherine Keith <catherine@cookkeithdavis.com>
**Sent:** Tuesday, March 14, 2023 1:27 PM
**To:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

**\*\*\* This message came from outside Beck Redden LLP. \*\*\***

Tom:

We talked to Judge Juneau and the order is not applicable to the current matters. Nevertheless, we plan to keep all the "names" confidential pursuant to the protective order and out of the Court's records. See my attached redlines.

We will get you a proposed scheduling order.

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

---

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Friday, March 10, 2023 9:20 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

Good morning Catherine.  Just wanted to follow up on the issues set out below.  Can you please let us hear from you on these.

Also, the court requires a docket control order be submitted by the parties.  Will you be sending a proposal with deadlines for us to work from?

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Friday, March 3, 2023 7:08 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine – can we please here from you on this.  Thanks.

### THOMAS E. GANUCHEAU
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Wednesday, February 22, 2023 11:46 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>; Mary Kate Raffetto <mkraffetto@beckredden.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

Catherine – below are a few items that we believe we need to address in this matter for it to proceed forward.

First, do you intend to seek relief from the protective order in the EDLA?  If so, can you let us know the status?

Second, I have attached for your consideration a proposed protective order for our litigation.  Your thoughts and approval are appreciated.  Given the nature of the underlying claims, we believe that this is necessary.

Finally, we filed special exceptions to your petition.  Can you let us know whether you intend to replead to meet those special exceptions, and if so, when.

Thanks for your attention.  We look forward to hearing from you.

### THOMAS E. GANUCHEAU
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Catherine Keith <catherine@cookkeithdavis.com>
**Sent:** Thursday, February 9, 2023 11:21 AM
**To:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Rachel Edwards <rachel@cookkeithdavis.com>
**Subject:** RE: Motion to Temporarily Seal(2026598.1).pdf

*** This message came from outside Beck Redden LLP. ***

See attached. The document is sealed.

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

**From:** Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Sent:** Thursday, February 9, 2023 7:32 AM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Kent Aguillard <kent@aguillardlaw.com>; Tom Ganucheau <TGANUCHEAU@beckredden.com>
**Subject:** Motion to Temporarily Seal(2026598.1).pdf

Catherine – just checking in on the motion to temporary seal. I have attached an example. The motion can be very simple – stating it is protected information etc. That can later be followed by a permanent sealing motion under Rule 76. We are concerned that the records are still publicly available.

Also, can you let us know the status of addressing the issue with the EDLA DWH court. Much appreciated.

**THOMAS E. GANUCHEAU**
*Partner*

**Beck Redden LLP**
(713) 951-6219 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | tganucheau@beckredden.com

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.