UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * | MDL No. 2179<br><br>Section: J<br><br>District Judge Carl J. Barbier |

-------------------------------------------------------------------------------------------------------------

**PLAINTIFF'S REPLY TO NON-PARTIES JASON J. JOY & ASSOCIATES AND JASON J. JOY'S RESPONSE To MOTION TO INTERVENE AND FOR RELIEF FROM ORDER TO PERMIT DISCOVERY IN STATE COURT LITIGATION**

NOW INTO COURT, through undersigned counsel, comes PAUL GREGO, GREGO TAX & ACCOUNTING CONSULTING LLC, AND GREGO LAW FIRM LLC (collectively, hereinafter "Grego") who, files this reply to the filing of the **"Non-parties Jason J. Joy & Associates and Jason J. Joy's ["Defendants"] Response to Motion to Intervene and for Relief from Order to Permit Discovery in State Court Litigation"** filed May 9, 2023, Rec. Doc. 27562, and respectively represents to the Court the following:

1.

In Defendants' response brief and throughout the underlying state court litigation, Defendants have taken issue with the fact that clients' names were included in a state court filing. Defendants argue that that these names are confidential pursuant to this Court's confidentiality orders in this MDL litigation.

2.

In an email to Plaintiffs' counsel dated May 10, 2023, this argument by Defendants' counsel continues, asserting that that Plaintiffs' Exhibit "D" attached to its motion herein contains "claimant identities" and asks Plaintiffs to take steps to submit an amended version of

1

that exhibit to the Court that redact that information". *See* 5/10/23 email, Exhibit "A".

3.

However, not only is Defendants' position entirely frivolous, but they specifically filed a short form joinder identifying its client (that is the subject of the exhibit and email) in the MDL Litigation, not subject to any redaction. *See* Rec. Doc. 16050-1, Exhibit "B". Defendants are therefore arguing to this Court that public information should be deemed confidential. Such a position is frivolous, and this position has intentionally caused significant delay and expense in the underlying state court litigation.

4.

Plaintiffs do not and have never objected to protecting the confidentiality of the underlying relevant information, and fully expect that this will be protected whether by agreement of the parties, or as directed by this Court, or by ruling in the state court litigation.

**WHEREFORE**, Plaintiffs Paul Grego, Grego Tax and Accounting Consulting, LLC and Grego Law Firm, LLC respectfully request the Court grant their Motion to Intervene and for Relief from Order to Permit Discovery in State Court Litigation and for the relief prayed for in that motion.

Respectfully submitted,

*/s/ Paul A. Grego*
_____
**PAUL GREGO**
**GREGO LAW FIRM LLC**
Attorney for Plaintiffs
16368 Old Jefferson Hwy
Prairieville, LA 70769
pgrego@pgtaxlaw.com
o (504) 302-4948 – f (504) 708-1057

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served on all counsel of record in the State Court Litigation in the District Court of Harris County, State of Texas, Cause No. 2022-68952, by placing same in the United States Mail, properly addressed and first-class postage, prepaid, electronic mail, and/or facsimile on the 19th day of May, 2023.

_____
PAUL GREGO