# EXHIBIT "A"

**Paul Grego**

| | |
|---|---|
| **From:** | Paul Grego |
| **Sent:** | Tuesday, May 16, 2023 10:56 AM |
| **To:** | TGANUCHEAU@beckredden.com; Kent Aguillard |
| **Cc:** | Catherine Keith |
| **Subject:** | FW: Grego v. Joy - EDLA Motion |
| **Attachments:** | MHH SFJ 5 27 2016.pdf |

Please note that on the pleading filed that I am counsel of record, and please direct your communication on this matter to me. I did not see the requested redaction in the exhibit, and also note that I do not have any issue with redacting client names. Send me your redacted version and I will file it. Will also review again later this afternoon.

Additionally, this position is frivolous as you are asking for a matter of public record to be considered confidential. Please see attached SFJ filed on MHHs behalf. Parties that filed SFJs are easily found on the DWH case record. I also think 5th circuit authority does not afford client names the attorney client privilege. I will respond to your filing pointing this out, but as I said, I do not have any issue with redacting names, even knowing your authority for such a request is weak. Send me what you think should be redacted and I will try to get it filed.

Thanks

Sincerely,

Paul A. Grego
Attorney
Office (504) 302-4948 - Fax (504) 708-1057
pgrego@pgtaxlaw.com

**From:** Catherine Keith <catherine@cookkeithdavis.com>
**Sent:** Friday, May 12, 2023 2:30 PM
**To:** Paul Grego <pgrego@pgtaxlaw.com>
**Subject:** FW: Grego v. Joy - EDLA Motion

Paul:

Please let me know asap.

_____

CATHERINE A. KEITH
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 NORTH CENTRAL EXPRESSWAY, SUITE 1000
DALLAS, TX 75206
(214) 368-4686 TELEPHONE
(214) 593-5713 FACSIMILE

1

**From:** Mary Kate Raffetto <mkraffetto@beckredden.com>
**Sent:** Wednesday, May 10, 2023 2:49 PM
**To:** Catherine Keith <catherine@cookkeithdavis.com>
**Cc:** Tom Ganucheau <TGANUCHEAU@beckredden.com>; Kent Aguillard <kent@aguillardlaw.com>
**Subject:** Grego v. Joy - EDLA Motion

Catherine,

In preparing our response to your client's Motion to Intervene in the Eastern District of Louisiana, we noticed that one of the exhibits, Exhibit D, contains information subject to the court's confidentiality orders. Specifically, it contains claimant identities ("Monster Heavy Hauler / Deep Well"). Would you please ask your client to take steps to submit an amended version of that exhibit to the Court that redacts that information?

We considered simply filing a motion to seal on our end, but in 2021 the Fifth Circuit laid out new guidance warning against overbroad use of sealing in federal courts. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 421 (5th Cir. 2021). Many judges—including Judge Barbier—will now deny motions to seal when redaction is more appropriate. *See, e.g.*, MDL-2179 doc. no. 27134 ("In light of the Fifth Circuit's guidance in *Binh Hoa Le v. Exeter Finance Corp.,* 990 F.3d 410, 417-21 (5th Cir. 2021), the Court concludes that most of this information should not be under seal. The Court will, however, allow the plaintiff to file redacted versions of these documents . . .").

Please let us know if your client will submit an amended, redacted version, or if we instead need to take this up with the Court on our end. Please let us know as soon as you can.

Thanks,
Mary Kate

**MARY KATE RAFFETTO**
*Associate*

**Beck Redden LLP**
(713) 951-6223 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | mkraffetto@beckredden.com

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.