UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010** | * * * * * | **MDL 2179** <br><br> **SECTION: J(2)** <br><br> **JUDGE BARBIER** |

## ORDER

Before the Court is the *Motion to Intervene and for Relief from Confidentiality Order to Permit Discovery in State Court Litigation* **(Rec. Doc. 27547)** (the "Motion") filed by non-parties Paul Grego, Grego Tax & Accounting Consulting LLC, and Grego Law Firm LLC (collectively "Grego"). After careful consideration of the Motion, the Response filed by non-parties Jason J. Joy & Associates and Jason J. Joy ("Joy"), and the provided materials and applicable authorities, IT IS ORDERED that Grego's Motion **(Rec. Doc. 27547)** is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Grego is permitted to intervene for the limited purpose of seeking relief from the Court's Confidentiality Orders.

IT IS FURTHER ORDERED that Grego, Joy, and any deponents, witnesses, or subpoenaed parties in Cause No. 2022-68952, *Paul Grego, et al. v. Jason J. Joy & Assoc., P.L.L.C., et al.*, in the 215th Judicial District Court of Harris County, Texas (the "State Court Litigation") are hereby granted relief from this Court's Confidentiality Orders solely for purposes of discovery and trial in the State Court Litigation; provided, however, that nothing in this Order shall be construed as

permitting anyone to subpoena, depose, call as a witness, etc., the Court-Appointed Neutrals, Mike Moore and Drake Martin.

IT IS FURTHER ORDERED that any documents that, absent this Order, would otherwise be subject to the Confidentiality Order shall be treated as "Confidential" and shall be protected from disclosure beyond the State Court Litigation. Should any of these documents need to be filed into the record of the State Court Litigation, the parties shall take the appropriate steps to make sure that they be filed under seal pursuant to Texas Rule of Civil Procedure 76a. These documents may only be used for purposes of discovery, motion practice, and trial in the State Court Litigation.

All further relief not expressly granted herein is hereby denied.

New Orleans, Louisiana, this 23rd day of May 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE