## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** |
| | | **SECTION J** |
| **This Document relates to:** | * * | **JUDGE BARBIER** |
| *SHAINA M. [REDACTED] and BRANT T, [REDACTED], Individually and as Parents on Behalf of M.R.D., a Minor Child, v. BP Expl. & Prod. Inc., et al.*, **Case No. 21-cv-02386** | * * * | **MAGISTRATE JUDGE CURRAULT** |

### RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff **SHAINA M. [REDACTED] and BRANT T. [REDACTED], Individually and as Parents on Behalf of M.R.D., a Minor Child**, appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims that they have asserted or could have asserted in this action. Each party agrees to bear its own costs, expenses, and attorney's fees.

By signature of counsel below, Defendants agree to this stipulation of dismissal.

.

Respectfully Submitted,

| | |
|---|---|
| THE DOWNS LAW GROUP<br>Attorneys for Plaintiff<br><br>*/s/ David C. Durkee*<br>C. David Durkee, Esq.<br>Florida Bar No. 998435 | FISHMAN HAYGOOD, LLP<br>*Attorneys for Transocean Deepwater, Inc., Transocean Holdings, LLC and Transocean Offshore Deepwater Drilling, Inc.*<br><br>/s/ Kerry James Miller<br>C. Kerry James Miller, Esq. |

Respectfully submitted,

/s/ R. Keith Jarrett
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth
(martin.roth@kirkland.com)
Kristopher S. Ritter
(kristopher.ritter@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for BP America Production Company and BP Exploration & Production Inc.*

R. Alan York
Reed Smith LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
713-469-3824
713-469-3899 (fax)
ayork@reedsmith.com

*Attorneys for Defendant Halliburton Energy Services, Inc.*

*[Certificate of Service to follow on next page]*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of May, 2023.

Dated this 26th day of May 2023.

*/s/ Charles D. Durkee*

Charles D. Durkee