# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> **Civil Action No. 10-MD-2179-CJB-SS**
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:**  Laquandia Renna Oates

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

### A.   YOUR BACKGROUND INFORMATION

1. Current address:
   Address Line 1: 905 Memory Lane
   Address Line 2:
   City: Mobile     State: AL     Zip: 36608

2. Telephone number: 251-382-5181

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names:

4. Date and Place of Birth: xx/xx/1980

5. Male_____   Female X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 1801 Holt Rd, Apt 506, Mobile AL 36617 | (2008-2019) |
| 2416 Elsevier St., Mobile, AL. 36617 | (November 2019 - October 2022) |
|  |  |

7. Employment Information:

    A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Sam's Club | 601 E Interstate 65 Service Rd S, Mobile, AL 36606 | July 7, 2007-2015 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes_____ No__X__ If *"Yes,"* when were you out of work and why? _____

_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____    No  X  

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25)).

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____    Offshore_____    Both_____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____    No_____

12.   Did you handle hazardous materials as part of your cleanup work?

   Yes_____    No_____

13.   Please set forth the following information about your cleanup work:

   A.   Your employer(s): _____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

      _____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____

      _____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

      _____

  E. The names of any vessel(s) or facility(ies) where you performed the work described in Question No. 13(C): _____

  F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C): _____

  **2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes __X__  No _____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes __X__  No _____

16. List all address(es) at which you resided in 2010: _____

  1801 Holt Rd, Apt 506, Mobile AL 36617

**C. INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  __X__ Bodily injury from exposure to oil and/or dispersants

  _____ Bodily injury other than from exposure to oil and/or dispersants

  _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil _____    Dispersants _____    Both  X 

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes  X     No _____

    B. Dermal (skin) contact Yes  X     No _____

    C. Ingestion             Yes  X     No _____

    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: _____   Year:  Approx. 2010-2011 

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Every other weekend, during the summers of 2010 and 2011 my son would visit the beach in the Gulf Shores and play in the sand and water, being exposed to the oil chemicals and dispersants.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Gulf Shores and Destin Beach. 2010-2011 (Oil and dispersants).

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    The whole day was spent at the beach.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    My son would spend his weekends at the beach, playing in the sand and water. Occasionally sometimes swallowing the water, touching it, and being fully submerged in the water that contained oil from the spill.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____   No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

### E. NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:

    B. The date(s) of your injury:

    C. The location(s) of your injury:

    D. The work that you were performing when you sustained your injury:

    E. Identify any individual(s) who witnessed your injury:

28. Describe in as much detail as possible the circumstance(s) of your injury:

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    My son suffered from Leukemia due to the exposure he suffered from the oil spill and passed away in 2021.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    My son was highly exposed to the water that contained oil by attending the beach frequently every

    Other weekend.

31. On what date did you first report or seek treatment for your injury or illness: June 21, 2019

32. On what date was your injury first diagnosed: June 21, 2019

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| **Name** | **Address** |
|---|---|
| Dr. Antonio Di Stasi | UAB 1802 6th Ave s Birmingham, AL 35233 (Hospital) 2000 6th Ave S, Birmingham, AL 35233 (Dr. Office) |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Antonio Di Stasi | UAB 1802 6th Ave s Birmingham, AL 35233 (Hospital)<br>2000 6th Ave S, Birmingham, AL 35233 (Dr. Office) |
|  |  |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No X_____. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____
    _____
    _____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes_____ No X____. If "*Yes*,"

    A. What date did you first experience such injury or condition?_____
    B. What injury (or condition) was made worse?_____
    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Cooper | 1600 Seventh Avenue South<br>Dearth Tower 4th Floor<br>Birmingham, AL 35233 |
|  |  |
|  |  |
|  |  |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes _____ No  X  

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____
    Past medical expenses, funeral, and memorial expenses. Loss of earnings of the decedent from the
    Date of injury to the date of death with interest; loss of the perspective net accumulations of the
    Estate of Julius Horne, recovery of decedent damages resulting from his illness and death.
    In excess of $10 million; Plaintiff will not have a definitive amount until a damages expert is retained and
    all discovery is completed. This approximation is being provided in good faith to avoid further delay in
    BP's acceptance of these pre trial order disclosures. Providing damages at this juncture is premature; As
    punitive damages are bifurcated and expert disclosures are not ripe.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____ No X_____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement?_____

    _____

       B.       When did you receive this compensation or reimbursement?_____

       _____

       C.       What was the amount of the compensation or reimbursement?_____

       _____

**G.**    **CONTRACT CLAIMS**

    (*For plaintiffs claiming breach of contract.*)

41.    Is your claim based on a breach of contract?

    Yes\_\_\_\_\_      No\_\_\_\_\_

42.    Was the contract that you claim was breached made as part of the VoO Program?

    Yes\_\_\_\_\_      No\_\_\_\_\_

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44.    Describe how the contract was breached:_____

    _____

    _____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

    _____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

    _____

48.	Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 5|31, 2023

Location (City and State): Mobile, Alabama

_[Signature]_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

LaQuandia Oates
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |