Application For Appointment of Counsel

In the United States District Court
For the Eastern District of Louisiana.

JAMES A. JOHNS #130094
   Plaintiffs,

V.

BP Expl. & Prod. INC., et al.,
   Defendants.

Application for the Court to Request Counsel

Civil Action No. 23-CV-00261

Name of applicant James Anthony Johns

   I, James Anthony Johns is asking the Court to appoint me counsel in this MDL No. 2179 belo claim process. On grounds of ignorance of Law and the correct way to file these claims. Furthermore there are forms that I need access to follow certain policies and procedures that I was unaware of. Like for instance: the MSA's Belo and Its Preconditions states: A Class Member who seeks recovery for an LMPC must first Submit a Notice of Intent to Sue ("NOIS") to the Claims Administrator. Nor was I aware for these Later-Manifested Physical Condition had to be reported within 4 years of first diagnoses. I had no idea that by me working on the Oil Spill and living on the coast could cost me permenant neurological Conditions. I did not find out about this until late 2020. Every Since I been Seeking Counsel the Downs Law Group, The Cochran Firm, Morgan & Morgan Just to name a few one withdrew and the other two did not respond. The prison that I am being housed at is keeping me from recovering my Medical records. I have went through the ARP process for Inmate Legal assistance program to request my MDOC Medical records and that was last year and still no Medical records. I have written the Superintendant, 3 maybe 4 wardens and all they keep telling

Me is they gone look into it and never hear from them again. I really do feel like My Constitutional rights are being Violated and I do not have the Knowledge and Skill set to read and understand Laws and policies. To Show proof I've reported my injuries to the prison attached is I've my ARP for how I sustained these injuries and who is responsible and the treatment I got. the ARP was denied see for yourself. I also wrote the U.S Department of Justice Civil Rights Division read for yourself and you'll see why I need to be granted Counsel. I also ask the court to send Notice of intent to Sue form and also claims Administrator Address for Submittion and also PTO 63 and PTO 66 but for the record I did fill out all forms the courts have sent. If PTO 63 and PTO 66 is document that I have been requesting for and have been getting denied that is exactly why I need an attorney so they can file the paperwork right. Furthermore I ask the court to order Mississippi Department of Corrections to release my 2022 Diagnostic's Report for Lumbar disc that I received epidural steroid injections in Lower back, for pain in back and Left leg and numbness in Left foot. I see now in a case like this one I should have not filed pro se because the injuries I've sustained I will be unable to return to gainful employment once released so I don't want to ruin whatever chance I have left for partial Stay.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated 5-23-23               *James Doby*