United States District Court
Eastern District of Louisiana

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section J

Judge Barbier

Magistrate Judge Currault

This Document relates to:

Johns v. BP Expl. & Prod. Inc., et al.,
Case No. 23-cv-00261

## Motion to Amend and Motion to Amends

I ask the court to send PTO 63 and 66 Submission forms to correct Missing Initial Disclosures and Deficient Initial Disclosures and if thats dealing with My Medical records, I have did everything to get My Medical records and MDOC still denied me my records it would really help if the eastern District of Louisiana could order Mississippi Department of Corrections to release my medical records to the MSA's Claims Administrator, because as the court know the MSA requires when you send the Notice of intent to Sue you have to have your Medical records along with it seeing it is a big part of my Case. My 2022 diagnostics report were My Neurosurgeon told me I had Lumbar disc pain that has caused me with profound back and leg pain as well as numbness in left foot. These injuries has caused Mental anguish and permanant

disability. So I don't have a life that I can afford when I be release from prison I want be able to return to gainful employment as a result of me working for the Oil Spill. Because there is nothing I've done in prison these 10 years to cause such in injury. It has to be from me working as a beach clean-up worker and at a decontamination site as well as living in the close area of the explosion in the Gulf at 1208 Belair St Apt #4 Pascagoula MS. These symptoms are coming out of nowhere without me even doing nothing. So this would be considered a Later-Manifested Physical Condition diagnosed After April 16, 2012 the belo lawsuit process is the exclusive remedy for the Class members who did not opt out (and I did not opt out) of the Settlement and who seek Compensation for an LMPC's. A Class member who seeks recovery for an LMPC must first Submit a Notice of Intent to Sue ("NOIS") to the Claims Administrator. I realize that the court has dismissed My 2018 Conditions because of time barred even though I had no idea these claims was going on until Late 2020 otherwise I would have reported it in a timely fashion. But as for the other conditions from October 5, 2022 I would like to follow the right procedures to ensure I get a fair chance for full Compensatory Damages for those injuries.

    I declare under penalty of perjury that the foregoing is True and correct.

Dated 5-23-23

James Johns