APPENDIX A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

**CERTIFICATION**

    I hereby certify that I have read the Protective Order entered in the above-captioned action and that I understand the terms thereof.

    I agree to be bound by the Protective Order.

    I further agree to submit to the jurisdiction of this Court for purposes of enforcing the Protective Order.

    I understand that these certifications are strictly confidential, that counsel for each party are maintaining the certifications without giving copies to the other side, and that the parties expressly agreed and the Court ordered that except in the event of a violation of this Order, the parties will make no attempt to seek copies of the certifications or to determine the identities of persons signing them. I further understand that if the Court finds that any disclosure is necessary to investigate a violation of this Order, the disclosure will be limited to outside counsel only and outside counsel shall not disclose any information to their clients that could tend to identify any certification signatory unless and until there is specific evidence that a particular signatory may have violated the Order, in which case limited disclosure may be made with respect to that signatory.

Date: 5-23-23

(Signature) *James Johns*

Name:

(Typed or Printed) James A. Johns

TENDERED FOR FILING

MAY 30 2023

U S DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk