**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to: 12-cv-00968: BELO B3 Pleading Bundle | * * * * * * * | MAGISTRATE JUDGE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Relates to:**

| | | | |
|---|---|---|---|
| | | | |

**THE BP PARTIES' AMENDED JUNE 1, 2023 B3 AND BELO STATUS REPORT**

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this amended combined monthly Status Report for the B3 and BELO lawsuits.[1] The Status Report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

**I.      B3 BUNDLE**

There are no cases eligible for this Status Report in which B3 plaintiffs provided either no PTO submissions, or deficient or incomplete PTO submissions.

---

[1]      This filing amends the Status Report filed June 1, 2023. R. Doc. 27572.

**II.      BELO CASES**

There are no cases eligible for this Status Report in which BELO plaintiffs provided either

no initial disclosures, or deficient or incomplete initial disclosures.

Date:  June 2, 2023                          Respectfully submitted,

                                             */s/ R. Keith Jarrett*
                                             R. Keith Jarrett (Bar #16984)
                                             Scott C. Seiler (Bar #19784)
                                             Devin C. Reid (Bar #32645)
                                             **LISKOW & LEWIS**
                                             701 Poydras Street, Suite 5000
                                             New Orleans, Louisiana 70139-5099
                                             Telephone: (504) 581-7979
                                             Telefax:     (504) 556-4108

                                             Matthew T. Regan, P.C.
                                             A. Katrine Jakola, P.C.
                                             Martin L. Roth, P.C.
                                             Kristopher Ritter
                                             **KIRKLAND & ELLIS LLP**
                                             300 North LaSalle
                                             Chicago, IL 60654
                                             Telephone: (312) 862-2000

                                             Kevin M. Hodges
                                             **WILLIAMS & CONNOLLY LLP**
                                             725 Twelfth Street, N.W.
                                             Washington, D.C. 20005
                                             Telephone: (202) 434-5000
                                             Telefax: (202) 434-5029

                                             Catherine Pyune McEldowney
                                             **MARON MARVEL BRADLEY**
                                             **ANDERSON & TARDY LLC**
                                             1201 North Market Street, Suite 1100
                                             Wilmington, DE 19801
                                             Telephone: (302) 425-5177
                                             Telefax: (302) 425-0180

                                             Georgia L. Lucier
                                             **HUNTON ANDREWS KURTH LLP**
                                             600 Travis Street, Suite 4200
                                             Houston, TX 77002
                                             Telephone: (713) 220-4200
                                             Telefax: (713) 220-4285

                                             *Counsel for BP Exploration & Production*
                                             *Inc. and BP America Production Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of June, 2023.

/s/ R. Keith Jarrett
R. Keith Jarrett