**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * | MDL NO. 2179 <br><br> SECTION J |
| | * | |
| This Document Relates To: | * <br> * | HONORABLE CARL J. BARBIER |
| No. 15-4143, 15-4146 & 15-4654 | * <br> * <br> * <br> * | MAGISTRATE JUDGE <br> DONNA PHILLIPS CURRAULT |

---

## ORDER

**[APPROVING MOTION FOR APPROVAL OF COMPLETION AND CLOSURE OF THE HALLIBURTON ENERGY SERVICES, INC. AND TRANSOCEAN LTD. ASSIGNED CLAIMS AND PUNITIVE DAMAGES SETTLEMENTS' PROGRAMS]**

**CONSIDERING** the request **[Rec. Doc. 27577]** by Patrick A. Juneau (the "Claims Administrator"), Claims Administrator of the Halliburton Energy Services, Inc. ("HESI") Punitive Damages and Assigned Claims Settlement Agreement, Amended as of September 2, 2015 [Rec. Doc. 15322], and of the Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644] (collectively, the "Settlement Agreements"), and being fully apprised, **IT IS HEREBY ORDERED** as follows:

The Claims Administrator and Epiq and other vendors are instructed to proceed with the following actions specified under the direction and supervision of the Claims Administrator:

(a) Close the following accounts with Huntington Bank as soon as any final tax refunds are received and all additional payments have been made:

      i.    HESI-Transocean Assigned Claims Combined Distribution Settlement Fund ("Old Class Fund");

    ii.    HESI-Transocean Punitive Damages Combined Settlements Fund A for the purpose of conducting Distribution A ("New Class Distribution A Fund"); and

    iii.    HESI-Transocean Punitive Damages Combined Settlements Fund B ("New Class Distribution B Fund");

(b) Continue to file state and federal tax returns and make quarterly payments as necessary from the Old Class Fund, New Class Distribution A Fund, and New Class Distribution B Fund accounts;

(c) Approve the administrative costs and expenses through case conclusion for the following entities in the following amounts:

    i.    Juneau David, PLLC $100,000.00;

    ii.    Epiq $175,146.79;

    iii.    Adams, Jenkins, and Cheatham $25,200.00;

(d) Approve a holdback of $100,000.00 to use in handling any outstanding IRS inquiry should any payment be deemed necessary; upon resolution of this inquiry, if available, such funds would be released consistent with Section (e) below; such funds shall be held in a non-interest bearing account;

(e) Distribute the remaining funds via payment to the Gulf Coast Restoration Trust Fund, created under the Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 (the "RESTORE Act"), to be allocated pursuant to 40 C.F.R. § 1800.500 and to be utilized for purposes of Gulf Coast Restoration and Recovery, after completed Forms W-9 and payment instructions have been provided as necessary.  Payment shall be made via wire or check after deduction of all Court-approved administrative costs and any approved holdback. This approval shall encompass granting

authority to the Claims Administrator to later distribute any additional released holdback without further Order of this Court, consistent with Section (f) below;

(f)  Reissue any additional payments as needed;

(g)  Complete any follow up related to IRS Forms 1099-MISC that were issued to attorneys and Claimants with reportable distributions during the pendency of the matter and file/update the required information with the IRS in conjunction with annual tax filings for 2022;

(h)  Retain the Court's jurisdiction over the Old Class Fund, New Class Distribution A Fund, and New Class Distribution B Fund until such time as these accounts are closed and fully distributed pursuant to this Court's Order;

(i)  Maintain the existing toll-free number and IVR with live operators until November 30, 2023, at which time the toll-free number and IVR will be closed down;

(j)  Maintain the website through November 30, 2023, in its current form, after which a single homepage will be maintained and all other subpages removed.  The homepage will indicate that the case is closed and that the email and live call operators are no longer available to assist Class Members with inquiries, but will include information on the escheated distributions and how to request copies of IRS Forms 1099 previously issued by the Settlements Program.  The website shall be decommissioned on or about November 30, 2024;

(k)  Return physical mail received at the case PO Box and physical mailing address to sender after November 30, 2023 and terminate the case PO Box effective November 30, 2024;

(l)  Destroy all paper copies of documentation, correspondence, filings, data files, CD/DVD/drives or other physical media as soon as practicable on or after November 30, 2023; and

(m) Destroy all electronic copies of claims, documentation, correspondence, filings, data files, or other media as soon as practicable after November 30, 2023.

New Orleans, Louisiana, this 7th day of June, 2023.

_____
CARL J. BARBIER
United States District Judge