EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Rosa Robinson

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 219 Alpine Street
   Address Line 2: ___
   City: Chickasaw    State: AL    Zip: 36611

2. Telephone number: 251-513-5452

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: ▮▮▮▮ 954

5. Male____    Female  X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 219 Alpine Street, Chickasaw, AL 36611 | 2008 – Present |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired | 219 Alpine Street, Chickasaw, AL 36611 | 2018 - Present | Retired |
| Walmart | 1095 Industrial Pkwy, Sarland, AL 36571 | 2001 - 2018 | Sales and stock organizer. |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes____ No _X_ If *"Yes,"* when were you out of work and why? _N/A_____

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____    No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____    Offshore_____    Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____    No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____    No_____

13. Please set forth the following information about your cleanup work:

    A.    Your employer(s):_____

    B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

    _____

    C.    A description of the work performed for employer(s) identified in Question No. 13(A):_____

    _____

    D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

    _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes __X__   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No_____

16. List all address(es) at which you resided in 2010:

    219 Alpine Street, Chickasaw, AL 36611

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

### D. EXPOSURE CLAIMS

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both__X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes__X__  No_____

    B. Dermal (skin) contact  Yes__X__  No_____

    C. Ingestion             Yes__X__  No_____

    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: 20     Month: April            Year: 2010

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Plaintiff was exposed to oil or oil-based dispersants approximately 5-6 times per month. Plaintiff spent time in the areas of Perdido Key, FL and Orange Beach, AL and vacationed in the area for a period of two weeks per year. Plaintiff spent time playing on the shore/edge of the beaches and walked along the shore. Plaintiff also dined at local restaurants and consumed locally caught seafood.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?
    Plaintiff was exposed in the areas of Perdido Key, FL and Orange Beach, AL. Plaintiff was exposed to oil and oil based dispersants.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    Plaintiff's exposure occurred for each full day that the Plaintiff was at the beach.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: <u>Plaintiff was exposed in the areas of Perdido Key, FL and Orange Beach, AL. Plaintiff was exposed while vacationing in the area for two weeks at a time, playing in the water and the edge of the beach, walking on the shores of the beaches, and dining at restaurants and consuming local seafood from the Gulf of Mexico.</u>

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

E.  **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    _____
    _____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:
As a result of her exposure to the oil and oil based dispersants, Plaintiff was diagnosed with Multiple Myeloma.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:
Plaintiff's medical condition is a result of her exposure to oil and oil based dispersants.

31. On what date did you first report or seek treatment for your injury or illness:
Plaintiff does not recall the exact date that she first sought treatment for her illness.

32. On what date was your injury first diagnosed: Approximately, February 27, 2022

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Thaddeus A. Beeker, MD | Mobile Infirmary – 5 Mobile Infirmary Cir, Suite G-805, Mobile, AL 36607 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Thaddeus A. Beeker, MD | Mobile Infirmary – 5 Mobile Infirmary Cir, Suite G-805, Mobile, AL 36607 |
| Furhun Yunus, MD | Infirmary Health – 5 Mobile Infirmary Cir, Suite G-805, Mobile, AL 36607 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No __X__. If "*Yes*,"

   A. When? N/A

   B. Who diagnosed the injury (or condition) at that time? N/A

   C. Who treated the injury (or condition) at that time? N/A

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No__X__. If "*Yes*,"

   A. What date did you first experience such injury or condition? N/A

   B. What injury (or condition) was made worse? N/A

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Richard Valentine, MD | Diagnostic & Medical Clinic – 95 Shell Street, Saraland, AL 36571 |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes_____ No __X__

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering and the loss of enjoyment of life. The value of these damages are to be calculated as I continue to receive medical bills and ongoing treatment and I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damages, however, I estimate the total overall compensatory damages to be $10,000,000.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____ No __X__

If "Yes":

    A.    From whom did you receive this compensation or reimbursement? N/A

        B.       When did you receive this compensation or reimbursement? N/A

        C.       What was the amount of the compensation or reimbursement? N/A

### G. CONTRACT CLAIMS

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____   No_____

42. Was the contract that you claim was breached made as part of the VOO Program?

    Yes_____   No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

44. Describe how the contract was breached:

45. *If you were part of the VoO Program:* Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __5/4__, 2023

Location (City and State): __Mobile__

X __Rosa Rohmann__
Signature of Plaintiff*

*Plaintiff's Attorney <u>Cannot</u> Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |