# EXHIBIT A

> *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
> Civil Action No. 10-MD-2179-CJB-SS
>
> **PTO 66 PARTICULARIZED STATEMENT OF CLAIM
> FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Diane Owens-Anderson

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: _____
   Address Line 2: _____
   City: Mobile    State: AL    Zip: 36609
2. Telephone number: 251-288-7449
3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A
4. Date and Place of Birth: _____ - Mobile, AL
5. Male _____   Female  X

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| Mobile, AL 36609 | 1990 - Present |
|  |  |
|  |  |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Berkshire Hathaway Real Estate | 900 Hillcrest Rd Suite B-1 Mobile, AL 36695 | 2006-2016 | Real Estate Agent |
| Prichard City Police Department | 216 E Prichard Ave, Mobile, AL 36610 | 1991-2005 | Police Sergeant |
|  |  |  |  |
|  |  |  |  |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__ No_____ If *"Yes,"* when were you out of work and why? Injured in 2005 while working as a police sergeant. Suffered a knee/back injury.

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.  Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

    Yes_____     No   X  

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

    **1.     Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

    Onshore_____     Offshore_____     Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____     No_____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____     No_____

13. Please set forth the following information about your cleanup work:

    A.   Your employer(s): _____

    B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):

         _____

    C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____

         _____

    D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

         _____

    E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

    _____

    F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

    _____

**2. Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes__X__    No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No__X__

16. List all address(es) at which you resided in 2010:_____

    _____, Mobile, AL 36609_____

**C.    INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.   EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?
    Oil_____          Dispersants_____          Both X____

19. How were you exposed? (*Check all that apply*)

    A.   Inhalation              Yes X____     No_____

    B.   Dermal (skin) contact   Yes X____     No _____

    C.   Ingestion               Yes X____     No_____

    D.   Other (please describe): _____

20. What was the date(s) of your exposure?
    Day: _____   Month: _____   Year: Approximately 2010 to onward

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    I was exposed throughout the duration of the oil spill and response (approximately April 20, 2010, and thereafter) on a daily basis while residing in Mobile, Alabama and frequenting Dauphin Island and Orange Beach. I also would stop at local restaurants/markets and purchase/consume local seafood multiple times per week.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?
    Dauphin Island, Alabama (2010 – onward); Mobile, Alabama (2010 - onward), and Orange Beach, Alabama (2010 – onward).
    _____
    _____
    _____

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    While at my residence, I was exposed at all times. While at work, I was exposed approximately 5-8 hours a day, 5 times a week. My free time consisted of recreational visits that included going to the beach. I was not warned to avoid the water or affected location at any time. I would also go shopping in Orange Beach, AL.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred: _____

    <u>Following the April 20, 2010, BP Oil Spill, I was continuously exposed to harmful chemicals as a result of (i) living close to the zone area affected by the BP Oil Spill (ii) working for my employer in Dauphin Island, a zone area affected by the BP Oil Spill (iii) frequenting the beach in the affected area, where I was in contact with the contaminated water and (iv) consuming seafood from the Gulf of Mexico waters during this time period.</u>

    _____

    _____

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____

    _____

    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    _____

    _____

    E. Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

    _____

    _____

    _____

**F.    INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    I was diagnosed with Mild Persistent Asthmatic Bronchitis, Asthmatic Bronchitis; Acute Bronchitis; Chronic Rhinitis; Chronic Sinusitis; Obstructive Sleep Apnea (severe); and Asthma due to my exposure to the oil spill.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Constant exposure to oil/dispersants from residential area as well as work area as a result of oil/dispersant fumes being present in the air around me. I also received exposure to contaminants when I went shopping in Orange Beach, AL. I also frequently consumed local seafood that came from the impacted waters of the Gulf of Mexico. Lastly, I had contact with contaminated water during the times I visited the beach. I intend to hire an expert to review my medical records along with other documents in this case. It is anticipated that the expert will associate my exposure to oil, dispersants, other hydrocarbons/decontaminants, and other substances with my present conditions.

31. On what date did you first report or seek treatment for your injury or illness:

    Mild Persistent Asthmatic Bronchitis – treatment sought on May 19, 2020; Asthmatic Bronchitis – treatment sought on April 30, 2020; Acute Bronchitis – treatment sought on May 12, 2020. Chronic Rhinitis – treatment sought on May 19, 2020; Chronic Sinusitis – treatment sought on May 19, 2020; Obstructive Sleep Apnea (severe) – treatment sought on August 13, 2021; Asthma – treatment sought on July 15, 2021.

32. On what date was your injury first diagnosed:

    Mild Persistent Asthmatic Bronchitis diagnosed on May 19, 2020; Asthmatic Bronchitis diagnosed on April 30, 2020; Acute Bronchitis diagnosed on May 12, 2020. Chronic Rhinitis diagnosed on May 19, 2020; Chronic Sinusitis diagnosed on May 19, 2020; Obstructive Sleep Apnea (severe) diagnosed on August 13, 2021; Asthma diagnosed on July 15, 2021.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Dr. Michael G. Gates (Mild Persistent Asthmatic Bronchitis, Chronic Rhinitis, Chronic Sinusitis, and Asthma) | 5955 Airport Blvd, Mobile, AL 36608 |
| Dr. Christen A Zuschke MD (Asthmatic Bronchitis) | 6801 Airport Blvd., Mobile, AL 36608 |
| Dr. Ronald Perdue, MD (Acute Bronchitis) | 900 Montlimar Drive, Mobile, AL 36609 |
| Dr. Casey W. Melton, MD (Obstructive Sleep Apnea) | 5955 Airport Blvd, Mobile, AL 36608 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Michael G. Gates (Mild Persistent Asthmatic Bronchitis, Chronic Rhinitis, Chronic Sinusitis, and Asthma) | 5955 Airport Blvd, Mobile, AL 36608 |
| Dr. Christen A Zuschke MD (Asthmatic Bronchitis) | 6801 Airport Blvd., Mobile, AL 36608 |
| Dr. Ronald Perdue, MD (Acute Bronchitis) | 900 Montlimar Drive, Mobile, AL 36609 |
| Dr. Casey W. Melton, MD (Obstructive Sleep Apnea) | 5955 Airport Blvd, Mobile, AL 36608 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No___X___. If "*Yes*,"

   A. When? _____

   B. Who diagnosed the injury (or condition) at that time? _____

   _____

   _____

   C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No__X__. If "*Yes*,"

   A. What date did you first experience such injury or condition?_____
   B. What injury (or condition) was made worse? _____

   _____

37.   Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Dr. Michael G. Gates | 5955 Airport Blvd, Mobile, AL 36608 |
| Dr. Barbara Mitchell | 831 Hillcrest Rd, Mobile, AL 36695 |
| Dr. Charla Evans | 1261 Hillcrest Rd, Mobile, AL 36695 |
| Dr. Robert Lightfoot | 6701 Airport Blvd, Mobile, AL 36608-3796 |
| Vyshali Reddy Loupe, MD | 6701 Airport Blvd, Mobile, AL 36608-3796 |
|  |  |

38.   Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__ No _____

39.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

   Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, physical pain and suffering, and loss of enjoyment of life. Since my diagnosis I have had difficulty breathing and currently take several medications to assist with my daily breathing. This has also affected my overall health as it has weakened my immune system. The amount of my compensatory damages claim is being calculated as I continue to receive ongoing treatment and medical bills. I have no ability to value my own claim and place a monetary value on the losses that I have suffered. I plan to retain an expert to calculate the total amount damages, however, I estimate the overall compensatory damages to be approximately $6 million.

40.   Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____ No __X__

   If "Yes":

   A.   From whom did you receive this compensation or reimbursement? _____

   _____

  B. When did you receive this compensation or reimbursement?_____

   _____

  C. What was the amount of the compensation or reimbursement?_____

   _____

**G.** **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

  Yes_____ No\_\_X\_\_

42. Was the contract that you claim was breached made as part of the VoO Program?

  Yes_____ No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

  _____

  _____

44. Describe how the contract was breached:_____

  _____

  _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

  _____

  _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

  _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

  _____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: June 6, 2023

Location (City and State): Mobile, AL

*Signature of Plaintiff*

\*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Mrs. Diane Owens-Anderson
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
| --- | --- |
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |