UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br>*23-261* | * * | MAG. JUDGE CURRAULT |

## ORDER

Before the Court are a *Motion to Request Counsel* **(Rec. Doc. 27573)** and a *Motion to Amend* **(Rec. Doc. 27574)** filed by *pro se* plaintiff James Johns. The Court previously denied the motion to appoint counsel and dismissed Mr. Johns's case.

Accordingly,

**IT IS ORDERED** that the *Motion to Request Counsel* **(Rec. Doc. 27573)** and a *Motion to Amend* **(Rec. Doc. 27574)** are **DENIED.**

New Orleans, Louisiana, this 12th day of June, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE