UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: 12-cv-968: BELO AND 22-4218 | * * * | MAG. JUDGE CURRAULT |

## ORDER

Considering Magistrate Judge Currault's Order that plaintiff Jennifer Boudreaux provide full and complete initial disclosures by May 26, 2023 **(Rec. Doc. 8)** and Plaintiff's failure to provide the disclosures,

**IT IS ORDERED** that Plaintiff Jennifer Boudreaux appear in Court to show cause why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) on **July 19, 2023, at 10:00 a.m.**

New Orleans, Louisiana, this 12th day of June, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Clerk to notify:**
Plaintiff at
301 Bellaire Drive
Houma, LA 70360