EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** SHERRI ROBINSON

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.  YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 403 W Broadway Ave., Apt 5
   Address Line 2: _____
   City: Summerdale   State: AL   Zip: 36580

2. Telephone number: (251) 533-4426

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: _____

4. Date and Place of Birth: ▮ 1961 – New Orleans, LA

5. Male ____   Female **X**

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 27433 Theresa Lane, Daphne, AL 36526 | 2012 - 2021 |
| 5359 Dandale Dr Unit A, Mobile, AL 36693 | Approximately 2009 – 2012 |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Café Owner | 4525 St Stephens Road, Eight Mile, AL 36613 | 2009 - 2011 | Owner |
| YMCA | Mobile, AL | 2011 - 2012 | Pre-School Teacher |
| BFL Paint | Mobile, AL | 2013 - 2014 | Cleaning Service |
| Home Life in The Garden | New Orleans, LA | 2014 - 2015 | Private Sitter |
| Sage Dining Newman Highschool | New Orleans, LA | 2016 - 2017 | Cook and Server |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes__X__ No_____ If "Yes," when were you out of work and why? Stopped working from 2017 – 2023, due to being diagnosed with acute lymphoblastic leukemia and chemo-induced congestive heart failure.

B.  **THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

 Yes_____   No  X

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

 1. **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10. Was your cleanup work performed onshore (on land) or offshore (on the water)?

 Onshore_____   Offshore_____   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

 Yes_____   No_____

12. Did you handle hazardous materials as part of your cleanup work?

 Yes_____   No_____

13. Please set forth the following information about your cleanup work:

 A. Your employer(s): _____

 B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

 _____

 C. A description of the work performed for employer(s) identified in Question No. 13(A): _____

 _____

 D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _____

 _____

E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes__X__   No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No__X__

16. List all address(es) at which you resided in 2010: 27433 Theresa Lane

    Daphne, AL 36526

C. **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    __X__ Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D. **EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both __X__

19. How were you exposed? (*Check all that apply*)

    A. Inhalation            Yes __X__   No_____
    B. Dermal (skin) contact  Yes __X__   No_____
    C. Ingestion             Yes __X__   No_____
    D. Other (please describe): _____

20. What was the date(s) of your exposure?

    Day: _____   Month: _____   Year: Approximately 2010-2012

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    2010 – 2012 – Gulf Shores Beach, AL, Biloxi, MS, and Orange Beach, AL – Each time I would be at the beaches for a couple of hours.

    2010 – 2011 – Mobile, AL- Almost every day I worked at my café during this period.

    2010 – 2012 – Daphne, AL – While living at this residence in the past I was having continuous exposure during this time period.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    Mobile, AL (2010 – 2011)
    Daphne, AL (2010 – 2012)
    Gulf Shore Beach, AL (2010 – 2012)
    Orange Beach, AL (2010 – 2012)
    Biloxi, MS (2010 – 2012)

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    The duration of exposure differed based on where I was at the relevant time. At the beaches it was approximately 3 to 4 hours. The exposure was continuous at my residence and during the time I worked at my café from 2009 – 2011 (approximately 7.00 am to 7.00 pm).

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

Following April 20, 2010, BP Oil Spill, I was continuously exposed to harmful substances as a result of (i) frequenting beaches in the affected areas, (ii) living close to the zone area affected by the BP Oil Spill, (iii) during the time working at the café due to its proximity to the waters of the Gulf of Mexico and by virtue of being surrounded by clean-up workers hired by BP and/or other clean-up respondent employers. These workers would visit the café during their lunch breaks and after completing their shifts in their work clothes.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor? **N/A**

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

    _____
    _____

    E. Identify any individual(s) who witnessed your injury:_____

    _____

28. Describe in as much detail as possible the circumstance(s) of your injury:_____

    _____
    _____
    _____

## F. INFORMATION ABOUT YOUR INJURY OR ILLNESS

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    I was diagnosed with B Lymphoblastic Leukemia due to my exposure to the BP Oil Spill.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I would be exposed to oil dispersants and other toxic chemicals due to my residence, work, and recreational activities in the affected areas. This exposure resulted in me being diagnosed with B Lymphoblastic Leukemia which affected my entire life. I intend to hire an expert to review my case and it is anticipated that the expert will associate my exposure to oil, dispersants, and other toxic substances to my present medical condition.

31. On what date did you first report or seek treatment for your injury or illness: Approximately around January 2018.

32. On what date was your injury first diagnosed: January 31, 2018.

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Dr. Jetly Rachna, MD | University Medical Center – 2000 Canal Street New Orleans, LA 70112 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Dr. Furan Yunas, MD<br>Dr. Elizabeth Woods, MD | Mobile Infirmary Cancer Care – 5 Mobile Infirmary Circle Mobile, AL 36607 |
| Dr. Lauren Lim, MD<br>Dr. Gordon L. Love, MD | University Medical Center – 2000 Canal Street, New Orleans, LA 70112 |
| Dr. Asif Anwar, MD | Tulane Medical Center - 1415 Tulane Avenue, New Orleans, LA 701112 |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No__X___. If "Yes,"

    A.  When? _____

    B.  Who diagnosed the injury (or condition) at that time? _____
        _____
        _____

    C.  Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes_____ No__X___. If "Yes,"

    A.  What date did you first experience such injury or condition?_____
    B.  What injury (or condition) was made worse?_____
        _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Mobile Infirmary | 5 Mobile Infirmary Circle, Mobile, AL 36607 |
| Tulane Medical Center | 1415 Tulane Avenue, New Orleans, LA 701112 |
| University Medical Center | 2000 Canal Street, New Orleans, LA 70112 |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

   Yes __X__ No _____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

   Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain and suffering, and loss of employment of life. Since my diagnosis, I have been suffering from pain and mental anguish amongst others. These amounts are being calculated as I continue to receive medical bills and ongoing treatment. I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damage, however, I estimate the overall compensatory to be $25 million.

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

   Yes _____ No __X__

   If "Yes":

   A. From whom did you receive this compensation or reimbursement? _____

    B.    When did you receive this compensation or reimbursement?_____

    C.    What was the amount of the compensation or reimbursement?_____

G. **CONTRACT CLAIMS**    N/A

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____    No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____    No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract): _____

44. Describe how the contract was breached: _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire: _____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire: _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: _____

_____

_____

48.  Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____



## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: June 15, 2023

Location (City and State): Summerdale, AL

_Sherri Robinson_
**Signature of Plaintiff***

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Sherri Robinson
**Print Name**

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |