APPENDIX A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION

I hereby certify that I have read the Protective Order entered in the above-captioned action and that I understand the terms thereof.

I agree to be bound by the Protective Order.

I further agree to submit to the jurisdiction of this Court for purposes of enforcing the Protective Order.

I understand that these certifications are strictly confidential, that counsel for each party are maintaining the certifications without giving copies to the other side, and that the parties expressly agreed and the Court ordered that except in the event of a violation of this Order, the parties will make no attempt to seek copies of the certifications or to determine the identities of persons signing them. I further understand that if the Court finds that any disclosure is necessary to investigate a violation of this Order, the disclosure will be limited to outside counsel only and outside counsel shall not disclose any information to their clients that could tend to identify any certification signatory unless and until there is specific evidence that a particular signatory may have violated the Order, in which case limited disclosure may be made with respect to that signatory.

Date: 6-13-23

(Signature) *James Johns*

Name:

(Typed or Printed) James A Johns

TENDERED FOR FILING

JUN 20 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| Applies to: 12-CV-00968: BELO B3 Pleading Bundle | Judge Barbier |
| | Magistrate |
| | Judge Currault |
| Relates to: 23-CV-00261 | |

Motion For Extention of Time

On April 13, 2023 Liskow mailed to me work related history in the involvement in the Deepwater Horizon BP Oil Spill. After the prison I am being housed at received the letter and Flash drive with my work history it took 9 to 10 days to receive as well as 2 weeks until the prison legal staff was able to gain access ~~to~~ to the imformation on the drive. By me being in prison without any legal representation it will be hard and difficult to receive and send documents in a timely fashion. I ask the court to forgive me as I stated I am ignorant when it comes to law. Attached is my PDF as for the missing PTO 63 and 66 Submissions, I do not know where they are I filled out all paperwork the court sent me and sent back to them.

That's why I need legal representation to file all the necessary paperwork properly when filing these claims. Because I have followed all the steps to recover my medical records through the Inmate Legal Assistance Program A.R.P process under statue 25-61-13 thru 25-61-1 to gain access to my Public Records that I've put in twice once last year and one this year and still have not gotten them. I believe this is a complete violation of my Constitutional rights because the state is denying me my medical records. Everyone I've spoken with in prison from the medical staff along with wardens tells me that my lawyers will have to get my Medical records saying they can not be release to me. I am permananatly disable from these injuries and will be in and out of the hospital for the rest of my life and the doctors can not explain how or why these conditions keep happening to me. I ask the court to grant motion for Counsel and order Mississippi Department of Corrections to release medical records on account that my Claim requires it. I also ask the court to resend P.T.O 63 and 66 forms because I can not understand why its not in my paperwork. Please break down in lamian terms who and what goes where. As for the missing Initial disclosures and deficient Initial disclosures. The legal team at S.M.C.I told me I would not have to do no paperwork inside the prison for following these Claims because this is something that happened to me in the world so its not my fault that I did not file the paperwork right because I was misled. I have been trying to file this Claim for a long time and the prison legal team did not tell me

One time before I file this claim that I would have to go through the Prison Litigation Reform Act process to file properly so you see I was not giving the correct assistance in filing this claim. I take this claim very serious and would not have filed if I knew that that was the incorrect way for filing. If I can I would like to refile or ask that the court give me time to correct a wrong I knew nothing about. Yes the filing was deficient but I did correct it by filling out Application to proceed without prepayment of fees and Affidavit like I said I asked the legal team at South Mississippi Correctional Institute was it any paperwork that I need to do before filing this claim in court and they response was no so you see its not my fault because by state law its S.M.C.I's legal team job to ensure I file paperwork correctly and they did not make sure I went through the Prison Litigation Reform act so my claim could be successful. I am trying to reach out to attorneys to let them know how my rights are being violated in Mississippi Prison.

    I declare under penalty of perjury that the above information is correct and true.

6-1-23

James Johnson
#130094