| TraineeID | vchTestID | vchFirstName | vchMiddleInitial | vchLastName | vchSuffix | sortname | dteBirthDate | vchLastFourDigitsOfSSN | bitPrinted | dteClassEndDate | vc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 244835 | PEC600102476 | JAMES | | JOHNS | | JOHNSJAMES | 12/26/1985 | 8395 | 1 | 6/19/2010 | 20 |

Confidential

 BP-B3-JAJohns_00000062.pdf



**General**

**Student Information / Test**

ID#: **PEC 60 0102476**

## STUDENT INFORMATION:

Class Date: 6/19/2010

First Name: James       M.I.: A       Last Name: Johns

SSN: ___ - ___ - 8395       DOB: 12/26/85       Home Phone: 226-369-6___
(Last 4-digits of SSN are OK)

Home address, phone, and/or email address are optional.  Company name is required.

Home Address: 1201 Belair st

City: Pascagoula       State: MS       Zip Code: 39567

Email Address: James.Johns30@Yahoo.Com

Company Name / Division / BU / etc: Robinson, Moyer

Medical Alerts:

Languages Spoken:

---

**STUDENT  DISCLAIMER:**     (Student, please read the following disclaimer.)

The successful completion of this course and the possession of a valid PEC Photo-ID Card do not imp been sufficiently trained to safely perform his or her job duties.

I give PEC/Premier the right to store and display the results of this course in industry approved databa *Tracker* database.  I understand that my full Social Security Number will **not** be shown as part of the tra Training Tracker database.

I have read and do understand the above disclaimer.

Student's Signature:        ( SIGNATURE REQUIRED )

1 of 2

  BP-B3-JAJohns_00000064.pdf

| Sample ID | Sample Date | Sample Time | Duration | Location/Vessel | location_final | Latitude | Longitude | device_latitude | device_lon |
|-----------|-------------|-------------|----------|-----------------|----------------|----------|-----------|-----------------|------------|
| XP8532 | 07/17/2010 | 8:12:00 AM | 296 | Gulfport | Gulfport | 30.245699 | -89.086998 | 30.380648 | -8 |
| XP8532 | 07/17/2010 | 8:12:00 AM | 296 | Gulfport | Gulfport | 30.245699 | -89.086998 | 30.380648 | -8 |
| XP8532 | 07/17/2010 | 8:12:00 AM | 296 | Gulfport | Gulfport | 30.245699 | -89.086998 | 30.380648 | -8 |
| XP8532 | 07/17/2010 | 8:12:00 AM | 296 | Gulfport | Gulfport | 30.245699 | -89.086998 | 30.380648 | -8 |
| XP8532 | 07/17/2010 | 8:12:00 AM | 296 | Gulfport | Gulfport | 30.245699 | -89.086998 | 30.380648 | -8 |

Confidential

99%

Items in "All Downloads"

 bp

**BP Exploration & Production**
**500 Westlake Park Blvd.**
**Houston, TX 77079**

Date: August 18, 2010

Patriot Environmental
1900 W. Anaheim St.
Long Beach, CA.  90813

Attention: Mike Sullivan

**Agreement: Bridging Agreement for Agreement No. L19218
Amendment No.1**

Reference is made to Bridge Agreement for Agreement No. L19218 between our respe
dated May 23rd, 2010 ref. NO. HOU-WL4-3025

We hereby authorize the following changes to the above reference agreement:
- Name change from (BP America Production Company) to (BP Exploration and P
- Patriot Environmental Services will utilize BP PPE Supplies & Materials effective
  items not listed on BP's PPE Supply sheet, Patriot will follow 213 procedures to
  resources as needed.
- Rates for personnel & equipment listed below that will go into effect on Monda

PERSONNEL

BP-B3-JAJohns_00000086.pdf

### Bridge Agreement for Agreement No. L19218

This Contract for Environmental Services, with contract ref. no. HC
("Contract"), by and between BP America Production Company ("COM
Patriot Environmental Services ("CONTRACTOR") is entered into and i
on May 23rd , 2010 ("Effective Date"). Company and Contractor may
referred to collectively as "Parties" or individually as a "Party."

In consideration of the covenants and provisions hereinafter provided, the F
follows:

1.  This Contract, except as specifically otherwise provided herein, sha
    in all respects, *mutatis mutandis*, by the terms and cond
    Environmental Master Services Agreement, Contract ref. no. L192
    3rd, 2009,  by BP Pipelines North America & Patriot Environment
    which a copy thereof is attached hereto as Attachment 1.

2.  The term of this Contract shall be from May 23rd, 2010 to May 23r

3.  Contractor providing personnel, equipment and materials suppo
    effort. Tasking includes but is not been limited to assisting in all
    areas in the inventory control and accounting sections.

4.  Additional tasking is to manage an additional staging area that
    multiple contractors and their large and surplus equipment i.e. V
    Frac Tanks, etc… Company secured this facility directly through t
    under a land lease.

such extensions of coverage shall not apply with respect to a
OWNER has specifically agreed to indemnify CONTRACTOR

**27.6   Subrogation**

All policies required under this Article shall be endorsed to p
and insurance companies of CONTRACTOR shall not have
against OWNER, its subsidiaries or affiliated companies, or t
officers, invitees, servants, contractors, subcontractors, und
companies.

**27.7   Certificates**

Prior to commencing Services hereunder, CONTRACTOR s
of Insurance to OWNER evidencing the insurance required
certificate shall provide that thirty (30) days written notice sh
the event of cancellation or material change in the po
understands that in order to avoid delays in commencing S
Insurance shall be addressed to the person named in the "N
All Certificates of Insurance must contain reference to endor
insured, waiver of subrogation, etc.) as required herein.

**27.8   Premium**

All policies shall be endorsed to provide that there will t
OWNER for payment of premium.

**27.9   Subcontractors' Insurance**

CONTRACTOR shall require all subcontractors to obtain, ma
during the time in which they are engaged in performing
coverage in accordance with CONTRACTOR'S normal practi
acceptable evidence of such insurance upon request. All po
shall be endorsed to provide a waiver of subrogation as set fo

 **MARINE SPILL RESPONSE CORPOR**

## AMENDMENT OF CONTRACT

1. Amendment No.: M001                    2. Effective Date: June 1, 2010

4. Issued By:                             5. Contractor: Name and Address:

Marine Spill Response Corporation         *PATRIOT ENVIRONM*
220 Spring Street, Suite 500
Herndon, VA 20170

6. Modification of Contract: Contractor Services Agreement #

7. Description of Amendment:

For the MC 252 (Deepwater Horizon) response, the parties agree to the following pricing an
currently or hereafter requested by MSRC and supplied by Contractor (other than sorbent bo

Notwithstanding any language to the contrary in the Contract or in Contractor's rate schedul

1) The daily rental rate for boom set forth in Contractor's rate schedule shall be paid for th
the following. For each day charged, the boom must be listed and accepted on a daily job ti
MSRC and a BP representative.
2) Provided, however, that if the boom remains on the job for sixty (60) or more paid days,
with the sixty-first (61st) day the daily rental charges for the boom shall cease entirely.
3) After sixty (60) paid days, all right, title and interest in and to Contractor's boom shall a
transfer to BP, without further action of the parties.   After Contractor's boom becomes the
shall become responsible for cleaning and/or disposal of the boom.  BP shall be responsible
boom to remove the name of Contractor or other identifying marks.
4) After sixty (60) days' payment, neither MSRC or BP shall have any further responsibilit
boom, and (notwithstanding any language to the contrary in Contractor's rate schedule) shal
Contractor for any replacement costs.
5) The parties agree that the sixty (60) days' rental payment shall be Contractor's total com
regardless of length of use.

**Bridge Agreement for Agreement No. L19218**

This Contract for Environmental Services, with contract ref. no. H(
("Contract"), by and between BP America Production Company ("CON
Patriot Environmental Services ("CONTRACTOR") is entered into and
on May 23rd , 2010 ("Effective Date"). Company and Contractor may
referred to collectively as "Parties" or individually as a "Party."

In consideration of the covenants and provisions hereinafter provided, the F
follows:

1.  This Contract, except as specifically otherwise provided herein, sha
    in all respects, *mutatis mutandis*, by the terms and cond
    Environmental Master Services Agreement, Contract ref. no. L192
    3rd, 2009, by BP Pipelines North America & Patriot Environment
    which a copy thereof is attached hereto as Attachment 1.

2.  The term of this Contract shall be from May 23rd, 2010 to May 23r

3.  Contractor providing personnel, equipment and materials suppo
    effort. Tasking includes but is not been limited to assisting in all
    areas in the inventory control and accounting sections.

4.  Additional tasking is to manage an additional staging area that
    multiple contractors and their large and surplus equipment i.e. V
    Frac Tanks, etc... Company secured this facility directly through
    under a land lease.

such extensions of coverage shall not apply with respect to a
OWNER has specifically agreed to indemnify CONTRACTOR

### 27.6   Subrogation

All policies required under this Article shall be endorsed to p
and insurance companies of CONTRACTOR shall not have
against OWNER, its subsidiaries or affiliated companies, or t
officers, invitees, servants, contractors, subcontractors, und
companies.

### 27.7   Certificates

Prior to commencing Services hereunder, CONTRACTOR s
of Insurance to OWNER evidencing the insurance required
certificate shall provide that thirty (30) days written notice sh
the event of cancellation or material change in the po
understands that in order to avoid delays in commencing S
Insurance shall be addressed to the person named in the "N
All Certificates of Insurance must contain reference to endor
insured, waiver of subrogation, etc.) as required herein.

### 27.8   Premium

All policies shall be endorsed to provide that there will b
OWNER for payment of premium.

### 27.9   Subcontractors' Insurance

CONTRACTOR shall require all subcontractors to obtain, ma
during the time in which they are engaged in performing
coverage in accordance with CONTRACTOR'S normal practi
acceptable evidence of such insurance upon request. All po
shall be endorsed to provide a waiver of subrogation as set fo

27.10   CONTRACTOR'S or Rented Equipment



# MARINE SPILL RESPONSE CORPOR

## AMENDMENT OF CONTRACT

1. Amendment No.: M001                                    2. Effective Date: June 1, 2010

4. Issued By:                                             5. Contractor: Name and Address:

Marine Spill Response Corporation                        PATRIOT ENVIRONN
220 Spring Street, Suite 500
Herndon, VA 20170

6. Modification of Contract: Contractor Services Agreement #

7. Description of Amendment:

For the MC 252 (Deepwater Horizon) response, the parties agree to the following pricing an
currently or hereafter requested by MSRC and supplied by Contractor (other than sorbent bc

Notwithstanding any language to the contrary in the Contract or in Contractor's rate schedul

1) The daily rental rate for boom set forth in Contractor's rate schedule shall be paid for th
the following. For each day charged, the boom must be listed and accepted on a daily job ti
MSRC and a BP representative.
2) Provided, however, that if the boom remains on the job for sixty (60) or more paid days,
with the sixty-first (61ˢᵗ) day the daily rental charges for the boom shall cease entirely.
3) After sixty (60) paid days, all right, title and interest in and to Contractor's boom shall a
transfer to BP, without further action of the parties. After Contractor's boom becomes the
shall become responsible for cleaning and/or disposal of the boom. BP shall be responsible
boom to remove the name of Contractor or other identifying marks.
4) After sixty (60) days' payment, neither MSRC or BP shall have any further responsibilit
boom, and (notwithstanding any language to the contrary in Contractor's rate schedule) shal
Contractor for any replacement costs.
5) The parties agree that the sixty (60) days' rental payment shall be Contractor's total com
regardless of length of use.

BP-B3-JAJohns_00000174.pdf

**WORK RELEASE AGAINST MASTER SERVICE CO**

| | |
|---|---|
| Date: | May 24, 2010 |
| Work Release requested by: | Nhan Nguyen |

This Work Release is subject to the terms and conditions of Master
Community Responders No. HOU-WL4-3001 between BP Exploration
Performance Services LLC, effective May 5, 2010. NOTHING CONTAIN
SHALL BE CONSTRUED AS AN AMENDMENT TO THE TERMS OF
SERVICE CONTRACT.

**Company:** BP Exploration & Production Inc.

**Contractor:** Plant Performance Services LLC
One Fluor Daniel Drive, A1_____
Sugar Land, TX 77478_____
Attention: Scott Lee_____
Telephone:
Fax:          Personal Confider
e-mail:

**Work Release No:** HOU-WL4-3001R1_____

**Paykey No.** Highly Confidential

**Project Identification:** MC-252                :

**Guaranteed Maximum Price:** Highly Confidential

**Fixed Lump Sum:** _____

**Expected start date:** May 5, 2010 (Effective Date of this Work Rel

**Expected completion date:** November 4, 2010_____

Invoicing

Items in "All Downloads"

BP-B3-JAJohns_00000058.pdf

| TraineeID | vchTestID | vchFirstName | vchMiddleInitial | vchLastName | vchSuffix | sortname | dteBirthDate | vchLastFourDigitsOfSSN | bitPrinted | dteClassEndDate | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 244835 | PEC600102476 | JAMES | | JOHNS | | JOHNSJAMES | 12/26/1985 | 8395 | 1 | 6/19/2010 | 2C |

Confidential

BP-B3-JAJohns_00000178.pdf

# PURCHASE ORDER

**Buyer: Jennie Davis**

 **bp**

**BP EXPLORATION & PRODUCTION INC.**
501 WestLake Park Boulevard
Houston, Texas  77079
Telephone: | Personal Confidential |

| Seller: | MAIL ORIGINAL INVOICE TO: |
|---|---|
| **Plant Performance Services, LLC** **456 Highlandia Drive** **Baton Rouge, LA 70810** Telephone: Personal Confidential Fax: Personal Confidential Attn: Jonas Harrison | **BP Exploration & Production Inc.** **Scanning Dept. S646** **P. O. Box 22024** **Tulsa, OK 74121-2024** Attention: Highly Confidential |

| SHIP DATE: 10/11/2010 | REQUIRED DELIVERY DATE: 10/17/2010 |
|---|---|
| Freight Forwarder: type name of supplier type address type city, state, and ZIP Attention:   type name Telephone:   type telephone number Fax:   type fax number E-mail:   type address | Freight Terms: **FOB Destination** |

THIS PURCHASE ORDER IS GOVERNED BY THE ATTACHED PURCHASE ORDER TERMS AND CONDITIONS.
ATTACHED DOCUMENTS AND THE PURCHASE ORDER TERMS AND CONDITIONS, THE PURCHASE ORDER TER

| ITEM | QTY | UOM | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | Ea | Weigh On-Board Check Weighing System for Forklift, Model Number ED2-AT |
| 2 | 1 | Lot | Installation on Forklift |

# Master Service Contract for Qualified Communit

between

# BP Exploration & Production Inc.

and

# Plant Performance Services LLC

## BP Oil Spill Response Project
## MC252

## Contract No. HOU-WL4-3001

 BP-B3-JAJohns_00000228.pdf

## COMPENSATION SCHEDULE

Contractor shall perform the Work in accordance with the Work Release, this Contract, and conditions in the attached Time and Material Rate Sheet, Reference #P2S10-555016



Master Service Contract for Qualified Community Respon
# HOU-WL4-3001
Attachment 1



TIME AND MATERIAL RAT

**May 9, 2010**
**Reference # P2S10 – 555016**

**Qualified Community Responders**
**for Florida, Alabama,**
**and Louisiana**

## CONFIDENTIAL

**Plant Performance Services LLC (P2S)**
**456 Highlandia Drive**
**Baton Rouge, LA 70810**

Confidential

**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA  90813**
**(562) 436-2614**

LB

_DAILY WORK REPORT_

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:                                    St
Job Location:                     BP Mis
Work Description:             Provide
                                            BP Mis

Contract #:

# Non-Responsive

| TE | JOHNS, JAMES | 06:00 | 18:00 | | 39.00 | 8.00 | 51.00 |
|---|---|---|---|---|---|---|---|

112 of 146

 BP-B3-JAJohns_00000282.pdf

*Patriot Environmental Services*
*1900 W. Anaheim Street*
*Long Beach, CA  90813*
*(562) 436-2614*

**DAILY WORK REPORT**

LE

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:                    S
Job Location:            BP Mis
Work Description:        Provide
                         BP Mis

Contract #:

# Non-Respon

132 of 146

 BP-B3-JAJohns_00000428.pdf

*1900 W. Anaheim Street*
*Long Beach, CA. 90813*
*(562) 436-2614*

*DAILY WORK REPORT*

*BP Exploration and Production, Inc*
*Attn: Scanning Department*
*PO Box 22024, Room S646*
*Tulsa, OK  74121-2024*
*(800) 284-2244*

Job #:
Date:
Job Location:                          BP Mi
Work Description:                      Provid
                                       BP Mi
Contract #:

# Non-Respon

10 of 152

 BP-B3-JAJohns_00000428.pdf

**Patriot Environmental Services**
1900 W. Anaheim Street
Long Beach, CA 90813
(562) 436-2614

**DAILY WORK REPORT**

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:
Job Location:           BP Mk
Work Description:        Provid
                         BP Mk

Contract #:

# Non-Responsive

| | TE | JOHNS, JAMES | 06:00 | 18:00 | 8.00 | 39.00 | 4.00 | 51.00 |
|---|---|---|---|---|---|---|---|---|

32 of 152

Confidential

*Patriot Environmental Services*
*1900 W. Anaheim Street*
*Long Beach, CA  90813*
*(562) 436-2814*

**DAILY WORK REPORT**

*BP Exploration and Production, Inc*
*Attn: Scanning Department*
*PO Box 22024, Room S646*
*Tulsa, OK  74121-2024*
*(800) 284-2244*

Job #:
Date:
Job Location:        BP MI
Work Description:    Provid
                     BP MI

Contract #:

 BP-B3-JAJohns_00000580.pdf

Confidential

***Patriot Environmental Services***
***1900 W. Anaheim Street***
***Long Beach, CA  90813***
***(562) 436-2614***

LB

***DAILY WORK REPORT***

*BP Exploration and Production, Inc*
*Attn: Scanning Department*
*PO Box 22024, Room S646*
*Tulsa, OK  74121-2024*
*(800) 284-2244*

Job #:
Date:                                    A
Job Location:                  BP Mis
Work Description:          Provide
                                          BP Mis

Contract #:

# Non-Respon

BP-B3-JAJohns_00000580.pdf

Confidential

*Patriot Environmental Services*
*1900 W. Anaheim Street*
*Long Beach, CA  90813*
*(562) 436-2614*

*LB*

*DAILY WORK REPORT*

*BP Exploration and Production, Inc*
*Attn: Scanning Department*
*PO Box 22024, Room S646*
*Tulsa, OK  74121-2024*
*(800) 284-2244*

Job #:
Date:                                    T
Job Location:                 BP Mis
Work Description:          Provide
                                          BP Mis

Contract #:

BP-B3-JAJohns_00000580.pdf

Confidential

**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA 90813**
**(562) 436-2614**

**DAILY WORK REPORT**                                    LB

BP Exploration and Production, Inc              Job #:
Attn: Scanning Department                        Date:                    We
PO Box 22024, Room S646                         Job Location:            BP Mis
Tulsa, OK 74121-2024                             Work Description:        Provide
(800) 284-2244                                   BP Mis

                                                 Contract #:

BP-B3-JAJohns_00000580.pdf

Confidential



**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA  90813**
**(562) 436-2814**

LE

**DAILY WORK REPORT**

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:                                    TI
Job Location:                 BP Mis
Work Description:           Provide
                                         BP Mis

Contract #:

Confidential

**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA  90813**
**(562) 436-2814**

*DAILY WORK REPORT*

LE

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:                          TI
Job Location:            BP Mis
Work Description:       Provide
                               BP Mis

Contract #:

  BP-B3-JAJohns_00000580.pdf

**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA 90813**
**(562) 436-2614**

LB

**DAILY WORK REPORT**

*BP Exploration and Production, Inc*
*Attn: Scanning Department*
*PO Box 22024, Room S646*
*Tulsa, OK 74121-2024*
*(800) 284-2244*

Job #:
Date:
Job Location:                    BP Mis
Work Description:                Provide
                                 BP Mis

Contract #:

# Non-Respon

Items in "All Downloads"

 BP-B3-JAJohns_00000580.pdf

**Patriot Environmental Services**
**1900 W. Anaheim Street**
**Long Beach, CA  90813**
**(562) 436-2614**

LB(

**DAILY WORK REPORT**

BP Exploration and Production, Inc
Attn: Scanning Department
PO Box 22024, Room S646
Tulsa, OK  74121-2024
(800) 284-2244

Job #:
Date:                                        Sa
Job Location:                        BP Miss
Work Description:                Provide

BP Miss

Contract #:

# Non-Respon

| | TE | JOHNS, JAMES | | 06:00 | 18:00 | | 39.00 | 8.00 | 51.00 |

Items in "All Downloads"

BP-B3-JAJohns_00000731.pdf

Confidential



**PLANT PERFORMANCE SERVICES LLC**

Job#   55500394

Alabama Beaches - Craft

| LOCATION | DISCIPLINE | DATE | EMPLOYEE | CRAFT | REG HRS | OT HRS | D' |
|----------|------------|------|----------|-------|---------|--------|----|

# Non-Resp



Confidential

24-Hour Emergency Response  (888) 279-9930

| Job Number | Customer Name | Customer |
| --- | --- | --- |
| 30100117 | | |
| Job Type | Site Location | |
| PR Oil Spill | | |

# Non-Resp

| Johns, James | Pascagoula MS | 1212 | T.I. Wallace | Technician | 5:00 | 17:00 | 0:00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

BP-B3-JAJohns_00001026.pdf



Confidential

24-Hour Emergency Response  (888) 279-9930

30100117

ER Oil Spill

Non-Resp

BP-B3-JAJohns_00001026.pdf

Confidential



24-Hour Emergency Response  (888) 279-9930

| Job Number | 30100117 | Customer Name | | Customer |
| Job Type | ER Oil Spill | Start Location | | Hours Est |

# Non-Resp

| John, James | MS | 463 | TL Wallace | Technician | 5:00 | 17:00 | 0:00 |

# Non-Resp

Items in "All Downloads"

BP-B3-JAJohns_00001598.pdf

**Confidential**



24-Hour Emergency Response  (888) 279-9930

30100117

ER Oil Spill

# Non-Resp

 BP-B3-JAJohns_00001905.pdf

| Job Number | | | Customer Name | | | Customer |
|---|---|---|---|---|---|---|
| 3010117 | | | | | | |
| Job Type | | | Site Location: | | | Cust PO: |
| | | ER Oil Spill | | | | |

# Non-Resp

| Non-Responsive | | Non-Responsive | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Johns, James | Pascagoula MS | 768 | TL Wallace | Technician | | 4:00 | 18:00 | 0:00 |

# Non-Resp

Confidential



DF – MC252 Post Emerge
Class Roster

PLEASE EMAIL COMPLETED ROSTER TO

Course Title: MC 252  MOD 2
Training Location: Cane Rd  Biloxi Staging

Student Name (PRINT CLEARLY)

**Non-Resp**

| | 4. | James Johns | 8395 | Robinson Maver | |

T
2
28



Date: April 3, 2009

Patriot Environmental
1900 W. Anaheim St.
Long Beach, Ca. 90813

Attention: Walt Dorn,

**Agreement Number: L 19218**
**Contract Change Number: # 2**

Reference is made to Agreement Number L19218 between our respective companie:
November 22, 2002.

We hereby authorize the following change to the above referenced Agreement: Fee !
effective 2008 will be incorporated into this agreement. Name changed from Martin
Pumping dba;Patriot Environmental to Patriot Environmental.
The term of December 31, 2008 is hereby deleted and December 31, 2010 is inserted

Except for the changes set forth herein, the terms and conditions of Agreement Num
remain in full force and effect.

We trust that you will find the provisions of this letter acceptable. If so, please denc
by signing the enclosed duplicate copy in the space provided and return it to the foll

BP Pipelines North America

Bridge Agreement for Agreement No. L19218

This Contract for Environmental Services, with contract ref. no.
("Contract"), by and between BP America Production Company ("C
Patriot Environmental Services ("CONTRACTOR") is entered into an
on May 23rd , 2010 ("Effective Date"). Company and Contractor m
referred to collectively as "Parties" or individually as a "Party."

In consideration of the covenants and provisions hereinafter provided, th
follows:

1.     This Contract, except as specifically otherwise provided herein, s
       in all respects, *mutatis mutandis,* by the terms and co
       Environmental Master Services Agreement, Contract ref. no. L1
       3rd, 2009, by BP Pipelines North America & Patriot Environm
       which a copy thereof is attached hereto as Attachment 1.

2.     The term of this Contract shall be from May 23rd, 2010 to May 2

3.     Contractor providing personnel, equipment and materials sup
       effort. Tasking includes but is not been limited to assisting in
       areas in the inventory control and accounting sections.

4.     Additional tasking is to manage an additional staging area th
       multiple contractors and their large and surplus equipment i.e.
       Frac Tanks, etc… Company secured this facility directly throug
       under a land lease.

BP-B3-JAJohns_00000044.pdf

## WORK RELEASE AGAINST MASTER SERVICE CONTRACT

Date:                July 23, 2010

Work Release requested by:     Kenneth Hehr

This Work Release is subject to the terms and conditions of Master Service Contract between BP Exploration & Production Inc. and Patriot Environmental Services, et NOTHING CONTAINED IN THIS WORK RELEASE SHALL BE CONSTRUED AS A THE TERMS OF THE REFERENCED MASTER SERVICE CONTRACT.

Company:                 BP Exploration & Production Inc

Contractor:            Patriot Environmental Services

Attention: Mike Sullivan
Telephone:
Fax:          **Personal Confide**
e-mail:

Work Release No:         No. Hou-WLA-3025-001

Paykey No.             Highly Confidential

Project Identification:      MC 252

Value of Work Release:
     Not to Exceed:       Highly Confidential

     Fixed Lump Sum:     N/A

Expected start date:      July 1, 2010

Expected completion date:    October 1, 2010

between BP Exploration & Production Inc. and Patriot Environmental Services, effective July 23, 2010.
NOTHING CONTAINED IN THIS WORK RELEASE SHALL BE CONSTRUED AS AN AMENDMENT TO
THE TERMS OF THE REFERENCED MASTER SERVICE CONTRACT.

Company:                BP Exploration & Production Inc

Contractor:             Patriot Environmental Services

                        Attention: Mike Sullivan
                        Telephone:
                        Fax:
                        e-mail:

Work Release No:        No. ITou.WLA-3025-002

PayKey No:

Project Identification: MC 252

Value of Work Release:
Not to Exceed:

        Fixed Lump Sum:  N/A

Expected start date:     May 30, 2010

Expected completion date: August 31, 2010

Description/Scope of Work/Additional Terms and Conditions: See Attached.

                                                          Contract No.

Exhibit "A" - Work Release Form
Page: 1 of 2
Rev 1 approved by FC 6-1-06
File: C:\Documents And Settings\Craig\Work top\Patriot West Release Doc

ighly Confidential

 BP-B3-JAJohns_00000056.pdf

Link to: Report How-To
and Information Context

# IAP Person
## Query

| Organization Name | Title | Section Name | Personnel ID | Last Name |
|---|---|---|---|---|
| McGrath Systems | | Operations | 393108 | Johns |

1 of 2

125%

Items in "All Downloads"