United States District Court
Eastern District of Louisiana

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Applies to: 12-cv-00968: BELO
B3 Pleading Bundle

MDL No. 2179

Section: J

Judge Barbier

Magistrate Judge Currault

TENDERED FOR FILING
JUN 2 6 23
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Relates to: 23-cv-00261

Motion For Reinstatement of Claims from 2018 and 2022 for Violation of Constitutional Rights

No one such as an attorney, health care provider, insurance company, or government entity sent me anything in writing or told me notifying me that I may be entitled too Compensation for A Later-Manifested Physical Condition(s). I have been locked up since May 23, 2013 and Completely unaware of these claims. I heard on the radio in 2020 if you worked on the oil spill and lived on the Coast and have ~~and~~ conditions on the Matrix you could be entitled to Compensation. Thats when I got in Contact with the Downs Law Group out of Coconut Grove, FL they had me to sign a total of 4 protected health Information form having me to believe that they was representing me and after 9 months of believing they was representing me all of a sudden they sent me a non-represensation letter on June 23, 2022 stating why. So you see I've tried them and a bunch of other Law Firms to get a Firm to represent me but because of my charge they

Would not and that's discrimination, just as much as any other. I am not a fraud or have I ~~be~~ ever been. The Downs Law Group stonewalled me and withdrew from representing me based on my charge and that's not right I am entitled to these benefits Just as much as a person walking in the world. After months and months trying to find a lawyer to take my case I finally decided to put in a complaint to the Eastern District of Louisiana if , the first step was to put in a notice of intent to sue to the Claims Administrator why didn't the courts sent me notice of intent to sue forms instead of lawsuit paperwork. I know its proceedures you must follow and I thought by me filing with the eastern District of Louisiana they would ensure I fill out the right paperwork for filing a claim for Later-Manifested Physical Condition. I would have gladly filled out the notice of intent to sue forms first if I was aware of the preconditions but like I said I was not. When I was housed at George County Correctional Facility they was able to send me the website information from the Downs Law Group about these claims, funds, conditions, People affected, Types of BP class Action Lawsuits, and Affected Areas, that I have attached to this motion. No were on there do it say nothing about we are not taking claims for violent offenders in prison. The database shows I meet all the requirements to qualify for BP's compensation fund Benefits. I have attached letters ~~things~~ and the website information from the Downs Law Group. I ask the Courts to ~~~~ reinstate my 2018 and 2022 conditions based on violation of 8th and 14th Amendment and probably other amendments as well and appoint counsel to help me recover benefits thats needed and that I know I deserve.

    I declare under penalty of perjury that the above information is true and correct.

Dated 6-20-23

James Johnson #130094



# THE DOWNS

*Helping those who cleaned our coastline*

*Call for a free consultation*
## 305-444-8226
Hablamos Español

MAPS & DIRECTIONS

HOME   OUR TEAM   GULF COAST DISASTER OVERVIEW   DO I QUALIFY?   CONTACT US   BLOG   Search …

## BP OIL SPILL INFORMATION

**BP's Compensation Funds**
- Do I qualify?
- Filing a Claim with the Deep Water Horizon Settlement
- Gulf Coast Disaster Overview

**Medical Conditions Covered**
- Eye Problems
- Heads & Neurological conditions
- Respiratory Illnesses
- Sinus Issues
- Skin Conditions
- Stomach Complications

**People Affected**
- Clean up Worker
- Concerned Citizen
- Family/Friend of Victim
- Fisherman & Charter Boats
- Oil Rig Workers
- Oystermen/Shrimpers
- Residents
- Vacationers
- Vessels of Opportunity
- Victim

**Types of BP Class Action Lawsuits**
- Medical Benefits
- Property damage

**Affected Areas**

## CRAIG T. DOWNS, FOUNDER OF THE DOWNS LAW GROUP

*Florida Personal Injury Lawyer Fights for Your Rights throughout the Gulf Coast*

Craig T. Downs is the founder and principal attorney of the Downs Law Group. As a Florida native, he is familiar with the problems facing Gulf Coast residents after the 2010 oil spill. And as a personal injury attorney with more than 24 years of experience helping people get the compensation they need for their injuries, attorney Downs is well suited to answer questions about your right to recovery for damage to your property or health following the BP oil spill.

### Focusing on personal injury and maritime law

At the Downs Law Group, we concentrate on personal injury law and admiralty and maritime law. This combination makes our practice particularly well-suited for resolving people's legal issues and injuries following the 2010 Gulf Coast oil spill.

Contact us today for a free initial consultation about what our practice can do for you

The Downs Law Group is uniquely well qualified to help recovery personnel, residents and others whose health or property has been affected by the Deepwater Horizon oil spill. Our firm offers free initial consultations, and our lawyers take the time to thoroughly explain the recovery process to all of our clients. If

# THE DOWNS

MAIN OFFICE:
3250 MARY STREET, SUITE 307
COCONUT GROVE, FL 33133
TEL. 305.444.8226
FAX. 305.444.6773
RESPOND TO MAIN OFFICE

TOLL FREE: 888.960.2055

DUVAL:
6620 SOUTHPOINT DRIVE SOUTH
SUITE 450-E
JACKSONVILLE, FL 32216
TEL. 904.296.3233

BROWARD:
707 NE 3RD AVENUE, SUITE 201
FORT LAUDERDALE, FL 33304
TEL. 954.447.3556

September 29, 2021

James Johns
George County Regional Correctional Facility
154 Industrial Park Rd
Lucedale, MS 39452

RE:   Potential BP Oil Spill Medical Claim

Dear James Johns:

Thank you for contacting The Downs Law Group. We are pleased that you extended us the opportunity to review your potential medical claim against BP in connection to the Deepwater Horizon oil spill.

In order for us to investigate your medical claim, we must receive a signed Authorization for Release of Protected Health Information (PHI) form, which will authorize us to request copies of your medical records.

Please send your signed PHI forms via e-mail at records@downslawgroup.com, or by fax at 305-444-6773. If you do not have access to a fax or e-mail, you can mail them to The Downs Law Group, Attn: PNC Dept., 3250 Mary Street, Suite 307, Coconut Grove, Florida 33133.

If you are able, please provide legible copies of a state ID or drivers license and your social security card.

If you would like to speak to me, my office hours are 9:30AM-5:00PM. Contact number 305-444-8226 ext. 521.

Should we determine that you have a valid claim, we will contact you with further instructions.

Kindly contact us should you have any further questions.

Sincerely,

*s/LL*



# THE DOWNS

EST. 1990

June 15, 2022

James Anthony Johns
GCRCF
154 Industrial Park Road
Lucedale, MS 39452

RE:   Potential BP Oil Spill Medical Claim

Dear Mr. Johns:

Thank you for contacting The Downs Law Group. We are pleased that you extended us the opportunity to review your potential medical claim against BP in connection to the Deepwater Horizon oil spill.

In order for us to investigate your medical claim, we must receive a signed Authorization for Release of Protected Health Information (PHI) form, which will authorize us to request copies of your medical records.

Please send your signed PHI forms via e-mail at records@downslawgroup.com, or by fax at 305-444-6773. If you do not have access to a fax or e-mail, you can mail them to The Downs Law Group, Attn: PNC Dept., 3250 Mary Street, Suite 307, Coconut Grove, Florida 33133. If you have any further questions, please feel free to contact me at 305-444-8226, Nicholas Auerbacher.

Should we determine that you have a valid claim, we will contact you with further instructions.

Kindly contact us should you have any further questions.

Sincerely,

*s/ NA*


Enclosures: PHI Form (1)

MIAMI
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Office: (305) 444-8226
Fax:     (305) 444-6773

BROWARD
707 NE 3rd Avenue, Suite 201
Fort Lauderdale, Florida 33304
Office: (954) 447-3556

DUVAL
6620 Southpoint Drive S, Suite 450-E
Jacksonville, Florida 32216
Office: (904) 296-3233



# THE DOWNS LAW GROUP
EST. 1990

June 23, 2022

James Anthony Johns
GCRCF
154 Industrial Park Road
Lucedale, MS 39452

Re: Johns, James v. BP Deepwater Horizon
Matter No. 21/42474

### NOTICE OF NON-REPRESENTATION

Dear *James Johns*,

Dear Mr. Jones,
    We truly appreciate you calling The Downs Law Group for an investigation of your possible case against BP for medical conditions that were possibly caused by exposure to oil or oil-based dispersants. Unfortunately, part of our investigation is to conduct a thorough background check of our clients. Our investigation in this regard of your case revealed a criminal infraction that occurred several years ago. However, it was a quite serious allegation. We are not making any moral judgement on this conviction, however as a matter of value of your case it certainly diminishes the value of your case.

    Also, based on what you've communicated to our case coordinator, the fact that you have general respiratory problems and back and possibly neurological problems, these are not strong cases against BP. Without a solid medical workup and a verifiable, objective diagnosis of your respiratory condition, even without the bad background check, I do not think that we would be able to assist you in a successful prosecution of this case. Therefore, it's with deep regret that we must turn down representation of you in this matter.

    If you have any questions, please call us and we will certainly explain our decision. I have attached the criminal background check that we obtained for your review. Again, thank you very much for contacting The Downs Law Group.
Sincerely,

*s/ Craig T. Downs*
CTD/*NA*

| MIAMI | BROWARD | DUVAL |
|---|---|---|
| 3250 Mary Street, Suite 307 | 707 NE 3rd Avenue, Suite 201 | 6620 Southpoint Drive S, Suite 450-E |
| Coconut Grove, Florida 33133 | Fort Lauderdale, Florida 33304 | Jacksonville, Florida 32216 |
| Office: (305) 444-8226 | Office: (954) 447-3556 | Office: (904) 296-3233 |
| Fax: (305) 444-6773 | | |

www.downslawgroup.com

James A Johns #130294
P.O. BOX 1419
LEAKESVILLE, MS
39451

Clerk US District Court