UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE CURRAULT |

## ORDER

Before the Court is a *Motion to Vacate Order for Relief* **(Rec. Doc. 27555)** filed by *pro se* plaintiff David M. Strong. In his motion, Mr. Strong does not specify the Court Order he seeks to vacate.

Accordingly,

**IT IS ORDERED** that the *Motion to Vacate Order for Relief* **(Rec. Doc. 27555)** is **DENIED.**

New Orleans, Louisiana, this 7th day of July, 2023.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE