MINUTE ENTRY
J. BARBIER
July 19, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| **This Document Relates to:** <br> 12-cv-968: BELO <br> AND <br> 22-4218 | * * * * | MAG. JUDGE CURRAULT |

The Court held a show cause hearing on why this case should not be dismissed for failure to prosecute for Plaintiff Jennifer Boudreaux's failure to provide full and complete disclosures. Magistrate Judge Currault provided Plaintiff two opportunities and extensions of time to comply. Plaintiff failed to provide disclosures and was ordered to appear in Court at 10:00 a.m. on July 19, 2023. Plaintiff did not appear in Court by 10:15 a.m. and did not contact the court.

Accordingly, the Court **ORDERED** that this case be **DISMISSED with prejudice** for failure to prosecute.

At 11:00 a.m. Plaintiff arrived in court, and the Court informed Plaintiff that her case was dismissed. Plaintiff did not provide initial disclosures or show cause why the case should not be dismissed.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 16 mins.

New Orleans, Louisiana, this 21st day of June, 2023.

                                                    CARL J. BARBIER
                                                    UNITED STATES DISTRICT JUDGE

**TO THE CLERK OF COURT:**
**Please mail a copy of this Order to**
**Jennifer Boudreaux**
**301 Bellaire Drive**
**Houma, Louisiana 70360**