UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG  ) | MDL NO. 2179; *SECTION J* |
| "DEEPWATER HORIZON" IN THE      ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | |
|                                                                  ) | |
| THIS DOCUMENT RELATES TO:          ) | |
|                                                                  ) | |
|                                                                  ) | |
| *NDFL 3:13-00243; Royster Construction Co.*  ) | |
| *Inc. et al. v. BP Exploration*                        ) | |
| *& Production, Inc. et al.;*                            ) | |
|                                                                  ) | |
| *EDLA 2:16cv06303; Infinity Blu*                  ) | |
| *Development, LLC et al. v. BP Exploration &*  ) | |
| *Production, Inc. et al.;*                                ) | JUDGECARL J. BARBIER |
|                                                                  ) | |
| *EDLA 2:16cv05367; Mark Canfora et al.*     ) | |
| *v. BP Exploration & Production, Inc. et al.;*  ) | MAG JUDGE CURRAULT |

## MOTION FOR CLARIFICATION AND RELIEF FROM MDL ORDERS

Comes now Brent Coon & Associates (hereinafter referred "BCA") respectfully moves this Court to clarify two Orders issued by this Court and seeking relief from said Orders to comply with an Order issued in the 234th District Court of Harris County, Texas compelling the production documents related of settlements conducted by the Court appointed neutrals in 2016 and 2018Specifically, the Orders in question are from the MDL 2179 Rec. Doc. 15718 dated January 13, 2016 and Rec Doc. 21518 Dated August 19, 2016 which relate to those settlements conducted by the Court appointed neutrals in 2016 and 2018.   Both orders were sealed at the time they were issued.

BCA was sued for alleged malpractice by former BP Oil Spill clients Mark Canfora and Mark Canfora Investments, LLC in state 234th District Court of Harris County, Texas on August 6, 2020, that case bearing Cause No. 2020-46985. The case was later amended to add four more former BCA clients who were investors in the Infinity Blu Development.

As part of the discovery, the Plaintiffs in the state court action have sought the settlement value of other similarly situated claimants in the MDL 2179. BCA has opposed these requests citing both attorney client privilege as well as this Court's Orders relating to the confidentiality of those settlements. Recently, after several motions to compel and *in camera* review the judge of the 234th District Court of Harris County, Texas ordered the production of settlement documents for more than a dozen MDL 2179 claimants, also related to the Infinity Blue Development project.

BCA is seeking clarification as to whether the 2016 Orders are still in effect and a better understanding of what information is covered by these orders. If the Orders are still in effect and the documents in question are subject to the Orders, then BCA seeks relief from these Orders to comply with the state court order to produce settlement documentation.

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Eric W. Newell
Texas Bar No. 24046521
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on July 24, 2023.

/s/ Brent W. Coon

                                                **Brent W. Coon**