UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * * | JUDGE BARBIER |
| Applies to: 23-cv-00993 | * * | MAGISTRATE JUDGE CURRAULT |

**PARTIES' STATEMENT REGARDING VENUE**

Pursuant to the Case Management Order for the B3 Bundle ("CMO") (Rec. Doc. 27028,) Exhibit B),[1] Plaintiff, Angela Wright, and Defendants BP Exploration & Production Inc., BP America Production Company, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc. stipulate that the Lawsuit should, in accordance with the standards of 28 U.S.C. § 1404(a), be transferred to the United States District Court for the Southern District of Alabama for further proceedings.[2]

---

[1] The CMO incorporated the First Amended BELO Cases Initial Proceeding Case Management Order No. 2 (Rec. Doc. 25738) for the venue stipulation procedure. *See* CMO, Ex. B at p. 8.

[2] The venue selection made herein is based on information provided by Plaintiff pursuant to the CMO and MSA. The Defendants reserve all rights to seek to transfer venue if it is later determined that another forum would be more appropriate pursuant to 28 U.S.C. § 1404(a) or otherwise. The Defendants do not concede that any other cases currently subject to the MDL proceedings in this Court should be transferred pursuant to 28 U.S.C. § 1404(a) or otherwise. The Defendants also reserve all rights as to venue and timing of any transfer with respect to such other MDL cases and in other B3 Lawsuits.

Date:  July 24, 2023                                  Respectfully submitted,

                                              */s/ David Durkee*
Charles David Durkee
**The Downs Law Group**
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone: (305) 444-8226
Telefax: (305) 444-6773
Email: ddurkee@downslawgroup.com

*Attorney for Plaintiff*

*/s/ Scott C. Seiler*
Scott C. Seiler (Bar #19784)
Devin C. Reid (Bar #32645)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Telefax:     (504) 556-4108
Email:  scseiler@liskow.com
            dcreid@liskow.com

and

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Attorneys for BP Exploration & Production Inc.*
*and BP America Production Company*

and

2

*/s/ R. Alan York*
R. Alan York
Keely Dulaney Pippin
Travis R. Reed
**Reed Smith LLP**
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713)-469-3824
Email: ayork@reedsmith.com

*Attorneys for Halliburton Energy Services, Inc.*

*/s/ Paul C. Thibodeaux*
Kerry J. Miller
Paul C. Thibodeaux
Daniel J. Dysart
**Fishman Haygood LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Email: kmiller@fishmanhaygood.com
      pthibodeaux@fishmanhaygood.com
      ddysart@fishmanhaygood.com

*Attorneys for Transocean Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 24, 2023.

*/s/ Scott C. Seiler*
Scott C. Seiler

3