# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *NDFL 3:13-00243; Royster Construction Co. Inc. et al. v. BP Exploration & Production, Inc. et al.;* | SECTION:  J |
| *EDLA 2:16cv06303; Infinity Blu Development, LLC et al. v. BP Exploration & Production, Inc. et al.;* | JUDGE BARBIER |
| *EDLA 2:16cv05367; Mark Canfora  et al. v. BP Exploration & Production, Inc. et al.;* | MAG JUDGE CURRAULT |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Clarification and Relief from MDL Orders [Document 27606] is set for submission before Magistrate Judge Currault on August 9, 2023 at 11:00 a.m.

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

## **CERTIFICATE OF SERVICE**

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on July 24, 2023.

*/s/ Brent* **W.** *Coon*
**Brent W. Coon**