IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: | Honorable CARL J. BARBIER |
| | Magistrate Judge CURRAULT |

**CARLTON WELLS, SR.**

          **PLAINTIFF,**

 vs.                                                   CIVIL ACTION NO.
                                                             2:23-cv-01518-CJB-DPC

**BP EXPLORATION & PRODUCTION,**
   **INC., A DELAWARE CORPORATION,**
**BP AMERICA PRODUCTION CO.,**
   A DELAWARE CORPORATION,
**TRANSOCEAN HOLDINGS, LLC.,**
   A DELAWARE CORPORATION,
**TRANSOCEAN DEEPWATER, INC.,**
   A DELAWARE CORPORATION,
**TRANSOCEAN OFFSHORE**
   **DEEPWATER DRILLING, INC.,**
    A DELAWARE CORPORATION,
**HALLIBURTON ENERGY SERVICES,**
   **INC., A DELAWARE CORPORATION**

          **DEFENDANTS.**

---

**RULE 41(a) STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

      Plaintiff, CARLTON WELLS, SR., appearing through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses with prejudice all claims that he asserted or could have asserted in this action. Each party agrees to bear its own costs, expenses,

and attorneys' fees.

By signature of counsel below, Defendants BP Exploration & Production Inc., BP America Production Company, Transocean Holdings LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc. agree to this stipulated dismissal.

          Respectfully Submitted,

          */s/ Samuel J Gittle (PHV)*
          **SAMUEL J. GITTLE, PHV**
          THE DOWNS LAW GROUP, P.A.
          Florida Bar No. 099778
          3250 Mary Street, Suite 307
          Coconut Grove, Florida 33133
          Telephone: (305) 444-8226
          E-mail: sgittle@downslawgroup.com

          */s/ C. David Durkee (PHV)*
          **C. DAVID DURKEE, PHV**
          THE DOWNS LAW GROUP, P.A.
          Florida Bar No. 998435
          3250 Mary Street, Suite 307
          Coconut Grove, Florida 33133
          Telephone: (305) 444-8226
          E-mail: ddurkee@downslawgroup.com

          ***Attorneys for Plaintiff***

          */s/ Kristopher S. Ritter (PHV)*
          **KRISTOPHER S. RITTER, PHV**
          KIRKLAND & ELLIS LLP
          Illinois Bar No. 6290572
          300 N. LaSalle
          Chicago, IL 60654
          Telephone: (312) 862-2000
          Email: Kristopher.ritter@kirkland.com

*/s/ Paul C. Thibodeaux (PHV)*
**PAUL C. THIBODEAUX, PHV**
FISHMAN HAYGOOD, LLP
Louisiana Bar No. 29446
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5548
Facsimile: (504) 586-5250
Email: Pthibodeaux@fishmanhaygood.com

*/s/ R. Alan York (PHV)*
**R. ALAN YORK, PHV**
REED SMITH, LLP
Bar No. 22167500
1221 McKinney St., Suite 2100
Houston, TX 77010
Telephone: (713) 469-3824
Facsimile: (713) 469-3899
Email: ayork@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal with Prejudice has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of July 2023.

*/s/ Samuel J Gittle*
Samuel J Gittle, PHV