CAUSE NO. 2020-46985

| | | |
|---|---|---|
| CANFORA, MARK, | § | IN THE DISTRICT COURT OF |
| *Plaintiff(s)* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| BRENT W COON P C D/B/A BRENT | § | |
| COON & ASSOCIATES, | § | 234th JUDICIAL DISTRICT |
| *Defendant(s)* | § | |

### ORDER

On March 30, 2023, the Court ordered Defendants to produce all documents responsive to Plaintiff's Second Set of Requests for Production Requests 1-14 to the Court in camera for a ruling on privilege. After considering the documents produced in camera, both on November 1, 2021, and April 10, 2023, the Court OVERRULES Defendants' objections and privilege assertions and orders that ALL DOCUMENTS produced to the Court in camera to be produced to Plaintiffs within 10 days of this order.

It is so ORDERED.

Signed June 23, 2023

_____

Hon. LAUREN REEDER
Judge, 234th District Court