UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | * | MDL No. 2179 |
| IN THE GULF OF MEXICO, | * | SECTION "J" (JUDGE BARBIER) |
| ON APRIL 20, 2010 | * | DIV. 2 (MAG. JUDGE CURRAULT) |

**ORDER**

Before the Court is a Motion for Clarification and Relief from MDL Orders (ECF No. 27608) (the "Motion") filed by non-party Brent Coon & Associates ("BCA"). BCA is requesting clarification of or relief from the Confidentiality Orders dated January 13, 2016 (ECF No. 15718) and August 19, 2016 (ECF No. 21518) related to settlements conducted by the court-appointed neutrals in 2016 and 2018 (ECF No. 6822) so it may produce copies of settlement releases and documents reflecting settlement value of other similarly situated claimants in this MDL matter pursuant to the district judge's discovery order in connection with certain malpractice litigation currently pending in 234th District Court of Harris County, Texas, bearing Cause No. 2020-46985 (the "State Court Litigation"). ECF Nos. 27608, 27608-1 at 4. Non-parties Mark Canfora, Mark Canfora Investments, LLC, James Glick, Russell Lengacher, Luke Martin, and Nelson Mast filed a Response in support of BCA's Motion. ECF No. 27612.

Having reviewed the Motion, along with the provided materials and applicable authorities,

IT IS ORDERED that BCA is permitted to intervene for the limited purpose of seeking relief from the Court's Confidentiality Orders;

IT IS FURTHER ORDERED that BCA is hereby granted relief from the Court's Confidentiality Order (ECF No. 6822), along with any other confidentiality order entered in this case, for the sole and limited purpose of discovery and trial in the State Court Litigation; provided,

1

however, that nothing in this Order shall be construed as permitting anyone to subpoena, depose, call as a witness, etc., the Court-Appointed Neutrals in this MDL proceeding.

IT IS FURTHER ORDERED that any documents that, absent this Order, would otherwise be subject to the MDL Confidentiality Orders shall be treated as "Confidential" and shall be protected from disclosure beyond the State Court Litigation. Should any of these documents need to be filed into the record of the State Court Litigation, the parties shall take the appropriate steps to make sure that they be filed under seal pursuant to Texas Rule of Civil Procedure 76a. These documents may only be used for purposes of discovery, motion practice, and trial in the State Court Litigation.

IT IS FURTHER ORDERED that all other relief not expressly granted herein is hereby denied.

New Orleans, Louisiana this 9th day of August, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE