EXHIBIT A

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Civil Action No. 10-MD-2179-CJB-SS

PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS

**PLAINTIFF'S FULL NAME:** TLW

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

## A.   YOUR BACKGROUND INFORMATION

1.   Current address:

Address Line 1:  841 Moody Chapel Road

Address Line 2:

City: McLain                            State: Mississippi            Zip: 39456

2.   Telephone number: (601) 791-2600

3.   Maiden or other names used or by which you have been known, and the dates during which you were known by such names: No prior names by which the plaintiff was known.

4.   Date and Place of Birth:            2007, in Hattiesburg, Lamar County, Mississippi.

5.   Male  X  Female _____

6.    Each address (other than your current address) at which you have lived during the last ten. (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| Nonapplicable. | |

7.    Employment Information:

      A.    Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Nonapplicable. | | | |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ____ No __X__

If *"Yes,"* when were you out of work and why? _____

_____

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

Yes ____ No __X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

      **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

Onshore_____    Offshore_____    Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

        Yes_____      No_____

12.    Did you handle hazardous materials as part of your cleanup work?

        Yes_____      No_____

13.    Please set forth the following information about your cleanup work:

      A.    Your employer(s): _____

      B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

          _____

      C.    A description of the work performed for employer(s) identified in Question No. 13(A):_____

          _____

      D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

          _____

      E.    The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

          _____

      F.    Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

          _____

    **2.**    **Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

        Yes _X_ No _____

15.    Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

        Yes ____ No _X_

16.    List all address(es) at which you resided in 2010: _____

        841 Moody Chapel Road, McLain, Mississippi, 39456

## C.     INFORMATION ABOUT YOUR B3 CLAIM

17.     Are you claiming that you suffered damages from (*Check all that apply*):

    __X__Bodily injury from exposure to oil and/or dispersants

    _____Bodily injury other than from exposure to oil and/or dispersants

    _____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

## D.     EXPOSURE CLAIMS

18.     Were you exposed to oil, dispersants, or both?
    Oil_____          Dispersants_____          Both__X__

19.     How were you exposed? (*Check all that apply*)

    A.     Inhalation              Yes__X__   No _____

    B.     Dermal (skin) contact   Yes__X__   No _____

    C.     Ingestion               Yes__X__   No _____

    D.     Other (please describe): _____

20.     What was the date(s) of your exposure?

    Following April 20th, 2010, and thereafter.

21.     How many times were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    The minor child was exposed to both oil and dispersants while visiting Biloxi Beach, twice per week during the time of the spill and subsequently thereafter, with his mother, Sonya Watts. Similarly, both the minor child and his mother would go fishing at Moses Pier, if not another pier nearby, once or twice a month during the time of the spill and subsequently thereafter.

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

The exposure to both oil and dispersants took place in Bixoli Beach and Moses Pier.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

When visiting the Gulfport in Biloxi, the minor child and Plaintiff would spend anywhere from two to four hours in the water. Outside of the water, the minor child and Plaintiff would sit on the sand for another hour or two.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

When visiting the beach, the minor child and Plaintiff would swim for hours and play, making hills out of sand with no protective gear--in or out of the water, as the beach was open to the public and it was never cautioned that they would be exposed to any substances or chemicals. When fishing, they would come in contact with the water as well as contaminated wildlife for about seven or eight hours, going back home to eat the seafood they had caught.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

Yes _____    No _____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

## E.   NON-EXPOSURE PERSONAL INJURY CLAIMS

27. For your non-exposure personal injury, please state:

   A.   The nature of your injury:_____

   B.   The date(s) of your injury:_____

   C.   The location(s) of your injury:_____

   D.   The work that you were performing when you sustained your injury:_____

_____

   E.   Identify any individual(s) who witnessed your injury:_____

_____

28.    Describe in as much detail as possible the circumstance(s) of your injury: _____

    _____

    _____


F.    **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you
       claim resulted from the spill or your cleanup work in response to the oil spill:

       The Plaintiff now suffers from Cutaneous T-cell lymphoma, which is a cancer that begins
       in the white blood cells known as T-cells, slowly worsening over time and possibly
       spreading to other parts of the body. He also has Spongiotic Dermatitis which involves fluid
       buildup in the skin, presenting red itchy blotches and occurring anywhere on the body.

30.    Please explain how your injury (or medical condition) resulted from the spill or your
       cleanup work in response to the oil spill:

       When visiting the beach, the minor child and Plaintiff would swim for hours and play,
       making hills out of sand with no protective gear--in or out of the water, as the beach was
       open to the public and it was never cautioned that they would be exposed to any substances
       or chemicals. When fishing, they would come in contact with the water as well as
       contaminated wildlife for about seven or eight hours, going back home to eat the seafood
       they had caught.

31.    On what date did you first report or seek treatment for your injury or illness:

       The Plaintiff first sought treatment for the minor child's injury and illness March 13, 2017.

       _____

32.    On what date was your injury first diagnosed:

       The minor child was first diagnosed with Cutaneous T-cell lymphoma May 1, 2017, and
       Spongiotic Dermatitis on April 17th of the following year.

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or
       condition):

| Name | Address |
|---|---|
| Dr. Jeremy Jackson; University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Dr. Waller; University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |

34.   Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Danielle Eubanks, APRN Family Health Center | 1046 Division Street Biloxi, Mississippi 39530 |
| Jeremy Jackson, MD. University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| (X) Waller, MD. University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Carolyn Woo, MD. University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Madelyn B King, MD. University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Caitlyn Reed, MD. University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Caitlin A Noble, MD; University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |
| Laurie Beth Edwards, MD University of Mississippi Medical Center | 2500 North State Street Jackson, Mississippi 39216 |

35.   Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No___X___ .If "Yes,"

   A.   When?_____

   B.   Who diagnosed the injury (or condition) at that time? _____

   _____

   _____

   C.   Who treated the injury (or condition) at that time?_____

36.   Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes _____ No___X___ . If "Yes,"

   A.   What date did you first experience such injury or condition?_____

B.    What injury (or condition) was made worse?_____

_____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Danielle Eubanks, APRN Coastal Family Health Center | 1046 Division Street Biloxi, Mississippi 39530 |
| Celeste Pitts FNP-C Beaumont Family Health | 1411 Bradley Avenue Beaumont, Mississippi 39423 |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

        Yes __X__ No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

The Plaintiff specifically claims past and future medical expenses, **medical monitoring, future wage loss—as well as loss of earning capacity, disfigurement, physical pain, suffering and the loss of enjoyment in life.** The value of these damages is to be calculated as they continue to receive treatment and plan to retain an expert, as they have no ability to value their own claim and place monetary value on the losses suffered. However, they estimate the total overall compensatory damages to be $XXXXXXXXX.

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

        Yes_____ No_X__

        If "Yes":

A.    From whom did you receive this compensation or reimbursement?_____

_____

B.    When did you receive this compensation or reimbursement?_____

_____

C.    What was the amount of the compensation or reimbursement?_____

_____

G.    **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that  amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _August 15_, 2022

Location (City and State): _McLain MS_

_Tonya Watts_
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

_Tonya Watts_
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |