IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br><br>No. 15-4143, 15-4146 & 15-4654 | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

**ORDER PARTIALLY AMENDING ORDER APPROVING MOTION FOR APPROVAL OF COMPLETION AND CLOSURE OF THE HALLIBURTON ENERGY SERVICES, INC. AND TRANSOCEAN LTD. ASSIGNED CLAIMS AND PUNITIVE DAMAGES SETTLEMENTS' PROGRAMS**

**CONSIDERING** the request by Patrick A. Juneau, Claims Administrator of the Halliburton Energy Services, Inc. ("HESI") Punitive Damages and Assigned Claims Settlement Agreement, Amended as of September 2, 2015 [Rec. Doc. 15322], and of the Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644], and having been apprised that certain amendments to this Court's prior Order are necessary to practically enact the closure of the Settlements Program, **IT IS HEREBY ORDERED**:

Section (e) of this Court's Order Regarding Motion for Approval of Completion and Closure of the Halliburton Energy Service, Inc. and Transoceans LTD. assigned Claims and Punitive Damages Settlements' Programs [Rec. Doc. 27578] is hereby amended to read as follows:

(e) Distribute the remaining funds (collectively, "Remainder Funds") via payment of the percentages thereof set forth below, to the public entities of the states of Alabama, Florida,

Louisiana, Mississippi and Texas (collectively, "State Recipients") after completed Forms W-9 and payment instructions have been provided as necessary, as follows:

i. to the Alabama Department of Conservation and Natural Resources, Seventeen Percent (17%);

ii. to the Gulf Consortium, a Florida public entity established under §163.01, Fla. Stat. (2022), Seventeen Percent (17%);

iii. to the Louisiana Coastal Protection and Restoration Authority, to be deposited into the Coastal Protection and Restoration Fund established under La. R.S. 49:214.5.4, Thirty-Two Percent (32%);

iv. to the Mississippi Department of Environmental Quality, Seventeen Percent (17%); and

v. to the Texas Commission on Environmental Quality, Seventeen Percent (17%).

vi. The Remainder Funds (and any interest accrued thereon after distribution) are to be utilized for purposes of Gulf Coast restoration and recovery on projects and programs approved and implemented pursuant to the Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 (33 U.S.C. §1321(t)), as the State Recipients may determine under the Council-Selected Restoration Component (33 U.S.C. §1321(t)(2)) and/or the Spill Impact Component (33 U.S.C. §1321(t)(3)) thereof.;

New Orleans, Louisiana, this 18th day of August. 2023.

_____
CARL J. BARBIER
United States District Judge