EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Victoria Ashley Woodward

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: n/a
   Address Line 2: n/a
   City: n/a                State: n/a            Zip: n/a

2. Telephone number: n/a

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: n/a

   Date and Place of Birth:   1980; Texas

4. Male_____   Female X____

5. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 5705 Travelers Court<br>Mobile, AL 36693 | 2019 – 10/04/2020 |
| 821 Copperfield Drive West<br>Mobile, AL 36608 | 2001-2019 |
| | |

6. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Self employed | 5705 Travelers Court Mobile, AL 36693 | 2004 - 10/04/2020 | Interior and Exterior Design and more. |
| | | | |
| | | | |
| | | | |

7. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes____ No _X_____ If "*Yes,*" when were you out of work and why? _____
_____

**B.     THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____     No X____

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   1.   **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____     Offshore_____     Both_____

11.   Were you hired as part of the Vessels of Opportunity ("VoO") Program?

   Yes_____     No_____

12.   Did you handle hazardous materials as part of your cleanup work?

   Yes_____     No_____

13.   Please set forth the following information about your cleanup work:

   A.   Your employer(s): _____

   B.   Your supervisor(s) at the employer(s) identified in Question No. 13(A):
   _____

   C.   A description of the work performed for employer(s) identified in Question No. 13(A):_____
   _____

   D.   The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____
   _____

E.  The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.  Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

2. **Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes  X      No_____

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____    No  X

16. List all address(es) at which you resided in 2010: 821 Copperfield Drive West, Mobile, AL 36608

C.  **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

    X   Bodily injury from exposure to oil and/or dispersants

    _____ Bodily injury other than from exposure to oil and/or dispersants

    _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.     EXPOSURE CLAIMS**

18.    Were you exposed to oil, dispersants, or both?
       Oil_____          Dispersants_____          Both X____

19.    How were you exposed? (*Check all that apply*)

       A.   Inhalation                Yes X____     No_____
       B.   Dermal (skin) contact     Yes X____     No_____
       C.   Ingestion                 Yes X____     No_____
       D.   Other (please describe): _____

20.    What was the date(s) of your exposure?
       Day: _____   Month: _____   Year: 2010-2011

21.    How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

       Plaintiff is unable to recall each and every time she was exposed to both harmful oil and dispersants. She was exposed on multiple occasions while living and working in along the Gulf Coast.

       _____

22.    What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

       Plaintiff was continuously exposed to both harmful oil and dispersants while living and working as an interior designer along the Gulf Coast. She worked on average four to six days a week at various locations in Louisiana, Mississippi, Alabama, and Florida.

23.    For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

       Plaintiff was continuously exposed to both harmful oil and dispersants while living and working along the Gulf Coast from April 20, 2010 – December 2011.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    Plaintiff was an interior and exterior designer who was continuously exposed to both harmful oil and dispersants while living and working along the Gulf Coast from April 20, 2010 – December 2011. The worksites were located in and around Zone A and she spent a vast amount of her time at these locations.

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?
    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:
    _____
    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:_____

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____
    _____

    E. Identify any individual(s) who witnessed your injury:_____
    _____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____
    _____

F.  **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    Plaintiff was diagnosed with acute myeloid leukemia and succumb to her condition on October 4, 2020.

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    Plaintiff was exposed to harmful oil, dispersants, and other toxic chemicals while living and working along the Gulf Coast.

31. On what date did you first report or seek treatment for your injury or illness:

    Plaintiff first sought treatment on September 29, 2020.

32. On what date was your injury first diagnosed: September 30, 2020

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Mobile Infirmary<br>Thaddeus A Beeker, M.D.<br>Guangyu Gu, M.D<br>Jacek Polski, M.D.<br>Briana Gibson, M.D. | 5 Mobile Infirmary Circle, Mobile, AL 36607 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
|      | 3 Mobile Infirmary Circle, Suite 201, Mobile, AL 36607 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No X_____. If "*Yes*,"

    A.  When? _____

    B.  Who diagnosed the injury (or condition) at that time? _____
        _____

    C.  Who treated the injury (or condition) at that time? _____
        _____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

    Yes_____ No X____. If "*Yes*,"

    A.  What date did you first experience such injury or condition? _____
    B.  What injury (or condition) was made worse? _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| Mobile Bay OB-GYN<br>Quin Bixler, M.D.<br>J. Cooper, RDMS | 3 Mobile Infirmary Circle, Suite 201, Mobile, AL 36607 |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes X_____ No_____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: Loss of Life and all associated with, September 28, 2020 to current and ongoing. Amount unknown.

_____

_____

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____ No__X____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement?_____
    B. When did you receive this compensation or reimbursement?_____

    _____

    C. What was the amount of the compensation or reimbursement?_____

    _____

G. **CONTRACT CLAIMS**

   *(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

    Yes_____   No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

    Yes_____   No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

    _____

    _____

44. Describe how the contract was breached:_____

    _____

    _____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

    _____

    _____

46. *If you allege that you were placed on-hire*: Provide the date(s) you were placed off-hire:

    _____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: 10/2, 2023

Location (City and State): Mobile, AL

Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.

Gary Alan Woodward
Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |