UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL No. 2179 |
| | JUDGE BARBIER |
| Applies to:  12-cv-968: BELO and 17-3367: B3; | |
| Relates to: 23-CV-5478 | MAG. JUDGE CURRAULT |

**ORDER**

Defense counsel has advised that plaintiff in one (1) B3 case[1] has provided deficient initial disclosures required by BELO Case Management Order ("CMO") No. 1 (ECF No. 14099) and/or B3 Case Management Order (ECF No. 26924).  *See* ECF No. 27631 in 10-md-2179.  Accordingly, pursuant to BELO CMO No. 2 (ECF No. 25486, as amended by ECF No. 25738),

**IT IS ORDERED** that, no later than **FEBRUARY 5, 2024**, Plaintiff(s) Gary Alan Woodward, *as Personal Representative of the Estate of VICTORIA ASHLEY WOODWARD, Deceased*, must provide full and complete initial disclosures, including a response to the damages question in PTO 66.  Failure to provide the disclosures by the above date will result in an order that plaintiff(s) and his/her/their counsel must appear before Judge Barbier to show cause why the claims of G.C. cases should not be dismissed for failure to prosecute and/or pursuant to FED. R. CIV. P. 37(b)(2)(A)(v).

New Orleans, Louisiana, this   4th    day of January, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 *and* in 23-5478.

1