# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
|  | SECTION: J |
|  | JUDGE BARBIER |
| Applies to: 12-cv-00968: BELO B3 Pleading Bundle | MAGISTRATE JUDGE CURRAULT |

**Relates to:**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

## THE BP PARTIES' FEBRUARY 1, 2024 B3 AND BELO STATUS REPORT

Defendants BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") submit this combined monthly Status Report for the B3 and BELO lawsuits. The Status Report is submitted pursuant to the Court's Case Management Order for the B3 Bundle, entered on February 23, 2021 ("B3 CMO") (Rec. Doc. 26924), and the Court's First Amended BELO Cases Initial Proceedings Case Management Order No. 2, entered on June 20, 2019 ("First Amended BELO CMO No. 2") (Rec. Doc. 25738).

### I. B3 BUNDLE

There are no cases eligible for this Status Report in which B3 plaintiffs provided either no PTO submissions, or deficient or incomplete PTO submissions.

### II. BELO CASES

There are no cases eligible for this Status Report in which BELO plaintiffs provided either no initial disclosures, or deficient or incomplete initial disclosures.

| | |
|---|---|
| Date: February 1, 2024 | Respectfully submitted,<br><br>*/s/ R. Keith Jarrett*<br>R. Keith Jarrett (Bar #16984)<br>Scott C. Seiler (Bar #19784)<br>Devin C. Reid (Bar #32645)<br>**LISKOW & LEWIS**<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone: (504) 581-7979<br>Telefax:     (504) 556-4108<br><br>Matthew T. Regan, P.C.<br>A. Katrine Jakola, P.C.<br>Martin L. Roth, P.C.<br>Kristopher Ritter<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br><br>Kevin M. Hodges<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Telefax: (202) 434-5029<br><br>Catherine Pyune McEldowney<br>**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**<br>1201 North Market Street, Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 425-5177<br>Telefax: (302) 425-0180<br><br>Georgia L. Lucier<br>**HUNTON ANDREWS KURTH LLP**<br>600 Travis Street, Suite 4200<br>Houston, TX 77002<br>Telephone: (713) 220-4200<br>Telefax: (713) 220-4285<br><br>*Counsel for BP Exploration & Production Inc. and BP America Production Company* |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, as amended, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of February, 2024.

                                    */s/ R. Keith Jarrett*
                                    R. Keith Jarrett