**EXHIBIT A**

---

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
**Civil Action No. 10-MD-2179-CJB-SS**

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

---

**PLAINTIFF'S FULL NAME:** Brittany Macchia

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.    YOUR BACKGROUND INFORMATION**

1.    Current address:

Address Line 1:  3536 Nandina Drive

Address Line 2:

City: Bellview                    State: FL                    Zip:  32526

2.    Telephone number: (850) 316-0664.

3.    Maiden or other names used or by which you have been known, and the dates during which you were known by such names:  N/A

4.    Date and Place of Birth: ████ 1990 – Long Island, New York

5.    Male_____    Female__X__

6.    Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 3217 Tallship Ln, Pensacola, FL 32526 | 2010 - 2012 |
|  |  |
|  |  |

7.    Employment Information:

A.    Current and past employer(s) from 2008-Present (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Oral & Maxillofacial Surgery Associates | 4850 N 9th Ave, Pensacola, FL | 2008 - 2018 | Assistant |
| Stay the Spa | 240 S Jefferson St Pensacola, FL | 2018 - 2023 | Esthetician |
| Cordova Skin & Body | 5043 Bayou Blvd Pensacola, FL | 2023 - present | Esthetician |
|  |  |  |  |

8.    Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes_X_ No____ If *"Yes,"* when were you out of work and why? _In 2013 I was put on disability after my diagnosis Precursor B-Cell Acute Lymphoblastic Leukemia on April 12, 2013._

**B.    THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.    Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

      Yes_____      No__X__

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

      **1.    Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

      Onshore_____      Offshore_____      Both_____

11.    Were you hired as part of the Vessels of Opportunity ("VoO") Program?

      Yes_____      No_____

12.    Did you handle hazardous materials as part of your cleanup work?

      Yes_____      No_____

13.    Please set forth the following information about your cleanup work:

      A.    Your employer(s): _____

      B.    Your supervisor(s) at the employer(s) identified in Question No. 13(A):

            _____

      C.    A description of the work performed for employer(s) identified in Question No. 13(A):_____

            _____

      D.    The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

            _____

            _____

E.      The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

_____

F.      Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

_____

_____

**2.     Residents/Tourists**

14.    Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes__X___      No_____

15.    Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

Yes_____      No__X___

16.    List all address(es) at which you resided in 2010: 3217 Tallship Ln, Pensacola, FL 32526

_____


**C.     INFORMATION ABOUT YOUR B3 CLAIM**

17.    Are you claiming that you suffered damages from (*Check all that apply*):

__X__Bodily injury from exposure to oil and/or dispersants

_____Bodily injury other than from exposure to oil and/or dispersants

_____A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

D.     **EXPOSURE CLAIMS**

18.     Were you exposed to oil, dispersants, or both?

Oil_____          Dispersants_____          Both__X___

19.     How were you exposed? (*Check all that apply*)

A.     Inhalation          Yes__X___     No_____

B.     Dermal (skin) contact     Yes__X___     No_____

C.     Ingestion          Yes__X___     No_____

D.     Other (please describe):     _____

20.     What was the date(s) of your exposure?

Day: _____          Month: _Apr 2010 – Dec 2012_     Year: _Approximately 2010-2012_

21.     How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

_I was exposed to both oil and dispersants at the following locations:_

_2010-2012: Continuously while residing at my own residence._
_2010–2012: While working in close proximity to the zone area affected by the Deepwater Horizon Oil Spill I was exposed during my working hours._
_2010-2012: Pensacola Beach, FL - I would visit the beach and do recreational swimming every weekend at minimum (all seasons) for approximately 12 hours a day during each visit. Additionally, volunteered to clean up Pensacola Beach during the Deepwater Horizon Oil Spill and recalled seeing tarballs._

22.     What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

_Plaintiff was exposed to both oil and dispersants at the following locations:_
_Pensacola, FL (2010 - 2012)._
_Pensacola Beach, FL (2010 - 2012)._

23.     For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

_The duration of exposure differed based on where I was at the relevant time. At my residence during the Deepwater Horizon Oil Spill located at 3217 Tallship Ln, Pensacola, FL32526, exposure was continuous. While visiting the beaches swimming and sunbathing at Pensacola Beach, FL every weekend for approximately 12 hours (dawn to dusk) and while working at Oral & Maxillofacial Surgery Associates for 5 days a week doing 8 hours a day._

24.    Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

<u>Following April 20, 2010, Deepwater Horizon Oil Spill, I was continuously exposed to oil and oil- based dispersants and other toxic substances as a result of (i) recreationally visiting the beaches in the areas affected by the Deepwater Horizon Oil Spill, (ii) volunteering to clean up Pensacola Beach once it was opened up after the occurrence of the Deepwater Horizon Oil Spill (iii) living in close proximity to the zone area affected by the Deepwater Horizon Oil Spill, (iv) While working within the areas affected by Deepwater Horizon Oil Spill, and (v) consuming contaminated seafood from waters of the Gulf of Mexico.</u>

25.    *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor? **N/A**

Yes_____    No_____

26.    *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

_____

_____

_____

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS    N/A**

27.    For your non-exposure personal injury, please state:

A.    The nature of your injury:_____

B.    The date(s) of your injury:_____

C.    The location(s) of your injury:_____

D.    The work that you were performing when you sustained your injury:_____
_____
_____

E.    Identify any individual(s) who witnessed your injury:_____

_____

28.    Describe in as much detail as possible the circumstance(s) of your injury: _____

_____

_____

**F.**    **INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29.    Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:  I was diagnosed with Precursor B-Cell Acute Lymphoblastic Leukemia due to my exposure oil-based dispersants and other toxic chemicals to the Deepwater Horizon Oil Spill.

30.    Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

I was exposed to oil, oil- based dispersants and other toxic chemicals due to my residence and recreational activities in the affected areas. This exposure resulted in me being diagnosed with Precursor B-Cell Acute Lymphoblastic Leukemia which affected my entire life. I intend to hire an expert to review my case and it is anticipated that the expert will associate my exposure to oil, dispersants, and other toxic substances to my present medical condition.

31.    On what date did you first report or seek treatment for your injury or illness: Approximately April 2013.

32.    On what date was your injury first diagnosed: I was diagnosed with Precursor B-Cell Acute Lymphoblastic Leukemia on April 12, 2013.

33.    Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
|---|---|
| Tarek Eldawy, MD | Ascension Sacred Heart Cancer Center<br>1545 Airport Blvd O, Pensacola, FL 32504 |
|  |  |

34.     Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|------|---------|
| Charles Roth, MD | Andrews Institute<br>1040 Gulf Breeze Pkwy, Gulf Breeze, FL 32561 |
|  |  |
|  |  |
|  |  |

35.     Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No___X___ If "*Yes*,"

   A.     When? _____

   B.     Who diagnosed the injury (or condition) at that time? _____

           _____

   C.     Who treated the injury (or condition) at that time?_____

36.     Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

        Yes_____No___X___. If "*Yes*,"

   A.     What date did you first experience such injury or condition?_____

   B.     What injury (or condition) was made worse?_____

           _____

37.    Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|------|---------|
| Dr. Kesha Tran, MD | Community Health Northwest Florida Adult & Family Care 2315 W. Jackson St, Pensacola, FL 32505. |
|  |  |
|  |  |

38.    Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

Yes___X___No _____

39.    Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

Past and future medical expenses, medical monitoring, past and future wage losses/loss of earning capacity, disfigurement, physical pain, and suffering, and loss of enjoyment of life. Since my diagnosis, I have been suffering from pain and mental anguish amongst others. These amounts are being calculated as I continue to receive medical bills and ongoing treatment. I have no ability to value my own claim and place a monetary value on the losses I have suffered, I plan to retain an expert to calculate the total damage, however, I estimate the overall compensatory damages to be $ 15 million.

40.    Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes_____No ___X___

If "Yes":

A.    From whom did you receive this compensation or reimbursement?_____

_____

B.     When did you receive this compensation or reimbursement?_____

_____

C.     What was the amount of the compensation or reimbursement?_____

_____

**G.     CONTRACT CLAIMS    N/A**

*(For plaintiffs claiming breach of contract.)*

41.    Is your claim based on a breach of contract?

Yes_____    No_____

42.    Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.    Identify the contract that you allege was breached including any associated contract

number (e.g., MVCA number and the parties to the contract):_____

_____

_____

44.    Describe how the contract was breached:_____

_____

_____

45.    *If you were part of the VoO Program*: Describe whether or not you were placed on-hire
and, if applicable, the date(s) you were on-hire:

_____

_____

46.    *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.    Describe specifically the compensatory damages that you claim in your lawsuit, including
the nature of the damage, the date(s) of the damage, the amount of the damage, and the
calculations used to arrive at that amount:_____

_____

_____

_____

48.    Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47._____

_____

**ATTESTATION**

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____December 31_____, 2024

Location (City and State): ____Bellview, FL_____

_____

Signature of Plaintiff*

***Plaintiff's Attorney *Cannot* Sign on Plaintiff's Behalf.  For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.***

Bnttany Macchia
Print Name

_____

Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn:  J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |