## EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL
MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF
OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| *McMinn* | *Jon* | *Wesley* | |

| Phone Number | E-Mail Address |
|---|---|
| ▮6873 | ▮ |

| Current Mailing Address | City / State / Zip |
|---|---|
| *8586 Buck Road* | *Alexander, Arkansas 72002* |

| Employer at Time of Incident | Date of Birth |
|---|---|
| *Transocean Deepwater, Inc.* | ▮1981 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| C. David Durkee<br>*Jason Frank*<br><br>*The Downs Law Group, P.A.*<br>*3250 Mary Street, Suite 307*<br>*Coconut Grove, FL 33133* | Attorney E-Mail Address<br>*ddurkee@downslawgroup.com*<br>*jfrank@downslawgroup.com* |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

*8586 Buck Road, Alexander, AR 72002: 2021 - current*

*2814 Independence Drive, Melissa, TX 75454: 2011 – 2021*

*205 Clearwater Court, Little Elm, TX 75068: 2010 - 2011*

Any prior name used by Plaintiff from April 2010 to present?

*N/A*

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| *8343* | *N/A* |

Please indicate your status:

□ Properly opted out of the Medical Benefits Settlement*

□ Not a member of the Medical Benefits Settlement Class

□ Member of the Medical Benefits Settlement Class

□ Other: *Not pursuing a B3 action. I am pursing a lawsuit related to exposures I sustained from 2007 to 2018 aboard Transocean vessels.*

*If you opted out, a copy of your valid opt-out form must be included with your service of this Exhibit A.

Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?

□ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.

□ Workers employed to perform the decontamination of vessels involved in Response Activities.

✓ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.

□ Onshore personnel employed to perform Response Activities.

□ Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident.

* Response Activities is defined as the clean-up, remediation efforts, and all other responsive actions (including the use and handling of dispersants) relating to the release of oil, other hydrocarbons, and other substances from the MC252 Well and/or the *Deepwater Horizon* and its appurtenances that were done under the auspices of the Unified Command, BP, or a federal, state, or local authority.

**You are pursuing a claim against at least one B3 Defendant by way of (*select all that apply*):**

□ A Previously-Filed Individual Action, Eastern District of Louisiana Case No._____.

□ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file),Eastern District of Louisiana Case No._____.

□ A New Individual Action (filed because plaintiff previously was part of Complaint with more than oneplaintiff or a putative class action). List both prior Eastern District of Louisiana Case No. _____ and new Individual Action Case No._____

□ Other: *A new individual action filed in the United States District Court for the District of Delaware 24-cv-00981) transferred to this Court (25-cv-00280) for consolidated pre-trial proceedings by the JPML.*

* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A.

**You are pursuing a claim against at least one B3 Defendant for (*select all that apply*):**

☐ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury: _____

_____

☐ Medical monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure:  *I was exposed to oil continuously while aboard the Deepwater Cajun Express, Discoverer Deepseas, Discoverer Spirit, CR Luigs, Development Driller II, Discoverer Americas, Discoverer Inspiration, Discoverer Spirit, Deepwater Nautilus, Deepwater Proteus, Deepwater Thalassa, Development Driller III, and Deepwater Poseidon. These exposures occurred from approximately June 2007 to February 2018. The exact locations of exposure would change depending on the location of each vessel at the time I was working.*

_____

_____

If so, describe the alleged injury and identify the location and approximate date of the alleged

injury:  Acute Myeloid Leukemia diagnosed on approximately October 25, 2019, by Texas

Oncology at Medical City Dallas Hospital.

_____

☐ Vessels of Opportunity Contract Claim.

☐ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

☐ Other. Please specify:_____.

Docusign Envelope ID: EA18BCBC-FD6B-4C9E-8AA7-4D5F8FD1E5F2

**GCCF Claim:**

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

Yes_____.    No_____.

If Yes, please identify:

1. The claim number(s) (if available)._____.

2. Did you execute a release of your claims upon receiving payment through the

GCCF: Yes_____.    No_____.

4

I state under penalty of perjury that the foregoing is true and correct.     Executed on the following date at the following location:

Date: May 19 _____, 2025

Location (City and State): _____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

Jon Wesley McMinn
_____
Print Name

**This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC. Service on Counsel forBP and the PSC can be made via United States mail at the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

**Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").**