EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Jon McMinn

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE:** Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A. YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1: 8586 Buck Road
   Address Line 2: _____
   City: Alexander      State: Arkansas     Zip: 72002

2. Telephone number: ███-6873

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names: N/A

4. Date and Place of Birth: ███ 1981 (D.O.B.) Wynne, Arkansas (Place of Birth)

5. Male  X    Female _____

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 8586 Buck Road, Alexander, Arkansas 72002 | 2021 - current |
| 2814 Independence Drive, Melissa, Texas 75454 | 2011 – 2021 |
| 205 Clearwater Court, Little Elm, Texas 75068 | 2010 - 2011 |
| | |

7. Employment Information:

   A. Current and past employer(s) from 2008-present (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Transocean Deepwater Inc. | P.O. Box 2765 Houston, Texas 77252 | 2009 - 2018 | Subsea Supervisor |
| Oceaneering International Inc. | 5875 N. Sam Houston Pkwy., W. Suite 400, Houston, Texas 77086 | 2007 – 2009 | Subsea Supervisor |
| Texas Instruments | 12500 T I Blvd, Dallas, Texas 75243 | 2018 – current | Engineering Branch Manager |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes_____ No _X_ If "Yes," when were you out of work and why?_____
_____

Docusign Envelope ID: EA18BCBC-FD6B-4C9E-8AA7-4D5F8FD1E5F2

**B.   THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9.   Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes_____   No__X__ *(I was already working for Transocean Deepwater Inc. at the time of the 2010 BP Deepwater Horizon Oil Spill)*

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

   **1.   Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

10.   Was your cleanup work performed onshore (on land) or offshore (on the water)?

   Onshore_____   Offshore__X__   Both_____

11. Were you hired as part of the Vessels of Opportunity ("VoO") Program?

    Yes_____    No  X  

12. Did you handle hazardous materials as part of your cleanup work?

    Yes  X     No_____

13. Please set forth the following information about your cleanup work:

    A. Your employer(s): _Transocean Deepwater, Inc._

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

       _Kurt Thwaites (Transocean)_

    C. A description of the work performed for employer(s) identified in Question No. 13(A): _Modifying subsea related well control equipment. Plaintiff's primary duties were working in a support role for well-control operations. Plaintiff was often tasked with performing installation, maintenance, testing, and repairs of sub-sea equipment that emerged from the water covered in oil and mud._

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C): _To my best recollection, I worked aboard the Deepwater Cajun Express, Discoverer Deepseas, Discoverer Spirit, CR Luigs, Development Driller II, Discoverer Americas, Discoverer Inspiration, Discoverer Spirit, Deepwater Nautilus, Deepwater Proteus, Deepwater Thalassa, Development Driller III, and Deepwater Poseidon. The geographic locations of exposure were subject to the locations of the vessels. I worked on these vessels from approximately June 2007 to February 2018._

    E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C): _Deepwater Cajun Express, Discoverer Deepseas, Discoverer Spirit, CR Luigs, Development Driller II, Discoverer Americas, Discoverer Inspiration, Discoverer Spirit, Deepwater Nautilus, Deepwater Proteus, Deepwater Thalassa, Development Driller III, and Deepwater Poseidon._

    F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or

managed your work described in Question No. 13(C):_____

### 2. Residents/Tourists

14. Do you allege that you were exposed to oil or chemical dispersants while a *resident* of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No__X__

15. Do you allege that you were exposed to oil or chemical dispersants while a *tourist* in a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes_____   No__X__

16. List all address(es) at which you resided in 2010: _205 Clearwater Court, Little Elm, Texas 75068_

### C. INFORMATION ABOUT YOUR B3 CLAIM

17. Are you claiming that you suffered damages from (*Check all that apply*):

    _N/A_ Bodily injury from exposure to oil and/or dispersants

    _N/A_ Bodily injury other than from exposure to oil and/or dispersants

    _N/A_ A breach of contract

    Plaintiff is not making a B3 claim.

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.  EXPOSURE CLAIMS**

18.  Were you exposed to oil, dispersants, or both?

   Oil __X__          Dispersants_____          Both_____

19.  How were you exposed? (*Check all that apply*)

   A.  Inhalation           Yes __X__    No_____

   B.  Dermal (skin) contact   Yes __X__    No_____

   C.  Ingestion            Yes __X__    No_____

   D.  Other (please describe): _____

20.  What was the date(s) of your exposure?

   Day: _____   Month: _____   Year: _2007 - 2018_

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    *I was exposed to oil, hydrocarbons, and toxic chemicals continuously while aboard the Deepwater Cajun Express, Discoverer Deepseas, Discoverer Spirit, CR Luigs, Development Driller II, Discoverer Americas, Discoverer Inspiration, Discoverer Spirit, Deepwater Nautilus, Deepwater Proteus, Deepwater Thalassa, Development Driller III, and Deepwater Poseidon. This exposure occurred from approximately June 2007 to February 2018.*

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    *I was exposed to oil, hydrocarbons, and toxic chemicals while working aboard the Deepwater Cajun Express, Discoverer Deepseas, Discoverer Spirit, CR Luigs, Development Driller II, Discoverer Americas, Discoverer Inspiration, Discoverer Spirit, Deepwater Nautilus, Deepwater Proteus, Deepwater Thalassa, Development Driller III, and Deepwater Poseidon. The geographic locations of exposure were subject to the locations of the vessels. These exposures occurred from approximately June 2007 to February 2018.*

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical?

    *I was continuously exposed while working aboard each vessel listed above in response to Questions 21 and 22. For an estimation of time worked on each vessel, please see response to Question 24 below.*

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    *To my recollection, I was exposed to oil, hydrocarbons, and other toxic chemicals while working for Oceaneering and Transocean as a subsea supervisor aboard Transocean vessels. I was exposed on the Deepwater Cajun Express from approximately 2007 to 2009. I was*

*exposed on the Discoverer Deepseas from approximately May 2009 to February 2010. I was exposed on the Discoverer Spirit from approximately March 2010 and February 2011. I was exposed on the CR Luigs in approximately April 2010 to March 2010, December 2010 to February 2011, and May 2011 to June 2011. I was exposed on the Development Driller 2 during approximately May 2010. I was exposed on the Discoverer Americas on approximately May 2010 to July 2010. I was exposed on the Discoverer Inspiration from approximately July 2010 to October 2010 and then from June 2011 to February 2017. I was exposed on the Discoverer Deepseas from approximately October 2010 to November 2010. I was exposed on the Deepwater Nautilus from approximately April 2011 to May 2011. I was exposed on the Deepwater Proteus from approximately February 2017 to August 2017. I was exposed on the Deepwater Thalassa from approximately September 2017 to October 2017. I was exposed on the Development Driller 3 from approximately October 2017 to November 2017. I was exposed on the Deepwater Posiden from approximately December 2017 to February 2018. My primary duties were working in a support role for well-control operations. I was often tasked with performing installation, maintenance, testing, and repairs of sub-sea equipment that emerged from the water covered in oil and mud.*

25. *For cleanup workers only*: Did you report your exposure to oil and/or dispersants to your direct supervisor?

    Yes_____    No__X__

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure:

    _____
    _____
    _____

E. **NON-EXPOSURE PERSONAL INJURY CLAIMS**

27. For your non-exposure personal injury, please state:

    A.    The nature of your injury:_____

    B.    The date(s) of your injury:_____

    C.    The location(s) of your injury:_____

    D.    The work that you were performing when you sustained your injury:_____

    E.    Identify any individual(s) who witnessed your injury:_____

28. Describe in as much detail as possible the circumstance(s) of your injury: _____

**F.  INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill: _I was diagnosed with acute myeloid leukemia on approximately October 25, 2019. I was diagnosed with anxiety secondary to my cancer diagnosis on or about September 1, 2021._

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill: _I am not claiming that my injury resulted from cleanup work in response to the oil spill. My injury occurred from exposures I sustained from 2007 to 2018 aboard Transocean vessels. I intend to hire an expert to review my case, and it is anticipated that the expert will associate my exposure to oil and other toxic chemicals with my medical conditions._

31. On what date did you first report or seek treatment for your injury or illness: _Approximately sometime in September 2019. I originally sought treatment for a sinus infection I was battling. The next month I was diagnosed with acute myeloid leukemia._

32. On what date was your injury first diagnosed: _Acute Myeloid Leukemia diagnosed on approximately October 25, 2019._

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or

condition):

| Name | Address |
|---|---|
| Vikas Bhushan, M.D. | Medical City Dallas<br>7777 Forest Lane<br>Dallas, TX 75230 |
| Jason Willis, M.D. | Medical City Dallas<br>7777 Forest Lane<br>Dallas, TX 75230 |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
|---|---|
| Medical City Dallas Hospital | 7777 Forest Lane, Dallas, Texas 75230 |
| Baylor Medical Center at McKinney | 5252 W University Drive, McKinney, Texas 75071 |
| Texas Oncology PA | 7777 Forest Lane, Dallas, Texas 75230 |
| Texas Radiology Associates | 1820 Preston Park Blvd #2400, Plano, Texas 75093 |
| AmeriPath Quest Diagnostics | 14275 Midway Rd #300, Addison, Texas 75001 |
| Med Fusion | 2501 South State Highway 121, Lewisville, Texas 75067 |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No__X__ If "Yes,"

   A. When?_____

   B. Who diagnosed the injury (or condition) at that time?_____

   C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part?

   Yes_____ No__X__. If "Yes,"

   A. What date did you first experience such injury or condition?_____

   B. What injury (or condition) was made worse?_____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Jennifer Branson | 3591 McKinney Street, Suite 100 Melissa, Texas 75454 |
| Christopher Skelley | 3412 Market Place Ave. Suite B Bryant, Arkansas 72022 |
| | |
| | |
| | |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

> Yes __N/A__ No __N/A__ *(I do not allege that my injuries arose from the Deepwater Horizon Oil spill or response efforts, I will provide medical records and medical bills in my possession, custody, or control, that pertain to my condition)*

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount: *Past and future medical expenses, medical monitoring, disfigurement, physical pain and mental anguish amongst others. These amounts are being calculated as I continue to receive medical bills and ongoing treatment. I have no ability to value my own claim and place a monetary value on the losses I have suffered. I plan to retain an expert to calculate the total damages, however, I estimate the overall compensatory to be approximately $20 million.*

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

Yes _____ No __X__

If "Yes":

A. From whom did you receive this compensation or reimbursement?_____

B. ~~When did you receive this compensation or reimbursement?~~_____

_____

C. What was the amount of the compensation or reimbursement?_____

_____

G. **CONTRACT CLAIMS**

*(For plaintiffs claiming breach of contract.)*

41. Is your claim based on a breach of contract?

Yes_____   No_____

42. Was the contract that you claim was breached made as part of the VoO Program?

Yes_____   No_____

43. Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):_____

_____

_____

44. Describe how the contract was breached:_____

_____

_____

45. *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46. *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the

Docusign Envelope ID: EA18BCBC-FD6B-4C9E-8AA7-4D5F8FD1E5F2

calculations used to arrive at that amount:_____

_____

_____

48. Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47._____

_____

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: _____May 19_____, 2025

Location (City and State): _____

_____
Signature of Plaintiff*

*Plaintiff's Attorney **Cannot** Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.*

Jon Wesley McMinn
_____
Print Name

_____
Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |